# EXHIBIT A

| |
|---|
| VA0002013929 |
| VA0002013940 |
| VA0002013943 |
| VA0002013977 |
| VA0002013992 |
| VA0002020213 |
| VA0002049672 |
| VA0002049677 |
| VA0002050055 |
| VA0002050264 |
| VA0002050286 |
| VA0002061183 |
| VA0002062071 |
| VA0002062158 |
| VA0002062166 |
| VA0002062257 |
| VA0002062275 |
| VA0002066856 |
| VA0002066859 |
| VA0002069876 |
| VA0002073265 |
| VA0002074807 |
| VA0002083023 |
| VA0002086697 |
| VA0002086864 |
| VA0002086920 |
| VA0002086927 |
| VA0002086933 |
| VA0002087836 |
| VA0002093211 |
| VA0002093219 |
| VA0002093235 |
| VA0002093296 |
| VA0002098181 |
| VA0002098185 |
| VA0002098194 |
| VA0002099606 |
| VA0002099609 |
| VA0002099695 |
| VA0002099945 |
| VA0002102547 |

| |
|---|
| VA0002102548 |
| VA0002103056 |
| VA0002103073 |
| VA0002104626 |
| VA0002106067 |
| VA0002107375 |
| VA0002107438 |
| VA0002108203 |
| VA0002109154 |
| VA0002116824 |
| VA0002116826 |
| VA0002117009 |
| VA0002117224 |
| VA0002117264 |
| VA0002120472 |
| VA0002120503 |
| VA0002120504 |
| VA0002120546 |
| VA0002122247 |
| VA0002124786 |
| VA0002124797 |
| VA0002126406 |
| VA0002127164 |
| VA0002127366 |
| VA0002127590 |
| VA0002127603 |
| VA0002127611 |
| VA0002127614 |
| VA0002128720 |
| VA0002130370 |
| VA0002130390 |
| VA0002134565 |
| VA0002136858 |
| VA0002136865 |
| VA0002136883 |
| VA0002139884 |
| VA0002140888 |
| VA0002142583 |
| VA0002142719 |
| VA0002143947 |
| VA0002148477 |

| |
|---|
| VA0002148511 |
| VA0002148522 |
| VA0002148609 |
| VA0002148642 |
| VA0002148912 |
| VA0002149223 |
| VA0002149944 |
| VA0002149945 |
| VA0002149949 |
| VA0002149954 |
| VA0002150009 |
| VA0002150092 |
| VA0002150493 |
| VA0002152192 |
| VA0002152700 |
| VA0002159113 |
| VA0002159579 |
| VA0002159819 |
| VA0002164920 |
| VA0002164927 |
| VA0002164938 |
| VA0002164941 |
| VA0002164988 |
| VA0002165013 |
| VA0002165181 |
| VA0002165183 |
| VA0002165199 |
| VA0002169570 |
| VA0002171916 |
| VA0002174228 |
| VA0002174229 |
| VA0002176066 |
| VA0002177397 |
| VA0002177577 |
| VA0002177912 |
| VA0002178682 |
| VA0002179213 |
| VA0002185864 |
| VA0002185876 |
| VA0002186088 |
| VA0002187718 |

| |
|---|
| VA0002187722 |
| VA0002187886 |
| VA0002188197 |
| VA0002188198 |
| VA0002188199 |
| VA0002188200 |
| VA0002188246 |
| VA0002188315 |
| VA0002188316 |
| VA0002188649 |
| VA0002190360 |
| VA0002190364 |
| VA0002190634 |
| VA0002190638 |
| VA0002190649 |
| VA0002190653 |
| VA0002191088 |
| VA0002193564 |
| VA0002196541 |
| VA0002197282 |
| VA0002197507 |
| VA0002197541 |
| VA0002197648 |
| VA0002197695 |
| VA0002197697 |
| VA0002197704 |
| VA0002197921 |
| VA0002197963 |
| VA0002198837 |
| VA0002199231 |
| VA0002199888 |
| VA0002200348 |
| VA0002200485 |
| VA0002201727 |
| VA0002201788 |
| VA0002201802 |
| VA0002203942 |
| VA0002205446 |
| VA0002205485 |
| VA0002205519 |
| VA0002205528 |

| |
|---|
| VA0002205531 |
| VA0002205544 |
| VA0002205562 |
| VA0002205631 |
| VA0002205702 |
| VA0002205716 |
| VA0002205952 |
| VA0002206497 |
| VA0002206677 |
| VA0002207250 |
| VA0002208178 |
| VA0002208180 |
| VA0002208190 |
| VA0002208200 |
| VA0002208202 |
| VA0002208257 |
| VA0002208260 |
| VA0002208420 |
| VA0002208422 |
| VA0002208426 |
| VA0002208429 |
| VA0002208434 |
| VA0002208435 |
| VA0002208485 |
| VA0002208571 |
| VA0002208586 |
| VA0002211223 |
| VA0002212319 |
| VA0002212330 |
| VA0002212358 |
| VA0002212373 |
| VA0002212439 |
| VA0002214641 |
| VA0002214839 |
| VA0002215254 |
| VA0002216027 |
| VA0002216046 |
| VA0002216299 |
| VA0002216763 |
| VA0002216769 |
| VA0002217699 |

| |
|---|
| VA0002217701 |
| VA0002218075 |
| VA0002219322 |
| VA0002221268 |
| VA0002226294 |
| VA0002227131 |
| VA0002227138 |
| VA0002227355 |
| VA0002227750 |
| VA0002227752 |
| VA0002227758 |
| VA0002227766 |
| VA0002227769 |
| VA0002227771 |
| VA0002227783 |
| VA0002227788 |
| VA0002228292 |
| VA0002228293 |
| VA0002228304 |
| VA0002229506 |
| VA0002229939 |
| VA0002229941 |
| VA0002230371 |
| VA0002230374 |
| VA0002230859 |
| VA0002234596 |
| VA0002234632 |
| VA0002234655 |
| VA0002234657 |
| VA0002234703 |
| VA0002234712 |
| VA0002234748 |
| VA0002234781 |
| VA0002234784 |
| VA0002238466 |
| VA0002238482 |
| VA0002238561 |
| VA0002239127 |
| VA0002239747 |
| VA0002239753 |
| VA0002239780 |

