# EXHIBIT B



← **Tweet**

 **YUCATAN AL MINUTO**
@YUCATANALMINUTO                                     ...

Captan a Ben Affleck en joyería; estaría buscando anillo
ow.ly/gt0E50FYfpE

Translate Tweet



3:45 PM · Aug 25, 2021 · Hootsuite Inc.

**4** Likes

  ○          ↻          ♡          ⬆

 Tweet your reply                                  Reply

---

🔍 Search Twitter

### Relevant people

 **YUCATAN AL MINUTO**          Follow
@YUCATANALMINUTO
Yucatán al Minuto es un medio de
comunicación que produce contenido
informativo y material audiovisual con
formatos propios en Mérida, Yucatán.

### What's happening

FIFA World Cup · LIVE
**Mexico vs Poland**



**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.          ...
@c_perkowski

___ https://twitter.com/ThrowbackTaylor/status/1543780714732367872 ___ et ___ 2022-11-21 08:51:55 -08:00 ___
Case 2:22-cv-09462 ___ Document 1-2 ___ Filed 12/30/22 ___ Page 3 of 101 ___ Page ID #:41

← **Tweet**

**Home**

**Explore**

**Notifications** ①

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

Taylor Throwbacks | fan page
@ThrowbackTaylor                                    ···

4 years ago today, taylor swift and joe alwyn broke the
internet with their pictures from a resort in turks and
caicos.

july 4, 2018



7:40 PM · Jul 3, 2022 · Twitter for iPhone

**82** Retweets  **36** Quote Tweets  **1,882** Likes

Tweet your reply                                    **Reply**

Metzli @fartingsky · Jul 3                          ···
Replying to @ThrowbackTaylor
oh my god i remember all the tweets for the 3rd pic...

                     ♡ 1        ♡ 14

aya 🕊 | fan acc. @IMN0TALLT00WELL · Jul 4          ···
Replying to @ThrowbackTaylor

                     ♡ 1        ♡ 34

Show additional replies, including those that may contain offensive
content                                             Show

---

**Search Twitter**

**Relevant people**



Taylor Throwbacks | f...        **Follow**
@ThrowbackTaylor
daily throwbacks account to show you
what dr taylor was up to on this day |
fan account :]🖤
taylortbacks@gmail.com for content
removals

**What's happening**

FIFA World Cup · LIVE
England vs Iran



Trending in United States                    ···
**I BELIEVE THAT WE WILL WIN**

Trending in United States                    ···
**Maguire**
Trending with Luke Shaw

Events · Trending                            ···
**ITS COMING HOME**
4,318 Tweets

Events · Trending                            ···
**LGBT**
212K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462    Document 1-2    Filed 12/30/22    Page 4 of 101    Page ID #:42

← **Tweet**



**MAX** ✓
@ThisIsMax

···

Not hating observation... I find Eiza Gonzalez and Timothée Chalamet pics together so staged... it looks like a big sister with her little brother in some shots... other times like a scene from a film..? #strange by the way fan of both ...



1:54 AM · Jun 24, 2020 · Twitter Web App

**1** Retweet   **26** Likes

💬            ⟲            ♡            ⬆

P   Tweet your reply                    Reply

**sierra** ✓ @sierramac0505 · Jun 25, 2020          ···
Replying to @ThisIsMax
Did u not see the omes of them kissing i-

💬            ⟲            ♡ 2          ⬆

 Perkowski Legal P.C.

🔍 Search Twitter

**Relevant people**



**MAX** ✓                                    Follow
@ThisIsMax
Presenter/Producer 🎬 Eyes on the prize Violet! 😜 contact : Management@FlipYourWig.net

**What's happening**

NFL · Yesterday
**Cowboys at Vikings**

Trending in United States                ···
**HOW IS THAT NOT A YELLOW**
1,385 Tweets

Trending in United States                ···
**Tampax**
18.3K Tweets

Trending in United States                ···
**Trent Reznor**
10.3K Tweets

Trending in California                   ···
**Telemundo**
7,809 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/MundoGeekOF1/status/1407106588947039234 __ at __ 2022-11-21 01:43:19 -08:00 __

← **Tweet**

**Mundo Geek**
@MundoGeekOF1

Primeiras imagens de Helen Mirren como Hespera no set de Shazam: Fury of The Gods.

#ShazamFuryOfTheGods
#Shazam 🔑




3:42 PM · Jun 21, 2021 · Twitter for Android

**1** Retweet   **4** Likes

Tweet your reply                                    Reply

**Relevant people**

**Mundo Geek**          Follow
@MundoGeekOF1

Página com todas as últimas novidades do cinema, quadrinhos, games, animes, mangás, livros e algumas opiniões e textões. Gamertag: batnathan999

**What's happening**

NFL · Yesterday
**Commanders at Texans**

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States
**#AMAs** 🔥
Trending with sabrina

Trending in United States
**Oregon**
Trending with Utah

Music · Trending
**#DavidoAt30**
68K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/lacosacine/status/1329812770653663232 __ at __ 2022-11-22 03:49:10 -08:00



← **Tweet**

**La Cosa Cine** ✓
@lacosacine

Kamala Khan es cosplayer de la Capitana en una nueva imagen desde el set de #MsMarvel.



7:44 AM · Nov 20, 2020 · TweetDeck

**4** Retweets **69** Likes

Nak @Nach_PM1 · Nov 20, 2020
Replying to @lacosacine
Disney hace el aguante y saca ese casco en tamaño de adulto cabeza de moai, te lo agradecería mucho

Razziel 🦝🩸 @theblackh4lo · Nov 20, 2020
Replying to @lacosacine



1

Perkowski Legal P.C.
@c_perkowski

**Relevant people**

**La Cosa Cine** ✓
@lacosacine
Cine y Series. Tu comunidad, tu revista ✉
web@lacosacine.com | 🖊
@guillohernandez @jessiblady
@luagosta @macareynolds
@cynthiaonfilms

Follow

**What's happening**

FIFA World Cup · LIVE
Argentina vs Saudi Arabia

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States
**Argentina**
Trending with Messi, #ARGKSA

Entertainment · Trending
**Died Suddenly**
83.7K Tweets

Entertainment · Trending
**Sinbad**
9,630 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

__ https://twitter.com/JohnsonDornanES/status/157840020423937228 __ at __ 2022-11-20 09:33:02 -08:00 __

← **Tweet**



**Johnson Dornan ES**
@JohnsonDornanES

···

¡Añadidas 5 Fotos HQ de Dakota anoche, 6, en el set de #MadameWeb en Boston! (Vía @DakotaJBRA) johnsondornan.com/galeria/thumbn... #DakotaJohnson

Translate Tweet



8:01 AM · Oct 7, 2022 · Twitter for iPhone

**10** Retweets   **26** Likes

   Tweet your reply   Reply


**Perkowski Legal P.C.**
@c_perkowski
···

  Search Twitter

### Relevant people



**Johnson Dornan ES**
@JohnsonDornanES    Follow

Tu primera y mejor fuente sobre los actores #DakotaJohnson y #JamieDornan desde 2015. [Fan Account]



**Dakota Johnson Brasil**
@DakotaJBRA    Follow

Sua primeira, maior e melhor fonte sobre a atriz e produtora Dakota Johnson no Brasil. E-mail para contato: contato@dakotajohnsonbrasil.com

### What's happening

Formula 1 · 2 hours ago
**Abu Dhabi Grand Prix 2022**



**#Disenchanted** 🧚
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending
**#RIPLEGEND**
4,393 Tweets    ···

Trending in California
**Shakira**
101K Tweets    ···

Entertainment · Trending
**Morgan Freeman**
153K Tweets    ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



Perkowski Legal P.C. ...
@_perkowski

**Def Noodles** ✓
@defnoodles

BREAKING NEWS THAT WILL MOST DEFINITELY
CHANGE YOUR LIFE: Ben Affleck and Jennifer Lopez
seen hugging outside a restaurant.

4:31 PM · Jun 1, 2021 · Twitter for iPhone

25 Retweets    35 Quote Tweets    1,027 Likes

Tweet your reply                                    Reply

**Ariel Cuomo** @gabanygod · Jun 1, 2021
Replying to @defnoodles
He deserves better...
Show replies

**Mattoni** @MattoniaCz · Jun 2, 2021
Replying to @defnoodles
How long its gonna last this time...? 🤔

**Ginger** 🍊 @ginger_snip · Jun 2, 2021
Replying to @defnoodles
I'm kind of glad they found each other again. I hope it works out for them
this time

**makbeanzgaming** @makbeanzgaming · Jun 1, 2021
Replying to @defnoodles
My life is forever changed, thank you noodles

**Kaze** @kazeCtyx · Jun 1, 2021
Replying to @defnoodles
Awww 🥺 good for them! He's got a thing for 'Jennifer's' lol 😂

**.D** @jyovcent · Jun 1, 2021
Replying to @jyovcent @defnoodles
Wait is she not engaged anymore lol

**CHEPA** @MissChepa · Jun 1, 2021
Replying to @jyovcent and @defnoodles
Nope. Not since April 15th... 😢
Show replies

**Chris** @Chris14280475 · Jun 1, 2021
Replying to @defnoodles
Wow my life has been changed by this information, thank you Mr. Noodles!

**Mago** @MaggieHappily · Jun 1, 2021
Replying to @defnoodles
Why'd you unmatch me, it's me

**KATE** @itskatsby · Jun 2, 2021
Replying to @MaggieHappily and @defnoodles
That video haunts me
Show replies

**pati Gomez** @patiGom78465856 · Jun 6, 2021
Replying to @defnoodles
I'm so glad for both of them, they picked up where they left off.

**Josh**🟥 @13Hartling · Jun 1, 2021
Replying to @defnoodles



I AM HENNIFER LOPEZA
LIKE TACOS AND BURRITOS.

**Lizzy** 🐝 @GzzyAAPiggy · Jun 1, 2021
Replying to @defnoodles
Just seems like old friends having a moment....atleast they are wearing
masks

**Soph** 🍃 @jerrymeowmeow_ · Jun 1, 2021
Replying to @defnoodles
Lol Jio makes me feel sad for her. Why can you not be alone for 45 seconds?

**MAKE GAS PRICES GO DOWN AGAIN** 🚙🇺🇸 @Takanawa916 · Jun 1, 2021
Replying to @jerrymeowmeow_ and @defnoodles
LMAO

**Anti V1!!** 💜 @JustCallMe_Anti · Jun 1, 2021
Replying to @defnoodles
This news did not change my life noodle man

**Def Noodles** ✓ @defnoodles · Jun 1, 2021
Replying to @JustCallMe_Anti
I'm sorry, I'll try better next time
Show replies

**_ur_opinion_is_invalid** @immacant · Jun 1, 2021
Replying to @defnoodles
what year is it? 😭

**🦋ori** @stonedtwilignome · Jun 1, 2021
Replying to @defnoodles
I had a dream about this last night. I'm glad it was confirmed 😂😂

**◻◻◻◻ ◻◻◻◻◻ ◻◻◻◻** @ ◻ @ElicoEnigma92 · Jun 1, 2021
Replying to @defnoodles
It feels like a fever dream cant believe Bennifer is a thing in 2021 lmao 😭

**ToastyBear** @ToastyBear452 · Jun 2, 2021
Replying to @defnoodles
siiiinng jk lol routing for them.

**Ryan Abshire** @nomananking · Jun 1, 2021
Replying to @defnoodles

No, honey

**April** 🌸 @Apr956746795 · Jun 1, 2021
Replying to @defnoodles
I always believed they were in love

**Moira O'Hara** @Moira_O_Hara · Jun 1, 2021
Replying to @defnoodles



## Tweet

### Home

### Explore

### Notifications

### Messages

### Bookmarks

### Lists

### Profile

### More

**Tweet**


Perkowski Legal P.C.
@c_perkowski

 **Robert Littal BSO** ✓
@BSO

Photos of Devin Booker and Kendall Jenner's Triple Date With Justin Bieber his Wife Hailey and Travis Scott and Kylie Jenner (Pics-Vids) bit.ly/3ey0lrk



8:22 AM · May 11, 2021 · BSO Alert

**4** Quote Tweets    **6** Likes

 Tweet your reply                    **Reply**

### Search Twitter

## Relevant people

**Robert Littal BSO** ✓
@BSO                                              **Follow**

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

## What's happening

FIFA World Cup · 2 hours ago


__ https://twitter.com/TheGeekyCast/status/1578075971842568704 __ at __ 2022-11-19 22:42:38 -08:00 __    Case 2-22-cv-09462    Document 1-2    Filed 12/30/22    Page 10 of 101    Page ID #:48

**The GeekyCast**🎙✅ @thegeekycast ···

Huge huge huge leaks for #madameweb #spiderman



10:33 AM · Oct 6, 2022 · Twitter for iPhone

**21** Retweets  **3** Quote Tweets  **108** Likes

Tweet your reply                    Reply

**John Henry Irons** @Henry58979558 · Oct 7 ···
Replying to @thegeekycast
Late again
💬 1          ♡

**The GeekyCast**🎙✅ @thegeekycast · Oct 7 ···
Replying to @Henry58979558
👍
💬          ♡

**Arthur** @Arthur65381575 · Oct 6 ···
Replying to @thegeekycast
I think it's Ezekiel Sims.
💬          ♡ 1

**James** @magitek45 · Oct 6 ···
Replying to @thegeekycast
Is that supposed to be Spider-Man?
💬 1          ♡
Show replies

**capedcosplay** @capedcosplay · Oct 6 ···
Replying to @thegeekycast
Idk if it's a huge huge huge leak if no one knows who tf that is
💬 1          ♡ 1

**The GeekyCast**🎙✅ @thegeekycast · Oct 6 ···
Replying to @capedcosplay
Shows they are using diff spiders
💬          ♡

**thunderbeast_1419** @IamManvik121 · Oct 7 ···
Replying to @thegeekycast
JONNY SINS
💬          ♡

**the Real Brian Bondurant** @BON_COMICS · Oct 6 ···
Replying to @thegeekycast
Hope that's El Tarantula! ☀
💬          ♡ 1

**Mr. Terry Main** @mr8747090 · Oct 6 ···
Replying to @thegeekycast
Johnny depp?
💬          ♡

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

---

Search Twitter

**Relevant people**

**The GeekyCast**🎙✅     Follow
@thegeekycast
Debunking Rumors regarding comics,
movies and more. You post them and
we provide the receipts. Just Business
/ Not a Scooper

**What's happening**

Television · 2 hours ago
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Politics · Trending
**Mr. President**
47.1K Tweets

Sports · Trending
**Pasadena**
1,619 Tweets

Trending in United States
**Blocked**
132K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

⟲ Kate Retweeted


**Marvel News**
@BRMarvelNews

⋯

🚨 Dakota Johnson em novas imagens das gravações de #MadameWeb

Translate Tweet



10:25 PM · Jul 25, 2022 · Twitter Web App

**101** Retweets    **86** Quote Tweets    **2,334** Likes

💬           ⟲           ♡           ⬆

 Tweet your reply                    Reply

## Relevant people


**Kate**
@girlfromaspen                    Follow

I dislike negativity so unless I follow you, your replies aren't welcome on my tweets.


**Marvel News**
@BRMarvelNews                    Follow

Conta de fã dedicada ao Universo Marvel 🌈 Contato: marvelnewsbr@outlook.com

## What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**


Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States
**Schiff**
51.2K Tweets

Trending in California
**#sacramentoproud** 👑

Trending in United States
**#AMAs** 🅰️

Trending with soobin, sabrina

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

🔍 Search Twitter

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/teleaudiencias/status/1554001483263361024 __ at __ 2022-11-21 17:19:40 -08:00 __

← **Tweet**

**Teleaudiencias**
@teleaudiencias

#CINE: Primeras imágenes del rodaje de la película 'Oppenheimer' de Christopher Nolan. Cillian Murphy, Emily Blunt, Matt Damon, Florence Pugh, Rami Malek y Robert Downey Jr formarán parte del reparto del film. Estreno en verano del 2023. wp.me/pa7l1P-d2M


© BlayzenPhotos / BACKGRID

12:10 AM · Aug 1, 2022 · TweetDeck

**1** Like

Tweet your reply

Reply

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**


**Perkowski Legal P.C.** ...
@c_perkowski

---

Search Twitter

**Relevant people**

**Teleaudiencias**
@teleaudiencias

Follow

Audiencias, noticias, opinión, entrevistas, estrenos, tv, cine, música y deportes y +51.000 en instagram!
TvTeleaudiencias.wordpress.com

**What's happening**

NCAA Men's Basketball · Yesterday
**Delta Devils at Tigers**


Entertainment · Trending
**Died Suddenly**
38.9K Tweets

Only on Twitter · Trending
**#pcxqc**
2,696 Tweets

Trending in California
**Dodger Stadium**
11.9K Tweets

Trending in United States
**#ThingsIWouldTellMyYoungerSelf**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.



