# **EXHIBIT B Continued**

... https://twitter.com/lindaikeji/status/1402685754795388928 ... et ... 2022-11-22 16:58:08 -08:00

← **Tweet**

**Linda Ikeji**
@lindaikeji

⋯

Kanye west spotted with model Irina Shayk on French vacation amid dating rumours
lindaikejisblog.com/2021/6/kanye-w...



BACKGRID

10:55 AM · Jun 9, 2021 · LIB App

**2** Quote Tweets     **10** Likes

💬     🔁     ♡     📤

Perkowski Legal P.C.
@c_perkowski     ⋯

Ⓟ     Tweet your reply          **Reply**

**Juniee_Fx** @Lilkidv · Jun 9, 2021          ⋯
Replying to @lindaikeji
Wahala for who dey breathe

💬     🔁     ♡     📤

🔍 Search Twitter

**Relevant people**

**Linda Ikeji**
@lindaikeji          **Follow**
Blogger. CEO, LindaIkejiTV

**What's happening**

NCAA Men's Basketball · Last night
**Knights at Blue Devils**

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Music · Trending          ⋯
**Nicki**
67.2K Tweets

Sports · Trending          ⋯
**College Football Playoff**
1,710 Tweets

Trending in California          ⋯
**Memo Ochoa**
96.5K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
**Tweet**

__ https://twitter.com/turkce/status/1459451251561819461 __ at __ 2022-11-22 02:39:31 -08:00 __

← **Tweet**

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Türkçe**
@turkce

···

Paris Hilton'un düğününde ikinci gün: Daha önce aradığı aşkı bir türlü bulamayan Paris Hilton, dördüncü nişanlısı Carter Reum ile önceki gün evlendi. Üç gün üç gecelik düğünün dün yapılan ikinci gün kutlamasında Paris... dlvr.it/SCQwQR #Türkçe #MagazinHaberleri #Magazin

Translate Tweet

🖼 **Media not displayed**
This image has been removed in response to a report from the copyright holder.

1:21 AM · Nov 13, 2021 · dlvr.it

💬        ⟲        ♡        ↥

Ⓟ    Tweet your reply                    **Reply**

**Relevant people**

**Türkçe**            **Follow**
@turkce

Gazete ve dergilerden Türkçe Haberler, Son Dakika, Spor, Magazin, Teknoloji, Sinema Haberleri. İletişim ve iş birliği için: turkcemag@gmail.com

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater**🟦
Get tickets now – In theaters December 16
🔳 Promoted by Avatar

Trending in United States                ···
**El VAR**
33.1K Tweets

Entertainment · Trending                ···
**Died Suddenly**
80.1K Tweets

Trending in United States                ···
**offsides**
5,667 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Ⓟ    **Perkowski Legal P.C.**    ···
@c_perkowski

🔍 Search Twitter

Case 2:22-cv-09462-DMG-ADS    Document 1-3    Filed 12/30/22    Page 4 of 101    Page ID #:143

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 **Türkçe**
@turkce

Hastane çıkışı böyle karşılandı: 8 yıl önce kansere yakalanma olasılığını ortadan kaldırmak için bıçak altına yatan ve iki göğsünü de aldıran dünyaca ünlü oyuncu Angelina Jolie, önceki gün hastaneden çıkarken...
dlvr.it/S648W8 #Türkçe #MagazinHaberleri #Magazin

Translate Tweet



9:02 AM · Aug 21, 2021 · dlvr.it

 Tweet your reply

Reply

## Relevant people

 **Türkçe**
@turkce

Follow

Gazete ve dergilerden Türkçe Haberler, Son Dakika, Spor, Magazin, Teknoloji, Sinema Haberleri. İletişim ve iş birliği için: turkcemag@gmail.com

## What's happening

FIFA World Cup · 1 minute ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**
Get tickets now – In theaters December 16
📷 Promoted by Avatar

Trending in United States
**Ochoa**
Trending with #MEXPOL, Lewandowski

Celebrities · Trending
**Anthony Mackie**

Celebrities · Trending
**Tom Hanks**
4,252 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ···
@c_perkowski

← Tweet



**Relevant people**

emrah 🏳️ (fan account)
@skinnysel
Follow

there's just something about selena gomez in a suit



emrah 🏳️ (fan account)
@skinnysel
selena, taylor, ariana, olivia - fan account - he/him. (selena follows 🥹)

Selena Gomez ✓
@selenagomez
Follow

My Mind & Me out November 4th:
apple.co/selenagomezdoc The song is out now:
SelenaGomez.lnk.to/MyMindAndMe

👤 Selena Gomez

11:26 AM · Jun 13, 2021 · Twitter for Android

**What's happening**

FIFA World Cup · LIVE
USA vs Wales

246 **Retweets**   25 **Quote Tweets**   2,566 **Likes**

Trending in United States
**1-0 USA**
117K Tweets

💬              🔁              ♡              📤

Trending in United States
**WHAT A GOAL**
17.8K Tweets

📝 Tweet your reply                              Reply

Trending in California
**LETS GOOOOOO**
3,247 Tweets

@PORSCHEXCX · Jun 13, 2021
Replying to @skinnysel and @selenagomez
damn she looks gorgeous

Family drama · Trending
**#GTMcontest5**

💬 1           🔁           ♡ 4           📤

Show more

emrah 🏳️ (fan account) @skinnysel · Jun 13, 2021
Replying to @PORSCHEXCX and @selenagomez
she always does but that day especially

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

💬           🔁           ♡ 3           📤

Show replies

@britttleheartwrm · Jun 13, 2021
Replying to @skinnysel and @selenagomez
yes

💬           🔁           ♡           📤

Paloma (THEY/she) 🏳️‍🌈 @fbfklove_d · Jun 14, 2021
Replying to @skinnysel and @selenagomez
I LOVE WOMEN OMG

💬           🔁           ♡           📤

Miley Cyrus Turkey @NoahHammer9 · Jun 13, 2021
Replying to @skinnysel and @selenagomez
Fav look

💬           🔁           ♡           📤

Tema 🌙 @Skylar84465716 · Jun 14, 2021
Replying to @skinnysel and @selenagomez
She's breath taking

💬           🔁           ♡           📤

fern 🏳️ | MIDNIGHTS @intllcfern · Jun 13, 2021
Replying to @skinnysel and @selenagomez
SHE LOOKS SO GOOD

💬           🔁           ♡ 1           📤

carina @cattitude_girl · Jun 13, 2021
Replying to @skinnysel and @selenagomez
She served that day 🥵

💬           🔁           ♡           📤

nico @nouvxel · Jun 13, 2021
Replying to @skinnysel and @selenagomez
wbk

💬           🔁           ♡ 5           📤

Shiv Kumar Singh Dauria @ShivKum60852808 · Jun 14, 2021
Replying to @skinnysel and @selenagomez

Happy Birthday...

This Tweet was deleted by the Tweet author. Learn more

💬           🔁           ♡ 7           📤

emrah 🏳️ (fan account) @skinnysel · Jun 13, 2021
LYTLIM release day ugh iconic

💬           🔁           ♡ 7           📤

Perkowski Legal P.C.   ···
@c_perkowski

← **Tweet**

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**



**AMERICA'S PROBLEM** ✓
@FUCCI                    ···

absolutely.



©Shelby/NYP / BACKGRID

12:44 PM · Aug 18, 2022 · Twitter for iPhone

**132** Retweets   **24** Quote Tweets   **1,350** Likes

💬   🔁   ♡   ⬆️

ⓅＰ  Tweet your reply        **Reply**

**Relevant people**

**AMERICA'S PROBL...** ✓   **Follow**
@FUCCI
tastemaker | ancient god | served in the navy since 2005 pronouns: (he/want/me) (Naija Basquiat)

**What's happening**

NFL · LIVE
**49ers at Cardinals**          

Entertainment · Trending        ···
**Died Suddenly**
47.7K Tweets

Entertainment · Trending        ···
**Sinbad**
4,913 Tweets

Sports · Trending               ···
**Greg Dortch**
Trending with #BirdCityFootball 🏈

Events · Trending               ···
**#BlackFriday**
49.5K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

ⓅＰ  Perkowski Legal P.C.  ···
@c_perkowski

**Flo** @blackhottie · Aug 18           ···
Replying to @FUCCI
of course!!
💬   🔁   ♡   ⬆️

**BLIGE** 🥇 @scarygayblige · Aug 18     ···
Replying to @FUCCI
🏆🥇🏆
💬   🔁   ♡   ⬆️

**the best of boffumm...** @hselfehtni · Aug 18  ···
Replying to @FUCCI
100% here for it >>>
💬   🔁   ♡   ⬆️

**Perspicacious Mind** @AYEntertainedTV · Aug 19  ···
Replying to @FUCCI
In a world where everybody looks and acts the same.. I'm with it! I love someone being different, especially when you pull it off. 🤟🏾
💬   🔁   ♡ 1   ⬆️

**NABiLA** @nabi_jal · Aug 18            ···
Replying to @FUCCI
Yes.
💬   🔁   ♡   ⬆️

**Cucuy** @SerGonzales10 · Aug 19       ···
Replying to @FUCCI
Everybody hate me cause I always been a yes man.
💬   🔁 1   ♡   ⬆️

**Name Not Found** @namenutfund · Aug 18  ···
Replying to @FUCCI
Like, i always knew it, but tbh Idk anymore. Making me insane the same
💬   🔁   ♡   ⬆️

— https://twitter.com/guidance_the/status/1379938869587750144 — at — 2022-11-20 18:02:19 -0800 —

← **Tweet**

**TheGuidance**
@guidance_the

...

Ya tenemos un primer vistazo a la serie live-action que CW está preparando sobre las #chicassuperpoderosas. ¿Cual es su personaje favorito de este universo?

Translate Tweet



4:27 PM · Apr 7, 2021 · Twitter for iPhone

**1** Like

Tweet your reply

Reply

**Relevant people**

**TheGuidance**
@guidance_the    Follow

Todo el contenido geek al alcance de tu mano. Noticias, análisis, cómics narrados, curiosidades, etc.

**What's happening**

Sports · LIVE
**2022 FIFA World Cup**

**#Disenchanted** 🧚
Original movie now streaming
📺 Promoted by Disney+

Trending in California   ...
**#TheWalkingDead**
Trending with #TWDFinale

Sports · Trending   ...
**#LVvsDEN**
2,079 Tweets

Sports · Trending   ...
**Matt Canada**
1,454 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Search Twitter

Perkowski Legal P.C.   ...
@c_perkowski



— https://twitter.com/readsector/status/1256421101376331776 __ at __ 2022-11-22 18:46:35 -08:00

**Tweet**



## Relevant people



readsector
@readsector

Hannah Ann Sluss shows off her tan during workout...
days after with NFL quarterback Mason Rudolph
readsector.com/hannah-ann-slu...



© Dsanchez/CPR / BACKGRID

8:11 PM · May 1, 2020 · WordPress.com

**Search Twitter**

## Relevant people

readsector
@readsector
Latest News

**Follow**

## What's happening

Television · LIVE
**Bachelor in Paradise airing on ABC**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Tweet your reply

**Reply**



__ https://twitter.com/cevansnation41/status/1580773198948093808 __ at __ 2022-11-19 23:28:05 -08:00 __

← **Tweet**



Cʜʀɪs Eᴠaɴs ꜰaɴ 💙 🇧🇷 | Fã site
@cevansnation41                                                    •••

💙💙

0:03   15 views

9:11 PM · Oct 13, 2022 · Twitter for iPhone

**3** Likes

## Relevant people


Cʜʀɪs Eᴠaɴs ꜰaɴ 💙...                           **Follow**
@cevansnation41
Página dedicada ao ator @chrisevans
Twitter criado em Janeiro/2022. I'm
not Chris Evans. Fan Account.

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

₱ Tweet your reply                                        Reply

\_\_ https://twitter.com/zaynjmnews/status/908712549293707288 \_\_ at \_\_ 2022-11-21 18:46:51 -08:00 \_\_



- Home
- Explore
- Notifications ●
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

← **Tweet**

 **Zayn Malik News**
@ZaynJMNews ···

**#HQ** | Zayn out in NYC! (#11-14)




8:22 AM · Sep 15, 2017 · Twitter for iPhone

**102** Retweets  **5** Quote Tweets  **253** Likes

💬  🔁  ♡  ⬆️

 Tweet your reply  **Reply**

🔍 Search Twitter

**Relevant people**

 **Zayn Malik News**  **Follow**
@ZaynJMNews

Keeping you up to date with the daily habits of @zaynmalik! | Contact: zaynjmnews@gmail.com

**What's happening**

NFL · LIVE
**49ers at Cardinals** 

Entertainment · Trending
**Died Suddenly**
48.6K Tweets ···

Family drama · Trending
**#GTMcontest12** ···

Trending in United States
**#ThingsIOftenQuestion** ···

Sports · Trending
**Lane Kiffin** ···
Trending with  Auburn

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

**Tweet**

Perkowski Legal P.C. ···
@c_perkowski

← **Tweet**

**Las Últimas Noticias** ⋯
@lun

Ben Affleck viajó a Miami para juntarse con Jennifer Lopez 👀
Nuevas imágenes muestran a la cantante feliz con el actor 💕

bit.ly/3fgCWLc

Translate Tweet



7:03 AM · May 25, 2021 · Hootsuite Inc.

**2** Retweets   **1** Quote Tweet   **6** Likes

Tweet your reply                    Reply

**eso no es na'!!** @marcoher9_soto · May 25, 2021 ⋯
Replying to @lun
Me engañas mujer 😭😭😭😭😭😭

---

**Search Twitter**

**Relevant people**

**Las Últimas Noticias**          Follow
@lun
Cuenta oficial del Diario Las Últimas Noticias en Twitter.

**What's happening**

FIFA World Cup · 3 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🙇
Get tickets now · In theaters December 16
📣 Promoted by Avatar

Trending in California          ⋯
**Mexicans**
17.7K Tweets

Trending in United States          ⋯
**Giroud**
Trending with Australia, Mbappe

Sports · Trending          ⋯
**Akers**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

https://twitter.com/KUWTKWorld/status/1573406198895984641 __ et __ 2022-11-20 19:21:15 -0800

← **Tweet**

**Kardashian World**
@KUWTKWorld

All Milan updates for Kim are now in the gallery!

[kardashianworld.net/gallery/](kardashianworld.net/gallery/)



1:17 PM · Sep 23, 2022 · Twitter Web App

**15** Retweets    **366** Likes

---

**ABBAS** @AbbasAh54041567 · Sep 23
Replying to @KUWTKWorld
Kim my love I stand straight to the right ❤️😍❤️🥰

**Andre** @Andre19643663 · Sep 24
Replying to @KUWTKWorld
Looks nice.

**Andre** @Andre19643663 · Sep 24
Replying to @KUWTKWorld
Don't even know what your wardrobe is worth ( hi )

**alannafrancis90** @alannafrancis91 · Sep 23
Replying to @KUWTKWorld
What pissed me off even more

She can't think of anyone else to follow

---

## Sidebar

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

🔍 Search Twitter

**Relevant people**

**Kardashian World**
@KUWTKWorld    Follow
The largest fan source for everything Kardashian! #TheKardashians 📺 Season 2 | Sept 22nd on Hulu! Kim & Khloe follow ❤️❤️ admin@kardashianworld.net

**What's happening**

Television · 1 hour ago
The Walking Dead airing on AMC

#Disenchanted 🎬
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
Disney CEO
10.7K Tweets

Trending in United States
CEO of Disney
2,830 Tweets

Trending in United States
Bob Iger
Trending with Chapek

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

https://twitter.com/lacosacine/status/1394283812980362507 ... at ... 2022-11-22 02:49:17 -08:00

🔍 Search Twitter

← Tweet

**Relevant people**



La Cosa Cine ✔
@lacosacine

**Follow**

📚📰 Cine y Series. Tu comunidad, tu revista 🎥
web@lacosacine.com |
@guillohernandez @jessiblady
@luagosta @macareynolds
@cynthiaonfilms

**What's happening**



FIFA World Cup · LIVE
Argentina vs Saudi Arabia

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
📱 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
80.8K Tweets

Trending in United States
**offsides**
8,360 Tweets

Trending in United States
**Argentina**
Trending with Messi, #ARGKSA

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More …
© 2022 Twitter, Inc.

---

La Cosa Cine ✔
@lacosacine

Hoy seguimos jugando a "¿Es Pamela Anderson o Lily James?" desde el set de #PamAndTommy
Translate Tweet



6:29 AM · May 17, 2021 · TweetDeck

5 Retweets   4 Quote Tweets   231 Likes

💬   🔁   🤍   ⬆

Tweet your reply                                    Reply

Vera🎀 @VeraNessa0 · May 17, 2021
Replying to @lacosacine
Tremendo el parecido con Pamela!!! Muy logrado

Glorinha Romero @glorompy · May 17, 2021
Replying to @lacosacine
Lily

Milena Di Scala 🍺 @mile43219 · May 17, 2021
Replying to @lacosacine
Ahi si se nota que es Lily James. Eso que hace con la boca es muy de ella, jajaja.

