# EXHIBIT B Continued

← **Thread**



**Próxcinemente** 
@proxcinemente

Robert Downey Jr. y Cillian Murphy en la grabación de "OPPENHEIMER", la nueva cinta de Christopher Nolan. 🎥🎬 #Oppenheimer

📷 Vía: @DailyMailCeleb



5:27 AM · Apr 13, 2022 · Twitter for Android

**4** Retweets    **1** Quote Tweet    **29** Likes

💬          🔁          ♡          ⬆️



🅿️  Tweet your reply                              Reply

**Próxcinemente** @proxcinemente · Apr 13          ···
Replying to @proxcinemente



💬          🔁 1          ♡ 11          ⬆️

---

**Perkowski Legal P.C.**          ···
@c_perkowski

---

## Search Twitter

### Relevant people

   **Próxcinemente**          Follow
@proxcinemente

Todas las novedades en el mundo del séptimo arte. 🎬 | Creador: @chuyRM_93 | Contacto: proxcinemente@gmail.com

   **Daily Mail Celebrity** ✔          Follow
@DailyMailCeleb

✔ Official

Latest celeb and entertainment news from the Daily Mail Showbiz team. We're on Facebook too: fb.me/DailyMailCeleb

### What's happening

Television · 48 minutes ago
**The Walking Dead airing on AMC**



**#Disenchanted** 🧚
Original movie now streaming
⬇ Promoted by Disney+

Trending in United States          ···
**#twdspoilers**
1,097 Tweets

Trending in United States          ···
**#AMAs** 🔥
Trending with soobin, Anitta

Trending in United States          ···
**Bruins**
8,542 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

https://twitter.com/MoluscoArte/status/1366910720074524197_a … 2022-11-20 22:19:45 -08:00   Document 1-4   Filed 12/30/22   Page 3 of 101   Page ID #:243



# Dwayne Johnson and Chris Evans on the set of 'Red One'



8:56 AM · Nov 4, 2022 · Twitter for iPhone

**169** Retweets   **25** Quote Tweets   **1,558** Likes

Tweet your reply                                    Reply

**Red One Updates** @RedOneUpdates · Nov 4
Replying to @RedOneUpdates

> **Chris Evans Army** @Cevans_Army · Nov 4
> ⭐ Chris e The Rock no set de "Red One".
>
> #chrisevans #ghosted #ghostedmovie
> #thegrayman  #lloydhansen
> #captainamerica #steverogers #defendingjacob #andybarber #avengers
> #beforewego #cevans #chrisevansarmy #cevansarmy #lightyear
> #painhustlers #redone #therock #redonemovie

💬       ⟲ 9       ♡ 86       ⬆

**Julie** @JuJuBicket · Nov 4
Replying to @RedOneUpdates
I cannot wait!! ❤❤❤😊😊😊

💬       ⟲       ♡       ⬆

**best of kiernan shipka** @shipkafiles · Nov 4
Replying to @RedOneUpdates
this duo 🔥

💬       ⟲       ♡ 3       ⬆

**Chris** @Chrisss1999 · Nov 4
Replying to @RedOneUpdates
🎬🎉🎉

💬       ⟲       ♡       ⬆

**Kinder!** @HerKndr · Nov 4
Replying to @RedOneUpdates and @cevanstylefiles
اصمصمص منور الزميل له الشرف

💬       ⟲       ♡       ⬆

**John Onnembo** @JohnOnnembo · Nov 4
Replying to @RedOneUpdates
This duo is gonna be AWESOME!

💬       ⟲       ♡ 1       ⬆

**vimalan kanagarajan** @vimalankanagar5 · Nov 4
Replying to @RedOneUpdates
WAITING

💬       ⟲       ♡ 2       ⬆

**redbirdgurl🅿️** @redbirdgurl · Nov 4
Replying to @RedOneUpdates and @sharebear817
So. Much. Man.

💬       ⟲       ♡ 1       ⬆

**Lisa Johnson** @LisaJohnson70 · Nov 4
Replying to @RedOneUpdates
Two really good guys!

💬       ⟲       ♡       ⬆

**Kelvin** @KelvinHui86 · Nov 4
Replying to @RedOneUpdates
Yes baby! 👍

💬       ⟲       ♡       ⬆

**nic 🎈 HBD TO ME 🎉** @agrestextsunigi · Nov 4
Replying to @RedOneUpdates
I'm on my knees

💬       ⟲       ♡       ⬆

**Relevant people**

**Red One Updates**        Follow
@RedOneUpdates
Update Account for @AmazonStudios'
Red One, an action-adventure holiday
film starring Dwayne Johnson, Chris
Evans, Kiernan Shipka, and Lucy Liu.

**What's happening**

NBA · 2 hours ago
**Lakers at Suns**

#AvatarTheWayOfWater🔵
Get tickets now - In theaters December 16
📢 Promoted by Avatar

Trending in California
**Costco**
6,108 Tweets

Trending in United States
**Erection**
21.1K Tweets

Business and finance · Trending
**Chesapeake**
42.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.        ···
@c_perkowski

https://twitter.com/olorisupergal/status/1481758813409714179__sl__2022-11-21 01:15:40 -08:00



Perkowski Legal P.C.
@c_perkowski



← **Tweet**



**ProjetoFollowJB Help**
@PfollowJBHelp                                   ···

## Meu Deus gente... Meu Deus!!!

Translate Tweet



9:41 AM · Nov 30, 2017 · Twitter for iPhone

**125** Retweets   **10** Quote Tweets   **257** Likes

Tweet your reply                                   **Reply**

**Beatriz Nascimento** @DoBeatrizzzz · Nov 30, 2017   ···
Replying to @PfollowJBHelp
Meu casalll

**....** @iluhveu · Nov 30, 2017                   ···
Replying to @PfollowJBHelp and @lalinhabelieber
Is this real?
1

**lau💗** @lalinhabelieber · Nov 30, 2017          ···
Replying to @iluhveu and @PfollowJBHelp
It looks like it 🙈

**lo** @LoToledo_ · Nov 30, 2017                   ···
Replying to @PfollowJBHelp
@jubatilana
1

Search Twitter

## Relevant people



**ProjetoFollowJB Help**          **Follow**
@PfollowJBHelp
Ajudamos as Beliebers a conseguir o
follow do @justinbieber || Fan
Account. 49k sonhos realizados! 💙

## What's happening

Sports · LIVE
**2022 FIFA World Cup**

**#AvatarTheWayOfWater**
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Entertainment · Trending          ···
**Died Suddenly**
Trending with World Premiere

Trending in California          ···
**Mexicans**
7,169 Tweets

Entertainment · Trending          ···
**Ichigo**
39.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🐦

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

**Perkowski Legal P.C.**          ···
@c_perkowski

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



**Multiverse Analysis**
@TheAnalystOne

#BlueBeetle leaked set photos gives a full look at the #BlueBeetle suit.



8:17 PM · May 25, 2022 · Twitter for Android

**2** Retweets   **2** Likes

Tweet your reply

Reply



**Perkowski Legal P.C.**
@c_perkowski

---

Search Twitter

**Relevant people**



**Multiverse Analysis**
@TheAnalystOne
Follow

Fiction Addict

**What's happening**

NCAA Men's Basketball · Yesterday
**Delta Devils at Tigers**



Entertainment · Trending
**Died Suddenly**
37.8K Tweets

Only on Twitter · Trending
**#pcxqc**
1,114 Tweets

Trending in United States
**#ThingsIWouldTellMyYoungerSelf**

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,677 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

**Si Paling**
@rebahandotid

Dakota Johnson sebagai madame web yg akan rilis filmnya tahun depan, sexy bangt gak sih?
#MadameWeb #DakotaJohnson #rebahandotid
Translate Tweet



5:33 AM · Jul 27, 2022 · Twitter for Android

**1** Retweet   **4** Likes

Tweet your reply                                    Reply

### Relevant people

**Si Paling**                          Follow
@rebahandotid
(Bukan) sebuah media bahas film dan popculture dengan santai sotoy. Kerjasama : ✉️
kamarkudotid@gmail.com

### What's happening

FIFA World Cup · LIVE
**England vs Iran**

Trending in California
**Dodger Stadium**
Trending with Elton John, #EltonFarewellTour

Trending in United States
**England**
Trending with #ENGIRN, Saka

Music · Trending
**Slick Rick**

Trending in United States
**#cowboysnation**
11K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



Perkowski Legal P.C.
@c_perkowski

← **Tweet**

**Kate**
@girlfromaspen

Twitter is lifeless without this beauty. Thanks for this bts. I have missed this girlie! 😭



7:15 AM · Oct 7, 2022 · Twitter for Android

**4** Retweets   **43** Likes

**Q** Search Twitter

**Relevant people**

**Kate**
@girlfromaspen                    **Follow**

I dislike negativity so unless I follow you, your replies aren't welcome on my tweets.

**What's happening**

FIFA World Cup · 1 hour ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧹
Original movie now streaming
▣ Promoted by Disney+

Only on Twitter · Trending
**Jason David Frank**
89.2K Tweets

Trending in California
**Shakira**
102K Tweets

Trending in California
**Rigged**
40.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Tweet your reply                    **Reply**

Perkowski Legal P.C.
@c_perkowski

— https://twitter.com/AndyVermaut/status/1442598560621410452 __ at __ 2022-11-21 03:41:04 -08:00 —

← **Tweet**

 **Andy Vermaut**
@AndyVermaut

···

Angelina Jolie and The Weeknd continue to fuel dating rumors after another night out together
foxnews.com/entertainment/...



2:14 PM · Sep 27, 2021 · dlvr.it

Tweet your reply

Reply

# Home
# Explore
## Notifications
✉ Messages
🔖 Bookmarks
▤ Lists
👤 Profile
··· More

**Tweet**

**Relevant people**

 **Andy Vermaut**
@AndyVermaut

Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

**What's happening**

Television · Last night
**The Walking Dead airing on AMC**



Music · Trending
**Lionel Richie**
3,958 Tweets

···

Trending in United States
**Schiff**
53.5K Tweets

···

Music · Trending
**#DavidoAt30**
71.7K Tweets

···

Trending in United States
**Defunctland**
4,987 Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**
@c_perkowski
···

Search Twitter

https://twitter.com/cravemedia_/status/1395554219180732416 ...et_...2022-11-21 00:00:53:-08:00

Document 1-4    Filed 12/30/22    Page 11 of 101    Page ID
2:22-cv-09462-DMG-ADS    #:351

@cravemedia_



12:50 PM · May 23, 2021 · Twitter for iPhone

**745** Retweets  **7,233** Quote Tweets  **7,111** Likes

---

Tweet your reply                                    Reply

---

**C.** @iamcedrica · May 23, 2021
Replying to @cravemedia_
what is going on HERE??

💬                  🔁                  ♡ 6                  ⬆️

---

**Delnijiro** @delnijiro · May 23, 2021
Replying to @cravemedia_
that is all

💬                  🔁                  ♡                  ⬆️

---

**Earthbender** @Khure_Elikhulu · May 23, 2021
Replying to @cravemedia_
Valkerie putting in that werk

💬                  🔁                  ♡ 19                  ⬆️

---

**Emrys Wayne** @EmrysKolbeck · May 23, 2021
Replying to @cravemedia_
What one oscar does to a mf

💬                  🔁                  ♡ 1                  ⬆️

---

**dot** @90sbrandy · May 23, 2021
Replying to @cravemedia_
@manlshoot @itmnmani nos 3

💬 3                  🔁                  ♡ 3                  ⬆️

---

**beca** @itnmnmani · May 23, 2021
Replying to @90sbrandy and @manlshoot
amo vocês

💬                  🔁                  ♡                  ⬆️

---

**sami** @korradayas · May 23, 2021
Replying to @cravemedia_

(jazz music stops)

💬                  🔁                  ♡                  ⬆️

---

**Dark Brandon Fan Account** @x100blades · May 23, 2021
Replying to @cravemedia_
Hollywood been weird but this feels like a new low for some reason

💬                  🔁                  ♡ 1                  ⬆️

---

**Todo** @hjpyjon · May 23, 2021
Replying to @cravemedia_
What is this???

💬                  🔁                  ♡                  ⬆️

---

**family friendly era** @BhadOhad · May 23, 2021
Replying to @cravemedia_
i wanna be him soooo bad

💬 1                  🔁                  ♡ 62                  ⬆️

Show replies

---

**CUMBERPORN🔞** @cumberporn · May 23, 2021
Replying to @cravemedia_

💬                  🔁                  ♡ 1                  ⬆️

---

**Marc Watson** @Marc_IRL · May 24, 2021
Replying to @cravemedia_
I am here for this

anti bonk helmet



---

🐦 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

🔍 Search Twitter

**Relevant people**

· @cravemedia_
Media account for @FilmUpdates                Follow

**What's happening**

NFL · 3 hours ago
Chiefs at Chargers

#Disenchanted 🧙
Original movie now streaming
🎬 Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with  Disney, Chapek

Trending in United States
**Hive**
47.2K Tweets

Trending in United States
**#AMAs** 💋
4.79M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

https://twitter.com/BRMarvelNews/status/1329468988702273539 ... ...2022-11-21 05:00:12 -08:00
22-cv-09462-DMG-ADS   Document 1-4   Filed 12/30/22   Page 12 of 101   Page ID
#252



← **Thread**

Marvel News
@BRMarvelNews

🎬 Primeiras imagens de Iman Vellani no set de "Ms. Marvel"!

(via: Just Jared)



10:57 AM · Nov 19, 2020 · TweetDeck

**257** Retweets   **354** Quote Tweets   **1,851** Likes

Tweet your reply                                                    **Reply**

Marvel News @BRMarvelNews · Nov 19, 2020
Replying to @BRMarvelNews
Mais imagens (nada de diferente) só pra apreciar a lenda

4        19        361

larissa a+ surtada. 🍅 @alariescreve · Nov 19, 2020
Replying to @BRMarvelNews
IMAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAANNNNNNNNNNNNNNNNNNN
NNNN SOCORROOOOOOOOOOOOOO

Vitor 🍅🎃 @VItorSa66780303 · Nov 19, 2020
Replying to @BRMarvelNews
Capitã Marvel foi confirmada na série?

Selina Knyazev @SadcatLina · Nov 19, 2020
Replying to @BRMarvelNews
@aranjaajnaral

tony @jedisempire · Nov 19, 2020
Replying to @BRMarvelNews
IZI PITICAAAA

1

Rapha ( Comms - Open) @RaphaellyArt · Nov 19, 2020
Replying to @BRMarvelNews
EITA PORRA MEU DEUS

Glo @GiovanneBalls4 · Nov 19, 2020
Replying to @BRMarvelNews
Aí que fofas de bicicletaaa aaaaaaaa

Wagner Fernandes @Kalel201 · Nov 19, 2020
Replying to @BRMarvelNews
Os caras não vão entregar o uniforme da menina tão cedo.

