# EXHIBIT B Continued

__ https://twitter.com/girlfromaspen/status/1455857942833275395 __ at __ 2022-11-21 17:04:24 -08:00



← Tweet

  Search Twitter  

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Kate**
@girlfromaspen    •••

Everything looks good on her 



4:22 AM · Nov 3, 2021 · Twitter for Android

**17** Likes

💬        ⇄        ♡        

  Tweet your reply        **Reply**

**Relevant people**

  **Kate**
@girlfromaspen        **Follow**

I dislike negativity so unless I follow you, your replies aren't welcome on my tweets.

**What's happening**

NCAA Men's Basketball · Yesterday
**Delta Devils at Tigers**

Entertainment · Trending        •••
**Died Suddenly**
37.2K Tweets

Entertainment · Trending        •••
**Sinbad**
2,885 Tweets

Trending in United States        •••
**House of the Rising Sun**

Trending in United States        •••
**Tampax**

**Perkowski Legal P.C.**    •••
@c_perkowski

— https://twitter.com/Dakoholics/status/1198887318887853313 — at — 2022-11-20 12:55:28 -08:00 —

← **Tweet**

🔍 Search Twitter

- 🏠 Home
- # Explore
- 🔔 Notifications
- ✉️ Messages
- 🔖 Bookmarks
- 🗒 Lists
- 👤 Profile
- ⋯ More

**Tweet**

**Dakota Johnson Daily**
@Dakoholics                                    ⋯

November 24: #DakotaJohnson, Addison Timlin and Ezer at Farmers Market in Los Angeles.

👤 Dakota Johnson Brasil

12:53 AM · Nov 25, 2019 · Twitter for Android

**14** Retweets  **3** Quote Tweets  **94** Likes

💬          🔁          ♡          ⬆️

Tweet your reply                              **Reply**

### Relevant people

**Dakota Johnson Daily**          **Follow**
@Dakoholics
Fan account dedicated to actress, activist, director and producer Dakota Johnson.

**Dakota Johnson Brasil**          **Follow**
@DakotaJBRA
Sua primeira, maior e melhor fonte sobre a atriz e produtora Dakota Johnson no Brasil. E-mail para contato: contato@dakotajohnsonbrasil.com

### What's happening

NFL · LIVE
**Eagles at Colts**

#Disenchanted 🧛
Original movie now streaming
▶️ Promoted by Disney+

Trending in United States
**Rest In Peace**
52.2K Tweets

Politics · Trending
**LGBTQ**
Trending with Colorado Springs, #ClubQ

Trending in United States
**Qatar**
Trending with Ecuador, Junqkook

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**          ⋯
@c_perkowski

— https://twitter.com/cravemedia_/status/1400547060630409228 __ at __ 2022-11-22 10:41:06 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 1-5   Filed 12/30/22   Page 4 of 101   Page ID #:345

← **Tweet**

. 
@cravemedia_                                    •••



1:16 PM · Jun 3, 2021 · Twitter for iPhone

**19** Retweets   **27** Quote Tweets   **245** Likes

Tweet your reply                               Reply

**Matthew** @mattbo_0 · Jun 3, 2021          •••
Replying to @cravemedia_
It's sexy
                                          ♡ 1

**DC ★|** @dctvcinema · Jun 3, 2021          •••
Replying to @cravemedia_
Perfection ❤️
                                          ♡ 2

**SpaceCowboy** @SpaceCowboy_wrx · Jun 13, 2021   •••
Replying to @cravemedia_
His new suit is a million times better! Has a very Snyderverse vibe to it

---

**Relevant people**

.
@cravemedia_                    Follow
Media account for @FilmUpdates

**What's happening**

FIFA World Cup · 43 minutes ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**👸
Get tickets now - In theaters December 16
Ⓟ Promoted by Avatar

Trending in United States         •••
**Ochoa**
Trending with  Poland, #MEXPOL

Trending in California            •••
**Mexicans**
12.8K Tweets

Trending in United States         •••
**#coinology**
4,659 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

← **Tweet**

 **Andy Vermaut**
@AndyVermaut                                   ...

## Megan Fox Details How She Saves Boyfriend MGK From His "Self-Destructive Tendencies"

eonline.com/news/1209681/m...



2:16 PM · Nov 17, 2020 · dlvr.it

        ♡    ⬆

  Tweet your reply                    Reply

 **Perkowski Legal P.C.**  ...
@c_perkowski

🔍 Search Twitter

## Relevant people

 **Andy Vermaut**                Follow
@AndyVermaut

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495

__ https://twitter.com/MovieCrazyP/status/1373771534528080024 __ et __ 2022-11-20 15:04:09 -08:00 __

← **Tweet**



**Movie Crazy Planet** 🎬 🎃 🍿
@MovieCrazyP

Esperando los próximos episodios de
#TheFalconAndWinterSoldier.

Translate Tweet



4:00 PM · Mar 21, 2021 · Twitter for Android

**1** Retweet   **1** Like

🖋 Tweet your reply                    Reply

## Search Twitter

### Relevant people

**Movie Crazy Planet ...**    Follow
@MovieCrazyP
💥Noticias, tráilers, pósters, los estrenos más recientes de cine, series y televisión.💥 Síguenos y activa la 🔔 moviecrazyplanet@gmail.com ✉

### What's happening

NFL · LIVE
**Jets at Patriots**



**#Disenchanted** 💆
Original movie now streaming
▶ Promoted by Disney+

Trending in California    ···
**Rest In Peace**
58.8K Tweets

Only on Twitter · Trending    ···
**#RIPLEGEND**
9,333 Tweets

Trending in United States    ···
**#FIFAWorldCup** 🏆
Trending with #AMAs 🔥

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**



**Perkowski Legal P.C.**   ···
@c_perkowski

__ https://twitter.com/viewsfrance/status/1481253223679856640 __ at __ 2022-11-22 02:20:02 -08:00

← **Tweet**

**Views**
@viewsfrance

···

# Rihanna & A$AP Rocky 📷



5:14 AM · Jan 12, 2022 · Twitter Web App

**42** Retweets  **1** Quote Tweet  **436** Likes

Q  Search Twitter

### Relevant people

**Views**
@viewsfrance
Follow
Magazine — Who you think running the show?

### What's happening

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks

Tweet your reply
Reply

**Tweet**

Linda Ikeji
@lindaikeji

Loved-up video of Jennifer Lopez and Ben Affleck kissing at her sister's dinner party
lindaikejisblog.com/2021/6/loved-u...



1:25 AM · Jun 15, 2021 · LIB App

4 Retweets    13 Likes

Tweet your reply                                          Reply

Andy TMMII 🇯🇲🌍 @nnamdi2much · Jun 15, 2021
Replying to @lindaikeji
Back to Ben again? Women!
Well, Okafor's law foretold this

💬        🔁        ♡ 2        ⬆

Sean Luther kvng @Dsean_oluwaseun · Jun 15, 2021
Replying to @lindaikeji
Wetin come consign you Aunty

💬        🔁        ♡        ⬆

Perkowski Legal P.C.
@c_perkowski

**Search Twitter**

**Relevant people**

Linda Ikeji                                    Follow
@lindaikeji
Blogger. CEO, LindaIkejiTV

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

#AvatarTheWayOfWater 🧑‍🦱
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Marvel**
84.7K Tweets

Trending in United States
**RIP Harold**

Betty White · Trending
**Betty White**
3,359 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

← **Tweet**

**ОКО АГАМОТТО** 🇺🇦 | Marvel | Star Wars
@eyeofagamottoua

Нові фото зі зйомок фільму «Мадам Павутиння» 🕸

Здається, у фільмі з'явиться нова альтернативна версія Людини-Павука - і він виглядає не дуже доброзичливим сусідом...

#Marvel #MadameWeb #SpiderMan #MarvelStudios #Марвел #УкрТві
Translate Tweet



10:24 AM · Oct 6, 2022 · Twitter for Android

**8** Likes

Tweet your reply                    Reply

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Search Twitter

**Relevant people**


**ОКО АГАМОТТО** 🇺🇦 |...   Follow
@eyeofagamottoua
Українськомовний акаунт з новинами про фільми, серіали,


Perkowski Legal P.C.   ...
@c_perkowski

__ https://twitter.com/Dakoholics/status/1131331141972185088 __ at __ 2022-11-20 22:57:07 -08:00 __

# Tweet

Dakota Johnson Daily
@Dakoholics
•••

 #DakotaJohnson

 

3:48 PM · May 22, 2019 · Twitter for Android

**18** Retweets    **105** Likes

    

 Tweet your reply    Reply

## Relevant people

Dakota Johnson Daily
@Dakoholics    **Follow**

Fan account dedicated to actress, activist, director and producer Dakota Johnson.

## What's happening

NFL · 2 hours ago
**Chiefs at Chargers**



**#Disenchanted** 🦹
Original movie now streaming
🎬 Promoted by Disney+

Sports · Trending
**Sean Payton**

Music · Trending
**sabrina**
72.5K Tweets

Trending in United States
**#AMAs** 🎤
Trending with soobin, yeonjun

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More •••
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski    •••

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter



← **Tweet**

**DAKOTA** 💜💙
@tender_DMJ                                    ···

Dakota at Barney's New York a concept 👧




5:57 PM · Jan 24, 2019 · Twitter for iPhone

**19** Retweets   **1** Quote Tweet   **80** Likes

💬          🔁          ♡          ⬆️

Ⓟ   Tweet your reply                          Reply

Q Search Twitter

**Relevant people**

**DAKOTA** 💜💙                    Follow
@tender_DMJ
Dakota Johnson is the meaning of
perfection and of course the love of
my life ❤️

**What's happening**

NFL · 2 hours ago
**Cowboys at Vikings**

**#Disenchanted** 👸
Original movie now streaming
📺 Promoted by Disney+

Trending in United States          ···
**CEO of Disney**
3,007 Tweets

Trending in California          ···
**Dodger Stadium**
Trending with Elton John

Sports · Trending          ···
**Calipari**
1,409 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet



**Perkowski Legal P.C.**          ···
@c_perkowski

— https://twitter.com/thatssohaute/status/1325886023843405824 __ el __ 2022-11-21 12:16:10 -08:00

← **Tweet**

**that's so haute**
@thatssohaute

···

have you praised her today?



11:40 AM · Nov 9, 2020 · Twitter for iPhone

**481** Retweets   **61** Quote Tweets   **2,614** Likes

Tweet your reply                    Reply

**delf** 🥇 @delfigago · Nov 9, 2020
Replying to @thatssohaute
have you? @BeMaleta @agusgago 🙏💫

💬        ♡ 2

**спасибо клим саныч** @_under_wonder · Nov 9, 2020
Replying to @thatssohaute
not yet, thanks for the reminder

💬        ♡ 1

**Marina** @MarinaAlencar9 · Nov 9, 2020
Replying to @call9anne1 HAVE YOU?

**Thomas Schilleci** @SchilleciThomas · Dec 20, 2020
Replying to @thatssohaute
I love her warm smile

**Twitter** sidebar

Search Twitter

**Relevant people**

**that's so haute**
@thatssohaute          Follow
photos aren't mine unless stated.
#blm

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**

Trending in United States
**#StuffingFails**

Entertainment · Trending
**Julia Fox**
5,793 Tweets

Trending in United States
**Hive**
114K Tweets

Trending in United States
**#BudweiserFWC**
Trending with Dest, McKennie

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/ElliottWilson/status/1212887444548247552 __ el __ 2022-11-22 02:43:43 -08:00

Case 2:22-cv-09462-DMG-ADS   Document 1-5   Filed 12/30/22   Page 13 of 101   Page ID
#:354

**Elliott Wilson** ✔
@ElliottWilson

···



4:04 PM · Jan 2, 2020 · Twitter Web Client

**9** Retweets   **8** Quote Tweets   **37** Likes

💬        🔁        ♡        ⬆



Tweet your reply                                    **Reply**

**DigitalTeez** @DigitalTeez · Jan 2, 2020
Replying to @ElliottWilson
Is this Diddy'a new girl?

💬        🔁        ♡        ⬆

**𝕭𝕬𝕮𝕶𝕽𝕬𝕹 𝕭** @CaydenFatherCQ1 · Jan 2, 2020
Replying to @ElliottWilson
My Guy just Living Life #Vetrnstyle

💬        🔁        ♡        ⬆

**Big Have, hard R** @HaveRentMoney · Jan 2, 2020
Replying to @ElliottWilson
Who is that? Capricorn?

💬        🔁        ♡ 1        ⬆

**ATL Ty Su✨** @ESTxx91 · Jan 2, 2020
Replying to @ElliottWilson
Diddy came thighs out! 🍑😂

💬        🔁        ♡        ⬆

---

🐦

🏠 Home
# Explore
🔔 Notifications ①
✉ Messages
🔖 Bookmarks
🗒 Lists
👤 Profile
⊙ More

**Tweet**

Ⓟ **Perkowski Legal P.C.**   ···
   @c_perkowski

---

🔍 Search Twitter

**Relevant people**

**Elliott Wilson** ✔        **Follow**
@ElliottWilson
chief content officer: @tidal co-host:
@RapRadar Podcast

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
80.4K Tweets

Trending in United States
**offsides**
7,499 Tweets

Trending in United States
**El VAR**
40.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

🔍 Search Twitter

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

 **DCVERSO**
@DCverso1    ···

No Yahoo

Bruna Marquezine falou que ficou nervosa nos bastidores de #BlueBeetle

"Lembro no primeiro dia que fizemos algumas provas de roupa e em uma conversa com o diretor disse o quanto estava nervosa. Pensei: 'Nossa, estou aqui e vou fazer'".

Translate Tweet

 

6:38 AM · Oct 2, 2022 · Twitter for Android

8 Retweets    130 Likes

💬        ⇄        ♡        ⬆️

P    Tweet your reply                Reply

**Relevant people**

 **DCVERSO**
@DCverso1        Follow

Uma conta centrada nos conteúdos do universo DC. Venha para o seu hábitat natural, DCNAUTA! | ✉️Email:

 **Perkowski Legal P.C.**
@c_perkowski    ···

https://twitter.com/mileycyrusbz/status/1526155727265570817 __ei__ 2022-11-21 21:40:37 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 1-5   Filed 12/30/22   Page 15 of 101   Page ID #:356



← **Tweet**

**Miley Cyrus Updates** ☑
@MileyCyrusBz

Miley Cyrus, 2022.





4:00 AM · May 16, 2022 · Twitter for Android

**214** Retweets  **53** Quote Tweets  **3,126** Likes

P  Tweet your reply                                    Reply

**Daliah Kastle** @DaliahKastle · May 16
Replying to @MileyCyrusBz
Why aren't we bffl @MileyCyrus

**ManEfacez** @lanoge6_armando · May 16
Replying to @MileyCyrusBz
🔥🙌🙌🕯️😎😎😍

Show additional replies, including those that may contain offensive content    Show



**Perkowski Legal P.C.**
@c_perkowski

## Relevant people



**Miley Cyrus Updates** ☑
@MileyCyrusBz                        Follow
Fan account | Copyright belongs to
the respective owners | @MileyCyrus
follows 💕

## What's happening



NFL · 1 hour ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
65.2K Tweets

Trending in United States
**Trent Reznor**
20.6K Tweets

Trending in United States
**Murder House**
1,729 Tweets

Trending in United States
**August Alsina**
Trending with  Jada, #TheSurrealLife

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

__ https://twitter.com/ThisIsMax/status/1346240627294531584 __ at __ 2022-11-22 11:18:31 -08:00 __

← **Tweet**



**MAX** ✓
@ThisIsMax

I hold hands with my friends too … but not when I'm wearing a mask 😉 kinda luv both of them .. let people live .. 👏🏼



3:42 PM · Jan 4, 2021 · Twitter for iPhone

**3** Likes

    

Tweet your reply

Reply

---

🔍 Search Twitter

### Relevant people

 **MAX** ✓    Follow
@ThisIsMax
Presenter/Producer 👩 Eyes on the prize Violet! 😜 contact : Management@FlipYourWig.net

### What's happening

FIFA World Cup · 1 hour ago
**Mexico vs Poland**



#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

---

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

https://twitter.com/soybvip/status/1260072491327737857 __ at __ 2022-11-22 18:43:12 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 1-5   Filed 12/30/22   Page 17 of 101   Page ID
#:358



Perkowski Legal P.C.
@c_perkowski

← **Tweet**



YouTube: BorrachosVIP 🤘🏻 👹
@SoyBvip

La cara de tu novio cuando ve que te tomas los shots de tequila como si fuera agua.

