# EXHIBIT B Continued

https://twitter.com/Sodakotabella2/status/1578394525260286336 __et__2022-11-22 23:10:52 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-6    Filed 12/30/22    Page 2 of 101    Page ID #:444

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Bella 🌟 🎭 aka The Cha Cha Real Smooth stan 🇫🇷
@Sodakotabella2

they tried to cover her with the umbrellas lmao
#DakotaJohnson #MadameWeb



7:39 AM · Oct 7, 2022 · Twitter Web App

4 Retweets   34 Likes

Tweet your reply                                    Reply

John Henry Irons @Henry58979558 · Oct 7
Replying to @Sodakotabella2
You too. That person has blonde hair not Dakota. Sydney Sweeney stunt
double. Pass it along.

🗨    ↻ 1    ♡ 1    ⬆

**Relevant people**

Bella 🌟 🎭 aka The C...          Follow
@Sodakotabella2
Fan account 🎥// Dakota Johnson ☀️,
Jenifer 🎤 Coldplay🎶🎵, Eurovision fan
🎸, Papadakis Cizeron ⛸ 💙// Series,
movies, music, television, sport
interests 🎭

**What's happening**

NBA · 1 hour ago
Lakers at Suns

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
📽 Promoted by Avatar

Trending in United States
Erection
20K Tweets

Trending in California
Costco
5,990 Tweets

Celebrities · Trending
Denzel Washington
2,296 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/cizgikafe/status/1226538700315729926 __ et __ 2022-11-21 13:12:59 -08:00

← **Tweet**

**Çizgi Kafe**
@cizgikafe

···

📷: Şu sıralar Black Widow tekrar çekimleri yapılıyor.

Translate Tweet



8:09 AM · Feb 9, 2020 · Twitter for Android

**5** Retweets  **2** Quote Tweets  **603** Likes

💬  ↻  ♡  ⬆️

P  Tweet your reply    Reply

**hasan** @etchimpress · Feb 9, 2020    ···
Replying to @cizgikafe
Neden

💬  ↻  ♡ 1  ⬆️

P  **Perkowski Legal P.C.**    ···
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

R  **Çizgi Kafe**    Follow
@cizgikafe
Bir fincan kriptonit alabileceğiniz komşunuz!
instagram.com/cizgikafecom

**What's happening**

FIFA World Cup · **LIVE**
**USA vs Wales**

Trending in California    ···
**Telemundo**
7,564 Tweets

Trending in United States    ···
**1-0 USA**
20.5K Tweets

Trending in United States    ···
**HOW IS THAT NOT A YELLOW**

Trending in United States    ···
**USA USA USA**
Trending with I BELIEVE THAT WE WILL WIN

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Case 2:22-cv-09462-DMG-ADS   Document 1-6   Filed 12/30/22   Page 4 of 101   Page ID #:446

← **Tweet**



🏠 Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

 🔲🔲
@filmsbydelrey

…

Mi amor vive con esos short no se los saca



8:43 PM · Jul 4, 2017 · Twitter for Android

      ♡   ⬆

 Tweet your reply

Reply



Perkowski Legal P.C.
@c_perkowski
…

🔍 Search Twitter

**Relevant people**

 🔲🔲
@filmsbydelrey
multifandom ✧⁕˳

Follow

**What's happening**

NBA · 53 minutes ago
**Trail Blazers at Bucks**



Entertainment · Trending
**Died Suddenly**
57.6K Tweets
…

Trending in California
**Dodger Stadium**
9,920 Tweets
…

Entertainment · Trending
**August Alsina**
…

Trending in United States
**Chrisley**
20.5K Tweets
…

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.



**Mundo Geek**
@MundoGeekOF1

•••

## NOVOS DETALHES REVELADOS DE MADAME WEB

O Insider Cosmic Circus revelou alguns mistérios do
próximo filme do aranhaverso da Sony: Madame Web,
revelando os personagens principais e seus atores e
atrizes, dando pistas do roteiro, confira:

Dakota Johnson é Cassandra Web

Translate Tweet



6:52 AM · Aug 12, 2022 · Twitter for Android

**2** Retweets    **1** Quote Tweet    **11** Likes

Tweet your reply                                    Reply

**Mundo Geek** @MundoGeekOF1 · Aug 12
Replying to @MundoGeekOF1
Sdyney Sweeney é Julia Carpenter

Celeste O'Connor é Mattie Franklin

Isabela Merced é Anya Corazón

Adam Scott é Ben Parker(Tio Ben)

Emmy Roberts é Mary Parker(Mãe de Peter Parker)

•••

**Relevant people**



**Mundo Geek**                Follow
@MundoGeekOF1

Página com todas as últimas
novidades do cinema, quadrinhos,
games, animes, mangás, livros e
algumas opiniões e textões. Gamertag:
batnathan999

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Trending in United States            •••
**England**
Trending with #ENGIRN, Saka

Trending in United States            •••
**Caleb Williams**
2,469 Tweets

Trending in California               •••
**Dodger Stadium**
Trending with #EltonFarewellTour

Music · Trending                     •••
**Kelly Rowland**
20.3K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

Tweet

**Perkowski Legal P.C.**    •••
@c_perkowski

← **Tweet** 

🔍 Search Twitter

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

**The Top Comics**
@TheTopComics ⋯

#NuevoVideo

🔴 Marvel Studios anuncia nuevos títulos.
⚫ Detalles de Ms Marvel
⚫ Chadwick Boseman y los Óscares

🔵 youtu.be/fhXfxZm0Lro
Translate Tweet



12:17 PM · May 3, 2021 · Twitter for iPhone

**34** Retweets  **980** Likes

💬   🔁   ♡   📤

🅿 Tweet your reply                    **Reply**

**Edison Raul** @nacholalo5320 · May 3, 2021  ⋯
Replying to @TheTopComics
Zmzmzmzmz

💬   🔁   ♡   📤

**D.E.P Pana Miguel (cateaggter)** @HuevosDeGato · May 3, 2021  ⋯
Replying to @TheTopComics
⚠️

💬   🔁   ♡   📤

**RexLP** @GBarreto18 · May 3, 2021  ⋯
Replying to @TheTopComics
Cuando llega la parte de los Eternals se ve al camarógrafo a la izquierda jajaja

💬   🔁   ♡   📤

**santos** @sakatadeadpool · May 3, 2021  ⋯
Replying to @TheTopComics
Y ninguno me llamó la atención

💬   🔁   ♡   📤

**MarZ** @SerendipityBLSG · May 3, 2021  ⋯
Replying to @TheTopComics
Me urge Rogue 🥵

💬   🔁   ♡ 8   📤

**Sergio A.** @arsenuit · May 3, 2021  ⋯
Replying to @TheTopComics
Ms Marvel, el personaje que marvel ha ha querido meternos por la garganta desde años fingiendo que es más popular que Spiderman.

💬 2   🔁   ♡ 5   📤

**Ψ Đemian Lopez** @zeroinferno · May 3, 2021  ⋯
Replying to @arsenuit and @TheTopComics
Yo pienso igual, quieren meterla a huevo y pues la verdad esta bien culera.

💬   🔁   ♡ 2   📤

**Sergio** @twsergiop · May 3, 2021  ⋯
Replying to @TheTopComics
Ojalá haya reseña de Invincible. Conste que @TheMrXOfficial la recomendó y ¡TENÍA RAZÓN! Que JOYA

💬   🔁   ♡   📤

This Tweet is from a suspended account. Learn more

**Gustavo M Arenas** @GustavoMArenas2 · May 3, 2021  ⋯
Replying to @Luis_98_berserk and @TheTopComics
~El Morrito Edgy

💬 1   🔁   ♡ 2   📤

Show more replies

**Relevant people**

**The Top Comics**
@TheTopComics                Follow
Canal de Youtube donde hablamos de
cómics, series, películas y más I
Contacto: thetopcomics@gmail.com

**What's happening**

FIFA World Cup · 3 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in California
**Mexicans**
18.5K Tweets ⋯

Celebrities · Trending
**Tom Hanks**
6,522 Tweets ⋯

Trending in United States
**Giroud**
Trending with Australia, Mbappe ⋯

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More…
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@_perkowski ⋯

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Perkowski Legal P.C.
@c_perkowski

Tweet

**Paulette Kimuntu Kim**
@KimKimuntu

#Balenciaga
#fashionweek👠

Kylie Jenner, Doja Cat & Khloé Kardashian! 📸

#XCX

1:10 AM · Oct 5, 2022 · Twitter for Android

**2** Likes

Tweet your reply
Reply

Search Twitter

## Relevant people

**Paulette Kimuntu Kim**
@KimKimuntu
Follow

## What's happening

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater**
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in United States
**Erection**
18.7K Tweets

Trending in California
**Costco**
5,891 Tweets

Celebrities · Trending
**Denzel Washington**
1,947 Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.



🔍 Search Twitter

← Tweet

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⚫ More

**Tweet**

**Filmsteria!**
@Filmsteria

Mientras tanto, Al Pacino se la pasa chévere caminando feliz. 🎵🎵

¿Qué estará escuchando?

Translate Tweet



11:16 AM · Feb 11, 2022 · Twitter for Android

**11** Retweets   **6** Quote Tweets   **78** Likes

Perkowski Legal P.C...
@c_perkowski

Tweet your reply                                    **Reply**

**Efren V.** @Efenverdugo1 · Feb 11
Replying to @filmsteria
Corridos tumbados

🗨     ⟲     ♡     1     ⬆

**Raúl 👑 λ** @IIValero91 · Feb 11
Replying to @filmsteria
Esta canción claramente.

youtube.com
Papa Loves Mambo - Perry Como (Lyrics in Descrip...
Papa loves mambo, Mama loves mamboLook at 'em sway with itGetting so gay with itShouting ole with ...

🗨     ⟲     ♡     1     ⬆

**EsePaps** @Ese_Paps · Feb 11
Replying to @filmsteria
Mon amour remix

🗨     ⟲     ♡     1     ⬆

**Tío π ter** @petercabo · Feb 11
Replying to @filmsteria and @raflescabrera

youtube.com
CELSO PIÑA - REINA DE CUMBIAS (OFICIAL HD)
Management y Booking: zea@latuna.mx Dirección:
Mario VerasteguiProducción: La Tuna ...

🗨     ⟲     ♡     2     ⬆

**Vicky GalvanPerez** @Vickygalvan · Feb 11
Replying to @filmsteria
Si soy Al Pacino

🗨     ⟲     ♡     ⬆

**Monica Ph** 🎄🔥💃🐧 @unys06 · Feb 11
Replying to @filmsteria
Bad Bunny seguramente no 😂😂😂

🗨     ⟲     ♡     ⬆

**Normiux** @tlahualila · Feb 11
Replying to @filmsteria
Ramito de violetas obvis

🗨     ⟲     ♡     ⬆

**Mauricio Ortiz** @mau_rice80 · Feb 11
Replying to @filmsteria

GIF ALT **UN PINCHE CUMBION BIEN LOCO**

🗨     ⟲     ♡     2     ⬆

**Ori Ferr** @Oriferrp · Feb 11
Replying to @filmsteria

GIF ALT

🗨     ⟲     ♡     ⬆

**axcesz** @javiengr · Feb 11
Replying to @filmsteria and @elsalonrojo
Para los haters, seguro está escuchando bad bunny

🗨     ⟲     ♡     1     ⬆

**Relevant people**

**Filmsteria!**          **Follow**
@Filmsteria
El podcast oficial de los ponchos |
Cine y TV | Noticias | Críticas | Podcast
| Vive el cine junto a @pennyoliva,
@alecasagui, @josue_corro y
@elsalonrojo

**What's happening**

NFL · Earlier today
**Chiefs at Chargers**

Trending in United States
**Bob Iger**
Trending with Disney, Chapek

Trending in United States
**Spencer Rattler**
2,541 Tweets

Music · Trending
**#DavidoAt30**
71.7K Tweets

Music · Trending
**Lionel Richie**
3,952 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← Tweet



Foochia - فوشيا ✔
@foochia

···

الصور الأولى من حفل زفاف #جينيفر_لوبيز و #بن_آفليك في ولاية جورجيا الأميركية

#benaffleck #jenniferlopez #jlo


Translate Tweet



2:05 AM · Aug 21, 2022 · Hootsuite Inc.

**4** Retweets   **3** Likes

💬               ⟲               ♡               ⬆️

Tweet your reply                              Reply

## Search Twitter

### Relevant people



Foochia - فوشيا ✔
@foochia                    Follow

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللباقة، ونتابع أخبار المشاهير والفن والثقافة.

### What's happening

NFL · LIVE
**49ers at Cardinals**



Entertainment · Trending      ···
**Died Suddenly**
47.6K Tweets

Family drama · Trending      ···
**#GTMcontest12**

Sports · Trending           ···
**Lane Kiffin**
Trending with  Auburn

Sports · Trending           ···
**Greg Dortch**
Trending with  #BirdCityFootball 🐦

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
··· More

**Tweet**


Perkowski Legal P.C.  ···
@c_perkowski



1:09 PM · May 25, 2022 · Twitter Web App

1,504 Retweets   2,665 Quote Tweets   25.3K Likes

Tweet
← 
DC - Universo Ocnauta
@UniversoDCnauta

Relevant people

DC - Universo Ocnauta
@UniversoDCnauta     Follow

What's happening

← **Tweet**



**El Aragüeño**
@ElAragueno                                    ...

La cantante Jennifer López y el actor Ben Affleck se besaron públicamente por primera vez desde que reavivaron su romance reciente. #Farándula

Translate Tweet



4:10 PM · Jun 16, 2021 · TweetDeck

**1** Like

Tweet your reply                                    Reply

Q Search Twitter

**Relevant people**



**El Aragüeño**                    Follow
@ElAragueno

EL PRIMER DIARIO DE ARAGUA. ¡50 años contando tu historia!

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🎬
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California                    ...
**Mexicans**
9,195 Tweets

Trending in United States                    ...
**#SeleccionMexicana** 🇲🇽
11.8K Tweets

Politics · Trending                        ...
**Dr. Fauci**
4,718 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**

# **Explore**

🔔 **Notifications**

✉ **Messages**

🔖 **Bookmarks**

▤ **Lists**

**Profile**

⋯ **More**

**Tweet**

Perkowski Legal P.C.    ...
@c_perkowski

Tweet

**SAINT** ✔
@saint

LOOK AT @OBJ_3's BOOT😂

#TheSupremeSaint



9:15 AM · Dec 5, 2017 · Twitter for iPhone

**81** Retweets  **19** Quote Tweets  **427** Likes

Tweet your reply    Reply

**Pickle Rick!** @wave909 · Dec 5, 2017
Replying to @saint @TheSupremeSaint and @OBJ_3
What trying to hard looks like

**floposlatt** @filipsawi222 · Dec 5, 2017
Replying to @saint @TheSupremeSaint and @OBJ_3
XDDDD

**Lil Da Vinci**🎨🌟 @MrPerkaloDeon17 · Dec 5, 2017
Replying to @saint @TheSupremeSaint and @OBJ_3
"You do what you want when you poppin" – Future

**JC Serrano** @NYK_NYM_Fan · Dec 5, 2017
Replying to @saint @TheSupremeSaint and @OBJ_3
Why he wearing grandma's leggings tho?

