# EXHIBIT B Continued

__ https://twitter.com/ElAragueno/status/1391588804881002497 __ at __ 2022-11-22 10:30:02 -08:00 __

← **Tweet**

🐦

⌂ Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

🗐 Lists

👤 Profile

⊙ More

**Tweet**

 **El Aragüeño**
@ElAragueno                                    ⋯

Fotos del rodaje de "Ms. Marvel" revelan el traje de Kamala Khan - is.gd/cPn0XF #EnLaButaca



8:00 PM · May 9, 2021 · TweetDeck

💬            ⇄            ♡            ⬆

 Tweet your reply                         **Reply**

🔍 Search Twitter

**Relevant people**

 **El Aragüeño**
@ElAragueno                                    Follow

EL PRIMER DIARIO DE ARAGUA. ¡50 años contando tu historia!

**What's happening**

FIFA World Cup · 32 minutes ago
**Mexico vs Poland** 

**#AvatarTheWayOfWater**🌊
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Sports · Trending                          ⋯
**Cristiano Ronaldo**
Trending with #ManchesterUnited

Trending in California                     ⋯
**Mexicans**
12.3K Tweets

Sports · Trending                          ⋯
**Viva Ronaldo**
3,864 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**  ⋯
@c_perkowski

← **Tweet**

**Chris Evans Celebrations**💙 (fan account)💙
@chrisevansparty ···

Chris Evans and Dwayne Johnson on the set of Red One



9:07 AM · Nov 4, 2022 · Twitter for Android

**22** Retweets  **2** Quote Tweets  **284** Likes

💬    ⟲    ♡    ↑

 Tweet your reply                    Reply

**Aizzy** @AislinnMonroe92 · Nov 4
Replying to @chrisevansparty
Captain America and black Adam working undercover

💬    ⟲    ♡ 1    ↑

**maria gabriela fernandez** @mariaga99537204 · Nov 4
Replying to @chrisevansparty
So nice this picture!!😢😂🤗

💬    ⟲    ♡    ↑

---

🔍 Search Twitter

**Relevant people**

**Chris Evans Celebrati...**
@chrisevansparty                     Follow
Welcome to the party where we all
celebrate the masterpiece that is Chris
Evans ☺ Fan account ☺ Not
associated with any celebrity ☺

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Business and finance · Trending       ···
**#massshooting**
1,256 Tweets

Trending in California       ···
**Costco**
6,114 Tweets

Trending in United States       ···
**Erection**
21.2K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
Lists
👤 Profile
⊙ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

Tweet

**Rihanna.com.br** ⚓
@RihannaNoBrasil

···

Rihanna esteve presente na festa pós Oscar de Jay-Z em Los Angeles (27 de março) 🖤😍

Translate Tweet



5:08 AM · Mar 28, 2022 · Twitter for Android

**59** Retweets   **21** Quote Tweets   **837** Likes

💬    🔁    ♡    ⬆



Tweet your reply                                    Reply

**Alvin Obi** ✔ @iam_alvin__ · Mar 28    ···
Replying to @RihannaNoBrasil
We'll def see her at the Roc Nation Grammy brunch this weekend.

💬    🔁    ♡    ⬆

**Déivisson** ⚡ @_deiviss0n · Mar 28    ···
Replying to @RihannaNoBrasil
será que rolou encontro dela e da Bey?

💬    🔁    ♡    ⬆

**Alzira Cardoso** @AlziraCardoso14 · Mar 29    ···
Replying to @RihannaNoBrasil
Nossa mana

💬    🔁    ♡    ⬆

**elena** @beliel3na · Mar 28    ···
Replying to @RihannaNoBrasil
QUERO FOTO DELA COM A BEY NA MINHA MESA AGORA

💬    🔁    ♡    ⬆

---

🔍 Search Twitter

**Relevant people**

**Rihanna.com.br** ⚓        Follow
@RihannaNoBrasil
Rihanna.com.br is a genuine and registered fansite, made by fans. 🇧🇷 Fã-clube e portal de notícias brasileiro sobre a cantora Rihanna. Online desde 2008. 💎

**What's happening**

NFL · Yesterday
**Lions at Giants**

Trending in United States        ···
**Liver**
11.5K Tweets

Music · Trending        ···
**#DavidoAt30**
69.1K Tweets

Trending in United States        ···
**#AMAs** 🏆
Trending with soobin, sabrina

Trending in California        ···
**#sacramentoproud** 👑

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski    ···

__ https://twitter.com/thai_superhero/status/1350807492628180993 __ at __ 2022-11-21 02:11:02 -08:00 __

← **Tweet**

🔍 Search Twitter

- 🏠 Home
- # Explore
- 🔔 Notifications
- ✉️ Messages
- 🔖 Bookmarks
- ▤ Lists
- 👤 Profile
- ⋯ More

**Tweet**

 **สมาคม Superhero**
@Thai_SuperHero                    ⋯

### ภาพแรกของ Tom Holland ในกองถ่าย Spider-Man 3 ซึ่งเปิดกล้องเป็นที่เรียบร้อยแล้ว !!!!



4:54 PM · Jan 16, 2021 · Twitter for Android

**1,516** Retweets   **10** Quote Tweets   **311** Likes

💬        ⇄        ♡        ⬆️

  Tweet your reply                    **Reply**

**Relevant people**

 **สมาคม Superhero**
@Thai_SuperHero          **Follow**

สมาคมของกลุ่มบุคคลผู้ชื่นชอบซุปเปอร์ฮีโร่ในประเทศไทย // Twitter อย่างเป็นทางการของ 'สมาคมผู้คลั่งไคล่ SuperHero' *ถามข้อมูลหนัง/Comic ต่างๆ ใน DM ได้เลยจ๊ะ*

**What's happening**

NCAA Men's Basketball · Yesterday
**Cowboys at Blue Demons**



Trending in California
**#sacramentoproud**        ⋯

Music · Trending        ⋯
**#DavidoAt30**
68.2K Tweets

Trending in United States        ⋯
**Iran**
478K Tweets

Trending in United States        ⋯
**Schiff**
51.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ⋯
@c_perkowski

← **Tweet**

🔍 Search Twitter

**Linda Ikeji**
@lindaikeji

Pregnant Rihanna wears huge diamond ring while shopping for baby clothes

lindaikejisblog.com/2022/3/pregnan...



1:55 AM · Mar 22, 2022 · LIB App

23 Likes

💬          🔁          ♡          ⬆️

🄿 Tweet your reply                                   **Reply**

**kingsley** @Nwaforkingsle20 · Mar 22
Replying to @lindaikeji
Una no see this kain news report nah Rihanna wey Una see

> **Citizen Steven Kefas** @SKefason · 1d
> They burnt our sisters, butchered our brothers, burnt down our houses and properties for no known or justifiable reason. ❤️💔❤️💔❤️💔❤️💔
>
> 💬 385    🔁 2,430    ♡ 1,671    ⬆️

💬          🔁          ♡          ⬆️

**Bolatito Osoko** @teetosoko · Mar 22
Replying to @lindaikeji
Love those slippers. Always sexy on jeans.😍❤️

💬          🔁          ♡          ⬆️

**MATOTO chipel** @ChipelMatoto · Mar 22
Replying to @lindaikeji
Linda, you beautiful and your huge diamonds 💎 ring ⌛ is on da way!

💬          🔁          ♡          ⬆️

**Relevant people**

**Linda Ikeji**
@lindaikeji                  Follow
Blogger, CEO, LindaikejiTV

**What's happening**

Sports · LIVE
**2022 FIFA World Cup**



**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
7,108 Tweets

Entertainment · Trending
**BLEACH**
175K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/jaymalecelebs/status/1323034132218288081    et    2022-11-22 13:09:42 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-7    Filed 12/30/22    Page 7 of 101    Page ID #:550

← **Tweet**

**Male Celeb Hotties**
@jaymalecelebs

Hands up if you wanna see them drop 😌



2:48 PM · Nov 1, 2020 · Twitter for Android

**35** Retweets  **469** Likes

Perkowski Legal P.C.
@c_perkowski

Tweet your reply                                    **Reply**

**djnaughtyboi** @djnaughtyboi · Nov 1, 2020
Replying to @jaymalecelebs
🌮

**PeterGeorge** @PGeorge23 · Nov 1, 2020
Replying to @jaymalecelebs
🙌 🙌

---

Q Search Twitter

**Relevant people**

**Male Celeb Hotties**    Follow
@jaymalecelebs
Just a bi guy bringing you hot male
celeb content to lust over! DM's are
always open! Have fun! 😜 18+

**What's happening**

FIFA World Cup · 3 hours ago
**Mexico vs Poland**

#AvatarTheWayOfWater 🧑🏽
Get tickets now · In theaters December 16
⬛ Promoted by Avatar

Trending in United States
**#MEXPOL**
71K Tweets

Sports · Trending
**Louisville**
Trending with Texas Tech

Trending in California
**Lucas**
145K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

_ https://twitter.com/FilmstoFilms_/status/1418024260094593536 __ at__2022-11-22 11:37:58 -08:00

← **Tweet**

**Home**

**Explore**

**Notifications** 1

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Films to Films 🎬📹
@FilmstoFilms_

···



6:45 PM · Jul 21, 2021 · Twitter for iPhone

**22** Retweets **2** Quote Tweets **340** Likes

💬  🔁  ♡  ↑


Tweet your reply          **Reply**

Garima Saini @GarimaSaini04 · Jul 22, 2021    ···
Replying to @FilmstoFilms_
Why does she look like Sofia Vergara here
💬  🔁  ♡  ↑

Scott M Callahan @ScottMCallahan · Jul 22, 2021    ···
Replying to @FilmstoFilms_
💙
💬  🔁  ♡  ↑

🔍 Search Twitter

**Relevant people**

Films to Films 🎬📹      **Follow**
@FilmstoFilms_
This is a personal account. Films in
four frames Instagram:
instagram.com/filmstofilms_/

**What's happening**

FIFA World Cup · 1 hour ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Trending in United States
**#SeleccionMexicana**🇲🇽
29.6K Tweets                    ···

Politics · Trending
**Fauci**
65.2K Tweets                    ···

Trending in United States
**Ochoa**
Trending with  Australia, Rabiot   ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/FilmDevotion/status/1551915195882258433 __ at __ 2022-11-21 04:28:12 -08:00 __

← **Tweet**

Search Twitter

**Film Devotion**
@FilmDevotion

···

New set photos of Dakota Johnson on set of
#MadameWeb

(Via @MultiversalWeb)



5:59 AM · Jul 26, 2022 · Twitter for iPhone

**2** Retweets   **5** Likes

Tweet your reply

Reply

**Relevant people**

**Film Devotion**
@FilmDevotion

Follow

Devoted to delivering quick and
reliable news on all things media
related.

**Madame Web News**
@MultiversalWeb

Follow

All the latest news and updates for
'Madame Web' starring Dakota
Johnson and directed by S.J Clarkson,
set to release in July 2023

**What's happening**

FIFA World Cup · Starts at 5:00 AM
**England vs Iran**

Music · Trending
**Kelly Rowland**
20K Tweets

···

Trending in United States
**Foden**
20.3K Tweets

···

Trending in United States
**Negan**
9,626 Tweets

···

Trending in United States
**Bob Iger**
Trending with  Disney, Chapek

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home

Explore

Notifications

__ https://twitter.com/bicaraboxoffice/status/1529622174793105408 __at __ 2022-11-21 23:27:31 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 1-7   Filed 12/30/22   Page 10 of 101   Page ID #:553



**Bicara Box Office**
@bicaraboxoffice

Kostum BLUE BEETLE
via @JustJared

Film tujuhbelasan 2023



5:35 PM · May 25, 2022 · Twitter for Android

**11** Likes

Tweet your reply                                    Reply

Show more replies

**Relevant people**

**Bicara Box Office**
@bicaraboxoffice                           Follow
Box office data and analysis, nerd and
geek stuff, occasional random stuff.
Proud founder of @cinepoint_ app.
Please don't ask for a rate card, there's
none.

