# EXHIBIT B Continued

__ https://twitter.com/ScreenMix/status/1351101832066381581 __ el __ 2022-11-20 20:49:46 -08:00

← **Tweet**

🔍 Search Twitter

**Relevant people**

Screen Mix ✔
@ScreenMix

أحدث ظهور لـ توم هولاند وزينديا من تصوير الجزء الثالث من فيلم Spider-Man القادم.

MX  Screen Mix ✔   **Follow**
@ScreenMix

حساب يهتم بنقل كل ما يحدث حول العالم
من أمور تهم المتابع العربي، للإعلان،
تواصل معنا عبر الخاص او على
ScreenMix@PandorasBoxeg.com

**What's happening**

NFL · 25 minutes ago
**Chiefs at Chargers**

#Disenchanted
Original movie now streaming
● Promoted by Disney+

Trending in United States
**#AMAs**
1,314 Tweets

Trending in United States
**#AMAs**💰

Trending with soobin, yeonjun

Trending in United States
**Bob Iger**
Trending with Chapek, Disney

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More —
© 2022 Twitter, Inc.



1:39 AM · Jan 18, 2021 · Twitter Web App

**11** Retweets   **10** Quote Tweets   **696** Likes

💬 Tweet your reply   **Reply**

ﮭﮭﮭﮭ @me_5n · Jan 18, 2021
Replying to @ScreenMix
يقول الفيلسوف لاوتسو :
كلما زادت اجزاء الافلام والمسلسلات صارت مضحكه
💬   ♡ 2

عبدالإله @_bkto · Jan 18, 2021
Replying to @ScreenMix
ارتمو يمو هولاند
💬

ALEEEEEEX @Skander_hajji · Jan 18, 2021
Replying to @ScreenMix
@Dh_Essayel ur crush
💬

Ali Alobidy - علي العبيدي @Alobidy95 · Jan 18, 2021
Replying to @ScreenMix
زندايا 😂😂
💬

M7md Elansary @M7md_Elansary · Jan 18, 2021
Replying to @ScreenMix
جوزوني زينديا دي يا جدعان والنبي 😍 ❤️
💬

Moath Ahmad OP @maazvip99 · Jan 18, 2021
Replying to @ScreenMix
زينديا هاي نفسي اعرف كيف اشهرت 😹😹😹😹
بجد الدنيا حظوظ
💬   ♡ 1

Ali Raad @AliRaadMuqdadi · Jan 18, 2021
Replying to @ScreenMix
تبنهم سخفاء والفلم بعد أسخف
💬

أمونه .ﮪ @taxlje · Jan 18, 2021
Replying to @ScreenMix
طحون 😊



0:21 / 749 views

From أمونه .ﮪ
💬 1

This Tweet is from a suspended account. Learn more

Show replies

This Tweet is from a suspended account. Learn more

This Tweet was deleted by the Tweet author. Learn more

Show replies

Show more replies

← **Tweet**

Q Search Twitter

⇄ SneakPeek Retweeted

 **SneakPeek**
@SNEAKPEEKCA

···

**sneakpeek.ca/2018/11/georgi...**



9:56 AM · Nov 25, 2018 · Twitter Web Client

**1 Retweet**

💬          ⇄          ♡          ⬆

 **Tweet your reply**          **Reply**

### Relevant people

 **SneakPeek**
@SNEAKPEEKCA          **Follow**

Invite Only

### What's happening

NFL · 1 hour ago
**Chiefs at Chargers**

**#Disenchanted** 🧚
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Dodger Stadium**
11.4K Tweets          ···

Trending in United States
**#AMAs** 🔥
Trending with soobin, yeonjun          ···

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

Ⓟ **Perkowski Legal P.C.**          ···
@c_perkowski

https://twitter.com/DaniLagi/status/1059844956404399000... 2022-11-22 19:54:55 08:00:00    Document 1-4    Filed 12/30/22    Page 4 of 101    Page ID #:848





← **Tweet**

**The Marvel Nerd**
@marvelupdatesin                                  ···

🎆 Breaking:
Madame Web set photos of Dakota Johnson in a
paramedic outfit
#MadameWeb #dakotajohnson



3:41 AM · Aug 7, 2022 · Twitter for Android

**15** Retweets   **1** Quote Tweet   **89** Likes

💬          ⇄          ♡          ⬆️

  Tweet your reply          Reply

**Relevant people**

**The Marvel Nerd**          Follow
@marvelupdatesin
We discuss about Marvel
Movies,News,Facts & Rumours. Click
the follow button and be a member of
our family. // Ig - THE MARVEL NERD
//

**What's happening**

Television · Last night
**Saturday Night Live airing on
NBC**

#Disenchanted 🙈

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.          ···
@c_perkowski

Search Twitter

Home

Explore

Notifications ①

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← **Tweet**

**Nicholas Galitzine Brasil 👑 Fã-clube**
@NGBRSite

···

📸 MAIS FOTOS de Nicholas Galitzine e Anne Hathaway filmando #TheIdeaofYou na quarta-feira, 19 de outubro!



👤 Anne Hathaway Brasil • FANSITE

11:25 PM · Oct 20, 2022 · Twitter Web App

**5** Retweets   **1** Quote Tweet   **45** Likes

Tweet your reply

**Reply**

Search Twitter

**Relevant people**

**Nicholas Galitzine Br...**   **Follow**
@NGBRSite
Fã-site brasileiro dedicado ao ator e cantor inglês Nicholas Galitzine. Fan account - contact us before taking any legal action! Follow Nicholas: @nickgalitzine

**Anne Hathaway Brasi...**   **Follow**
@HathawayBRA
Sua mais atualizada fonte de informações sobre a atriz Anne Hathaway. WE'RE NOT ANNE HATHAWAY! — 📷 @midiasahbr

**What's happening**

Television · 56 minutes ago
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States   ···
**HE'S BACK**
143K Tweets

Politics · Trending   ···
**Welcome Back**
93.7K Tweets

Trending in California   ···
**#AMAsFanFavorite 🍉**
1.66M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**   ···
@c_perkowski

← **Tweet**

 **Affinity Magazine** ✓
@TheAffinityMag ···

Lizzo and her boyfriend celebrating her 34th birthday 🥰

 

12:30 AM · Apr 29, 2022 · Buffer

**3** Retweets **4** Quote Tweets **58** Likes

 Tweet your reply

Reply

🔍 Search Twitter

**Relevant people**

**Affinity Magazine** ✓
@TheAffinityMag
NEXT GEN OF MEDIA

Follow

**What's happening**

NBA · Starts at 4:00 PM
**Grizzlies at Nets**

**#Disenchanted** 🧟‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
Trending with #TheWalkingDead

Trending in United States
**Spencer Rattler**
14.3K Tweets

Trending in California
**#AMAs** 💅
Trending with Favorite K-Pop Artist

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski ···



Search Twitter

← **Tweet**

**Streaming update**
@NARESHD74273315                    ···

New #Madameweb set photo



10:41 AM · Oct 6, 2022 · Twitter for Android

**6** Likes

Tweet your reply                    Reply

**Relevant people**



**Streaming update**          Follow
@NARESHD74273315
Marvel cinematic universe fan

**What's happening**

Television · Last night
**Saturday Night Live airing on
NBC**

**#Disenchanted** 🧑
Original movie now streaming
▶ Promoted by Disney+

Trending in California                    ···
**Rest In Peace**
39.5K Tweets

Trending in California                    ···
**#DonaldTrump**
40.7K Tweets

Only on Twitter · Trending                    ···
**Rest in Power**
14.4K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Perkowski Legal P.C.**  ···
@c_perkowski

https://twitter.com/kellioliviafans/status/1096215992546541568 _ at _ 2022-11-22 19:50:35 -08:00

← **Tweet**

 **nate d**
@KelliOliviaFans   ···

Lovely Selena



5:13 PM · Feb 14, 2019 · Twitter for Android

**3** Retweets   **18** Likes

### Relevant people

 **nate d**
@KelliOliviaFans      Follow

A multi-fandom account of talented actresses but of many Disney and Nickelodeon actresses.

### What's happening

Television · **LIVE**
**Bachelor in Paradise airing on ABC** 

**#AvatarTheWayOfWater** 💧
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States      ···

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski      ···

Search Twitter

__ https://twitter.com/cinepop/status/1393359422110543873 __ at __ 2022-11-21 04:32:20 -08:00 __

← **Tweet**

🏠 Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

🗐 Lists

👤 Profile

⊙ More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

Perkowski Legal P.C.   …
@c_perkowski



← **Tweet**

Q Search Twitter

**Gaga Media** 💚❤️ | fan page
@GagaMediaNet

Lady Gaga and Michael getting takeout food in Malibu yesterday!



2:22 AM · Jun 28, 2020 · Twitter Web App

**107** Retweets  **8** Quote Tweets  **1,133** Likes

💬  ⟲  ♡  ⬆️

---

**Relevant people**

**Gaga Media** ✖️❤️... **Follow**
@GagaMediaNet
Fan account known as your ultimate Lady Gaga news source and the Lady Gaga version of Buzzfeed! Lady Gaga is now touring the #ChromaticaBall
(parody acc)

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

#AvatarTheWayOfWater🎬
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Marvel**
84K Tweets

Trending in United States
**Mbappe**
193K Tweets

Politics · Trending
**Jim Justice**
3,520 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

P  Tweet your reply  **Reply**

**Proud Pro-Choice OBGYN** @DQVuong7 · Jun 28, 2020
Replying to @GagaMediaNet
Mask, sweater and panties. Only Gaga can rock this look! 💕
💬  ⟲  ♡ 3  ⬆️

**Julia Kowal** @juliagkowal · Jun 28, 2020
Replying to @GagaMediaNet
@narles15 where can we buy the Chromatica themed masks
💬  ⟲  ♡ 2  ⬆️

**Charlie** @narles15 · Jun 28, 2020
Replying to @juliagkowal
Omg I literally just finished listening to the album when you tweeted me this
💬  ⟲  ♡ 2  ⬆️

**🚨Gaga's Hoe🚨** @Pommy1122 · Jun 28, 2020
Replying to @GagaMediaNet
They so cute 😭
💬  ⟲  ♡ 2  ⬆️

**stephanie** @stephan66702041 · Feb 9, 2021
Replying to @GagaMediaNet
do u know where she got her shoes from
💬  ⟲  ♡  ⬆️

**@JoseG151070 🦋** @JoseG151070 · Jun 30, 2020
Replying to @GagaMediaNet
Linda's piernas....
💬  ⟲  ♡  ⬆️

**ALFRÉO** @redtropez · Jun 28, 2020
Replying to @GagaMediaNet
Má'am are you pregnant??
💬  ⟲  ♡ 3  ⬆️

**perfection!Nmotion** @bulgac · Jun 28, 2020
Replying to @redtropez
Pregnant with pizza
💬  ⟲  ♡ 2  ⬆️

**shaimaa** @shalkandarii · Jun 28, 2020
Replying to @GagaMediaNet
تهيل 😂
💬  ⟲  ♡  ⬆️

**alice** @_rjillian · Jun 28, 2020
Replying to @GagaMediaNet
that third pic tho ••💅🏻
💬  ⟲  ♡  ⬆️

**Vance Dy** @VinceDy008 · Jun 28, 2020
Replying to @GagaMediaNet
Is she selling chromatica facemask? If so, I want a dozen. 😍
💬  ⟲  ♡ 2  ⬆️

**Abraham • Pacheco** @abrahampachecos · Jun 28, 2020
Replying to @GagaMediaNet
@bryansierran y esa panza. Espero y sea de gordura y no salga que está preñada 😂
💬  ⟲  ♡  ⬆️

**The Devil Patel** @thedevilpatel · Jun 28, 2020
Replying to @GagaMediaNet
3rd picture is fantastic
💬  ⟲  ♡ 2  ⬆️

**Rossy Aldama 👩🏽👧🏻** @RossytaRose1 · Jun 28, 2020
Replying to @GagaMediaNet
Que emoción, ahora ya puedo morir en paz, Gaga compró comida
💬  ⟲  ♡  ⬆️

This Tweet is from a suspended account. Learn more

**H is For Homo** 🏴󠁧󠁢󠁥󠁮󠁧󠁿🇨🇦🇮🇪 **#KBF** @FauxGeordie · Jun 28, 2020
Replying to @ripleydesign2
Her life, her money, her choice
💬 1  ⟲  ♡ 1  ⬆️

Show more replies

---

Perkowski Legal P.C.
@_c_perkowski ···




← **Tweet**

**s**
@beliebinteam

## PRINCE AND PRINCESS OF POP TOGETHER???? MY FUCKING BRAND



5:06 PM · Dec 28, 2020 · Twitter for iPhone

**30** Retweets   **2** Quote Tweets   **177** Likes

Tweet your reply                                    Reply

**val! ☺ kinda ia** @ipurplekiss · Dec 28, 2020
Replying to @beliebinteam
he's not even wearing his mask correctly
1

**Leah** @visionofleah · Dec 28, 2020
Replying to @ipurplekiss and @beliebinteam
because it fell..........

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**charl ♡** @vmin_joongi · Dec 28, 2020
Replying to @motivearianna and @beliebinteam
his records, music and monthly listeners say otherwise chile...
1                                2

**Search Twitter**

### Relevant people

**s**
@beliebinteam                   Follow
swap swap swap it out ☕ | fan account

### What's happening

FIFA World Cup · 4 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🎭
Get tickets now · In theaters December 16
Promoted by Avatar

Sports · Trending
**Chris Mack**

Trending in California
**LAPD**
12.4K Tweets

Trending in California
**Lucas**
149K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

← **Tweet**



**LaCuevaDeLaLoba Oficial** 🐺🏳️‍🌈🏳️‍⚧️🏳️‍🌈🌈
@lacuevadelaloba

Primeras imagenes de Dakota Johnson en el set de 'MADAME WEB', la nueva película del universo de #SpiderMan 🕷 #MadameWeb



12:48 PM · Jul 26, 2022 · Twitter for Android

1 Like

💬   🔁   ♡   ⬆️

   Tweet your reply            Reply

---

🔍 Search Twitter

**Relevant people**

**LaCuevaDeLaLoba Of...**
@lacuevadelaloba          Follow

📺Series, 🎬peliculas, 🎶🎶musica, 🤾deportes y contenido LGBTQ+ 🏳️‍⚧️🌈

**What's happening**

https://twitter.com/TheAffinityMag/status/1492959260904284161 __ at __ 2022-11-20 17:24:02 -08:00 __

Tweet

**Affinity Magazine** ✓
@TheAffinityMag

Chloe Bailey and Gunna are spotted holding hands in LA.



