# EXHIBIT B Continued



__ https://twitter.com/nostrendsbrasil/status/1296375987442257920 __ at __ 2022-11-21 13:29:34 -08:00 __

← **Tweet**

 **Nos Trends BRASIL** 
@nostrendsbrasil

···

Shawn - O cantor Shawn Mendes estava na casa do produtor "Andrew Watt" junto com Justin Bieber. Fãs repercutem.

Translate Tweet



2:18 AM · Aug 20, 2020 · Twitter for Android

**3** Quote Tweets   **10** Likes

🗨        ↻        ♡        ⬆

Ⓟ   Tweet your reply          Reply

🔍  Search Twitter

### Relevant people

 **Nos Trends BRASIL**     Follow
@nostrendsbrasil

Siga-nos e saiba o que está acontecendo #nostrendsbrasil. Não temos nenhum envolvimento com a rede social, nem somos remunerados. Postamos para informar!

### What's happening

FIFA World Cup · LIVE
**USA vs Wales**

Trending in United States          ···
**Sin Kiske**
1,833 Tweets

Trending in United States          ···
**1-0 USA**
21K Tweets

Trending in United States          ···
**HOW IS THAT NOT A YELLOW**

Entertainment · Trending          ···
**julia fox**
7,083 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Ⓟ   **Perkowski Legal P.C.**   ···
@c_perkowski

— __ https://twitter.com/aassemblebr/status/1552460561044086784 __ el __ 2022-11-19 23:48:39 -08:00



← **Thread**

 Search Twitter

**Avengers Assemble BR**
@AAssembleBR                                    ···

🎥 Adam Scott durante as filmagens de **#MadameWeb** em Boston.

Via: **@JustJared**



6:06 PM · Jul 27, 2022 · Twitter for Android

**8** Retweets  **3** Quote Tweets  **25** Likes

💬          🔁          🤍          ⬆️

 Tweet your reply                               **Reply**

**Avengers Assemble BR** @AAssembleBR · Jul 27   ···
Replying to @AAssembleBR

> **Avengers Assemble BR** @AAssembleBR · Jul 27
> 📰 | A nova merch de "#SpiderMan: ACROSS THE SPIDER-VERSE" provocou a aparição de Spider-Punk na sequência!
> Show this thread
>
> 

💬          🔁          🤍 2          ⬆️

**Relevant people**

 **Avengers Assemble BR**   **Follow**
@AAssembleBR
🇧🇷 Fan Account | Sua mais completa fonte de informações sobre o universo Marvel no Brasil. Ativem as notificações!

 **JustJared.com** ✔   **Follow**
@JustJared
Your #1 Entertainment Authority Also follow @jaredeng @justjaredjr

**What's happening**

Television · 3 hours ago
**Saturday Night Live airing on NBC**                              

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
📣 Promoted by Uber

Sports · Trending
**Pasadena**                                    ···
1,623 Tweets

Trending in United States
**Blocked**                                     ···
133K Tweets

Sports · Trending
**Chip Kelly**                                  ···
1,081 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Left sidebar

🐦

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

**Perkowski Legal P.C.**   ···
@c_perkowski



__ https://twitter.com/sydneyfiles/status/1498853706313486338 __ at __ 2022-11-22 00:03:38 -08:00 __

← **Tweet**

- ⌂ Home
- # Explore
- 🔔 Notifications
- ✉ Messages
- 🔖 Bookmarks
- ▤ Lists
- 👤 Profile
- ⋯ More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.** ⋯
@c_perkowski



### Relevant people

Lady Gaga Now ...      Follow
@ladygaganownet

Fan page. One of the first and biggest communities providing you with the latest @ladygaga news & media since 2009. Now on Discord as well.

### What's happening

Sports · Live
2022 FIFA World Cup

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
Died Suddenly
78.4K Tweets

Trending in United States
#GMMTV2023
324K Tweets

Trending in California
Mexicans
7,171 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

_ https://twitter.com/ImexIIG/status/1397142344101679104 ___ at ___ 2022-11-22 11:10:13 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 1-9   Filed 12/30/22   Page 8 of 101   Page ID #:753



# Tweet

الاحداث حول العالم | 🏆
@ImexIIG

بعد أنباء عن عودتهما معاً
شوهد النجم بين افليك وحبيبتة جينيفر لوبيز في ميامي اليوم.

Translate Tweet





© BackGrid

3:47 AM · May 25, 2021 · Twitter for iPhone

**3** Retweets   **1** Quote Tweet   **18** Likes

---

Ⓡ · @ra_n88 · May 25, 2021
Replying to @ImexIIG and @aiwjaee

يأتي مالكم صلاح!!

---

A.Basmouk @A_Basmouk · May 25, 2021
Replying to @ImexIIG

مسلسل قديم وممل.

---

Perkowski Legal P.C.
@c_perkowski

## Relevant people

الاحداث حول العالم | 🏆   Follow
@ImexIIG
أجمل منصة ترفيهية لأخبار و احداث النجوم
والمشاهير حول العالم | الخاص للدعاية و
الإعلان

## What's happening

FIFA World Cup · 1 hour ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
📢 Promoted by Avatar

Only on Twitter · Trending
**#MHASpoilers**
2,147 Tweets

Trending in California
**Mexicans**
13.8K Tweets

Trending in United States
**Ochoa**
Trending with  Poland, Lewandowski

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS   Document 1-9   Filed 12/30/22   Page 9 of 101   Page ID #:754

**Tweet**

**Olivia Rodrigo Daily**
@DailyRodrigo

👥 | Billie Eilish liked a fanpage's post of Olivia recently!

Post by @/oliviarodrigofav_ on Instagram.



5:13 PM · Aug 21, 2022 · Twitter for iPhone

**54** Retweets   **22** Quote Tweets   **1,113** Likes

Tweet your reply

**Reply**

**Ella** 🇺🇦 @gglover321 · Aug 21
Replying to @DailyRodrigo
Stars... Their just like us!

6

**LES** @LESZEK38955253 · Aug 22
Replying to @DailyRodrigo
Wooow 🦋😎😘😍

**Pixel •Music Producer•** @pixelyzd · Aug 22
Replying to @DailyRodrigo
Billie really loves Olivia and she cares a lot about her

10

Show additional replies, including those that may contain offensive content       **Show**

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

Search Twitter

**Relevant people**

**Olivia Rodrigo Daily**
@DailyRodrigo       **Follow**
First and most reliable source of information about 3x Grammy winner and actress @OliviaRodrigo worldwide. Contact & Inquiries: oliviarodrigodaily@gmail.com

**What's happening**

Television · 4 hours ago
**Last Week Tonight With John Oliver airing on HBO**

Music · Trending
**Lionel Richie**
3,498 Tweets

Trending in United States
**Bob Iger**
Trending with  Disney, Chapek

Trending in United States
**#TheWalkingDead**
Trending with  #TWDFinale, Michonne

Music · Trending
**Goodbye Yellow Brick Road**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

__ https://twitter.com/TavernaMarvel/status/1551898894400999424 __ at __ 2022-11-21 05:54:31 -08:00 __



# Twitter

← Tweet

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**



**Taverna Marvel | Fan-Club**
@TavernaMarvel

💥Dakota Johnson em novas imagens dos bastidores de 'Madame Web' da Sony.




4:55 AM · Jul 26, 2022 · Twitter for Android

**5** Retweets   **22** Likes



Tweet your reply

Reply

## Relevant people



**Taverna Marvel | Fan-...**
@TavernaMarvel

Follow

Portal focado no universo da Marvel. Todas as notícias e informações você encontra aqui. Ative as notificações🔔
📥Contato: tavernamarvel@gmail.com

## What's happening

FIFA World Cup · LIVE
**England vs Iran**

Trending in United States
**England**
Trending with #ENGIRN, Saka

Politics · Trending
**Tragically**
16.4K Tweets

Trending in United States
**Go USA**
6,052 Tweets

Trending in California
**#Boltup**⚡
6,046 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**
@c_perkowski



← **Tweet**



**Foochia - فوشيا** ✔
@foochia

كايلي جينر تستعرض منحنيات جسمها بجمبسوت مستوحى
من شكل الفضاء.. هل ناسبها؟

#فوشيا #كايلي_جينر #KylieJenner #مشاهير_هوليوود

Translate Tweet



4:01 AM · Mar 31, 2021 · Hootsuite Inc.

2 Retweets   4 Likes

💬          ♻          ♡          ⬆

 Tweet your reply          Reply

---

**Search Twitter**

**Relevant people**

**Foochia - فوشيا** ✔
@foochia          Follow

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

**What's happening**

---

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/CinematizandoOf/status/1431991001217488520 __el __ 2022-11-19 21:27:45 -08:00
22-cv-09462-DMG-ADS   Document 1-9   Filed 12/30/22   Page 13 of 101   Page ID #:758





← **Tweet**

 **Foochia - فوشيا** ✓
@foochia                                    ...

الشقيقات #كيم، #كورتني و #كلوي_كارداشيان بأجدد إطلالة
لهن.. من الأجمل؟

#مشاهير #khloekardashian #kimkardashian
#kourtneykardashian

Translate Tweet



6:15 AM · Feb 20, 2020 · Hootsuite Inc.

**1** Retweet    **2** Likes

💬            ⟲            ♡            ⬆

 Tweet your reply                    Reply

Q  Search Twitter

**Relevant people**

 **Foochia - فوشيا** ✓       Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**


**Perkowski Legal P.C.**  ...
@c_perkowski

← **Tweet**



**Linda Ikeji**
@lindaikeji

···

Actress, Bella Thorne and Benjamin Mascolo throw engagement party with family and friends (photos)
lindaikejisblog.com/2021/4/actress...



2:45 PM · Apr 26, 2021 · LIB App

**1** Retweet   **1** Quote Tweet   **10** Likes

💬           🔁           ♡           ⬆

  Tweet your reply                    **Reply**

## Relevant people



**Linda Ikeji**          **Follow**
@lindaikeji
Blogger. CEO, LindaIkejiTV

## What's happening



FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending          ···
**Marvel**
83.6K Tweets

Politics · Trending          ···
**Ginni Thomas**
32.8K Tweets

Trending in California          ···
**Chicharito**
7,341 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

**Perkowski Legal P.C.**   ···
@c_perkowski

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from a suspended account. Learn more



**Perkowski Legal P.C.**   ...
@c_perkowski

__ https://twitter.com/alexromval/status/1350874022209318919 __ at __ 2022-11-20 21:27:07 -08:00 __

← **Tweet**

 **Alex Salvatore** 🧑‍🦼
@Alexromval

···

Mi apuesta: va a haber un salto de tiempo dentro de la propia película después de que Matt ayude a Peter a limpiar su nombre.

Quizás demostrando que el vídeo de Mysterio está trucado o a saber. Así que sólo una parte de la película va a ser sobre la persecución.

Translate Tweet



10:33 AM · Jan 17, 2021 · Twitter Web App

**4** Likes

💬   🔁   ♡   ⬆️

 Tweet your reply                    Reply

## Relevant people

 **Alex Salvatore** 🧑‍🦼    Follow
@Alexromval
'Nadie puede juzgar desde fuera el amor'

## What's happening

Television · 3 hours ago
**The Walking Dead airing on AMC**



**#Disenchanted** 🧝
Original movie now streaming
▶️ Promoted by Disney+

Trending in United States   ···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Music · Trending   ···
**harries**
4,688 Tweets

Trending in California   ···
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🔍 Search Twitter

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

 **Perkowski Legal P.C.** ···
@c_perkowski



__ https://twitter.com/SeriesUpdateFR/status/1431333580088369156 __ et __ 2022-11-22 08:39:50 -08:00

# Tweet




**Infos Séries**
@SeriesUpdateFR

···

Danai Gurira et Letitia Wright sur le tournage du film "Black Panther: Wakanda Forever". 🎥



12:11 PM · Aug 27, 2021 · Twitter for Android

**74** Retweets    **12** Quote Tweets    **760** Likes

| | | | |
|---|---|---|---|

💬  Tweet your reply    **Reply**

**Style Comics Vidéos** @StyleComicsVid · Aug 27, 2021    ···
Replying to @SeriesUpdateFR
Ce serait un buddy movie tellement excellent ! Leurs personnalités sont parfaites pour ça et les actrices très très talentueuses !

**ToMiTo00**🇫🇷🇮🇱💃🏻🌻🚀 @ToMiTo00 · Aug 27, 2021    ···
Replying to @SeriesUpdateFR
Elles ont vraiment la classe 😎😎

♡ 3

**stephanie 74**🇫🇷🇮🇱🇫🇷 @CecStephanie74 · Aug 27, 2021    ···
Replying to @SeriesUpdateFR
J aime..👍👍❤❤❤

---

## Relevant people

**Infos Séries**    **Follow**
@SeriesUpdateFR
Bienvenue sur votre premier compte source français sur toutes vos séries, films et plateformes de streaming préférées. 🎬:
seriesupdatefr@gmail.com

## What's happening



FIFA World Cup · LIVE
**Mexico vs Poland**

#AvatarTheWayOfWater🎭
Get tickets now - In theaters December 16
🎟 Promoted by Avatar

Trending in United States    ···
**#SeleccionMexicana**🇲🇽
7,376 Tweets

Trending in United States    ···
**Argentina**
Trending with  Messi

Music · Trending    ···
**Chrisean**
Trending with  Blueface

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski    ···

← Tweet

Search Twitter

**Relevant people**

Kardashian World
@KUWTKWorld
Follow

The largest fan source for everything Kardashian! #TheKardashians 🖤 Season 2 | Sept 22nd on Hulu! Kim & Khloe follow 💗❤️
admin@kardashianworld.net

Kardashian World
@KUWTKWorld

🎬 Kim Kardashian at a SKIMS shoot yesterday 🔥



6:28 AM · May 28, 2022 · Twitter for iPhone

**155** Retweets  **51** Quote Tweets  **4,193** Likes

💬  🔁  ♡  ⬆️

**What's happening**

FIFA World Cup · LIVE
Senegal vs Netherlands

Trending in California
Dodger Stadium
13.8K Tweets

Sports · Trending
Jameson Williams
2,340 Tweets

Sports · Trending
Charles Barkley
2,945 Tweets

Entertainment · Trending
#AntManandTheWaspQuantumania
1,616 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

Tweet your reply                      Reply

Julee @Julee1963 · May 29
Replying to @KUWTKWorld
I LOVE SKIMS

🢇  🔁  ♡  ⬆️

𝒥𝒸·𝓎 💜 @_sincerelyRosy · May 29
Replying to @KUWTKWorld
Are her shoes a part of Skims?

