# EXHIBIT B Continued

— https://twitter.com/XAYLOK1/status/1557174046915186208 — at — 2022-11-21 15:34:22 -08:00 —



← **Tweet**

Q Search Twitter



**XAYLOK**
@XAYLOK1

···

NOUVELLES IMAGES : Vincent D'Onofrio en tournage à Atlanta pour la série #Echo

Translate Tweet



6:16 PM · Aug 9, 2022 · Twitter for Android

**1** Like





**Relevant people**



**XAYLOK**
@XAYLOK1

Follow

Compte en lien avec ce que j'essayerai de proposer sur Youtube sur la chaîne du même nom : de l'actualité cinéma #marvel

**What's happening**

NFL · Yesterday
**Cowboys at Vikings**

Sports · Trending
**Mexico City**
13.4K Tweets

···

Trending in United States
**House of the Rising Sun**

···

Trending in United States
**Hive**
148K Tweets

···

Trending in United States
**Trent Reznor**
10.5K Tweets

···

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Tweet your reply

Reply

Perkowski Legal P.C.
@c_perkowski

···

https://twitter.com/soygerardcortez/status/1096040830130012801 __el__ 2022-11-22 17:24:32 -08:00
Case 2:22-cv-09462-DMG-ADS Document 1-10 Filed 12/30/22 Page 3 of 101 Page ID #:849

**Gerard Cortez**
@SoyGerardCortez
···

Buenos días, ya llegué ❤️

Translate Tweet



5:37 AM · Feb 14, 2019 · Twitter for iPhone

**54** Retweets   **9** Quote Tweets   **451** Likes

Tweet your reply                                    Reply

**Lola** 💚💙 @MeAndMrJonas · Feb 14, 2019                    ···
Replying to @SoyGerardCortez
Ya decía yo que me parecía familiar el estilo... jajajaja

♡ 2

**Maru Lares** @lamarulares · Feb 14, 2019                    ···
Replying to @SoyGerardCortez
y yo que AMO a Riri y entiendo que algo es #FEO hasta que @rihanna lo usa puedo decir que> capa de corazón SI, zandalias "romanas" con piernas gordas y pies hinchados NO, no no no... lo lamento!

♡ 1

**Reinaldo Fabricio** 🇪🇨🙏 @_FabricioGS · Feb 15, 2019                    ···
Replying to @SoyGerardCortez and @S4DB4RBIE
YSL ICONIC.

**Alberto Rodriguez** @Albert1Rguez · Feb 14, 2019                    ···
Replying to @SoyGerardCortez
G L O R I O S O Día para ti Gerard ¡¡

---

**Relevant people**

**Gerard Cortez**     Follow
@SoyGerardCortez
Periodista de moda y cultura pop. TV Host y guionista. Amarás mi YouTube. No binarie. Inmigrante. Contacto Gerardcortez@gmail.com. (El-he, ella-she, elle-they)

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**



#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
◻ Promoted by Avatar

Entertainment · Trending     ···
**Marvel**
85.4K Tweets

Trending in United States     ···
**RIP Harold**
Trending with  TO BE CLEAR

Sports · Trending     ···
**Ronaldo**
Trending with  Glazers, Manchester United

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

🐦
Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/wannagate/status/1099006057320534017 __el __ 2022-11-22 19:49:11 -08:00







__ https://twitter.com/AboutHerOFCL/status/1238155345429704704 __ at __ 2022-11-21 12:41:06 -08:00 __

← **Tweet**



**About Her** ✔
@AboutHerOFCL                                                    ...

Sofia Vergara teaches us how to dress up jeans, with heels and a good jacket.



10:30 AM · Mar 12, 2020 · Buffer

**2** Likes

  

 Tweet your reply                    Reply

---

Q Search Twitter

## Relevant people

  **About Her** ✔
@AboutHerOFCL                          Follow

Inside untapped territory: Pulling back the curtain on Arab women who are defining cultural trends now.
#AboutHer

## What's happening

FIFA World Cup · LIVE
**USA vs Wales**                              

Trending in United States
**Haji Wright**                                          ...

Trending in United States
**WHAT A SAVE**                                      ...
8,187 Tweets

Entertainment · Trending
**julia fox**                                              ...
6,340 Tweets

Trending in United States
**Medford Messi**                                    ...

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

## Left sidebar navigation
🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

**Perkowski Legal P.C.**   ...
@c_perkowski

← Tweet

**Def Noodles** ✔
@defnoodles

BREAKING NEWS THAT WILL MOST DEFINITELY CHANGE YOUR LIFE: Ben Affleck and Jennifer Lopez seen kissing. Bennifer reenters the lexicon.



2:05 PM · Jun 14, 2021 · Twitter for iPhone

**100** Retweets    **73** Quote Tweets    **2,827** Likes

Tweet your reply                                        Reply

**sof** @sofieElliott · Jun 14, 2021
Replying to @defnoodles
she reminds me of my friend who hasn't been single for longer than a week since she was 14
♡ 2        ⟲ 2        ♡ 360

**sof** @sofieElliott · Jun 14, 2021
Replying to @sofieElliott and @defnoodles
and yes I'm jealous and lonely
♡ 5        ⟲ 1        ♡ 208
Show replies

**Luca** @Locco_94 · Jun 14, 2021
Replying to @defnoodles

[image]

♡          ⟲          ♡ 25

**Ginger ☘** @ginger_snxp · Jun 14, 2021
Replying to @defnoodles
Having lived through Bennifer as a teenager, I fully support them getting back together. Why shouldn't they take a second chance?
♡ 1        ⟲          ♡ 22

**Phannycide** @Phannycide · Jun 14, 2021
Replying to @ginger_snxp and @defnoodles
Isn't this their third? They were allegedly together when Ben was married.
♡ 1        ⟲          ♡ 7
Show replies

**Princess Chomp Box** @redhead_raging · Jun 14, 2021
Replying to @defnoodles
This is so creepy

[image: "I see you"]

♡          ⟲          ♡ 15

**Joyce** @h3FootSoldier · Jun 14, 2021
Replying to @defnoodles
IM SO HAPPY ABOUT THIS
♡          ⟲          ♡

**Samantha McKee Neel** @SamanthaNeel · Jun 14, 2021
Replying to @defnoodles
Probably a publicity stunt for them both.
♡          ⟲          ♡

**Kristen (Taylor's Version)** @kiwivalentine · Jun 14, 2021
Replying to @defnoodles
*it's Jenjamin this time around
♡          ⟲          ♡ 2

**Jessica Messica** @IronHeart2018 · Jun 14, 2021
Replying to @defnoodles
I love JLo but that woman cannot go 5 seconds without a man. 😤
♡ 2        ⟲          ♡ 12

**no importa** @gaildeanoadri · Jun 14, 2021
Replying to @IronHeart2018 and @defnoodles
don't say you love someone then go on and say some stupid shit
♡          ⟲          ♡ 1

**Delaney Love** @starcommander91 · Jun 14, 2021
Replying to @defnoodles
Paparazzi really do weird shit, this picture is so uncomfortable to me 😩
♡          ⟲          ♡ 1

**Sleeping Beauty** @cheetahpet_ · Jun 14, 2021
Replying to @defnoodles

[image]

♡          ⟲          ♡ 10

**Lacie | Spooky Lips And Fat Hips** @SpookyLacie · Jun 14, 2021
Replying to @defnoodles
I'm the only one happy for them 😂😂😂

**Relevant people**

**Def Noodles** ✔
@defnoodles                    Follow
Professional Man Child & America's #1 Bad Boy.

**What's happening**

NBA · 11 minutes ago
Celtics at Bulls

Entertainment · Trending
Died Suddenly
15.3K Tweets

Sports · Trending
Rudy Gobert

Trending in United States
Tampax
36.1K Tweets

Family drama · Trending
#GTMcontest13

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.



__ https://twitter.com/tender_DMJ/status/1578048343049224194 __ et __ 2022-11-20 08:55:43 -08:00

← **Tweet**

**DAKOTA** 💜💙
@tender_DMJ                                              ···

### I just want to hug her 😌😭



8:43 AM · Oct 6, 2022 · Twitter for iPhone

**4** Retweets   **76** Likes

💬            ↻            ♡            ⬆️

P  Tweet your reply                              Reply

**Alexious** @vaylexious · Oct 6                    ···
Replying to @tender_DMJ
Yea, she might need one.

💬            ↻            ♡            ⬆️

**Marichely unzué Iñigo** @UnzueInigo · Oct 11      ···
Replying to @tender_DMJ
Gracias 😊

💬            ↻            ♡            ⬆️

**BJ Lucas** @BJscats2 · Oct 6                      ···
Replying to @tender_DMJ
So do I.  Want to show her and Chris we are thinking of them.

💬            ↻            ♡ 5          ⬆️

---

**Search Twitter**

### Relevant people

**DAKOTA** 💜💙           Follow
@tender_DMJ
Dakota Johnson is the meaning of
perfection and of course the love of
my life ❤️

### What's happening

Television · Last night
**Saturday Night Live airing on
NBC**                              

#Disenchanted 🧙
Original movie now streaming
✪ Promoted by Disney+

Trending in California              ···
**Shakira**
97K Tweets

Trending in United States           ···
**#RIPLEGEND**
1,961 Tweets

Only on Twitter · Trending          ···
**RIP JDF**
5,806 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

## Home
## Explore
**1** ## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

P  **Perkowski Legal P.C.**   ···
   @c_perkowski

← Tweet

**NAÇÃO MARVEL | fan club**
@nacaomarvel

Hailee Steinfeld é perfeita de todo jeito né?
Translate Tweet



6:12 PM · Feb 20, 2021 · Twitter for Android

49 Retweets   8 Quote Tweets   861 Likes

---

Tweet your reply                                    Reply

**thess 👀** @know_it_falls · Feb 20, 2021
Replying to @nacaomarvel
sim nação 😂🥰

**tame van dyne 🍩** @harpialegacy · Feb 20, 2021
Replying to @nacaomarvel
sim.

**madu** @h0rrorbody · Feb 21, 2021
Replying to @nacaomarvel



From **emy cinematic universe**

**mary 1899 🏳️ | ✨🌙🌟** @stnudirectix · Feb 20, 2021
Replying to @nacaomarvel
Old que sim

This Tweet was deleted by the Tweet author. Learn more

**nic** @nickalve_s · Feb 20, 2021
O privilégio

---

**Relevant people**

**NAÇÃO MARVEL | fa...**    Follow
@nacaomarvel
🇧🇷 O maior fã-clube da Marvel no Brasil e #2 do mundo | por @kainyall & @thurstopper | 🎙️: @PodcastNM | nacaomarvelofc@gmail.com

**What's happening**

NFL · 2 hours ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
70.3K Tweets

Trending in California
**Mexicans**
6,355 Tweets

Trending in United States
**Ramey**
2,038 Tweets

Sports · Trending
**Trey Lance**
1,355 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**

**Paulette Kimuntu Kim**
@KimKimuntu                                  ···

Les nouveaux amoureux 😍 ❤️
La baby Mama Kim Kardashian 41ans et Peter Anderson
28 ans  aperçu hier lors d'un dîner romantique à Santa
Monica
L'amour sans limite 😌

#slaybabe
Translate Tweet



1:02 AM · Nov 23, 2021 · Twitter for Android

**1** Retweet    **1** Quote Tweet    **10** Likes

💬          ↻          ♡          ⬆️

Ⓟ  Tweet your reply                    Reply

**joel maloba** @JmMaloba · Nov 23, 2021
Replying to @KimKimuntu
Qui profite qui?
💬          ↻          ♡ 1          ⬆️

**Junior RAMAZANI** @Jrsha6 · Nov 23, 2021
Replying to @KimKimuntu
Néanmoins c'est entre l'homme et la femme.
💬          ↻          ♡          ⬆️

**META CHADRACK** @meta_chadrack · Nov 23, 2021
Replying to @KimKimuntu
Biso awa famille réunion chaque dimanche pona oboya mwasi wana 😂😂
💬          ↻          ♡ 2          ⬆️

**• OZYMANDIAS •** @Kitenge_raphael · Nov 23, 2021
Replying to @KimKimuntu
Si sa mère fait la même chose ... pourquoi pas elle ?
💬          ↻          ♡          ⬆️

**FRANCK** 💯 @FranckMuyumba9 · Nov 23, 2021
Replying to @KimKimuntu
Pete Davidson*
💬          ↻          ♡ 1          ⬆️

---

🐦

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

Perkowski Legal P.C.    ···
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

**Paulette Kimuntu Kim**    Follow
@KimKimuntu

**What's happening**

NFL · Last night
**Chiefs at Chargers**

Music · Trending                    ···
**Billy Joel**
1,316 Tweets

Trending in United States           ···
**Schiff**
54.7K Tweets

Trending in United States           ···
**#SisterWives**
3,605 Tweets

Entertainment · Trending            ···
**Disney**
Trending with Bob Iger, Chapek

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

← **Tweet**

**All About Movies**
@All_MovieAbout

Primeras imágenes desde el set de filmación de #Ironheart 🤩🙌✨

Translate Tweet



7:14 PM · Aug 8, 2022 · Twitter for Android

Tweet your reply

Reply

**Relevant people**

**All About Movies**
@All_MovieAbout

Follow

Noticias del cine y la televisión 🎬📺 Un lugar para cinéfilos 🎥🍿

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Music · Trending
**Lionel Richie**
3,935 Tweets

Trending in United States
**Schiff**
53.3K Tweets

Trending in United States
**Defunctland**
4,970 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Search Twitter

Perkowski Legal P.C.
@c_perkowski



Perkowski Legal P.C.
@c_perkowski

Tweet

**Home**

**Explore**

**Notifications** 1

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

← Tweet

**1D Updates**
@Live1DNews                                          ...

Harry and Olivia Wilde out and about in Santa Barbara - January 3 (via @hsdcandids)



9:52 AM · Jan 6, 2021 · Twitter for iPhone

**3** Retweets   **14** Likes

P   Tweet your reply                                 Reply

Search Twitter

### Relevant people

**1D Updates**                    Follow
@Live1DNews
1D Updates. Paul, Andy, and more follow!

**HS Candids**                    Follow
@hsdcandids
Follow for HQ candids of HS. Layout by @brightblackdsgn. (Fan Account)

### What's happening

FIFA World Cup · 4 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California
**Mexico City**
18.6K Tweets                       ...

Trending in California
**Chicharito**
6,793 Tweets                       ...

Trending in California
**Lucas**
155K Tweets                        ...

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**           ...
@c_perkowski



Case 2:22-cv-09462-DMG-ADS   Document 1-10   Filed 12/30/22   Page 14 of 101   Page ID #:860

← **Tweet**

 **Türkçe**
@turkce

···

Eski aşıklar yeniden kol kola!: Lea adında kızları bulunan ve iki yıl önce birlikteliklerine son veren ünlü aktör Bradley Cooper ve Rus model Irina Shayk'ın barıştığı ileri sürüldü. Cooper ve Shayk, geçtiğimiz hafta...
dlvr.it/SCg1Y5 #Türkçe #MagazinHaberleri #Magazin
Translate Tweet



3:04 AM · Nov 17, 2021 · dlvr.it

♡          ⟲          ♡          ⬆

 Tweet your reply          **Reply**

### Relevant people



 **Türkçe**          **Follow**
@turkce

Gazete ve dergilerden Türkçe Haberler, Son Dakika, Spor, Magazin, Teknoloji, Sinema Haberleri. İletişim ve iş birliği için: turkcemag@gmail.com

### What's happening

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**



**#AvatarTheWayOfWater**🎬
Get tickets now - In theaters December 16
📷 Promoted by Avatar

Entertainment · Trending          ···
**Died Suddenly**
80.5K Tweets

Trending in United States          ···
**El VAR**
90.1K Tweets

Trending in United States          ···
**Argentina**
Trending with  Messi, #ARGKSA

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Sidebar Navigation

📷 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
▤ Lists
👤 Profile
··· More

**Tweet**

 **Perkowski Legal P.C.**   ···
@c_perkowski

**Relevant people**

**Pelicomic** ✓
@Peli_Comic
Youtuber. Noticias, opiniones y teorías geek. Vivo en cómic 🎬🎞️ | Contacto: pelicomic@gmail.com | Instagram: @ces_monge | TUVE FE 🎬

**What's happening**

FIFA World Cup · 4 hours ago
Mexico vs Poland

#AvatarTheWayOfWater 🎬
Get tickets now - In theaters December 16
Promoted by Avatar

Celebrities · Trending
**Tom Hanks**
7,238 Tweets

Trending in California
**Lucas**
149K Tweets

Trending in California
**Chicharito**
8,550 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More…
© 2022 Twitter, Inc.



