# EXHIBIT B Continued

← **Thread**

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Outlander Magazine**
@StreetFashion01
···



1:15 PM · Apr 3, 2021 · Twitter for iPhone

**122** Retweets   **44** Quote Tweets   **789** Likes

Tweet your reply

**Reply**

**Touchingme** @Touchingme1 · Apr 3, 2021
Replying to @StreetFashion01
No words from me

**Oyinda.** @Oyinda_DS · Apr 4, 2021
Replying to @StreetFashion01
💀🥴

This Tweet was deleted by the Tweet author. Learn more

**Uncle AL** @_DruggysWitHoes · Apr 3, 2021
Replying to @MagdalelaZine
It's from a brand called denim tears it's from their levis collab
🔁 1     ♡ 4

**Perkowski Legal P.C.**
@c_perkowski
···

### Relevant people

**Outlander Magazine**
@StreetFashion01    **Follow**
Keeping you Tapped in with the Fashion World. 📲 Turn on Notifications & Check us on Insta "@/OutlanderMagazine" 📩 Contact: Contact@outlandermag.com

### What's happening

FIFA World Cup · LIVE
**USA vs Wales**

Sports · Trending
**Charles Barkley**
5,623 Tweets

Trending in United States
**1-0 USA**
16.9K Tweets

Trending in United States
**#USMNT**🇺🇸
Trending with Weah, Wales

Trending in California
**Dodger Stadium**
14.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/beliebinteam/status/1229180922693595139 __ el __ 2022-11-22 18:54:55 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 1-11   Filed 12/30/22   Page 3 of 101   Page ID #:950



**Tweet**

**S**
@beliebinteam

WHO LOOKS THIS GOOD



3:09 PM · Feb 16, 2020 · Twitter for iPhone

27 Retweets    75 Likes



Perkowski Legal P.C.
@c_perkowski

Tweet your reply                    **Reply**

**Taehyung_V** @2006Hrisi · Feb 16, 2020
Replying to @beliebinteam
Only Justin Bieber 💕💕

1



### Relevant people

**S**
@beliebinteam        **Follow**
swap swap swap it out 🍵 | fan account

### What's happening



FIFA World Cup · This morning
**Mexico vs Poland**

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
**RIP Harold**

Trending in California
**Hooters**
8,264 Tweets

Politics · Trending
**Epstein**
34.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

___ https://twitter.com/filesdakota/status/1556302971251703809 ___ at ___ 2022-11-19 23:38:21 -08:00

← **Tweet**



best of dakota johnson
@johnsonfiles                                    ...

dakota johnson filming "madame web" in boston ( august 06, 2022 ).





8:35 AM · Aug 7, 2022 · Twitter Web App

**14** Retweets   **4** Quote Tweets   **119** Likes

💬            🔁            ♡            ⬆️

P  Tweet your reply                          Reply

FrancisO'Brien321@gmail.com @FBrien321 · Aug 8   ...
Replying to @johnsonfiles and @filesdakota
I am looking forward to seeing Dakota Johnson in Madame Web.🙂🙂💖
❤️❤️❤️❤️

💬            🔁            ♡            ⬆️

---

🔍 Search Twitter

**Relevant people**

   best of dakota johnson       Follow
@johnsonfiles
■ daily news, updates, pictures, vídeos & throwbacks of the actress **dakota johnson** - ( this is a fan account ).

**What's happening**

Television · 3 hours ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▣ Promoted by Uber

Politics · Trending                          ...
**HE'S BACK**
155K Tweets

Music · Trending                            ...
**Adele**
53.9K Tweets

Music · Trending                            ...
**Elton John**
5,454 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

__ https://twitter.com/BookingFreetime/status/1557310828754805762 __ at __ 2022-11-20 21:39:34 -08:00 __

← **Tweet**



### Freetime
@BookingFreetime

Vincent D'Onofrio photographié sur le tournage de la série Marvel #ECHO. 

Translate Tweet




3:20 AM · Aug 10, 2022 · Twitter Web App

 


Tweet your reply                                    Reply

---

Q Search Twitter

## Relevant people



### Freetime
@BookingFreetime                **Follow**

Freetime est une page d'information du cinéma, du divertissement, des séries et plateformes de streaming du moment et à venir.

## What's happening

NFL · 1 hour ago
**Chiefs at Chargers**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
□ Promoted by Disney+

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States
**UCLA**
14.2K Tweets

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

---

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

— https://twitter.com/foochia/status/1374677747352633354 __ at __ 2022-11-22 08:23:10 -08:00



← **Tweet**

Home

Explore

Notifications 1

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 **Foochia - فوشيا** ✓
@foochia

···

جاستن بيبر وزوجته عارضة الأزياء هايلي بالدوين بملابس
السباحة في عطلة بحرية بماليبو

#جاستن_بيبر #هايلي_بالدوين #مشاهير_هوليوود

Translate Tweet



4:01 AM · Mar 24, 2021 · Hootsuite Inc.

**2** Retweets   **4** Likes

💬        ⟲        ♡        ⬆

 Tweet your reply        Reply

🔍 Search Twitter

**Relevant people**

 **Foochia - فوشيا** ✓
@foochia                    Follow

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

**What's happening**

 **Perkowski Legal P.C.** ···
@c_perkowski

__ https://twitter.com/drakedirect_/status/1569087194786308096 __ el __ 2022-11-20 13:25:53 -08:00

← **Tweet**

**Drake Direct**
@DrakeDirect_

•••

Mood



👤 Drizzy

3:15 PM · Sep 11, 2022 · Twitter for iPhone

**139** Retweets  **6** Quote Tweets  **997** Likes

💬  ⟲  ♡  ⬆

P  Tweet your reply  **Reply**

Amanda @RulelessThought · Sep 11  •••
Replying to @DrakeDirect_ and @Drake
Love you Drake 💫

💬  ⟲  ♡  ⬆

---

## Sidebar

🔍 Search Twitter

🐦

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

Perkowski Legal P.C.  •••
@c_perkowski

**Relevant people**

**Drake Direct**  **Follow**
@DrakeDirect_
Drake Fan Account 🧡

**Drizzy** ✓  **Follow**
@Drake

**What's happening**

Formula 1 · This morning
Abu Dhabi Grand Prix 2022



#Disenchanted 🧡
Original movie now streaming
⊡ Promoted by Disney+

Trending in California  •••
Rest In Peace
53.9K Tweets

Trending in California  •••
#QATECU
104K Tweets

Only on Twitter · Trending  •••
Rest in Power
24.8K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from a suspended account. Learn more


**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/screenmix/status/1238046303249376384_et__2022-11-21 01:07:05-08:00



← Tweet

🏠 Home
🔍 Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

**Tweet**

**Recommend Mix**  أفلام ...
@Recommendmix

بن أفليك يعلن رسميا دخوله بعلاقة عاطفية بعد النجمة الشابة
آنا دي أرماس بعد مشاهدتهما على شواطئ كوستا ريكا
يبتدآلان القبل ويمضمن بلحظات رومانسية.

Translate Tweet

3:16 AM · Mar 12, 2020 · Twitter for Android

**34** Retweets    **63** Quote Tweets    **880** Likes

Tweet your reply                    Reply

ali @mzatar_1 · Mar 12, 2020
Replying to @Recommendmix and @ScreenMix
هذي التي ما تدري من وين تخسيها 😂

FARAH @foufa77577545 · Mar 12, 2020
Replying to @Recommendmix and @ScreenMix
ماأحلاهم مع بعض

نون @noura595 · Mar 12, 2020
Replying to @Recommendmix
احلى تثاني 😍

عُقد @lobad___ · Mar 12, 2020
Replying to @Recommendmix
She is pregnant

Ramadan @ram_agha · Mar 12, 2020
Replying to @Recommendmix and @ScreenMix
تراها 31 سنة ، عاسى لو ليش ماذدها
💬 2

sidra1998 @sidraa1990 · Mar 12, 2020
Replying to @Recommendmix and @ScreenMix
😂😂😂 !! Jennifer garner

FT @r_altabbakh · Mar 12, 2020
Replying to @Recommendmix and @ScreenMix
بافقه منها

Essa Ahmed @Essa_Ahmed12 · Mar 12, 2020
Replying to @Recommendmix and @ScreenMix
والله هذا الي ما تدري من تقول له يا حظك 😂😂😂

Rose @r_0md · Mar 12, 2020
Replying to @Recommendmix
كبوت كبوت❤️

NotNow. @Nidoiy · Mar 12, 2020
Replying to @Recommendmix and @ScreenMix
Batman and Catwoman 😍

💥🔫🔪🔫💥 @Al8fsl07 · Mar 12, 2020
Replying to @Nidoiy and @ScreenMix
Worst Batman ever
💬 1

Gee @OpGeezi · Mar 12, 2020
Replying to @Recommendmix
ياااااضحطهطهم

Secrets @asr_Tala · Mar 12, 2020
Replying to @Recommendmix and @ScreenMix
زينهم بس

فيتنوكي @iD7M1 · Mar 12, 2020
Replying to @Recommendmix and @ScreenMix
واضحة حامل

A7med @111_only · Mar 12, 2020
Replying to @Recommendmix
بن أفليك ختم هولييوود خلاص

Onе6б0 @hgjf70 · Mar 12, 2020
Replying to @Recommendmix and @ScreenMix
القلوبن تحيب الي نفسك فيه

عبدالله @abdullah62510 · Mar 12, 2020
Replying to @Recommendmix and @ScreenMix
إيش إستفدنا من خبر تافه كهذا ؟؟؟

طُحزار @jxddran · Mar 12, 2020
Replying to @Recommendmix and @ScreenMix
هنياها

ironic @sexy_dostoevsky · Mar 12, 2020
Replying to @Recommendmix and @ScreenMix
وانا طيب؟

maryam @mar9am_ · Mar 12, 2020
Replying to @Recommendmix and @ScreenMix
وشنو حلاته 😂

Moath Ahmad OP @maazvip99 · Mar 12, 2020
Replying to @Recommendmix and @ScreenMix
لا 😂😂😂 راحت علي
💬 3

NotNow. @Nidoiy · Mar 12, 2020
Replying to @maazvip99 and @ScreenMix
راح علي 😂😂😂

Om Omar🦋 @omghamd1409 · Dec 30, 2019
Replying to @Recommendmix
حطها والله هي احلى شوفر دادي

Cheesecake 🧀 @229Cheesecake · Mar 12, 2020
Replying to @Recommendmix
يا جدعان الناس في ايه واتو في ايه 😂😂😂

Relevant people

Recommend Mix ...أفلام    Follow
@Recommendmix
حساب لترشيحات الأفلام والمسلسلات
@ScreenMix نشرت مقاطع منها تابع او

What's happening

NFL · Last night
Bengals at Steelers

Trending in United States
Slick Rick

Trending in California
Dodger Stadium
Trending with Elton John, Dodger Stadium

Politics · Trending
Tragically
15.6K Tweets

Music · Trending
Billy Joel
1,355 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C. ...
@c_perkowski

https://twitter.com/nacaomarvel/status/1383553119080075265 — 2022-11-22 02:06:00 (BR)

2D cc-DMG-DMG-ADEI    Documents 1-11    Filed 12/20/22    Page 10 of 101    Page ID
#883



__ https://twitter.com/khloedaily/status/1573790827834355712 __ at __ 2022-11-22 21:57:05 -08:00

← **Tweet**



**Khloé Kardashian Daily**
@KhloeDaily                                                    ···

## Khloé Kardashian spotted at the Dolce & Gabbana show in Milan



2:45 PM · Sep 24, 2022 · Twitter for iPhone

**1** Retweet  **12** Likes

💬          ⟲          ♡          ↑

  Tweet your reply                    Reply

---

**Perkowski Legal P.C.**
@c_perkowski                                                  ···

---

🔍 Search Twitter

## Relevant people

  **Khloé Kardashian Daily**     **Follow**
@KhloeDaily
the very first and original fansite
dedicated to Khloé Kardashian
(original account deleted at 79k)

## What's happening

NBA · 31 minutes ago
**Lakers at Suns**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California
**Costco**

---

🐦 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

**Tweet**

https://twitter.com/Starfucks93/status/1309156840839675906 __ at __ 2022-11-22 16:08:08 -08:00

← **Tweet**



 Search Twitter

## Navigation

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**


Perkowski Legal P.C.  ...
@c_perkowski

---

 **Starfucks 57K**
@Starfucks93   ...

**Madison Beer**



8:44 AM · Sep 24, 2020 · Twitter for Android

**2** Retweets   **32** Likes

💬   🔁   ♡   ⬆️

 Tweet your reply                    Reply

---

## Relevant people

 **Starfucks 57K**   **Follow**
@Starfucks93
M 29 (Paid cumtributes/cocktributes requests)

## What's happening

FIFA World Cup · This morning
**Mexico vs Poland**



**#AvatarTheWayOfWater🎬**
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Entertainment · Trending   ...
**Marvel**
81.8K Tweets

Trending in United States   ...
**Ochoa**
458K Tweets

Business and finance · Trending   ...
**#studentloans**

← Tweet

 @empirekendall

snatched

 

4:35 AM · May 2, 2020 · Twitter for iPhone

**31** Retweets   **1** Quote Tweet   **394** Likes

Tweet your reply

Reply

## Relevant people

 @empirekendall   Follow

all things kendall jenner • fan page

## What's happening

FIFA World Cup · This morning
**Mexico vs Poland**


#AvatarTheWayOfWater
Get tickets now - In theaters December 16
Promoted by Avatar

Entertainment · Trending
**James Woods**
2,145 Tweets

Entertainment · Trending
**Marvel**
84.2K Tweets

Music · Trending
**Nicki**
65.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

## Twitter nav
🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
▤ Lists
👤 Profile
⊙ More

**Tweet**

 Perkowski Legal P.C.
@c_perkowski •••

Search Twitter

← **Tweet**

**IL TEMPO**
@tempoweb

···

Effetto #cameltoe: da Nicki a Khloé l'incidente osé diventa una #moda FOTO ➡️ bit.ly/31iECtZ





4:37 AM · Aug 6, 2019 · Twitter Web App

2 Likes

💬    🔁    ♡    ⬆️

 Tweet your reply          Reply

Q Search Twitter

**Relevant people**

 IL TEMPO          Follow
@tempoweb
Segui Il Tempo Quotidiano Indipendente 📰 Ultim'ora, notizie e video in un tweet

**What's happening**

NBA · LIVE
Kings at Grizzlies

#AvatarTheWayOfWater 🧿
Get tickets now - In theaters December 16
📷 Promoted by Avatar

Trending in United States          ···
RIP Harold

Family drama · Trending          ···
#GTMcontest37

Trending in California          ···
#chainsawman 🪚
145K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.          ···
@c_perkowski

← **Tweet**



الاحداث حول العالم | 🎖️
@ImexIIG

ذا ويكند برفقة عضوة بلاكبينك 'جيني' في لوس أنجلوس بالأمس.