VA0002239783
VA0002239812
VA0002240014
VA0002242557
VA0002242561
VA0002242562
VA0002242564
VA0002243509
VA0002243512
VA0002243513
VA0002243544
VA0002247690
VA0002247692
VA0002247693
VA0002247694
VA0002248154
VA0002248450
VA0002248464
VA0002249259
VA0002249280
VA0002249342
VA0002250736
VA0002250799
VA0002251936
VA0002253049
VA0002253351
VA0002253352
VA0002253354
VA0002253356
VA0002253665
VA0002253918
VA0002253919
VA0002255893
VA0002256024
VA0002256215
VA0002256317
VA0002256319
VA0002256320
VA0002256323
VA0002256324
VA0002256597

VA0002260025
VA0002260026
VA0002261121
VA0002261162
VA0002262893
VA0002262894
VA0002263170
VA0002263673
VA0002263682
VA0002263686
VA0002264289
VA0002266932
VA0002267168
VA0002267170
VA0002267387
VA0002267391
VA0002267403
VA0002267420
VA0002267545
VA0002267548
VA0002267948
VA0002267978
VA0002268051
VA0002268366
VA0002268530
VA0002268772
VA0002268785
VA0002270903
VA0002271203
VA0002271240
VA0002271243
VA0002271542
VA0002271553
VA0002272039
VA0002272518
VA0002272526
VA0002272534
VA0002273118
VA0002273150
VA0002273892
VA0002273893

| |
|---|
| VA0002273895 |
| VA0002277159 |
| VA0002277255 |
| VA0002277257 |
| VA0002277258 |
| VA0002277757 |
| VA0002277774 |
| VA0002277775 |
| VA0002277776 |
| VA0002277781 |
| VA0002277782 |
| VA0002277835 |
| VA0002277886 |
| VA0002277892 |
| VA0002277902 |
| VA0002277913 |
| VA0002277915 |
| VA0002277916 |
| VA0002277919 |
| VA0002277942 |
| VA0002280140 |
| VA0002280187 |
| VA0002280198 |
| VA0002280199 |
| VA0002280208 |
| VA0002285738 |
| VA0002285740 |
| VA0002285741 |
| VA0002285854 |
| VA0002285855 |
| VA0002285947 |
| VA0002285949 |
| VA0002285995 |
| VA0002289788 |
| VA0002289816 |
| VA0002289902 |
| VA0002289905 |
| VA0002290434 |
| VA0002290798 |
| VA0002290803 |
| VA0002291550 |

| |
|---|
| VA0002291887 |
| VA0002291993 |
| VA0002292103 |
| VA0002293649 |
| VA0002294462 |
| VA0002294463 |
| VA0002295206 |
| VA0002296490 |
| VA0002298721 |
| VA0002300282 |
| VA0002300295 |
| VA0002300509 |
| VA0002300683 |
| VA0002300711 |
| VA0002300713 |
| VA0002300985 |
| VA0002300990 |
| VA0002302106 |
| VA0002302107 |
| VA0002304316 |
| VA0002304324 |
| VA0002305219 |
| VA0002305222 |
| VA0002305230 |
| VA0002305232 |
| VA0002305238 |
| VA0002305251 |
| VA0002305253 |
| VA0002305255 |
| VA0002306620 |
| VA0002306712 |
| VA0002306716 |
| VA0002306719 |
| VA0002306762 |
| VA0002307294 |
| VA0002309096 |
| VA0002309870 |
| VA0002311755 |
| VA0002311756 |
| VA0002311764 |
| VA0002311776 |

| |
|---|
| VA0002311778 |
| VA0002311779 |
| VA0002315054 |
| VA0002315060 |
| VA0002315729 |
| VA0002316727 |
| VA0002316732 |
| VA0002316737 |
| VA0002317139 |
| VA0002317141 |
| VA0002317450 |
| VA0002317505 |
| VA0002317737 |
| VA0002321828 |
| VA0002322118 |
| VA0002323680 |
| VA0002323682 |
| VA0002323685 |
| VA0002324153 |
| VA0002324339 |
| VA0002324925 |
| VA0002325363 |
| VA0002325364 |
| VA0002325378 |
| VA0002325380 |
| VA0002328618 |
| VA0002328619 |
| VA0002328620 |
| VA0002328903 |
| VA0002328906 |
| VA0002328907 |
| VA0002329062 |
| VA0002329064 |
| VA0002329065 |
| VA0002329066 |
| VA0002329067 |
| VA0002329068 |
| VA0002329072 |
| VA0002329073 |
| VA0002329074 |
| VA0002329077 |

| |
|---|
| VA0002329079 |
| VA0002329081 |
| VA0002329082 |
| VA0002329351 |
| VA0002329352 |
| VA0002329354 |
| VA0002329355 |
| VA0002329359 |
| VA0002329363 |
| VA0002329364 |