Case 2:22-cv-09462    Document 1-2    Filed 12/30/22    Page 14 of 101    Page ID #:52

Tweet

Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Film News**
@filmnewsPL

Brad Pitt i Joey King na planie filmu akcji #BulletTrain

Translate Tweet



2:42 PM · Mar 3, 2021 · Twitter for Android

1 Retweet    15 Likes

Tweet your reply

Reply

**Relevant people**



**Film News**
@filmnewsPL

Follow

🎬 najnowsze wiadomości filmowe - kino polskie i zagraniczne, popularne i niezależne 🍿 kontakt: filmnewspl@gmail.com

**What's happening**

Television · 3 hours ago
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Sports · Trending
**KYLE FORD**

Sports · Trending
**Pasadena**
1,623 Tweets

Music · Trending
**Elton John**
5,534 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

← Tweet

 **TheGuidance**
@guidance_the

Tenemos un primer vistazo de Anthony Ramos como The Hood en el set de #IronHeart . CONFIRMADO, el actor se une al #mcu en el papel de villano.

Translate Tweet




2:26 PM · Aug 8, 2022 · Twitter Web App

Tweet your reply

Reply

Search Twitter

**Relevant people**

 **TheGuidance**
@guidance_the

Follow

Todo el contenido geek al alcance de tu mano. Noticias, análisis, cómics narrados, curiosidades, etc.

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Music · Trending
**Slick Rick**

Trending in United States
**England**
Trending with #ENGIRN, Saka

Trending in United States
**Go USA**
6,015 Tweets

Politics · Trending
**Tragically**
16.3K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**
@c_perkowski
···

__ https://twitter.com/filmnewsPL/status/1333529879632109572 __ at __ 2022-11-21 00:49:19 -08:00 __

← **Tweet**

Q Search Twitter

**Relevant people**

Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

⊙ More

**Tweet**



**Film News**
@filmnewsPL

Jennifer Lawrence na planie filmu #DontLookUp



1:54 PM · Nov 30, 2020 · Twitter for Android

**4 Likes**



💬          ⇄          ♡          ↑

 Tweet your reply                    Reply

**Film News**
@filmnewsPL                          Follow

🎬 najnowsze wiadomości filmowe - kino polskie i zagraniczne, popularne i niezależne 🎭 kontakt: filmnewspl@gmail.com

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**



Trending in United States
**Maher**
22.1K Tweets

Trending in United States
**Bob Iger**
Trending with Disney, Chapek

Trending in United States
**#AMAs 🏆**
4.72M Tweets

Music · Trending
**#DavidoAt30**
64.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/tvoyi_muziki/status/1254359613002170368 __ at __ 2022-11-22 16:26:10 -08:00 __

← **Tweet**

Твои Мужики|| TM COMICS
@tvoyi_muziki ···

### БЛЯТЬ АХАХАХАХАХ МУД

Translate Tweet



3:40 AM · Apr 26, 2020 · Twitter for iPhone

**18** Retweets   **2** Quote Tweets   **538** Likes

Tweet your reply                                    Reply

Сильно Вумна @wumnaket · Apr 26, 2020 ···
Replying to @tvoyi_muziki and @Paper_Paper3
Каждый день это вижу

---

### Relevant people

Твои Мужики|| TM C...   Follow
@tvoyi_muziki

Пишем несмешные шутки по
фандомам и сценарии в стол. А
вообще, мы паблик, если чё. // My
baby @tm_comics

### What's happening

FIFA World Cup · This morning
**Mexico vs Poland**



**#AvatarTheWayOfWater**🧑‍🦱
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States
**TO BE CLEAR**      ···
52.9K Tweets

Entertainment · Trending
**Tarantino**      ···
Trending with  Simu Liu, Chris Evans

Chain restaurants · Trending
**Hooters**      ···
7,181 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

### (left navigation)

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

__ https://twitter.com/NormaniUpdate/status/957350449954291713 __ at __ 2022-11-22 20:11:26 -08:00 __

← **Tweet**



**Normani Updates**
@NormaniUpdate

···

## Normani yesterday in NYC #3



12:31 PM · Jan 27, 2018 · Twitter for iPhone

**86** Retweets    **4** Quote Tweets    **213** Likes




Tweet your reply

Reply

🔍 Search Twitter

## Relevant people



**Normani Updates**
@NormaniUpdate

Follow

Bringing you all the latest updates on singer/songwriter/dancer/model,
@Normani!

## What's happening

NBA · **LIVE**
**Kings at Grizzlies**



**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in United States
**RIP Harold**
···

Trending in United States
**#GenshinSpecialProgram**
3,291 Tweets
···

Trending in United States
**Non-binary**
25K Tweets
···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

··· More

**Tweet**


**Perkowski Legal P.C.**
@c_perkowski   ···

← **Tweet**



**Dakotacandids**
@Dakotacandids

···

20.07 | Novas fotos da Dakota no set de 'Madame Web' em Boston, Massachusetts #DakotaJohnson (1)



3:43 AM · Jul 26, 2022 · Twitter Web App

**6** Retweets   **1** Quote Tweet   **48** Likes

  Tweet your reply

Reply

🔍 Search Twitter

**Relevant people**

 **Dakotacandids**
@Dakotacandids

Follow

Neste perfil irei postar somente candids de Dakota Johnson. Para mais info, fotos e vídeos me sigam na conta principal: @Dakotashades I Fan Account

**What's happening**

NFL · 1 hour ago
**Bengals at Steelers**



**#Disenchanted** 🧝
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Machine Gun Kelly**
1,813 Tweets

···

The Real Housewives of Potomac · Trending
**Peter Thomas**
1,809 Tweets

···

Sports · Trending
**De'Aaron Fox**

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski
···

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← **Tweet**

 ❤️❤️ **LOVING 50 SHADES** ❤️❤️
@loving50shades

New photos of Dakota on the set of Madame Web
#DakotaJohnson
#MadameWeb



9:17 AM · Oct 6, 2022 · Twitter for Android

**9** Retweets   **31** Likes

Tweet your reply

Reply

**Relevant people**

 ❤️❤️ **LOVING 50 SH...**   Follow
@loving50shades

Love everything to do with Fifty
Shades ❤️ Here only for
#JamieDornan #DakotaJohnson & the
fifty shades family & for a laugh (FAN
ACCOUNT) ❤️❤️

**What's happening**

NFL · LIVE
**Browns at Bills**

#Disenchanted 🧚
Original movie now streaming
▶️ Promoted by Disney+

Trending in United States
**Rest In Peace**
47.6K Tweets

Trending in United States
**Qatar**
Trending with Enner Valencia

Sports · Trending
**Lamar Jackson**
2,668 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ···
@c_perkowski

__ https://twitter.com/tender_DMJ/status/1088602641620525056 __ at __ 2022-11-20 21:03:37 -08:00 __



Twitter

← Tweet

**DAKOTA** 💜💙
@tender_DMJ

**MY BEAUTIFUL GIRL** 🥰



5:01 PM · Jan 24, 2019 · Twitter for iPhone

**4** Retweets   **6** Likes

Tweet your reply

Reply

---

**Relevant people**

**DAKOTA** 💜💙
@tender_DMJ

Follow

Dakota Johnson is the meaning of
perfection and of course the love of
my life ❤️

**What's happening**

Television · 3 hours ago
**The Walking Dead airing on AMC**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Music · Trending
**harries**
4,584 Tweets

Trending in United States
**Bob Iger**
Trending with Chapek, Disney

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

__ https://twitter.com/FictionFeedback/status/1551883329812672514 __ at __ 2022-11-21 10:26:41 -08:00 __

← **Tweet**



**Multiverse Analysis**
@TheAnalystOne

···

Dakota Johnson on the set of Sony's #MadameWeb



3:53 AM · Jul 26, 2022 · Twitter for Android

**2** Retweets   **5** Likes

Tweet your reply

Reply

Perkowski Legal P.C.
@c_perkowski

···

---

Q Search Twitter

**Relevant people**



**Multiverse Analysis**
@TheAnalystOne

Follow

Fiction Addict

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

https://twitter.com/weloveharry_1dx/status/1194563301163851778 __ el __ 2022-11-22 19:17:11 -08:00

**Thread**

### katie 🙌
@weloveharry_1Dx

He looks like he works in a small cosy bookshop



2:30 AM · Nov 13, 2019 · Twitter for iPhone

**2** Retweets  **18** Likes

---

Tweet your reply                    **Reply**

**katie 🙌** @weloveharry_1Dx · Nov 13, 2019
Replying to @weloveharry_1Dx
Hugh Grant in Notting Hill vibes

↩    ⟲ 1    ♡ 4    ↥

**Samantha** @Samanth21089885 · Nov 14, 2019
Replying to @weloveharry_1Dx
I love Harry

↩    ⟲    ♡    ↥

---

**Relevant people**

katie 🙌
@weloveharry_1Dx    **Follow**
jack's housewife

**What's happening**

Television · **LIVE**
Bachelor in Paradise airing on ABC

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
📢 Promoted by Avatar

Trending in United States
RIP Harold

Trending in California
Hooters
8,284 Tweets

Trending in United States
#StayWoke

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/raulbrindis/status/1007254631079186432 __ at __ 2022-11-21 18:17:46 -08:00 __

← **Tweet**

 **Raúl Brindis** ✔
@raulbrindis

···

**#Farandulazo** Estas son las últimas fotos de Eiza y Josh Duhamel. La actriz mexicana y el ex de Fergie se han dejado ver juntos otra vez; los rumores de romance aumentan.

Translate Tweet



6:33 AM · Jun 14, 2018 · Hootsuite Inc.

**8** Likes

     

 Tweet your reply          Reply

---

Q Search Twitter

**Relevant people**

 **Raúl Brindis** ✔          Follow
@raulbrindis
Radio Host for El Show de Raúl Brindis

**What's happening**

FIFA World Cup · This morning
**England vs Iran**

Entertainment · Trending          ···
**Died Suddenly**
44.8K Tweets

Trending in United States          ···
**Trent Reznor**
14.8K Tweets

Trending in United States          ···
**Tampax**
29.8K Tweets

Trending in United States          ···
**Chrisley**
13.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**          ···
@c_perkowski

__ https://twitter.com/bangtidyhq/status/1297982656198713347 __ at __ 2022-11-21 15:14:57 -08:00 __

← **Tweet**

 **Bang Tidy Celebs**
@BangTidyHQ

•••

-@ninadobrev

 

12:42 PM · Aug 24, 2020 · Twitter Web App

22 Likes

  

 Tweet your reply

Reply

## Search Twitter

### Relevant people

 **Bang Tidy Celebs**
@BangTidyHQ
Follow

Bringing you Bang Tidy Celebs from the UK and around the world. From TV & Film to Music & Models. Any requests feel free to tweet.

**Nina Dobrev** ✓
@ninadobrev
Follow

Where ever you go... there you are. Going day by day... so let's see where it takes me! Namaste.

### What's happening

NFL · Yesterday
**Cowboys at Vikings**


Lovecraft Country · Trending
**Lovecraft Country**
Trending with #Blade, Yann Demange
•••

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,344 Tweets
•••

Sports · Trending
**Mexico City**
13.1K Tweets
•••

Trending in California
**Dodger Stadium**
12.5K Tweets
•••

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

Home
Explore
Notifications

https://twitter.com/ScreenMix/status/1369772020465003448 ... al ... 2022, 11:22 03:53 00 00:08

Document 1-2    Filed 12/30/22    Page 26 of 101    Page ID #:64



__ https://twitter.com/disneyflixfr/status/1453052211108394144 __ at __ 2022-11-21 14:12:30 -08:00 __

← **Tweet**

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

 **DISNEY FLIX FR**
@disneyflixfr

L'acteur Alec Baldwin serrant dans ses bras Matthew Hutchins, le veuf de Halyna, une directrice de la photographie qu'il a tuée accidentellement sur le tournage de son nouveau film Rust la semaine dernière…

Translate Tweet



10:33 AM · Oct 26, 2021 · Twitter for iPhone

**6** Likes



Tweet your reply

Reply

**Perkowski Legal P.C.** ...
@c_perkowski

---

Search Twitter

**Relevant people**

 **DISNEY FLIX FR**
@disneyflixfr                      Follow

Toutes les dernières informations sur vos films et séries préférées ✨

**What's happening**

FIFA World Cup · 41 minutes ago
**USA vs Wales**



Trending in United States
**HOW IS THAT NOT A YELLOW**
1,062 Tweets

Trending in California
**Dodger Stadium**
12.8K Tweets

Trending in United States
**Tampax**
11.5K Tweets

Trending in United States
**Trent Reznor**
7,649 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

**Mundo Geek**
@MundoGeekOF1

As filmagens de Madame Teia enfim começaram e alguns fãs já registraram algumas imagens de Dakota Johnson no set.

Novas fotos foram tiradas hoje com a atriz caracterizada como Julia Carpenter, a segunda Mulher Aranha e segunda Madame Web nos quadrinhos

#Marvel #Sony #MadamWeb

Translate Tweet



12:57 PM · Jul 26, 2022 · Twitter for Android

**1** Retweet    **3** Likes

Tweet your reply                    Reply

**Relevant people**

**Mundo Geek**
@MundoGeekOF1                    Follow

Página com todas as últimas novidades do cinema, quadrinhos, games, animes, mangás, livros e

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

**Gerard Cortez**
@SoyGerardCortez

El vestido que usó anoche Bella Hadid salió de un boceto de 1959 🖤 Esta es la forma correcta de irse "por lo clásico". La adoro.

Translate Tweet



6:49 AM · Apr 29, 2022 · Twitter for iPhone

**43** Retweets   **4** Quote Tweets   **546** Likes

Tweet your reply                                    Reply

**Pati Pé (cuenta PERSONAL)** @patipenaloza · Apr 29
Replying to @SoyGerardCortez
Kermosíssssimooo! 😱
                                           1

**CansaMichi Polar** 🏵️🦋 @Bypech · Apr 29
Replying to @SoyGerardCortez
Faaaan❤️💜
                                           1

**Sam Del Río Félix** @SamDelRioFelix · Apr 29
Replying to @SoyGerardCortez
La amé tanto
                                           1

**SANT** 😊 @Sant_2222 · Apr 29
Replying to @SoyGerardCortez
Ella con su estilo old school la da muchísimo es una mujer muy versátil la amo mal

**Marcia** @BenFerMarci · Apr 29
Replying to @SoyGerardCortez
Y es que ella es muy "old school", yo le veo aires a lo Ava Gardner. Me encanta.
                                           3

**MAR Y KONCITO FORAJIDO** @LoLoMuoz · Apr 29
Replying to @SoyGerardCortez
HERMOSA PIEZA DE ARTE

**pepe** @lepopepo · Apr 29
Replying to @SoyGerardCortez
@maaluuuuuu
                                           1

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

Show replies

---

## Sidebar

**Gerard Cortez**
@SoyGerardCortez

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Perkowski Legal P.C.
@c_perkowski

Search Twitter

**Relevant people**

**Gerard Cortez**    Follow
@SoyGerardCortez
Periodista de moda y cultura pop. TV Host y guionista. Amarás mi YouTube. No binarie. Inmigrante. Contacto Gerardcortez@gmail.com (El-he, ella-she, elle-they)

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Trending in California
**Dodger Stadium**
13.9K Tweets

Events · Trending
**Black Friday**
50.9K Tweets

Trending in United States
**Catherine**
26.3K Tweets

Music · Trending
**Slick Rick**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

← Tweet

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

**Stranger Things Brasil**
@strangerbr

CANDIDS: Finn Wolfhard no Aeroporto Internacional de Los Angeles (LAX). Possivelmente indo para Atlanta gravar a 4ª temporada de Stranger Things!