Wampita @SoleAloRam · May 17, 2021
Replying to @lacosacine
Es Lily!!!

Reb☀ @RebeSilvero · May 17, 2021
Replying to @lacosacine
Lily pero me da miedo lo igual que es

La Foca @focadesmayada · May 17, 2021
Replying to @lacosacine
pero... que importa!!! jaja

Diegeek @coroneldiego224 · May 17, 2021
Replying to @lacosacine
Cuando van al baño se parecen.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**



Perkowski Legal P.C.
@c_perkowski

# Thread



**Dakota Johnson Portugal** ✓ @dakotajohnsonpt · Dec 11, 2018
Dakota ontem, 10, a desembarcar no aeroporto LAX em Los Angeles!
#DakotaJohnson

💬 1    🔁 16    ♡ 63    ⬆

**Dakota Johnson Portugal** ✓
@dakotajohnsonpt

Mais algumas! #DakotaJohnson

1:07 AM · Dec 11, 2018 · Twitter for iPhone

**4** Retweets    **20** Likes

💬    🔁    ♡    ⬆

**Perkowski Legal P.C.** ...
@c_perkowski

P  Tweet your reply                                    **Reply**

**Dakota Johnson Portugal** ✓ @dakotajohnsonpt · Dec 11, 2018
Replying to @dakotajohnsonpt
Mais algumas! #DakotaJohnson

💬    🔁 5    ♡ 22    ⬆



Search Twitter

### Relevant people

**Dakota Johnson P...** ✓    **Follow**
@dakotajohnsonpt
A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📧 @DJPTMidias | Fã-Clube.

### What's happening

**FIFA World Cup** · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Music · Trending
**Elton John**
Trending with Dodger Stadium, Dodger Stadium

Trending in United States
**Slick Rick**

Trending in United States
**Schiff**
58K Tweets

Trending in United States
**Ole Miss**
5,164 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



— https://twitter.com/nanfixus/status/1551880556845191169 __ at __ 2022-11-19 11:57:14 -08:00 —

← Tweet

This Tweet is from a suspended account. Learn more

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski    ⋯



O onironauta 🩸 @onironauta · Jan 18, 2021
Replying to @MileyUpdates and @TheSmilergirl921
Omg. I WANT IT
💬    ↻    ♡    ⬆

andrei. @ANDREEIDXIAS · Jan 18, 2021
Replying to @MileyUpdates
meu sonho
💬    ↻    ♡    ⬆

BETTER MISTAKES BY BEBE REXHA OU... @thenikck_ · Jan 19, 2021
Replying to @MileyUpdates
Omg plastic hearts fragrance yupp
💬    ↻    ♡    ⬆

SmilerGirl 💜 @TheSmilergirl921 · Jan 18, 2021
Replying to @MileyUpdates
I WILL BUY
💬    ↻    ♡ 3    ⬆

SmilerGirl 💜 @TheSmilergirl921 · Jan 18, 2021
Replying to @MileyUpdates
It looks more like a shampoo
💬    ↻    ♡ 3    ⬆

Sally Ellis @Sally0321284671 · Jan 19, 2021
Replying to @MileyUpdates
I come to wonder to.
💬    ↻    ♡    ⬆

a n d r e a h 🌙 @swiftebird1 · Jan 19, 2021
Replying to @MileyUpdates
Hope it doesn't smell like RASPBERRIES
💬    ↻    ♡    ⬆

@idflknthanks · Jan 19, 2021
Replying to @MileyUpdates
It reminds me hanna montana's episode where miley don't like her parfum 😭
💬    ↻    ♡    ⬆

miley is my destiny @mileyxdestiny · Jan 19, 2021
Replying to @MileyUpdates
I'm okay with that but girl we want a mv for angels like u @miileycyrus 😭😭
💬 3    ↻    ♡    ⬆

Mileysbian @phe_in1123 · Jan 19, 2021
Replying to @mileyxdestiny @MileyUpdates and @MileyCyrus
Plot twist: the perfume is named 'Angels Like You'
💬 3    ↻    ♡ 3    ⬆

Show replies

diana @wxnwforxnight · Jan 18, 2021
Replying to @MileyUpdates
💚 💚 💚



💬    ↻    ♡ 8    ⬆

Robbie @shesiAC23 · Jan 18, 2021
Replying to @MileyUpdates
not me getting excited about a mv

💬    ↻    ♡ 32    ⬆

patri 🌻 @patriciac20_ · Jan 18, 2021
Replying to @MileyUpdates
Omg 😍😍😍😍
💬    ↻    ♡ 2    ⬆

paulis @pzxaaufw · Jan 18, 2021
Replying to @MileyUpdates
@lisaxtzp @sIviavh
💬    ↻    ♡ 5    ⬆

Katrina @pincemsley12 · Jan 18, 2021
Replying to @MileyUpdates
I wonder if it's Raspberry scented
💬    ↻    ♡ 4    ⬆

ew @mileydontbesad_ · Jan 18, 2021
Replying to @MileyUpdates
a dream!
💬    ↻    ♡    ⬆

TUMANAKO - NZ @Geegi_MiCy · Jan 18, 2021
Replying to @MileyUpdates
If so, ive been waiting for this for like 10 years
💬    ↻    ♡ 3    ⬆

Nazanin🌹 @abondedbieber · Jan 18, 2021
Replying to @MileyUpdates
OH MY GODDD
💬    ↻    ♡    ⬆

💿 PLASTIC HEARTS 🖤 @SMILERSDR · Jan 18, 2021
Replying to @MileyUpdates
Plop 😭
💬    ↻    ♡    ⬆

lindsay lohan agenda @drugproblem · Jan 18, 2021
Replying to @MileyUpdates
It's a Gucci perfume campaign
💬    ↻    ♡ 19    ⬆

nisa @partynlexusa · Jan 18, 2021
Replying to @MileyUpdates
pretty sure it's for a brand... I'm gonna say gucci or saint laurent but the way she is dressing gucci. she is like a female version of harry styles
💬    ↻    ♡    ⬆

Show more replies

___ https://twitter.com/NGBRSite/status/1583355594952214336 ___ at ___ 2022-11-19 18:39:00 -08:00

← **Tweet**

**Nicholas Galitzine Brasil 👑 Fã-clube**
@NGBRSite

· · ·

📸 MAIS FOTOS de Nicholas Galitzine e Anne Hathaway filmando #TheIdeaofYou na quarta-feira, 19 de outubro, em Atlanta, Geórgia.

Translate Tweet



👤 Anne Hathaway Brasil • FANSITE

12:14 AM · Oct 21, 2022 · Twitter Web App

**5** Retweets    **41** Likes

💬          🔁          ♡          ⬆️

🅿️ **Tweet your reply**    [ Reply ]

**Continência ao Amor**❤️ // on Netflix 29/0...    @PurpleHe...  · Oct 21  · · ·
Replying to @NGBRSite and @HathawayBRA
😍

💬          🔁          ♡          ⬆️

Perkowski Legal P.C.
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

**Nicholas Galitzine Br...**    [ Follow ]
@NGBRSite
Fã-site brasileiro dedicado ao ator e cantor inglês Nicholas Galitzine. Fan account - contact us before taking any legal action! Follow Nicholas: @nickgalitzine

**Anne Hathaway Brasi...**    [ Follow ]
@HathawayBRA
Sua mais atualizada fonte de informações sobre a atriz Anne Hathaway. WE'RE NOT ANNE HATHAWAY! — 📸: @midiasahbr

**What's happening**

Television · Starts at 7:00 PM
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
📷 Promoted by Uber

Trending in United States    · · ·
**HE'S BACK**
112K Tweets

Music · Trending    · · ·
**jisoo**
Trending with #BLACKPINK¹ ⁷, Camila

Music · Trending    · · ·
**Chris Brown**
44.9K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy    Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

rihanna looks so good



12:16 PM · Apr 7, 2022 · Twitter for iPhone

**1,652** Retweets   **208** Quote Tweets   **21.8K** Likes

Tweet your reply

This Tweet is from an account that no longer exists. Learn more

**Autumn** @autumnnnb8 · Apr 7
Replying to @dawijacae1 @PopCulture2000s and @NuclearSeasonX
It's called Linea Nigra, everyone has it but it becomes more visible and gets darker during pregnancy.

Show replies

**COLLEGE HELP** @WriterPalace · Apr 7
Replying to @PopCulture2000s
Damn Ri wf that pregnancy glow damn baby you fine as hell 😍😍

**Boy Alone** 🤍🤎 @Offeminiano · Apr 8
Replying to @PopCulture2000s
Baby riri ❤️

**Milly** @MeetLeeScent · Apr 8
Replying to @PopCulture2000s
My bXn gents said she doesn't have the black line. Yini le??

**Bongani Tibane** @tibane_bongani · Apr 8
Replying to @PopCulture2000s
No hormones.

**Lexi Sheehy** @LexxxAppeal · Apr 7
Replying to @PopCulture2000s
The !! Lahfi hat !!

**Cort K.G.** @cortland_g · Apr 8
Replying to @PopCulture2000s
This is going to be the most stylish kid on the planet

**elaheh zare** @ElahehZare · Apr 8
Replying to @PopCulture2000s
❤️❤️

**kate yana aloy** @emmyehsat · Apr 8
Replying to @PopCulture2000s
Can't wait for you to experience the heat of labour pain

**alexander** @jijwszander · Apr 8
Replying to @emmyehsat and @PopCulture2000s
?

**0708772309** @5FdveJ7bw844fze · Apr 9
Replying to @PopCulture2000s
I still don't get the line

**Manju rock** @Manjuro75247853 · Apr 8
Replying to @PopCulture2000s
Hi

**Ashley** @nbclangley1989 · Apr 8
Replying to @PopCulture2000s
Hey

**Andreina Torres** @Andrein29217363 · Apr 8
Replying to @PopCulture2000s
Hermosa 😍

**Kelly nunez** @KellyNu78369903 · Apr 8
Replying to @PopCulture2000s
❤️

**Dionna** @Dionna42056833 · Apr 8
Replying to @PopCulture2000s
She's carrying a boy, I just know it 🥰

**Genevieve Acosta** @007Vivacious1 · Apr 8
Replying to @PopCulture2000s
Beautiful queen 💚💚💚💚

**Gabrielle** @Ralltsa2012 · Apr 7
Replying to @PopCulture2000s
Riri 😍😍

**Wes Nft Art** @NftWes · Apr 12
Replying to @PopCulture2000s
Yes she do

**robson bento** @robsonb0925384 · Apr 8
Replying to @PopCulture2000s
Que gata

**Tammie Gravely** @GravelyTammie · Apr 7
Replying to @PopCulture2000s
I can't wait until she has that baby maybe she can put on some clothes

**Masjid Girl: Dropping in Like A Thotee** 🤰 @WickeZenZee · Apr 8
Replying to @GravelyTammie and @PopCulture2000s
You're wearing enough for the both of you. Trust.

**Allyson Eaton** @Champaine1234 · Apr 7
Replying to @PopCulture2000s
😍😍😍😍😍😍😍

**God's daughter** @btifbbe356 · Apr 8
Replying to @PopCulture2000s
Can't wait to be pregnant,definately my pregnancy outfits will the same as Rih. 💙

**Jessi** 🌻💛 @jessichaza · Apr 8
Replying to @PopCulture2000s
@Mmellorms_ podram?

**Melina** @Mmellorms_ · Apr 8
Replying to @jessichaza and @PopCulture2000s
Es una reina

**Relevant people**

2000s
@PopCulture2000s
i don't think 2000s pop culture can ever be topped.

**What's happening**

NFL · 3 hours ago
49ers at Cardinals

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
6,812 Tweets

Trending in United States
**James cameron**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.



Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C. ...
@c_perkowski

Thread

Central Dakota Johnson & Jamie Dom... @hdb_DJJD · May 22, 2019
Dakota foi fotografada fazendo as unhas hoje (22/05) em Los Angeles!
#DakotaJohnson

Central Dakota Johnson & Jamie Dornan
@hdb_DJJD
Mais fotos de Dakota fazendo as unhas hoje (22/05) em
Los Angeles! (2) #DakotaJohnson

4:55 PM · May 22, 2019 · Twitter for Android

3 Retweets   2 Likes

Tweet your reply                                                   Reply

Central Dakota Johnson & Jamie Dom... @hdb_DJ... · May 22, 2019
Replying to @hdb_DJJD
Mais fotos de Dakota hoje (22/05) em Los Angeles! #DakotaJohnson

Central Dakota Johnson & Jamie Dom... @hdb_DJ... · May 22, 2019
Mais fotos de Dakota hoje (22/05) em Los Angeles! (4) #DakotaJohnson

Central Dakota Johnson & Jamie Dom... @hdb_DJ... · May 22, 2019
Mais fotos de Dakota hoje (22/05) em Los Angeles! #DakotaJohnson

Central Dakota Johnson & Jamie Dom... @hdb_DJ... · May 22, 2019
Mais fotos de Dakota hoje (22/05) em Los Angeles! #DakotaJohnson

Central Dakota Johnson & Jamie Dom... @hdb_DJ... · May 22, 2019
Mais fotos de Dakota hoje (22/05) em Los Angeles! (6) #DakotaJohnson

Central Dakota Johnson & Jamie Dom... @hdb_DJ... · May 22, 2019
Mais fotos de Dakota hoje (22/05) em Los Angeles! (8) #DakotaJohnson

Central Dakota Johnson & Jamie Dom... @hdb_DJ... · May 22, 2019
Mais fotos de Dakota hoje (22/05) em Los Angeles! (10) #DakotaJohnson

Central Dakota Johnson & Jamie Dom... @hdb_DJ... · May 22, 2019
Mais fotos de Dakota hoje (22/05) em Los Angeles! (11) #DakotaJohnson

Central Dakota Johnson & Jamie Dornan · May 22, 2019
Picture Pub

Relevant people

Central Dakota Johnso...   Follow
@hdb_DJJD
I Love Dakota Johnson and Jamie
Dornan. ❤️ (fan Account)

What's happening

NFL · 1 hour ago
Browns at Bills

#Disenchanted 🎬
Original movie now streaming
#Disenchanted by Disney+

Trending in California
Rest In Peace

Trending in California
#AAbba 🎵
Trending with Beanie & Pop Area

Sports · Trending
Denver
59K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More...
© 2022 Twitter, Inc.

https://twitter.com/SeriesUpdateFR/status/1336316242211131394 __ al __ 2022-11-21 03:21:40 -08:00

← **Tweet**

# Left Sidebar

🐦

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⦿ More

**Tweet**

**Infos Séries** ···
@SeriesUpdateFR

Selena Gomez sur le tournage de la série 'Only Murders in the Building' pour Hulu.

Trois inconnus, obsédés par les affaires criminelles, se retrouvent liés à un meurtre dans la vie réelle et décident de résoudre le cas.

Translate Tweet



6:26 AM · Dec 8, 2020 · Twitter for Android

47 **Retweets**  17 **Quote Tweets**  525 **Likes**

💬        🔁        ♡        ⬆

P    Tweet your reply                    **Reply**

**Jane Doe** @JaneDoNothing · Dec 8, 2020 ···
Replying to @SeriesUpdateFR
Le synopsis donne plutôt envie

💬        🔁        ♡ 2        ⬆

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**She** 🌹 @Shelyann_2503 · Dec 9, 2020 ···
Replying to @coline_marcou and @SeriesUpdateFR
Ooh mais ça peut être pas mal !

💬        🔁        ♡ 1        ⬆

**Perkowski Legal P.C.** ···
@c_perkowski

# Right Sidebar

🔍 Search Twitter

**Relevant people**

**Infos Séries** **Follow**
@SeriesUpdateFR
Bienvenue sur votre premier compte source français sur toutes vos séries, films et plateformes de streaming préférées. 📩 : seriesupdatefr@gmail.com

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Music · Trending ···
**Billy Joel**
1,279 Tweets

Trending in California ···
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Trending in United States ···
**Defunctland**
4,924 Tweets

Trending in United States ···
**Schiff**
52.7K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.



# Tweet

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

**Starfucks 57K**
@Starfucks93

Dua Lipa





9:53 AM · Jan 2, 2021 · Twitter for Android

5 Retweets    53 Likes

Tweet your reply                                    Reply

**Zachary (Zac) Brooks** @Zac_man1123 · Jan 2, 2021
Replying to @Starfucks93 and @SexyJChechick
🔥🔥

♡ 1



**Perkowski Legal P.C.**
@c_perkowski

## Relevant people

**Starfucks 57K**                    Follow
@Starfucks93
M 29 (Paid cumtributes/cocktributes requests)

## What's happening

FIFA World Cup · 4 hours ago
**Mexico vs Poland**



#AvatarTheWayOfWater🌊
Get tickets now – In theaters December 16
📽 Promoted by Avatar

Trending in California
**Alexis Vega**
20.6K Tweets

Celebrities · Trending
**Chris Evans**
Trending with Blueface

Trending in California
**Mexico City**
18.6K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Tweet



Search Twitter

← Tweet

## Relevant people

 **Marvel/DC comics**
@MarvelDCcomic15

🎆 Des nouvelles images pour le film #MadameWeb !!!! #Marvel #SpiderMan #Sony

Translate Tweet



**Marvel/DC comics**
@MarvelDCcomic15    Follow

Toute l'actualité sur nos univers bien-aimés. Films- série-Jeux Vidéo.