Helena | 🎃 abbott elementary @supwrheroes · Nov 19, 2020
Replying to @BRMarvelNews
Eu proteger essa garotinha com todas as minhas forças

From Helena | 🎃 abbott elementary

4

davi @arrakisdceu · Nov 19, 2020
Replying to @BRMarvelNews

1

Débora |🏳️‍🌈🎃 🎌 @dcristina_23 · Nov 19, 2020
Replying to @BRMarvelNews
Olha esse CAPACETEEE e essa BLUSAAA!

Wyvern Sone @WyvernSone · Nov 19, 2020
Replying to @BRMarvelNews
Yay!

GIF   ALT                                            6

Emerson Oliveira @Ecojr_ · Nov 19, 2020
Replying to @BRMarvelNews
❤️❤️❤️

Relevant people

Marvel News
@BRMarvelNews                                    Follow
Conta de fã dedicada ao Universo
Marvel 🇧🇷 Contato:
marvelnewsbr@outlook.com

What's happening

FIFA World Cup · LIVE
England vs Iran

Music · Trending
Elton John
1,489 Tweets

Only on Twitter · Trending
#MotivationMonday
Trending with Dodger Stadium, Dodger Stadium

Trending in United States
#ENGIRN
Trending with #SayTheirNames, England

Music · Trending
Kelly Rowland
21K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/nanarude/status/1520125859201441793 __ at __ 2022-11-21 23:13:38 -08:00 __

← **Tweet**



**Nana Rude**
@nanarude                                    ...

A gente só consegue admirar a beleza de
#NaomiCampbell, né manas? Os anos passam e ela
segue cada vez mais bela! A modelo compareceu
'Prince's Trust Gala', em Nova York, usando um dress da
grife italiana 'Valentino'... ➡️ Saiba mais:
instagram.com/p/Cc8ZoYTLlhx/...

Translate Tweet



12:40 PM · Apr 29, 2022 · Twitter for iPhone

**7** Likes



---

Q   Search Twitter

### Relevant people

 **Nana Rude**          **Follow**
@nanarude
💣 Aqui o BAFO é garantido, mana!
Apresentador e há 9 anos sua fonte
sobre celebridades e notícias do dia.
📧: nana@mynd8.com.br

### What's happening


NFL · 2 hours ago
**49ers at Cardinals**


---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski          ...

— https://twitter.com/foochia/status/1359140560771112967 __ at __ 2022-11-22 14:28:27 -08:00

← Tweet



 **Foochia - فوشيا** ✔
@foochia

رصدت عدسات البإبارإتزي نجمة تلفزيون الواقع "كورتني
كارداشيان" بمعطف طويل من الجلد باللونين الأبيض والأسود
أثناء تناولها العشاء مع ابنها مايسون وصديق العائلة المودل
الفلسطيني "فاي خضرة"

#فوشيا #koutneykardashian# #كورتني_كارداشيان

Translate Tweet



6:02 AM · Feb 9, 2021 · Hootsuite Inc.

**1** Retweet    **3** Likes

💬            🔁            ♡            ⬆️



Tweet your reply            Reply

🔍 Search Twitter

**Relevant people**

 **Foochia - فوشيا** ✔    Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية،
منه تطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، وتتابع أخبار المشاهير والفن
والثقافة.

**What's happening**

FIFA World Cup · Last night
**Argentina vs Saudi Arabia**

 **Perkowski Legal P.C.**    ...
@c_perkowski

← Tweet



🌈ANDY JONNY
@AndresJovannyMa

#WandaVision

10:09 AM · Jul 8, 2020 · Twitter for Android

2 Likes

Tweet your reply

Reply

## Relevant people



🌈ANDY JONNY
@AndresJovannyMa

Follow

EL PENSAR Y EXPRESAR 💙🧠 Tengo un canal en YouTube ▶️ ANDY JONNY 😄

## What's happening

FIFA World Cup · 48 minutes ago
**USA vs Wales**



Trending in United States
**Trent Reznor**
7,870 Tweets

Sports · Trending
**Creighton**
4,232 Tweets

Trending in United States
**Mr. Fierro**

Trending in United States
**Zimmerman**
16.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



Perkowski Legal P.C. ···
@c_perkowski

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

Tweet

Search Twitter

__ https://twitter.com/damieforever48/status/1578393365582591232 __ at __ 2022-11-19 19:30:21 -08:00 __





__ https://twitter.com/KevinAnticonaa/status/1563062412299108352 __ at __ 2022-11-20 19:08:46 -08:00 __

← **Tweet**

**Kevin Anticona**
@KevinAnticonaa

Nuevas fechas oficiales de los proximos filmes de DC en 2023:

. Shazam: Furia de los Dioses (17 de marzo)
. Flash (23 de julio)
. Blue Beetle ( 18 de agosto)
. Aquaman And the Lost Kingdom (25 de diciembre)

#DCEU #DC



12:14 AM · Aug 26, 2022 · Twitter for Android

**2** Likes

**Who can reply?**
People @KevinAnticonaa follows or mentioned can reply

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski

---

Search Twitter

**Relevant people**

**Kevin Anticona**
@KevinAnticonaa                    Follow

Chico carismático, manteniendo siempre la humildad y sociable, pasión por el teatro. cinefilo.

\_\_ https://twitter.com/smackgirls/status/1574858068285140224 \_\_ at \_\_ 2022-11-22 22:34:38 -08:00 \_\_

← **Tweet**


**The Latest Celebrity News 24/7**
@smackgirls

···

Nicola Peltz showcases her midriff in Paris with Brooklyn for Fashion Week ahead of Victoria's...
dlvr.it/SZ5jJ2



1:26 PM · Sep 27, 2022 · dlvr.it

 

 Tweet your reply     Reply

## Relevant people


**The Latest Celebrity ...**
@smackgirls     Follow

The Latest Celebrity News | Celeb news now 24/7 - The Latest Celebrity News | Celeb news now 24/7 . Manchester Unite Fan 2022 #MUFC

## What's happening

NBA · 1 hour ago
**Lakers at Suns**



**#AvatarTheWayOfWater** 💧
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States     ···
**Erection**
18.6K Tweets

Trending in California     ···
**Costco**
5,884 Tweets

Business and finance · Trending     ···
**Chesapeake**
33.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**   ···
@c_perkowski



← **Tweet**

**Fuera de Plano**
@FueraPlano

···

Nuevas imágenes desde el set de 'Pam & Tommy' con Sebastian Stan y Lily James metidos en el papel de Pamela Anderson y Tommy Lee. #PamandTommy

Translate Tweet



12:35 PM · Jun 8, 2021 · Twitter for iPhone

**1** Retweet   **7** Likes

💬          ⇄          ♡          ⬆

Tweet your reply                    Reply

Perkowski Legal P.C.    ···
@c_perkowski

## Relevant people

**Fuera de Plano**    Follow
@FueraPlano

Amantes del cine y las series. Noticias, recomendaciones, reseñas, sorteos y más! Twitch: twitch.tv/fueradeplanoli...

## What's happening

NBA · Starts at 4:00 PM
**Warriors at Rockets**

**#Disenchanted** 🥀
Original movie now streaming
📺 Promoted by Disney+

Sports · Trending    ···
**Trenton Irwin**

Trending in United States    ···
**LGBTQ**
Trending with  Colorado Springs, AR-15

Only on Twitter · Trending    ···
**Jason David Frank**
Trending with  Power Rangers, Tommy

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Search Twitter

__ https://twitter.com/AndyVermaut/status/1313293925098939520 __ at __ 2022-11-20 20:17:54 -08:00 __

← **Tweet**



**Andy Vermaut**
@AndyVermaut

···

Kendall Jenner's 'Falling For' Devin Booker 'More Every Day': What It Means For Their Future Together
hollywoodlife.com/2020/10/05/ken...



6:44 PM · Oct 5, 2020 · dlvr.it

 ⟲ ♡ 

 Tweet your reply                    Reply

🔍 Search Twitter

**Relevant people**

 **Andy Vermaut**        Follow
@AndyVermaut

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

**What's happening**

NBA · LIVE
**Spurs at Lakers**



**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                    ···
**Bob Iger**
Trending with Chapek, Disney

Entertainment · Trending                    ···
**Wayne Brady**
3,374 Tweets

Sports · Trending                    ···
**Herbert**
46.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
🗐 Lists
👤 Profile
⊙ More

**Tweet**

Perkowski Legal P.C.   ···
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 1-4    Filed 12/30/22    Page 22 of 101    Page ID #:262

← **Tweet**

 🌈ANDY JONNY
@AndresJovannyMa                                                   •••

Nuevas imágenes de  Dakota Johnson en el rodaje de
Madame Web  #MarvelStudios
Translate Tweet



7:18 PM · Aug 7, 2022 · Twitter for Android

**3** Likes

        ♡    ⬆

    Tweet your reply                              Reply

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

🔍 Search Twitter

**Relevant people**

 🌈ANDY JONNY        Follow
@AndresJovannyMa
EL PENSAR Y EXPRESAR 💙🩷 Tengo
un canal en YouTube ▶ ANDY
JONNY 😀

**What's happening**

Television · LIVE
**Saturday Night Live airing on
NBC**                                        

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
◀ Promoted by Uber

Trending in United States                •••
**HE'S BACK**
128K Tweets

Music · Trending                          •••
**#BLACKPINK**
Trending with jisoo, Camila

Sports · Trending                         •••
**Hendon Hooker**
2,411 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

 Perkowski Legal P.C.        •••
@c_perkowski

__ https://twitter.com/misslefroy/status/1539884007120752642 __ at __ 2022-11-21 10:41:53 -08:00 __

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Tweet**

 **grace dante**
@misslefroy

greta gerwig on set with saoirse ronan (little women) and margot robbie (barbie)

 

11:52 PM · Jun 22, 2022 · Twitter for Android

**6** Retweets   **4** Quote Tweets   **67** Likes

Tweet your reply

Reply

Q Search Twitter

**Relevant people**

 **grace dante**   Follow
@misslefroy

"Il fiore che sboccia nelle avversità è il più raro e il più bello di tutti" 🌸 fan account

**What's happening**

FIFA World Cup · 10 minutes ago
**Senegal vs Netherlands**

Sports · Trending
**RB Melvin Gordon**
2,733 Tweets

Family drama · Trending
**#GTMcontest4**

Trending in United States
**Senegal**
Trending with Mendy, #SENNED

Sports · Trending
**Charles Barkley**
4,620 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**



**Dakoholic Official** ✨
@Dakoholic_dj    ⋯

Dakota  on the set of #MadameWeb  in Boston.
October 6th,2022 [ via @/dakotajohnsonpt]



9:11 AM · Oct 6, 2022 · Twitter for Android

**10** Retweets  **56** Likes



Tweet your reply

Reply

Q  Search Twitter

**Relevant people**



**Dakoholic Official** ✨
@Dakoholic_dj                        Follow

♡ *"You guys have completely
rocked my world and changed my
life."* ♡

**What's happening**

FIFA World Cup · 4 hours ago
**World Cup Qatar 2022: Opening
Ceremony**

#Disenchanted 🪄
Original movie now streaming
◩ Promoted by Disney+

Trending in United States    ⋯
**Rest In Peace**
48K Tweets

Entertainment · Trending    ⋯
**Morgan Freeman**
188K Tweets

Only on Twitter · Trending    ⋯
**Jason David Frank**
Trending with Power Rangers, Kevin Conroy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

**Home**

**#** Explore

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**



Perkowski Legal P.C.
@c_perkowski    ⋯

___ https://twitter.com/bso/status/1284133652071419906 ___ et ___ 2022-11-22 07:17:50 -08:00



← **Tweet**

**Robert Littal BSO** ✓
@BSO

How Jordyn Woods Continues To Be There For Karl-Anthony Towns And Help Him Get Through This Rough Time (Pics-Vids) bit.ly/2CjH1xD via @BasketballguruD



7:31 AM · Jul 17, 2020 · BSO Alert

**1** Retweet   **1** Quote Tweet   **10** Likes

💬        ⇄        ♡        ⬆️



Tweet your reply                    **Reply**

**40 years young** @EastsideCort · Jul 17, 2020      ···
Replying to @BSO and @BasketballGuruD
The Kentucky niggas out here lol

💬        ⇄        ♡        ⬆️

---

## Sidebar

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski                    ···

**Search Twitter**

### Relevant people



**Robert Littal BSO** ✓    **Follow**
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**The Daniel Bell©**    **Follow**
@BasketballGuruD
Thunder Beat Reporter For @BSO | Contributor for the @FranchiseOK | A lot of sports tweets | dbell3220@icloud.com

### What's happening

FIFA World Cup · 3 hours ago
**Argentina vs Saudi Arabia**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
📽 Promoted by Avatar

Entertainment · Trending           ···
**Died Suddenly**
105K Tweets

Trending in United States           ···
**#السعوديه_الارجنتين**
1.23M Tweets

Trending in United States           ···
**Argentina**
Trending with #FIFAWorldCup 🏆, Herve Renard

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



https://twitter.com/jaymalecelebs/status/1349861385669406720 __ at __ 2022-11-20 21:11:54 -0800
Case 2:22-cv-09462-DMG-ADS   Document 1-4   Filed 12/30/22   Page 27 of 101   Page ID #:267

← **Tweet**

**Male Celeb Hotties**
@jaymalecelebs                                                  ···

### The front and back tease collection



3:30 PM · Jan 14, 2021 · Twitter for Android

**38** Retweets   **339** Likes

💬          ⟲          ♡          ⬆

P   Tweet your reply                                    **Reply**

**Rem** @k220034 · Jan 14, 2021                          ···
Replying to @jaymalecelebs
Justin likes to wear white underwear, why is that?
💬          ⟲          ♡          ⬆

**Bottom Bitch** @alphas_slut · Jan 14, 2021             ···
Replying to @jaymalecelebs
the underwear 😍
💬          ⟲          ♡ 1        ⬆

**celeb.piczz** @KitWALK02740027 · Jan 15, 2021          ···
Replying to @jaymalecelebs
am i wrong or is he pulling his pants even more down after he spotted the camera??
💬          ⟲          ♡          ⬆

**lucky napier** @thathornylad · Jan 14, 2021            ···
Replying to @jaymalecelebs
I wanna be his bitch boy so bad
💬          ⟲          ♡ 1        ⬆

**Big Daddy** @Trarj2 · Jan 14, 2021                     ···
Replying to @jaymalecelebs
Just a cock tease!
💬          ⟲          ♡          ⬆

Show more replies

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski                                             ···

---

🔍 Search Twitter

### Relevant people

**Male Celeb Hotties**                          **Follow**
@jaymalecelebs
Just a bi guy bringing you hot male celeb content to lust over! DM's are always open! Have fun! 😜 18+

### What's happening

NBA · 23 minutes ago
**Spurs at Lakers**

#Disenchanted 🧙‍♀️
Original movie now streaming
📺 Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, Disney                             ···

Trending in United States
**#AMAs** 🔥
4.69M Tweets                                             ···

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne                       ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.