Translate Tweet



10:01 PM · May 11, 2020 · Twitter for iPhone

**19** Retweets   **7** Quote Tweets   **128** Likes

Tweet your reply                                      Reply

Karen Delgado @Misskyds · May 11, 2020
Replying to @SoyBvip
Qué yo qué? 🤨

💬         🔁         ♡  1         ⬆️

---

🔍 Search Twitter

**Relevant people**

YouTube: BorrachosV...          Follow
@SoyBvip

Aquí echamos desmadre y contenido
en internet 🔴 ⚫ 🔴 #Twitch Partner:
@borrachosvip 👹 Instagram:
@BorrachosVIP 👹 💎 Contacto:
borrachosvipcrew@gmail.com 🎮 👹

**What's happening**

Television · LIVE
Bachelor in Paradise airing on
ABC                              

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
📽 Promoted by Avatar

Trending in United States
RIP Harold                              ⋯

Bachelor in Paradise · Trending
Greg Grippo                              ⋯

Entertainment · Trending
James Woods                              ⋯
3,439 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.



← **Tweet**

☰ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**



**Foochia - فوشيا** ✓
@foochia

⋯

كايلي جينر تخفي علامات حملها في ظهورها الأخير مع ابنتها "ستورمي" وابنة شقيقتها "ترو" في إحدى المنتزهات بلوس أنجلوس

Translate Tweet



1:10 AM · Oct 10, 2021 · Hootsuite Inc.

**2** Retweets   **3** Likes

💬        ⟲        ♡        ⬆

 Tweet your reply

Reply

P **Perkowski Legal P.C.** ⋯
@c_perkowski

🔍 Search Twitter

## Relevant people

 **Foochia - فوشيا** ✓
@foochia

Follow

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللباقة، ونتابع أخبار المشاهير والفن والثقافة.

## What's happening

NFL · 2 hours ago
**Chiefs at Chargers**



**#Disenchanted** 🧙
Original movie now streaming
📢 Promoted by Disney+



Music · Trending                  ⋯
**sabrina**
71.2K Tweets

Trending in United States         ⋯
**Bob Iger**
Trending with  Disney, Chapek

Trending in United States         ⋯
**#TheWalkingDead**
Trending with  #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

← **Tweet**

 **Kevin Anticona**
@KevinAnticonaa

•••

Segun @elmayimbe de lo poco que vio de Blue Beetle es algo increible, el disfraz, los destellos del personaje de Jaime Reyes, parece una gran pelicula.

Translate Tweet



11:07 PM · Aug 26, 2022 · Twitter for Android

**1** Retweet   **3** Likes

💬          ⇄          ♡          ⬆

👤 **Who can reply?**
People @KevinAnticonaa follows or mentioned can reply

---

### Home
### Explore
### Notifications ①
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski •••

🔍 Search Twitter

## Relevant people

 **Kevin Anticona**
@KevinAnticonaa              **Follow**

Chico carismático, manteniendo siempre la humildad y sociable, pasión por el teatro, cinefilo.

 **Umberto Gonzalez** ✔
@elmayimbe                   **Follow**

■ Film Reporter @TheWrap ■ Ace Scooper ♠ ■ Fanboy Maven ■ Menswear Enthusiast ■ Founder & Editor In Chief of @heroichollywood

## What's happening

NFL · 1 hour ago
**Cowboys at Vikings**



**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Machine Gun Kelly**
1,740 Tweets                 •••

Sports · Trending
**Justin Herbert**
2,562 Tweets                 •••

Sports · Trending
**De'Aaron Fox**            •••

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

__ https://twitter.com/RihannaNoBrasil/status/1503006950681886720 __ at __ 2022-11-20 21:22:58 -08:00 __

← **Tweet**

 **Rihanna.com.br** ⚓
@RihannaNoBrasil

···

## MEU DEEUS!!!
Rihanna foi vista no restaurante Giorgio Baldi em Santa Monica ontem à noite (12/3) 🖤 🧍

Translate Tweet

 

6:55 AM · Mar 13, 2022 · Twitter for Android

**24** Retweets   **6** Quote Tweets   **153** Likes

💬          ↻          ♡          ⬆

 Tweet your reply          Reply

Q Search Twitter

## Relevant people

 **Rihanna.com.br** ⚓          Follow
@RihannaNoBrasil

Rihanna.com.br is a genuine and registered fansite, made by fans.  Fã-clube e portal de notícias brasileiro sobre a cantora Rihanna. Online desde 2008. 💎

## What's happening

NCAA Men's Basketball · This afternoon
**Terrapins at Hurricanes**


**#Disenchanted** 🧚
Original movie now streaming
▶ Promoted by Disney+

Trending in California          ···
**Dodger Stadium**
11K Tweets

Music · Trending          ···
**harries**
4,672 Tweets

Trending in United States          ···
**Bob Iger**
Trending with Chapek, Disney

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

 **Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**

🔍 Search Twitter

⌂ Home

# Explore

🔔 Notifications

—

⇄ **Central Dakota Johnson & Jamie Dornan Retweeted**

**Dakotacandids**
@Dakotacandids                                    ...

## 24.01 l Novas fotos da Dakota a caminho da loja Barney's New York em Beverly Hills (2)



5:21 PM · Jan 24, 2019 · Twitter Web Client

**27** Retweets  **76** Likes

💬        ⇄        ♡        ⬆

ℙ  Tweet your reply                    **Reply**

### Relevant people

**Central Dakota Johns...**    **Follow**
@Info_DJJD
I Love Dakota Johnson and Jamie Dornan. ❤️ (Fan Account)

**Dakotacandids**    **Follow**
@Dakotacandids
Neste perfil irei postar somente candids de Dakota Johnson. Para mais info, fotos e vídeos me sigam na conta principal: @Dakotashades l Fan Account

### What's happening

NFL · Yesterday
**Cowboys at Vikings**

Sports · Trending
**Charles Barkley**
2,466 Tweets

Trending in California
**Dodger Stadium**
13.8K Tweets

Trending in United States
**England**
Trending with  Saka, Rashford

Music · Trending
**Kelly Rowland**
Trending with  Chris Brown

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/rihannapedia/status/917935984265123840 __ at __ 2022-11-21 18:31:37 -08:00 __

← **Tweet**

 **Rihanna Pedia (Fan Account)**
@RihannaPedia                                      ...

Rihanna today (10/10) arriving at the SZA's show in New York.



Media not displayed

This image has been removed in response to a report from the copyright holder.

Media not displayed

This image has been removed in response to a report from the copyright holder.

Media not displayed

This image has been removed in response to a report from the copyright holder.

7:12 PM · Oct 10, 2017 · Twitter for iPhone

**141** Retweets   **39** Quote Tweets   **332** Likes

🔍 Search Twitter

**Relevant people**

 **Rihanna Pedia (Fan A...** **Follow**
@RihannaPedia

Fan Account | Follow us for Exclusive News about Rihanna | Rihanna Noticed 6x | TURN ON notification | PURCHASE Rihanna's new album #ANTI (Link Below)

**What's happening**

Television · LIVE
**Bachelor in Paradise airing on ABC**



Entertainment · Trending
**Died Suddenly**                              ...
46.6K Tweets

Trending in United States
**Trent Reznor**                                ...
15.3K Tweets

Sports · Trending
**Greg Dortch**                                 ...

Trending in United States
**Colorado Springs**                            ...
411K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Tweet your reply                                **Reply**

 **Perkowski Legal P.C.**  ...
@c_perkowski

__ https://twitter.com/damieforever48/status/1556155810832580608 __ at __ 2022-11-19 22:29:22 -08:00 __

← **Tweet**

**Daki_Jamie** 
@damieforever48

New pics of Dakota on the set of Madame Web in Boston, Massachusetts (Via @dakotajohnsonpt) ❤️
#DakotaJohnson



10:50 PM · Aug 6, 2022 · Twitter for Android

**7** Retweets   **25** Likes

Tweet your reply                                    Reply

**Relevant people**

**Daki_Jamie** 
@damieforever48                              Follow

Fan Account Jamie Dornan e Dakota Johnson ❤️

**Dakota Johnson P...** 
@dakotajohnsonpt                             Follow

A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷: @DJPTMidias | Fã-Clube.

**What's happening**

Television · 2 hours ago
**Saturday Night Live airing on NBC**


**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Sports · Trending
**Pasadena**
1,602 Tweets

Sports · Trending
**Cam Rising**

Trending in United States
**Jason David Frank**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter


**Perkowski Legal P.C.**
@c_perkowski

← Thread

**Nicholas Galitzine Updates**
@galitzineupdate

···

📷 Mais fotos de Nicholas Galitzine e Anne Hathaway durante as gravações da adaptação 'The Idea of You" pela Prime Vídeo.
#TheIdeaofYou
1/2

Translate Tweet

👤 Nicholas Galitzine and 6 others

4:17 AM · Oct 21, 2022 · Twitter for Android

**4** Retweets    **1** Quote Tweet    **50** Likes

🔍 Search Twitter

**Relevant people**

**Nicholas Galitzine Up...**    [Follow]
@galitzineupdate
A sua melhor fonte de informações do ator e cantor Britânico Nicholas Galitzine no Brasil. @nickgalitzine

**Nicholas Galitzine** ✓    [Follow]
@nickgalitzine

**Chrystal** 🇧🇷    [Follow]
@N_GalitzineBr
#nicholasGalitzine #nicolasgalitzine #purplehearts #continenciaaoamor @nickgalitzine

**What's happening**

Television · 54 minutes ago
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Politics · Trending
**Welcome Back**
93.6K Tweets

Sports · Trending
**Pasadena**
1,520 Tweets

Sports · Trending
**Dorian Thompson-Robinson**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
☺ More

**Tweet**

Tweet your reply    [Reply]


**Perkowski Legal P.C.**
@c_perkowski    ···

Case 2:22-cv-09462-DMG-ADS    Document 1-5    Filed 12/30/22    Page 25 of 101    Page ID #:366

← **Tweet**



Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

🗐 Lists

👤 Profile

⊙ More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.** ...
@c_perkowski

https://twitter.com/CapitanCevans/status/1580667743819059713 __ at __ 2022-11-20 13:31:25 -08:00 __

← **Tweet**



**Chris Evans Chile**
@CapitanCevans

···

# Nuevas fotos de Chris Evans en el set de Red One 🎄



2:12 PM · Oct 13, 2022 · Twitter for iPhone

**9** Retweets   **1** Quote Tweet   **60** Likes

💬          ↻          ♡          ⬆️

  Tweet your reply          Reply

## Relevant people

 **Chris Evans Chile**      Follow
@CapitanCevans

Primera Fan Page Chilena, noticias, memes e imágenes del actor Chris Evans.

## What's happening

Formula 1 · This morning
**Abu Dhabi Grand Prix 2022**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
📣 Promoted by Disney+

Trending in California                    ···
**Rest In Peace**
54.4K Tweets

Sports · Trending                         ···
**Fields**
Trending with Falcons, Bears

Only on Twitter · Trending                ···
**Rest in Power**
25.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski   ···

Search Twitter

https://twitter.com/NinWire/status/1384815960457195521__el__2022-11-22 18:25:44 -08:00

← **Tweet**

 **Nintendo Wire**
@NinWire ···

New set photos from the second Sonic movie have revealed models for Sonic, Tails, and our first look at Knuckles! nintendowire.com/news/2021/04/2...



3:27 AM · Apr 21, 2021 · Twitter Web App

**16** Retweets   **7** Quote Tweets   **137** Likes

💬   🔁   ♡   ⬆️

Ⓟ  Tweet your reply                    Reply

**Jake** 🧑 @jakethehuman23 · Apr 21, 2021
Replying to @NinWire
The new happy meal toys look great!

💬   🔁   ♡   ⬆️

**AniPup** @PuffOfDoom · Apr 21, 2021
Replying to @NinWire
Why he so tall

💬   🔁   ♡   ⬆️

**racco** @immaeaturtoes · Apr 21, 2021
Replying to @NinWire
Tails got a mega ass forehead

💬   🔁   ♡ 2   ⬆️

**wildside** @WildsidegtSmith · Apr 21, 2021
Replying to @NinWire
I want these

💬   🔁   ♡   ⬆️

**Aaron MacNaughton** @Joker13z · Apr 21, 2021
Replying to @NinWire
It was in Sonics rider that he gets a handy on the hour every hour.

💬   🔁   ♡   ⬆️

**Kachow1116** @kachow1116 · Apr 21, 2021
Replying to @NinWire
All I see is a man groping sonic

💬   🔁   ♡   ⬆️

**The Gingerdead Man** 🤍 @DidUKnowGayming · Apr 21, 2021
Replying to @NinWire
Thats... actually a really nice Knuckles imo

💬   🔁   ♡   ⬆️

**Nita E** @Nita_Nom_Nomz · Apr 21, 2021
Replying to @NinWire
@ngsilver

💬   🔁   ♡   ⬆️

Show more replies

## Search Twitter

**Relevant people**

 **Nintendo Wire**
@NinWire                    Follow

The Nintendo Wire team is bringing you late breaking Nintendo news coverage. Participant in the Amazon Associates Program, an affiliate advertising system.

**What's happening**

FIFA World Cup · Earlier today
**Mexico vs Poland**

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
📢 Promoted by Avatar

Trending in United States
**RIP Harold**

Entertainment · Trending
**Marvel**
87.4K Tweets

Entertainment · Trending
**James Woods**
3,257 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

Tweet

 **Perkowski Legal P.C.**
@c_perkowski ···

https://twitter.com/altapeli/status/1422912042172825609 __el __ 2022-11-19 20:07:01 -08:00

← **Tweet**

**AP** ✓
@altapeli · · ·

Christian Bale, el villano de #ThorLoveAndThunder.
Imagen desde el set de la nueva película de Marvel.



6:27 AM · Aug 4, 2021 · Twitter Web App

**7** Retweets   **1** Quote Tweet   **39** Likes

💬          🔁          ♡          ⬆️

Perkowski Legal P.C.
@c_perkowski   · · ·

Tweet your reply                                    Reply

**ADR77** 🇦🇹 @AlejoDR77 · Aug 4, 2021
Replying to @altapeli
Hace de la estatua de la virgen parece, pobre Christian...

💬 1          🔁          ♡ 1          ⬆️

**Lionel Hutz** @LionelHutz_ · Aug 4, 2021
Replying to @AlejoDR77 and @altapeli
Pero lo va a hacer bien.

💬          🔁          ♡ 1          ⬆️

**Gabriel Hernandez** @gaboto1976 · Aug 4, 2021
Replying to @altapeli
Patagonia ❤️

💬          🔁          ♡          ⬆️

## Relevant people

**AP** ✓
@altapeli                                    Follow
Cuenta oficial de AltaPeli.com - Cine /
Series / Críticas / Noticias /
Videojuegos

## What's happening



Television · 5 minutes ago
**Saturday Night Live airing on
NBC**

#GetYourRideRight
**Book your ride up to 30 days ahead on Uber
Reserve**
📣 Promoted by Uber

Trending in United States
**HE'S BACK**
133K Tweets

Trending in California
**Pasadena**
1,399 Tweets

Trending in California
**#FIFAWorldCup** 🏆
926K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

Tweet

Search Twitter

— https://twitter.com/lun/status/1400497598881054723 __ ol __ 2022-11-22 11:47:39 -08:00

← **Tweet**

**Las Últimas Noticias**
@lun

Ahora sí: Bennifer está de vuelta 😍
Tras 17 años del fin de su romance, la pareja de Jennifer
Lopez y Ben Affleck retomó la relación 💕
bit.ly/2S5PXP3

Translate Tweet



10:00 AM · Jun 3, 2021 · Hootsuite Inc.

6 Likes

Tweet your reply                                    Reply

cristian carrillo @cristianca1000 · Jun 4, 2021
Replying to @lun

¡Que bruto
póngale cero!

GIF   ALT

les puede salir un hijo como yo @algodetodoynada · Jun 3, 2021
Replying to @lun
Bennifer el otro

karen @ksnegrita · Jun 3, 2021
Replying to @lun
Me importan una soberana 🌺

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

Search Twitter

**Relevant people**

Las Últimas Noticias          Follow
@lun
Cuenta oficial del Diario Las Últimas
Noticias en Twitter.