**slashandtrash** @codenmekdsnxtdo · Dec 5, 2017
Replying to @saint @TheSupremeSaint and @OBJ_3
This next just watch

**Caroline Mitchell** @CarolineMitch18 · Dec 6, 2017
Replying to @saint @TheSupremeSaint and @OBJ_3 @c_lestt

**Already Failed NNN** 🍆 @VIonePapiiii · Dec 5, 2017
Replying to @saint @TheSupremeSaint and @OBJ_3
🚬⚕️

**D·** @407chico_ · Dec 5, 2017
Replying to @saint @TheSupremeSaint and @OBJ_3
that boy flexin 😂😂

Perkowski Legal P.C.
@c_perkowski

---

### Left sidebar

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

Tweet

---

### Right sidebar

Search Twitter

**Relevant people**

**SAINT** ✔
@saint                    Follow

**What's happening**

NHL · LIVE
**Golden Knights at Canucks**

Entertainment · Trending
**Died Suddenly**
60.8K Tweets

Reality TV · Trending
**August Alsina**
Trending with #TheSurrealLife

Sports · Trending
**Trey Lance**
1,238 Tweets

Trending in California
**Gio Reyna**
6,912 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

__ https://twitter.com/dailyromee/status/1417093794655260677 __ el __ 2022-11-20 20:09:36 -08:00

← **Thread**

## Romee Strijd
@dailyromee

Romee via Laurens' instagram story. (19/07)



👤 Romee Strijd

5:07 AM · Jul 19, 2021 · Twitter for iPhone

**2** Retweets   **15** Likes

---

Tweet your reply    **Reply**

---

**Romee Strijd** @dailyromee · Jul 19, 2021
Replying to @dailyromee
Romee via Laurens' instagram story. (19/07)



Romee Strijd

💬 1     🔁 1     ♥ 8     ⬆

---

**Perkowski Legal P.C.**
@c_perkowski

---

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

---

🔍 Search Twitter

### Relevant people

**Romee Strijd**
@dailyromee          **Follow**
Your first source about the Dutch
model Romee Strijd. | FAN ACCOUNT

**Romee Strijd**
@RomeeStrijd          **Follow**
Represented by IMG Worldwide

### What's happening

NFL · 3 hours ago
**Cowboys at Vikings**



**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Kody**
2,737 Tweets

Trending in United States
**#AMAs** 🔥
Trending with soobin, Lionel Richie

Trending in California
**Dodger Stadium**
Trending with Elton John, Dodger Stadium

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/lionderdessa/status/1375816984420180471... el ___ 2022-11-22 16:08:00    2022-11-22 16:08:00    Document 1-6    Filed 12/30/22    Page 15 of 101    Page ID    #447

**Luis Rivas**
@lionsriivas

Pues nada pendeja Eiza 🍆🍆🍆

Translate Tweet



**Perkowski Legal P.C.**
@r_perkowski

7:29 PM · Jun 23, 2020 · Twitter for iPhone

**19** Retweets   **2** Quote Tweets   **354** Likes

---

Tweet your reply                                    Reply

---

**Yo aqui y tu ?** @eliocroioyono · Jun 23, 2020
Replying to @lionsriivas
Quien es el chavo que está en la foto?
   💬        ↻        ♡        ⬆

**Villa Millares | Fotógrafo** @VillaMillares · Jun 23, 2020
Replying to @VillaMillares and @lionsriivas
Eta? El, el nada pendejo 😜
   💬        ↻ 2        ♡        ⬆

**David Cachon** @kchon_kchã · Jun 24, 2020
Replying to @VillaMillares and @lionsriivas
al menos el no esta todo operado, pero al final los dos no son nada, el todo flacucho y ella con canpazás se recompensan

Show replies

**Arturo Cruz** @arthurocruz93 · Jun 24, 2020
Replying to @lionsriivas
Flaquito desnalgado pitote asegurado
   💬        ↻        ♡ 1        ⬆

**Alan Ibarra** @AnnIbarra · Jun 24, 2020
Replying to @lionsriivas
Wooeeeeeeey ame su tatuaje!!!
💕💕💘😘😘💕
   💬        ↻        ♡        ⬆

**Alan Ibarra** @AnnIbarra · Jun 24, 2020
Replying to @lionsriivas
Wooeeeeeeey ame su tatuaje!!!
💕💕💘😘😘💕
   💬        ↻        ♡        ⬆

**Miss Mickey** @adoctorAdolal · Jun 24, 2020
Replying to @lionsriivas
Cuerpo de niño...
   💬        ↻ 1        ♡        ⬆

**Ericks Gil** @GilEricks · Jun 24, 2020
Replying to @adoctorAdolal_bj_mat_b_marb and @lionsriivas
Ferta de mujer perfecta 🔥🥵🔥🥵🌮🌮🍑🍑💦💦
   💬        ↻        ♡ 4        ⬆

**Fabbian Chavez** @fabbianchavezfx · Jun 23, 2020
Replying to @lionsriivas
El niño polla 🍆
   💬        ↻        ♡        ⬆

**Leunam O** @mrDel_ · Jun 23, 2020
Replying to @fabbianchavezfx and @lionsriivas
Polcita
   💬        ↻        ♡        ⬆

**Los luchos Chile** @losluchoschile · Jun 23, 2020
Replying to @lionsriivas
Wey no sabía que te gustaba este hermoso Timothee jajaja
   💬        ↻        ♡        ⬆

**Luis Angel Bistaf** @LouisBistaf · Jun 23, 2020
Replying to @lionsriivas


Mamale el pito por mi

   💬        ↻        ♡ 3        ⬆

**Ray** @ratuaH · Jun 24, 2020
Replying to @lionsriivas

   💬        ↻        ♡ 3        ⬆

**lalo jr** @lalirsR · Jun 23, 2020
Replying to @lionsriivas
Le va a chupar la juventud!
   💬        ↻        ♡ 1        ⬆

**Diego VN** @DieOctvN · Jun 23, 2020
Replying to @lionsriivas
Nada pérdida mi mana Eiza, así hasta yo jajajá y eso que no soy fan de 🍆
   💬 😂😂        ↻        ♡        ⬆

**Abeja Reina** @TadoNavarro · Jun 23, 2020
Replying to @lionsriivas
Jajajaja en abascada
   💬        ↻        ♡        ⬆

**PIRRORITICO** @PIRRORITICO · Jun 23, 2020
Replying to @lionsriivas
Pues tiene feo cuerpo ese niño, enclenque.
   💬        ↻        ♡        ⬆

**alberto fernandez** @haltterlls007 · Jun 23, 2020
Replying to @lionsriivas
Timothee chiquito bebé será como les Dicaprio o Brad Pitt en las próximas década 😍😍😍

   💬        ↻        ♡ 3        ⬆

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Robert Littal BSO ✓
@BSO

After Shooting His Shot on Instagram and Hitting Nothing But Net, Panthers Christian McCaffrey Takes Danny Amendola's Ex-GF Olivia Culpo on Cabo Vacation (Pics-Vids) bit.ly/32jqv8P



6:51 AM · Jul 10, 2019 · BSO Alert

18 Retweets    38 Quote Tweets    64 Likes

Perkowski Legal P.C.
@c_perkowski



Tweet your reply    **Reply**

ELove @ELove3000 · Jul 10, 2019
Replying to @BSO
I alwayz Wondered just How THIS "Now I'm FUCKKKing Your EX" Phenomenon with Professional Athletes HAPPEN Thoughhh...
#ItsJustSooCOMMONPLACE 🤔🤔🤔

2        7

Pequeña's Dad 🇵🇭 @RyanAdverderada · Jul 10, 2019
Replying to @ELove3000 and @BSO
They all run in the same circles 😂

1

Heir for a Day @mhcirca1984 · Jul 10, 2019
Replying to @BSO
They share thots too?

1        5

A Jektiv @Ajektiv · Jul 10, 2019
Replying to @mhcirca1984 and @BSO
It's like they share one brain. 😂

3

R.E.L @TKRelz · Jul 10, 2019
Replying to @BSO
Shorty and white skill position players got a type

2        9

This Tweet was deleted by the Tweet author. Learn more

Ryan Harrell @williamharrell · Jul 10, 2019
Damn that Amendola pic looks like someone tried to draw them from memory, after drinking.

1

**Relevant people**

Robert Littal BSO ✓    **Follow**
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**

#AvatarTheWayofWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Events · Trending
**NO ERA PENAL**
3,871 Tweets

Trending in California
**Mexicans**
10K Tweets

Trending in United States
**Ochoa**
Trending with #MEXPOL, Lewandowski

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/famebabes/status/1509481950729232384 __ at __ 2022-11-22 01:34:01 -08:00

← **Tweet**

 **Celeb Pics**
@FameBabes

···

## Emma Stone



3:45 AM · Mar 31, 2022 · Twitter for iPhone

**11** Retweets   **129** Likes

💬          🔁          ♡          ⬆

 Tweet your reply          Reply

 **Celeb Pics**
@FameBabes          Follow

NSFW - Sharing Content of Famous Babes 😉 - Professional Horn Dog - Started 8/27/19 - BACKUP @FameBabesBACKUP ❗

---

**Home**

**#** Explore

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski          ···

**Search Twitter**

### Relevant people

### What's happening

FIFA World Cup · Starts at 2:00 AM
**Argentina vs Saudi Arabia**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar



https://twitter.com/AndyVermaut/status/1326389580157882371 __ at __ 2022-11-19 12:11:56 -08:00



← Tweet

# Home
# Explore
# Notifications ①
# Messages
# Bookmarks
# Lists
# Profile
# More

**Tweet**



**Andy Vermaut**
@AndyVermaut

···

Beyonce & Jay Z 'So Proud' Of Blue Ivy: Why Narrating 'Hair Love' Was The Perfect Project For Her
hollywoodlife.com/2020/11/11/bey...



9:01 PM · Nov 10, 2020 · dlvr.it

                    ♡          ↑



Tweet your reply                    Reply

## Relevant people



**Andy Vermaut**          **Follow**
@AndyVermaut

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

NCAA Football · Starts at 1:30 PM
**Texas at Kansas**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
◻ Promoted by Uber

Trending in United States          ···
**Geraldo**
23.5K Tweets

Entertainment · Trending          ···
**Tommyinnit**
10.8K Tweets

Music · Trending          ···
**Chris Brown**
29.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**          ···
@c_perkowski

← **Tweet**

**best of megan fox**
@meganfoxfiles                                      •••

megan fox ladies and gentlemen's.



1:00 PM · Jun 29, 2022 · Twitter for iPhone

**134** Retweets   **29** Quote Tweets   **1,290** Likes

💬          🔁          ♡          ⬆️

🖼️  Tweet your reply                           Reply

**Gawdly Stroke** @GawdlyStroke · Jun 30        •••
Replying to @meganfoxfiles
She's all time sexy.
💬          🔁          ♡          ⬆️

**not that Mike (blue check here)** @realmicajones · Jun 29   •••
Replying to @meganfoxfiles
Is this the Barbie movie everyone's talking about?!?!
💬          🔁  6       ♡          ⬆️

*Sofia* #FREEBRITNEY @crazyformargot · Jun 29   •••
Replying to @realmicajones and @meganfoxfiles
No
💬          🔁          ♡          ⬆️

**Efosa Osas** @Osas5Osas · Aug 13             •••
Replying to @meganfoxfiles
Beautiful Queen 😍😍🌹
💬          🔁          ♡          ⬆️

**Rasal** @Rasal53048848 · Aug 15              •••
Replying to @meganfoxfiles
My favorite heroine🔥🔥😍❤️😍🌹
💬          🔁          ♡          ⬆️

**El Dude Bro** @BroEldude · Jun 29            •••
Replying to @meganfoxfiles
Looks like a gentleman
💬          🔁          ♡          ⬆️

**David Jared Mutchler** @davidmutchler35 · Aug 3   •••
Replying to @meganfoxfiles



GIF  ALT

💬          🔁          ♡          ⬆️

**Caffiend** @CaliRumBum · Jun 29              •••
Replying to @meganfoxfiles
Gentlemen's?
💬          🔁          ♡          ⬆️

**Douglas Stone** @DouglasStone12 · Jun 29     •••
Replying to @meganfoxfiles
She's looking beautiful ❤️❤️❤️❤️💋💋💋💋
💬          🔁          ♡          ⬆️

**onlyfans_promo_ 💲 🟢0** @Onlyfan42391478 · Jul 1   •••
Replying to @meganfoxfiles and @Teresachavez___
**Send me your pictures for promotion** 😘💸
💬          🔁          ♡          ⬆️

Show additional replies, including those that may contain offensive   Show
content

---

🐦                                                 🔍 Search Twitter

🏠  Home                        **Relevant people**

#️⃣  Explore                    🖼️ **best of megan fox**     [Follow]
                                  @meganfoxfiles
🔔  Notifications               updates + daily content of
                                @meganfox, fan account
✉️  Messages

🔖  Bookmarks                   **What's happening**

☰  Lists                       FIFA World Cup · LIVE
                                **Senegal vs Netherlands**
👤  Profile
                                Sports talk · Trending
⋯  More                        **skip and shannon**           •••

     [ Tweet ]                  Trending in United States
                                **Chocolate and Chip**          •••

🅿️ **Perkowski Legal P.C.** •••  Music · Trending
    @c_perkowski                **#askmeek**                    •••
                                1,421 Tweets

                                Gaming · Trending
                                **#BethesdaGiveaway**           •••

                                Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads Info   More ---
© 2022 Twitter, Inc.

https://twitter.com/cravemedia_/status/1514301000310501891___sl___2022-11-20 14:46:08 -08:00

← **Tweet**

.
@cravemedia_



10:54 AM · Apr 13, 2022 · Twitter for Android

**116** Retweets    **178** Quote Tweets    **1,365** Likes

Tweet your reply                                    Reply

**Satwik** @Sat_wick · Apr 13
Replying to @cravemedia_
Can someone tell which camera Hoyte van Hoytema is using? Is it an imax
camera?
💬 2                              ♡ 4

**Doctor flights** @hub_doc · Apr 13
Replying to @Sat_wick and @cravemedia_
It's some panavision 70mm camera
💬 1                              ♡ 4
Show replies

**#1 merinator** @ibuwankenobi · Apr 13
Replying to @cravemedia_
@kirminai

This Tweet was deleted by the Tweet author. Learn more

Show replies

**Relevant people**

.
@cravemedia_                          Follow
Media account for @FilmUpdates

**What's happening**

NFL · 1 hour ago
**Eagles at Colts**

#Disenchanted
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
58.6K Tweets

Sports · Trending
**Melvin Gordon**
Trending with #DallasCowboys ⭐, Broncos

Trending in United States
**#FIFAWorldCup** 🏆
2.46M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

 **Escándala**
@escandalamx

···

¡Mis lobas 🐾! Colton Haynes, de Teen Wolf, interpretará a dos gemelos en nueva película 👉 bit.ly/3DdBJiu



5:00 PM · Oct 26, 2022 · Hootsuite Inc.