**JustJared.com** ✓
@JustJared                                 Follow
Your #1 Entertainment Authority Also
follow @jaredeng @justjaredjr

**What's happening**

Sports · LIVE
**2022 FIFA World Cup**

Entertainment · Trending
**Died Suddenly**
72.1K Tweets

Trending in California
**Mexicans**
6,561 Tweets

Trending in United States
**South Carolina**
13.8K Tweets

Trending in United States
**August Alsina**
Trending with Jada, #TheSurrealLife

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



Perkowski Legal P.C.
@c_perkowski

Search Twitter

__ https://twitter.com/weloveharry_1dx/status/1332124597878218754 __ at __ 2022-11-22 15:39:03 -08:00 __

← **Tweet**

 **katie** 🙌
@weloveharry_1Dx

the suspenders … the undone tie … the open shirt … the vest… i'm crumbling




4:50 PM · Nov 26, 2020 · Twitter for iPhone

**1** Retweet    **6** Likes



        

 Tweet your reply

Reply

---

## Relevant people

 **katie** 🙌
@weloveharry_1Dx    Follow

jack's housewife

## What's happening

NCAA Men's Basketball · Yesterday
**Mavericks at Hawkeyes**



#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar



Celebrities · Trending
**Chris Evans**
6,385 Tweets

Family & relationships · Trending
**For $100**
192K Tweets

Entertainment · Trending
**Jane Lynch**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More •••
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** •••
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 1-7   Filed 12/30/22   Page 12 of 101   Page ID #:555



Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← **Tweet**

↻ **@nanfixus** Retweeted

**josh (Taylor's Version)**
@babycloudcries

About to watch fifty shades of grey for the plot:

9:25 PM · Apr 19, 2020 · Twitter for iPhone

**12** Retweets    **56** Likes

Tweet your reply                    Reply

**Relevant people**

**@nanfixus**
@nanfixus                Follow

DJ Fan 🎧 Sports,animals y Boca Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk #Persuasion Fan account 🇦🇷

**josh (Taylor's Version)**
@babycloudcries          Follow
🏳️‍🌈

**What's happening**

NFL · Yesterday
**Lions at Giants**

Music · Trending
**Lionel Richie**
4,137 Tweets

The Walking Dead · Trending
**#TheWalkingDead**
Trending with #TWDFinale, Daryl

Trending in United States
**Oregon**
18.9K Tweets

Only on Twitter · Trending
**#MotivationMonday**
1,442 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**



Rihanna.com.br ⚓
@RihannaNoBrasil

Levei meu filho pra cortar o cabelo e olha oq fizeram com o coitado. Simplesmente DETONARAM o cabelo do Pedrinho... Estou chorando e tremendo de ódio vou na polícia abrir um b.o. Meu filho está chorando muito

Translate Tweet



9:22 AM · May 27, 2022 · Twitter for Android

**13** Retweets  **1** Quote Tweet  **183** Likes

💧 Tweet your reply                                    Reply

YU @yurileal · May 27
Replying to @RihannaNoBrasil
😭😭😭😭😭😭😭😭😭😭  1

o amor vigora 🇧🇷🇯🇲 @glandebrilhante · May 27
Replying to @RihannaNoBrasil
Sério que vcs não gostam desse Mullet? Gente, ela ficou icônica com ele
                                                2

denis ☀️ @pureheroinesza · May 27
Replying to @RihannaNoBrasil and @unapoclogetic
por isso o pedrinho desmaiou e estao tentando acordar ele
                                                1

---

# Home
## Explore
🔔 Notifications  1
✉ Messages
🔖 Bookmarks
☰ Lists
⊙ Profile
More

**Tweet**


Perkowski Legal P.C.
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

Rihanna.com.br ⚓       Follow
@RihannaNoBrasil
Rihanna.com.br is a genuine and registered fansite, made by fans. 🇧🇷 Fã-clube e portal de notícias brasileiro sobre a cantora Rihanna. Online desde 2008. 💎

**What's happening**



NFL · 2 hours ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
70.8K Tweets

Trending in United States
**August Alsina**
Trending with Jada, #TheSurrealLife

Trending in United States
**Chrisley**
25K Tweets

Entertainment · Trending
**Sinbad**
8,412 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

https://twitter.com/MovieCrazyP/status/1363307554290468816 _ at _ 2022-11-21 12:36:58 -08:00_

← **Tweet**



**Movie Crazy Planet** 🎬🍿🎥
@MovieCrazyP                                                                  ⋯

📱 💥 DESDE EL SET 💥 📱

[@HaileeSteinfeld](#) como Kate Bishop filmando la serie [#Hawkeye](#) en Atlanta.




6:00 PM · Feb 20, 2021 · Twitter for Android

**2** Retweets   **9** Likes

💬            🔁            ♡            ⬆️

 P    Tweet your reply                                    **Reply**

## Relevant people

 **Movie Crazy Planet ...**        **Follow**
@MovieCrazyP
💥Noticias, tráilers, pósters, los estrenos más recientes de cine, series y televisión.💥 Síguenos y activa la 🔔
moviecrazyplanet@gmail.com ✉️

 **Hailee Steinfeld** ✓        **Follow**
@HaileeSteinfeld
haileesteinfeld.lnk.to/coast

## What's happening

FIFA World Cup · LIVE
**USA vs Wales**



Entertainment · Trending                    ⋯
**julia fox**
6,247 Tweets

Trending in United States                   ⋯
**WHAT A SAVE**
8,119 Tweets

Trending in United States                   ⋯
**Medford Messi**

Sports · Trending                           ⋯
**Charles Barkley**
6,000 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

## Twitter sidebar

🐦

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

 **Perkowski Legal P.C.**   ⋯
@c_perkowski

🔍 Search Twitter

https://twitter.com/beyoncenow/status/1530201022605426691 __ et __ 2022-11-21 21:54:29 -08:00

← **Tweet**

**Beyoncé Now**
@beyoncenow

Blue Ivy no show da Olivia Rodrigo em Los Angeles



7:55 AM · May 27, 2022 · Twitter for iPhone

**2** Retweets   **4** Quote Tweets   **62** Likes

Tweet your reply

Reply

**marcos** 🧡🖤 @nhmarcos · May 27
Replying to @beyoncenow
Arrasou, Olivia! Agora sim a Blue vai te passar um Grammy

---

**Search Twitter**

**Relevant people**

**Beyoncé Now**
@beyoncenow                    Follow
Desde 2006 sendo o maior portal de
Beyoncé no Brasil

**What's happening**

NFL · 1 hour ago
49ers at Cardinals

Entertainment · Trending
**Died Suddenly**
66.4K Tweets

Sports · Trending
**Trey Lance**
1,314 Tweets

Trending in United States
**August Alsina**
Trending with Jada, #TheSurrealLife

Only on Twitter · Trending
**Pablo Milanés**
Trending with Auburn

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/alexromval/status/1358792341386104833 __ at __ 2022-11-20 20:15:08 -08:00 __

← **Tweet**

🔍 Search Twitter

## Home
## Explore
## Notifications 1
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

🔁 Alex Salvatore 🧑‍🦱 Retweeted

**rey**
@ziggybermann                          ...

i believe in sharon carter supremacy



11:35 PM · Feb 7, 2021 · Twitter for Android

**7** Retweets   **22** Likes

💬          🔁          ♡          ⬆️

🅿️  Tweet your reply                    Reply

### Relevant people

**Alex Salvatore** 🧑‍🦱          Follow
@Alexromval
'Nadie puede juzgar desde fuera el amor'

### What's happening

NBA · LIVE
**Spurs at Lakers**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶️ Promoted by Disney+

Trending in United States          ...
**Bob Iger**
Trending with Chapek, Disney

Trending in United States          ...
**UCLA**
16.1K Tweets

Trending in United States          ...
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🅿️  **Perkowski Legal P.C.**  ...
@c_perkowski

__ https://twitter.com/electedbieber/status/1430770332500066306 __ el __ 2022-11-22 09:58:04 -08:00

← **Tweet**



**taraneh**
@electedbieber

It's true I'm in love with a married man



10:53 PM · Aug 25, 2021 · Twitter for iPhone

28 Likes

Tweet your reply

Reply

**Sarah** ♡ ✓ @sarahmaloneyxx · Aug 25, 2021
Replying to @electedbieber
You and me both

♡ 1

---

Perkowski Legal P.C.
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

**taraneh**              Follow
@electedbieber
who needs a bra when Justin Bieber
has two hands

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in United States
**Ochoa**
Trending with #MEXPOL, Lewandowski

Trending in United States
**Chicharito**
3,457 Tweets

Celebrities · Trending
**Anthony Mackie**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

This Tweet is from a suspended account. Learn more

**🎎 mari l¡ young royals S2** @marigiacoia · Jan 4, 2021
Replying to @larrydetetive
mds ele tava... de roupão?

💬     ⟲     ♡     ⬆

**gigi 🍂** @nialliglamouroso · Jan 4, 2021
Replying to @larrydetetive
ele foi de roupão para o casamento?

💬     ⟲     ♡     ⬆

**TASHA'S HOUSE 🏚 Meet me at midnig...** @louismytrea... · Jan 4, 2021
Replying to @larrydetetive
Da série "coisas que se outra pessoa fizesse seria estranho mas se o Harry
faz é tranquilo": roupão no casamento

💬     ⟲     ♡ 23     ⬆

**MariaGomes** @MariaGo70111177 · Jan 4, 2021
Replying to @larrydetetive
Cada dia o Harry ta mais bonito

💬     ⟲     ♡     ⬆

**jessie 🏆** @sunflowiped · Jan 4, 2021
Replying to @larrydetetive
nossa oq rolou aqui KKKKKKKKK

💬     ⟲     ♡ 1     ⬆

**Bia** @ops_biankaa · Jan 4, 2021
Replying to @larrydetetive
Harry de roupão no casamento,achei tendência

💬     ⟲     ♡ 2     ⬆

**Cara¥ é #lula13** @Lstark2825 · Jan 4, 2021
Replying to @larrydetetive
O Harry tá tipo eu nos almoços em família kkkkkkk

💬     ⟲     ♡ 4     ⬆

**Belle's a fleabag** @yunglarrie_ · Jan 4, 2021
Replying to @larrydetetive
portal se sair notícia de q a olivia e o Harry tão namorando eu vô pula



💬 1     ⟲     ♡ 7     ⬆

This Tweet is from a suspended account. Learn more

Show replies

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

**Robert Littal BSO** ✔
@BSO

Watch Adele Party With Boyfriend Rich Paul and Dance to "WAP" at Savannah James' 35th Birthday Party (Video) bit.ly/3sXRTHb via @YuriyATL



10:00 PM · Aug 28, 2021 · BSO Alert

**11** Retweets   **4** Quote Tweets   **28** Likes

Tweet your reply                                    Reply

**Swapty Sports** @SwaptySports · Aug 29, 2021
Replying to @BSO and @YuriyATL
How Rich Paul was looking in the Eddie Murphy outfit while dancing with Adele at Savannah James' birthday party.

GIF

1                    3

**Robert Littal BSO** ✔ @BSO · Aug 29, 2021
Replying to @SwaptySports and @YuriyATL
He looks a bit like Ed

                    2

**Jay R. Jones** @jayjones41 · Aug 29, 2021
Replying to @BSO @SquiresRichmond and @YuriyATL
No thanks.

---



**Relevant people**

**Robert Littal BSO** ✔                Follow
@BSO
BSO is a Unique take on Sports & Ent;
Tweets by The Headline King Robert
Littal; IG: BSOTV; FB:
BlackSportsOnline; Keep That Same
Energy Podcast; #BLM; 💙 AML

**Yuriy Andriyashchuk** 🇺🇦        Follow
@YuriyATL
28. Ukrainian & from Atlanta. Loves
God, music & ATL Falcons, Braves,
Hawks & United. Music/Entertainment
Editor/Reporter at @HipHopVibe1.
@UNLV '17 alum. #BLM

**What's happening**

FIFA World Cup · 16 minutes ago
**Mexico vs Poland**

Sports · Trending
**Cristiano Ronaldo**
Trending with #ManchesterUnited

Trending in United States
**Ochoa**
Trending with Poland, #MEXPOL

Music · Trending
**Chrisean**
Trending with Blueface

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

Tweet

**Perkowski Legal P.C.**
@c_perkowski


lamascarada
@lamascarada
For now, editora en @exetoma

**Relevant people**

**What's happening**

Television · LIVE
Bachelor in Paradise airing on ABC

#AvatarTheWayOfWater 🌊
In theaters December 16
Promoted by Avatar

Trending in United States
RIP Harold

Bachelor in Paradise · Trending
#bachelorinparadiseabc 🌹
Trending with Victoria, Brittany

Sports · Trending
KD and Kyrie

Show more →

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More...
© 2022 Twitter, Inc.

# Tweet

lamascarada
@lamascarada

El dengue y el coronavirus mientras suena de fondo
"Uno, dos, ya viene por ti. Tres, cuatro, cierra bien la
puerta"

Translate Tweet



4:05 PM · Mar 3, 2020 · TweetDeck

**20** Retweets   **2** Quote Tweets   **165** Likes

Tweet your reply                                   Reply

Miss Sunshine  @AnaPrayers · Mar 3, 2020
Replying to @lamascarada
Parecen los sillones que tenía mi vieja en los ochenta
1                    7

lamascarada @lamascarada · Mar 3, 2020
Replying to @AnaPrayers
que se pongan así acá sí son guapas
1                    4

Estefanía 🌻 (Taylor's Version) @reevolucion77 · Mar 3, 2020
Replying to @lamascarada
jajajajajaq miedo lpm

Mariel Aspitia♥️😺 @MarielAspitia · Mar 3, 2020
Replying to @lamascarada

Clau @Clau05234607 · Mar 3, 2020
Replying to @lamascarada
Ay nooo esa canción fue mi pesadillas d chica! 😂
1                    1

Natalia @AndreaN58794398 · Mar 3, 2020
Replying to @lamascarada
La mía tambien! 😂 me dirán q soy una pelotuda,pero la primera vez q vi
una pelicula de Freddy kruger,no pude dormir,me despertaba a cada
rato,tenía 11 años

Natalia @AndreaN58794398 · Mar 3, 2020
Replying to @lamascarada
Dirán cualquier cosa,Pero amo a las kardasian,Jenner 😂😂😂

MarkSGuevara uno 💛🤍💛 te voy extra... @marco... · Mar 3, 2020
Replying to @lamascarada
coronavirus y dengue al bailando, imaginate ese duelo
4

Mrs. Chanandler Bong @ivanchu67 · Mar 3, 2020
Replying to @lamascarada
Mas bien, parecen el color de las diarreas que dan esos virus 😂

Diegote @DiegoeFraga · Mar 4, 2020
Replying to @lamascarada
Dame un cono de chocolate y uno de ddl

Alicia Azanza @ALICIAAZANZA · Mar 3, 2020
Replying to @lamascarada
Esa pilcha produce hongos
1                    1

lamascarada @lamascarada · Mar 3, 2020
Replying to @ALICIAAZANZA
no se. no quiero ni pensar en como se lo sacan
3

Lucía B @Labeluza · Mar 3, 2020
Replying to @lamascarada
La cintura de Kim se deforme 😂

← Tweet

**What's on Netflix**
@whatonnetflix

Filming has started on #MuderMystery2 in Hawaii!