12:30 PM · Feb 13, 2022 · TweetDeck

**1** Quote Tweet   **9** Likes

Tweet your reply

Reply

**Relevant people**

**Affinity Magazine** ✓
@TheAffinityMag
NEXT GEN OF MEDIA

Follow

**What's happening**

NFL · LIVE
**Bengals at Steelers**

**#Disenchanted** 🧙
Original movie now streaming
Promoted by Disney+

Trending in United States
**Wayne Brady**
1,093 Tweets

Trending in United States
**Ole Miss**
11.4K Tweets

Only on Twitter · Trending
**Tommy**
Trending with Jason David Frank, Power Rangers

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Search Twitter

Perkowski Legal P.C.
@c_perkowski

# Home

# Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

← **Tweet**

**Entertainment Crave**
@ECraveWorld                                      ...

🎆 New #MadameWeb set photos has seemingly confirmed that a new version of Spider-Man will appear in the film.



5:41 AM · Oct 7, 2022 · Twitter for Android

Tweet your reply                                    **Reply**

**Relevant people**

**Entertainment Crave**
@ECraveWorld                    **Follow**

A place full of entertainment that you crave. Follow to stay connected to Pop Culture World, Movies, Shows, Series, Music, Celebrities, News and More

**What's happening**

NFL · LIVE
**Panthers at Ravens**

#Disenchanted 💃
Original movie now streaming
▶ Promoted by Disney+

Trending in United States        ...
**Rest in Peace**
42.8K Tweets

Trending in California           ...
**Shakira**
107K Tweets

Entertainment · Trending         ...
**Morgan Freeman**
179K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski       ...

___ https://twitter.com/miucciamuse/status/1490348625658007555 ___ et ___ 2022-11-21 01:03:10 -08:00

← **Tweet**

**taylor russell's whore**
@MIUCCIAMUSE ···

no words



7:36 AM · Feb 6, 2022 · Twitter for iPhone

**266** Retweets   **42** Quote Tweets   **4,027** Likes

Tweet your reply                    Reply

**mathilda** @deboutraytot · Feb 6 ···
Replying to @MIUCCIAMUSE
le prix de l'essence ptiiiin pas cher ps cher
💬    🔁    ♡ 2    📤

**⋆✧₊ bambi✧₊** @b0tchedlobotomy · Feb 6 ···
Replying to @MIUCCIAMUSE and @bbynic33
No gas is ever $10 😭
💬    🔁    ♡ 1    📤

**Yellowjackets needs all the awards** @ladyinglady · Feb 6 ···
Replying to @MIUCCIAMUSE
Oh we love a set up paparazzi photoshoot
💬    🔁    ♡ 8    📤

---

**Relevant people**

**taylor russell's whore**   Follow
@MIUCCIAMUSE
it girl in training • hf twt • she/her • fan account

**What's happening**

Television · Yesterday
**The Walking Dead airing on AMC**

Trending in United States ···
**Maher**
22K Tweets

Music · Trending ···
**#DavidoAt30**
63.2K Tweets

Music · Trending ···
**Lionel Richie**
3,536 Tweets

Trending in United States ···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

— https://twitter.com/carpediemm_18/status/1588562843410264064 __ at __ 2022-11-22 23:27:32 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-8    Filed 12/30/22    Page 19 of 101    Page ID
#:663

← **Tweet**

Sweta
@carpediemm_18

Chris Evans' look in Red One is a fluffy blessing



9:04 AM · Nov 4, 2022 · Twitter Web App

30 Retweets    282 Likes

Tweet your reply                    Reply

Joan @joans3627 · Nov 4
Replying to @carpediemm_18
So cute ‼️💙💙🤎🤎

Joan @joans3627 · Nov 4
Replying to @carpediemm_18
So cute 🤎🤎



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Perkowski Legal P.C.
@c_perkowski

**Search Twitter**

**Relevant people**

Sweta                    Follow
@carpediemm_18
Dosa connoisseur & overall foodie.
Sleep is love. Last but not least, I love
all things content! She/Her

**What's happening**

Sports · LIVE
Happy birthday, Navdeep Saini 🎂


#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16

▶ Promoted by Avatar

Trending in United States          ⋯
**Erection**
20.7K Tweets

Trending in California          ⋯
**Costco**
6,057 Tweets

Business and finance · Trending          ⋯
**Chesapeake**
41.6K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

_ https://twitter.com/joliefans/status/1200443066928091136 _ at _ 2022-11-22 18:06:14 -08:00 _



← Tweet

 **Angelina Jolie Fans**
@joliefans                                        ⋯

Angelina Jolie looks as though she's started Christmas shopping - Metro.co.uk dlvr.it/RKMpVR



7:55 AM · Nov 29, 2019 · dlvr.it

**26** Likes

         

 Tweet your reply                    Reply

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski ⋯

Search Twitter

**Relevant people**

 **Angelina Jolie Fans**
@joliefans                    Follow

Unofficial and awesome news, blogs and videos about Angelina Jolie!

**What's happening**

NCAA Men's Basketball · LIVE
**Wolf Pack at Wildcats**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States                    ⋯
**RIP Harold**

Bachelor in Paradise · Trending          ⋯
**Michael and Danielle**

Trending in United States                    ⋯
**Hooters**
7,704 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

← **Tweet**



**Dakota_chris** ❤️
@Dakotachris1

My baby 😍

#dakotajohnson

8:52 AM · Oct 6, 2022 · Twitter for Android

**5** Retweets  **23** Likes

Tweet your reply                    Reply

**Relevant people**

**Dakota_chris** ❤️    Follow
@Dakotachris1
Dakota johnson Chris evans

**What's happening**

NFL · LIVE
Browns at Bills

#Disenchanted 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in California
Shakira
106K Tweets

Trending in California
Rest In Peace
41.5K Tweets

Entertainment · Trending
Morgan Freeman
177K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.  ···
@c_perkowski



__ https://twitter.com/AndyVermaut/status/1305996077565321216 __ at __ 2022-11-20 22:52:59 -08:00 __



← **Tweet**



Q Search Twitter

**Andy Vermaut**
@AndyVermaut

···

## Cardi B Divorces Offset: Look Back at Their Relationship's Ups and Downs

eonline.com/news/1188235/c...



3:25 PM · Sep 15, 2020 · dlvr.it

  ♡ ⬆

 Tweet your reply    Reply

**Relevant people**



**Andy Vermaut**
@AndyVermaut

 Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights, Whatsapp +32499357495



**Perkowski Legal P.C.**
@c_perkowski
···

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

— https://twitter.com/patronlar/status/1396441629402271745 __ et __ 2022-11-21 11:53:58 -08:00

← **Tweet**



**Patronlar Dünyası**
@patronlar                                    •••

Rekor boşanma haberiye gündeme gelen Bill Gates günler sonra ortaya çıktı! Göbek bağlamış…
patronlardunyasi.com/haber/Bill-Gat…

Translate Tweet

5:23 AM · May 23, 2021 · Twitter Web App

**2** Retweets   **6** Quote Tweets   **21** Likes

💬        🔁        ♡        ⬆️

 Tweet your reply                          Reply

**Habip MUHTAR** @nazelyon · May 23, 2021    •••
Replying to @patronlar
maskesi düşmüş sonunda 😄

💬        🔁        ♡        ⬆️

**ALPAY NEDİM BALCIOĞLU** @PershingNedim · May 23, 2021   •••
Replying to @patronlar
Orospuçocugu

💬        🔁        ♡        ⬆️

---

🐦

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⦿ More

**Tweet**

Perkowski Legal P.C.   •••
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

**Patronlar Dünyası**           Follow
@patronlar
Türkiye'nin en çok okunan
PatronlarDunyasi.com sitesinin resmi
Twitter hesabı. Güncel haberler için
bizi takip edin #Digital işbirlikleri için
05326717500

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**

Trending in United States          •••
**1-0 USA**
15.1K Tweets

Trending in California          •••
**Telemundo**
7,343 Tweets

Sports · Trending          •••
**Charles Barkley**
5,576 Tweets

Trending in California          •••
**LETS GOOOOOO**
3,293 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

__ https://twitter.com/proposito5h__/status/1196594628121767937 ___ et __ 2022-11-22 16:53:58 -0800

← **Tweet**

**Sarinha**
@Proposito5h__   •••

Ela de cabelinho preso
De coleirinha
Finalmente um óculos lindo
A barriguinha de fora
Ela de moletom
Eu tô muito apaixonada, Camila você e um neném,
entenda

Translate Tweet



👤 camila

5:02 PM · Nov 18, 2019 · Twitter for Android

57 Retweets   189 Likes

💬   🔁   ♡   ⬆️

P   Tweet your reply                    Reply

😴 @RafaEstrabao · Nov 18, 2019   •••
Replying to @Proposito5h__ and @Camila_Cabello
A tatuagem no dedinho😌

💬   🔁   ♡  1   ⬆️

---

## Sidebar

Relevant people

**Sarinha**   Follow
@Proposito5h__
~Nunca se sinta sozinha,eu estarei aqui quando precisar de mim~ Dinah Jane para mim 🦋 •fan account• (ela/dela)

**camila** ✔️   Follow
@Camila_Cabello
Sigue bailando. FAMILIA out now

**What's happening**

FIFA World Cup · Last night
**Mexico vs Poland**

**#AvatarTheWayOfWater**🧑
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
**RIP Harold**
Trending with Carson Steele, TO BE CLEAR

Sports · Trending
**College Football Playoff**
1,680 Tweets

Trending in California
**Chicharito**
7,309 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

## Left navigation

Twitter
Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.   •••
@c_perkowski



# Twitter

← **Tweet**

Rihanna.com.br ⚓
@RihannaNoBrasil

···

look at that baby bump! 😍 💗



5:14 AM · Apr 7, 2022 · Twitter for Android

**101** Retweets  **10** Quote Tweets  **1,101** Likes

Tweet your reply

**Reply**

Show additional replies, including those that may contain offensive content

Show

---

## Sidebar

Search Twitter

### Relevant people

Rihanna.com.br ⚓
@RihannaNoBrasil   **Follow**

Rihanna.com.br is a genuine and registered fansite, made by fans. 🇧🇷 Fã-clube e portal de notícias brasileiro sobre a cantora Rihanna. Online desde 2008. 💎

### What's happening

NFL · 3 hours ago
**49ers at Cardinals**

**#AvatarTheWayOfWater**🎥
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in United States
**James cameron**

Trending in California
**Mexicans**
6,826 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···

---

### Navigation

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



Perkowski Legal P.C.
@c_perkowski
···

__ https://twitter.com/CineSeriesPlus/status/1521587105104859139 __ at __ 2022-11-21 04:40:40 -08:00 __

← **Tweet**

**Ciné & Séries** 
@CineSeriesPlus

...

 Zendaya a été aperçue sur le tournage du film #Challengers.

Translate Tweet



1:26 PM · May 3, 2022 · Twitter for iPhone

**1** Retweet

Tweet your reply

Reply

**Relevant people**

 **Ciné & Séries** 
@CineSeriesPlus                          Follow

 • Source d'actualité sur le cinéma, les séries et les acteurs ! • 🎟️ Abonne-toi pour ne rien manquer ! • 🎥 Films • 📺 Séries • 🎬 Événements • 💰 Box-office

**What's happening**

NFL · Last night
**Chiefs at Chargers**

Music · Trending
**Lionel Richie**
4,116 Tweets

Family & relationships · Trending
**Thanksgiving Day**
11.9K Tweets

Trending in United States
**UCLA**
11.1K Tweets

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.** ...
@c_perkowski

← **Tweet**



**Marvel News**
@marvelnewss

...

First images of Dominique Thorne and his costume in 'IRONHEART'.

#IronHeart #MarvelStudios #Marvel #MCU



1:57 PM · Aug 8, 2022 · Twitter for iPhone

**2** Retweets    **11** Likes

💬          ⟲          ♡          ⬆

  Tweet your reply                    Reply

🔍  Search Twitter

**Relevant people**

**Marvel News**        Follow
@marvelnewss

Follow for Marvel (MCU) News!!

**What's happening**

NFL · Yesterday
**Cowboys at Vikings**

Trending in California         ...
**Dodger Stadium**
13.9K Tweets

Trending in United States      ...
**Bellingham**
133K Tweets

Sports · Trending             ...
**Charles Barkley**
2,546 Tweets

Entertainment · Trending      ...
**Kang**
Trending with  #AntManandTheWaspQuantumania

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

  **Perkowski Legal P.C.**  ...
@c_perkowski



← **Tweet**

**ProjetoFollowJB Help**
@PfollowJBHelp                                    •••

A FELICIDADE DA CRIANÇA! Justin Bieber e Selena Gomez andando de bicicleta hoje 💙



11:44 AM · Nov 1, 2017 · Twitter for iPhone

**184** Retweets    **8** Quote Tweets    **308** Likes

💬        🔁        ♡        ⬆️

Ⓟ    Tweet your reply                    **Reply**

**Zainabo** @ZainaboMolde · Nov 1, 2017    •••
Replying to @PfollowJBHelp
❤️ ❤️

💬        🔁        ♡        ⬆️

**.** @kccshavana · Nov 1, 2017    •••
Replying to @PfollowJBHelp
serasi foi cantando bad liar

💬        🔁        ♡        ⬆️

**taylor** @thaylor · Nov 1, 2017    •••
Af

💬        🔁        ♡        ⬆️

## Navigation sidebar
Home
Explore
Notifications (1)
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski    •••

Search Twitter

**Relevant people**

**ProjetoFollowJB Help**    **Follow**
@PfollowJBHelp
Ajudamos as Beliebers a conseguir o follow do @justinbieber || Fan Account. 49k sonhos realizados! 💙

**What's happening**

Television · 20 minutes ago
WWE Monday Night RAW airing on USA

Entertainment · Trending
Died Suddenly
57.7K Tweets

Sports · Trending
Giants
45.3K Tweets

Sports · Trending
Jason Robertson

Entertainment · Trending
August Alsina

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More •••
© 2022 Twitter, Inc.

__ https://twitter.com/WordOnRd/status/1571641019015258114 __ at __ 2022-11-20 14:33:40 -08:00 __

← **Tweet**



**Word On Road**
@WordOnRd                                                    ···

Got a braid up at Matsuhisa this evening...I got plans to
get everything I been dreaming...let alone get even.