🢇  🔁  ♡  ⬆️

B @TORGBL · May 28
Replying to @KUWTKWorld
What I would give to be in a skims shoot. One of my favorite photographers took photos for one of  Kim k  Shoots for skims uhh so jelly one day though one day. #dreaming #willbefriends #photo #loveyoukimk #skims #model

🢇  🔁 2  ♡  ⬆️

Faduma @fadumaG37 · May 28
Replying to @KUWTKWorld
Kim Kardashian's



GIF

🢇  🔁  ♡ 2  ⬆️

Baby Boy C @chlone_skye · May 29
Replying to @KUWTKWorld
ok shrimp talk to me @KUWTKWorld

🢇  🔁  ♡ 1  ⬆️

Sirisaid @Sirisaid13 · Jun 4
Replying to @KUWTKWorld
It's giving

GIF  ALT

🢇  🔁  ♡  ⬆️

Jeremy Beeson @JeremyBeesond · May 28
Replying to @KUWTKWorld
It's her world. We just living in it.

🢇  🔁  ♡ 4  ⬆️

Harry Singh @546789676 · May 29
Replying to @KUWTKWorld

GIF  ALT

🢇  🔁  ♡ 8  ⬆️

Bryan Guerrero @bgguerrero_566 · May 28
Replying to @KUWTKWorld
She looks incredible

🢇  🔁  ♡  ⬆️

musa konneh @musakonneh11 · May 29
Replying to @KUWTKWorld
Nice post

🢇  🔁  ♡  ⬆️

8888 🈲品  🈵nostalgia ビーサント ラベラー @ayubluek · May 29
Replying to @KUWTKWorld
skinny

🢇  🔁  ♡  ⬆️

Show more replies

← **Tweet**



 **Dakota Johnson Daily**
@Dakoholics                                    ...

November 24: #DakotaJohnson with friends at Farmers Market in Los Angeles.



👤 Dakota Johnson Brasil

1:24 AM · Nov 25, 2019 · Twitter for Android

**13** Retweets  **62** Likes

💬            ⟲            ♡            ⬆

 Tweet your reply                          Reply

🔍 Search Twitter

## Relevant people

 **Dakota Johnson Daily**          Follow
@Dakoholics
Fan account dedicated to actress, activist, director and producer Dakota Johnson.

**Dakota Johnson Brasil**          Follow
@DakotaJBRA
Sua primeira, maior e melhor fonte sobre a atriz e produtora Dakota Johnson no Brasil. E-mail para contato: contato@dakotajohnsonbrasil.com

## What's happening

Television · Starts at 7:00 PM
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
📷 Promoted by Uber

Trending in United States                    ...
**HE'S BACK**
109K Tweets

Trending in California                       ...
**Sac State**

Trending in California                       ...
**HELL NO**
45.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

 **Perkowski Legal P.C.**          ...
@c_perkowski

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from a suspended account. Learn more


**Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**



Home

\# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

**Perkowski Legal P.C.**
@c_perkowski    ...

__ https://twitter.com/foochia/status/1479030242299817987 __ at __ 2022-11-21 02:08:16 -08:00 __

← Tweet

 **Foochia - فوشيا** ✔
@foochia

شوهدت نجمة تلفزيون الواقع الأمريكي كيم كارداشيان
وحبيبها الجديد الممثل الكوميدي الأمريكي بيت ديفيدسون
وهما يستمتعان بأشعة الشمس أمس الأربعاء في جزر الباهاما
التي سافرا إليها مطلع الأسبوع الجاري لقضاء عطلة فيها.

Translate Tweet



2:01 AM · Jan 6, 2022 · Hootsuite Inc.

**2** Retweets    **5** Likes

    Tweet your reply    Reply

Q Search Twitter

## Relevant people

 **Foochia - فوشيا** ✔
@foochia    Follow

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

## What's happening

NFL · 5 hours ago
**Chiefs at Chargers** 

Music · Trending
**Kelly Rowland**
Trending with Chris Brown

Trending in United States
**Iran**
477K Tweets

Trending in United States
**Oregon**
Trending with Utah

Trending in United States
**Bob Iger**
Trending with Disney, Chapek

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski

__ https://twitter.com/bso/status/1391987038027661312 __ at __ 2022-11-22 07:51:11 -0800

← **Tweet**



 **Robert Littal BSO** ✔
@BSO

Photos of Devin Booker and Kendall Jenner's Triple Date With Justin Bieber his Wife Hailey and Travis Scott and Kylie Jenner (Pics-Vids) bit.ly/3ey0lrk via @BasketballguruD



10:22 PM · May 10, 2021 · BSO Alert

**1** Quote Tweet    **6** Likes

💬                    🔁                    ♡                    ⬆


**Perkowski Legal P.C.**  ···
@c_perkowski


Tweet your reply            Reply

## Left sidebar

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
··· More

**Tweet**

## Right sidebar

🔍 Search Twitter

**Relevant people**

 **Robert Littal BSO** ✔    Follow
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

 **The Daniel Bell©**    Follow
@BasketballGuruD
Thunder Beat Reporter For @BSO | Contributor for the @FranchiseOK | A lot of sports tweets | dbell3220@icloud.com

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in United States    ···
**Argentina**
Trending with #WorldCup, Otamendi

Entertainment · Trending    ···
**Died Suddenly**
110K Tweets

Trending in California    ···
**Mexico City**
25.6K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← **Tweet**

**Cosmic Media**
@CosmicMMedia

Letitia Wright and Danai Gurira on set of 'BLACK PANTHER: WAKANDA FOREVER'

(via @TMZ)



5:21 PM · Aug 24, 2021 · Twitter for iPhone

**17** Retweets   **1** Quote Tweet   **88** Likes

Tweet your reply                          Reply

🎣 **Monkey D Luke (Linha Torta)** @Linha_TT · Aug 24, 2021 ···
Replying to @CosmicMMedia and @TMZ
Soooooo... they joined wicca?????

**DStyles510** @DStyles0510 · Aug 24, 2021 ···
Replying to @CosmicMMedia and @TMZ
Omg Shiris Hair? WTF

**Perkowski Legal P.C.**
@c_perkowski
···

**Relevant people**

**Cosmic Media**    Follow
@CosmicMMedia
Your #1 source for all leaks
surrounding Marvel, Star Wars, and
Disney | Backup for @cosmic_marvel

**TMZ** ✓    Follow
@TMZ
⊘ Official
Breaking entertainment news as it
happens.

**What's happening**

NBA · 30 minutes ago
Celtics at Bulls

Entertainment · Trending
**Died Suddenly**
54.9K Tweets

Trending in California
**Aztecs**

Trending in California
**Dodger Stadium**
11K Tweets

Trending in United States
**Sean McNeil**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

**Affinity Magazine** ✔
@TheAffinityMag                                    ···

📸 #AaronTaylorJohnson was spotted in Malibu the other day



2:30 AM · Jul 27, 2021 · TweetDeck

**6** Retweets  **3** Quote Tweets  **47** Likes

💬       ⇄       ♡       ⬆

Ⓟ    Tweet your reply                    Reply

**jay** 🦥 @remsdesign · Jul 27, 2021              ···
Replying to @TheAffinityMag



GIF  ALT

💬 1        ⇄        ♡        ⬆

---

**Search Twitter**

## Relevant people

**Affinity Magazine** ✔
@TheAffinityMag                          Follow
NEXT GEN OF MEDIA

## What's happening

FIFA World Cup · 2 hours ago
**USA vs Wales**

Trending in United States                ···
**Trent Reznor**
11.4K Tweets

Trending in United States                ···
**HOW IS THAT NOT A YELLOW**
1,503 Tweets

Trending in United States                ···
**Combat Mode**
1,526 Tweets

Trending in United States                ···
**Tampax**
21.2K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

Ⓟ   **Perkowski Legal P.C.**        ···
     @c_perkowski

## Navigation sidebar

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

__ https://twitter.com/planoinforma/status/1404547946125967360 __ at __ 2022-11-21 11:40:04 -08:00 __

← **Tweet**

**Plano Informativo**
@Planoinforma                                              ⋯

Ahora sí, es oficial: #JenniferLopez está saliendo con #BenAffleck, de nuevo, ¡los cachan besándose! La pareja reavivó su romance a principios de este año. Entérate: bit.ly/3gBkvjM
#Espectáculos

Translate Tweet



2:15 PM · Jun 14, 2021 · TweetDeck

**3** Likes

🗨        ⇄        ♡        ⬆

[P]    Tweet your reply                          Reply

🔍 Search Twitter

**Relevant people**

**Plano Informativo**          Follow
@Planoinforma
Información veraz y confiable

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**

Sports · Trending                    ⋯
**Charles Barkley**
5,424 Tweets

Trending in United States            ⋯
**Senegal**
Trending with Mendy, Holanda

Trending in United States            ⋯
**Aaron Ramsey**

Trending in United States            ⋯
**I BELIEVE THAT WE WILL WIN**
1,314 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

**Tweet**

[P] **Perkowski Legal P.C.**   ⋯
@c_perkowski

__ https://twitter.com/AndyVermaut/status/1380024900987936769 __ at __ 2022-11-22 21:29:20 -08:00 __

← **Tweet**



**Andy Vermaut**
@AndyVermaut

···

'Powerpuff Girls' Fans Go Nuts After 1st Pics From Set Show Live-Action Cast In Costume
hollywoodlife.com/2021/04/08/pow...



10:09 PM · Apr 7, 2021 · dlvr.it

 

 Tweet your reply

Reply

Q Search Twitter

## Relevant people



**Andy Vermaut**  **Follow**
@AndyVermaut
Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

NBA · LIVE
**Lakers at Suns**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States                    ···
**Erection**
15.2K Tweets

Business and finance · Trending      ···
**Virginia Walmart**
8,481 Tweets

Trending in California                         ···
**Costco**
5,568 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Perkowski Legal P.C.**   ···
@c_perkowski



Page 31 of 101

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Search Twitter

**Relevant people**

Marvel News
@MMMarvelNews

Follow

Conta de fã dedicada ao Universo
Marvel 🕷 Contato
marvelnewsbr@outlook.com

**What's happening**

Television · Last night
**Saturday Night Live airing on NBC**

#Disenchanted 😊
Original movie now streaming
Promoted by Disney+

Politics · Trending
**#MassShooting**
3,863 Tweets

Trending in California
**Jason David Frank**
Trending with First Book Comics

Trending in California
**Shakira**
103K Tweets

Trending more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Marvel News
@MMMarvelNews

🎬 Aló? Novas imagens das gravações de **#MadameWeb** confirma a existência de alguma versão do Homem-Aranha no filme.

Translate Tweet



10:06 AM · Oct 6, 2022 · Twitter for Android

**108** Retweets  **112** Quote Tweets  **1,929** Likes

Tweet your reply                                    **Reply**

Robson @Robson91009502 · O6 6
Replying to @MMMarvelNews
Isso aí não é homem aranha nem fudendo

Show replies

danvers @danversssme · Oct 6
Replying to @MMMarvelNews
Ué é o Aaron? O ator do pietro?

RYANV8S | GO SEE BLACK ADAM 🗣 @ryandks_ · Oct 6
Replying to @MMMarvelNews
pcrm um momento eu pensei ate q fosse o Aaron Taylor Johnson, vindo da sony pode se esperar tudo!!

Aguiar @UniEngelmério · Oct 6
Replying to @ryandks_ and @MMMarvelNews
Mas ta igual ele mesmo

Guilherme💥 @GuilhermSlopes · Oct 6
Replying to @MMMarvelNews
Parece o Aaron taylor johnson

Lucas 🦇 @eimaproject_ · Oct 6
Replying to @GuilhermSlopes and @MMMarvelNews
Vocês precisam MESMO rever o rosto do Aaron antes de falar que aquele cara parece com ele

HELP GOD | #Lala13 @Filho_De_Raziel · Oct 6
Replying to @MMMarvelNews
Hm, que sabor

MORTO @Mortoluvween · Oct 6
Replying to @MMMarvelNews
Não me parece um Homem-Aranha, provavelmente é alguma coisa q a sony inventou e deve ter a ver com o totem da aranha, tipo um cultista sla, não faço a menor ideia mas nem aranha no peito ele tem.

MORTO @Mortoluvween · Oct 6
Replying to @MMMarvelNews
Não me parece um Homem-Aranha, provavelmente é alguma coisa q a sony inventou e deve ter a ver com o totem da aranha, tipo um cultista sla, não faço a menor ideia mas nem aranha no peito ele tem.

alysu™ na série 🎃 @ikanalensacs1 · Oct 6
Replying to @Mortoluvween and @MMMarvelNews
Se fossem pra fazer parada com totem aranha tinham que meter um R-rated e inxixar sla

Cloud @ClosedCloud · Oct 6
Replying to @MMMarvelNews
DISNEY PELO AMOR DE DEUS, COMPRA O MIRANHA DA SONY LOGO, EU NÃO AGUENTO MAIS

matteolii de schrödinger @matteolii · Oct 6
Replying to @MMMarvelNews
Meu deus a SALADA que tá sendo esse universo da Sony

2.gab11😡😡 @Gabryel132535 · Oct 6
Replying to @MMMarvelNews
Calma galera esse não é o ator q faz o Kraven (Aaron Johnson) esse aí ta parecendo o Aiam Jogia q fez Leon no resident evil bem-vindo a raccoon city

Peter Parker @spidermanxxwayh · Oct 6
Replying to @MMMarvelNews
Aparentemente são os dublês, então com a marcação de pontos no rosto para depois ser substituído pelo dos atores, Madame Teia é algum homem aranha alternativo.

Leonardo @Leonard17862250 · Oct 6
Replying to @MMMarvelNews
O traje é bonito

Foca @foca505 · Oct 6
Replying to @MMMarvelNews
vai ser algum aranha do multiverso quer apostar quanto?

Victor @changolinho · Oct 6
Replying to @MMMarvelNews
Mas quem é esse gostoso

BLACK KNIGHT @_jrodrigo · Oct 6
Replying to @MMMarvelNews
Não é possível Que polha é essa

Vinícius Andrade @AndreVinician · Oct 6
Replying to @MMMarvelNews
A Sony vai conseguir arrecadar 1 bilhão só por causa disso kkkkk

Cidadão de Badass @TÓMRA · Oct 6
Replying to @AndreVinicius and @MMMarvelNews
Até que conformem o contrário, esse é o Aaron Taylor e o Kraven tem um visual meio "aranhesco" pq isso faz sentido na cabeça da Sony.