__ https://twitter.com/ShekharDongardi/status/1583300455077060608 __ at __ 2022-11-20 07:27:21 -08:00 __

← **Tweet**

 **Shekhar Dongardive**
@ShekharDongardi

···

Latest Pic of #AnneHathaway Ma'am from the set of #TheIdeaOfYou



8:33 PM · Oct 20, 2022 · Twitter for Android

**1** Retweet   **5** Likes

 Tweet your reply                    Reply

Q Search Twitter

**Relevant people**

 **Shekhar Dongardive**    Follow
@ShekharDongardi
Salmanic Spidy Fan

**What's happening**

Formula 1 · 25 minutes ago
**Abu Dhabi Grand Prix 2022**



#Disenchanted 🧟
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**RIP JDF**                        ···

Jungkook · Trending
JUNGKOOK                          ···

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

https://twitter.com/feitsbarstool/status/980660995318252392___at___2022-11-22 20:07:16 -08:00
Case 2-22-cv-09462-DMG-ADS   Document 1-10   Filed 12/30/22   Page 17 of 101   Page ID #:863



← **Tweet**

feitelberg
@FeitsBarstool

Drake heard Weeknd was coming for that sad boy crown and decided like hell he is



champagnepapi  14m



You can see the album hours under my eyes

9:55 PM · Apr 1, 2018 · Twitter for iPhone

125 Retweets   5 Quote Tweets   1,325 Likes

Tweet your reply                                    Reply

NoHo Job  @GarbageYuppie · Apr 1, 2018
Replying to @FeitsBarstool
We need drake to get dumped again
♡ 2

Ed Mead  @emead13 · Apr 2, 2018
Replying to @FeitsBarstool
Ugh I love feits
♡ 1

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

Search Twitter

Relevant people

feitelberg
@FeitsBarstool
Blogger @barstoolsports. Podcaster @KFCRadio. Yeah I had a few chardonnays, what of it?
Follow

What's happening

NBA · LIVE
Kings at Grizzlies

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
RIP Harold

Trending in California
Hooters
8,456 Tweets

Sports · Trending
Anthony Davis
2,776 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

**Home**

**Explore**

**Notifications** 1

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

**CineHD 🎬**
@CineHodeFR                                            ···

Un nouveau Spider-Man ? Nouvelles images du projet
Sony #MadameWeb

#Marvel
Translate Tweet



12:35 PM · Oct 6, 2022 · Twitter Web App

**5** Retweets   **1** Quote Tweet   **38** Likes

---

💬   🔁   ♡   ⬆

P  Tweet your reply                                 **Reply**

---

**Ins.** @D14NY12 · Oct 6                              ···
Replying to @CineHodeFR
C'est Tahar Rahim qui joue Ezekiel Sims !

💬   🔁   ♡   ⬆

---

**Fanatik** @Fanat720p · Oct 6                         ···
Replying to @CineHodeFR
Je stream pas

💬   🔁   ♡ 1   ⬆

---

**supermarc🌸❤🩵** @oussamadubarca · Oct 6           ···
Replying to @CineHodeFR
nN c'est le film avec Aaron Taylor Johnson (kraven truc là ) c'est pas bien de
donner de l'espoir comme ça 😂😂😂

💬 1   🔁   ♡ 1   ⬆

---

**Euqen_s** @MouadNaanaa · Oct 6                       ···
Replying to @oussamadubarca and @CineHodeFR
Nan c'est des leaks du tournage de madame web

💬   🔁   ♡ 2   ⬆

---

**L'Ankou (l'Unique)** @Breizh_A1984 · Oct 6          ···
Replying to @CineHodeFR
C'est Aaron Taylor-Johnson en costume ?

💬 1   🔁   ♡ 2   ⬆

---

**CineHD 🎬** @CineHodeFR · Oct 6                      ···
Replying to @Breizh_A1984
Non je crois pas !

💬 1   🔁   ♡ 1   ⬆

Show replies

---

**S A L A D I N ⚔ @ 🜨** @Kwdazbe606 · Oct 6         ···
Replying to @CineHodeFR
Un cascadeur peut être?

💬   🔁   ♡ 2   ⬆

---

**Search Twitter**

**Relevant people**

CineHD 🎬
@CineHodeFR                          **Follow**
Besoins d'actualités cinoche et série ?
Vous êtes à la bonne porte 🎬 🖥
cine.hde@gmail.com

**What's happening**

NFL · LIVE
Browns at Bills

#Disenchanted 🧚
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending            ···
**Rest in Power**
17.9K Tweets

Trending in California             ···
**Morgan Freeman**
180K Tweets

Trending in California             ···
**Shakira**
108K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Thread**

dee.
@harrymoonchild

I only believe in Jack supremacy.



12:53 AM · Dec 2, 2020 · Twitter for Android

**33** Retweets  **5** Quote Tweets  **286** Likes

Tweet your reply                                    Reply

dee. @harrymoonchild · Dec 2, 2020
Replying to @harrymoonchild
This era has given us THE best content.

1    11    81

johanna @brightfond · Dec 2, 2020
Replying to @harrymoonchild
butterflys in my tummy just thinking about watching this movie

---

## Relevant people



dee.                                             Follow
@harrymoonchild
#harry: starry haze crystal ball 🔮🛸 |
backup:@goldenfineline | ig:dishaxrai

## What's happening

NFL · 1 hour ago
**Chiefs at Chargers**

**#Disenchanted** 🧟
Original movie now streaming
▶ Promoted by Disney+

Music · Trending
**Kelly Rowland**
Trending with Chris Brown

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Perkowski Legal P.C.
@c_perkowski

← Tweet

**Freetime**
@BookingFreetime

Dakota Johnson photographiée sur le tournage du film #MadameWeb. 📸

Translate Tweet



2:33 AM · Aug 8, 2022 · Twitter Web App

**1** Retweet  **7** Likes

Tweet your reply

Reply

---

### Home

### Explore

### Notifications

### Messages

### Bookmarks

### Lists

### Profile

### More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

**Relevant people**

**Freetime**
@BookingFreetime    Follow

Freetime est une page d'information du cinéma, du divertissement, des séries et plateformes de streaming du moment et à venir.

**What's happening**

Television · 3 hours ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Politics · Trending
**Mr. President**
48.9K Tweets

Sports · Trending
**Chip Kelly**
1,078 Tweets

Trending in United States
**Jason David Frank**
1,397 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

_ https://twitter.com/cizgikafe/status/1540785354268999983 __ el __ 2022-11-21 21:00:15 -08:00

← **Tweet**



Çizgi Kafe
@cizgikafe

···

Top Gun: Maverick, Tom Cruise'un kariyerindeki en çok
hasılat toplayan film oldu. 

Translate Tweet



12:53 PM · Jun 25, 2022 · Twitter for iPhone

**2** Retweets   **1** Quote Tweet   **248** Likes

Perkowski Legal P.C.   ···
@c_perkowski





---

Tweet your reply                                    Reply

Berat @b5r3t · Jun 26
Replying to @cizgikafe
Enflasyonyondur o hasılat olda duramayız 🤭
                                          ♡ 1

meriç @sivaskangali_58 · Jun 25
Replying to @cizgikafe
Kawasaki H2, ben binsem bana da yakısırdı 🙂

Arda @yukselardaa · Jun 25
Replying to @cizgikafe
MI6 bile senin kadar bu işlere bakmadı büyüksün
                                          ♡ 1

---

**Relevant people**

Çizgi Kafe                    Follow
@cizgikafe
Bir fincan kriptonit alabileceğiniz
komşunuz!
instagram.com/cizgikafecom

**What's happening**

NFL · 42 minutes ago
**49ers at Cardinals**

Entertainment · Trending          ···
**Died Suddenly**

Trending in United States         ···
**Jada**
7,650 Tweets

Entertainment · Trending          ···
**Sinbad**
7,312 Tweets

Trending in California            ···
**Dodger Stadium**
10.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

← **Tweet**

Pajaré. 🦋📭📝
@ELPAJANAVARRO

···

## Primera imagen de la película de #powerpuffgirls 🤔



3:10 PM · Apr 7, 2021 · Twitter Web App

1 Like

○   ⇄   ♡   ⬆

zaziifer morningstar 👧 @zaziitronik · Apr 7, 2021
Replying to @ELPAJANAVARRO
Serie, ¿no?

○ 1   ⇄   ♡   ⬆

Pajaré. 🦋📭📝 @ELPAJANAVARRO · Apr 7, 2021
Replying to @zaziitronik
Sorry, es cierto. Serie live action.

○   ⇄   ♡   ⬆

Ivan @Ivan90710878 · Apr 7, 2021
Replying to @ELPAJANAVARRO
La de morado es Mojo Joje

○   ⇄   ♡ 1   ⬆

**Tweet your reply**

Reply

Perkowski Legal P.C.
@c_perkowski    ···

**Relevant people**

Pajaré. 🦋📭📝
@ELPAJANAVARRO    Follow
📷 Reportero-Fotógrafo|Río como mecanismo de defensa
#ChinoMorenoEsMiPastor
facebook.com/elpaja.navarro
instagram.com/pajanavarro

**What's happening**

NHL · LIVE
Islanders at Maple Leafs



Entertainment · Trending
Died Suddenly
55.6K Tweets    ···

Trending in California
Dodger Stadium
11K Tweets    ···

Sports · Trending
Mexico City
18.8K Tweets    ···

Sports · Trending
#NJDevils 🏒
4,057 Tweets    ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Search Twitter**

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet



https://twitter.com/beyhivecombr/status/1371474485794599910 ... of ... 2022-11-21 03:18:58 -08:00  2022-11-21 ... v-09462-OMG-ADS  Document 1-10  Filed 12/30/22  Page 23 of 101  Page ID #:809



Tweet

**BEYHIVE.com.br** ✓
@beyhivecombr

Beyoncé e Jay Z após o #GRAMMYs 🏆 ontem a noite.

Translate Tweet

7:52 AM · Mar 15, 2021 · Twitter Web App

**212** Retweets  **270** Quote Tweets  **3,201** Likes

Tweet your reply                                    Reply

**BEYONCÉ LEGION** @beyLegion · Mar 16, 2021
Replying to @beyhivecombr
Be sure to get Beyoncé's #TheGift album — featuring the GRAMMY-winning anthem #BlackParade. 🖤
• Apple Music: apple.co/2EtKS3Lx
• iTunes: apple.co/3fdXy9Z
• Amazon: amzn.to/39K90SH
• TIDAL: bit.ly/TheGiftDeluxeT...

**britobr** ✪ @anajunsc · Mar 15, 2021
Replying to @beyhivecombr
meu pai amado, colocando a mão na boca, a mão da na parte da frente da máscara... BEYONCÉ SUA DOIDA TU TEM 3 FILHOS PRA CRIAR MULHER
♡ 1    ⟲    ♡ 75

**RNLD** @euronnie · Mar 15, 2021
Replying to @beyhivecombr
Adoro o conceito de se trocar pra ir embora
♡ 1    ⟲    ♡ 1

**gabi** @yoncegabs · Mar 15, 2021
Replying to @beyhivecombr
same energy
twitter.com/chlombodeluxe...
♡ 3    ⟲ 1    ♡ 195

**Queen b18** @deborah2k1 · Mar 15, 2021
Replying to @yoncegabs and @beyhivecombr
Gente quero uma figurinha desta kkk amei
♡      ⟲    ♡

**lupe** @luperclu · Mar 15, 2021
Replying to @beyhivecombr
@RaonyPhillips corre aqui
♡      ⟲    ♡

**DJ AFRO** 🎧 @afropocx · Mar 15, 2021
Replying to @beyhivecombr
Que delícia papai

♡      ⟲    ♡

**luiz layne** @pacalala · Mar 15, 2021
Replying to @beyhivecombr
o terror da OMS
♡      ⟲    ♡ 2

**Alex** 🇧🇷 🏳️‍🌈 @alexseml · Mar 15, 2021
Replying to @beyhivecombr
A mão na boca KKKKKKK
♡      ⟲    ♡ 1

**vini** @thevnics · Mar 15, 2021
Replying to @beyhivecombr
@RaonyPhillips corre aq
♡ 1    ⟲    ♡ 1

**queremos meu dinheiro** @alininmglhs · Mar 15, 2021
Replying to @thevnics @beyhivecombr and @RaonyPhillips
só lembrei do doc kkkkk
♡ 1    ⟲    ♡ 1
Show replies

**IGOR** @IgorCandido24 · Mar 15, 2021
Replying to @beyhivecombr
Beyoncé mulher não tira essa máscara pelo amor de deus 🙏🙏
♡      ⟲    ♡

**Beyoncé** @Milhmeterazzoli · Mar 15, 2021
Replying to @beyhivecombr
Gente?????

**Relevant people**

**BEYHIVE.com.br** ✓     Follow
@beyhivecombr
Fan account. #RENAISSANCE Em todas as plataformas de streaming | Notícias, fotos e vídeos da Beyoncé para a #BEYHIVE1

**What's happening**

Television · Yesterday
**The Walking Dead airing on AMC**

Music · Trending
**Billy Joel**
1,277 Tweets

Trending in United States
**Maher**
22.1K Tweets

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Trending in United States
**Iran**
Trending with England

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

___ https://twitter.com/spidermanbra/status/1551960249480515174 ___ et ___ 2022-11-21 08:34:25 -08:00 ___

← **Tweet**

**Spider-Man Brasil** 🕸️
@SpiderManBRA · · · ·

📸 Dakota Johnson no set de Madame Web:



9:07 AM · Jul 26, 2022 · Twitter for Android

**23** Retweets   **4** Quote Tweets   **412** Likes

💬            🔁            ♡            ⬆️

🅿️ Tweet your reply                              Reply

**Bruno Henrique** @henrikibruno27 · Jul 26       · · ·
Replying to @SpiderManBRA
Jéssica Jones

💬 1          🔁          ♡          ⬆️

**Yuri** @Yuri22629884 · Jul 26                    · · ·
Replying to @henrikibruno27 and @SpiderManBRA
Tbm pensei isso hahaha

💬          🔁          ♡          ⬆️

**Igor Alves** @Igords97 · Jul 26                  · · ·
Replying to @SpiderManBRA
😍😍😍😍😍

💬          🔁          ♡ 1          ⬆️

# Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

◉ More

**Tweet**

🅿️ **Perkowski Legal P.C.**     · · ·
@c_perkowski

🔍 Search Twitter

**Relevant people**

**Spider-Man Brasil** 🕸️        Follow
@SpiderManBRA
Sua maior fonte de notícias sobre o amigão da vizinhança no Brasil. Ative as notificações! 🔔 • Fan Account

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**



Sports talk · Trending                     · · ·
**Skip and Shannon**

Trending in United States                  · · ·
**Maguire**
Trending with #ThreeLions🏴󠁧󠁢󠁥󠁮󠁧󠁿

Family drama · Trending                    · · ·
**#Gilmorethemerrier**

Trending in United States                  · · ·
**Chocolate and Chip**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

← **Tweet**

**Dakota Johnson Argentina**
@DakotaJArg

···

Dakota Johnson fue vista el día de hoy en el set de
Madame Web en Boston, Massachusetts. - 06/08. Más
fotos: dakotajohnsonarg.sosugary.com/galeria/thumbn
...



3:22 PM · Aug 6, 2022 · Twitter Web App

**24** Retweets  **3** Quote Tweets  **90** Likes

💬        ⟲        ♡        ⬆

Ⓟ  Tweet your reply                        Reply

**Dragonball3166** @blackknightcity · Aug 7
Replying to @DakotaJArg
She playing peeka boo in second picture haha

💬        ⟲        ♡        ⬆

Q Search Twitter

**Relevant people**



**Dakota Johnson Arge...**        Follow
@DakotaJArg
Tu mejor y más actualizada fuente de
información sobre la actriz,
productora, directora y activista
#DakotaJohnson en Español.

**What's happening**

Television · 32 minutes ago
**Saturday Night Live airing on
NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber
Reserve
▶ Promoted by Uber

Trending in United States                        ···
Trending with **Welcome Back**

Sports · Trending                        ···
**#AEWFullGear**
Trending with **Jamie Hayter**, **Toni**

Trending in California                        ···
**Blocked**
124K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/DRIPTER/status/1483411414312263682 __ et __ 2022-11-22 02:10:18 -08:00

← **Tweet**

**DRIP**
@DRIPTER

•••

### Madison Beer



4:10 AM · Jan 18, 2022 · Twitter for iPhone

**151** Retweets   **29** Quote Tweets   **2,654** Likes

Tweet your reply

Reply

**Jacopo** @JaacKay · Jan 18   •••
Replying to @DRIPTER
😍😍
♡ 1

**A** @Adeeeule · Jan 20   •••
Replying to @DRIPTER
@_brez DM là 😍😍

Show more replies

---

**Relevant people**

**DRIP**
@DRIPTER
FOR THE CULTURE 🌐

Follow

**What's happening**

Sports · LIVE
**2022 FIFA World Cup**

#AvatarTheWayOfWater🧜
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending   •••
**Died Suddenly**
78.6K Tweets

Entertainment · Trending   •••
**BLEACH**
176K Tweets

Trending in California   •••
**Mexicans**
7,181 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski





— https://twitter.com/tender_DMJ/status/1134156958400045697 __ at __ 2022-11-22 21:02:54 -08:00

**Tweet**



**DAKOTA** 💜💙
@tender_DMJ

# MY GIRL IS READY TO FILM 😭



10:57 AM · May 30, 2019 · Twitter for iPhone

**1** Retweet   **8** Likes

 Tweet your reply          Reply

Search Twitter

**Relevant people**

 **DAKOTA** 💜💙          Follow
@tender_DMJ
Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

**What's happening**

NBA · LIVE
**Lakers at Suns**


#AvatarTheWayOfWater 🔵
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California

← **Tweet**

Home

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

Perkowski Legal P.C.   ...
@c_perkowski

← Thread



Search Twitter

**NAÇÃO MARVEL | fan club**
@nacaomarvel

🚨 Chloe Bennet (nossa eterna Daisy Johnson), Dove Cameron e Yana Perrault no set de #powerpuffgirls (As Meninas Superpoderosas) como Florzinha, Lindinha e Docinho. — off nm —

3:01 PM · Apr 7, 2021 · Twitter for Android

344 Retweets    558 Quote Tweets    4,136 Likes

Tweet your reply                                    Reply

**NAÇÃO MARVEL | fan club** @nacaomarvel · Apr 7, 2021
Replying to @nacaomarvel
O pessoal reclamando da roupa sendo que tá igual a do desenho (e deve mudar conforme os eps da série).