Translate Tweet



10:37 AM · Nov 5, 2021 · Twitter for iPhone

6 Likes

Perkowski Legal P.C. ...
@c_perkowski

Tweet your reply    Reply

mohamed mahmoud @mahmoudm18 · Nov 5, 2021
Replying to @ImexIIG and @aiwjaee
ذا ويكند اثيوابي الاصل و اسمه الاصلي هو أبيل تسفاي

---

🔍 Search Twitter

**Relevant people**



الاحداث حول العالم | 🎖️    Follow
@ImexIIG
أجمل منصة ترفيهية لأخبار و احداث النجوم والمشاهير حول العالم | الخاص للدعاية و الإعلان

**What's happening**

FIFA World Cup · LIVE
Argentina vs Saudi Arabia

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Entertainment · Trending    ···
**Died Suddenly**
81.1K Tweets

Trending in United States    ···
**Argentina**
Trending with Messi, #ARGKSA

Trending in California    ···
**Jimmy G**
Trending with Deebo, 49ers

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

← **Tweet**

@BelieberPurpose



👤 Justin Bieber

7:05 PM · May 29, 2019 · Twitter for iPhone

**10** Retweets    **2** Quote Tweets    **45** Likes

💬    🔁    ♡    ⬆

**Tweet your reply**    **Reply**

@zdrappka · May 30, 2019
Replying to @BelieberPurpose and @justinbieber
He looks skinny again, im worried actually :(

♡  1    🔁    ♡    ⬆

@BelieberPurpose · May 30, 2019
Replying to @zdrappka and @justinbieber
probably because he's been working out more lately, but i hope he's eating healthy tho

💬    🔁    ♡    ⬆

---

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**


**Perkowski Legal P.C.**
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

♡
@BelieberPurpose    **Follow**
From the stairs of the avon theater to the top of the world | Purpose Tour 24/04/17 | Justin followed 26/11/17 💜 multistan

Justin Bieber ✓
@justinbieber    **Follow**
JUSTICE the album out now

**What's happening**

FIFA World Cup · 22 minutes ago
**Senegal vs Netherlands**

Trending in United States
**I BELIEVE THAT WE WILL WIN**

Sports · Trending
**Charles Barkley**
4,805 Tweets

Sports · Trending
**Melvin Gordon**
9,008 Tweets

Sports · Trending
**Maguire**
127K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy .
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

https://twitter.com/cizgikafe/status/1556744955870220599 __ef... 2022-11-21 18:59:20 -08:00
1:22-cv-09462-DMG-ADS    Document 1-11    Filed 12/30/22    Page 17 of 101    Page ID
#:964

← Tweets

🔍 Search Twitter

🏠 Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

≡ Lists

👤 Profile

⋯ More

**Tweet**

**Cizgi Kafe**
@cizgikafe    ⋯

Ironheart setinden Riri ve zırhı. Nasıl görünüyor?

Translate Tweet



1:51 PM · Aug 8, 2022 · Twitter for Android

**2** Retweets    **10** Quote Tweets    **193** Likes

💬        🔁        ♡        ⬆

🖼 Tweet your reply                    **Reply**

**Bluenchanter** @bluenchanter · Aug 9    ⋯
Replying to @cizgikafe
Infinity War'daki Iron Man zırhından daha güzel
💬        🔁        ♡        ⬆

**Alperen Eggson** @Bilalperen7 · Aug 8    ⋯
Replying to @cizgikafe
Bilemem kardes bilemem cgi halini görmeden ne çıkacak bilemem
💬        🔁  9        ♡  16        ⬆

**Dark-Zero1923** @Efe343krem · Aug 8    ⋯
Replying to @cizgikafe
Güzel ama birde cgi halini görmek lazım.
💬        🔁        ♡  1        ⬆

**Asekmaey** @Asekmaey · Aug 8    ⋯
Replying to @cizgikafe
Gerekli miydi cidden bilemedim
💬        🔁        ♡  1        ⬆

**Senior** 🇹🇷 @korsanlar_krali · Aug 9    ⋯
Replying to @cizgikafe
Ekmekle dibini sıyır ey marvel
💬        🔁        ♡        ⬆

**JonDoe297 #Bleach** @bugrailhan25 · Aug 8    ⋯
Replying to @cizgikafe
Berbat
💬        🔁  5        ♡        ⬆

**efegider** @EfeGider9 · Aug 8    ⋯
Replying to @cizgikafe
Düşük bütçeli war machine suit i
💬        🔁        ♡  6        ⬆

**bayraqk** @bayraqk · Aug 9    ⋯
Replying to @cizgikafe
Bu kızın ilk zırhı zaten asıl olan değil niye millet berbat falan demiş ulan kız
araba malzemelerinden yapıyor zaten zırhı ne olacaktı ki kırlacak gidecek
💬  1        🔁        ♡  2        ⬆

**Baki Kaya** @BakiKayaArt · Aug 9    ⋯
Replying to @bayraqk and @cizgikafe
Bu yine gelişmiş hali. Wakanda Forever tanıtım çizimlerinde kask falan da
yok bir tür gözlük var falcon'ın ki gibi. Zaten filmde de Vibranyumdan yeni
bir zırh verilecek deniyor. Ama dizide tekrar neden bu zırh var bilmiyorum.
Belki filmden önce geçiyordur.
💬        🔁        ♡  1        ⬆

**Ömer** ☀🇹🇷 @benomeryesil · Aug 8    ⋯
Replying to @cizgikafe
War Machine Jr.
💬        🔁        ♡  8        ⬆

**O A K** @38ea111a5e264c2 · Aug 8    ⋯
Replying to @cizgikafe
Cok iyi olmamış
💬        🔁        ♡  1        ⬆

**doro!** 〔Ⲏ⌐〕 @onlyonesklav · Aug 8    ⋯
Replying to @cizgikafe
transformers filmi geliyor sandım
💬        🔁        ♡  8        ⬆

**ba2**🍜 @s2mshady · Aug 10    ⋯
Replying to @cizgikafe
gayet iyi
💬        🔁        ♡        ⬆

Show more replies

**Perkowski Legal P.C.**
@c_perkowski    ⋯

**Relevant people**

**Cizgi Kafe**
@cizgikafe    Follow
Bir fincan kriptonit alabileceğiniz
komşunuz!
instagram.com/cizgikafecom

**What's happening**

NBA · Starts at 7:30 PM
**Jazz at Clippers**

Entertainment · Trending    ⋯
**Died Suddenly**
50.2K Tweets

Sports · Trending    ⋯
**Lane**
Trending with Auburn

Trending in United States    ⋯
**Tampax**
32.9K Tweets

Sports · Trending    ⋯
**Grupo Firme**
3,309 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More —
© 2022 Twitter, Inc.



__ https://twitter.com/AndyVermaut/status/1256725171437625345 __ at __ 2022-11-20 18:50:47 -08:00 __

← **Tweet**

 **Andy Vermaut**
@AndyVermaut

Tyler Cameron Addresses Gigi Hadid Pregnancy – Says She'll Be An 'Incredible' Mom celebrityinsider.org/tyler-cameron-...



4:20 PM · May 2, 2020 · dlvr.it

Tweet your reply

Reply

Search Twitter

## Relevant people

 **Andy Vermaut**
@AndyVermaut

Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

NFL · 5 minutes ago
**Bengals at Steelers**


**#Disenchanted** 🧝‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**#100T** 💯
23.8K Tweets

Politics · Trending
**LGBTQ**
Trending with AR-15, Colorado Springs

Sports · Trending
**Hackett**
7,524 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
Lists
👤 Profile
··· More

**Tweet**

 **Perkowski Legal P.C.** ···
@c_perkowski

# Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

**Tweet**

**zayn pics**
@zaynsdetails



zayn

6:21 PM · Dec 27, 2021 · Twitter for iPhone

**263** Retweets  **23** Quote Tweets  **2,193** Likes

Tweet your reply

**Reply**

## Relevant people

**zayn pics**
@zaynsdetails
fan account for zayn javadd malik
**Follow**

**zayn** ✓
@zaynmalik
bit.ly/zaynfeedingbri...
**Follow**

## What's happening

Sports · LIVE
**2022 FIFA World Cup**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
79.7K Tweets

Trending in United States
**Roanoke**
1,144 Tweets

Trending in United States
**#GMMTV2023**
381K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.** ···
@c_perkowski

Search Twitter



**La Cosa Cine** 🎬 @lacosacine

Primeras imágenes desde el set del reboot de #GossipGirl.

2:20 PM · Nov 11, 2020 · TweetDeck

7 Retweets    2 Quote Tweets    175 Likes

Tweet your reply

Facundo @facundoNM · Nov 11, 2020
No se las cae una idea a ésta gente

dani @dani4ulya · Nov 12, 2020
Replying to @facundoNM and @lacosacine
Se a tener una nueva trama diferente y con personajes diferentes

Macarena Piñero @MacaPM · Nov 11, 2020
Rompen todo

Nai ✨ @Naaai · Nov 12, 2020
Replying to @lacosacine
Se les ve tan forzados en las gradas del MET no como a los anteriores, era natural.

Miss Tipografía @misstipografia · Nov 11, 2020
Replying to @lacosacine
Bueno quieren que aceptemos eso y ponen a una pelada con botas blancas que parecen sacadas de liquidación...

dani @dani4ulya · Nov 12, 2020
Replying to @misstipografia and @lacosacine
La verdadera generación de cristal

Hoyu (Taylor's Version) 🎤 🧣 💛 @natalababura · Nov 12, 2020
Replying to @lacosacine
La petona con botas de bailarina...

dani @dani4ulya · Nov 12, 2020
Replying to @misstipografia and @lacosacine
La verdadera generación de cristal

Hoyu (Taylor's Version) 🎤 🧣 💛 @natalababura · Nov 12, 2020
Replying to @lacosacine
La petona con botas de bailarina...

La Teacher Jenny @JenniferFrischer · Nov 11, 2020
Replying to @lacosacine
Le doy una temporada a esto

♥ MaferchiaN ♥ @mafercHaio · Nov 11, 2020
Replying to @JenniferFrischer and @lacosacine
Hoy creas que se atreven dejar algutas ngatitas

Show replies

R O G E R @BlogAMxcosen · Nov 11, 2020
Replying to @BlogAMxcosen and @lacosacine
Qué asco, huele a pura mclxstén.

dani @dani4ulya · Nov 12, 2020
Replying to @BlogAMxcosen and @lacosacine
Así! Nunca a reciencia generación de cristal

Eilish Basurto @lacosacine · Nov 11, 2020
Replying to @lacosacine
Asco tu enorco amigo 😒

¡M @hsCosmogn · Nov 11, 2020
Replying to @lacosacine
No es un reboot 🥱

LaGordaDeDudosaMoral @grgmax1984 · Nov 11, 2020
Replying to @lacosacine
1 episodio y la cancelan

Lady Marianne @MaeseJaCki · Nov 11, 2020
Replying to @lacosacine
Xq quieren romper todo

mila @AlrKoffroIo · Nov 11, 2020
Replying to @lacosacine
@valentdanu

lorenz @lorenz_ · Nov 11, 2020
Replying to @lacosacine
@AlcjanioUmrti

Mica → @MicaloUmrti · Nov 11, 2020
Replying to @lorenz_ and @lacosacine
Re la estética me gusta, ni el vestuario. Solo Thomas.

Maria @lacosacine · Nov 11, 2020
Replying to @lacosacine
@aexoflea 😕

Menthu 🟢 @ladymfienau · Nov 11, 2020
Replying to @lacosacine

KePaZZa @lepazzo · Nov 11, 2020
Replying to @lacosacine

sol ☀️ @lacosacine · Nov 11, 2020
Replying to @lacosacine
Todo arruinen. Todo.

Jose @jose_Italia · Nov 11, 2020
Replying to @lacosacine
Ná hace tanto, es parece tan necesario (desde mi ignorante opinión). Que lisrigan Quantum Leap, o mejor aún, BETTER OFF TED (esa si que era buena)

Josefina @JosefNaemo · Nov 11, 2020
Replying to @lacosacine

Tweet
Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet
Perkowski Legal P.C.
@c_perkowski
@nanfixus Retweeted
moments dakota
@momentsdakota
5:23 AM · Apr 9, 2021 · Twitter for Android
71 Retweets 13 Quote Tweets 473 Likes
Tweet your reply
Reply
Search Twitter
Relevant people
@nanfixus
@nanfixus
Follow
DJ Fan Sports,animals y Boca Juniors Dakota's movies 2022 #ChaChaRealSmooth #AmIOk #Persuasion Fan account
moments dakota
@momentsdakota
Follow
What's happening
Formula 1 · This morning
Abu Dhabi Grand Prix 2022
#Disenchanted
Original movie now streaming
Promoted by Disney+
Trending in California
Rest In Peace
55.9K Tweets
Only on Twitter · Trending
Rest in Power
26.1K Tweets
Trending in United States
LGBTQ
Trending with Colorado Springs, #ClubQ
Show more
Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Tweet**

This Tweet is from a suspended account. Learn more

**DiViNa** @DiiViiinA_ · Jun 17, 2020
Replying to @MileyUpdates
Is it me or does Miley have no real close friends at all??? Like the only real people in her life are cody and her family?