4:20 AM · Oct 17, 2020 · Twitter for iPhone

**101** Retweets   **58** Quote Tweets   **2,097** Likes

💬        🔁        ❤️        📤

💬 **Tweet your reply**                     **Reply**

**day** @vocaljade · Oct 17, 2020
Replying to @strangerbr
entao quem esta dos meninos gravando com a sadie? só o gaten e caleb? pq millie e noah nao estao
💬          🔁          ❤️ 9          📤

**emilly** @wolfhastyle_ · Oct 17, 2020
Replying to @vocaljade and @strangerbr
O Noah acho que tá na casa dele a millie tbm eu acho
💬 1        🔁        ❤️ 3        📤
Show replies

**Gustavo Callins** @CallinsGustavo · Oct 20, 2020
Replying to @strangerbr
Não sei vocês, mas quando lançar a 4ª temporada eu irei assistir tudo dnv, pra entrar no clima.
💬          🔁          ❤️          📤

**Gaby schnapp** @Gabyschnapp1 · Oct 27, 2020
Homem perfeito😍😍😍
💬          🔁          ❤️          📤

**B™** @_Euzinha06 · Oct 17, 2020
Replying to @strangerbr
Poppp quando a Millie estiver no aeroporto, eu surto 😍
💬          🔁          ❤️          📤

**abreu.** @LuLsoMascara · Oct 17, 2020
Replying to @strangerbr
Lindo
💬          🔁          ❤️          📤

**ari** @mrsmcfly_ · Oct 17, 2020
Replying to @strangerbr
o cabelinn❤️😍
💬          🔁          ❤️          📤

**eduarda in the box** @espacebts · Oct 17, 2020
Replying to @strangerbr
@millsibrave o cabelinho dele vey
💬 2        🔁        ❤️          📤

**cat** @comicsbelova · Oct 17, 2020
Replying to @espacebts @vSerendipity_ and @strangerbr
MEU DEUS EU SOU MUITO BAITOLINHA POR ELE
💬          🔁          ❤️          📤

**Isa goth** @willswiftler · Oct 17, 2020
Replying to @strangerbr
O finn nunca engorda né,queria ser assim
💬          🔁          ❤️ 1        📤

**isa** @tinistbae · Oct 17, 2020
Replying to @strangerbr
o cabelo dele 😩
💬          🔁          ❤️          📤

**Genevieve Skinner** @marabars_jd · Oct 17, 2020
Replying to @strangerbr
❤️
💬          🔁          ❤️          📤

**rissa!** 💔 @ethnaii · Oct 17, 2020
Replying to @strangerbr
pensei q era um skate na mão dele 😭 😭
💬          🔁          ❤️          📤

**caioedb** @caioedb · Oct 17, 2020
Replying to @strangerbr
nao sei se o que veio depois dessa foto é muito amigável



You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

💬          🔁          ❤️ 21       📤

Show replies

**Relevant people**

**Stranger Things Brasil**        **Follow**
@strangerbr
Sua melhor fonte de notícias sobre a série #StrangerThings no Brasil e no mundo! Para parcerias, nos chame na DM | Fan Account.

**What's happening**

NFL · Yesterday
**Cowboys at Vikings**

Sports · Trending
**Charles Barkley**
2,432 Tweets

Entertainment · Trending
**Kang**
46.6K Tweets

Trending in California
**Dodger Stadium**
13.7K Tweets

Trending in United States
**#FifaInuBsc**
Trending with #ELatel2022 ♦, #SayTheirNames

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More
© 2022 Twitter, Inc.

— https://twitter.com/tender_DMJ/status/1578048108293914628 — at — 2022-11-20 14:26:47 -08:00 —

← Tweet

**DAKOTA** 💜💙
@tender_DMJ

Look at my baby girl 🥰



8:42 AM · Oct 6, 2022 · Twitter for iPhone

**2** Retweets  **75** Likes

Search Twitter

**Relevant people**

**DAKOTA** 💜💙
@tender_DMJ

Follow

Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

**What's happening**

Formula 1 · This morning
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in California

Tweet your reply

Reply

Tweet

← Tweet

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

Perkowski Legal P.C.
@c_perkowski

← Tweet

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 **El Aragüeño**
@ElAragueno                                    ···

Willow Smith y Avril Lavigne estrenan video -
elaragueno.com.ve/willow-smith-y...



3:16 AM · Oct 21, 2021 · Aragueno webs twitts

**3** Likes

Search Twitter

**Relevant people**

 **El Aragüeño**
@ElAragueno                    Follow
EL PRIMER DIARIO DE ARAGUA. ¡50
años contando tu historia!

**What's happening**

FIFA World Cup · 3 hours ago
**Argentina vs Saudi Arabia**            

**#AvatarTheWayOfWater**🧊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending            ···
**Died Suddenly**
106K Tweets

Trending in United States            ···
**Argentina**
Trending with #FIFAWorldCup🏆, Herve Renard

Trending in United States            ···
**#السعوديه_الارجنتين**
1.26M Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Tweet your reply                    Reply

 **Perkowski Legal P.C.**
@c_perkowski                    ···

__ https://twitter.com/DakoholicsArg/status/15780868111703836680 __ at __ 2022-11-20 10:29:52 -08:00 __

← **Thread**



Perkowski Legal P.C.
@c_perkowski ...



Search Twitter

← Tweet

 **Foochia - فوشيا** ✔
@foochia · · ·

ريهانا بإطلالة من "بالنسياغا x غوتشي" بقيمة 3000 دولار خلال
تناول العشاء برفقة حبيبها Asap Rocky في لوس أنجلوس

Translate Tweet



1:17 PM · Jan 12, 2022 · Hootsuite Inc.

**2** Retweets  **1** Quote Tweet  **3** Likes

○   ⇄   ♡   ⇧

 Tweet your reply    Reply

### Relevant people

 **Foochia - فوشيا** ✔    Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

### What's happening

Television · Yesterday
**The Walking Dead airing on AMC**

Trending in California    · · ·
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Trending in United States    · · ·
**#AMAs** 🔥
4.33M Tweets

Trending in United States    · · ·
**Maher**
22K Tweets

Music · Trending    · · ·
**#DavidoAt30**
63.4K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More · · ·
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**
**Tweet**

__ https://twitter.com/badpostmargots/status/1358903736463196164 __ at __ 2022-11-21 06:27:51 -08:00 __

← **Tweet**

**Relevant people**

**best of margot**
@badpostmargots                    Follow

fan account posting updates & daily
posts of the aussie goddess and
academy award nominated actress,
margot robbie

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Gaming · Trending                    ···
**3DS RAINBOW ROAD**

Gaming · Trending                    ···
**Maple Treeway**

Trending in United States            ···
**New Week**
110K Tweets

Events · Trending                    ···
**LGBT**
207K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**best of margot**
@badpostmargots                    ···

margot robbie, john david washington & christian bale
on the set of david o. russell's upcoming movie



2:21 PM · Feb 8, 2021 · Twitter for iPhone

**104** Retweets   **37** Quote Tweets   **707** Likes

Tweet your reply                    Reply

**A** @_andrewt214 · Feb 8, 2021                    ···
Replying to @badpostmargots and @margotrobbie
3 of my favorite actors right there. Can't wait!

♡ 3

**Danny Robinson aka Art:Digital** @artjagman · Feb 9, 2021    ···
Replying to @badpostmargots and @margotrobbie
In the first image, for some reason I'm seeing Zack Snyder, not Christian
Bale, lol!

**Ale Hardy Sorceress** 🔻 @AleqCavill · Feb 8, 2021    ···
Replying to @badpostmargots and @HardBoiledFilms and @margotrobbie
The dream team working together can't wait to see the result on screen

♡ 5

**Perkowski Legal P.C.**                    ···
@c_perkowski

— https://twitter.com/alexromval/status/1389224857112610001 — at — 2022-11-20 14:55:51 -08:00 —

← **Tweet**

**Home**

**Explore**

**Notifications** 1

Messages

⇄ Alex Salvatore 🧑‍🔧 Retweeted

 **Dani Lagi** ⚡ **Strip Marvel**
@StripMarvel

The Marvels ⚡



NOVEMBER 11, 2022

7:25 AM · May 3, 2021 from Besalú, España · Twitter for iPhone

**515** Retweets    **49** Quote Tweets    **4,778** Likes

💬          ⇄          ♡          ↑

  Tweet your reply            **Reply**

---

🔍 Search Twitter

### Relevant people

 **Alex Salvatore** 🧑‍🔧       **Follow**
@Alexromval

'Nadie puede juzgar desde fuera el amor'

 **Dani Lagi** ⚡ **Strip Ma...**       **Follow**
@StripMarvel

Soy @Dani_Lagi de Strip Marvel en @youtube y @twitch autor de #ComoConocíAVuestraMarvel y el cómic #ElGuanteHaterDelInfinito CONTACT: stripmarveltv@gmail.com

### What's happening

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 🧟‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
59.2K Tweets

Trending in United States
**#FIFAWorldCup** 🏆
Trending with #AMAs 🎤

Sports · Trending
**Romo**
2,786 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/Dakoholics/status/1198891641450442752 __ at __ 2022-11-19 20:46:39 -08:00 __



← **Tweet**

**Dakota Johnson Daily**
@Dakoholics

⋯

November 24: #DakotaJohnson and her goddaughter Ezer at Farmers Market in Los Angeles.

Dakota Johnson Brasil

1:10 AM · Nov 25, 2019 · Twitter for Android

**18** Retweets   **84** Likes

Tweet your reply

Reply

## Relevant people

**Dakota Johnson Daily**   Follow
@Dakoholics
Fan account dedicated to actress, activist, director and producer Dakota Johnson.

**Dakota Johnson Brasil**   Follow
@DakotaJBRA
Sua primeira, maior e melhor fonte sobre a atriz e produtora Dakota Johnson no Brasil. E-mail para contato: contato@dakotajohnsonbrasil.com

## What's happening

Television · 45 minutes ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Music · Trending   ⋯
**Elton John**
4,796 Tweets

Trending in California   ⋯
**Blocked**
125K Tweets

Sports · Trending   ⋯
**#AEWFullGear**
Trending with Keith Lee

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

___ https://twitter.com/inMARVEL_/status/1556058122657140737 ___ et ___ 2022-11-19 21:43:53 -08:00 ___



← **Tweet**

**inMARVEL** ✴️ #MarvelStudios #Marvel #WakandaForever
@inMARVEL_                                                    •••

Nuevas imágenes de Dakota Johnson y Adam Scott en el set de la futura Madame Web 👀 ¿Por qué llevarán esa especie de uniforme policial! 🤔

#Sony #MadameWeb #SpiderMan #SonyPictures #Spiderverse #DakotaJohnson #AdamScott



4:22 PM · Aug 6, 2022 · Twitter for Android

**4** Retweets   **1** Quote Tweet   **33** Likes

💬            🔁            ♡            ⬆️

P  Tweet your reply                            Reply

11:11😊 **Make a wish!** @djend25 · Aug 7          •••
Replying to @inMARVEL_
Paramedico

💬 1          🔁          ♡ 1          ⬆️

**inMARVEL** ✴️ #MarvelStudios #Marvel #Waka... @inMA... · Aug 8   •••
Replying to @djend25
Sip, fallo mío 😅

💬          🔁          ♡          ⬆️

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**


Perkowski Legal P.C.
@c_perkowski          •••

Search Twitter

**Relevant people**

**inMARVEL** ✴️ #Marv...          Follow
@inMARVEL_
Aquel que disfrute del contenido de Marvel Studios, si es digno, poseerá el poder de saber todo acerca del MCU. ¡Sígueme y sé un Nuevo Vengador! 👊🦸

**What's happening**

Television · 1 hour ago
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States          •••
**HE'S BACK**
146K Tweets

Trending in United States          •••
**#DreamersbyJungkook**
Trending with #FIFAWorldCup 🏆

Music · Trending          •••
**JISOO**
Trending with #BLACKPINK, Camila

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

## Tweet

**katie** 🦋
@weloveharry_1Dx                                                    ···

i'm too touch starved for this



11:55 AM · Jan 7, 2021 · Twitter for iPhone

**1** Retweet   **5** Likes

Tweet your reply                                          Reply

**Search Twitter**

### Relevant people

**katie** 🦋
@weloveharry_1Dx                           Follow
jack's housewife

### What's happening



FIFA World Cup · LIVE
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending                    ···
**Died Suddenly**
115K Tweets

Trending in United States                   ···
**Argentina**
Trending with Messi

Trending in United States                   ···
**#SeleccionMexicana**🇲🇽
6,729 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.    ···
@c_perkowski

__ https://twitter.com/proxcinemente/status/1235437401524199424 __ at __ 2022-11-20 08:03:56 -08:00 __




**Thread**

← 

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



Próxcinemente @proxcinemente · Mar 4, 2020

IMÁGENES DESDE EL SET DE "LOKI" 💥

Serie de Marvel Studios para Disney+ con Tom Hiddleston, Owen Wilson, Gugu Mbatha-Raw y Sophia DiMartino. #Loki

(1/2)

Vía: @JustJared

Próxcinemente
@proxcinemente

(2/2)

9:30 PM · Mar 4, 2020 · Twitter for Android

Tweet your reply    Reply

Perkowski Legal P.C.
@c_perkowski

Search Twitter

**Relevant people**



Próxcinemente    Follow
@proxcinemente
Todas las novedades en el mundo del séptimo arte. 🎬 l Creador: @chuyRM_93 l Contacto: proxcinemente@gmail.com

**What's happening**

Television · Last night
Saturday Night Live airing on NBC

#Disenchanted 👸
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending
RIP JDF
2,258 Tweets

Jungkook · Trending
Jungkook
Trending with Morgan Freeman, Ecuador

Trending in United States
Jason David Frank

Case 2:22-cv-09462   Document 1-2   Filed 12/30/22   Page 42 of 101   Page ID #:80

**Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from an account that no longer exists. Learn more

**Perkowski Legal P.C.**
@c_perkowski



← Tweet

**Harry Styles Fashion Archive**
@hsfasharchive

Harry wore a robe & slippers from the wedding venue, San Ysidro Ranch, to crash Jeff & Glenne's photos.

SAN YSIDRO RANCH

HARRY STYLES FASHION ARCHIVE

11:03 AM · Jan 4, 2021 · TweetDeck

226 Retweets    134 Quote Tweets    4,888 Likes

Perkowski Legal P.C.
@c_perkowski

Tweet your reply    Reply

**sad songs in jada's room** 🐺 @tbiicloudss · Jan 4, 2021
Replying to @hsfasharchive
he is to funny i can't😭

**p0chi** 🇬🇧 @feelsmthfool · Jan 4, 2021
Replying to @hsfasharchive
i don't understand why he would wear a robe in a wedding ???
♡ 4

**Emily misses Calum** @iasagnaresearch · Jan 4, 2021
Replying to @hsfasharchive
oh so he did that to be funny

**Duda** @guimaraesduda7 · Jan 4, 2021
Replying to @hsfasharchive
@ylrcyshine

**linda has faith in the future** @calumscoucou · Jan 4, 2021
Replying to @hsfasharchive
this robe is probably more expensive than my whole wardrobe but still WHY IS HE WEARING IT TO A WEDDING BABSYHHDHSH
♡ 1    ⟲ 3    ♡ 58

**Cosima** xx @WMSUGARCRY · Jan 4, 2021
Replying to @hsfasharchive
I want it

**charisse** 🦋 @chrsssspns · Jan 4, 2021
Replying to @hsfasharchive
how is the drink not spilling??? i have so many questions
♡ 9

**ʕ•ᴥ•ʔ |myfirstrealcrushwaslou1s** @helpimadirect61 · Jan 4, 2021
Replying to @hsfasharchive
@marisa_thm that's exactly his humor tho
♡ 1

**charisse** 🦋 @chrsssspns · Jan 4, 2021
Replying to @hsfasharchive
how is he holding so much stuff

the fuck ???

♡ 1    ⟲    ♡ 60

**millie** 🧸☃️ HARRYS HOUSE @Waltxxhbw_1D · Jan 4, 2021
Replying to @chrsssspns and @hsfasharchive
ikr my hands could never

**al is home** 🏠 @juicerry · Jan 4, 2021
Replying to @hsfasharchive
that was too obvious sorryyyy

WHAT ARE U PLANNING HAROLD OR JEFF IR WHOEVER
♡ 1

**al is home** 🏠 @juicerry · Jan 4, 2021
Replying to @juicerry and @hsfasharchive
or°
♡ 1

**ellie** @kingharrystyl · Jan 4, 2021
Replying to @hsfasharchive
CHUCK BASS VIBES

**allison** 🏴 @folkloremorat · Jan 4, 2021
Replying to @hsfasharchive
idk the price but sure is more expensive than my phone

Relevant people

Harry Styles Fashion ...    Follow
@hsfasharchive
HSFA is your best resource for clothing, shoes, and accessories worn by Harry Styles.
instagram.com/hsfashionarchi...

What's happening

FIFA World Cup · 4 hours ago
Mexico vs Poland

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Celebrities · Trending
Tom Hanks
7,348 Tweets

Trending in California
Chicharito
6,800 Tweets

Trending in California
Lucas
150K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More...
© 2022 Twitter, Inc.



← **Tweet**

 **Foochia - فوشيا** ✔
@foochia

...

#أمل_كلوني تفقد توازنها وتكاد تقع في أحدث ظهور لها في مدينة نيويورك

#مشاهير #amalcloony

Translate Tweet



0:12   571 views

11:51 PM · Oct 30, 2019 · Hootsuite Inc.

**1** Retweet   **1** Quote Tweet   **2** Likes

💬      🔁      ♡      ⬆

 Tweet your reply                    Reply

---

🔍 Search Twitter

## Relevant people

 **Foochia - فوشيا** ✔    Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.

## What's happening

NBA · LIVE
**Kings at Grizzlies**



#AvatarTheWayOfWater 💧
Get tickets now - In theaters December 16
☑ Promoted by Avatar

Trending in United States    ...
**RIP Harold**

Trending in United States    ...
**#thankskillingwithart**
1,824 Tweets

Trending in United States    ...
**Princess of Wales**
19.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home
#️⃣ Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
🗒 Lists
👤 Profile
⊙ More

**Tweet**

**Perkowski Legal P.C.**   ...
@c_perkowski

https://twitter.com/drayamichele/status/1452f7441333820908 __etr__ 2022-11-21 05:23:53 -08:00 ... Filed 12/30/22 Document 1-2 Page 46 of 101 Page ID #:84 2:22-cv-09462



Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Search Twitter

Tweet

@drayamichele

The category was CARTEL.