## What's happening

Formula 1 · 2 hours ago
**Abu Dhabi Grand Prix 2022**



**#Disenchanted** 🦹
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Shakira**
103K Tweets

3:45 PM · Oct 6, 2022 · Twitter for iPhone

**1** Retweet    **3** Likes

Only on Twitter · Trending
**Jason David Frank**
94.3K Tweets

Only on Twitter · Trending
**Rest in Power**
9,762 Tweets

Show more

Tweet your reply    Reply

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/CinematizandoOf/status/1496662745973993478 __ at __ 2022-11-19 11:18:59 -08:00 __



← **Tweet**



**Cinematizando**
@CinematizandoOf

•••

Imagens do Daniel Radcliffe caracterizado como o Weird Al Yankovic no vindouro filme sobre ele

#WeirdAlYankovic #DanielRadcliffe



5:46 PM · Feb 23, 2022 · Twitter Web App

**2** Likes

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📑 Lists
👤 Profile
⋯ More

**Tweet**

Tweet your reply

Reply

🔍 Search Twitter

**Relevant people**

**Cinematizando**
@CinematizandoOf

Follow

**What's happening**

Formula 1 · Starts tomorrow
Abu Dhabi Grand Prix 2022

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States
**Welcome Back Kotter**

•••

Sports · Trending
#ILLvsMICH

•••

Fashion & beauty · Trending
**Louis Vuitton**
Trending with #FIFAWorldCup 🏆 , Qatar

•••

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More •••
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/StripMarvel/status/1307002439495979816 __el __2022-11-21 07:23:51 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-3    Filed 12/30/22    Page 26 of 101    Page ID #:165
Perkowski Legal P.C.
@c_perkowski

# Twitter

← **Tweet**

**Home**

**Explore**

**Notifications** 1

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Dani Lagi ⚡ Strip Marvel**
@StripMarvel

Nuevas imágenes de #FalconandtheWinterSoldier
Translate Tweet



1:48 AM · Sep 20, 2020 · Twitter for iPhone

**99** Retweets   **2** Quote Tweets   **1,008** Likes

**Jesus Enrique #BlackPantherWakan...** @JesusEn32... · Sep 20, 2020
Replying to @StripMarvel
El brazo de Wakanda se ve Brutal 😍🔥💪

**Jesus Enrique #BlackPantherWakan...** @JesusEn32... · Sep 20, 2020
Replying to @StripMarvel
Bucky con el pelo corto se parece a Hugh Jackman y tiene la cara parecida a Jeremy Renner
3

**jojo :v** @SaberSoi · Sep 20, 2020
Replying to @StripMarvel
Veo esas fotos y me dan ganas de comprar una Suzuki , 🤣

**Dead_CeA** @Rojo_CeA · Sep 20, 2020
Replying to @StripMarvel
winter soldier sin su estrella roja en el brazo no es winter soldier... esta decisión de quitarle su estrella ya pareciera que tuviese mas que ver con política que con estética...
2

**El Matty 👹** @MattoncioN · Sep 20, 2020
Replying to @Rojo_CeA and @StripMarvel
Pol que ahola es sumel soldiel blodel, no sabes que han ido al Costa Rica?
2
Show replies

**JaviiOsto** @TheFury9 · Sep 20, 2020
Replying to @StripMarvel
@CarlosPerBel 😬
1

**🧡🔥ミリ tAtAkaE🖤🖤** @Nekom4izawa · Sep 20, 2020
Replying to @StripMarvel
Cómo que tengo ganas de pesearme en moto aunque odié las motocicletas en fin la hipocresía

**SCRICTUS** @scrictus · Sep 20, 2020
Replying to @StripMarvel
A ver si todo va bn y podemos disfrutarla prontito

**_Beth_Jess** @_beth_jess · Sep 20, 2020
Replying to @StripMarvel
¿Se puede estar más...... metido en el papel?

**P** Tweet your reply    Reply

## Relevant people


**Dani Lagi ⚡ Strip Ma...** @StripMarvel    Follow
Soy @Dani_Lagi de Strip Marvel en @youtube y @twitch autor de #ComoConocíAVuestraMarvel y el cómic #ElGuanteHaterDelInfinito
CONTACT: stripmarveltv@gmail.com

## What's happening

FIFA World Cup · **LIVE**
**England vs Iran**

Korean music · Trending
**#CHASE**
6,665 Tweets

Sports · Trending
**Michael Irvin**

Music · Trending
**Kelly Rowland**
22.6K Tweets

Trending in California
**Dodger Stadium**
14K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

**Home**

**Explore**

**Notifications** ①

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**


**Perkowski Legal P.C.**
@c_perkowski  ...


**Bastidores** 🎬
@SiteBastidores4                                              ...

MEU DEUS!

Segundo afirma o @RPK_NEWS1, Tahar Rahim está
interpretando o vilão Ezekiel Sims em 'Madame Web'

O ator apareceu recentemente em fotos do set de
gravação. 👀

Translate Tweet



2:19 PM · Oct 7, 2022 · Twitter for Android

**4** Retweets   **33** Likes




Tweet your reply                                            **Reply**

## Relevant people


**Bastidores** 🎬            **Follow**
@SiteBastidores4
Conta oficial do site Bastidores:
Cinema, Games, Televisão, Livros e
Cultura Pop em um só lugar | ✉️
email: matheus@nosbastidores.com.br

**RPK**                      **Follow**
@RPK_NEWS1
'A Twitter influencer and writer'' -
CNBC. Contact/Business inquiries:
DanielRPK10@gmail.com
patreon.com/DanielRPK Youtube:
bit.ly/32dYZOB

## What's happening

NFL · LIVE
**Browns at Bills**



#Disenchanted 👸
Original movie now streaming
▶️ Promoted by Disney+

Trending in United States                    ...
**Rest In Peace**
49.4K Tweets

Entertainment · Trending
**Morgan Freeman**
190K Tweets

Only on Twitter · Trending                   ...
**Jason David Frank**
Trending with Power Rangers, Kevin Conroy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

https://twitter.com/teampriyanka/status/1040502172553830401 _ al _ 2022-11-21 16:22:50 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-3    Filed 12/30/22    Page 28 of 101    Page ID #:167

← Tweet

Search Twitter

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Team Priyanka Chopra Jonas** ✔
@TeamPriyanka

She takes gorgeousness to a whole new level! 💜 🤩

@priyankachopra



12:27 AM · Sep 14, 2018 · Twitter for iPhone

**59** Retweets    **1** Quote Tweet    **389** Likes

Tweet your reply                                    Reply

**berjhakepaquit** @berjhakepaquit · Sep 14, 2018
Replying to @TeamPriyanka and @priyankachopra
i love u priyanka
                                                    1

**abishani** @Ashani222 · Sep 15, 2018
Replying to @TeamPriyanka and @priyankachopra
i ❤ you so much !!!!!
PRIYANKA !!
Ur a perfect definition for growth and dedication......
                                                    1

**Perkowski Legal P.C.**
@c_perkowski

### Relevant people

**Team Priyanka Ch...** ✔          Follow
@TeamPriyanka
We're @priyankachopra's official team
page and every PC maniac's go to for
the latest updates from her world.
Content used for non commercial
purposes.

**PRIYANKA** ✔                      Follow
@priyankachopra
Dreamer.. Achiever..

### What's happening

FIFA World Cup · 2 hours ago
**USA vs Wales**

Trending in California
**TSLA**
23.7K Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,567 Tweets

Trending in United States
**Raymond Green Vance**

Entertainment · Trending
**Julia Fox**
8,909 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

| | |
|---|---|
| Home | |
| Explore | |
| Notifications | |
| Messages | |
| Bookmarks | |
| Lists | |
| Profile | |
| More | |

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

**Perkowski Legal P.C.**  ...
@c_perkowski

__ https://twitter.com/ClickySound/status/1278018440222121986 __ at __ 2022-11-22 21:37:39 -08:00 __

← **Tweet**

 **Clicky Sound**
@ClickySound

···

clickysound.com/lady-gaga-went... Ariana, you've got some competition.



10:31 AM · Jun 30, 2020 · Clicky Sound

  ♡ ↑

 Tweet your reply    **Reply**

## Navigation sidebar

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

◉ Profile

⋯ More

**Tweet**

## Right sidebar

🔍 Search Twitter

### Relevant people

 **Clicky Sound**
@ClickySound    **Follow**
Photography at its Best!

### What's happening

NBA · LIVE
**Lakers at Suns** 

**#AvatarTheWayOfWater**
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Business and finance · Trending ···
**Virginia Walmart**
10.7K Tweets

Trending in California ···
**Costco**
5,653 Tweets

Trending in United States ···
**Erection**
15.9K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/_dccbrasil/status/1529509290569633792 __ et __ 2022-11-21 23:02:31 -08:00



**Tweet**

← 

**DC Brasil**
@_DCCBRASIL                                              ...

## Bruna Marquezine via Instagram Stories!



4:04 PM · May 25, 2022 · Twitter for Android

**30** Retweets   **12** Quote Tweets   **640** Likes

💬          🔁          ♡          ⬆️

---

P   Tweet your reply                            Reply

ohenriquepr #100kCola_Fiel @PauloHe10274157 · May 25      ...
Replying to @_DCCBRASIL
MDS, tô amando mais essa mulher
💬          🔁          ♡          ⬆️   1

andrey 🔥 @AndreyAragP8 · May 25                          ...
Replying to @_DCCBRASIL
ela toda animada é tudo pra mim
💬          🔁          ♡   2          ⬆️

Wayne De Gotham @WayneDeGotham1 · May 25                  ...
Replying to @_DCCBRASIL
Mds isso tá muito FODAAAAAAA
💬          🔁          ♡   2          ⬆️

Itsbrulei @itsBrulei · May 25                            ...
Replying to @_DCCBRASIL
😍😍😍😍😍
💬          🔁          ♡   2          ⬆️

---

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

P  Perkowski Legal P.C.    ...
   @c_perkowski

---

🔍 Search Twitter

**Relevant people**

P  DC Brasil          Follow
   @_DCCBRASIL
Todas as notícias relacionadas ao mundo da #DCComics em um só lugar! ✉️Parcerias e Mídia Kit: contatodcbrasil@gmail.com • Siga-nos no Instagram:

**What's happening**

NFL · 2 hours ago
49ers at Cardinals

Entertainment · Trending          ...
Died Suddenly
71K Tweets

Trending in United States          ...
Ramey
2,046 Tweets

Trending in California          ...
Mexicans
6,288 Tweets

Only on Twitter · Trending          ...
Pablo Milanés
Trending with Auburn

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

← **Tweet**

🔍 Search Twitter

## Relevant people

Robert Littal BSO ✓
@BSO

**Photos of Tom Brady and Gisele Take a Quick Costa Rica Vacation Before Training Camp Starts** bit.ly/2lPjw73

Robert Littal BSO ✓  **Follow**
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML



## What's happening

FIFA World Cup · LIVE
**Mexico vs Poland**

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
📽 Promoted by Avatar

3:15 PM · Jul 16, 2019 · BSO Alert

Politics · Trending
**Naomi Biden**
2,343 Tweets

**2** Retweets    **4** Quote Tweets    **5** Likes

Trending in United States
**#SeleccionMexicana** 🇲🇽
11.6K Tweets

💬          🔁          ♡          ⬆

Trending in United States
**#TheMarvels**
2,103 Tweets

Show more

Perkowski Legal P.C. ···
@c_perkowski

Tweet your reply                              **Reply**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Ryan Kilgore** @KillaTwitta · Jul 16, 2019 ···
Replying to @BSO
Shoutout to Tom kissing someone other than his kids for a minute...I'm sure they needed a break

💬          🔁          ♡          ⬆

**damián** @xygonz · Jul 16, 2019 ···
Replying to @BSO
She grabbing his ass?

💬 1          🔁          ♡          ⬆

**Bastos** @melbas100 · Jul 21, 2019 ···
Replying to @BSO
😂😂😂😂

💬          🔁          ♡          ⬆







← **Tweet**



**WebWarriorLeaks**
@web_leaks

···

🚨🚨 A SPIDER-MAN HAS BEEN SPOTTED ON SET OF MADAME WEB! 🚨🚨 HOLY SHIT! LOOKS LIKE KAINE PARKER?

#SpiderMan #MadameWeb #ScarletSpider #KaineParker #Marvel #Sony



12:34 PM · Oct 6, 2022 · Twitter for iPhone

**2** Retweets  **11** Likes

💬  🔁  ♡  ⬆



Tweet your reply

Reply

### Search Twitter

**Relevant people**



**WebWarriorLeaks**
@web_leaks                    Follow

This Is WebWarriorLeaks! Follow For Marvel And DC News as well as Transformers! 🎞 Leaks! 🚨 And Rumors! 💯 I love to interact with everyone!

**What's happening**

Formula 1 · 2 hours ago
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending
**Jason David Frank**
Trending with First Kevin Conroy

Trending in California
**Shakira**
104K Tweets

Politics · Trending
**#MassShooting**
3,596 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.  ···
@c_perkowski




← **Tweet**

Q Search Twitter


**ATENÇÃO GEEK | Mídia**
@agfotosevideos

...

Zachary Levi gravando Shazam 2 com o novo uniforme ⚡




2:56 PM · Jun 3, 2021 · Twitter for Android

**2** Retweets    **2** Quote Tweets    **16** Likes

💬    🔁    ♡    ⬆️

    Tweet your reply    **Reply**

## Relevant people


**ATENÇÃO GEEK | Mídia**    Follow
@agfotosevideos

Conta para fotos e vídeos dos bastidores do mundo do entretenimento. Conta oficial: @atencaogeek

## What's happening

Entertainment · 51 minutes ago
**It's Sushmita Sen's birthday** 🎂

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Music · Trending    ...
**Chris Brown**
Trending with AMAs

Trending in United States    ...
**Welcome Back Kotter**

Sports · Trending    ...
**Herbig**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.



    **Perkowski Legal P.C.**    ...
@c_perkowski

# Tweet

**manuzinha**
@beeslyes

que chique o meu amooor

Translate Tweet



4:51 AM · Mar 26, 2022 · Twitter for iPhone

**2** Retweets  **1** Quote Tweet  **34** Likes

---

**bia ⁵ ₹ ☆ SAW LEA AND ZANDY** @groffsarfatis · Mar 26
Replying to @beeslyes and @leamichele
ela de branco > > > 😭😭😭

💬 1

**manuzinha** @beeslyes · Mar 26
Replying to @groffsarfatis
fica perfeita!

❤️ 1

**angel ₹ ☆** @wonderlandlts · Mar 26
Replying to @beeslyes and @leamichele
uma mulher de negócios

💬 2

**manuzinha** @beeslyes · Mar 26
Replying to @wonderlandlts
PARECE

---

**Relevant people**

**manuzinha**
@beeslyes            Follow

**What's happening**

Sports · LIVE
**2022 FIFA World Cup**


**#AvatarTheWayOfWater** 🧑
Get tickets now · In theaters December 16
🔺 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
7,194 Tweets

Trending in United States
**#GMMTV2023**
219K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/dizfilms/status/1275565989249314304 __st __2022-11-21 12:18:57 -08:00 | Case 2:22-cv-09462-DMG-ADS | Document 1-3 | Filed 12/30/22 | Page 37 of 101 | Page ID #176

← **Tweet**

☰ Home
☰ Explore
☰ Notifications
☰ Messages
☰ Bookmarks
☰ Lists
☰ Profile
☰ More

**Tweet**

▽ DIZ ▽
@DiZfilms

ティモシーシャラメとエイザゴンザレスのカップルは予想外だった！
ベイビードライバーのダーリン役。ギター弾いてるティモシーシャラメいいなあ。

Translate Tweet



4:22 PM · Jun 23, 2020 · Twitter for iPhone

**147** Retweets　**29** Quote Tweets　**1,811** Likes

Nanamatsu @robnana892 · Jun 26, 2020
Replying to @DiZfilms
こと2人のもっとすごい写真流れてきてしまって立ち直れません😢

▽ DIZ ▽ @DiZfilms · Jun 26, 2020
Replying to @robnana892
サブアカウントの方で囁きました😭

Show replies

平井めぐみ（村上恵）@megc5neko · Jun 23, 2020
Replying to @DiZfilms
たまりません...それにしても夜の好みが固めません（;;）
　4

▽ DIZ ▽ @DiZfilms · Jun 24, 2020
Replying to @megc5neko
確かに今回は6歳年上の彼女で、今までと好みも違う気がしますね😊
　2

BTTF_MCU_DCT @BttfMcu · Jun 24, 2020
Replying to @DiZfilms
女優さん調べたらこんな画像出てきたけど左光どうなってるんだ？

▽ DIZ ▽ @DiZfilms · Jun 24, 2020
Replying to @BttfMcu
！？

Perkowski Legal P.C. ...
@c_perkowski

**Tweet your reply**　Reply

**Relevant people**

▽ DIZ ▽
@DiZfilms
Follow
人生が豊かになる映画•ドラマの最新ニュースや作品紹介を自分軸で厳選してお届け🎬1人でも多くの映画好きを増やすため、色々な映画の楽しみ方を発信中。フリーランス2年目📝
instagram.com/diz2049/ 🎞