You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more



https://twitter.com/AboutHerOFCL/status/1188976298307450240 __ at __ 2022-11-21 20:11:33 -08:00

← **Tweet**

 **About Her** ✓
@AboutHerOFCL

···

How to make ripped jeans look classy? Dress them up like Katie Holmes did.



5:30 PM · Oct 28, 2019 · Buffer

💬   🔁   ♡   ⬆

 Tweet your reply   Reply

## Navigation (sidebar)

🏠 Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

🗒 Lists

👤 Profile

⊙ More

**Tweet**

P **Perkowski Legal P.C.**
@c_perkowski   ···

🔍 Search Twitter

## Relevant people

 **About Her** ✓
@AboutHerOFCL   **Follow**

Inside untapped territory: Pulling back the curtain on Arab women who are defining cultural trends now.
#AboutHer

## What's happening

NBA · 45 minutes ago
**Trail Blazers at Bucks**



Entertainment · Trending   ···
**Died Suddenly**
56.7K Tweets

← Tweet



 **Clicky Sound**
@ClickySound                                                    ...

[clickysound.com/chrissy-teigen...](clickysound.com/chrissy-teigen) Chrissy Teigen soaks up the sun in Cabo, Rose McGowan has a new mystery man and more...



11:54 AM · Jul 6, 2020 · Clicky Sound

💬                🔁                ♡                

 Tweet your reply                              **Reply**

**Home**
**Explore**
🔔 **Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

 Search Twitter

**Relevant people**

 **Clicky Sound**     **Follow**
@ClickySound
Photography at its Best!

**What's happening**

NBA · LIVE
**Lakers at Suns**               

**#AvatarTheWayOfWater**📷
Get tickets now - In theaters December 16
📷 Promoted by Avatar

Trending in California
**Costco**                          ...
5,629 Tweets

Trending in United States
**Erection**                        ...
15.7K Tweets

Business and finance · Trending
**Virginia Walmart**                ...
10.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**  ...
@c_perkowski

← **Tweet**

Search Twitter

 **Türkçe**
@turkce                                    ...

Kim Kardashian ile Pete Davidson aşkının ilk karesi!:
Dört çocuğunun babası rapçi Kanye West ile boşanma
aşamasında olan reality show yıldızı Kim Kardashian,
komedyen Pete Davidson ile yeni bir aşka yelken açtı.
dlvr.it/SCs8NM #Türkçe #MagazinHaberleri #Magazin
Translate Tweet



11:57 PM · Nov 19, 2021 · dlvr.it

♡          ⇄          ♡          ⬆

 Tweet your reply                                    Reply

## Relevant people

 **Türkçe**                              Follow
@turkce
Gazete ve dergilerden Türkçe
Haberler, Son Dakika, Spor, Magazin,
Teknoloji, Sinema Haberleri. İletişim ve
iş birliği için: turkcemag@gmail.com

## What's happening

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**            

**#AvatarTheWayOfWater**📘
Get tickets now – In theaters December 16
📷 Promoted by Avatar

Entertainment · Trending                  ...
**Died Suddenly**
81.1K Tweets

Trending in United States                 ...
**El VAR**
57.3K Tweets

Trending in United States                 ...
**offsides**
9,109 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ...
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.    ...
@c_perkowski



Tweet



Search Twitter

**Relevant people**

SneakPeek
@SNEAKPEEKCA
Invite Only

Follow

**What's happening**

Television · 2 hours ago
The Walking Dead airing on AMC



#Disenchanted
Original movie now streaming
Promoted by Disney+

Trending in United States
Bob Iger
Trending with Chapek, Disney

Trending in United States
#AMAs

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

SneakPeek
@SNEAKPEEKCA

sneakpeek.ca/2019/02/birds-...



3:31 PM · Feb 2, 2019 · Twitter Web Client

1 Retweet   1 Like

 Tweet your reply

Reply



Perkowski Legal P.C.
@c_perkowski

— https://twitter.com/thenews_intl/status/1314904856314941448 — at — 2022-11-21 15:01:04 -08:00

🐦

Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

More

**Tweet**

← **Tweet**



THE NEWS **The News** ✓ ···
@thenews_intl

#MeghanMarkle's friend #KatharineMcPhee flaunts her growing baby bump for the first time

Details: thenews.com.pk/latest/727427-...

#TheNews

**Meghan Markle's friend Katharine McPhee**
**flaunts her growing baby bump for the first time**
THE NEWS
WWW.THENEWS.COM.PK

5:25 AM · Oct 10, 2020 · Twitter Web App

**1 Like**

💬                ⟲                ♡                ↑

  Tweet your reply                                    Reply

**Show more replies**

🔍 Search Twitter

**Relevant people**

THE NEWS  **The News** ✓   Follow
@thenews_intl

Where the conversations start. Follow us for special features, breaking news & in-depth analysis; more at thenews.com.pk | Instagram: thenewspak

**What's happening**

FIFA World Cup · 1 hour ago
**USA vs Wales**

Trending in United States        ···
**Tampax**
16.2K Tweets

Trending in United States        ···
**HOW IS THAT NOT A YELLOW**
1,280 Tweets

Trending in United States        ···
**Kareem Daniel**

Trending in United States        ···
**Trent Reznor**
9,448 Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

P  **Perkowski Legal P.C.**   ···
@c_perkowski

__ https://twitter.com/AndyVermaut/status/1245889761488970880 __ at __ 2022-11-20 18:08:13 -08:00 __

← **Tweet**





**Andy Vermaut**
@AndyVermaut

Leighton Meester Reveals Her Baby Bump as She Steps Out Alongside Adam Brody

eonline.com/news/1137121/l...



5:24 PM · Apr 2, 2020 · dlvr.it

Tweet your reply

Reply

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Search Twitter

**Relevant people**



**Andy Vermaut**
@AndyVermaut

Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

**What's happening**

NFL · 1 hour ago
**Cowboys at Vikings**

**#Disenchanted** 🔮
Original movie now streaming
▶ Promoted by Disney+

Music · Trending
**Kelly Rowland**
2,604 Tweets

Music · Trending
**CANYON MOON**
3,192 Tweets

Sports · Trending
**Kelce**
5,429 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/ScreenMixstatus/137992900314007142...al____2022-11-20 17:40:50, 08:00 7:20 sv0940 0440 4D2s   Document 1-4   Filed 12/30/22   Page 37 of 101   Page ID #277



← **Tweet**

**Hadid News Media**
@HadidNewsMedia

March 16: Bella, Jesse Jo and Ally out in Malibu.



5:27 PM · Mar 16, 2018 · Twitter for iPhone

13 Retweets   87 Likes

Tweet your reply                                    Reply

## Relevant people

**Hadid News Media**    Follow
@HadidNewsMedia
Your 1st & most reliable source on everything Gigi & Bella Hadid; since 2013. [@HadidNews]

## What's happening

Television · 3 hours ago
**The Walking Dead airing on AMC**

**#Disenchanted** 🧚
Original movie now streaming
Promoted by Disney+

Music · Trending
**harries**
4,571 Tweets

Trending in United States
**Bob Iger**
Trending with Chapek, Disney

Trending in California
**#Grandline2inSF**
3,351 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

Perkowski Legal P.C.
@c_perkowski

← Tweet



**Robert Littal BSO** ✔
@BSO

···

Julia Fox on Why She Doesn't Care That Kanye is Using Her to Try to Make Kim Kardashian Jealous Because Pete Davidson is in His House Eating His Snacks and Using His Account to Watch Netflix (Vids-Fox Thirst Traps) bit.ly/3tvEJnp



1:32 PM · Jan 15, 2022 · BSO Alert

**1** Retweet   **1** Quote Tweet   **9** Likes

💬          ⟲          ♡          ⬆

  Tweet your reply                    Reply

---

Search Twitter

## Relevant people

  **Robert Littal BSO** ✔                    Follow
@BSO

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

## What's happening

NFL · 4 hours ago
**49ers at Cardinals**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending          ···
**Died Suddenly**
Trending with World Premiere

Trending in California          ···
**Mexicans**
7,078 Tweets

Trending in United States          ···
**August Alsina**
Trending with Jada, #TheSurrealLife

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
··· More

**Tweet**

---

**Perkowski Legal P.C.** ···
@c_perkowski



Tweet

**Robert Littal BSO** ✓
@BSO

Details on Devin Booker and Kendall Jenner Living Together Post Bubble and Current RONA; Photos of Them Out and About Taking Care of Booker's Dog (Pics-Vids-IG) bit.ly/318Gjg6 via @BasketballguruD

10:02 PM · Aug 18, 2020 · BSO Alert

4 Retweets    4 Quote Tweets    4 Likes

Tweet your reply                              Reply

**Amylynn** @MissAmyLynn124 · Aug 19, 2020
Replying to @BSO and @BasketballGuruD
So wasn't this Jordyn woods ex? So no one can touch their ex's but they can date whoever they want?
                                          1

**Terry Woods** @TerryWoods702 · Aug 18, 2020
Replying to @BSO and @BasketballGuruD
Simp
                                          1

---

**Home**
**Explore**
**Notifications** 1
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**
**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

**Relevant people**

**Robert Littal BSO** ✓   Follow
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**The Daniel Bell©**   Follow
@BasketballGuruD
Thunder Beat Reporter For @BSO | Contributor for the @FranchiseOK | A lot of sports tweets | dbell3220@icloud.com

**What's happening**

FIFA World Cup · 3 hours ago
Argentina vs Saudi Arabia

#AvatarTheWayOfWater 🧜
Get tickets now - In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
105K Tweets

Trending in United States
**Argentina**
Trending with #FIFAWorldCup 🏆 , Herve Renard

Trending in United States
#السعودية_الأرجنتين
1.23M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/vishmidia/status/1439358800349177346 __ et __ 2022-11-22 03:43:33 -08:00

← **Tweet**

**Home**

**#** **Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

VI$H Mídia 🇧🇷
@vishmidia

**Rihanna e A$AP Rocky de rolê em Nova York** ❤️ 🙏🏼



3:40 PM · Sep 18, 2021 · Twitter for iPhone

**55** Retweets  **31** Quote Tweets  **842** Likes

Tweet your reply

**Reply**

**Big Sam** @Julio_ffc08 · Sep 18, 2021
Replying to @vishmidia
Casal estiloso da porra

1

**Wallace** @WallacNK · Sep 19, 2021
Replying to @Julio_ffc08 and @vishmidia
Verdade
.

This Tweet was deleted by the Tweet author. Learn more

**Wallace** @WallacNK · Sep 19, 2021
Replying to @_thecria @s0u24 and @vishmidia
kkkkkkkkk eu em todo role

Search Twitter

**Relevant people**

VI$H Mídia 🇧🇷
@vishmidia    Follow
Site de conteúdo subversivo | +
@vishsports Contato:
contato@vishmidia.com.br

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

#AvatarTheWayOfWater 🫐
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
83.2K Tweets

Trending in United States
**Argentina**
Trending with  Messi,  #ARGKSA

Trending in United States
**Tampax**
47K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

https://twitter.com/proxcinemente/status/1552044009446678530 __ at __ 2022-11-19 22:49:57 -08:00





← **Tweet**

**Bishop**
@BlindWanda

Hailee Steinfeld actually standing around waiting to Film a scene for Hawkeye in Atlanta, 21-02-2021

#Hawkeye #Disneyplus #Marvel #MarvelStudios

👤 Hailee Steinfeld and 2 others

3:16 PM · Feb 21, 2021 · Twitter Web App

**8** Retweets   **2** Quote Tweets   **89** Likes

Tweet your reply                                    Reply

### Search Twitter

**Relevant people**

**Bishop**
@BlindWanda                                  Follow
Lover of Marvel, DC, Star Wars, Comics, Hailee Steinfeld, BLACKPINK, and many other things ()

**Hailee Steinfeld** ✓
@HaileeSteinfeld                             Follow
haileesteinfeld.lnk.to/coast

**Marvel Studios** ✓
@MarvelStudios                               Follow
Marvel Studios' Black Panther: Wakanda Forever, now playing only in theaters. Get tickets now 🎟️

**What's happening**

NCAA Football · LIVE
**Illinois at Michigan**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Entertainment · Trending
**Tommyinnit**
10.5K Tweets

Trending in United States
**Messi**
335K Tweets

Sports · Trending
**Aggies**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



Perkowski Legal P.C.
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 1-4   Filed 12/30/22   Page 44 of 101   Page ID #:284

← **Tweet**

**Asshole Fucking|-/**
@drsy10WSbjZ3Sho

···

Сэм Уилсон: он что спиздил мой щит? Пиздим его, Баки

Translate Tweet



8:44 PM · Jan 21, 2020 · Twitter for Android

**7** Retweets  **446** Likes

💬    🔁    ♡    ⬆

---

🅿    Tweet your reply        **Reply**

---

💙**Stella_17**🏵 сыч пожилой🏵Slyt... @Stella_... · Jan 22, 2020
Replying to @drsy10WSbjZ3Sho
Это че за хер?