**What's happening**

FIFA World Cup · 1 hour ago
Mexico vs Poland

#AvatarTheWayOfWater
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
Ochoa
Trending with Australia, Giroud

Celebrities · Trending
Tom Hanks
5,393 Tweets

Trending in California
Mexico City
20.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Tweet

**Infos Séries**
@SeriesUpdateFR

Premières photos de Zachary Levi sur le tournage du film 'Shazam: Fury of the Gods' ⚡



1:37 PM · Jun 3, 2021 · Twitter for Android

**34** Retweets   **7** Quote Tweets   **246** Likes

Tweet your reply                                            Reply

🇩🇪**GalloRom1 #FIFA23**🇮🇹🏆 @GalloRom1_972 · Jun 3, 2021
Replying to @SeriesUpdateFR
Il ont changé l'acteur ? 😢

💬 2          🔁          ♡ 2          📤

🇮🇹@1_PaulPaulPaul · Jun 3, 2021
Replying to @GalloRom1_972 and @SeriesUpdateFR
Non

💬 1          🔁          ♡ 1          📤

Show replies

**Jérémie** 🤐 @jrmiejak · Jun 3, 2021
Replying to @SeriesUpdateFR
J'espère qu'on la reverra dans la suite elle me faisait trop rire dans le premier film 😂



💬          🔁          ♡ 4          📤

**Relevant people**

**Infos Séries**          Follow
@SeriesUpdateFR
Bienvenue sur votre premier compte source français sur toutes vos séries, films et plateformes de streaming préférées. 📩: seriesupdatefr@gmail.com

**What's happening**

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Music · Trending
**#DavidoAt30**
53.8K Tweets

Trending in United States
**Maher**
21.9K Tweets

Trending in United States
**#AMAs** 🔥
Trending with soobin, yeonjun

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

🐦   🔍 Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⚙️ More

Tweet

Perkowski Legal P.C.
@c_perkowski

← Tweet

**Robert Littal BSO** ✔
@BSO

Shockingly Amber Rose is Already Getting Tired of 21 Savage (Photos) bit.ly/2wVp7fr



7:38 AM · Sep 2, 2017 · BSO Alert

**23** Retweets   **78** Quote Tweets   **14** Likes

💬            🔁            ❤            📤

🔵 Tweet your reply                                    Reply

HumbleForever 🌀 @DaRealSkeet · Sep 2, 2017
Replying to @BSO
publicity relationship was that album been out for a while the agreement is over lol

💬            🔁            ❤            📤

Rel @Relbow79 · Sep 2, 2017
Replying to @BSO
She is a rental. You gotta return her can't cuff her. Yuck

💬            🔁 1          ❤            📤

Waiting To Oxtail 🌀 @ThatDudeMCFLY · Sep 2, 2017
Replying to @BSO

*pretend to care*
GIF
▶

💬            🔁            ❤ 5          📤

rodell59 @rodell59 · Sep 2, 2017
Replying to @BSO
Yawn

💬            🔁            ❤            📤

justanobody @melvinhardytmh · Sep 2, 2017
Replying to @BSO
She saw his bank balance

💬 1          🔁            ❤            📤

Son of Ng'etuk @OneSantuz · Sep 3, 2017
Replying to @melvinhardymh and @BSO
He got 1-2-3-4-5-6-7-8 Ms in his bank account

💬            🔁            ❤            📤

Vince Johnson @vincejohnson_D1 · Sep 2, 2017
Replying to @BSO
I knew the time was coming.

TICK TOCK,
MUTHAFUCKA!
GIF
▶

💬            🔁            ❤            📤

mf captain 🌀 @ya_moms_fav_ · Sep 2, 2017
Replying to @BSO
We ALL knew this was coming.

GIF Sec.com
▶

💬            🔁            ❤            📤

The Red Son @TheRedSonRising · Sep 2, 2017
Replying to @BSO

GIF
▶

💬            🔁            ❤            📤

TOM SHANKS 🎬 @Tom_Shanks · Sep 2, 2017
Replying to @BSO

why am I not surprised
GIF
▶

💬            🔁            ❤            📤

Domo @DapperDomo · Sep 2, 2017
Replying to @BSO

▶

💬            🔁 1          ❤ 2          📤

**Relevant people**

Robert Littal BSO ✔                Follow
@BSO
BSO is a Unique take on Sports & Ent:
Tweets by The Headline King Robert
Littal; IG: BSOTV; FB:
BlackSportsOnline; Keep That Same
Energy Podcast; #BLM; 💙 #ATL

**What's happening**

FIFA World Cup · 58 minutes ago
Mexico vs Poland

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
🎬 Promoted by Avatar

Trending in United States
#coinology
2,597 Tweets

Trending in United States
Ochoa
Trending with #MEXPOL, Lewandowski

Trending in United States
Tombstone
1,946 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads Info   More···
© 2022 Twitter, Inc.

← Tweet

**Marvel News** @BRMarvelNews · Feb 7, 2019

Nova imagem promocional de Vingadores: Ultimato mostra os novos uniformes do sexteto original



💬 38      🔁 387      ♡ 337      ↑

**lúcifer** @darktfantasy · Feb 7, 2019
Replying to @BRMarvelNews
GENTE A NATASHA TA COM O CABELO RUIVO MAS A PONTA É LOIRA KKKKKKKKKKKKK

💬 1      🔁      ♡      ↑

**Marvel News** @BRMarvelNews · Feb 7, 2019

Replying to @darktfantasy

Ela estará no filme assim mesmo 👀

Translate Tweet



4:35 PM · Feb 7, 2019 · Twitter Web Client

1 Like

💬      🔁      ♡      ↑

Tweet your reply                                    Reply

**lúcifer** @darktfantasy · Feb 7, 2019
Replying to @BRMarvelNews
ah nao gente...

💬      🔁      ♡      ↑

Relevant people

**Marvel News**
@BRMarvelNews                    Follow
Conta de fã dedicada ao Universo Marvel 🇧🇷 Contato: marvelnewsbr@outlook.com

What's happening

NBA · LIVE
**Lakers at Suns**

#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
📷 Promoted by Avatar

Trending in United States
**RIP Harold**

Sports · Trending
**Hunter Renfroe**
Trending with Mike Trout, Brewers

Family drama · Trending
**#GTMcontest37**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Perkowski Legal P.C.
@c_perkowski

— https://twitter.com/filmsbymrecha/status/1199089216694693888 — at — 2022-11-19 20:42:18 -08:00 —



__ https://twitter.com/candidevent/status/1578044923877879112 __ at __ 2022-11-20 13:20:20 -08:00

← **Thread**

 Search Twitter



- Home
- Explore
- Notifications (1)
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

**celebrity photos & updates**
@candidevent   ...

First look at Dakota Johnson heading to the set of 'Madame Web'



8:30 AM · Oct 6, 2022 · Twitter for iPhone

**44** Retweets   **18** Quote Tweets   **206** Likes

Tweet your reply   **Reply**

**celebrity photos & updates** @candidevent · Oct 6
Replying to @candidevent
be sure to follow us and turn on our notifications for more breaking celeb news! 📸✨🖤

3


**Perkowski Legal P.C.**
@c_perkowski   ...

**Relevant people**



**celebrity photos & u...**
@candidevent   **Follow**

All media is posted under fair use with no © infringement intended. DM for removal.

**What's happening**



NFL · **LIVE**
**Eagles at Colts**

**#Disenchanted** 🧙
Original movie now streaming
📺 Promoted by Disney+

Trending in California   ...
**Rest In Peace**
53.5K Tweets

Only on Twitter · Trending   ...
**Jason David Frank**
Trending with **Power Rangers**

Trending in United States   ...
**LGBTQ**
Trending with **Colorado Springs**, **#ClubQ**

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Twitter**

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

rachel 🦋
@crayonmonkks

holy shit



may cry

2:17 PM · Aug 5, 2021 · Twitter for iPhone

960 Retweets   77 Quote Tweets   12.4K Likes

Tweet your reply

Relevant people

rachel 🦋
@crayonmonkks
Follow

What's happening

FIFA World Cup · 1 hour ago
Mexico vs Poland
Promoted by Adidas

Cat tickets now · In theaters December 16
#AvatarTheWayOfWater🌊

Trending in California
Mexicans
14.5K Tweets

Trending in California
Deebo
72.7K Tweets

Trending in United States
Ochoa
13.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2021 Twitter, Inc.

amie sue Harry on June 15th 🫶 @tipdelindsm04 · Aug 5, 2021
Replying to @crayonmonkks
ROCKSTAR ERA IS COMING!!!

kim 😭 @boon6s_ · Aug 5, 2021
Replying to @crayonmonkks
twitter.com/boon6s_/status

This Tweet is unavailable.

kim 😭 @boon6s_ · Aug 5, 2021
Replying to @crayonmonkks
WHAT IS THAT?? pic.twitter.com/95F9sjJ2c
Show this thread

tpvk—l @tpvklnurb · Aug 5, 2021
Replying to @crayonmonkks
Beatle is on Pinterest 100%

layla 🦋 @bohbajay · Aug 5, 2021
Replying to @crayonmonkks
this outfit is so hot I cant explain it

puffle @americian_woman · Aug 10, 2021
Replying to @thlindsaa and @crayonmonkks
??Really? If it was on a non celebrity would it still be hot?

jennalue @jennalue2 · Aug 9, 2021
Replying to @crayonmonkks
It's so weird to me that he wears those glasses unironically
the jeans 😭😭

cone7 🦋 @sam_styles529 · Aug 5, 2021
Replying to @crayonmonkks
the jeans 😭😭😭

puffle @americian_woman · Aug 10, 2021
Replying to @thlindsaa and @crayonmonkks
??Really? If it was on a non celebrity would it still be hot?

jennalue @jennalue2 · Aug 9, 2021
Replying to @crayonmonkks
It's so weird to me that he wears those glasses unironically
the jeans 😭😭

cone7 🦋 @sam_styles529 · Aug 5, 2021
Replying to @crayonmonkks
the jeans 😭😭😭

*Nico | yr x2 era @emailfeamon · Aug 5, 2021
Replying to @crayonmonkks
Thats emb id expect louis to wear but not harry ijbhg

cowboy @thheistvewmo · Aug 9, 2021
Replying to @crayonmonkks

tpvk—l @tpvklnurb · Aug 5, 2021
Replying to @thheistvewmo and @crayonmonkks
is that a hair clip?

tpvk 🦋 @darlingmy · Aug 5, 2021
Replying to @crayonmonkks
THE GLASSES

@heesntnxsur · Aug 5, 2021
Replying to @crayonmonkks
harry wearing a beadle boys t shirt =

puffle @americian_woman · Aug 10, 2021
Replying to @crayonmonkks
What? Jeans? Sunglasses? He lives?

Hazzahazza @hbrixtaquise · Aug 5, 2021
Replying to @crayonmonkks
imbe nys obe ya rly 😭😭

annica 🦋 @amricanine_33 · Aug 5, 2021
Replying to @crayonmonkks
AHHHH I LOVE BEASTIE BOYS

gene 🦋 @godhry · Aug 5, 2021
Replying to @crayonmonkks
he's sooooo

Georgie Steward @dfindien · Aug 10, 2021
Replying to @crayonmonkks and @crayonmonkks
@garyfhm

apr-j @aprjfhm · Aug 10, 2021
Replying to @GHrubh and @crayonmonkks

Tasty McTashface @fiaHFDI · Aug 9, 2021
Replying to @crayonmonkks
Haha

Liv @fiHD16 · Aug 10, 2021
Replying to @crayonmonkks
cried in a restaurant 😭😭
The yellow laces...

beachgurl @beachgurl_candy · Aug 9, 2021
Replying to @crayonmonkks
The yellow laces...

avitbkmi @kafiltimil · Aug 10, 2021
Replying to @crayonmonkks
G.

c leah @Licbahhb27350845 · Aug 10, 2021
Replying to @crayonmonkks
new era much ?

Aosffg[ @wohhroy_1273 · Aug 10, 2021
Replying to @crayonmonkks
PizzaHtee

__ https://twitter.com/alexromval/status/1392260830503243777 __ at __ 2022-11-20 11:50:25 -08:00

← **Tweet**

⟲ **Alex Salvatore 👨‍💼 Retweeted**

**best of elizabeth olsen**
@eolsenarchive                                            ···

## elizabeth olsen bts as wanda maximoff



4:24 PM · May 11, 2021 · Twitter for iPhone

**136** Retweets    **12** Quote Tweets    **1,793** Likes

💬        ⟲        ♡        ⬆️

🅿️    Tweet your reply                          Reply

---

🔍 Search Twitter

**Relevant people**

**Alex Salvatore 👨‍💼**    Follow
@Alexromval
'Nadie puede juzgar desde fuera el amor'

**best of elizabeth olsen**    Follow
@eolsenarchive
fan account posting updates & daily content of emmy nominated actress, elizabeth olsen

**What's happening**

FIFA World Cup · 3 hours ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧙
Original movie now streaming
▶️ Promoted by Disney+

Only on Twitter · Trending              ···
**Rest In Peace**
46.7K Tweets

Trending in California              ···
**Shakira**
110K Tweets

Music · Trending              ···
**AMAs**
3.05M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS   Document 1-5   Filed 12/30/22   Page 37 of 101   Page ID #:378

← **Tweet**

Home

# Explore

Notifications

Messages

This Tweet is from a suspended account. Learn more

**The Home Dreams Achiever** @Ritalino0701 · May 16
Replying to @MileyUpdates
a ouch...

_ https://twitter.com/ludenoid/status/1580910040873156609 _ et _ 2022-11-22 22:22:08 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 1-5   Filed 12/30/22   Page 38 of 101   Page ID #:379



**Ludenoid** 🎃 🥖
@ludenoid

Chris Evans, Prime Video'nun Dwayne Johnson ve Kiernan Shipka'lı aksiyon-macera komedisi Red One'ın setinde fotoğraflandı.

Translate Tweet



6:15 AM · Oct 14, 2022 · Twitter Web App

**1** Quote Tweet  **37** Likes

**Perkowski Legal P.C.**
@c_perkowski

P  Tweet your reply   Reply

**Emre izmir** @emrecen19306729 · Oct 14
Replying to @ludenoid
mont fiyatlarını görünce benim haller

---

**Relevant people**

**Ludenoid** 🎃 🥖   Follow
@ludenoid

Oyun, dizi ve film evrenlerinden haber ve yorumlar 🥖 #EpicPartner - Creator Code: LUDENOID 🎮 İş Birliği & İletişim: info@ludenoid.com

**What's happening**

NBA · 56 minutes ago
**Lakers at Suns**

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
📽 Promoted by Avatar

Trending in United States
**Erection**
18K Tweets

Trending in California
**Costco**
5,822 Tweets

Bachelor in Paradise · Trending
**#bachelorinparadiseabc** 🥀
Trending with Victoria

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

__ https://twitter.com/SpiderGirlsBR/status/1556066625197510913 __ at __ 2022-11-19 22:54:21 -0800 __

← Tweet

 **Spider-Girls Brasil** ❋
@SpiderGirlsBR

...

🧨 | Nessas imagens é possível analisar a roupa de Dakota, identificada como paramédica do FDNY, Corpo de Bombeiros de Nova York (já visto em outros filmes da Marvel, responsável pelo combate a incêndios na cidade de NY).

Translate Tweet



4:54 PM · Aug 6, 2022 · Twitter for Android

**8** Retweets   **42** Likes

💬        ⇄        ♡        ⬆️

 Tweet your reply        Reply



🔍 Search Twitter

### Relevant people

 **Spider-Girls Brasil** ❋        Follow
@SpiderGirlsBR

Maior e única fonte de notícias sobre as mulheres aracnídeas em HQs e animações. | 🔔 ON!

### What's happening

Television · 2 hours ago
**Saturday Night Live airing on NBC**


**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
📢 Promoted by Uber

Trending in California    ...
**#DonaldTrump**
18.1K Tweets

Trending in United States    ...
**Blocked**
133K Tweets

Sports · Trending    ...
**Clark Phillips**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.** ...
@c_perkowski

https://twitter.com/RNavyBrazil/status/1505999932071313157 ... et... 2022-11-22 00:20:25 -08:00

Q Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



**Rihanna Navy Brasil | Fan Account**
@RNavyBrazil

**Relevant people**

**Rihanna Navy Brasil |...**
@RNavyBrazil
Follow

RNB 🇧🇷🇧🇷 | Estamos online desde 2010, somos o maior e mais completo fã-clube sobre a cantora Rihanna no Brasil e em toda a América Latina. Apoio: @umusicbrasil

**What's happening**

NFL · 4 hours ago
**49ers at Cardinals**

**#AvatarTheWayOfWater** 🎬
Get tickets now · In theaters December 16
🟦 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
6,932 Tweets

Trending in United States
**james cameron**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More —
© 2022 Twitter, Inc.