**3** Likes

💬        🔁        ♡        ⬆️

 Tweet your reply        **Reply**

---

🔍 Search Twitter

## Relevant people

 **Escándala**
@escandalamx            **Follow**

Soy la señora @escandalamx, ama, dueña y máxima de la multiplataforma LGBTTTI #1 de Latinoamérica. Contacto: escandala@pinkbox.com.mx

## What's happening

Television · 23 minutes ago
**Saturday Night Live airing on NBC**


**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States        ···
**HE'S BACK**
137K Tweets

Sports · Trending        ···
**#SpursUp**

Trending in California        ···
**Pasadena**
1,446 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/LLDNofficiel/status/956640828595851264 __ at __ 2022-11-21 05:48:58 -08:00

# Tweet

 La Ligue Des Nakamas Retweeted

**Kal-Odinson**
@V727Mr

Replying to @RealSlachi and @LLDNofficiel



1:09 PM · Jan 25, 2018 · Twitter Web Client

**1** Retweet    **8** Likes

Tweet your reply

Reply

## Relevant people

 **La Ligue Des Nakamas**
@LLDNofficiel    Follow
Page officielle de La Ligue Des
Nakamas Tipee : cpc.cx/oxe Twitch :
m.twitch.tv/lldnofficiel/p...

 **Kal-Odinson**
@V727Mr    Follow

**RealSlachi** 👑🇪🇸 (DG...
@RealSlachi    Follow
artiste incompris sans talent artistique
Joueur Séries X/S et PS5 ¡ Hala Madrid
y nada más !

## What's happening



FIFA World Cup · LIVE
**England vs Iran**

Trending in United States
**England**
Trending with #ENGIRN, Saka

Trending in California
**Dodger Stadium**
Trending with Elton John, #EltonFarewellTour

Trending in United States
**Go USA**
5,970 Tweets

Trending in United States
**Spencer Rattler**
2,188 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Search Twitter

— https://twitter.com/CinematizandoOf/status/1329527814597582851 — at — 2022-11-21 00:56:15 -08:00 —

← **Thread**

**Cinematizando**
@CinematizandoOf

Primeiras imagens de Iman Vellani nas gravações da série da Ms. Marvel.

#MsMarvel #ImanVellani

Translate Tweet



12:51 PM · Nov 19, 2020 · Twitter Web App

**4** Likes

Tweet your reply                                        Reply

**Cinematizando** @CinematizandoOf · Nov 19, 2020
Replying to @CinematizandoOf
Olha ela fantasiada de Capitã Marvel

#MsMarvel #ImanVellani

♡ 3

Perkowski Legal P.C.
@c_perkowski

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

---

Q Search Twitter

**Relevant people**

**Cinematizando**
@CinematizandoOf                    Follow

**What's happening**

Sports · LIVE
2022 FIFA World Cup

Music · Trending
**Goodbye Yellow Brick Road**

Trending in United States
**Maher**
22.1K Tweets

Trending in United States
**#AMAs** 🔥
4.47M Tweets

Music · Trending
**#DavidoAt30**
65K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← Tweet

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Alyssa Limperis
@alyssalimp

me and my boyfriend entering Target



5:25 PM · May 25, 2021 · Twitter for iPhone

1,716 Retweets    180 Quote Tweets    27.9K Likes

Tweet your reply                                    **Reply**

Brandyn Burris @brandynburris · May 26, 2021
Replying to @alyssalimp
Ikea"

The Raid @TheRpldRamen · May 26, 2021
Replying to @alyssalimp
Congrats (pls don't make Gigi 2)

Womanoffaith @restinthestorm · May 26, 2021
Replying to @alyssalimp
"Chewie, I have a bad feeling about this."

Argh!

dan the man @danielleferitako · May 26, 2021
Replying to @alyssalimp
I literally tweeted the same thing and got 3 likes 😂

@thatguy_esteban · May 26, 2021
Replying to @alyssalimp
@eek_j5ot 😂😂

focused and uninterested @misfizmarinela · May 26, 2021
Replying to @alyssalimp
the sadness in his eyes yo

PowerPolitics @PowerPolitics20 · May 29, 2021
Replying to @alyssalimp and @MrAAFP

I AM NEVER GOING TO FINANCIALLY RECOVER FROM THIS

Celeste @Evie224 · May 25, 2021
Replying to @alyssalimp

YOU GOT THAT RIGHT!!!

Branks @Millirankster · May 25, 2021
Replying to @alyssalimp
Sex hair much? amiright? Ha!

A_ @Agl2432A · May 26, 2021
Replying to @alyssalimp and @BadabitsJ4CHG
@ekhana_hm

Dirty Dan @emerrymann2010 · May 26, 2021
Replying to @alyssalimp
@JustASmallbear

Stricklanded @NotrickJanded · May 26, 2021
Replying to @alyssalimp
This is accurate.

a @therealScat · May 27, 2021
Replying to @alyssalimp
@Guillentine

Rose Valenzuela @RoseAllysVall · May 26, 2021
Replying to @alyssalimp
@karrynne20

KG @Bretto006 · May 26, 2021
Replying to @alyssalimp

NO..

**Relevant people**

Alyssa Limperis
@alyssalimp                                    **Follow**

actress & comedian. Sydney on
Flatbush Misdemeanors on Showtime,
writer & performer of No Bad Days on
Peacock insta bit.ly/2CdJ15yn contact
jcc@haven.la

**What's happening**

FIFA World Cup · 3 hours ago
Mexico vs Poland

#AvatarTheWayOfWater 🌊
Get tickets now – In theaters December 16
Promoted by Avatar

Trending in California
Lucas
1.46K Tweets

Trending in United States
Giroud
Trending with Australia, Mbappe

Trending in California
Mexicans
16.1K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ...
© 2022 Twitter, Inc.

__ https://twitter.com/nanfixus/status/1105401620739833856 __ at __ 2022-11-22 21:09:51 -08:00 __

← **Tweet**

🔍 Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

⇄ **@nanfixus Retweeted**


다코타 존슨의 옷장
@DAKOTAJCLOSET   ⋯

#dakotajohnson #다코타존슨



12:12 AM · Mar 12, 2019 · Twitter for Android

**14** Retweets   **53** Likes

💬        ⇄        ♡        ⬆️

 Tweet your reply        **Reply**

**Relevant people**


**@nanfixus**
@nanfixus                          **Follow**

DJ Fan 🏀 Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🇪🇸


**다코타 존슨의 옷장**
@DAKOTAJCLOSET          **Follow**

배우 다코타 존슨 스트릿 패션 올리는
계정 #dakotajohnson

**What's happening**

NBA · LIVE
**Lakers at Suns**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
🔳 Promoted by Avatar

Trending in United States
**Erection**
13.7K Tweets                              ⋯

Trending in California
**Costco**
5,427 Tweets                             ⋯

Sports · Trending
**Anthony Davis**
4,110 Tweets                             ⋯

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.


**Perkowski Legal P.C.**   ⋯
@c_perkowski



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

siri
@ilysmcevans

fluffy hair boyfriend vibes chris evans : new and improved 💋



12:55 PM · Oct 13, 2022 · Twitter for Android

**87** Retweets  **11** Quote Tweets  **708** Likes

Tweet your reply

Reply

Joan @joans3627 · Oct 13
Replying to @ilysmcevans and @reieacevans
So cute 🧡🤎🧡🤎

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Search Twitter

**Relevant people**



siri
@ilysmcevans

Follow

sexiest man alive chris evans' tattoo licker first, human next 💋 fan account

**What's happening**

NBA · 2 hours ago
Lakers at Suns



#AvatarTheWayOfWater 🧜‍♀️
Get tickets now · In theaters December 16
⬛ Promoted by Avatar

Trending in United States
**Erection**
20.9K Tweets

Trending in California
**Costco**
6,074 Tweets

Business and finance · Trending
**Chesapeake**
41.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

\_\_ https://twitter.com/dakotajarg/status/1455858902474633218 \_\_ at \_\_ 2022-11-21 05:02:57 -08:00 \_\_

← **Tweet**



**Dakota Johnson Argentina**
@DakotaJArg                                                    ...

Dakota en el desfile de #GucciLoveParade en Los Ángeles. #DakotaJohnson



4:26 AM · Nov 3, 2021 · Twitter for Android

**2** Retweets    **7** Likes

🔍 Search Twitter

## Relevant people



**Dakota Johnson Arge...**
@DakotaJArg                    Follow

Tu mejor y más actualizada fuente de información sobre la actriz, productora, directora y activista #DakotaJohnson en Español.

## What's happening

FIFA World Cup · LIVE
**England vs Iran**



Politics · Trending
**Tragically**
15.5K Tweets                    ...

Trending in United States
**Slick Rick**                    ...

Music · Trending
**Elton John**
Trending with Dodger Stadium, Dodger Stadium    ...

Trending in United States
**Harry Maguire**
Trending with Saka                    ...

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

## Home
## Explore
🔔 Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**P** Tweet your reply                    **Reply**



**Perkowski Legal P.C.**
@c_perkowski                    ...

← **Thread**



Perkowski Legal P.C.
@c_perkowski

**Search Twitter**

**Relevant people**

inMARVEL ❄️ #Marv...
@inMARVEL_          **Follow**

Aquel que disfrute del contenido de
Marvel Studios, si es digno, poseerá el
poder de saber todo acerca del MCU.
¡Sígueme y sé un Nuevo Vengador!
🤙😎

**What's happening**

Television · LIVE
**Saturday Night Live airing on
NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber
Reserve
📣 Promoted by Uber

Music · Trending
**Chris Brown**
45.7K Tweets

Trending in United States
**Kiffin**
2,965 Tweets

Trending in California
**HELL NO**
44.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

← **Tweet**

 **El Aragüeño**
@ElAragueno                                    ...

La cantante Jennifer López y el actor Ben Affleck se besaron públicamente por primera vez desde que reavivaron su romance reciente. #Farándula

Translate Tweet



5:31 AM · Jun 15, 2021 · TweetDeck

**1** Like

---

 **Tweet your reply**                              Reply

## Search Twitter

### Relevant people

 **El Aragüeño**
@ElAragueno                    Follow

EL PRIMER DIARIO DE ARAGUA. ¡50 años contando tu historia!

### What's happening

FIFA World Cup · LIVE
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🔵
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California                    ...
**Mexicans**
9,727 Tweets

Trending in United States                 ...
**#BoycottTampax**
2,439 Tweets

Events · Trending                         ...
**NO ERA PENAL**
3,754 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**   ...
@c_perkowski

← **Tweet**

 Foochia - فوشيا ✓
@foochia

···

سيلينا غوميز في احدث ظهور لها مع صديقتها في لوس انجلوس

Translate Tweet



8:15 AM · May 16, 2020 · Twitter for iPhone

**1** Retweet    **4** Likes

**Relevant people**

 Foochia - فوشيا ✓
@foochia

Follow

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللباقة، ونتابع أخبار المشاهير والفن والثقافة.

Tweet your reply

Reply

 Perkowski Legal P.C. ···
@c_perkowski

Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Perkowski Legal P.C.
@c_perkowski

← Tweet

CZBR ❤️
@choosezaynbr

3 anos dessa aparição que aqueceu o coração de cada Zquad por aqui! 🥺❤️😊 (via @ZMDailyNews)

Translate Tweet



7:54 AM · Jul 26, 2020 · Twitter for iPhone

187 Retweets   55 Quote Tweets   1,350 Likes

Tweet your reply                                    Reply

nilref 🎀 dona de saturdays @louishz · Jul 26, 2020
Replying to @choosezaynbr and @zmdailynews
saudades do z 🥺

duh 💙 @suhoplanets · Jul 26, 2020
Replying to @choosezaynbr and @zmdailynews
Sdds

mari whitethorn @galathyinius · Jul 26, 2020
Replying to @choosezaynbr and @zmdailynews
ai que saudade dele

bruna. @paynexwalls · Jul 26, 2020
Replying to @choosezaynbr and @zmdailynews
sdds

STARGIRL @kimzreputation · Jul 26, 2020
Replying to @choosezaynbr and @zmdailynews
Ele tava tão feliz nesse dia

laiiixha* 💗 @zaynstarfalls · Jul 26, 2020
Replying to @choosezaynbr and @zmdailynews
saudades né minha filha??

VENDO INGRESSO SHOW LOUIS RJ @1DEUTEAMO23 · Jul 26, 2020
Replying to @choosezaynbr and @zmdailynews
Ai meu deus, esse sorriso 😍 nossa ele estava gordinho nessa época

bigger than tami ❤️ ✿ @TamiresFLYZEI · Jul 26, 2020
Replying to @choosezaynbr and @zmdailynews
Aaaah mds q sdd disso! O SORRISO DELE😭😍😍😍😍

ma @gintruelove · Jul 26, 2020
Replying to @choosezaynbr
aaaaaaaaaaaaaaa

Bibia | Danke Seb @beacarvalhx · Jul 26, 2020
Replying to @choosezaynbr and @zmdailynews
ai que saudade 😭😭😭😭

yas ♡² J @erodaprincess28 · Jul 26, 2020
Replying to @choosezaynbr and @zmdailynews
Que saudades dele..

dani 🌙 @goldenWeather · Jul 26, 2020
Replying to @choosezaynbr and @zmdailynews
a saudade que eu tô dessa criança😭😭😭😭

duda. @louflow91 · Jul 26, 2020
Replying to @choosezaynbr and @zmdailynews
o sorrisinho ❤️ eu amo tanto

H by H✨ @hveny · Jul 26, 2020
Replying to @choosezaynbr and @zmdailynews
sdds que fala ne

venus. @coplyloule · Jul 26, 2020
Replying to @choosezaynbr and @zmdailynews
tô com tanta saudade 🥺

Emmy-cncowner 4ever 🎄🔔 @oops_wyatt · Jul 26, 2020
Replying to @choosezaynbr and @zmdailynews
SAUDADE

angel @vmintruth · Jul 26, 2020
Replying to @choosezaynbr and @zmdailynews
olhei rápido pensei que era foto nova 🥺

angel @vmintruth · Jul 26, 2020
Replying to @choosezaynbr and @zmdailynews
o sorriso dele que saudade do meu amor

angel @vmintruth · Jul 26, 2020
Replying to @choosezaynbr and @zmdailynews
ele tava tão fortinho

bia² @ibtnven · Jul 26, 2020
Replying to @choosezaynbr and @zmdailynews
saudade do meu nenê :(

C&T | | | @midnightlps · Jul 26, 2020
Replying to @choosezaynbr and @zmdailynews
saudades dele😭

Q  Search Twitter

Relevant people

CZBR ❤️              Follow
@choosezaynbr
Sua maior e melhor fonte sobre o cantor @zaynmalik no Brasil. 🇧🇷 mídias: @choosezaynbr e-mail para contato: choosezaynbr@live.com 📩 | fan account

ZaynUpdates           Follow
@zmdailynews
Keeping you updated on the latest news from the singer Zayn Malik, complete with photos and articles. This is just a fan account, not impersonating.

What's happening

FIFA World Cup · This morning
Mexico vs Poland

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
RIP Harold
•••

Politics · Trending
Naomi Biden
22K Tweets
•••

Trending in California
Chicharito
7,290 Tweets
•••

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.