The sequel will see the return of Adam Sandler and Jennifer Aniston.

(via @DailyMailCeleb)



1:41 PM · Jan 17, 2022 · TweetDeck

**6** Retweets   **1** Quote Tweet   **59** Likes

💬        🔁        ♡        ⬆️

🅿️   Tweet your reply                                   Reply

**Shane Porter** @porter0011 · Jan 19
Replying to @whatonnetflix and @DailyMailCeleb
Where's this at?
💬        🔁        ♡        ⬆️

**James Williamson** @JamesWi32387541 · Jan 20
Replying to @whatonnetflix and @DailyMailCeleb
Love her I think she's great in the equality woman
💬        🔁        ♡ 1      ⬆️

**Josi** @JosiS_388 · Jan 17
Replying to @whatonnetflix and @DailyMailCeleb
I am so excited!
💬        🔁        ♡        ⬆️

**John Haney** @han45999406 · Sep 19
Replying to @whatonnetflix and @DailyMailCeleb
Well good luck to you this is John Wayne
💬        🔁        ♡        ⬆️

---

🔍 Search Twitter

**Relevant people**

**What's on Netflix** 
@whatonnetflix                              Follow
The independent Netflix fansite
covering what's new and coming soon
to Netflix. What's on Netflix is not
endorsed, owned by or affiliated with
Netflix.

**Daily Mail Celebrity** ✓
@DailyMailCeleb                             Follow
⊘ Official
Latest celeb and entertainment news
from the Daily Mail Showbiz team.
We're on Facebook too:
fb.me/DailyMailCeleb

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Trending in United States
**England**
Trending with #ENGIRN, Saka

Trending in United States
**Maguire**
Trending with Luke Shaw

Music · Trending
**Kelly Rowland**
Trending with Chris Brown

Trending in California
**#BLACKPINK_WORLDTOUR**
59.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

— https://twitter.com/FictionFeedback/status/1551883345709043712 __ at __ 2022-11-21 07:47:22 -08:00 __



← **Tweet**

⇄ **Multiverse Analysis** Retweeted

**Multiverse Analysis**
@TheAnalystOne

···

Dakota Johnson on the set of Sony's #MadameWeb



3:53 AM · Jul 26, 2022 · Twitter for Android

**2** Retweets  **5** Likes



Tweet your reply

Reply

## Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

Lists

Profile

More

**Tweet**



Perkowski Legal P.C.
@c_perkowski
···

### Relevant people



**Multiverse Analysis**
@TheAnalystOne

Follow

Fiction Addict

### What's happening

FIFA World Cup · 16 minutes ago
**England vs Iran**

Music · Trending

···

__ https://twitter.com/filmnewsPL/status/1430437270440529928 __ at __ 2022-11-19 19:02:28 -08:00 __

← **Tweet**



Q Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒 Lists

👤 Profile

⋯ More

**Tweet**

**FILM NEWS**

**Film News**
@filmnewsPL

⋯

Letitia Wright, Danai Gurira i Dominique Thorne (jako Ironheart) na planie filmu
#BlackPantherWakandaForever



12:49 AM · Aug 25, 2021 · Twitter for Android

22 Likes

💬        🔁        ♡        ⬆️

  Tweet your reply

**Reply**

## Relevant people

**Film News**
@filmnewsPL

**Follow**

🎬 najnowsze wiadomości filmowe - kino polskie i zagraniczne, popularne i niezależne 🎟 kontakt: filmnewspl@gmail.com

## What's happening

Television · LIVE
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶️ Promoted by Uber

Trending in United States
**HE'S BACK**
116K Tweets

⋯

Sports · Trending
**Asdrubal Cabrera**
2,128 Tweets

⋯

Trending in California
**Andrew Tate**
28.3K Tweets

⋯

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski   ⋯



← **Tweet**

**Raúl Brindis** ✔
@raulbrindis

···

#Farandulazo Eiza González deja ver tatuaje íntimo al lucir sexy bikini en Hawaii.
La actriz mexicana fue captada luciendo su sexy figura en un break del rodaje de la cinta "Godzilla vs Kong".



7:57 AM · Nov 22, 2018 · Hootsuite Inc.

**4** Retweets    **52** Likes

💬            🔁            ♡            ⬆

Tweet your reply                                    **Reply**

**LUIS ALEJANDRE.** @LaAlejandro · Nov 22, 2018    ···
Replying to @raulbrindis
COMO DICE LAURA ZAPATA "OSEA K NACO"  ( ÓSEA )

💬            🔁            ♡

**Antonio Peralta** @Antonio06639377 · Nov 23, 2018    ···
Replying to @raulbrindis
Ayyy

💬            🔁            ♡

**Juan Alamirra** @JAlamirra · Nov 22, 2018    ···
Replying to @raulbrindis
Que rrica esta  echa toda una mamasita

💬            🔁            ♡

**Rosita no morirá** @UnNeorrositense · Nov 22, 2018    ···
Replying to @raulbrindis
Nomás le falta tantito músculo.

💬            🔁            ♡ 1            ⬆

---

🔍 Search Twitter

**Relevant people**

**Raúl Brindis** ✔            **Follow**
@raulbrindis
Radio Host for El Show de Raúl Brindis

**What's happening**

Sports · LIVE
2022 FIFA World Cup

Entertainment · Trending            ···
**julia fox**
6,415 Tweets

Trending in United States            ···
**$TSLA**
15.8K Tweets

Music · Trending            ···
**soobin**
220K Tweets

Entertainment · Trending            ···
**#AvatarTheWayOfWater**
6,406 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**    ···
@c_perkowski

__ https://twitter.com/weloveharry_1dx/status/1356370224946311168 __ et __ 2022-11-20 11:40:43 -08:00

← **Thread**

katie 🧍🏻
@weloveharry_1Dx

...

dilfrry and milfrry all in one day... he's so versatile



2:33 PM · Feb 1, 2021 · Twitter for iPhone

**9** Retweets   **1** Quote Tweet   **56** Likes

Tweet your reply

Reply

katie 🧍🏻 @weloveharry_1Dx · Feb 1, 2021
Replying to @weloveharry_1Dx
not many people can achieve both dilf and milf status but he is the blueprint

💬   ♻️   ♡ **2**   ⬆️

**Search Twitter**

## Relevant people

katie 🧍🏻
@weloveharry_1Dx
jack's housewife

**Follow**

## What's happening

NFL · LIVE
**Browns at Bills**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
Promoted by Disney+

Trending in United States
**Rest In Peace**
45.5K Tweets

Trending in California
**Shakira**
109K Tweets

Entertainment · Trending
**Morgan Freeman**
183K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



Perkowski Legal P.C.
@c_perkowski

...



# Tweet




Perkowski Legal P.C.
@c_perkowski

← **Tweet**

@empirekendall ···

so cute



3:58 AM · Aug 16, 2020 · Twitter for iPhone

**74** Retweets   **4** Quote Tweets   **546** Likes

Tweet your reply                                    **Reply**

**Alice** @aelopresti · Aug 16, 2020        ···
Replying to @empirekendall
Absolutely beautiful!

**Nacer Kamel** @NacerKamel10 · Aug 16, 2020   ···
Replying to @empirekendall
Love you

**Gustave Bruno** @GustaveBruno2 · Aug 16, 2020  ···
Replying to @empirekendall
Hello

**Perkowski Legal P.C.** ···
@c_perkowski

---

**Search Twitter**

### Relevant people

@empirekendall                **Follow**
all things kendall jenner • fan page

### What's happening

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▣ Promoted by Avatar

Trending in United States            ···
**The IRS**
20.9K Tweets

Entertainment · Trending            ···
**James Woods**
1,983 Tweets

Trending in United States            ···
**Mbappe**
Trending with Dembele

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

⌂ Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
▤ Lists
👤 Profile
⊙ More

**Tweet**

_ https://twitter.com/ClickySound/status/1254120448402558976 _ at _ 2022-11-19 19:25:57 -08:00 _

← **Tweet**

 **Clicky Sound**
@ClickySound    ...

[clickysound.com/meghan-and-har...](clickysound.com/meghan-and-har...)  Meghan Markle and Prince Harry have jumped from the proverbial frying pan into the paparazzi fire.



11:49 AM · Apr 25, 2020 · Clicky Sound



 Tweet your reply    **Reply**

---

Q Search Twitter

**Relevant people**

 **Clicky Sound**
@ClickySound    **Follow**
Photography at its Best!

**What's happening**


Television · LIVE
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in California    ...
**Andrew Tate**
28.6K Tweets

Sports · Trending    ...
**Hendon Hooker**
1,828 Tweets

Trending in United States    ...
**Hope Hooker**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

**Home**

**# Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski    ...



— https://twitter.com/MarvelCineVerse/status/1417745645713203204 — et — 2022-11-21 14:22:11 -08:00 —

← **Tweet**

Q Search Twitter



**Marvel CinéVerse**
@MarvelCineVerse

···

#Rassemblement : Un nouvel épisode de la série documentaire 'RASSEMBLEMENT' est disponible sur @DisneyPlusFR. D'une durée d'une heure, il s'agit du making-of de la saison 1 de la série 'LOKI'.
#Assembled

Translate Tweet



12:17 AM · Jul 21, 2021 · Twitter for Android

**11** Retweets  **1** Quote Tweet  **56** Likes

💬  🔁  ♡  ⬆



Tweet your reply  **Reply**

### Relevant people



**Marvel CinéVerse** **Follow**
@MarvelCineVerse

Actualités et encyclopédie sur le MCU Instagram 📷 : marvelcineverse_ Associé à @swcineverse ⭐



**Disney+ FR** ✓ **Follow**
@DisneyPlusFR

⊘ Official

Tout ce que vous imaginez et encore +. Voir conditions sur DisneyPlus.com.

### What's happening

FIFA World Cup · 51 minutes ago
**USA vs Wales**



Trending in California
**Dodger Stadium**
12.9K Tweets

···

Trending in California
**Telemundo**
7,685 Tweets

···

Sports · Trending
**Mexico City**
12.5K Tweets

···

Trending in United States
**Tampax**
12.4K Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications

← **Tweet**



✨ *My Chris Evans is* 💚💛💙
@MyChrisEvanss

#Chrisevans on Set Red One 🎄🎬
Photos Fluffy Hair #Redone 🤎🤩




▌▌ 0:02    2,834 views

5:57 PM · Oct 14, 2022 · Twitter for Android

**27** Retweets    **2** Quote Tweets    **231** Likes

💬          ⇄          ♡          ⬆️

  Tweet your reply                    Reply

🔍 Search Twitter

**Relevant people**



✨ *My Chris Evan...*          Follow
@MyChrisEvanss
*The Ao Dedicado The Actor*
@Chrisevans .......... *Filme de* : Ghosted
🎞️♥ Brasilin(📍 Pint LeLe

**What's happening**

Formula 1 · 37 minutes ago
**Abu Dhabi Grand Prix 2022**



**#Disenchanted** 🧙
Original movie now streaming
🅳 Promoted by Disney+

Trending in United States          ···
**Morgan Freeman**
76.6K Tweets

Jungkook · Trending          ···
**Jungkook**
Trending with  Ecuador, #Dreamers2022

Trending in United States          ···
**RIP JDF**
1,289 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
Lists
👤 Profile
⊙ More

**Tweet**

Perkowski Legal P.C.   ···
@c_perkowski



__ https://twitter.com/ClickySound/status/1265312207740571648 __ at __ 2022-11-19 18:52:12 -08:00 __

← **Tweet**

 **Clicky Sound**
@ClickySound

···

[clickysound.com/ben-affleck-an...](clickysound.com/ben-affleck-an...)  After spending part of the weekend with his kids, and letting us know that everything is all cool with Jennifer ...



9:01 AM · May 26, 2020 · Clicky Sound

     

 Tweet your reply     Reply

## Search Twitter

**Relevant people**

 **Clicky Sound**
@ClickySound     Follow

Photography at its Best!