4:23 PM · Sep 18, 2022 · Twitter for iPhone

**28** Retweets  **3** Quote Tweets  **164** Likes

## Home

# Explore

🔔 Notifications  ①

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**


Tweet your reply                                    **Reply**

🔍 Search Twitter

## Relevant people

  **Word On Road**
@WordOnRd                          **Follow**

Official Drake Fansite || Instagram:
WordOnRd || Email:
WordOnRd@Gmail.Com

## What's happening

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening
Ceremony**

#Disenchanted 🧙
Original movie now streaming
📽 Promoted by Disney+

Trending in California                          ···
**Rest In Peace**
57.8K Tweets

Trending in United States                       ···
**#FIFAWorldCup** 🏆
2.45M Tweets

Sports · Trending                               ···
**Melvin Gordon**
Trending with Zeke, Broncos

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**  ···
@c_perkowski

__ https://twitter.com/KimKimuntu/status/1512537139233361924 __ at __ 2022-11-21 00:36:52 -08:00

← **Tweet**

**Paulette Kimuntu Kim**
@KimKimuntu

Khloe Kardashian & True a l'avant première de la nouvelle télé réalité «The Kardashian» 

#Jessica 
Translate Tweet





2:05 PM · Apr 8, 2022 · Twitter for Android

**3** Likes

Tweet your reply                                  Reply

**Loleka Barthelemy** @LolekaBarthele1 · Apr 8
Replying to @KimKimuntu
Ba implants eza wana ya muke te.

---

**Perkowski Legal P.C.**
@c_perkowski

---

**Search Twitter**

**Relevant people**

**Paulette Kimuntu Kim**        Follow
@KimKimuntu

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States
**Defunctland**
4,311 Tweets

The Real Housewives of Potomac · Trending
**Candiace**
5,152 Tweets

Trending in United States
**Bob Iger**
Trending with Disney, Chapek

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More …
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

← **Tweet**

 **El Tiempo**
@Diario_ElTiempo

···

**#Farándula** Ben Affleck y Jennifer López celebran boda con familia y amigos ow.ly/mv2J50KoQeS



7:01 AM · Aug 22, 2022 · Hootsuite Inc.

Tweet your reply                                    **Reply**

## Relevant people

 **El Tiempo**    **Follow**
@Diario_ElTiempo

El Tiempo, "El periódico del pueblo oriental", desde 1958 dedicado a informar el acontecer regional, nacional e internacional.
eltiempove.com

## What's happening

FIFA World Cup · This morning
**England vs Iran**

Entertainment · Trending                    ···
**Died Suddenly**
34.6K Tweets

Trending in California                        ···
**Dodger Stadium**
12.2K Tweets

Trending in United States                    ···
**HOW IS THAT NOT A YELLOW**
1,593 Tweets

Trending in California                        ···
**TSLA**
23.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

- **Home**
- **Explore**
- **Notifications**
- **Messages**
- **Bookmarks**
- **Lists**
- **Profile**
- **More**

**Tweet**

Search Twitter

 **Perkowski Legal P.C.**
@c_perkowski    ···

__ https://twitter.com/dakotajarg/status/1556043434036809738 __ at __ 2022-11-19 18:59:31 -08:00 __

← **Tweet**



**Dakota Johnson Argentina**
@DakotaJArg                                                                    ...

Dakota Johnson fue vista el día de hoy en el set de Madame Web en Boston, Massachusetts. - 06/08. Más fotos: dakotajohnsonarg.sosugary.com/galeria/thumbn ...



3:23 PM · Aug 6, 2022 · Twitter Web App

**21** Retweets   **3** Quote Tweets   **95** Likes



Tweet your reply                                                   Reply

---

## Home
## Explore
Notifications
## Messages
Bookmarks
## Lists
Profile
More

**Tweet**

Q Search Twitter

**Relevant people**



**Dakota Johnson Arge...**
@DakotaJArg                    Follow 
Tu mejor y más actualizada fuente de información sobre la actriz, productora, directora y activista #DakotaJohnson en Español.

**What's happening**

Television · Starts at 7:00 PM
**Saturday Night Live airing on NBC** 

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States                    ...
**HE'S BACK**
119K Tweets

Music · Trending                             ...
**#AMAsFanFavorite** 🩸
1.55M Tweets

Trending in California                       ...
**Elton John**
4,382 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.


**Perkowski Legal P.C.**      ...
@c_perkowski

__ https://twitter.com/win_solb/status/1552265067588108291 __ at __ 2022-11-21 19:03:29 -0800 ___

← **Tweet**

**b**
@win_solb

Dakota Johnson got into the lens of the paparazzi during the filming of the movie "Madame Web" in Boston.

Premiere - October 6, 2023!

#DakotaJohnson #MadameWeb #Marvel #Boston



5:10 AM · Jul 27, 2022 · Twitter for Android

**1** Retweet   **6** Likes

Tweet your reply

Reply

---

**Relevant people**

**b**
@win_solb
me and marvel

Follow

**What's happening**

NHL · LIVE
**Islanders at Maple Leafs**



Entertainment · Trending
**Died Suddenly**
49.9K Tweets

Sports · Trending
**Lane**
Trending with Auburn

Sports · Trending
**Grupo Firme**
Trending with 49ers, Kittle

Crime drama · Trending
**#NCIS**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Perkowski Legal P.C.   ···
@c_perkowski

https://twitter.com/Moluskein/status/1399835560809498416___st___2022-11-20 21:10:32 -08:00
2:22-cv-09462-DMG-ADS    Document 1-8    Filed 12/30/22    Page 37 of 101    Page ID #:681

**Molusco** @Moluskein

SIGUEN LOS PAPARAZZIS DETRÁS DE JLO Y BEN AFFLECK.

Esta vez los encontraron en un hotel de Los Angeles.

#MoluscoNews
#ELMoluscoDePuertoRico

Translate Tweet



2:09 PM · Jun 1, 2021 · Twitter for Android

**5** Retweets    **6** Quote Tweets    **68** Likes

Tweet your reply                                    Reply

**RonDoble** @ron_doble · Jun 5, 2021
Replying to @Moluskein
"PENDRY"?! Así es que lo tiene ella a él, con la pluma seca y sin tinta ya!!!

1

**Jose, the Ghost of Kyiv** @benitez3_jose · Jun 5, 2021
Replying to @Moluskein
Pero y donde es que esta para usar tanto "layers"

GIF  ALT

**Enid Cabrera** @Ladybugec · Jun 1, 2021
Replying to @Moluskein
Bendito déjenlos en paz

**Enid Cabrera** @Ladybugec · Jun 1, 2021
Replying to @Moluskein
Por lo menos el tema no es de Anuel

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Perkowski Legal P.C.**
@c_perkowski

---

Search Twitter

**Relevant people**

**Molusco** @Moluskein    Follow
Vivo en La Mega, La Musica App, Twitter, Instagram, Facebook, TikTok y YouTube #MoluscoTV. Mi contenido este en el link de abajo

**What's happening**

NBA · 22 minutes ago
Spurs at Lakers

#Disenchanted
Original movie now streaming
Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, Disney

Music · Trending
**harries**
4,614 Tweets

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

https://twitter.com/weloveharry_1dx/status/1346897190471314433 __ at __ 2022-11-20 15:24:57 -08:00 __

← **Tweet**

**katie** 🙌
@weloveharry_1Dx

i wonder what was so funny



11:11 AM · Jan 6, 2021 · Twitter for iPhone

**6** Retweets   **42** Likes

Tweet your reply

Reply

## Relevant people

**katie** 🙌
@weloveharry_1Dx

jack's housewife

Follow

## What's happening

NBA · Starts at 4:00 PM
**Grizzlies at Nets**

**#Disenchanted** 🧚
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
Trending with #TheWalkingDead

Trending in California
**#AMAs** 🏆
Trending with Favorite K-Pop Artist

Sports · Trending
**Burrow**
6,453 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski
···




Ads

**Twitter**

← **Tweet**

**Rihanna Navy Brasil | Fan Account**
@RNavyBrazil

Rihanna é vista pela primeira vez após dar à luz.

Rihanna e Rocky estiveram no Departamento de Serviços de Saúde do Condado de Los Angeles na última terça-feira (14) — ela e o bebê aguardaram no carro.

Translate Tweet

5:38 AM · Jun 16, 2022 · Twitter for iPhone

122 Retweets    135 Quote Tweets    2,349 Likes

Tweet your reply    **Reply**

---

**ninax** 🎀 🧸 · @GutembergNina · Jun 16
Replying to @RNavyBrazil
Saudades dela
❤ 2

---

**antonniaaa** @antoniaglow · Jun 16
Replying to @RNavyBrazil
Belíssima com o batom vermelho e seu colar de pérolas
❤ 28

---

**national fenty league** 🎟 @fentyfla · Jun 16
Replying to @RNavyBrazil
E assim vamos vivendo de migalhas, mb
❤ 1

---

**gabz** 🦋 @thishapx · Jun 16
Replying to @RNavyBrazil
Desapareceida!

---

🇧🇷💛🦋 @barbrdos · Jun 16
Replying to @RNavyBrazil
vivendo de migalhas

🔍 🔒 cachorro triste miserável fodido

❤ 1

---

**ane || fan account.** @anittaknews · Jun 16
Replying to @barbrdos
oh amg, cadê a foto do baby fenty? 😢

Show replies

---

**I'm That Girl** ✨ @mynameislynn1 · Jun 16
Replying to @RNavyBrazil
olha o nível q estamos mano... ficando feliz vendo um reflexo de uma artista
❤ 35

---

**Dani** @dnnyb3llo · Jun 16
Replying to @RNavyBrazil
Rocky cheio de olheiras só o bagaço, representando todos os pais de recém nascido que passam noites em claro cuidando do filhote
❤ 5

---

**BABYGALRIRI** @allfacenutrido_ · Jun 16
Replying to @RNavyBrazil
vai rihanna mostra o rickon

---

**Linda Quebrada** @cinderelacubana · Jun 16
Replying to @RNavyBrazil
Foi dar entrada no salário maternidade
❤ 9

---

**Bananinha latina** @bananinhaforev1 · Jun 16
Replying to @RNavyBrazil
Não dá nem pra ver a lenda direito mds

❤ 58

---

**jasmine** @fentyconfident · Jun 16
Replying to @RNavyBrazil
Pra quem era acostumado todo dia com fotos da ri de salto alto agora temos que se acostumar com fotos dentro do carro até a Rihanna querer sair de casa com o bebê
❤ 1

---

**Dara Daniella** @daniellanasc · Jun 16
Replying to @RNavyBrazil

---

**Relevant people**

**Rihanna Navy Brasil |...**    Follow
@RNavyBrazil
RNB 🟢 | Estamos online desde 2010, somos o maior e mais completo fã-clube sobre a cantora Rihanna no Brasil e em toda a América Latina. Apoio: @umusic.brasil

**What's happening**

NFL · 1 hour ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
63.2K Tweets

Trending in United States
**Chrisley**
22.7K Tweets

Trending in California
**Dodger Stadium**
9,270 Tweets

Trending in United States
**Jada**
6,071 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

---

**Perkowski Legal P.C.** ···
@_c_perkowski

---

🏠 Home
🔍 Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

https://twitter.com/soygerardcortez/status/1521496346481598487 _el_ 2022-11-21 07:50:07 -08:00
2:22-cv-09462-DMG-ADS Document 1-8 Filed 12/30/22 Page 40 of 101 Page ID #:684

← **Tweet**

**Gerard Cortez**
@SoyGerardCortez

Estoy amandooooo el vestidito de afterparty de Blake
Lively ❤️ Todo lo hizo perfecto la noche del #MetGala
Translate Tweet



7:26 AM · May 3, 2022 · Twitter for iPhone

**129** Retweets   **49** Quote Tweets   **1,986** Likes

Tweet your reply                              Reply

**Multivac**🍦 @may_eremit · May 3
Replying to @SoyGerardCortez
Divinoooooo, quiero quiero

**Luna** @LunaticaPurpura · May 3
Replying to @SoyGerardCortez
Ella todo lo hizo bien 😍
A mi parecer, fue la reina del MET ayer ✨💜          ♡ 4

**reality** @CVivescas · May 3
Replying to @SoyGerardCortez
Real life Serena Van der woodsen 💕           ♡ 17

**Sol...**🍃 @Sol_Eowin · May 3
Replying to @SoyGerardCortez
Qué bello está, 😍

**Beto Alfabeto (Spooky Version)** @beto_alfabeto · May 3
Replying to @SoyGerardCortez
@feer_lunaa 👀👀👀 miraaaaa             ♡ 1

@feer_lunaa · May 3
Replying to @beto_alfabeto and @SoyGerardCortez
Ella si es una Que reinona                ♡ 2

**Alijuna** 🍃 @derguerra18 · May 3
Replying to @SoyGerardCortez
Ella no se cansa de servir 💅🏻              ♡ 1

Show additional replies, including those that may contain offensive      Show
content

---

**Search Twitter**

### Relevant people

**Gerard Cortez**                        Follow
@SoyGerardCortez
Periodista de moda y cultura pop. TV
Host y guionista. Amarás mi YouTube.
No binarie. Inmigrante. Contacto
Gerardcortez@gmail.com (Él-he, ella-
she, elle-they)

### What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening
Ceremony**                               

Music · Trending
**#askmeek**                                     ···

Trending in United States
**USA ML**                                       ···

Family drama · Trending
**#GilmoreTheMerrier**                           ···

Entertainment · Trending
**Kang**                                         ···
47.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

Tweet

**Perkowski Legal P.C.**    ···
@c_perkowski

__ https://twitter.com/alpiedeldeporte/status/1373311015153233927 __ at __ 2022-11-21 09:56:10 -08:00 __

← **Tweet**

Q Search Twitter



**Everardo Herrera**
@alpiedeldeporte                                    ...

## Relevant people



**Everardo Herrera**
@alpiedeldeporte                      Follow

Lo mejor del fútbol de Costa Rica y
mundial. Además notas entretenidas.
facebook.com/AlPieDelDeporte
instagram.com/evergolcr

Jennifer Lopez y Alex Rodríguez avivan su amor en
República Dominicana (GALERÍA) ow.ly/gKPM50E45fF

Translate Tweet

## What's happening

FIFA World Cup · **LIVE**
**Senegal vs Netherlands**



Music · Trending                           ...
**Ciara**
6,085 Tweets





9:30 AM · Mar 20, 2021 · Hootsuite Inc.

Trending in United States              ...
**Senegal**
Trending with #FifainuBsc, England

1 Retweet   14 Likes

YU-GI-OH! · Trending                   ...
**Mystic Mine**

Sports · Trending                      ...
**Billy Wagner**

Show more

Tweet your reply                        Reply

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

Home
# Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski                          ...

https://twitter.com/lindaikeji/status/1400222004742017026 __ et __ 2022-11-22 16:59:31 -08:00

← **Tweet**



**Linda Ikeji**
@lindaikeji

Ben Affleck and Jennifer Lopez seen looking 'very affectionate' during dinner date (photos)
lindaikejisblog.com/2021/6/ben-aff...