Show replies

💀DurlteeBigma[3]s @darknessigma · Oct 7
Replying to @MMMarvelNews
Isso vai ser pior q Morbius, provavelmente

zeino @zeinopaulo · Oct 6
Replying to @MMMarvelNews
Não é mm

Ark @GzeireHugo · Oct 7
Replying to @MMMarvelNews
@theo_yr14

Adam 🐉 @jury_NGH · Oct 7
Replying to @MMMarvelNews
Provavelmente deve ser algum tipo de "Servo da Madame Teia" que é imortal e vem protegendo todas as que portam esse titulo por geração

klaus 🦇 @dilbert416 · Oct 7
Replying to @MMMarvelNews
@EaRa4777119109

🇺🇦 @araakaleo · Oct 6
Replying to @MMMarvelNews
Me lembrou muito

https://twitter.com/previouslyserie/status/1016434896758280194 __ el __ 2022-11-20 23:17:55 -08:00

# Tweet

《Previously SERIES》
@PreviouslySerie

#StrangerThings

⚠️ NOVEDAD ⚠️

@Milliestopshate (Su doble a consecuencia de una lesión) y @SadieSink en el rodaje de la 3T.

Translate Tweet



2:32 PM · Jul 9, 2018 · Twitter for Android

39 Retweets    1 Quote Tweet    173 Likes

---

nathan @KickinBat · Jul 9, 2018
Replying to @PreviouslySerie @Milliestopshate and @SadieSink
Creo que no hay nada anunciado pero pregunto igual, se tiene una fecha estimativa para el estreno de la temporada?

《Previously SERIES》 @PreviouslySerie · Jul 9, 2018
Replying to @KickinBat @Milliestopshate and @SadieSink
Halloween 😅
💬 2    🔁 1    ❤️ 3

Show replies

SheiiBlood🖤Team Black🖤 @DanyBloodMoon · Jul 11, 2018
Replying to @PreviouslySerie @Milliestopshate and @SadieSink
Que pelo llevará Once en esta temporada??!me gustó mucho el de la temporada 2

This Tweet is from a suspended account. Learn more

eva ~♥♡😍🌈 @hawahvt · Jul 10, 2018
Replying to @sarfatishelley @PreviouslySerie and 2 others
Si que es no???
💬 1

Show replies

---

Relevant people



《Previously SERIES》    Follow
@PreviouslySerie
Medio informativo en español sobre tus series de TV y plataformas favoritas desde 2015 📺🎬
previouslyserie@gmail.com 📧 +34 633 041 734 📱

Millie Bobby Brown ✓    Follow
@Milliestopshate
I want this account to share love and positivity. let's stop bullying 🤍 -MBB

Sadie Sink ✓    Follow
@SadieSink

What's happening

FIFA World Cup · This morning
World Cup Qatar 2022: Opening Ceremony

#Disenchanted 👸
Original movie now streaming
Promoted by Disney+

Trending in United States
#AMAs 🔥
Trending with scoobn, yeonjun

Music · Trending
Kiki Dee

Trending in California
harries
4,934 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Perkowski Legal P.C.
@c_perkowski

— https://twitter.com/tender_DMJ/status/1041950745715724294 __ at __ 2022-11-21 18:13:36 -08:00

← **Tweet**

 **DAKOTA**  
@tender_DMJ ···

### WHAT A BEAUTIFUL WAY TO WAKE UP LOOK AT HER SHE IS SO BEAUTIFUL AND PERFECT ❤️



12:23 AM · Sep 18, 2018 · Twitter for iPhone

**1** Like

💬     🔁     ♡     ↑

 Tweet your reply     **Reply**

🔍 Search Twitter

### Relevant people

 **DAKOTA** 💜💙   **Follow**
@tender_DMJ
Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

### What's happening

FIFA World Cup · 4 hours ago
**USA vs Wales**

Trending in United States ···
**Died Suddenly**
44.3K Tweets

__ https://twitter.com/SNEAKPEEKCA/status/1004438928114348032 __ at __ 2022-11-21 14:05:35 -08:00 __

← **Tweet**



**SneakPeek**
@SNEAKPEEKCA

···

sneakpeek.ca/2018/06/the-jo...



12:04 PM · Jun 6, 2018 · Twitter Web Client

**2** Retweets   **2** Likes

💬   🔁   ♡   ⬆️


Perkowski Legal P.C.
@c_perkowski

···

  Tweet your reply                    Reply

🔍 Search Twitter

**Relevant people**

  **SneakPeek**
@SNEAKPEEKCA
Invite Only                          Follow

**What's happening**

FIFA World Cup · 34 minutes ago
**USA vs Wales**

Trending in United States                    ···
**HOW IS THAT NOT A YELLOW**
1,029 Tweets

Trending in California                        ···
**Telemundo**
7,575 Tweets

← **Tweet**

**Películas y Otras Cosas**
@PeliculasYOtros

···

Nuevas fotografías del set de filmación de "Madame Web" 📸 ❄️

#Marvel #SpiderMan #MadameWeb #SonyPictures

Translate Tweet



10:23 AM · Oct 6, 2022 · Twitter for Android

1 Retweet    11 Likes

💬          🔁          ♡          ⬆️

 Tweet your reply          Reply

R @jose_roddd · Oct 6          ···
Replying to @PeliculasYOtros
Quien es ewe sujeto?

💬 1          🔁          ♡          ⬆️

R @jose_roddd · Oct 6          ···
Replying to @jose_roddd and @PeliculasYOtros
ese*

💬          🔁          ♡          ⬆️

---

## Navigation (sidebar)

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

Perkowski Legal P.C.    ···
@c_perkowski

---

## Search Twitter

**Relevant people**

 **Películas y Otras Cosas**    Follow
@PeliculasYOtros
Foto: @RataSube 📷 || Contacto al DM 📭 || Sigue al admin ➡️ @_Adrian7777777

**What's happening**

Television · Last night
**Saturday Night Live airing on NBC**



#Disenchanted 🧙
Original movie now streaming
📀 Promoted by Disney+

Trending in California    ···
**Rest In Peace**
40.2K Tweets

Trending in California    ···
**Elton John**
8,665 Tweets

Trending in California    ···
**Shakira**
107K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/tender_DMJ/status/1134158074086715393 — at — 2022-11-22 21:04:18 -08:00

← **Tweet**

 **DAKOTA** 💜💙
@tender_DMJ

...

## WE LOVE A WORKING GIRL 💖



11:02 AM · May 30, 2019 · Twitter for iPhone

**5** Retweets    **21** Likes

            

 Tweet your reply    Reply

🔍 Search Twitter

**Relevant people**

 **DAKOTA** 💜💙    Follow
@tender_DMJ

Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

**What's happening**

NBA · LIVE
**Lakers at Suns**


**#AvatarTheWayOfWater**🟦
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in California
...

___ https://twitter.com/jaymalecelebs/status/1323032148781288705 ___ at ___ 2022-11-21 00:53:29 -0800 ___

← **Tweet**



**Male Celeb Hotties**
@jaymalecelebs

···

Boxers are overrated! Let them drop!



2:40 PM · Nov 1, 2020 · Twitter for Android

**91** Retweets   **885** Likes

💬   🔁   ♡   ⬆

Tweet your reply

Reply

---

## Search Twitter

**Relevant people**



**Male Celeb Hotties**   Follow
@jaymalecelebs

Just a bi guy bringing you hot male celeb content to lust over! DM's are always open! Have fun! 😜 18+

**What's happening**

Television · 4 hours ago
**Last Week Tonight With John Oliver airing on HBO**

Music · Trending   ···
**Goodbye Yellow Brick Road**

Music · Trending   ···
**Lionel Richie**
3,510 Tweets

Trending in United States   ···
**UCLA**
11.8K Tweets

Music · Trending   ···
**#DavidoAt30**
64.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**   ···
@c_perkowski

https://twitter.com/KardashianWorld/status/10894466453400561516152   ...   3902-17-21 10:41:43, 09:36
⚖ T&P   11351c9aa3-09a01-0AJ1-AC0F   Document 1-6   Filed 12/20/22   Page 38 of 101   Page ID #741



__ https://twitter.com/bangtidyhq/status/1461074547888548319 __ at __ 2022-11-22 02:38:09 -08:00 __

← **Tweet**

🔍 Search Twitter

⌂ Home

# Explore

🔔 Notifications

**Bang Tidy Celebs**
@BangTidyHQ ...

-@VanessaHudgens



12:51 PM · Nov 17, 2021 · Twitter Web App

**3** Retweets  **25** Likes

💬        ⟲        ♡        ⬆

Tweet your reply                              Reply

## Relevant people

**Bang Tidy Celebs**
@BangTidyHQ                          Follow

Bringing you Bang Tidy Celebs from the UK and around the world. From TV & Film to Music & Models. Any requests feel free to tweet.

**Vanessa Hudgens** ✓
@VanessaHudgens                       Follow
🟣

## What's happening

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater**👤
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending                    ...
**Died Suddenly**
80K Tweets

Trending in United States                    ...
**#GMMTV2023**
421K Tweets

Trending in California                       ...
**Mexicans**
7,293 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.



Q Search Twitter

← **Tweet**



**Madame Web Info** ❄️
@MadameWebInfo

Celeste O'conner, Tahar Rahim e uma dublê de Dakota Johnson nas gravações de 'Madame Web' a algumas semanas atrás.

Translate Tweet



5:17 PM · Oct 12, 2022 · Twitter for Android

**2** Retweets   **21** Likes

💬   🔁   ♡   ⬆️

 Tweet your reply

Reply

**Relevant people**



**Madame Web Info** ❄️
@MadameWebInfo

Follow

Sua primeira e maior fonte de informações sobre o filme Madame Web no Brasil (fan accout).

**What's happening**

Television · LIVE
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Politics · Trending   ···
**Welcome Back**
84.7K Tweets

Sports · Trending   ···
**#AEWFullGear**
Trending with Jamie Hayter, Jeff Jarrett

Trending in United States   ···
**#OddMuppetAddictions**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**   ···
@c_perkowski

https://twitter.com/archivcevans/status/1588572697617171189 __ et __ 2022-11-22 23:44:13 -08:00
2:22-cv-09462-DMG-ADS    Document 1-9    Filed 12/30/22    Page 41 of 101    Page ID
#:786







@archivcevans

chris evans on the set of "red one" 🫲🏼💐





9:43 AM · Nov 4, 2022 · Twitter for iPhone

**34** Retweets  **2** Quote Tweets  **304** Likes

Tweet your reply                                      Reply

**Joan** @joans3627 · Nov 4
Replying to @archivcevans
🤎🤎
                                              ♡ 1

**Joan** @joans3627 · Nov 5
Replying to @archivcevans
Chris looks tired 🥺🤎🤎

**Relevant people**

@archivcevans
— safe place for chris evans stan                Follow

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Business and finance · Trending
**#massshooting**
1,287 Tweets

Trending in United States
**Erection**
21.3K Tweets

Trending in California
**Costco**
6,137 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

# Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

**Perkowski Legal P.C.**
@c_perkowski  ...

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← **Tweet**



**Dakota Johnson Daily**
@Dakoholics

November 24: #DakotaJohnson was spotted with Addison Timlin, Jeremy Allen White and her goddaughter Ezer at Farmers Market in Los Angeles.



👤 Dakota Johnson Brasil

1:35 AM · Nov 25, 2019 · Twitter for Android

**11** Retweets    **1** Quote Tweet    **67** Likes

    

Tweet your reply

Reply

Q Search Twitter

**Relevant people**

**Dakota Johnson Daily**    Follow
@Dakoholics
Fan account dedicated to actress, activist, director and producer Dakota Johnson.

**Dakota Johnson Brasil**    Follow
@DakotaJBRA
Sua primeira, maior e melhor fonte sobre a atriz e produtora Dakota Johnson no Brasil. E-mail para contato: contato@dakotajohnsonbrasil.com

**What's happening**

Formula 1 · Starts at 8:00 PM
**Abu Dhabi Grand Prix 2022**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
📱 Promoted by Uber

Sports · Trending
**Andrel Anthony**

Trending in United States
**#FIFAWorldCup** 🏆
Trending with Qatar

Sports · Trending
**#UFvsVAN**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/bangtidyhq/status/1525197401589530624 __ at __ 2022-11-21 21:41:59 -0800 __

← **Tweet**

**Bang Tidy Celebs**
@BangTidyHQ

-@VanessaHudgens

 

12:32 PM · May 13, 2022 · Twitter Web App

**3** Retweets   **19** Likes

 Tweet your reply      Reply

## Relevant people

**Bang Tidy Celebs**
@BangTidyHQ    Follow

Bringing you Bang Tidy Celebs from the UK and around the world. From TV & Film to Music & Models. Any requests feel free to tweet.

**Vanessa Hudgens** ✓
@VanessaHudgens    Follow
🟣

## What's happening

NFL · 1 hour ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
65.3K Tweets

Trending in United States
**Murder House**
1,737 Tweets

Only on Twitter · Trending
**Pablo Milanés**
Trending with   Auburn

Trending in United States
**Trent Reznor**
20.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**

Dani Lagi ⚡ Strip Marvel
@StripMarvel

Imágenes del rodaje de #FalconandtheWinterSoldier

Translate Tweet



3:26 AM · Jan 11, 2020 · Twitter for iPhone

**94** Retweets   **8** Quote Tweets   **983** Likes

Tweet your reply                                    Reply

GingerBels @FleckerdGirl · Jan 11, 2020
Replying to @StripMarvel
SHARON!!! 😍

Ed_edd_eddd @466_64 · Jan 11, 2020
Replying to @StripMarvel
Da miedo la sonrisa de Daniel Brühl

J. Jonah Jameson @DavidSt07652603 · Jan 11, 2020
Replying to @StripMarvel

Él Kowalsky 🐺 @el_kowalsky · Jan 11, 2020
Replying to @StripMarvel
Que pintón!

Alessandro @JhenaroM · Jan 11, 2020
Replying to @StripMarvel
Solo espero una buena serie , con una trama bien elaborada y que haya desarrollo de personaje
1

Leicester @Leicester1989 · Jan 11, 2020
Replying to @StripMarvel
Ese Zemo me gussssssta
1

Perkowski Legal P.C.
@c_perkowski

Search Twitter

**Relevant people**

Dani Lagi ⚡ Strip Ma...       Follow
@StripMarvel
Soy @Dani_Lagi de Strip Marvel en
@youtube y @twitch autor de
#ComoConocíAVuestraMarvel y el
cómic #ElGuanteHaterDelInfinito
CONTACT: stripmarveltv@gmail.com

**What's happening**

FIFA World Cup · This morning
England vs Iran                    

Sports · Trending
**Mexico City**
12.9K Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,313 Tweets

Trending in United States
**Zimmerman**
17.4K Tweets

Trending in United States
**Trent Reznor**
9,659 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/foochia/status/1493274691833937923 __ at __ 2022-11-22 01:17:20 -08:00 __



# Tweet

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**



**Foochia - فوشيا** ✔
@foochia

ريهانا ترتدي معطفا أحمر خلال احتفالها بالفلانتاين مع حبيبها
آيساب روكي

Translate Tweet



9:23 AM · Feb 14, 2022 · Hootsuite Inc.