**NAÇÃO MARVEL | fan club** @nacaomarvel · Apr 7, 2021
Roupa diferente do desenho 🔴🔴🔴🔴🔴🔴🔴🔴🔴🔴
Roupa igual do desenho 🔴🔴🔴🔴🔴🔴🔴🔴🔴🔴

**-bia** @azyzinha · Apr 7, 2021
Replying to @nacaomarvel
@heloitab da, bateu um medo

**A Bolota das boiolas** @helo_cbueno · Apr 7, 2021
Replying to @azyzinha
Ah não kkkk socorro

**Maa_5ther** @_Bugdale · Apr 7, 2021
Replying to @nacaomarvel
>>

**cacau** @nyxcafih · Apr 7, 2021
Replying to @_Bugdale
MDS SIM!! Elas deveriam super ser as Meninas Super Poderosas, mas o elenco do filme tá muito bom também

**JHON** @jhonielaco · Apr 7, 2021
Replying to @nacaomarvel
Não gostei, elas não tem dedos igual no desenho. Cadê a representatividade?

**Elton Moraes** @oEltonMoraes · Apr 7, 2021
Replying to @jhonielaco
🔵🔵🔵

**Murilo the echidna** 🔴 @Elton_Sandman_ · Apr 7, 2021
Replying to @nacaomarvel
Nem sei o que pensar disso mas só fico aliviado que eles não fizeram um uniforme super mega tecnológicos

**ana está criando mundos** 🌸 @AnaCarolina563 · Apr 7, 2021
Replying to @Elton_Sandman_
CW tem nem dinheiro pra isso

**eli** @elimight · Apr 7, 2021
Replying to @nacaomarvel
@AbelClberlin

**luan motopapi** @alcoholicgoath · Apr 7, 2021
Replying to @nacaomarvel
Usaram TNT no figurino😍

**Ar Lindo** @ArlindoOxbBdsxft · Apr 7, 2021
Replying to @nacaomarvel
@Glandbaade

Relevant people

NAÇÃO MARVEL | fa...
@nacaomarvel                Follow
O maior fã-clube da Marvel no
Brasil e #2 do mundo | por @kainyxil
& @thurstopper | @PodcastNM |
✉ nacaomarvelofc@gmail.com

What's happening

NFL · 2 hours ago
49ers at Cardinals

Entertainment · Trending
Died Suddenly
69.5K Tweets

Trending in California
Mexicans
6,241 Tweets

Trending in United States
August Alsina
Trending with -Jada- #TheGameIsLife

Sports · Trending
49ers
Trending with -Jimmy G, Niners-

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

https://twitter.com/RNavyBrazil/status/1508398283889723457 _al__ 2022-11-21 04:03:14 -08:00

← Tweet

**Rihanna Navy Brasil | Fan Account**
@RNavyBrazil

BELÍSSIMA! 🖤

Rihanna chegando na festa do Jay-Z e Beyoncé, ontem (27), em Los Angeles.

Translate Tweet



3:51 AM · Mar 28, 2022 · Twitter for Android

736 Retweets   315 Quote Tweets   11.8K Likes

---

Tweet your reply                    Reply

**Daniel** @DanFontanelli · Mar 28
Replying to @RNavyBrazil
Ainda ontem ela tava na rodoviária do Tietê dando autógrafos 🤣🤣🤣
🤣🤣🤣🤣🤣🤣🤣
                            ♡ 1

**A** @apolo_ui · Mar 28
Replying to @RNavyBrazil
Porra libera a foto da bey abençoando o baby fenty....

                    ↻ 2      ♡ 113

**BRASIL FELIZ DE NOVO** @luciethianaosbo · Mar 28
Replying to @RNavyBrazil
Adoro que ela vai saraquetear por aí até a bolsa estourar
                            ♡

**closet⁴uⱽₒ** @ImClose2 · Mar 28
Replying to @RNavyBrazil
Cade as fotos da Rihanna no Brazil mds???????
                    ↻ 2

**bia** @pantaneirabia · Mar 28
Replying to @RNavyBrazil
A rihanna é perfeita pqp
                            ♡ 1

**bia** @kentalc · Mar 28
Replying to @RNavyBrazil
Ela tá com um barrigão tão lindo
                            ♡ 4

**tiquito** @TIQUITO_O · Mar 28
Replying to @RNavyBrazil
Eu só quero uma foto delas duas juntas

                    ↻ 1      ♡ 15

**⟨hangbin** @changlix__ · Mar 28
Replying to @TIQUITO_O and @RNavyBrazil
Vai ficar querendo, pelo que eu li música é festa al é proibida entrada de celulares.
                    ↻ 1      ♡ 1
Show replies

**RENASCID** / 8 / Ivy Carter @pp_bey · Mar 28
Replying to @RNavyBrazil
maravilhosaaa
                            ♡

**VAI FAZ O L** @BeckerEverson · Mar 28
Replying to @RNavyBrazil
Ela vai ter esse menino em algum rolê, a mulher não para quieta kkkk
                            ♡

**blo** @Pablo_Crvg98 · Mar 28
Replying to @RNavyBrazil
@grilloliv
                    ↻ 1      ♡ 1

**gabriel** @gbrields · Mar 28
Replying to @RNavyBrazil
A Beyoncé e ela tendo altas conversas na festa. A Bey passando a mão na barriga e dando dicas de maternidade pra ela. É a cara dela fazer isso
                    ↻ 1      ♡ 10

**putaria e sei lá** @putariagayrs · Mar 28
Replying to @RNavyBrazil
ela brava, pois o oscar não deu o prêmio pra bey
                    ↻ 1      ♡ 20

**Rodolfo Maia** @rodolfomaiaa · Mar 28
Replying to @RNavyBrazil
Eu queria ter a disposição dela: pra ir prum after, carregando um menino no bucho e levando 10kg de cabelo.
Riri: a maior, em tudo. ❤️
                    ↻ 2      ♡ 7

**Cansado** @dizrique · Mar 28
Replying to @rodolfomaiaa and @RNavyBrazil
O cabelo é pra equilibrar hahahaha
                    ↻ 1      ♡ 4
Show replies

---

**Relevant people**

Rihanna Navy Brasil |...    Follow
RNB 🇧🇷 | Estamos online desde 2010, somos o maior e mais completo fã-clube sobre a cantora Rihanna no Brasil e em toda a América Latina.
Apoio: @umaisbrasil

**What's happening**

Music · Trending
World Cup Qatar 2022: Opening Ceremony
FIFA World Cup · Yesterday

Music · Trending
Billy Joel
1,371 Tweets
···

Music · Trending
Elton John
Trending with Dodger Stadium, Dodger Stadium
···

Trending in United States
#ENGIRN
Trending with #JayTheirNames, Foden
···

Music · Trending
Kelly Rowland
20.8K Tweets
···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/All_MovieAbout/status/1552155187120324608 __ at __ 2022-11-21 19:06:16 -08:00 __

← **Tweet**

 **All About Movies**
@All_MovieAbout                                    ⋯

Dakota Johnson en el set de #MadameWeb la nueva película del universo de #SpiderMan 🕷️

9:53 PM · Jul 26, 2022 · Twitter for Android

💬          ⟲          ♡          ⬆️

Ⓟ   Tweet your reply                          **Reply**

**Relevant people**

 **All About Movies**        **Follow**
@All_MovieAbout

Noticias del cine y la televisión 🎬📺 Un lugar para cinéfilos 🎥🍿 

🔍 Search Twitter

https://twitter.com/RihannaNoBrasil/status/1484699753875132421 ___ et ___ 2022-11-20 22:46:05 -08:00

← **Tweet**



**Rihanna.com.br** 🔱
@RihannaNoBrasil                                                       ⋯

Rihanna foi vista em momento carinhoso com seu
namorado. ❤️

Translate Tweet



5:29 PM · Jan 21, 2022 · Twitter for Android

**137** Retweets   **90** Quote Tweets   **1,256** Likes

💬        🔁        ♡        ⬆️

Ⓟ   Tweet your reply                                    Reply

**BRASIL FELIZ DE NOVO** 🇧🇷 @luciethianaosbo · Jan 21    ⋯
Replying to @RihannaNoBrasil
Como assim ñ é um manequim da loja?

GIF  ALT

💬        🔁        ♡        ⬆️

**氷MTMRFʃ氷** 🥦🧪🧫😴 #1 @metam0rf0 · Jan 22    ⋯
Replying to @RihannaNoBrasil
@ayumi_tskk

💬 1       🔁        ♡ 1       ⬆️

**baby t** 🐷🏚 @Ayum1_0 · Jan 22    ⋯
Replying to @metam0rf0 and @RihannaNoBrasil
😍❤️

💬        🔁        ♡ 1       ⬆️

**XTINA** @xtiinar · Jan 22    ⋯
Replying to @RihannaNoBrasil
A carinha dela na segunda foto. ❤️

💬        🔁        ♡        ⬆️

**Demogracinha** @SteRibas · Jan 21    ⋯
Replying to @RihannaNoBrasil
O olhar de quem tá in love ❤️

💬        🔁        ♡        ⬆️

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.    ⋯
@c_perkowski

**Relevant people**

**Rihanna.com.br** 🔱                          Follow
@RihannaNoBrasil
Rihanna.com.br is a genuine and
registered fansite, made by fans. 🇧🇷
Fã-clube e portal de notícias brasileiro
sobre a cantora Rihanna. Online desde
2008. 💙

**What's happening**

NFL · 2 hours ago
**Chiefs at Chargers**

**#Disenchanted** 🎃
Original movie now streaming
◘ Promoted by Disney+

Music · Trending
**sabrina**
71.8K Tweets                                      ⋯

The Walking Dead · Trending
**Negan**                                          ⋯
7,650 Tweets

Trending in United States
**Bob Iger**                                       ⋯
Trending with Disney, Chapek

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from an account that no longer exists. Learn more

**Perkowski Legal P.C.** ...
@c_perkowski

← **Tweet**

## Relevant people


**Foochia - فوشيا** 
@foochia
**Follow**

موقع يهتم بشؤون وشجون المرأة العربية،
منه تطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، وتتابع أخبار المشاهير والفن
والثقافة.

## What's happening

FIFA World Cup · LIVE
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🧜
Get tickets now - In theaters December 16
📷 Promoted by Avatar

Trending in United States   ⋯
**#SeleccionMexicana** 🇲🇽
7,120 Tweets

Trending in United States   ⋯
**#BoycottTampax**
1,361 Tweets

Trending in United States   ⋯
**Argentina**
Trending with **Messi**

Show more

**Foochia - فوشيا** 
@foochia
⋯

كيم كارداشيان بفستان أبيض ضيق خلال توجهها لتناول
العشاء، وقال المعلقون إنها بدت أكثر تألقاً بعد انتشار خبر
انفصالها عن زوجها مغي الراب كانيه ويست

#مشاهير #إطلالات #كيم_كارداشيان #kimkardashian
#kanyewest

Translate Tweet



5:02 AM · Mar 15, 2021 · Hootsuite Inc.

**3** Retweets   **11** Likes

💬          🔁          ♡          ⬆


Tweet your reply          **Reply**

Show more replies

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

## Left navigation

🐦

🏠 Home
# Explore
🔔 Notifications
✉ Messages
📑 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski   ⋯

Search Twitter

__ https://twitter.com/filmnewsPL/status/1521590765288443137 __ at __ 2022-11-19 11:46:55 -08:00 __

← **Tweet**

 **Film News**
@filmnewsPL   •••

Zendaya w krótkich włosach na planie filmu
#Challengers

Translate Tweet



1:41 PM · May 3, 2022 · Twitter for Android

**1** Quote Tweet   **45** Likes

   

   Tweet your reply                    Reply

## Relevant people

 **Film News**              Follow
@filmnewsPL

🎬 najnowsze wiadomości filmowe -
kino polskie i zagraniczne, popularne i
niezależne 🎟️ kontakt:
filmnewspl@gmail.com

## What's happening

Formula 1 · Starts tomorrow
**Abu Dhabi Grand Prix 2022**            

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
▶ Promoted by Uber

Trending in California                  •••
**Messi**
328K Tweets

Trending in United States               •••
**Leonhard**

Trending in United States               •••
**#FIFAWorldCup** 🏆
791K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.   •••
@c_perkowski

Search Twitter

Case 3:22-cv-09462-DMG-ADS    Document 1-10    Filed 12/30/22    Page 37 of 101    Page ID #:883

← **Tweet**

 **@nanfixus**
@nanfixus                                                                    ···

Yes she start shoting! 🙌🙌🙌
#DakotaJohnson



11:22 AM · May 30, 2019 · Twitter for Android

**9** Retweets   **41** Likes

💬          ↻          ♡          ⬆

   Tweet your reply                               Reply

## Relevant people

 **@nanfixus**                              Follow
@nanfixus

DJ Fan 🐾 Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🇦🇷

## What's happening



NCAA Football · LIVE
**TCU at Baylor**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
▶ Promoted by Uber

Trending in United States                    ···
**TCU and Michigan**

Trending in United States                    ···
**Welcome Back Kotter**

Sports · Trending                            ···
**Andrel Anthony**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Search Twitter

 Perkowski Legal P.C.   ···
@c_perkowski



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← **Tweet**


**Andy Vermaut**
@AndyVermaut                              ...

## Angelina Jolie and The Weeknd Continue Raising Eyebrows With Second Dinner Date
eonline.com/news/1304006/a...



6:05 PM · Sep 27, 2021 · dlvr.it

P   Tweet your reply                    Reply

**Relevant people**


**Andy Vermaut**                         Follow
@AndyVermaut

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495



**Perkowski Legal P.C.**
@c_perkowski                             ...

# Twitter

**Home**

**Explore**

**Notifications**

← **Tweet**

**selenators** 💜 **(fan account)**
@Its_Selenators

···

## BOW DOWN TO YOUR QUEEN 👑
@selenagomez



👤 Selena Gomez

9:50 AM · Oct 23, 2019 · Twitter for Android

**4** Retweets    **29** Likes

💬        🔁        ♡        ⬆️

P    Tweet your reply                    **Reply**

Search Twitter

### Relevant people

**selenators** 💜 **(fan ac...**    **Follow**
@Its_Selenators
Fan Account | This site has no official affiliation with @selenagomez | Selenator since 2009 | We are Selena Gomez's fans ❤️

**Selena Gomez** ✓    **Follow**
@selenagomez
My Mind & Me out November 4th: apple.co/selenagomezdoc The song is out now:
SelenaGomez.lnk.to/MyMindAndMe

### What's happening

Television · LIVE
**Bachelor in Paradise airing on ABC**

Trending in United States
**Died Suddenly**
40.2K Tweets

Sports · Trending
**Bratt**
1,976 Tweets

Sports · Trending
**Lane Kiffin**
4,938 Tweets

90 Day Fiancé · Trending
**#90dayfiancethesinglelife**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/bso/status/1177817294208212992 __ at __ 2022-11-22 08:42:44 -08:00

**Tweet**

**Robert Littal BSO** ✓
@BSO

## Lamar Odom On How Porn Can Ruin Relationships (Video) bit.ly/2muEybL via @Drnkjarrad



© Phamous / BACKGRID

10:28 PM · Sep 27, 2019 · BSO Alert

**1** Retweet   **1** Quote Tweet   **5** Likes

Tweet your reply                              Reply

**BottomFeedaPeeda** @pinkdorsey · Sep 27, 2019
Replying to @BSO

GIF

**Relevant people**

**Robert Littal BSO** ✓           Follow
@BSO

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 🌎 AML

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
⏵ Promoted by Avatar

Trending in United States
**Argentina**
Trending with Messi

Trending in United States
**#BoycottTampax**
1,435 Tweets

Trending in United States
**#SeleccionMexicana** 🇲🇽
7,770 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**





Sal the Agorist
@SallyMayweather

8:43 PM · Oct 2, 2021 · Twitter for iPhone

**9** Retweets    **97** Likes

Tweet your reply    Reply

Show more replies

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

**Relevant people**

Sal the Agorist    **Follow**
@SallyMayweather
Agorist. Cypherpunk.
Disintermediator. Crypto-Anarchist.
Rothbardian. pod :: The Agora. blog ::
New Libertarian. #logic #revisionism
#countereconomics

**What's happening**

FIFA World Cup · LIVE
Senegal vs Netherlands

Trending in California
Dodger Stadium
13.8K Tweets

Trending in United States
Mendy
54.8K Tweets

Trending in United States
Senegal
Trending with #FifainuBsc, #USMNT 🇺🇸

Sports · Trending
Charles Barkley
4,131 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

__ https://twitter.com/Cevans_Army/status/1580965715660942272 __ at __ 2022-11-20 09:37:12 -08:00 __

← **Tweet**

**Chris Evans Army**
@Cevans_Army

⭐Chris no set de "Red One".