**ILOVEMILEYCYRUS** ❤ @SmilerDiary · Jun 16, 2020
Replying to @MileyUpdates
Awwwe miley ilysm

**Bucky** @kkssoowww · Jun 16, 2020
Replying to @MileyUpdates
her boobs got bigger. we stan.
♡ 3

**Bill Irlbeck** @elvisfan05 · Jun 16, 2020
Replying to @MileyUpdates
Nice pics

**she is coming** 🍎 @MILEYDIOR · Jun 17, 2020
Replying to @MileyUpdates
queen of 👠toes



**Emanuel (fan account)** @dinahscomeback · Jun 16, 2020
Replying to @MileyUpdates
Queen and king serving
♡ 3

Show more replies

Perkowski Legal P.C. ...
@c_perkowski

← **Tweet**

**Cinema Solace Media**
@SOLACECINEMA

···



11:08 PM · Jun 22, 2022 · Twitter for iPhone

**3** Retweets  **2** Quote Tweets  **42** Likes

Tweet your reply

**Reply**

Perkowski Legal P.C.
@c_perkowski

···

---

🔍 Search Twitter

## Relevant people

**Cinema Solace Media**
@SOLACECINEMA          **Follow**
media account for @CINEMASOLACE 📷

## What's happening

FIFA World Cup · Yesterday
**Mexico vs Poland**

**#WelcomeToChippendales** 🙌
New series. Now streaming.
▶ Promoted by Welcome to Chippendales on Hulu 🔵

Trending in United States          ···
**Erection**
21.7K Tweets

Trending in California          ···
**Costco**
6,150 Tweets

Business and finance · Trending          ···
**#massshooting**
1,770 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/slayedjustin/status/1529935057464573900 __el__ 2022-11-21 21:22:31 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-11    Filed 12/30/22    Page 25 of 101    Page ID
#:972

← **Tweet**

mads
@slayedjustin

STOP STOP RIGHT NOW



2:18 PM · May 26, 2022 · Twitter for iPhone

**5** Retweets  **57** Likes

Tweet your reply                                    Reply

Gigi 🐾 @childdmoonlight · May 26
Replying to @slayedjustin
Omg

Relevant people

mads
@slayedjustin                    Follow
#1 journals stan || fan account

What's happening

NFL · 1 hour ago
49ers at Cardinals

Entertainment · Trending
Died Suddenly
63.5K Tweets

Trending in United States
Trent Reznor
20.1K Tweets

Entertainment · Trending
#DWTS🏆
Trending with Charli, Shangela

Trending in United States
Chrisley
22.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



Case 2:22-cv-09462-DMG-ADS   Document 1-11   Filed 12/30/22   Page 27 of 101   Page ID #:974

← **Tweet**



**Camilo Hidalgo**
@camilohidalgohn

⋯

Banda están grabando las chicas súper poderosas😱

Translate Tweet

7:35 AM · Apr 8, 2021 · Twitter for iPhone

**2** Retweets   **1** Quote Tweet   **69** Likes

💬   ⟲   ♡   ⬆

🅿  Tweet your reply          **Reply**

🔍 Search Twitter

## Relevant people

 **Camilo Hidalgo**
@camilohidalgohn          **Follow**
Med

## What's happening

FIFA World Cup · LIVE
**USA vs Wales**



Trending in California
**Telemundo**
7,485 Tweets          ⋯

Trending in California
**LETS GOOOOOO**
3,311 Tweets          ⋯

Trending in United States
**1-0 USA**
16.6K Tweets          ⋯

Trending in United States
**National Anthem**
69.5K Tweets          ⋯

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

🏠 Home
#️⃣ Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

**Tweet**

🅿 **Perkowski Legal P.C.**   ⋯
@c_perkowski

__ https://twitter.com/famebabes/status/1405440708331912601? __ at __ 2022-11-21 11:35:55 -08:00 __

← **Tweet**



**Celeb Pics**
@FameBabes                                      ...

# Margot Robbie 🔥



1:22 AM · Jun 17, 2021 · Twitter for iPhone

24 Retweets   172 Likes



 Tweet your reply                        Reply

## Relevant people

**Celeb Pics**                    Follow
@FameBabes

NSFW - Sharing Content of Famous
Babes 😉 - Professional Horn Dog -
Started 8/27/19 - BACKUP
@FameBabesBACKUP ❗

## What's happening

FIFA World Cup · LIVE
**USA vs Wales**

Trending in United States          ...
**Brandy**
6,293 Tweets

Sports · Trending               ...
**Charles Barkley**
5,371 Tweets

Trending in California           ...
**Dodger Stadium**
14.1K Tweets

Trending in United States          ...
**I BELIEVE THAT WE WILL WIN**
1,268 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**          ...
@c_perkowski



https://twitter.com/miucciamuse/status/1490162413278277634 __ et __ 2022-11-21 02:06:53 -08:00

← **Tweet**

**taylor russell's whore**
@MIUCCIAMUSE

thank u sydney for ur service



7:16 PM · Feb 5, 2022 · Twitter for iPhone

**291** Retweets   **42** Quote Tweets   **3,709** Likes

Tweet your reply                          **Reply**

**andrea** @AndreaQO · Feb 6
Replying to @MIUCCIAMUSE
@iknowrighhht

---

**Relevant people**

**taylor russell's whore**            **Follow**
@MIUCCIAMUSE
it girl in training • hf twt • she/her •
fan account

**What's happening**

NFL · Yesterday
**Commanders at Texans**

Music · Trending
**Lionel Richie**
3,704 Tweets

Trending in United States
**Iran**
476K Tweets

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Trending in United States
**Liver**
11.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/madwebinfo/status/1556466709044887552 __ at __ 2022-11-19 22:44:04 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-11    Filed 12/30/22    Page 31 of 101    Page ID #:978

← **Thread**



 **Madame Web Info** ✿  ⋯
@MadameWebInfo

Confira as novas fotos da Dakota Johnson nos bastidores de #MadameWeb que está sendo gravado em Boston.



 Dakota Johnson Portugal

7:25 PM · Aug 7, 2022 · Twitter for Android

**1** Retweet   **38** Likes

💬        ⟲        ♡        ⬆️

P  Tweet your reply                    Reply

**Madame Web Info** ✿ @MadameWebInfo · Aug 7 ⋯
Replying to @MadameWebInfo
créditos: @dakotajohnsonpt



💬        ⟲ 1        ♡ 11        ⬆️

## Search Twitter

### Relevant people

 **Madame Web Info** ✿        **Follow**
@MadameWebInfo
Sua primeira e maior fonte de informações sobre o filme Madame Web no Brasil (fan accout).

 **Dakota Johnson P...** ✓        **Follow**
@dakotajohnsonpt
A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷: @DJPTMidias | Fã-Clube.

### What's happening

Television · 2 hours ago
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
▣ Promoted by Uber

Trending in United States
**HE'S BACK**
152K Tweets

Trending in United States
**Blocked**
132K Tweets

Sports · Trending
**Cam Rising**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

 **Perkowski Legal P.C.** ⋯
@c_perkowski

← Tweet



 **Shekhar Dongardive**
@ShekharDongardi

···

#DakotaJohnson Ma'am on the set of Sony's #MadameWeb



7:19 AM · Oct 7, 2022 · Twitter for Android

**9** Retweets  **25** Likes

  ♡ 

 Tweet your reply    Reply

## Search Twitter

### Relevant people

 **Shekhar Dongardive**    Follow
@ShekharDongardi
Salmanic Spidy Fan

### What's happening

FIFA World Cup · 37 minutes ago
**World Cup Qatar 2022: Opening Ceremony**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending    ···
**RIP JDF**
4,455 Tweets

Trending in United States    ···
**Ecuador**
Trending with Valencia, Morgan Freeman

Only on Twitter · Trending    ···
**Jason David Frank**
Trending with Power Rangers, Tommy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**    ···
@c_perkowski

__ https://twitter.com/ofuxico_oficial/status/1349507946099707904 __ at __ 2022-11-22 12:11:15 -08:00 __

← **Tweet**

Q Search Twitter

**OFuxico** ✓
@ofuxico_oficial

⋯

**#BruceWillis** se recusa a usar máscara em farmácia
ofuxico.com.br/noticias-sobre...

Translate Tweet



4:05 PM · Jan 13, 2021 · Twitter Web App

**2** Quote Tweets   **2** Likes

♡   ⟲   ♡   ↑

 Tweet your reply          Reply

### Relevant people

 **OFuxico** ✓        Follow
@ofuxico_oficial

OFuxico é um site jornalístico sobre o mundo dos famosos, da televisão, do cinema e assuntos relacionados ao entretenimento. No ar há 20 anos.

### What's happening

FIFA World Cup · 2 hours ago
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California
**Mexicans**
16K Tweets                ⋯

Trending in United States
**Ochoa**
Trending with Poland, Lewandowski      ⋯

Trending in United States
**I-77**
9,755 Tweets              ⋯

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

Perkowski Legal P.C.   ⋯
@c_perkowski

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

https://twitter.com/popzonebr/status/1481044033732548092 _ el _ 2022-11-22 01:24:17 -08:00

← **Tweet**



This Tweet is from a suspended account. Learn more

**Brelaw** @wmblood · Jan 11
Replying to @PopZonebr
caralho to ficando velha como assim já faz cinco anos?

**Antto•inc** 🦋 @inc_antto · Jan 11
Replying to @PopZonebr
Agora imagina se ela parece assim com o chris evans pz o mundo e a internet quebram
♡ 1    ♥ 34

**girl with good intentions** @sameold_amanda · Jan 11
Replying to @PopZonebr
avisa q ainda ñ superei, pz 😭

**Luizzz**🚩 **#MyMindAndMe** @Aecioluizz · Jan 11
Replying to @PopZonebr
apaga pz eu tenho depresso 😭😭😭😭

**daph | fan account** @babwgomez · Jan 11
Replying to @PopZonebr
meu Deus 5 anos😭

From daph edits

**motopapi** @noctxt_marcus · Jan 11
Replying to @PopZonebr
Eu sou filho de pais separados

**jurídico janja pulando no trio elétrico sem pa...** @phaelfil... · Jan 12
Replying to @PopZonebr
eu passei tanto mal, popzone

**ella** 💋 **fan account** @rarebeauchmp · Jan 11
Replying to @PopZonebr
ai que sdd 😭😭😭

**Gustavo** @GustavoFenty3 · Jan 11
Replying to @PopZonebr
Saudades
♡ 1

**ruthy** @withnormanis · Jan 11
Replying to @PopZonebr
eu vivi mds sdds

0:43   3,044 views

From ruthy
♥ 3

**Luana** 🍌 @dangerousmars_ · Jan 12
Replying to @PopZonebr
eu surtei mt essa época @pakdloma
♡ 1    ♥ 1

**paloma TRI CAMPEÃ DA AMÉRICA** @pakdloma · Jan 12
Replying to @dangerousmars_ and @PopZonebr
eu achei que isso era uma miragem
foi muito aleatório
♡ 1    ♥ 1

Show replies

**Tweet**



**Raúl Brindis** ✓
@raulbrindis

**#Farandulazo** Luego de que en marzo anunciara su retiro de Hollywood parece que a Cameron Diaz la vida como civil le sienta bien, pues se le vio muy tranquila haciendo las compras el pasado sábado en Beverly Hills.

Translate Tweet



6:46 AM · May 14, 2018 from Houston, TX · Twitter Web Client

17 Likes

 Tweet your reply    Reply

Search Twitter

**Relevant people**

 **Raúl Brindis** ✓    Follow
@raulbrindis
Radio Host for El Show de Raúl Brindis

**What's happening**

Television · Yesterday
**All American airing on The CW**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
78K Tweets

Trending in United States
**#GMMTV2023**
301K Tweets

Trending in California
**Mexicans**

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

← **Tweet**



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**


**Film News**
@filmnewsPL

···

Christian Bale bierze udział w dokrętkach filmu
#ThorLoveAndThunder

Translate Tweet



12:38 AM · Aug 4, 2021 · Twitter for Android

**2** Retweets  **1** Quote Tweet  **23** Likes

  Tweet your reply                **Reply**

Search Twitter

**Relevant people**


**Film News**
@filmnewsPL                **Follow**

🎬 najnowsze wiadomości filmowe - kino polskie i zagraniczne, popularne i niezależne 🎟 kontakt: filmnewspl@gmail.com

**What's happening**

Television · LIVE
**Saturday Night Live airing on NBC**                

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in California
**Andrew Tate**
28.8K Tweets

Trending in United States
**Hope Hooker**

Music · Trending
**#BLACKPINK**
Trending with jisoo, Camila

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.


**Perkowski Legal P.C.**  ···
@c_perkowski

__ https://twitter.com/agfotosevideos/status/1329529485052000256 __ at __ 2022-11-19 21:05:44 -08:00 __

← **Tweet**



**ATENÇÃO GEEK | Mídia**
@agfotosevideos                                    ···

Primeiras fotos da filmagem da série Ms. Marvel
**#MsMarvel**

Translate Tweet



12:58 PM · Nov 19, 2020 · Twitter for Android

**1** Retweet    **2** Likes

♡    ⟲    ♡    ⬆

    Tweet your reply                          Reply

---

**Search Twitter**

## Relevant people

 **ATENÇÃO GEEK | Mídia**    Follow
@agfotosevideos

Conta para fotos e vídeos dos bastidores do mundo do entretenimento. Conta oficial: @atencaogeek

## What's happening

Television · 1 hour ago
**Saturday Night Live airing on NBC**                    

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States                              ···
**HE'S BACK**
142K Tweets

Sports · Trending                                     ···
**Pasadena**
1,504 Tweets

Music · Trending                                      ···
**#DreamersbyJungkook**
Trending with #DreamersOutNow, #Dreamers2022

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## (Left navigation)

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski    ···

← **Tweet**

 Home

# Explore

🔔 Notifications

**Marvel CinéVerse**
@MarvelCineVerse

#MsMarvel : Les premières photos de tournage de la série Disney+ 'Ms. Marvel' sont sorties en ligne, avec Iman Vellani sur le plateau de tournage. (via @JustJared )

Translate Tweet



11:11 AM · Nov 19, 2020 · Twitter for Android

6 Retweets    31 Likes

💬    🔁    🤍    📤

P    Tweet your reply                          Reply

🔍 Search Twitter

**Relevant people**

**Marvel CinéVerse**
@MarvelCineVerse                  Follow
Actualités et encyclopédie sur le MCU
Instagram 📷 : marvelcineverse_
Associé à @swcineverse ⭐

**JustJared.com** ✔
@JustJared                        Follow
Your #1 Entertainment Authority Also
follow @jaredeng @justjaredjr

**What's happening**

NFL · 2 hours ago
Browns at Bills

#Disenchanted 🧙
Original movie now streaming
▶ Promoted by Disney+

Sports · Trending
Sunday Ticket                     ···
1,494 Tweets

Politics · Trending
LGBTQ                             ···
Trending with Colorado Springs, AR-15

Trending in California
#AMAs 🔥                          ···
Trending with Favorite K-Pop Artist

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

\_\_ https://twitter.com/envykendall/status/1308918355479465990 \_\_ at \_\_ 2022-11-22 15:32:07 -08:00 \_\_

← **Tweet**

**not kendall**
@envykendall

...

## Register & Vote!



👤 Kendall

4:57 PM · Sep 23, 2020 · Twitter for iPhone

**61** Retweets   **5** Quote Tweets   **644** Likes

Tweet your reply

Reply

### Relevant people



**not kendall**
@envykendall
fan account

Follow



**Kendall** ✓
@KendallJenner
@drink818 on Instagram and Twitter

Follow

### What's happening

FIFA World Cup · 5 hours ago
**Mexico vs Poland**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Celebrities · Trending
**Chris Evans**
6,324 Tweets
...

Trending in United States
**Edgar Martinez**
...

Trending in California
**Mexico City**
17.7K Tweets
...