4:09 PM · Oct 25, 2021 · Twitter for iPhone

636 Retweets    420 Quote Tweets    7,328 Likes

Tweet your reply    Reply

Juwop @_maxirla901 · Oct 25, 2021
Replying to @drayamichele
❤️

BIG Sister General @JeSuisAParis · Oct 27, 2021
Replying to @drayamichele
MiSunderstood the assignment
24

HEAD HUNDO @S00RAXX · Oct 27, 2021
Replying to @JeSuisAParis and @drayamichele
Fucking crying
2

DYM. @ladamarism90 · Oct 26, 2021
Replying to @drayamichele
Que? 😩como así?
1

SEAN FALYON @SeanFalyon · Oct 26, 2021
Replying to @drayamichele
From Reading to the world!

Layla Ali @Miss_Thang19 · Oct 26, 2021
Replying to @drayamichele
I don't understand why her outfit is getting a lot of hate. On one hand people say " let women do and wear whatever they want" and when women do . People still get mad when they see pics like this.
3

the legacy 👏💫 @_brienaaa · Oct 26, 2021
Replying to @Miss_Thang19 and @drayamichele
they ain't mad at the outfit, they mad that it didn't go with the theme.
2    60

cordelia @JasDaFlame · Oct 26, 2021
Replying to @drayamichele
@tastemychampagn

JorgeCanava @JorgeCanava · Oct 26, 2021
Replying to @drayamichele
Sheeeeesh

4

Petit Gallo @MistaMalia2 · Oct 26, 2021
Replying to @drayamichele
C'est comme ça ils nous font croire que la vie est belle 😭 Pas le cas la femme ne mérite pas ceci exposer son corps. Le corps d'une femme doit être couvert c'est normal. C'est dans ça on peut te respecter puisque la femme elle vaut plus que l'or elle mérite le respect.
1

Pusha 🅿️ @_Luciusfox · Oct 26, 2021
Replying to @MistaMalia2 and @drayamichele
Tais-toi weirdo
1

tae @taesobossy · Oct 25, 2021
Replying to @drayamichele
😍😍😍

Linda Roger @LindaRoger310 · Oct 26, 2021
Replying to @drayamichele
Fire baby

Mohamed Cisse @Mohamed13250681 · Oct 26, 2021
Replying to @drayamichele
Cool
1

Mohamed Cisse @Mohamed13250681 · Oct 26, 2021
Replying to @Mohamed13250681 and @drayamichele
Salut tout les amis
1

Show replies

Sity @Sity510 · Oct 26, 2021
Replying to @drayamichele
@legallyskilled geez 😂
1

Antoine @legallyskilled · Oct 26, 2021
Replying to @Sity510 and @drayamichele
😩whew

Fernando De La Vega @CaliBiredJD · Oct 26, 2021
Replying to @drayamichele
Top her fasho

Relevant people

@drayamichele    Follow
I'm unbothered. | Unofficial. Commentary. Non-affiliation. Fan account. Parody

What's happening

FIFA World Cup · LIVE
England vs Iran

Music · Trending
Elton John
Trending with Dodger Stadium

Politics · Trending
Tragically
15.8K Tweets

Reality TV · Trending
Wendy
Trending with #RHOP, Robyn

Trending in United States
Ian Darke

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

Tweet

Pelicomic ✓
@Phil_Comic

Más Bucky



12:26 PM · Sep 26, 2020 · Twitter for Android

79 Retweets · 3 Quote Tweets · 2,088 Likes

Tweet your reply                    Reply

Julio Pixie 🇲🇽 Navideño @DonrulesPix · Sep 26, 2020
Replying to @Phil_Comic
El brazo de las pajas

Jesus Enrique #BlackPantherWakan... @Jesus6n32... · Sep 26, 2020
Replying to @Phil_Comic

♡ 4

Jesus Enrique #BlackPantherWakan... @Jesus6n32... · Sep 26, 2020
Replying to @Phil_Comic

¿Bromeas? Es un papucho

♡ 2

Viviana Melendez @Viviana31547752 · Sep 26, 2020
Replying to @Jesus6n321YEkG3 and @Phil_Comic
Jajaaaa jasi se dice en español)

🔥🌹 y fru 🔥🌹 @Suromiz_chan · Sep 26, 2020
Replying to @Phil_Comic
Papuchón💜💜💗💙

pp ripuez @ripuez.pp · Sep 26, 2020
Replying to @Phil_Comic
Extraño su tatuaje de Patricio... 😂😂😂😂

Philippe @Philipp_Coca84 · Sep 26, 2020
Replying to @Phil_Comic

A mi se me hace
que eres marica

Viviana Melendez @Viviana31547752 · Sep 27, 2020
Replying to @Philip_Coca84 and @Phil_Comic
Sdd

Braian Verdun @BraianVerdun · Sep 26, 2020
Replying to @Phil_Comic
Bromeas es un Papucho, su cara parece tallada por los mismos Angeles

Satl @Sain1990Z · Sep 27, 2020
Replying to @Phil_Comic
Espero lo veas @Phil_Comic , un buen domingo . La brujita como Marilyn Monroe 😍 ugs 😍

Viviana Melendez @Viviana31547752 · Sep 27, 2020
Replying to @Sain1990Z and @Phil_Comic
Hahaaaa

ⒹⓎ①⑥⑨⓪ @harazbm · Sep 26, 2020
Replying to @Phil_Comic
Nunca será suficiente

Pao 🌸 @paranb_ · Sep 26, 2020
Replying to @Phil_Comic
Ayeeeeeeeeeee!

angel @angeldittter · Sep 26, 2020
Replying to @Phil_Comic
Bromeas? Es un papucho, su cara parece tallada por los mismos angeles

Aaking @Aaking15306691 · Sep 26, 2020
Replying to @Phil_Comic
Todos dicen lo guapo que está, pero yo me pregunté: Porque Bucky tiene
un brazo diferente y porque ella no me ama?

Retr0 @Nomad1819 · Sep 27, 2020
Replying to @Phil_Comic
Una super serie la que viene cofiooooo

Mitchell.Manel1642 @manel1642 · Sep 26, 2020
Replying to @Phil_Comic
Es un papucho

Kryptonian GeekⒺ #RestoreTheSnyd... @perdrolul... · Sep 26, 2020
Replying to @Phil_Comic
este es su verdadero soldado del invierno





— https://twitter.com/KollegeKidd/status/1287189791843340288 — at — 2022-11-21 13:36:30 -08:00 —

← **Thread**

**Kollege Kidd** ✓
@KollegeKidd                                                          ···

## Kanye West entered Emergency Room at a hospital near his Wyoming ranch



5:55 PM · Jul 25, 2020 · Twitter for iPhone

**20** Retweets    **6** Quote Tweets    **76** Likes

Tweet your reply                                               Reply

**Kollege Kidd** ✓ @KollegeKidd · Jul 25, 2020          ···
Replying to @KollegeKidd
Read Full Story Here: bit.ly/3hCfdDM

                                                              ♡ 1

**Show more replies**

---

**Perkowski Legal P.C.**
@c_perkowski                                                  ···

### Relevant people

**Kollege Kidd** ✓          Follow
@KollegeKidd
Leader of the New Skool | Subscribe
To Youtube.com/KollegeKidd | Follow
On IG: Instagram.com/kollegekidd
Email info@kollegekidd.com for
inquiries.

### What's happening

FIFA World Cup · 5 minutes ago
**USA vs Wales**          

Trending in United States          ···
**Tampax**
7,524 Tweets

Trending in California          ···
**Dodger Stadium**
14.1K Tweets

Video games · Trending          ···
**Sin Kiske**
2,134 Tweets

Trending in United States          ···
**Mendy**
88.1K Tweets

**Show more**

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

__ https://twitter.com/jay_z_daily/status/1413484757854343170 __ at __ 2022-11-21 09:49:15 -08:00 __

← **Tweet**

**JAY-Z Daily**
@JAY_Z_Daily

JAY-Z was spotted stepping out of the Roc Nation offices in New York City on Thursday



Mr. Carter

6:06 AM · Jul 9, 2021 · Twitter Web App

**30** Retweets   **10** Quote Tweets   **256** Likes

Tweet your reply                    **Reply**

**Jeffrey Fermin | Building Startups in Mi...** ✓ @JeffFe... · Jul 9, 2021
Replying to @JAY_Z_Daily and @sc
I love the evolution from flashy to plain clothes.

Though I do miss seeing people, including Jay in football/basketball jerseys and some jean shorts

**Phemelo** 🇿🇦 @waserongoane · Jul 9, 2021
Replying to @JAY_Z_Daily and @sc
Shawn Carter. 🙌🏾

**Interested** @finenfree10 · Jul 11, 2021
Replying to @JAY_Z_Daily and @sc
He supposed to

**Christian** @Christi94713187 · Jul 9, 2021
Replying to @JAY_Z_Daily and @sc
😌👌

**One brick a day.** @aa_albrecht · Jul 9, 2021
Replying to @JAY_Z_Daily and @sc
Baba 🐐

**PLAYMAKEROFTHEYEAR™** 🏆🥇 @TONYSTACKSY... · Jul 9, 2021
Replying to @JAY_Z_Daily and @sc
Big Hov

**Perkowski Legal P.C.**
@c_perkowski

---

Search Twitter

**Relevant people**

**JAY-Z Daily**                          Follow
@JAY_Z_Daily
JAY-Z fan account || Follow and turn on post notifications || Backup 👉
@JAY_Z_Daily2

**Mr. Carter** ✓                         Follow
@sc

**What's happening**



FIFA World Cup · LIVE
**Senegal vs Netherlands**

Trending in California
**Dodger Stadium**
14.2K Tweets

Sports · Trending
**Billy Wagner**

Trending in United States
**Senegal**
Trending with De Jong, #SENNED

Trending in United States
**Hive**
89.1K Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Tweet**

This Tweet is from a suspended account. Learn more

**Bia** @ops_biankaa · Jan 4, 2021
Replying to @larrydetetive
Nem a máscara consegue esconder a beleza desse homem

♡ 8

**Ana. FITF** @louistsun_91 · Jan 4, 2021
Replying to @larrydetetive
Kkkkkkkkkkkk 😙

**Thay** 🍪 @rockyxme · Jan 4, 2021
Replying to @larrydetetive
@AlineAcioli6

💬 1

**💤 @Axyl_Brave** · Jan 4, 2021
Replying to @rockyxme and @larrydetetive
File mignon ainda kkkkkkk



**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**



**Relevant people**

**Robert Littal BSO** ✔
@BSO
BSO is a Unique take on Sports & Ent;
Tweets by The Headline King Robert
Littal; IG: BSOTV; FB:
BlackSportsOnline; Keep That Same
Energy Podcast; #BLM; 💙 AML
[Follow]

**The Daniel Bell©**
@BasketballGuruD
Thunder Beat Reporter For @BSO |
Contributor for the @FranchiseOK | A
lot of sports tweets |
dbell3220@icloud.com
[Follow]

**Robert Littal BSO** ✔
@BSO

Here Are The Pics Of The Gun Knife Isaiah Lee Tried To
Use On Dave Chappelle Before Getting Stomped Out By
Busta Rhymes and Jamie Foxx (Video-Pics)
bit.ly/38Pl8Gj via @BasketballGuruD



7:49 PM · May 4, 2022 · BSO Alert

9 Retweets   1 Quote Tweet   24 Likes

🗨   🔁   ♡   🔗

P   Tweet your reply                [Reply]

The Voice of One! @jeolmoz2 · May 5
Super Follower
Replying to @BSO and @BasketballGuruD
😂

The Pettiest Laker Fan 🤔 @ThePettiestLA · May 5
This is the funniest video on the Dave Chappelle situation 🤣



🗨   🔁   ♡   🔗

E™ @EzekielCaselton · May 4
Replying to @BSO and @BasketballGuruD
This could've been badddd

🗨   🔁   ♡   🔗

BCF @MFEnriqueBK · May 4
Replying to @BSO and @BasketballGuruD
Play stupid games, win stupid prizes. Glad I. Lee got stomped out like Mojo
Jojo from Powerpuff Girls.

🗨   🔁   ♡   🔗

**What's happening**

NFL · 1 hour ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
66.8K Tweets

Trending in United States
**Dreamers MV**
161K Tweets

Sports · Trending
**Ty Lue**

Trending in United States
**#ATEEZinAtlanta_Day1**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski



← **Tweet**



**Clicky Sound**
@ClickySound

···

clickysound.com/joe-jonas-feel... Joe Jonas got a little handsy with pregnant wife Sophie Turner while strolling through Los Angeles Friday.



11:26 AM · Mar 7, 2020 · Clicky Sound

    

P    Tweet your reply    **Reply**

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Q Search Twitter

**Relevant people**



**Clicky Sound**    **Follow**
@ClickySound

Photography at its Best!

**What's happening**

FIFA World Cup · 2 hours ago
**World Cup Qatar 2022: Opening Ceremony**



**#Disenchanted** 👸
Original movie now streaming
▶ Promoted by Disney+

Entertainment · Trending    ···
**Morgan Freeman**
168K Tweets

Only on Twitter · Trending    ···
**Rest in Power**
13.2K Tweets

Trending in United States    ···
**#QATECU**
99K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

P **Perkowski Legal P.C.**    ···
@c_perkowski

— https://twitter.com/ElAragueno/status/1391503241238895944 __ at __ 2022-11-22 10:42:29 -08:00 __

← **Tweet**

 **El Aragüeño**
@ElAragueno                                     ···

Fotos del rodaje de "Ms. Marvel" revelan el traje de Kamala Khan - is.gd/cPn0XF #EnLaButaca



2:20 PM · May 9, 2021 · TweetDeck

**1** Like

Tweet your reply                                    Reply

Q  Search Twitter

**Relevant people**

 **El Aragüeño**    Follow
@ElAragueno

EL PRIMER DIARIO DE ARAGUA. ¡50 años contando tu historia!

**What's happening**

FIFA World Cup · 44 minutes ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States          ···
**Chicharito**
4,606 Tweets

Trending in United States          ···
**#coinology**
4,207 Tweets

Trending in California             ···
**Mexicans**
12.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

 **Perkowski Legal P.C.**    ···
@c_perkowski

Case 2:22-cv-09462   Document 1-2   Filed 12/30/22   Page 57 of 101   Page ID #:95

**Tweet**

best of alexa demie
@alexafiles

Alexa Demie in Miami



6:58 AM · Oct 6, 2020 · Twitter for iPhone

573 Retweets   193 Quote Tweets   6,294 Likes

Tweet your reply                    Reply

paula con P de patrona @Oye_Paulis · Oct 6, 2020
Replying to @alexafiles
@abrilsuki
1        1

Ximenita 🤍 @abrilsuki · Oct 6, 2020
Replying to @Oye_Paulis and @alexafiles
Gracias por esta foto de mi novia
1

lily ✿ @FUCKTY2ER · Oct 6, 2020
Replying to @alexafiles
i didn't know photo quality was so good back in the 80s!
23

cruz @joshuacruzg · Oct 6, 2020
Replying to @alexafiles
@ElisaOlguin4 anda vacacionando
1        1

who's jules @ElisaOlguin4 · Oct 6, 2020
Replying to @joshuacruzg and @alexafiles
Mi bb hermosa <3

Lando @Lando_WL_ · Oct 6, 2020
Replying to @alexafiles
@JohnDavidCas #carlitosgueyyy RENT FREE

' @lexiesdavis · Oct 6, 2020
Replying to @alexafiles
When was this?
2        7

safia @hcwrudeofme · Oct 6, 2020
Replying to @lexiesdavis and @alexafiles
lol a couple days ago
1

Moo🦋 @Mukleopatra · Oct 6, 2020
Replying to @alexafiles
(Colorized)

Marc 🇩🇪🇪🇸 @Splashford · Oct 6, 2020
Replying to @alexafiles and @30isGod
LMAOOO was about to tag you, then realized oh he got a girl now and then saw you rtd 😭





Search Twitter

← **Tweet**


**_Geek.Brasil_**
@_MarvelBrasil_

···

🎌 Alô? Novas imagens das gravações de #MadameWeb confirma a existência de alguma versão do Homem-Aranha no filme.

Translate Tweet



10:34 AM · Oct 6, 2022 · Twitter for Android

**2 Likes**

💬          ⇄          ♡          ⬆️


Tweet your reply                    Reply

## Relevant people


**_Geek.Brasil_**          Follow
@_MarvelBrasil_
Tudo sobre marvel, dc e o mundo geek. -Venha conhecer nossa página.

## What's happening

Television · Last night
**Saturday Night Live airing on NBC**

SATURDAY NIGHT LIVE

**#Disenchanted** 👹
Original movie now streaming
▶ Promoted by Disney+

Trending in California          ···
**Rest In Peace**
39.6K Tweets

Trending in California          ···
**Shakira**
106K Tweets

Trending in United States          ···
**Qatar**
Trending with Enner Valencia, Morgan Freeman

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**


**Perkowski Legal P.C.**          ···
@c_perkowski

← Thread

**Maratonando News** 🇺🇦
@PMaratonando
···

GRAVAÇÕES A TODO VAPOR ! 🎥

O site Just Jared divulgou diversas novas imagens das gravações de 'Homem-Aranha 3'. Nas imagens podemos ver Tom Holland, Zendaya e até o irmão do ator, Harry Holland.