**What's happening**

FIFA World Cup · LIVE
USA vs Wales


Entertainment · Trending
Julia Fox
5,864 Tweets

Trending in United States
#StuffingFails

Trending in United States
#USMNT 🇺🇸
Trending with Weah, Go USA

Trending in California
Dodger Stadium
14K Tweets

Show more

Terms of Service　Privacy Policy　Cookie Policy
Accessibility　Ads info　More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS    Document 1-3    Filed 12/30/22    Page 38 of 101    Page ID #:177

← **Tweet**

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

This Tweet is from a suspended account. Learn more



**Perkowski Legal P.C.** ...
@c_perkowski

https://twitter.com/filmdaze/status/1539732286056995857 _ el _ 2022-11-21 22:10:00 -08:00 Document 1-3 Filed 12/30/22 Page 39 of 101 Page ID #:178

**Twitter**

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

**Film Daze**
@filmdaze

The yee-haw agenda lives on 🤠



3:09 PM · Jun 22, 2022 · Twitter for iPhone

64 Retweets   45 Quote Tweets   972 Likes

Tweet your reply                                          Reply

**Juan 🇲🇽** @OtkJuan714 · Jun 22
Replying to @filmdaze

**Rayvo** @Mz_is_behaving · Jun 22
Replying to @filmdaze
@BriMalandro

1          1

**BRI** @BriMalandro · Jun 22
Replying to @Mz_is_behaving and @filmdaze
The fit. Need that.

1          1

**GaymerCam** @GaymerCam · Jun 23
Replying to @filmdaze
@trixiemattel deserves royalties, at the very least they need to do a
photoshoot in the Yeehaw Cowgirl Room in the @trixiemotel
1

**پارمو** @mmjok161 · Jun 23
Replying to @filmdaze
نتوان کلمات را در وصف این همه زیبایی به صف کرد

**Rachel Tall** @faerierachel · Jun 22
Replying to @filmdaze
I need this outfit

1

**A Cinephile Lost in World of Dreams, and ...** · Jun 22
Replying to @filmdaze
This film will transcend soul, oh my God!
1

Show additional replies, including those that may contain offensive
content                                                    Show

**Relevant people**

**Film Daze**    Follow
@filmdaze
Substack, monthly cinema club and
new reads here:
filmdaze.substack.com/p/film-daze-cl
... letterboxd: boxd.it/26Kfh

**What's happening**

NFL · 52 minutes ago
49ers at Cardinals

Entertainment · Trending
**Died Suddenly**
62.2K Tweets

Entertainment · Trending
**Sinbad**
7,390 Tweets

Trending in California
**Dodger Stadium**
9,231 Tweets

Trending in California
**Argentina**
424K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/RihannaNoBrasil/status/1506751347697364995 __ at __ 2022-11-21 21:33:40 -08:00 __

← **Tweet**

Rihanna.com.br ⚓
@RihannaNoBrasil

•••

## A beleza de milhões da futura mamãe 💖

Translate Tweet



2:54 PM · Mar 23, 2022 · Twitter for Android

**119** Retweets  **5** Quote Tweets  **1,662** Likes

Tweet your reply

Reply

## Relevant people

Rihanna.com.br ⚓
@RihannaNoBrasil

**Follow**

Rihanna.com.br is a genuine and registered fansite, made by fans. 🇧🇷 Fã-clube e portal de notícias brasileiro sobre a cantora Rihanna. Online desde 2008. 💎

## What's happening

NFL · 1 hour ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
64.5K Tweets

Only on Twitter · Trending
**Pablo Milanés**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Search Twitter

__ https://twitter.com/thai_superhero/status/1307529632682405888 __ at __ 2022-11-21 10:00:19 -08:00 __

← **Tweet**

 **สมาคม Superhero**
@Thai_SuperHero                          ···

## ภาพใหม่จากกองถ่ายซีรี่ย์ The Falcon and The Winter Soldier (แชมบัค) ที่เราจะเห็นแขนของบัคกี้แบบชัดๆ

Source: justjared.com/photo-gallery/...



8:58 PM · Sep 19, 2020 · Twitter for Android

**145** Retweets  **2** Quote Tweets  **64** Likes

💬           🔁           ♡           ⬆️

P      Tweet your reply                          **Reply**

### Relevant people

 **สมาคม Superhero**          **Follow**
@Thai_SuperHero

สมาคมของกลุ่มบุคคลผู้ชื่นชอบซุปเปอร์
ฮีโร่ในประเทศไทย // Twitter อย่างเป็น
ทางการของ 'สมาคมผู้คลั่งใคล
SuperHero' *ถามข้อมูลหนัง/Comic ต่างๆ
ใน DM ได้เลยจ้า*

### What's happening

FIFA World Cup · **LIVE**
**Senegal vs Netherlands**          

Music · Trending
**Ciara**                                      ···
6,411 Tweets

YU-GI-OH! · Trending
**Mystic Mine**                                ···

Trending in California
**Dodger Stadium**                             ···
14.3K Tweets

Trending in United States
**Senegal**                                    ···
Trending with #FifainuBsc, England

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS    Document 1-3    Filed 12/30/22    Page 42 of 101    Page ID #:181

← **Tweet**


Foochia - فوشيا ✔
@foochia

⋯

عدسات الباباراتزي ترصد بن أفليك وجنيفر لوبيز معاً خلال عطلة في مونتانا، بعد مرور 17 عاماً على انفصالهما.. برأيك هل يعودان لبعضهما؟

#فوشيا #Jlo #benaffleck# #بن_افليك #جنيفر_لوبيز

Translate Tweet



11:01 AM · May 11, 2021 · Hootsuite Inc.

3 Likes

💬    🔁    ♡    ⬆

 Tweet your reply                    Reply

---

🔍 Search Twitter

## Relevant people

 Foochia - فوشيا ✔        Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللباقة، ونتابع أخبار المشاهير والفن
والثقافة.

## What's happening

FIFA World Cup · LIVE
**Mexico vs Poland**


#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
📽 Promoted by Avatar

Trending in California                          ⋯
**Mexico City**
25.3K Tweets

Entertainment · Trending
**Died Suddenly**
111K Tweets

Trending in California                          ⋯
**Mexicans**
8,019 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

### Home
### Explore
🔔 Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More
**Tweet**

 Perkowski Legal P.C.    ⋯
@c_perkowski



**Tweet**

s
@beliebinteam

### HE DID NOT HAVE TO SNAP LIKE THIS

Justin Bieber

3:13 PM · Feb 16, 2020 · Twitter for iPhone

7 Retweets    75 Likes

Tweet your reply

Reply

**Relevant people**

s
@beliebinteam
Follow
swap swap swap it out 🍵 | fan account

Justin Bieber ✓
@justinbieber
Follow
JUSTICE the album out now

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**

Entertainment · Trending
**Julia Fox**
5,000 Tweets

The Real Housewives of Potomac · Trending
**Robyn**
48.3K Tweets

Sports · Trending
**Charles Barkley**
5,321 Tweets

Trending in United States
**I BELIEVE THAT WE WILL WIN**
1,254 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

Search Twitter

https://twitter.com/nacaomarvel/status/1363618602079965185 __ et __ 2022-11-21 22:45:51 -08:00

← Tweet

 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

Lists

👤 Profile

⊙ More

**Tweet**

 NAÇÃO MARVEL | fan club
@nacaomarvel                                        ⋯

ELA SORRINDO 🙄 Hailee Steinfeld no set de Hawkeye.



2:36 PM · Feb 21, 2021 · Twitter for Android

**47** Retweets   **31** Quote Tweets   **555** Likes

💬           ↻           ♡           ⬆

**Relevant people**

NAÇÃO MARVEL | fa...      **Follow**
@nacaomarvel

🇧🇷 O maior fã-clube da Marvel no Brasil e #2 do mundo | por @kainyall & @thurstopper | 🎤 : @PodcastNM | ✉ nacaomarvelofc@gmail.com

**What's happening**

NFL · 2 hours ago
**49ers at Cardinals**

Entertainment · Trending           ⋯
**Died Suddenly**
69.9K Tweets

Trending in United States           ⋯
**Ramey**
2,024 Tweets

Trending in California           ⋯
**Mexicans**
6,283 Tweets

Only on Twitter · Trending           ⋯
**Pablo Milanés**
Trending with  Auburn

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Tweet**

P
Tweet your reply                  **Reply**

ana ☪ fan account @aaloork · Feb 21, 2021     ⋯
Replying to @nacaomarvel
Maravilhosa, perfeita
💬           ↻           ♡  1        ⬆

Tah Mori 📍/ titans • tw @kiarafbanks · Feb 21, 2021     ⋯
Replying to @nacaomarvel
Tão pitica
💬           ↻           ♡           ⬆

**Tweet**


Perkowski Legal P.C.
@c_perkowski                    ⋯

__ https://twitter.com/filmnewsPL/status/1356294850384195588 __ at __ 2022-11-20 15:05:33 -08:00 __

← **Tweet**

Q Search Twitter

🏠 Home

\# Explore

🔔 Notifications ❶

✉ Messages

🔖 Bookmarks

🗎 Lists

👤 Profile

⋯ More

**Tweet**



**Film News**
@filmnewsPL    ⋯

Florence Pugh i Harry Styles na nowych zdjęciach z planu #DontWorryDarling

Translate Tweet




9:34 AM · Feb 1, 2021 · Twitter for Android

**2** Retweets    **19** Likes

💬        ↻        ♡        ⬆

P    Tweet your reply    Reply

### Relevant people

**Film News**    Follow
@filmnewsPL

🎬 najnowsze wiadomości filmowe - kino polskie i zagraniczne, popularne i niezależne 🍿 kontakt: filmnewspl@gmail.com

### What's happening

NFL · 1 hour ago
**Lions at Giants**



**#Disenchanted** 👸
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**    ⋯
58.9K Tweets

Trending in United States
**#FIFAWorldCup** 🏆    ⋯
Trending with  #AMAs 🔥

Sports · Trending
**Hackett**    ⋯
3,878 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy    Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

**Tweet**



**Perkowski Legal P.C.**    ⋯
@c_perkowski

__ https://twitter.com/things_marvel/status/1329569896666042369 __ at __ 2022-11-22 15:22:28 -08:00 __



← **Tweet**

## All Things Marvel
@things_marvel                                          ⋯

### ภาพเซ็ตแรกจากกองถ่าย Ms. Marvel



3:39 PM · Nov 19, 2020 · TweetDeck

**16** Retweets



💬          ⟲          ♡          ⬆

  Tweet your reply                                    **Reply**

🔍 Search Twitter

## Relevant people

 **All Things Marvel**          **Follow**
@things_marvel
News update for THAI fans of
@Marvel Cinematic Universe. อัปเดต
ข่าวของจักรวาลภาพยนตร์มาร์เวลสำหรับ
แฟน ๆ ชาวไทย

## What's happening

FIFA World Cup · 5 hours ago          
**Mexico vs Poland**

#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
📢 Promoted by Avatar

Celebrities · Trending                                    ⋯
**Chris Evans**
Trending with Blueface

Betty White · Trending                                    ⋯
**Betty White**
2,947 Tweets

Sports · Trending                                        ⋯
**Hard Knocks**
Trending with Cardinals

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**    ⋯
@c_perkowski

← **Tweet**

 **DAKOTA** 💜💙
@tender_DMJ

⋯

DAKOTA 😍



10:56 AM · May 30, 2019 · Twitter for iPhone

**1** Retweet    **8** Likes

💬          ⇄          ♡          ⬆️

    Tweet your reply                              Reply

🔍 Search Twitter

**Relevant people**

 **DAKOTA** 💜💙    Follow
@tender_DMJ

Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

**What's happening**

NBA · LIVE
**Lakers at Suns**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
📷 Promoted by Avatar

Trending in California                              ⋯

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

**Tweet**

P **Perkowski Legal P.C.**    ⋯
@c_perkowski

🐦

← **Thread**

Search Twitter

**Dakota Johnson Updates**
@dakotaj_updates

···

NEW: Dakota was seen on the set of "Madame Web" on July 20 in Boston. #DakotaJohnson



2:30 AM · Jul 26, 2022 · Twitter for iPhone

**128** Retweets    **32** Quote Tweets    **524** Likes

 Tweet your reply    Reply

**Dakota Johnson Updates** @dakotaj_updates · Jul 26
Replying to @dakotaj_updates
🫶 Thank you @DakotaJBRA
♡ 10

**Fwompomp** @fwompomp · Jul 26
Replying to @dakotaj_updates
This is just Jessica Jones without the black leather jacket. Where's the red hair and the sunglasses?
♡ 5

**Linda Boland** @9zytbpqchw · Aug 8
Replying to @dakotaj_updates
I think she is so adorable

**Matthew** @wolfsburgfl · Aug 2
Replying to @dakotaj_updates
Interesting. What on earth will this movie be about I wonder... 🤔

**Matthew** @wolfsburgfl · Aug 2
Replying to @dakotaj_updates
This is an interesting project for Dakota. I think there must be an opportunity to really showcase her acting chops with this part. 🤔

**Matthew** @wolfsburgfl · Aug 2
Replying to @dakotaj_updates
Also, like the prominently featured red coat. Similar to how Jessica Jones definitely had a preferred coat in that series.

**Matthew Cutter** @MatthewCutter2 · Jul 29
Replying to @dakotaj_updates
Great costume. Reminds me of some random woman on the street.

Show more replies

**Relevant people**

**Dakota Johnson Upd...**    Follow
@dakotaj_updates
Your best source about the actress, activist, producer and director #DakotaJohnson — Not affiliated with Dakota or her team — FAN ACCOUNT.

**What's happening**

NFL · 1 hour ago
**Bengals at Steelers**

#Disenchanted 🫧
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Machine Gun Kelly**
1,853 Tweets

Sports · Trending
**De'Aaron Fox**

Trending in United States
**#AMAs** 🎤
Trending with soobin, yeonjun

Show more

Terms of Service    Privacy Policy    Cookie Policy.
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**
**Tweet**

Perkowski Legal P.C.    ···
@c_perkowski

__ https://twitter.com/damieforever48/status/1556156400358854659 __ at __ 2022-11-22 21:45:59 -08:00 __

← **Tweet**



**Daki_Jamie** ❤️
@damieforever48

•••

New pics of Dakota on the set of Madame Web in Boston, Massachusetts (Via @dakotajohnsonpt) ❤️
#DakotaJohnson



10:52 PM · Aug 6, 2022 · Twitter for Android

**8** Retweets   **26** Likes

💬          🔁          ♡          ⬆️

  Tweet your reply          Reply

## Relevant people

 **Daki_Jamie** ❤️          Follow
@damieforever48

Fan Account Jamie Dornan e Dakota Johnson ❤️

 **Dakota Johnson P...** ✔️          Follow
@dakotajohnsonpt

A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷: @DJPTMidias | Fã-Clube.

## What's happening

FIFA World Cup · This morning
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Trending in California          •••
**Costco**
5,709 Tweets

Trending in United States          •••
**Erection**
16.3K Tweets

Entertainment · Trending          •••
**Marvel**
2,782 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Q Search Twitter

**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**





taraneh
@electedbieber                                    ···

If I saw him on the streets like that I'd give him the best
suck of his life




10:50 PM · Aug 25, 2021 · Twitter for iPhone

8 Likes

💬          🔁          ♡          ⬆️

 Tweet your reply                    Reply

abby @yoloxbieber · Aug 25, 2021        ···
Replying to @electedbieber
LMFAOOOO

💬          🔁          ♡ 1          ⬆️

- Home
- Explore
- 🔔 Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.        ···
@c_perkowski

## Right sidebar

🔍 Search Twitter

### Relevant people



taraneh
@electedbieber        Follow
who needs a bra when Justin Bieber
has two hands

### What's happening

FIFA World Cup · 27 minutes ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
▶️ Promoted by Avatar

Sports · Trending        ···
**Viva Ronaldo**
3,702 Tweets

Trending in United States        ···
**#BoycottTampax**
3,877 Tweets

Sports · Trending        ···
**Cristiano Ronaldo**
Trending with #ManchesterUnited

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

1:22-cv-09462-DMG-ADS  Document 1-3  Filed 12/30/22  Page 51 of 101  Page ID #:190

# Home
# Explore
# Notifications
# Messages
# Bookmarks
# Lists
# Profile
# More

**Tweet**

**Marvel News**
@BRMarvelNews

Parece que as gravações de #Loki estão chegando ao fim!

Em entrevista para o Clarín, a Victoria Alonso, vice-presidente da Marvel Studios, disse que restam apenas 4 à 5 semanas para a produção ser concluída.