💬 1    🔁    ♡ 4    ⬆

**Anastasia** @Anastas90035355 · Aug 28, 2021
Replying to @Stella__17 and @drsy10WSbjZ3Sho
Джон Уокер, временно был Капитаном Америкой, а потом стал Агентом США (по канону комиксов)

💬    🔁    ♡    ⬆

**lakantachis** @dein_Teufel · Jan 25, 2020
Replying to @drsy10WSbjZ3Sho

💬    🔁    ♡    ⬆

**рест ◻️⚔️mi'dori | мистэр блю скай |** @daburru · Jan 21, 2020
Replying to @drsy10WSbjZ3Sho
все еще верю, что щит хоудет у Баки

💬 1    🔁    ♡ 3    ⬆

**знак зодиака-девственник** @hotClarkKent · Jan 21, 2020
Replying to @daburru and @drsy10WSbjZ3Sho
А чем Сэм плох?

💬    🔁    ♡ 6    ⬆

Show replies

**Фуфі**▮▯ 🇷🇺 @mcuismyreligion · Jan 22, 2020
Replying to @drsy10WSbjZ3Sho
Блять это кто

💬 1    🔁    ♡ 3    ⬆

**Anastasia** @Anastas90035355 · Aug 28, 2021
Replying to @mcuismyreligion and @drsy10WSbjZ3Sho
Джон Уокер, временно был Капитаном Америкой, а потом стал Агентом США (по канону комиксов)

💬    🔁    ♡    ⬆

**imiss** @p92dt · Jan 21, 2020
Replying to @drsy10WSbjZ3Sho
че за костюм лоха

💬    🔁    ♡ 8    ⬆

---

🔍 Search Twitter

**Relevant people**

**Asshole Fucking|-/**    **Follow**
@drsy10WSbjZ3Sho
я как Тони Старк только бездарь, нищеброд, одинокий бродяга любви, мизантроп

**What's happening**

FIFA World Cup · Last night
**England vs Iran**

Entertainment · Trending
**Died Suddenly**
37.1K Tweets

Trending in United States
**Chrisley**
7,906 Tweets

Trending in United States
**Vasy**
1,248 Tweets

Family drama · Trending
**#GTMcontest10**
Trending with #GIMOREtheMerrier

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

**Perkowski Legal P.C.**   ...
@c_perkowski

__ https://twitter.com/chrisevansfanuk/status/1588561555355885575 __ at __ 2022-11-22 23:17:48 -08:00 __

← **Tweet**

**Chris Evans fan page UK** 🇬🇧
@chrisevansfanuk

Thank you thetrashstache on Tumblr of Chris Evans on set of red one



8:59 AM · Nov 4, 2022 · Twitter for Android

**15** Retweets   **194** Likes

Tweet your reply

Reply

**Joan** @joans3627 · Nov 4
Replying to @chrisevansfanuk
Thank you! ❤️

**Relevant people**

**Chris Evans fan page ...** @chrisevansfanuk   Follow
Chris Evans fan page my name Vicki 🌷 age 32 🦋

**What's happening**

NBA · 1 hour ago
**Lakers at Suns**

**#AvatarTheWayOfWater** 🧜
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in United States
**Erection**
20.3K Tweets

Trending in California
**Costco**
6,020 Tweets

Business and finance · Trending
**Chesapeake**
40.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

___ https://twitter.com/ImexlIG/status/1544777905368174593 ___ at ___ 2022-11-21 20:56:05 -08:00

← **Tweet**

 الاحداث حول العالم | 🎙️
@ImexlIG

··· 

كانيي ويست في ماليبو اليوم.



1:18 PM · Jul 6, 2022 · Twitter for iPhone

**1** Retweet    **7** Likes

[reply box] Tweet your reply    **Reply**

$ 🅂y🄳 @Op20_9 · Jul 6
Replying to @ImexlIG and @_Tedium0

حرام بروحة

---

**Relevant people**

 الاحداث حول العالم | 🎙️    **Follow**
@ImexlIG

أجمل منصة ترفيهية لأخبار و احداث النجوم
والمشاهير حول العالم | الخاص للدعاية و
الإعلان

**What's happening**



NHL · LIVE
Senators at Sharks

Entertainment · Trending
**Died Suddenly**
61.3K Tweets

Trending in California
**Dodger Stadium**
10.1K Tweets

Trending in United States
**Jada**
7,500 Tweets

Bachelor in Paradise · Trending
**#BachelorInParadise** 🌹
Trending with Genevieve

**Show more**

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

__ https://twitter.com/alexromval/status/1430324800464039946 __ at __ 2022-11-20 08:24:43 -08:00 __



__ https://twitter.com/empirekendall/status/1285621923725090819 __ el __ 2022-11-21 15:21:55 -08:00

← **Tweet**

@empirekendall

Such a cute outfit



10:05 AM · Jul 21, 2020 · Twitter for iPhone

**42** Retweets   **2** Quote Tweets   **461** Likes

Tweet your reply                    Reply

ronmanley @ronmanley9 · Aug 14, 2020
Replying to @empirekendall
Love those legs!! 🎈

---

**Relevant people**

@empirekendall    Follow
all things kendall jenner • fan page

**What's happening**

NFL · Yesterday
Cowboys at Vikings

Sports · Trending
Mexico City
13.2K Tweets

Trending in United States
#JusticeForQuinton

Trending in United States
Hive
145K Tweets

Trending in United States
HOW IS THAT NOT A YELLOW
1,368 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

← **Tweet**

**FILM TRACK**
@filmseriefr                                          ...

Dakota Johnson photographiée sur le tournage du film #MadameWeb. 📸

Translate Tweet



1:44 AM · Aug 7, 2022 · Twitter for iPhone

**18** Retweets    **1** Quote Tweet    **71** Likes

Tweet your reply                              Reply

**Search Twitter**

**Relevant people**

**FILM TRACK**                    Follow
@filmseriefr

"Il était une fois le cinéma." ✨ — Retrouvez toutes les dernières informations sur le monde du cinéma.

**What's happening**

Television · 3 hours ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States                ...
**Jason David Frank**
1,431 Tweets

Trending in California                   ...
**Ecuador**
91.7K Tweets

Sports · Trending                        ...
**Chip Kelly**
1,081 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.    ...
@c_perkowski

← **Tweet**

🏠 **Home**

\# **Explore**

🔔 **Notifications** ①

✉ **Messages**

🔖 **Bookmarks**

☰ **Lists**

👤 **Profile**

••• **More**

**Tweet**

🔍 Search Twitter

**Don't Look Up News**
@DontLookUpNews                                    •••

Leonardo DiCaprio and Jennifer Lawrence on set in Boston, MA!

via Just Jared / BackGrid



11:59 AM · Jan 20, 2021 · Twitter Web App

**55** Retweets  **35** Quote Tweets  **528** Likes

💬   🔁   ♡   ⬆

P  Tweet your reply                              **Reply**

**marta 🏳️‍🌈 | VAI VER O LOUIS** @hioopzx · Jan 20, 2021
Replying to @DontLookUpNews
I want meryl contenttttt😭😭

💬 2   🔁   ♡ 2   ⬆

**Gretchen Keisner** @betchwithgretch · Jan 20, 2021
Replying to @hioopzx @lovingmeryls and @DontLookUpNews
If the leaked script I read is accurate, it looks like most of Meryls' scenes are indoors

💬   🔁   ♡   ⬆

**Jeanniel** @Jeanniel_77 · Jan 22, 2021
Replying to @DontLookUpNews
Ohh how I love his "old school" style······
😭❤️ #LeonardoDiCaprio

> 🏆 **Don't Look Up News** @DontLookUpNews · Jan 20, 2021
> Leonardo DiCaprio and Jennifer Lawrence on set in Boston, MA!
>
> via Just Jared / BackGrid
>
> [images]
>
> 💬   🔁   ♡ 1   ⬆

This Tweet was deleted by the Tweet author. Learn more

**MARI RANKS 💃✨** @YungPattawonski · Jan 20, 2021
Replying to @stephtoofunny and @DontLookUpNews
It kinda looks like by south station or around the downtown area

💬   🔁   ♡ 1   ⬆

---

**Perkowski Legal P.C.** •••
@c_perkowski

---

### Relevant people



**Don't Look Up News**
@DontLookUpNews                    **Follow**

Update account for #DontLookUp
(2021), dir. Adam McKay starring
Leonardo DiCaprio, Jennifer Lawrence,
Rob Morgan, and more! This account
is fan-run. 🚀

### What's happening

FIFA World Cup · LIVE
**USA vs Wales**

Trending in United States
**USA USA USA**
426K Tweets                          •••

Entertainment · Trending
**Julia Fox**
4,497 Tweets                         •••

Trending in United States
**National Anthem**
65K Tweets                           •••

Trending in United States
**Vamos USA**                        •••

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

__ https://twitter.com/turkce/status/1297145766645862407 __ at __ 2022-11-22 16:17:50 -08:00 __

← **Tweet**

 **Türkçe**
@turkce

···

Artık saklanmıyor: Podyum dünyasının aranılan modeli Kendall Jenner ile NBA yıldızı Devin Booker, paparazzilerden kaçmayı bıraktı. Arkadaşlarıyla akşam yemeği için buluşan ünlü çift, Malibu'da dördüncü kez objektiflere... dlvr.it/Rf7g7Q #Türkçe #MagazinHaberleri #Magazin

Translate Tweet



5:17 AM · Aug 22, 2020 · dlvr.it

**1** Like

## Left navigation

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

 **Perkowski Legal P.C.** ···
@c_perkowski

Search Twitter

### Relevant people

 **Türkçe** **Follow**
@turkce
Gazete ve dergilerden Türkçe Haberler, Son Dakika, Spor, Magazin, Teknoloji, Sinema Haberleri. İletişim ve iş birliği için: turkcemag@gmail.com

### What's happening

FIFA World Cup · Earlier today
**Mexico vs Poland**



**#AvatarTheWayOfWater**
Get tickets now – In theaters December 16
Promoted by Avatar

Celebrities · Trending
**Tom Hanks**
9,253 Tweets

Trending in United States
**Mbappe**
Trending with Dembele

Entertainment · Trending
**Marvel**
82.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/creamorscream/status/1363303107787182080 __ at __ 2022-11-20 22:00:20 -08:00 __

← **Tweet**

 **Bishop**
@BlindWanda                                    ...

Hailee Steinfeld On the Set of Hawkeye performing her own stunts in Atlanta 20-02-2021

#Hawkeye #MarvelStudios #DisneyPlus



5:42 PM · Feb 20, 2021 · Twitter Web App

**20** Retweets   **2** Quote Tweets   **73** Likes

○        ⟲        ♡        ⬆

 P        Tweet your reply                    Reply

---

**Q** Search Twitter

**Relevant people**

 **Bishop**                    Follow
@BlindWanda

Lover of Marvel, DC, Star Wars, Comics, Hailee Steinfeld, BLACKPINK, and many other things ()

**What's happening**

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**



**#Disenchanted** 🦹
Original movie now streaming
⊞ Promoted by Disney+

Trending in United States                    ...
**UCLA**
14.3K Tweets

Trending in United States                    ...
**#AMAs**🔥
Trending with soobin, yeonjun

Trending in United States                    ...
**Bob Iger**
Trending with Chapek, Disney

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**

**#** Explore

**🔔**¹ Notifications

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

P **Perkowski Legal P.C.**   ...
@c_perkowski

https://twitter.com/thehousedrew/status/1478367998016688131 __ et __ 2022-11-22 02:24:13 -08:00
2:22-cv-09462-DMG-ADS Document 1-4 Filed 12/30/22 Page 54 of 101 Page ID #:294

← **Tweet**

**Drew House**
@thehousedrew

···

HB x Drew House



6:09 AM · Jan 4, 2022 · Twitter for iPhone

**51** Retweets  **2** Quote Tweets  **776** Likes

---

Tweet your reply                                    Reply

**Hails my bitch😤 fan account** @onlybitchhails · Jan 4
Replying to @thehousedrew
Beautiful 😍😍😍😍😍😍

**Hails my bitch😤 fan account** @onlybitchhails · Jan 4
Replying to @thehousedrew and @MLima628
Queen 😍😍😍😍😍😍
1

**Hails my bitch😤 fan account** @onlybitchhails · Jan 4
Replying to @thehousedrew
😍😍😍😍😍😍😍😍

**mckenna** 🦋 @swiftlydinah · Jan 6
Replying to @thehousedrew
🥺🖤🖤🖤🖤

Perkowski Legal P.C.
@c_perkowski
···

**Relevant people**

**Drew House**    Follow
@thehousedrew
If you have any questions, contact at
whatsup@thehouseofdrew.com

**What's happening**

Sports · LIVE
**2022 FIFA World Cup**



#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
📣 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
79.5K Tweets

Trending in United States
**#ARGvsKSA**
1,674 Tweets

Only on Twitter · Trending
**Pablo Milanés**
61.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Search Twitter

← **Tweet**

Home

Explore

Notifications 1

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Robert Littal BSO** ✓
@BSO

⋯

### Kendall Jenner and Devin Booker Hit The Club With Drake (Pics-Vids-IG) bit.ly/2PKfRH4



10:56 PM · Apr 9, 2021 · BSO Alert

**3** Retweets   **4** Likes

💬   ⟲   ♡   ⬆

**Perkowski Legal P.C.** ⋯
@c_perkowski

**Tweet your reply**       **Reply**

**VERBAL KINT** @chefghubb21 · Apr 10, 2021
Replying to @BSO
Damn Book I know you seen this movie before

💬   ⟲   ♡ 1   ⬆

**Mr.Clean Face** @flyjetwayne · Apr 9, 2021
Replying to @BSO
NBA players lead the league in Recycling,  averaging 20 pts per kardashian.

💬   ⟲   ♡ 2   ⬆

🔍 Search Twitter

**Relevant people**

**Robert Littal BSO** ✓   Follow
@BSO
BSO is a Unique take on Sports & Ent;
Tweets by The Headline King Robert
Littal; IG: BSOTV; FB:
BlackSportsOnline; Keep That Same
Energy Podcast; #BLM; 💙 AML

**What's happening**

FIFA World Cup · 2 hours ago
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
⊡ Promoted by Avatar

Trending in United States   ⋯
**#السعودیه_الارجنتین#**
1.23M Tweets

Trending in United States   ⋯
**Argentina**
Trending with #FIFAWorldCup 🏆, Herve Renard

Trending in United States   ⋯
**Died Suddenly**
102K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

← **Tweet**



**TheGuidance**
@guidance_the

···

Just Jared compartió estas imágenes desde el set de #Spiderman3 donde podemos ver a Tom Holland con su nuevo traje y a su hermano, quien parece tendrá un cameo.

Translate Tweet



6:48 AM · Jan 17, 2021 · Twitter for iPhone

**1** Like

Tweet your reply

Reply

Q Search Twitter

**Relevant people**



**TheGuidance**
@guidance_the

Follow

Todo el contenido geek al alcance de tu mano. Noticias, análisis, cómics narrados, curiosidades, etc.

**What's happening**

NFL · 42 minutes ago
**Chiefs at Chargers**



**#Disenchanted** 🤩
Original movie now streaming
Promoted by Disney+

Trending in United States           ···
**Bob Iger**
Trending with  Chapek,  Disney

Music · Trending                     ···
**harries**
4,602 Tweets

Trending in United States           ···
**#TheWalkingDead**
Trending with  #TWDFinale,  Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**

**#** Explore

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

··· **More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski
···

_ https://twitter.com/harrymoonchild/status/1261229795976806401 _ at _ 2022-11-21 11:30:23 -08:00 _

← **Thread**



dee.
@harrymoonchild

···

I'm absolutely living for the 70's vibe the watermelon sugar music video is about to serve. Thank you Harry.