1:05 PM · Mar 21, 2022 · Twitter for iPhone

**1,175** Retweets   **206** Quote Tweets   **24.7K** Likes

Tweet your reply
Reply

leh @lehcbrl · Mar 22
Replying to @RNavyBrazil
Eu adoro a noticia da rihanna vindo pro Brasil prestes a parir, se isso realmente for mentira, será o ápice de como o marketing faz as pessoas de idiotas. Quantas pessoas que não sabem nem quem é Asap, estão pesquisando ou comprando ingressos pro show dele agora?
3

Draco @drakoflly011 · Mar 22
Replying to @lehcbrl and @RNavyBrazil
Ela vem por causa dele mesmo, para estarem juntos em toda a questão da gravidez e contratou uma equipa para cas aconteça alguma coisa, acredito que ela quisesse ter o filho em Barbados mas o povo realmente levou as coisas a um nível muito alto

Show replies

Vira-Latina 🐕 @ViraLatina · Mar 22
Replying to @RNavyBrazil
O bom de ser a riri é que você pode usar qqr combinação de roupa esdruxula e ainda assim ser uma diva
1    6

jess💜 @dynakyy · Mar 21
Replying to @RNavyBrazil
ela é tão perfeita

Lilh 🇧🇷 @lilithlilii · Mar 22
Replying to @RNavyBrazil
a disposição pra usar salto fino me comove
3

thayssa @thayssacastro · Mar 22
Replying to @RNavyBrazil
lindíssima e guerreia, pois para usar salto alto grávida tem que ter disposição
3

IGÃO DO HEXA 2022 @igoemidio · Mar 22
Replying to @RNavyBrazil
a cara de quem ta indo tomar uma cerveja preta porque diz a lenda que pode durante a gravidez
6

Adalgisa Santana @AdalgisaSanta14 · Mar 21
Replying to @RNavyBrazil
Mt top   yesss
1

Toria_ane @ToriaAne · Mar 22
Replying to @RNavyBrazil
Linda

tia do filho da rihanna @danylla · Mar 21
Replying to @RNavyBrazil
A riri de salto fino e barrigão, mds 😍
19

andre @unreafenty · Mar 21
Replying to @RNavyBrazil
bem brasileira
5

Leandro Machado @OLeandroMachado · Mar 21
Replying to @RNavyBrazil
Ela indo pegar o uber pro aeroporto... Agora sim ela vem, gente!
13

Thámires @thanimartinns · Mar 21
Replying to @RNavyBrazil
Tamanquinho showw mhri

Idalência Lurdes @IdalenciaLurdes · Mar 22
Replying to @RNavyBrazil
Hello Rihanna

Douglas Cirino @DouglasCirino7 · Mar 22
Replying to @RNavyBrazil
Achei que era, a Maysa velha.kkkkk

Anne Ramily @cartas_para_els · Mar 21
Replying to @RNavyBrazil
a blusa da Luísa sonza em modo turbo 🙏🙏🙏
4

Malu 🪐 @ghostofanti · Mar 21
Replying to @RNavyBrazil
ela nao vem mais!!!

Perkowski Legal P.C.
@c_perkowski



← **Tweet**

 **Conexão POP**
@conexaopopsite                                              ...

Kanye West estava com a modelo brasileira Juliana Nalu na última noite, em Los Angeles 🍑



8:21 AM · Oct 10, 2022 · Twitter for Android

**1** Like

🗨          ⇄          ♡          ⬆

  Tweet your reply                              Reply

## Twitter

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

🗒 Lists

👤 Profile

⋯ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

🔍 Search Twitter

## Relevant people

 **Conexão POP**         Follow
@conexaopopsite

Conectando você ao mundo POP!

## What's happening

Television · 3 hours ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

🐦 Twitter
🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

Tweet

Perkowski Legal P.C.
@c_perkowski

← Tweet

**NAÇÃO MARVEL | fan club**
@nacaomarvel

😍🤩🧡 **#Hawkeye**



◆ Hailee Steinfeld Brasil

2:48 PM · Feb 21, 2021 · Twitter for Android

**35** Retweets  **5** Quote Tweets  **369** Likes

💬  🔁  ♡  ⬆

🅿  Tweet your reply                          Reply

**Phil** @ksfilipe0 · Feb 21, 2021
Replying to @nacaomarvel @steinfeldbrasil and @updatesteinfeld
Um milhão de fotos de Hawkeye e 0 de DS2

💬 2   🔁   ♡ 1   ⬆

**Adriel E. Fernandes** @Adriel_EF · Feb 21, 2021
Replying to @nacaomarvel @steinfeldbrasil and @updatesteinfeld
Meu hype aumenta a cada imagem q vcs da @NacaoMarveli postam, obg ❤👏🏻

💬   🔁   ♡

**• natan. •** ⚽🦇 @blispeakstorne · Feb 21, 2021
Replying to @nacaomarvel @steinfeldbrasil and @updatesteinfeld
@NacaoMarveli vê essa edição da Agatha velha 😆

▶

From • natan. • 🦇🐦👹

💬   🔁   ♡ 1   ⬆

**D⊕C✝⊕℞ D⊕℉℘ℎ** @mcuflightclub · Feb 21, 2021
Replying to @nacaomarvel @steinfeldbrasil and @updatesteinfeld



▶

GIF  ALT

💬   🔁   ♡ 1   ⬆

This Tweet was deleted by the Tweet author. Learn more

**D⊕C✝⊕℞ D⊕℉℘ℎ** @mcuflightclub · Feb 21, 2021
Estou definitivamente animado para esse show, ao contrário de Hawkeye. Hawkeye parece chato.

💬   🔁   ♡ 1   ⬆

Show more replies

**Relevant people**

NAÇÃO MARVEL | fa...          Follow
@nacaomarvel
🇧🇷 O maior fã-clube da Marvel no Brasil e #2 do mundo | por @kainyali & @thursdopper | 🎙 : @PodcastNM | 📧 nacaomarvelofc@gmail.com

Hailee Steinfeld Brasil          Follow
@steinfeldbrasil
Sua maior e melhor fonte de notícias sobre a atriz e cantora Hailee Steinfeld no Brasil. | UMG | We are not Hailee. Fan account.

**What's happening**

NFL · 2 hours ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
69.7K Tweets

Trending in California
**Mexicans**
6,274 Tweets

Trending in United States
**August Alsina**
Trending with Jada, #TheSurrealLife

Sports · Trending
**Troy Aikman**
1,055 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/Bey_Legion/status/9380155672520007&9 __ et __ 2022-11-21 14:36:07 -08:00

← **Tweet**

**BEYONCÉ LEGION**
@BeyLegion                                     · · ·

❤️

bit.ly/2zOFxVs



4:01 AM · Dec 5, 2017 · Twitter Web Client

48 Retweets   2 Quote Tweets   146 Likes

💬          ⟲          ♡          ⬆️



Tweet your reply                              **Reply**

mhubbard @mia_mia7881 · Dec 5, 2017      · · ·
Replying to @BeyLegion and @Bey_Legion
Wait! Wouldn't Beyonce "Lemonade" and Jay- Z "4:44" album make a great
Broadway play! True love really conquers!



GIF

💬          ⟲          ♡ 1          ⬆️

Perkowski Legal P.C.
@c_perkowski                                   · · ·

## Relevant people

**BEYONCÉ LEGION**          **Follow**
@BeyLegion

Beyoncé's biggest fansite.
#RENAISSANCE available now:
apple.co/3xDZm1a | Inquiries:
beyoncelegion@gmail.com

## What's happening

FIFA World Cup · 1 hour ago
**USA vs Wales**                              

Trending in United States                     · · ·
**Richard Fierro**
1,570 Tweets

Trending in United States                     · · ·
**Zimmerman**
17.2K Tweets

Trending in United States                     · · ·
**HOW IS THAT NOT A YELLOW**
1,167 Tweets

Sports · Trending                             · · ·
**Mexico City**
12.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

### Left sidebar navigation

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
🗒️ Lists
👤 Profile
⊙ More

**Tweet**

https://twitter.com/cabsioesntick/shistor/13491011492700235d0___df___2023.11.22 02:14:23 -08:00
Document 1-5    Filed 12/30/22    Page 44 of 101    Page ID
#385
2-22-cv-09482-DMG-AGR



← **Thread**

**Avengers Assemble BR**
@AAssembleBR · · ·

Novas imagens foram reveladas do set de #MadameWeb onde vemos os dublês de Dakota Johnson, Celeste O'Connor e Tahar Rahim. 👀 ❄️

Translate Tweet



3:57 PM · Oct 6, 2022 · Twitter for Android

**5** Retweets   **2** Quote Tweets   **60** Likes

💬            🔁            ♡            ⬆️

Ⓟ  Tweet your reply                              Reply

**Avengers Assemble BR** @AAssembleBR · Oct 6    · · ·
Replying to @AAssembleBR

> Ⓐ **Avengers Assemble BR** @AAssembleBR · Oct 5
> 🖊️ A atriz de #MadameWeb, Isabela Merced, esclareceu que compartilhou uma logo feita por fãs em uma foto recente:
>
> "Por que eu seria a única a revelar a logo oficial?"
>
> Show this thread

💬            🔁            ♡ 1            ⬆️

**Avengers Assemble BR**
@AAssembleBR

Follow

🇧🇷 Fan Account | Sua mais completa fonte de informações sobre o universo Marvel no Brasil. Ativem as notificações!

**What's happening**

FIFA World Cup · 1 hour ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧙
Original movie now streaming
▶️ Promoted by Disney+

Trending in California    · · ·
**Shakira**
103K Tweets

Only on Twitter · Trending    · · ·
**Jason David Frank**
93.1K Tweets

Trending in California    · · ·
**Blocked**
152K Tweets

Show more

**Relevant people**

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More · · ·
© 2022 Twitter, Inc.

🐦 Home
🔍 Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

Ⓟ **Perkowski Legal P.C.**
@c_perkowski    · · ·

🔍 Search Twitter

__ https://twitter.com/foochia/status/1291645663504216064 __ at __ 2022-11-22 10:46:39 -08:00 __

← **Tweet**



**Foochia - فوشيا** ✔
@foochia

شوهدت الممثلة العالمية أنجيلينا جولي البالغة من العمر 45 عامًا وهي تتنزه في شوارع المدينة التي تقطنها برفقة ابنها نوكس. وأكثر ما لفت الانتباه إلى إطلالة جولي هو قناع الوجه الذي ارتدته، والذي كان باللون الأسود اختارتها من علامة "أوف وايت"، ويُقدّر ثمنها بـ 105 دولارات.

Translate Tweet



1:01 AM · Aug 7, 2020 · Hootsuite Inc.

**1** Retweet   **12** Likes

Tweet your reply                                    Reply


**Perkowski Legal P.C.** ...
@c_perkowski

---

Search Twitter

**Relevant people**



**Foochia - فوشيا** ✔          Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.

**What's happening**

FIFA World Cup · 49 minutes ago
**Mexico vs Poland**





**#AvatarTheWayOfWater** 🔵
Get tickets now - In theaters December 16
🔷 Promoted by Avatar

Trending in United States                    ...
**#coinology**
5,851 Tweets

Trending in California                         ...
**Mexicans**
13K Tweets

Sports · Trending                              ...
**Cristiano Ronaldo**
Trending with Manchester United

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

← **Tweet**

**Shawn Updates** 🌱
@ShawnUpdatesSA                                    ···

Fotos de Shawn esta mañana saludando a las fans que se encontraban afuera de su hotel en Rio de Janeiro.

Translate Tweet



10:53 AM · Dec 2, 2019 · Twitter for iPhone

**44** Retweets  **4** Quote Tweets  **309** Likes

**aariel** @shawnftaitana · Dec 2, 2019
Replying to @ShawnUpdatesSA
LPM

**lucia**🦋 @_luulaaa · Dec 2, 2019
Replying to @ShawnUpdatesSA
Mira me sale así al balcón y me da un infarto

🗨  🔁 1  ♡ 2  ⬆

---

🔍 Search Twitter

### Relevant people

**Shawn Updates** 🌱
@ShawnUpdatesSA                    Follow

Fuente de información más grande en Español del dos veces nominado a los premios GRAMMY's, cantante y compositor @ShawnMendes, backup: @ShawnUpdateSA

### What's happening

NFL · Starts at 5:15 PM
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
37.7K Tweets

Trending in United States
**Chrisley**
8,239 Tweets

Trending in United States
**Vasy**
1,252 Tweets

Trending in California
**Dodger Stadium**
12.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski                    ···

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

_ https://twitter.com/CapitanEvans/status/1588606208503840768 _ at _ 2022-11-22 23:51:10 -08:00 _

← **Tweet**

**Chris Evans Chile**
@CapitanEvans                                    ...

## Chris Evans y Dwayne Johnson "The Rock" en el set de Red One 🌲 💙



11:56 AM · Nov 4, 2022 · Twitter for iPhone

**4** Retweets    **52** Likes

💬    🔁    ♡    ⬆️

Tweet your reply                                    Reply

### Search Twitter

**Relevant people**

**Chris Evans Chile**        Follow
@CapitanEvans

Primera Fan Page Chilena, noticias, memes e imágenes del actor Chris Evans.

**What's happening**

NBA · 4 hours ago
**Kings at Grizzlies**

**#AvatarTheWayOfWater**🧑‍🦲
Get tickets now - In theaters December 16
📷 Promoted by Avatar

Business and finance · Trending        ...
**#massshooting**
1,453 Tweets

Trending in United States        ...
**Erection**
21.5K Tweets

Trending in California        ...
**Costco**
6,162 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**    ...
@c_perkowski

🔍 Search Twitter

# Tweet

## Spider-Man Brasil ✅
@SpiderManBRA · · ·

🕷️ Nova imagem de Dakota Johnson no set de Madame Web:



8:57 AM · Jul 27, 2022 · Twitter for Android

17 Retweets    4 Quote Tweets    563 Likes

💬    🔁    ❤️    📤

Tweet your reply                                    **Reply**

**Just A Boy** @JustABo14449936 · Jul 27
Replying to @SpiderManBRA

❤️ 2

**manoel |** @manelsous · Jul 27
Replying to @SpiderManBRA
É num e que vai ter mam @KayoJovovich15

💬 1    🔁    ❤️ 1    📤

**Calo of Steel** @KayoJovovich15 · Jul 27
Replying to @manelsous and @SpiderManBRA
Essa mulher vive de bomba mds

💬    🔁    ❤️ 5    📤

**André F. //** 🇮🇹🇺🇸🇩🇪 @Andrezinhu07 · Jul 27
Replying to @SpiderManBRA
Tô perdido, ela vai interpretar qm

💬 2    🔁    ❤️    📤

**Lucas** @lucas_do_tt · Jul 27
Replying to @Andrezinhu07 and @SpiderManBRA
a madame teia julia carpenter

💬    🔁    ❤️ 1    📤

**rafo** @rafotheg0d · Jul 27
Replying to @SpiderManBRA
Dakota johnson só faz bomba, coitada kkk

💬    🔁    ❤️ 1    📤

**George M.** 🧙 @MeChameDe_G · Jul 27
Replying to @SpiderManBRA
To apaixonado na jaqueta igual da hq

💬    🔁    ❤️ 2    📤

## Relevant people

**Spider-Man Brasil** ✅
@SpiderManBRA                    **Follow**
Sua maior fonte de notícias sobre o amigão da vizinhança no Brasil. Ative as notificações! 🔔 • Fan Account

## What's happening

FIFA World Cup · This morning
**England vs Iran**

Entertainment · Trending
**Died Suddenly**
39.1K Tweets

Only on Twitter · Trending
**#pcxqc**
2,960 Tweets

Trending in United States
**#ThingsIWouldTellMyYoungerSelf**

Sports · Trending
**#SFvsARI**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski



← **Tweet**



**Daki_Jamie** 🖤
@damieforever48

New pics of Dakota on the set of Madame Web in Boston, Massachusetts (Via @dakotajohnsonpt) ❤️
#DakotaJohnson





10:51 PM · Aug 6, 2022 · Twitter for Android

**8** Retweets  **28** Likes

💬          ⟲          ♡          ⬆️

  Tweet your reply                    Reply

**Dumas Françoise** @DumasFranoise5 · Aug 6    · · ·
Replying to @damieforever48 and @dakotajohnsonpt
Madame DoRNAN est très heureuse sur ce tournage

💬          ⟲          ♡          ⬇️          ⬆️

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.    · · ·
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

**Daki_Jamie** 🖤
@damieforever48                          **Follow**
Fan Account Jamie Dornan e Dakota
Johnson 🖤

**Dakota Johnson P...** ✓
@dakotajohnsonpt                         **Follow**
A tua única e melhor fonte de
informações sobre a atriz, ativista e
produtora Dakota Johnson em
Portugal, online desde 2018! — 📷:
@DJPTMidias | Fã-Clube.