Page 32 of 101 · Document 1.0 · Total 12/30/22

← **Tweet**

 Chrystal 
@N_GalitzineBr                                    •••

📸Fotos de Nicholas Galitzine e Anne Hathaway nos bastidores de gravação do filme #TheIdeaOfYou #nickgalitzine

Translate Tweet



👤 Nicholas Galitzine and 6 others

8:39 PM · Oct 20, 2022 · Twitter for Android

**2** Retweets   **40** Likes

💬              🔁              ♡              ⬆️

 Tweet your reply                    **Reply**

Maria Gonzalez 🎤 @mledogonzalez · Oct 21    •••
Replying to @N_GalitzineBr @nickgalitzine and 5 others
Levei até um susto

💬              🔁              ♡  **1**            ⬆️

---

**Search Twitter**

### Relevant people

 Chrystal     **Follow**
@N_GalitzineBr
#nicholasGalitzine #nicolasgalitzine #purplehearts #continenciaaoamor @nickgalitzine

 Nicholas Galitzine ✓    **Follow**
@nickgalitzine

 Nicholas Galitzine Up...    **Follow**
@galitzineupdate
A sua melhor fonte de informações do ator e cantor Britânico Nicholas Galitzine no Brasil. @nickgalitzine

### What's happening

Television · 3 hours ago    
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Sports · Trending    •••
**Pasadena**
1,594 Tweets

Jungkook · Trending    •••
**Jungkook**
1.73M Tweets

Trending in United States    •••
**Jason David Frank**
1,316 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.    •••
@c_perkowski

__ https://twitter.com/thai_superhero/status/1529673118599757824 __ at __ 2022-11-21 23:26:08 -08:00 __



← **Tweet**

 

Q Search Twitter



**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**



**สมาคม Superhero**
@Thai_SuperHero

พ่อหนุ่มโชโลได้โพสต์สตอรี่ไอจีขอบคุณแฟนๆที่ชอบชุด Blue Beetle หลังจากที่มีภาพจากกองถ่ายหลุดออกมานั่นเอง



Thanks for all the love on the suit.

8:57 PM · May 25, 2022 · Twitter for iPhone

48 Retweets    48 Likes



**P** Tweet your reply

**Reply**

**Relevant people**



**สมาคม Superhero**
@Thai_SuperHero

**Follow**

สมาคมของกลุ่มบุคคลผู้ชื่นชอบซุปเปอร์ฮีโร่ในประเทศไทย // Twitter อย่างเป็นทางการของ 'สมาคมผู้คลั่งไคล้ SuperHero' *ถามข้อมูลหนัง/Comic ต่างๆ ใน DM ได้เลยจ้า*

**What's happening**

NFL · 3 hours ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
72K Tweets

Trending in California
**Mexicans**
6,552 Tweets

Entertainment · Trending
**#TheVowHBO**

Trending in United States
**Roanoke**
1,001 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**P** Perkowski Legal P.C.   ···
@c_perkowski

https://twitter.com/heroinadolixo/status/1539728581281819904 _id_ _2023-11-21 21:15:34 -08:00 Document 1-6 Filed 12/30/22 Page 35 of 101 Page ID #:477



https://twitter.com/dailyloud/status/1518559338390429184 el __ 2022-11-21 23:44:10 -08:00

← **Tweet**

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

**Relevant people**

**Daily Loud** ✔
@DailyLoud                                    Follow

#1 Source For Hip-Hop/Viral News | Follow Us & Stay Updated | Email For Promo/Business TheDailyLoud@gmail.com | Listen To Our Spotify & Follow Our IG Below👇

**Daily Loud** ✔
@DailyLoud                        ...

## ASAP Rocky x Rihanna



4:55 AM · Apr 25, 2022 · Twitter Web App

**61** Retweets  **2** Quote Tweets  **1,325** Likes

💬          🔁          ♡          📤

🅿️  Tweet your reply                    Reply

**Kar**💜 @Karmenblancoh · Apr 25
Replying to @DailyLoud
El no estaba preso? 🤣

🗨       🔁        ♡         📤

**astrø bøy** @SOPRANOYHG · Apr 25
Replying to @DailyLoud
hoodie crazy

🗨       🔁        ♡         📤

**Wunna Hendrixx** ✔ @AllgoodDamien · Apr 25
Replying to @DailyLoud
What is this brand I've been seeing them jeans around and they groovy

🗨 1     🔁        ♡         📤

**D.** @BucksGalore · Apr 25
Replying to @AllgoodDamien and @DailyLoud
Denim Tears x Levi's Collab👏

🗨       🔁        ♡  1      📤

**Avidas Candles** @AvidasCandles · Apr 25
Replying to @DailyLoud
Yass Riri....werk it #miniriri #futureminiRirisays 'and do' #babyRiri #MamaRihanna

🗨       🔁        ♡         📤

**Chris Kim** @coachkim92 · Apr 25
Replying to @DailyLoud
MF out of jail already?

🗨       🔁        ♡         📤

**ozzyag.eth** @iamozzy · Apr 27
Replying to @DailyLoud
Good bless that baby. Even if it gets all its looks from one parent, it's fucked.

🗨       🔁        ♡         📤

**What's happening**

NFL · 3 hours ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
73.1K Tweets

Trending in California
**Mexicans**
6,786 Tweets

Sports · Trending
**Gretna**

Trending in California
**Dodger Stadium**
8,344 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.    ···
@c_perkowski

← **Tweet**

**inMARVEL ❄ #MarvelStudios #Marvel #WakandaForever**
@inMARVEL_

#DakotaJohnson me representa 😌

#SpiderMan #Spiderverse #Sony #Marvel #MarvelStudios #Venom



6:49 AM · Oct 7, 2022 · Twitter for Android

**8** Retweets   **1** Quote Tweet   **51** Likes

**Relevant people**

**inMARVEL ❄ #Marv...**
@inMARVEL_            Follow

Aquel que disfrute del contenido de Marvel Studios, si es digno, poseerá el poder de saber todo acerca del MCU. ¡Sígueme y sé un Nuevo Vengador! 👊🦸

**What's happening**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Tweet your reply                    Reply

Search Twitter

__ https://twitter.com/creamorscream/status/1359803306822311942 __ at __ 2022-11-21 12:38:20 -08:00 __

← **Tweet**

**Bishop**
@BlindWanda

Reese Witherspoon on the set of The Morning Show in LA, 09-02-2021

#TheMorningShow #ReeseWitherspoon #AppleTV



👤 Apple TV and Reese Witherspoon

12:41 PM · Feb 10, 2021 · Twitter Web App

**2** Retweets  **10** Likes

# Home
# Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



Perkowski Legal P.C.
@c_perkowski

🔍 Search Twitter

### Relevant people

**Bishop**
@BlindWanda
Lover of Marvel, DC, Star Wars, Comics, Hailee Steinfeld, BLACKPINK, and many other things (*)
Follow

**Apple TV** ✓
@AppleTV
⊘ Official
Your favorite movies, shows, and sports in one app.
Follow

**Reese Witherspoon** ✓
@ReeseW
☀️ @hellosunshine
Follow

### What's happening

FIFA World Cup · LIVE
**USA vs Wales**

Trending in United States
**WHAT A SAVE**
8,142 Tweets

Trending in United States
**1-0 USA**
19.2K Tweets

Sports · Trending
**Charles Barkley**
6,005 Tweets

Trending in United States
**Medford Messi**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply                    Reply

← **Tweet**

This Tweet is from a suspended account. Learn more

**Clanka** @LLphins · Oct 6
Replying to @MultiFandomHype
Kaine?

Home

Explore

Notifications

Messages

— https://twitter.com/dakotainarabic/status/1578126875788034048 __ at __ 2022-11-22 23:15:01 -08:00 —







### Tweet

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**



🌈**ANDY JONNY**
@AndresJovannyMa

Tenemos las primeras imágenes #Shazam ⚡ 2 y el nuevo traje se ve increíble o tú qué opinas.

🤩⚡

Translate Tweet



7:07 PM · Jun 3, 2021 · Twitter for Android



Tweet your reply

Reply

**Relevant people**



🌈**ANDY JONNY**
@AndresJovannyMa

Follow

EL PENSAR Y EXPRESAR 💙🩷 Tengo un canal en YouTube ▶️ ANDY JONNY 😁

**What's happening**

NFL · 40 minutes ago
**Browns at Bills**



#Disenchanted 🧙‍♀️
Original movie now streaming
🎬 Promoted by Disney+

Trending in California
**Rest In Peace**
56.4K Tweets

Only on Twitter · Trending
**Rest in Power**
26.1K Tweets

Trending in United States
**Qatar**
Trending with Ecuador, Jungkook

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



Case 2:22-cv-09462-DMG-ADS    Document 1-6    Filed 12/30/22    Page 43 of 101    Page ID #:485

← **Tweet**

 **Clicky Sound**
@ClickySound                                          ...

[clickysound.com/miley-cyrus-an...](clickysound.com/miley-cyrus-an...)  Miley Cyrus and Cody Simpson are still going strong, Lana Del Rey's new look and more ...



10:10 AM · Jun 5, 2020 · Clicky Sound



 Tweet your reply                                    Reply

---

## Relevant people

 **Clicky Sound**
@ClickySound                                          Follow

Photography at its Best!

## What's happening

Entertainment · 59 minutes ago
**It's Sushmita Sen's birthday** 🎂                    

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States                             ...
**Welcome Back Kotter**

Sports · Trending                                     ...
**Gus Malzahn**

Sports · Trending                                     ...
**Herbig**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski                                          ...

__ https://twitter.com/diorangxl/status/1523725714234966017 __ at __ 2022-11-21 20:39:22 -08:00 __



← **Tweet**

Hot Male Celebrities
@Hotmal3celebs                                     ⋯

## Aaron Taylor-Johnson



7:00 PM · Jul 26, 2021 · Twitter for iPhone

**226** Retweets   **5** Quote Tweets   **1,501** Likes

---

Tweet your reply                                  **Reply**

---

**Joey said NMSL** 🧢 @JoeyNmsl · Jul 27, 2021      ⋯
Replying to @Hotmal3celebs
So fucking hot. He can swim in the water from my hole

💬          ⟳          ♡          ⬆

**null.EXE** 🔞 @Voided_Null · Jul 27, 2021           ⋯
Replying to @Hotmal3celebs and @damon8211
Me, every time I see this gorgeous man:

💬          ⟳          ♡ 2          ⬆

**rbbrdcky** @rbbrdcky1 · Jul 27, 2021              ⋯
Replying to @Hotmal3celebs
I completely understand now how he keeps getting roles.

💬          ⟳          ♡          ⬆

**Mat Richardson** @Classjoker21 · Jul 27, 2021    ⋯
Replying to @Hotmal3celebs

GIF

💬          ⟳          ♡          ⬆

**Kenneth Brancheau** @kebra1264 · Jul 26, 2021    ⋯
Replying to @Hotmal3celebs
So damn beautiful.

💬          ⟳          ♡          ⬆

Show more replies

---

🔍 Search Twitter

### Relevant people

Hot Male Celebrities
@Hotmal3celebs                    **Follow**
🔷🔷🔷

### What's happening

FIFA World Cup · LIVE
**Senegal vs Netherlands**



Trending in California
**Dodger Stadium**
13.9K Tweets                                       ⋯

Trending in United States
**Mendy**
Trending with Robyn                                ⋯

Sports · Trending
**Charles Barkley**
4,305 Tweets                                       ⋯

Trending in United States
**#CreditCardMovies**                              ⋯

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More —
© 2022 Twitter, Inc.

---

🐦

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
● More

**Tweet**

Perkowski Legal P.C.    ⋯
@c_perkowski

https://twitter.com/streetfashion01/status/1323026197551423492 __si __ 2022-11-22 18:32:40 -08:00

# Tweet

**Outlander Magazine**
@StreetFashion01

## Kanye West wearing VISVIM 'Kerchief' Down Jacket!🔍



👤 ye

2:16 PM · Nov 1, 2020 · Twitter for iPhone

**100** Retweets   **38** Quote Tweets   **951** Likes

Tweet your reply                                    Reply

**Pinned Tweet** @Syaherry · Nov 2, 2020
Replying to @StreetFashion01 and @kanyewest
Mirip batik

**Godwin Harare** @ProjectDystopia · Nov 1, 2020
Replying to @StreetFashion01 and @kanyewest
When you're a hidden Crip member.....

**FashionInsight13** @FInsight13 · Nov 2, 2020
Replying to @StreetFashion01 and @kanyewest
Cool💙💙💙

**lena** @tearsansorries · Nov 2, 2020
Replying to @StreetFashion01 and @kanyewest
There is someone out there that believes they created that jacket's look
you may not be crazy ask him or whoever made it where they received the
inspiration.

This Tweet was deleted by the Tweet author. Learn more

Show replies

---

## Sidebar

**Relevant people**

**Outlander Magazine**
@StreetFashion01            Follow
Keeping you Tapped in with the
Fashion World.   Turn on
Notifications & Check us on Insta
"@/OutlanderMagazine" 📸 Contact:
Contact@outlandermag.com

**ye** ✓                     Follow
@kanyewest

**What's happening**

Television · LIVE
**Bachelor in Paradise airing on
ABC**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States
**RIP Harold**

Bachelor in Paradise · Trending
**#bachelorinparadiseabc** 🌹
Trending with Victoria

Entertainment · Trending
**Tarantino**
Trending with Marvel, Scorsese

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

## Left navigation

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

🔍 Search Twitter

__ https://twitter.com/DakoholicsArg/status/1556046188176150529 __ at __ 2022-11-19 22:26:26 -08:00 __



Case 2:22-cv-09462-DMG-ADS    Document 1-6    Filed 12/30/22    Page 48 of 101    Page ID #:490



← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

**Perkowski Legal P.C.**
@c_perkowski
...

https://twitter.com/picshs/status/1311762056241016833 __ el __ 2022-11-22 16:05:21 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 1-6   Filed 12/30/22   Page 49 of 101   Page ID #:491

← **Tweet**

🔍 Search Twitter

**best harry pics**
@picshs   ⋯



1:17 PM · Oct 1, 2020 · Twitter Web App

**291** Retweets   **27** Quote Tweets   **3,929** Likes

💬   🔁   ♡   ⬆️

🅿️ Tweet your reply                    Reply

---

**Diana** @ginrazzah · Oct 1, 2020   ⋯
Replying to @picshs
Harry's wearing a vintage Chicago Cubbies t-shirt. 🧢🤩 I love that he's not afraid to mix his clothes up. Old with new, pricey with cheap equals perfect 👌
💬   🔁   ♡ 3   ⬆️

**layla¹⁸** @laylaludemannt · Oct 1, 2020   ⋯
Replying to @picshs
when was that?
💬   🔁   ♡ 1   ⬆️

**iamssss** @javadd_28 · Oct 1, 2020   ⋯
Replying to @picshs
es recienteee???
💬   🔁   ♡   ⬆️

**angelika** @harrycuddless · Oct 1, 2020   ⋯
Replying to @picshs
how can someone look so good just walking 😍🤔
💬   🔁   ♡   ⬆️

**brea** 🍂 @mbre23867741 · Oct 1, 2020   ⋯
Replying to @picshs
twitter.com/brenna01645529...

This Tweet is unavailable.
💬   🔁   ♡   ⬆️

**sarah** @akobwine · Oct 2, 2020   ⋯
Replying to @picshs
Amica io lo so perché hai ritwittato questo post! 😱😂😂😭 @_ribhes

This Tweet was deleted by the Tweet author. Learn more

Show replies

---

**Relevant people**

**best harry pics**
@picshs                    Follow
Posting daily the best pics, gifs and videos of the singer, songwriter, model, producer, and actor Harry Styles. © to owners.