---

Home

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski  ···

← **Tweet**

**Paulette Kimuntu Kim**
@KimKimuntu                                    ...

La mode de fois , franchement

Translate Tweet



6:39 AM · Feb 4, 2021 · Twitter for Android

**1** Retweet   **24** Likes

💬          ⇄          ♡          ⬆

[P]  Tweet your reply                          **Reply**

**Mon histoire RDC** @alainkaz1 · Feb 4, 2021
Replying to @KimKimuntu
Habits de géant

💬          ⇄          ♡          ⬆

**Joseph Kaboto** @JosephKaboto · Feb 4, 2021
Replying to @KimKimuntu
😂😂😂😂😂

💬          ⇄          ♡          ⬆

**Claude SUMUZEDI** @Sumuzedi · Feb 4, 2021
Replying to @KimKimuntu
Eh !

💬          ⇄          ♡          ⬆

**Dignité N'guizani** @NDignite · Feb 7, 2021
Replying to @KimKimuntu
Mbadi 😮 Bakosi na bango👌😁

💬          ⇄          ♡          ⬆

---

**Home**
**Explore**
**Notifications** 1
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

[P] **Perkowski Legal P.C.**   ...
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

[img] **Paulette Kimuntu Kim**        **Follow**
@KimKimuntu

**What's happening**

NBA · 39 minutes ago
**Celtics at Bulls**

Entertainment · Trending
**Died Suddenly**
56K Tweets

Entertainment · Trending
**Sinbad**
6,393 Tweets

Sports · Trending
**#NJDevils** 💕
4,084 Tweets

Sports · Trending
**Mexico City**
19.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS   Document 1-7   Filed 12/30/22   Page 37 of 101   Page ID #:580



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← Tweet


Search Twitter

**The Latest Celebrity News 24/7**
@smackgirls

⋯

Anastasia 'Stassie' Karanikolaou dresses to impress in an eye-catching sheer ensemble dlvr.it/SXbGx7



2:54 AM · Sep 1, 2022 · dlvr.it

 


Tweet your reply

Reply

## Relevant people



**The Latest Celebrity ...**
@smackgirls

Follow

The Latest Celebrity News | Celeb news now 24/7 - The Latest Celebrity News | Celeb news now 24/7 . Manchester Unite Fan 2022 #MUFC

## What's happening

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 💀
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, #Disney

⋯

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

⋯

Music · Trending
**Lionel Richie**
1,550 Tweets

⋯

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ⋯

© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski ⋯

__ https://twitter.com/drayamichele/status/1395753077530050563 __et __2022-11-22 13:10:53 -08:00

← **Tweet**



:
@drayamichele                                    ⋯



7:47 AM · May 21, 2021 · Twitter for iPhone

**61** Retweets   **8** Quote Tweets   **1,343** Likes

💬                    ↻                    ♡                    ⬆

Ⓟ  Tweet your reply                              Reply

**Kennykinos** @kennyhadep · May 27, 2021          ⋯
Replying to @drayamichele
❤️🧡✨

💬          ↻          ♡          ⬆

**Herve Hightower** @HightowerHerve · May 22, 2021   ⋯
Replying to @drayamichele and @spicyxlatinaa
Hello there draya good Saturday afternoon you are looking very beautiful
and sexy here

💬          ↻          ♡          ⬆

**getyourmoneyright** @shelz103 · May 21, 2021       ⋯
Replying to @drayamichele



💬          ↻          ♡          ⬆

**Blackheffner14@gmail** @Blackheffner14 · May 21, 2021   ⋯
Replying to @drayamichele
She's top tier 🍫🏴🙌

💬          ↻          ♡          ⬆

**Perkowski Legal P.C.**  ⋯
@c_perkowski

---

**Relevant people**

: 
@drayamichele                   **Follow**
I'm unbothered. | Unofficial.
Commentary. Non-affiliation. Fan
account. Parody

**What's happening**

FIFA World Cup  **LIVE**
**France vs Australia**



**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in California
**LAPD**
11.9K Tweets

Trending in United States
**Ochoa**
Trending with Poland, Lewandowski

Trending in California
**Mexicans**
18K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

Tweet

Search Twitter

# Tweet

**Margvel** 🐾
@_Margvel

📸 Fotos de Dominique Thorne como Riri Williams (Ironheart) en el set de 'BLACK PANTHER: WAKANDA FOREVER' 🐾



3:03 PM · Aug 26, 2021 · Twitter for iPhone

**9** Retweets   **3** Quote Tweets   **244** Likes

Tweet your reply                                    **Reply**

**Rottboy** @Nahu_Lucifer · Aug 26, 2021
Replying to @_Margvel
Naaaaaaaaa mira esas Wave Runneeerrrr papá, ya la ame😎

    4

Show additional replies, including those that may contain offensive content                                        Show

---

## Relevant people

**Margvel** 🐾
@_Margvel                          **Follow**

Humor, información y updates del Universo Marvel | 🦸
contactomargvel@gmail.com |
#SheHulk #IAmGroot

## What's happening

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
⊡ Promoted by Avatar

Business and finance · Trending
**Chesapeake**
4,307 Tweets

Trending in United States
**#GenshinSpecialProgram**
13K Tweets

Entertainment · Trending
**Marvel**
92.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

## Navigation sidebar

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
▦ Lists
👤 Profile
⊙ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

🔍 Search Twitter

https://twitter.com/miucciamuse/status/1521499986866300788 __ el __ 2022-11-21 22:18:05 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 1-7   Filed 12/30/22   Page 40 of 101   Page ID #:583



← **Tweet**

taylor russell's whore
@MIUCCIAMUSE                                          ···

bella's met after party look OH MY GOD





7:40 AM · May 3, 2022 · Twitter for iPhone

**466** Retweets   **68** Quote Tweets   **4,440** Likes

💬           🔁           ♡           ⬆️

 Tweet your reply                    Reply

harissaboiii @harissaboiii · May 3                      ···
Replying to @MIUCCIAMUSE
@rosalia about to taunt another celebrity on the MET evening ... why did no
one stop her ? 😂😂😂
💬           🔁           ♡ 1          ⬆️

CeeCee @yslgirl2 · May 4                                 ···
Replying to @MIUCCIAMUSE
Ew
💬           🔁           ♡           ⬆️

Julien Vesper @j_vesper · May 3                          ···
Replying to @MIUCCIAMUSE
Laughable in the bedroom, let alone on the street.
💬           🔁           ♡ 1          ⬆️

🔍 Search Twitter

**Relevant people**

 taylor russell's whore          Follow
@MIUCCIAMUSE
it girl in training • hf twt • she/her •
fan account

**What's happening**

NFL · 2 hours ago                          
**49ers at Cardinals**

Entertainment · Trending                    ···
**Died Suddenly**
67.8K Tweets

Trending in United States                   ···
**Dreamers MV**
163K Tweets

Entertainment · Trending                    ···
**Sinbad**
8,061 Tweets

Trending in United States                   ···
**Jada**
9,242 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.                         ···
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 1-7    Filed 12/30/22    Page 41 of 101    Page ID #:584



← **Tweet**


@PRADAXBBY

Kim Kardashian out in Milan



4:11 PM · Sep 23, 2022 · Twitter for iPhone

**409** Retweets   **59** Quote Tweets   **4,931** Likes

Tweet your reply                                    **Reply**

**ThePerilsOfRobynJade** @RobynJadePerils · Sep 23
Replying to @PRADAXBBY
It's giving Rihanna
                    ♡ 2

**The Guilty Woman** @AllTheAbove12 · Sep 23
Replying to @PRADAXBBY
It's giving boring
            ♡ 2        ♡ 6

**memo** @xtvp9 · Sep 23
Replying to @PRADAXBBY
Iconic

---

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⚫ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

---

🔍 Search Twitter

**Relevant people**


@PRADAXBBY   **Follow**
enquiries: pradaxbby@gmail.com not all content is mine credits to the owners

**What's happening**

NBA · LIVE
**Lakers at Suns**

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
📢 Promoted by Avatar

Trending in United States
**Erection**
14.2K Tweets

Trending in California
**Costco**
5,459 Tweets

Sports · Trending
**#LALvsPHX**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**



**Ground Breaker** ☰
@GroundBreaker49                    ...

Closer Look At Some New #MadameWeb Set Photos Wich Seems to show some sort of Spider Variant on set 🕷️🕸️🔥👀
(I don't know if it's Just me But At Some Point the Guy on the suit really looks Like Aaron Taylor Johnson 😅🧐)



11:21 AM · Oct 6, 2022 · Twitter for Android

**1** Retweet   **2** Likes


Tweet your reply                              Reply


**Perkowski Legal P.C.**    ...
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

  **Ground Breaker** ☰    Follow
@GroundBreaker49

🔥Die harder into Celebrate Movies 🍿 | Gaming /Mobile Games 🎮 & Breakdowns🧐 including Ground breaking News Hoping for you to enjoy the Ride of my account 😉

**What's happening**

Formula 1 · 4 hours ago
**Abu Dhabi Grand Prix 2022**


**#Disenchanted** 🙍
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                    ...
**Rest In Peace**
44.1K Tweets

Trending in California                       ...
**Shakira**
108K Tweets

Entertainment · Trending                     ...
**Morgan Freeman**
181K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 🐦

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

**Tweet**



Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← Tweet



**Fuera de Plano** 🎁 🇦🇷
@FueraPlano    •••

Bombón, Burbuja y Bellota con sus trajes clásicos. Primera foto filtrada del detrás de escena de #Powerpuff.



2:56 PM · Apr 7, 2021 · Twitter for iPhone

**3** Likes

💬          🔁          ❤️          📤

  Tweet your reply                    Reply

**Santiago** @hsantiago78 · Apr 7, 2021    •••
Replying to @FueraPlano
No pues si, un parecido "increíble"
💬          🔁          ❤️ 1          📤

---

🔍 Search Twitter

**Relevant people**

**Fuera de Plano** 🎁 🇦🇷
@FueraPlano          Follow

Amantes del cine y las series. Noticias, recomendaciones, reseñas, sorteos y más! Twitch: twitch.tv/fueradeplanoli...

**What's happening**

FIFA World Cup · 35 minutes ago
**Senegal vs Netherlands**

Trending in United States    •••
**USA USA USA**
417K Tweets

Trending in United States    •••
**National Anthem**
64.3K Tweets

Trending in United States    •••
**Colorado Springs**
474K Tweets

Sports · Trending    •••
**Charles Barkley**
4,952 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski    •••



← **Tweet**

Q  Search Twitter

 **Rock, Cine y Cómics**
@RockCineyComics    •••

Desde el set
Publican nuevas fotografías de #HaileeSteinfeld y #JeremyRenner durante el rodaje de la serie de #Hawkeye

Translate Tweet



7:03 AM · Feb 23, 2021 · Twitter for iPhone

**2** Quote Tweets

🗨        ⟲        ♡        ⬆

Ⓟ  Tweet your reply                    Reply

**Relevant people**

 **Rock, Cine y Cómics**    Follow
@RockCineyComics
Aquí encontrarás noticias, entrevista y alguna locura relacionado con los temas de tu interés

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**



Trending in United States
**Ian Darke**    •••

Music · Trending    •••
**Elton John**
Trending with Dodger Stadium, #EltonFarewellTour

Music · Trending    •••
**Kelly Rowland**
21.4K Tweets

Politics · Trending    •••
**Tragically**
15.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Ⓟ **Perkowski Legal P.C.**    •••
@c_perkowski

\_\_ https://twitter.com/officialsgnews/status/1305133423124766720 \_\_ at \_\_ 2022-11-22 16:10:53 -08:00 \_\_

← **Tweet** 





Q  Search Twitter

 **Selena Gomez News** 📹
@OfficialSGnews

···

"Always been a hoops girl." - Selena's staple accessory.



6:17 AM · Sep 13, 2020 · Twitter for iPhone

**55** Retweets   **17** Quote Tweets   **582** Likes

💬                          🔁                          ❤️                          ⬆️

 Tweet your reply

**Reply**

## Home

## Explore

## 🔔 Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

## Relevant people

 **Selena Gomez News ...**
@OfficialSGnews

**Follow**

Fan account on the latest Selena Gomez news! Documentary #MyMindAndMe 🙍 coming on November 4 on @AppleTVPlus

## What's happening

FIFA World Cup · This morning
**Mexico vs Poland**



**#AvatarTheWayOfWater** 💧
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**James Woods**
1,791 Tweets

···

Entertainment · Trending
**Marvel**
82K Tweets

···

Arts & culture · Trending
**Sagittarius**
73.7K Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**
@c_perkowski

···

← Tweet



— https://twitter.com/yucatanalminuto/status/1389788199468376064 __ at __ 2022-11-22 11:07:27 -08:00 __



← **Tweet**

Q Search Twitter



**YUCATAN AL MINUTO**
@YUCATANALMINUTO

···

Tras rompimiento amoroso, captan a JLo con Ben Affleck ow.ly/nkZb50EEOch



8:45 PM · May 4, 2021 · Hootsuite Inc.

**1** Retweet  **12** Likes

💬              ⟲              ♡              ⬆

 Tweet your reply                              **Reply**

## Relevant people

 

**YUCATAN AL MINUTO**
@YUCATANALMINUTO          Follow

Yucatán al Minuto es un medio de comunicación que produce contenido informativo y material audiovisual con formatos propios en Mérida, Yucatán.

## What's happening

FIFA World Cup · 1 hour ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 💧
Get tickets now - In theaters December 16
📽 Promoted by Avatar

Trending in United States          ···
**Ochoa**
Trending with #MEXPOL, Lewandowski

Trending in United States          ···
**#MHASpoilers**
1,917 Tweets

Celebrities · Trending          ···
**Tom Hanks**
4,907 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
··· More

**Tweet**

 **Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/StripMarvel/status/1206850754797094192... et ... 2022-11-22 19:08:51 -08:00



**Relevant people**

**Dani Lagi ⚡ Strip Ma...**
@StripMarvel   **Follow**

Soy @Dani_Lagi de Strip Marvel en
@youtube y @twitch autor de
#ComoConocíAVuestraMarvel y el
cómic #ElGuanteHaterDelInfinito
CONTACT: stripmarveltv@gmail.com

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
🎬 Promoted by Avatar

Trending in United States
**RIP Harold**

Sports · Trending
**Manchester United**
345K Tweets

Politics · Trending
**Epstein**
33.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More —
© 2022 Twitter, Inc.