3:45 PM · Jun 2, 2021 · LIB App

**2** Retweets   **1** Quote Tweet   **13** Likes

Tweet your reply                                    Reply

**Amaḍi Chuḳa™** ✬ 🇳🇬 🐦 @chuckdeni · Jun 2, 2021
Replying to @lindaikeji
Hmmm!!! Again?

---

Q Search Twitter

**Relevant people**

**Linda Ikeji**            Follow
@lindaikeji
Blogger. CEO, LindaIkejiTV

**What's happening**

NCAA Men's Basketball · Last night
**Knights at Blue Devils**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**James Woods**
2,382 Tweets

Trending in California
**Chicharito**
7,332 Tweets

Sports · Trending
**Ryan Leaf**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

←    FROM-DMB ⚠️ DMG ADS

**Tweet**

Home

This tweet is from a suspended account. Learn more

**joss #TSmidnight?S** @jossatomsy · Sep 26, 2021
Replying to @yuranref @itoy_samara O CASAL MDS

Show replies

**barbara 🏳️‍🌈 style AQUI É 💋 CRLH** @fromthealo · Sep 26, 2021
Replying to @thxpZovebr
Casal improvável sempre vai ser melhor do que aqueles que gera apoia

**morenna _** @mqxelatinn · Sep 26, 2021
Replying to @thxpZovebr
bissexual cultura pq

**— jeoc o coBr ou 1 ma** @Tiararymx · Sep 26, 2021
Replying to @thxpZovebr
Juro que vi hoje a noticia de que ele foi visto num date com a doça

**ka** @thitretincoan · Sep 26, 2021
Replying to @ELlanryme and @thxpZovebr
então é fato nesse a doça está na europa ontem mesmo estava assistindo live dela em paris

Show replies

**nando** @fierolloso · Sep 26, 2021
Replying to @thetanoooebb
Menina a essa fofoca edificante @cleriansoushh

**iliana - midnightts** @olianasssade · Sep 26, 2021
Replying to @inoxloxw and @thxpZovebr
anton

**ravael 🕷️🕸️** @harcgg67 · Sep 26, 2021
Replying to @thxpZovebr
jsnf to chocada

**Alexandre** @ortz_xande · Sep 26, 2021
Replying to @thxpZovebr
Falou a fã do Shawn

**DaemonWho** @Dxbrcsrheado_122 · Sep 26, 2021
Replying to @thxpZovebr
amei, vai quebrar a cara de novo e vir outro álbum bjnhel
aaeeeeeeeeeeeeeee

**Yozinha** @flamminoaael · Sep 27, 2021
Replying to @thxpZovebr
pior casal even

**Violet** @violetfngh9r · Sep 27, 2021
Replying to @thxpZovebr
Mds imagina ir de Brasil pro jira the weekend, mas pelo menos ele é mega talentoso 😭

**anabio** @shitwnde · Sep 26, 2021
Replying to @thxpZovebr
@rollanso

**jaque 👑🪐🌸❤️🇰🇷** @jaquppsattown · Sep 27, 2021
Replying to @thxpZovebr
pior casal even

**Violet** @violetfngh9r · Sep 27, 2021
Replying to @thxpZovebr
Mds imagina ir de Brasil pro jira the weekend, mas pelo menos ele é mega talentoso 😭

**anabio** @shitwnde · Sep 26, 2021
Replying to @thxpZovebr
@rollanso

**jaque 👑🪐🌸❤️🇰🇷** @jaquppsattown · Sep 27, 2021
Replying to @thxpZovebr
Por Deus, não, Angie

**+eu afana** @olfananamittos · Sep 27, 2021
Replying to @aharmnicae
😭😭😭😭😭😭

**«FELIX»** @FEL0000000000 · Sep 27, 2021
Replying to @thxpZovebr
Salvem a Angelina

**mya | My mind and me** @eelineaaid · Sep 27, 2021
Replying to @FEL0000000001 and @thxpZovebr
porquee?

**GUIZERA** @gatennoat · Sep 26, 2021
Replying to @thxpZovebr
TOMARA QUE ELE ESTEJA BEIJANDO ESSES LABIOS

**mya | My mind and me** @eelineaaid · Sep 27, 2021
Replying to @thxpZovebr
AAAAAA MEUS PAIS

**mari** @ftwildjbhh · Sep 26, 2021
Replying to @thxpZovebr
ninguém pediu pz

**Felipe Lanzarini** @lanzarinnfelipe · Sep 26, 2021
Replying to @thxpZovebr
crm

**Fabrício West** @Fabriciowest15 · Sep 26, 2021
Replying to @thxpZovebr
Patroloeru

**CROPPED** @joonmoinho · Sep 26, 2021
Replying to @thxpZovebr
Passadisoooo!
Com esse casal

**eeci 🇧🇷** @champie · Sep 26, 2021
Replying to @thxpZovebr
Eu achei que a angelina era casada



**luu** @moniefierro · Sep 26, 2021
Replying to @thxpZovebr
Gente que coisa absurda é esse

**kai** @earlhhestagowe · Sep 26, 2021
Replying to @thxpZovebr
GENTE??? nao sabia disso pz

**rafa y'** @colsehmaatt · Sep 26, 2021
Replying to @thxpZovebr
Casal improvável

**Beatriz Matos ©** @bmnmoko · Sep 26, 2021
Replying to @thxpZovebr
Ai kem 😳

**ly** @nelxxxon · Sep 26, 2021
Replying to @thxpZovebr
UM CASAL DE RESPEITO AMORES

**caroo** @ttinxacenst · Sep 26, 2021
Replying to @thxpZovebr
O QUEEEEEEEE



**marco | vem fecca** @wtfeokllox · Sep 26, 2021
Replying to @thxpZovebr
Que absoluto mds

**karol** @pjvllexymca · Sep 26, 2021
Replying to @thxpZovebr
dava pra dois pé avise

**lau** @meechhee · Sep 26, 2021
Replying to @thxpZovebr
@getheohoorae

**adriano** @wbelnnhos · Sep 26, 2021
Replying to @thxpZovebr



Tweet




← Tweet

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



🌈**ANDY JONNY**
@AndresJovannyMa

Que maravillosa se ve Margot Robbie cómo Barbie Ryan Gosling cómo Ken ✨🤩

Translate Tweet



7:03 PM · Jun 23, 2022 · Twitter for Android

 Tweet your reply

Reply

Search Twitter

**Relevant people**

 🌈**ANDY JONNY**
@AndresJovannyMa        Follow
EL PENSAR Y EXPRESAR 💙🧠 Tengo un canal en YouTube ▶️ ANDY JONNY 😄

**What's happening**

Television · 2 hours ago
**Saturday Night Live airing on NBC**


**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Sports · Trending          ···
**Pasadena**
1,588 Tweets

Trending in California       ···
**Andrew Tate**
27.7K Tweets

Trending in United States    ···
**Blocked**
129K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.   ···
@c_perkowski



Search Twitter

# Tweet

**Rihanna News**
@TeamOfRihanna

## Rihanna was spotted in Beverly Hills last night 📸



7:41 AM · Apr 9, 2022 · Twitter for Android

**195** Retweets   **29** Quote Tweets   **1,524** Likes

Tweet your reply                                    Reply

**Kisha Sharon Oglesby KSO** @GemGrac · Apr 10
Replying to @TeamOfRihanna
Congratulations❤️ name her Kymbili WyEsther

**XXX** @meshvchhh · Apr 17
Replying to @TeamOfRihanna
This one wear ASAP Rocky boxers Dey waka outside 😂

**Moe Norouzian** @Mnorozian · Apr 9
Replying to @TeamOfRihanna

**Moe Norouzian** @Mnorozian · Apr 9
#Rihanna #TheHurtLocker #Jeremy_Renner #bomb #Kathryn_Bigelow
#Memes

**PrimoVsEverybody** @PrimoThaGreat · Apr 10
Replying to @TeamOfRihanna and @therennomell
Spotted? Lol so somebody just happen to see her coming out the back door
of a fish market in the alley behind a truck in Japan 🤷🏽‍♂️ 😂.

**🇨🇦Bajii 'Tiger is back 🇨🇦** @DenzelSZNN · Apr 9
Replying to @TeamOfRihanna
She needs to start wearing proper clothes; we have seen enough already 😩

3

**Imabong.** @The_Florentyna · Apr 9
Replying to @DenzelSZNN @KhaleedSZN and @TeamOfRihanna
No we haven't!

4

**FentyMakesTheWorldGoRound** @fentyfuckacheck · Apr 10
Replying to @TeamOfRihanna
lk her feet be hurtin when she be wearin heels 😭 glad to see mama in sum
sneakers !! Give them puppies a rest mama 😍😍

**Earthling** @earthl1n9 · Apr 9
Replying to @TeamOfRihanna
Lets boycott jahleel

2

**nilay** @nilayliteer · Apr 9
Replying to @TeamOfRihanna
deliriyorummm

**nkululeko mathenjwa** @nkululekomath10 · Apr 9
Replying to @TeamOfRihanna
Celebrities are not respecting their body, atleast hide a bit who wants to see
the stomach.

**James Dinverno** @JamesDinverno1 · Apr 9
Replying to @TeamOfRihanna
Phoenix Pearl 🦚 Passion Pop

Puma Petals 🐆 Plumbago

**James Dinverno** @JamesDinverno1 · Apr 9
Replying to @TeamOfRihanna
Yo Mama 😂

U gotta take Baby Belly ta Papa Cristos in Ktown on Sunday fa delish Greek
Food ⚡ OPA 👏✨

## Navigation sidebar

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

Tweet

**Perkowski Legal P.C.**
@_perkowski

## Relevant people

**Rihanna News**
@TeamOfRihanna                    Follow
All the latest @Rihanna news, photos,
videos, charts and more. | Contact 📩:
teamofrihannacontact@gmail.com fan
account.

## What's happening

FIFA World Cup · LIVE
England vs Iran

Trending in United States
**Rashford**
Trending with Foden, Grealish

Trending in California
**#BLACKPINK_WORLDTOUR**
59.4K Tweets

Trending in United States
**England**
Trending with #INGIRN, Saka

Events · Trending
**LGBT**
210K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



Tweet



**ATENÇÃO GEEK | Mídia**
@agfotosevideos



## Bastidores de Homem-Aranha 3
#SpiderMan3 #TomHolland

Translate Tweet



5:26 PM · Jan 16, 2021 · Twitter for Android

**1** Retweet   **1** Quote Tweet   **7** Likes



Tweet your reply

Reply

---



Q Search Twitter

### Relevant people

**ATENÇÃO GEEK | Mídia**
@agfotosevideos                    Follow

Conta para fotos e vídeos dos
bastidores do mundo do
entretenimento. Conta oficial:
@atencaogeek

### What's happening

Television · Starts at 7:00 PM
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**HE'S BACK**
115K Tweets

Music · Trending
**#AMAsFanFavorite** 🌹
1.62M Tweets

Music · Trending
**Chris Brown**
45.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Perkowski Legal P.C.** ···
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

— https://twitter.com/StiviDeTivi/status/1496145592774451215 — at — 2022-11-20 18:57:42 -08:00 —

← **Tweet**

**Stivi De Tivi** ✔
@StiviDeTivi

Su mañana necesita de #DanielRadcliffe como #WeirdAlYankovic en la película biográfica del comediante y músico: #WEIRDTheAlYankovicStory.

Translate Tweet



7:31 AM · Feb 22, 2022 from Benito Juárez, Distrito Federal · Twitter for iPhone

**2** Retweets   **10** Likes

Tweet your reply

Reply

Q Search Twitter

## Relevant people



**Stivi De Tivi** ✔
@StiviDeTivi

Follow

Stivi De TiVi (Enrique Solorzano). AMO las series y el cine. Me encuentras en radio, TV, podcast, revistas, medios digitales y fiestas. Pronombres: Él/Su/Suyo

## What's happening

Television · 55 minutes ago
**The Walking Dead airing on AMC**



**#Disenchanted** 👸
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**#twdspoilers**
1,265 Tweets

Trending in United States
**Bob Iger**
1,488 Tweets

Music · Trending
**Kelly Rowland**
6,267 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski ···




**Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Robert Littal BSO** ✔
@BSO

···

After Shooting His Shot on Instagram and Hitting Nothing But Net, Panthers Christian McCaffrey Takes Danny Amendola's Ex-GF Olivia Culpo on Cabo Vacation (Pics-Vids) bit.ly/32jqv8P



10:46 AM · Jul 10, 2019 · BSO Alert

**6** Retweets  **1** Quote Tweet  **4** Likes


Perkowski Legal P.C.
@c_perkowski

Tweet your reply

Reply

**Uncle P** ✔ @mrflorida · Jul 10, 2019
Replying to @BSO
Chics stay winning 🏀

**GIO** @RoualtNemec · Jul 10, 2019
Replying to @BSO
Why do athletes LOVE sloppy seconds?

Search Twitter

**Relevant people**

**Robert Littal BSO** ✔
@BSO    Follow
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**


#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in United States    ···
**#TheMarvels**
2,244 Tweets

Events · Trending    ···
**NO ERA PENAL**
3,668 Tweets

Politics · Trending    ···
**Dr. Fauci**
5,616 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

← 

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**Perkowski Legal P.C.**  ...
@c_perkowski

← **Tweet**

**The First Cowboy**
@TheFirstCowboy                                                                ···

New photos from the filming of #MadameWeb



1:06 PM · Jul 28, 2022 · Twitter for iPhone

**1** Like

🔍 Search Twitter

## Relevant people

 **The First Cowboy**                    Follow
@TheFirstCowboy

Space Cowboy || Movie Lover ||
Content Creator. Insider news movie
games and TV shows all this you will
find on this channel & social media 🎙
| @StarWars_JC

## What's happening

FIFA World Cup · 1 hour ago
**World Cup Qatar 2022: Opening
Ceremony**

#**Disenchanted** 🧚
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending                    ···
#**RIPLEGEND**
3,492 Tweets

Trending in California                         ···
**Shakira**
98.8K Tweets

Only on Twitter · Trending                    ···
**Jason David Frank**
Trending with Power Rangers, Tommy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply                              Reply

**Perkowski Legal P.C.**   ···
@c_perkowski

← **Tweet**

สมาคม **Superhero**
@Thai_SuperHero

···

เผยโฉม Anthony Ramos ในบท The Hood จาก
#ironheart  @disneyplusth



3:33 PM · Aug 8, 2022 · Twitter for iPhone

**10** Retweets    **16** Likes

## Relevant people

สมาคม **Superhero**
@Thai_SuperHero                                 **Follow**

สมาคมของกลุ่มบุคคลผู้ชื่นชอบซุปเปอร์
ฮีโร่ในประเทศไทย // Twitter อย่างเป็น
ทางการของ 'สมาคมผู้คลั่งไคล้
SuperHero' *ถามข้อมูลหนัง/Comic ต่างๆ
ใน DM ได้เลยจ้า*

**DisneyPlusTH** ✓
@disneyplusth                                   **Follow**
⊘ Official

โลดแล่นสู่จินตนาการที่ไม่รู้จบ ดิสนีย์พลัส
ฮอตสตาร์ ประเทศไทย สตรีมได้เลยวันนี้
เพียง 799 บาทต่อปี พร้อมแพคเกจพิเศษ
สำหรับลูกค้า AIS #DisneyPlusHotstarTH

## What's happening

Television · Last night
The Walking Dead airing on AMC

Music · Trending
Billy Joel
1,279 Tweets                                    ···

Trending in United States
Heisman
4,535 Tweets                                    ···

Music · Trending
#DavidoAt30
70.6K Tweets                                    ···

Music · Trending
Lionel Richie
3,885 Tweets                                    ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

Tweet your reply                    **Reply**



**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/win_solb/status/1560143959325872129 __ at __ 2022-11-21 17:11:20 -08:00 __



← **Tweet**



**b**
@win_solb

Jeremy Renner and Hailee Steinfeld on the set of Hawkeye. one of the best duets of recent years
#HaileeSteinfeld #JeremyRenner #Marvel #Hawkeye @JeremyRenner



👤 Jeremy Renner and Hailee Steinfeld

10:58 PM · Aug 17, 2022 · Twitter for Android

**1** Retweet    **7** Likes

💬          ⇄          ♡          ⬆️

  Tweet your reply          Reply

---

🔍 Search Twitter

**Relevant people**

 **b**
@win_solb
me and marvel          Follow

 **Jeremy Renner** ✓
@JeremyRenner
Live For Now Out Now          Follow

 **Hailee Steinfeld** ✓
@HaileeSteinfeld
haileesteinfeld.lnk.to/coast          Follow

**What's happening**

NCAA Men's Basketball · Last night
**Delta Devils at Tigers**          

Entertainment · Trending
**Died Suddenly**
38K Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,680 Tweets

Only on Twitter · Trending
**#pcxqc**
1,735 Tweets

Trending in United States
**#ThingsIWouldTellMyYoungerSelf**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**🏠 Home**
**# Explore**
**🔔 Notifications** ①
**✉️ Messages**
**🔖 Bookmarks**
**☰ Lists**
**👤 Profile**
**⊙ More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/thai_superhero/status/1350654000838144512 __ at __ 2022-11-22 14:11:49 -08:00



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← Tweet

 สมาคม Superhero
@Thai_SuperHero

...