**2** Retweets   **4** Likes

Tweet your reply

**Reply**

## Relevant people

  **Foochia - فوشيا** ✔   **Follow**
@foochia

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

## What's happening

Music · LIVE
**Fans celebrate Kihyun's birthday** 🎉

#AvatarTheWayOfWater 
Get tickets now - In theaters December 16
📌 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
7,100 Tweets

Trending in United States
**#GMMTV2023**
176K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ···
@c_perkowski

Search Twitter

Case 2:22-cv-09462-DMG-ADS  Document 1-9  Filed 12/30/22  Page 47 of 101  Page ID #:792

# Tweet

🇺🇸
@filmsbydelrey

she looks soooo beautiful wtff 😭😍



5:28 AM · Jun 23, 2022 · Twitter for Android

Tweet your reply

Reply

## Relevant people

🇺🇸
@filmsbydelrey

multifandom ✧*｡

Follow

## What's happening

FIFA World Cup · LIVE
**Senegal vs Netherlands**



Trending in United States
**Chocolate and Chip**

Trending in United States
**Maguire**
Trending with #ThreeLions🏴󠁧󠁢󠁥󠁮󠁧󠁿

Trending in California
**Dodger Stadium**
14.2K Tweets

Music · Trending
**Kelly Rowland**
Trending with Chris Brown

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

## Navigation (sidebar)

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Search Twitter

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/LLDNofficiel/status/956614779187146754

← **Tweet**

🔍 Search Twitter

# Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

**Tweet**

🔁 **La Ligue Des Nakamas** Retweeted

**Kal-Odinson**
@V727Mr                                          ⋯

Captain Marvel en costume !
**@LLDNofficiel**



11:32 AM · Jan 25, 2018 · Twitter Web Client

**59** Retweets   **32** Quote Tweets   **122** Likes

💬        🔁        ♡        ⬆️

P    Tweet your reply                          **Reply**

## Relevant people

**La Ligue Des Nakamas**    **Follow**
@LLDNofficiel
Page officielle de La Ligue Des
Nakamas Tipee : cpc.cx/oxe Twitch :
m.twitch.tv/lldnofficiel/p...

**Kal-Odinson**    **Follow**
@V727Mr

## What's happening

FIFA World Cup · 6 minutes ago
**Senegal vs Netherlands**

Family drama · Trending    ⋯
**#GTMcontest4**

Sports · Trending    ⋯
**Charles Barkley**
4,571 Tweets

Trending in United States    ⋯
**Senegal**
Trending with Mendy, #SENNED

Trending in United States    ⋯
**Hive**
97.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**   ⋯
@c_perkowski

https://twitter.com/cizgikafe/status/1363520793964077063 __ at __ 2022-11-21 02:02:44 -08:00

← **Tweet**

**Çizgi Kafe**
@cizgikafe

🐦: Hailee, Hawkeye setinde.



8:07 AM · Feb 21, 2021 · Twitter for Android

**1** Retweet   **3** Quote Tweets   **327** Likes

Tweet your reply

**Reply**

**Kağan** @AKaganTurkoglu · Feb 21, 2021
Replying to @cizgikafe
Süper güçsüz super kahraman görmek güzel. Yakında lazer fırlatmayan karakter kalmayacak diye korkuyorum
♡ 2

**Mertcan Akkaya** @GTRaven_ · Feb 21, 2021
Replying to @cizgikafe
Çizgi romandaki araba kovalamaca sahnesi gibi geldi bana

**pritchett** @badassdore · Feb 21, 2021
Replying to @cizgikafe
Heyecanlı olduğumuzdan değil de işte, hikaye kopukluğu olmasın diye bekliyoruz
♡ 4

**anılb** @euphorian_ · Feb 21, 2021
Replying to @cizgikafe
Sadece biz çr okurları merakla bekliyoruz bu diziyi sanırım
♡ 1

**Berkinos** @berkinos_ · Feb 21, 2021
Replying to @cizgikafe
wandavision'ın finalini görmeden hiçbir dizi ile ilgilenmiyorum smxmms
♡ 5

**Q** Search Twitter

**Relevant people**

**Çizgi Kafe**
@cizgikafe
**Follow**
Bir fincan kriptonit alabileceğiniz komşunuz!
instagram.com/cizgikafecom

**What's happening**

NCAA Men's Basketball · Yesterday
**Cavaliers at Fighting Illini**

Trending in United States
**Defunctland**
4,657 Tweets

Trending in United States
**#AMAs** 🎤
Trending with soobin, sabrina

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Music · Trending
**Kelly Rowland**
Trending with Chris Brown

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

# Tweet

🌈 **ANDY JONNY**
@AndresJovannyMa

Más fotos de #MsMarvel y #KamalaKhan se ve que le fascina #CapitanaMarvel ⚡😄💪

Translate Tweet



5:38 PM · Nov 19, 2020 · Twitter for Android

**2** Likes

Tweet your reply

Reply

---

## Search Twitter

### Relevant people

🌈 **ANDY JONNY**
@AndresJovannyMa

Follow

EL PENSAR Y EXPRESAR 💙🧠 Tengo un canal en YouTube ▶️ ANDY JONNY 😄

### What's happening

NFL · 1 hour ago
**Chiefs at Chargers**

**#Disenchanted** 🎭
Original movie now streaming
🅿️ Promoted by Disney+

Music · Trending
**Kelly Rowland**
Trending with Chris Brown

Trending in United States
**Bob Iger**
Trending with Chapek, Disney

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet



**Perkowski Legal P.C.**
@c_perkowski



https://twitter.com/BallonFute/status/1556222729044500480 __ id __ 2022-11-20 07:57:51 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 1-9   Filed 12/30/22   Page 52 of 101   Page ID
#:797

**Search Twitter**

**Relevant people**



**SpidEr-MaN** ✪
@BallonFute

**Follow**

Paris 💙🩵 • Neymar est mon idole • fan de Spider-Man ✪ et Zendaya est ma femme ❤️

**What's happening**

Formula 1 · 56 minutes ago
**Abu Dhabi Grand Prix 2022**

#Disenchanted 🎃
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending
**Jungkook**
2,128 Tweets

Jungkook · Trending
**Jungkook**
Trending with Morgan Freeman, Ecuador

Trending in United States
**#MassShooting**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

---

**SpidEr-MaN** ✪
@BallonFute

Des nouvelles images du plateau de tournage de Madame Web ! Je sais vraiment pas ce que ça va donner, de jour en jour j'ai peur 😬

Translate Tweet



3:16 AM · Aug 7, 2022 · Twitter for Android

**1** Retweet    **13** Likes

---

**Perkowski Legal P.C.**
@c_perkowski

···

**Tweet your reply**

**Reply**

---

**P** Tweet your reply

**melo 🏴‍☠️⚓** @BIGmel00 · Aug 8
Replying to @BallonFute
C'est un film hors mcu ? Il y a des infos sur cette fameuse Madame Web, genre son histoire

1

**SpidEr-MaN** ✪ @BallonFute · Aug 9
Replying to @BIGmel0o
C'est sensé être dans le mm univers que venom, morbius etc. Ya des rumeurs qui disent que ce sera un regroupement de super héroïne pour combattre quelques chose

**Jb Glm into the Multiverse** 💫 @glm_jb · Aug 7
Replying to @BallonFute
Ça va être un film oubliable comme tous les autres

1                    1

**SpidEr-MaN** ✪ @BallonFute · Aug 7
Replying to @glm_jb
Oui !

**TheCrimsonLord** @LordNexel · Aug 7
Replying to @BallonFute
Elle est belle la madame dis-donc

1                    1

**SpidEr-MaN** ✪ @BallonFute · Aug 7
Replying to @LordNexel
Elle est belle mais c'est pas la plus belle du cast

1

Show replies

**Baba** @HakimBa40361670 · Aug 7
Replying to @BallonFute
En tout cas l'actrice en sah

2                    2

**I'm Daredevil** @DD_Marvel14 · Aug 7
Replying to @HakimBa40361670 and @BallonFute
les actrices qui seront dans le film 😍😍😍😍😍

2                    2

Show replies



← **Tweet**

**Chris Evans Italian fans**
@ItalyChrisEvans

NEW
@chrisevans arrives on the set of #RedOne
Via @justjared
More pics here
justjared.com/photo-gallery/...

#ChrisEvans #makingof
instagram.com/p/Cjqr0XDolE8/...

1:17 PM · Oct 13, 2022 from Brescello, Emilia Romagna · Twitter for Android

**14** Retweets   **1** Quote Tweet   **78** Likes

Tweet your reply                                    Reply

**Joan** @joans3627 · Oct 13
Replying to @ItalyChrisEvans @ChrisEvans and @JustJared
Very excited ! Looks like an incredible cast!

**Perkowski Legal P.C.**
@c_perkowski

Search Twitter

**Relevant people**

**Chris Evans Italian fans**    Follow
@ItalyChrisEvans
Per tutti i fan italiani e non di
@ChrisEvans

**Chris Evans** ✔    Follow
@ChrisEvans
A Starting Point: @ASP

**JustJared.com** ✔    Follow
@JustJared
Your #1 Entertainment Authority Also
follow @jaredeng @justjaredjr

**What's happening**

Formula 1 · 4 hours ago
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
41.7K Tweets

Trending in California
**Shakira**
106K Tweets

Entertainment · Trending
**Morgan Freeman**
177K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet



← **Tweet**

 **Movie Crazy Planet** 
@MovieCrazyP

En el tráiler de #Loki, a quien vemos no es Natasha Romanoff, es la actriz Sophia Di Martino.




👤 Loki

7:40 AM · Apr 5, 2021 · Twitter for Android

**2** Retweets  **5** Likes

---

💬          🔁          ♡          ⬆️

---

Ⓟ   Tweet your reply                          **Reply**

## Home
## Explore
## Notifications   [1]
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**


**Perkowski Legal P.C.**  ⋯
@c_perkowski

🔍 Search Twitter

### Relevant people

**Movie Crazy Planet ...**   **Follow**
@MovieCrazyP

💥 Noticias, tráilers, pósters, los estrenos más recientes de cine, series y televisión. 💥 Síguenos y activa la 🔔 moviecrazyplanet@gmail.com ✉️

**Loki** ✓   **Follow**
@LokiOfficial

⊘ Official

All episodes of Marvel Studios' Loki, an Original Series, are now streaming on #DisneyPlus

### What's happening

NCAA Men's Basketball · Yesterday
**Panthers at Cyclones**

Entertainment · Trending                    ⋯
**Julia Fox**
8,750 Tweets

Sports · Trending                            ⋯
**Mexico City**
13.6K Tweets

Trending in United States                    ⋯
**HOW IS THAT NOT A YELLOW**
1,507 Tweets

Trending in United States                    ⋯
**Colorado Springs**
Trending with  Richard Fierro

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

← **Thread**

**MAX** ✔
@ThisIsMax                                        ···

I still don't know how I feel about #LilyJames as
#PamelaAnderson I would luv to sit down with her and
ask her why she chose the role .... Sidenote she looks
🔥🔥🔥🔥 in that red costume 🙎



1:30 AM · May 15, 2021 · Twitter for iPhone

**13** Likes

💬          🔁          ♡          ⬆

Ⓟ   Tweet your reply                              Reply

**MAX** ✔ @ThisIsMax · May 15, 2021            ···
Replying to @ThisIsMax
Can you imagine the anxiety of wearing that legendary swimsuit 😜

💬          🔁          ♡          ⬆

**OluwaDidThis** @PufffyCheeks · May 15, 2021    ···
Replying to @ThisIsMax
I think she wants to probably move out of her comfort zone. She usually
plays sweet and nice characters.

💬          🔁          ♡ 1          ⬆

**Ronnie Walker** ✉ @Ron17W · May 15, 2021      ···
Replying to @ThisIsMax
Dont Know, But She Can Save Me Anytime Pleaseeeeee😜🔥😂😂😂😂😂
xxxx

💬          🔁          ♡          ⬆

---

🐦

🏠 Home

# Explore

🔔 Notifications ①

✉ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

Perkowski Legal P.C.    ···
@c_perkowski

---

🔍 Search Twitter

## Relevant people

**MAX** ✔                        Follow
@ThisIsMax
Presenter/Producer 🙎 Eyes on the
prize Violet! 😜 contact :
Management@FlipYourWig.net

## What's happening

FIFA World Cup · LIVE
**England vs Iran**                    

Events · Trending                      ···
**LGBT**
205K Tweets

Trending in United States              ···
**England**
Trending with #ENGIRN, Saka

Music · Trending                       ···
**Slick Rick**

Trending in California                 ···
**#BLACKPINK_WORLDTOUR**
58K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

__ https://twitter.com/eilishpugh_/status/1580687773747097600 __ at __ 2022-11-22 23:49:47 -08:00 __

# Tweet

**joyce ꭗ scarlett bday** 
@eilishpugh_

## CHRIS EVANS OMG




2:12 PM · Oct 13, 2022 · Twitter for Android

**6** Likes



 Tweet your reply

**Reply**

---

Perkowski Legal P.C. ···
@c_perkowski

Q Search Twitter

## Relevant people

**joyce ꭗ scarlett bday ...**
@eilishpugh_
crf•marvel•obx

**Follow**

## What's happening



FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Business and finance · Trending
**#massshooting**
1,434 Tweets

Trending in California
**Costco**
6,158 Tweets

Trending in United States
**Erection**
21.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

# Tweet

**not kendall**
@envykendall



👤 Kendall

9:12 AM · Sep 6, 2020 · Twitter for iPhone

**162** Retweets   **4** Quote Tweets   **1,049** Likes

Tweet your reply                    Reply

**Engjell LUKA** @EngjellL · Sep 7, 2020
Replying to @envykendall and @KendallJenner
Why do you use a mask when there is nobody around ?!