Chris at Red One's set.

#chrisevans
#thegrayman    #lloydhansen
#captainamerica #steverogers #defendingjacob
#andybarber #beforewego #cevans #chrisevansarmy
#cevansarmy #ransomdrysdale #lightyear #painhustlers
#redone #therock #redonemovie



0:07  188 views

9:56 AM · Oct 14, 2022 · Twitter for iPhone

4 Retweets   21 Likes

Tweet your reply                                    Reply

---

**Search Twitter**

### Relevant people

**Chris Evans Army**          Follow
@Cevans_Army
Chris Evans Fan Page

### What's happening

FIFA World Cup · 1 hour ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
Promoted by Disney+

Trending in California
**Shakira**

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

— https://twitter.com/bso/status/1355397326089711818 — at — 2022-11-22 06:55:38 -08:00 —

← **Tweet**



**Robert Littal BSO** ✓
@BSO

···

# Watch How Tyrod Taylor Reacted to His Girlfriend Draya's Latest Bikini Photos from Jamaica (IG-Pics-Vids) bit.ly/2YsDPHs via @BasketballguruD



10:07 PM · Jan 29, 2021 · BSO Alert

**2** Likes

Q Search Twitter

## Relevant people



**Robert Littal BSO** ✓       **Follow**
@BSO

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**The Daniel Bell©**       **Follow**
@BasketballGuruD

Thunder Beat Reporter For @BSO | Contributor for the @FranchiseOK | A lot of sports tweets | dbell3220@icloud.com

## What's happening

FIFA World Cup · 2 hours ago
**Argentina vs Saudi Arabia**



**#AvatarTheWayOfWater** 💧
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States       ···
#السعوديه_الارجنتين

1.22M Tweets

Trending in United States       ···
**Died Suddenly**
104K Tweets

Trending in California       ···
**Mexico City**
25.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



**Perkowski Legal P.C.**   ···
@c_perkowski

 Tweet your reply        **Reply**

← **Thread**



**Spider-Man Brasil** ✔
@SpiderManBRA

Adam Scott no set de Madame Web:

4:12 PM · Jul 28, 2022 · Twitter for Android

**17** Retweets     **11** Quote Tweets     **446** Likes

🅿 Tweet your reply                                    Reply

**Spider-Man Brasil** ✔ @SpiderManBRA · Jul 28
🕷 Via: @JustJared

17

This Tweet is unavailable. Learn more

**ms** @matheussilva_im · Jul 29
é da Sony, e até onde eu sei não é canônico tipo o do Andrew e do Tobey

**Ian Dias** @ian_diazzz · Jul 28
Replying to @SpiderManBRA
Ir de Severance pra madame web no mesmo ano é um bagulho TENSO viu kkkkkkkkkkkkkkkkk
15

**Gabriel** @Gabriel5ccp07 · Jul 28
Replying to @SpiderManBRA
Peter Parker do sonyverso
1

**George M.** @MeChameDe_G · Jul 28
Replying to @SpiderManBRA
Motoqueiro fantasma

**Paca Paca en mi Caballo** @Milesszin · Jul 29
Replying to @SpiderManBRA
HHHHHHHMMM
Parece Webshooter hein

2

**o espetacular maciel aranha** @Macielm187 · Jul 29
Replying to @Milesszin and @SpiderManBRA
parece mais m um casaco comprado de vendedor de praça por 15 reais, do que um webshooter
1

Show replies

**walyson** @walyson_bfr · Jul 28
Replying to @SpiderManBRA
Kkkkkkkkkkkkkkk essa Sony

**Renan ♈** @Renan_crf1 · Jul 28
Replying to @SpiderManBRA
Coitado

**Caua Godinho** @godinho_caua · Jul 28
Replying to @SpiderManBRA
Legal.
1

**jug and...** 🦋 @jug_star · Jul 28
Replying to @SpiderManBRA
Quem vai ser ele no filme?

This Tweet was deleted by the Tweet author. Learn more

Show replies

**Spider-Man Brasil** ✔
@SpiderManBRA

Follow

Sua maior fonte de notícias sobre o amigão da vizinhança no Brasil. Ative as notificações! 🔔 • Fan Account

**What's happening**

Formula 1 · 1 hour ago
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 🎬
Original movie now streaming
Promoted by Disney+

Only on Twitter · Trending
**RIP JDF**
3,806 Tweets

Trending in United States
**El VAR**
43.6K Tweets

Trending in United States
**Offsides**
5,684 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

🏠 Home
#️⃣ Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

**Perkowski Legal P.C.**
@_c_perkowski

🔍 Search Twitter



Tweet

**Screen Mix** ✓
@ScreenMix

سكوت ديسك (37 عامًا) مع حبيبته أميليا هاملين (19 عامًا)
بأحدث ظهور لهم خلال نزهة على شاطئ البحر في مدينة
ماليبو بأمريكا.

Translate Tweet

11:48 AM · Nov 17, 2020 · Twitter for Android

33 Retweets    87 Quote Tweets    1,466 Likes

Tweet your reply    **Reply**

**stranger** @ibary_u · Nov 17, 2020
Replying to @Ryolivooii and @ScreenMix
منّي سنتغرضين 😊

**11**

@iiM75Nr · Nov 17, 2020
Replying to @ScreenMix
بقيناً عن انها مقومه بس حلوه واللّه

**1**

**Omar** @Milan3Omar · Nov 17, 2020
Replying to @ScreenMix
لو هو عندنا قالوا حيوان وهي خاطر

**4**

**أنسال مؤمن** @AhmedMusleh92 · Nov 17, 2020
Replying to @Milan3Omar and @ScreenMix
عندنا إيو 19 بان من شكلها 13

**1**

**BEXLOO** 🤍 @BXL50 · Nov 18, 2020
Replying to @rooor0099 and @ScreenMix
الرابط بين الغلابه وهذي السالفه عجيبببب!!

**فـــواز** @9cm · Nov 17, 2020
Replying to @ScreenMix

استغفر الله العظم

**Sara** @iireal8 · Nov 17, 2020
Replying to @ScreenMix

**4**

**R A Y A N** 🇸🇦 @u88sm · Nov 17, 2020
Replying to @Ryolivooii @ibary_u and @ScreenMix
انا ما ادعم المختلين 😴😴

**3**

Show replies

**R A B I B** @fahdalabrhim · Nov 17, 2020
Replying to @ScreenMix
وربه متعرف تلبس السروال

**1**

**R** 😍😍 @al_wyu · Nov 17, 2020
Replying to @ScreenMix
روان الناس || طار الدوري
واضح حمايتها فيه ولا هذا يحب

**suliman** @su_122 · Nov 17, 2020
Replying to @ScreenMix
يأهيل بدون روم

**azal** 🇸🇦 @azaldeath · Nov 17, 2020
Replying to @ScreenMix
منقوع

@anfal_1s · Nov 17, 2020
Replying to @ScreenMix
ياساتر بينهم 18 سنه

**Eng.** 🌵 @Eng_Salem1902 · Nov 17, 2020
Replying to @ScreenMix
شكل عندها Gun

**1**

🌵 **هُدَىٰ** @hu_d01 · Nov 17, 2020
Replying to @ScreenMix
منظر مقرفف

**$** @aaat5y · Nov 17, 2020
Replying to @ScreenMix
بيش وبينش فارق السن موجود

**Search Twitter**

**Relevant people**

**Screen Mix** ✓    **Follow**
@ScreenMix
حساب يهتم بنقل كل ما يحدث حول العالم
من أهم أهم المنابع العربي للإعلان.
تواصل معنا عبر الخاص او علي
ScreenMix@PandorasBoxeg.com

**What's happening**

FIFA World Cup · 1 hour ago
Mexico vs Poland

#AvatarTheWayOfWater 💧
Get tickets now · In theaters December 16
Promoted by Avatar

Only on Twitter · Trending
#MHASpoilers
2,198 Tweets

Trending in California
**Mexicans**
13.9K Tweets

Betty White · Trending
**Betty White**
1,587 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski



← Tweet

@cravemedia_

2:27 PM · May 23, 2021 · Twitter for iPhone

236 Retweets   950 Quote Tweets   3,233 Likes

Tweet your reply   Reply

rosechocglam @rosechocglam · May 23, 2021
Replying to @cravemedia_
She absolutely destroyed him 😭

Maris @LaSplitsville · May 23, 2021
Replying to @cravemedia_
Film Updates posting Bennifer and Taika/Rita/Tessa threesome within an hour just to watch all hell break loose in the replies

Tajin Johnson @kadina411 · May 23, 2021
Replying to @cravemedia_
They seem like good friends.

LOCAL BLACK GIRL FOR HIRE @iamNiaRae · May 23, 2021
Replying to @cravemedia_
Film updates right now

More violence

Din @dini_endin14 · May 23, 2021
Replying to @cravemedia_
Balikan setelah belasan tahun. After marriage kiddos and stuff like that. Whoa what a waste of time😂😂😂

Nathan Hullfish @NathanHullfish · May 23, 2021
Replying to @cravemedia_
@michcoll

Valyrian Hottie | BLM @Dimdimmah · May 23, 2021
Replying to @cravemedia_
Taco flavored kisses for my Ben

😘 👑 THE BLUES AIN'T DEAD 👑 🎸 @heme_poppy · May 23, 2021
Replying to @cravemedia_
who are they/someone tell me

gali @galyscreams · May 23, 2021
Replying to @heme_poppy
ben affleck and Jlo

Show replies

gustavo-drew @drewstavo · May 23, 2021
Replying to @cravemedia_

The very definition of chaos.

Rose Arcadia @RoseArcadia · May 24, 2021
Replying to @cravemedia_
Waking up refreshed 😌💨 Realizing it's Monday

Mnight @FilmflamJimjlon · May 23, 2021
Replying to @cravemedia_

HA... YES!

— https://twitter.com/KevinAnticonaa/status/1569062045873541122 __ at __ 2022-11-20 15:45:42 -08:00

← **Tweet**

**Kevin Anticona**
@KevinAnticonaa

La actriz Bruna Marquezine comento que en
#BlueBeetle ,
Todavia se tiene que terminar muchas cosas, se tiene
que doblar algunas escenas, regrabaciones que hay
que hacer, mucho trabajo por delante.

#DC #DCEU #dccomics #bluebeetle #HBOMax
#11Septiembre
Translate Tweet



1:35 PM · Sep 11, 2022 · Twitter for Android

**1** Retweet   **4** Likes

**Who can reply?**
People @KevinAnticonaa follows or mentioned can reply

**Search Twitter**

**Relevant people**

**Kevin Anticona**
@KevinAnticonaa                    Follow

Chico carismático, manteniendo
siempre la humildad y sociable, pasión



Perkowski Legal P.C.
@c_perkowski

https://twitter.com/BRMarvelNews/status/136330150401533952B_ _el_ _2022-11-20 19:43:22 -08:00_

← Thread                                                                                    ⊙ Search Twitter

Marvel News                                              ···          **Relevant people**
@BRMarvelNews
                                                                      Marvel News              **Follow**
She is the moment!!!!                                                 @BRMarvelNews
                                                                      Conta de fã dedicada ao Universo
Hailee Steinfeld, nossa Kate Bishop, em novas imagens                Marvel 🇧🇷 Contato:
do set de #Hawkeye.                                                   marvelnewsbr@outlook.com

                                                  **What's happening**

5:36 PM · Feb 20, 2021 · Twitter Web App                             NFL · 3 hours ago
                                                                      **Cowboys at Vikings**
**71** Retweets   **34** Quote Tweets   **715** Likes
                                                                      #Disenchanted 🔮
   💬            🔁            ♡            ⬆                          Original movie now streaming
                                                                      ⊡ Promoted by Disney+
Ⓟ   Tweet your reply                              **Reply**
                                                                      Music · Trending
Marvel News @BRMarvelNews · Feb 20, 2021              ···            **Kelly Rowland**
Replying to @BRMarvelNews                                            Trending with Chris Brown
Mais algumas
                                                                      Trending in United States
(via. @CreamYnScream)                                                **Bob Iger**
                                                                      Trending with Chapek, #Disney

                                                                      Entertainment · Trending
   💬            🔁 9          ♡ 123         ⬆                        **Dove Cameron**
                                                                      9,858 Tweets
pat @biglibertydude · Feb 20, 2021                    ···
Replying to @BRMarvelNews                                            Show more

                                                                      Terms of Service   Privacy Policy   Cookie Policy
                                                                      Accessibility   Ads info   More ···
                                                                      © 2022 Twitter, Inc.
            ▶

From pat
   💬            🔁            ♡            ⬆

Babylon By Gui** @SonekaGB13 · Feb 20, 2021           ···
Replying to @BRMarvelNews
Estou fenoticamente apaixonado pela Hailee Steinfeld fodase
   💬            🔁            ♡            ⬆

Raffs @rafa_dprraffs · Feb 26, 2021                   ···
Replying to @BRMarvelNews
@GabrielmSann
   💬            🔁            ♡ 1          ⬆

Lunga Sob Psicotrópico☄✨ @jhordan_reyson · Feb 20, 2021  ···
Replying to @BRMarvelNews
Queria vazamento do traje da kamala
   💬            🔁            ♡ 4          ⬆

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more

Eduardo Ramones @a11b4ed26fe04de · Feb 20, 2021      ···
Replying to @raphaell_f_and @BRMarvelNews
Final de 2021 (Novembro/Dezembro)
   💬            🔁            ♡            ⬆

__ https://twitter.com/altapeli/status/1038429275945353217 __ et __ 2022-11-21 14:29:09 -08:00

← **Tweet**

**AP** ✔
@altapeli

···

Vuelven. Imágenes desde el set de los reshoots de #Avengers4

Translate Tweet



7:10 AM · Sep 8, 2018 · Twitter for Android

**13** Retweets    **1** Quote Tweet    **42** Likes

💬          ⟲          ♡          ↥

🅿  Tweet your reply                    Reply

**Astrid RG** @Tuttifiesta · Sep 8, 2018          ···
Replying to @altapeli
@EmiAggRod checa 😜

💬          ⟲          ♡          ↥

## Relevant people

**AP** ✔
@altapeli                                  Follow

Cuenta oficial de AltaPeli.com - Cine /
Series / Críticas / Noticias /
Videojuegos

## What's happening

FIFA World Cup · 57 minutes ago
**USA vs Wales**

Trending in United States          ···
**Tampax**
13.3K Tweets

Music · Trending          ···
**joon**
33.9K Tweets

Entertainment · Trending          ···
**Julia Fox**
7,927 Tweets

Trending in United States          ···
**Richard Fierro**
1,345 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/DrinkingCoffe_/status/1583401035069915138 __ at __ 2022-11-19 23:14:52 -08:00 __

← **Tweet**

**Renata** 🇨🇱
@DrinkingCoffe_

···

Aún ni sale la película de Anne Hathaway junto a Nicholas Galitzine y ya estoy obsesionada con este par 😍

Translate Tweet



👤 Nicholas Galitzine

3:13 AM · Oct 21, 2022 · Twitter for Android

**11** Likes

Tweet your reply

Reply

---

**Home**

**Explore**

**Notifications** ①

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

🔍 Search Twitter

### Relevant people

**Renata** 🇨🇱
@DrinkingCoffe_    **Follow**
✨JUSTIN BIEBER/LAUREN JAUREGUI/CAMILA CABELLO/BEBE REXHA/HARRY STYLES/FH/1D✨

**Nicholas Galitzine** ✓
@nickgalitzine    **Follow**

### What's happening

Television · 3 hours ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States ···
**HE'S BACK**
153K Tweets

Jungkook · Trending ···
**jungkook**
1.57M Tweets

Sports · Trending ···
**Pasadena**
1,593 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski   ···

https://twitter.com/aassemblebr/status/1557047243059912707 __ et __ 2022-11-21 00:42:24 -08:00

← **Thread**

 Search Twitter

- Home
- Explore
- Notifications (1)
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**


Perkowski Legal P.C.
@c_perkowski

**Avengers Assemble BR**
@AAssembleBR
···

📷 Vincent D'Onofrio no set de #Echo.