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**
@c_perkowski   ...

https://twitter.com/soyBvip/status/1398067245302099971__al__2022-11-22 11:55:57 -08:00

Case 2:22-cv-09462-DMG-ADS Document 1-11 Filed 12/30/22 Page 40 of 101 Page ID #:987

**YouTube: BorrachosVIP** 🎃
@SoyBvip

Ni Superman le metió tanta madriza a Batman como JLo 😲

Translate Tweet



5:03 PM · May 27, 2021 · Twitter for iPhone

**38** Retweets   **4** Quote Tweets   **314** Likes

---

Perkowski Legal P.C. ...
@c_perkowski

Tweet your reply                    **Reply**

---

**angelitapava** @tatys321456783 · May 27, 2021
Replying to @SoyBvip
Que es Madriza?

**LEANDRO ANDRADE** @laam1983 · May 28, 2021
Replying to @SoyBvip
No puede ni caminar quedo con sus pompones un poco inflamado rayos y centellas batman puff plop jajajajaja
♡ 1

**Juan Connor** @Chuffino · May 28, 2021
Replying to @SoyBvip
Lo dejaron como limon de tejuinero y ma JLO radiante con su colágeno extraído del Batman etc.
♡ 1

**James Cole** @Ironinko · May 28, 2021
Replying to @SoyBvip
Yo quiero de esas madrizas jajajajajajajajajajaja
♡ 2

**Romanesco!!!!** 🙏 @romanesco01 · May 27, 2021
Replying to @SoyBvip
Está en la edad JLO en preferir el colágeno puro, que el "money" de Bruce Wayne! Jajajaja

**Wili Arriola** @wilyao79 · May 27, 2021
Replying to @SoyBvip
Superman no tenía semejante tira maíz
♡ 1

---

**Relevant people**

**YouTube: BorrachosV...** 🎃      **Follow**
@SoyBvip
Aquí echamos desmadre y contenido en internet 🔴⚫ #Twitch Partner: @borrachosvip 🎮 Instagram: @BorrachosVIP 🎮 📺 Contacto: borrachosvipcrew@gmail.com 🎮🎃 🤘

**What's happening**

FIFA World Cup · 1 hour ago
**Mexico vs Poland**

#AvatarTheWayOfWater
Get tickets now - In theaters December 16
📷 Promoted by Avatar

Trending in United States
**Australia**
Trending with Giroud, Rablot

Celebrities · Trending
**Tom Hanks**
5,507 Tweets

Trending in United States
**Ochoa**
Trending with Australia, Giroud

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

# Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

**La Casa Cine** ✓
@lacasacine

Primer vistazo a la nueva serie live-action de
#LasChicasSuperpoderosas



5:35 PM · Apr 7, 2021 · TweetDeck

28 Retweets · 87 Quote Tweets · 279 Likes

Tweet your reply

**Relevant people**

La Casa Cine ✓
@lacasacine

**Follow**

🎬📺 Cine y Series. Tu comunidad, tu revista o sección
@publishercontent @josibook @hugovra @maria.antonella @carolinasolliro

**What's happening**

FIFA World Cup · LIVE
Argentina vs Saudi Arabia

#AvatarTheWayOfWater ✓
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
Diez Suddenly
21.3K Tweets

Trending in United States
Argentina
Trending with #messi #ARGSA

Trending in United States
De Paul
38.6K Tweets

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More
© 2022 Twitter, Inc.

Perkowski Legal P.C. ...
@c_perkowski

Thread ←

**DC da Depressão**
@Dc_da_depressao

🚨 Vaza as primeiras imagens do novo traje do Shazam em Shazam! Fury of The Gods.



12:58 PM · Jun 3, 2021 · Twitter for Android

**104** Retweets **78** Quote Tweets **1,757** Likes

Tweet your reply    Reply

**Relevant people**

DC da Depressão    Follow
@Dc_da_depressao
Me diz, você nos segue? Vai seguir!😇 Uma das maiores fan-pages da DC no Instagram e no Twitter 💙

**What's happening**

FIFA World Cup · LIVE
USA vs Wales

Trending in United States
1-0 USA
13.3K Tweets

Trending in California
LETS GOOOOOO
3,276 Tweets

Trending in California
Telemundo
7,381 Tweets

Events · Trending
Black Friday
186K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

**DC da Depressão** @Dc_da_depressao · Jun 3, 2021
Replying to @Dc_da_depressao
Via:

justjared.com
Zachary Levi Suits Up in His Brand New Superhero Costume for First 'S...
See all the set pics!

**kauã swift** #JokerFolieADeux @ka_kau_2 · Jun 3, 2021
Replying to @Dc_da_depressao
Nossa mil vezes melhor que o primeiro traje dele



From kauã swift #JokerFolieADeux

**lucas** @lu_ca_sf · Jun 4, 2021
Replying to @ka_kau_2 and @Dc_da_depressao
@zaphilzon

**Caig** @caiqqs · Jun 3, 2021
Replying to @Dc_da_depressao
Gostei q ta sem enchimento mas acho q o raio podia ser maior e que a capa não precisava ser de CGI

**Zeca reca Herói do Povo : Lutando Pela ...** @Snyder... · Jun 3, 2021
Replying to @caiqqs and @Dc_da_depressao
praticamente todos os filmes de herois as capas são cgi

**Brian K.J.** 🏳️‍🌈 @Brian_KJ · Jun 3, 2021
Replying to @Dc_da_depressao
Quantos anos se passaram desde o lançamento do primeiro filme? Jesus...

**한나🧸** @sagarelmello · Jun 3, 2021
Replying to @Dc_da_depressao

dcnauta pq vc tá sorrindo?

**Is0ker** @Smrfls · Jun 3, 2021
Replying to @Dc_da_depressao
tapona agora vai

**BLACK KNIGHT** @_prodrigo · Jun 3, 2021
Replying to @Dc_da_depressao
Melhoraram o que já era bom

**logat0o 🩸** @crflogatto · Jun 3, 2021
Replying to @Dc_da_depressao
sem enchimento iiiiiiihhhhh  pic.twitter.com/MU8IN1kEkVY

**Breno Alexandrino** @BrenoAlexandri1 · Jun 3, 2021
Replying to @Dc_da_depressao
Inacreditável que a sina maisel vacilou com esse cara

**Theus_Ponce** @MatheusPonce7 · Jun 3, 2021
Replying to @Dc_da_depressao
Tirando que o simbolo tá pequeno, ficou brabo demais!

**cansada mas sendo obrigada a cont...** @pargethepol... · Jun 3, 2021
Replying to @Dc_da_depressao
Agora sim tá lindao

**felipe** @ufelipevnn · Jun 3, 2021
Replying to @Dc_da_depressao
fino.

**Joniel Carlos** @JonielCarlos1 · Jun 3, 2021
Replying to @Dc_da_depressao
MUITO FODA!! Muito melhor do que o antigo traje.

**Filipe Brito & MEU PRESIDENTE É LU...** @Drakary_... · Jun 3, 2021
Replying to @Dc_da_depressao
TÁPORRA MENÓ

**Tr0004** @tr0004 · Jun 3, 2021
Replying to @Dc_da_depressao
Se o raio fosse maior seria 10 /10.

Case 2:22-cv-09462-DMG-ADS    Document 1-11    Filed 12/30/22    Page 43 of 101    Page ID #:990

← **Tweet**

Q Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒️ Lists

👤 Profile

⊙ More

**Tweet**

الاحداث حول العالم | 🎥 
@ImexIIG

···

دوا ليبا في ويست هوليووود ليلة أمس ❤️🔥

Translate Tweet



4:24 AM · Jun 21, 2021 · Twitter for iPhone

20 Likes

💬    🔁    ♡    ⬆️

 Tweet your reply

Reply

**Relevant people**

 الاحداث حول العالم | 🎥
@ImexIIG

Follow

أجمل منصة ترفيهية لأخبار و احداث النجوم والمشاهير حول العالم | الخاص للدعاية و الإعلان

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**



#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Events · Trending
**NO ERA PENAL**
3,959 Tweets

···

Trending in United States
**Argentina**
Trending with  Saudi Arabia, Messi

···

Trending in United States
**#TheMarvels**
2,354 Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski
···

← **Tweet**

🔍 Search Twitter

**Rihanna Navy Brasil | Fan Account** ···
@RNavyBrasil

Rihanna e A$AP Rocky saindo de um jantar em Nova York, na noite passada (22), após uma sessão de estúdio.

Translate Tweet



3:00 AM · Jan 23, 2022 · Twitter Web App

**161** Retweets  **55** Quote Tweets  **2,694** Likes

💬   🔁   ♡   ⬆

---

💬 Tweet your reply                          **Reply**

**tiriça** @leeeeets_ · Jan 23 ···
Replying to @RNavyBrasil
a bicha cas perna de fora em pleno inverno nova yorquino 😭🤭

♡  1

**Jaqueline** @jaqqi_ · Jan 23 ···
Replying to @RNavyBrasil
Af, lindos<3

**nathanbunes**✔ @nathanbunes · Jan 23 ···
Replying to @RNavyBrasil
dps de gravar o everything is love deles

MENTIRA

♡  4

**Alicia Daniels** @AliciaD78801114 · Jan 23 ···
Replying to @RNavyBrasil
Lol

♡

**Alicia Daniels** @AliciaD78801114 · May 12 ···
Replying to @RNavyBrasil
Lol

♡

**Kitkat** @exquentadinha · Jan 23 ···
Replying to @RNavyBrasil
ela tá construindo um estádio avisa

♡

**pedro jnr** @papumtlgd · Jan 24 ···
Replying to @RNavyBrasil and @Tashaokenike
eles dividem as roupas 🥰

♡  1

**raphael** @amalabutnra · Jan 23 ···
Replying to @RNavyBrasil
o ensaio da gravidez

♡  3

**lulu ocupada se radicalizando** @soulsalvaje · Jan 23 ···
Replying to @RNavyBrasil
porra eu AMO ELES

♡

**txexixtx** @teefanie8 · Jan 23 ···
Replying to @RNavyBrasil
Meus pais

♡

**Melo Amargo** @scampaciops · Jan 23 ···
Replying to @RNavyBrasil
Vive no Estúdio 😂

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**Daily Kelly** @Elly_doCamo · Jan 24 ···
Replying to @gabt1rus @RNavyBrasil and @Tashaokenike
Eu topo

♡  1

---

**Rihanna Navy Brasil |...**   Follow
@RNavyBrasil
RN8 🇧🇷 | Estamos online desde 2010, somos o maior e mais completo fã-clube sobre a cantora Rihanna no Brasil e em toda a América Latina. Apoio: @umusicbrasil

**What's happening**

Sports · LIVE
2022 FIFA World Cup

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
📣 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
7,154 Tweets

Trending in United States
**August Alsina**
Trending with Jada, #TheSurrealLife

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2022 Twitter, Inc.

---

**Perkowski Legal P.C.** ···
@c_perkowski

— https://twitter.com/RihannaNoBrasil/status/1501885850503265152 — at — 2022-11-21 22:15:18 -08:00

← **Tweet**

Rihanna.com.br 🔱
@RihannaNoBrasil

**OLHA QUEM APARECEU!**
Rihanna foi vista no restaurante Matsuhisa em Beverly Hills ontem (09/03) 💃😍

Translate Tweet



2:21 AM · Mar 10, 2022 · Twitter for Android

**80** Retweets   **14** Quote Tweets   **814** Likes

Tweet your reply                    Reply

Artur @_arturjustino · Mar 10
Replying to @RihannaNoBrasil
MDS é o clipe de Hard versão mamães

1

Artur @_arturjustino · Mar 10
Replying to @_arturjustino and @RihannaNoBrasil
That I, I, I, I'm so gestante (so gestante) ah yeah, yeah, yeah, I'm so gestante

Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

**Relevant people**

Rihanna.com.br 🔱          Follow
@RihannaNoBrasil

Rihanna.com.br is a genuine and registered fansite, made by fans. 🇧🇷 Fã-clube e portal de notícias brasileiro sobre a cantora Rihanna. Online desde 2008. 💎

**What's happening**

NFL · 1 hour ago
49ers at Cardinals

Entertainment · Trending
**Died Suddenly**
67.6K Tweets

Trending in United States
**Dreamers MV**
163K Tweets

Bachelor in Paradise · Trending
**#BachelorInParadise** 🌹
Trending with Genevieve

Trending in United States
**Jada**
9,197 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/altapeli/status/942399609242095617 __ el __ 2022-11-21 20:50:32 -08:00

← **Tweet**



**AP** ✓
@altapeli

Cuando te hacen salir de la cama un domingo para hacer los mandados en el super de la esquina.
#FirstMan #RyanGosling

Translate Tweet



6:22 AM · Dec 17, 2017 · Twitter Web Client

**1** Retweet    **2** Quote Tweets    **17** Likes

💬    ⟳    ♡    ⬆



P    Tweet your reply                                    Reply

oscar manila @oscar_manila · Dec 17, 2017
Replying to @altapeli
Fuaaa alto ridiculo

💬    ⟳    ♡    ⬆

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

**Relevant people**

**AP** ✓
@altapeli                                    Follow

Cuenta oficial de AltaPeli.com - Cine / Series / Críticas / Noticias / Videojuegos

**What's happening**

NFL · 33 minutes ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
60.7K Tweets

Entertainment · Trending
**#DWTS** 🏆
Trending with Charli, Shangela

Trending in United States
**Jada**
7,321 Tweets

Entertainment · Trending
**Sinbad**
7,165 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

___ https://twitter.com/SNEAKPEEKCA/status/1523079192556236800 ___ at ___ 2022-11-21 17:50:06 -08:00 ___

Case 2:22-cv-09462-DMG-ADS    Document 1-11    Filed 12/30/22    Page 47 of 101    Page ID #:994



← **Tweet**



🔍 Search Twitter

SneakPeek
@SNEAKPEEKCA                                      ...

SNEAK PEEK : Hailee Steinfeld: "Frankies Bikinis"
sneakpeek.ca/2021/03/hailee...



4:15 PM · May 7, 2022 · Twitter Web App

1 Like

        

 Tweet your reply        **Reply**

---

**Home**

**#** Explore

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski                ...

---

**Relevant people**

 SneakPeek
@SNEAKPEEKCA         **Follow**
Invite Only

**What's happening**

FIFA World Cup · 4 hours ago
**USA vs Wales**



Trending in United States
**Died Suddenly**
42.6K Tweets                    ...

Trending in California
**Dodger Stadium**
12K Tweets                      ...

Trending in United States        ...

__ https://twitter.com/NGBRSite/status/1583427888511081984 __ at __ 2022-11-22 21:54:19 -08:00 __



← **Tweet**

 **Nicholas Galitzine Brasil** 👑 **Fã-clube**
@NGBRSite

📸 MAIS FOTOS de Nicholas Galitzine e Anne Hathaway filmando #TheIdeaofYou na quarta-feira, 19 de outubro, em Atlanta, Geórgia.

Translate Tweet



5:00 AM · Oct 21, 2022 · Twitter Web App

**2** Retweets    **43** Likes



**Reply**

---

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📑 Lists

👤 Profile

⋯ More

**Tweet**


**Perkowski Legal P.C.**
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

 **Nicholas Galitzine Br...**    **Follow**
@NGBRSite

Fã-site brasileiro dedicado ao ator e cantor inglês Nicholas Galitzine. Fan account - contact us before taking any legal action! Follow Nicholas: @nickgalitzine

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**



Trending in California
**Costco**
5,766 Tweets

Sports · Trending
**Pat Bev**
Trending with Ayton, Lakers

Trending in United States
**Erection**
16.8K Tweets

Chain restaurants · Trending
**Hooters**
8,737 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy    Accessibility    Ads info    More ···

© 2022 Twitter, Inc.

__ https://twitter.com/lindaikeji/status/1478970934875029506 __ at __ 2022-11-22 02:22:49 -08:00

← **Tweet**



**Linda Ikeji**
@lindaikeji                                    •••

Kim Kardashian and Pete Davidson arrive Bahamas for a
vacation together  lindaikejisblog.com/2022/1/kim-kar
...