Via : @JustJared
#HomemAranha3   #SpiderMan3   #Marvel

Translate Tweet



9:10 AM · Jan 17, 2021 · Twitter for Android

1 Retweet    1 Like

💬          ⟲          ♡          ⬆️

Tweet your reply                          **Reply**

**Maratonando News** 🇺🇦 @PMaratonando · Jan 17, 2021
···
Replying to @PMaratonando
Segundo a descrição do Just Jared, a MJ e o Ned estão trabalhando nessa loja de donuts. O Peter teria ido lá convidar a MJ pra dar uma volta e pedir um café.

💬          ⟲          ♡  1          ⬆️

---

**Navigation sidebar:**

🐦

🏠 Home
# Explore
🔔 Notifications   (1)
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski
···

---

🔍 Search Twitter

### Relevant people

**Maratonando News** 🇺🇦
@PMaratonando
**Follow**
Tudo sobre o mundo do cinema, séries e games 🎬🎮 Sigam nossos ADMs 👍🏼 @1991Philipe
@rayssajoy 👩

**JustJared.com** ✓
@JustJared
**Follow**
Your #1 Entertainment Authority Also follow @jaredeng @justjaredjr

### What's happening

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 👸
Original movie now streaming
📺 Promoted by Disney+

Trending in California        ···
**Rest In Peace**
55.9K Tweets

Only on Twitter · Trending        ···
**Rest in Power**
26.1K Tweets

Trending in United States        ···
**LGBTQ**
Trending with Colorado Springs, #ClubQ

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@_perkowski

← **Thread**

**Jennifer Lawrence Updates** @JenniferUpdates ···

Jennifer Lawrence looking stunning in NYC recently




1:01 PM · May 22, 2021 · Twitter for iPhone

**121** Retweets   **37** Quote Tweets   **1,750** Likes

Tweet your reply                                    Reply

**Jennifer Lawrence Updates** @JenniferUpdates · May 22, 2021
Replying to @JenniferUpdates
Via:

> justjared.com
> Jennifer Lawrence Bares Her Midriff During Weeke...
> Check out the new photos...

                    ♡ 4              ♡ 40

**Ahmad Zahir Khan** @zikl36 · May 23, 2021
Replying to @JenniferUpdates
Well you are the special creation of God ,an enigma ,you even wear tattered clothes you look stunning like simple attire in Winter Bones I loved you most in that movie

            ♡ 1              ♡ 2

**#SISOSS** @barbiostella · May 23, 2021
Replying to @JenniferUpdates
No mask?

            ♡ 1

**Azmaria** @AzmariaK5388177 · May 24, 2021
Replying to @barbiostella and @JenniferUpdates
She's outside and it's around her wrist 😊

**Currently in My Obsessed with Tang ...** @RafaSem... · May 22, 2021
Replying to @JenniferUpdates

[GIF video]

GIF  ALT
            ♡ 1              ♡ 3

**marc draayers** @DraayersMarc · May 23, 2021
Replying to @JenniferUpdates
Hottest woman ever 😍

            ♡ 1

**Mario Valdez Armenta** @MarioValdezArm1 · May 23, 2021
Replying to @JenniferUpdates
woow you are really beautiful ...!!!

            ♡ 1

**Алексей Куценко** @DBL1eiLq6k66vret · May 29, 2021
Replying to @JenniferUpdates
Jennifer you❤ my dream

            ♡ 1

**The Web Slinger** @WebAriel17 · May 22, 2021
Replying to @JenniferUpdates
Why is she in my Hometown

**MooN | Daisy Johnson** 💜 @quakeisahero · May 22, 2021
Replying to @JenniferUpdates
our beautiful mystique! ❤

            ♡ 4

**Steve Scorpion Drewry Ross** @DarkDrewry · May 22, 2021
Replying to @JenniferUpdates
very beautiful ❤❤❤

            ♡ 2

**Star De Souza** @StarDeSouza1 · May 23, 2021
Replying to @JenniferUpdates
Stunning

            ♡ 1

**F R O G - & - R O L L .. the @sski...** @FROGROLLthe... · May 22, 2021
Replying to @JenniferUpdates
lekker ding!

Show additional replies, including those that may contain offensive content        Show

Search Twitter

**Relevant people**

Jennifer Lawrence Up...        Follow
@JenniferUpdates
Your most reliable fan account for
Academy Award winner Jennifer
Lawrence since 2012. Not affiliated
with Jen or her team.

**What's happening**

FIFA World Cup · LIVE
USA vs Wales

Trending in United States
**1-0 USA**
15.7K Tweets

Trending in California
**LETS GOOOODO**
3,299 Tweets

Trending in United States
**WHAT A GOAL**
18.1K Tweets

Trending in California
**Telemundo**
7,393 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/live1dnews/status/1356377404863819590 __ at __ 2022-11-22 09:04:59 -08:00

← **Tweet**

**1D Updates**
@Live1DNews

📸| Harry on the set of 'Don't Worry Darling' recently

(Via @HLDHQs)



3:02 PM · Feb 1, 2021 · Twitter for iPad

**1** Quote Tweet    **10** Likes

Tweet your reply

Reply

**Search Twitter**

## Relevant people

**1D Updates**
@Live1DNews    Follow

1D Updates. Paul, Andy, and more follow!

**HLDHQs**
@HLDHQs    Follow

We do not claim ownership of anything posted. Content owners, please DM for content removal.

## What's happening

FIFA World Cup · LIVE
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California
**Mexicans**
9,118 Tweets

Trending in United States
**#TheMarvels**
2,073 Tweets

Trending in United States
**#SeleccionMexicana**🇲🇽
11.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/foochia/status/1295662086140370944 __ at __ 2022-11-20 10:22:56 -08:00 __

← **Tweet**



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 **Foochia - فوشيا** ✔
@foochia

···

التقطت عدسات الباباراتزي صوراً لجاستن بيبر مع زوجته هايلي أثناء تواجدهما في أحد مطاعم لوس أنجلوس

#فوشيا #جاستن_بيبر #jb #justinbieber #justinbeiber #hailybeiber #like #justin

Translate Tweet



3:01 AM · Aug 18, 2020 · Hootsuite Inc.

**1** Retweet   **5** Likes

💬          ⇄          ♡          ⬆

 Tweet your reply          Reply

Perkowski Legal P.C.   ···
@c_perkowski

Q  Search Twitter

**Relevant people**

 **Foochia - فوشيا** ✔          Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللباقة، ونتابع أخبار المشاهير والفن والثقافة.

**What's happening**

Television · Last night
**Saturday Night Live airing on NBC**          

**#Disenchanted** 😊
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending          ···
**Rest in Power**
13K Tweets

Trending in California          ···
**Shakira**
105K Tweets

Trending in United States          ···
**#QATECU**
98.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/PhilNavyBrazil/status/150681336157252819130..._et__ 2022-11-21 06:58:53 -08:00

# Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

**Rihanna Navy Brasil | Fan Account**
@RNavyBrazil

ANJO. 🤍

Rihanna hoje (23) em Los Angeles.

Translate Tweet



7:01 PM · Mar 23, 2022 · Twitter for Android

**231** Retweets   **87** Quote Tweets   **2,923** Likes

Tweet your reply                                    **Reply**

**jujuru vibes** @desaf0go · Mar 24
Replying to @RNavyBrazil
um neném com outro neném na barriguinha 😭😭😭
♡ 1

**.** @baadgalfenty · Mar 23
Replying to @RNavyBrazil
Meu Deus que perfeita 😍

**madu** @maducaamara · Mar 23
Replying to @RNavyBrazil
princesa dnssss 😍😍😍

**mileny linda👸🏻** @abestada____· Mar 23
Replying to @RNavyBrazil
Rihanna flagrada na avenida Paulista 💅🏻

**Elza A.K.A lady caiçara** @heeyelza · Mar 23
Replying to @RNavyBrazil
Enfim usando tênis
♡ 13

**Brene** @BoyFentyRude · Mar 23
Replying to @RNavyBrazil
Meu amorrr

**Leandro Machado** @OLeandroMachado · Mar 23
Replying to @RNavyBrazil
Ela indo pegar o uber para o aeroporto!!! Ta vindooo!
♡ 4

**jsa** @xbellaaais · Mar 23
Replying to @RNavyBrazil
ela já tá aqui? 😳

**Íris || De Sangue e Cinzas / H.P. 7** @bygranaa_ · Mar 23
Replying to @RNavyBrazil
O sapatinho 👢👢

**Alan Assis** @alanassis_25 · Mar 23
Replying to @RNavyBrazil
Diz que ela já chegou vai . Tô com a roupa pronta

**anselmo** @myalleyways · Mar 23
Replying to @RNavyBrazil
@xavilercatarina vai atrás dela agora
♡ 1

**filho da rihanna** @lucuceta · Mar 23
Replying to @RNavyBrazil
o bucho de milhões

**.** @BBBaseado · Mar 23
Replying to @RNavyBrazil
mentira, essa foto é em sp
♡ 1

**coquinha¹⁹** @littlefreakys · Mar 23
Replying to @RNavyBrazil
comprando o suquinho pra trazer no avião pro br ❤️

---

**Search Twitter**

**Relevant people**

**Rihanna Navy Brasil |...**         **Follow**
@RNavyBrazil
RN8 🇧🇷 | Estamos online desde 2010,
somos o maior e mais completo fã-
clube sobre a cantora Rihanna no
Brasil e em toda a América Latina.
Apoio: @amusicbrazil

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Events · Trending
**LGBT**
213K Tweets

Trending in United States
**Schiff**
67.6K Tweets

Trending in California
**Dodger Stadium**
14.3K Tweets

Sports · Trending
**#PMSIDontWantToOverreactBUT**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/ShawnMendesBRA/status/1290105833073594370__el__2022-11-21 15:17:45 -08:00
Document 1-2   Filed 12/30/22   Page 64 of 101   Page ID #:102



**Shawn Mendes Brasil**
@ShawnMendesBRA

O QUE SERÁ? Shawn fez uma nova tatuagem 👀

Translate Tweet

7:02 PM · Aug 2, 2020 · Twitter Web App

70 Retweets   52 Quote Tweets   859 Likes

**b** @fallinallinluan · Aug 2, 2020
Replying to @ShawnMendesBRA
meu deus to curiosa demais

**serxia** 🌙 @sycoptz · Aug 2, 2020
Replying to @ShawnMendesBRA
Ok, mas e essa aqui... Já tinha e eu não lembro ou??

♡ 2   ⟲   ♡ 4

**Shawn Mendes Brasil** @ShawnMendesBRA · Aug 2, 2020
Replying to @sycoptz
Ele fez esses dias para a irmã dele!

> **Shawn Mendes Brasil** · Jul 26, 2020
> Shawn Mendes fez uma nova tatuagem em homenagem a sua irmã
> Aaliyah ❤️

♡ 1   ⟲   ♡ 5

**breno** @track7breno · Aug 2, 2020
Replying to @ShawnMendesBRA
o nome do álbum

**sealj** @lovedbyem · Aug 2, 2020
Replying to @ShawnMendesBRA
"camila cabello" gostaram?

♡   ⟲   ♡ 8

**fanir** @clicabello · Aug 2, 2020
Replying to @ShawnMendesBRA
é falta de banho mesmo amgs

♡   ⟲   ♡ 21

**João Rodrigues** @John_vic1999 · Aug 3, 2020
Replying to @ShawnMendesBRA
"Aaliyah forever' kkhkkj

**out of ray's sistem** ✨ @ray2ittpwk · Aug 3, 2020
Replying to @ShawnMendesBRA
acho que ta escrito "cadelinha da camila"

**lais. WONDER!** @raulwonder · Aug 2, 2020
Replying to @ShawnMendesBRA
meu deus

**acas.°** 2 @wtfalling96 · Aug 2, 2020
Replying to @ShawnMendesBRA
eu vendo os comentários achando que era a única que tinha visto o nome da camila 🌚🌚🌚

♡   ⟲   ♡ 2

**isaah** @shawnhatetomate · Aug 2, 2020
Replying to @ShawnMendesBRA
Ela faz o mistério delah

**Isis Caroline** @isis00068831 · Aug 2, 2020
Replying to @ShawnMendesBRA and @whymendexcc
👀

**Anaaaa** @AnaClaudiaCan9 · Aug 2, 2020
Replying to @ShawnMendesBRA
Parece q é a Camila Cabello, mas eu tenho para mim, que é pai e mãe...

**1234Qjdieksndns** @buda1090051 · Aug 2, 2020
Replying to @ShawnMendesBRA
Man eu não enxergo nada, acho que vou ter que começar a usar óculos

**duda°°** 💔💔💔 @lostmilas · Aug 2, 2020
Replying to @ShawnMendesBRA
parecia começar com w 😭

♡   ⟲   ♡ 2

**senorita do nordeste** @shawnnordeste · Aug 2, 2020
Replying to @ShawnMendesBRA
meu deussssss

🐦 Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C...
@c_perkowski

🔍 Search Twitter

**Relevant people**

**Shawn Mendes Brasil**   Follow
@ShawnMendesBRA
Sua primeira, maior e principal fonte
sobre o cantor Shawn Mendes no
Brasil e na América Latina! | Fan
Account | UMG

**What's happening**

NFL · Yesterday
Cowboys at Vikings

Sports · Trending
Mexico City
13.2K Tweets

Entertainment · Trending
Julia Fox
8,386 Tweets

Trending in United States
#JusticeForQuinton

Trending in United States
Derrick Rump
4,723 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

← **Thread**

**Beyoncé Brasil (Fan Account)**
@beyoncebrasil

···

Kendrick Lamar, Donald Glover, Janelle Monáe, Tina Knowles e outros estavam entre os convidados da festa de lançamento do #RENAISSANCE dada por Beyoncé, na sexta-feira.

Translate Tweet



🔵 BEYONCÉ and 2 others

5:05 AM · Aug 7, 2022 · Twitter Web App

**14** Retweets   **2** Quote Tweets   **366** Likes

💬        ⟲        ♡        ⬆

[P]  Tweet your reply                    **Reply**

**Beyoncé Brasil (Fan Account)** @beyoncebrasil · Aug 7
Replying to @beyoncebrasil



BEYONCÉ and 2 others

💬 1        ⟲ 3        ♡ 82        ⬆

**Rafael Alves** @eurafalves · Aug 7          ···
Replying to @beyoncebrasil @Beyonce and 2 others
Pq a tina tá com uma etiquetadora na mão?