Translate Tweet



7:45 AM · Nov 13, 2020 · Twitter for Android

**82** Retweets  **100** Quote Tweets  **1,604** Likes

---

Tweet your reply                                    Reply

**S°] JJ** @safirermoon · Nov 13, 2020
Replying to @BRMarvelNews
Ele uniformizado-
🗨 1        ♡ 1        ⬆

**Matheus Campos** @matheuscmoraes1 · Nov 13, 2020
Replying to @BRMarvelNews
@GMartins98
🗨 1        ♡ 1        ⬆

**ana 🇧🇷** @articfools · Nov 13, 2020
Replying to @BRMarvelNews
MDS FOI TÃO RÁPIDO AMOOOO
🗨 1        ♡        ⬆

**joanaaa ✨** @jhooninewxz · Nov 13, 2020
Replying to @BRMarvelNews
uí aue nervosismo 🙌🏻😭😭
🗨 1        ♡        ⬆

**BOLA** @originallBola · Nov 14, 2020
Replying to @BRMarvelNews
youtu.be/pun00yNpIRc sera que vcs podem conferir minha primeira música ? sei que vão gostar muito e muito obrigado 🙏 Deus abençoe ❤️🙏
🗨        ♡        ⬆

**roqueirinha** @AkanthaNobody · Nov 13, 2020
Replying to @BRMarvelNews
Queria um novo teaser, é pedir muito?
🗨 1        ♡ 1        ⬆

**cinthia** @janefoxter · Nov 13, 2020
Replying to @BRMarvelNews
MEU DEUSSSSSS ACHO QUE ANO QUE VEM TA VINDO AI
🗨        ♡        ⬆

**Mundinho Amon Tomaz** ∞ @ofabriciobispo · Nov 13, 2020
Replying to @BRMarvelNews
Nem sabia q tava gravando
🗨        ♡        ⬆

**acervo lipe** @jinsjocyoon · Nov 13, 2020
Replying to @BRMarvelNews
AMOOOOOO VEM AÍ EM JUNHO/ JULHO
🗨 1        ♡ 3        ⬆

**Lúcio** @RhodoElonMusk · Nov 13, 2020
Replying to @jinsjocyoon and @BRMarvelNews
Quem vem em junho/julho/agosto é Falcão e o Soldado invernal, Loki acho que estreia em outubro/novembro.
🗨 1        ♡        ⬆

Show replies

**Diego Linhares** @DLA781227 · Nov 13, 2020
Replying to @BRMarvelNews
Caramba, ainda bem! Tinha até me esquecido dessa série. Não tava ouvindo falar nada sobre.
🗨        ♡        ⬆

**ritch.** 👌 @kindajickson · Nov 13, 2020
Replying to @BRMarvelNews
omg
🗨        ♡        ⬆

**BufaloDesigner** @BufaloDesigner · Nov 13, 2020
Replying to @BRMarvelNews
É tão rapido assim?
🗨        ♡        ⬆

**wandperalta⁹⁹ ✘** @WTFisluke · Nov 13, 2020
Replying to @BRMarvelNews
eu nem sabia que tava gravando
🗨 1        ♡ 1        ⬆

**Lú** @luan_glemos · Nov 13, 2020
Replying to @WTFisluke and @BRMarvelNews
Eu tbm não sabia! Kkkkkkk... Estou tão ansioso para #WandaVision.
🗨        ♡        ⬆

**Italo** @VicentItalo · Nov 13, 2020
Replying to @BRMarvelNews
@atequandomeispai
🗨        ♡        ⬆

Show additional replies, including those that may contain offensive content                          Show

---

Search Twitter

**Relevant people**

**Marvel News**                    Follow
@BRMarvelNews
Conta de fã dedicada ao Universo
Marvel · Contato:
marvelnewsbr@outlook.com

**What's happening**

NCAA Men's Basketball · Yesterday
**Cowboys at Eagles**

#AvatarTheWayOfWater🔵
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Jane Lynch**

Family & relationships · Trending
**For $100**
130K Tweets

Food · Trending
**Reddi Whip**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads Info  More •••
© 2022 Twitter, Inc.

Perkowski Legal P.C.   •••
@c_perkowski

← **Tweet**

🔍 Search Twitter

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

≣ Lists

👤 Profile

⊙ More

**Tweet**

**Buku baru: Glossy Gentlemen Guide**
@hitmansystem

3 kaos yang wajib dimiliki oleh pria:
1. Basic T Shirt
2. The Henley Shirt
3. Polo Shirt

Cukup punya 3 T-shirt ini, kalian bisa mix and match
dengan beragam outer dan alas kaki.

Translate Tweet




7:34 AM · Sep 9, 2019 · Twitter for iPhone

6 Retweets   4 Quote Tweets   35 Likes

💬          ↻          ♡          ⬆️

P   Tweet your reply                    Reply

**henry** @henrxyz · Sep 9, 2019
Replying to @hitmansystem
gak begitu suka polo min. btw sepatu nomer 3 bagus juga
💬 1        ↻        ♡        ⬆️

**Buku baru: Glossy Gentlemen Guide** @hitmansystem · Sep 9, 2019
Replying to @henrxyz
Dan mahal pula 😂
💬 1        ↻        ♡        ⬆️

Show replies

**Noi** @toomband · Sep 11, 2019
Replying to @hitmansystem
Polo ada bbrp & itu dapet dari acara, berlogo semua 😂
💬          ↻          ♡          ⬆️

**Relevant people**



**Buku baru: Glossy Ge...**  **Follow**
@hitmansystem
Pusat Edukasi Percintaan Professional
Pertama di 🇮🇩 | ✉️
contact@hitmansystem.com | IG:
hitmansystem_official

**What's happening**

NBA · 41 minutes ago
Nets at 76ers

\#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
▣ Promoted by Avatar

Trending in United States
RIP Harold                              ...

Sports · Trending
Manchester United                       ...
348K Tweets

Politics · Trending
Epstein                                 ...
34.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet



**Perkowski Legal P.C.** ...
@c_perkowski

__ https://twitter.com/ClickySound/status/1198088199258337280 __ at __ 2022-11-20 16:53:33 -08:00 __

← **Tweet**

**Clicky Sound**
@ClickySound

···

clickysound.com/16-pictures-th...  .View Entire Post ›



7:49 PM · Nov 22, 2019 · Clicky Sound

## Relevant people

**Clicky Sound**
@ClickySound

Photography at its Best!

Follow

## What's happening

NFL · 3 hours ago
**Browns at Bills**

**#Disenchanted** 🧹
Original movie now streaming
▶ Promoted by Disney+

Politics · Trending
**LGBTQ**
Trending with AR-15, Colorado Springs

Yeonjun · Trending
**yeonjun**
Trending with soobin, #AMAs 🔥

Sports · Trending
**Sam Webb**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply

Reply

**Perkowski Legal P.C.**
@c_perkowski

https://thelitter.com/perchetendenza/status/1435982681913492799 _ ef_ 2022-11-22 02:25:30 -08:00   Filed 12/30/22   Page 54 of 101   Page ID
#193   Document 1-3   #193





← Tweet

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**



**Foochia - فوشيا** ✔
@foochia

جنيفر لوبيز تعرض جسدها الرشيق بملابس سباحة بلون النيون
الزهري، وذلك خلال يوم رومانسي على الشاطئ بصحبة
خطيبها أليكس رودريغز

Translate Tweet



2:00 AM · Sep 22, 2020 · Hootsuite Inc.

**1** Retweet    **6** Likes


Tweet your reply

Reply


Perkowski Legal P.C. ···
@c_perkowski

🔍 Search Twitter

## Relevant people


**Foochia - فوشيا** ✔        Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

## What's happening

Television · 3 hours ago
**Saturday Night Live airing on NBC**


**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Politics · Trending                    ···
**HE'S BACK**
157K Tweets

Sports · Trending                      ···
**Pasadena**
1,626 Tweets

Trending in United States              ···
**Blocked**
134K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/bso/status/1148821772021706752 __at __ 2022-11-22 09:53:53 -08:00



← **Tweet**

Robert Littal BSO ✓
@BSO

After Shooting His Shot on Instagram and Hitting Nothing But Net, Panthers Christian McCaffrey Takes Danny Amendola's Ex-GF Olivia Culpo on Cabo Vacation (Pics-Vids) bit.ly/32jqv8P via @brittrenee04





10:10 PM · Jul 9, 2019 · BSO Alert

**2** Retweets  **7** Likes

Tweet your reply                                    Reply

Johnny Socko @jaycrooklyn · Jul 9, 2019
Replying to @BSO
No drummys, all flats...

💬          🔁          ♡  1          ⬆

brian @brianbufford · Jul 9, 2019
Replying to @BSO
@PardonMyTake @BarstoolBigCat @PFTCommenter @hen_ease expect another meltdown from amendola for future Monday readings 😭

SUUQ-YARE @Bel22_Aziz · Jul 9, 2019
Replying to @BSO
all i see is 1,500 rushing and 1k recivein plus 15 total TDs this year

---

**Relevant people**

Robert Littal BSO ✓
@BSO                                        Follow
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**

**#AvatarTheWayOfWater**🪦
Get tickets now · In theaters December 16
◳ Promoted by Avatar

Trending in United States
**Ochoa**
Trending with #MEXPOL, Lewandowski

Trending in United States
**Chicharito**
3,338 Tweets

Trending in United States
**#BoycottTampax**
3,085 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet


Perkowski Legal P.C.
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Gerard Cortez
@GerardCortez

Un poco de Milo Ventimiglia para el día de hoy no cae nada mal



8:21 AM · Apr 5, 2021 · Twitter for iPhone

52 Retweets   218 Quote Tweets   4,955 Likes

Tweet your reply                                         Reply

La Hebra 💛 @lahebra_ · Apr 7, 2021
Replying to @GerardCortez
sexuximbo redefine...

Julieta Márquez @Marajulietter · Apr 6, 2021
Replying to @GerardCortez
yaaaay! No me había percatado de ese perfil de "Jack Pearson"!

Estafina ☺ @mendosabita · Apr 6, 2021
Replying to @GerardCortez
Qué cara será el de la derecha @Cananonces 🤣🤣🤣

Isabel_ @mermblahla and @SoyGerardCortez
Híjole, según yo una cancioncita pero no me deja hacer Mas zoom

sam @soymmonada · Apr 7, 2021
Replying to @SoyGerardCortez

Julieta Márquez @Marajulietter · Apr 6, 2021
Replying to @GerardCortez
yaaaay! No me había percatado de ese perfil de "Jack Pearson"!

Estafina ☺ @mendosabita · Apr 6, 2021
Replying to @GerardCortez
Qué cara será el de la derecha @Cananonces 🤣🤣🤣

Isabel_ @mermblahla and @SoyGerardCortez
Híjole, según yo una cancioncita pero no me deja hacer Mas zoom

sam @soymmonada · Apr 7, 2021
Replying to @SoyGerardCortez
@tempputipuper 😂

Lisa Gómez @lisagomez · Apr 6, 2021
Replying to @SoyGerardCortez
@tempputotonto 😂 💓💓💓

Cata Serrano♡ @dcnia3vikti and @SoyGerardCortez
Ohno en sus hot pants jajajajaja

Ari The Astronaut @aramis_midS9 · Apr 6, 2021
Replying to @SoyGerardCortez
@patricevejg ♡

felicia núñez @feliz1973 · Apr 6, 2021
Replying to @SoyGerardCortez
Good morning Mr Pearson

Señora Karla @karalalaga · Apr 6, 2021
Replying to @SoyGerardCortez
Lo amo!

Obaryn M. @AbbeRah07 · Apr 6, 2021
Replying to @SoyGerardCortez
El señor Pearson me pone muy inquieto 😋🌶

Diri_niliztia @dirlarhit07 and @SoyGerardCortez

Isabel Beltran @beltran_isa · Apr 7, 2021
Replying to @SoyGerardCortez
@katirenman_ ••

Katherinne Vargas @katherinen_ · Apr 7, 2021
Replying to @beltran_isa and @SoyGerardCortez
Que buena forma de dejar el día 😍

wllf @confinedbug0 · Apr 6, 2021
Replying to @SoyGerardCortez
@alarmamchs siempre voy a estar enamorada de él

deronino @dderomrecallo · Apr 6, 2021
Replying to @confinedbug0 and @SoyGerardCortez
dff material

@amiebu · Apr 6, 2021
Replying to @SoyGerardCortez
@gemasarahh 🌶

delamar @delamar246 · Apr 6, 2021
Replying to @SoyGerardCortez
okyigracias 😭

Carolina Martínez @BKVGcarolina · Apr 6, 2021
Replying to @SoyGerardCortez and @deronias_99
@maurica_5717 @chenoffilar buen material, saluz

Carmen Ancona C @cpinosagatc · Apr 6, 2021
Replying to @SoyGerardCortez
@LutosOmpel

gabrielo @SoyGerardCortez · Apr 6, 2021
Replying to @SoyGerardCortez

Maria_ @_MissMary · Apr 6, 2021
Replying to @SoyGerardCortez
@jaber_usr and @SoyGerardCortez

Relevant people
Gerard Cortez
@GerardCortez                          Follow
Periodista de moda y cultura pop. TV
Host y guionista. Amado en YouTube.
No binarie. Inmigrante. Contacto:
Gerardcortez@gmail.com © he, elle,
she, elle (they)

What's happening
15th World Cup
USA vs Wales                     LIVE

Trending in California
Dodger Stadium
14.4K Tweets

Trending in United States
Oregon
15.5K Tweets

Trending in United States
Colorado Springs
50.6K Tweets

Trending in United States
Spencer Rattler
7.47K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility   Ads Info   More •••
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@r_perkowski

__ https://twitter.com/harrymoonchild/status/1425089705033441280 __ et __ 2022-11-19 23:55:58 -08:00

← **Thread**

Search Twitter

dee.
@harrymoonchild

**I want what THEY have** 🙄



6:40 AM · Aug 10, 2021 · Twitter for Android

**32** Retweets   **12** Quote Tweets   **232** Likes

---

### Relevant people

dee.
@harrymoonchild    **Follow**
#harry: starry haze crystal ball 🔮🛍 |
backup:@goldenfineline | ig:disharrai

### What's happening

Television · 3 hours ago
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
📷 Promoted by Uber

Trending in United States
**Blocked**
134K Tweets

Sports · Trending
**KYLE FORD**

Trending in California
**Ecuador**
92.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Tweet your reply    **Reply**

dee. @harrymoonchild · Aug 10, 2021
Replying to @harrymoonchild
I'm at my limit

🔁 5    ♡ 43

Margreet Wassink @margie1992 · Aug 10, 2021
Replying to @harrymoonchild
Wow! Harry is almost unrecognisable i had to look twice before i saw that is was Harry

♡ 1

@Lotharia_ · Aug 10, 2021
Replying to @harrymoonchild
I really like them as couple

sarina @little_bee___ · Aug 10, 2021
Replying to @harrymoonchild
I'm so happy for them! 😊😊

♡ 1

Perkowski Legal P.C.
@c_perkowski



← **Tweet**

### Home

### Explore

### Notifications

### Messages

### Bookmarks

### Lists

### Profile

### More

**Tweet**

**Dakota Johnson Brasil**
@DakotaJBRA

Dakota Johnson e Adam Scott foram fotografados hoje, 06, no set de Madame Web em Boston!

dakotajohnsonbrasil.com/galeria/thumbn...



3:21 PM · Aug 6, 2022 · Twitter Web App

**44** Retweets    **32** Quote Tweets    **241** Likes

Tweet your reply                              Reply

**Dhuliane Monteiro** 🧡🍑🌻👸 @DhulyMonte · Aug 6
Replying to @DakotaJBRA
A perfeição dessa mulher 💙

Show more replies

Perkowski Legal P.C.
@c_perkowski

**Search Twitter**

### Relevant people

**Dakota Johnson Brasil**    Follow
@DakotaJBRA
Sua primeira, maior e melhor fonte sobre a atriz e produtora Dakota Johnson no Brasil. E-mail para contato: contato@dakotajohnsonbrasil.com

### What's happening

Television · 1 hour ago
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
⊡ Promoted by Uber

Trending in United States
**Blocked**
129K Tweets

Trending in United States
**#DreamersbyJungkook**
Trending with #FIFAWorldCup 🏆

Music · Trending
**JISOO**
Trending with #BLACKPINK 🖤, Camila

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

__ https://twitter.com/TavernaMarvel/status/1552459377021427713 __ at __ 2022-11-20 08:33:04 -08:00 __

← **Tweet**

**Taverna Marvel | Fan-Club**
@TavernaMarvel

···

Adam Scott é destaque em novas imagens do set de 'Madame Web' da Sony.

 JustJared

Translate Tweet




6:02 PM · Jul 27, 2022 · Twitter for Android

**2** Retweets   **14** Likes



Tweet your reply

Reply

---

**Relevant people**

**Taverna Marvel | Fan-...**
@TavernaMarvel

Follow

Portal focado no universo da Marvel. Todas as notícias e informações você encontra aqui. Ative as notificações 🔔
📥 Contato: tavernamarvel@gmail.com

**What's happening**

FIFA World Cup · LIVE
**Qatar vs Ecuador**

**#Disenchanted** 😵
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending
**RIP JDF**
4,127 Tweets

···

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Tommy

···

Trending in United States
**El VAR**
45.5K Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Perkowski Legal P.C.**
@c_perkowski

···

Search Twitter

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

https://twitter.com/jay_z_daily/status/1224547402318798849 __ sfl __ 2022-11-22 19:01:53 -08:00
2:22-cv-09462-DMG-ADS  Document 1-3  Filed 12/30/22  Page 61 of 101  Page ID #:200

Tweet

← JAY-Z Daily
@JAY_Z_Daily                                    ···

Jay-Z was spotted leaving the Roc Nation offices in NYC earlier today.