2:39 AM · May 15, 2020 · Twitter for Android

**215** Retweets   **15** Quote Tweets   **1,008** Likes

💬        🔁        🤍        ⬆️


Tweet your reply                                    Reply

dee. @harrymoonchild · May 15, 2020          ···
Replying to @harrymoonchild
@Harry_Styles You did that

💬        🔁        🤍  17        ⬆️

Perkowski Legal P.C.        ···
@c_perkowski

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

🔍 Search Twitter

### Relevant people

dee.                          Follow
@harrymoonchild

#harry: starry haze crystal ball 🔮🏖️ |
backup: @goldenfineline | ig:dishaxrai





### What's happening

FIFA World Cup · LIVE
**USA vs Wales**

The Real Housewives of Potomac · Trending        ···
**Robyn**
48.2K Tweets

Trending in United States        ···
**Brandy**
6,204 Tweets

Trending in California        ···
**Dodger Stadium**
14.1K Tweets

Sports · Trending        ···
**Charles Barkley**
5,277 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/SeriesUpdateFR/status/1388508205211398153 _ _ef__ 2022-11-22 12:14:02 -08:00
 Case 2:22-cv-09462-DMG-ADS Document 1-4 Filed 12/30/22 Page 58 of 101 Page ID #:298

← **Tweet**

**Infos Séries**
@SeriesUpdateFR                                    ···

### Iman Vellani sur le tournage de la série 'Ms. Marvel' de Disney+ 🎥

Translate Tweet



7:58 AM · May 1, 2021 · Twitter for Android

**37** Retweets   **9** Quote Tweets   **306** Likes

💬          🔁          ♡          ⬆

Ⓟ   Tweet your reply                          **Reply**

**piraterie** @nosheuresperdue · May 1, 2021
Replying to @SeriesUpdateFR
Kamala j'ai vraiment hâte de voir ça , ça vas être du lourd je pense

💬          🔁          ♡          ⬆

**💗🏴‍☠️Prince 7🏴‍☠️💗** @SR7SP · May 1, 2021
Replying to @SeriesUpdateFR
Le costume

[image of baby with pink hearts]

💬          🔁          ♡          ⬆

This Tweet was deleted by the Tweet author. Learn more

**Zag** 😴 @zague__ · May 1, 2021
Musulman et pakistanaise, ils vont faire un avc

💬          🔁          ♡ 1          ⬆

**Perkowski Legal P.C.**
@c_perkowski                ···

**Relevant people**

**Infos Séries**
@SeriesUpdateFR          **Follow**
Bienvenue sur votre premier compte
source français sur toutes vos séries,
films et plateformes de streaming
préférées. 📽️
seriesupdatefr@gmail.com

**What's happening**

FIFA World Cup · 2 hours ago
**Mexico vs Poland**          

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
📢 Promoted by Avatar

Trending in California          ···
**Mexico City**
19.5K Tweets

Trending in California          ···
**LAPD**
11.1K Tweets

Celebrities · Trending          ···
**Tom Hanks**
5,702 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/empirekendall/status/1374132221519527937 __ at __ 2022-11-22 13:59:19 -08:00 __
Case 2:22-cv-09462-DMG-ADS    Document 1-4    Filed 12/30/22    Page 59 of 101    Page ID #:299



Twitter

### Home

### Explore

### Notifications

### Messages

### Bookmarks

### Lists

### Profile

### More

**Tweet**

 @empirekendall

new york is always a treat for us



3:53 PM · Mar 22, 2021 · Twitter for iPhone

**76** Retweets  **1** Quote Tweet  **472** Likes

 Tweet your reply

Reply

**Perkowski Legal P.C.**
@c_perkowski

---

Search Twitter

**Relevant people**

 @empirekendall    Follow
all things kendall jenner • fan page

**What's happening**

FIFA World Cup · 4 hours ago
**Mexico vs Poland**



**#AvatarTheWayOfWater**
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California
**Mexicans**
19.7K Tweets

Trending in California
**Lucas**
152K Tweets

Celebrities · Trending
**Tom Hanks**
7,097 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.



# Home
# Explore
# Notifications
# Messages
# Bookmarks
# Lists
# Profile
# More

**Tweet**

rachel🦋
@canyonmoonblu

holy shit



7:51 PM · Aug 18, 2022 · Twitter for iPhone

**1,861** Retweets   **33** Quote Tweets   **16.2K** Likes

Tweet your reply                    Reply

p @biancopwhite · Aug 18
Replying to @canyonmoonblu
@AleeBeelucci

1                                        1

Alee Bel⭐ @AleeBeelucci · Aug 18
Replying to @biancopwhite and @canyonmoonblu



lynsi⁵⁶.* ⁷ᵐᵐᵐ @cherryhighharry · Aug 18
Replying to @canyonmoonblu
me too

A lives in Johnnys Place @chasingclowns · Aug 18
Replying to @canyonmoonblu
its giving

24

CC @kiwiwonderland1 · Aug 19
Replying to @canyonmoonblu
Where is that shirt from? 💀👏🏻

LAURA SAW LOU5S.* J🫶 @lauramartt91 · Aug 19
Replying to @canyonmoonblu
HEISHEREALLYIS

1

mary @maryall0580644 · Aug 18
Replying to @canyonmoonblu
My exact words

🌟STYLES94 🌟 @Stylesp941 · Aug 18
Replying to @canyonmoonblu
OH MY FUCKING GOSH

1

Mary Jones @MaryJon31529914 · Aug 19
Replying to @canyonmoonblu
I wear my sunglasses at night 😎❤️

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

ed @ed_montalbo · Aug 18
Replying to @cortesjaychris and @canyonmoonblu
potaca umuwi ka na uwu 🥺

1

Perkowski Legal P.C.
@c_perkowski

Search Twitter

**Relevant people**

rachel🦋
@canyonmoonblu          Follow
"lesbian flag emoji"

**What's happening**

FIFA World Cup · 6 minutes ago
England vs Iran

Family drama · Trending
#GIIMOREtheMerrier

Gaming · Trending
3DS Rainbow Road
Trending with Maple Treeway

Entertainment · Trending
Kang
46.8K Tweets

Trending in California
#BLACKPINK_WORLDTOUR
53.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.



← **Thread**

🔍 Search Twitter

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

≡ Lists

👤 Profile

⊙ More

**Tweet**

P Perkowski Legal P.C.
@c_perkowski

**ATENÇÃO GEEK | Mídia** @agfotosevideos · Dec 23, 2019
Fotos dos bastidores de #FalconAndWinterSoldier
📷 @thomas_polito

Media not displayed
This image has been removed in response to a report from the copyright holder.

Media not displayed
This image has been removed in response to a report from the copyright holder.

Media not displayed
This image has been removed in response to a report from the copyright holder.

Media not displayed
This image has been removed in response to a report from the copyright holder.

💬 1    ⟲ 1    ♡ 4    ⬆️

**ATENÇÃO GEEK | Mídia**
@agfotosevideos

+ fotos dos bastidores de #FalconAndWinterSoldier

2:41 PM · Dec 23, 2019 · Twitter for Android

1 Retweet    2 Likes

💬    ⟲    ♡    ⬆️

P   Tweet your reply                Reply

**Relevant people**

 **ATENÇÃO GEEK | Mídia** Follow
@agfotosevideos
Conta para fotos e vídeos dos bastidores do mundo do entretenimento. Conta oficial:
@atencaogeek

**What´s happening**

Television · 49 minutes ago
**The Walking Dead airing on AMC**

#Disenchanted 😵
Original movie now streaming
📀 Promoted by Disney+

Trending in United States
**#twdspoilers**
1,133 Tweets

Trending in United States

__ https://twitter.com/ddlovatoSpain/status/1290361701314048000 __ at __ 2022-11-21 14:24:57 -08:00 __



← **Tweet**

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**



**Demi Lovato Spain**
@ddlovatoSpain

Demi Lovato cenando con su prometido Max Ehrich en el Nobu Restaurant de Malibu.



11:59 AM · Aug 3, 2020 · Twitter for Android

**6** Retweets   **1** Quote Tweet   **69** Likes

  Tweet your reply

Reply

### Search Twitter

## Relevant people



**Demi Lovato Spain**
@ddlovatoSpain    Follow

Club de fans oficial y primera fuente de información de la artista Demi Lovato en España desde 2007 | Con apoyo de @UniversalSpain. - demilovatospain@gmail.com

## What's happening

FIFA World Cup · 53 minutes ago
**USA vs Wales**



Trending in United States
**Tampax**
12.7K Tweets

Sports · Trending
**Mexico City**
12.5K Tweets

Trending in United States
**Mr. Fierro**

Trending in United States
**Zimmerman**
17K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

  **Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**



**Dakotacandids**
@Dakotacandids                                    ...

## 20.07 | Novas fotos da Dakota no set de 'Madame Web' em Boston, Massachusetts #DakotaJohnson (2)



3:43 AM · Jul 26, 2022 · Twitter Web App

**4** Retweets   **1** Quote Tweet   **23** Likes


Tweet your reply                                    Reply

---

Q   Search Twitter

## Relevant people



**Dakotacandids**        Follow
@Dakotacandids

Neste perfil irei postar somente candids de Dakota Johnson. Para mais info, fotos e vídeos me sigam na conta principal: @Dakotashades | Fan Account

## What's happening

NFL · 2 hours ago
**Browns at Bills**



**#Disenchanted** 🧚
Original movie now streaming
▶ Promoted by Disney+

Trending in United States          ...
**UCLA**
30.8K Tweets

Sports · Trending                  ...
**Trenton Irwin**

Only on Twitter · Trending         ...
**Jason David Frank**
Trending with Power Rangers, Tommy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.        ...
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

https://twitter.com/tudomiley/status/1455861906652732039/... _al ___ 2022-1-22 02:03:13 -08:00
2:22-cv-09462-DMG-ADS    Document 1-4    Filed 12/30/22    Page 65 of 101    Page ID
#305

🔍 Search Twitter

⌂ Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
••• More

**Tweet**

---

**Tudo Miley | Fan Account**
@TudoMiley

Miley Cyrus com membros do grupo Måneskin em Hollywood ontem no desfile da Gucci.



4:37 AM · Nov 3, 2021 · Twitter for iPhone

**91** Retweets  **75** Quote Tweets  **745** Likes

💬   🔁   ♡   ⬆

Tweet your reply                        Reply

**Felipe** @felipittttebutt · Nov 3, 2021
Replying to @TudoMiley
Queria uma música com eles

a solidão me fez
emo gótica
vampira e rockeira

💬   🔁   ♡ 13   ⬆

**@rtdemonio** · Nov 3, 2021
Replying to @TudoMiley and @PortalManeskin
@alfansea
💬   🔁   ♡   ⬆

**står ♛ MOTOMAMI ÆOTY** @finestarline · Nov 3, 2021
Replying to @TudoMiley
PERFEITOS TM
💬   🔁   ♡   ⬆

**Ketlen** @Ketlen6094439 · Nov 3, 2021
Replying to @TudoMiley
Tem uma cárie no dente da menina ?
💬   🔁   ♡   ⬆

**mau** @MauCyrusMinaj · Nov 3, 2021
Replying to @TudoMiley
Amoo
💬   🔁   ♡   ⬆

**Portal Måneskin Brasil | Fansite** @PortalManeskin · Nov 3, 2021
Replying to @TudoMiley
e mandaram avisar:



ROCKSTAR CE NASCI
NON CE DIVENTI
GIF  ALT

💬   🔁   ♡ 13   ⬆

**Ju ¦ C •** @manestorchio · Nov 3, 2021
Replying to @TudoMiley
avisa que são eles adm

MAMAMIA

YOUTUBE.COM/MANESKINOFFICIAL

From Ju ¦ C •

💬   🔁   ♡ 3   ⬆

Show more replies

---

**Relevant people**

**Tudo Miley | Fan Acc...**
@TudoMiley                    Follow

Sua fonte da Miley Cyrus no Brasil l
Your Miley's source in Brazil. Fan
Account. @MediaTudoMiley
@TudoMileyBrasil l
equipetudomiley@gmail.com

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
80K Tweets

Trending in United States
**El VAR**
75K Tweets

Trending in California
**Mexicans**
7,229 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

Perkowski Legal P.C. •••
@c_perkowski

Perkowski Legal P.C.
@c_perkowski

← **Thread**

## Home
## Explore
## Notifications 1
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**



**Mundo Geek** @MundoGeekOF1 ···

VAZOU

**SAIU AS FOTOS DO TRAJE DO BESOURO AZUL E TÁ BONITO PRA KRLHO**

Translate Tweet



1:10 PM · May 25, 2022 · Twitter for Android

**1** Retweet   **4** Likes

Tweet your reply                    **Reply**

**Mundo Geek** @MundoGeekOF1 · May 25
Replying to @MundoGeekOF1
Olhem isso, tá muito foda pqp, esse traje tá literalmente impecável, tá cedo pra hypar o filme? Já tô prevendo bloquearem minha conta temporariamente dnv kkkkj

#bluebeetle

♥ 2

## Search Twitter

### Relevant people



**Mundo Geek**
@MundoGeekOF1                    **Follow**
Página com todas as últimas novidades do cinema, quadrinhos, games, animes, mangás, livros e algumas opiniões e textões. Gamertag: batnathan999

### What's happening

Television · 3 hours ago
**Last Week Tonight With John Oliver airing on HBO**

#Disenchanted 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States           ···
**Bob Iger**
Trending with Disney, Chapek

Trending in United States           ···
**#AMAs** 🏆
4.75M Tweets

Trending in United States           ···
**UCLA**
Trending with Oregon, Caleb Williams

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/dcfunited/status/1008767200679874562 __ at __ 2022-11-22 20:05:53 -08:00





← **Tweet**

## Left Sidebar

🐦

⌂ Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

---

**DC**
@DCFUnited

⋯

Close up Gal Gadot running thanks to cable system and filmed with skycam
#WW84 #WonderWoman1984 #WonderWoman84 #WonderWoman



10:43 AM · Jun 18, 2018 · Twitter for Android

**152** Retweets   **20** Quote Tweets   **506** Likes

💬   🔁   ♡   ⬆

---

🅿  Tweet your reply   **Reply**

---

**TKS** ☀ @satyr_krypt · Jun 18, 2018   ⋯
Replying to @DCFUnited and @_DCWorld
No delete these! I've never seen Gal frustrated or in distraught! I've only seen her smiling or smoldering 😂

💬   🔁   ♡   ⬆

---

Perkowski Legal P.C.
@c_perkowski   ⋯

**Indie Comics Showcase** @indie_comics · Jun 18, 2018   ⋯
Replying to @DCFUnited
It looks like a nice mix of the Classic & The New 52 Costume, Which I think would make it the Rebirth Costume.