**What's happening**

NCAA Football · LIVE
**TCU at Baylor**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber
Reserve
⏺ Promoted by Uber

Sports · Trending                          · · ·
**Dave Aranda**

Sports · Trending                          · · ·
**Wow TCU**
1,420 Tweets

Sports · Trending                          · · ·
**Sonny Dykes**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

__ https://twitter.com/hotcelebspicss/status/1437125796615933952 __ et __ 2022-11-21 07:54:17 -08:00 __



Tweet

← Tweet

**Hot Celebs**
@HotCelebsPicss

···

# Alexandra Daddario 😍



11:47 AM · Sep 12, 2021 · Twitter for Android

**53** Retweets    **414** Likes

💬    🔁    ♡    ⬆

🅿  Tweet your reply                    Reply

**skip yeatmanII** @yeatmanii · Sep 13, 2021    ···
Replying to @HotCelebsPicss
Shes so sexy

💬    🔁    ♡    ⬆

---

## Sidebar

🔍 Search Twitter

### Relevant people



**Hot Celebs**                Follow
@HotCelebsPicss

Hot Celebs Pics - DMs are open (no wankchat) - IM A GUY - #NSFW [EN/FR]

### What's happening

FIFA World Cup · 22 minutes ago
**England vs Iran**

Music · Trending                ···
**#askmeek**

Trending in United States        ···
**#GilmoreTheMerrier**

Trending in United States        ···
**USA ML**

Trending in United States        ···
**Maher**
22.8K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.



— https://twitter.com/tender_DMJ/status/1041951079599095811 — at — 2022-11-21 16:21:27 -08:00

← Tweet



DAKOTA 💜💙
@tender_DMJ

···

# MY FAVORITE PERSON IN THIS WORLD ✨



12:24 AM · Sep 18, 2018 · Twitter for iPhone

**4** Retweets  **11** Likes

  Tweet your reply

Reply

🔍 Search Twitter

### Relevant people

 DAKOTA 💜💙
@tender_DMJ

Follow

Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

### What's happening

FIFA World Cup · 2 hours ago
USA vs Wales

Trending in California
TSLA
23.7K Tweets

···




Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**


Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/agfotosevideos/status/1388512210742390789 __ at __ 2022-11-21 00:52:00 -08:00 __

← **Tweet**

 **ATENÇÃO GEEK | Mídia**
@agfotosevideos

···

Primeiras fotos dos bastidores com Kamala com o traje oficial da #MsMarvel



8:14 AM · May 1, 2021 · Twitter for Android

**2** Retweets   **12** Likes

💬        ⟲        ♡        ⬆

 Tweet your reply                              Reply

---

🔍 Search Twitter

### Relevant people

 **ATENÇÃO GEEK | Mídia**        Follow
@agfotosevideos

Conta para fotos e vídeos dos bastidores do mundo do entretenimento. Conta oficial:
@atencaogeek

### What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Trending in United States                    ···
**Bob Iger**
Trending with Disney, Chapek

Trending in United States                    ···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States                    ···
**Maher**
22.1K Tweets

Trending in United States                    ···
**#AMAs** 🔥
Trending with sabrina

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
··· More

**Tweet**

**Perkowski Legal P.C.**   ···
@c_perkowski

_ https://twitter.com/txtdariBCU/status/1582601267847008256 _ at _ 2022-11-20 07:32:52 -08:00 _

← **Tweet**

 **Breakdown Channel Universe**
@txtdariBCU                                    ···

Di series Ironheart The Hood dirumorkan bakal membuat perjanjian dengan Mephisto untuk mendapatkan kekuatan sihir.

#Ironheart #MarvelStudios

Translate Tweet

 

10:15 PM · Oct 18, 2022 · Twitter Web App

2 Likes

○                ⇄                ♡                ⬆

 Tweet your reply                              Reply

---

Search Twitter

**Relevant people**

 **Breakdown Channel ...**          Follow
@txtdariBCU
Wadah ngebacotnya BCU pokoknya

**What's happening**

Formula 1 · 31 minutes ago
Abu Dhabi Grand Prix 2022            

**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in United States           ···
**Morgan Freeman**
68.5K Tweets

Trending in United States           ···
**RIP Tommy**

Only on Twitter · Trending           ···
**#SeductiveSunday**
3,630 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.          ···
@c_perkowski

← **Tweet**

 **Rock, Cine y Cómics**
@RockCineyComics

···

BLUE BEETLE, EN PRODUCCIÓN 🎬

Chequen las primeras imágenes de la cinta sobre el héroe de DC Cómics, Blue Beetle, que es protagonizada por Xolo Maridueña. El filme se estrenará en agosto de 2023.
📷 @JustJared

.
.

.

#bluebeetle #dccomics #XoloMariduena



3:16 PM · May 25, 2022 · Twitter for iPhone

💬          ⇄          ♡          ⬆

 **Perkowski Legal P.C.**
@c_perkowski          ···

🔍 Search Twitter

**Relevant people**

 **Rock, Cine y Cómics**        **Follow**
@RockCineyComics
Aquí encontrarás noticias, entrevista y alguna locura relacionado con los temas de tu interés

 **JustJared.com** ✔        **Follow**
@JustJared
Your #1 Entertainment Authority Also follow @jaredeng @justjaredjr

**What's happening**

NFL · 28 minutes ago
**Chiefs at Chargers**

**#Disenchanted** 🧟
Original movie now streaming
🅟 Promoted by Disney+

Trending in United States        ···
**#dantherizzler**
1,353 Tweets

Trending in United States        ···
**Bob Iger**
Trending with Chapek, Disney

Trending in United States        ···
**#AMAs** 🔥
Trending with soobin, yeonjun

**Show more**

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

P  Tweet your reply          **Reply**

← **Tweet**

**Home**

**Explore**

**Notifications** ①

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Robert Littal BSO ✓
@BSO                                    •••

Suns Fans From #NBATwitter🏀 Are Begging Devin Booker To Break Up With Kendall Jenner After His "Slow" Start To The Season & Even After Latest Good Game (Tweets-Vids) bit.ly/2KEE0ME



8:22 AM · Jan 21, 2021 · BSO Alert

5 Retweets   12 Likes

💬        🔁        ♡        ⬆️

Perkowski Legal P.C.   •••
@c_perkowski

P   Tweet your reply                    **Reply**

The Scout @TheScout_Report · Jan 21, 2021
Replying to @BSO
😭😭

💬        🔁        ♡        ⬆️

**Relevant people**

Robert Littal BSO ✓      **Follow**
@BSO

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**What's happening**

FIFA World Cup · 2 hours ago
Argentina vs Saudi Arabia



#AvatarTheWayOfWater🧜
Get tickets now · In theaters December 16
Ⓐ Promoted by Avatar

Trending in United States          •••
**Died Suddenly**
104K Tweets

Trending in United States          •••
#السعوديه_الارجنتين
1.23M Tweets

Trending in California            •••
**Mexico City**
25.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Search Twitter

__ https://twitter.com/AboutHerOFCL/status/1465785091060723717 __ at __ 2022-11-20 19:26:45 -08:00 __

← **Tweet**

 **About Her** ✓
@AboutHerOFCL

Tessa Thompson looked like a real-life Cinderella with this ball gown 👠🧡



11:30 AM · Nov 30, 2021 · Buffer

**1** Retweet    **2** Likes

         Tweet your reply    Reply

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Search Twitter

**Relevant people**

 **About Her** ✓
@AboutHerOFCL    Follow
Inside untapped territory: Pulling back the curtain on Arab women who are defining cultural trends now.
#AboutHer

**What's happening**

NFL · 2 hours ago
**Cowboys at Vikings**


#Disenchanted 🧚
Original movie now streaming
 Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, Disney CEO

Trending in California
**#BLACKPINK**
223K Tweets

Trending in California
**Dodger Stadium**
Trending with Elton John

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski



__ https://twitter.com/screenplus/status/1207099447286661601 ___ el ___ 2022-11-21 07:28:01 -08:00    2:22-cv-00462-DMG-ADS    Document 1-5    Filed 12/30/22    Page 60 of 101    Page ID #:401

← Tweet

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Recommend Mix اقتراحات أفلام - سلام ···
@Recommendmix

إليزابيث أولسن في موقع تصوير مسلسل مارفل الجديد
Wandavision.



4:45 PM · Dec 17, 2019 · Twitter Web App

**37** Retweets   **15** Quote Tweets   **774** Likes

Tweet your reply                                    Reply

Eng.bader @badersjohani · Dec 18, 2019 ···
Replying to @Recommendmix and @ScreenMix
صدفه جميلة البارح تابعت فلمها Liberal Arts.
فلم جميل و لطيف جدا و ابدعت في دورها ضراره .

Mohamed Ali @mo7amedalshikh6 · Jan 1, 2020 ···
Replying to @Recommendmix
قاعدة يتحب في الفنون 😂😂

mohmad_zohud @mohmadzohud1 · Dec 17, 2019 ···
Replying to @Recommendmix and @ScreenMix
كانت بنطمن علي ❤️

A**h**med @Ahmed366759404 · Dec 17, 2019 ···
Replying to @Recommendmix
كم

MAHER @Immaher7 · Dec 17, 2019 ···
Replying to @Recommendmix
اكيد المسلسل حلو

mira @Mirahossam_ · Dec 17, 2019 ···
Replying to @Recommendmix
يختن ايه القمر ده يختن 😍😍😍

AHMED KHALED جعله 👑 @ahmed_kicks · Dec 17, 2019 ···
Replying to @Recommendmix
😐

ꝗꝗ @llz09 · Dec 18, 2019 ···
Replying to @Recommendmix and @ScreenMix
احلى وحدة في أخواتها ❤️❤️😍😍

Search Twitter

**Relevant people**

Recommend Mix - سلام ...    Follow
@Recommendmix
حساب لترشيحات الأفلام والمسلسلات
ونشر مقاطع منها تابع لـ @Screenmix

**What's happening**

FIFA World Cup · LIVE
England vs Iran


Sports · Trending
Michael Irvin

Trending in United States
Hive
67K Tweets

Trending in California
#BLACKPINK_WORLDTOUR
58.8K Tweets

Trending in United States
#ENGIRN
446K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/teleaudiencias/status/1442807701235544068 — at — 2022-11-22 02:32:34 -08:00



### Tweet

 **Teleaudiencias**
@teleaudiencias                                          ...

The Weeknd y Angelina Jolie; pillados juntos de nuevo. La actriz y el cantante habían sido relacionados sentimentalmente hace unos meses. ¿Posible pareja o nuevo proyecto? wp.me/pa7l1P-7Nf

Translate Tweet



4:05 AM · Sep 28, 2021 · Twitter Web App

**2** Likes

💬            🔁            ♡            ⬆️

 Tweet your reply                    Reply

---

🔍 Search Twitter

### Relevant people

 **Teleaudiencias**
@teleaudiencias                    **Follow**

Audiencias, noticias, opinión, entrevistas, estrenos, tv, cine, música y deportes y +51.000 en instagram!
TvTeleaudiencias.wordpress.com

### What's happening

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater** 🧑
Get tickets now · In theaters December 16
📱 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
79.7K Tweets

Trending in United States

---

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski   ...

## Tweet

← 



**sam**
@allinitdrews

···

imagine being at a stoplight and this pulls up next to you



5:36 PM · Jun 24, 2020 · Twitter for iPhone

**9** Retweets    **27** Likes

            

    Tweet your reply                    Reply

Q Search Twitter

### Relevant people



**sam**    **Follow**
@allinitdrews
fan account; justin followed 9.14.19

### What's happening

NCAA Men's Basketball · Last night
**Lumberjacks at Longhorns**



**#AvatarTheWayOfWater**
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Music · Trending                    ···
**Dolly Parton**
4,776 Tweets

Entertainment · Trending            ···
**Marvel**
84.2K Tweets

Politics · Trending                 ···
**Ginni Thomas**
33.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Home
### Explore
Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

    Perkowski Legal P.C.    ···
@c_perkowski

https://twitter.com/jaymalecelebs/status/1320216511420731392 __at __ 2022-11-22 15:07:12 -08:00

Case 2:22-cv-09462-DMG-ADS Document 1-5 Filed 12/30/22 Page 63 of 101 Page ID #:404



**Male Celeb Hotties**
@jaymalecelebs

Shawn bringing you snacks but he's a meal!



9:11 PM · Oct 24, 2020 · Twitter for Android

**18** Retweets   **1** Quote Tweet   **315** Likes

Tweet your reply                    Reply

**EUGENE** @JIMMBEANN · Oct 25, 2020
Replying to @jaymalecelebs
Not really from were I'm looking sorry, looks just like all the rest. Nothing surprising

♡ 1

---

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

---

Search Twitter

**Relevant people**



**Male Celeb Hotties**
@jaymalecelebs
Just a bi guy bringing you hot male celeb content to lust over! DM's are always open! Have fun! 😜 18+        Follow

**What's happening**

FIFA World Cup · 5 hours ago
**Mexico vs Poland**



#AvatarTheWayOfWater 🔵
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Celebrities · Trending
**Chris Evans**
Trending with Blueface

Celebrities · Trending
**Tom Hanks**
8,091 Tweets

Politics · Trending
**Naomi Biden**
16.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/DAK_KOTTA/status/1575527891252948993 __ et __ 2022-11-20 17:11:35 -08:00

← **Tweet**

DAKOTA💯💯💯💯💯💯💯💯💯
@DAK_KOTTA

😍💋



9:48 AM · Sep 29, 2022 · Twitter for Android

**3** Retweets  **37** Likes

Tweet your reply                    Reply


Dumas Françoise @DumasFranoise5 · Sep 29
Replying to @DAK_KOTTA
J adore
❤ 2

---

Perkowski Legal P.C.
@c_perkowski

---

**Relevant people**

DAKOTA💯💯💯💯 …    Follow
@DAK_KOTTA
Dakota Johnson💕💕 Fã Forever 💕
💕

**What's happening**

NFL · 4 hours ago
Eagles at Colts

#Disenchanted🧚
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
#AMAs🔥
Trending with TOMORROW X TOGETHER

Sports · Trending
Baker Mayfield
4,077 Tweets

Trending in United States
#TheWalkingDead
Trending with #TWDFinale

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Search Twitter

__ https://twitter.com/teleaudiencias/status/1405100381982633984 __ at __ 2022-11-22 11:17:08 -0800 __

← **Tweet**



**Teleaudiencias**
@teleaudiencias

•••

Jennifer López y Ben Affleck; ¡¡están juntos❤️!! La cantante y el actor se han dado una nueva oportunidad 20 años después de su primer romance. Han sido fotografiados dándose un beso en Malibú, durante la fiesta del cumpleaños de la hermana de JLo.
wp.me/pa7l1P-4Z3

Translate Tweet



2:50 AM · Jun 16, 2021 · Twitter Web App

5 Likes

Q Search Twitter

## Relevant people

 **Teleaudiencias**
@teleaudiencias

Follow

Audiencias, noticias, opinión, entrevistas, estrenos, tv, cine, música y deportes y +51.000 en instagram!
TvTeleaudiencias.wordpress.com

## What's happening

FIFA World Cup · 1 hour ago
**Mexico vs Poland**



**#AvatarTheWayOfWater**
Get tickets now - In theaters December 16
📽 Promoted by Avatar

Trending in California
**Mexicans**
14.2K Tweets

•••

Celebrities · Trending
**Tom Hanks**
5,010 Tweets

•••

Trending in United States
**Ochoa**
Trending with Australia, Poland

•••

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski

•••

← Tweet

**Marvel News**
@BRMarvelNews

Já fazem 6 meses desde que saíram essas fotos da Emily VanCamp gravando #TheFalconAndTheWinterSoldier e agora falta tão pouco pro retorno da Sharon Carter pro MCU 🤜🤜

Translate Tweet



9:25 PM · Mar 18, 2021 · Twitter for Android

**56** Retweets   **25** Quote Tweets   **804** Likes

Tweet your reply                                    Reply

**Souza** @Soylivre · Mar 18, 2021
Replying to @BRMarvelNews
Amo a Emily VanCamp desde de Revenge.
Ainda bem que a personagem Sharon Carter voltou a aparecer.
E espero que ela tenha bastante destaque.
                                                                          ♡ 7

**tá olhando o que** 🔴🔴 @vem_vacinas · Mar 18, 2021
Replying to @BRMarvelNews
Maravilhosa 😍😍
                                                                          ♡ 1

**Gio** @GiovanneBatist4 · Mar 18, 2021
Replying to @BRMarvelNews
🤩🤩😍❤️
                                                                          ♡ 1

**alguém** @jeonjiminS4321 · Mar 18, 2021
Replying to @BRMarvelNews
Ela é tão linda
                                                                          ♡ 3

**Luluzinho** @Luan40205094 · Mar 22, 2021
Replying to @BRMarvelNews
Simplesmente zero defeitos

Show more replies

---

🔍 Search Twitter

**Relevant people**

**Marvel News**          Follow
@BRMarvelNews
Conta de fã dedicada ao Universo
Marvel 🇧🇷 Contato:
marvelnewsbr@outlook.com

**What's happening**

NFL · 2 hours ago
**Cowboys at Vikings**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Bob Iger**
3,865 Tweets

Trending in California
**Dodger Stadium**
9,345 Tweets

Trending in United States
**Cult of Personality**
1,085 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy.
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
• More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/MovieCrazyP/status/1379930770949693446 __ at __ 2022-11-20 10:03:31 -08:00

← **Tweet**



**Movie Crazy Planet 🎥🎬🎞️**
@MovieCrazyP

¡Bombón!