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**


#AvatarTheWayOfWater
Get tickets now · In theaters December 16
📢 Promoted by Avatar

Entertainment · Trending   ⋯
**Marvel**

Betty White · Trending   ⋯
**Betty White**
3,180 Tweets

Celebrities · Trending   ⋯
**Tom Hanks**
9,051 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski   ⋯



← **Tweet**

🔍 Search Twitter



🏠 Home

# Explore

🔔 Notifications

📧 Messages

🔖 Bookmarks

Lists

👤 Profile

More

**Tweet**



**Celeb Pics**
@FameBabes

...

Megan Fox



3:36 PM · Jun 12, 2021 · Twitter for iPhone

**27** Retweets   **240** Likes

💬      🔁      ♡      📤

Tweet your reply

Reply

## Relevant people



**Celeb Pics**      Follow
@FameBabes

NSFW - Sharing Content of Famous Babes 😉 - Professional Horn Dog - Started 8/27/19 - BACKUP @FameBabesBACKUP ❗

## What's happening

FIFA World Cup · 2 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
📷 Promoted by Avatar

**Perkowski Legal P.C.**   ...
@c_perkowski

← Tweet

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Chris Evans USA 🔵
@ChrisEvans_USA

This guy. Looking like that.



1:23 PM · Oct 13, 2022 · Twitter for iPhone

60 Retweets   767 Likes

Perkowski Legal P.C.
@c_perkowski

Tweet your reply                    Reply

Julie @Jujubicket · Oct 13
Replying to @ChrisEvans_USA
Love that jacket! 💙💙

Zeus Xyruz @zeusxyruz · Oct 14
Replying to @ChrisEvans_USA
💙💙💙

lindaagriao da silva @lindaagriao · Oct 14
Replying to @ChrisEvans_USA
He looks  so gorgeous 😍

Gaby Kramer @GabyKramer1a · Oct 14
Replying to @ChrisEvans_USA
the hair is a bit to short...💗

Melda Dağdeviren @MeldaDadeviren1 · Oct 15
Replying to @ChrisEvans_USA and @Karo_Evans
Amazing man❤️❤️                          1

Vandana Rathod @VandanaRathod23 · Oct 14
Replying to @ChrisEvans_USA
Handsomeness overloaded ❤️

Jenn Antilli @jennfrombuffalo · Oct 14
Replying to @ChrisEvans_USA
It's the wardrobe that is making him in this

This Tweet was deleted by the Tweet author. Learn more

aaron.v8589@gmail.com @AV8589 · Oct 13
Replying to @KathrynTreadwe3 and @ChrisEvans_USA
I have a coat like that in black Looks sooo damn good on him too 💕

Search Twitter

**Relevant people**

Chris Evans USA 🔵          Follow
@ChrisEvans_USA
FAN ACCOUNT 🔵 Dedicated to
Dodger Evans' BEST FRIEND. No
Gossip. No Hate. You can call me Luna
🍀 I love 🍿🦖🌺☀️🎨 and 💙

**What's happening**



FIFA World Cup · 5 hours ago
**World Cup Qatar 2022: Opening
Ceremony**

**#Disenchanted** 🙋
Original movie now streaming
● Promoted by Disney+

Trending in California
**Rest In Peace**
54.5K Tweets

Sports · Trending
**Fields**
Trending with  Falcons, Bears

Sports · Trending
**Parsons**
4,617 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More —
© 2022 Twitter, Inc.

— https://twitter.com/live1dnews/status/1333951182496770050 — at — 2022-11-19 21:30:40 -08:00 —

← **Tweet**



**1D Updates**
@Live1DNews

Harry on the set of 'Don't Worry Darling' today (December 1)

(Via @hsdcandids)

5:48 PM · Dec 1, 2020 · Twitter for iPad

**2** Likes

Tweet your reply                    Reply

---

Q  Search Twitter

**Relevant people**

**1D Updates**          Follow
@Live1DNews

1D Updates. Paul, Andy, and more follow!

**HS Candids**          Follow
@hsdcandids

Follow for HQ candids of HS. Layout by @brightblackdsgn. (Fan Account)

**What's happening**

Television · 1 hour ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in California
**#AMAsFanFavorite** 🔥
1.65M Tweets

Trending in California
**Ecuador**
83.5K Tweets

Sports · Trending
**Pasadena**
1,546 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home

Explore

Notifications

https://twitter.com/MovieCrazyP/status/1400572995203174412 __ at __ 2022-11-19 12:06:04 -08:00



← **Tweet**

🔍 Search Twitter

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

**Movie Crazy Planet** 🎬 🍿 🎞️
@MovieCrazyP                                      ···

📸 💥 DESDE EL SET 💥 📸

Zachary Levi utilizando nuevo traje de #Shazam ⚡
durante el rodaje de #ShazamFuryOfTheGods.

Translate Tweet

👤 Zachary Levi and Shazam! Fury of the Gods

2:59 PM · Jun 3, 2021 · Twitter for Android

**3** Retweets    **9** Likes

💬          ⟲          ♡          ⬆️

Ⓟ    Tweet your reply                              Reply

**Relevant people**

**Movie Crazy Planet ...**          Follow
@MovieCrazyP
💥Noticias, tráilers, pósters, los
estrenos más recientes de cine, series
y televisión.💥 Síguenos y activa la 🔔
moviecrazyplanet@gmail.com ✉️

**Zachary Levi** ✓          Follow
@ZacharyLevi
That guy who plays that one guy in
that thing you love. Dreamer of
dreams. Co-founder of @FLOWSupps
#RadicalLoveBook out now.

**Shazam! Fury of t...** ✓          Follow
@ShazamMovie
⊙ Official
Only in theaters March 17, 2023!

**What's happening**

Formula 1 · Starts tomorrow
**Abu Dhabi Grand Prix 2022**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
▶ Promoted by Uber

Entertainment · Trending                          ···
**Tommyinnit**
10.4K Tweets

Trending in United States                          ···
**Messi**
334K Tweets

Trending in United States                          ···
**Geraldo**
23.3K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Tweet**

Perkowski Legal P.C.          ···
@c_perkowski

**Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

**Celeb Crushes 95K**
@coolcrushes

The Style Files: 🇦🇺 Margot Robbie 💃

⚡ Long: 2014
⚡ Short: 2015
⚡ Tail: 2016
⚡ Curls: 2019



11:51 AM · Apr 10, 2022 · Twitter Web App

**14** Retweets  **270** Likes

Tweet your reply                          Reply

**grahamph** @grahamph · Apr 11
Replying to @coolcrushes
Short.

**Robert Starkey** @starkey_re · Apr 10
Replying to @coolcrushes
Mila Kunis:
Long
Short
Tail
Curls

1                    1

**grahamph** @grahamph · Apr 11
Replying to @starkey_re and @coolcrushes
Long.

**Tyson Gibbs** @tygibbs01 · Apr 11
Replying to @coolcrushes
Long!

**VictorManuel357 ∴** @Manuel357Victor · Apr 11
Replying to @coolcrushes
Tail

Search Twitter

**Relevant people**

**Celeb Crushes 95K**          Follow
@coolcrushes
Celebrating celebs from the past to
the present. Follow for interesting
debate. I do not own any of the
content. A hobby page #celebs
#celebrities

**What's happening**

Entertainment · LIVE
**Fans wish Kartik Aaryan a happy
birthday** 🎉

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
☑ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
7,164 Tweets

Trending in United States
**#GMMTV2023**
203K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

__ https://twitter.com/turkce/status/1430859343461715980 __ at __ 2022-11-22 10:57:44 -0800 __

← **Tweet**



**Türkçe**
@turkce

⋯

Jennifer Lopez ile kızı Emme, Vincent Van Gogh sergisinde: Şarkıcı olmak isteyen Emme, kendisini geliştirmek ve sanat dünyasıyla yakın olmak için annesi Jennifer Lopez ile sosyal aktivitelerine devam ediyor. Anne-kız... dlvr.it/S6MRYR #Türkçe #MagazinHaberleri #Magazin

Translate Tweet



4:47 AM · Aug 26, 2021 · dlvr.it

          ♡     ↥

     Tweet your reply                    Reply

### Relevant people



**Türkçe**
@turkce                                Follow

Gazete ve dergilerden Türkçe Haberler, Son Dakika, Spor, Magazin, Teknoloji, Sinema Haberleri. İletişim ve iş birliği için: turkcemag@gmail.com

### What's happening

FIFA World Cup · 1 hour ago
**Mexico vs Poland**



**#AvatarTheWayOfWater** 💧
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States                    ⋯
**Ochoa**
Trending with #MEXPOL, Lewandowski

Trending in United States                    ⋯
**#BoycottTampax**
4,702 Tweets

Trending in United States                    ⋯
**#coinology**
2,503 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

**Home**
# **Explore**
🔔 **Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

🔍 Search Twitter



**Perkowski Legal P.C.**
@c_perkowski    ⋯

← **Tweet**

 **Dakota Johnson Daily**
@Dakoholics                                                         ···

November 24: #DakotaJohnson was spotted with Addison Timlin, Jeremy Allen White and her goddaughter Ezer at Farmers Market in Los Angeles.



👤 Dakota Johnson Brasil

12:46 AM · Nov 25, 2019 · Twitter for Android

**9** Retweets   **1** Quote Tweet   **63** Likes

 

P   Tweet your reply                                    **Reply**

🔍 Search Twitter

**Relevant people**

 **Dakota Johnson Daily**          **Follow**
@Dakoholics
Fan account dedicated to actress, activist, director and producer Dakota Johnson.

 **Dakota Johnson Brasil**         **Follow**
@DakotaJBRA
Sua primeira, maior e melhor fonte sobre a atriz e produtora Dakota Johnson no Brasil. E-mail para contato: contato@dakotajohnsonbrasil.com

**What's happening**

NFL · 6 minutes ago                                  
**Bengals at Steelers**

#Disenchanted 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                            ···
**UCLA**
30.8K Tweets

Politics · Trending                                  ···
**LGBTQ**
Trending with AR-15, Colorado Springs

Trending in California                               ···
**#TWDFinale**
Trending with #TheWalkingDead

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**         ···
@c_perkowski

**Tweet**



# Left sidebar
🐦

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Pop Base ✓
@PopBase

The pilot of the CW's live-action 'Powerpuff Girls' series has fortunately been scrapped and will be reworked later this year.

2:50 PM · May 25, 2021 · Twitter for iPhone

222 Retweets   437 Quote Tweets   3,912 Likes

Tweet your reply                    Reply

your friendly neighborhood stargirl @hiyamdanae · May 25, 2021
Replying to @PopBase
FORTUNATELY OMG YALL SHADY AS HELLLLL

GIF  ALT

491

Rui @rufaria_14 · May 26, 2021
Replying to @PopBase
Just dropping this here 😭😭😭😭 @StefAlia

Tan @ghostlegcomer · May 25, 2021
Replying to @PopBase
"has fortunately"

GIF  ALT

neil • labyrinth's intended audience @silkwelfton · May 25, 2021
scrap the whole thing altogether

Downtown @Going_Downtown · May 25, 2021
Replying to @PopBase
Should stay animated, outfits look cheap in live action
FORTUNATELY 🙌

cri :/ @adelemshq_ · May 26, 2021
Replying to @PopBase
🙌🙌

cael @zarsihte · May 26, 2021
Replying to @PopBase
WE WANT LITTLE MIX

4

@brendisja · May 25, 2021
Replying to @PopBase
FORTUNATELY???

10

nacho | RENAISSANCE @nacho4es · May 26, 2021
Replying to @PopBase
It's still time to replace that cast with little mix

10

danny :m: @AKL343tennie · May 26, 2021
Replying to me cuz they actually 🙌
wait no cuz they actually 🙌

1

ailly | #SuperFreakyGirl @hshpoohlee · May 25, 2021
Replying to @PopBase
FORTUNATELY FORBASE SPILLING

472

marce @j4r6lhero · May 25, 2021
Replying to @PopBase
FORTUNATELY 🙌🙌

Sam @SamXbMay26 · May 25, 2021
Replying to @PopBase
Thank god the pandemic is finally over now

Nosferatu @bloke_beagle · May 25, 2021
Replying to @PopBase
Hope they consider firing the writers and sending them to therapy cause whoever wrote it has some serious issues.

danny | fan account @chckkingpixel · May 25, 2021
Replying to @PopBase
BRING IT BACK I KNOW SEE IT FLOP HARD

theheartlirprince (midnights era) @josusacm · May 25, 2021
Replying to @PopBase
Good! The script was just awful!

Xavier's Online @axemononline · May 25, 2021
Replying to @PopBase
The script leaks for this Powerpuff Girls reboot are the worst thing I've read this month

BUTTERCUP

## Right sidebar

Search Twitter

**Relevant people**

Pop Base ✓
@PopBase                Follow
Pop Base is your best source for all pop culture related entertainment, news, award show coverage, chart updates, statistics and more.

**What's happening**

FIFA World Cup · LIVE
USA vs Wales

Trending in United States
1-0 USA
146 Tweets

Family drama · Trending
#GTMcontest5
Trending with #GMOREbattender

Trending in California
LETS GOOOOOO
3,282 Tweets

Trending in United States
WHAT A GOAL
196 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS    Document 1-6    Filed 12/30/22    Page 58 of 101    Page ID #:500



← **Tweet**



  **Miley Cyrus Updates** 🔘
@MileyCyrusBz                              ···

Miley and Maneskin at #GucciLoveParade



2:29 AM · Nov 3, 2021 · Twitter for iPhone

 37 Retweets  19 Quote Tweets  269 Likes

      ⬆

  Tweet your reply                    Reply

🔍 Search Twitter

## Relevant people

  **Miley Cyrus Updates** 🔘      Follow
@MileyCyrusBz
Fan account | Copyright belongs to the respective owners | @MileyCyrus follows 💕

## What's happening

NFL · 5 hours ago
**Chiefs at Chargers**



Music · Trending                    ···
**Kelly Rowland**
Trending with Chris Brown

Trending in United States            ···
**Iran**
478K Tweets

Trending in United States            ···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in California               ···
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**

## Daki_Jamie ❤️
@damieforever48

···

New pics of Dakota on the set of Madame Web in Boston, Massachusetts (Via @dakotajohnsonpt) ❤️
#DakotaJohnson



10:51 PM · Aug 6, 2022 · Twitter for Android

**9** Retweets   **35** Likes

💬          ⟲          ♡          ⬆️

Ⓟ  Tweet your reply                          Reply

---

🔍 Search Twitter

### Relevant people

**Daki_Jamie** ❤️          **Follow**
@damieforever48
Fan Account Jamie Dornan e Dakota Johnson ❤️

**Dakota Johnson P...** ✓      **Follow**
@dakotajohnsonpt
A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷: @DJPTMidias | Fã-Clube.

### What's happening

Television · LIVE
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in California                      ···
**HELL NO**
46.2K Tweets

Trending in California                      ···
**Andrew Tate**
29.1K Tweets

Trending in California                      ···
**#AMAsFanFavorite** 🧧
1.62M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
··· More

**Tweet**


Ⓟ **Perkowski Legal P.C.**    ···
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 1-6    Filed 12/30/22    Page 60 of 101    Page ID #:502



— https://twitter.com/ilysmcevans/status/1580646083734433793 __ at __ 2022-11-22 23:31:42 -08:00

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

siri
@ilysmcevans

this is very very much romcom chris evans oh im
extremely hungry



12:46 PM · Oct 13, 2022 · Twitter for Android

21 Retweets    1 Quote Tweet    267 Likes

Tweet your reply     **Reply**

V @V64086568 · Oct 13
Replying to @ilysmcevans

**Relevant people**

siri
@ilysmcevans    **Follow**
sexiest man alive chris evans' tattoo
licker first, human next 🐾 fan account

**What's happening**

Sports · LIVE
2022 FIFA World Cup

#AvatarTheWayOfWater🫧
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California
Costco
6,085 Tweets

Trending in United States
Erection
20.9K Tweets

Business and finance · Trending
Chesapeake
42.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.