__ https://twitter.com/ofuxico_oficial/status/1350405335589269504 __ at __ 2022-11-22 11:32:22 -08:00 __



← **Tweet**

**OFuxico** ✔
@ofuxico_oficial

Ai, papiii! #JenniferLopez mostra corpo de sereia em praia
ofuxico.com.br/noticias-sobre...

Translate Tweet

 

3:31 AM · Jan 16, 2021 · Twitter Web App

**1** Retweet   **20** Likes

 Tweet your reply

Reply

### Relevant people

 **OFuxico** ✔
@ofuxico_oficial          Follow

OFuxico é um site jornalístico sobre o mundo dos famosos, da televisão, do cinema e assuntos relacionados ao entretenimento. No ar há 20 anos.

### What's happening

FIFA World Cup · 1 hour ago
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
◼ Promoted by Avatar

Trending in United States            ···
**Francia**
68.3K Tweets

Trending in United States            ···
**Ochoa**
Trending with Australia, Poland

Trending in United States            ···
**The Aussies**
3,013 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

Perkowski Legal P.C. ···
@c_perkowski

← **Tweet**

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/Starfucks93/status/1561036107860492288 __ at __ 2022-11-21 02:17:57 -08:00 __



- Home
- Explore
- Notifications 1
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

← **Tweet**

 **Starfucks 57K**
@Starfucks93 ...

## Olivia Rodrigo



10:03 AM · Aug 20, 2022 · Twitter for Android

**13** Retweets · **54** Likes



 Tweet your reply    **Reply**

 Perkowski Legal P.C.
@c_perkowski ...

---

Q Search Twitter

## Relevant people

 **Starfucks 57K**   **Follow**
@Starfucks93
M 29 (Paid cumtributes/cocktributes requests)

## What's happening

Television · Last night
**The Walking Dead airing on AMC**

Trending in United States  ...
**Bob Iger**
Trending with Disney, Chapek

Trending in United States  ...
**#AMAs** 🎤
Trending with soobin, sabrina

Music · Trending  ...
**Lionel Richie**
3,735 Tweets

Trending in California  ...
**#sacramentoproud** 👑

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/allinitdrews/status/1196932207463542786 __ al __ 2022-11-22 16:52:34 -08:00

← **Tweet**

**sam**
@allinitdrews

i'm pregnant



3:24 PM · Nov 19, 2019 · Twitter for iPhone

**3** Retweets   **48** Likes

Tweet your reply                                          **Reply**

**Jana⁷** @bizzlemeetsevil · Nov 19, 2019
Replying to @allinitdrews
SHEESHH 😍😍😍

---

**Search Twitter**

**Relevant people**

**sam**
@allinitdrews                                            **Follow**
fan account; justin followed 9.14.19

**What's happening**

NCAA Men's Basketball · Last night
**Knights at Blue Devils**

**#AvatarTheWayOfWater** 🧜
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**James Woods**
2,313 Tweets

Sports · Trending
**Ryan Leaf**

Sports · Trending
**College Football Playoff**
1,658 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

🐦

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗐 Lists

👤 Profile

⊙ More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

**Perkowski Legal P.C.**  ...
@c_perkowski

— https://twitter.com/inMARVEL_/status/1558693058950176768 __et __ 2022-11-21 01:40:33 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-7    Filed 12/30/22    Page 56 of 101    Page ID
#:599

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**inMARVEL ❄ #MarvelStudios #Marvel #WakandaForever** ···
@inMARVEL_

Si tuviera que hacerle un traje Comic Accurate a
Daredevil sin meterme en el "territorio de la licra", creo
que sería con el material de esa capa 👌🏻
Literal parece piel de demonio 🔥
#Ironheart #Daredevil #TheHood
#CharlieCox #AnthonyRamos
#Marvel #MCU #MarvelStudios

Translate Tweet



10:52 PM · Aug 13, 2022 · Twitter for Android

**4** Likes

Tweet your reply

Reply

**inMARVEL ❄ #MarvelStudios #Marvel #Wak...** @inMA... · Aug 13 ···
Replying to @inMARVEL_
Tiene sentido ya que habrá sido de uno (si respetan el origen de The Hood
en los cómics claro) 🤔

4

**Perkowski Legal P.C.** ···
@c_perkowski

**Search Twitter**

**Relevant people**

**inMARVEL ❄ #Marv...** Follow
@inMARVEL_
Aquel que disfrute del contenido de
Marvel Studios, si es digno, poseerá el
poder de saber todo acerca del MCU.
¡Sígueme y sé un Nuevo Vengador!
👏🤝

**What's happening**

Television · Last night
The Walking Dead airing on AMC

Trending in United States ···
maher
22.1K Tweets

Trending in United States ···
#AMAs🔥
Trending with sabrina

Trending in California ···
#BLACKPINK_WORLDTOUR
59.2K Tweets

Music · Trending ···
#DavidoAt30
67.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/lindaikeji/status/1404565624152465410 __ et __ 2022-11-22 16:56:44 -08:00

← **Tweet**

**Linda Ikeji**
@lindaikeji

Jennifer Lopez and Ben Affleck seen kissing a dinner party after reuniting lindaikejisblog.com/2021/6/jennife ...



3:25 PM · Jun 14, 2021 · LIB App

2 Retweets    1 Quote Tweet    14 Likes

Tweet your reply

**Reply**

**Chuzee** @ChuzeeBonano · Jun 14, 2021
Replying to @lindaikeji
This is one love triangle too many. Wishing them both great taste

**Tweet By Austeiin** 🐦 @Austeiin · Jun 14, 2021
Replying to @lindaikeji
Love don FINISH these two 😂😂😂😂

**Bisoye** @btoyob · Jun 14, 2021
Replying to @lindaikeji
Jennifer!!!!!!!!!!!!!! 😂😂😂😂😂😂

---

**Search Twitter**

**Relevant people**

**Linda Ikeji**
@lindaikeji                    **Follow**
Blogger. CEO, LindaIkejiTV

**What's happening**

NCAA Men's Basketball · Last night
**Knights at Blue Devils**

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Sports · Trending
**College Football Playoff**
1,710 Tweets

Music · Trending
**Nicki**
67K Tweets

Entertainment · Trending
**James Woods**
2,359 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**

**BigDeePee**
@TrustMeBro18                                              ⋯

Tahar Rahim as Ezekiel Sims?
#MadameWeb



9:45 AM · Oct 6, 2022 · Twitter for Android

**4** Retweets   **1** Quote Tweet   **31** Likes

💬          🔁          ♡          ⬆

🅿  Tweet your reply                                  Reply

**Arthur** @Arthur65381575 · Oct 6           ⋯
Replying to @TrustMeBro18
Oh, I forgot the leaks of Ezekiel being a villian.

💬          🔁          ♡          ⬆

**Arthur** @Arthur65381575 · Oct 6           ⋯
Replying to @TrustMeBro18
Does anyone remember those leaks for this with Ezekiel in them?

💬          🔁          ♡ 1          ⬆

**Joe is traveling the nine realms** @joe_fayant · Oct 6     ⋯
Replying to @TrustMeBro18
God I hope not. Only because I hate all the spider totem web of life stuff. It
not what Spider-Man is suppose to be about

💬 1          🔁          ♡ 4          ⬆

**Arthur** @Arthur65381575 · Oct 6           ⋯
Replying to @joe_fayant and @TrustMeBro18
Yeah, but I think that is what Sony is going for.

💬          🔁          ♡ 1          ⬆

🇧🇷**Cristianⓞ Sarkozyew**🇧🇷 @Astrofabrice42 · Oct 6     ⋯
Replying to @TrustMeBro18
@boss2panam_ ça été confirmé

💬          🔁          ♡          ⬆

**Relevant people**

**BigDeePee**
@TrustMeBro18                    Follow
Movies | Series

**What's happening**

FIFA World Cup · 50 minutes ago
**World Cup Qatar 2022: Opening
Ceremony**

#Disenchanted 😍
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending      ⋯
**RIP JDF**
5,428 Tweets

Trending in California      ⋯
**Shakira**
96.2K Tweets

Trending in United States      ⋯
**#RIPLEGEND**
1,784 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

🅿 **Perkowski Legal P.C.**   ⋯
@c_perkowski

__ https://twitter.com/CinematizandoOf/status/1540045803861713409 __ at __ 2022-11-22 20:33:43 -08:00 __

← **Thread**



**Cinematizando**
@CinematizandoOf

···

Fotos dos bastidores de Barbie com Margot Robbie e Ryan Gosling sendo Barbie e Ken respectivamente

#Barbie #MargotRobbie #RyanGosling #Ken



11:55 AM · Jun 23, 2022 · Twitter Web App

8 Likes



Tweet your reply                    Reply

**Cinematizando** @CinematizandoOf · Jun 24
Replying to @CinematizandoOf
Mais fotos dos bastidores de Barbie com Margot Robbie e Ryan Gosling sendo Barbie e Ken respectivamente

#Barbie #MargotRobbie #RyanGosling #Ken



♡ 5

## Navigation Menu

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**


**Perkowski Legal P.C.**
@c_perkowski

## Sidebar

Search Twitter

**Relevant people**


**Cinematizando**
@CinematizandoOf        Follow

**What's happening**

NBA · LIVE
**Lakers at Suns**

#AvatarTheWayOfWater 🙊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in California
**Epstein**
35.3K Tweets

Trending in United States
**#GenshinSpecialProgram**
10.2K Tweets

Trending in United States
**#staywoke**
2,261 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/1dafamily/status/1222604866926804999 __ at __ 2022-11-22 01:28:06 -08:00 __

← **Tweet**

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**



**Respaldo HSA**
@HarrySArgentina

···

(4) Más fotos de Harry grabando el video de "Watermelon Sugar"

Ⓒa quien corresponda

Translate Tweet



11:38 AM · Jan 29, 2020 · Twitter for Android

**5** Retweets   **30** Likes




Tweet your reply

**Reply**

**Relevant people**


**Respaldo HSA**
@HarrySArgentina
**Follow**

Fan Page | Updates del actor y cantante ganador de un Grammy @Harry_Styles en Argentina. • Fan Account. ¡Cuenta de respaldo de @HarryArgentina!

**What's happening**

Television · 5 hours ago
**The Walking Dead airing on AMC**


Trending in United States
**maher**
22.1K Tweets

Trending in United States
**#AMAs** 🖤
Trending with sabrina

Music · Trending
**#DavidoAt30**
66.6K Tweets

Trending in United States
**Colorado Springs**
547K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

**Perkowski Legal P.C.**   ···
@c_perkowski

← **Tweet**

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Mateus Aguiar**
@mateusaguiarph

A willow tá gravando um clipe com a avril lavigne, o poprock 2000's tá de volta. Esse é o tweet!

Translate Tweet



1:24 PM · Jun 15, 2021 · Twitter for iPhone

**69** Retweets   **28** Quote Tweets   **524** Likes

Tweet your reply                    Reply

**spencer** @patronumarvel · Jun 15, 2021
Replying to @mateusaguiarph
AAAA AA

**euguxtavolima** @euguxtavolima · Jun 15, 2021
Replying to @mateusaguiarph
Meu deussss

○ 3

**brubis** @bruna_preisler · Jun 15, 2021
Replying to @mateusaguiarph
@luubrisaa

○ 1

**lubrisa** @luubrisaa · Jun 16, 2021
Replying to @bruna_preisler and @mateusaguiarph
nossa amei lindas

○ 1

**anafelix out** @anyblinding · Jun 15, 2021
Replying to @mateusaguiarph

MAREBARROW

From Kah

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**Gabi** @gabsletu · Jun 15, 2021
Replying to @littleSUNbay and @mateusaguiarph
acho que ela também é reptiliana

○ 1

---

Q Search Twitter

### Relevant people

**Mateus Aguiar**    Follow
@mateusaguiarph
tiro umas fotos e falo sobre a vida

### What's happening

FIFA World Cup · 2 hours ago
**Mexico vs Poland**



**#AvatarTheWayOfWater**
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
**Ochoa**
Trending with Poland, Lewandowski

Celebrities · Trending
**Tom Hanks**
6,089 Tweets

Trending in United States
**Giroud**
Trending with Australia, Mbappe

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**

**Male Celeb Hotties**
@jaymalecelebs · · ·

When you strut around in your boxers like....