ภาพจากกองถ่ายของ Spider-man3 เมื่อกี้ ยืนยันแล้วว่า น้องชายของ Tom holland อย่าง Harry Holland ก็เข้าร่วมแสดงอยู่ในหนังด้วย

หน้าคล้ายทอมมากๆ ตอนนี้ต้องรอดูว่า จะมีบทในหนัง มาเป็นแขกรับเชิญเฉยๆ หรือ เล่น สตั้นฉากนี้ให้น้องทอมนะครับ



7:59 PM · Jan 16, 2021 · Twitter for iPhone

291 Retweets   64 Likes




Search Twitter

**Relevant people**

 สมาคม Superhero     Follow
@Thai_SuperHero
สมาคมของกลุ่มบุคคลผู้ชื่นชอบซุปเปอร์ฮีโร่ในประเทศไทย // Twitter อย่างเป็นทางการของ 'สมาคมผู้คลั่งไคล่ SuperHero' *ถามข้อมูลหนัง/Comic ต่างๆ ใน DM ได้เลยจ้า*

**What's happening**

FIFA World Cup · 4 hours ago
**Mexico vs Poland**

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in California
Lucas

Perkowski Legal P.C.
@c_perkowski

Tweet

Tweet your reply     Reply

https://twitter.com/ccamilapics/status/1324098066710974470 __ at __ 2022-11-21 15:44:05 -08:00

← **Tweet**

**camila pics** 
@ccamilapics

baby 🤤



camila

1:15 PM · Nov 4, 2020 · Twitter for iPhone

**186** Retweets   **31** Quote Tweets   **1,690** Likes

💬            🔁            🤍            ⬆️

 Tweet your reply                    Reply

**Bex** 🦋 @becky30121992 · Nov 4, 2020
Replying to @ccamilapics and @Camila_Cabello
Camila in yellow 🥰
💬            🔁            🤍 1          ⬆️

**Charles Joffe** @charles_joffe · Nov 4, 2020
Replying to @ccamilapics and @Camila_Cabello
Cutie pie
💬            🔁            🤍            ⬆️

**Charles Joffe** @charles_joffe · Nov 4, 2020
Replying to @ccamilapics and @Camila_Cabello
Real cutie on a bike
💬            🔁            🤍            ⬆️

**❤️🇬🇧** @MarieMarch4 · Nov 4, 2020
Replying to @ccamilapics and @Camila_Cabello
Baby C ❤️🇬🇧
💬            🔁            🤍 2          ⬆️

**Grounddovenari** @Naricutie · Nov 4, 2020
Replying to @ccamilapics and @Camila_Cabello
😍😍😍
💬            🔁            🤍            ⬆️

---

🔍 Search Twitter

**Relevant people**

**camila pics** 
@ccamilapics                                    Follow
Hey, turn on our notifications for daily pictures, gifs and videos of Camila Cabello!

**camila** ✔️ 
@Camila_Cabello                                 Follow
Sigue bailando. FAMILIA out now

**What's happening**

NFL · Last night
**Cowboys at Vikings**

Trending in United States                        ···
**Chrisley**
2,931 Tweets

Music · Trending                                 ···
**Datpiff**

Lovecraft Country · Trending                     ···
**Lovecraft Country**
Trending with #Blade, Yann Demange

Trending in United States                        ···
**Tory Taylor**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/miucciamuse/status/1579275714389762048 __ et __ 2022-11-20 13:48:05 -08:00

← **Thread**

**taylor russell's whore**
@MIUCCIAMUSE

bella's birthday looks throughout the years



6:00 PM · Oct 9, 2022 · Twitter for iPhone

**353** Retweets   **22** Quote Tweets   **4,472** Likes

Tweet your reply                                          Reply

**taylor russell's whore** @MIUCCIAMUSE · Oct 9
Replying to @MIUCCIAMUSE
she looks incredible today i hope the it girl of all it girls had an incredible day



💬   ⟲ 42   ♡ 387   ⬆

**AD!BA** @zandelionz · Oct 10
Replying to @MIUCCIAMUSE
The first one 👌



Perkowski Legal P.C.
@c_perkowski

**Relevant people**

**taylor russell's whore**   Follow
@MIUCCIAMUSE
it girl in training • hf twt • she/her • fan account

**What's happening**

NFL · LIVE
Eagles at Colts

**#Disenchanted** 🧹
Original movie now streaming
📺 Promoted by Disney+

Trending in California
**Rest In Peace**
55.6K Tweets

Sports · Trending
**Fields**
Trending with Bears, Falcons

Only on Twitter · Trending
**Rest in Power**
25.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.



← **Tweet**

**Conexão POP**
@conexaopopsite

···

A QUÍMICA! Nicholas Galitzine e Anne Hathaway durante as gravações de #TheIdeaofYou 💙



👤 Nicholas Galitzine Brasil and Anne Hathaway Brasil

4:46 AM · Oct 21, 2022 · Twitter for Android

**8** Likes

💬     ⇄     ♡     ↑

Ⓟ   Tweet your reply      **Reply**

---

🔍 Search Twitter

### Relevant people

**Conexão POP**
@conexaopopsite   **Follow**
Conectando você ao mundo POP!

**Nicholas Galitzine Br...**
@GalitzineBrasil   **Follow**
O primeiro e maior fã-site dedicado ao ator e cantor Nicholas Galitzine no Brasil! | Instagram: @NicholasGalitzineBr

**Anne Hathaway Brasil**
@annhathawaybr   **Follow**
Sua melhor e maior fonte sobre a atriz Anne Hathaway no Brasil. We are not Anne and we don't have any contact with her!

### What's happening

Formula 1 · Starts tomorrow
**Abu Dhabi Grand Prix 2022**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▣ Promoted by Uber

Trending in United States
**HE'S BACK**
149K Tweets

Trending in United States
**Waka Waka**
36.8K Tweets

Sports · Trending
**Pasadena**
1,596 Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

## Navigation sidebar

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**



Linda Ikeji
@lindaikeji

...

## Photos of Lady Gaga's tummy sparks pregnancy speculations lindaikejisblog.com/2020/6/photos-...



8:14 AM · Jun 18, 2020 · LIB App

**4** Retweets   **13** Likes


Perkowski Legal P.C.
@c_perkowski

Search Twitter

### Relevant people



**Linda Ikeji**
@lindaikeji
Blogger. CEO, LindaIkejiTV

Follow

### What's happening



---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Tweet your reply

Reply

← **Tweet**

🔍 Search Twitter

 **Home**

# **Explore**

🔔 **Notifications**

✉️ **Messages**

🔖 **Bookmarks**

☰ **Lists**

👤 **Profile**

⋯ **More**

**Tweet**

 **Türkçe**
@turkce                                                   ⋯

National Society Of Film Critics Ödülleri Açıklandı: Amerika'da düzenlenen 54. National Society Film Critics Ödülleri'nde ''Parasite'' en iyi film ödülünü kazanırken, Great Gerwig ''Little Women'' ile en iyi yönetmen ödülünü kazandı. Bu... dlvr.it/RMTL35 #Türkçe #Sinema

Translate Tweet



9:02 AM · Jan 5, 2020 · dlvr.it

💬          🔁          ♡          ⬆️

 Tweet your reply                          **Reply**

## Relevant people

 **Türkçe**          **Follow**
@turkce

Gazete ve dergilerden Türkçe Haberler, Son Dakika, Spor, Magazin, Teknoloji, Sinema Haberleri. İletişim ve iş birliği için: turkcemag@gmail.com

## What's happening

NBA · LIVE
**Kings at Grizzlies**


#AvatarTheWayOfWater
Get tickets now - In theaters December 16
📽️ Promoted by Avatar

Trending in United States          ⋯
**RIP Harold**

Entertainment · Trending          ⋯
**Jane Lynch**

Family drama · Trending          ⋯
**B. Jess**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**   ⋯
@c_perkowski

__ https://twitter.com/jaymalecelebs/status/1237994131185700865 __ et __ 2022-11-21 14:44:26 -08:00

← **Tweet**

**Male Celeb Hotties**
@jaymalecelebs                                    ...

## He's looking really hot



11:49 PM · Mar 11, 2020 · Twitter for Android

**15** Retweets   **161** Likes

---

P | Tweet your reply                              Reply

**Matt** @MattWhitekiller · Mar 11, 2020          ...
Replying to @jaymalecelebs
Love the haircut!

♡ 1

---

Q Search Twitter

### Relevant people

**Male Celeb Hotties**                    Follow
@jaymalecelebs
Just a bi guy bringing you hot male
celeb content to lust over! DM's are
always open! Have fun! 😜 18+

### What's happening

FIFA World Cup · This morning
**England vs Iran**

Trending in United States                    ...
**HOW IS THAT NOT A YELLOW**
1,208 Tweets

Entertainment · Trending                     ...
**Julia Fox**
8,138 Tweets

Trending in United States                    ...
**Zimmerman**
17.4K Tweets

Sports · Trending                            ...
**Mexico City**
12.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

← **Tweet**

### Search Twitter

**Home**

**Explore**

**Notifications**

 **Marvel CinéVerse**
@MarvelCineVerse

···

**#ThorLoveAndThunder** : Christian Bale a été aperçu sur le tournage du film 'THOR : LOVE AND THUNDER' dans son attirail du méchant Gorr, le Massacreur des Dieux. (via **@DailyMailCeleb**)

Translate Tweet



3:14 AM · Aug 4, 2021 · Twitter Web App

**5** Retweets   **24** Likes

 Tweet your reply

**Reply**

## Relevant people

 **Marvel CinéVerse**
@MarvelCineVerse    **Follow**

Actualités et encyclopédie sur le MCU
Instagram 📷 : marvelcineverse_
Associé à @swcineverse ⭐

 **Daily Mail Celebrity** ✔
@DailyMailCeleb    **Follow**

⊘ Official

Latest celeb and entertainment news from the Daily Mail Showbiz team. We're on Facebook too:
fb.me/DailyMailCeleb

## What's happening

FIFA World Cup · 3 hours ago
**England vs Iran**



Trending in United States
**I BELIEVE THAT WE WILL WIN**

Trending in United States
**USA USA USA**
407K Tweets

Trending in United States
**Colorado Springs**
511K Tweets

Trending in United States
**LETS GO USA**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/AboutHerOFCL/status/1235482723277574146 __ at __ 2022-11-21 16:11:47 -08:00

← **Tweet**



 **About Her** ✓
@AboutHerOFCL                                                      ···

**#LookOfTheDay**: Heidi Klum in Pasadena.



12:30 AM · Mar 5, 2020 · Buffer

**1** Retweet  **2** Likes

 Tweet your reply                              Reply

---

### Relevant people

 **About Her** ✓                              Follow
@AboutHerOFCL

Inside untapped territory: Pulling back the curtain on Arab women who are defining cultural trends now.
**#AboutHer**

### What's happening

FIFA World Cup · 2 hours ago
**USA vs Wales**

Trending in California                                            ···
**TSLA**
23.5K Tweets

---

**Home**
**Explore**
**Notifications** 1
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**
**Tweet**

Search Twitter

 **Perkowski Legal P.C.**
@c_perkowski                                                      ···

__ https://twitter.com/yucatanalminuto/status/1423063717940445184 __ at __ 2022-11-22 10:03:38 -08:00 __



← **Tweet**


**YUCATAN AL MINUTO**
@YUCATANALMINUTO   ...

## Captan a Christian Bale como villano en "Thor"
ow.ly/DM3T50FKCvC



4:30 PM · Aug 4, 2021 · Hootsuite Inc.

**1** Retweet   **1** Like

🗨      ♡   ⬆

 Tweet your reply    **Reply**

### Relevant people

 **YUCATAN AL MINUTO**    Follow
@YUCATANALMINUTO
Yucatán al Minuto es un medio de comunicación que produce contenido informativo y material audiovisual con formatos propios en Mérida, Yucatán.