**jon broder** @jonbrodes · Sep 6, 2020
Replying to @envykendall and @KendallJenner
Whoa Kenny

**Marioo 100** @MarioJaume2 · Sep 6, 2020
Replying to @envykendall and @KendallJenner
Mi amor besos                                           2

**Perkowski Legal P.C.**
@c_perkowski

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Relevant people**



**not kendall**
@envykendall
fan account                    Follow

**Kendall** ✔
@KendallJenner
@drink818 on Instagram and Twitter    Follow

**What's happening**

NCAA Men's Basketball · Last night
**Lancers at Golden Gophers**

#AvatarTheWayOfWater
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in United States
**The IRS**
20.4K Tweets

Entertainment · Trending
**Marvel**
82.3K Tweets

Chain restaurants · Trending
**Hooters**
7,087 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/carpediemm_18/status/1588586344561139712 __ at __ 2022-11-22 23:26:09 -08:00 __



# Tweet



**Sweta**
@carpediemm_18

oh, that gua sha routine is strong.



10:37 AM · Nov 4, 2022 · Twitter Web App

2 Likes

 Tweet your reply

Reply

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski

Search Twitter

### Relevant people



**Sweta**
@carpediemm_18

Follow

Dosa connoisseur & overall foodie. Sleep is love. Last but not least, I love all things content! She/Her

### What's happening

Sports · LIVE
**Happy birthday, Navdeep Saini** 🎂

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in California
**Costco**
6,048 Tweets

Trending in United States
**Erection**
20.7K Tweets

Business and finance · Trending
**Chesapeake**
41.3K Tweets

https://twitter.com/hsdailypics/status/1356298844647383041... _2 ___ 2021-11-02 22:48:32 -08:00
Document 1-9    DMG-DMG_ORL    Filed 12/30/22    Page 59 of 101    Page ID
#304

Tweet

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

••• More

**Tweet**

Perkowski Legal P.C.
@_perkowski

best harry pics
@hsfylerpics

**Harry on set**



📍 Harry Styles and HSHQ

8:30 AM · Feb 1, 2021 · Twitter for iPhone

**2,892** Retweets   **988** Quote Tweets   **35.1K** Likes

Tweet your reply                                    **Reply**

@SocialringBot · Feb 1, 2021
Replying to @hsfylerpics @Harry_Styles and @HSHQ
he has a proper mask pup 🙌
♡ 1      ⟲      ♡ 104      ⬆

Taylor's Bitch @AntonioffStan · Feb 2, 2021
Replying to @SocialringBot @hsfylerpics and 2 others
I mean we shouldn't be praising him for following public health... but atleast
he's listened
♡ 1      ⟲      ♡ 3      ⬆

pumpkin spiced frost @frosty_thembo · Feb 1, 2021
Replying to @hsfylerpics @Harry_Styles and @HSHQ
@blurayafreak THE APRON
♡      ⟲      ♡      ⬆

lizard lips @blurayafreak · Feb 2, 2021
Replying to @frosty_thembo @hsfylerpics and 2 others
😭😭😭
♡      ⟲      ♡ 1      ⬆

_nataalia10_ @_nataalia10_ · Feb 1, 2021
Replying to @hsfylerpics @Harry_Styles and @HSHQ
@anadinamu te enamoraras, oieee
♡      ⟲      ♡      ⬆

navidad @anadinamu · Feb 1, 2021
Replying to @_nataalia10_ @hsfylerpics and 2 others
Míralo con su delante! ❤️❤️❤️
♡      ⟲      ♡ 1      ⬆

Monika☾ | Faith In The Future @monika_5255703B · Feb 1, 2021
Replying to @hsfylerpics @Harry_Styles and @HSHQ
HOLY SHIT
♡      ⟲      ♡ 17      ⬆

Ube Dancel @omnutchew · Feb 2, 2021
Replying to @hsfylerpics @Harry_Styles and @HSHQ
@achaenriquez
♡      ⟲      ♡      ⬆

Amy Voloine @AmyVoloine207 · Feb 1, 2021
Replying to @hsfylerpics @Harry_Styles and @HSHQ
I almost thought that was a giant hand sanitizer
♡      ⟲      ♡      ⬆

Amy Voloine @AmyVoloine207 · Feb 1, 2021
Replying to @hsfylerpics @Harry_Styles and @HSHQ
I almost thought that was a giant hand sanitizer
♡      ⟲      ♡ 3      ⬆

tan° indigo @vtarkkel · Feb 1, 2021
Replying to @hsfylerpics @Harry_Styles and @HSHQ
Aíght imma pass out



from tan° indigo

Ange produceva @IDUBHARRY · Feb 1, 2021
Replying to @hsfylerpics @Harry_Styles and @HSHQ
Ahhhh amooooooooo
♡      ⟲      ♡      ⬆

Morgana Moreno @mmorganah · Feb 1, 2021
Replying to @hsfylerpics @Harry_Styles and @HSHQ
@harrymarcosld
♡      ⟲      ♡      ⬆

Avery @Styles_Feddan · Feb 1, 2021
Replying to @hsfylerpics @Harry_Styles and @HSHQ
When were these pictures taken?
♡      ⟲      ♡ 1      ⬆

@hystemaly · Feb 1, 2021
Replying to @hsfylerpics @Harry_Styles and @HSHQ
Se ve precioso 🙂❤️😍😍
♡      ⟲      ♡      ⬆

@frhes · Feb 1, 2021
Replying to @hsfylerpics @Harry_Styles and @HSHQ
he's wearing an apron and marching, a literal baby
♡      ⟲      ♡ 1      ⬆

Taylor's Bitch @AntonioffStan · Feb 2, 2021
Replying to @hsfylerpics @Harry_Styles and @HSHQ
See bullying works and now he's wearing a propper mask
♡      ⟲      ♡      ⬆

Hoaa @RandomNovember · Feb 1, 2021
Replying to @hsfylerpics @Harry_Styles and @HSHQ
His hair 😍😍😍
♡      ⟲      ♡ 1      ⬆

Hoaa @RandomNovember · Feb 1, 2021
Replying to @RandomNovember @hsfylerpics and 2 others
His little apron too 😍😍😍
♡      ⟲      ♡      ⬆

jev⁵³ 🍏✈️ @harrypphotos · Feb 1, 2021
Replying to @hsfylerpics @Harry_Styles and @HSHQ
lan bu ne yerim ya
♡      ⟲      ♡ 1      ⬆

Yamila28 @Yamilaa475 · Feb 1, 2021
Replying to @hsfylerpics @Harry_Styles and @HSHQ
Beauty 😍❤️❤️❤️
♡      ⟲      ♡      ⬆

martina @rciXlrry · Feb 1, 2021
Replying to @hsfylerpics @Harry_Styles and @HSHQ
@KIWIGIRI
♡      ⟲      ♡      ⬆

munc_°⛄°___°-°___ @mgettingidea · Feb 1, 2021
Replying to @hsfylerpics @Harry_Styles and @HSHQ
PERFEITO
♡      ⟲      ♡      ⬆

Sunflower @sunflower20ol · Feb 1, 2021
Replying to @hsfylerpics @Harry_Styles and @HSHQ
Wtfff wheeennnn
♡      ⟲      ♡      ⬆

Sunflower @sunflower20ol · Feb 1, 2021
Replying to @hsfylerpics @Harry_Styles and @HSHQ
No way
♡      ⟲      ♡      ⬆

Sunflower @sunflower20ol · Feb 1, 2021
Replying to @hsfylerpics @Harry_Styles and @HSHQ
His haiirr
♡      ⟲      ♡      ⬆

@bybyeSB · Feb 1, 2021
Replying to @hsfylerpics @Harry_Styles and @HSHQ
Where's his tetts
♡      ⟲      ♡      ⬆

Miriana 🥺 @caryonmoonmir06 · Feb 1, 2021
Replying to @hsfylerpics @Harry_Styles and @HSHQ
WAIT MY GRANDMA ONCE HAD AN APRON LIKE THAT ONE 😂🥺
♡      ⟲      ♡      ⬆

**Relevant people**

best harry pics                                    Follow
@hsfylerpics
Enjoy the best & latest content of
Grammy winning artist @Harry_Styles.
#ELM | © rightful owners of pictures
(DM us for credits)

Harry Styles ✓                                     Follow
@Harry_Styles

Harry Styles ✓                                     Follow
@HSHQ
Official Twitter For @Harry_Styles info.
HS IG: instagram.com/harrystyles ||
HSHQ IG: instagram.com/hshq

**What's happening**

NFL · 2 hours ago
Chiefs at Chargers

#Disenchanted 🧹
Original movie now streaming
📽 Promoted by Disney+

Trending in United States
#TheWalkingDead
Trending with #TWDFinale, Michonne

Trending in United States
UCLA
13.3K Tweets

Trending in United States
#AMAs 🎵
Trending with xxabm, version

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.



__ https://twitter.com/cravemedia_/status/1420529912381837314 __ ei __ 2022-11-20 18:59:05 -08:00

← **Tweet**

Search Twitter

.
@cravemedia_

···



4:41 PM · Jul 28, 2021 · Twitter for iPhone

**6** Retweets   **12** Quote Tweets   **194** Likes

Tweet your reply   **Reply**

**Heather Nicole 💀"SKULLGIRL"☠️...** @HeatherFidl... · Jul 28, 2021   ···
Replying to @cravemedia_
She is Just Too Cute 🥰

## Relevant people

.
@cravemedia_   **Follow**
Media account for @FilmUpdates

## What's happening

NFL · 2 hours ago
**Bengals at Steelers**

**#Disenchanted** 👸
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Bob Iger**
1,998 Tweets   ···

Trending in United States
**#AMAs** 🔥
Trending with soobin, Favorite K-Pop Artist   ···

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Rosita   ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

\_\_ https://twitter.com/metro_fm/status/1216741716117676034 \_\_ at \_\_ 2022-11-22 19:04:39 -08:00



← Tweet

  
Search Twitter

Metro FM
@Metro_FM

Amerika'nın gidişatından çok sıkıldığını söyleyen Cardi B, "Nijerya'ya vatandaşlık başvurusunda bulunacağım" dedi. Şarkıcı geçtiğimiz ay Nijerya'ya gitmiş ve çok eğlenmişti. Attığı tweete ise Nijerya'nın resmi hesabından "çok memnun oluruz" cevabı geldi. #cardiB #metrofm

Translate Tweet



7:20 AM · Jan 13, 2020 · Hootsuite Inc.

1 Like



Perkowski Legal P.C.
@c_perkowski

Tweet your reply                          Reply

**Relevant people**

Metro FM
@Metro_FM                    Follow
Limitsiz Hit Müzik

**What's happening**

FIFA World Cup · This morning
Mexico vs Poland



#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
📷 Promoted by Avatar

Trending in United States

← **Tweet**



**Andy Vermaut**
@AndyVermaut                                    ⋯

Nicki Minaj Shows Off Her Baby's New $1,200 Burberry Wardrobe & Hints At Child's Gender
hollywoodlife.com/2020/07/28/nic...



9:31 PM · Jul 27, 2020 · dlvr.it

            ♡      ⬆

 Tweet your reply                    **Reply**

🔍 Search Twitter

## Relevant people

 **Andy Vermaut**          **Follow**
@AndyVermaut
Linked to WCPDCD, EADM,
POSTVERSA, AIDL, EUtoday, ActNow
for C, People Forests, Fundamental
rights. Whatsapp +32499357495
denktankcarmenta@gmail.com

## What's happening

NFL · LIVE
**Eagles at Colts**                            

**#Disenchanted** 👸
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                      ⋯
**Rest In Peace**
52K Tweets

Trending in California                         ⋯
**Elton John**
10.3K Tweets

Only on Twitter · Trending                     ⋯
**Jason David Frank**
Trending with Power Rangers, Kevin Conroy

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

Ⓟ **Perkowski Legal P.C.**    ⋯
@c_perkowski

__ https://twitter.com/choosezaynbr/status/1375170938426249231 __ at __ 2022-11-21 07:03:03 -0800 __

← **Tweet**

CZBR ❤️
@choosezaynbr

Zayn hoje em Nova York.

via: zmdaily



12:41 PM · Mar 25, 2021 · Twitter for iPhone

23 Retweets   13 Quote Tweets   185 Likes

Tweet your reply

Reply

Search Twitter

**Relevant people**

CZBR ❤️
@choosezaynbr
Follow

Sua maior e melhor fonte sobre o cantor @zaynmalik no Brasil. 🇧🇷 mídias: @choosezaynbr_ e-mail para contato: choosezaynbr@live.com 🐵 | fan account

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Music · Trending
**Slick Rick**

Trending in California
**#BLACKPINK_WORLDTOUR**
57.9K Tweets

Events · Trending
**ITS COMING HOME**
4,461 Tweets

Music · Trending
**Kelly Rowland**
21.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/viralmaterial/status/1521586933711147008 __ at __ 2022-11-21 23:38:38 -08:00

← **Tweet**

This Tweet is from a suspended account. Learn more



**goldenwalls** 🎃 **HARRYWEEN** @isitromantichow · May 3
Replying to @ViralMaterial
She cut her hair?!?

💬 1    🔁    🤍 1    ⬆️

**Merowyn** @MerowynCS · May 19
Replying to @isitromantichow @asit_was and @ViralMaterial
Seriously doubt that

💬 1    🔁    🤍    ⬆️

Show replies

**cosmic lover** @eugaga · May 3
Replying to @ViralMaterial
they get so angry with this one

💬    🔁    🤍 1    ⬆️

**lei** @TENK0SHIMURA · May 3
Replying to @ViralMaterial
OMGG



GIF

💬    🔁    🤍 2    ⬆️

← **Tweet**

**NAÇÃO MARVEL | fan club**
@nacaomarvel                                    ···

ela é tão bobinha e amável, é tão nossa, nossa Kate Bishop e nossa Hawkeye 🥰

Translate Tweet



👤 Hailee Steinfeld Brasil

6:01 PM · Feb 20, 2021 · Twitter for Android

25 Retweets   6 Quote Tweets   427 Likes

💬            🔁            ♡            ⬆️

 Tweet your reply                          Reply

pat @biglibertydude · Feb 20, 2021                ···
Replying to @nacaomarvel @steinfeldbrasil and @updatesteinfeld

0:58   106.9K views

From **pat**

💬            🔁            ♡ 1          ⬆️

Show more replies

---

**Relevant people**

**NAÇÃO MARVEL | fa...**    Follow
@nacaomarvel
🇪🇸 O maior fã-clube da Marvel no Brasil e #2 do mundo | por @kainyall & @thurstopper | 🏆: @PodcastNM | ✉️ nacaomarvelofc@gmail.com

**Hailee Steinfeld Brasil**    Follow
@steinfeldbrasil
Sua maior e melhor fonte de notícias sobre a atriz e cantora Hailee Steinfeld no Brasil. | UMG | We are not Hailee. Fan account.