9:52 AM · Aug 9, 2022 · Twitter for Android

**4** Retweets  **5** Quote Tweets  **71** Likes

💬  ↻  ♡  ⬆

 Tweet your reply    Reply

**Avengers Assemble BR** @AAssembleBR · Aug 9
Replying to @AAssembleBR

> 🌄 **Avengers Assemble BR** @AAssembleBR · Jul 21
> •• Atriz de #Eternals Lauren Ridloff provoca se Makkari será vista em 'Echo' da Marvel
> Show this thread
>
> 
> 0:07  20.2K views    DEADLINE

💬    ↻    ♡ 1    ⬆

### Relevant people

 **Avengers Assemble BR**  **Follow**
@AAssembleBR
🇧🇷 Fan Account | Sua mais completa fonte de informações sobre o universo Marvel no Brasil. Ativem as notificações!

### What's happening

NCAA Men's Basketball · Yesterday
**Bears at Bruins**



Music · Trending  ···
**Goodbye Yellow Brick Road**

Trending in United States  ···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States  ···
**UCLA**
11.8K Tweets

Trending in United States  ···
**#AMAs** 🔥
4.71M Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

__ https://twitter.com/sexyceleb69/status/1335330094185897984 __ at __ 2022-11-22 15:04:25 -08:00



← Tweet

 **SexyCelebs69**
@sexyceleb69

···

# Alexandra Daddario [NEW]



1:07 PM · Dec 5, 2020 · Twitter for iPhone

**1** Retweet    **55** Likes

💬            ⇄            ♡            ⬆️

 Tweet your reply            Reply

🔍 Search Twitter

**Relevant people**

 **SexyCelebs69**     Follow
@sexyceleb69

22 M | Showcasing celebrities/models,
trying to show female beauty in all its
forms!| Backup: @sexyceleb69_2
|OnlyFans PROMOTER!| (DM ME)

**What's happening**

FIFA World Cup · 5 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**👻
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/lacuevadelaloba/status/1557098889077933574 __ at __ 2022-11-21 03:31:21 -08:00 __

← **Tweet**

 **LaCuevaDeLaLoba Oficial** 🏳️‍🌈🪭🏳️‍⚧️🌈
@lacuevadelaloba

Nuevas fotos de #Ironheart .

#DominiqueThorne con el traje que lucirá en serie de #Marvel que llegará a #DisneyPlus.

#AnthonyRamos aparece como The Hood.
#MarvelStudios

Translate Tweet



1:18 PM · Aug 9, 2022 · Twitter for Android

 Tweet your reply                    Reply

## Relevant people

 **LaCuevaDeLaLoba Of...**   Follow
@lacuevadelaloba

📺Series, 🎬peliculas, 🎵musica, 🏋️deportes y contenido LGBTQ+ 🏳️‍🌈🏳️‍⚧️🌈

## What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**


Trending in United States
**UCLA**
Trending with Oregon

Music · Trending
**#DavidoAt30**
71.3K Tweets

Entertainment · Trending
**Disney**
Trending with Bob Iger, Chapek

Trending in United States
**#AMAs** 🔥
Trending with soobin, Sabrina

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ···
@c_perkowski



Tweet

← Home
# Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Throwback not Ariana
@throwbackagb

Candids of Ariana leaving the studio with Big Sean 2 years ago today (27th February 2019)



11:11 AM · Feb 27, 2021 · Twitter for iPhone

125 Retweets    222 Quote Tweets    2,366 Likes

Tweet your reply                                    Reply

alexa @fox5janbawn · Feb 27, 2021
Replying to @throwbackagb
we still didn't get that bop @ArianaGrande @BigSean
♡ 2        ⟲        ♡        ⬆

@x00lisa · Feb 27, 2021
Replying to @pussymft cuando saquen best mistake 2.0
♡ 1        ⟲        ♡        ⬆

sabrina @pussymft · Feb 27, 2021
Replying to @m00na and @throwbackagb
ya vamos saliendo
♡ 1        ⟲        ♡        ⬆

Show replies

Beau Cantrell Oakland Paul @BeauDankPaul7 · Feb 27, 2021
Replying to @throwbackagb
no that was my confusion sorry I'd like to clear up my mistake may if not about this this to me is extraneous
♡         ⟲        ♡        ⬆

@arianamagxxx · Feb 27, 2021
Replying to @throwbackagb
@imagineteas
♡ 1        ⟲        ♡ 1        ⬆

as @homelless · Feb 27, 2021
Replying to @throwbackagb and @aken9r
collab still isn't here
♡         ⟲        ♡ 90        ⬆

This Tweet is from an account that no longer exists. Learn more

Malah💎 @kularmeh · Feb 27, 2021
Replying to @dreaminonly and @throwbackagb
The REAL question
♡ 1        ⟲        ♡ 36        ⬆

Show replies

Malah💎 @kularmeh · Feb 27, 2021
Replying to @throwbackagb
I don't know why I thought this happens last year
♡ 1        ⟲        ♡        ⬆

≋/she/her @ariana_mongmau · Feb 27, 2021
Replying to @throwbackagb
I'm convinced now she was just showing him music or summ😭
♡         ⟲        ♡ 2        ⬆

finlay @dayd3kin · Feb 27, 2021
Replying to @throwbackagb
we need research 2.0
♡         ⟲        ♡        ⬆

ke @keyy_i · Feb 27, 2021
Replying to @throwbackagb
We could've had a collab or friendship if we even catch there in the streets
it's over twitter.com/finduniverse/sta...
♡ 8        ⟲ 2        ♡ 211        ⬆

Mush @ @SpinMush · Feb 27, 2021
Replying to @keyy_i and @throwbackagb
GOODBYE

[video: 660 / 52 views]
♡         ⟲        ♡        ⬆

@MANMNCHANG · Feb 27, 2021
Replying to @throwbackagb
should've dated again
♡         ⟲        ♡ 1        ⬆

marina ✿ / @marinagrae · Feb 27, 2021
Replying to @throwbackagb and @Lenny39811
lowkey wish they released a collab again
♡         ⟲        ♡ 10        ⬆

joe @twitofawes · Feb 27, 2021
Replying to @throwbackagb
T&O ???
♡         ⟲        ♡ 1        ⬆

‫ ‪✡ ⌁‬ @irnfpaix_ · Feb 27, 2021
Replying to @throwbackagb
they definitely do something-
♡         ⟲        ♡        ⬆

audrey 🌻 @sweaternaralrep · Feb 27, 2021
Replying to @throwbackagb
you know damn well there was no song 😭
♡         ⟲        ♡ 90        ⬆

lum @suckmytatuu · Feb 27, 2021
Replying to @throwbackagb
now where was the collab...

[video]
♡         ⟲        ♡ 4        ⬆

This Tweet was deleted by the Tweet author. Learn more

sierra @sierrafucking · Feb 27, 2021
Replying to @throwbackagb
sun was released a few months before this though
♡         ⟲        ♡ 1        ⬆

Show more replies

Perkowski Legal P.C.  ...
@c_perkowski

Relevant people

Throwback not Ariana    Follow
@throwbackagb
we are in no way affiliated with Ariana Grande, we are just a fan account posting everyday throwbacks! backup @throwbackdaygb

What's happening

FIFA World Cup · LIVE
USA vs Wales

Trending in United States
WHAT A SAVE
8,971 Tweets

Politics · Trending
AR-15
1976 Tweets

Trending in United States
Medford Messi

Trending in California
LETS GOOOOOO
3,211 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ...
© 2022 Twitter, Inc.

**DC da Depressão**
@Dc_da_depressao

Primeiras imagens das gravações de Esquadrão Suicida 2!

Ok fodase eu admito:

Talvez eu esteja hypado pra Esquadrão Suicida de novo

Translate Tweet



3:42 PM · Oct 11, 2019 · Twitter for Android

45 Retweets   26 Quote Tweets   276 Likes

♡  ↻  ♡  ⊥

🖋 Tweet your reply                                      Reply

**Yan Gabriel** @Yan9gam · Oct 11, 2019
Replying to @Dc_da_depressao
Essa mulher laranja..uma tamanariana? Estrela negra?

♡  ↻  ♡  ⊥

**Michael ●●** @MichaelBzar · Oct 11, 2019
Replying to @Yan9gam and @Dc_da_depressao
Acho que é a Mongal

♡ 1  ↻  ♡ 4  ⊥

Show replies

**Leo** 🇧🇷 @Leovasc11_ · Oct 11, 2019
Replying to @Dc_da_depressao
Não ludo mais com isso

♡  ↻  ♡  ⊥

**DC da Depressão** @Dc_da_depressao · Oct 11, 2019
Replying to @Leovasc11_
Bora mandar o passinho

♡ 1  ↻  ♡ 10  ⊥

**Jorge Augusto** @jorgeaugusto97 · Oct 11, 2019
Replying to @Dc_da_depressao
Tá parecendo The Boys

♡  ↻  ♡  ⊥

**bru** @stanheisvoice · Oct 11, 2019
Replying to @Dc_da_depressao
O capitão bumerangue ta bonito??

♡  ↻  ♡  ⊥

**bru** @stanheisvoice · Oct 11, 2019
Replying to @Dc_da_depressao
Cadê a Arlequina?

♡  ↻  ♡  ⊥

**ph** 🎸 @andromedaanders · Oct 11, 2019
Replying to @Dc_da_depressao
Alguém sabe me dizer quem são os personagens só pelo visual?Só reconheci o Capitão Bumerangue...

♡  ↻  ♡  ⊥

**Léo Bragança** @LeoBrag · Oct 12, 2019
Replying to @Dc_da_depressao
Quais os personagens

♡  ↻  ♡  ⊥

**Matheus Marques** @pachomarques · Oct 11, 2019
Replying to @Dc_da_depressao
Ok fodase eu admito talvez eu me lasque de novo mas tô hypado com o Esquadrão Suicida 2.

♡  ↻  ♡  ⊥

**giord** @lagiotam · Oct 12, 2019
Replying to @pachomarques and @Dc_da_depressao
nao eh o segundo eh tipo um reboot

♡  ↻  ♡  ⊥

**w3bhead** @Loser36902353 · Oct 12, 2019
Replying to @Dc_da_depressao
Dessas fotos só conheci o Capitão Bumerang quem são os outros?

♡  ↻  ♡  ⊥

**Starfire** ⭐ 🔥 @Yang5Soares · Oct 11, 2019
Replying to @Dc_da_depressao
So um pouco de hype na faz mal né....

♡  ↻  ♡  ⊥

♡ 1  ↻  ♡ 1  ⊥

**renan** @robberpatti · Oct 11, 2019
Replying to @Dc_da_depressao
a página vai mandar foda-se pra todo mundo que criticar kjdkgjkkkkkj oq o fracasso não faz com o ser humano

♡  ↻  ♡  ⊥

**jurídico primavera sound** @thebrun0m4m0 · Oct 11, 2019
Replying to @Dc_da_depressao
extremamente cartoonesco, amo

♡  ↻  ♡  ⊥

**Je Felix** @hojefelix · Oct 11, 2019

**Relevant people**

**DC da Depressão**
@Dc_da_depressao          Follow
Me diga, você nos segue? Vai seguir!🔫
|| Uma das maiores fan-pages da DC no Instagram e no Twitter! 💙

**What's happening**

Television · LIVE
Bachelor in Paradise airing on ABC

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
RIP Harold

Trending in United States
#StayWoke

Trending in United States
NitroRad

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ...
© 2022 Twitter, Inc.

← **Tweet**

**Míster Spoiler Oficial**
@SpoilerMister

Nuevas imágenes de las grabaciones de la película
#MadameWeb De #Sony #SpiderMan

Translate Tweet



2:06 PM · Oct 6, 2022 · Twitter for Android

Tweet your reply          Reply

**Relevant people**

**Míster Spoiler Oficial**    Follow
@SpoilerMister
Antigua cuenta mr spoiler

**What's happening**

Formula 1 · 2 hours ago
Abu Dhabi Grand Prix 2022

#Disenchanted
Original movie now streaming
Promoted by Disney+

Only on Twitter · Trending
Jason David Frank
96.4K Tweets

Politics · Trending
#MassShooting
3,508 Tweets

Trending in California
Shakira
103K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

 **Respaldo HSA**
@HarrySArgentina

...

(3) Fotos de Harry grabando el video de "Watermelon Sugar"

ⓒa quien corresponda



11:36 AM · Jan 29, 2020 · Twitter for Android

**8** Retweets   **4** Quote Tweets   **50** Likes

 Tweet your reply

Reply

## Relevant people

 **Respaldo HSA**
@HarrySArgentina                  Follow

Fan Page | Updates del actor y cantante ganador de un Grammy @Harry_Styles en Argentina. • Fan Account. ¡Cuenta de respaldo de @HarryArgentina!

## What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**



Trending in United States
**#USMNT** 🇺🇸
Trending with  Iran, Wales

Dramedy series · Trending
**#TheWhiteLotus**🏝️
3,398 Tweets

Trending in California
**Dodger Stadium**
Trending with  #EltonFarewellTour, Dodger Stadium

Music · Trending
**Kelly Rowland**
19.4K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ...
@c_perkowski

__ https://twitter.com/AndresJovannyMa/status/1350935761152081440 __ at __ 2022-11-20 18:17:19 -08:00 __

← **Tweet**

🌈**ANDY JONNY**
@AndresJovannyMa
···

Tenemos nuevas imágenes desde el set de #Spiderman3 podemos ver a @Zendaya y @TomHolland1996 y si va estar en la época navideña

#Marvel #TomHolland 🕷️ 🎄

Translate Tweet



2:39 PM · Jan 17, 2021 · Twitter for Android

Tweet your reply

**Reply**

## Relevant people

🌈**ANDY JONNY**
@AndresJovannyMa    **Follow**

EL PENSAR Y EXPRESAR 💙👅 Tengo un canal en YouTube ▶️ ANDY JONNY 😝

**Zendaya** ✔️
@Zendaya    **Follow**

**Tom Holland** ✔️
@TomHolland1996    **Follow**

## What's happening

NFL · 5 hours ago
**Eagles at Colts**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
❎ Promoted by Disney+

Sports · Trending
**Patrick Mahomes**
3,471 Tweets

Trending in United States
**#AMAs** 🔥
Trending with soobin, bebe rexha

Trending in California
**Dodger Stadium**
9,049 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

Search Twitter

**Perkowski Legal P.C.**
@c_perkowski



← **Tweet**



**Bad.news**
@lvv2com                                                         ...

多家媒体报道，小李子莱昂纳多·迪卡普里奥和27岁的
Gigi Hadid在纽约时尚周一场派对上聊上了。其实几天
前，《People》就报道了小李子在追Gigi（语气不是很
确定）。最近， bad.news/t/4252360/

Translate Tweet



12:08 PM · Sep 15, 2022 · Lvv2.com

💬                    ♻                    ♡                    ⬆

**Relevant people**

**Bad.news**
@lvv2com                                    [ Follow ]

集 新闻资讯、热点推文、AV 、🔞动
漫、🔞漫画、最新电影🎬 、🧲磁力
搜索 等资源于一体的综合
性t.me/lvv2com_chatF7... tg频道

Search Twitter

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**


**Perkowski Legal P.C.**    ...
@c_perkowski


Tweet your reply                    [ Reply ]

__ https://twitter.com/lindaikeji/status/1321148393624797184 __ at __ 2022-11-22 17:31:29 -08:00 __

← **Tweet**



**Linda Ikeji**
@lindaikeji

⋯

Kylie Jenner and Travis Scott seen getting off a private jet with daughter Stormi, 2, after fun-filled weekend getaway (photos) lindaikejisblog.com/2020/10/kylie-...



10:54 AM · Oct 27, 2020 · LIB App

**3** Retweets   **23** Likes

💬          🔁          ♡          ↑

 Tweet your reply                    Reply

**Relevant people**

 **Linda Ikeji**       Follow
@lindaikeji
Blogger. CEO, LindaIkejiTV

🔍 Search Twitter

**Home**

**\#** Explore

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski





__ https://twitter.com/nanfixus/status/1088604924898873344 __ at __ 2022-11-19 22:27:55 -08:00 __

← **Tweet**

⇄ @nanfixus Retweeted

♡ **DJohn** 💙 **DJ** ❄️ 👑 ♡
@AllMyloveQueenD

...

## Hi babe!! 😍😍😍



4:59 PM · Jan 24, 2019 · Twitter for Android

**28** Retweets   **1** Quote Tweet   **125** Likes

Tweet your reply

Reply

---

### Search Twitter

### Relevant people



**@nanfixus**
@nanfixus

Follow

DJ Fan ❄️ Sports,animals y Boca Juniors Dakota's movies 2022 #ChaChaRealSmooth 💃 #AmIOk #Persuasion Fan account 🇦🇷

### What's happening

Television · 2 hours ago
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶️ Promoted by Uber

Music · Trending
**Elton John**
5,198 Tweets

...