10:05 PM · Jan 5, 2022 · LIB App

**4** Likes

💬                ⇄                ♡                ⬆

  Tweet your reply                    **Reply**

**BIGGEST ANTHONY** 😎  @ObioraAtuo · Jan 5        •••
Replying to @lindaikeji
His be finalized

💬                ⇄                ♡                ⬆

**Perkowski Legal P.C.**
@c_perkowski                          •••

---

🔍 Search Twitter

**Relevant people**

  **Linda Ikeji**          **Follow**
@lindaikeji
Blogger. CEO, LindaIkejiTV

**What's happening**

FIFA World Cup · LIVE          
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater**🧑🏽‍🦱
Get tickets now · In theaters December 16
⏵ Promoted by Avatar

Entertainment · Trending          •••
**Died Suddenly**
79.4K Tweets

Trending in California          •••
**Mexicans**
7,244 Tweets

Trending in United States          •••
**Ole Miss**
Trending with  Auburn

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

https://twitter.com/BRMarvelNews/status/1363617172695281986___id__2022-11-22 13:41:22 -08:00
Document 1-11    Filed 12/30/22    Page 50 of 101    Page ID
#:997

# Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

**Relevant people**

Marvel News
@BRMarvelNews
Conta de fã dedicada ao Universo
Marvel 🇧🇷 Contato:
marvelnewsbr@outlook.com

**Follow**

**What's happening**

FIFA World Cup · 3 hours ago
Mexico vs Poland

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in California
Mexicans
19.1K Tweets

Family drama · Trending
#GTMcontest31

Trending in United States
Giroud
Trending with Australia, Mbappe

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

---

**Marvel News** @BRMarvelNews
···

ELA! Hailee Steinfeld hoje nas gravações de #Hawkeye.

Translate Tweet



2:30 PM · Feb 21, 2021 · Twitter for Android

**94** Retweets   **41** Quote Tweets   **1,313** Likes

Tweet your reply                    **Reply**

Marvel News @BRMarvelNews · Feb 21, 2021
Replying to @BRMarvelNews
#Hawkeye

1    16    216

Daniel @danielfsnunes · Feb 21, 2021
Replying to @BRMarvelNews
Imagens lindas em HD📷🎥

Kelvin Santos @kelvi_sants · Feb 21, 2021
Replying to @BRMarvelNews
Todo dia uma foto diferente do set, até lançar dá pra fazer um álbum de fotos

1

P🅰️ULO 😂😅😎 @PH227759278 · Feb 21, 2021
Replying to @BRMarvelNews
Ela vai namora o homem aranha

cintiazinha @cintiamoreira1 · Feb 21, 2021
Replying to @BRMarvelNews
@ArturSemAgah

1    1

Artuzim do T.I @ArturSemAgah · Feb 21, 2021
Replying to @cintiamoreira1 and @BRMarvelNews
Meu deus a hailee tá fazendo minha personagem preferida eu tô feito

Carlos Alvez @CarlosZillion · Feb 21, 2021
Replying to @BRMarvelNews
A bicha é linda...Kate todinha vei!

@szacomics · Feb 21, 2021
Replying to @BRMarvelNews
gente vcs vão acabar FLOPANDO isso de "é ela", "ELA!

Tah Mori 🍓 titans • tw @kiaralbanks · Feb 21, 2021
Replying to @BRMarvelNews
A patroa

thai 🏳️‍🌈 @lavenderhazw · Feb 21, 2021
Replying to @BRMarvelNews
ela é tudoooo

Erika Christina Dos Santos @ErikaCh36054004 · Feb 21, 2021
Replying to @BRMarvelNews
Quando será a estrelia?

italo @itaalosousa_ · Feb 21, 2021
Replying to @BRMarvelNews
Ela é linda d+ 😍

This Tweet was deleted by the Tweet author. Learn more

Daniel @danielfsnunes · Feb 21, 2021
São só fotos do set, não fazemos a mínima ideia do que se vai passar na série! Foi pior com o que vazou de WandaVision naqueles 2 episódios

7

This Tweet was deleted by the Tweet author. Learn more

2 Cheesecakes @2chzcakes · Feb 21, 2021
Thats a great shade of purple they got for her

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Tweet**

← **Tweet**

**Geek Central**
@SpidermanWay

#madameweb



10:03 AM · Oct 6, 2022 · Twitter for Android

**1** Like

Tweet your reply

Reply

**Perkowski Legal P.C.**
@c_perkowski

Search Twitter

**Relevant people**

**Geek Central**
@SpidermanWay
Marvel, DC, Star Wars Fan

Follow

**What's happening**

Formula 1 · This morning
**Abu Dhabi Grand Prix 2022**



**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+



Trending in California
**Rest In Peace**
53.1K Tweets

Trending in California
**Elton John**
10.4K Tweets

Only on Twitter · Trending
**Rest in Power**
24.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS   Document 1-11   Filed 12/30/22   Page 52 of 101   Page ID #:999

← Tweet



**Andy Vermaut**
@AndyVermaut

···

True Thompson, 2, Hosts 'Tutu's Pumpkin Patch' Party With Cousins Chicago, 2 & Psalm, 1 – Watch
hollywoodlife.com/2020/10/03/tru...



1:45 PM · Oct 3, 2020 · dlvr.it

 

 Tweet your reply      Reply

## Relevant people

 **Andy Vermaut**     Follow
@AndyVermaut

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

NFL · 1 hour ago
**Chiefs at Chargers**



**#Disenchanted** 🧚
Original movie now streaming
▶ Promoted by Disney+

Trending in United States     ···
**Bob Iger**
Trending with Chapek, Disney

Trending in United States     ···
**#AMAs** 🎤
4.7M Tweets

Trending in United States     ···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

**Tweet**

Search Twitter

Perkowski Legal P.C.   ···
@c_perkowski

← Tweet

**Ellen World**
@EllenO_world

A source close to the Ellen show strenuously disputed the @BuzzFeed claims as inaccurate, telling @DailyMailCeleb that the typical 12 Days format had to be radically changed due to the realities of the pandemic.

dailymail.co.uk/news/article-9...



© Clint Brewer Photography A.I.M / BACKGRID

1:29 PM · Dec 20, 2020 · Twitter for iPhone

**1** Retweet  **1** Quote Tweet  **22** Likes

---

💬 Tweet your reply                                    Reply

---

**Zuzana Rennes** @ZuzanaRennes · Dec 20, 2020
Replying to @EllenO_world
But is she Covid free or not?
💬        ♡ 1

**Alexandra Smith** @AlexandraA_Smi · Dec 20, 2020
Replying to @EllenO_world @BuzzFeed and @DailyMailCeleb
What does that mean lol
💬        ♡

**Lenssike David** @LenssikeD · Dec 21, 2020
Replying to @EllenO_world @BuzzFeed and @DailyMailCeleb
I am not a fan of @BuzzFeed 😂 They just love spreading negative rumors.
No matter if they're true or not.
The quarantine for people infected with the virus is 10 days here too. It's been like that for more than a month.
I am happy that @TheEllenShow is feeling okay.

GIF  ALT        ▶

💬        ♡ 2

**Farris Flagg** @FarrisFlagg · Dec 21, 2020
Replying to @LenssikeD @EllenO_world and 3 others
@buzzfeed Has been spreading rumors about @TheEllenShow everyday!
From the show being cancelled to guests cancelling on #EllenDegeneres

# FAKE  NEWS
# FAKE  NEWS
# FAKE  NEWS

GIF        ▶

💬        ♡ 4

Show replies

**Farris Flagg** @FarrisFlagg · Dec 20, 2020
Replying to @EllenO_world @BuzzFeed and @DailyMailCeleb
Thank you for the correction! These "Haters" need to stop spreading #FakeNews on Ellen!
💬        ♡ 4

Show more replies

---

**Relevant people**



**Ellen World** @EllenO_world    Follow
• A Fan Page •By a Group Of Fans• Everything About @theellenshow ) Love | Peace | Equality • Contact ellend.world@gmail.com

**BuzzFeed** ✓ @BuzzFeed    Follow
Brb, taking quizzes 🔗 some links may be affiliate 👍

**Daily Mail Celebrity** ✓ @DailyMailCeleb    Follow
✓ Official
Latest celeb and entertainment news from the Daily Mail Showbiz team. We're on Facebook too: fb.me/DailyMailCeleb

**What's happening**

Television · Starts at 7:00 PM
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**HE'S BACK**
119K Tweets

Trending in California
**HELL NO**
46K Tweets

Trending in United States
**Trump's Twitter**
Trending with You Populi

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@_perkowski

Search Twitter

← **Tweet**

**Nicholas Galitzine Updates**
@galitzineupdate ···

📸 Mais fotos de Nicholas Galitzine e Anne Hathaway durante as gravações da adaptação 'The Idea of You" pela Prime Vídeo.
#TheIdeaofYou
2/2
Translate Tweet

👤 Nicholas Galitzine and 6 others

4:18 AM · Oct 21, 2022 · Twitter for Android

**4** Retweets  **35** Likes

💬　　　⟲　　　♡　　　⬆

Ⓟ Tweet your reply　　　Reply

---

**Search Twitter**

### Relevant people

**Nicholas Galitzine Up...**
@galitzineupdate　**Follow**
A sua melhor fonte de informações do ator e cantor Britânico Nicholas Galitzine no Brasil. @nickgalitzine

**Nicholas Galitzine** ✓
@nickgalitzine　**Follow**

**Chrystal** 🇧🇷
@N_GalitzineBr　**Follow**
#nicholasGalitzine #nicolasgalitzine #purplehearts #continenciaaoamor @nickgalitzine

### What's happening

Television · LIVE
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States ···
**HE'S BACK**
127K Tweets

Sports · Trending ···
**Hendon Hooker**
2,240 Tweets

Trending in California ···
**HELL NO**
45.5K Tweets

Show more

Terms of Service　Privacy Policy　Cookie Policy
Accessibility　Ads info　More ···
© 2022 Twitter, Inc.


**Perkowski Legal P.C.** ···
@c_perkowski

**Tweet**

.
@cravemedia_



2:16 PM · Aug 9, 2021 · Twitter for iPhone

**54** Retweets **323** Quote Tweets **1,137** Likes

Tweet your reply                                    Reply

**Cam** @camidellavalle · Aug 9, 2021
Replying to @cravemedia_
R u fucking kidding me olivia wilde mi dios

**Jenni Barry** @JenniBarry11 · Aug 9, 2021
Replying to @cravemedia_
They look so happy and relaxed. A perfect fit.
1                    5

**Toto** @ToToPBel · Aug 9, 2021
Replying to @cravemedia_
Who are they? Im from Argentina.
1

**The Real Neil** @therealneil2000 · Aug 9, 2021
Replying to @ToToPBel and @cravemedia_
Look them up yourself. And nobody asked where you are from

1

**budice0** @budice0 · Aug 9, 2021
Replying to @cravemedia_
Anyone wanna guess?
1

**budice0** @budice0 · Aug 9, 2021
Replying to @budice0 and @cravemedia_
H___y S___s O___a W___e
1

Show replies

**El Saber Del Todo** @ElSaberDelTodo3 · Aug 9, 2021
Replying to @cravemedia_

50

**Mal** @dancerswhirl · Aug 9, 2021
Replying to @cravemedia_
She's so hot
2                    2                    28

**Mal** @dancerswhirl · Aug 9, 2021
Replying to @dancerswhirl and @cravemedia_
Why did this get so many private replies lol
2

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more

**danita🥰** @flaca_dp · Aug 9, 2021
Replying to @MaJoaquinato and @cravemedia_
Dios te salve María llena eres de gracia...
1

**Relevant people**

.
@cravemedia_
Media account for @FilmUpdates

Follow

**What's happening**

NFL · 1 hour ago
**Cowboys at Vikings**



#Disenchanted
Original movie now streaming
Promoted by Disney+

Trending in United States
**Dove Cameron**
4,902 Tweets

Trending in United States
**Machine Gun Kelly**
1,533 Tweets

Trending in United States
**#AMAs**
Trending with soobin, yeonjun

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 1-11   Filed 12/30/22   Page 56 of 101   Page ID #:1003



Tweet

🔁 •BELEN• 🇦🇷 Retweeted

jas🔹
@infinitebrie

promised myself i wouldn't cry

4:24 PM · Dec 16, 2019 · Twitter for Android

**1,064** Retweets   **83** Quote Tweets   **5,120** Likes

Tweet your reply          Reply

**Relevant people**

•BELEN• 🇦🇷
@belxauron                    Follow

🇦🇷 booktw | auron/biyín | marvel | dc | star wars | house of the dragon | dakota johnson | fan account - @biyingifs - @_aurongifs

TheInfiniteSpiderMan
@InfiniteSpider               Follow

**What's happening**

FIFA World Cup · Last night
USA vs Wales

Entertainment · Trending
Died Suddenly
56.3K Tweets

Trending in California
Dodger Stadium
9,870 Tweets

Sports · Trending
Brock Purdy

Trending in United States
Chrisley
20K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski



_ https://twitter.com/proxcinemente/status/1091753486261848065 _ at _ 2022-11-21 12:28:39 -08:00 _

← **Tweet**

 **Próxcinemente**
@proxcinemente                                    ...

Nuevas imágenes de Margot Robbie desde el set de "Birds Of Prey". #BirdsOfPrey

Vía: @JustJared

Translate Tweet



9:41 AM · Feb 2, 2019 · Twitter for Android

 Tweet your reply                          Reply

 Perkowski Legal P.C.
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

 **Próxcinemente**
@proxcinemente                    Follow

Todas las novedades en el mundo del séptimo arte. 🎥 | Creador: @chuyRM_93 | Contacto: proxcinemente@gmail.com

 **JustJared.com** ✓
@JustJared                        Follow

Your #1 Entertainment Authority Also follow @jaredeng @justjaredjr

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**



Trending in United States
**WHAT A SAVE**
7,572 Tweets                          ...

Trending in United States
**#YIAYrewind**                        ...

Politics · Trending
**AR-15**
101K Tweets                           ...

Trending in California
**Telemundo**
7,545 Tweets                          ...

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

__ https://twitter.com/BlinkStationTV/status/1549210362553196545 __ at __ 2022-11-21 15:37:08 -08:00 __

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← **Tweet**

 **Blink Station TV**
@BlinkStationTV

As filmagens de #BesouroAzul foram oficialmente encerradas!