💬        ⟲        ♡        ⬆

**Cacia Sarai** @CaciaSarai · Aug 8          ···
Replying to @beyoncebrasil @Beyonce and 2 others
e a kelis? 😂

💬 1        ⟲        ♡

**Aysha** @a_lu95 · Aug 8          ···
Replying to @CaciaSarai @beyoncebrasil and 3 others
😂 polêmica

💬        ⟲        ♡        ⬆

---

🐦 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

Lists

👤 Profile

More

**Tweet**

[P] **Perkowski Legal P.C.**     ···
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

**Beyoncé Brasil (Fan A...**     **Follow**
@beyoncebrasil
O portal de fãs da cantora norte-americana, Beyoncé. Confira as últimas notícias, fotos e vídeos!
#BEYHIVE | Contate-nos: equipe@beyoncebrasil.com

**BEYONCÉ** ✓     **Follow**
@Beyonce
act i RENAISSANCE out now

**Kendrick Lamar** ✓     **Follow**
@kendricklamar
@pglang

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**



Trending in United States
**England**
Trending with #ENGIRN, Saka

Entertainment · Trending
**Negan**
10.2K Tweets

Politics · Trending
**Tragically**
16.4K Tweets

Music · Trending
**Elton John**
Trending with Dodger Stadium, #EltonFarewellTour

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/RihannaNoBrasil/status/1506848744448597402 __ el __ 2022-11-22 01:07:35 -08:00
Case 2:22-cv-09462   Document 1-2   Filed 12/30/22   Page 66 of 101   Page ID #:104

← **Tweet**

**Rihanna.com.br** ⚓
@RihannaNoBrasil

Rihanna fez compras em uma loja de presentes em Los Angeles ontem (23). 👀🙎‍♀️😍

Translate Tweet





9:21 PM · Mar 23, 2022 · Twitter for Android

24 Retweets   8 Quote Tweets   502 Likes

💬   🔁   ♡   ⬆️

🅿️ Tweet your reply                    Reply

**Perkowski Legal P.C.**  ⋯
🅿️ @c_perkowski

**Belonved** @theloves_mandy · Mar 23
Replying to @RihannaNoBrasil
Os pés dela agradecendo ela tá sem salto

💬   🔁   ♡ 1   ⬆️

**Malu** @malujwdd · Mar 24
Replying to @RihannaNoBrasil
Finalmente a gata tá de tênis, coitados dos pés dela

💬   🔁   ♡   ⬆️

**o amor vigora** 🩹🦋🇯🇲 @glandebrilhante · Mar 23
Replying to @RihannaNoBrasil
Finalmente a negona de tênis 🙏

💬   🔁   ♡   ⬆️

Search Twitter

**Relevant people**

**Rihanna.com.br** ⚓        Follow
@RihannaNoBrasil
Rihanna.com.br is a genuine and
registered fansite, made by fans.
Fã-clube e portal de notícias brasileiro
sobre a cantora Rihanna. Online desde
2008. 💎

**What's happening**

FIFA World Cup · Starts at 6:00 PM
**Argentina vs Saudi Arabia**

#AvatarTheWayOfWater👤
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in United States
**Argentina**
Trending with Messi

Trending in California
**Mexicans**
7,045 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

https://twitter.com/justfreshkicks/status/1361929978884030464 _____ et ____ 2022-11-22 14:20:08 -08:00 _____
Case 2:22-cv-09462    Document 1-2    Filed 12/30/22    Page 67 of 101    Page ID #:105

← **Tweet**

- Home
- Explore    ①
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

**JustFreshKicks** ···
@JustFreshKicks

Travis Scott x Fragment x Air Jordan 1 High? 🌵⚡



10:46 PM · Feb 16, 2021 · TweetDeck

**42** Retweets    **6** Quote Tweets    **454** Likes

💬    🔁    🤍    📤

Ⓟ   Tweet your reply      **Reply**

**Omar Sanchez** @OmarSan98620865 · Feb 16, 2021 ···
Replying to @JustFreshKicks
Which ones will be f&f though? Or none?
💬    🔁    🤍 1    📤

**Dr.Shoe** 💰 @DrStrangeShoe · Feb 16, 2021 ···
Replying to @JustFreshKicks
His daughter will never feel the pain of failing in SNKRS.
💬    🔁    🤍 9    📤

**Jessey** @Jesseymedina · Feb 16, 2021 ···
Replying to @JustFreshKicks
😒



💬    🔁    🤍 4    📤

**Jow Peach** @JowPeach · Feb 17, 2021 ···
Replying to @JustFreshKicks
Want!
💬    🔁    🤍    📤

**Ghianpy** @Ghianpy · Feb 16, 2021 ···
Replying to @JustFreshKicks
Hype on these just doubled
💬    🔁    🤍 5    📤

**SoleSTL** @SoleSTL · Feb 16, 2021 ···
Replying to @JustFreshKicks
definitely
💬    🔁    🤍 1    📤

**Perkowski Legal P.C.** ···
@c_perkowski

**Search Twitter**

### Relevant people

**JustFreshKicks**    **Follow**
@JustFreshKicks
Sneaker news, release dates, launch links, restock alerts & more. Also tracking consoles. Links may be affiliated. Turn notifications ON 🔔

### What's happening

FIFA World Cup · 4 hours ago
**Mexico vs Poland**

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
◻ Promoted by Avatar

Celebrities · Trending     ···
**Tom Hanks**
7,394 Tweets

Trending in California     ···
**Lucas**
151K Tweets

Trending in California     ···
**Chicharito**
6,613 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



← **Tweet**



**BTS ARMY Türkiye - DREAMERS - INDIGO** 💙💜
@bangtantr

⋯

[220623] #Jimin'in en sevdiği filmlerden biri olan The Notebook filminin başrolü Ryan Gosling, kadrosunda yer aldığı Barbie filminde #Jimin'in "Permission To Dance" müzik videosunda giydiği kombinin neredeyse aynısını giyiyor.

cr. JiminGlobal

Translate Tweet




7:37 AM · Jun 23, 2022 · Twitter for Android

**29** Retweets    **5** Quote Tweets    **478** Likes

💬          ⟲          ♡          ⬆

P  Tweet your reply                    Reply

🔍 Search Twitter

**Relevant people**



**BTS ARMY Türkiye - ...**   Follow
@bangtantr

Bangtan Boys @BTS_twt adına açılmış Türk Fan Sayfasıdır | Turkish Fan Page Dedicated to Bangtan Boys @BTS_twt #BTS | W.I.N.G. Member

**What's happening**

NFL · 45 minutes ago
**49ers at Cardinals**



Entertainment · Trending
**August Alsina**
Trending with #TheSurrealLife                    ⋯

Entertainment · Trending
**Died Suddenly**
61.6K Tweets                    ⋯

Sports · Trending                    ⋯

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

__ https://twitter.com/bso/status/1151314397450880464 __ at __ 2022-11-22 08:58:02 -08:00 __

← **Tweet**

 **Robert Littal BSO** ✔
@BSO

···

## Photos of Tom Brady and Gisele Take a Quick Costa Rica Vacation Before Training Camp Starts bit.ly/2lPjw73



7:15 PM · Jul 16, 2019 · BSO Alert

**2** Retweets  **1** Quote Tweet  **3** Likes

💬          🔁          ♡          ⬆️

Ⓟ   Tweet your reply                                    Reply

🔍 Search Twitter

**Relevant people**

 **Robert Littal BSO** ✔     Follow
@BSO

BSO is a Unique take on Sports & Ent;
Tweets by The Headline King Robert
Littal; IG: BSOTV; FB:
BlackSportsOnline; Keep That Same
Energy Podcast; #BLM; 💙 AML

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages



← Thread

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Relevant people**

Marvel News
@BRMarvelNews        Follow
Conta de fã dedicada ao Universo
Marvel 🇧🇷 Contato:
marvelnewsbr@outlook.com

**What's happening**

NFL · 3 hours ago
Panthers at Ravens

#Disenchanted 🧹
Original movie now streaming
📢 Promoted by Disney+

Trending in California
Elton John
12.9K Tweets

Sports · Trending
Tomlin
2,945 Tweets

Sports · Trending
Eagles
Trending with Colts, Salen

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ---
© 2022 Twitter, Inc.

Marvel News
@BRMarvelNews

Shuri de motoca? Temos!!

O JustJared compartilhou novas imagens dos dublês da
Shuri e da Okoye gravando cenas de ação para "Black
Panther: #WakandaForever 🖐".

Translate Tweet



11:26 PM · Aug 25, 2021 · Twitter Web App

31 Retweets   7 Quote Tweets   641 Likes

Tweet your reply        Reply

Marvel News @BRMarvelNews · Aug 25, 2021
Replying to @BRMarvelNews
E enquanto a Shuri vai de moto, a Okoye pilota uma Barracuda.

2        6        219

rai black panther spoiles @minorufavs · Aug 25, 2021
Replying to @BRMarvelNews
a qualidade das fotos meu deus

From hanri.
1        4

chao @chaobras · Aug 26, 2021
Replying to @minorufavs and @BRMarvelNews
Pra mim já é praticamente as cenas do filme skskks

1        1

Show replies

〜〜〜〜 たや □skire 【 1 】 @Scarlet30934393 · Aug 26, 2021
Replying to @BRMarvelNews
Caraca esse filme vai ser maravilhoso

1

BLACK KNIGHT @_zrodrigo · Aug 26, 2021
Replying to @BRMarvelNews
Sdds do Tchal'la 😔😍

APRENDIZ D. GAROTO DE PROGR... @blelOpagod... · Aug 26, 2021
Replying to @BRMarvelNews
velozes e furiosos

LØRKI @_walney_ · Aug 26, 2021
Replying to @BRMarvelNews
Eu espero que eles arranjem um ator para o tchalla

1

Show additional replies, including those that may contain offensive
content        Show

Perkowski Legal P.C.
@_perkowski

__ https://twitter.com/1dinsidereport/status/1313977622058024962 __ at __ 2022-11-21 10:33:34 -08:00 __

← **Tweet**



**1DIR**
@1DInsideReport

···

## Harry was seen out in California recently!

 
 

4:00 PM · Oct 7, 2020 · Twitter for iPhone

**2** Retweets   **36** Likes

 



Tweet your reply                                          Reply

---

🔍 Search Twitter

### Relevant people



**1DIR**                          Follow
@1DInsideReport

Giving you latest news and updates
everything about 1D & solos! (EST.
2012) Credits to the owners of the
content we post. Inquiries:
onedinside_report@yahoo.com

### What's happening

FIFA World Cup · 1 minute ago
**Senegal vs Netherlands**

Trending in United States                          ···
**Mendy**
Trending with Robyn

Trending in California                          ···
**Dodger Stadium**
14.1K Tweets

Trending in United States                          ···
**#TeamUSA** 🇺🇸
1,202 Tweets

Sports · Trending                          ···
**Pettitte**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---



**Perkowski Legal P.C.**   ···
@c_perkowski

https://twitter.com/olispop/status/1300... Document 1-2 Filed 12/30/21 Page 14 of 101 Page ID # 110

**POPTime**
@olispfer

Margot Robbie e Ryan Gosling no set de gravações do live-action da Barbie!



6:11 AM · Jun 23, 2022 · Twitter Web App

**98** Retweets    **2,594** Likes

---

Relevant people

**POPTime**    Follow
@olispfer
Cobertura completa da Copa do
Mundo, acompanhada de
curiosidades, cinema, tv, música,
séries, celebridades e muito humor!
poptime@myoldk.com.br

**What's happening**

FIFA World Cup · LIVE
England v Iran

Trending in United States
**Callum Wilson**
2,991 Tweets

Entertainment · Trending
**Wendy**
106K Tweets

Trending in California
**#BLACKPINK_WORLDTOUR**
7k Tweets

Trending in United States
**England**
Trending with #Harmaku, #KHAMA

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Tweet your reply                        Reply

**Brownie Atemporal** @cyprownickler · Jun 23
Replying to @olispfer
@wymmflper @MyymflpalOldspftlbm barbie no mundo do cowboy?
♡              ♡       i        ⬆

Show replies

**Perkowski Legal P.C.** @o_perkowski
Replying to @olispfer
Barbie e ken desistiram de tudo e foram criar boi no Pantanal, junto com 28
bathncle
♡              ♡              ⬆

Show replies

**Elu** @crueleimo_ · Jun 23
Replying to @olispfer
Figuras de novela mexicana
♡       i       ♡       i       ⬆

**princess** @beyol · Jun 23
Replying to @fthibbernlado sama oeblido assim pra gersta nip
♡       i       ♡       5       ⬆

**Bernardo** @thisbernardo · Jun 23
Replying to @lilypcit and @olispfer
Eu vou de rosa kkkkk
♡       i       ♡       i       ⬆

Show replies

**Ander Gomes** @AnderSilva) · Jun 23
Replying to @olispfer
O cheiro da bomba que esse filme tem meu pai amado



♡       i       ♡       i       ⬆

**Bernardo** @thisbernardo · Jun 23
Replying to @lilypcit and @olispfer
Eu vou de rosa kkkkk

Show replies

**Ander Gomes** @AnderSilva) · Jun 23
Replying to @olispfer
O cheiro da bomba que esse filme tem meu pai amado

♡       i       ♡       i       ⬆       SIX24?

**pepe 🐸** @KKahasMays · Jun 23
Replying to @olispfer
@ipfor @notitvta a roupa que a gente vu é igualzinha
♡       i       ♡       i       ⬆

**someHt** @eoHot · Jun 23
Replying to @AfoksMays @olispfer and @cntblda
KKK,K KKK VAMO COMPRA ANTES Q FIQUE MAIS CARO
♡       i       ♡       i       ⬆

**paula** 🫶 @hstfa_paulo · Jun 23
Replying to @olispfer
ja hhos mais por cati
♡       i       ♡       i       ⬆

**paula** 🫶 @hstfa_paulo · Jun 23
Replying to @olispfer
o filme do ano pt
♡       i       ♡       i       ⬆

**slvtvlsHnia🌹** 🩷 @Lula 2022 🌹 @slvtsfanamaatlu · Jun 23
Replying to @olispfer
💗💗💗
♡       i       ♡       i       ⬆

**myzko 🎀** @pfkrjemle · Jun 23
Replying to @olispfer
que lindo a mengd
♡       i       ♡       i       ⬆

**discplnnado** @doyselRolm · Jun 23
Replying to @olispfer
parecem dois cantores de cumbia
♡       i       ♡       i       ⬆

**itz** @margrphlatn · Jun 23
Replying to @olispfer
x kira postina e sua amiga gay poptime coms ans esses



♡       i       ♡       44       ⬆

**davi** @falorcaioe · Jun 23
Replying to @margrphlatn and @olispfer
to a kida e vc a gay 💙
♡       i       ♡       i       ⬆

Show replies

**Raffel Caro** @raffelcaro · Jun 24
Replying to @olispfer
Okseeed
♡       i       ♡       i       ⬆

Show replies

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more

Show replies

**fergio** @Flpferglo · Jun 23
Replying to @olispfer
Queria ser assim de casal 😂
♡       i       ♡       i       ⬆

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more

Show replies

Show more replies

https://twitter.com/SeriesUpdateFR/status/1422844942808085002 __ at __ 2022-11-20 22:40:31 -08:00

← **Tweet**

**Infos Séries**
@SeriesUpdateFR ···

Premier aperçu de Christian Bale sur le tournage du film 'Thor: Love & Thunder' dans le rôle de Gorr le Massacreur des Dieux.⚡

Translate Tweet



2:00 AM · Aug 4, 2021 · Twitter for Android

**55** Retweets   **10** Quote Tweets   **529** Likes

💬          🔁          ♡          ⬆️

Ⓟ  Tweet your reply                                    Reply

🌸 **Miruralpaga** 🌸 @Miruralpaga · Aug 6, 2021 ···
Replying to @SeriesUpdateFR
@manonisamelon peut-être première fois que je vais aimer cet acteur mdr

💬 1          🔁          ♡ 1          ⬆️

**Manon** 🍃 @manonisamelon · Aug 6, 2021 ···
Replying to @Miruralpaga and @SeriesUpdateFR
T'as beaucoup trop d'espoir 🤣

💬          🔁          ♡ 1          ⬆️

**Sebouw** @Sebouw17 · Aug 4, 2021 ···
Replying to @SeriesUpdateFR and @Lindsen_Leus
Ah il a pas profité du soleil lui !

💬          🔁          ♡ 1          ⬆️

---

**Search Twitter**

### Relevant people

**Infos Séries**
@SeriesUpdateFR          Follow

Bienvenue sur votre premier compte source français sur toutes vos séries, films et plateformes de streaming préférées. 🎬:
seriesupdatefr@gmail.com

### What's happening

NFL · 2 hours ago
**Chiefs at Chargers**

**#Disenchanted** 🧚
Original movie now streaming
▶ Promoted by Disney+

Music · Trending          ···
**sabrina**
71.4K Tweets

Trending in United States          ···
**Bob Iger**
Trending with Disney, Chapek

Trending in United States          ···
**UCLA**
13.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Ⓟ  **Perkowski Legal P.C.**          ···
@c_perkowski

### Navigation
- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Search Twitter

← Tweet

**Shawn Mendes Updates**
@TrackingSM

He's a server, he loves to serve



SM archive
1:29 PM · Oct 26, 2020 · Twitter for iPhone

**312** Retweets  **49** Quote Tweets  **5,244** Likes

Tweet your reply                               Reply

**Tamar Access** @TamarAccess · Oct 26, 2020
Replying to @TrackingSM and @archivepeteraul
Yes, Shawn!

**Ariel Oliveira** @aryeallarol · Oct 26, 2020
Replying to @TrackingSM and @archivepeteraul
a lesson on smizing for these masked up times

**hale** ✨ @loumyluvbot · Oct 26, 2020
Replying to @TrackingSM and @archivepeteraul
i have the same pants but tan

**Pranali** @lyrical_shawn8 · Oct 26, 2020
THIS HOODIEEEEE 😍😍😍😍😍❤️❤️❤️❤️❤️

**Lula 🇹🇯** 🦋always overthinking🦋 @alwayslula_ · Oct 26, 2020
Replying to @TrackingSM and @archivepeteraul
@club_cimetiere is this u?

**Lotuspotus 🏵️** @club_cimetiere · Oct 26, 2020
Replying to @alwayslula_ @TrackingSM and @archivepeteraul
Wtf, quien me anda sacando fotos en la calle?

Show replies

**🌀** @aldaviivees_ · Oct 26, 2020
Replying to @TrackingSM and @archivepeteraul
he is so cute omgbaixmsqp

**Jamaican_Bxby** @Jamaican_bxby · Oct 27, 2020
Replying to @TrackingSM and @archivepeteraul
He's always smiling🥰

**MJlorenz** @Mjlorenx4 · Oct 27, 2020
Replying to @TrackingSM and @archivepeteraul
Grrr don't give me that look✨

**m💜🧸** @tellemmendes · Oct 27, 2020
Replying to @TrackingSM and @archivepeteraul
babyyy

**🐺** @Shawninwonder8 · Oct 26, 2020
Replying to @TrackingSM and @archivepeteraul
need new moots and friends who wants to chat !