#Unbothered



8:17 PM · Feb 3, 2020 · Twitter for Android

**57** Retweets  **8** Quote Tweets  **450** Likes

💬          ⟲          ♡          ⬆️

Ⓟ  Tweet your reply                        Reply

Allenvenne @Allenvenne1 · Feb 4, 2020         ···
Replying to @JAY_Z_Daily
Was he standing!!!! Lol

💬          ⟲          ♡          ⬆️

Purple Smoke @PurpleSmoke12 · Feb 4, 2020     ···
Replying to @JAY_Z_Daily
Ok and what 🤔

💬          ⟲          ♡          ⬆️

Nads @LasseWeiskvist · Feb 4, 2020            ···
Replying to @JAY_Z_Daily
And?

💬          ⟲          ♡          ⬆️

#TrellFrmUptown @HardbodySg · Feb 4, 2020     ···
Replying to @JAY_Z_Daily

▶  youtube.com
   Sometimes prod.by Range RoVahh
   HardBody

💬          ⟲          ♡          ⬆️

This Tweet was deleted by the Tweet author. Learn more

GMcomeback @Jesse_hov · Feb 4, 2020          ···
Replying to @daydelgadillo and @JAY_Z_Daily
Woooo what is that

💬          ⟲          ♡          ⬆️

## Relevant people

JAY-Z Daily
@JAY_Z_Daily                            Follow
JAY-Z fan account || Follow and turn on post notifications || Backup 👉 @JAY_Z_Daily2

## What's happening

FIFA World Cup · This morning
**Mexico vs Poland**

#AvatarTheWayOfWater
Get tickets now · In theaters December 16
📽 Promoted by Avatar

Trending in United States
**RIP Harold**

Sports · Trending                        ···
**Manchester United**
345K Tweets

Bachelor in Paradise · Trending          ···
**#bachelorinparadiseabc** 💋
Trending with Victoria, Serene

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@jc_perkowski

__ https://twitter.com/weloveharry_1dx/status/1222594418441641985 __ at __ 2022-11-22 17:12:01 -08:00

← **Tweet**

**katie** 🙌
@weloveharry_1Dx                    ⋯

Oh to be a harry styles frolicking on the beach with a watermelon



10:56 AM · Jan 29, 2020 · Twitter for iPhone

**2 Likes**

Tweet your reply                          Reply

Perkowski Legal P.C.
@c_perkowski                              ⋯

Q Search Twitter

**Relevant people**

**katie** 🙌
@weloveharry_1Dx          Follow
jack's housewife

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
📺 Promoted by Avatar

Celebrities · Trending          ⋯
**Tom Hanks**

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet



← **Tweet**



**Dani Lagi ⚡Strip Marvel**
@StripMarvel                                           ···

Pues sí 🔥SWORD CONFIRMADO🔥 en el UCM. Se
merece Videaso ¿no?

Translate Tweet



12:39 AM · Dec 17, 2019 · Twitter for iPhone

**81** Retweets   **789** Likes

💬   🔁   ♡   ⬆

---

💬   Tweet your reply                                  **Reply**

---

**loubss** @loubss81 · Dec 17, 2019                    ···
Replying to @StripMarvel
Que demonios es SWORD?😂😂😂

💬 1        🔁        ♡ 1        ⬆

**Sebastian** 🎮🎧🎮 @falcon_Style · Dec 17, 2019      ···
Replying to @loubss81 and @StripMarvel
Así muy rápido y simple... Es como una división especializada de SHIELD, se
encarga de antiterrorismo e inteligencia sobre temas de seguridad nacional
relacionados con amenazas extraterrestres.

💬        🔁        ♡ 2        ⬆

**Kike** @kikedevera · Dec 17, 2019                    ···
Replying to @StripMarvel
Pero Mónica no sería más mayor? Osea han pasado años desde capitana
marvel no?

💬 1        🔁        ♡        ⬆

**Dani Lagi ⚡Strip Marvel** @StripMarvel · Dec 17, 2019   ···
Replying to @kikedevera
Si contamos que Capitana Marvel transcurre en el 95 y tenía 5 años, tiene 30
y pico años, en 2023, que es donde ocurrirá esta historia.

💬 2        🔁        ♡ 6        ⬆

Show replies

**Pöru Eckerström** @poruekerstrom14 · Dec 17, 2019   ···
Replying to @StripMarvel
@StripMarvel una Enciclopedia Strip Marvel no estaría mal, la vedad

💬        🔁        ♡        ⬆

**Diego** @Dachm97 · Dec 17, 2019                      ···
Replying to @StripMarvel
Sí.. lo necesito 😍😍

💬        🔁        ♡        ⬆

**Jesús Adrian🔵** @JesusJanrrgg · Dec 17, 2019        ···
Replying to @StripMarvel
Ya nos spoilearon el final de agentes de SHIELD xD

💬        🔁        ♡        ⬆

**Hiro Yui** @ProfesorYui · Dec 17, 2019               ···
Replying to @StripMarvel
Porsupoyo, ni idea que es sword

💬        🔁        ♡        ⬆

**Isaac Sancho Sánchez** @isaacdesdejapon · Dec 17, 2019   ···
Replying to @StripMarvel
Síp, esperando videaso en 3, 2, 1...

💬        🔁        ♡        ⬆

**Danny #ARG🇦🇷** @DannyChaves57 · Dec 17, 2019      ···
Replying to @StripMarvel
Creo que el director va a ser Nick Güey y por eso aparece al final de far from
home en el espacio

💬        🔁        ♡        ⬆

This Tweet is from a suspended account. Learn more

**Luis De Araujo 👑** @Luis_Deaa · Dec 18, 2019        ···
Replying to @bormeg4 and @StripMarvel
Como?

💬        🔁        ♡        ⬆

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more

**jordi_pu** @N1TR0099 · Dec 17, 2019                  ···
Replying to @romannchu and @StripMarvel
😂😂😂

💬        🔁        ♡        ⬆

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski                                           ···

**Search Twitter**

**Relevant people**

**Dani Lagi ⚡Strip Ma...**
@StripMarvel                                           **Follow**
Soy @Dani_Lagi de Strip Marvel en
@youtube y @twitch autor de
#ComoConociAVuestraMarvel y el
cómic #ElGuanteHaterDelInfinito
CONTACT: stripmarveltv@gmail.com

**What's happening**

FIFA World Cup · This morning
**England vs Iran**

Entertainment · Trending
**Died Suddenly**
37.2K Tweets

Trending in United States
**Vasy**
1,249 Tweets

Entertainment · Trending
**Sinbad**
2,778 Tweets

Trending in United States
**Tampax**
24.6K Tweets

Show more

Terms of Service · Privacy Policy · Cookie Policy
Accessibility · Ads info · More ···
© 2022 Twitter, Inc.

**Tweet**

This Tweet is from a suspended account. Learn more



**kevin** @alrightkoko · Mar 26, 2021
Replying to @MileyUpdates
wait i thought she was fully sober

💬 1    🔁 1    ♡

**santi(cyrus-swift)** @sssantiago__ · Mar 26, 2021
Replying to @alrightkoko @filmlore and @MileyUpdates
she said that she only drinks light beer a few months ago and she doesn't like to be tagged as a "sober" person all the time.

💬 1    🔁    ♡ 2

Show replies

**jay** 🏳️ @jxvintage · Mar 26, 2021
Replying to @MileyUpdates
she looks so good

💬    🔁    ♡ 1



Perkowski Legal P.C.
@c_perkowski    ...

__ https://twitter.com/SeriesUpdateFR/status/1334044833698103299 __ at __ 2022-11-21 05:05:44 -08:00

← **Tweet**

**Infos Séries**
@SeriesUpdateFR                                    ...

Harry Styles et Florence Pugh sur le tournage du film "Don't Worry Darling".




12:00 AM · Dec 2, 2020 · Twitter Web App

**85** Retweets    **46** Quote Tweets    **855** Likes

💬          ↻          ♡          ⬆️

🅿  Tweet your reply                                      Reply

**blandine** @sandriine27 · Dec 4, 2020          ...
Replying to @SeriesUpdateFR
Classe

💬          ↻          ♡          ⬆️

---

🔍 Search Twitter

## Relevant people



**Infos Séries**
@SeriesUpdateFR                                    Follow

Bienvenue sur votre premier compte source français sur toutes vos séries, films et plateformes de streaming préférées. 🎬:
seriesupdatefr@gmail.com

## What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Trending in United States                          ...
**Slick Rick**

Trending in United States                          ...
**Inglaterra**
60.8K Tweets

Trending in United States                          ...
**Schiff**
57.8K Tweets

Music · Trending                                   ...
**Elton John**
Trending with Dodger Stadium, Dodger Stadium

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

2022-11-21 07:22:28 -08:00

# Tweet

**Infos Séries**
@SeriesUpdateFR

Iman Vellani sur le tournage de la série 'Mrs Marvel' de Disney+.

Translate Tweet



2:06 PM · Nov 19, 2020 · Twitter Web App

**7** Retweets **4** Quote Tweets **115** Likes

Tweet your reply

**Ha Snow🇫🇷** @KamiKcm · Nov 19, 2020
Replying to @SeriesUpdateFR
Son costume éclata là.

**Lucas** @Lucas_Keeper918 · Nov 19, 2020
Replying to @KamiKcm and @SeriesUpdateFR
C'est un déguisement.

**Luca** @Luvanght · Nov 19, 2020
Replying to @SeriesUpdateFR
Les bouffons dans les commentaires qui comprennent pas que c'est juste un costume comme les magasins de jouets, et que c'est une ado fan de CM

**Nico** @drassisang · Nov 19, 2020
Replying to @SeriesUpdateFR
Ça se voit c'est nul avant même d'en voir plus 😭

**Lucas** @Lucas_Keeper918 · Nov 19, 2020
Replying to @drassisang and @SeriesUpdateFR
C'est une enfant, qui porte un costume ...

**loulou (Taylor's version)** @lou_lem_ · Nov 19, 2020
Replying to @SeriesUpdateFR
Captain marvel de wish

**Kylo** @Krakatoen · Nov 19, 2020
Replying to @lou_lem_ and @SeriesUpdateFR
C'est un déguisement, c'est pas le vrai costume

**Ju** @lupin_guardian · Nov 20, 2020
Replying to @SeriesUpdateFR
À quoi sert cette série ? Elle essaie de copier CM ?

**Hella** @Moonypers · Nov 20, 2020
Replying to @lupin_guardian and @SeriesUpdateFR
C'est un déguisement

This Tweet was deleted by the Tweet author. Learn more

**C Harlequin** @c_Harles_Quin · Nov 19, 2020
Replying to @JaneDoNothing and @SeriesUpdateFR
Vous n'avez définitivement pas lu les comics... 😂

Je vais faire de la pub gratuite pour Marvel tiens!
Leur service unlimited est en promo: 60$/an pour tout lire 😝 (code: HOLIDAY60, dites que vous habitez en Afghanistan, sinon 21% de TVA iront dans les poches de la France)

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**Kylo** @Krakatoen · Nov 19, 2020
Replying to @britneyPetasse and @SeriesUpdateFR
C'est pas le vrai costume hein, la c'est un déguisement

https://twitter.com/biebercanada/status/1375388027409723401 __ et __ 2022-11-22 01:57:44 -0800



← **Tweet**

**Steven**
@BieberCanada                                               ...

She don't like the lights



3:03 AM · Mar 26, 2021 · Twitter for iPhone

**3** Retweets  **34** Likes



Tweet your reply                                    Reply

**sabrina** @BiebersPassion · Mar 26, 2021           ...
Replying to @BieberCanada
Why does he look so upset 😭

   1

**Steven** @BieberCanada · Mar 26, 2021              ...
Replying to @BiebersPassion
You know he dont like paparazzi

---

**Home**

# **Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski                        ...

---

Q Search Twitter

**Relevant people**

**Steven**
@BieberCanada                                  Follow
He/Him | canadian | traveller | belieber
|

**What's happening**

Sports · LIVE
**2022 FIFA World Cup**

**#AvatarTheWayOfWater** 🌊
Get tickets now – In theaters December 16
📢 Promoted by Avatar

Entertainment · Trending              ...
**Died Suddenly**
79K Tweets

Trending in United States             ...
**#ArgentinU**
Trending with Messi

Trending in United States             ...
**Ole Miss**
Trending with Auburn

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS   Document 1-3   Filed 12/30/22   Page 68 of 101   Page ID #:207



**Tweet**

Freetime
@BookingFreetime

Margot Robbie et Ryan Gosling sur le tournage du film #Barbie. 📸



3:00 AM · Jun 23, 2022 · Twitter for Android

  

 Tweet your reply                                Reply

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Q Search Twitter

**Relevant people**



Freetime
@BookingFreetime                    Follow

Freetime est une page d'information du cinéma, du divertissement, des séries et plateformes de streaming du moment et à venir.

**What's happening**

Television · Yesterday
**The Walking Dead airing on AMC**

Music · Trending
**Lionel Richie**
4,032 Tweets

Trending in United States
**#SisterWives**
3,611 Tweets

Entertainment · Trending
**Disney**
Trending with Bob Iger, Chapek

Trending in United States
**#raidernation** 🏴‍☠️
10.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/ThisIsMax/status/1461613174944407555 __ et __ 2022-11-22 03:32:27 -08:00

← **Thread**

Search Twitter

**MAX** @ThisIsMax
⋯

Sidenote I like this coupling .:. #PeteDavidson has somethin special feels like everyone falls for his charms .. cute, funny, unpredictable and vulnerable is attractive 🥰



12:31 AM · Nov 19, 2021 · Twitter for iPhone

**2** Likes

Tweet your reply
**Reply**

**MAX** @ThisIsMax · Nov 19, 2021
Replying to @ThisIsMax
Luv that Kim has him rocking #skims

**OluwaDidThis** @PufffyCheeks · Nov 19, 2021
Replying to @ThisIsMax
He's way too young for her. He's 28 and she's 41. He's also been out with everyone lol He went out with Kate bekingsale and the lady from Bridgerton recently. I think Kim is just enjoying dating him but it's probably nothing serious...

**Relevant people**

**MAX** ✔
@ThisIsMax
Follow
Presenter/Producer 👩 Eyes on the prize Violet! 🤪 contact : Management@FlipYourWig.net

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

#AvatarTheWayOfWater🧜
Get tickets now - In theaters December 16
📢 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
82.2K Tweets

Trending in United States
**Argentina**
Trending with Messi, #ARGKSA

Trending in California
**Mexico City**
24.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

Perkowski Legal P.C. ⋯
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Case 2:22-cv-09462-DMG-ADS    Document 1-3    Filed 12/30/22    Page 70 of 101    Page ID #:209

← **Tweet**

 El Aragüeño
@ElAragueno                                          ...

Jennifer Lawrence está embarazada de su primer hijo -
is.gd/1tPe8n #Farándula

Translate Tweet



4:30 PM · Sep 13, 2021 · TweetDeck

      

---

Home

Explore

1
Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 Perkowski Legal P.C.  ...
@c_perkowski

Tweet your reply                                     Reply

Search Twitter

**Relevant people**

 El Aragüeño          Follow
@ElAragueno

EL PRIMER DIARIO DE ARAGUA. ¡50
años contando tu historia!

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

__ https://twitter.com/live1dnews/status/134618770456949092 __ at __ 2022-11-22 09:16:08 -08:00 __

← **Tweet**



**1D Updates**
@Live1DNews                                    ···

## Harry and Olivia Wilde at Jeff's wedding over the weekend

(Via @hsdcandids)



12:12 PM · Jan 4, 2021 · Twitter for iPad

**1** Retweet    **5** Likes

        

    Tweet your reply                    Reply

---

 Q  Search Twitter

### Relevant people



 **1D Updates**
@Live1DNews                    Follow

1D Updates. Paul, Andy, and more follow!

 **HS Candids**
@hsdcandids                    Follow

Follow for HQ candids of HS. Layout by @brightblackdsgn. (Fan Account)

### What's happening



FIFA World Cup · LIVE
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
📢 Promoted by Avatar

Trending in United States        ···
**#TheMarvels**
2,199 Tweets

Trending in California           ···
**Mexicans**
9,328 Tweets

Trending in California           ···
**Mexico City**
23.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home

# Explore

🔔 Notifications

Messages

🔖 Bookmarks

Lists

Profile

··· More

**Tweet**

Perkowski Legal P.C.
@c_perkowski                    ···

__ https://twitter.com/filmsbymecha/status/1027025009167028225 __ at __ 2022-11-20 23:16:32 -08:00 __

← **Tweet**

🔍 Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒️ Lists

👤 Profile

⊙ More

**Tweet**

⇄ 🔲 Retweeted

 **CARAUPDATES**
@US_CARA                                    ⋯

Ashley Benson and Cara Delevingne enjoy a spa day together in West Hollywood on August. 07.