💬   🔁   ♡ 4   ⬆

---

## Right Sidebar

🔍 Search Twitter

### Relevant people



**DC**
@DCFUnited   **Follow**
#RestoreTheSnyderVerse #ReleaseTheAyerCut

### What's happening

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater**🧿
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Trending in United States   ⋯
**RIP Harold**

Sports · Trending   ⋯
**Anthony Davis**
2,720 Tweets

Trending in California   ⋯
**Hooters**
8,456 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

← **Thread**

**Dakota Johnson Argentina**
@DakoholicsArg    ···

Dakota fue fotografiada anoche (6/10) durante las grabaciones de #MadameWeb en Boston! #DakotaJohnson



7:53 AM · Oct 7, 2022 · Twitter for iPhone

8 Retweets    1 Quote Tweet    46 Likes

💬          ⟲          ♡          ↑

[P]    Tweet your reply                    Reply

**Dakota Johnson Argentina** @DakoholicsArg · Oct 7    ···
Replying to @DakoholicsArg
📸: @dakotajohnsonpt

💬          ⟲          ♡ 6          ↑

---

**Relevant people**

**Dakota Johnson Arge...**    Follow
@DakoholicsArg
Tu mejor y más actualizada fuente de noticias e informacion sobre la actriz, modelo, activista, productora y directora Dakota Johnson en Argentina.

**What's happening**

Television · 1 hour ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead on Uber Reserve
▶ Promoted by Uber

Trending in United States
**HE'S BACK**
143K Tweets    ···

Sports · Trending
**Pasadena**
1,522 Tweets    ···

Music · Trending
**Elton John**
4,855 Tweets    ···

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

🔍 Search Twitter

- 🏠 Home
- #️⃣ Explore
- 🔔 Notifications
- ✉️ Messages
- 🔖 Bookmarks
- ☰ Lists
- 👤 Profile
- ⋯ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski    ···

https://twitter.com/bso/status/1488031048832126979 __ et __ 2022-11-22 00:37:01 -08:00

← **Tweet**

**Robert Littal BSO** ✔
@BSO

Kim Kardashian on How Happy She Is That Pete Davidson Doesn't Mind She Wears Sweats and Doesn't Have to Worry About Kanye Dressing Her Anymore; Ye Says They Need to Stop Talking Like Will and Jada About Their Relationship (Vids-Pics) bit.ly/3fZCCAd



9:39 AM · Jan 25, 2022 · BSO Alert

**1** Retweet   **5** Quote Tweets   **13** Likes

Tweet your reply                                    Reply

🇧🇸 **Slim.Bahamian** 🇧🇸 @__SlimWriter__ · Jan 25
Replying to @BSO
So is her still wearing yeezys ...Ye dressing her?

♡ 1

**Sheebs Unfiltered** @SheebsU · Feb 2
Replying to @BSO
Those are not sweats.. Those are Kanye inspired pants..

**Kevin Standart** 🦅 @kstand40 · Jan 25
Replying to @BSO

GIF  ALT

---

**Relevant people**

**Robert Littal BSO** ✔          Follow
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**What's happening**

NFL · 4 hours ago
**49ers at Cardinals**

#AvatarTheWayOfWater 🧑
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
7,054 Tweets

Trending in United States
**August Alsina**
Trending with Jada, #TheSurrealLife

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/TheGeekyCast/status/1578209719390388224 __ol __ 2022-11-22 23:02:31-08:00
Case 2:22-cv-09462-DMG-ADS Document 1-4 Filed 12/30/22 Page 70 of 101 Page ID #:310

**The GeekyCast** 🎙️ ✓
@thegeekycast

Hear me out.... What if it's a stand in for kraven.... And he has the symbiote....



7:24 PM · Oct 6, 2022 · Twitter for iPhone

**4** Retweets   **66** Likes

Tweet your reply                      **Reply**

**Toons** @NotMrCartoon · Oct 8
Replying to @thegeekycast
Here's a theory .. It's Kaine from another universe
💬 1

**The GeekyCast** 🎙️ ✓ @thegeekycast · Oct 8
Replying to @NotMrCartoon
Would be awesome

**Cruz_Control** @lawilsada · Oct 6
Replying to @thegeekycast
Interesting
♡ 1

**RobertCinema** @robert_cinema · Oct 6
Replying to @thegeekycast
Idk, I'll be insane and guess Knull.
♡ 1

**Nathan Drake For Multiversus** @NathanForMVS · Oct 8
Replying to @thegeekycast
Ezekiel Simms
♡ 1

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Perkowski Legal P.C.
@c_perkowski

**Relevant people**

**The GeekyCast** 🎙️ ✓
@thegeekycast                        **Follow**
Debunking Rumors regarding comics, movies and more. You post them and we provide the receipts. Just Business / Not a Scooper

**What's happening**

Sports · LIVE
Happy birthday, Navdeep Saini 🎂

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in United States
**Erection**
19.7K Tweets

Trending in California
**Costco**
5,929 Tweets

News · Trending
**Tucker Carlson**
43.11K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More —
© 2022 Twitter, Inc.

← **Tweet**

**Nos Trends BRASIL** 🇧🇷
@nostrendsbrasil

···

Olivia - Harry Styles e Olivia Wilde aparecem de mãos dadas em casamento. Fãs repercutem.

Translate Tweet



11:22 AM · Jan 4, 2021 · Twitter for Android

**2** Quote Tweets    **23** Likes

💬    🔁    ♡    ⬆️

---

🅿️    Tweet your reply                    Reply

**madu** 🏳️‍🌈 @maddu_lameira · Jan 4, 2021    ···
Replying to @nostrendsbrasil
@anafurianpontes MDS E A DO FILME

💬    🔁    ♡    ⬆️

**Isaac Jamil** @jamilicious9 · Jan 4, 2021    ···
Replying to @nostrendsbrasil
Nem sabia que eles tavam juntos

💬    🔁    ♡    ⬆️

---

🔍 Search Twitter

**Relevant people**

 **Nos Trends BRASIL** 🇧🇷    Follow
@nostrendsbrasil

Siga-nos e saiba o que está acontecendo #nostrendsbrasil. Não temos nenhum envolvimento com a rede social, nem somos remunerados. Postamos para informar!

**What's happening**

FIFA World Cup · 3 hours ago
**England vs Iran**    

Entertainment · Trending    ···
**Julia Fox**
4,574 Tweets

Trending in United States    ···
**USA USA USA**
432K Tweets

Trending in United States    ···
**National Anthem**
65.2K Tweets

Music · Trending    ···
**Ciara**
10.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**

**#** Explore

🔔 **Notifications**

✉️ **Messages**

🔖 **Bookmarks**

**Lists**

👤 **Profile**

⊙ **More**

**Tweet**

🅿️ **Perkowski Legal P.C.**    ···
@c_perkowski

— https://twitter.com/tender_DMJ/status/1131329107847991299 — at — 2022-11-19 12:00:11 -08:00

← **Tweet**

 **DAKOTA** 💜💙
@tender_DMJ

···

You deserve everything and more ILYSM ❤️



3:40 PM · May 22, 2019 · Twitter for iPhone

**13** Likes

💬          ⟲          ♡          ⬆️

 Tweet your reply                    Reply

---

Q Search Twitter

**Relevant people**

 **DAKOTA** 💜💙          Follow
@tender_DMJ

Dakota Johnson is the meaning of
perfection and of course the love of
my life ❤️

**What's happening**

Formula 1 · Starts tomorrow          
**Abu Dhabi Grand Prix 2022**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
▶️ Promoted by Uber

---

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

Ⓟ **Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**



**Foochia - فوشيا** ✓
@foochia

صوفي تيرنر تحاول إخفاء حملها من خلال ارتداء قميص
فضفاض

#فوشيا #صوفي_تيرنر #sophieturner# #celebritynews
#hollywoodstars

Translate Tweet



6:57 AM · May 10, 2020 · Hootsuite Inc.

**1** Retweet   **1** Like

Tweet your reply

Reply

## Relevant people



**Foochia - فوشيا** ✓
@foochia

Follow

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

## What's happening

NFL · 4 hours ago
**Eagles at Colts**

**#Disenchanted** 
Original movie now streaming
Promoted by Disney+

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers

Trending in United States
**Auburn**
10.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**


**Perkowski Legal P.C.**
@c_perkowski

Search Twitter

___ https://twitter.com/MileysCyrusNews/status/1351319529930936320 ___ et ___ 2022-11-21 13:00:30 -08:00 ___

Tweet

Miley Cyrus News
@MileysCyrusNews

···

Miley filming something in Malibu, today. 👁️



4:04 PM · Jan 18, 2021 · Twitter for iPhone

25 Retweets   219 Likes

Tweet your reply

Reply

Erwin Bertrand @ErwinBertrand · Jan 18, 2021
Replying to @MileysCyrusNews
youtube.com/watch?v=aQ53_y...

1    1

nait 👑 @reputalipa · Jan 18, 2021
Replying to @MileysCyrusNews
Plastic Heart mv wbk

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Perkowski Legal P.C.
@c_perkowski

···

Search Twitter

**Relevant people**

Miley Cyrus News
@MileysCyrusNews
FAN ACCOUNT

Follow

**What's happening**

FIFA World Cup · LIVE
USA vs Wales

Trending in United States
Jordan Morris
Trending with Reyna

···

Trending in United States
1-0 USA
19.7K Tweets

···

Trending in United States
HOW IS THAT NOT A YELLOW

···

Trending in United States
Zimmerman
13.3K Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Thread**

**Bishop**
@BlindWanda

Iman Vellani seen on the set of Ms. Marvel suited up in Atlanta, 01-05-2021

#Marvel #MsMarvel #DisneyPlus

1/2

8 Pics

7:55 AM · May 1, 2021 · Twitter Web App

232 Retweets   114 Quote Tweets   1,264 Likes

Tweet your reply    Reply

**Bishop** @BlindWanda · May 1, 2021
Replying to @BlindWanda
Iman Vellani seen on the set of Ms. Marvel suited up in Atlanta, 01-05-2021

#Marvel #MsMarvel #DisneyPlus

2/2

8 Pics

6    54    274

**Maverick** @Code_name_Comet · May 1, 2021
Replying to @BlindWanda and @CreamOrScream
Isn't she a bit fat for the role ??😂
2

**@speghattipeste** · May 1, 2021
Replying to @BlindWanda and @CreamOrScream
my ONLY issue with the costume is i wish they would've either kept her blue boots from the comics or given her blue hightops instead of red lows.
1    2

**(っ°ヮ°)っ im bothered** 📓✏️ (☞ﾟヮﾟ)☞... @im_bothe... · May 1, 2021
Replying to @BlindWanda and @CreamOrScream
girl the movie hasnt even come out and i'd already die for her like look at her fiddling with her fingers. ❤️
2    8

**Clinical D. Brendon** @ClinicalBrendon · May 1, 2021
Replying to @im_bothered and @CreamOrScream
Show but still
4

**limes** @LushlyLemons · May 1, 2021
Replying to @BlindWanda and @CreamOrScream
Never thought I'd see someone like myself as a superhero in Marvel universe. Just hope they don't ruin it with weird misrepresentations like Netflix or I'll be really disappointed
1    1

**@speghattipeste** · May 1, 2021
Replying to @LushlyLemons and @CreamOrScream
I don't think they will if they stay true to the comics. They're a fantastic read and she honestly great character who actually feels like a real teen.
2

**Ryan** @marvelnews_plyp · May 1, 2021
Replying to @BlindWanda and @CreamOrScream
AAAAA BEAUTIFUL
1

**Moonspider** @MoonArachnid · May 1, 2021
Replying to @BlindWanda and @CreamOrScream
What is it with Marvel giving us more comic accurate suits lately? That looks awesome!
1    98

**Super Human Strength!** 💪🤩 @MightyMarvelUni · May 1, 2021
Replying to @MoonArachnid and @CreamOrScream
I absolutely agree! They're hitting their mark with these new batch of costumes. So good. 👏👏👏 #MsMarvel⚡

GIF   ALT   **THIS IS THE BEST!**

12

**Kelvin Rachild.** @kelvinrachid · May 1, 2021
Replying to @BlindWanda and @CreamOrScream
@LuisNieves_29

**Kelvin Rachild.** @kelvinrachid · May 1, 2021
Replying to @BlindWanda and @CreamOrScream
@MaferValdesB

**cheap chip** @chipmunkmerah · May 1, 2021
Replying to @BlindWanda and @CreamOrScream
another comic accurate! 👏🙏 @tutandududu
1    11

**Tatan** @tatandududu · May 1, 2021
Replying to @chipmunkmerah and @CreamOrScream
Aing kira hailee steinfeld dong :(

**Jefrey chavarria** @JefreyChavarria · May 1, 2021
Replying to @BlindWanda and @CreamOrScream
@QuidVacuo

**Relevant people**

**Bishop** @BlindWanda   Follow
Lover of Marvel, DC, Star Wars, Comics, Hailee Steinfeld, BLACKPINK, and many other things 🩰

**What's happening**

FIFA World Cup · 3 hours ago
Mexico vs Poland

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
🎬 Promoted by Avatar

Trending in California
LAPD
12.1K Tweets

Only on Twitter · Trending
#MHA374
Trending with #MHASpoilers

Trending in California
Lucas
140K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@_perkowski

https://twitter.com/doctorfan06/status/1580736511011479552 __el__ 2022-11-20 13:30:02 -0800

← **Tweet**

### Relevant people

doctorfan06
@doctorfan06    **Follow**

**doctorfan06**
@doctorfan06    ···

Chris is trending (as expected and rightfully so) here in Australia as he starts filming Red One 😃

#ChrisEvans

#RedOne



6:45 PM · Oct 13, 2022 · Twitter Web App

**1** Retweet    **33** Likes

P  Tweet your reply    **Reply**

This Tweet is from an account that no longer exists. Learn more

**doctorfan06** @doctorfan06 · Oct 14    ···
Replying to @aussiemum80
I think my original message didn't come through, so i'll do this instead

sending virtual hug

loading...

GIF ALT

💬 1    ↻    ♡    ⬆

Show replies

### What's happening

Formula 1 · This evening
**Abu Dhabi Grand Prix 2022**



**#Disenchanted** 🪄
Original movie now streaming
▶ Promoted by Disney+

Trending in California    ···
**Rest In Peace**
54.3K Tweets

Sports · Trending    ···
**Fields**
Trending with  Falcons, Bears

Only on Twitter · Trending    ···
**Rest in Power**
25K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.    ···
@c_perkowski





## Tweet



**Freetime**
@BookingFreetime

···

### Tom Holland et Zendaya à Boston



3:28 AM · Apr 26, 2022 · Twitter Web App

**1** Retweet   **7** Likes

Tweet your reply

**Reply**

### Relevant people



**Freetime**
@BookingFreetime

**Follow**

Freetime est une page d'information du cinéma, du divertissement, des séries et plateformes de streaming du moment et à venir.