#Powerpuff



👤 Chloe Bennet

3:55 PM · Apr 7, 2021 · Twitter for Android

**2** Likes

💬          🔁          ♡          ⬆️

🅿️ Tweet your reply                    **Reply**

🔍 Search Twitter

### Relevant people



**Movie Crazy Planet …**
@MovieCrazyP          **Follow**

💥 Noticias, tráilers, pósters, los
estrenos más recientes de cine, series
y televisión.💥 Síguenos y activa la 🔔
moviecrazyplanet@gmail.com 📩



**Chloe Bennet** ☑️
@chloebennet          **Follow**

### What's happening

FIFA World Cup · 2 hours ago
**World Cup Qatar 2022: Opening
Ceremony**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
🅿️ Promoted by Disney+

Only on Twitter · Trending
**Jason David Frank**
Trending with  First Kevin Conroy

Entertainment · Trending
**Morgan Freeman**
162K Tweets

Trending in California
**Shakira**
102K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Home**

**#  Explore**

**🔔 Notifications**

**✉️ Messages**

**🔖 Bookmarks**

**📋 Lists**

**👤 Profile**

**⊙ More**

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/salmaniho/status/1168511537599983136 __ et __ 2022-11-22 19:35:16 -08:00

← **Tweet**

**Salman** ✓
@salmaniho

كيفن هارت تعرض لحادث قوي مع اثنين من اصدقانه وعاني من اصابات قويه بالظهر

Translate Tweet



6:10 AM · Sep 2, 2019 · Twitter for iPhone

**4** Retweets    **1** Quote Tweet    **16** Likes

Tweet your reply    **Reply**

**نواف** @NwafLw · Sep 2, 2019
Replying to @salmaniho

قديييم

1

**@_DOKGO** · Sep 2, 2019
Replying to @NwafLw and @salmaniho

الخبر له اقل من يوم ياقله

1

Show replies

**Mo** 🇵🇦🇵🇦 @7kmena · Sep 2, 2019
Replying to @salmaniho

ابي هذا نهاية الخاين

1

**عبدالرحمن** @7_4_1 · Sep 2, 2019
Replying to @salmaniho

مبروك كل هذا بسبت وقاحته

1

**Abdulaziz** @Abdulaz49521173 · Sep 2, 2019
Replying to @7_4_1 and @salmaniho

ليه ايش صلج ؟

---

## Relevant people

**Salman** ✓
@salmaniho
رخصة / ... Only Allah Judge Me
الاعلانات : 619101
**Follow**

## What's happening

NBA · 43 minutes ago
Nets at 76ers

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
RIP Harold

Family drama · Trending
#GTMcontest37

Trending in United States
James Games
1,101 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/cizgikafe/status/1388510493988... ▾    2022-11-20 00:41:30 - 68:00  Document 1:19  Field 12/3022  Page 69 of 101  totale  Page 40  b361fd6fef99bb44

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Çizgi Kafe
@cizgikafe

**Ms. Marvel kostümüne ilk bakış!**
pic.twitter.com/nEFmKqwIxli
8:07 AM · May 1, 2021 · Twitter for Android

4 Retweets   50 Quote Tweets   432 Likes

Tweet your reply

**Relevant people**

Çizgi Kafe
@cizgikafe                          Follow

Bir fincan kriptonit atabileceğiniz
komşunuzl
Instagram.com/cizgikafecom

**What's happening**

NFL · 4 hours ago
49ers at Cardinals

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**

Trending in California
**Mexicans**
7,596 Tweets

Argentina
Trending with Messi

Show more

Terms of Service · Privacy Policy · Cookie Policy
Accessibility · Ads info · More ···
© 2022 Twitter, Inc.



Perkowski Legal P.C.
@c_perkowski

https://twitter.com/nacaomarvel/status/1379925763009997105 ... 2023-01-20 18:59 -08:00






🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
• More

**Tweet**

Perkowski Legal P.C. ...
@_perkowski

← Tweet

**best of harry.**
@theharrylibrary

Harry Styles as Jack on set of Don't Worry Darling.



5:22 PM · Dec 1, 2020 · Twitter for iPhone

**2,789** Retweets  **1,796** Quote Tweets  **28.6K** Likes

💬           🔁           ♡           📤

🖋 Tweet your reply                    Reply

als @sssvnflowenn · Dec 2, 2020
Replying to @theharrylibrary
fabulous
💬           🔁           ♡           📤

Add your name @last_user0 · Dec 1, 2020
Replying to @theharrylibrary and @melissousa

TODA
Texas Orchestra Directors Association
💬           🔁           ♡  9        📤

aurora @grandlovez · Dec 1, 2020
Replying to @theharrylibrary
someone send Help...please...
💬           🔁           ♡  2        📤

@MarianelaSixto_ · Dec 2, 2020
Replying to @theharrylibrary
Qué hombre
💬           🔁           ♡           📤

ken. @was4riq · Dec 2, 2020
Replying to @theharrylibrary
tp tula already got one but he's already dead😂
💬           🔁           ♡           📤

zee @pixxeeessgurlL_ · Dec 1, 2020
Replying to @theharrylibrary
how the hell he can be this PERFECT?!❤️❤️✨🔥🎉🥰
💬           🔁           ♡           📤

Hashira @DiegoVerdin_18 · Dec 1, 2020
Replying to @theharrylibrary
@kenlaymp
💬           🔁           ♡  1        📤

Kenia @kenlaymp · Dec 2, 2020
Replying to @DiegoVerdin_18 and @theharrylibrary
AAAAA que buenas fotos
💬           🔁           ♡  1        📤

Esraa 🦋 @Esoomalik · Dec 1, 2020
Replying to @theharrylibrary
Wtfff
💬           🔁           ♡           📤

amarilloplatano :( @harrymom_ · Dec 1, 2020
Replying to @theharrylibrary
tremendo pimpollo
💬           🔁           ♡           📤

abril @abrill_espincizaa · Dec 1, 2020
Replying to @theharrylibrary
@indi5724 es q yo no lo puedo creer
💬           🔁           ♡  1        📤

venus en capricornio☿ @indimtlv · Dec 1, 2020
Replying to @abril_espincizaa and @theharrylibrary
dad 😍🤤✨✨✨✨✨
💬           🔁           ♡  1        📤

natalia kalnina @kalninanatalia · Dec 2, 2020
Replying to @theharrylibrary
@georgiaholden
💬           🔁           ♡  1        📤

G @georgiaholden · Dec 2, 2020
Replying to @kalninanatalia and @theharrylibrary
I'd shag
💬           🔁           ♡           📤

vicketa'🦋 @v1ckeeta · Dec 2, 2020
Replying to @theharrylibrary
@icatalina_1 😍😍
💬           🔁           ♡  1        📤

MacKenzie @m_lee_anne · Dec 1, 2020
Replying to @theharrylibrary
@AudreyM16853217
💬           🔁           ♡  1        📤

lssaqueenlyvibe @pochhbvibin · Dec 2, 2020
Replying to @theharrylibrary
I'm literally shaking. I'm so so excited for this movie!
💬           🔁           ♡           📤

Bianka aka ★ Lysa ★ @biblowspasta · Dec 2, 2020
Replying to @theharrylibrary
So fcking hot
💬           🔁           ♡           📤

paulina. @paulina_DLC_ · Dec 1, 2020
Replying to @theharrylibrary
@kathyagarm 🙈🙊
💬           🔁           ♡  1        📤

K @Kathyagarm · Dec 1, 2020
Replying to @paulina_DLC_ and @theharrylibrary
😂😂😂😂😂
💬           🔁           ♡  1        📤

jennabean @jenna54985815 · Dec 1, 2020
Replying to @theharrylibrary
the hair strand. he said "zayn can't make it happen" I am the
complete opposite of mad at this. oh my
💬           🔁  1        ♡  52       📤

saenna @Sabny_moyano16 · Dec 1, 2020
Replying to @theharrylibrary
@Esmeozze15 le estoy llorando a lo perfecto que es, venís a
acompañarme?
💬           🔁           ♡  1        📤

mg ✨✨ @MajoGaonaa · Dec 2, 2020
Replying to @theharrylibrary and @alecastrejongfz
Guenos dias @sofiacamtu03 @sofiacamtu03
💬           🔁           ♡  2        📤

Sofia Cantu @sofiacamtu03 · Dec 2, 2020
Replying to @MajoGaonaa and @theharrylibrary and 2 others
Guenos y deliciosos dias
💬           🔁           ♡  1        📤

Kasie Nugent @kasienugent_ · Dec 2, 2020
Replying to @theharrylibrary
this is so incredibly rude

**Relevant people**

best of harry. ... Follow
@theharrylibrary
The best and latest pictures, gifs and
videos of Harry Styles.

**What's happening**

FIFA World Cup · 5 hours ago
England vs Iran

Trending in United States
Sin Klisse
1,360 Tweets

Entertainment · Trending
julia fox
6,956 Tweets

Trending in United States
HOW IS THAT NOT A YELLOW

Trending in California
LETS GOOOOOO
3,068 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

__ https://twitter.com/StiviDeTivi/status/1333951720519569409 __ at __ 2022-11-22 15:12:44 -08:00 __

← **Tweet**



**Stivi De Tivi** ✔
@StiviDeTivi

···

Nueva imagen de la película **#DontWorryDarling**, de **#OliviaWilde** que protagonizan **#FlorencePugh** y **#HarryStyles** 🧔 .

Translate Tweet



5:50 PM · Dec 1, 2020 from Benito Juárez, Distrito Federal · Twitter for iPhone

**1** Quote Tweet    **12** Likes

💬          🔁          ♡          ⬆️

 Tweet your reply                                  Reply

## Relevant people



**Stivi De Tivi** ✔
@StiviDeTivi                                Follow

Stivi De TiVi (Enrique Solorzano). AMO las series y el cine. Me encuentras en radio, TV, podcast, revistas, medios digitales y fiestas. Pronombres: Él/Su/Suyo

## What's happening

FIFA World Cup · 5 hours ago
**Mexico vs Poland**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Celebrities · Trending                ···
**Chris Evans**
Trending with Blueface

Trending in California                ···
**Alexis Vega**
20.7K Tweets

Betty White · Trending                ···
**Betty White**
2,887 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.


**Perkowski Legal P.C.**   ···
@c_perkowski

https://twitter.com/bso/status/1473776368282341376__el__2022-11-22 01:00:39 -08:00

← **Tweet**

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Robert Littal BSO ✔
@BSO                                             ···

Watch Cardi B Gift Offset a $2 Million Check For His Birthday; Videos of Mr. Set Dancing and Cardi B Twerking at His Birthday Party bit.ly/3H6imZ7



2:04 PM · Dec 22, 2021 · BSO Alert

**1** Quote Tweet    **5** Likes

💬          🔁          ♡          ⬆️

Perkowski Legal P.C.                            ···
@c_perkowski

Tweet your reply                          **Reply**

Darren @theDarrenNelson · Dec 22, 2021    ···
Replying to @BSO
Is this only weird to me?
💬          🔁          ♡          ⬆️

Thottimus Prime Erob @Erob_tv · Dec 22, 2021    ···
Replying to @BSO
Damn I gotta step up my hustle game
💬          🔁          ♡          ⬆️

Real Chris @ChrisVNfromRI · Dec 22, 2021    ···
Replying to @BSO
First name Off, last name Set.
💬          🔁          ♡          ⬆️

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

Johan Cruyff @ACG_ATX · Dec 22, 2021    ···
Replying to @TempeBo and @BSO
That is a King ass title



GIF   ALT                               MakeAGIF.com

💬          🔁          ♡          ⬆️

**Relevant people**

Robert Littal BSO ✔
@BSO                                    **Follow**
BSO is a unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**What's happening**

NFL · 4 hours ago
49ers at Cardinals

#AvatarTheWayOfWater🔵
Get tickets now · In theaters December 16
☑ Promoted by Avatar

Entertainment · Trending          ···
Died Suddenly
Trending with World Premiere

Trending in California          ···
Mexicans
7,191 Tweets

Entertainment · Trending          ···
Ichigo
39.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

https://twitter.com/choosezaynbr/status/1386077334416117762 _el __ 2022-11-22 16:30:18 -08:00

← **Tweet**

**CZBR** 💔
@choosezaynbr                                              •••

📌 INFO: Esse papai!! Nas compras de hoje Zayn estava usando um colar com o nome da Khai gravado.

**@zaynmalik** ♡
Translate Tweet



2:59 PM · Apr 24, 2021 · Twitter for Android

**54** Retweets   **32** Quote Tweets   **360** Likes

Tweet your reply                                    Reply

**bigger than tami** ❤️🐥 @TamiresFLYZEI · Apr 24, 2021
Replying to @choosezaynbr and @zaynmalik
EU AMO O ZAYN PAPAI MDSSS

**duda || muito off aqui** @xnialifuck · Apr 24, 2021
Replying to @choosezaynbr and @zaynmalik
zayn papai de menina 😭😭

---

**Relevant people**

**CZBR** 💔
@choosezaynbr                      Follow
Sua maior e melhor fonte sobre o cantor @zaynmalik no Brasil. 🇧🇷 mídias: @choosezaynbr_ e-mail para contato: choosezaynbr@live.com 🤧 | fan account

**zayn** ✓
@zaynmalik                         Follow
bit.ly/zaynfeedingbri...

**What's happening**

FIFA World Cup · Earlier today
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
📢 Promoted by Avatar

Entertainment · Trending                •••
**James Woods**
2,033 Tweets

Trending in California                  •••
**Chicharito**
7,212 Tweets

Trending in United States               •••
**Mbappe**
Trending with Dembele

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

**Relevant people**

---

 **inMARVEL** ❄️ **#MarvelStudios #Marvel #WakandaForever** ···
@inMARVEL_

Posible imagen de **#DakotaJohnson** como **#MadameWeb**, aunque a mí me recuerda más a Silver Sable 👀

**#SpiderMan #Spiderverse #Sony #Marvel #MarvelStudios #Disney**

Translate Tweet



8:49 AM · Oct 7, 2022 · Twitter for Android

**13** Retweets   **1** Quote Tweet   **61** Likes

💬          🔁          ♡          ⬆️

---

 P  Tweet your reply                    Reply

---

This Tweet is from an account that no longer exists. Learn more

Perkowski Legal P.C. ···
@c_perkowski



 **inMARVEL** ❄️ **#MarvelStudios #Marvel #Waka...**   @inMA...  · Oct 8  ···
Replying to @silverxsable
Yep, that's what I said 😂

GIF  ALT

💬          🔁          ♡          ⬆️

---

**inMARVEL** ❄️ **#Marv...**
@inMARVEL_                    Follow

Aquel que disfrute del contenido de Marvel Studios, si es digno, poseerá el poder de saber todo acerca del MCU. ¡Sígueme y sé un Nuevo Vengador! 👊🦸

**What's happening**

Television · LIVE
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**HE'S BACK**
125K Tweets

Music · Trending
**Chris Brown**
46.3K Tweets

Sports · Trending
**Hendon Hooker**
2,099 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

___ https://twitter.com/SNEAKPEEKCA/status/1004438965074604032 __ at __ 2022-11-21 12:30:03 -08:00 ___



# Tweet


Search Twitter

SneakPeek Retweeted

**SneakPeek**
@SNEAKPEEKCA

sneakpeek.ca/2018/06/the-jo...