Case 2:22-cv-09462-DMG-ADS   Document 1-6   Filed 12/30/22   Page 63 of 101   Page ID #:505

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

**Perkowski Legal P.C.** ...
@c_perkowski

https://twitter.com/AaronBastani/status/1444438149870135812 _at _ 2022-11-22 08:05:05 -08:00
Case 2:22-cv-09462-DMG-ADS | Document 1-6 | Filed 12/30/22 | Page 64 of 101 | Page ID #:506



# Home
# Explore
# Notifications
# Messages
# Bookmarks
# Lists
# Profile
# More

**Tweet**

← **Tweet**

Aaron Bastani
@AaronBastani

The Musk to Marx pipeline. 🙂



**Page Six** ✓
@PageSix

Grimes seen reading Karl Marx following split with world's richest man Elon Musk trib.al/51aHJnq

4:04 PM · Oct 2, 2021 · Twitter for iPhone

**49** Retweets  **3** Quote Tweets  **802** Likes

Tweet your reply                    **Reply**

**Matthew Henry** @mattjohenry · Oct 2, 2021
Replying to @AaronBastani
I think you mean the Bastani to Marx pipeline.
                                                    8

**Aslisho Qurboniev** @aslishahqurbani · Oct 3, 2021
Replying to @AaronBastani
How long did it take? Genuinely curious abt when she posted the first.
                                            1

**Dan** @Danuwry · Oct 3, 2021
Replying to @aslishahqurbani and @AaronBastani
Wasn't that long ago remember seeing it 1-2 months maybe
                                            1

**The Ennuiasel** @SonOfGibbo · Oct 2, 2021
Replying to @AaronBastani
Get her to review it

**James Jackson** ✓ @derJamesJackson · Oct 2, 2021
Replying to @AaronBastani
And who laid that pipe? 😏
                                            1

**Twerp** @hellscape_stuck · Oct 2, 2021
Replying to @AaronBastani
Your books so good it caused a marriage to break up...
                                            9

**Graete** @Graete97 · Oct 3, 2021
Replying to @AaronBastani
admit it, this is a secret dream of youra come true

**RD Hale** @RickyDHale · Oct 3, 2021
Replying to @AaronBastani
Can't believe you radicalised Elon Musk's girlfriend
                                    1                7

**Beardy Von Gulag** 🧑‍🦳🧔‍♂️🪖 @BeardyTrabant · Oct 2, 2021
Replying to @AaronBastani
Jesus, thought you were referring to #craftywank for a sec there...

**pat** @patleenichols · Oct 2, 2021
Replying to @AaronBastani
Underrated era? So did a new era just drop or what?

**jacobin hate account** 🇺🇦 @SeanMichaelson4 · Oct 3, 2021
Replying to @AaronBastani
Wait? is this real?

Show more replies

**Perkowski Legal P.C.**
@c_perkowski

🔍 Search Twitter

### Relevant people

Aaron Bastani
@AaronBastani          **Follow**
Socialist abundance. Co-Founder @novaramedia, Author of Fully Automated Luxury Communism 📚 Next book on politics of ageing 👴👵 (He/Him) 🇨🇳🇪🇸

### What's happening

FIFA World Cup · **LIVE**
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in California
**Mexico City**
25.3K Tweets

Trending in United States
**Argentina**
Trending with Vamos Mexico, Alexis Vega

Entertainment · Trending
**Died Suddenly**
110K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/FueraPlano/status/1578070468740240388 __ at __ 2022-11-19 22:57:17 -08:00 __

← **Tweet**


**Fuera de Plano**
@FueraPlano

···

Nuevas imágenes del detrás de escena de 'Madame Web'. Tenemos un primer vistazo del que parece ser el villano de la película. #MadameWeb

Translate Tweet





10:11 AM · Oct 6, 2022 · Twitter for iPhone

**2** Likes

 

 Tweet your reply    Reply

Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

## Relevant people


**Fuera de Plano**    Follow
@FueraPlano

Amantes del cine y las series. Noticias, recomendaciones, reseñas, sorteos y más! Twitch: twitch.tv/fueradeplanoli...

## What's happening

Television · 2 hours ago
**Saturday Night Live airing on NBC**
 

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States    ···
**Blocked**
133K Tweets

Entertainment · Trending
**#TheUnfaithful**

Trending in United States    ···
**Jason David Frank**
1,111 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

__ https://twitter.com/smackgirls/status/1567100565850853379 __ at __ 2022-11-20 18:28:39 -08:00 __

← **Tweet**

Search Twitter

 **The Latest Celebrity News 24/7**
@smackgirls

...

Nicola Peltz puts on united front as she clasps Brooklyn's hand amid Victoria 'feud' dlvr.it/SXrbr2



3:41 AM · Sep 6, 2022 · dlvr.it

  

 Tweet your reply

Reply

## Relevant people

 **The Latest Celebrity ...**
@smackgirls

Follow

The Latest Celebrity News | Celeb news now 24/7 - The Latest Celebrity News | Celeb news now 24/7 . Manchester Unite Fan 2022 #MUFC

## What's happening



NFL · 1 hour ago
**Cowboys at Vikings**



#Disenchanted 🧚
Original movie now streaming
▶ Promoted by Disney+

Trending in United States  ...
**Rosita**
5,941 Tweets

The Real Housewives of Potomac · Trending
**John Hopkins**

Trending in United States  ...
**#AMAs** 🔥
Trending with soobin, Anitta

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---



**Perkowski Legal P.C.** ...
@c_perkowski

---

**Home**

**Explore**

🔔 **Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

__ https://twitter.com/leoninethings/status/1587125347715252230 __ at __ 2022-11-22 22:16:34 -0800

← **Tweet**

sassy
@leoninethings

· · ·



9:52 AM · Oct 31, 2022 · Twitter for Android

**8** Retweets   **217** Likes

Tweet your reply                                    Reply

🏠 @thewomenb4me · Oct 31
Replying to @leoninethings
Harreh

**Relevant people**

sassy
@leoninethings                    Follow
moodboards and inspo 🌟💥✨ pics
aren't mine

**What's happening**

FIFA World Cup · Earlier today
Mexico vs Poland

#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States               · · ·
Erection
17.7K Tweets

Trending in California                  · · ·
Costco
5,789 Tweets

Entertainment · Trending            · · ·
Marvel
93.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

← **Tweet**

**Movie Crazy Planet** 
@MovieCrazyP

 PRIMER VISTAZO 

¡Las Chicas Superpoderosas durante el primer día de rodaje del live action de #ThePowerpuffGirls!

Translate Tweet



3:05 PM · Apr 7, 2021 · Twitter for Android

**2** Retweets   **1** Quote Tweet   **8** Likes

**Relevant people**

**Movie Crazy Planet ...**   Follow
@MovieCrazyP

💥 Noticias, tráilers, pósters, los estrenos más recientes de cine, series

Tweet your reply   Reply

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**
**Tweet**

Search Twitter

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

**Pisces**
@111_ir

I'm living for this



12:18 AM · Jul 22, 2017 · Twitter for iPhone

**117** Retweets   **20** Quote Tweets   **550** Likes

**Tweet your reply**                    Reply

**arfuro** @arturo2272 · Jul 22, 2017
Replying to @111_ir and @Lowkeybvd
Wuuut

**Julianbest** @Julianb13158322 · Aug 12, 2017
Replying to @111_ir and @Lowkeybvd
Was This Justin's Boyfriend?? 🤔🤔

**anti-hero** @alangxbriel · Jul 22, 2017
Replying to @111_ir and @Lowkeybvd
Omg a couple

**Perkowski Legal P.C.**
@c_perkowski

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

---

Search Twitter

**Relevant people**

**Pisces**                    Follow
@111_ir
Follow my natural based cosmetics page @hypnotic_skin ➕💅👄 I'm your favorite.

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Trending in United States
**#GenshinSpecialProgram**
7,681 Tweets

Trending in California
**Hooters**
8,532 Tweets

Trending in California
**Epstein**
35K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**



**Movie Crazy Planet** 🎬🍿🎥
@MovieCrazyP

#PorSiTeLoPerdiste

📸 💥 PRIMER VISTAZO 💥 📸

💥¡¡¡ Imágenes de Dominique Thorne como Riri Williams con traje de #IronHeart !!!💥

11:55 PM · Aug 30, 2022 · Hootsuite Inc.

**2 Likes**

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📑 Lists

👤 Profile

⋯ More

**Tweet**

Tweet your reply

**Reply**

🔍 Search Twitter

**Relevant people**

**Movie Crazy Planet ...**
@MovieCrazyP

**Follow**

💥Noticias, tráilers, pósters, los estrenos más recientes de cine, series y televisión.💥 Síguenos y activa la 🔔 moviecrazyplanet@gmail.com ✉️

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Events · Trending
**LGBT**
207K Tweets

Trending in United States
**Maguire**
Trending with Luke Shaw

Gaming · Trending
**3DS RAINBOW ROAD**

Gaming · Trending
**Maple Treeway**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

← **Tweet**

**katie** 🧑‍🍳
@weloveharry_1Dx

who said harry's can't bake ??



9:57 AM · Feb 1, 2021 · Twitter for iPhone

3 Retweets     13 Likes

Perkowski Legal P.C.
@c_perkowski   ···

Tweet your reply     Reply

**Underthecanyonmoon** @Underthecanyon3 · Feb 2, 2021     ···
Replying to @weloveharry_1Dx
Hi I'm Harry.
I work in a bakery

---

🔍 Search Twitter

**Relevant people**

**katie** 🧑‍🍳
@weloveharry_1Dx     **Follow**
jack's housewife

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
📣 Promoted by Avatar

Entertainment · Trending     ···
**Died Suddenly**
113K Tweets

Trending in United States     ···
**Argentina**
Trending with Messi

Trending in United States     ···
**Vogue**
47.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

https://twitter.com/bso/status/1151357279385587712 __ id__ 2022-11-22 09:51:08 -08:00



← **Tweet**

**Linda Ikeji**
@lindaikeji

Kanye West visits hospital over anxiety after apologising to his wife Kim Kardashian for ẫgoing publicâ™ with their 'private matter' (photos)
lindaikejisblog.com/2020/7/kanye-w...



5:54 AM · Jul 26, 2020 · LIB App

**7** Retweets    **23** Likes

Tweet your reply

Reply

**Olufunmi Morgan** @mediapro007 · Jul 26, 2020
Replying to @lindaikeji
All hail the new American President.😂🤣

**Relevant people**

**Linda Ikeji**
@lindaikeji
Follow
Blogger. CEO, LindaIkejiTV

**What's happening**

NBA · LIVE
Kings at Grizzlies

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in United States
RIP Harold
···

Sports · Trending
Ryan Leaf
1,164 Tweets
···

Celebrities · Trending
Tom Hanks
10.5K Tweets
···

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/StrangerNews11/status/1395095088942346241 __et__2022-11-22 12:05:42 -08:00 2:22-cv-09462-DMG-ADS  Document 1-6  Filed 12/30/22  Page 74 of 101  Page ID #:516

← **Tweet**

**Stranger Things 4** ···
@StrangerNews11

STEVE WORKING AT THE VIDEO STORE IS GOING TO BE
SO FUN...❤️



12:15 PM · May 19, 2021 · Buffer

**69** Retweets  **13** Quote Tweets  **1,602** Likes

💬        🔁        🤍        📤

🅿  Tweet your reply                              Reply

**johnpap1** @papad_giannis · May 20, 2021
Replying to @StrangerNews11
we all do love how Steve's character, has been changed throughout the 3
seasons. ❤️
💬        🔁        🤍 1        📤

**Maggy** @Maggy41933002 · May 19, 2021
Replying to @StrangerNews11
Steve is a mom... But the one of the normal ones.. 🙌
💬        🔁        🤍 8        📤

**Marius Osaland Alykkja** @MAlykkja · May 19, 2021
Replying to @StrangerNews11
Excited for Season 4! 😭
💬        🔁        🤍 4        📤

**Manan Sharma** @MananSh29095983 · May 19, 2021
Replying to @StrangerNews11
Yeah! It's gonna be lot of fun to see Steve working at the Video Store in
Season 4 because we see in season 3 that he and Robin work at Scoops
Ahoy! And Steve is also a funny character in Series so that is the reason
Steve is all favourite character .And Very Excited for Season 4
💬        🔁        🤍 4        📤

**Talking Nat🎙️** @TalkingNat · May 20, 2021
Replying to @StrangerNews11
my local family video just closed down this month 😢
💬        🔁        🤍        📤

**Michał Kwiecień** @MichaKwiecie9 · May 19, 2021
Replying to @StrangerNews11
I love and miss him so much 😭😭😭
💬        🔁        🤍 1        📤

**Anitta Glows** @anittaglows_ · May 19, 2021
Replying to @StrangerNews11
i love st 💖
💬        🔁        🤍 3        📤

---

**Relevant people**

**Stranger Things 4**       Follow
@StrangerNews11
News and Filming Updates about
Stranger Things...💀 Photos, Videos
and Information about the Cast...📸
❤️ Fan Community. Netflix Shows &
Movies. 04/04

**What's happening**

FIFA World Cup · 2 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🟦
Get tickets now · In theaters December 16
📽 Promoted by Avatar

Celebrities · Trending                    ···
**Tom Hanks**
5,572 Tweets

Trending in California                    ···
**Mexicans**
15.8K Tweets

Trending in California                    ···
**LAPD**
11K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

**Home**

**Explore**

🔔 **Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**

⇄ Kate Retweeted

**CM and DJ💙💜**
@__Dartin

Dakota on set today (6th august) in Boston
#MadameWeb #DakotaJohnson

Via @DakotaJArg



3:29 PM · Aug 6, 2022 · Twitter for iPhone

18 Retweets   2 Quote Tweets   86 Likes

Tweet your reply

Reply

---

**Home**

**Explore**

**Notifications** ①

**Messages**

**Bookmarks**

**Lists**

---

🔍 Search Twitter

## Relevant people

**Kate** — Follow
@girlfromaspen
I dislike negativity so unless I follow you, your replies aren't welcome on my tweets.

**CM and DJ💙💜** — Follow
@__Dartin
Fan account for Chris Martin And Dakota Johnson #Dartin #ChrisMartin #DakotaJohnson

**Dakota Johnson Arge...** — Follow
@DakotaJArg
Tu mejor y más actualizada fuente de información sobre la actriz, productora, directora y activista #DakotaJohnson en Español.