2:05 PM · Nov 1, 2020 · Twitter for Android

**41** Retweets   **2** Quote Tweets   **494** Likes

Tweet your reply                                    Reply

**Sir P O R N** 😈 @mrtimdan · Nov 1, 2020 · · ·
Replying to @jaymalecelebs
Doesn't beat this pic though #JustinBieber #NakedOutside

💬 1                🔁                ♡ 6                ⬆️

---

🔍 Search Twitter

**Relevant people**

**Male Celeb Hotties**   Follow
@jaymalecelebs
Just a bi guy bringing you hot male celeb content to lust over! DMs are always open! Have fun! 😜 18+

**What's happening**

FIFA World Cup · 5 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🎭
Get tickets now · In theaters December 16
📷 Promoted by Avatar

Celebrities · Trending   · · ·
**Chris Evans**
Trending with Blueface

Trending in California   · · ·
**Chicharito**
6,927 Tweets

Celebrities · Trending   · · ·
**Tom Hanks**
8,243 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications (1)
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

Perkowski Legal P.C.   · · ·
@c_perkowski

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← Tweet

 **Entertainment Crave**
@ECraveWorld                                    ...

🎌 #VincentDOnofrio as #Kingpin on set of the #MarvelStudios' #Echo series.






9:12 AM · Aug 9, 2022 · Twitter for Android

**1** Quote Tweet   **1** Like

💬          ⇄          ♡          ⬆

 Tweet your reply                          Reply

🔍 Search Twitter

**Relevant people**

 **Entertainment Crave**   Follow
@ECraveWorld

A place full of entertainment that you crave. Follow to stay connected to Pop Culture World, Movies, Shows, Series, Music, Celebrities, News and More

**What's happening**

Television · 2 hours ago
**The Walking Dead airing on AMC**

#Disenchanted 🎀
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                    ...
**Bob Iger**
Trending with Chapek, #Disney

Trending in United States                    ...
**Wayne Brady**
3,271 Tweets

Trending in United States                    ...
**Kody**
Trending with #SisterWives

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Tweet**

**Perkowski Legal P.C.**   ...
@c_perkowski

https://twitter.com/JenniferUpdates/status/1435802748861464920__at__2022-11-22 03:26:53 -08:00
22-cv-09462-DMG-ADS    Document 1-7    Filed 12/30/22    Page 64 of 101    Page ID #:607







← **Tweet**

**1D Updates**
@Live1DNews

Harry and Olivia Wilde at Jeff's wedding over the weekend

(Via @hsdcandids)



12:10 PM · Jan 4, 2021 · Twitter for iPad

**1** Retweet   **15** Likes

Tweet your reply

Reply

## Relevant people

**1D Updates**
@Live1DNews                    Follow

1D Updates. Paul, Andy, and more follow!

**HS Candids**
@hsdcandids                    Follow

Follow for HQ candids of HS. Layout by @brightblackdsgn. (Fan Account)

## What's happening

Formula 1 · Starts tomorrow
**Abu Dhabi Grand Prix 2022**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Sports · Trending
**Andrel Anthony**

Entertainment · Trending
**Tommyinnit**
7,091 Tweets

Trending in California
**Messi**
335K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski



___ https://twitter.com/mileyupdates/status/1351536258328147073 ___ et ___ 2022-11-22 00:24:30 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 1-7   Filed 12/30/22   Page 68 of 101   Page ID
#:611

← **Tweet**

This Tweet is from a suspended account. Learn more

**MileyJr.**⚡ @SureWinJr · Jan 19, 2021
Replying to @MileyUpdates
@MileyCyrus  PLEASE BE
ANGLES LIKE YOU music video
😭💀🐱🐾🐾🖤

**Oybek** @Oybek63544192 · Jan 20, 2021
Replying to @MileyUpdates
Hi miley



**MC**✨ @whatmileywears · Jan 20, 2021
Replying to @MileyUpdates
This is probably a gucci campaign because she is wearing full look gucci
including her MC rings... sorry for who's waiting ALY MV

**Angel That Twerks** @likeaneonlight · Jan 19, 2021
Replying to @MileyUpdates
she knew he's wrong for her and wished they never met on the day she left
😘

**molly**🐱 @MedinaGisellev · Jan 19, 2021
Replying to @MileyUpdates
Stop why are you hurt me like this
♡ 1

**rudy** @ByPlasticHearts · Jan 19, 2021
Replying to @MileyUpdates
Your mind 🔥

← **Tweet**

**Nación Marvel** 🦸
@nacionmarvel                                    ⋯

Imágenes filtradas desde el set de Avengers 4. 😱😱😱



6:22 PM · Jan 10, 2018 · Twitter Web Client

**29** Retweets    **2** Quote Tweets    **79** Likes

💬              🔁              ♡              ⬆️

Ⓟ  Tweet your reply                        Reply

**FangirlReice** ⭐ @ABigFanGirl7 · Jan 11, 2018    ⋯
Replying to @nacionmarvel
Noooo ese traje de vuelta nooooo odio ese traje del cap, le hubieran puesto el de CA:TFA

💬 1          🔁 1          ♡

**Nación Marvel** 🦸 @nacionmarvel · Jan 11, 2018    ⋯
Replying to @ABigFanGirl7
Prefiero el traje de CA:TWS 😄

💬 1          🔁 1          ♡ 2          ⬆️

Show replies

**blanquis domi** @Sk01Tania · Jan 10, 2018    ⋯
Replying to @nacionmarvel
Algún paso en el tiempo !? 🤔

💬          🔁 1          ♡

---

**Relevant people**

**Nación Marvel** 🦸
@nacionmarvel                    Follow
¡Wakanda por siempre! | 📷
instagram.com/nacionmarvel | Contact
o: nacionmarvelofficial@gmail.com

**What's happening**

NBA · LIVE
**Kings at Grizzlies**



#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
📽 Promoted by Avatar

Trending in United States
**#GenshinSpecialProgram**
4,762 Tweets                        ⋯

Trending in United States
**Non-binary**
25.9K Tweets                        ⋯

Sports · Trending
**Kevin Knox**                      ⋯

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**    ⋯
@c_perkowski

← **Tweet**



**best justin pics**
@postsjustin

🍭

👤 Justin Bieber

8:57 PM · Mar 22, 2021 · Twitter for iPhone

**88** Retweets   **9** Quote Tweets   **678** Likes

Tweet your reply

Reply

## Relevant people

**best justin pics**   Follow
@postsjustin

The best of @justinbieber content. (fan account) Ownered by starringevelyn, brzzle and biebersnt.

**Justin Bieber** ✓   Follow
@justinbieber

JUSTICE the album out now

## What's happening

FIFA World Cup · 3 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in California
**LAPD**
12.2K Tweets

Family drama · Trending
**#GTMcontest31**

Trending in United States
**Ochoa**
Trending with  Poland, Lewandowski

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

Perkowski Legal P.C.
@c_perkowski





← **Tweet**

🔍 Search Twitter

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

Perkowski Legal P.C. ···
@c_perkowski

**best of margot** ···
@badpostmargots

margot robbie on the set of 'barbie'



2:42 PM · Jun 22, 2022 · Twitter for iPhone

371 Retweets    234 Quote Tweets    4,269 Likes

💬        🔁        ♡        ⬆️

Tweet your reply                          Reply

CeeFo Bane 🅱️ @ceefourbane · Jun 22
Replying to @badpostmargots

💬        🔁 1        ♡        ⬆️

toninho🐨 @antonioczzz · Jun 22
Replying to @badpostmargots
@cassiaselioc

💬        🔁        ♡        ⬆️

zidane🇧🇷 @sutorortasaha · Jun 22
Replying to @badpostmargots
Sen benim söylenmeyen sözlerim..

💬        🔁        ♡        ⬆️

carol fã do messi puta com o messi @goatsfav · Jun 22
Replying to @badpostmargots
vou desmaiar @cuscuzy

💬 1        🔁        ♡        ⬆️

acaba de falecer a web diva carol às 19:00 @cuscuzy · Jun 22
Replying to @goatsfav and @badpostmargots
meu deus como essa mulher é tudo, até com roupa feia fica linda

💬        🔁        ♡        ⬆️

PalestineAdesanya @LetRussoCook · Jun 22
Replying to @badpostmargots
On 444 retweets

💬        🔁        ♡        ⬆️

Ikarus @TheUnholyIkarus · Jun 22
Replying to @badpostmargots
Peak Cinema

💬        🔁 1        ♡        ⬆️

Miraç @MiracsS · Jun 22
Replying to @badpostmargots
Her şarkının sana çıktığı saatlerdeyim. 📍

💬        🔁 1        ♡        ⬆️

This Tweet is from a suspended account. Learn more

▶️kelll belll🎙️ @supatkelli · Jun 23
Replying to @Nijigakulove and @badpostmargots
.milk?

💬        🔁        ♡        ⬆️

bismuto 🔮 @vintesetecereais · Jun 22
Replying to @badpostmargots
@NovenoveNumero vazou vc

💬 1        🔁        ♡        ⬆️

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

Show replies

**Relevant people**

**best of margot**        Follow
@badpostmargots
fan account posting updates & daily
posts of the aussie goddess and
academy award nominated actress,
margot robbie

**What's happening**

NFL · 1 hour ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
63.1K Tweets

Trending in United States
**Trent Reznor**
20K Tweets

Trending in California
**Dodger Stadium**
9,266 Tweets

Entertainment · Trending
**August Alsina**
Trending with #TheSurealLife

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet

__ https://twitter.com/disneyflixfr/status/1380176161578217473 __ at __ 2022-11-21 17:57:01 -08:00 __

← **Tweet**

 **DISNEY FLIX FR**
@disneyflixfr    ...

Le tournage des Super Nanas en live action a commencé !

Translate Tweet



8:10 AM · Apr 8, 2021 · Twitter for iPhone

**2** Retweets  **3** Quote Tweets  **8** Likes

🔍 Search Twitter

**Relevant people**

 **DISNEY FLIX FR**   **Follow**
@disneyflixfr

Toutes les dernières informations sur vos films et séries préférées ✨

**What's happening**

Television · LIVE
**Bachelor in Paradise airing on ABC** 

Trending in United States
**Died Suddenly**    ...
43.4K Tweets

Trending in United States
**Maher**    ...
8,353 Tweets

Trending in United States
**Tampax**    ...
28K Tweets

Entertainment · Trending
**#DWTSFinale** 🏆    ...
Trending with Charli, Shangela

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

 **Perkowski Legal P.C.**   ...
@c_perkowski

← **Tweet**

🔍 Search Twitter

**DC Brasil**
@_DCCBRASIL

Novas imagens de Xolo Maridueña no set do filme do Besouro Azul



3:37 PM · May 25, 2022 · Twitter for iPhone

**19** Retweets   **12** Quote Tweets   **357** Likes

Tweet your reply            **Reply**

**jhonnny kenji** @Eckhho · May 25
Replying to @_DCCBRASIL
@EstherVogt_

**Zaphir #TEAMBLACK** @ZaphirTheWind · May 25
Replying to @_DCCBRASIL
Amen sem boca, segue vencendo

**sandra ⚡** @wizdcomics · May 25
Replying to @_DCCBRASIL
ai dcbr to simplesmente amando

**van | pennyworth S3** @lovintesfaye · May 25
Replying to @_DCCBRASIL
@astroxplicit notas

**astro** @astroxplicit · May 25
Replying to @lovintesfaye and @_DCCBRASIL
MANO TA PERFEITO

Show replies

**Perkowski Legal P.C.**
@c_perkowski

## Relevant people

**DC Brasil**
@_DCCBRASIL                    **Follow**
Todas as notícias relacionadas ao mundo da #DCComics em um só lugar! 🦸Parcerias e Mídia Kit: contatodcbrasil@gmail.com • Siga-nos no Instagram:

## What's happening

FIFA World Cup · LIVE
**England vs Iran**

Events · Trending
**LGBT**
208K Tweets

Gaming · Trending
**Maple Treeway**
Trending with 3DS RAINBOW ROAD

Events · Trending
**ITS COMING HOME**
3,904 Tweets

Trending in United States
**England**
Trending with #ENGIRN, Saka

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.


https://twitter.com/quidvacuo_/status/1556779392336534466... al ... 2022-11-21 07:45:50 +00:00
1:22-cv-09402-DMG-ADS   Document 1-7   Filed 12/30/22   Page 75 of 101   Page ID
#:618



___ https://twitter.com/Quinterol05/status/1583290541105905664 ___ at ___ 2022-11-20 07:28:44 -08:00

← **Tweet**



Isa ✨💜
@Quinterol05

I love you Nicholas in boy band style 👬 ❤️
@nickgalitzine
Hayes (The Idea Of You) First Look
#NicholasGalitzine #annehataway



👤 Nicholas Galitzine

7:54 PM · Oct 20, 2022 · Twitter for Android

**6** Likes

💬     🔁     ♡     ⬆️

Tweet your reply                                    Reply

## Search Twitter

### Relevant people



Isa ✨💜          Follow
@Quinterol05
Quien no arriesga no gana 👬 Fangirl
Deportivo Cali 💚 Coldplay ✨ Carson
💜 Galitzine 💙

Nicholas Galitzine ✓      Follow
@nickgalitzine

### What's happening

Formula 1 · 27 minutes ago
Abu Dhabi Grand Prix 2022



Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/filmnewsPL/status/1385159552455397376 __ at __ 2022-11-19 20:37:51 -08:00 __



# Twitter

Tweet



**Film News**
@filmnewsPL

## Zdjęcia z planu filmu #SonicTheHedgehog2

Translate Tweet



2:12 AM · Apr 22, 2021 · Twitter for Android

**13** Likes

Tweet your reply

Reply

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**


Perkowski Legal P.C.
@c_perkowski

Search Twitter

## Relevant people



**Film News**
@filmnewsPL

Follow

🎬 najnowsze wiadomości filmowe - kino polskie i zagraniczne, popularne i niezależne 🎟️ kontakt: filmnewspl@gmail.com

## What's happening

Television · 36 minutes ago
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶️ Promoted by Uber



Trending in California
**HELL NO**
45.5K Tweets

Politics · Trending
**Mr. President**
41.1K Tweets

Trending in California
**Andrew Tate**
28.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



Terms of Service · Privacy Policy · Cookie Policy
Accessibility · Ads info · More ···
© 2022 Twitter, Inc.