### What's happening

FIFA World Cup · 5 minutes ago
**Mexico vs Poland**


**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
📢 Promoted by Avatar

Trending in United States   ...
**Ochoa**
Trending with Poland, #MEXPOL

Trending in United States   ...
**#MexVsPol**
3,365 Tweets

Trending in California   ...
**Mexicans**
10.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**   ...
@c_perkowski

__ https://twitter.com/myloverismalik/status/1385916047438585861 __ at __ 2022-11-22 18:24:20 -08:00 __

← **Tweet**

**Sher**
@myloverismalik

···

## Io però Zayn lo capisco

Translate Tweet

4:18 AM · Apr 24, 2021 · Twitter for iPhone

**16** Likes

💬   🔁   ♡   ↑

🅿   Tweet your reply                    Reply

---

🔍 Search Twitter

### Relevant people

**Sher**                          Follow
@myloverismalik

Persona mentalmente instabile,
troppo ambiziosa e fissata con
personaggi che non esistono · #zayn ·
she/her · otaku

### What's happening

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater**🧑‍🦰
Get tickets now - In theaters December 16
▷ Promoted by Avatar

Trending in United States          ···
**RIP Harold**

Entertainment · Trending            ···
**James Woods**
3,242 Tweets

Trending in United States          ···
**Hooters**
7,923 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

## Navigation

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**


Perkowski Legal P.C.
@c_perkowski

https://twitter.com/nanfixus/status/1042816223845736448 __ at __ 2022-11-20 21:16:04 -0800

← **Tweet**

Page 66 of 101

 Search Twitter

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

⇄ @nanfixus Retweeted

 celebvegas
@celebvegas                                    ⋯

## Dakota Johnson Street Style at the Earthbar in West Hollywood celebvegas.com/dakota-johnson...



6:38 AM · Sep 20, 2018 · WordPress.com

**5** Retweets   **24** Likes

💬          ⇄          ♡          ⬆

 Tweet your reply          Reply

### Relevant people

 **@nanfixus**
@nanfixus                                    Follow

DJ Fan 🎞 Sports,animals y Boca Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk #Persuasion Fan account 🇦🇷

 **celebvegas**
@celebvegas                                  Follow

celebvegas.com is online website which give Hollywood favorite celebrities photos, gossip and daily activities.

### What's happening

NCAA Men's Basketball · Earlier today
**Terrapins at Hurricanes**



#Disenchanted 🧚
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                          ⋯
**Bob Iger**
Trending with Chapek, Disney

Music · Trending                                   ⋯
**harries**
4,638 Tweets

Music · Trending                                   ⋯
**Lionel Richie**
2,581 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

← **Tweet**



**Foochia - فوشيا** ✔
@foochia

كاتي بيري بعيد ميلادها الـ 36.. ظهرت النجمة الأمريكية كاتي
بيري بملابس فضفاضة ومريحة خلال نزهة صباحية مع خطيبها
أورلاندو بلوم وكلبهما حيث شوهدوا في محيط منزلها
#مشاهير #كاتي_بيري #عيد_ميلاد #katyperry
#orlandobloom

Translate Tweet



3:01 AM · Oct 26, 2020 · Hootsuite Inc.

**1** Retweet   **1** Quote Tweet   **3** Likes

○     ⟲     ♡     ⤒

Tweet your reply                          Reply

### Left sidebar

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

**Tweet**

### Right sidebar

🔍 Search Twitter

**Relevant people**

 **Foochia - فوشيا** ✔
@foochia                            Follow

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

**What's happening**

Television · 11 minutes ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States        ⋯
**HE'S BACK**
134K Tweets

Sports · Trending                ⋯
**#SpursUp**

Trending in California            ⋯
**Pasadena**
1,414 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ⋯
@c_perkowski

__ https://twitter.com/filmnewsPL/status/1539850592083918854 __ at __ 2022-11-22 20:53:09 -08:00

← **Thread**



Film News ✿
@filmnewsPL

## Margot Robbie i Ryan Gosling na planie filmu #Barbie



10:59 PM · Jun 22, 2022 · Twitter for Android

**4** Retweets   **80** Likes

Tweet your reply

Reply

Film News ✿ @filmnewsPL · Jun 22
Replying to @filmnewsPL
Ryan Gosling i Margot Robbie na planie filmu #Barbie



28

**Relevant people**

Film News ✿
@filmnewsPL

Follow

🎬 najnowsze wiadomości filmowe - kino polskie i zagraniczne, popularne i niezależne 🎟️ kontakt: filmnewspl@gmail.com

**What's happening**

NBA · LIVE
**Lakers at Suns**

#AvatarTheWayOfWater 🔵
Get tickets now - In theaters December 16
◼ Promoted by Avatar

Business and finance · Trending
**Chesapeake**
5,414 Tweets

Trending in United States
**#GenshinSpecialProgram**
14.6K Tweets

Trending in California
**Costco**
5,497 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Perkowski Legal P.C.
@c_perkowski

Search Twitter


Home


Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← **Tweet**

 **Bang Tidy Celebs**
@BangTidyHQ                                    ···

-@SaraSampaio at #Coachella

 

10:49 AM · Apr 18, 2022 · Twitter Web App

**10** Likes

      ♡   

 Tweet your reply                              Reply

Search Twitter

**Relevant people**

 **Bang Tidy Celebs**      Follow
@BangTidyHQ
Bringing you Bang Tidy Celebs from
the UK and around the world. From TV
& Film to Music & Models. Any
requests feel free to tweet.

 **Sara Sampaio** ✓       Follow
@SaraSampaio
model, actress and professional
karaoke singer

**What's happening**

NFL · 2 hours ago
**49ers at Cardinals**

Entertainment · Trending                    ···
**Died Suddenly**
71.3K Tweets

Trending in California                       ···
**Mexicans**
6,428 Tweets

Trending in United States                    ···
**Roanoke**

Entertainment · Trending                     ···
**#TheVowHBO**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.   ···
@c_perkowski

https://twitter.com/electedbieber/status/1561467673409511425 __ at __ 2022-11-21 18:37:11 -08:00



← Tweet

taraneh
@electedbieber

WHEN I TELL YOU THIS MINE IS SO FINE



2:37 PM · Aug 21, 2022 · Twitter for iPhone

**11** Likes

  

  Tweet your reply                    Reply

Search Twitter

**Relevant people**

  taraneh          Follow
@electedbieber

who needs a bra when Justin Bieber
has two hands

**What's happening**


NFL · LIVE
49ers at Cardinals

Entertainment · Trending          ···
Died Suddenly
47.4K Tweets

Sports · Trending               ···
Lane Kiffin
Trending with Auburn

Trending in United States       ···
Chrisley
14.9K Tweets

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Case 2:22-cv-09462-DMG-ADS   Document 1-8   Filed 12/30/22   Page 71 of 101   Page ID #:715

**Home**

**#** Explore

**Notifications** 1

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

 **Tempo Nerd Brasil**
@TempoNerdBrasil

Uma possível versão alternativa do #SpiderMan foi visto no set de #MadameWeb !

Translate Tweet



10:34 AM · Oct 6, 2022 · Twitter Web App

**2 Likes**

Tweet your reply

**Reply**

Q Search Twitter

## Relevant people

 **Tempo Nerd Brasil**
@TempoNerdBrasil   **Follow**

Seja Bem-Vindo ao Tempo Nerd Brasil, Página de Informações com foco principal na #Marvel então siga e ative as notificações para não perder nada sobre o UCM!

## What's happening

Television · Last night
**Saturday Night Live airing on NBC** 

**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending   ···
**Rest in Power**
14.7K Tweets

Trending in California   ···
**Rest In Peace**
39.8K Tweets

Trending in California   ···
**Shakira**
106K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**
@c_perkowski   ···





**best of margot**
@badpostmargots

Margot Robbie in Los Angeles

5:23 PM · Mar 31, 2020 · Twitter for iPhone

**268** Retweets   **58** Quote Tweets   **2,883** Likes

Tweet your reply                                    Reply

**alice** 🏳️‍🌈 ⚡️ @Xsofiaelizabeth · Mar 31, 2020
Replying to @badpostmargots and @margotrobbie
@sam_ruthless mira no respeto la cuarentena

**Rafikhg** @HittiRafik · Mar 31, 2020
Replying to @Xsofiaelizabeth @badpostmargots and @margotrobbie
Fue al supermercado

**Carlos Williams** @Cl_daz · Mar 31, 2020
Replying to @badpostmargots and @margotrobbie
I would love to meet her!

**grêgo** ⚡️ @g_r_e_g_o · Apr 15, 2020
Replying to @badpostmargots and @margotrobbie
@HeatRzn

**NotTeaXabi** @Keenan189J · Apr 1, 2020
Replying to @badpostmargots and @margotrobbie
And to think I used to hate baggy trousers - madness.

**RJ** @rebornbyksg · Mar 31, 2020
Replying to @badpostmargots and @margotrobbie
These celebs are dumb man

**Rafikhg** @HittiRafik · Mar 31, 2020
Replying to @rebornbyksg @badpostmargots and @margotrobbie
She's in the market, buying food, that's it, Don't judge.

**felipe** @felipepsps · Apr 1, 2020
Replying to @badpostmargots and @margotrobbie
@theredmathias1 teus tênis

**gangster** @gangste63528908 · Apr 1, 2020
Replying to @badpostmargots and @margotrobbie
She always best actor forever and ever

**Jade** @AllucLolS0sidf1 · Mar 31, 2020
Replying to @badpostmargots and @margotrobbie
good morning hany

**Ben Clark** @BJamesC_ · Mar 31, 2020
Replying to @badpostmargots and @margotrobbie
Her stars almost look painted on, very Harley :))

**ÇAÇARON** 🇹🇷 @_KeyserSozee_ · Mar 31, 2020
Replying to @badpostmargots and @margotrobbie
Stay at home amini evladil!

**ruv** @ellieleaks · Apr 1, 2020
Replying to @_KeyserSozee_ @badpostmargots and @margotrobbie
KIZ ALIŞVERİŞ YAPIO AQQQQ

**notgonnabemercy** @toriaella · Apr 1, 2020
Replying to @badpostmargots and @margotrobbie
She got them gloves 👏

**camila** @tbilseven · Mar 31, 2020
Replying to @badpostmargots and @margotrobbie
woman stay home

**H@SS...** @hassanRajpoott · Apr 1, 2020
Replying to @badpostmargots and @margotrobbie
Crush ❤️

This Tweet is from a suspended account. Learn more

**best of margot** @badpostmargots · Mar 31, 2020
Replying to @robbiexleva
new, from today

**Relevant people**

**best of margot**
@badpostmargots                      Follow
fan account posting updates & daily
posts of the aussie goddess and
academy award nominated actress,
margot robbie

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
📽 Promoted by Avatar

Entertainment · Trending
**Marvel**
84.5K Tweets

Trending in United States
**Mbappe**
194K Tweets

Entertainment · Trending
**James Woods**
2,171 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

**Shekhar Dongardive**
@ShekharDongardi                    ...

#DakotaJohnson Ma'am on the set of Sony's #MadameWeb



9:36 AM · Oct 6, 2022 · Twitter for Android

**7** Retweets  **37** Likes

🔍 Search Twitter

**Relevant people**

**Shekhar Dongardive**        Follow
@ShekharDongardi
Salmanic Spidy Fan

**What's happening**

Television · Last night
**Saturday Night Live airing on NBC**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in California        ...
**Rest In Peace**
41K Tweets

Entertainment · Trending        ...
**Morgan Freeman**
174K Tweets

Only on Twitter · Trending        ...
**Rest in Power**
15.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

**Tweet**

Tweet your reply                    Reply

Perkowski Legal P.C.        ...
@c_perkowski





Case 2:22-cv-09462-DMG-ADS   Document 1-8   Filed 12/30/22   Page 75 of 101   Page ID #:719

**Marvel News**
@BRMarvelNews

···

Adam Scott aparece em novas fotos do set de Madame Web!

(📸: JustJared)



5:57 PM · Jul 27, 2022 · TweetDeck

**14** Retweets   **13** Quote Tweets   **512** Likes

Tweet your reply                                      Reply

**Adam Martinsons** @AdamMartinsons · Aug 6
Replying to @BRMarvelNews
Okay,so either he is playing Spider-Man from another universe or he might be playing someone, possibly Alistair Smythe, don't know.But if he will play Spidey,then why is there 3 photos that look like they are HD.Sure it happened with Andrew in NWH but...

💬          ↻          ♡          ⬆

**Luciano A. Leidens** @LucianoLeidens · Jul 27
Replying to @BRMarvelNews
cache de ruptura tava baixo pelo jeito

💬          ↻ 5          ♡          ⬆

**Douglas Sentinela** 🅱️🅜 @sentinela_ofc · Jul 28
Replying to @BRMarvelNews
A vontade de assistir a segunda temporada de Ruptura bateu novamente após essa pub kskskks





GIF ALT

💬 1          ↻          ♡ 2          ⬆

**Não Existe Segunda-feira no Comunismo** @g_brunstein · Aug 6
Replying to @sentinela_ofc and @BRMarvelNews
Melhor série de 2022

💬 1          ↻          ♡ 1          ⬆

Show replies

**Brock 182** @brockmclaughlin · Aug 3
Replying to @BRMarvelNews
IS ADAM SCOTT PLAYING PETER PARKER?!

💬          ↻          ♡          ⬆

**bruno gomes da silva** @brunogo83340250 · Jul 27
Replying to @BRMarvelNews
Fujam para as colinas kkk

💬          ↻          ♡ 1          ⬆

**luana** @hstmilson · Jul 27
Replying to @BRMarvelNews
@dudacarneir @lalifuc o carinha de ruptura

💬          ↻          ♡ 1          ⬆



← **Tweet**

🔍 Search Twitter

🐦

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

**Bang Tidy Celebs**
@BangTidyHQ                                              ⋯

## Olivia Rodrigo



10:58 AM · Aug 22, 2022 · Twitter Web App

**6** Retweets   **49** Likes

💬        🔁        ♡        ⬆

Ⓟ   Tweet your reply                          **Reply**

## Relevant people

**Bang Tidy Celebs**                      **Follow**
@BangTidyHQ
Bringing you Bang Tidy Celebs from
the UK and around the world. From TV
& Film to Music & Models. Any
requests feel free to tweet.

## What's happening

Formula 1 · This morning
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 🧝
Original movie now streaming
▶ Promoted by Disney+

Trending in California                       ⋯
**Rest In Peace**
56K Tweets

Sports · Trending                            ⋯
**Davante Adams**
1,479 Tweets

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening
Ceremony**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.