**What's happening**

NCAA Men's Basketball · 5 hours ago
**Bears at Seminoles**

Entertainment · Trending                ···
**Died Suddenly**
70.9K Tweets

Trending in California                   ···
**Mexicans**
6,458 Tweets

Trending in California                   ···
**Dodger Stadium**
8,786 Tweets

Trending in United States                ···
**August Alsina**
Trending with Jada, #TheSurrealLife

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🔍 Search Twitter

🅿️ **Perkowski Legal P.C.**    ···
   @c_perkowski

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

__ https://twitter.com/stranwberryes/status/1400560079073898496 __ at __ 2022-11-22 11:43:29 -08:00 __



← **Tweet**

 

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

 **aly**
@stranwberryes                                              ⋯

essa foto exala tanto star quality



2:11 PM · Jun 3, 2021 · Twitter for Android

**1** Retweet   **32** Likes

💬          ⇄          ♡          ⬆

[P] Tweet your reply                                    **Reply**

**Relevant people**

aly                                            **Follow**
@stranwberryes
comento sobre a vida dos outros

**What's happening**

FIFA World Cup · 1 hour ago
**Mexico vs Poland**



Perkowski Legal P.C.                ⋯
@c_perkowski

https://twitter.com/meenavogue/status/1409102223003491790__M__07-02-cc-08460-DMG-ADE  Document 1-9  Filed 12/30/22  Page 68 of 101  Page ID #313

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

This Tweet is from a suspended account. Learn more



**krissy** @jayethatskrissy · Jun 25, 2021
Replying to @MEENAVOGUEE
2:16

**Dhla** @tunisianspy · Jun 25, 2021
Replying to @MEENAVOGUEE and @chuizsu
Rihanna walking to the studio to delete the recorded songs after getting rejected by the bouncer

2

**move on dot org** @dirtyxh0aa · Jun 24, 2021
Replying to @MEENAVOGUEE
Thiiiigh

1

**i gri'.** ☹️ @FleurDeGel · Jun 24, 2021
Replying to @MEENAVOGUEE
she so fine, dawg 💕

1

**tobs** @tobox · Jun 26, 2021
Replying to @MEENAVOGUEE
is this her walking away from the club

**roodkid** @joahroodkid · Jun 24, 2021
Replying to @MEENAVOGUEE and @themeprincess
that looks like one of those hats you can win at carnival midway games

3

**ndumiso** @ndumiso96434416 · Jun 26, 2021
Replying to @MEENAVOGUEE
Love of my life

**JOOY-4** @Nandez1998 · Jun 26, 2021
Replying to @MEENAVOGUEE
That's the tweet, the whole tweet, & nothing but the tweet...& it's more than enough 😍🔥

**D's Donuts** @smorgiasbordgie · Jun 24, 2021
Replying to @MEENAVOGUEE

6

**keithcampbell** @keithca36258204 · Jun 25, 2021
Replying to @MEENAVOGUEE
Nice leg

**Just Me** @Ishapetso_M · Jun 25, 2021
Replying to @MEENAVOGUEE
Access Denied. Too Young to get in the club.

**Jones** @Obiciones_SA · Jun 25, 2021
Replying to @MEENAVOGUEE
Bo Rihanna ba tsamaya ba bele nyoo fela yotlhe ko ntle

**☆ P A N A M A I N I A N ☆** @miley_melaza · Jun 25, 2021
Replying to @MEENAVOGUEE
Caribbean girls RUN IT!!! 😍

**6baby** 🇨🇦 @official_6baby · Jun 25, 2021
Replying to @MEENAVOGUEE

**45 MPH IS ENOUGH JUST WAKE UP EARL...** @baro... · Jun 25, 2021
Replying to @MEENAVOGUEE
preg

**Rarest Sagittarius** ♐ @girly_jani · Jun 25, 2021
Replying to @MEENAVOGUEE
I want a hat like this so badly. They're so cute and under appreciated 😍💕

**CUCUNYA LUHUT** 🤡🐷🐷 @ViaKim97 · Jun 24, 2021
Replying to @MEENAVOGUEE
Kirain paha saya aja yg begitu ternyata rihana juga

**valerie** @orfaduibe_ · Jun 25, 2021
Replying to @MEENAVOGUEE
i need this outfit

**zen kahvesi** @radhiraluna · Jun 24, 2021
Replying to @MEENAVOGUEE and @yeszayd
😍😍💜💙🧡💙💕

**CatalinaWineMixer** @OhhCatalinaGee · Jun 24, 2021
Replying to @MEENAVOGUEE
Do you think she works out?

11

Show replies

**Certified Bleach Fan Page** 💧 @scan_gal · Jun 24, 2021
Replying to @MEENAVOGUEE
Leaving after the bouncer said "no album, no entry"

5     11     402

**YourFavoriteChef** 👨‍🍳🌶️🐉 @ChefMell7 · Jun 25, 2021
Replying to @scan_gal and @MEENAVOGUEE
This the one 😂😂😂

1

**Maria Elena** @Nena_GDuval · Jun 24, 2021
Replying to @MEENAVOGUEE
Como el de Kanal @angelorenzo

**Ángel Lorenzo** @angelorenzo · Jun 25, 2021
Replying to @Nena_GDuval and @MEENAVOGUEE
Rikanna! 😂

**Rhaenyra Targaryen Propaganda** 🖤 @arcoibakery · Jun 25, 2021
Replying to @MEENAVOGUEE

__ https://twitter.com/Dakotacandids/status/1556052430927937536 __ at __ 2022-11-19 21:01:21 -08:00 __

← **Tweet**



**Dakotacandids**
@Dakotacandids

···

06.08 l Novas fotos da Dakota durante as gravações de 'Madame Web' em Boston, Massachusetts.
#DakotaJohnson (1)



3:59 PM · Aug 6, 2022 · Twitter Web App

**9** Retweets   **1** Quote Tweet   **40** Likes

   

Tweet your reply

**Reply**

### Relevant people



**Dakotacandids**
@Dakotacandids

**Follow**

Neste perfil irei postar somente candids de Dakota Johnson. Para mais info, fotos e vídeos me sigam na conta principal: @Dakotashades l Fan Account

### What's happening

Television · 1 hour ago
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
📷 Promoted by Uber

Trending in California                    ···
**Andrew Tate**
28.8K Tweets

Music · Trending                          ···
**Elton John**
4,941 Tweets

Sports · Trending                         ···
**#AEWFullGear**
Trending with Moxley

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

#### Home
#### Explore
#### Notifications
#### Messages
#### Bookmarks
#### Lists
#### Profile
#### More

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski   ···

🔍 Search Twitter

← **Tweet**



**AP** ✓
@altapeli

···

Lily James y Sebastian Stan, o Pamela Anderson y Tommy Lee. Nuevas imágenes desde el set de #PamAndTommy.

Translate Tweet



1:32 PM · Jun 8, 2021 · Twitter Web App

**11** Retweets   **2** Quote Tweets   **61** Likes

💬   ⟲   ♡   ↥

   Tweet your reply   Reply

## Home
## Explore
🔔¹ Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

   Perkowski Legal P.C.   ···
@c_perkowski

🔍 Search Twitter

### Relevant people

   **AP** ✓   **Follow**
@altapeli

Cuenta oficial de AltaPeli.com - Cine / Series / Críticas / Noticias / Videojuegos

### What's happening

Formula 1 · 5 hours ago
**Abu Dhabi Grand Prix 2022**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
◩ Promoted by Disney+



Trending in United States   ···
**Rest In Peace**
51.2K Tweets

Sports · Trending   ···
**The Rams**
7,416 Tweets

Trending in California   ···
**Telemundo**
9,986 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

## Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

---

MN **The Marvel Nerd**
@marvelupdatesin    ⋯

🚨📍BREAKING: New #Echo set photos have revealed the first look at Vincent D'Onofrio as Kingpin in the upcoming Disney+ series



9:19 AM · Aug 9, 2022 · Twitter for Android

**6** Retweets   **8** Quote Tweets   **32** Likes

---

**Tweet your reply**                    Reply

**Caroline** @SweetSCCaroline · Aug 9    ⋯
Replying to @marvelupdatesin and @JanBlak73465315
Serious look there
   1          1

**Jan Blake** @JanBlak73465315 · Aug 9    ⋯
Replying to @SweetSCCaroline and @marvelupdatesin
Serious role. Wilson Fisk is a badass big time!
   1          1

Show replies

**Edel Binski** @EShalbinski · Aug 9    ⋯
Replying to @marvelupdatesin
Can't wait to watch this
              1

---

Perkowski Legal P.C.
@c_perkowski    ⋯

### Relevant people

MN **The Marvel Nerd**    Follow
@marvelupdatesin
We discuss about Marvel Movies,News,Facts & Rumours. Click the follow button and be a member of our family. // Ig - THE MARVEL NERD //

### What's happening

Television · LIVE
**Bachelor in Paradise airing on ABC**

Entertainment · Trending    ⋯
**Died Suddenly**
49.6K Tweets

Sports · Trending    ⋯
**Lane**
Trending with Auburn

Sports · Trending    ⋯
**Grupo Firme**
2,487 Tweets

Trending in United States    ⋯
**Tampax**
32.6K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2022 Twitter, Inc.

__ https://twitter.com/Dakoholics/status/1198886788405829632__ at __ 2022-11-20 15:58:10 -08:00 __

← **Tweet**

 **Dakota Johnson Daily**
@Dakoholics

···

## Dakota & Ezer 💗

Translate Tweet



12:50 AM · Nov 25, 2019 · Twitter for Android

**29** Retweets    **128** Likes

💬    🔁    ♡    ⬆️

 Tweet your reply    Reply

---

## Relevant people

 **Dakota Johnson Daily**    Follow
@Dakoholics

Fan account dedicated to actress, activist, director and producer Dakota Johnson.

## What's happening

NFL · 2 hours ago
**Browns at Bills**




**#Disenchanted** 🧙‍♀️
Original movie now streaming
Promoted by Disney+

Sports · Trending    ···
**Kearse**
1,260 Tweets

Trending in California    ···
**#AMAs** 🌹
1.86M Tweets

Trending in United States    ···
**#100T** 👾
18.2K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.    ···
@c_perkowski

_ https://twitter.com/dakotajarg/status/1556042512980140032 _ at _ 2022-11-19 22:55:49 -08:00 _

← **Tweet**



**Dakota Johnson Argentina**
@DakotaJArg

···

POR DIOS! Dakota Johnson fue vista el día de hoy en el set de Madame Web en Boston, Massachusetts. - 06/08. Más fotos:

dakotajohnsonarg.sosugary.com/galeria/thumbn...



3:20 PM · Aug 6, 2022 · Twitter Web App

**27** Retweets   **9** Quote Tweets   **121** Likes

♡   ⟲   ♡   ⬆



Tweet your reply

Reply

## Relevant people



**Dakota Johnson Arge...**
@DakotaJArg

Follow

Tu mejor y más actualizada fuente de información sobre la actriz, productora, directora y activista #DakotaJohnson en Español.

## What's happening

Television · 2 hours ago
**Saturday Night Live airing on NBC**





**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Politics · Trending     ···
**HE'S BACK**
154K Tweets

Sports · Trending     ···
**Pasadena**
1,632 Tweets

Trending in United States     ···
**Blocked**
133K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
··· More

**Tweet**

🔍 Search Twitter

**Perkowski Legal P.C.**
@c_perkowski   ···

https://twitter.com/TheAffinityMag/status/1442572250243387398 __ at __ 2022-11-21 00:38:15 -08:00 __

← **Tweet**

**Affinity Magazine** ✔
@TheAffinityMag

Angelina Jolie and The Weeknd were recently spotted together at a restaurant in Los Angeles.



12:30 PM · Sep 27, 2021 · TweetDeck

**2** Retweets    **21** Likes

Tweet your reply

Reply

### Relevant people

**Affinity Magazine** ✔
@TheAffinityMag

NEXT GEN OF MEDIA

Follow

### What's happening

NCAA Men's Basketball · Yesterday
**Bears at Bruins**

Trending in United States
**#AMAs** 🌺
4.19M Tweets

Trending in United States
**Bob Iger**
Trending with Disney, Chapek

Trending in United States
**Heisman**
4,688 Tweets

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/shoe0nhead/status/1379924599819690682 ... _el ... 2022-11-22 16:37:09 -08:00



# Tweet

**dee.**
@harrymoonchild
···

## HE'S SO CUTE AND FOR WHAT



10:17 AM · Feb 1, 2021 · Twitter for Android

**28** Retweets   **4** Quote Tweets   **368** Likes

---

P  Tweet your reply                                    **Reply**

**r.Sunflowers** 🌻🐣 @r_Sunflowers04 · Feb 1, 2021   ···
Replying to @harrymoonchild
Omg I wantt

**Emma saw harry live** 💌 @pinkrryemz · Feb 1, 2021   ···
Replying to @harrymoonchild
@irenetommo03 This actually makes me sob                        ♡ 2

**nikki.**♡ @golden_styles · Feb 1, 2021   ···
Replying to @harrymoonchild
okay i just bought one and i don't wanna talk about it.

This Tweet was deleted by the Tweet author. Learn more

Show replies

---

**Search Twitter**

## Relevant people



**dee.**                                             **Follow**
@harrymoonchild
#harry: starry haze crystal ball 🔮🏰 |
backup:@goldenfineline | ig:dishaxrai

## What's happening

FIFA World Cup · 1 hour ago
**Mexico vs Poland**



#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
📽 Promoted by Avatar

Celebrities · Trending                               ···
**Tom Hanks**
4,966 Tweets

Only on Twitter · Trending                           ···
**#MHASpoilers**
2,360 Tweets

Trending in United States                             ···
**Ochoa**
Trending with Poland, Lewandowski

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski
···

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

__ https://twitter.com/girlfromaspen/status/1556053152234864640 __ at __ 2022-11-22 20:55:55 -08:00 __

← **Tweet**

**Kate**
@girlfromaspen

···

## Dakota Johnson as Madame Web 🔥



4:02 PM · Aug 6, 2022 · Twitter for Android

**4** Retweets   **2** Quote Tweets   **32** Likes

💬          ⟲          ♡          ⬆

🔵 **Who can reply?**
People @girlfromaspen follows or mentioned can reply

🔍 Search Twitter

### Relevant people

**Kate**
@girlfromaspen      **Follow**

I dislike negativity so unless I follow you, your replies aren't welcome on my tweets.