Trending in California
**Ecuador**
85.6K Tweets

...

Sports · Trending
**Pasadena**
1,601 Tweets

...

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···

© 2022 Twitter, Inc.

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← **Tweet**



**OFuxico** ✓
@ofuxico_oficial

Sem photoshop! Jennifer Lopez usa maiô cavadão em stand-up paddle

ofuxico.com.br/noticias-sobre...




3:30 AM · Jan 12, 2021 · Twitter Web App

**1** Retweet   **5** Likes

   

Tweet your reply

Reply

**Relevant people**



**OFuxico** ✓
@ofuxico_oficial

Follow

OFuxico é um site jornalístico sobre o mundo dos famosos, da televisão, do cinema e assuntos relacionados ao entretenimento. No ar há 20 anos.

**What's happening**



FIFA World Cup · LIVE
**USA vs Wales**

Trending in United States
**Jordan Morris**
Trending with Reyna, Yedlin

Trending in United States
**HOW IS THAT NOT A YELLOW**

Trending in California
**Telemundo**
7,467 Tweets

Trending in United States
**1-0 USA**
19.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.



**Perkowski Legal P.C.** ⋯
@c_perkowski

__ https://twitter.com/live1dnews/status/1323793321911791624 __ at __ 2022-11-20 23:35:57 -08:00 __

← **Tweet**

Q Search Twitter

🏠 Home

# Explore

🔔 Notifications

 **1D Updates**
@Live1DNews                    ···

📸| Harry with Olivia Wilde on the set of Don't Worry Darling today (November 3)

(Via @HLDHQs)



5:04 PM · Nov 3, 2020 · Twitter for iPad

**10** Likes

💬            🔁            ♡            ⬆️

 Tweet your reply                    Reply

**Relevant people**

 **1D Updates**          Follow
@Live1DNews

1D Updates. Paul, Andy, and more follow!

 **HLDHQs**          Follow
@HLDHQs

We do not claim ownership of anything posted. Content owners, please DM for content removal.

**What's happening**

Sports · LIVE
**2022 FIFA World Cup**


#Disenchanted 🧙
Original movie now streaming
▶️ Promoted by Disney+

Music · Trending          ···
**#DavidoAt30**
55.5K Tweets

Trending in United States          ···
**UCLA**
Trending with Oregon, Utah

Only on Twitter · Trending          ···
**#乐鱼体育**
226K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/mrwillw/status/1519539295480172545 __ at __ 2022-11-21 23:52:31 -08:00 —

← **Tweet**

🔍 Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 **MR. WILL WONG** 📸
@mrwillw

.@TomHolland1996 knows what's what. These @Uniqlo_Canada Airism oversized tees are the comfiest. Have one for every day of the week! Love that he loves lavender too!



9:49 PM · Apr 27, 2022 from Toronto, Ontario · Twitter for Android

**10** Likes



 **Perkowski Legal P.C.**
@c_perkowski

Tweet your reply

Reply

## Relevant people

 **MR. WILL WONG** 📸
@mrwillw · Follow

"The iconic Blogger" - BlogTO #NowReadersChoice Best Blogger 2x Sovereign Award Winner IG mrwillwong FB mrwillwongblog Dad of beanie wong

 **Tom Holland** ✓
@TomHolland1996 · Follow

 **Uniqlo Canada** ✓
@Uniqlo_Canada · Follow

The official Twitter account of UNIQLO Canada. Customer inquiries: wecare@uniqlo.ca | 1-866-254-4756

## What's happening

NFL · 3 hours ago
**49ers at Cardinals**



Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
6,861 Tweets

Trending in United States
**Trent Reznor**
23.3K Tweets

Trending in United States
**August Alsina**
Trending with Jada, #TheSurrealLife

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

**Moe from Pop Tingz**
@MoeFromPopTingz
···

.@JLo and @ARod have joined the #BlackLivesMatter ✊🏾 protest in Hollywood over the weekend



👤 jlo and Alex Rodriguez

1:42 PM · Jun 9, 2020 · Twitter for Android

**2** Retweets **12** Likes

💬        🔁        ♡        ⬆️

P   Tweet your reply                    Reply

🔍 Search Twitter

**Relevant people**

**Moe from Pop Tingz**        Follow
@MoeFromPopTingz
Founder of @ThePopTingz. Pop
Culture Expert. Entertainment
Journalist.

**jlo** ✓                      Follow
@JLo
Celebrating #20yearsofTHISISMETHEN
✨

**Alex Rodriguez** ✓           Follow
@AROD
Proud Father of 2

**What's happening**

FIFA World Cup · 🔴LIVE
**USA vs Wales**

Trending in United States        ···
**USA 1**
221K Tweets

Trending in California          ···
**Telemundo**
7,529 Tweets

Entertainment · Trending        ···
**julia fox**
6,705 Tweets

Trending in United States        ···
**HOW IS THAT NOT A YELLOW**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
**Tweet**



**Perkowski Legal P.C.**    ···
@c_perkowski

← **Tweet**

## Twitter

- 🏠 Home
- # Explore
- 🔔 Notifications
- ✉️ Messages
- 🔖 Bookmarks
- 📋 Lists
- 👤 Profile
- ⊙ More

**Tweet**

**Kardashian World**
@KUWTKWorld  ···

📷 Kourtney Kardashian & Travis Barker's at MJ's condo in Montecito

🔗 kardashianworld.net/gallery/thumbn…



1:29 PM · May 16, 2022 · Twitter Web App

34 Retweets   3 Quote Tweets   885 Likes

💬       ⇄       ♡       ⬆️

**Tweet your reply**                              **Reply**

**MASHILOANE HOSEA** P @MashHorsepower · May 16
Replying to @KUWTKWorld
She wear nonsense
💬      ⇄      ♡  5      ⬆️

**Venecia De Waal** @venecia_waal · May 18
Replying to @KUWTKWorld
Congratulations you deserve to be happy this is a good man I m so happy for both of you you looking stunning I m from S A I follow all if you
💬      ⇄      ♡      ⬆️

**Joy Frisbie** @joy_frisbie · May 17
Replying to @KUWTKWorld
Sweet. Thanks for sharing 💗
💬      ⇄      ♡      ⬆️

Show more replies

**Perkowski Legal P.C.**
@c_perkowski  ···

🔍 Search Twitter

### Relevant people

 **Kardashian World**     **Follow**
@KUWTKWorld
The largest fan source for everything Kardashian! #TheKardashians 📺
Season 2 | Sept 22nd on Hulu! Kim & Khloe follow ❤️❤️
admin@kardashianworld.net

### What's happening

NBA · 19 minutes ago
**Celtics at Bulls**

Entertainment · Trending
**Died Suddenly**
53.7K Tweets

Entertainment · Trending
**#DWTS**💃
Trending with Charli, Gleb

Entertainment · Trending
**Sinbad**
6,050 Tweets

Sports · Trending
**Joe Buck**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS    Document 1-10    Filed 12/30/22    Page 69 of 101    Page ID #:915

← **Tweet**



**g3 san diego**
@g3cafe

···

Saya ka ghorl?
#WhatsTheG



6:27 PM · Nov 24, 2021 · Twitter for iPhone

**4** Likes



Tweet your reply

Reply

---

Q Search Twitter

**Relevant people**



**g3 san diego**    Follow
@g3cafe

Filipina Writer, #ByG3 ✍️ Host,
#LiveWithG3 🎙 Columnist, #RatedG3
💻 Editor, Mega Entertainment 📙
Entertainment Journalist 💻
Entrepreneur, #FarmToFork

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**



**#AvatarTheWayOfWater**🔵
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending    ···
**Died Suddenly**
80.3K Tweets

Trending in United States    ···
**El VAR**
84.1K Tweets

Trending in United States    ···
**Argentina**
Trending with Messi, #ARGKSA

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**    ···
@c_perkowski

← **Tweet**





**Home**

**#** **Explore**

🔔 **Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**long**
@leguidetony

Donc Dakota Johnson vient de partager ces photos sur Instagram du set du film de Sony basé sur l'univers Spider-Man : #MadameWeb et les "fans" pensent sincérement que c'est Miles Morales. On est où là.

Translate Tweet



11:11 AM · Oct 6, 2022 · Twitter Web App

1 Quote Tweet    38 Likes

💬        🔁        ♡        ⬆️

P    Tweet your reply                                    Reply

**Ins.** @D14NY12 · Oct 6
Replying to @leguidetony
C'est Tahar Rahim qui joue Ezekiel Sims.

💬        🔁        ♡

**Be Water, My Friend** @FalilouAF · Oct 6
Replying to @leguidetony
Miles Morales, Sony et Marvel vont prendre le temps avant de l'introduire et surtout pas dans ce film 😂

💬 1      🔁        ♡ 1        ⬆️

**long** @leguidetony · Oct 6
Replying to @FalilouAF
Après ils sont chauds chez Sony (dur à dire rapidement ça d'ailleurs) ! Mais nan je pense pas :p

💬 1      🔁        ♡ 1        ⬆️

Show replies

**Alex | ISHIN KIWAMI 23/02/22** @Kanakopieur · Oct 6
Replying to @leguidetony
En tout cas l'acteur on dirait Aaron Taylor-Johnson

💬 1      🔁        ♡ 1        ⬆️

**long** @leguidetony · Oct 6
Replying to @Kanakopieur
omg j'ai vu ce comm partout!

💬 1      🔁        ♡        ⬆️

Show replies

**Perkowski Legal P.C.**
@c_perkowski

🔍 Search Twitter

### Relevant people

**long**
@leguidetony                                    Follow
🔴 instagram.com/leguidetony 47K+ |
tiktok.com/@leguidetony 328K+ |
youtube.com/leguidetony 177K+

### What's happening

FIFA World Cup · 5 hours ago
**World Cup Qatar 2022: Opening Ceremony**


**#Disenchanted** 🪄
Original movie now streaming
▶️ Promoted by Disney+

Trending in California
**Rest In Peace**
52K Tweets

Only on Twitter · Trending
**Rest in Power**
23.9K Tweets

Trending in California
**#QATECU**
103K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

🔍 Search Twitter

**Anthony Oliveira**
@meakoopa                                    ⋯

Like Simeon in the temple, I can die at last in peace.

😈 **ComicBook NOW!** ✅  @ComicBookNOW · Jun 16, 2016
SUPERGIRL FINDS ITS SUPERMAN! TYLER HOECHLIN CAST! bit.ly/1UePjZn



9:13 AM · Jun 16, 2016 · Twitter Web Client

**2** Retweets   **2** Quote Tweets   **33** Likes

💬          🔁          ♡          ⬆️

---

**Relevant people**

**Anthony Oliveira** 
@meakoopa                    Follow
writer • dumpster raccoon cinema
programmer • GLAAD / NMA award
winner • english literature phd • lycan
sub scribe • any pronouns •
linktr.ee/meakoopa

**ComicBook NOW!** ✅
@ComicBookNOW                Follow
The leading source of news on comic
books, movies, TV shows and all
things

**What's happening**

NFL · LIVE
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
48.6K Tweets                        ⋯

Entertainment · Trending
**Sinbad**
5,099 Tweets                        ⋯

Entertainment · Trending
**GLEB**
Trending with #DWTS 🏆, Charli       ⋯

Trending in United States
**#ThingsIOftenQuestion**            ⋯

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

---

[P] **Tweet your reply**                    **Reply**

**Anthony Oliveira** @meakoopa · Jun 16, 2016    ⋯
Replying to @meakoopa
SAVE ME SUPERMAN.

**Anthony Oliveira** @meakoopa · May 20, 2016
Replying to @meakoopa
once again i did your very best today and i love u so here are
@Tyler1_Hoechlin's photos for this month's #FLAUNT.

💬          🔁          ♡ 11         ⬆️

**Anthony Oliveira** @meakoopa · Jun 16, 2016    ⋯
Replying to @meakoopa
Superman hasn't even been ONSCREEN in #Supergirl yet and yet his texts to
Kara throughout S1 are the best, kindest version of Superman.

💬 3        🔁 14       ♡ 38        ⬆️

Show replies

**Anthony Oliveira** @meakoopa · Aug 4, 2016    ⋯
Replying to @KendraJames_
I am an extraordinarily simple man

💬          🔁          ♡ 1         ⬆️

**Anthony Oliveira** @meakoopa · Aug 5, 2016    ⋯
I mean he was in his super-pants at the time but yes

💬          🔁          ♡ 1         ⬆️

**Deanna** @deenuhh · Jun 16, 2016    ⋯
Replying to @meakoopa
@ComicBookNOW oh my gosh, this is the BEST news!

💬          🔁          ♡         ⬆️

**John Leavitt** 📍 @LeavittAlone · Jun 16, 2016    ⋯
Replying to @meakoopa
that's really super, Supergirl

💬 1        🔁          ♡         ⬆️

**Yakkorat** 🇪🇸 @yakkorat · Aug 1, 2016    ⋯
I have been drooling over every pic they release.

💬 1        🔁          ♡         ⬆️

**Yakkorat** 🇪🇸 @yakkorat · Aug 1, 2016    ⋯
Replying to @yakkorat and @KRYPT0NIAN
I... I need someone to write Halloween fic where Derek shows up as
Superman. I need in NAO.

💬          🔁          ♡         ⬆️

**Tyler Hower** @tylerhower · Jun 16, 2016    ⋯
Replying to @meakoopa
Nunc dimittis.

💬          🔁          ♡         ⬆️

__ https://twitter.com/filmsbymeche/status/912650084592111616 __ at __ 2022-11-20 19:32:17 -08:00 __

← **Tweet**

 🐻
@filmsbydelrey                                                      •••

😍😍😍



5:08 AM · Sep 26, 2017 · Twitter for Android

          

 Tweet your reply                    Reply

**Relevant people**

 🐻                                   Follow
@filmsbydelrey
multifandom ✧*｡

**What's happening**

NFL · 3 hours ago
**Cowboys at Vikings**



**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in California              •••
**#BLACKPINK**
224K Tweets

Trending in United States           •••
**Bob Iger**
Trending with Chapek, Disney CEO

Trending in United States           •••
**#AMAs** 💅
Trending with soobin

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More •••
© 2022 Twitter, Inc.

Perkowski Legal P.C.   •••
@c_perkowski

← **Tweet**

**Miley Cyrus Updates** ⬛
@MileyCyrusBz

···

Miley & her boyfriend Maxx on holiday in Mexico!



4:08 AM · Feb 26, 2022 · Twitter for Android

**16** Retweets  **2** Quote Tweets  **210** Likes

💬   🔁   ♡   ⬆️

Ⓟ  Tweet your reply                    **Reply**

**M**  **Morton Hitler** @hitler_morton · Feb 26     ···
Replying to @MileyCyrusBz
Let me know if you got a any problem with this Maxx guy 💀
He looks cool..

💬   🔁   ♡   ⬆️

**Fabian A. Salinas** @Frozelio · Feb 26     ···
Replying to @MileyCyrusBz

▶️  youtube.com
The Regrettes - I Dare You [Official Music Video]
Watch the official music video for I Dare You by The
Regrettes from the album How Do You Love? 🔥 ...

💬   🔁   ♡   ⬆️

**Andreas G. Jensen** 🕊️👍 @HostileElonMusk · Feb 26     ···
Replying to @MileyCyrusBz

GIF  ALT

💬   🔁   ♡   ⬆️

---

🐦

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

Ⓟ  **Perkowski Legal P.C.**     ···
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

**Miley Cyrus Updates** ⬛     **Follow**
@MileyCyrusBz
Fan account | Copyright belongs to
the respective owners | @MileyCyrus
follows 💕

**What's happening**

NFL · 3 hours ago
**49ers at Cardinals**

Trending in California     ···
**Mexicans**
6,461 Tweets

Entertainment · Trending     ···
**Died Suddenly**
71.6K Tweets

Trending in California     ···
**Dodger Stadium**
8,280 Tweets

Entertainment · Trending     ···
**#TheVowHBO**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

__ https://twitter.com/AndyVermaut/status/1273622655984218112 __ at __ 2022-11-20 15:00:00 -08:00 __

← **Tweet**

 Andy Vermaut
@AndyVermaut                    ...

## Here's the Heartwarming Reason Lady Gaga Gave Her Jacket to a Fan eonline.com/news/1162383/h...



7:24 AM · Jun 18, 2020 · dlvr.it

🔍 Search Twitter

**Relevant people**

 Andy Vermaut
@AndyVermaut                    Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow

 Tweet your reply                    Reply

 Perkowski Legal P.C.
@c_perkowski                    ...

Twitter

← **Tweet**

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

📑 Bookmarks

🗒️ Lists

👤 Profile

⊙ More

**Tweet**


Perkowski Legal P.C.
@c_perkowski ···



MuggleNet: #1 Wizarding World Resource Since 1999
@MuggleNet                                              ···

First pics of Daniel Radcliffe as @alyankovic have emerged thanks to @enews 😂

Wondering what this is all about? Read more: mugglenet.com/2022/01/it-jus...