 

6:51 PM · Jul 18, 2022 · Twitter Web App

 

 Tweet your reply

Reply

## Relevant people

 **Blink Station TV**
@BlinkStationTV   **Follow**

📢 Nos sigam para notícias, fofocas, rumores, fanfics, fanarts e umas coisitas mais! 📨 | blinkcontato@gmail.com

## What's happening

NFL · Yesterday
**Cowboys at Vikings**

Entertainment · Trending
**Julia Fox**
8,594 Tweets

Trending in United States
**House of the Rising Sun**

Trending in United States
**$TSLA**
18.9K Tweets

Trending in California
**Netherlands**
164K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

Tweet

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Barbara** 🕸️
@BarbaraEndredy

I can't wait to see Dakota Johnson as Madame Web 🔥🕸️ #DakotaJohnson #MadameWeb



12:01 AM · Aug 7, 2022 · Twitter for iPhone

**1** Retweet   **7** Likes

Tweet your reply

**Reply**

🔍 Search Twitter

**Relevant people**

**Barbara** 🕸️
@BarbaraEndredy
**Follow**
My idol is Dakota Johnson. Fan of Coldplay 💛🍊

**What's happening**

FIFA World Cup · LIVE
**World Cup Qatar 2022: Opening Ceremony**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶️ Promoted by Disney+



Jungkook · Trending
**Jungkook**
Trending with Morgan Freeman, hobi

Sports · Trending
**#PMShowBigBrainStuff**
Trending with Bills -7.5, Commanders -3

Only on Twitter · Trending
**RIP JDF**
2,259 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 1-11    Filed 12/30/22    Page 61 of 101    Page ID #:1008

← **Tweet**

 **Ultimate Rihanna**
@urihannacom                                      ...

#Rihanna was spotted getting a late bite at Giorgio Baldi last night! (11.07)

Check out more: ultimate-rihanna.com/photos/thumbna...



8:46 AM · Nov 8, 2020 · Twitter Web App

**4** Retweets    **15** Likes

 Tweet your reply                    Reply

Q Search Twitter

## Relevant people

 **Ultimate Rihanna**          Follow
@urihannacom

Your most reliable #Rihanna fan source, serving you since the beginning!

## What's happening

FIFA World Cup · This morning
**Mexico vs Poland**                    

**#AvatarTheWayOfWater** 💧
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Entertainment · Trending
**James Woods**                          ...
2,239 Tweets

Trending in United States
**RIP Harold**                           ...

Entertainment · Trending
**Hemsworth**                            ...
5,309 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

 **Perkowski Legal P.C.**          ...
@c_perkowski

— https://twitter.com/bangtidyhq/status/1336771594153304089 — at — 2022-11-20 21:20:12 -08:00 —

← **Tweet**

 **Bang Tidy Celebs**
@BangTidyHQ                                    ···

-@drayamichele

 

12:35 PM · Dec 9, 2020 · Twitter Web App

**1** Retweet   **9** Likes

 Tweet your reply                                    Reply

## Relevant people

 **Bang Tidy Celebs**     Follow
@BangTidyHQ
Bringing you Bang Tidy Celebs from
the UK and around the world. From TV
& Film to Music & Models. Any
requests feel free to tweet.

 **Draya Michele** ✓     Follow
@drayamichele
Designer - Actress - Creative Director
business inquiries:
max@artistryworldwide.com

## What's happening

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening
Ceremony**                                    

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Music · Trending                              ···
**harries**
4,660 Tweets

Trending in United States                     ···
**UCLA**
14K Tweets

Trending in United States                     ···
**Bob Iger**
Trending with Chapek, Disney

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**     ···
@c_perkowski

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet



← **Tweet**

**☀ SpIdEr-MaN ☀**
@BallonFute

Dakota Johnson sur le tournage du film Madame Web ! J'ai vraiment très très peur du résultat 😬

Translate Tweet



6:34 AM · Jul 27, 2022 · Twitter for Android

**3** Likes

Tweet your reply

Reply

**🟥AkamiGoat🖤** ❤️💙 ☀ @AkamiGoat · Jul 27
Replying to @BallonFute
Dans les comics elle est pas sencer etre vielle ?

1      1

**☀ SpIdEr-MaN ☀** @BallonFute · Jul 27
Replying to @AkamiGoat
Si mais il existe deux version: une vieille et une jeune

1      1

Show replies

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

Search Twitter

### Relevant people


**☀ SpIdEr-MaN ☀**
@BallonFute
Follow
Paris ❤️💙 • Neymar est mon idole • fan de Spider-Man ☀ et Zendaya est ma femme ❤️

### What's happening


FIFA World Cup · LIVE
**England vs Iran**

Music · Trending
**Elton John**
Trending with Dodger Stadium, #EltonFarewellTour

Politics · Trending
**Tragically**
16.5K Tweets

Trending in United States
**England**
Trending with #ENGIRN, Saka

Entertainment · Trending
**Negan**
10.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



https://twitter.com/idocomics/status/1155992363366865665..._al __ 2022...9.22 19:30:29 -08:00
Document 1-11  Filed 12/30/22  Page 66 of 101  Page ID
#1013

🔍 Search Twitter

## Navigation
- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski



**herolina do lixo** @heroinadolixo

Vamos falar do que realmente importa que é o nome "puddin" riscado na perna da Harley em Birds Of Prey.

5:03 PM · Jul 29, 2019 · Twitter for iPhone

623 Retweets   41 Quote Tweets   3,357 Likes

---

**herolina do lixo** @heroinadolixo · Jul 29, 2019
Replying to @heroinadolixo
Revivendo esse momento de quando sairam as fotos porque a gente não tem nada né, não tem nenhum poster pra surtar, então vamos ficar criando fanfics que a Hera Venenosa vai aparecer nos pós créditos de Bop.
🔁 1    ❤ 28

**bonnie e cleide** @wondymaxImoff · Jul 29, 2019
Replying to @heroinadolixo and @dcucomics
Nossa, bem reparado. Mas me conta @dcucomics, quando vai sair pôster do filme pra eu virar um mojo e sair divulgando ele nas interwebs?
🔁 1    ❤ 7

**herolina do lixo** @heroinadolixo · Jul 29, 2019
Replying to @wondymaxImoff
em 20170
🔁 1    ❤ 2

Show replies

**Luke** @lllukasgabriel · Jul 29, 2019
Replying to @heroinadolixo and @dcucomics


GIF

🔁 2    ❤ 8

**isabella** @revisabews · Jul 30, 2019
Replying to @heroinadolixo and @dcucomics
meu Deus que mulher

**victçr sawayamo** @visawayamo · Jul 29, 2019
Replying to @heroinadolixo and @dcucomics
amo, a lenda tá pronta pra conhecer o verdadeiro amor da sua vida que é a Pamela

From Rob

🔁    ❤ 14

**petrova** @petrovaboucher · Jul 30, 2019
Replying to @visawayamo and @dcucomics
o gif kkkkkkkkkkkkkk
❤ 1

**Bambinha** @bambis_wtf · Jul 30, 2019
Replying to @heroinadolixo and @dcucomics
@Amanda_Joia

**Quem Não Queria Estar Aqui!** 🐘 @DanielNS5197044 · Aug 1, 2019
Replying to @heroinadolixo and @dcucomics
olha essa parada aqui

**lucas** @kylekestis · Jul 29, 2019
Replying to @heroinadolixo and @dcucomics
Amoooo

Bye bye rascunho do capeta

🔁    ❤ 5

**alice do balacobaco** 🍬 @alicecapeta · Jul 29, 2019
Replying to @heroinadolixo and @dcucomics
pode entrar poison ivy

GIF

---

**Relevant people**

**herolina do lixo**
@heroinadolixo          **Follow**
a heroína é apenas um alter-ego onde tenho super poderes. ela/dela

**What's happening**

Television · LIVE
Bachelor in Paradise airing on ABC

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Family drama · Trending
#GTMcontest37

Sports · Trending
Hunter Renfroe

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2022 Twitter, Inc.



__ https://twitter.com/TheAffinityMag/status/1447555082678149124 __ at __ 2022-11-20 23:41:29 -08:00 __

← **Tweet**

**Affinity Magazine** ✓
@TheAffinityMag

anya taylor joy is a mood



6:30 AM · Oct 11, 2021 · TweetDeck

**1** Retweet   **2** Quote Tweets   **13** Likes

Tweet your reply

Reply

## Relevant people

**Affinity Magazine** ✓
@TheAffinityMag
NEXT GEN OF MEDIA

Follow

## What's happening

Television · 5 hours ago
**The Walking Dead airing on AMC**

**#Disenchanted** 🎃
Original movie now streaming
▶ Promoted by Disney+

Music · Trending
**#DavidoAt30**
56.4K Tweets

Trending in United States
**South Carolina**
22.9K Tweets

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Search Twitter



← **Tweet**

`· ♡ Chogie ·`
@Chogieswagz

···

Camila Cabello กับ Nicholas Galitzine (หรือเจ้าชายโรเบิร์ด
จากหนังเรื่อง Cinderella) ที่ LA /นิโคลัสโพสต์รูปสุดท้ายลง
ไอจีด้วย ฉันชอบเค้ามากกกกก 😍





5:40 AM · Feb 11, 2022 · Twitter Web App

268 Retweets     12 Quote Tweets     55 Likes

💬          ⇄          ♡          ⬆


Tweet your reply                           **Reply**

ทุกอย่างมันขึ้นอยู่กับจังหวะและเวลา @MOO0OOOK · Feb 11
Replying to @Chogieswagz
อารายเนี่ยยยยย

💬          ⇄          ♡ 1          ⬆

Perkowski Legal P.C.   ···
@c_perkowski

🔍 Search Twitter

**Relevant people**

`· ♡ Chogie ·`
@Chogieswagz                    **Follow**

หรือเด็กหล่อ-สวย | ดารา | นักร้อง | รีวิว
หนัง #ไม่อนุญาตให้นำบนขึ้นแปะคลิปหรือ
ลิ้งค์ใดๆทั้งนั้น #รับงานรีวิวรีทวีต
ทักDMเลยค่า

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Trending in California
**Dodger Stadium**
14K Tweets

Entertainment · Trending
**#AntManandTheWaspQuantumania**
1,778 Tweets

Trending in United States
**Janssen**
7,521 Tweets

Sports · Trending
**AP Poll**
11.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

__ https://twitter.com/AndyVermaut/status/1275075865827818823 __ at __ 2022-11-20 14:12:58 -08:00 __

← **Tweet**

**Andy Vermaut**
@AndyVermaut

···

## See Cardi B and Offset's Daughter Kulture Cutely Photobomb Her Parents eonline.com/news/1163549/s...



7:39 AM · Jun 22, 2020 · dlvr.it

Tweet your reply

Reply

**Perkowski Legal P.C.** ···
@c_perkowski

Search Twitter

**Relevant people**

**Andy Vermaut**
@AndyVermaut      Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow

← **Tweet**



Foochia - فوشيا ✔
@foochia

···

جنيفر لوبيز ببدلة رياضية ملونة من توقيع رالف لورين أثناء
احضارها وجبة غداء في بيفرلي هيلز

#Ralphluren #jenniferlopez #jlo #جنيفر_لوبيز# #فوشيا#

Translate Tweet



5:00 AM · Oct 11, 2020 · Hootsuite Inc.

**1** Retweet   **5** Likes

💬          🔁          ♡          ⬆

Relevant people

Foochia - فوشيا ✔
@foochia                                    Follow

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

What's happening

Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

··· More

**Tweet**

Perkowski Legal P.C.  ···
@c_perkowski

P  Tweet your reply                              Reply

— https://twitter.com/StiviDeTivi/status/1539737978217668608 — at — 2022-11-21 19:32:39 -08:00 —

← Tweet



**Stivi De Tivi** ✔
@StiviDeTivi

···

¡¡#Barbie y #Ken vaqueritos!!
twitter.com/StiviDeTivi/st...
Translate Tweet



This Tweet was deleted by the Tweet author. Learn more

3:31 PM · Jun 22, 2022 · Twitter for iPhone

**1** Retweet    **24** Likes

  

 Tweet your reply    Reply

 Search Twitter

**Relevant people**



**Stivi De Tivi** ✔
@StiviDeTivi    Follow

Stivi De TiVi (Enrique Solorzano). AMO las series y el cine. Me encuentras en radio, TV, podcast, revistas, medios digitales y fiestas. Pronombres: Él/Su/Suyo

**What's happening**

NBA · 🔴 LIVE
**Warriors at Pelicans**



Home
# Explore
🔔 Notifications
Messages
Bookmarks
Lists
Profile
··· More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski    ···

__ https://twitter.com/mirreynoble/status/1397219654238711823 __ at __ 2022-11-22 11:57:20 -08:00



← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

This Tweet is from a suspended account. Learn more

**Yovany** @YovanyGaytan69 · May 25, 2021
Replying to @MirreyNoble
Lo mando al cielo de un senton

**Jesse AboLuna** ⬜⬜⬜ @TheLittlePauper · May 25, 2021
Replying to @MirreyNoble
Mujer engañada, despechada, con ganas de venganza, tremendo culazo y ritmo latino, de milagro está de pie jajaja

4

**EL_VerDaDero.** @duronidas · May 25, 2021
Replying to @MirreyNoble
ajaja



GIF ALT

— https://twitter.com/live1dnews/status/1332151077932830720 __ at __ 2022-11-20 21:29:53 -0800 __

# Twitter

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

← **Tweet**

 **1D Updates**
@Live1DNews

Harry on the set of 'Don't Worry Darling' yesterday (November 25)

(Via @hsdcandids)



6:35 PM · Nov 26, 2020 · Twitter for iPad

**16** Likes

Tweet your reply

**Reply**

Perkowski Legal P.C.
@c_perkowski

Search Twitter

## Relevant people

 **1D Updates**
@Live1DNews                 **Follow**

1D Updates. Paul, Andy, and more follow!

**HS Candids**
@hsdcandids                 **Follow**

Follow for HQ candids of HS. Layout by @brightblackdsgn. (Fan Account)

## What's happening

NCAA Men's Basketball · Earlier today
**Terrapins at Hurricanes**



**#Disenchanted** 🧚
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, Disney

Trending in California
**#TWDFamily**
8,769 Tweets

Trending in United States
**#AMAs** 🔥
4.61M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



https://twitter.com/live1dnews/status/1346187048823236056 __ et __ 2022-11-19 18:49:15 -08:00

← **Tweet**

**1D Updates**
@Live1DNews

···

Harry with Jeff and Glenne at their wedding over the weekend

(Via @hsdcandids)



12:09 PM · Jan 4, 2021 · Twitter for iPad

**1** Retweet    **4** Likes

🔍 Search Twitter

**Relevant people**

**1D Updates**
@Live1DNews                    Follow

1D Updates. Paul, Andy, and more follow!

**HS Candids**
@hsdcandids                    Follow

Follow for HQ candids of HS. Layout by @brightblackdsgn. (Fan Account)

**What's happening**

Television · Starts at 7:00 PM
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
◻ Promoted by Uber

Trending in United States                    ···
**HE'S BACK**
115K Tweets

Politics · Trending                    ···
**Mr. President**
30.7K Tweets

Trending in California                    ···
**Messi**
430K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home

Explore

Notifications

Tweet your reply

Reply

— https://twitter.com/lindaikeji/status/1541933287970549760 __ et __ 2022-11-21 20:58:52 -08:00

← **Tweet**





**Linda Ikeji**
@lindaikeji

"God save me" Travis Barker hospitalised; Kourtney Kardashian arrives hospital to be with him

lindaikejisblog.com/2022/6/god-sav...