**Rania Bhatti** @RaniaBhatti3 · Oct 27, 2020
Replying to @TrackingSM and @archivepeteraul
Yessir 😝

**Relevant people**

**Shawn Mendes Upda...**  Follow
@TrackingSM
Keeping you up to date on all things
Shawn Mendes! Fan account owned
by @ruimmekiwi, @cancomplain, &
@venusauraof

**SM archive**  Follow
@archivepeteraul
daily photos, videos & gifs of shawn
mendes.

**What's happening**

Television · Starts at 4:00 PM
**Below Deck Mediterranean** airing
on Bravo

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Celebrities · Trending
**Chris Evans**
6,299 Tweets

Celebrities · Trending
**Tom Hanks**
8,477 Tweets

Trending in California
**Mexico City**
17.7K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

Tweet

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/foochia/status/1318885370562531328 __ at __ 2022-11-19 20:39:19 -0800 __

← **Tweet**



 **Foochia - فوشيا** ✔
@foochia

عارضة الأزياء البرازيلية أليساندرا أمبروسيو تستمتع بلعب
الكرة الطائرة على الشاطئ في لوس أنجيلوس

#فوشيا #عارضة_ازياء #اليساندرا_امبروسيو
#AlessandraAmbrosio

Translate Tweet



5:02 AM · Oct 21, 2020 · Hootsuite Inc.

**1** Retweet   **2** Likes

💬          ⇄          ♡          ⬆

 Tweet your reply                    **Reply**

---

Q Search Twitter

## Relevant people

 **Foochia - فوشيا** ✔          **Follow**
@foochia

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

## What's happening

Television · 37 minutes ago
**Saturday Night Live airing on
NBC**                                    

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
▶ Promoted by Uber

Trending in California                          ···
**HELL NO**
45.5K Tweets

Trending in United States                       ···
**Best of 7**
7,174 Tweets

Trending in California                          ···
**Andrew Tate**
28.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**

**DCVERSO**
@DCverso1 ···

Na Premiere de Black Adam

Xolo Maridueña falou sobre #BlueBeetle

"É um mundo tão novo e este é meu primeiro filme, minha primeira aventura na tela de prata. E para fazer parte disso tudo, eu só quero ser uma esponja. Eu só quero aprender o máximo possível e me divertir."

Translate Tweet



6:50 AM · Oct 13, 2022 · Twitter for Android

**14** Retweets    **1** Quote Tweet    **132** Likes

💬          🔁          ♡          ⬆️

Ⓟ   Tweet your reply                    Reply

**luxe hall** ⚡ @barbsquinn · Oct 13 ···
Replying to @DCverso1
kingo, merece tudo de bom

💬 1          🔁          ♡          ⬆️

Show replies

**Perkowski Legal P.C.**
@c_perkowski ···

### Left sidebar

🐦

⌂ Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

### Right sidebar

🔍 Search Twitter

**Relevant people**

**DCVERSO**
@DCverso1          Follow
Uma conta centrada nos conteúdos do universo DC. Venha para o seu hábitat natural, DCNAUTA! | ✉️Email: dcverso45@gmail.com

**What's happening**

NFL · LIVE
**Eagles at Colts**

#Disenchanted 🪄
Original movie now streaming
▶️ Promoted by Disney+

Trending in California
**Rest In Peace**
55.2K Tweets ···

Sports · Trending
**Fields**
Trending with Falcons, Bears ···

Only on Twitter · Trending
**Rest in Power**
25.5K Tweets ···

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

← **Tweet**



**Foochia - فوشيا** ✔
@foochia

صوفي تيرنر بفستان حمل وردي برفقة زوجها جو جونس خلال
نزهة  في إحدى حدائق لوس أنجلوس

#مشاهير #مشاهير_هوليوود #حمل_وولادة
#JoeJonas #SophieTurner #إطلالات_النجمات

Translate Tweet



2:05 AM · Jul 7, 2020 · Hootsuite Inc.

**1** Retweet   **11** Likes

💬          🔁          ♡          ↥

 Tweet your reply          Reply

🐦

Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

Q Search Twitter

**Relevant people**

 **Foochia - فوشيا** ✔    Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

**What's happening**

NFL · 1 hour ago
**Browns at Bills**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
58.9K Tweets

Trending in United States
**#FIFAWorldCup** 🏆
Trending with #AMAs 🔥

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Tommy

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.



https://twitter.com/CinematizandoOf/status/1529912520634421260 __ at __ 2022-11-22 20:47:35 -08:00 __

https://twitter.com/bso/status/1185425722288103429 __ at __ 2022-11-22 08:25:57 -08:00

← **Tweet**

**Twitter** (sidebar)

- 🏠 Home
- # Explore
- 🔔 Notifications
- ✉️ Messages
- 🔖 Bookmarks
- 🗐 Lists
- 👤 Profile
- ⋯ More

**Tweet**

 **Robert Littal BSO** ✔️
@BSO

Christian McCaffrey Is Using The Bye Week to Spend Time With Girlfriend Olivia Culpo Who is Making Him Egg Sandwiches (Pics-Vids) bit.ly/33KdmWk via @TJ_099



10:21 PM · Oct 18, 2019 · BSO Alert

**3** Quote Tweets   **5** Likes

💬   🔁   ♡   ⬆️

 Tweet your reply    Reply

 **Perkowski Legal P.C.** ⋯
@c_perkowski

---

**Relevant people**

 **Robert Littal BSO** ✔️
@BSO   **Follow**

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**TJ**
@tj_099   **Follow**

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**



#AvatarTheWayOfWater 🧑🏽
Get tickets now - In theaters December 16
🎬 Promoted by Avatar

Trending in United States
**Argentina**
Trending with Messi   ⋯

Entertainment · Trending
**Died Suddenly**
113K Tweets   ⋯

Trending in California
**Mexicans**
8,267 Tweets   ⋯

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/bieberinfobr/status/1486548312709679362 __ at __ 2022-11-21 23:01:07 -0800 __



← **Tweet**



**Bieber Info Brasil**
@bieberinfobr

···

Justin Bieber foi visto ontem, 26 de janeiro, em Beverly Hills, na California.



7:55 PM · Jan 26, 2022 · Twitter for iPhone

**1** Retweet    **11** Likes

🗨    ⇄    ♡    ⬆

 Search Twitter

## Relevant people

 **Bieber Info Brasil**    **Follow**
@bieberinfobr
Fan account @justinbieber

## What's happening

NFL · 2 hours ago
**49ers at Cardinals**



Entertainment · Trending
**Died Suddenly**
71K Tweets    ···

Trending in United States
**Ramey**
2,046 Tweets    ···

Trending in California    ···

Perkowski Legal P.C.
@c_perkowski    ···

Tweet your reply    **Reply**

https://twitter.com/Pramboro/status/1353651393744073924 __at __ 2022-11-21 10.50:14 -08:00

Document 1-2   Filed 12/30/22   Page 83 of 101   Page ID # 121



**prambors** ✓
@Prambors

#BenAffleck bawa barang banyak amat bwaaang.

Laki2 pasti mikir kalo tas cewe isinya banyak bgt barang2 aneh yg kadang gak perlu dibawa

Nah kalo dari mata cewe, kantong laki2 tuh bisa muat banyak bgt barang

coba cek isi Tas/Kanting masang2 dong! SINI PAP!!!

#DGITM

Translate Tweet



3:45 PM · Jan 25, 2021 · TweetDeck

2 Retweets    6 Likes

Relevant people

**prambors** ✓        Follow
@Prambors
For youngsters on the move,
Prambors is Indonesia No.1 Hit Music
Station.

What's happening

FIFA World Cup · 18 minutes ago
Senegal vs Netherlands

Sports · Trending
**Charles Barkley**
4,728 Tweets

Trending in United States
**I BELIEVE THAT WE WILL WIN**

Trending in United States
**landon donovan**
1,070 Tweets

Trending in United States
**Senegal**
Trending with: Mendy, #SENNED

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply        Reply

**MissTanpaSpasi** @miilamelamela11 · Jan 25, 2021
Replying to @Prambors
.isiTasAkuMacem2.banyakBanyak😂😂😂
adaPayung,headset2,casan,bukutabungan,kabelOTG,charger,FB

tisuBasah'kering,Jarum,GuntingKuku,(obat2n),kaca.
Dompet(beserta'isiNya),godibeg,Lipstik,masker,pulpen.

#DGITM

**Fajar Prasetyo** @prasetyo9496 · Jan 25, 2021
Replying to @Prambors
Kebetulan bahas isi tas, plis bacain ini, ini kejadian kemaren pagi bgt. Id
kmaren pagi ada jadwal rapat bareng direktur, singkat cerita gw lupa
gabawa buku/kertas sama sekali (manusiawi kan). Trus gue minta temen,
ehh responnya "ga bawa buku? itu tas gede buat bawa apaa?" 😭

**Meng** @a_nastari · Jan 25, 2021
Replying to @Prambors
Ada dompet, lotion, kabel charger, sabun muka, antis dan ada printilan'
lainnya #dgitm

**dx** ● @donciyeah · Jan 25, 2021
Replying to @Prambors
tas w isinya cuma hp, dompet, korek aja kalo pas keluar mah

**TY** @teasaltea · Jan 25, 2021
Replying to @Prambors
Isi tas gue hand sanitizer, disinfectant, tissue basah, dompet, HP, charger,
power bank, lipstick, lipbalm, kotak masker, bolpen, booknotes, pencil,
minyak angin, alat makan, kdang ada botol mnm. Setelah pandemi, jadi
makin banyak 😂

Show additional replies, including those that may contain offensive        Show
content



__ https://twitter.com/bso/status/1277891487578062848 __ at __ 2022-11-22 07:24:47 -08:00

← **Tweet**

 Robert Littal BSO ✔
@BSO

Odell Beckham Jr. And GF Lolo Wood Have A Date Night During The Rona as States Start to Close Up Again (Pics-Video) bit.ly/2NDARdT



2:07 AM · Jun 30, 2020 · BSO Alert

**1** Retweet   **7** Likes

Tweet your reply

Reply

---

Q Search Twitter

**Relevant people**

 Robert Littal BSO ✔
@BSO                                    Follow

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**What's happening**

FIFA World Cup · Starts at 11:00 AM
**Mexico vs Poland**

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/alpiedeldeporte/status/1452749642882498562 __ at __ 2022-11-22 03:12:57 -08:00 __

← **Tweet**

Q Search Twitter

 **Everardo Herrera**
@alpiedeldeporte                                    ···

**#AlecBaldwin** y su emotivo encuentro con la familia de la directora de fotografía que mató accidentalmente
ow.ly/kLwM50GxX9a

Translate Tweet



2:31 PM · Oct 25, 2021 · Hootsuite Inc.

**3** Likes

💬        ⇄        ♡        ⬆

 Tweet your reply                                    Reply

## Relevant people

 **Everardo Herrera**
@alpiedeldeporte                          Follow

Lo mejor del fútbol de Costa Rica y mundial. Además notas entretenidas.
facebook.com/AlPieDelDeporte
instagram.com/evergolcr

## What's happening

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**                

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
📷 Promoted by Avatar

Entertainment · Trending                          ···
**Died Suddenly**
80.7K Tweets

Trending in United States                          ···
**El VAR**
91.6K Tweets

Trending in United States                          ···
**Argentina**
Trending with  Messi,  #ARGKSA

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.                          ···
@c_perkowski

__ https://twitter.com/chogieswagz/status/1397979392635129857 __ at __ 2022-11-22 12:59:48 -08:00 __

← **Tweet**

 `. ♡ Chogie ⋅°
@Chogieswagz                                    ···

## ชอวันหล่อวะ

Translate Tweet



11:13 AM · May 27, 2021 · Twitter Web App

**152** Retweets   **7** Quote Tweets   **68** Likes

💬        ⇄        ♡        ⬆

  Tweet your reply                    Reply

🔍 Search Twitter

## Relevant people

 `. ♡ Chogie ⋅°      **Follow**
@Chogieswagz

หวีดฝรั่งหล่อ-สวย | ดารา | นักร้อง | รีวิวหนัง #ไม่อนุญาตให้เมนชั่นแปะคลิปหรือลิ้งใดๆทั้งนั้น #รับงานรีวิวรีทวีตทักDMเลยค่า

## What's happening

FIFA World Cup · 3 hours ago
**Mexico vs Poland**



**#AvatarTheWayOfWater**🌊
Get tickets now – In theaters December 16
📷 Promoted by Avatar

Trending in United States              ···
**Giroud**
Trending with  Australia, Mbappe

Trending in California                 ···
**LAPD**
11.8K Tweets

Trending in California                 ···
**Mexicans**
18.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

Perkowski Legal P.C.              ···
@c_perkowski

← **Tweet**



🔍 Search Twitter

**Relevant people**

Golden Fashion
@GoldenFashi                    Follow

حساب متخصص لنقل أحدث صيحات
الموضة والمكياج صادر عن صحيفة
مرخصة من وزارة الإعلام، للإعلانات
wa.me/message/SFOULN...

**What's happening**

FIFA World Cup · Last night
Mexico vs Poland

#AvatarTheWayOfWater🐋
Get tickets now · In theaters December 16
📢 Promoted by Avatar

Trending in United States
Erection
17.6K Tweets

Trending in California
Costco
5,777 Tweets

Entertainment · Trending
Marvel
93.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

https://twitter.com/RNavyBrazil/status/1484594976767763856__et__2022-11-22 01:02:03 -08:00

Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

**Rihanna Brasil | Fan Account**
@RNavyBrazil

🙂💜



5:09 PM · Jan 21, 2022 · Twitter for iPhone

**1,495** Retweets  **488** Quote Tweets  **14.1K** Likes

Perkowski Legal P.C.
@_c_perkowski

Tweet your reply                                    Reply

**Eiwisþa** @m0sc4nas0pa · Jan 21
Replying to @RNavyBrazil
@quaemtenadaxx @santgucci
    2                      2

**helena** @santgucci · Jan 21
Replying to @m0sc4nas0pa and @quaemtenadaxx
belíssima apaixonada to so esperando as canções de amor dona a-cantora
              3                      1

**Lays Morais** @laysmorais_ · Jan 21
Replying to @RNavyBrazil
😊

**MLK NERVOSO** @klapthis · Jan 21
Replying to @RNavyBrazil
eu sou a rihanna olhando pra @HICIRIBEIRO
    1

**Biancé** @biaahrodrigues · Jan 22
Replying to @RNavyBrazil
O sorrisinho de uma mulher apaixonada é tudo 😍

**FeI1ps** @fel1iperas · Jan 21
Replying to @RNavyBrazil
é golpe
    1

**dourado** @jydouraado · Jan 21
Replying to @RNavyBrazil
queria estar assim

**angie ♥ danke seb** @wisteriacoeur · Jan 21
Replying to @RNavyBrazil
meus pais



              12

**jake & yoongi² ♂. bem off** @ygswgar · Jan 21
Replying to @RNavyBrazil
MEU DEUS LINDOS

**ana 🔒** @ladysweetener_ · Jan 21
Replying to @RNavyBrazil
and everybody's watching her but she's looking at you
    1                    10

**william S.** @mrsnoopysweet · Jan 21
Replying to @ladysweetener_ and @RNavyBrazil
She's definitely looking at me
              2

**menor desacompanhada** @llooracsa · Jan 22
Replying to @RNavyBrazil
a carinha dela aaaa 😍😍
              2

**Subcelebri-Cacta 🌵** @il_badga · Jan 21
Replying to @RNavyBrazil
é pedir demais um relacionamento assim mb?
              5

**Kitkat** @esxquenladinha · Jan 21
Replying to @RNavyBrazil
ela merece tanto ta com essa carinha de feliz e apaixonada
              25

**Flavio** @hoometwn · Jan 21
Replying to @RNavyBrazil
Lindos RNB, a carinha de santa que de santa não tem nada😍😍
              5

**Famika** @queensblack · Jan 21
Replying to @RNavyBrazil
Ela toda apaixonadinha iti malia
              6

**luckíssimo** @almelida_lucas · Jan 21
Replying to @RNavyBrazil
a carinha de safadaaaa 😍🤌
    1

**Jeremy Angelo** @Jeremy15134 · Jan 21
Replying to @RNavyBrazil
🤍🤍
    1

**Relevant people**

Rihanna Navy Brasil |...
@RNavyBrazil              Follow
RNB 🇧🇷 Estamos online desde 2010,
somos o maior e mais completo fã-
clube sobre a cantora Rihanna no
Brasil e em toda a América Latina.
Apoio: @xmusicbrasil

**What's happening**

NFL · 4 hours ago
49ers at Cardinals

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
7,201 Tweets

Entertainment · Trending
**Ichigo**
38.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

← **Tweet**

**Home**

**Explore**

**Notifications** ¹

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

 **Marvel_Braa**
@BraaMarvel                                    ...

💥NOVAS IMAGENS DO SET DE #MADAMEWEB 💥



11:32 AM · Oct 6, 2022 · Twitter for Android

**2** Retweets  **7** Likes

💬          🔁          ♡          ⬆️

 Tweet your reply                    Reply

🔍 Search Twitter

**Relevant people**

 **Marvel_Braa**                    **Follow**
@BraaMarvel

•Falamos sobre Marvel e mais algumas coisinhas •Chegamos no twitter galera 😍

**What's happening**

Television · Last night
**Saturday Night Live airing on NBC**    

**#Disenchanted** 🧙‍♀️
Original movie now streaming
Ⓟ Promoted by Disney+

Only on Twitter · Trending                    ...
**Jason David Frank**
Trending with  First Kevin Conroy

Entertainment · Trending                    ...
**Morgan Freeman**
161K Tweets

Trending in California                    ...
**Shakira**
104K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**   ...
@c_perkowski

https://twitter.com/GAFollowers/status/1563484391205994496 ... al ... 2022-11-21 18:34:05 -08:00 Document 1-2 Filed 12/30/22 Page 91 of 101 Page ID #:129

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@_perkowski

**Everything Georgia**
@GAFollowers

Jennifer Lopez and Ben Affleck celebrated their marriage over the weekend near Savannah, Georgia.