7:36 PM · Aug 7, 2018 · TweetDeck

28 **Retweets**    7 **Quote Tweets**    164 **Likes**

💬          ⇄          ♡          ↑

Ⓟ  Tweet your reply                    **Reply**

## Relevant people

 🔲🔲
@filmsbydelrey                **Follow**
multifandom ✧*。

 **CARAUPDATES**
@US_CARA                       **Follow**
Daily Source of Cara Jocelyn Delevingne. Provide latest news, pictures and exclusives. 🔶 If you would like any media removed, DM me! 🔶 (Fan Account)

## What's happening

NFL · 2 hours ago
**Chiefs at Chargers**

**#Disenchanted** 🧑
Original movie now streaming
▶️ Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with  Disney, Chapek            ⋯

Trending in United States
**#AMAs** 🎤
Trending with  soobin, yeonjun           ⋯

Trending in United States
**#TheWalkingDead**
Trending with  #TWDFinale, Michonne      ⋯

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**
@c_perkowski                    ⋯

Case 2:22-cv-09462-DMG-ADS    Document 1-3    Filed 12/30/22    Page 73 of 101    Page ID #:212

← **Tweet**



**Ryan 'All Day News' Anderson**
@Ryans_Ramblings

Birds of Prey looks all sorts of strange and I love it!
#BirdsOfPrey  #DCFilms  #DCComics



3:09 PM · Apr 6, 2019 · Twitter for Android

**2** Retweets  **5** Likes

Tweet your reply

Reply

**Relevant people**



**Ryan 'All Day News' …**    Follow
@Ryans_Ramblings

Founder, Host, and EIC of @TheNerdRagePod. As seen on @CBSThisMorning! Instagram: @RadRyGuy TikTok: @Ryans_Ramblings Casting Inquiries: NerdRagePod@gmail.com

**What's happening**

FIFA World Cup · This morning
**England vs Iran**



Trending in California
**TSLA**
23.6K Tweets

Sports · Trending
**Mexico City**
13.8K Tweets

Trending in California
**Dodger Stadium**
12.1K Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,559 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Search Twitter

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 1-3    Filed 12/30/22    Page 74 of 101    Page ID #:213



← **Tweet**

  

Q  Search Twitter

**Bang Tidy Celebs**
@BangTidyHQ                                    ...

## Nina Agdal



12:32 PM · May 13, 2022 · Twitter Web App

**1** Retweet    **8** Likes

  Tweet your reply                    Reply

## Relevant people

**Bang Tidy Celebs**    Follow
@BangTidyHQ

Bringing you Bang Tidy Celebs from the UK and around the world. From TV & Film to Music & Models. Any requests feel free to tweet.

## What's happening

NFL · 1 hour ago
**49ers at Cardinals**



Entertainment · Trending
**Died Suddenly**
66.6K Tweets

Trending in United States
**Dreamers MV**
168K Tweets

Trending in United States
**Jada**
8,948 Tweets

Trending in United States
**#ATEEZinAtlanta_Day1**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**    ...
@c_perkowski



https://twitter.com/cizgikafe/status/1350770370014556161 ___ et ___ 2022-11-22 00:57:51 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-3    Filed 12/30/22    Page 76 of 101    Page ID #:215

← **Thread**

**Çizgi Kafe**
@cizgikafe                                                                    ···

📷: Tom Holland, Spider-Man 3 setinde



3:42 AM · Jan 17, 2021 · Twitter for Android

**26** Retweets   **11** Quote Tweets   **1,171** Likes

💬          🔁          ♡          ⬆️

---

🅿️  Tweet your reply                                              **Reply**

**Çizgi Kafe** @cizgikafe · Jan 17, 2021                          ···
Replying to @cizgikafe
📷: Daha fazla Spidey. pic.twitter.com/DWi1nBcYp8

💬 2        🔁 2        ♡ 444        ⬆️

**Çizgi Kafe** @cizgikafe · Jan 17, 2021                          ···
📷: Spider-Man 3 setinden yeni kareler pic.twitter.com/LVlFNrZbLS

💬 4        🔁 2        ♡ 262        ⬆️

**deus ex machina** @mechakenji · Jan 17, 2021                    ···
Replying to @cizgikafe and @ekspresdergi
@SonyPictures teaser nerede ALOOOOOOOO

💬          🔁          ♡ 1        ⬆️

**ba2**🇨🇴 @s2mshady · Jan 17, 2021                                ···
Replying to @cizgikafe and @ekspresdergi
tobey ver

💬          🔁          ♡          ⬆️

This Tweet was deleted by the Tweet author. Learn more

This Tweet is from a suspended account. Learn more

⋮    Show replies

Show more replies

---

**Home**

**#** Explore

🔔 Notifications ①

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

◯ More

**Tweet**

**Perkowski Legal P.C.**                                          ···
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

**Çizgi Kafe**
@cizgikafe                                                        **Follow**
Bir fincan kriptonit alabileceğiniz
komşunuz!
instagram.com/cizgikafecom

**What's happening**

Sports · LIVE
**2022 FIFA World Cup**

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
📣 Promoted by Avatar

Entertainment · Trending             ···
**Died Suddenly**
Trending with World Premiere

Trending in California               ···
**Mexicans**
7,180 Tweets

Sports · Trending                    ···
**Grupo Firme**
Trending with #NFLMexicoGame🏈

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/sexytvboys/status/1242571371789647873 __ at __ 2022-11-21 14:43:03 -08:00



← **Tweet**



**Mis Famosos Favoritos** 🔥
@Sexytvboys

···

## Shawn Mendes



2:57 PM · Mar 24, 2020 · Twitter for Android

**59** Retweets   **4** Quote Tweets   **382** Likes



💬                    🔁                    ♡                    ⬆️

🅿️  Tweet your reply                                    Reply

Gabriel Lopez @gabi_lopez1 · Mar 24, 2020       ···
Replying to @Sexytvboys
So sexy

💬            🔁            ♡  1            ⬆️

---

🔍 Search Twitter



### Relevant people



**Mis Famosos Favorito...**          Follow
@Sexytvboys
Instagram:
instagram.com/igsexytvboys?i...

### What's happening

FIFA World Cup · 1 hour ago
**USA vs Wales**

Trending in California          ···
**Dodger Stadium**
13K Tweets

Trending in United States          ···
**HOW IS THAT NOT A YELLOW**
1,203 Tweets

Trending in United States          ···
**Tampax**
14.6K Tweets

Sports · Trending          ···
**Anthony Black**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



__ https://twitter.com/AndyVermaut/status/1379211763848929796 __ at __ 2022-11-22 21:26:32 -08:00 __

← **Tweet**

 **Andy Vermaut**
@AndyVermaut
···

## Kourtney Kardashian Bonds With Travis Barker's Family in New Photos From Snowy Getaway
eonline.com/news/1255773/k...



4:18 PM · Apr 5, 2021 · dlvr.it

Tweet your reply

 Reply

 Perkowski Legal P.C.
@c_perkowski  ···

 Search Twitter

**Relevant people**

 **Andy Vermaut**
@AndyVermaut    Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights, Whatsapp +32499357495

__ https://twitter.com/things_marvel/status/1206784502153957376 __ at __ 2022-11-21 12:10:37 -08:00 __

← **Tweet**

 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

🗐 Lists

👤 Profile

⋯ More

**Tweet**

 **All Things Marvel**
@things_marvel                                                           ⋯

ภาพแรกของอลิซาเบธ โอลเซ่นในบท Wanda Maximoff และเทโยนาห์ พาร์ริสในบท Monica Rambeau เป็นเจ้าหน้าที่หน่วย S.W.O.R.D. หน่วยป้องกันภัยจากนอกโลก จากกองถ่ายซีรีส์ WandaVision

justjared.com/2019/12/16/eli...



7:53 PM · Dec 16, 2019 · TweetDeck

**225** Retweets   **42** Likes

💬          ↻          ♡          ⬆

 Tweet your reply                    **Reply**

## Relevant people

 **All Things Marvel**       **Follow**
@things_marvel

News update for THAI fans of @Marvel Cinematic Universe. อัปเดตข่าวของจักรวาลภาพยนตร์มาร์เวลสำหรับแฟน ๆ ชาวไทย

## What's happening

FIFA World Cup · LIVE
**USA vs Wales**                     

Trending in California                     ⋯
**Telemundo**
7,364 Tweets

Trending in United States                  ⋯
**#BudweiserFWC**

Trending in California                     ⋯
**Dodger Stadium**
13.9K Tweets

Entertainment · Trending               ⋯
**Julia Fox**
5,666 Tweets

**Show more**

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2022 Twitter, Inc.

https://twitter.com/RihannaNoBrasil/status/1512019323476492289 __ al __ 2022-11-20 20:13:45 -08:00

← **Tweet**

 Search Twitter

**Rihanna.com.br** ⚓
@RihannaNoBrasil

···

Rihanna foi vista no restaurante Nobu em Los Angeles na noite passada (06/04). 💃❤️

📸: Khrome Zanotti/BACKGRID



3:47 AM · Apr 7, 2022 · Twitter for Android

**46** Retweets   **15** Quote Tweets   **421** Likes

💬   🔁   ♡   ↥

🅿️ Tweet your reply     **Reply**

**Mari** ✨ @FuckMeanGirl · Apr 7     ···
Replying to @RihannaNoBrasil
Finalmente a mulher botou um tênis AMÉM

💬   🔁   ♡   ↥

**Relevant people**

 **Rihanna.com.br** ⚓     **Follow**
@RihannaNoBrasil

Rihanna.com.br is a genuine and registered fansite, made by fans. 🇧🇷 Fã-clube e portal de notícias brasileiro sobre a cantora Rihanna. Online desde 2008. 💎

**What's happening**

NBA · LIVE
**Spurs at Lakers**



**#Disenchanted** 💔
Original movie now streaming
📽️ Promoted by Disney+

Trending in United States     ···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Entertainment · Trending     ···
**Wayne Brady**
3,349 Tweets

Trending in United States     ···
**Bob Iger**
Trending with Chapek, #Disney

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

___ https://twitter.com/jaymalecelebs/status/1374147748245733377 ___at ___ 2022-11-20 16:31:25 -08:00

← **Tweet**

**Male Celeb Hotties**
@jaymalecelebs

⋯

More beach fun



4:55 PM · Mar 22, 2021 · Twitter for Android

23 **Retweets**  137 **Likes**

💬  🔁  ♡  ⬆️

  Tweet your reply          **Reply**

**elgumball** @elgumballxd · Mar 22, 2021          ⋯
Replying to @jaymalecelebs
Como me encantaria verlos cogee

💬  🔁  ♡  ⬆️

**UnderConstruction** 🔞 @FetishistLiam · Mar 22, 2021   ⋯
Replying to @jaymalecelebs
Damn look at that foot on the second pic.

💬  🔁  ♡ 3  ⬆️

---

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski   ⋯

---

🔍 Search Twitter

**Relevant people**

 **Male Celeb Hotties**   **Follow**
@jaymalecelebs
Just a bi guy bringing you hot male
celeb content to lust over! DM's are
always open! Have fun! 😛 18+

**What's happening**

NFL · 3 hours ago
Browns at Bills   

#Disenchanted 🧚
Original movie now streaming
▶ Promoted by Disney+

Sports · Trending   ⋯
**Tomlin**
2,754 Tweets

Sports · Trending   ⋯
**Cooper Rush**
1,490 Tweets

Trending in California   ⋯
**Elton John**
12.8K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2022 Twitter, Inc.

←



**Noticias 24**
@noticias24

...

**#13Feb** | La cantante estadounidense Miley Cyrus compartió una foto que le tomaron los paparazzi en su cuenta de Instagram en la que dejó ver su pezón sin temor a Dios.

Translate Tweet



3:00 PM · Feb 13, 2020 · TweetDeck

**10** Likes

💬          ⟲          ♡          ⬆

 Tweet your reply                    Reply

**Home**

# **Explore**

🔔 **Notifications**

**Messages**

🔖 **Bookmarks**

**Lists**

**Profile**

... **More**

**Tweet**


**Perkowski Legal P.C.**
@c_perkowski ...

🔍 Search Twitter

**Relevant people**

 **Noticias 24**          **Follow**
@noticias24
Noticias de Venezuela, Latinoamerica y el mundo

**What's happening**

FIFA World Cup · Earlier today
**Mexico vs Poland**


**#AvatarTheWayOfWater** 
Get tickets now · In theaters December 16
▶ Promoted by Avatar



← **Tweet**

Q Search Twitter

 **Bang Tidy Celebs**
@BangTidyHQ

···

-@KendallJenner



12:44 PM · Aug 24, 2020 · Twitter Web App

**5** Retweets   **36** Likes



 Tweet your reply                                    **Reply**

## Relevant people

 **Bang Tidy Celebs**    **Follow**
@BangTidyHQ
Bringing you Bang Tidy Celebs from the UK and around the world. From TV & Film to Music & Models. Any requests feel free to tweet.

 **Kendall** ✓    **Follow**
@KendallJenner
@drink818 on Instagram and Twitter

## What's happening

FIFA World Cup · 2 hours ago
**England vs Iran**



Music · Trending                                   ···
**Ciara**
Trending with Kelly Rowland, Chris Brown

Trending in United States                           ···
**Senegal**
Trending with #FifainuBsc, England

YU-GI-OH! · Trending                                ···
**Mystic Mine**

Sports · Trending                                   ···
**Billy Wagner**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski ···



← Thread

**Relevant people**



M **inMARVEL** ❄️ #MarvelStudios #Marvel #WakandaForever ···
@inMARVEL_

Primer vistazo a Dominique Thorne en Iron Heart y con
un traje puesto 🔥
La parte del casco se parece bastante a Iron-Man, el
resto es muy tosco, más similar a War Machine incluso
👀

#IronHeart #DominiqueThorne
#IronMan #RobertDowneyJr
#Marvel #MCU #DisneyPlus
#MarvelStudios
Translate Tweet

1:47 PM · Aug 8, 2022 · Twitter for Android

**8** Likes

💬          🔁          ♡          ⬆️



**inMARVEL** ❄️ #Marv... ···
@inMARVEL_
**Follow**

Aquel que disfrute del contenido de
Marvel Studios, si es digno, poseerá el
poder de saber todo acerca del MCU.
¡Sígueme y sé un Nuevo Vengador!
👊🦾

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Events · Trending        ···
**LGBT**
205K Tweets

Music · Trending        ···
**Kelly Rowland**
20.5K Tweets

The Walking Dead · Trending        ···
**#TheWalkingDead**
104K Tweets

Science · Trending        ···
**#Orion**
2,309 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.        ···
@c_perkowski

P  Tweet your reply                    Reply

M **inMARVEL** ❄️ #MarvelStudios #Marvel #Waka... · @inMA... · Aug 8   ···
Replying to @inMARVEL_
Otras dos por aquí 👋
#IronHeart #DominiqueThorne
#IronMan #RobertDowneyJr
#Marvel #MCU #DisneyPlus
#MarvelStudios

💬          🔁          ♡  5          ⬆️

← **Tweet**

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

**Margvel** ✨
@_Margvel

Fotos del set de #WandaVision, muestran a Teyonah Parris como Monica Rambeau (Captain Marvel) y a Randall Park retomando su papel de Jimmy Woo (Ant-Man and the Wasp) 👀🔍

Monica está usando una campera de SWORD. Las afiliaciones de Jimmy son ATLAS y SHIELD 🧐🤔



9:18 AM · Feb 25, 2020 · Twitter for iPhone

**1** Retweet   **48** Likes

Tweet your reply                    **Reply**

**Esteban** @Adrian_Boca_12 · Feb 25, 2020
Replying to @_Margvel
Es la nenita?
1

**Margvel** ✨ @_Margvel · Feb 25, 2020
Replying to @Adrian_Boca_12
Sí, ya creció (?)
1                                                    1

Show replies

Show more replies

## Relevant people

**Margvel** ✨
@_Margvel                    **Follow**
Humor, información y updates del Universo Marvel | 🦸
contactomargvel@gmail.com |
#SheHulk #IAmGroot

## What's happening

NBA · Starts at 4:00 PM
**Grizzlies at Nets**

#Disenchanted 🧙
Original movie now streaming
Promoted by Disney+

Trending in California
**#AMAs** 🔥
Trending with Favorite K-Pop Artist

Sports · Trending
**Denver**
106K Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Tommy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← Tweet

Search Twitter

**rita**
@nickgstan

nicholas galitzine and anne hathaway. TWO LEGENDS.