### What's happening

NFL · Yesterday
**Lions at Giants**

Trending in United States
**UCLA**
11.5K Tweets

···

Adult animation · Trending
**#rickandmorty** 🧪
1,635 Tweets

···

Music · Trending
**Lionel Richie**
3,849 Tweets

···

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**
@c_perkowski   ···

— https://twitter.com/CinematizandoOf/status/1385255660443062950 __ at __ 2022-11-20 10:14:37 -08:00 __



**Home**

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



← **Tweet**



**Cinematizando**
@CinematizandoOf

···

Imagem da gravações de Sonic 2.

Feliz por ver o Tails e Knuckles.

#Sonic 🦔 #Tails #Knuckles #SonicTheHedgehog2 #Sonic2

Translate Tweet



8:34 AM · Apr 22, 2021 · Twitter Web App

**4** Likes



 Tweet your reply                     Reply



Q Search Twitter

**Relevant people**



**Cinematizando**
@CinematizandoOf            Follow

**What's happening**



FIFA World Cup · 2 hours ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Politics · Trending
**#MassShooting**
3,974 Tweets

Entertainment · Trending
**Morgan Freeman**
165K Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with First Kevin Conroy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**   ···
@c_perkowski

← **Tweet**

**jordyn**
@rauhlshearts

···

justin's hair is so long



1:33 PM · Jan 14, 2021 · Twitter for iPhone

1 Retweet    16 Likes

💬        ⇄        ♡        ⬆️

🅿️  Tweet your reply                    Reply

**Perkowski Legal P.C.**
@c_perkowski                ···

**k&l⁷** @jdrewxbts · Jan 14, 2021        ···
Replying to @rauhlshearts
yessss but love it tho

💬        ⇄        ♡  1        ⬆️

---

**Relevant people**

**jordyn**          Follow
@rauhlshearts
fan account

**What's happening**

Television · LIVE
**Bachelor in Paradise airing on ABC**

#AvatarTheWayOfWater🧜
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States        ···
**RIP Harold**

Bachelor in Paradise · Trending        ···
**#bachelorinparadiseabc** 🌹
Trending with Victoria

Politics · Trending        ···
**Fauci**
181K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/SourceJohnson/status/1551833886815525377 __ at __ 2022-11-20 20:06:51 -08:00

← **Thread**

🔍 Search Twitter

**Dakota Johnson Source**
@SourceJohnson

···

July 20th, Dakota was seen filming Madame Web in Boston! ❄️
#DakotaJohnson {1}



👤 Dakota Johnson Portugal

12:36 AM · Jul 26, 2022 · Twitter for iPhone

**11** Retweets   **64** Likes

💬   ⟳   ♡   ⬆️

P   Tweet your reply                    Reply

**Dakota Johnson Source** @SourceJohnson · Jul 26
Replying to @SourceJohnson
July 20th, Dakota was seen filming Madame Web in Boston! ❄️
#DakotaJohnson {2}



Dakota Johnson Portugal

💬 1    ⟳ 2    ♡ 13    ⬆️

P   **Perkowski Legal P.C.**    ···
@c_perkowski

---

## Relevant people

**Dakota Johnson Source**    Follow
@SourceJohnson
Page for All News and Updates On Dakota Johnson, Credits To Respectful Owners. Currently in post production - Madame Web

**Dakota Johnson P...** ✔️   Follow
@dakotajohnsonpt
A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📸: @DJPTMidias | Fã-Clube.

## What's happening

NBA · LIVE
**Spurs at Lakers**



#Disenchanted 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, #Disney

···

Trending in United States
**Heisman**
5,824 Tweets

···

Trending in United States
**#AMAs** 🔥
Trending with soobin, yeonjun

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
Lists
👤 Profile
⊙ More

**Tweet**

— https://twitter.com/byabooks/status/1580683663078936577 __ at __ 2022-11-22 23:48:23 -0800

← **Tweet**

bya | 📖
@byabooks

⋯

era só uma sentada no chris evans pra depressão ir embora

Translate Tweet



3:15 PM · Oct 13, 2022 · Twitter for iPhone

**7** Retweets    **25** Likes

💬        🔁        ♡        ⬆️

Ⓟ    Tweet your reply                    Reply

spidey. | 📖: Com Sangue @laufeyvomite · Oct 13
Replying to @byabooks
eu sentava em todos os Chris da marvel

💬 1        🔁        ♡        ⬆️

bya | 📖 @byabooks · Oct 13
Replying to @laufeyvomite
só homem gostoso PQP

💬        🔁        ♡        ⬆️

## Left sidebar
🐦

Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

Lists

👤 Profile

More

**Tweet**

Ⓟ Perkowski Legal P.C.
@c_perkowski
⋯

## Right sidebar
🔍 Search Twitter

**Relevant people**

bya | 📖
@byabooks                Follow
eu e os irmãos winchester cantando one direction • multifandom 🗡️Ψ ⊙ • she/her

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

#AvatarTheWayOfWater🗣️
Get tickets now - In theaters December 16
📺 Promoted by Avatar

Business and finance · Trending
**#massshooting**
1,392 Tweets                    ⋯

Trending in California
**Costco**
6,154 Tweets                    ⋯

Trending in United States
**Erection**
21.4K Tweets                    ⋯

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

**Tweet**

**AP** ✓
@altapeli

···

Jennifer López y Ben Affleck tuvieron su segunda boda en Georgia. #Bennifer #BenniferWedding

Translate Tweet



1:08 PM · Aug 21, 2022 · Twitter Web App

**14** Retweets   **1** Quote Tweet   **77** Likes

Tweet your reply                          Reply

**Gonzalo Marina** @gonza_marina · Aug 21    ···
Replying to @altapeli
Con lo que cuesta hacer un casamiento 👰

1

**Vera**👩 @VeraNessa0 · Aug 21    ···
Replying to @altapeli
Bennifer más juntos que nunca!!!!

**debora argüello** @elodiabuckley · Aug 21    ···
Replying to @altapeli
Todos de blanco👰

1

**Montevideo Foodie** @mvd_foodie · Aug 21    ···
Replying to @altapeli
...yo vengo a ofrecer mi corazón...

---

Search Twitter

**Relevant people**

**AP** ✓
@altapeli                            Follow
Cuenta oficial de AltaPeli.com - Cine / Series / Críticas / Noticias / Videojuegos

**What's happening**

FIFA World Cup · 2 hours ago
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 🪄
Original movie now streaming
▶ Promoted by Disney+

Entertainment · Trending    ···
**Morgan Freeman**
166K Tweets

Only on Twitter · Trending    ···
**Rest in Power**
12.5K Tweets

Trending in California    ···
**Shakira**
104K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Perkowski Legal P.C.**
@c_perkowski

**Tweet**

Tae12
@tylere2006

Selena in a suit is sexy



4:38 PM · Apr 25, 2020 · Twitter for iPhone

14 Retweets   157 Likes

Tweet your reply                    Reply

brad @brad41836766 · Apr 26, 2020
Replying to @tylere2006
Yes

Alex Severinski @SevyTronPrime84 · Apr 25, 2020
Replying to @tylere2006
Selena in anything is sexy.

Zachary (Zac) Brooks @Zac_man1123 · Apr 25, 2020
Replying to @SevyTronPrime84 and @tylere2006

GIF

**Relevant people**

Tae12
@tylere2006                    Follow
Just a guy tweeting pics of beautiful women

**What's happening**

NBA · LIVE
Kings at Grizzlies



#AvatarTheWayOfWater
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in United States
RIP Harold

Competition shows · Trending
Kique

Competition shows · Trending
Devix
1,093 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

— https://twitter.com/nanfixus/status/1553049777859969026 __ at __ 2022-11-20 09:17:50 -08:00 __

# Tweet

← 

↻ @nanfixus Retweeted



**Hablemos De …**
@Hoy_Hablemos_De                                    …

#DakotaJohnson en el set de #MadameWeb.

Llegará a cines el 6 de octubre de 2023.




8:59 AM · Jul 29, 2022 · Twitter for Android

**5** Retweets   **23** Likes

💬                        ♡        ⬆



Tweet your reply                                    **Reply**

## Relevant people

@nanfixus
@nanfixus                                    **Follow**

DJ Fan 🎖 Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🇦🇷

**Hablemos De …**
@Hoy_Hablemos_De                                    **Follow**

Un proyecto, una plática y uno que
otro dato interesante.

## What's happening

FIFA World Cup · 1 hour ago
**World Cup Qatar 2022: Opening
Ceremony**                                    

**#Disenchanted** 😍
Original movie now streaming
▶ Promoted by Disney+                        

Only on Twitter · Trending                    …
**#RIPLEGEND**
3,282 Tweets

Entertainment · Trending                    …
**Morgan Freeman**
148K Tweets

Only on Twitter · Trending                    …
**Jason David Frank**
Trending with Power Rangers, Tommy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications   ①
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

**Tweet**


**Perkowski Legal P.C.**   …
@c_perkowski

🔍 Search Twitter

https://twitter.com/creamorscream/status/1363018009852620803 __el __2022-11-19 21:29:13 -08:00



← **Thread**





🔍 Search Twitter

**Bishop**
@BlindWanda                                    ⋯

Hailee Steinfeld standing around waiting to Film scenes for Hawkeye in Atlanta, 21-02-2021

1/2

#Hawkeye #Marvel #Disneyplus



2:34 PM · Feb 21, 2021 · Twitter Web App

55 Retweets   11 Quote Tweets   298 Likes

💬          🔁          ♡          ⬆️

🅿️  Tweet your reply                        **Reply**

**Bishop** @BlindWanda · Feb 21, 2021              ⋯
Replying to @BlindWanda
Hailee Steinfeld standing around waiting to Film scenes for Hawkeye in Atlanta, 21-02-2021

2/2

#Hawkeye #Marvel #Disneyplus



💬          🔁 25          ♡ 94          ⬆️

**dinopesto** @dinopesto · Feb 21, 2021            ⋯
Replying to @BlindWanda and @CreamOrScream
Look at those precious smiles 😍

💬          🔁          ♡ 1          ⬆️

**Alex** @Alex_Chatman · Feb 21, 2021              ⋯
Replying to @BlindWanda and @CreamOrScream
Hailee being chill 😍🙌

💬          🔁          ♡          ⬆️

## Relevant people

**Bishop**                                    **Follow**
@BlindWanda
Lover of Marvel, DC, Star Wars, Comics, Hailee Steinfeld, BLACKPINK, and many other things ()

## What's happening

Television · 1 hour ago
**Saturday Night Live airing on NBC**                                    

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States            ⋯
**#DreamersbyJungkook**
Trending with #FIFAWorldCup 🏆

Music · Trending
**JISOO**
Trending with #BLACKPINK', Camila

Sports · Trending                      ⋯
**Pasadena**
1,544 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

**Tweet**



**Perkowski Legal P.C.**            ⋯
@c_perkowski

__ https://twitter.com/filmnewsPL/status/1334281478532984832 __ at __ 2022-11-20 20:35:55 -08:00 __

← **Tweet**

**Film News**
@filmnewsPL

···

Harry Styles na planie filmu #DontWorryDarling



3:41 PM · Dec 2, 2020 · Twitter for Android

**10** Likes

💬        ⟲        ♡        ⬆

P  Tweet your reply                    Reply

---

## Sidebar

**Search Twitter**

### Relevant people

**Film News**
@filmnewsPL                    Follow

🎥 najnowsze wiadomości filmowe - kino polskie i zagraniczne, popularne i niezależne 🍿 kontakt: filmnewspl@gmail.com

### What's happening

NCAA Men's Basketball · Earlier today
**Explorers at Hoyas**

**#Disenchanted** 💇‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                    ···
**Bob Iger**
Trending with Chapek, Disney

Trending in United States                    ···
**#AMAs** 🔥
Trending with soobin, yeonjun

Trending in United States                    ···
**#dantherizzler**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

### Left navigation

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

P  Perkowski Legal P.C.  ···
@c_perkowski

— https://twitter.com/1dsfamily/status/1222605953444589571 __ et __ 2022-11-22 17:42:37 -08:00

← **Tweet**

Q Search Twitter

**Relevant people**

🏠 Home

# Explore

🔔 Notifications 1

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**



**Respaldo HSA**
@HarrySArgentina   ···

(6) Harry grabando el video de "Watermelon Sugar" en la playa 😍 👌

Ⓒa quien corresponda

Translate Tweet



11:42 AM · Jan 29, 2020 · Twitter for Android

7 Retweets   2 Quote Tweets   79 Likes

💬          ⇄          ♡          ⬆

P   Tweet your reply                    Reply

L91 VI A LOUIS 🇦🇷 **#FaithInTheFuture** @LZUSAN1 · Jan 29, 2020
Replying to @HarrySArgentina and @1DAFamily
😍❤️

💬          ⇄          ♡          ⬆

**Respaldo HSA**
@HarrySArgentina      Follow

Fan Page | Updates del actor y cantante ganador de un Grammy @Harry_Styles en Argentina. • Fan Account. ¡Cuenta de respaldo de @HarryArgentina!

**What's happening**

NBA · LIVE
Kings at Grizzlies



**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in United States
**#WinterizeASongOrBand**      ···

Sports · Trending                  ···
**Ronaldo**
Trending with Glazers

Entertainment · Trending           ···
**Jane Lynch**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski      ···

https://twitter.com/search/word/%status%147992125577355972 2022-11-02 02:27:27 -00:00
Document 1-4 Filed 12/30/22 Page 89 of 101 Page ID
#329



← **Tweet**

**CHRIS EVANS FAN** 💙 🇧🇷 **| Fã site**
@cevansnation41
...

📷 | 13/010

## Chris Evans durante o set de #RedOne



1:06 PM · Oct 13, 2022 · Twitter for iPhone

**10** Likes

Tweet your reply

Reply

### Relevant people

**CHRIS EVANS FAN** 💙 ...
@cevansnation41        Follow

Página dedicada ao ator @chrisevans
Twitter criado em Janeiro/2022. I'm
not Chris Evans. Fan Account.