12:04 PM · Jun 6, 2018 · Twitter Web Client

**2** Retweets   **2** Likes

---

 Tweet your reply

**Reply**

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

### Relevant people

**SneakPeek**
@SNEAKPEEKCA
Invite Only

**Follow**

### What's happening

FIFA World Cup · LIVE
**USA vs Wales**



Trending in United States
**WHAT A SAVE**
7,693 Tweets

Entertainment · Trending
**julia fox**
6,092 Tweets

Trending in United States

https://twitter.com/TheAffinityMag/status/1518643611075817473 _ at _ 2022-11-20 16:57:43 -08:00



← Tweet

Affinity Magazine ✔
@TheAffinityMag

Rihanna and ASAP Rocky heading to a baby shower yesterday 💖



10:30 AM · Apr 25, 2022 · Buffer

6 Retweets   53 Likes

Perkowski Legal P.C.
@c_perkowski



Tweet your reply                                    Reply

vero @m3cgirl · Apr 26
Replying to @TheAffinityMag
is it me or does she look displeased?

Search Twitter

**Relevant people**

Affinity Magazine ✔            Follow
@TheAffinityMag
NEXT GEN OF MEDIA

**What's happening**

NFL · 3 hours ago
Browns at Bills

#Disenchanted 🧙
Original movie now streaming
▶ Promoted by Disney+

Sports · Trending
Baker Mayfield
4,063 Tweets

Trending in California
#TWDFinale
Trending with #TheWalkingDead

Sports · Trending
Pickens
Trending with Tyler Boyd

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.





← **Tweet**

badgalriri
@fentxyy

LOOK AT RIHANNA OMG







10:15 AM · Apr 24, 2022 · Twitter for iPhone

**72** Retweets   **3** Quote Tweets   **657** Likes

Tweet your reply                                    Reply

L   Liam Thompson @LiamTho60663393 · Apr 24      ···
    Replying to @fentxyy
    BBY interest me

---

Q Search Twitter

### Relevant people



badgalriri                          Follow
@fentxyy
Lift Me Up & Born Again OUT NOW!

### What's happening

NFL · 3 hours ago
**49ers at Cardinals**

Entertainment · Trending              ···
**Died Suddenly**
73.3K Tweets

Entertainment · Trending              ···
**Shangela**
13.5K Tweets

Trending in California                ···
**Mexicans**
6,807 Tweets

Sports · Trending                     ···
**Gretna**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.                  ···
@c_perkowski

### Twitter nav
🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

__ https://twitter.com/alexromval/status/1363625635218866178 __ at __ 2022-11-20 19:14:19 -08:00

← **Tweet**

 Alex Salvatore 🧑 Retweeted

**Dani Lagi ⚡ Strip Marvel**
@StripMarvel

🏹 💜 #KateBishop



2:51 PM · Feb 21, 2021 · Twitter for iPhone

**218** Retweets   **23** Quote Tweets   **3,324** Likes

 Tweet your reply                                    Reply

---

Q Search Twitter

### Relevant people

 **Alex Salvatore 🧑**    Follow
@Alexromval
'Nadie puede juzgar desde fuera el amor'

 **Dani Lagi ⚡ Strip Ma...**    Follow
@StripMarvel
Soy @Dani_Lagi de Strip Marvel en @youtube y @twitch autor de #ComoConocíAVuestraMarvel y el cómic #ElGuanteHaterDelInfinito CONTACT: stripmarveltv@gmail.com

### What's happening


NFL · 2 hours ago
**Cowboys at Vikings**

**#Disenchanted** 🧟‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek

Trending in United States
**Disney CEO**
8,005 Tweets

Trending in United States
**#AMAs** ⚠️
Trending with soobin, Favorite K-Pop Artist

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
▤ Lists
👤 Profile
••• More

**Tweet**

 **Ciné & Séries** 
@CineSeriesPlus

···

📸 Dakota Johnson sur le tournage du film #MadameWeb.

 

11:37 AM · Jul 26, 2022 · Twitter for iPhone

**11** Retweets   **27** Likes

## Relevant people

 **Ciné & Séries** 🎬
@CineSeriesPlus                    Follow

🎬 • Source d'actualité sur le cinéma, les séries et les acteurs ! • 🎟️ Abonne-toi pour ne rien manquer ! • 🎥 Films • 📺 Séries • 📸 Événements • 💰 Box-office

## What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Music · Trending                    ···
**Kelly Rowland**
Trending with Chris Brown

Trending in United States           ···
**Maher**
22.1K Tweets

Trending in California              ···
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Trending in United States           ···
**#AMAs** 💄
Trending with soobin, Sabrina

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**   ···
@c_perkowski

← **Tweet**



Rihanna Navy Brasil | Fan Account
@RNavyBrazil · · ·

RIHANNA.





7:59 AM · Mar 13, 2022 · Twitter for iPhone

**1,173** Retweets **172** Quote Tweets **13.5K** Likes

💬   🔁   ♡   ⬆️



**Relevant people**

Rihanna Navy Brasil |... | Follow
@RNavyBrazil
RNB 🇧🇷 | Estamos online desde 2010, somos o maior e mais completo fã-clube sobre a cantora Rihanna no Brasil e em toda a América Latina. Apoio: @umusicbrasil

**What's happening**

Sports · LIVE
**2022 FIFA World Cup**

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
📣 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
7,025 Tweets

Trending in United States
**August Alsina**
Trending with Jada, #TheSurrealLife

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🅿️ Tweet your reply     Reply

Tracy @TracyCarvalho · Mar 13
Replying to @RNavyBrazil
Eu amo
💬   🔁   ♡   ⬆️

black barbie @wallaace · Mar 13
Replying to @RNavyBrazil
ela tá muito linda grávida
💬   🔁   ♡   ⬆️

anna 📧 @annajuliaanna05 · Mar 13
Replying to @RNavyBrazil
pq tão linda?
💬   🔁   ♡ 1   ⬆️

lula's angel 🔴 @lubleft · Mar 13
Replying to @RNavyBrazil
Vai ser menina
💬   🔁   ♡   ⬆️

Jesse Joaquin Preciado-Quitugua @yng_uni · Mar 14
Replying to @RNavyBrazil
@BruMarquezine 🖤
💬   🔁   ♡   ⬆️

Mia Rubyrose @MiaRubyrose · Mar 13
Replying to @RNavyBrazil
OMG... RIHANNA 🥰🥰
💬   🔁   ♡   ⬆️

pedrin @pedropiccianni · Mar 13
Replying to @RNavyBrazil
afff 😍😭
💬   🔁   ♡   ⬆️

Perkowski Legal P.C.
@c_perkowski · · ·



https://twitter.com/_Margvel/status/1363342315084001281 __ el __ 2022-11-19 20:23:10 -08:00

← **Thread**

## Margvel 🐾 @_Margvel · Feb 20, 2021
Más fotos desde el set de #Hawkeye 🏹

(1/2)



💬 3          🔁 7          🤍 162          ⬆️

## Margvel 🐾
@_Margvel

(2/2)



8:18 PM · Feb 20, 2021 · Twitter for Android

**70** Likes

💬          🔁          🤍          ⬆️

P | Tweet your reply                    **Reply**

🔴 **HelixNebulae** @cheurbi · Feb 20, 2021
Replying to @_Margvel
Toda

💬          🔁          🤍 1          ⬆️

---

P **Perkowski Legal P.C.**
@c_perkowski

---

**Home**

**Explore**

1 **Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

---

🔍 Search Twitter

### Relevant people

**Margvel** 🐾
@_Margvel          **Follow**
Humor, información y updates del Universo Marvel | 🎬
contactomargvel@gmail.com |
#SheHulk #IAmGroot

### What's happening

Television · 22 minutes ago
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
▶️ Promoted by Uber

Sports · Trending
**#SpursUp**

Trending in California
**Blocked**
122K Tweets

Trending in California
**Pasadena**
1,444 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

https://twitter.com/pannchoa/status/1147865780980908032 __ et __ 2022-11-21 17:40:25 -08:00

**Tweet**

← 

pannchoa
@pannchoa                                                              ···

Knets react to Shawn Mendez and Camila Cabello's
dating rumors after being spotted holding hands
forms.gle/i9re8hQLdcMkuS...



6:55 AM · Jul 7, 2019 · Twitter Web Client

**29** Retweets   **57** Quote Tweets   **92** Likes

💬        🔁        ♡        📤

🅿  Tweet your reply                                        Reply

MOONBOY 🇺🇸 @moonafik · Jul 7, 2019              ···
Replying to @pannchoa
Media play
💬        🔁        ♡  7       📤

Nino. @VirenHF · Jul 7, 2019                          ···
Replying to @pannchoa
She is racist??!!
💬  2     🔁        ♡        📤

Kimberley⁷ 💜 @EtrnlBulletprof · Jul 11, 2019       ···
Replying to @pannchoa
Isn't it obvious that it was a PR stunt 💁 ?
💬        🔁        ♡        📤

🄳zee⁷₁₃⁵¹⁸ @joontreasures · Jul 7, 2019            ···
Replying to @pannchoa
Knets getting brave twitter.com/duetkm/status/...
💬        🔁        ♡  2     📤

MANDA⁷ 💜 @purpletintmuse · Jul 7, 2019            ···
Replying to @pannchoa
Oh wow... i dont know that camila is racist
💬  1     🔁        ♡        📤

In Wonderland 💗 playing otome & 💜 #kanth... @ezy... · Jul 7, 2019   ···
Replying to @pannchoa
I almost forgot @Camila_Cabello is a racist.
💬  1     🔁        ♡        📤

Nino. @VirenHF · Jul 8, 2019                          ···
Replying to @ezy18 @pannchoa and @Camila_Cabello
What did she do ?
💬  1     🔁        ♡        📤

Show replies

In Wonderland 💗 playing otome & 💜 #kanth... @ezy... · Jul 7, 2019   ···
Replying to @pannchoa
Publicity stunt? Isn't he into guys? 🤔
💬        🔁        ♡  1     📤

This Tweet was deleted by the Tweet author. Learn more

mel in the box⁷💢💗 @lesbiandisease · Jul 7, 2019   ···
She dumped him not so long ago i think
💬        🔁        ♡        📤

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more

#FreePalestine @DuskTillCamila · Jul 11, 2019       ···
Replying to @rh_hours and @pannchoa
She isn't.
💬        🔁        ♡        📤

**Search Twitter**

### Relevant people

pannchoa
@pannchoa                    Follow
We translate about Korean music,
drama, lifestyle, and more! 📢
pannchoa.com

### What's happening

FIFA World Cup · This morning
England vs Iran

Entertainment · Trending                ···
Died Suddenly
41.4K Tweets

Sports · Trending                        ···
#WWERaw ❤️
Trending with Sheamus, Kevin Owens

Trending in United States                ···
Chrisley
10.6K Tweets

Trending in United States                ···
Tampax
27.1K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

🅿  Perkowski Legal P.C.        ···
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

_ https://twitter.com/tender_DMJ/status/1131323260644278272 __ et __ 2022-11-19 22:38:44 -08:00

**Tweet**



DAKOTA 💜💙
@tender_DMJ

**SHE'S BACK** 😍



3:17 PM · May 22, 2019 · Twitter for iPhone

**11** Retweets   **1** Quote Tweet   **47** Likes



Tweet your reply

Reply

vilu @viandreadnnp · May 22, 2019
Replying to @tender_DMJ
Ose que no esta en cannes 😭😭😭

1

---

Search Twitter

**Relevant people**

DAKOTA 💜💙
@tender_DMJ

Follow

Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

**What's happening**

Formula 1 · Starts tomorrow
**Abu Dhabi Grand Prix 2022**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**HE'S BACK**
152K Tweets

Music · Trending
**Elton John**
5,250 Tweets

Sports · Trending
**Cam Rising**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/boshitetrun/1295172870936044657/9____st____2022-11-22 07:12:18 -08:00



__ https://twitter.com/weloveharry_1dx/status/1346155536472708099 __ at __ 2022-11-22 09:35:39 -08:00 __

← **Tweet**

**katie** 🙌
@weloveharry_1Dx

## IVE LOST MY MIND



10:03 AM · Jan 4, 2021 · Twitter for iPhone

**6** Likes

Tweet your reply

Reply

---

**Home**

# **Explore**

🔔 **Notifications**

**Messages**

🔖 **Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

**katie** 🙌
@weloveharry_1Dx
jack's housewife

Follow

## Tweet

**El Aragüeño**
@ElAragueno

La revista People reveló fotografías de Jennifer López y el actor Ben Affleck que presuntamente fueron tomadas en las afueras del hotel Pendry, ubicado en Los Ángeles, Estados Unidos, donde disfrutaron de una cena con amigos. #Farándula

Translate Tweet



8:42 AM · Jun 5, 2021 · TweetDeck

**2** Likes

---

**Marion Guerrero** @marionguerr · Jun 5, 2021
Replying to @ElAragueno
DE PANA QUE JENIFER LOPEZ NO CONSIGUE EN QUE PALO AHORCARSE...DEBE SER QUE TIENE UN TOQUE DE LOCURA Y NADIE LO HA VISTO

---

**Relevant people**

**El Aragüeño**
@ElAragueno    Follow
EL PRIMER DIARIO DE ARAGUA. ¡50 años contando tu historia!

**What's happening**

FIFA World Cup · 1 hour ago
**Mexico vs Poland**

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Politics · Trending
**Fauci**
60.5K Tweets

Trending in United States
**Ochoa**
Trending with Australia, Poland

Betty White · Trending
**Betty White**
1,673 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More …
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

← Tweet

**Dakota Johnson |** داكوتا جونسون بالعربي
@dakotainarabic

···

جديد: لقطات اثناء تصوير فيلم
"Madame Web" في بوسطن اليوم تظهر فيها الممثلة البديلة
لداكوتا 📷

#DakotaJohnson

Translate Tweet

👤 Dakota Johnson Portugal

2:08 PM · Oct 6, 2022 · Twitter for iPhone

**1** Retweet    **5** Likes

Tweet your reply

Reply

Search Twitter

**Relevant people**

داكوتا جونسون بالعربي |... 
@dakotainarabic
Follow
المصدر العربي الأول لأخبار وتحديثات
داكوتا جونسون 🆕 The First Arabic
Source For Dakota Johnson's News &
Updates 🆕 | انستقرام
🔒 @dakotainarabic

Dakota Johnson P... ✓
@dakotajohnsonpt
Follow
A tua única e melhor fonte de
informações sobre a atriz, ativista e
produtora Dakota Johnson em
Portugal, online desde 2018! — 📷:
@DJPTMidias | Fã-Clube.

**What's happening**

Television · Last night
**Saturday Night Live airing on NBC**

#Disenchanted 🧙
**Original movie now streaming**
▶ Promoted by Disney+

Only on Twitter · Trending
**Jason David Frank**
95.6K Tweets

···

Trending in California
**Shakira**
103K Tweets

···

Trending in United States
**#QATECU**
90.8K Tweets

···

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

https://twitter.com/RNavyBrazil/status/1481302832091381767 __ef__ __ 2022-11-22 01:15:56 -08:00
2:22-cv-09462-DMG-ADS    Document 1-5    Filed 12/30/22    Page 90 of 101    Page ID
#:431

**Rihanna Navy Brasil | Fan Account**
@RNavyBrazil

RIHANNA!



8:31 AM · Jan 12, 2022 · Twitter for iPhone

**313** Retweets    **37** Quote Tweets    **3,291** Likes

Perkowski Legal P.C.
@c_perkowski

Tweet your reply                                    Reply

**mateus** @mateeusdomingos · Jan 12
Replying to @RNavyBrazil
não tem quem negue, a mulher smp é o fashion icon do momento
♡ 4

**mm's** @marciomiabreu · Jan 12
Replying to @RNavyBrazil
VAI GRAVAR O R9, CUIDA!
♡ 1

**BRUNIQUE** @pieceofbruno · Jan 12
Replying to @RNavyBrazil
Por onde anda os clipes que ela gravou com o A$AP Rocky
♡ 1

**sarinha maceta bct** ✨ @badgalsasahh · Jan 12
Replying to @pieceofbruno and @RNavyBrazil
engavetadp ctz

**QG NBA YoungBoy** 🅘 @QGNbaYoungboy · Jan 12
Replying to @RNavyBrazil
que mulher perfeita 🏃
♡ 1

**Sarbjit singh Gill** @Sarbjit04844657 · Jan 13
Replying to @RNavyBrazil
Nice luckg you

**edna regina camelo** @ednacamelo · Jan 12
Replying to @RNavyBrazil
Linda
♡ 1

**ColleenMsane** @ColleenKhalita · Jan 12
Replying to @RNavyBrazil
"Turally" amaGetters"(GoGetters)wenā?

**DA BLACK MAMBA** @TheConnectionE1 · Jan 12
Replying to @RNavyBrazil
Can I have your number or something, we can go sit on the ocean, feed each other grapes, get on some of that stuff and make a good song. Hmu

---

Relevant people

**Rihanna Navy Brasil |...**    Follow
@RNavyBrazil
RNB 🇧🇷 | Estamos online desde 2010, somos o maior e mais completo fã-clube sobre a cantora Rihanna no Brasil e em toda a América Latina. Apoio: @umusicbrasil

What's happening

Television · Yesterday
**All American airing on The CW**


#AvatarTheWayOfWater 🌊
Get tickets now — in theaters December 16
📢 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in United States
**#GMMTV2023**
175K Tweets

Trending in California
**Mexicans**
7,095 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/ThePopTingz/status/1246402937091510272 __ at __ 2022-11-21 16:42:13 -08:00 __

← **Tweet**



**Moe from Pop Tingz**
@MoeFromPopTingz

⋯

Kendall Jenner and her alleged boyfriend Fai were spotted driving next to her exboyfriend Harry Styles on a motorbike in Los Angeles.