## What's happening

NCAA Football · LIVE
**USC at UCLA**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**HE'S BACK**
144K Tweets

Television · 58 minutes ago
**Saturday Night Live airing on NBC**

Sports · Trending
**Dorian Thompson-Robinson**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/GoldenFashi/status/1518264611895758849 — et — 2022-11-21 09:17:22 -08:00

← **Tweet**

🔍 Search Twitter

Golden Fashion
@GoldenFashi
⋯

جيجي حديد تتألق بالابيض في عيد ميلادها 🤍

Translate Tweet



9:24 AM · Apr 24, 2022 · Twitter for iPhone

**3** Retweets  **6** Quote Tweets  **205** Likes

💬        🔁        ♡        ⬆️

Tweet your reply

Reply

@N82il · Apr 25
Replying to @GoldenFashi

خلاقين

💬        🔁        ♡        ⬆️

أسيلْ حافـ. @ii_sela_ · May 8
Replying to @GoldenFashi

الكورسيه ترننننددددد 😭❤️

💬        🔁        ♡        ⬆️

Perkowski Legal P.C.
@c_perkowski
⋯

### Relevant people

 Golden Fashion
@GoldenFashi    **Follow**

حساب مخصص لنقل أحدث صيحات الموضة والمكياج صادر عن صحيفة مرخصة من وزارة الإعلام، للإعلانات
wa.me/message/SFOULN...

### What's happening

FIFA World Cup · LIVE
**Senegal vs Netherlands**



Trending in California          ⋯
**Dodger Stadium**
13.9K Tweets

Entertainment · Trending        ⋯
**#AntManandTheWaspQuantumania**
1,705 Tweets

The Real Housewives of Potomac · Trending    ⋯
**Wendy**
Trending with  Robyn

Music · Trending                 ⋯
**#askmeek**
2,259 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.




← **Tweet**



**MarvelStudios The Multiverse Saga**
@Marvelfan2023

•••

New #MadameWeb set photos show Dakota Johnson sporting the hero's white hair from the comics! #sony



3:00 PM · Oct 10, 2022 · Twitter for iPhone

**1** Retweet   **1** Quote Tweet   **29** Likes

♡    ⟲    ♡    ↑

 Tweet your reply                     Reply

🔍 Search Twitter

## Relevant people



**MarvelStudios The M...**      Follow
@Marvelfan2023

the multiverse saga and Spider-Man news 🎬 and updates page/PlayStation fan 🎮 #marvel #disney #disneyplus #marvelstudios #D23expo #teamplaystation #ps5

## What's happening

Formula 1 · 2 hours ago
**Abu Dhabi Grand Prix 2022**



**#Disenchanted** 👸
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending                •••
**#RIPLEGEND**
4,338 Tweets

Trending in California                   •••
**Shakira**
101K Tweets

Only on Twitter · Trending               •••
**RIP JDF**
8,831 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**   •••
@c_perkowski

← Tweet

🔍 Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

Perkowski Legal P.C.
@_perkowski ⋯

**Jennifer Lawrence Updates**
@JenniferUpdates

Jennifer Lawrence has landed in New York City where production for her next film 'No Hard Feelings' should begin in the coming weeks



3:45 PM · Jul 6, 2022 · Twitter for iPhone

**38** Retweets **6** Quote Tweets **704** Likes

💬    🔁    ❤️    📤

**Relevant people**

Jennifer Lawrence Up...   **Follow**
@JenniferUpdates
Your most reliable fan account for Academy Award winner Jennifer Lawrence since 2012. Not affiliated with Jen or her team.

**What's happening**

Television · 33 minutes ago
WWE Monday Night RAW airing on USA

Entertainment · Trending
**Died Suddenly**
59.2K Tweets

Trending in California
**Dodger Stadium**
9,972 Tweets

Sports · Trending
**Trey Lance**
1,207 Tweets

Reality TV · Trending
**August Alsina**
Trending with #TheSurrealLife

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

💬 Tweet your reply     **Reply**

**Rick Allen** @RickAllen2020 · Jul 6
Replying to @JenniferUpdates
Who cares!?
💬   🔁   ❤️ 2   📤

**Ahmad Zahir Khan** @zik36 · Jul 11
Replying to @JenniferUpdates
Canada Actra member. Wishes to come in same frame with you or for a second ,will you ful fill his wish ,then call me 6472155780 ,Actra membership 0421425 ,love your Grand father age person wish ,imagine ,
💬   🔁   ❤️   📤

**⚡🖤💜** @pimongatz · Jul 6
Replying to @JenniferUpdates
💘
💬   🔁   ❤️   📤

**Stan account 🇮🇹🏴** @missninet!es · Jul 6
Replying to @JenniferUpdates
First time that i hear about that movie!
💬 1   🔁   ❤️   📤

**JEN LAWRENCE COMMUNITY** @Communityjen · Jul 6
Replying to @missnineties and @JenniferUpdates



variety.com
Jennifer Lawrence R-Rated Comedy 'No Hard Feelings' Lands at Sony P...
Sony Pictures has acquired "No Hard Feelings," an R-rated comedy package with Jennifer Lawrence attached to star. Gene Stupnitsky ...

💬   🔁   ❤️ 3   📤

**Amr Soliman ELaraby** @EwEwalse · Jul 6
Replying to @JenniferUpdates

💬   🔁   ❤️ 3   📤

**Rocky Rodriques** @rockyrodriques · Jul 7
Replying to @JenniferUpdates
Hi Jenn rocky from cape carl
💬   🔁   ❤️   📤

**Rocky Rodriques** @rockyrodriques · Jul 7
Replying to @JenniferUpdates
Cape cod lol
💬   🔁   ❤️   📤

**Billie Kihega** @billie_kihega · Jul 7
Replying to @JenniferUpdates
@jenniferlawrence. Love babies ❤️
💬   🔁   ❤️   📤

**WarrenJ0000045** @J000045 · Jul 7
Replying to @JenniferUpdates
Love the kitty t shirt.
💬   🔁   ❤️   📤

**Pickles Aplenty 🏳️🇵🇸** @Comrade802 · Jul 7
Replying to @JenniferUpdates
She's filming already? That's unexpected. She seems like she'd take like a year long maternity leave
💬   🔁   ❤️   📤

Show more replies

https://twitter.com/Pali_Comic/status/1235209100357293701..._at__2022-11-22 16:28:57 -08:00  Document 1-6  Filed 12/30/22  Page 79 of 101  Page ID #533



Case 2:22-cv-09462-DMG-ADS    Document 1-6    Filed 12/30/22    Page 80 of 101    Page ID #:522



← **Tweet**

 **best of dakota johnson**
@johnsonfiles                                    ...

dakota johnson seen for first time on set of "madame web" in Boston ( july 20, 2022 ).



8:39 PM · Jul 26, 2022 · Twitter for iPhone

**7** Retweets  **57** Likes

Search Twitter

## Relevant people

 **best of dakota johnson**          **Follow**
@johnsonfiles

■ daily news, updates, pictures, vidéos & throwbacks of the actress **dakota johnson** - ( this is a fan account ).

## What's happening

NFL · Yesterday
**Cowboys at Vikings**

Sports talk · Trending
**Skip and Shannon**                 ...

Trending in California
**Dodger Stadium**                   ...
14K Tweets

Entertainment · Trending
**#AntManandTheWaspQuantumania**      ...
Trending with Kang

Trending in United States
**Maguire**                          ...
120K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**      ...
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

 Tweet your reply      **Reply**



← **Tweet**

The Serfs ✓
@theserfstv                                                    ···



1:50 PM · Oct 3, 2021 · Twitter Web App

**50** Retweets  **517** Likes

💬          🔁          ♡          ⬆️

P    Tweet your reply                              Reply

Xarris Posting His Ws, Ls and Someti...  @XarrisThe...·Oct 3, 2021  ···
Replying to @theserfstv
OH MY GOD

HE *IS* THE MONORAIL GUY

💬 1        🔁        ♡ 6        ⬆️

Ian Danskin Parody Account @InnuendoStudios · Oct 3, 2021  ···
Replying to @XarrisTheBard and @theserfstv
And the monorail guy is The Music Man, so...



GIF  ALT

💬          🔁          ♡ 3        ⬆️

Claire Phillips-@clairep@mastodon.so...  @phillipscla...·Oct 3, 2021  ···
Replying to @theserfstv
the uber-colonist you mean. south africa, the US, not enough. gotta take
over the rest of the universe.

💬          🔁          ♡          ⬆️

Show additional replies, including those that may contain offensive
content                                                        Show

---

🔍 Search Twitter

**Relevant people**

The Serfs ✓                          Follow
@theserfstv
Lance (Host) - Métis / Dave /
@ItIsMeKyleG (Edits) / all: He/Him
NOW GO: youtube.com/theserfstime
youtube.com/theserfstv
patreon.com/theserfs

**What's happening**

FIFA World Cup · 🔴 LIVE
**Mexico vs Poland**                  

#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
📽 Promoted by Avatar

Entertainment · Trending              ···
**Died Suddenly**
111K Tweets

Trending in United States             ···
**Argentina**
Trending with #WorldCup

Trending in California                ···
**Mexico City**
25.6K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications ①
Messages
Bookmarks
Lists
Profile
More

**Tweet**


Perkowski Legal P.C.  ···
@c_perkowski

← Tweet

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Pelicomic ✓
@Peli_Comic                                            •••

Filtrado Bucky con cara de venid a por mí



9:41 AM · Jan 11, 2020 · Twitter for Android

103 Retweets    7 Quote Tweets    1,719 Likes

Tweet your reply                                    Reply

Alan García 🏴‍☠️ @alangarcia18 · Jan 11, 2020            •••
Replying to @Peli_Comic
Bromeas? es un papacho
                             ♡                    ⬆

return_of_ace @DiegoCr37455305 · Jan 11, 2020          •••
Replying to @Peli_Comic
Hijos de fruta
                             ♡ 1                  ⬆

Aaron García 🐧 @EnzoGarcia13xx · Jan 11, 2020          •••
Replying to @Peli_Comic
Brutal

                             ♡ 4                  ⬆

Arq_Rudy_Lopez 🇲🇽 @rudyto1988 · Jan 11, 2020          •••
Replying to @Peli_Comic
Hijos de p&$#
                             ♡ 1                  ⬆

Hugo Sánchez Márquez @chagonitas · Jan 11, 2020        •••
Replying to @Peli_Comic
Porque a su chamarra le falta una manga?
     1                       ♡ 2                  ⬆

kezaveya27 @kezaweya_27_ · Jan 11, 2020                •••
Replying to @chagonitas and @Peli_Comic
Es un chaleco, el cual le sobra una manga
     1                       ♡ 2                  ⬆

Show replies

Axelander @axelaander · Jan 11, 2020                   •••
Replying to @Peli_Comic
Se parece a Di Caprio
                             ♡                    ⬆

Tristan @TristanHerth · Jan 11, 2020                   •••
Replying to @Peli_Comic
Mucho hype por esa serie.
                             ♡                    ⬆

Angel Napa @AngelNapa15 · Jan 11, 2020                 •••
Replying to @Peli_Comic
Ni que estuviera tan carita
                             ♡                    ⬆

Richard @Richard4714781 · Jan 11, 2020                 •••
Replying to @Peli_Comic

¡PERO QUE HA PASAOOO!!!

                             ♡ 1                  ⬆

David H.S @DavidLeon725 · Jan 12, 2020                 •••
Replying to @Peli_Comic
A alguien mas se le parece a stephen amell?
                             ♡ 1                  ⬆

$$NegroMan$$ @NegroMa0487031 · Jan 12, 2020            •••
Replying to @Peli_Comic

Relevant people

Pelicomic ✓
@Peli_Comic                           Follow
Youtuber. Noticias, opiniones y teorías
geek. Vivo en cdmx 🇲🇽 | Contacto:
pelicomic@gmail.com | Instagram: @
ces_monge | TUVE FE 🙏

What's happening

Television · LIVE
Bachelor in Paradise airing on
ABC

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
RIP Harold

Sports · Trending
Stan Van Gundy

Sports · Trending
Claxton
1,152 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More•••
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski                                           •••

__ https://twitter.com/assisteagora/status/1578072615138246656 __ at __ 2022-11-20 13:12:02 -08:00 __

← **Tweet**

Q Search Twitter

⌂ Home

# Explore

🔔 Notifications

**Assiste Agora**
@assisteagora

•••

Novas imagens dos sets de gravação de 'MADAME TEIA' (Madame Web) revelam visual do que pode ser uma nova versão alternativa do "Homem-Aranha" ou algum vilão parecido

O ator nas fotos é o Tahar Rahim

#madameweb #Marvel #SpiderMan
Translate Tweet



10:20 AM · Oct 6, 2022 · Twitter for Android

**1** Retweet  **3** Likes

💬      ⇄      ♡      ⬆

Tweet your reply

Reply

**Relevant people**

**Assiste Agora**
@assisteagora

Follow

📍 Conteúdo sobre Entretenimento em Geral • Notícias de filmes e séries •



← **Tweet**

**Assiste Agora**
@assisteagora                                                                    ···

Nova imagens do @ChrisEvans e @TheRock durante filmagens de 'RED ONE', no futuro filme de natal da @PrimeVideoBR

#RedOne #ChrisEvans #TheRock

2:05 PM · Nov 4, 2022 · Twitter for Android

**4** Likes

💬          🔁          ♡          ⬆️

Tweet your reply                                          Reply


**Perkowski Legal P.C.**
@c_perkowski                                                                     ···

**Search Twitter**

### Relevant people

**Assiste Agora** 
@assisteagora                                                     **Follow**
📍Conteúdo sobre Entretenimento em Geral • Notícias de filmes e séries • Críticas, Indicações de produções e mais...

**Chris Evans** ✓
@ChrisEvans                                                       **Follow**
A Starting Point: @ASP

**Dwayne Johnson** ✓
@TheRock                                                          **Follow**
Founder

### What's happening

NBA · 1 hour ago
**Lakers at Suns**

**#AvatarTheWayOfWater**🧜
Get tickets now · In theaters December 16
📺 Promoted by Avatar

Trending in California                                             ···
**Costco**
6,037 Tweets

Trending in United States                                          ···
**Erection**
19.8K Tweets

Business and finance · Trending                                    ···
**Chesapeake**
38.1K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Left sidebar navigation:
🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**



__ https://twitter.com/nanfixus/status/1041987873346650112 __ at __ 2022-11-21 12:49:24 -08:00 __

← **Tweet**

🔍 Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

⇄ @nanfixus Retweeted

♡ **DJohn** 💙 **DJ** ❄️ 👑 ♡
@AllMyloveQueenD

···

Ma' babe! 😍😍😍



10:00 PM · Sep 17, 2018 · Twitter for Android

**7** Retweets    **1** Quote Tweet    **43** Likes

💬    ⇄    ♡    ⬆️

Ⓟ    Tweet your reply                    Reply

### Relevant people

**@nanfixus**    Follow
@nanfixus

DJ Fan ❄️ Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🇦🇷

### What's happening

FIFA World Cup · LIVE
**USA vs Wales**

Trending in California                ···
**Telemundo**
7,725 Tweets

Trending in United States        ···
**1-0 USA**
19.6K Tweets

Trending in United States        ···
**Medford Messi**

Trending in California                ···
**LETS GOOOOOO**
3,264 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Ⓟ    **Perkowski Legal P.C.**    ···
@c_perkowski

https://twitter.com/nacaomarvel/status/1363302344449020008_ _ _ _ _ 2022-11-21 23:23:25 -06:00
Thread Document 1-6   Filed 12/30/22   Page 89 of 101   Page ID
#591

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet



Perkowski Legal P.C.
@c_perkowski

NAÇÃO MARVEL | fan club
@nacaomarvel

A RAINHA 👑

Hailee Steinfeld no set de Hawkeye. (1/2)

5:39 PM · Feb 20, 2021 · Twitter for Android

138 Retweets   45 Quote Tweets   1,702 Likes

Tweet your reply                                    Reply

NAÇÃO MARVEL | fan club @nacaomarvel · Feb 20, 2021
Replying to @nacaomarvel
Hailee Steinfeld no set de Hawkeye. (1/2)
(via @CriseInSVscreen)

2        1        4

NAÇÃO MARVEL | fan club @nacaomarvel · Feb 20, 2021
essa aqui buguei kkkk era 2/2

1        4        42

tis olhando o que 🥺🥺 @nacaomarvel · Feb 20, 2021
Replying to @nacaomarvel
é bonita demais meu deus

bia @lamantiepada · Feb 20, 2021
Replying to @nacaomarvel
MEU DEUS NAÇÃO EU SU CARDIACA

0:42  1,346 views
From bia

Marcos P San · Billy Kaplan Bishop ... @NovoPrihi... · Feb 20, 2021
Replying to @nacaomarvel
A maior de todas

6

leãozinho ☑️ @luafi_ribeiroo01 · Feb 20, 2021
Replying to @nacaomarvel
Você sabe quem é Kamala Khan?
#KamalaKhan
#MissMarvel
#Marvel
olharfeminino.art.blog/2021/02/20/kam...

pat @biglibertydude · Feb 20, 2021
Replying to @nacaomarvel

From pat

nathãlja @IXIRAMSINDEY · Feb 20, 2021
Replying to @nacaomarvel
.teiaaxa essa mulher me babei, fds
twitter.com/devhonag01/s...