__ https://twitter.com/creemorscream/status/1363312918460675075 __ at __ 2022-11-22 12:07:05 -08:00 __

← **Tweet**

**Bishop**
@BlindWanda

The Concept Art
The filmed scene

#Hawkeye #Marvel #DisneyPlus

Marvel Studios and Disney+

6:21 PM · Feb 20, 2021 · Twitter Web App

**26** Retweets   **2** Quote Tweets   **157** Likes

Tweet your reply

Reply

---

**Search Twitter**

### Relevant people

**Bishop** 
@BlindWanda
Lover of Marvel, DC, Star Wars, Comics, Hailee Steinfeld, BLACKPINK, and many other things (*)
Follow

**Marvel Studios** ✓
@MarvelStudios
⊘ Official
Marvel Studios' Black Panther: Wakanda Forever, now playing only in theaters. Get tickets now 🎟
Follow

**Disney+** ✓
@DisneyPlus
⊘ Official
#DisneyPlus is your home for the holidays. 💙❄️ #SeasonsStreamings
Follow

### What's happening

FIFA World Cup · 2 hours ago
**Mexico vs Poland**

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Celebrities · Trending
**Tom Hanks**
5,592 Tweets

Trending in California
**Mexicans**
15.8K Tweets

Trending in United States
**Ochoa**
Trending with Lewandowski, #MexVsPol

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**


Perkowski Legal P.C.
@c_perkowski

← **Tweet**

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒 Lists

👤 Profile

⊙ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

**Infos Séries**
@InfosSeriesFR

···

#PHOTOS Bella Hadid à l'after party du #MetGala

Translate Tweet



11:23 PM · May 3, 2022 · Twitter for iPhone

**4** Retweets **5** Quote Tweets **88** Likes

💬  🔁  ♡  ⬆️

Ⓟ  Tweet your reply        Reply

**John Doggett** @nimour30 · May 3
Replying to @InfosSeriesFR
Vulgaire comme d'hab

💬  🔁  ♡ 3  ⬆️

**Lizzie Parrish Kelley** 🏵 @Maeva_Kelley · May 5
Replying to @InfosSeriesFR
Elle serais nu ça serait pareil, là c'est comme si elle portait Rien du tout

💬  🔁  ♡ 1  ⬆️

Show more replies

🔍 Search Twitter

### Relevant people

**Infos Séries**
@InfosSeriesFR                    Follow
Bienvenue sur votre source française sur toutes vos séries, films et stars préférées
contact:Lnfosseriesfrpro@gmail.com
@dianemarchetti1 &
@jeannepchll

### What's happening

NFL · 1 hour ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
64.9K Tweets                    ···

Sports · Trending
**Norman Powell**                    ···

Trending in United States
**Murder House**                    ···
1,700 Tweets

Only on Twitter · Trending
**Pablo Milanés**                    ···
Trending with  Auburn

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/teleaudiencias/status/1417602717300641792 __ at __ 2022-11-22 09:56:40 -08:00 __

← **Tweet**



**Teleaudiencias**
@teleaudiencias

···

The Weeknd y Angelina Jolie, han sido vistos juntos saliendo de un restaurante de Los Ángeles. Algunos medios americanos señalan de una posible relación y otros de motivos profesionales (concretamente de la nueva serie de HBO que producirá el cantante).
wp.me/pa7l1P-5ud

Translate Tweet



2:50 PM · Jul 20, 2021 · TweetDeck

1 Like


**Perkowski Legal P.C.** ···
@c_perkowski


Tweet your reply          Reply


🔍 Search Twitter

**Relevant people**


**Teleaudiencias**          Follow
@teleaudiencias

Audiencias, noticias, opinión, entrevistas, estrenos, tv, cine, música y deportes y +51.000 en instagram!
TvTeleaudiencias.wordpress.com

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**






# Tweet

← 



🌈 **ANDY JONNY**
@AndresJovannyMa                    ...

#DakotaJohnson desde el set de #MadameWeb




8:48 AM · Jul 26, 2022 · Twitter for Android

**2** Retweets  **10** Likes

        

Tweet your reply                            Reply

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

Perkowski Legal P.C.
@c_perkowski        ...

---

Search Twitter

### Relevant people



🌈 **ANDY JONNY**        Follow
@AndresJovannyMa

EL PENSAR Y EXPRESAR 💙🩷 Tengo un canal en YouTube ▶️ ANDY JONNY 😄

### What's happening

Television · 1 hour ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
□ Promoted by Uber

Trending in United States        ...
**HE'S BACK**
142K Tweets

Music · Trending        ...
**#DreamersbyJungkook**
Trending with #Dreamers2022, #DreamersOutNow

Sports · Trending        ...
**PAC 12**
3,898 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.



Relevant people

rachel🦋
@canyonmoonblu
"lesbian flag emoji"

Follow

What's happening

FIFA World Cup · 2 hours ago
Mexico vs Poland

#AvatarTheWayOfWater
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in California
Mexico City
19.4K Tweets

Trending in United States
Ochoa
Trending with Poland, Lewandowski

Trending in California
LAPD
11K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/chrisevansparty/status/1581691471177973761 __ at __ 2022-11-22 23:53:56 -08:00 __

← **Tweet**



Q  Search Twitter

**Chris Evans Celebrations** 💙 (fan account) 💙
@chrisevansparty

···

Times change but Chris Evans' smile remains pretty as ever 💙

 

10:00 AM · Oct 16, 2022 · Twitter for Android

24 Retweets    331 Likes

💬          ⟲          ♡          ⬆

 Tweet your reply                    Reply

---

**Relevant people**



**Chris Evans Celebrati...**    Follow
@chrisevansparty

Welcome to the party where we all celebrate the masterpiece that is Chris Evans ⦿ Fan account ⦿ Not associated with any celebrity ⦿

**What's happening**



FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
📷 Promoted by Avatar

Business and finance · Trending    ···
**#massshooting**
1,537 Tweets

Trending in United States    ···
**Erection**
21.6K Tweets

Trending in California    ···
**Costco**
6,178 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.   ···
@c_perkowski

← **Tweet**

**Relevant people**

🔍 Search Twitter

**Margvel** 🦎
@_Margvel    ⋯

📸 Nuevas fotos de Dakota Johnson filmando 'MADAME WEB' en Massachusetts 🇺🇸



5:03 AM · Jul 26, 2022 · Twitter for iPhone

**16** Retweets   **23** Quote Tweets   **434** Likes

**Margvel** 🦎
@_Margvel                        Follow
Humor, información y updates del
Universo Marvel | 🏆
contactomarvel@gmail.com |
#SheHulk #IAmGroot

**Tweet your reply**                    **Reply**

**Agustin Diaz** @Agus_Diaz99 · Jul 26
Replying to @_Margvel
Quien o que se supone que sea madame web? Dieron algun indicio de la trama ya?
💬 4        ♡ 1

**Margvel** 🦎 @_Margvel · Jul 26
Replying to @Agus_Diaz99
Es una mutante clarividente y precognitiva, al principio fue una aliada de Spidey y después medio que se pasó para el lado del mal (? pero como que no es villana del todo. Tampoco entra en la categoría de antihéroe, así que lo descubriremos en la película!
💬        ♡ 6

**Nanu | Hablando de GH y series** @goldxnmica · Jul 26
Replying to @_Margvel
Que mujerrrr
💬        ♡ 1

**ya casi termino The Office siuuuu** @SuperTallarín24 · Jul 26
Replying to @_Margvel
Xdon por comparar, pero le recuerda a Jessica Jones 🙂
💬 1        ♡ 1

This Tweet is from a suspended account. Learn more

Show replies

**What's happening**

FIFA World Cup · 1 hour ago
**England vs Iran**

Sports talk · Trending                    ⋯
**Skip and Shannon**

K-pop · Trending                          ⋯
**chenle**
202K Tweets

Trending in United States                 ⋯
**Chocolate and Chip**

Gaming · Trending                         ⋯
**#ExploreBlackreef**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**   ⋯
@c_perkowski

__ https://twitter.com/things_marvel/status/1329632832407257089 __ at __ 2022-11-21 07:21:05 -08:00 __

← **Tweet**

**All Things Marvel**
@things_marvel



## ภาพใหม่ของ Kamala Khan ในชุด Captain Marvel จากกองถ่าย Ms. Marvel



7:49 PM · Nov 19, 2020 · TweetDeck

**11** Retweets   **12** Likes

Tweet your reply

Reply

### Relevant people

**All Things Marvel**
@things_marvel

Follow

News update for THAI fans of @Marvel Cinematic Universe. อัปเดตข่าวของจักรวาลภาพยนตร์มาร์เวลสำหรับแฟน ๆ ชาวไทย

### What's happening

FIFA World Cup · LIVE
**England vs Iran**



Sports · Trending
**Michael Irvin**

Korean music · Trending
**#CHASE**
6,248 Tweets

Trending in California
**#BLACKPINK_WORLDTOUR**
58.6K Tweets

Trending in United States
**Schiff**
67.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter



**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/mileyupdates/status/1219841364491472898 __ at __ 2022-11-21 05:42:00 -08:00 __

← **Tweet**



This Tweet is from a suspended account. Learn more

**DiViNa** @DiiViinA_ · Jan 22, 2020
Replying to @MileyUpdates
hoping that you'll stay the same and nothing will change  ant it'll be us just for a while 😢😭😢

♡ 1

**Andrea Pérez** @_andreeaperez · Jan 22, 2020
Replying to @MileyUpdates
😍😍😍😍😍

**yas** @cyrusbooxox · Jan 22, 2020
Replying to @MileyUpdates
@lucrxz chorei

♡ 1

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**


Perkowski Legal P.C.
@c_perkowski

— https://twitter.com/UpdatesHathaway/status/1554605105189715669 __ at __ 2022-11-20 08:23:19 -08:00 __



**Tweet**



**Anne Hathaway UPDATES**
@UpdatesHathaway · ···

📸 Anne Hathaway in NY.

(c) dailymail

4:08 PM · Aug 2, 2022 · Twitter for Android

**33** Retweets  **7** Quote Tweets  **421** Likes

Tweet your reply    **Reply**

**Norbert Tasev** @OasevTasi83 · Aug 2
Replying to @UpdatesHathaway
🌹💃🌺🐝☀️💎😊😍🥰😘😌👌💕❤️

**miladin - foto galeria - lux** @SafirLucio · Aug 3
Replying to @UpdatesHathaway
😂😂😂😂😂😂😂😂😂😂😂😂😂😂

**Perkowski Legal P.C.**
@c_perkowski ···

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

### Relevant people



**Anne Hathaway UPD...**
@UpdatesHathaway    **Follow**

Your best, fast and most reliable source about the updates of award winning actress Anne Hathaway ⭐ FAN ACCOUNT

### What's happening

FIFA World Cup · LIVE
**Qatar vs Ecuador**

**#Disenchanted** 🧙
Original movie now streaming
📺 Promoted by Disney+

Only on Twitter · Trending
**RIP JDF**
3,395 Tweets

Trending in United States
**Offsides**
5,330 Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with  Power Rangers,  Tommy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/tender_DMJ/status/1134156818784886789 __ at __ 2022-11-22 20:57:19 -08:00

← **Tweet**

 **DAKOTA** 💜💙
@tender_DMJ                                                    ···

DAKOTA 😍



10:56 AM · May 30, 2019 · Twitter for iPhone

**1** Retweet    **8** Likes

💬         🔁         🤍         ⬆️

 Tweet your reply                          Reply

🔍 Search Twitter

**Relevant people**

 **DAKOTA** 💜💙            Follow
@tender_DMJ

Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

**What's happening**

NBA · LIVE
**Lakers at Suns**                    

**#AvatarTheWayOfWater**🧑🏻
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Trending in California                    ···

🏠 Home
#️⃣ Explore
🔔 Notifications
💬 Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

Ⓟ **Perkowski Legal P.C.**          ···
@c_perkowski

__ https://twitter.com/romanticllady/status/1583421928483667968 __ at __ 2022-11-20 07:23:11 -08:00 __

← **Tweet**

**Fabi** ✨
@romanticllady

Simplesmente Nicholas Galitzine e Anne Hathaway nas gravações do filme The Idea of You



4:36 AM · Oct 21, 2022 · Twitter for Android

**1** Retweet   **17** Likes

Tweet your reply

Reply

**Relevant people**

**Fabi** ✨
@romanticllady

Follow

**What's happening**

Formula 1 · 21 minutes ago
**Abu Dhabi Grand Prix 2022**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
Promoted by Disney+

Trending in United States
**#MassShooting**

Trending in United States
**#FIFAWorldCup** 🏆
Trending with Ecuador, #Dreamers2022

Trending in United States
**Morgan Freeman**
57.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/photosofkanye/status/1573786498280873984 __at__2022-11-20 19:53:02 -0800
2:22-cv-09462-DMG-ADS   Document 1-7   Filed 12/30/22   Page 92 of 101   Page ID
#:635

# Tweet

**Photos Of Ye** ✓
@PhotosOfKanye

Some of Ye's recent IG stories:



2:28 PM · Sep 24, 2022 · Twitter for iPhone

**36** Retweets   **7** Quote Tweets   **574** Likes

---

**Tweet your reply**                                    Reply

**T'** @prettylilyanna · Sep 24
Replying to @PhotosOfKanye
Not him posting Kim
💬 1                              ♡ 3

**Graced** @GracedNigerian · Sep 24
Replying to @prettylilyanna and @PhotosOfKanye
I think he's just doing his little bit in trying to help "divert" from the Ray J
situation, but it has already circulated and her numbers have dropped
significantly (check her twitter page).