**Perkowski Legal P.C.**    ⋯
@c_perkowski

__ https://twitter.com/turkce/status/1227994727414292480 __ at __ 2022-11-22 17:32:53 -08:00 __

← **Tweet**

 **Türkçe**
@turkce

Son halini kimse tanıyamıyor: Dünyaca ünlü İngiliz şarkıcı Adele, 45 kilo verdikten sonra yayınlanan her fotoğrafta daha da zayıflamış görünüyor. Spor kıyafetleri içinde görüntülenen şarkıcının son hali gündem oldu dlvr.it/RPz7Bl #Türkçe #MagazinHaberleri #Magazin

Translate Tweet



8:35 AM · Feb 13, 2020 · dlvr.it

♡        ⟲        ♡        ⬆

 Tweet your reply            Reply

---

Q Search Twitter

## Relevant people

 **Türkçe**          Follow
@turkce

Gazete ve dergilerden Türkçe Haberler, Son Dakika, Spor, Magazin, Teknoloji, Sinema Haberleri. İletişim ve iş birliği için: turkcemag@gmail.com

## What's happening

FIFA World Cup · Earlier today
**Mexico vs Poland**



**#AvatarTheWayOfWater** ✓
Get tickets now – In theaters December 16
◼ Promoted by Avatar

Trending in United States          ···
**RIP Harold**
Trending with TO BE CLEAR

Celebrities · Trending          ···
**Tom Hanks**
10.2K Tweets

Sports · Trending          ···
**Ronaldo**
Trending with Glazers

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

## Twitter sidebar

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.   ···
@c_perkowski

__ https://twitter.com/miucciamuse/status/1519847864918233090 __ et __ 2022-11-21 08:57:30 -08:00

# Tweet

**taylor russell's whore**
@MIUCCIAMUSE

she looks so elegant



6:15 PM · Apr 28, 2022 · Twitter for iPhone

**191** Retweets   **27** Quote Tweets   **2,838** Likes

Tweet your reply                                    Reply

**Nate** @Nate0669 · Apr 28
Replying to @MIUCCIAMUSE
Love their different styles

5

## Relevant people



**taylor russell's whore**        Follow
@MIUCCIAMUSE

it girl in training • hf twt • she/her •
fan account

## What's happening



FIFA World Cup · LIVE
**England vs Iran**

Events · Trending
**LGBT**
212K Tweets

Trending in United States
**Maguire**
Trending with Luke Shaw

Trending in California
**Dodger Stadium**
14.3K Tweets

Trending in United States
**England**
Trending with #ENGIRN, Saka

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

**Daily Loud** ✓
@DailyLoud ···

Drake arriving at Beyoncé's 41st birthday party



9:01 AM · Sep 12, 2022 · Twitter Web App

**53** Retweets  **15** Quote Tweets  **603** Likes

💬    🔁    ♡    ⬆️

Perkowski Legal P.C. ···
@c_perkowski

📷 Tweet your reply                          Reply

**Wudini** @WucciMane · Sep 13
Replying to @DailyLoud
@AzeemTheDream__ ya mans been doin some fly shit lately
💬      🔁      ♡

**USERNAME** @Notsofriendly69 · Sep 12
Replying to @DailyLoud
Looking like a bad bitch with his pjs on

▶ That is just too much fashion

💬      🔁      ♡

**Camille** @CamistheOne10 · Sep 13
Replying to @DailyLoud
Not I'm the metallic PJ's 😩😭
💬      🔁      ♡

**daniellallen** @whoda46 · Sep 12
Replying to @DailyLoud
Pimpin silky.
💬      🔁      ♡  1

**Phillip Bottrell** @Bottrell1973 · Sep 13
Replying to @DailyLoud
Hefner would of been proud.
💬      🔁      ♡

**Alien Superstar** @BuffyPeters15 · Sep 13
Replying to @DailyLoud
Drake's lipo is evaporating😂😂😂...he is spreading
💬      🔁      ♡

**Richelle Carey** ✓ @RichelleCarey · Sep 13
Replying to @DailyLoud
Was it a pajama party?
💬      🔁      ♡  2

Show additional replies, including those that may contain offensive
content                                                      Show

---

🔍 Search Twitter

**Relevant people**

**Daily Loud** ✓
@DailyLoud                                Follow
🔥 #1 Source For Hip-Hop/Viral News |
Follow Us & Stay Updated | Email For
Promo/Business
TheDailyLoud@gmail.com | Listen To
Our Spotify & Follow Our IG Below 👇

**What's happening**

Formula 1 · This morning
**Abu Dhabi Grand Prix 2022**

#Disenchanted 🎬
Original movie now streaming
📺 Promoted by Disney+

Trending in California
**Rest In Peace**
57.9K Tweets

Trending in California
**Elton John**
11.2K Tweets

Trending in United States
**#FIFAWorldCup** 🏆
2.43M Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/MarvelCineVerse/status/1552305155487449088 __ et __ 2022-11-21 05:57:17 -08:00 __

← **Tweet**

**Marvel CinéVerse**
@MarvelCineVerse

···

#MadameWeb : Aperçus de Dakota Johnson sur le tournage de MADAME WEB. Sortie prévue du film le 4 octobre 2023 🇫🇷.
(@CosmicMMedia)

Translate Tweet



7:49 AM · Jul 27, 2022 · Twitter for Android

**12** Retweets  **2** Quote Tweets  **23** Likes

💬        🔁        ♡        ⬆️

🅿️  Tweet your reply                    Reply

**Sedatif** @LeSedatif · Jul 27                        ···
Replying to @MarvelCineVerse and @CosmicMMedia
Scarlet Wish

💬        🔁        ♡        ⬆️

**Marvel CinéVerse** @MarvelCineVerse · Jul 27       ···
Replying to @LeSedatif and @CosmicMMedia
Juste Julia Carpenter 😟

📰 | marvel.fandom.com
Julia Carpenter (Earth-616) | Marvel Database | Fan...
Julia Cornwall was born and raised in Los Angeles,
California. The daughter of Walter and Elizabeth ...

💬 1      🔁        ♡        ⬆️

Show replies

**Search Twitter**

**Relevant people**

**Marvel CinéVerse**          Follow
@MarvelCineVerse
Actualités et encyclopédie sur le MCU
Instagram 📷 : marvelcineverse_
Associé à @swcineverse ⭐

**Cosmic Media**             Follow
@CosmicMMedia
Your #1 source for all leaks
surrounding Marvel, Star Wars, and
Disney | Backup for @cosmic_marvel

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Trending in United States              ···
**England**
Trending with #ENGIRN, Saka

Politics · Trending                    ···
**Tragically**
16.5K Tweets

Trending in United States              ···
**#cowboysnation**
11K Tweets

Music · Trending                      ···
**Elton John**
Trending with Dodger Stadium, #EltonFarewellTour

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**  ···
@c_perkowski

https://twitter.com/spiderman3news/status/1552258339570039937 ... at ... 2022-11-21 01:02:02 -08:00
Dkv=09462-OMG-ADS    Document 1-8    Filed 12/30/22    Page 82 of 101    Page ID #:726

Q Search Twitter

**Spider-Man News**
@SpiderMan3news

# Dakota Johnson on the set of Sony's 'MADAME WEB'

4:43 AM · Jul 27, 2022 · Twitter for Android

**202** Retweets  **71** Quote Tweets  **3,060** Likes

Tweet your reply                                    Reply

**Spider-Man News** @SpiderMan3news · Jul 27
Replying to @SpiderMan3news
Credit

**Cosmic Media** @CosmicMMedia · Jul 26
🚨 The first look at Dakota Johnson on the set of Sony's 'MADAME WEB'

2                    62

**Adrian** @_AdrianP's · Jul 27
Replying to @SpiderMan3news
🤝🔥

**Velvet27** @Velvet271 · Jul 27
Replying to @SpiderMan3news
Yes! My fave Madame Web design 🤣

**SAM_YeeT_24** @SamarjeetB23 · Jul 27
Replying to @SpiderMan3news
Watch this actually be decent LOL.
1                    19

**hooligan** @tommygordonraps · Jul 27
Replying to @SpiderMan3news
It should be. Considering Feige is specifically working on this movie with the rest of the crew. So, I expect it to be a good movie... hopefully.
2                    7
Show replies

**Lord_Vader** @mighty_Revan · Jul 27
Replying to @SpiderMan3news
Im just soooh afraid that Sony will ruin their Spider-Verse. Please Sony please dont do this. PLEASE DO A GOOD MOVIE
1                    2
Show replies

**Ricky** @rookylio · Jul 27
Replying to @SpiderMan3news
This is my Morbius

**@NO_VISOR** · Jul 28
Replying to @SpiderMan3news

GIF / ALT
1

**DAK🔥** @pjj_dakota · Jul 27
Replying to @SpiderMan3news
Mommy
2

**Alex** @ctrlshiftqoj2 · Jul 27
Replying to @SpiderMan3news
Mommy
2

**Spidey_HGB** @Holland97M · Jul 27
Replying to @SpiderMan3news
I completely forgot this was a thing
1                    64

**PissOnMickey** @PissOnMickey4 · Jul 27
Replying to @Holland97M and @SpiderMan3news
Your profile picture completely sums up how you feel about Sony Spider-Man films
38

**Nuigi** @Nuig12 · Jul 27
Replying to @SpiderMan3news
Seems like she's playing Julia Carpenter

Unless that's just her normal clothes and it's a coincidence she's also wearing a red coat

**Relevant people**

**Spider-Man News**
@SpiderMan3news                    Follow
news on all things spider-man
Business email:
adamwade9807@gmail.com
Admin/owner: @adamwade_1998
Backup admins: @lymeoo
@masinnnnick

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Trending in California
**Dodger Stadium**
Trending with Elon John, #EltonFarewellTour

Trending in United States
**Carr**
26.3K Tweets

The Walking Dead · Trending
**#TheWalkingDead**
104K Tweets

Trending in United States
**England**
Trending with #ENGIRN, Saka

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski



__ https://twitter.com/MarvelCineVerse/status/1208338821853777921 __ at __ 2022-11-21 02:49:47 -08:00 __



← **Tweet**

Q Search Twitter

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**


**Marvel CinéVerse**
@MarvelCineVerse

#WandaVision : De toutes nouvelles photos du tournage de la série 'WandaVision' révèlent la présence de l'organisation connue comme le S.W.O.R.D. ! Le personnage de Teyonah Parris (Monica Rambeau) semble en faire partie ! (via @JustJared)

Translate Tweet





11:08 PM · Dec 16, 2019 · Twitter for Android

**3** Retweets   **22** Likes

P  Tweet your reply

**Reply**

**Relevant people**


**Marvel CinéVerse**
@MarvelCineVerse
**Follow**

Actualités et encyclopédie sur le MCU Instagram  : marvelcineverse_ Associé à @swcineverse ⭐


**JustJared.com** 
@JustJared
**Follow**

Your #1 Entertainment Authority Also follow @jaredeng @justjaredjr

**What's happening**

NFL · Yesterday
**Lions at Giants**


Adult animation · Trending
#rickandmorty🧪
1,627 Tweets

Trending in United States
UCLA
11.5K Tweets

Trending in United States
#AMAs🔺
Trending with soobin, sabrina

The Walking Dead · Trending
#TheWalkingDead
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.


**Perkowski Legal P.C.** ···
@c_perkowski

__ https://twitter.com/filmnewsPL/status/1334281312186867716 __ at __ 2022-11-20 23:15:09 -08:00 __

← **Tweet**

 **Film News**
@filmnewsPL ···

Harry Styles i Florence Pugh na planie filmu
#DontWorryDarling



3:40 PM · Dec 2, 2020 · Twitter for Android

**11** Likes

🗨  ⟲  ♡  ⬆

 Tweet your reply                    Reply

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

🔍 Search Twitter

## Relevant people

 **Film News**            Follow
@filmnewsPL
🎬 najnowsze wiadomości filmowe -
kino polskie i zagraniczne, popularne i
niezależne 🎦 kontakt:
filmnewspl@gmail.com

## What's happening

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 😖
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                ···
**#AMAs** 🎤
Trending with soobin, yeonjun

Trending in United States                ···
**Ole Miss**
Trending with Iowa

Only on Twitter · Trending                ···
**#乐鱼体育**
222K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ···
@c_perkowski



← **Tweet**

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**



**Clicky Sound**
@ClickySound                                             ...

[clickysound.com/ariana-grande-...](clickysound.com/ariana-grande-...) She's back on her grind. View Entire Post ›



5:39 PM · Jun 18, 2020 · Clicky Sound

 

 Tweet your reply

**Reply**

🔍 Search Twitter

### Relevant people

**Clicky Sound**
@ClickySound                                             **Follow**
Photography at its Best!

### What's happening



NBA · LIVE
**Lakers at Suns**



**#AvatarTheWayOfWater**
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California                    ...
**Costco**
5,677 Tweets

Business and finance · Trending
**Walmart in Virginia**
8,865 Tweets

Trending in United States                ...
**Erection**
16K Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

__ https://twitter.com/ImexIIG/status/1418533956832608258 __ at __ 2022-11-22 09:11:56 -08:00 __

← **Tweet**



الاحداث حول العالم | 🎥
@ImexIIG

الفاتنة مارغوت روبي في لوس أنجلوس بالأمس. ❤️

Translate Tweet



4:30 AM · Jul 23, 2021 · Twitter for iPhone

**1** Retweet    **47** Likes

    Tweet your reply    Reply

## Search Twitter

### Relevant people

 الاحداث حول العالم | 🎥    **Follow**
@ImexIIG

أجمل منصة ترفيهية لأخبار و احداث النجوم والمشاهير حول العالم | الخاص للدعاية و الإعلان

### What's happening

FIFA World Cup · LIVE
**Mexico vs Poland**



**#AvatarTheWayOfWater** 💧
Get tickets now - In theaters December 16
Promoted by Avatar

Politics · Trending
**Dr. Fauci**
4,953 Tweets

Trending in United States
**#TheMarvels**
2,158 Tweets

Trending in United States
**#SeleccionMexicana** 🇲🇽
12.1K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

← Tweet

 **Film News**
@filmnewsPL                                    ...

Harry Styles o nagości w filmach:

"Nie byłem nagi w #DontWorryDarling, ale w #MyPoliceman już tak - nie ma ptaszka w ostatecznej wersji, jest tylko pupa."

Translate Tweet



8:08 AM · May 18, 2022 · Twitter for Android

**3** Retweets   **49** Likes

💬              ⇄              ♡              ⬆️

 Tweet your reply                    Reply

🔍 Search Twitter

**Relevant people**

 **Film News**        Follow
@filmnewsPL

🎬 najnowsze wiadomości filmowe - kino polskie i zagraniczne, popularne i niezależne 🍿 kontakt: filmnewspl@gmail.com

**What's happening**

Entertainment · 45 minutes ago
**It's Sushmita Sen's birthday** 🎂   

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States               ...
**#FIFAWorldCup** 🏆
Trending with  Qatar

Fashion & beauty · Trending              ...
**Louis Vuitton**
31.6K Tweets

Politics · Trending                      ...
**Alito**
Trending with  Hobby Lobby

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.


Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

https://twitter.com/Peli_Comic/status/1556769818665787649 __al __ 2022-11-21 05:15:33 -08:00
Document 1-6    Filed 12/30/22    Page 88 of 101    Page ID
#732

**Pelicomic** ✓
@Peli_Comic

Filtración de Iron Heart y The Hood para la serie 💥

Translate Tweet



3:26 PM · Aug 8, 2022 · Twitter for Android

**139** Retweets  **10** Quote Tweets  **3,526** Likes

Tweet your reply                                    **Reply**

**junior ✓** #AntManandTheWaspQuantumania @Altjrsr · Aug 8  ···
Parece más un personaje de Halo esa cosa xD

**lrrax** @irrax44 · Aug 8  ···
Replying to @Peli_Comic
Instalaron Doom en Marvel
♡ 22

**QNT-TIL** @Qntitil · Aug 8  ···
Replying to @Peli_Comic
Ahí tienen para comparar

**Cinema Fanboy** @Cinemafanboy · Aug 8  ···
Replying to @Peli_Comic
Me parece más sucesora por de #WarMachine que de #IronMan (Por el
traje, no vayan a pensar otra cosa)

Pero sinceramente, agradezco que exista un traje en el set como en los
viejos tiempos (Gané el CGI)
♡ 27

**Pablo Zamora** @Zamor22Z · Aug 8  ···
Replying to @Cinemafanboy and @Peli_Comic
Tal cual amigo
♡ 1

**Crozz** @ED_MTZ19 · Aug 8  ···
Replying to @Peli_Comic
Todos a criticar luego, no se acuerdan del Mark I o el Iron Monger.
♡ 35

**Valiuh** @Vfen707 · Aug 8  ···
Replying to @ED_MTZ19 and @Peli_Comic
Tony hizo el Mark 1 en una cueva con materiales limitados a escondidas de
unos terroristas, no sé nada de iron heart pero solo viendo el traje se nota
que tiene la tecnología suficiente como para hacer un diseño bueno y
funcional.
♡ 21

**Perro Bomba MD©** @Perro_Bomba_Md · Aug 8  ···
Replying to @Peli_Comic
La armadura está genial en cuanto diseño pero como que no pega mucho
con Iron Heart
♡ 2

**mola este juego** @molaestejuego · Aug 8  ···
Replying to @Peli_Comic
Caperucita roja eres tú

♡ 79

**Gudío** @GGastu · Aug 8  ···
Replying to @Peli_Comic
Zzzzz

**Ciervo_de_Plata** @CiarS2201438 · Sep 4  ···
Replying to @Peli_Comic
The hood es uno de los mejores villanos de Marvel en mi opinión

**Ariel. T. Tellechea.** @Arielo_TT · Aug 8  ···
Replying to @Peli_Comic

🏠 Home
🔍 Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More
Tweet

Search Twitter

**Relevant people**
**Pelicomic** ✓
@Peli_Comic          Follow
Youtuber, Noticias, opiniones y teorias
geek. Vivo en cdmx 🇲🇽 | Contacto:
pelicomic@gmail.com | Instagram: @
os_monge | TU.VE.FE 🎬

**What's happening**
Sports · LIVE
**2022 FIFA World Cup**

Trending in United States
**Slick Rick**

Trending in California
**Dodger Stadium**
Trending with Elton John, Dodger Stadium

Trending in United States
**Landon Donovan**

Politics · Trending
**Tragically**
13.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.  ···
@c_perkowski

__ https://twitter.com/iBlairWaldorf_/status/1521670800297938944 __ at __ 2022-11-21 22:09:45 -08:00 __



← **Tweet**



**Blair Waldorf**
@iBlairWaldorf_

serena van der woodsen x blake lively en la after party de la gala del met



6:59 PM · May 3, 2022 · Twitter for iPhone

**36** Retweets   **6** Quote Tweets   **789** Likes

**Tweet your reply**

Reply

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

Search Twitter

**Relevant people**



**Blair Waldorf**
@iBlairWaldorf_

Follow

¿Que haría Blair Waldorf?

**What's happening**

NFL · 1 hour ago
**49ers at Cardinals**



Entertainment · Trending
**Died Suddenly**
67.2K Tweets

Trending in United States
**Dreamers MV**
162K Tweets

Sports · Trending
**Ty Lue**

Trending in California
**Dodger Stadium**
8,650 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski   ···

___ https://twitter.com/IsActuallyHim/status/1578386656242499993 ___ at ___ 2022-11-20 11:15:48 -08:00 ___

← **Tweet**



**is jack**
@IsActuallyHim

¡QUEEEE! ¿¡SERÁ UNA VARIANTE DE SPIDER-MAN!?
Se filtraron estas fotos del set de grabaciones de
#MadameWeb y se ve a este actor con un traje que con
la post-producción puede que se le añadan más
detalles al mismo.

Translate Tweet



7:07 AM · Oct 7, 2022 · Twitter for iPhone

 Tweet your reply

Reply

**Relevant people**

 **is jack**
@IsActuallyHim      Follow

**What's happening**

Formula 1 · 4 hours ago
**Abu Dhabi Grand Prix 2022**


**#Disenchanted** 🧹
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Rest in Peace**
42.7K Tweets

Entertainment · Trending
**Morgan Freeman**
179K Tweets

Trending in California
**Shakira**
107K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

 Perkowski Legal P.C.
@c_perkowski   ···

← **Tweet**

🐦

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

⇄ Fuera de Plano Retweeted

 **Álvaro Luthor**
@Arrowverso

Blue Beetle: Oigan, por favor Warner, no me cancelen a mí, de acuer…

Warner:

Translate Tweet




3:37 PM · Aug 2, 2022 · Twitter Web App

54 Retweets    1 Quote Tweet    595 Likes

💬          ⇄          ♡          ⬆️

🅿️ Tweet your reply                         Reply


**Perkowski Legal P.C.**
@c_perkowski
⋯

🔍 Search Twitter

## Relevant people

 **Fuera de Plano**    Follow
@FueraPlano
Amantes del cine y las series. Noticias, recomendaciones, reseñas, sorteos y más! Twitch: twitch.tv/fueradeplanoli…

 **Álvaro Luthor**    Follow
@Arrowverso
Profe de Historia de día. Creador de contenido DC durante la noche. I'm not throwin' away my shot :)

## What's happening

Television · 3 hours ago
**Saturday Night Live airing on NBC**    

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶️ Promoted by Uber

Trending in United States    ⋯
**Jason David Frank**
1,491 Tweets

Trending in United States    ⋯
**Blocked**
134K Tweets

Music · Trending    ⋯
**Adele**
54.3K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.



← **Tweet**

🔍 Search Twitter

**dee.**
@harrymoonchild

···

Harry said: I don't know what dehydration is



9:39 AM · Feb 1, 2021 · Twitter for Android

**18** Retweets   **1** Quote Tweet   **143** Likes

💬   ⟲   ♡   ⬆

P   Tweet your reply                        Reply

**Home**

**Explore**

① **Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Relevant people**



**dee.**            Follow
@harrymoonchild

#harry: starry haze crystal ball 🌐🛍 |
backup:@goldenfineline | ig:dishaxrai

**What's happening**

NFL · Starts at 1:25 PM
**Bengals at Steelers**



**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States          ···
**Rest In Peace**
51.7K Tweets

Trending in California          ···
**Elton John**
10.2K Tweets

Only on Twitter · Trending          ···
**Jason David Frank**
Trending with Kevin Conroy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

P   **Perkowski Legal P.C.**   ···
@c_perkowski

← **Tweet**

🏠 Home

# Explore

🔔 Notifications ①

✉ Messages

🔖 Bookmarks

🗐 Lists

👤 Profile

⊙ More

**Tweet**

 **Türkçe**
@turkce

···

Aşıklar gecelerde: Haiti kökenli Amerikalı şarkıcı Jason Derulo, yaklaşık dört aydır aşk yaşadığı sevgilisi Jena Frumes ile Los Angeles gecelerinde görüntülendi
dlvr.it/RYl1r1 #Türkçe #MagazinHaberleri #Magazin
Translate Tweet



6:15 AM · Jun 16, 2020 · dlvr.it

♡        ⟲        ♡        ⬆

 Tweet your reply                    Reply

🔍 Search Twitter

## Relevant people

 **Türkçe**        Follow
@turkce

Gazete ve dergilerden Türkçe Haberler, Son Dakika, Spor, Magazin, Teknoloji, Sinema Haberleri. İletişim ve iş birliği için: turkcemag@gmail.com

## What's happening

FIFA World Cup · This morning
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Celebrities · Trending                    ···
**Tom Hanks**
9,850 Tweets

Trending in California                    ···
**Chicharito**
7,324 Tweets

Trending in United States                    ···
**RIP Harold**
Trending with Carson Steele, TO BE CLEAR

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ···
@c_perkowski

## Left sidebar navigation

🐦

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

▤ Lists

⚇ Profile

⊙ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski  ...

## Main content

Movie Crazy Planet 🎬🎞🎥
@MovieCrazyP    ...

📷💥 DESDE EL SET 💥📷

Alaqua Cox como Maya Lopez / Echo en el rodaje de Hawkeye en Atlanta. (1/2)

📷 @CreamOrScream



9:05 PM · Apr 8, 2021 · Twitter for Android

**1** Retweet    **2** Likes

💬          ⟲          ♡          ⬆

📱  **Tweet your reply**                    **Reply**

Movie Crazy Planet 🎬🎞🎥  @MovieCrazyP · Apr 8, 2021    ...
Replying to @MovieCrazyP

Alaqua Cox como Maya Lopez / Echo en el rodaje de Hawkeye en Atlanta. (2/2)

📷 @CreamOrScream



💬          ⟲          ♡  1          ⬆

## Right sidebar

🔍 Search Twitter

### Relevant people

Movie Crazy Planet ...
@MovieCrazyP    **Follow**
💥Noticias, tráilers, pósters, los estrenos más recientes de cine, series y televisión.💥 Síguenos y activa la 🔔 moviecrazyplanet@gmail.com 📩

Cora Ventura
@CreamOrScream    **Follow**
Venting account for all things great and small such as #Marvel and #DCComics, #Netflix, #Gaming #Films, and also a Media Account. Supporter of #AmberHeard 🦞

### What's happening

NFL · LIVE
49ers at Cardinals

Trending in United States
Died Suddenly
43.3K Tweets

Trending in United States
Tampax
27.9K Tweets

Entertainment · Trending
#DWTSFinale 🤩
Trending with Charli, Shangela

Trending in California
Dodger Stadium
12K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

⟲ **DAKOTA** 💜💙 Retweeted

**Estef** 🏷️
@estefffxg

⋯

Relacion madre-hija goals♡



5:49 PM · Dec 26, 2017 · Twitter for Android

**4** Retweets   **7** Likes

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒️ Lists

👤 Profile

⊙ More

**Tweet**

🔍 Search Twitter

**Relevant people**



**DAKOTA** 💜💙   **Follow**
@tender_DMJ

Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

**What's happening**

NFL · Yesterday
**Cowboys at Vikings**



Trending in United States
**Maher**
22.8K Tweets

⋯

Events · Trending
**#BlackFriday**
31.7K Tweets

⋯

Trending in California
**Dodger Stadium**
13.8K Tweets

⋯

Sports · Trending
**Charles Barkley**
2,506 Tweets

⋯

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

💭 Tweet your reply   **Reply**

**Perkowski Legal P.C.** ⋯
@c_perkowski

__ https://twitter.com/live1dnews/status/1333951041109417987 __ at __ 2022-11-19 23:00:12 -0800 __

← **Tweet**

Q Search Twitter

🏠 Home

# Explore

🔔 Notifications

**1D Updates**
@Live1DNews                                         ···

Harry on the set of 'Don't Worry Darling' today (December 1)

(Via @hsdcandids)



5:48 PM · Dec 1, 2020 · Twitter for iPad

**1** Retweet   **8** Likes

💬            ⟲            ♡            ↥

P   Tweet your reply                          Reply

**Relevant people**

**1D Updates**                    Follow
@Live1DNews

1D Updates. Paul, Andy, and more follow!

**HS Candids**                    Follow
@hsdcandids

Follow for HQ candids of HS. Layout by @brightblackdsgn. (Fan Account)

**What's happening**

Television · 2 hours ago
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Politics · Trending                    ···
**HE'S BACK**
154K Tweets

Jungkook · Trending                    ···
**JUNGKOOK**
1.58M Tweets

Sports · Trending                    ···
**Saraya**
25.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/mileyupdateuk/status/1227975399482777600 __ at __ 2022-11-21 16:50:33 -08:00 __

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← **Tweet**

 **Miley Cyrus UK** 🇬🇧
@MileyUpdateUK

...

ALL NYC PIX IN OUR GALLERY:
mileyupdateuk.com/gallery/index....



7:18 AM · Feb 13, 2020 · Twitter Web App

6 Retweets    27 Likes

 Tweet your reply

Reply

**Relevant people**

 **Miley Cyrus UK** 🇬🇧
@MileyUpdateUK    Follow

The world's only @MileyCyrus fansite
x @MileyCyrusBz! PlasticHearts OUT
NOW ✋🏼

**What's happening**

FIFA World Cup · This morning
**England vs Iran**



Entertainment · Trending
**Died Suddenly**
36.5K Tweets

...

Family drama · Trending
**#GTMcontest10**
Trending with #GilMOREtheMerrier

...

Trending in United States
**#JeopardyAmyChat**

...

Trending in United States
**Chrisley**
7,670 Tweets

...

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**
@c_perkowski    ...

_ https://twitter.com/bangtidyhq/status/1379870845154304000 __ at __ 2022-11-22 13:49:39 -0800 __

← **Tweet**

 **Bang Tidy Celebs**
@BangTidyHQ    •••

-@bellathorne

 

11:57 AM · Apr 7, 2021 · Twitter Web App

**31** Likes

 Tweet your reply    **Reply**

Q Search Twitter

**Relevant people**

 **Bang Tidy Celebs**    **Follow**
@BangTidyHQ
Bringing you Bang Tidy Celebs from
the UK and around the world. From TV
& Film to Music & Models. Any
requests feel free to tweet.

 **BITCHIMBELLATH...** ✔    **Follow**
@bellathorne
number one book, number one new
movie:) wow. love u guys thank u 🔥

**What's happening**

FIFA World Cup · 3 hours ago
**Mexico vs Poland**    

#AvatarTheWayOfWater 🌊
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Trending in California    •••
**LAPD**
12.4K Tweets

Trending in California    •••
**Lucas**
151K Tweets

Trending in California    •••
**Mexicans**
19.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/marvlsmedia/status/1431018278584594440 __ at __ 2022-11-22 09:43:58 -08:00 __

← **Tweet**

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

🗐 Lists

👤 Profile

⋯ More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

Ⓟ **Perkowski Legal P.C.** ⋯
@c_perkowski

https://twitter.com/BarbieHarp/status/888219044492694012#... ⓘ      22-cv-09462-DMG-ADS   Document 1-6   Filed 12/30/22   Page 100 of 101   Page ID
                                                                                                #:744



Case 3:22-cv-09462-DMG-ADS   Document 1-8   Filed 12/30/22   Page 101 of 101   Page ID #:745



← **Tweet**



**MovieLogTR**
@movielogtr                                        ...

Dakota Johnson, Madame Web filminin setinde görüntülendi.



3:48 AM · Jul 26, 2022 · Twitter for iPhone

Tweet your reply                                   Reply

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Search Twitter

**Relevant people**



**MovieLogTR**
@movielogtr                          Follow

**What's happening**

FIFA World Cup · 1 hour ago
**England vs Iran**

Trending in California                    ...
**Dodger Stadium**
14.1K Tweets

Sports talk · Trending                    ...
**Skip and Shannon**

Trending in United States                 ...
**Chocolate and Chip**

Entertainment · Trending                  ...
**#AntManandTheWaspQuantumania**
Trending with Kanq

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski                    ···