### What's happening

FIFA World Cup · This morning
**Mexico vs Poland**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
📢 Promoted by Avatar

Business and finance · Trending      ···
**Chesapeake**
5,887 Tweets

Trending in United States      ···
**#GenshinSpecialProgram**
14.9K Tweets

Trending in California      ···
**Costco**
5,503 Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

Ⓟ **Perkowski Legal P.C.**
@c_perkowski      ···

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

Perkowski Legal P.C.  ...
@c_perkowski

__ https://twitter.com/weloveharry_1dx/status/1222593253394042881 __ at __ 2022-11-22 17:30:08 -08:00 __

← **Tweet**

**katie** 🖐🖐
@weloveharry_1Dx

···

## HE'S A SUNFLOWER BABIE



10:52 AM · Jan 29, 2020 · Twitter for iPhone

**1** Retweet   **6** Likes

🔍 Search Twitter

**Relevant people**

**katie** 🖐🖐
@weloveharry_1Dx

Follow

jack's housewife

💬      ⟲      ♡      ⬆

P   Tweet your reply                Reply

Home

# Explore

🔔 Notifications



← **Tweet**

**Bishop**
@BlindWanda

Dominique Thorne as Riri Williams is so 👉😍



1:11 PM · Aug 27, 2021 · Twitter Web App

**7** Retweets   **1** Quote Tweet   **50** Likes

Tweet your reply                                    Reply

**solazo 🐥 (dazzler stan)** @ego_du_desir · Aug 27, 2021
Replying to @BlindWanda and @CreamOrScream
it fits her so well i cant-

This Tweet was deleted by the Tweet author. Learn more

**Stefan (The Multiverse Saga )** @Nerdpower88 · Aug 28, 2021
nooo its for Black Panther Wakanda Forever

### Left sidebar

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

### Right sidebar

Search Twitter

**Relevant people**

**Bishop**
@BlindWanda    Follow
Lover of Marvel, DC, Star Wars, Comics, Hailee Steinfeld, BLACKPINK, and many other things (')

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Events · Trending
**Mexicans**
8,141 Tweets

Entertainment · Trending
**Died Suddenly**
112K Tweets

Trending in California
**Mexico City**
25.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/turkce/status/1371756011111976960 __ at __ 2022-11-22 14:03:28 -08:00 __

← **Tweet**

Search Twitter

 **Türkçe**
@turkce

···

Önce test, sonra yemek: Son dönemde rapçi eşi Kanye West'ten boşanacağına dair haberlerle gündemde olan Kim Kardashian, Los Angeles'ta objektiflere yansıdı. Akşam yemeği için bir restorana giden ünlü yıldız, mekana... dlvr.it/Rvk67H #Türkçe #MagazinHaberleri #Magazin

Translate Tweet



2:31 AM · Mar 16, 2021 · dlvr.it

Tweet your reply

Reply

## Relevant people

 **Türkçe**
@turkce    **Follow**

Gazete ve dergilerden Türkçe Haberler, Son Dakika, Spor, Magazin, Teknoloji, Sinema Haberleri. İletişim ve iş birliği için: turkcemag@gmail.com

## What's happening

FIFA World Cup · 4 hours ago
**Mexico vs Poland**


**#AvatarTheWayOfWater**
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Sports · Trending
**Chris Mack**    ···

Chain restaurants · Trending
**Hooters**    ···
6,134 Tweets

Trending in California
**Chicharito**    ···
6,502 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy    Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 **Perkowski Legal P.C.** ···
@c_perkowski

___ https://twitter.com/ClickySound/status/1224370485837864980 ___ at ___ 2022-11-20 15:27:43 -08:00 ___



Q Search Twitter

← **Tweet**



**Clicky Sound**
@ClickySound                                                      · · ·

[clickysound.com/celebrities-at...](clickysound.com/celebrities-at...)  Ben Simmons and Kendall Jenner were one of many who made the game a date night.



8:34 AM · Feb 3, 2020 · Clicky Sound

              

 Tweet your reply                    **Reply**

## Relevant people



**Clicky Sound**
@ClickySound                                      **Follow**

Photography at its Best!

## What's happening

NFL · 2 hours ago
**Browns at Bills**



**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in California                            · · ·
**Rest In Peace**
Trending with #TheWalkingDead

Trending in California                            · · ·
**#AMAs** 🎤
Trending with Favorite K-Pop Artist

Sports · Trending                                · · ·
**Denver**
105K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

## Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
· · · More

**Tweet**



**Perkowski Legal P.C.**   · · ·
@c_perkowski

__ https://twitter.com/ChrisEvansArg/status/1588568432585252865 __ at __ 2022-11-22 23:19:11 -08:00 __

← **Tweet**



**Chris Evans Argentina - Sitio de Fans**
@ChrisEvansArg                                                      •••

📷: Chris Evans en el set de Red One



9:18 AM · Nov 4, 2022 · Twitter for Android

26 Retweets   1 Quote Tweet   205 Likes

💬            ⇄            ♡            ⬆

 **Who can reply?**
People @ChrisEvansArg mentioned can reply

---

🔍 Search Twitter

**Relevant people**

 **Chris Evans Argentin...**    **Follow**
@ChrisEvansArg
Bienvenidos al primer club de fans en
Argentina del actor @ChrisEvans .
Activa la 🔔 para recibir toda la info
en español e Inglés. Fandom acc

**What's happening**

NBA · 1 hour ago
**Lakers at Suns**



#AvatarTheWayOfWater 💧
Get tickets now - In theaters December 16
📷 Promoted by Avatar                      

Trending in United States                  •••
**Erection**
20.4K Tweets

Trending in California                      •••
**Costco**
6,027 Tweets

Celebrities · Trending                      •••
**Denzel Washington**
2,387 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

**Home**

# **Explore**

🔔 **Notifications**

✉ **Messages**

🔖 **Bookmarks**

**Lists**

**Profile**

••• **More**

**Tweet**

Perkowski Legal P.C.    •••
@c_perkowski

__ https://twitter.com/MarvelThaiFan/status/1553247107880202240 __ at __ 2022-11-20 09:18:27 -08:00 __

← **Tweet**

 **MarvelThaiFan**
@MarvelThaiFan

···

คืออยากจะบอกว่าตอนนี้เห็น Easter Egg อะไรจากกองถ่าย/ตัวอย่างหนัง SSU จะไม่สนแล้วจนกว่าจะได้เห็นมันจริงๆบนจอ 5555



ภาพจากกองถ่าย Madame Web ให้เราเห็น นสพ. The Daily Bugle และตัวละครของ Adam Scott

10:12 PM · Jul 29, 2022 · Twitter Web App

**9** Retweets    **10** Likes

💬        ⇄        ♡        ⬆

 Tweet your reply    Reply

Q Search Twitter

**Relevant people**

 **MarvelThaiFan**
@MarvelThaiFan    Follow

ทุกสิ่งทุกอย่างเกี่ยวกับ MARVEL รวบรวมมาให้คุณที่นี่แล้ว ! สำหรับแฟนมาร์เวลจากแฟนมาร์เวล

**What's happening**

FIFA World Cup · 1 hour ago
**World Cup Qatar 2022: Opening Ceremony**



#Disenchanted 🎬
Original movie now streaming
🔁 Promoted by Disney+

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Tommy

Trending in California
**Shakira**
98.1K Tweets

Only on Twitter · Trending
**#RIPLEGEND**
3,180 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

 **Perkowski Legal P.C.** ···
@c_perkowski

__ https://twitter.com/tender_DMJ/status/1088602540177018881 __ at __ 2022-11-20 21:35:26 -08:00

← **Tweet**

DAKOTA 💜💙
@tender_DMJ

···

Hello to the love of my life ❤️



5:00 PM · Jan 24, 2019 · Twitter for iPhone

**5** Retweets   **40** Likes

💬          🔁          ♡          ⬆️

   Tweet your reply          Reply

---

🔍 Search Twitter

### Relevant people

DAKOTA 💜💙
@tender_DMJ                    **Follow**

Dakota Johnson is the meaning of
perfection and of course the love of
my life ❤️

### What's happening

Television · 3 hours ago
**The Walking Dead airing on AMC**



**#Disenchanted** 👸
Original movie now streaming
📺 Promoted by Disney+

Trending in United States                    ···
**Bob Iger**
Trending with  Chapek, Disney

Trending in United States                    ···
**#TheWalkingDead**
Trending with  #TWDFinale, Michonne

Trending in United States                    ···
**#AMAs** 🎤
4.57M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy

← **Tweet**



**MOVIEDEATHS**
@MOVIEDEATHBLOWS

•••

Behind The Scenes of the time heist In Avengers Endgame. #Avengers #Marvel #MCU #AvengersEndGame #AvengersAssemble



5:35 PM · Jun 16, 2021 · Twitter for iPhone

**4** Retweets  **58** Likes

💬                ⇄                ♡                ⬆

P  Tweet your reply                                    Reply

---

🔍 Search Twitter

**Relevant people**



**MOVIEDEATHS**
@MOVIEDEATHBLOWS                    **Follow**

Breaking News for Movie, TV, & ComicBook fans alike. We post news,

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**


Perkowski Legal P.C.
@c_perkowski

https://twitter.com/ScreenMix/status/1401375441708617808/ ... al ... 2022-11-20 18:59:44 -08:00 M
Document 1-6    Filed 12/30/22    Page 67 of 101    Page ID
#492
E220 m CM492-0440-ABDS-7430-7435



__ https://twitter.com/JDrewSwaggie/status/1069481981413638144 __ et __ 2022-11-21 18:09:27 -08:00 __

← **Tweet**



lina
@JDrewSwaggie
···

They are so cute 😍



🖼 Media not displayed

s image has been removed in response
report from the copyright holder.

🖼 Media not displayed

image has been removed in response t
report from the copyright holder.

10:42 PM · Dec 2, 2018 · Twitter for iPhone

**109** Retweets  **5** Quote Tweets  **298** Likes

💬        ⟲        ♡        ⬆

P | Tweet your reply                    **Reply**

Nim @archiveofxnim · Dec 4, 2018
Replying to @JDrewSwaggie
Envy aku tuh 😔

💬        ⟲        ♡        ⬆

Perkowski Legal P.C.
@c_perkowski
···

---

🔍 Search Twitter

**Relevant people**

lina
@JDrewSwaggie              Follow

i stan a grammy award winning artist |
saw him 22.04.13, 29.09.16, 30.09.16 &
10.06.17 | he followed 16.09.14 & he
liked 09.11.15 |Kailee forever|

**What's happening**

NFL · LIVE
**49ers at Cardinals**



Trending in United States              ···
**Died Suddenly**
43.8K Tweets

Trending in United States              ···
**Tampax**
29.1K Tweets

Sports · Trending                      ···
**Cale Makar**
1,068 Tweets

Trending in United States              ···
**Trent Reznor**
15.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home
#️⃣ Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**



← Thread



**Maratonando News** 🇧🇷 @PMaratonando · Nov 19, 2020 ···

ALERTA MISS MARVEL !!!!! 🚨🚨🚨🚨🚨

Confira as primeiras imagens de Iman Vellani (Kamala Khan) fantasiada de Capitã Marvel no set de 'Ms. Marvel'. Tudo ! ❤️💛💙

A série ainda não tem previsão de estreia.

Via : (@BRMarvelNews) / via : (Just Jared) #MsMarve

💬 1   ⟲ 1   ♡ 3   ⬆️

**Maratonando News** 🇧🇷 ···
@PMaratonando

2:41 PM · Nov 19, 2020 · Twitter for Android

**2** Likes

💬   ⟲   ♡   ⬆️

🅿️ Tweet your reply                    Reply

Perkowski Legal P.C. ···
@c_perkowski

## Relevant people



**Maratonando News** 🇧🇷    Follow
@PMaratonando

Tudo sobre o mundo do cinema, séries e games 🎬🎮 Sigam nossos ADMs 👍👍 @1991Philipe @rayssajoy 👩

## What's happening

NFL · 2 hours ago
**Browns at Bills**

**#Disenchanted** 🧙
Original movie now streaming
▶️ Promoted by Disney+

Trending in United States
**UCLA**
30.1K Tweets

Trending in California
**#AMAs** 🎤
Trending with TOMORROW X TOGETHER, Favorite K-Pop Artist

Trending in California
**Elton John**

__ https://twitter.com/tender_DMJ/status/1578387816261853190 __ at __ 2022-11-19 19:31:49 -08:00 __

← **Tweet**

 **DAKOTA** 💜💙
@tender_DMJ

The only thing that matters about MW is Dakota 😍



7:12 AM · Oct 7, 2022 · Twitter for iPhone

**1** Retweet   **42** Likes

🔍 Search Twitter

**Relevant people**

 **DAKOTA** 💜💙
@tender_DMJ                    **Follow**

Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

**What's happening**

Television · LIVE
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve

▶ Promoted by Uber

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet your reply                    **Reply**

— https://twitter.com/knowleslooks/status/966836519008925440 __ et __ 2022-11-22 07:31:44 -08:00

← **Tweet**

**Beyoncé Looks**
@KnowlesLooks
···



4:54 PM · Feb 22, 2018 · Twitter for iPhone

**88** Retweets    **11** Quote Tweets    **267** Likes

○    ⇄    ♡    ⬆

P  Tweet your reply    Reply

**Cicely Thurman** @cicely_thurman · Feb 22, 2018    ···
Replying to @KnowlesLooks
Nice suit

○    ⇄    ♡    ⬆

**kEYONE** @COUSINoso · Feb 22, 2018    ···
Replying to @KnowlesLooks
yes.'?

○    ⇄ 1    ♡    ⬆

**nono** @Orxkia · Feb 22, 2018    ···
Replying to @KnowlesLooks
@sabryajnnrs

○    ⇄    ♡    ⬆

**Blessings** @brainbowe · Feb 22, 2018    ···
Replying to @KnowlesLooks
Woow baby i love it I have never seen an outfit quite like that. To me you
make everything look good honey.