3:19 PM · Feb 19, 2022 · Twitter for iPhone

**6** Retweets   **2** Quote Tweets   **39** Likes

💬   🔁   ♡   ⬆️


Tweet your reply                                      Reply

Jamie MacDonald @JamieMa59230716 · Feb 19       ···
Replying to @MuggleNet @alyankovic and @enews
Madonna doing a bio pic, is one thing! But Weird Al ?

💬   🔁   ♡   ⬆️

🔍 Search Twitter



**Relevant people**

MuggleNet: #1 Wizar...          Follow
@MuggleNet
The #1 Wizarding World Resource
Since 1999 ✨ RT's are not
endorsements. #WomenLed since
2017. #TransRightsAreHumanRights
🏳️‍⚧️ bit.ly/WizardingWordle

Al Yankovic ✓                  Follow
@alyankovic
You know... the weird one.

E! News ✓                      Follow
@enews
⊘ Official
Your source for entertainment news,
celebrities and pop culture.

**What's happening**

Sports · LIVE
2022 FIFA World Cup

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
📢 Promoted by Avatar

Entertainment · Trending            ···
Died Suddenly
78.5K Tweets

Trending in California               ···
Mexicans
7,259 Tweets

Trending in United States            ···
#GMMTV2023
263K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**



**Raúl Brindis** ✔
@raulbrindis

•••

**#Farandulazo** Travis Scott se regalo a si mismo un lujoso Bugatti para celebrar sus 28 años de edad.

Translate Tweet



7:04 AM · May 1, 2020 · Twitter for iPhone

**19** Likes

💬     ⇄     ♡     ⬆

 Tweet your reply     **Reply**

🔍 Search Twitter

**Relevant people**

 **Raúl Brindis** ✔
@raulbrindis    **Follow**

Radio Host for El Show de Raúl Brindis

**What's happening**

---

🏠 Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

 **Perkowski Legal P.C.** •••
@c_perkowski

— https://twitter.com/foochia/status/1302622811303927809 __ at __ 2022-11-20 09:09:32 -08:00

← Tweet

 

Search Twitter

**Relevant people**



Foochia - فوشيا ✓
@foochia

**Follow**

Foochia - فوشيا ✓
@foochia

تعرضت النجمة العالمية، ريهانا لحادث أليم؛ إذ سقطت من فوق دراجة كهربائية؛ ما تسبب بإصابتها بكدمات عديدة في الوجه والجبهة وبانتفاخ أسفل العين. قال المتحدث باسم ريهانا لمجلة "بيبول": "ريهانا يخير تماماً الآن لكنها انقلبت من دراجة كهربائية  وأصيبت جبهتها ووجهها وهي الآن تتعافى بسرعة.

Translate Tweet



8:00 AM · Sep 6, 2020 · Hootsuite Inc.

**1** Retweet   **6** Likes

💬   🔁   ♡   ⬆️

Tweet your reply

**Reply**

Show more replies

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.

**What's happening**

FIFA World Cup · 1 hour ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧙
Original movie now streaming
▶️ Promoted by Disney+

Only on Twitter · Trending
**#RIPLEGEND**
2,722 Tweets

Trending in California
**Shakira**
96.9K Tweets

Trending in California
**Rigged**
39.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.



Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



Perkowski Legal P.C.
@c_perkowski

https://twitter.com/zaynsquadbrasil/status/1551764494254329856    ...&i...    2022-1-22 05:06:45:31 -08:00    Document 1-10    Filed 12/30/22    Page 78 of 101    Page ID    #:924

**ZSBR · #FireInside** 🔥
@ZaynSquadBrasil

O SORRISO! Há 5 anos, Zayn foi fotografado com amigos em West Hollywood 😌🤭

Translate Tweet



8:01 PM · Jul 25, 2022 · Twitter Web App

**89** Retweets   **57** Quote Tweets   **1,067** Likes

Tweet your reply                                        Reply

**Paulinha pq se casou?** @ana_zousa · Jul 26
Replying to @ZaynSquadBrasil
o homem mais lindo do mundo

**Jaqueline** @jaqqi_ · Jul 26
Replying to @ZaynSquadBrasil
Sdds 🥺😭❤️❤️

**bigger than jezebel** ✨VAI V O HARRY @malikinhoo_ · Jul 26
Replying to @ZaynSquadBrasil
nossa que saudades

**alexie** @zendayagirlf · Jul 26
Replying to @ZaynSquadBrasil
que saudes a 😭

**jubs** @zynhire · Jul 25
Replying to @ZaynSquadBrasil
saudades dele

**faith in xl's future** 🌟 @xluvlouis · Jul 25
Replying to @ZaynSquadBrasil
ai q sdd dele

**sabs** @zjcrie · Jul 25
Replying to @ZaynSquadBrasil
eu amo a amizade deles zsbr

**let.** @folkashe · Jul 25
Replying to @ZaynSquadBrasil
sdds

**Young Royals s2**💙🎧/Tay 🍯🥰💜 @TayZquad1D · Jul 25
Replying to @ZaynSquadBrasil
Como o tempo voa

**Thaís** @firsttimelow · Jul 25
Replying to @ZaynSquadBrasil
daria de tudo pra poder ter uma foto atualizada dessa

**faella.** 🧸 @faelladozayn · Jul 25
Replying to @ZaynSquadBrasil
ai que sdd portal

**tata** 💖 @zainjvad · Jul 25
Replying to @ZaynSquadBrasil
saudades dele

**Tai** 🥺💜🥹 @Zquad1Dmylife · Aug 1
Replying to @ZaynSquadBrasil
Neném 🥺🥰💖💖

**ni.** @Lmjlilishz · Jul 25
Replying to @ZaynSquadBrasil
tô com tanta saudade dele zsbr 😭 queria fotinhas novas dele sorrindo assim

**Maria Julia** @harryxprada · Jul 26
Replying to @ZaynSquadBrasil
No próximo ano, há 6 anos zayn foi fotografado...

**eri¹ VAI BR** 🕯😔 @koolleti · Jul 25
Replying to @ZaynSquadBrasil
amizade deles é linda 🥺❤️ amo mt

**Relevant people**

**ZSBR · #FireInside** 🔥           Follow
@ZaynSquadBrasil
ZSBR - A melhor fonte de informações sobre o cantor, compositor e papai Zayn na América Latina. | 📧 Reserva: @zaynsquadbra | 📧 @mediazsbr | fan account

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Trending in California
**Dodger Stadium**
14.1K Tweets

Sports talk · Trending
**skip and shannon**

Trending in United States
**Chocolate and Chip**

Gaming · Trending
**#ExploreBlackreef**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/yucatanalminuto/status/1436049282386305033 __ at __ 2022-11-22 03:22:42 -08:00 __



← **Tweet**



Search Twitter

 **YUCATAN AL MINUTO**
@YUCATANALMINUTO                                    ···

Jennifer Lawrence será mamá por primera vez
ow.ly/uqUS50G7d9F



12:30 PM · Sep 9, 2021 · Hootsuite Inc.

**1** Like

💬            🔁            ♡            ⬆

 Tweet your reply                    **Reply**

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Relevant people**

 **YUCATAN AL MINUTO**          Follow
@YUCATANALMINUTO
Yucatán al Minuto es un medio de
comunicación que produce contenido
informativo y material audiovisual con
formatos propios en Mérida, Yucatán.

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**



**#AvatarTheWayOfWater**🔵
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending               ···
**Died Suddenly**
81.4K Tweets

Trending in United States               ···
**Argentina**
Trending with  Messi,  #ARGKSA

Trending in California                   ···
**Mexico City**
24.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**                  ···
@c_perkowski

https://twitter.com/RihannaNoBrasil/status/1523686991564800001 __ gf __ 2022-11-21 19:41:00 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-10    Filed 12/30/22    Page 80 of 101    Page ID #:926

← **Tweet**

**Rihanna.com.br** ⚓
@RihannaNoBrasil                                    •••

Rihanna chegando ao Giorgio Baldi, ontem à noite, em
Santa Mônica. (08/05) 🤍 ✨

Translate Tweet



8:31 AM · May 9, 2022 · Twitter for Android

**30** Retweets  **19** Quote Tweets  **534** Likes

💬        🔁        ♡        ⬆️

Ⓟ  Tweet your reply                              Reply

**Mari** ✨ @FuckMeanGirl · May 9          •••
Replying to @RihannaNoBrasil
Eu não acredito que o baby Fenty vai ser de gêmeos

💬        🔁        ♡ 4        ⬆️

**Cris Rocco** @CrisRocco · May 9          •••
Replying to @RihannaNoBrasil
Essa baita barriga e com salto 30...que moller.

💬        🔁        ♡        ⬆️

**nath** 🇧🇷 **sofia's gf ;)** @hteever · May 9          •••
Replying to @RihannaNoBrasil
eu tenho certeza q quando ela tiver a caminho do hospital, vai passar nesse
restaurante

💬        🔁        ♡ 1        ⬆️

**g a b r i 13** 🎏 @_eugabrisa · May 9          •••
Replying to @RihannaNoBrasil
essa mulher não vai parir nunk? quero ver a cara dessas criança logo

💬        🔁        ♡ 3        ⬆️

**soeazy sogood** @soeazysogood · May 9          •••
Replying to @RihannaNoBrasil
i love u RIHANNA BABY KISS

💬        🔁        ♡        ⬆️

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more

**gus.marez** 🇧🇷 @gus_marez · May 9          •••
Replying to @laaisxavier and @RihannaNoBrasil
11

💬        🔁        ♡ 7        ⬆️

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski                              •••

---

🔍 Search Twitter

**Relevant people**

  **Rihanna.com.br** ⚓          Follow
@RihannaNoBrasil
Rihanna.com.br is a genuine and
registered fansite, made by fans. 🇧🇷
Fã-clube e portal de notícias brasileiro
sobre a cantora Rihanna. Online desde
2008. 💙

**What's happening**

NFL · LIVE
**49ers at Cardinals**

Entertainment · Trending          •••
**Died Suddenly**
54.2K Tweets

Trending in United States          •••
**NCAA 14**

Entertainment · Trending          •••
**Sinbad**
6,133 Tweets

Family drama · Trending          •••
**#GTMcontest13**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

__ https://twitter.com/altapeli/status/1333948207479582721 __ at __ 2022-11-20 18:18:41 -08:00 __



# Home



Explore

 Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← **Tweet**


**AP** ✔
@altapeli

Leonardo DiCaprio en imágenes desde el set de #DontLookUp, la nueva película de Adam McKay.



5:36 PM · Dec 1, 2020 · Twitter Web App

**8** Retweets   **10** Quote Tweets   **73** Likes

💬   ↻   ♡   ⬆


Tweet your reply                    **Reply**

## Relevant people



**AP** ✔
@altapeli

**Follow**

Cuenta oficial de AltaPeli.com - Cine / Series / Críticas / Noticias / Videojuegos

## What's happening



NFL · 1 hour ago
**Cowboys at Vikings**

**#Disenchanted** 🎃
Original movie now streaming
🅿 Promoted by Disney+

Sports · Trending
**Patrick Mahomes**
3,487 Tweets

Trending in United States
**#AMAs** 🔥
Trending with  soobin, bebe rexha

Trending in California
**Dodger Stadium**
9,078 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.


**Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/captmarvelnews/status/1329769367970656256 __ el __ 2022-11-22 15:41:49 -08:00

← **Tweet**

### Relevant people



☀ Captain Marvel NE... **Follow**
@CaptMarvelNews

Since 2010, Twitter's #1 international
Fan Account for EVERYTHING
CAPTAIN MARVEL!! Coming up: THE
MARVELS JUL 28, 2023! @brielarson
@captainmarvel

### What's happening

FIFA World Cup · 5 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 📱
Get tickets now · In theaters December 16
📱 Promoted by Avatar

Trending in United States
**Storm Shadow**

Family & relationships · Trending
**For $100**
192K Tweets

Entertainment · Trending
**Jane Lynch**

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

☀ **Captain Marvel NEWS / Fan Account**
@CaptMarvelNews

Kamala Kahn will be representing the Carol Corps in full
force on Ms.Marvel!! Can't WAIT for their team up!
#CaptainMarvel #MsMarvel



4:51 AM · Nov 20, 2020 · Twitter for iPhone

**36** Retweets   **6** Quote Tweets   **219** Likes

Tweet your reply                                        **Reply**

**Lily** ☀☀ @LilyPlmmr · Nov 20, 2020
Replying to @CaptMarvelNews
Omfg I love her already 😭

⟳                    ♡ 1

**Pablo Arrieta** @Arrieta_007 · Nov 21, 2020
Replying to @CaptMarvelNews
What Is Your Opnion Carol:

GIF

⟳                    ♡ 2

**cmc** @sugarchick10 · Nov 20, 2020
Replying to @CaptMarvelNews
Iman looks so freaking adorable! I think this will be fun 😊

⟳                    ♡

Perkowski Legal P.C.  ···
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Case 2:22-cv-09462-DMG-ADS   Document 1-10   Filed 12/30/22   Page 83 of 101   Page ID #:929

← **Tweet**



**Kardashian World**
@KUWTKWorld                                    ⋯

📸 Kendall Jenner out in Los Angeles (15/08)

🔗 kardashianworld.net/gallery/thumbn...



11:39 AM · Aug 17, 2022 · Twitter Web App

**3** Retweets   **69** Likes



  Tweet your reply                    Reply

## Relevant people

  **Kardashian World**            Follow
@KUWTKWorld

The largest fan source for everything
Kardashian! #TheKardashians 🎥
Season 2 | Sept 22nd on Hulu! Kim &
Khloe follow ❤️❤️
admin@kardashianworld.net

## What's happening

NFL · 3 hours ago
**Chiefs at Chargers**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶️ Promoted by Disney+

Trending in United States                       ⋯
**Rick Grimes**
Trending with #TheWalkingDead, #TWDFinale

Trending in United States                       ⋯
**#AMAs** 💃
4.61M Tweets

Music · Trending                                ⋯
**#DavidoAt30**
58.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

🔍 Search Twitter

  **Perkowski Legal P.C.**   ⋯
@c_perkowski



__ https://twitter.com/hotcelebspicss/status/1475913630638030853 __ at __ 2022-11-22 01:20:07 -08:00 __

← **Tweet**

**Hot Celebs**
@HotCelebsPicss

···

## Alexandra Daddario 😍



11:36 AM · Dec 28, 2021 · Twitter for Android

**28** Retweets   **1** Quote Tweet   **235** Likes

💬   🔁   ♡   ⬆️

Tweet your reply

**Reply**

---

Q Search Twitter

### Relevant people



**Hot Celebs**
@HotCelebsPicss

**Follow**

Hot Celebs Pics - DMs are open (no wankchat) - IM A GUY - #NSFW [EN/FR]

### What's happening

NFL · 5 hours ago
**49ers at Cardinals**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
🅰️ Promoted by Avatar

Entertainment · Trending    ···
**Died Suddenly**
Trending with World Premiere

Trending in California    ···
**Mexicans**
7,115 Tweets

Trending in United States    ···
**#GMMTV2023**
180K Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski  ···



← **Thread**

🔍 Search Twitter

🐦 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

Perkowski Legal P.C.
@_perkowski

**dee.** @harrymoonchild
I don't know how we're going to survive watching harry as Jack in dwd and can we talk about the suit content



6:38 PM · Nov 3, 2020 · Twitter for Android

117 Retweets   27 Quote Tweets   934 Likes

○ 🔁 ♡ ⬆

Tweet your reply          **Reply**

**dee.** @harrymoonchild · Nov 4, 2020
Replying to @harrymoonchild
I can't believe he just walks around like that



○ 1    🔁    ♡ 52    ⬆

**dee.** @harrymoonchild · Nov 4, 2020
I JUST WANT TO TALK ABOUT THE WEDDING BAND ON HIS FINGER.

○    🔁 3    ♡ 47    ⬆

**Grecia** @greciagmz_ · Nov 4, 2020
Replying to @harrymoonchild
@katiabustoss

○ 1    🔁    ♡ 1    ⬆

**tpwX** @katiabustoss · Nov 5, 2020
Replying to @greciagmz_ and @harrymoonchild
AHH LO AMO

○    🔁    ♡ 1    ⬆

**angelina** @angelin61042057 · Nov 4, 2020
Replying to @harrymoonchild
can we talk about the hair pls

○    🔁    ♡    ⬆

**ITZA SAW HARRY 11/11/21💚** @stylesgirl94OO · Nov 4, 2020
Replying to @harrymoonchild
I had not seen these pics ahhhh😭😭✨✨❤❤❤

○    🔁    ♡    ⬆

**sunflower** 💙 @6118Vol · Nov 4, 2020
Replying to @harrymoonchild
I can't talk about it. Too overwhelmed. Bowties remind me of fetus harry 🥺🙌🙌

○    🔁    ♡    ⬆

This Tweet was deleted by the Tweet author. Learn more

**Sandra Lúcia** @ComPirulí · Nov 3, 2020
Replying to @harrymoonchild

0:04  46 views

○    🔁    ♡    ⬆

**Relevant people**

**dee.**    **Follow**
@harrymoonchild
#harry; starry haze crystal ball 🔮📼 |
backup:@goldenfineline | ig:dishaxrai

**What's happening**

FIFA World Cup · 31 minutes ago
**England vs Iran**

Sports · Trending
**Charles Barkley**
2,400 Tweets

Trending in California
**Dodger Stadium**
13.7K Tweets

Entertainment · Trending
**Kang**
46.2K Tweets

Trending in United States
**England**
Trending with #USMNT 🇺🇸, #FifaIndbic

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS   Document 1-10   Filed 12/30/22   Page 88 of 101   Page ID #:934

Tweet



**Пьяный Твиттер**
@drunktwi

Вспомним шикарный фотошоп батл с падающим с велосипеда Джастином Бибером в главной роли.