4:55 PM · Jun 28, 2022 · LIB App

**8** Likes

Tweet your reply                                    Reply

Show additional replies, including those that may contain offensive content          Show

**Perkowski Legal P.C.**
@c_perkowski

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

---

Search Twitter

**Relevant people**

Linda Ikeji
@lindaikeji          Follow
Blogger, CEO, LindaIkejiTV

**What's happening**

NHL · LIVE
Senators at Sharks

Entertainment · Trending
**Died Suddenly**
61.6K Tweets

Entertainment · Trending
**August Alsina**
Trending with #TheSurrealLife

Trending in California
**Gio Reyna**
6,923 Tweets

Trending in United States
**Jada**
7,622 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/agfotosevideos/status/1235248658490290176 — at ... 2022-11-20 10:04:54 -08:00

← **Tweet**

**ATENÇÃO GEEK | Mídia**
@agfotosevideos                              ⋯

Fotos dos bastidores da série **#Loki**, com os membros do TVA e possivelmente o visual da Lady Loki

Translate Tweet



9:00 AM · Mar 4, 2020 · Twitter for Android

**2** Retweets    **12** Likes

💬          🔁          ♡          ⬆️

📷  Tweet your reply                         Reply

**Bifrostz**🤍 @tri_ick · Mar 4, 2020          ⋯
Replying to @agfotosevideos
@JJacyntho omggg

💬 1          🔁          ♡ 1          ⬆️

**○||Tarzan-Skeleton//○** @jjacyntho · Mar 4, 2020   ⋯
Replying to @tri_ick
MANO DO CÉU

💬          🔁          ♡ 1          ⬆️

---

🔍 Search Twitter

**Relevant people**

**ATENÇÃO GEEK | Mídia**          Follow
@agfotosevideos
Conta para fotos e vídeos dos bastidores do mundo do entretenimento. Conta oficial: @atencaogeek

**What's happening**

Television · Last night
**Saturday Night Live airing on NBC**

#Disenchanted 🧙
Original movie now streaming
📣 Promoted by Disney+

Only on Twitter · Trending          ⋯
**Jason David Frank**
Trending with First Kevin Conroy

Trending in California          ⋯
**Shakira**
102K Tweets

Entertainment · Trending          ⋯
**Morgan Freeman**
157K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski                ⋯

__ https://twitter.com/AndyVermaut/status/1312888493316558848 __ at __ 2022-11-20 20:58:04 -08:00 __

← **Tweet**



**Andy Vermaut**
@AndyVermaut

•••

Kendall Jenner & BF Devin Booker Hold Hands On Romantic Dinner Date In L.A. — See Pics
hollywoodlife.com/2020/10/04/ken...



3:53 PM · Oct 4, 2020 · dlvr.it

 

 Tweet your reply

Reply

---

Q Search Twitter

## Relevant people

**Andy Vermaut**
@AndyVermaut

Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

Television · 2 hours ago
**The Walking Dead airing on AMC**



**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States   •••
**Bob Iger**
Trending with Chapek, Disney

Trending in United States   •••
**#AMAs** 💃
Trending with #BLACKPINK 💜, soobin

Trending in California   •••
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski   •••

https://twitter.com/TrustMeBro18/status/15790950892057420800 ___ at ___ 2023-11-20 10:54:59 -08:00
IZT-zv09462-DMG-ADS   Document 1-11   Filed 12/30/22   Page 81 of 101   Page ID
#1028

**BigDeePee**
@TrustMeBro18

New #MadameWeb set photos



9:33 AM · Oct 6, 2022 · Twitter for Android

**29** Retweets  **17** Quote Tweets  **154** Likes

Tweet your reply                          Reply

**BigDeePee** @TrustMeBro18 · Oct 6
Replying to @TrustMeBro18
Dakota Johnson, Celeste O'Connor and Tahar Rahim stunt double
♡ 1          ♡ 17

**BigDeePee** @TrustMeBro18 · Oct 6

♡ 2          ♡ 18

**BigDeePee** @TrustMeBro18 · Oct 6
Replying to @TrustMeBro18
**BigDeePee** @TrustMeBro18 · Oct 6
Tahar Rahim as Ezekiel Sims?
#MadameWeb

♡ 3          ♡ 19

**Dominic Matteo** @MatteoDominic · Oct 8
Replying to @TrustMeBro18
Riku possessed Ansem vibes

**AnonymousVigilante** @AnonymousVigil4 · Oct 9
Replying to @TrustMeBro18
No one else gets Kaine Parker vibes from the back of the suit?

**Jasonnnn** @Jason_infinity · Oct 6
Replying to @TrustMeBro18 and @Blacklight_21
Who tf is tht

**Blacklight** 📍 @Blacklight_21 · Oct 6
Replying to @Jason_infinity and @TrustMeBro18
**BigDeePee** @TrustMeBro18 · Oct 6
twitter.com/TrustMeBro18/s...
Show this thread
♡ 1

Show replies

**AngryOldDad** @AngryOldDad1 · Oct 6
Replying to @TrustMeBro18
From far away, the stunt guy looked like Jack Harlow

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

Tweet

**Perkowski Legal P.C.**
@_perkowski

---

Search Twitter

**Relevant people**

**BigDeePee**
@TrustMeBro18          Follow
Movies | Series

**What's happening**

NFL · LIVE
Browns at Bills
41.1K Tweets

#Disenchanted 🪄
Original movie now streaming
Promoted by Disney+

Trending in California
**Rest In Peace**
15.9K Tweets

Only on Twitter · Trending
**Rest In Power**
15.9K Tweets

Only on Twitter · Trending
**Jason David Frank**
140K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

**`. ♡ Chogie ·°**
@Chogieswagz                                                              ···

# โอ๊ยยยย หวานนนน 🥰❤️
หวานเกินไปมาก ลี่ย์สวยมากแง
พวกนางเหมือนวัยรุ่นอีกครั้งเลย

Translate Tweet



6:42 PM · May 28, 2020 · Twitter Web App

**494** Retweets    **3** Quote Tweets    **118** Likes

💬                        ⟲                        ♡                        ⬆️

  Tweet your reply                                    Reply

---

## Relevant people

 **`. ♡ Chogie ·°**                        Follow
@Chogieswagz

หวีดฝรั่งหล่อ-สวย | ดารา | นักร้อง | รีวิว
หนัง #ไม่อนุญาตให้เมนชั่นแปะคลิปหรือ
ลิงค์ใดๆทั้งนั้น #รับงานรีวิวรีทวีต
ทักDMเลยค่า

## What's happening

Television · LIVE
**Bachelor in Paradise airing on ABC**                    

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
💧 Promoted by Avatar                      

Trending in United States                        ···
**RIP Harold**

Trending in United States                        ···
**Hooters**
8,125 Tweets

Trending in California                          ···
**#chainsawman**🪚
144K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**

**Explore**

**Notifications** 1

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Search Twitter

Perkowski Legal P.C.    ···
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 1-11   Filed 12/30/22   Page 83 of 101   Page ID #:1030

← **Tweet**

Home

Explore

Notifications

Messages

This Tweet is from a suspended account. Learn more

This Tweet is from a suspended account. Learn more

← **Tweet**

🔁 Alex Salvatore 🧑‍🚒 Retweeted

**Spider-Lucas** ❄️
@lucvalli                                    ⋯

¿Podemos hablar de lo hermoso que es este traje? Y lo
que resalta entre el fondo invernal.

Translate Tweet



5:45 PM · Jan 16, 2021 · Twitter for Android

**16** Retweets    **4** Quote Tweets    **134** Likes

💬          🔁          ♡          ⬆️

Tweet your reply                                    Reply

**Q** Search Twitter

🏠 Home

# Explore

🔔 Notifications ①

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

### Relevant people

**Alex Salvatore** 🧑‍🚒          Follow
@Alexromval
'Nadie puede juzgar desde fuera el
amor'

**Spider-Lucas** ❄️          Follow
@lucvalli
Hablo de cine y series en
@caminoheroe 🎥 | Productor en
@sosheroe | Análisis en hilos | Adicto
a hacer listas 🎬 y al café ☕ | Padre
de Katara 🐱

### What's happening

Sports · LIVE
**2022 FIFA World Cup**

**#Disenchanted** 😈
Original movie now streaming
▶️ Promoted by Disney+

Music · Trending          ⋯
**#DavidoAt30**
55K Tweets

Trending in United States          ⋯
**Maher**
22K Tweets

Trending in United States          ⋯
**#AMAs** 💋
Trending with soobin, yeonjun

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**          ⋯
@c_perkowski

← **Marvel News**
@BRMarvelNews

**Gente?**

Martin Freeman como Everett Ross no set de Black Panther: Wakanda Forever



3:25 PM · Aug 26, 2021 · TweetDeck

**87** Retweets   **203** Quote Tweets   **2,399** Likes

---

Tweet your reply                                    Reply

**Bigbter** @mormonksuke · Aug 26, 2021
Replying to @BRMarvelNews
levando em consideração que os filmes se passam em 2023 e que talvez o personagem não tenha sumido com o estalar de dedos do Thanos, faz sentido

**Luan de Oliveira** @Luan_Strange · Aug 26, 2021
Replying to @BRMarvelNews
Envelheceu muito durante os 5 anos kkkkki

From Luan de Oliveira              15

**LUiii** @captsmiler · Aug 26, 2021
Replying to @BRMarvelNews

GIF  ALT

**ana luiza** 🐀 ⭐️ @analu_abovealll · Aug 26, 2021
Replying to @BRMarvelNews
@magsterie

**daniel molloy's ex-wife** @morgan15fae · Aug 26, 2021
Replying to @analu_abovealll and @BRMarvelNews
aff marvel não me faz querer dar pra um senhor de idade com menos de 1,70 de novo pelo amor de deus

**bigger than sun** @babycakesweet · Aug 27, 2021
Replying to @BRMarvelNews
gente...

**Igor N.** @oHHneT1 · Aug 26, 2021
Replying to @BRMarvelNews
Martin Freeman brabo demais

**Janine** ● ▫️ @janine_lks · Aug 26, 2021
Replying to @BRMarvelNews
Nsi, famoso Diff?

**Gabriel_Chaver°** @GG_Chaves17 · Aug 26, 2021
Replying to @BRMarvelNews

I'll never forget the sweet way you proposed to me when you said,
GIF  ALT

**g.i.a** @voguesiper · Aug 26, 2021
Replying to @BRMarvelNews
tá um gostoso

**_lory_** @batcapfck · Aug 26, 2021
Replying to @BRMarvelNews
Jesus



**gobi. moved** @shepxlock · Aug 26, 2021
Replying to @BRMarvelNews
kevin feige faça o everett conhecer o stephen e eu digo se esperava ou não

**Relevant people**

**Marvel News**
@BRMarvelNews                    Follow
Conta de fã dedicada ao Universo
Marvel 🇧🇷 Contato:
marvelnewsbr@outlook.com

**What's happening**

NFL · 2 hours ago
Browns at Bills

#Disenchanted 🧚
Original movie now streaming
Promoted by Disney+

Korean music · Trending
taehyun
32.7K Tweets

Trending in United States
UCLA
30.2K Tweets

Trending in California
Elton John
12.5K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Perkowski Legal P.C.
@_perkowski



# Tweet





@vsvp6ix



2:30 AM · Nov 23, 2019 · Twitter Media Studio

21 Retweets    5 Quote Tweets    276 Likes

## Relevant people



@vsvp6ix
fresh

**Follow**

## What's happening

Tweet your reply

**Reply**



Perkowski Legal P.C.
@c_perkowski

Tweet

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**dee.**
@harrymoonchild

This is such a boyfriend hold I'm going to go cry bye



8:44 PM · Dec 1, 2020 · Twitter for Android

**24** Retweets **15** Quote Tweets **350** Likes

Tweet your reply

Reply

**BJ** @bevvy9518 · Dec 6, 2020
Replying to @harrymoonchild
This suit, who does it look #Better on??

1 1

**Rainberry Sugar** 🖤 @rainberrrysugar · Dec 6, 2020
Replying to @bevvy9518 and @harrymoonchild
They are just a perfect match🥰

1



**Perkowski Legal P.C.**
@c_perkowski

Search Twitter

## Relevant people



**dee.**
@harrymoonchild



#harry: starry haze crystal ball 🌐🐢 | backup:@goldenfineline | ig:dishaxrai

## What's happening

NFL · 2 hours ago
**Chiefs at Chargers**



**#Disenchanted**
Original movie now streaming
Promoted by Disney+

Sports · Trending
**Sean Payton**

Trending in United States
**#AMAs**
Trending with soobin, yeonjun

Trending in United States
**UCLA**
13.3K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.



← **Tweet**

**Homo Honey**
@DixPeyton

"Are you wearing the-"
"the Chanel boots? Yeah I am."



7:25 PM · Jun 19, 2021 from Brooklyn, NY · Twitter for iPhone

**296** Retweets    **38** Quote Tweets    **4,762** Likes

🗨    ↻    ♡    ⬆

Tweet your reply                                            **Reply**

**Ryan Jamaal Swain** @RyanJamaal · Jun 19, 2021
Replying to @DixPeyton and @dancingofpens
My baby Lucas
🗨    ↻    ♡ 3    ⬆

**diego** @klaegous · Jun 20, 2021
Replying to @DixPeyton
I want to see more of this omg
🗨    ↻    ♡    ⬆

**AK Chauhan** @_akchauhan · Jun 20, 2021
Replying to @DixPeyton
Whats this shit?
🗨    ↻    ♡ 5    ⬆

**Heaux** @plumppussybish · Jun 19, 2021
Replying to @DixPeyton
Lmfaooo those are AliExpress boots  don't gas her up like that

star.aliexpress.com
Let's shop together on AliExpress with new user coupons

🗨 2    ↻    ♡ 9    ⬆

**Melle** @Sharmel05774304 · Jun 20, 2021
Replying to @plumppussybish and @DixPeyton
WOW OUT THERE no cap
🗨    ↻    ♡    ⬆

**@swiimlyy** · Jun 20, 2021
Replying to @DixPeyton
Those are loeffler Randall boots in case anyone's wondering lol
🗨    ↻    ♡ 2    ⬆

**Sidewayz** @Frankohairy · Jun 19, 2021
Replying to @DixPeyton
Smashing
🗨    ↻    ♡ 1    ⬆

**Melle** @Sharmel05774304 · Jun 20, 2021
Replying to @DixPeyton
WTH
🗨    ↻    ♡    ⬆

**Meghna Bose** @MeghnaBose13 · Jun 20, 2021
Replying to @DixPeyton
The Devil Wears Prada!! ❤
🗨    ↻    ♡ 2    ⬆

**Ritvika** @tabitribe · Jun 20, 2021
Replying to @DixPeyton
I swear I've seen them at H&M
🗨    ↻    ♡    ⬆

**Saundra Parker** @HdDivaInc · Jun 21, 2021
Replying to @DixPeyton
They don't flatter him at all.
🗨    ↻    ♡    ⬆

**Aarushi** @aarushiii_iii · Jun 20, 2021
Replying to @DixPeyton
Sir👄💕
🗨    ↻    ♡    ⬆

**Casper** @JBPVFM · Jun 20, 2021
Replying to @DixPeyton
Cough.
🗨    ↻    ♡    ⬆

**Jade In NM on Tribel** @Jadeinnm · Jun 20, 2021
Replying to @DixPeyton
Nice boots!
🗨    ↻    ♡    ⬆

**Joshua** @The_RoyalJoshua · Jun 19, 2021
Replying to @DixPeyton
Ok then.🤷🤷🤷🤷🤷
🗨    ↻    ♡ 1    ⬆

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**san** @sansuckerino · Jun 20, 2021
Replying to @Saima05225761 and @DixPeyton
ok
🗨    ↻    ♡ 2    ⬆

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**
**Tweet**

Perkowski Legal P.C.
@c_perkowski

**Relevant people**

**Homo Honey**
@DixPeyton    **Follow**
"a sellout" - my dad
peytondix@gmail.com

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Events · Trending
**LGBT**
205K Tweets

Trending in California
**#boltup** ⚡
5,865 Tweets

Trending in United States
**New Week**
109K Tweets

Trending in United States
**England**
Trending with #ENGIRN, Saka

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← Tweet

## Search Twitter

**Rihanna Indonesia**
@RihannaIndo

···

Killa 🔥 #NYC



11:05 PM · Jan 29, 2022 · Twitter for iPhone

**12** Likes

💬   🔁   ♡   ⬆️

Tweet your reply          **Reply**

### Relevant people



**Rihanna Indonesia**     **Follow**
@RihannaIndo

Rihanna biggest fanbase in Asia.
Followed by @Rihanna.
#IndonesiaWantsRihanna

### What's happening

NFL · 1 hour ago
**49ers at Cardinals**



Entertainment · Trending
**Died Suddenly**
64.2K Tweets

···

Only on Twitter · Trending
**Pablo Milanés**
Trending with Auburn

···

Trending in United States
**Murder House**
1,678 Tweets

···

Trending in United States
**August Alsina**
Trending with #TheSurrealLife

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

**Perkowski Legal P.C.**    ···
@c_perkowski

← Tweet

Q Search Twitter

**Andy Vermaut**
@AndyVermaut

⋯

Angelina Jolie Takes Vivienne, 12, Back To School Shopping In $700 Valentino Sandals — See Pics
hollywoodlife.com/2020/08/27/ang...