🎥 @VanityFair



9:58 AM · Aug 24, 2022 · Twitter Web App

**55** Retweets   **40** Quote Tweets   **695** Likes

Tweet your reply                                    Reply

**MONEYBAGS 100% OFF OnlyFans** @MoneyGod1968 · Aug 24
Replying to @GAFollowers and @VanityFair
I wonder who will secure the best Divorce Attorney First....

**Not So Slimm Fitted** @SlimmFitted · Aug 24
Replying to @GAFollowers and @VanityFair
Huh?



**E The Key 🗝️** @ethekey1 · Aug 25
Replying to @SlimmFitted and @GAFollowers and @VanityFair
That's Ryan Reynolds

**MOBUTU🇨🇩** @mobutu_stan · Aug 24
Replying to @GAFollowers and @VanityFair
I give it a month

**MONEYBAGS 100% OFF OnlyFans** @MoneyGod1968 · Aug 24
Replying to @mobutu_stan and @GAFollowers and @VanityFair

YOU ARE BEING WAY TOO OPTIMISTIC

**Breast of the Wild** @Kirke_weeps · Aug 24
Replying to @GAFollowers and @VanityFair
Is that a plantation???

**July 15th** @jerome01996 · Aug 25
Replying to @Kirke_weeps and @GAFollowers and @VanityFair
Isn't this whole country a plantation fr?

Show replies

**Daphne H** @Daphne_Latte · Aug 25
Replying to @GAFollowers and @VanityFair
Everyone looks preoccupied

**Adelaide Henderson** @adelaidehendo · Aug 25
Replying to @GAFollowers and @VanityFair
Hampton Island. That's where they were- not Savannah. I've been there- it's beautiful.

**Cointel Bro 🔜** @cointel_bro · Aug 24
Replying to @GAFollowers and @VanityFair
At Ben's family slave plantation. Don't forget that part

**Ashlee 👩🏽‍🦰⚖️** @Ashsarah1027 · Aug 24
Replying to @GAFollowers and @VanityFair
On a plantation...and he had the nerve to tell Finding Your Roots to not post his episode cuz his ancestors were slave owners 😂😂😂

Show replies

Relevant people

**Everything Georgia**    Follow
@GAFollowers
Tweets for Georgians and other lovers of the Peach State. 🍑 📧 DM FOR PROMO/ 📣 DM YOUR CONTENT

**VANITY FAIR** ✓    Follow
@VanityFair
✓ Official
Vanitas vanitatum.

What's happening

NFL · LIVE
49ers at Cardinals

Entertainment · Trending
Died Suddenly
46.9K Tweets

Sports · Trending
Greg Dortch

Sports · Trending
Lane Kiffin
Trending with #RedCityFootball

Trending in United States
Chrisley
74.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

https://twitter.com/mefeater/status/1399043948597891080 __ el __ 2022-11-22 16:45:38 -08:00 __
Case 2:22-cv-09462    Document 1-2    Filed 12/30/22    Page 92 of 101    Page ID #:130

← **Thread**

**MEFeater Magazine**
@mefeater
···

This denim look is EVERYTHING @skaijackson 💙

📷: IG shotbynyp



9:44 AM · May 30, 2021 · Twitter for iPhone

**177** Retweets    **15** Quote Tweets    **1,724** Likes

**Tweet your reply**

Reply

**MEFeater Magazine** @mefeater · May 30, 2021
Replying to @mefeater
Styled by IG zadriansmith
Hair: @hair4kicks

💬 1    ⟲ 2    ♡ 6

**a virgo grooving.** @didi_manale · May 30, 2021
Replying to @mefeater and @skaijackson
okay. she killed it 🚀🔥

**Bryon Bosley** @BosleyBryon · May 30, 2021
Replying to @mefeater and @skaijackson
Gorgeous!💯🍫💙💙🔥

Perkowski Legal P.C.
@c_perkowski
···

Home

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Q Search Twitter

### Relevant people

**MEFeater Magazine**    Follow
@mefeater
MEF Music 🎀 Entertainment 🎀 Fashion
"Where the IT GIRLS get their news"
📣

**Skai** ✓    Follow
@skaijackson
buy my book Reach For The Skai
available on Amazon, Target, and
Barnes & Nobles. link in bio

### What's happening

FIFA World Cup · Earlier today
**Mexico vs Poland**

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Betty White · Trending
**Betty White**
3,367 Tweets

Entertainment · Trending
**Marvel**
84.8K Tweets

Politics · Trending
**Naomi Biden**
21.7K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.



— https://twitter.com/aassemblebr/status/1578601332360945664 __ et __ 2022-11-19 21:20:25 -08:00 __

← **Thread**

🔍 Search Twitter

**Avengers Assemble BR**
@AAssembleBR

···

📸 Dakota Johnson nos bastidores de #MadameWeb.



9:21 PM · Oct 7, 2022 · Twitter for Android

**7** Retweets  **2** Quote Tweets  **84** Likes

💬 Tweet your reply

Reply

**Avengers Assemble BR** @AAssembleBR · Oct 7
Replying to @AAssembleBR

**Avengers Assemble BR** @AAssembleBR · Oct 7
📸 Nova imagem do set de #MadameWeb.
Show this thread

♡ 3

## Relevant people

**Avengers Assemble BR**
@AAssembleBR

Follow

🇧🇷 Fan Account | Sua mais completa fonte de informações sobre o universo Marvel no Brasil. Ativem as notificações!

## What's happening

Television · 1 hour ago
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve

Promoted by Uber

Trending in United States
**HE'S BACK**
144K Tweets

Sports · Trending
**Pasadena**
1,533 Tweets

Sports · Trending
**#AEWFullGear**
Trending with Reqal, Moxley

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More

## Navigation sidebar

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

···

https://twitter.com/jenniferupdates/status/1302360985248894977 __ et __ 2022-11-21 15:13:34 -08:00 __
Case 2:22-cv-09462   Document 1-2   Filed 12/30/22   Page 94 of 101   Page ID #:132

**Jennifer Lawrence Updates**
@JenniferUpdates ···

Jennifer Lawrence looks pretty as ever on a stroll with her husband in New York City



2:40 PM · Sep 5, 2020 · Twitter for iPhone

**73** Retweets   **53** Quote Tweets   **1,050** Likes

💬   🔁   ♡   ⬆

P  Tweet your reply                    **Reply**

Jennifer Lawrence Updates @JenniferUpdates · Sep 6, 2020 ···
Replying to @JenniferUpdates
I've been receiving a lot of comments regarding the dress she's wearing in those pictures, so here it is! hvnlabel.com/products/tenni...
💬 1    🔁 4    ♡ 33    ⬆

MynameisAlex @jose_cannon · Sep 5, 2020 ···
Replying to @JenniferUpdates
Como es que nunca te has encontrado a esta reina en la calle @Javierogea
💬    🔁    ♡    ⬆

Richard Tar @RichardTar1 · Sep 8, 2020 ···
Replying to @JenniferUpdates
from Me super ... thumbs up
💬    🔁    ♡    ⬆

Show more replies

---

### Relevant people

Jennifer Lawrence Up...    **Follow**
@JenniferUpdates
Your most reliable fan account for Academy Award winner Jennifer Lawrence since 2012. Not affiliated with Jen or her team.

### What's happening

NFL · Yesterday
**Cowboys at Vikings**

Sports · Trending
**Mexico City**
13.1K Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,335 Tweets

Trending in United States
**$TSLA**
18.4K Tweets

Trending in California
**Mendy**
91.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski ···

— https://twitter.com/CinematizandoOf/status/1380925260518809602 — at _ 2022-11-20 16:32:48 -08:00 —

← **Thread**

**Cinematizando**
@CinematizandoOf

Imagens dos bastidores da série Gavião Arqueiro e podemos ver a atriz Alaqua Cox como Maya Lopez, a Eco

#AlaquaCox #MayaLopez #Eco #GaviãoArqueiro #Hawkeye

Translate Tweet



9:46 AM · Apr 10, 2021 · Twitter Web App

5 Likes

Tweet your reply                                    Reply

**Cinematizando** @CinematizandoOf · Apr 10, 2021
Replying to @CinematizandoOf
#AlaquaCox #MayaLopez #Eco #GaviãoArqueiro #Hawkeye

2

---

**Relevant people**

Cinematizando
@CinematizandoOf                    Follow

**What's happening**

NFL · 3 hours ago
Browns at Bills

#Disenchanted 🧙
Original movie now streaming
Promoted by Disney+

Sports · Trending
Tomlin
2,794 Tweets

Politics · Trending
LGBTQ
Trending with  Colorado Springs, AR-15

Sports · Trending
Cooper Rush
1,498 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

— https://twitter.com/Nandatambasco/status/1583396660275035137 _ at _ 2022-11-20 07:24:35 -08:00 —

**Nanda Tambasco** 💙
@Nandatambasco

•••

Wow, I'm going to love this movie a lot. 😍
@nickgalitzine



👤 Nicholas Galitzine

2:55 AM · Oct 21, 2022 · Twitter for Android

21 Likes

💬     ⟲     ♡     ↥



Tweet your reply     Reply

---

🔍 Search Twitter

**Relevant people**

**Nanda Tambasco** 💙
@Nandatambasco    **Follow**
@leonytambasco 💍 / Libriana ♎ /
Mãe ❤️ / @nickgalitzine 💙
@galitzineupdate @sicholas4ever 💜

**Nicholas Galitzine** ✔️
@nickgalitzine    **Follow**

**What's happening**

Formula 1 · 23 minutes ago
**Abu Dhabi Grand Prix 2022**



---

Home
# Explore
🔔 Notifications
Messages
🔖 Bookmarks
Lists
Profile
••• More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski   •••

https://twitter.com/Mamafih365/status/1349167055256460163 ___ el ___ 2022-11-22 14:42:17 -08:00 ___
Case 2:22-cv-09462   Document 1-2   Filed 12/30/22   Page 97 of 101   Page ID #:135

← **Tweet**




**Mamafih365**
@Mamafih365                                    ···

Bruce Willis, uyarılara rağmen maskesiz bir şekilde
girdiği eczaneden kovuldu.
pic.twitter.com/4xHU7U7ba4
Translate Tweet

5:31 PM · Jan 12, 2021 · Twitter for iPhone

**7** Retweets   **7** Quote Tweets   **145** Likes

💬   🔁   ♡   ⬆️

---

**Relevant people**

**Mamafih365**                    [Follow]
@Mamafih365
Dünyanın dört bir yanından hayat
hikayeleri ✍️

**What's happening**

FIFA World Cup · This morning
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater** 🧑
Get tickets now · In theaters December 16
📢 Promoted by Avatar

Betty White · Trending                    ···
**Betty White**
2,698 Tweets

Trending in California                     ···
**Chicharito**
6,772 Tweets

Entertainment · Trending                   ···
**Tarantino**
Trending with Simu Liu, Anthony Mackie

Show more



---

📷 Tweet your reply                        [Reply]

**Levent** @leventcyr · Jan 12, 2021        ···
Replying to @Mamafih365
Zor ölüm 4

💬   🔁   ♡   ⬆️

**Talha Acar** @TalhaAcarr · Jan 12, 2021   ···
Replying to @Mamafih365
Amerikada yaşayıp nasıl cahil kalabiliyorsunuz

💬   🔁   ♡   ⬆️

**serkan** @1903srkn_ · Jan 12, 2021        ···
Replying to @Mamafih365



GIF  ALT

💬   🔁   ⬆️

**eniz aslan** @easlan1980 · Jan 12, 2021   ···
Replying to @Mamafih365
Yippee-ki-yay-motherfucker demiştir .

💬   🔁   ♡ 1   ⬆️

**Baran Erkol** 📈 @baran_erkol · Jan 13, 2021  ···
Replying to @Mamafih365
Zor Ölüm 5

💬   🔁   ♡   ⬆️

---

📷 **Perkowski Legal P.C.**   ···
@c_perkowski

---

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
**Tweet**

Search Twitter

https://twitter.com/bso/status/1378789000082987011 __at__ 2022-11-22 06:45:54 -08:00

← **Tweet**

**Robert Littal BSO** ✓
@BSO
···

Photos of Draya and Tyrod Taylor Out in Malibu; Why It's Looking Like Taylor Will Be Starting QB of Texans This Season (Pics-IG) bit.ly/3cLzSFP



9:08 AM · Apr 3, 2021 · BSO Alert

**2** Retweets   **1** Quote Tweet   **3** Likes

💬          ↻          ♡          ⬆

P   Tweet your reply                    Reply

**Martin Jones** @BackPackJones · Apr 3, 2021       ···
Replying to @BSO
What's more likely for Watson next season

Plays for Texans
Plays for another team
Doesn't play at all

💬 1        ↻        ♡        ⬆

**Robert Littal BSO** ✓ @BSO · Apr 3, 2021       ···
Replying to @BackPackJones
Suspension to start the season while on Texans

💬        ↻        ♡        ⬆

---

**Home**

**Explore**

**Notifications** ①

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski    ···

---

🔍 Search Twitter

**Relevant people**

**Robert Littal BSO** ✓
@BSO                    Follow
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**What's happening**

FIFA World Cup · 2 hours ago
Argentina vs Saudi Arabia

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
▷ Promoted by Avatar

Trending in United States              ···
#السعودية_الارجنتين
1.25M Tweets

Trending in United States              ···
**Died Suddenly**
103K Tweets

Trending in United States              ···
**Argentina**
Trending with #FIFAWorldCup 🏆; Herve Renard

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462   Document 1-2   Filed 12/30/22   Page 99 of 101   Page ID #:137

← **Tweet**

**AP** ✔
@altapeli

Martin Freeman en imágenes desde el set de
#BlackPanther2 #WakandaForever 🐾



2:10 PM · Aug 28, 2021 · Twitter for Android

**3** Retweets   **1** Quote Tweet   **55** Likes

P   Tweet your reply    Reply

## Search Twitter

### Relevant people

**AP** ✔            Follow
@altapeli
Cuenta oficial de AltaPeli.com - Cine /
Series / Críticas / Noticias /
Videojuegos

### What's happening

Television · Last night
**The Walking Dead airing on AMC**

Music · Trending
**Lionel Richie**
4,121 Tweets

Family & relationships · Trending
**Thanksgiving Day**
11.9K Tweets

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Trending in United States
**Oregon**
18.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



**Perkowski Legal P.C.** ···
@c_perkowski

__ https://twitter.com/cawtwomen/status/1578062974933155841 __ at __ 2022-11-20 14:22:38 -08:00 __

← **Tweet**

 
@cawtwomen                                    ···

Look at my girl 😍😍😍



9:41 AM · Oct 6, 2022 · Twitter for iPhone

**5** Retweets  **33** Likes

 Tweet your reply                    Reply

---

🔍 Search Twitter

**Relevant people**

 🕷🕷                    Follow
@cawtwomen

batman (2022) dir. matt reeves

**What's happening**

Formula 1 · This morning
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in California                    ···
**Rest In Peace**
57.1K Tweets

← **Tweet**

Q Search Twitter

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Paulette Kimuntu Kim**
@KimKimuntu

•••

Aperçu de Margot Robbie et Ryan Gosling sur le plateau de tournage du film "BARBIE".

#MrSilas

Translate Tweet




4:11 PM · Jun 23, 2022 · Twitter for Android

**4** Likes

 Tweet your reply

Reply

**Relevant people**

 **Paulette Kimuntu Kim**
@KimKimuntu

Follow

**What's happening**

FIFA World Cup · 9 minutes ago
**Senegal vs Netherlands**



Sports · Trending
**RB Melvin Gordon**
2,642 Tweets

•••

Family drama · Trending
**#GTMcontest4**

•••

Trending in California
**Dodger Stadium**
14.1K Tweets

•••

Trending in United States
**Welsh**
16K Tweets

•••

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski
•••