Nicholas Galitzine

6:25 AM · Oct 21, 2022 · Twitter for iPhone

**57** Retweets   **64** Quote Tweets   **631** Likes

**Tweet your reply**                    Reply

**lolgeselle** @lolgeselle · Oct 21
Replying to @nickgstan and @nickgalitzine
OMG

**Whitney Andrews** @AndrewsChamone · Oct 21
Replying to @nickgstan and @nickgalitzine
I bet she says his the sweatst guy 😊 💜 😌

**selena's day !!!! lady bridgerton** @Eva_Crn_ · Oct 21
Replying to @nickgstan and @nickgalitzine
@MariieQuinnVino

**alyssa lovato** @skinofmyteethxo · Oct 21
Replying to @nickgstan and @nickgalitzine
Wait they dating?
   1                                      1

**guada 📩People we meet on vacation** @rainbowallsx · Oct 21
Replying to @skinofmyteethxo
they're making a movie
                                        6

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**may** @callmemayara · Oct 21
Replying to @giuliaschnr @nickgstan and @nickgalitzine
SENHOR

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Perkowski Legal P.C.
@c_perkowski

---

**Relevant people**

rita
@nickgstan                    Follow
nicholas galitzine's favorite kiddo.

Nicholas Galitzine ✓
@nickgalitzine                Follow

**What's happening**



Television · 50 minutes ago
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**HE'S BACK**
142K Tweets

Sports · Trending
**Pasadena**
1,506 Tweets

Trending in California
**HELL NO**
45.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

**Ellen World**
@EllenD_world

Ellen DeGeneres & Kevin Hart Meet Up for Lunch at a beachfront restaurant on Saturday afternoon (August 15) in Santa Monica, Calif.

vk.com/album-17289590...



7:04 PM · Aug 15, 2020 · Twitter for iPhone

**6** Retweets  **2** Quote Tweets  **42** Likes

Tweet your reply                                    Reply

**emagenjam** @emagenjam · Aug 16, 2020
Replying to @EllenD_world
❤️❤️❤️❤️❤️❤️🔵🔵🔵🔵
                        ♡ 1        ♡ 4

**Jane_Roberts** @jane101roberts · Aug 15, 2020
Replying to @EllenD_world
I love seeing her out
                        ♡ 2        ♡ 6

**Milly Daniel Wonderz** @MillyWonderz · Aug 16, 2020
Replying to @EllenD_world
❤️❤️My queen
                                 ♡ 4

**lindadowney060** @lindadowney060 · Aug 16, 2020
Replying to @EllenD_world
And where is your lovely wife Portia Ellen
                        ♡ 1        ♡ 3

**Ruthie Como** @RuthieComo · Aug 16, 2020
Replying to @EllenD_world
#IStandByEllen #IStandwithEllen WOW, @KevinHart4real your a true friend!
                ♡ 1        ♡ 1        ♡ 7

Show replies

Show more replies

---

**Home**
**Explore**
**Notifications**  1
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

---

Q Search Twitter

**Relevant people**

**Ellen World**                          Follow
@EllenD_world
• A Fan Page •By A Group Of Fans•
Everything About @theellenshow •
Love | Peace | Equality| • Contact
:ellend.world@gmail.com

**What's happening**

Television · 39 minutes ago
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
📷 Promoted by Uber

Trending in California
**Blocked**
125K Tweets

Trending in United States
**Best of 7**
7,204 Tweets

Politics · Trending
**Mr. President**
41.3K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Q  Search Twitter

← **Tweet**

**Пьяный Твиттер**
@drunktwi

Уровень физической подготовки к лету — Леонардо ДиКаприо



1:22 PM · Apr 26, 2021 · Buffer

**46** Retweets  **8** Quote Tweets  **386** Likes

Tweet your reply                          Reply

**Сибирский кот** @Sibirskykot · Apr 26, 2021
Replying to @drunktwi
С такой зарплатой как у Лёнички можно дурачиться от души и даже толстеть.
                                    6

**GariK** @RazzhivaykinGrk · Apr 26, 2021
Replying to @drunktwi
Зато дед на фоне в порядке
                                    3

**Жизанутая** @agula2558 · Apr 26, 2021
Replying to @drunktwi
Он хотя-бы звезда, а я...
                                    1

**Relevant people**

**Пьяный Твиттер**    Follow
@drunktwi
Пьяный Твиттер превращает каждый день в праздник, улучшает кровообращение и снимает стресс. Моя электропочта - adv.dimaruru@gmail.com

**What's happening**

FIFA World Cup · 3 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
📢 Promoted by Avatar

Trending in United States
**Hooters**
5,957 Tweets

Trending in United States
**Giroud**
Trending with Australia, Mbappe

Trending in California
**LAPD**
12.2K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/tender_DMJ/status/1134157612822306816 __ at __ 2022-11-22 21:01:31 -08:00



← **Tweet**

**DAKOTA** 💜💙
@tender_DMJ
···

## I'M SO EXCITED FOR THIS NEW PROJECT 🥹



11:00 AM · May 30, 2019 · Twitter for iPhone

**12** Likes

💬        ⇄        ♡        ⬆

 Tweet your reply        Reply

🔍 Search Twitter

### Relevant people

 **DAKOTA** 💜💙    Follow
@tender_DMJ

Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

### What's happening

NBA · LIVE
**Lakers at Suns**


**#AvatarTheWayOfWater** 🟦
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California    ···

___ https://twitter.com/Dakotacandids/status/1556052685199138822 ___ at ___ 2022-11-19 12:04:35 -08:00 ___



← **Tweet**

Q Search Twitter



**Dakotacandids**
@Dakotacandids

···

06.08 l Novas fotos da Dakota durante as gravações de 'Madame Web' em Boston, Massachusetts.
#DakotaJohnson (3)





4:00 PM · Aug 6, 2022 · Twitter Web App

**5** Retweets  **22** Likes

♡  ⟲  ♡  ⬆



Tweet your reply

Reply

---

## Relevant people

**Dakotacandids**
@Dakotacandids

Follow

Neste perfil irei postar somente candids de Dakota Johnson. Para mais info, fotos e vídeos me sigam na conta principal: @Dakotashades l Fan Account

## What's happening



Formula 1 · Starts tomorrow
**Abu Dhabi Grand Prix 2022**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▣ Promoted by Uber

Entertainment · Trending ···
**Tommyinnit**
10.2K Tweets

Only on Twitter · Trending ···
**#万博体育**
3,192 Tweets

Trending in United States ···
**Geraldo**
23.3K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski
···

__ https://twitter.com/AboutHerOFCL/status/1350163403684401157 __ at __ 2022-11-20 23:42:53 -08:00 __

← **Tweet**



**About Her** ✔
@AboutHerOFCL

Days away from her due date, Kelly Rowland rocked a chic grey jumpsuit while running errands.



11:30 AM · Jan 15, 2021 · Buffer

---


Tweet your reply

Reply

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

🔍 Search Twitter

**Relevant people**


**About Her** ✔
@AboutHerOFCL

Follow

Inside untapped territory: Pulling back the curtain on Arab women who are defining cultural trends now.
#AboutHer

**What's happening**

FIFA World Cup · This morning

__ https://twitter.com/cevansnation41/status/1588567488885708493O __ at __ 2022-11-22 23:42:49 -08:00 __

← **Tweet**

**Сняɪѕ Eνаɴѕ fаɴ** 💙 🇧🇷 | Fã site
@cevansnation41                                                    ...

Chris Evans durante o set de #RedOne

Créditos na imagem



9:22 AM · Nov 4, 2022 · Twitter for iPhone

**5** Likes

Tweet your reply                                            Reply

**Relevant people**

**Сняɪѕ Eνаɴѕ fаɴ** 💙 ...        Follow
@cevansnation41

Página dedicada ao ator @chrisevans
Twitter criado em Janeiro/2022. I'm
not Chris Evans. Fan Account.

**What's happening**

NBA · 2 hours ago
**Lakers at Suns**

**#AvatarTheWayOfWater**🧑
Get tickets now - In theaters December 16
📷 Promoted by Avatar

Business and finance · Trending        ...
**#massshooting**
1,267 Tweets

Trending in California                 ...
**Costco**
6,128 Tweets

Trending in United States              ...
**Erection**
21.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.    ...
@c_perkowski

https://twitter.com/SeriesUpdateFR/status/1352350345339558940 ___af__ 2022-11-21 01:08:44 -08:00   Case 2:22-cv-09462-DMG-ADS   Document 1-3   Filed 12/30/22   Page 94 of 101   Page ID #:233

**Tweet**

**Infos Séries**
@SeriesUpdateFR

Leonardo DiCaprio et Jennifer Lawrence sur le tournage du film "Don't Look Up" pour Netflix.



12:20 PM · Jan 21, 2021 · Twitter for Android

**90** Retweets  **26** Quote Tweets  **904** Likes

Tweet your reply    Reply

**Junior** @Un_Portista · Jan 22, 2021
Replying to @SeriesUpdateFR

0:01  32 views

**Val** @ValentineLoyer · Jan 21, 2021
Replying to @SeriesUpdateFR
C'est Dwight et Meredith c'est pas possible

**Carolo_Geek** 🧉1️⃣9️⃣❤️ @Vador_Knight · Jan 21, 2021
Replying to @SeriesUpdateFR @SnakeQueenM
@SnakeQueenM

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**Tib's** @tibohipie · Jan 21, 2021
Replying to @garance3000 and @SeriesUpdateFR
c'est le film qui demande cette dégaine, salle folle que t'es vaaaaa

This Tweet was deleted by the Tweet author. Learn more

**Angèle** @angele_hl · Jan 21, 2021
Tu trouve 😭😭😭😭 je suis plus rousse hein

**KCDQ69** @Yoda_R69 · Jan 21, 2021
Replying to @SeriesUpdateFR and @TOSLGG
C'est Cyprien le mec 😭

This Tweet is from a suspended account. Learn more

Show replies

**Relevant people**

**Infos Séries**
@SeriesUpdateFR    Follow
Bienvenue sur votre premier compte source français sur toutes vos séries, films et plateformes de streaming préférées. 📩: seriesupdatefr@gmail.com

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Trending in United States
**Defunctland**
4,433 Tweets

Music · Trending
**sabrina**
76.6K Tweets

Trending in United States
**Maher**
22K Tweets

Music · Trending
**#DavidoAt30**
64K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**

**ProjetoFollow/JB Help**
@PfollowJBHelp

Eu não consigo pensar em outra expressão que não seja: "AAAAAAAAAAAAAAAAAAAAH"

Translate Tweet



11:04 AM · Nov 1, 2017 · Twitter for iPhone

**547** Retweets    **88** Quote Tweets    **699** Likes

Tweet your reply                                    Reply

**ceci** ☁ @Bifrostsclm · Nov 1, 2017
Replying to @PfollowJBHelp
AAAAAAAAAAAA

**lana** @lanaashely · Nov 1, 2017
SOCORRO EU TO FELIZ DEMAIS OLHA OS SORRISOS AAAAAAAAAAAAAAAAA
♡ 1

**Gabriela** @eugaybiss · Nov 1, 2017
Replying to @PfollowJBHelp
EU TAMBÉM AAAAAAAAAAAAAAAAAAH MEU CASAL #MPN #JustinBieberShow

**Leticia** 🇧🇷 @melittlearmy · Nov 1, 2017
Replying to @PfollowJBHelp
Eu vou ali gritar rapidinho e já  voltooo❤️❤️❤️❤️💕💕💕 Aaaiiin é  muito amor  envolvido cara💕💕💗💗 Que eles voltem a namorar e fiquem juntos para SEMPRE ❤️❤️
♡ 1

**jennifer_** @clueless_all · Nov 1, 2017
Replying to @PfollowJBHelp
@rickthsizzleirh eu só queria o all star do Justin

**Laris //** @Lar_reiis · Nov 1, 2017
Replying to @PfollowJBHelp
Eu tou gritando mt, jelena is real AAAAAAAAA
♡ 1

**salese;** @salesecunha · Nov 1, 2017
Replying to @PfollowJBHelp
não sei explicar o que eu tô sentindo, é bom demais  <3

**UmaAriana** @oxelvivian_ · Nov 1, 2017
Replying to @PfollowJBHelp
Eu mesma

**júlia** @jisetragni · Nov 1, 2017
Replying to @PfollowJBHelp
AAAAAAAAAA EU TÔ TÃO FELIZ
♡ 1

**O pai tá On!** @drugs_e_batatas · Nov 1, 2017
Replying to @PfollowJBHelp
Eae voltaram ou não voltaram?
Nunca shippei jelena mais confesso q agr tô shippando vendo q ele fica MT bem com ela❤️❤️
♡ 2

**Crente sapatao** ✨ @ellyyss17 · Nov 1, 2017
Replying to @PfollowJBHelp
Sim

**gabi** @malanoski · Nov 1, 2017
Replying to @PfollowJBHelp
o bom que da pra ver na foto o quanto que o kindrahul ta feliz own
♡ 1

**Search Twitter**

**Relevant people**

**ProjetoFollow/JB Help**    Follow
@PfollowJBHelp
Ajudamos as Beliebers a conseguir o follow do @justinbieber || Fan Account, 49k sonhos realizados! 💙

**What's happening**

FIFA World Cup · LIVE
Argentina vs Saudi Arabia



#AvatarTheWayOfWater 🎬
Get tickets now - In theaters December 16
📽 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
79.8K Tweets

Trending in United States
**Ole Miss**
Trending with Auburn

Politics · Trending
**Deplorable**
14.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy·
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/cravemedia_/status/1396200261748600026 __el__2022-11-21 01:00:24 -08:00  Case 2:22-cv-09462-DMG-ADS  Document 1-3  Filed 12/30/22  Page 96 of 101  Page ID #:235



← Tweet



Foochia - فوشيا ✔
@foochia

ضجّت وسائل التواصل الاجتماعي بتهنئة لوبيز بميلادها الـ 50 حيث قدم خطيبها لاعب البيسبول السابق #أليكس_روردريغز لها هديّة ثمينة للغاية عبارة عن سيارة بورش 2019 من طراز "911 G"TS باللون العنّابي يبدأ سعرها من 120 ألف دولار!

#فوشيا #مشاهير #alerodriguez #jenniferlopez

Translate Tweet



12:15 PM · Jul 25, 2019 · Hootsuite Inc.

**3** Retweets   **1** Quote Tweet   **4** Likes

💬           ⟲           ♡           ⬆️

 Tweet your reply                    Reply

Q  Search Twitter

## Relevant people

 Foochia - فوشيا ✔    Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.

## What's happening



FIFA World Cup · LIVE
**USA vs Wales**

Entertainment · Trending
**julia fox**
6,840 Tweets

Trending in United States
**1-0 USA**
20.6K Tweets

Trending in California
**Telemundo**
7,607 Tweets

Music · Trending
**Ciara**
15K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

 Perkowski Legal P.C.  ···
@c_perkowski

https://twitter.com/Info_DJJD/status/1092998852049883137 _et _ 2022-11-20 18:43:54 -08:00



__ https://twitter.com/filmsbymeche/status/1507842408469438473 __ at __ 2022-11-21 01:48:52 -08:00 __

← **Tweet**


🐶🐶
@filmsbydelrey

· · ·



3:10 PM · Mar 26, 2022 · Twitter for Android

Tweet your reply

Reply

Q Search Twitter

**Relevant people**

 🐶🐶
@filmsbydelrey
multifandom ✧*｡

Follow

**What's happening**


NCAA Men's Basketball · Last night
**Cavaliers at Fighting Illini**

Trending in United States
**Hive**
50K Tweets

· · ·

Trending in United States
**#AMAs** 🎤
Trending with soobin, sabrina

· · ·

Trending in California
**#BLACKPINK_WORLDTOUR**
59.8K Tweets

· · ·

Music · Trending
**#DavidoAt30**
68.5K Tweets

· · ·

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 1-3   Filed 12/30/22   Page 100 of 101   Page ID #:239



## Twitter navigation

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

---

← **Tweet**



**@nanfixus**
@nanfixus                                    •••

Good luck babe!! 🙌🙌🙌
#DakotaJohnson #Covers



11:29 AM · May 30, 2019 · Twitter for Android

**6** Retweets   **39** Likes

💬   🔁   ♡   ⬆

   Tweet your reply            **Reply**

---

## Relevant people

 **@nanfixus**
@nanfixus                    **Follow**

DJ Fan 🐾 Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🇦🇷

## What's happening

NBA · LIVE
**Lakers at Suns**                

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
📺 Promoted by Avatar

Trending in California              •••
**Costco**
5,533 Tweets

Trending in California              •••
**#chainsawman**🪚
148K Tweets

Trending in California              •••
**Hooters**
8,685 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**   •••
@c_perkowski



← Tweet

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**



**Fuera de Plano** 🎥🇦🇷
@FueraPlano

Chloe Bennet se baja de 'Powerpuff', la serie live-action de 'Las Chicas Superpoderosas' en la que interpretaba a Bombón.



11:04 AM · Aug 11, 2021 · Twitter for iPhone

**1** Retweet    **1** Quote Tweet    **3** Likes


Tweet your reply

Reply

🔍 Search Twitter

### Relevant people


**Fuera de Plano** 🎥🇦🇷
@FueraPlano

Follow

Amantes del cine y las series. Noticias, recomendaciones, reseñas, sorteos y más! Twitch: twitch.tv/fueradeplanoli...

### What's happening

FIFA World Cup · 49 minutes ago
**USA vs Wales**



Trending in United States
**Tampax**
12.2K Tweets

Trending in California
**Dodger Stadium**
12.9K Tweets

Trending in United States
**Mr. Fierro**

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,092 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.


**Perkowski Legal P.C.** ···
@c_perkowski