### What's happening

Formula 1 · 38 minutes ago
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 🧚
Original movie now streaming
🎬 Promoted by Disney+

Trending in United States
**Morgan Freeman**
78.6K Tweets

Only on Twitter · Trending
**RIP JDF**
1,329 Tweets

Trending in United States
**#DreamerFifa2022**
193K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

**Perkowski Legal P.C.**
@c_perkowski   ...





← **Tweet**

Search Twitter

**inMARVEL** ❄ #MarvelStudios #Marvel #WakandaForever
@inMARVEL_

Dakota Johnson hace unos días en el set de
#MadameWeb 🔥 Siempre es un placer ver la trama de
la peli 🥰

#SpiderMan #Spiderverse #Sony
#DakotaJohnson #Venom #MCU
#Marvel #MarvelStudios #Disney
Translate Tweet



6:11 AM · Oct 7, 2022 · Twitter for Android

**9** Retweets  **51** Likes

Tweet your reply            Reply

**Senti-Ale8gambol** @Ale8gambol · Oct 7
Replying to @inMARVEL_
Ojalá al final de Secret wars unan todos los universos y se quede en uno
    ○ 2        ↻        ♡ 1        ↥

**inMARVEL** ❄ #MarvelStudios #Marvel #Waka... @inMA... · Oct 7
Replying to @Ale8gambol
Moraría, sobre todo por cosas así:



    ○        ↻        ♡ 1        ↥

**Fist of vengance** 🗡💜 🌀 #WakandaForever @LlerenaMateo · Oct 7
Replying to @inMARVEL_
Yo solo quiero ver esta peli por la trama
La trama:

    ○        ↻        ♡ 1        ↥

**Relevant people**

**inMARVEL** ❄ #Marv...
@inMARVEL_                          Follow

Aquel que disfrute del contenido de
Marvel Studios, si es digno, poseerá el
poder de saber todo acerca del MCU.
¡Sígueme y sé un Nuevo Vengador!
👏🦸‍♂️

**What's happening**

NFL · LIVE
**Browns at Bills**

#Disenchanted 🍎
Original movie now streaming
⊙ Promoted by Disney+

Only on Twitter · Trending
**Rest in Power**
20.6K Tweets

Sports · Trending
**Lamar Jackson**
2,629 Tweets

Trending in California
**Elton John**
9,617 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski



← Tweet

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**NAÇÃO MARVEL | fan club**
@nacaomarvel · · ·

O FODÃO! Wilson Fisk aka Rei do Crime de Vincent
D'Onofrio no set de ECHO.



9:32 AM · Aug 10, 2022 · Twitter for Android

**59** Retweets   **21** Quote Tweets   **1,361** Likes

**NAÇÃO MARVEL | fa...**
@nacaomarvel
🇧🇷 O maior fã-clube da Marvel no
Brasil e #2 do mundo | por @kainyall
& @thursttopper | 📧 | @PodcastNM |
📩 nacaomarvelofc@gmail.com

**Follow**

**Relevant people**

**What's happening**

NFL · Yesterday
**Cowboys at Vikings**

Entertainment · Trending
**Chrisley**
2,662 Tweets

Trending in United States
**Trent Reznor**
10.8K Tweets

Trending in United States
**Booger**

Trending in United States
**Hive**
149K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply

Reply

**jão** @menezes_b01 · Aug 10
Replying to @nacaomarvel
"Mas pra cobrar eles são bons"
♡ 11

**João 7** @AquincoJohn3 · Aug 10
Replying to @nacaomarvel
"você me envergonhou na frente da Vanessa"

2   ♡ 33

**kevin rosa** @kevnrsa · Aug 11
Replying to @nacaomarvel
gente esse capeta desse cara não morre nunca?

**CAPITÃO AMÉRICA** @devonblackstar · Aug 10
Replying to @nacaomarvel
kkk toda vez q vejo esse personagem so lembro da cena da porta do carro
🤣🤣🤣
♡ 1

**cold sun** @onlyforanakin · Aug 10
Replying to @nacaomarvel
amo
♡ 1

**jad** @holyfwck · Aug 10
Replying to @nacaomarvel
NM, falta só 2 eps pra eu acabar demolidor e to com tanto ódio desse
capeta. Infelizmente essa praga não morre pq eu fico o tempo todo "matem
ele" "mata logo esse capeta"
♡ 2

**jad** @holyfwck · Aug 10
Replying to @nacaomarvel
só de olhar já tenho ódio, Wilson Fisk, eu amo te odiar
♡ 3

**Sem nome TRICAMPEAO** 🏆🏆🏆 @Lima_Jhon81 · Aug 10
Replying to @nacaomarvel
Ele tá bem maior do que na série do demolidor da Netflix ou é impressão?
2   ♡ 3

**Viral Guy²** 📀 @whatyoudoink · Aug 10
Replying to @Lima_Jhon81 and @nacaomarvel
tá maior sim, enchimento
1   ♡ 6

Show replies

**ali** @biebsrdj · Aug 10
Replying to @nacaomarvel
o homem tá enorme nm
♡

**mimi** @petejkk · Aug 10
Replying to @nacaomarvel
A LENDA VOLTANDO AVISA
♡ 3

**Viral Guy²** 📀 @whatyoudoink · Aug 10
Replying to @nacaomarvel
homi ta grande
♡ 1

**Perkowski Legal P.C.**
@c_perkowski · · ·

Search Twitter

https://twitter.com/TheAffinityMag/status/1418111066765209602

← **Tweet**

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

**Affinity Magazine** ✓
@TheAffinityMag

•••

BLACKPINK's Rosé and Jennie were recently spotted hanging out with Bella Poarch.



12:30 AM · Jul 22, 2021 · TweetDeck

**12** Retweets   **54** Likes

Tweet your reply

**Reply**

**Erica amaro** @Ericaamaro15 · Jul 22, 2021
Replying to @TheAffinityMag
Is it real i wish i m a bella porch

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**asdfghjkl** @Kirarii12 · Jul 22, 2021
Replying to @kazuhaszhongli and @TheAffinityMag
o k a y

**Relevant people**

**Affinity Magazine** ✓
@TheAffinityMag
NEXT GEN OF MEDIA

**Follow**

**What's happening**

NFL · Yesterday
**Lions at Giants**

Trending in United States
**Maher**
22.1K Tweets

The Walking Dead · Trending
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Music · Trending
**#DavidoAt30**
70.6K Tweets

Music · Trending
**Lionel Richie**
3,832 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

https://twitter.com/ClickySound/status/1193534129280835585 __ at __ 2022-11-20 18:07:37 -08:00

← **Tweet**

 **Clicky Sound**
@ClickySound

• • •

[clickysound.com/miranda-lamber...](clickysound.com/miranda-lamber...) Did you know that Miranda Lambert is a Scorpio? She struck me more as a Gemini, but Scorpio works too. It actual...



6:21 AM · Nov 10, 2019 · Clicky Sound

 **Perkowski Legal P.C.**
@c_perkowski
• • •

Tweet your reply

Reply

---

## Relevant people

 **Clicky Sound**    Follow
@ClickySound

Photography at its Best!

## What's happening

NFL · 5 hours ago
**Commanders at Texans**



#Disenchanted 💀
Original movie now streaming

---

Q Search Twitter

Home

# Explore

🔔 Notifications

Messages

🔖 Bookmarks

Lists

Profile

More

**Tweet**




# Home

# Explore

# Notifications

# Messages

# Bookmarks

# Lists

# Profile

# More

**Tweet**

Perkowski Legal P.C. ...
@c_perkowski

← Tweet

**Robert Littal BSO** ✓
@BSO

Real Reason 21 Savage Won't Take Amber Rose Back is
Because She Cheated on Him; You Won't Believe Who
She Did it With (Photos) bit.ly/2LtDrAM via
@SPSportsEnt



11:48 AM · May 24, 2018 · BSO Alert

32 Retweets  80 Quote Tweets  40 Likes

Tweet your reply                              Reply

Ozie Jackson @OzieJackson · May 24, 2018
Replying to @BSO
He already fouled out the game when she had him at her slut walk. If
someone shows you who they are, believe them.

Almost Patti Labelle @Chai_Bae · May 24, 2018
Replying to @BSO
Where are you getting your info from

Stevens 🎬 @SplashStevens30 · May 24, 2018
Replying to @BSO
She probably sniffed his underwear too 😝😝

Brick Top @Hub8r14208328 · May 24, 2018
Replying to @BSO
Captain save a hoe can't be mad now

B-DILL @bdill022 · May 24, 2018
Replying to @BSO
Who? It says "This friend" typo maybe?

Illinois Gordon @CoolHateHim · May 24, 2018
Replying to @BSO
His lame ass was supposed to hit and run. He was in love

Prince @LAR_PRINCE_JR · May 26, 2018
Replying to @BSO
Who

Torrey Franklin @franklin_torrey · May 24, 2018
Replying to @BSO
She a thot...period!...look up Thot in the dictionary and you gon see that
bald bitch wit a gucci bag...smh

Maj. Benson Winifred Paine💀🔫 @DaVibelmiz · May 24, 2018
Replying to @BSO
@TheDamnBrad read this bruh

tweezy @SilverScorpio77 · May 24, 2018
Replying to @BSO
Well she gotta have a testimonial. Can't host the Slut Walk if you only got
experience baking cookies 😂🙏😂

Flex Luther @ChloraAever · May 24, 2018
Replying to @BSO
He rightfully sent her packing.

[Gif]

WatUpMoney @Rixcboy9 · May 24, 2018
Replying to @BSO
And yet bitches get mad when u call her a hoe 🤷

This Tweet was deleted by the Tweet author. Learn more

**Robert Littal BSO** ✓ @BSO · May 24, 2018
The fact she said she has never cheated makes her story suspect lol

Show replies

## Search Twitter

### Relevant people

**Robert Littal BSO** ✓
@BSO                              Follow
BSO is a Unique take on Sports & Ent;
Tweets by The Headline King Robert
Littal; IG: BSOTV, FB:
BlackSportsOnline; Keep That Same
Energy Podcast; #BLM; 🖤 AML

### What's happening

FIFA World Cup · 57 minutes ago
Mexico vs Poland

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
⊙ Promoted by Avatar

Trending in California
Mexicans
13.4K Tweets

Trending in United States
#coinology
2,500 Tweets

Celebrities · Trending
Tom Hanks
4,805 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More...
© 2022 Twitter, Inc.

← **Tweet**

 **Foochia - فوشيا** ✔
@foochia

···

والد كيندال وكايلي المتحول جنسيا #كاتلين_جينر يظهر بدون كمامة في مشوار صباحي مع كلبيه!

#مشاهير #مشاهير_هوليوود  #متحول #متحول_جنسي
#KylieJenner #kendallJenner #CaitlynJenner

Translate Tweet



6:01 AM · Jun 2, 2020 · Hootsuite Inc.

**2** Retweets   **1** Like

💬        ⟲        ♡        ⬆

 Tweet your reply        Reply


---

Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

Profile

··· More

**Tweet**

---

🔍 Search Twitter

**Relevant people**

 **Foochia - فوشيا** ✔        Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

**What's happening**

NFL · 3 hours ago
**Jets at Patriots**    

**#Disenchanted** 🧹
Original movie now streaming
✦ Promoted by Disney+

Sports · Trending                    ···
**Tomlin**
3,038 Tweets

Korean music · Trending              ···
**soobin**
Trending with #AMAs 🔥, TOMORROW X TOGETHER

Politics · Trending                  ···
**LGBTQ**
Trending with AR-15, Colorado Springs

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/Dakoholics/status/1198896807159439360 __ at __ 2022-11-19 11:54:17 -08:00 __

← **Tweet**

 **Dakota Johnson Daily**
@Dakoholics                                    ...

😊 **#DakotaJohnson**



1:30 AM · Nov 25, 2019 · Twitter for Android

**16** Retweets   **102** Likes



🅿 Tweet your reply                          **Reply**

---

## Relevant people

 **Dakota Johnson Daily**   **Follow**
@Dakoholics
Fan account dedicated to actress,
activist, director and producer Dakota
Johnson.

## What's happening

NCAA Football · Starts at 3:30 PM
**Texas at Kansas**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
▶ Promoted by Uber

Only on Twitter · Trending                   ...
**#万博体育**
2,091 Tweets

Trending in California                        ...
**Messi**
338K Tweets

Sports · Trending                             ...
**Ricky Turcios**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

## Sidebar Navigation

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
▤ Lists
👤 Profile
⋯ More

**Tweet**

🅿 **Perkowski Legal P.C.**
@c_perkowski                                   ...

← **Tweet**

This Tweet is from an account that no longer exists. Learn more

Home

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**


**Perkowski Legal P.C.**  ...
@c_perkowski

https://twitter.com/SeriesUpdateFR/status/1521589505165340675 __ et __ 2022-11-21 23:35:51 -08:00

← **Tweet**

**Infos Séries**
@SeriesUpdateFR

Zendaya sur le tournage du film #Challengers de Luca Guadagnino.

Translate Tweet



1:36 PM · May 3, 2022 · Twitter for Android

**69** Retweets   **9** Quote Tweets   **1,030** Likes

Tweet your reply

**Le guide du JV** @GuideJV · May 4
Replying to @SeriesUpdateFR
Elle est toute mimi avec cette coupe de cheveux 😌

**Twitwi** @Twitwi971 · May 3
Replying to @SeriesUpdateFR
Qu'est ce que fary fout là

**Stephan Dalhem** 🇺🇦 --|-- **Covid:** 🍃🍃🍃 @dalhem_s · May 3
Replying to @SeriesUpdateFR
Je vois qu'elle a prit avec elle une semaine de repas préparés.
💬 2

**Oden** @SunGodNika__ · May 3
Replying to @dalhem_s and @SeriesUpdateFR
hahahahahagaa

**쿨린티 ♡ Clinty** @Clintyyygg · May 3
Replying to @SeriesUpdateFR
@Diilawz un carré

**Search Twitter**

**Relevant people**



**Infos Séries**   **Follow**
@SeriesUpdateFR

Bienvenue sur votre premier compte source français sur toutes vos séries, films et plateformes de streaming préférées. 📺:
seriesupdatefr@gmail.com

**What's happening**

NFL · 3 hours ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
72.6K Tweets

Trending in California
**Mexicans**
6,668 Tweets

Trending in United States
**August Alsina**
Trending with Jada, #TheSurrealLife

Trending in United States
**Jack White**
6,066 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/ElsaFanpage/status/1579593868407984148 __ et __ 2022-11-20 13:45:19 -08:00

← **Tweet**

Hot Celeb Pics
@ElsaFanpage                                                                ···

## Dua Lipa



3:05 PM · Oct 10, 2022 · Twitter Web App

**41** Retweets    **595** Likes

Tweet your reply                                          **Reply**

noto09772094 @noto097720941 · Oct 10                             ···
Replying to @ElsaFanpage
Hello princess what a beautiful body congratulations 🔥🔥🔥🔥🔥⭐⭐
⭐👀👀👀👀👀 👃👃👃👃👃🙏

### Relevant people

Hot Celeb Pics
@ElsaFanpage                                      **Follow**

Post pics of models and actresses. Do
not own any pic. Please DM me for
any pic removal and submission. For
any business inquiries please DM me.
🔞

### What's happening

NFL · **LIVE**
**Eagles at Colts**

**#Disenchanted** 🧙
Original movie now streaming
📺 Promoted by Disney+

Trending in California
**Rest In Peace**
55.4K Tweets

Sports · Trending
**Fields**
Trending with Bears, Falcons

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Tommy

Show more

Terms of Service   Privacy Policy   Cookie Policy