4:43 AM · Apr 4, 2020 · Twitter for Android

**5** Retweets   **2** Quote Tweets   **16** Likes

💬            ⟲            ♡            ⬆



Tweet your reply                                    **Reply**

---

## Search Twitter

### Relevant people



**Moe from Pop Tingz**          **Follow**
@MoeFromPopTingz

Founder of @ThePopTingz. Pop Culture Expert. Entertainment Journalist.

### What's happening

FIFA World Cup · Yesterday
**England vs Iran**



Entertainment · Trending          ⋯
**Died Suddenly**
35.6K Tweets

Trending in United States          ⋯
**#JeopardyAmyChat**

Family drama · Trending          ⋯
**#GTMcontest10**
Trending with #GilMOREtheMerrier

Trending in California          ⋯
**Dodger Stadium**
12.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

Tweet

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Perkowski Legal P.C.
@c_perkowski

← Tweet

⇄ SneakPeek Retweeted

SneakPeek
@SNEAKPEEKCA

···

sneakpeek.ca/2018/11/georgi...



11:00 AM · Nov 20, 2018 · Twitter Web Client

1 Retweet



Tweet your reply

Reply

Search Twitter

**Relevant people**

SneakPeek
@SNEAKPEEKCA
Invite Only

Follow

**What's happening**

Television · Last night
The Walking Dead airing on AMC

Trending in United States
**maher**
22.1K Tweets

···

Trending in United States
**#AMAs** 🎸
Trending with  sabrina

···

Trending in United States
**#TheWalkingDead**
Trending with  #TWDFinale, #twdspoilers

···

Music · Trending

···



← **Tweet**

  Q  Search Twitter

الاحداث حول العالم | 🎥
@ImexIIG

...

الثنائي اللطيف شون مينديز وكاميلا كابيو في لوس أنجلوس بالأمس ❤️🔥

Translate Tweet



11:41 AM · May 27, 2021 · Twitter for iPhone

**3** Retweets   **23** Likes



💬          ⇄          ♡          ⬆️



P   Tweet your reply                    **Reply**

---

**Relevant people**

  الاحداث حول العالم | 🎥       **Follow**
@ImexIIG

أجمل منصة ترفيهية لأخبار و احداث النجوم والمشاهير حول العالم | الخاص للدعاية و الإعلان

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Music · Trending                          ...
**#askmeek**

Music · Trending                          ...
**Kelly Rowland**
Trending with Chris Brown

Sports · Trending                         ...
**Charles Barkley**
2,378 Tweets

Trending in United States                 ...
**USA ML**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

P   **Perkowski Legal P.C.**   ...
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 1-5    Filed 12/30/22    Page 94 of 101    Page ID #:435

← **Tweet**

🔍 Search Twitter

🐦

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

Lists

👤 Profile

⊙ More

**Tweet**

🟦 The First Cowboy
@TheFirstCowboy ···

Dakota Johnson in new photos from the film #MadameWeb🕸️

 

4:22 AM · Jul 26, 2022 · Twitter for iPhone

**3** Likes

💬        🔁        ♡        ⬆️

 Tweet your reply                    Reply

## Relevant people

 **The First Cowboy**        Follow
@TheFirstCowboy

Space Cowboy || Movie Lover || Content Creator. Insider news movie games and TV shows all this you will find on this channel & social media🎙️ | @StarWars_JC

## What's happening

Sports · LIVE
**2022 FIFA World Cup**        

Entertainment · Trending        ···
**Died Suddenly**
52.6K Tweets

Trending in United States        ···
**#maddow**
1,667 Tweets

Entertainment · Trending        ···
**Sinbad**
5,868 Tweets

Trending in United States        ···
**Tampax**
34.7K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

🅿️ **Perkowski Legal P.C.** ···
@c_perkowski

⌐ https://twitter.com/MarvelCrave/status/1551997529784467458 ⌐ at ⌐ 2022-11-21 05:16:55 -08:00 ⌐

← **Tweet**

⇄ Marvel Focus Retweeted

 **Marvel Focus**
@TheMarvelFocus                                    ...

Dakota Johnson on set of Sony's #MadameWeb.



10:42 PM · Jul 25, 2022 · Twitter for iPhone

**259** Retweets  **60** Quote Tweets  **2,926** Likes

○        ⇄        ♡        ⬆

 Tweet your reply                              Reply

## Relevant people

 **Marvel Focus**
@TheMarvelFocus                          Follow

Your #1 fan-run source for all news and updates on Marvel — including live-action projects, comics, and more!

 **Marvel Crave**
@MarvelCrave                             Follow

MARVEL News & Updates!

## What's happening

FIFA World Cup · LIVE
**England vs Iran**                       

Trending in United States                 ...
**Slick Rick**

Music · Trending                          ...
**Elton John**
Trending with Dodger Stadium, Dodger Stadium

Politics · Trending                       ...
**Tragically**
15.7K Tweets

Trending in United States                 ...
**Landon Donovan**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.  ...
@c_perkowski

Tweet

← Infos Séries
@SeriesUpdateFR

**Margot Robbie à Hollywood.**🔥



4:38 AM · Jul 22, 2021 · Twitter for Android

**94** Retweets  **17** Quote Tweets  **1,068** Likes

Tweet your reply                                    Reply

MRS. E L O W @elioouudie84 · Jul 22, 2021
Replying to @SeriesUpdateFR
J'ai cru c'était Caroline Receveur 😂

Nanou_tbl @NanouTbl · Jul 23, 2021
Replying to @SeriesUpdateFR
@Geoguada Ta femme

Geo 🤍 @Geoguada · Jul 23, 2021
Replying to @NanouTbl and @SeriesUpdateFR
🤣🤣🤣 Ta femme

♡ @RHAEWINDAENERYS · Jul 22, 2021
Replying to @SeriesUpdateFR
J'ai cru un instant que c'était Sofia Vergara 😍
♡ 3           ↻ 4           ♡ 79

newDixton ✦ 𝕏 @NewDixton · Jul 23, 2021
Replying to @RHAEWINDAENERYS and @SeriesUpdateFR
Oui pareil 😂
♡ 1           ↻            ♡ 1

yvan @Yvanouu · Jul 22, 2021
Replying to @SeriesUpdateFR and @Mickamoustache



♡ 1           ↻            ♡ 1

Micka Moustache @Mickamoustache · Jul 22, 2021
Replying to @Yvanouu and @SeriesUpdateFR



♡ 1           ↻            ♡ 1
Show replies

sam @KebsSam · Jul 22, 2021
Replying to @SeriesUpdateFR
Elle est née pour incarner Harley quinn
♡            ↻            ♡ 4

Donovan De Bruyne @Dovman64 · Jul 22, 2021
Replying to @SeriesUpdateFR
Magnifique comme toujours 😍😍

Dextérité 🇮🇷 @DexteritePipa · Jul 22, 2021
Replying to @SeriesUpdateFR
@Hugooox_R
♡ 1           ↻            ♡

Hugo Rabret @Hugooox_R · Jul 22, 2021
Replying to @DexteritePipa and @SeriesUpdateFR
Je peux plus.. Ma frustration restera à vie
♡ 1           ↻            ♡ 1
Show replies

Show additional replies, including those that may contain offensive content                        Show



## Tweet



Search Twitter

- Home
- Explore
- Notifications 1
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

**Bieber Info Brasil**
@bieberinfobr

Justin Bieber e Hailey Bieber foram vistos chegando à igreja Churchome ontem, 26 de janeiro, em Beverly Hills, na California.

Translate Tweet



7:58 PM · Jan 26, 2022 · Twitter for iPhone

**3** Retweets    **12** Likes

Tweet your reply

Reply

### Relevant people



**Bieber Info Brasil**
@bieberinfobr    Follow
Fan account @justinbieber

### What's happening

NFL · 2 hours ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
70.2K Tweets

Sports · Trending
**Trey Lance**
1,355 Tweets

Trending in California
**Mexicans**
6,344 Tweets

https://twitter.com/Info_DJJD/status/1092998198896086500 _ at _ 2022-11-21 01:30:54 -0800
22-cv-09462-DMG-ADS   Document 1-5   Filed 12/30/22   Page 98 of 101   Page ID #:439

← **Thread**

**Central Dakota Johnson & Jamie Dornan**
@Info_DJJD

Dakota foi fotografada saindo do Alfreed's Coffee ontem (05/02) em West Hollywood! #DakotaJohnson



Dakota Johnson Brasil
8:07 PM · Feb 5, 2019 · Twitter for Android

**3** Retweets **5** Likes

---

**Central Dakota Johnson & Jamie Dornan** @Info_DJJD · Feb 5, 2019
Replying to @Info_DJJD
Mais fotos de Dakota saindo do Alfreed's Coffee ontem (05/02) em West Hollywood! (2) #DakotaJohnson

Dakota Johnson Brasil
💬 1      🔁 2      ♡ 3

**Central Dakota Johnson & Jamie Dornan** @Info_DJJD · Feb 5, 2019
Mais fotos de Dakota saindo do Alfreed's Coffee ontem (05/02) em West Hollywood! (3) #DakotaJohnson

Dakota Johnson Brasil
💬 1      🔁 2      ♡ 4

**Central Dakota Johnson & Jamie Dornan** @Info_DJJD · Feb 5, 2019
Mais fotos de Dakota saindo do Alfreed's Coffee ontem (05/02) em West Hollywood! (4) #DakotaJohnson

Dakota Johnson Brasil
🔁 2      ♡ 5

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

Tweet your reply     **Reply**

---

🔍 Search Twitter

**Relevant people**

Central Dakota Johns...   **Follow**
@Info_DJJD
I Love Dakota Johnson and Jamie Dornan. ❤️ (Fan Account)

Dakota Johnson Brasil   **Follow**
@DakotaJBRA
Sua primeira, maior e melhor fonte sobre a atriz e produtora Dakota Johnson no Brasil. E-mail para contato: contato@dakotajohnsonbrasil.com

**What's happening**

NFL · Yesterday
**Commanders at Texans**

Trending in United States
**maher**
22.1K Tweets

Trending in United States
**#AMAs🏆**
Trending with sabrina

Music · Trending
**#DavidoAt30**
66.8K Tweets

Trending in United States
**Colorado Springs**
547K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/KUWTKWorld/status/1573400475407646721__et__2022-11-22 21:15:27 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 1-5   Filed 12/30/22   Page 99 of 101   Page ID
#:440

**Tweet**




## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Kardashian World**
@KUWTKWorld

🎥 Kim Kardashian in Milan today 🔥🔥



12:54 PM · Sep 23, 2022 · Twitter Web App

**88** Retweets    **15** Quote Tweets    **1,392** Likes

Tweet your reply                                    **Reply**

**Agnieszka Jabłońska** @AgnieszkaJabo16 · Sep 23
Replying to @KUWTKWorld
Please gallery Kendall NY!!!!! 🙏🙏🙏

**Agnieszka Jabłońska** @AgnieszkaJabo16 · Sep 23
Replying to @KUWTKWorld
And please gallery Kim for my sister🙏🙏🙏

**QueeN B**❤️ @BelyReign · Sep 24
Replying to @KUWTKWorld
What happened to her right leg 😬

**TORI** @toriharper55 · Sep 25
Replying to @KUWTKWorld
Absolutely Stunning 😍
                                    ♥ 1

**Andre** @Andre19643663 · Sep 23
Replying to @KUWTKWorld
Eye Candy zzz well.

**alannafrancis90** @alannafrancis91 · Sep 23
Replying to @KUWTKWorld
Actually there is

You are the one person I actually want to meet

I know somebody big

That is not a celebrity

In the hair and beauty industry

You are my number one pick.

Show more replies

### Relevant people



**Kardashian World**
@KUWTKWorld                    **Follow**
The largest fan source for everything
Kardashian! #TheKardashians 🎬
Season 2 | Sept 22nd on Hulu! Kim &
Khloe follow ❤️❤️
admin@kardashianworld.net

### What's happening

NBA · LIVE
**Lakers at Suns**

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
📢 Promoted by Avatar

Trending in United States
**Erection**
14.1K Tweets

Trending in California
**Costco**
5,456 Tweets

Sports · Trending
**SDSU**
1,570 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**

**Central Anitta**
@centralanittabr

Anitta chegando no restaurante BOA Steakhouse ontem, na Califórnia. ✨

Translate Tweet



8:41 AM · Aug 29, 2021 · Twitter for iPhone

23 Retweets   4 Quote Tweets   338 Likes

Tweet your reply                    Reply

**DEMONS** 😈🔥 @Anittademons · Aug 29, 2021
Replying to @centralanittabr
Ela ta lindaaaaaaaa

**Superada do POP** 👽 @paolabrachoryca · Aug 29, 2021
Replying to @centralanittabr
O auge da beleza mores 😍

❤ 2

---

**Relevant people**

**Central Anitta**
@centralanittabr                  Follow
Há mais de sete anos, informando
você sobre a carreira e vida da artista!

**What's happening**

FIFA World Cup · 53 minutes ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
🎬 Promoted by Avatar

Trending in California
**Mexicans**
13.2K Tweets

Trending in United States
**Ochoa**
Trending with #MEXPOL, Lewandowski

Trending in United States
**#coinology**
2,503 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

Search Twitter

https://twitter.com/nacaomarvel/status/1573783485369794593 __ el___ 2022-11-26 23:12:23 -08:00
2022-22-cv-09462-DMG-ADS | Document 1-5 | Filed 12/30/22 | Page 101 of 101 | Page ID #:442

← **Tweet**

🔍 Search Twitter

**NAÇÃO MARVEL | fan club**
@nacaomarvel · · ·

📷 Picture of the day



2:16 PM · Sep 24, 2022 · Twitter for Android

**68** Retweets   **4** Quote Tweets   **1,440** Likes

---

**davi** @sweetgayperson · Sep 24
Replying to @nacaomarvel
Saudade da maior

❤ 15

---

**matt. 🥪 chucky³** @imattwayne · Sep 24
Replying to @nacaomarvel
os maiores e a ˮ

from 🎬

💬 1   ❤ 2

---

**futaba-chan** @fakeangelgirl · Sep 24
Replying to @imattwayne and @nacaomarvel
a patroa. isso mesmo.

❤ 8

---

**gil flor 🌼** @Giovann03445622 · Sep 24
Replying to @nacaomarvel
Maravilhosos ❤️🥰

❤ 1

---

**nany 🍂** @nanyweisz · Sep 24
Replying to @nacaomarvel
saudade da Nat 😭

---

**Paulo** @PauloRo49222253 · Sep 25
Replying to @nacaomarvel
Show 😍

❤ 1

---

**JACKSON PATRIOTA 🇧🇷** @yjvsthwwrld · Sep 25
Replying to @nacaomarvel
Saudades quando a marvel fazia filmes bons

---

**Relevant people**

**NAÇÃO MARVEL | fa...** 🌐   [Follow]
@nacaomarvel
🇧🇷 O maior fã-clube da Marvel no Brasil e #2 do mundo | por @kainyall & @thanstopper | 🎙️: @PodcastNM |
✉️ nacaomarvelofc@gmail.com

**What's happening**

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 🧙
Original movie now streaming
🎬 Promoted by Disney+

Trending in United States   · · ·
**Bob Iger**
Trending with Disney, Chapek

Trending in United States   · · ·
**#AMAs 🏆**
Trending with soobin, yeonjun

Trending in United States   · · ·
**Maher**
21.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

[Tweet]

Tweet your reply   [Reply]

**Perkowski Legal P.C.**
@c_perkowski   · · ·