₊˚ ᴇᴍᴀɪᴀ ⁺ | IˢWᴀɴᴅᴀ @nudilgriao · Feb 20, 2021
Replying to @nacaomarvel
PERFEITAAAA

lui @hard_fotografia · Feb 20, 2021
Replying to @nacaomarvel
É o Mephisto

3

sol @thoutyooooz · Feb 20, 2021
Replying to @nacaomarvel

ELIS  10.6K views
From sol

evie @thirossante · Feb 20, 2021
Replying to @nacaomarvel
AVISA QUE E ELAAAA

nel 1 @nacaomarvel · Feb 20, 2021
Replying to @nacaomarvel
TÔ APAIXONADA

Relevant people

NAÇÃO MARVEL | fa...    Follow
@nacaomarvel
🇧🇷 O maior fã-clube da Marvel no
Brasil e #2 do mundo | por @kainyal
& @hvantippei | 🎙 @Podcastfdh1 |
📧 nacaomarveloft@gmail.com

What's happening

NFL · 3 hour ago
49ers at Cardinals

Entertainment · Trending
Died Suddenly
71.8K Tweets

Trending in California
Mexicans
6,521 Tweets

Entertainment · Trending
Sinbad
8,381 Tweets

Entertainment · Trending
#TheVowHBO

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

__ https://twitter.com/NavyO_O/status/1252441269684469762 __ at __ 2022-11-22 18:49:21 -08:00 __

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



ว่าไงนะคะ
@NavyO_O                                    ···

# Kylie Janner เวอร์ชั่นหน้าเดิมกลับมาแล้ว เพราะคลินิคปิด😢



8:37 PM · Apr 20, 2020 · Twitter for iPhone

**793** Retweets    **7** Quote Tweets    **78** Likes

💬                    ⟲                    ♡                    ⬆

    Tweet your reply                    Reply


Perkowski Legal P.C.    ···
@c_perkowski

Q Search Twitter

## Relevant people

 ว่าไงนะคะ          Follow
@NavyO_O

การซื้อลิปจะสั้นสุดที่ตรงไหน | ติดต่องานDM เลยค่ะ |รับรีวิวโรดีวิวทุกอย่างที่อยากทำ|แคปชั่นคิด1000|afflink



Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

← Tweet

**Shawn Mendes Updates** @TrackingSM

Like father like son LOL 😭



3:16 PM · Oct 23, 2020 · Twitter for iPhone

188 Retweets    47 Quote Tweets    3,947 Likes

Tweet your reply                                    Reply

**Paquita Mendes** @MendesPaquita · Oct 23, 2020
Replying to @TrackingSM
JAJQJ/QJAJJAA

**dani 🐆** @songfordaniela · Oct 23, 2020
Replying to @TrackingSM
manny looks different here I think he grew out his hair
1          27          28

✨ @shawninmonster · Oct 23, 2020
Replying to @songfordaniela and @TrackingSM
it's not shawn's dad 😂
1          2

**Deeksha Hegde** @holy_athenaa · Oct 23, 2020
Replying to @TrackingSM
That's not Manny. That's Cez
2

**amanda** @amanda2004_ · Oct 23, 2020
Replying to @TrackingSM
He looks so good

**jennie 🐆** @chayeongflo · Oct 25, 2020
Replying to @TrackingSM
Wait.. WHAT??? I can't believe you're Shaw's father, it's indemnity

🇲🇽 | alo @alondrasilvag · Oct 23, 2020
Replying to @TrackingSM
last time i saw manny was different hahahah
6

**Amy ❤️** @Amy_inWonder · Oct 23, 2020
Replying to @TrackingSM
Lmao! For real though

**mathieu** @wonderofcloud · Oct 23, 2020
Replying to @TrackingSM
omg 😭

**L3iba⁷ 🐆 ⁷ ✨jungkookie's dreamer ✨...** @ARMY... · Oct 23, 2020
Replying to @TrackingSM
U sure that's his dad? Lmaooooo

This Tweet is from a suspended account. Learn more

**LiliMae** @LiliMae74227186 · Oct 23, 2020
Replying to @muffin_1998 and @TrackingSM
It's a joke. We all know it's not Manm. It's his tour manager
1          4

Relevant people
Shawn Mendes Upda... @TrackingSM  Follow
Keeping you up to date on all things Shawn Mendes! Fan account owned by @ruinmekiwi, @cancomplain, & @venusauran!

What's happening
NCAA Men's Basketball · Yesterday
Cowboys at Eagles
#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar
Entertainment · Trending
James Woods
Betty White · Trending
Betty White
3,112 Tweets
Chain restaurants · Trending
Hooters
7,219 Tweets
Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

_ https://twitter.com/SNEAKPEEKCA/status/1010256336347545600 __ al __ 2022-11-21 05:46:11 -08:00



← **Tweet**

 Search Twitter



🏠 Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

**SneakPeek**
@SNEAKPEEKCA                                      ···

sneakpeek.ca/2018/06/wonder...



1:20 PM · Jun 22, 2018 · Twitter Web Client

**1** Retweet   **1** Like

         

 Tweet your reply                        Reply


**Perkowski Legal P.C.**
@c_perkowski                      ···

**Relevant people**

**SneakPeek**                                        Follow
@SNEAKPEEKCA
Invite Only

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Music · Trending                                     ···
**Elton John**
Trending with Dodger Stadium, #EltonFarewellTour

Trending in United States                            ···
**Inglaterra**
94.7K Tweets

Politics · Trending                                  ···
**Tragically**
16.2K Tweets

Entertainment · Trending                             ···
**Negan**
10.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS    Document 1-6    Filed 12/30/22    Page 93 of 101    Page ID #:535

← **Tweet**



**Ryan 'All Day News' Anderson**
@Ryans_Ramblings

···

Sonic, Tails, and Knuckles are giving new meaning to the word 'Stand In'. #SonicTheHedgehog #SonicMovie2



6:38 PM · Apr 20, 2021 · Twitter for Android

**6** Likes

Tweet your reply



Reply

**Perkowski Legal P.C.**
@c_perkowski

···

Q Search Twitter

## Relevant people

**Ryan 'All Day News' ...**
@Ryans_Ramblings

Follow

Founder, Host, and EIC of @TheNerdRagePod. As seen on @CBSThisMorning! Instagram: @RadRyGuy TikTok: @Ryans_Ramblings Casting Inquiries: NerdRagePod@gmail.com

## What's happening

NFL · 1 hour ago
**Eagles at Colts**

**#Disenchanted** 
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
58.5K Tweets

···

Sports · Trending
**Melvin Gordon**
Trending with #DallasCowboys ★, Broncos

···

Trending in United States
**#FIFAWorldCup** 🏆
2.46M Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Sidebar navigation

⌂ Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
▤ Lists
⚇ Profile
⋯ More

**Tweet**

Twitter

Search Twitter

← **Tweet**

**Sal the Agorist**
@SallyMayweather                                    •••



8:02 PM · Oct 3, 2021 · Twitter for iPad

**13** Retweets   **1** Quote Tweet   **90** Likes

🗨        ⟲        ♡        ⬆

Ⓟ   Tweet your reply                              **Reply**

querungshilfe @querungshilfe · Oct 3, 2021
Replying to @SallyMayweather
Nice pic, rly ... but from German history learning means, Natural Order and
Libertairian Romanticism inevitably leads to fascism! (quote me for that, lol)
😬 Imho, Liberal Socialism is best choice for balancing out the weak &
strong parts of a society 😉

🗨        ⟲        ♡        ⬆

Show additional replies, including those that may contain offensive content        Show

**Relevant people**

**Sal the Agorist**
@SallyMayweather                    Follow
Agorist. Cypherpunk.
Disintermediator. Crypto-Anarchist.
Rothbardian. pod :: The Agora. blog ::
New Libertarian. #logic #revisionism
#countereconomics

**What's happening**

FIFA World Cup · **LIVE**
**Mexico vs Poland**

**#AvatarTheWayOfWater**🗨
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending            •••
**Died Suddenly**
111K Tweets

Trending in United States            •••
**Argentina**
Trending with #WorldCup, Otamendi

Trending in California            •••
**Mexico City**
25.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

**Home**

# **Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

••• **More**

**Tweet**

Ⓟ   **Perkowski Legal P.C.**   •••
@c_perkowski



← **Tweet**

**Acta Non Verba** ❄️
@liissett_

···

Chris 🔥



9:40 AM · Nov 4, 2022 · Twitter for Android

**1** Retweet   **2** Likes

Search Twitter

**Relevant people**

**Acta Non Verba** ❄️    Follow
@liissett_

'fan account' 📷🍒🖤🤎
#DakotaJohnson👸#Dakoholic💛🦌
∞📌· Taylor Swift🧡ChrisEvans💚
GiulioBerruti🖤 Blanca Suárez💜 All
my love D💙

**What's happening**



**Perkowski Legal P.C.** ···
@c_perkowski

Tweet your reply                    Reply

Case 2:22-cv-09462-DMG-ADS   Document 1-6   Filed 12/30/22   Page 97 of 101   Page ID #:539

**Tweet**

←

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.**
@c_perkowski        ...

← **Tweet**

This Tweet is from a suspended account. Learn more

○ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

⊙ More

**Tweet**



**Perkowski Legal P.C.**  ...
@c_perkowski

https://twitter.com/cardibbr/status/1352899032705992704___et___2022-11-22 14:32:37-08:00

← **Tweet**


Twitter
Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
**Tweet**

Cardi B Brasil
@CardiBBR

Com um look básico, Cardi B foi vista fazendo compras na loja Louis Vuitton.

Translate Tweet



12:44 AM · Jan 23, 2021 · Twitter for iPhone

**101** Retweets  **51** Quote Tweets  **1,550** Likes

Tweet your reply                          Reply

reh 💭 @never54frei · Jan 23, 2021
Replying to @CardiBBR
@marterelinho

Torulito @ToruAurelio · Jan 23, 2021
Replying to @CardiBBR
hshsahashashahhas ser artista deve ser massa

snow white 💫 @guicantens · Jan 23, 2021
Replying to @CardiBBR
@ccondolseli basiquinha indo na lv
1

kim-ly @ccondolseli · Jan 23, 2021
Replying to @guicantens and @CardiBBR
deus abençoe 😍
1

Clarita 🌶️ @clarita_ · Jan 23, 2021
Replying to @CardiBBR
Basicah 🙏

S 🐍 @Sharmeelli · Jan 23, 2021
Replying to @CardiBBR
Que look básico né
1

chocolate @elaelindack · Jan 23, 2021
Replying to @CardiBBR
mds achei que era desenho do vestido 💀💀💀💀💀 AMOOO

wallace cutrim @wallacecutrim · Jan 23, 2021
Replying to @CardiBBR
indo comprar pão CBBR

Medja Ndo Rodrigue Stephane @MedjaNdo · Jan 23, 2021
Replying to @CardiBBR
You are very beautiful and sexy I like yours dresses

Carol Tannure @CarolinaTannure · Jan 23, 2021
Replying to @CardiBBR
Gostosaaaaaa

lllmar @norminahtalent · Jan 23, 2021
Replying to @CardiBBR
perfeita demais

k @jedihealer · Jan 23, 2021
Replying to @CardiBBR
o offset representando todos nós

fran @treasureport68 · Jan 23, 2021
Replying to @CardiBBR
bem basiquinha quase matando o povo do coração

Sweet-Ice @TahtieD · Jan 23, 2021
Replying to @CardiBBR
Sweet-Ice · Get out my bag

open.spotify.com
Get out my bag
Sweet-Ice · Song · 2021

11

Show additional replies, including those that may contain offensive content            Show

Perkowski Legal P.C.
@_perkowski

Search Twitter

**Relevant people**
Cardi B Brasil                   Follow
@CardiBBR
Desde 2017 sendo sua primeira e melhor fonte de notícias sobre a rapper Cardi B no Brasil. #BardiGang | Apoio @WarnerMusicBR | Fan Account

**What's happening**
FIFA World Cup · 4 hours ago
Mexico vs Poland

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in California
Lucas
153K Tweets

Politics · Trending
Ginni Thomas
31.5K Tweets

Trending in California
Chicharito
6,703 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

← **Tweet**

**XAYLOK**
@XAYLOK1

Un potentiel nouveau Spider Man pour #MadameWeb

Translate Tweet



12:05 PM · Oct 6, 2022 · Twitter for Android

**2** Likes

Tweet your reply

Reply

---

### Relevant people

**XAYLOK**
@XAYLOK1

Follow

Compte en lien avec ce que j'essayerai de proposer sur Youtube sur la chaîne du même nom : de l'actualité cinéma #marvel

### What's happening

NFL · LIVE
**Browns at Bills**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Shakira**
108K Tweets

Sports · Trending
**Stafford**
3,062 Tweets

Entertainment · Trending
**Morgan Freeman**
180K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

← **Thread**



**Relevant people**

Marvel CinéVerse
@MarvelCineVerse [Follow]
Actualités et encyclopédie sur le MCU
Instagram 📷 : marvelcineverse_
Associé à @swcineverse ⭐

Murphy's Multiverse
@MultiverseMurph [Follow]
Official Twitter Account of Murphy's
Multiverse Email:
charlesmurphy@murphysmultiverse.c
om YouTube:
youtube.com/c/MurphysMulti...

**What's happening**

NFL · 2 hours ago
Cowboys at Vikings

#Disenchanted 🧙‍♀️
Original movie now streaming
🎬 Promoted by Disney+

Trending in United States
#AMAs 🔥
Trending with  soobin

Sports · Trending
Staley
2,636 Tweets

Trending in United States
Bob Iger
Trending with  Chapek, Disney CEO

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

[Tweet]

Perkowski Legal P.C.
@c_perkowski