She's now like a regular I.G. model who collabs with brands at a price.
💬 1                              ♡ 2

Show replies

**Hutch**🧡 @Hutch_24 · Sep 24
Replying to @PhotosOfKanye
Those clothes in the first pic go hard
💬                               ♡ 2

**trice_north**🏴󠁪🔵 @patricedjipoue · Sep 24
Replying to @PhotosOfKanye
I hate gab ⚡⚡⚡

**Graced** @GracedNigerian · Sep 24
Replying to @PhotosOfKanye
I understand he's trying to help her, create some buzz, but I'm sorry Kanye,
she and her mother have become their own downfall.

They thought they could poke Ray J and play victim but Ray J said NOPE!.

You can't save her this time Ye, but Bless your heart for trying.
💬                               ♡ 2

**DONDA** @YaserRollins3 · Sep 24
Replying to @PhotosOfKanye
Kim 😭💀
💬                               ♡ 15

Show more replies

---

**Relevant people**

**Photos Of Ye** ✓
@PhotosOfKanye
Virtual museum + news source on all
things @kanyewest. For fans by fans.
                                    Follow

**What's happening**

NFL · 3 hours ago
**Cowboys at Vikings**



#Disenchanted 🧙
Original movie now streaming
▶ Promoted by Disney+

Music · Trending
**Lionel Richie**
1,334 Tweets

Trending in United States
**Bob Iger**
Trending with Chapek, #Disney

Entertainment · Trending
**Eisner**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/movielogtr/status/1584110278081318912 __ at __ 2022-11-19 20:26:07 -08:00 __

← **Tweet**



**MovieLogTR**
@movielogtr

•••

Anne Hathaway ve Nicholas Galitzine, The Idea of You filminin setinde görüntülendi.



2:11 AM · Oct 23, 2022 · Twitter for iPhone

**1** Like

🔍 Search Twitter

**Relevant people**

 **MovieLogTR**
@movielogtr                  Follow

**What's happening**

Television · 24 minutes ago
**Saturday Night Live airing on NBC**                  

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber

 **Perkowski Legal P.C.** •••
@c_perkowski

**Perkowski Legal P.C.** Tweet your reply                  Reply

← **Tweet**

🔍 Search Twitter

🏠 Home
\# Explore
🔔 Notifications ①
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

**Outlander Magazine** @StreetFashion01 ···

SPOTTED: ASAP Rocky in New York rocking Y/Project🖤



5:53 AM · Nov 29, 2021 · Twitter for iPhone

**307** Retweets   **78** Quote Tweets   **2,595** Likes

💬   ↺   ♡   ⬆

🅿 Tweet your reply                              **Reply**

**Midas the alchemist** 🧙🔮 @senseiormaster · Nov 29, 2021 ···
Replying to @StreetFashion01
Every piece is nice but the ensemble is a mess
💬 1      ↺      ♡ 10      ⬆

**C $tash** @iamcstash · Nov 29, 2021 ···
Replying to @senseiormaster and @StreetFashion01
It's cold outside he probably ain't gaf
💬      ↺      ♡ 2      ⬆

**Offlin** @Offlin17 · Nov 30, 2021 ···
Replying to @StreetFashion01
Wow😂😍❤
💬      ↺      ♡      ⬆

**SERENITY CHO'ZEN** @ChoSerenity · Nov 29, 2021 ···
Replying to @StreetFashion01
It looks ugly and dysfunctional
💬 1      ↺      ♡      ⬆

**Not Tristan Gill** @GillBabyJesus · Nov 29, 2021 ···
Replying to @ChoSerenity and @StreetFashion01
Bro do you know how cold nyc gets lmao
💬 1      ↺      ♡ 3      ⬆
Show replies

**rish** @rizxsh · Nov 29, 2021 ···
Replying to @StreetFashion01
what the fuck is this
💬      ↺      ♡ 3      ⬆

**good for nothing, the 21st century Ronin.** @ftactivity · Nov 29, 2021 ···
Replying to @StreetFashion01
That scarf looks amazing
💬      ↺      ♡ 5      ⬆

**BORNFROMINZEST1999** @cash__miguel · Nov 29, 2021 ···
Replying to @StreetFashion01
he do be wearing that coucoubebe75018 bomber tho
💬      ↺      ♡ 1      ⬆

**Perkowski Legal P.C.**
@c_perkowski ···

**Relevant people**



**Outlander Magazine** **Follow**
@StreetFashion01
Keeping you Tapped in with the Fashion World.    Turn on Notifications & Check us on Insta "@/OutlanderMagazine" 🗞 Contact: Contact@outlandermag.com

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Sports · Trending       ···
**Rolen**

Trending in United States       ···
**Senegal**
Trending with #SENNED, De Jong

Sports · Trending       ···
**AP Poll**
11.8K Tweets

Music · Trending       ···
**#askmeek**
2,596 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



__ https://twitter.com/HadidNewsMedia/status/973812139038334976 __ at __ 2022-11-21 08:12:17 -08:00 __



← **Tweet**

**Hadid News Media**
@HadidNewsMedia                    ...

## March 13: Bella out in LA.



11:44 PM · Mar 13, 2018 · Twitter for iPhone

**30** Retweets   **62** Likes

---

Tweet your reply                                    **Reply**

**Relevant people**

**Hadid News Media**
@HadidNewsMedia                    **Follow**
Your 1st & most reliable source on
everything Gigi & Bella Hadid; since
2013. [@HadidNews]

**What's happening**

NFL · Yesterday
**Cowboys at Vikings**



Sports · Trending                    ...
**Charles Barkley**
2,496 Tweets

Trending in California               ...
**Dodger Stadium**
13.8K Tweets

Events · Trending                    ...
**#BlackFriday**
31.6K Tweets

Entertainment · Trending             ...
**Kang**
46.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**   ...
@c_perkowski

__ https://twitter.com/MarvelFansIN/status/1578079070394339329 __ at __ 2022-11-20 11:55:56 -08:00 __



Twitter

← Tweet

## Marvel Fans India
@MarvelFansIN

Madame Web Set pics...

Spider-Man.. ❓ 🙄

#MarvelFansIndia #MadameWeb



10:45 AM · Oct 6, 2022 · Twitter for Android

**5** Retweets  **1** Quote Tweet  **15** Likes

---

Tweet your reply

Reply

### Relevant people

**Marvel Fans India**
@MarvelFansIN                    Follow

Biggest Fan Club in India for a Comic
Book Brand, Providing Everything you
need to know about @marvel | Mail us
: marvelfansindiaofficial@gmail.com

### What's happening

NFL · LIVE
**Browns at Bills**



**#Disenchanted** 🧚
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Shakira**
110K Tweets

Trending in United States
**Rest In Peace**
47.3K Tweets

Entertainment · Trending
**Morgan Freeman**
185K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

https://twitter.com/dstellamaxwell/status/1261620167508987904 __at__2022-11-21 14:38:54 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 1-7   Filed 12/30/22   Page 98 of 101   Page ID #:641

← **Thread**

**Stella Maxwell**
@dstellamaxwell

May 15: Stella Maxwell celebrated her 30th birthday while in quarantine in Los Angeles.



4:31 AM · May 16, 2020 · Twitter for Android

**13** Retweets  **1** Quote Tweet  **96** Likes

Tweet your reply                                    Reply

**Stella Maxwell** @dstellamaxwell · May 16, 2020
Replying to @dstellamaxwell
May 15: Stella Maxwell celebrated her 30th birthday while in quarantine in Los Angeles.

1          12          55

**Bruce Vela** @nicedudeb12 · May 17, 2020
Replying to @dstellamaxwell
Happy birthday

**Nancy** @NancyNaora · May 17, 2020
Replying to @dstellamaxwell
😂😂😂😂

**Emedy Mwene'ese** @EmedyM · May 17, 2020
Replying to @dstellamaxwell
Happy belated birthday Stella

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

**Relevant people**

**Stella Maxwell**
@dstellamaxwell    Follow
This account, dedicated to beautiful Stella Maxwell. #Stellars 🦋

**What's happening**

FIFA World Cup · 1 hour ago
USA vs Wales



Trending in United States
**Richard Fierro**
1,666 Tweets

Trending in United States
**Tampax**
14.1K Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,186 Tweets

Entertainment · Trending
**Julia Fox**
8,062 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/thai_superhero/status/1329605769361203200 __ at __ 2022-11-21 01:10:06 -08:00 __

← **Tweet**



**สมาคม Superhero**
@Thai_SuperHero

**Follow**

## Relevant people



**สมาคม Superhero**
@Thai_SuperHero

สมาคมของกลุ่มบุคคลผู้ชื่นชอบซุปเปอร์
ฮีโร่ในประเทศไทย // Twitter อย่างเป็น
ทางการของ 'สมาคมผู้คลั่งไคล
SuperHero' *ถามข้อมูลหนัง/Comic ต่างๆ
ใน DM ได้เลยจ้า*

**#MsMarvel** เริ่มถ่ายทำแล้ววันนี้!!!!!  น้องขานาใส่ชุดของ
Captain marvel ด้วย !



6:01 PM · Nov 19, 2020 · Twitter for iPhone

**104** Retweets   **3** Quote Tweets   **81** Likes

## What's happening

Television · 4 hours ago
**Last Week Tonight With John
Oliver airing on HBO**



Trending in California
**Dodger Stadium**
Trending with Goodbye Yellow Brick Road,
#EltonFarewellTour

Trending in United States
**Defunctland**
4,442 Tweets

Music · Trending
**Lionel Richie**
3,558 Tweets

Trending in United States
**Maher**
22K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

Tweet your reply

**Reply**

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

Search Twitter

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

**Raúl Brindis** ✓
@raulbrindis

···

**#Farandulzo** Diego Boneta disfruta de Río de Janeiro con su novia chilena Mayte Rodríguez.

Translate Tweet



6:57 AM · Sep 18, 2019 from Houston, TX · Twitter for iPhone

**2** Retweets  **29** Likes

💬   🔁   ♡   ⬆️

Ⓟ   Tweet your reply                                 **Reply**

**EMMANUEL ALMORA** @ALMORA_JESUS · Sep 18, 2019   ···
Replying to @raulbrindis
Más le vale al cabron hacer un buen papel en Terminator Dark Fate

💬 1   🔁   ♡ 1   ⬆️

**nino zamora** @zamora_nino · Sep 18, 2019   ···
Replying to @raulbrindis
Raul Saludos para el 51  y que mande un asi papi para raymundo con esa voz que cada dia se le escucha mas suavecita

💬   🔁   ♡ 1   ⬆️

**King David** @Davemr52M · Sep 18, 2019   ···
Replying to @raulbrindis
Oye Raúl es muy delicado lo de la piloto de interjet

💬   🔁   ♡ 1   ⬆️

**Juan Alamirra** @AlamirraJuan · Sep 18, 2019   ···
Replying to @raulbrindis
Esta bien buena  la chaba

💬   🔁   ♡ 1   ⬆️

---

🐦 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
··· More

**Tweet**

Ⓟ **Perkowski Legal P.C.**   ···
@c_perkowski

---

🔍 Search Twitter




**Relevant people**

**Raúl Brindis** ✓   **Follow**
@raulbrindis
Radio Host for El Show de Raúl Brindis

**What's happening**

NFL · 5 hours ago
**Chiefs at Chargers**

Trending in United States   ···
**maher**
22.1K Tweets

Trending in United States   ···
**#AMAs** 🎤
Trending with sabrina

Trending in United States   ···
**Bob Iger**
Trending with Disney, Chapek

Trending in United States   ···
**Hive**
49K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/txtdariBCU/status/1579743412747898880 __ at __ 2022-11-22 22:20:44 -08:00 __

← **Tweet**

Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**



**Breakdown Channel Universe**
@txtdariBCU

⋯

Dakota Johnson Madame Web New Look

#MadameWeb

12:59 AM · Oct 11, 2022 · Twitter for Android

💬          🔁          ♡          ⬆️

 **Tweet your reply**          Reply

## Relevant people

 **Breakdown Channel ...**          Follow
@txtdariBCU

Wadah ngebacotnya BCU pokoknya

## What's happening

NBA · 55 minutes ago
**Lakers at Suns**



#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
📢 Promoted by Avatar

Trending in United States          ⋯
**Erection**
17.9K Tweets

Trending in California          ⋯
**Costco**
5,815 Tweets

Entertainment · Trending          ⋯
**Marvel**
93.8K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

Perkowski Legal P.C.    ⋯
@c_perkowski