○    ⇄    ♡    ⬆

# Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
Lists
Profile
More

**Tweet**

P  Perkowski Legal P.C.
@c_perkowski    ···

🔍 Search Twitter

**Relevant people**

**Beyoncé Looks**    Follow
@KnowlesLooks
Your favorite pictures of Beyoncé all
on one page.

**What's happening**

FIFA World Cup · Starts at 8:00 AM
**Mexico vs Poland**

#AvatarTheWayOfWater🌊
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending    ···
**Died Suddenly**
107K Tweets

Trending in United States    ···
**Argentina**
Trending with #FIFAWorldCup 🏆 ; Herve Renard

Trending in United States    ···
#السعوديه_الارجنتين
1.25M Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

https://twitter.com/harrymoonchild/status/1346901456599834624  2022-01-06 07:53:17 -05:00

Document 1-8  Filed 12/30/22  Page 92 of 101  Page ID #437



— https://twitter.com/things_marvel/status/1389215960515497986 — at — 2022-11-22 13:26:06 -08:00 —

← **Tweet**



**All Things Marvel**
@things_marvel

3 ซุปเปอร์ฮีโร่สาวใน Captain Marvel ภาค 2 ที่มีชื่อเรื่องใหม่ว่า The Marvels
● Carol Danvers/Captain Marvel
● Monica Rambeau
● Kamala Khan/Ms. Marvel



6:51 AM · May 3, 2021 · Twitter Web App

**278** Retweets   **3** Quote Tweets   **57** Likes




Tweet your reply                                    Reply

## Search Twitter

**Relevant people**

**All Things Marvel**   Follow
@things_marvel
News update for THAI fans of @Marvel Cinematic Universe. อัปเดตข่าวจักรวาลภาพยนตร์มาร์เวลสำหรับแฟน ๆ ชาวไทย

**What's happening**

FIFA World Cup · LIVE

### Navigation menu

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**


**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/lindaikeji/status/1396998258232521729 __ at __ 2022-11-22 17:00:54 -08:00 __

← **Tweet**



**Linda Ikeji**
@lindaikeji                                                              ···

Singer Rita Ora, her boyfriend Taika Waititi and actress Tessa Thompson engage in group kiss after taking booze (photos)    lindaikejisblog.com/2021/5/singer-...



6:15 PM · May 24, 2021 · LIB App

**1** Like

💬        ⟳        ♡        ⬆

    Tweet your reply                    **Reply**

Q Search Twitter

**Relevant people**

    **Linda Ikeji**        **Follow**
@lindaikeji
Blogger. CEO, LindaIkejiTV

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🧑
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending                ···
**James Woods**
2,399 Tweets

Entertainment · Trending                ···
**Marvel**
86.2K Tweets

Trending in United States                ···
**Obama and Clinton**
8,289 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

**Perkowski Legal P.C.**    ···
@c_perkowski

Perkowski Legal P.C. ...
@_perkowski



← Tweet

Search Twitter

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

Tweet

**Relevant people**

Rihanna Navy Brasil |...
@RNavyBrazil    Follow

RNB 🇧🇷 | Estamos online desde 2010,
somos o maior e mais completo fã-
clube sobre a cantora Rihanna no
Brasil e em toda a América Latina.
Apoio: @umusicbrasil

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
📢 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
79.1K Tweets

Trending in United States
**Arabia Saudita**
34.6K Tweets

Trending in United States
**#GMMTV2023**
356K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Rihanna Navy Brasil | Fan Account
@RNavyBrazil

Servindo looks!

Rihanna e A$AP Rocky, chegando no restaurante
Giorgio Baldi, em Santa Monica, na noite passada (11).

6:20 AM · Jan 12, 2022 · Twitter for iPhone

**157** Retweets   **98** Quote Tweets   **1,761** Likes

Tweet your reply                    Reply

john @beyoncespirit · Jan 12
Replying to @RNavyBrazil and @rnavybrasil
parents ❤️

Jaqueline @jaqqi_ · Jan 12
Replying to @RNavyBrazil
Ela só sai de casa p isso msm 😭

A @apolo_ul · Jan 12
Replying to @RNavyBrazil
Grande novidade, ela só sai de casa pra isso

I 🍓 @webdivathaty · Jan 12
os mais divos do mundo!

Phe @phepgp · Jan 12
Replying to @RNavyBrazil
Só looks mam pq nenhum dos dois estão servindo música 😭😭😭

🅟🅔🅓🅡🅞 @LayLopess · Jan 12
Replying to @RNavyBrazil
diabe isso

QG NBA YoungBoy @QGXNbaYoungboy · Jan 12
Replying to @RNavyBrazil
meta que eu queria, adm

PORTAL GERMANÔZA @dhozagabriel · Jan 12
Replying to @RNavyBrazil
eu enxerguei a Grace Jones nessa foto

nath @unsaidthhings · Jan 12
Replying to @RNavyBrazil
levou no giorgo baldi vai dar casamento

mateus @nafobic · Jan 12
Replying to @RNavyBrazil
o look de milhões da manis

Subcelebri-Cacta 🌵 @l_badga · Jan 12
Replying to @RNavyBrazil
fico imaginando no questo musical e fashionista como seria ela e kanye
juntos como casal? babado dms

roberta @robertaoni · Jan 12
Replying to @l_badga and @RNavyBrazil
não ia ter pra absolutamente ninguém com eles dois na moda, mas não
consigo imaginá-los como casal, só irmãos mesmo, porem são meu tudo <3

Show replies

sarinha maceta bct 🤍 @badgalsasahh · Jan 12
Replying to @RNavyBrazil
serviram

renny @wayne_jrs · Jan 12
Replying to @RNavyBrazil
Crlh gosto muito da Rihanna e do A$ap tbm mais ultimamente eles estão
agredindo a moda com força 😂

Guio🦋 @bigg_wx · Jan 12
Replying to @RNavyBrazil
Eles são tão estilosos

Rafael Valentim @kannyeWestBahia · Jan 12
Replying to @RNavyBrazil
O casal perfeito da po****

James Doyle @JamesDoll2774724 · Jan 12

__ https://twitter.com/BlinkStationTV/status/1552640022830006274 __ at __ 2022-11-21 08:24:43 -08:00 __



← **Tweet**



**Blink Station TV**
@BlinkStationTV

···

Dakota Johnson no set de #MadameWeb.

 

6:00 AM · Jul 28, 2022 · Twitter Web App

**6** Retweets   **11** Likes

  

 Tweet your reply

**Reply**

 Search Twitter

**Relevant people**



**Blink Station TV**
@BlinkStationTV

**Follow**

📣 Nos sigam para notícias, fofocas, rumores, fanfics, fanarts e umas coisitas mais! 📧|
blinkcontato@gmail.com

**What's happening**

NFL · Yesterday
**Cowboys at Vikings**

Sports talk · Trending
**Skip and Shannon**

Trending in United States
**#MakeATrekSong**

Trending in United States
**#AntManandTheWaspQuantumania**
Trending with Kang

Trending in United States
**Maguire**
119K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski   ···






https://twitter.com/RihannaNoBrasil/status/1562833922253557761 ___et__2022-11-20 15:19:25 -08:00

### Rihanna.com.br ⚓
@RihannaNoBrasil

Rihanna e A$AP Rocky foram vistos saindo do hotel Ned, onde passaram algumas horas em uma suíte particular, em Nova York. (24/08) 👀 🔥

📸: Blayzen Photos

Translate Tweet



👤 LORD FLACKO JODYE II

9:06 AM · Aug 25, 2022 · Twitter for Android

**16** Retweets  **3** Quote Tweets  **212** Likes

💬   🔁   ♡   ⬆️

---

Ⓟ  Tweet your reply                                    Reply

**aquelaprimadariri** @primadarihanna · Aug 25
Replying to @RihannaNoBrasil and @asvpxrocky
so precisou de agua da casa e uma porção de salaminho
💬   🔁   ♡   ⬆️

**Keith David Doss** @KeithDavidDoss2 · Aug 25
Replying to @RihannaNoBrasil and @asvpxrocky
So BEAUTIFUL and SEXY 😍
💬   🔁   ♡   ⬆️

**quel** 🤟 @raquelslu · Aug 25
Replying to @RihannaNoBrasil and @asvpxrocky
Esse casal é o mais lindo do mundo genteeeeeeeeerrrrr
💬   🔁   ♡   ⬆️

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Ⓟ Perkowski Legal P.C.
@c_perkowski

---

🔍 Search Twitter

### Relevant people

Rihanna.com.br ⚓
@RihannaNoBrasil        **Follow**
Rihanna.com.br is a genuine and registered fansite, made by fans. 🇧🇷 Fã-clube e portal de notícias brasileiro sobre a cantora Rihanna. Online desde 2008. 💎

LORD FLACKO JO... ✓
@asvpxrocky              **Follow**
AWGE! For Booking/Shows: Asap@caa.com

### What's happening

NFL · LIVE
**Cowboys at Vikings**

#Disenchanted 🪄
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
Trending with #TheWalkingDead

Sports · Trending
**Denver**
105K Tweets

Trending in California
**#FIFAWorldCup** 🏆
Trending with #AMAs 🏆, Favorite K-Pop Artist

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

https://twitter.com/cravemedia_/status/139980341414235341... el___ 2022-11-22 11:54:34 -08:00

← **Tweet**

Search Twitter

.
@cravemedia_                                    •••



12:01 PM · Jun 1, 2021 · Twitter for iPhone

**57** Retweets    **107** Quote Tweets    **384** Likes

P  Tweet your reply                              Reply

Niki @YouDa1C_nt · Jun 1, 2021                   •••
Replying to @cravemedia_
@TwoStrongHands
                                            ♡ 2

Sunshine923 @CarolI8923 · Jun 9, 2021            •••
Replying to @cravemedia_
😢😢

**Kanye West is blonde and gone.** @NoirScale · Jun 1, 2021   •••
Replying to @cravemedia_
How can anyone look past that "dragon" tatoo?

**Angel** @Carebear2021 · Jun 9, 2021             •••
Replying to @cravemedia_
So is Jennifer Garner going to feel like the whole time she Was with Ben that
he was actually still in love and still wanted Jennifer Lopez? She rescued him
from a downward spiral, had his children,did everything for him, and in the
end he goes back to his ex Lopez. Wow poor kids
                                            ♡ 1

**valerie ()❤ jlo era IS BACK** @jlosbitch · Jun 1, 2021   •••
Replying to @cravemedia_
so cute
                                            ♡ 2

Show additional replies, including those that may contain offensive
content                                          Show

---

Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

Lists

Profile

More

**Tweet**

P  **Perkowski Legal P.C.**    •••
   @c_perkowski

---

**Relevant people**

.
@cravemedia_                                   **Follow**
Media account for @FilmUpdates

**What's happening**

FIFA World Cup · 1 hour ago
**Mexico vs Poland**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States
**Australia**
Trending with  Giroud, Rabiot                   •••

Trending in United States
**Ochoa**
Trending with  Australia, Giroud                 •••

Trending in California
**Mexico City**
20.7K Tweets                                     •••

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

https://twitter.com/pixelodoty/status/1477988372228024839... ai... 2022-11-22 03:30:34-08:00 Document 1.6 Filed 12/30/22 Page 100 of 101 Page ID #585







https://twitter.com/marvellatin/status/1514068317937355776_... ujcos 08d402-DMG-405S    Document 1-9 · Filed 12/30/22    Page 101 of 101    Page ID #:846  1514066317937355776_... @Cv-08402-DMG-ADS

Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@_perkowski

← **Marvel Latin News** ✓
@MarvelLatin

**Y Justo aquí dices: ¿KHEEEEEE?**
Translate Tweet



8:33 PM · Apr 12, 2022 · Twitter for iPhone

**372** Retweets  **154** Quote Tweets  **9,455** Likes

Tweet your reply                    Reply

**Marvel Latin News** @MarvelLatin · Apr 12
Replying to @MarvelLatin
La foto es del set de rodaje de Oppenheimer.

Ahora, ya que te di el contexto, sígueme en Instagram

🔗 instagram.com/marvellatinnews
♡ 1      ⟲      ♡ 171

**Fugaz!** @Fugaz_RockGirl · Apr 12
Replying to @MarvelLatin
Multiverso mexicano 😂

**David Miranda** @DMiranda07 · Apr 12
Replying to @MarvelLatin
Se parece mucho Jeremy Irons (Alfred) de BvS

**Humberto Taboada** @Etanibrut · Apr 12
Replying to @DMiranda07 and @MarvelLatin
Yo siempre había pensado eso

Show replies

**EternoUsuario** @Frikiosuario · Apr 12
Replying to @MarvelLatin
Justo me recordó a Robert Downey Junior, ahora se que es el, debe ser la
película que estaba filmando con Netflix y de la que era director, no me
acuerdo su nombre.

**Alejandro García** @Alejpan22 · Apr 12
Replying to @Frikiosuario and @MarvelLatin
Christopher Nolan, en Oppenheimer.

**Manilow Beltran** @Fer100012 · Apr 12
Replying to @MarvelLatin
Jajaja 😂 creí que era una variante de Tony Stark que sobrevivió y ahora era
viejo xoxo 😂

**Daisy at Midnight** @HeyBabyItsMacy · Apr 12
Replying to @MarvelLatin
@aidaslntwiter QUEDE 😂

@aidaslntwiter · Apr 12
Replying to @HeyBabyItsMacy and @MarvelLatin
NO QUE

**Juan_Ma** @Mi_Nomada · Apr 13
Replying to @MarvelLatin
Jeremy Irons? O RE?

**Owen H.** @OH_squire · Apr 13
Replying to @MarvelLatin
Casi me da un infarto, pensaba que se trataba del universo de marvel 😂😂
😂

**omaynaplua** @omaynaplua · Apr 13
Replying to @OH_squire and @MarvelLatin
Siiii yo igual

**wirbyland**🧩 @yosoyadrisuario · Apr 12
Replying to @MarvelLatin
Siempre entaconado porque la chikito 😂

**chocolatada** @springdaydream · Apr 12
Replying to @MarvelLatin
CONTEXTO

**Marvel Latin News** @MarvelLatin · Apr 12
Replying to @springdaydream

  **Marvel Latin News** @MarvelLatin · Apr 12
  La foto es del set de rodaje de Oppenheimer.

  Ahora, ya que te di el contexto, sígueme en Instagram

  🔗 instagram.com/marvellatinnews
  Show this thread

**TheDad7** @TheDad97 · Apr 12

**Relevant people**

**Marvel Latin News** ✓
@MarvelLatin                          Follow
📢NOTICIAS 📰RESEÑAS 📝
ENTREVISTAS | TODO SOBRE EL
ENTRETENIMIENTO | Medio #1 de
TWITTER FR🇫🇷 | @MArvl & @PRCritics
MEMBER Contacto:
colaboracionmln@gmail.com

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Sports · Trending
**Charles Barkley**
3,269 Tweets

Trending in United States
**Países Bajos**
29.4K Tweets

Trending in United States
**Colorado Springs**
5.17K Tweets

Sports · Trending
**Maguire**
123K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads Info  More ···
© 2022 Twitter, Inc.

Search Twitter