Translate Tweet



1:25 PM · Aug 24, 2020 · Hootsuite Inc.

20 Retweets    211 Likes

Tweet your reply

Reply

**Staying alive** @Moryachok78rus · Aug 24, 2020
Replying to @drunktwi



**Вадим** @VadimBelov · Aug 24, 2020
Replying to @drunktwi
Это не велосипед

**Perkowski Legal P.C.**
@c_perkowski

## Relevant people



**Пьяный Твиттер**
@drunktwi

Follow

Пьяный Твиттер превращает каждый день в праздник, улучшает кровообращение и снимает стресс. Моя электропочта - adv.dimaruru@gmail.com

## What's happening

NCAA Men's Basketball · Last night
Lancers at Golden Gophers

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Celebrities · Trending
**Tom Hanks**
9,225 Tweets

Trending in United States
**Mbappe**
Trending with Dembele

Entertainment · Trending
**Tarantino**
Trending with Simu Liu, Chris Evans

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Left sidebar navigation

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Search Twitter

← **Tweet**

This Tweet is from an account that no longer exists. Learn more



**Perkowski Legal P.C.** ...
@c_perkowski

の説明

— https://twitter.com/ImexIIG/status/1387201356210098177 __ el __ 2022-11-22 13:33:03 -08:00 —



# ← Tweet



الاحداث حول العالم | 🎭 | 🎭
@ImexIIG

الشقراء سيلينا غوميز بستايلها الجديد في كاليفورنيا ❤️ 😘

Translate Tweet



5:25 PM · Apr 27, 2021 · Twitter for iPhone

30 Likes

---

Tweet your reply                    **Reply**

---

💕💛 | أبومريم / @SHMALY_Q88 · Apr 27, 2021

Replying to @ImexIIG and @aiwjaee

اي بكاليفورنيا لو بالجهرا ولا بالافنيوو ٧٣١ رجال يمشون وراها لباب السياره 🤣🤣🤣 😂😂😂



---

## Relevant people



الاحداث حول العالم | 🎭 | 🎭      **Follow**
@ImexIIG

أجمل منصة ترفيهية لأخبار و احداث النجوم والمشاهير حول العالم | الخاص للدعاية و الإعلان

---

## What's happening

FIFA World Cup · 3 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🧑‍🦱
Get tickets now · In theaters December 16
📣 Promoted by Avatar

Politics · Trending
**Ginni Thomas**
30.2K Tweets

Trending in California
**Tata**
41.5K Tweets

Trending in California
**LAPD**
12.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Perkowski Legal P.C.
@c_perkowski

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Tweet   Q Search Twitter

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

≡ Lists

👤 Profile

··· More

**Tweet**

Perkowski Legal P.C.
@_c_perkowski

Derek Allgood
@BMS_Derek

Rack Chyna Ya'll



**Media not displayed**
This image has been removed in response to a report from the copyright holder.

6:22 PM · May 3, 2018 · Twitter Web Client

1 Retweet   1 Quote Tweet   22 Likes

Tweet your reply   **Reply**

☠JokerBunny666☠ @JokerBunny666 · May 3, 2018
Replying to @BMS_Derek
Damn that is one ugly chick. Or is it supposed to look like a dude?

MIX789 @Baldr123456rith · May 3, 2018
Replying to @BMS_Derek
More like Ratchet Chyna
♡ 1   ⟲   ♡ 3   ⤒

dazzle me @llano_perez · May 3, 2018
Replying to @BMS_Derek
Ayynn your going to get killed bruh lol..
♡   ⟲   ♡ 2   ⤒

RobDomRoyRynn2020 @DomChino05 · May 4, 2018
Replying to @BMS_Derek

Jd Dixon @IfDixon1026 · May 4, 2018
Replying to @BMS_Derek
she looks 100% store bought... and I'm talking dollar store

⛎ JC @Jcard012 · May 3, 2018
Replying to @BMS_Derek
Does Twitter have on unlike cuz I'd hit that b***** over and over

matt @Saennslede · May 4, 2018
Replying to @BMS_Derek
The car looks better and cleaner

bms_trucker @martinaguilar1 · May 4, 2018
Replying to @BMS_Derek

#BorrachoMandoShow @Mando_Mundo · May 3, 2018
Replying to @BMS_Derek
Never heard of her
♡   ⟲   ♡ 1   ⤒

Ice 🎱 @0210_Ice · May 3, 2018
Replying to @BMS_Derek
She looks like a south side Latina here in SA. You could pick one of those real quick
♡   ⟲   ♡ 3   ⤒

This Tweet was deleted by the Tweet author. Learn more

Show replies

**Relevant people**

Derek Allgood   **Follow**
@BMS_Derek
Co-Host of The Nationally Syndicated
Billy Madison Radio Show/ Pro NFL
Handicapper- link below/ 21-13-1
through 7 weeks 61%- All picks
documented on my podcast.

**What's happening**

NBA · LIVE
Celtics at Bulls

Entertainment · Trending
**Died Suddenly**
45.2K Tweets

Trending in California
**Acosta**
14.3K Tweets

Trending in United States
**Tampax**
30K Tweets

Trending in California
**Public**
40.5K Tweets

Show more

Terms of Service · Privacy Policy · Cookie Policy
Accessibility · Ads info · More···
© 2022 Twitter, Inc.



← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

**Perkowski Legal P.C.** ...
@c_perkowski

← **Thread**

**Próxcinemente** 
@proxcinemente                                              ...

Primer vistazo de Xolo Maridueña ("Cobra Kai") en el
rodaje de "BLUE BEETLE", la nueva película de DC Films.
💙 🪲 #BlueBeetle

📷 Vía: @JustJared



1:33 PM · May 25, 2022 · Twitter for Android

**1** Retweet   **2** Likes

💬          🔁          ♡          ⬆

 Tweet your reply                         Reply

**Próxcinemente** @proxcinemente · May 25     ...
Replying to @proxcinemente



💬          🔁          ♡ 1          ⬆

🔍 Search Twitter

**Relevant people**

**Próxcinemente**      Follow
@proxcinemente
Todas las novedades en el mundo del
séptimo arte. 🎬 | Creador:
@chuyRM_93 | Contacto:
proxcinemente@gmail.com

**JustJared.com**      Follow
@JustJared
Your #1 Entertainment Authority Also
follow @jaredeng @justjaredjr

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening
Ceremony** 

Music · Trending                          ...
**Kelly Rowland**
19.8K Tweets

Trending in United States                  ...
**Bob Iger**
Trending with Disney, Chapek

Trending in United States                  ...
**#raidernation** 🏴
10.1K Tweets

Trending in United States                  ...
**Schiff**
55.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**     ...
@c_perkowski

← **Thread**



**Madame Web Info** ✳
@MadameWebInfo

🚨 Confira as primeiras fotos de Dakota Johnson durante as gravações de #MadameWeb no sábado (26), em Boston.

📸 créditos: @dakotajohnsonpt
Translate Tweet



10:26 PM · Jul 25, 2022 · Twitter for Android

**16** Retweets    **76** Likes

💬    🔁    ♡    ⬆

---

📱 Tweet your reply    **Reply**



**Madame Web Info** ✳ @MadameWebInfo · Jul 25
Replying to @MadameWebInfo
+

🔁 **2**    ♡ **21**    ⬆

---

**GAONA** @GAONA_M1LGR4U · Aug 7
Replying to @MadameWebInfo and @dakotajohnsonpt
entao quer dizer q isso realmente vai acontecer ??? ja cagaram venom, vou nem falar sobre morbius, um kraven a favor dos animais, e agr madame web, taquipariu sony só ta afim de fazer merda msm

💬    🔁    ♡    ⬆

---

**Home**
# **Explore**
🔔 **Notifications** 1
✉ **Messages**
🔖 **Bookmarks**
📋 **Lists**
👤 **Profile**
⚫ **More**

**Tweet**

P **Perkowski Legal P.C.** ⋯
@c_perkowski

---

**Relevant people**



**Madame Web Info** ✳    **Follow**
@MadameWebInfo
Sua primeira e maior fonte de informações sobre o filme Madame Web no Brasil (fan accout).

**Dakota Johnson P...** ✔    **Follow**
@dakotajohnsonpt
A tua única e melhor fonte da atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷: @DJPTMidias | Fã-Clube.

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Sports talk · Trending
**skip and shannon**    ⋯

Trending in United States
**Chocolate and Chip**    ⋯

Trending in California
**Dodger Stadium**    ⋯
14.1K Tweets

Gaming · Trending
**#ExploreBlackreef**    ⋯

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

https://liveblar.com/nacaomarvel/status/1363829840310832400 __ id __ 2022-11-21 22:41:42 -08:00 Document 1-10 Filed 12/30/22 Page 95 of 101 #:941

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Perkowski Legal P.C. ...
@c_perkowski

**NAÇÃO MARVEL | fan club**
@nacaomarvel

Mais contents da nossa patroa, Hailee Steinfeld as Kate Bishop.



3:21 PM · Feb 21, 2021 · Twitter for Android

**44** Retweets  **10** Quote Tweets  **456** Likes

Tweet your reply                **Reply**

•••••• @Bittledr3am · Feb 21, 2021
Replying to @nacaomarvel
A cara machucada igual a Kate

Eduardo @dudz_93 · Feb 21, 2021
Replying to @nacaomarvel
Eu acho incrível como essa série é a que mais tem vazamentos e a Marvel
não faz nada pra impedir

madu @h0rrorbody · Feb 21, 2021
Replying to @nacaomarvel
NAÇÃO FAZ UM THREAD SOBRE AS HQ DELA PRA GENTE JÁ IR FAZENDO
UM ESQUENTA PRA SÉRIE
♡ 2        ♡ 6

Marcos P San - Billy Kaplan Bishop ... @h0rrorbody · Feb 21, 2021
Replying to @h0rrorbody
Amg, tem um guia de leitura dela aqui no Twitter, só tu procurar que tu
acha

ana 🌻 fan account @aalork · Feb 21, 2021
Replying to @nacaomarvel
Que sabor delicioso

madu @h0rrorbody · Feb 21, 2021
Replying to @nacaomarvel
ELA TÁ PERFEITA NAÇÃO SOCORRO

leandro...? @itsdaachf13 · Feb 21, 2021
Replying to @nacaomarvel
Os detalhes nação



luiza @animu88af · Feb 21, 2021
Replying to @nacaomarvel
MDS ELA VAI SERVIR TANTO

0:26  29.6K views
from luiza
♡ 1        ♡ 1

This Tweet is unavailable. Learn more

Show replies

Tah Mori 🌹 / titans - tw @klarafbanks · Feb 21, 2021
Replying to @nacaomarvel
Perfeita nação
♡ 1

**Relevant people**

**NAÇÃO MARVEL | fa...**  **Follow**
@nacaomarvel
O maior fã-clube da Marvel no
Brasil e #2 do mundo | por @kainyall
& @thisnstopper | 🎙️ @PodcastNM |
📩 nacaomarvelofc@gmail.com |

**What's happening**

NHL · LIVE
**Golden Knights at Canucks**

Entertainment · Trending          •••
**Died Suddenly**
68.6K Tweets

Trending in California          •••
**Mexicans**
6,246 Tweets

Only on Twitter · Trending
**Pablo Milanés**
Trending with  Auburn

Trending in United States          •••
**August Alsina**
Trending with  Jada, #TheSurrealLife

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

← **Tweet**

 **About Her** ✔
@AboutHerOFCL

···

Rihanna rings in the #lookoftheday with some oversized blazer inspo.



12:30 AM · Sep 19, 2021 · Buffer

**1** Like

🔍 Search Twitter

**Relevant people**

 **About Her** ✔        Follow
@AboutHerOFCL

Inside untapped territory: Pulling back the curtain on Arab women who are defining cultural trends now.
#AboutHer

**What's happening**

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists

 Tweet your reply        Reply

https://twitter.com/KUWTKWorld/status/1530541929141870593 __ et __ 2022-11-21 04:30:58 -08:00

← **Tweet**

**Kardashian World**
@KUWTKWorld

···

📸 Kim Kardashian & Pete Davidson at a SKIMS shoot yesterday 🔥



6:30 AM · May 28, 2022 · Twitter for iPhone

**22** Retweets   **8** Quote Tweets   **513** Likes

Tweet your reply                                    Reply

$𝕊𝕆𝕆𝕆𝕆 𝓅𝓊𝒻𝒻 𝓟𝓻𝓲𝓷𝓬𝓮𝓼𝓼 💅 @ReajeahnaC · May 31   ···
Replying to @KUWTKWorld
This shot definitely on purpose to shot how Kim looks amazing but also time stamp to Pete's blonde hair

This Tweet was deleted by the Tweet author. Learn more

**Christie** @xsullengirlx · May 29   ···
Replying to @Gaga86878789 and @KUWTKWorld
It's a photo shoot for her underwear brand. That's all she was representing. It's not like this is what Hollywood stars generally wear.
2

Show more replies

---

## Search Twitter

### Relevant people

**Kardashian World**   Follow
@KUWTKWorld
The largest fan source for everything Kardashian! #TheKardashians 👋 Season 2 | Sept 22nd on Hulu! Kim & Khloe follow ❤️❤️
admin@kardashianworld.net

### What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**


Trending in California   ···
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Music · Trending   ···
**Kelly Rowland**
20.1K Tweets

Music · Trending   ···
**Billy Joel**
1,346 Tweets

Family & relationships · Trending   ···
**Thanksgiving Week**
18.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Perkowski Legal P.C.**   ···
@c_perkowski

---

**Home**

**# Explore**

**Notifications** 1

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Case 2:22-cv-09462-DMG-ADS   Document 1-10   Filed 12/30/22   Page 98 of 101   Page ID #:944

← **Tweet**



**The First Cowboy**
@TheFirstCowboy                                    ...

First look at Anthony Ramos as The Hood on the set of Ironheart.

#Ironheart



3:33 PM · Aug 8, 2022 · Twitter for iPhone

  ♡ 

 Tweet your reply                              Reply

---

Q Search Twitter

## Relevant people

 **The First Cowboy**          Follow
@TheFirstCowboy

Space Cowboy || Movie Lover ||
Content Creator. Insider news movie
games and TV shows all this you will
find on this channel & social media 🎙
| @StarWars_JC

## What's happening

NFL · This morning
**Lions at Giants**                    

Adult animation · Trending          ...
**#rickandmorty** 🍸
1,627 Tweets

Trending in United States           ...
**#AMAs** 💋
Trending with soobin, sabrina

Trending in United States           ...
**UCLA**
11.5K Tweets

Only on Twitter · Trending          ...
**#乐鱼体育**
230K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

Lists

Profile

More

**Tweet**

**Perkowski Legal P.C.**   ...
@c_perkowski

https://twitter.com/RihannaNoBrasil/status/1523779674689527809 __ at __ 2022-11-20 17:53:25 -08:00 __

← **Tweet**

**Rihanna.com.br** ⚓
@RihannaNoBrasil

Rihanna se equilibrando no salto 👈🥺



2:39 PM · May 9, 2022 · Twitter for Android

**54** Retweets   **9** Quote Tweets   **617** Likes

Tweet your reply

**Relevant people**

**Rihanna.com.br** ⚓
@RihannaNoBrasil                    Follow

Rihanna.com.br is a genuine and
registered fansite, made by fans. 🇧🇷
Fã-clube e portal de notícias brasileiro
sobre a cantora Rihanna. Online desde
2008. 💎

**What's happening**

NFL · 1 hour ago
**Bengals at Steelers**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Wayne Brady**
1,604 Tweets

Sports · Trending
**De'Aaron Fox**

Politics · Trending
**AR-15**
58.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



Perkowski Legal P.C.
@c_perkowski

https://twitter.com/i/news/screen/status/13832650203664410594... 2021-11-21 15:04:06 -08:00
Document 1-11 Filed 12/30/21 Page 100 of 101
# 846



← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from a suspended account. Learn more



**Perkowski Legal P.C.**
@c_perkowski
...