12:45 PM · Aug 27, 2020 · dlvr.it

💬            🔁            ♡            ⬆️

P   Tweet your reply                    Reply

## Relevant people

**Andy Vermaut**
@AndyVermaut                    Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

Television · 1 hour ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
📷 Promoted by Uber

Music · Trending                    ⋯
**JISOO**
Trending with #BLACKPINK, Camila

Music · Trending                    ⋯
**#DreamersbyJungkook**
Trending with #FIFAWorldCup 🏆

Trending in United States                    ⋯
**Blocked**
128K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

P   **Perkowski Legal P.C.**   ⋯
@c_perkowski



← Tweet

Search Twitter

**FILM TRACK**
@filmseriefr

···

Margot Robbie et Ryan Gosling sur le tournage du film #Barbie. 📷



3:01 PM · Jun 22, 2022 · Twitter for iPhone

**4** Likes

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Tweet your reply

Reply

**Relevant people**

**FILM TRACK**
@filmseriefr

Follow

"Il était une fois le cinéma." ✨ —
Retrouvez toutes les dernières
informations sur le monde du cinéma.

**What's happening**

Television · 4 hours ago
**Last Week Tonight With John Oliver airing on HBO**

Trending in United States
**maher**
22.1K Tweets

···

Trending in United States
**#AMAs** 🎤
Trending with sabrina

···

Trending in United States
**Friendsgiving**
12.5K Tweets

···

Music · Trending
**#DavidoAt30**
67.2K Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

···

← **Tweet**



**.**
@cravemedia_

2:58 PM · Jun 22, 2022 · Twitter for iPhone

**291** Retweets **448** Quote Tweets **3,368** Likes

Tweet your reply                    Reply

**kyle nemecek** @halcyonmyron · Jun 23
Replying to @cravemedia_

**Don't Die Wondering** @ddw · Jun 23
Replying to @cravemedia_
Very pretty! ✨🫧

🗨                    🔁                    ♡ 1                    ⬆

---

**Home**

**Explore**

**Notifications** 1

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

---

Search Twitter

### Relevant people

**.**
@cravemedia_                    Follow
Media account for @FilmUpdates

### What's happening

NBA · LIVE
**Warriors at Pelicans**

Entertainment · Trending
**Died Suddenly**
53.4K Tweets

Entertainment · Trending
**#DWTS** 😭
Trending with Charli, Gleb

Trending in United States
**Givens**

Family drama · Trending
**#GTMcontest13**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

22-cv-09462-DMG-AGR



**Tweet**

**Dani Lagi ⚡ Strip Marvel**
@StripMarvel

Estoy TAN feliz de que haya vuelto @vincentdonofrio y Charlie.

Translate Tweet

7:15 AM · Aug 10, 2022 · Twitter for iPhone

**215** Retweets   **27** Quote Tweets   **4,107** Likes

Tweet your reply     Reply

**Carlos Emmanuel** @ceal107 · Aug 10
Replying to @StripMarvel and @vincentdonofrio
Estas tan hermoso como el día en que te fuiste 😭

**C:\Adri\ @adrsfm** · Aug 10
Replying to @StripMarvel and @vincentdonofrio
Bof

**Valerio** @valequero19 · Aug 10
Replying to @StripMarvel and @vincentdonofrio
Kingpin pudo resurgir xq Daredevil se fue con el chasquido demostrando que Thanos estaba equivocado, eliminar a la mitad por azar mantiene el numero de malos y buenos...

**junior ❄️ #AntManandTheWaspQuantumania** @kBrjnr · Aug 10
Replying to @StripMarvel and @vincentdonofrio
El futuro presidente de NY jugará un papel importante en el ucm si llega a ocurrir eso

**Ivan** @albxrrez · Aug 10
Replying to @kBrjnr @StripMarvel and @vincentdonofrio
Alcalde*
1            3
Show replies

**Humberto Treviño A.** @YoSoyHumber · Aug 10
Replying to @StripMarvel and @vincentdonofrio
... yo sí le doy oportunidad a todos los de Netflix, hasta a Finn para que se reivindique

**Alvaro** @arocooficial · Aug 10
Replying to @StripMarvel and @vincentdonofrio
De los mejores villanos de Marvel y actorazo👏!!

**Prolix12** @Prolix121 · Aug 10
Replying to @StripMarvel and @vincentdonofrio
Marvel Studios consiguió lo que Netflix no se podía permitir: un traje con buenas hombreras xd

**ANDRYUX** @Salinasiniesta1 · Aug 10
Replying to @StripMarvel and @vincentdonofrio
Tío soy yo o cada vez lo hacen mas grande? Porque me flipa
3

**Pablo Morono** @PabloMorono33 · Aug 11
Replying to @StripMarvel and @vincentdonofrio
Es una beeeestiaaaaaaa grande vincent

**ElJesse42_Andrés ⛏️ #Rebemandys** @ElJesse42 · Aug 10
Replying to @StripMarvel and @vincentdonofrio
Está cabreado por el balazo que le metió Maya xD
Que bueno que regresaron

**Vicente Agüera** @VicenteAguera · Aug 10
Replying to @StripMarvel and @vincentdonofrio
🎵No estaba muerto, andaba de parranda...🎵

**Luis Camargo Salcedo** @LuisSalcedomon · Aug 10
Replying to @StripMarvel and @vincentdonofrio
Simplemente magnifico!

**Reistmas 🇭🇺** @ItsReiValentine · Aug 11
Replying to @StripMarvel and @vincentdonofrio
No tiene nada que ver con el post pero tengo la teoría de que, ¿Y si los mutantes en el MCU están en el reino cuantico por alguna razón?

**Alvaro Wasabi 🥑** @alvaro_wasabi · Aug 11
Replying to @StripMarvel and @vincentdonofrio
Cuando interpreta a ese personaje su cuello desaparece.
1            65

**Nel** @CorrePlataró · Aug 10
Replying to @alvaro_wasabi @StripMarvel and @vincentdonofrio
Debe llevar una protección o dentro o algo para caracterizarse en el personaje
3

**Joel** @Jaue07 · Aug 10

---

**Relevant people**

**Dani Lagi ⚡ Strip Ma...**     Follow
@StripMarvel
Soy @Dani_Lagi de Strip Marvel en @youtube y @twitch autor de #ComoConocíaVuestraMarvel y el cómic #ElGuanteHaterDelInfinito CONTACT: stripmarveltv@gmail.com

**Vincent D'Onofrio** ✔     Follow
@vincentdonofrio
Official Account of Actor, Producer, Director and Writer, Vincent D'Onofrio

**What's happening**

NHL · LIVE
Islanders at Maple Leafs

Entertainment · Trending
**Died Suddenly**
49.3K Tweets

Sports · Trending
**Lane**
Trending with Auburn

Sports · Trending
**Grupo Firme**
1,972 Tweets

Trending in United States
**#ThingsUOftenQuestion**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/ahoybieber/status/1375415535095031076 __id __  2022-11-22 12:18:12 -08:00   Document 1-11   Filed 12/30/22   Page 96 of 101   Page ID #1043





🔍 Search Twitter

**Relevant people**

@AhoyBieber          Follow
@AhoyBieber
I loved bieber before it was cool.
@justinbieber

Hailey Bieber Outfits ✔   Follow
@haileysoutfits2
Posting @haileysoutfits media on
here. I do not own any of the content I
post, all credits go to their respective
owners. If specific credit is required,
DM me.

**What's happening**

FIFA World Cup · 2 hours ago
**Mexico vs Poland**

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Tarantino**
Trending with Scorsese, Anthony Markle

Trending in California
**LAPD**
11.2K Tweets

Trending in California
**Mexicans**
163K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

@AhoyBieber                                    ···

Someone was definitely shooting down low



Hailey Bieber Outfits @haileysoutfits2 · Mar 26, 2021
(Video) Justin rightfully calling out paps for trying to take photos of Hailey
underneath her skirt as they left dinner out in LA.

4:45 AM · Mar 26, 2021 · Twitter for iPhone

75 Retweets   24 Quote Tweets   427 Likes

Tweet your reply                                Reply

··· @AhoyBieber · Mar 26, 2021
Replying to @AhoyBieber
lying to my mans face

6        38

prin @highachieber · Mar 26, 2021
Replying to @AhoyBieber
Parece no vídeo que ele n percebeu mas ela ficou mt incomodada e qnd
entraram na van falou pra ele, ai ele foi tirar satisfação 😢

🦋Searching4Kidrauhl🦋 @Searchin4Justin · Mar 26, 2021
Replying to @AhoyBieber
#JusticeforHailey #ArrestThePap

Perkowski Legal P.C.   ···
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

__ https://twitter.com/nanfixus/status/1093086485662300160 __ at __ 2022-11-19 19:09:50 -08:00

← **Tweet** 

 Search Twitter

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

⊙ More

**Tweet**

🔁 @nanfixus Retweeted

♡ DJohn 💙 DJ ❄️ 👑 ♡
@AllMyloveQueenD

⋯

That lip 😍



7:24 PM · Feb 5, 2019 · Twitter for Android

**10** Retweets   **40** Likes

💬            🔁            ♡            ⬆️


Perkowski Legal P.C.
@c_perkowski   ⋯

P   Tweet your reply                    Reply

## Relevant people

@nanfixus
@nanfixus                            **Follow**

DJ Fan ❄️ Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🇦🇷

## What's happening



Television · LIVE
**Saturday Night Live airing on
NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
▶️ Promoted by Uber

__ https://twitter.com/MarvelCineVerse/status/1431015038953922567 __ at __ 2022-11-20 11:01:56 -08:00 __

← **Tweet**

**Marvel CinéVerse**
@MarvelCineVerse

...

#BlackPantherWakandaForever : Photos de Dominique Thorne en Riri Williams sur le tournage de 'BLACK PANTHER : WAKANDA FOREVER'. (via @CreamOrScream)

3:05 PM · Aug 26, 2021 · Twitter for Android

**13** Retweets  **1** Quote Tweet  **53** Likes

Tweet your reply

Reply

## Relevant people

**Marvel CinéVerse**
@MarvelCineVerse
Follow

Actualités et encyclopédie sur le MCU Instagram 📷 : marvelcineverse_
Associé à @swcineverse ⭐

**Cora Ventura**
@CreamOrScream
Follow

Venting account for all things great and small such as #Marvel and #DCComics, #Netflix, #Gaming #Films, and also a Media Account. Supporter of #AmberHeard 💐

## What's happening

Television · Last night
**Saturday Night Live airing on NBC**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
41.1K Tweets

...

Entertainment · Trending
**Morgan Freeman**
176K Tweets

...

Trending in California
**#DonaldTrump**
41K Tweets

...

Show more

Terms of Service  Privacy Policy  Cookie Policy  Accessibility  Ads info  More ...
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**
@c_perkowski
...

## Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Case 2:22-cv-09462-DMG-ADS    Document 1-11    Filed 12/30/22    Page 99 of 101    Page ID #:1046

← **Tweet**

.
@cravemedia_



3:47 AM · Oct 15, 2022 · Twitter for iPhone

**6** Retweets  **3** Quote Tweets  **85** Likes

Tweet your reply

Reply

## Relevant people

.
@cravemedia_
Media account for @FilmUpdates

Follow

## What's happening

FIFA World Cup · LIVE
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🤯
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Morgan Freeman**
73.4K Tweets

Trending in United States
**RIP JDF**
1,234 Tweets

Trending in United States
**#DonaldTrump**
37.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Search Twitter



— https://twitter.com/jaymalecelebs/status/1312166365629874178 — at — 2022-11-21 03:07:48 -08:00 —

← **Tweet**

**Male Celeb Hotties**
@jaymalecelebs
⋯

When you strut around knowing you're a stud



4:03 PM · Oct 2, 2020 · Twitter for Android

**83** Retweets   **1** Quote Tweet   **572** Likes

💬      🔁      ♡      ⬆️

🅿️  Tweet your reply                    Reply

**dirtyhornyalex** @dirtyhornyalex · Oct 2, 2020    ⋯
Replying to @jaymalecelebs
I wish he was naked there
💬 1      🔁      ♡ 1      ⬆️

**Shi** @stubbs234 · Oct 3, 2020    ⋯
Replying to @dirtyhornyalex and @jaymalecelebs
Definitely
We need to see skinny dipping pics again
💬      🔁      ♡      ⬆️

**Perkowski Legal P.C.**
@c_perkowski
⋯

🐦 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

Search Twitter

**Relevant people**

**Male Celeb Hotties**
@jaymalecelebs          Follow
Just a bi guy bringing you hot male celeb content to lust over! DM's are always open! Have fun! 😜 18+

**What's happening**

Television · Last night
**The Walking Dead airing on AMC**



Trending in United States
**Carr**
31K Tweets
⋯

Trending in United States
**#AMAs** 🎤
Trending with soobin, Sabrina
⋯

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium
⋯

Music · Trending
**Billy Joel**
1,264 Tweets
⋯

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.