# EXHIBIT B Continued

https://twitter.com/oh_mes2/status/1176794076922266019... et ... 2022-11-23 19:26:56 -08:00

# Twitter

**mes #TeamPinky**
@OH_mes2

MONSTA X is reportedly filming their comeback music video in Los Angeles

n.news.naver.com/entertain/now/...



BACKGRID

2:02 AM · Sep 25, 2019 · TweetDeck

**695** Retweets   **245** Quote Tweets   **2,168** Likes

---

Tweet your reply                                      Reply

**ureuqzu** @deobijeu · Sep 25, 2019
Replying to @OH_mes2
loona oec did it first tho 😂
  10              1

**ɪɪ** @gyuuna89 · Sep 25, 2019
Replying to @deobijeu @wuudot and @OH_mes2
I'm confused, they did first what 😂

**lily 🦋** @rrfrysnd · Sep 25, 2019
Replying to @OH_mes2
YAS



1:33  1,870 views
From lily 🦋

**👑 🦋 @Anaaiifm** · Sep 25, 2019
Replying to @OH_mes2
yahhhhh

**close!** @softiielly · Sep 25, 2019
Replying to @OH_mes2
kings

**MOVED** @WONHOLATINO · Sep 25, 2019
Replying to @OH_mes2
aaaaa

**사라차** @WMonAiee · Sep 25, 2019
Replying to @OH_mes2
😭😭 COMEBACK!! REALLY

**Bun** @bunylbo · Sep 25, 2019
Replying to @OH_mes2
Ofc they are
  twitter.com/baekhole/statu...

**nat_it** @linobinie · Sep 25, 2019
Replying to @OH_mes2
@kyunlvr
  2

**julia 🦋** @kyunlvr · Sep 25, 2019
Replying to @linobinie @MINHOES and @OH_mes2
SIS IVE TWEETED AB THIS SKDKSKDMMS

**itsEspresso** @itsEspr3sso · Sep 25, 2019
Replying to @OH_mes2
I don't know if this is a domestic comeback? Or this a special collab with a latin artist
  5

**⊘** @99kimyohan · Sep 25, 2019
Replying to @OH_mes2
Omg



2:19  270.3K views
From ⊘

**MILKLOVE SERIE** @sapphicyr · Sep 25, 2019
Replying to @OH_mes2

**Relevant people**

**mes #TeamPinky**
@OH_mes2                          Follow
Hello 👋

**What's happening**

FIFA World Cup · This morning
Mexico vs Poland

**#AvatarTheWayOfWater**
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in United States
RIP Harold                              ···

Trending in United States
#StayWoke                              ···

Sports · Trending
#OUohyeah                              ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.   ···
@c_perkowski

← Tweet



**La Ligue Des Nakamas**
@LLDNofficiel

Les premières images de tournage de la série
#IronHeart

Translate Tweet



3:09 PM · Aug 8, 2022 · Twitter for Android

1 Retweet   49 Likes

---

**Axel** @GreenAristote · Aug 9
Replying to @LLDNofficiel
Elle est vraiment classe l'armure !

**TotoZ** @TotoZ51241080 · Aug 8
Replying to @LLDNofficiel
J'aime bien ça fait écho à cette armure

♡ 9

**Kal** @Kal50403707 · Aug 9
Replying to @LLDNofficiel
On dirait l'armure de luthor dans superman et lois.

**ZAX** @ZAX7366 · Aug 8
Replying to @LLDNofficiel
Giga stylé l'armure

**Fariss BenRix** 🇩🇿 فارس بنريكس @FBenrix · Aug 8
Replying to @LLDNofficiel
the Hood en vilain, cool.

**RealSlachi** 🇩🇿🇪🇸 (DGM) @RealSlachi · Aug 8
Replying to @LLDNofficiel
elle a bcp plus de flow que les amure de stark on dirait une putin de doom slayer avec ca xd

**RealSlachi** 🇩🇿🇪🇸 (DGM) @RealSlachi · Aug 8
Replying to @LLDNofficiel
Waaaa son armoire est TROP STYLÉ BORDEL 😳😳
La série ca sera technologie vs Magie ca me hype énormément sur le papier

GIF   ALT

---

**Relevant people**

**La Ligue Des Nakamas**   Follow
@LLDNofficiel
Page officielle de La Ligue Des Nakamas Tipee : cpc.cx/oxe Twitch : m.twitch.tv/lldnofficiel/p...

**What's happening**

Television · Last night
**The Walking Dead airing on AMC**

Music · Trending
**Kelly Rowland**
19.4K Tweets

The Walking Dead · Trending
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States
**Heisman**
4,553 Tweets

Entertainment · Trending
**Disney**
Trending with Bob Iger, Chapek

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Tweet your reply   Reply



— https://twitter.com/proxcinemente/status/1350617804240789505 __ at __ 2022-11-19 19:23:01 -08:00 __

← **Tweet**

**Próxcinemente**
@proxcinemente                                                        ...

Imágenes desde el rodaje de "SPIDERMAN 3". 🕸️ 🕷️
#SpiderMan3 #Spiderman

Vía: @JustJared
Translate Tweet



5:35 PM · Jan 16, 2021 · Twitter for Android

**1** Retweet   **4** Likes

💬          ⟲          ♡          ⬆️

Tweet your reply                                    **Reply**

---

🔍 Search Twitter

## Relevant people

**Próxcinemente**                                    **Follow**
@proxcinemente
Todas las novedades en el mundo del
séptimo arte. 🎬 | Creador:
@chuyRM_93 | Contacto:
proxcinemente@gmail.com

**JustJared.com** ✔️                                 **Follow**
@JustJared
Your #1 Entertainment Authority Also
follow @jaredeng @justjaredjr

## What's happening

Television · LIVE
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber
Reserve
▶️ Promoted by Uber

Trending in United States                             ...
**HE'S BACK**
123K Tweets

Sports · Trending                                     ...
**Hendon Hooker**
1,563 Tweets

Trending in United States                             ...
**Hope Hooker**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/HLDHQs/status/1323790948107657216 ... el ... 2022-11-21 08:04:00 -08:00
2:22-cv-09462-DMG-ADS     Document 1-12     Filed 12/30/22     Page 6 of 101     Page ID
#:1054



← **Tweet**

 **RICARDO³**
@HorrorFiend_

Dakota Johnson is so beautiful.

Filming for Madame Web.



2:21 PM · Jul 26, 2022 · Twitter for Android

**14** Retweets    **1** Quote Tweet    **33** Likes

 Tweet your reply

Reply

**Q** Search Twitter

## Relevant people

 **RICARDO³**
@HorrorFiend_                        Follow

Love - Horror Movies 🎬 Horror Art 🎨 The Paranormal 👻

## What's happening

NBA · Starts at 7:30 PM
**Jazz at Clippers**



Entertainment · Trending
**Died Suddenly**
50.8K Tweets

Trending in California
**Dodger Stadium**
10.7K Tweets

Sports · Trending
**Grupo Firme**
Trending with #NFLMexicoGame 🍜

Entertainment · Trending
**#DWTS** 🏆
Trending with Charli, Gleb

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

← Tweet

 **Hot Celebs**
@HotCelebsPicss                                    ···

## Alexandra Daddario 😍



7:22 AM · Jun 7, 2021 · Twitter for Android

**58** Retweets   **1** Quote Tweet   **357** Likes



 Tweet your reply                    Reply

Search Twitter

### Relevant people

 **Hot Celebs**                    Follow
@HotCelebsPicss

Hot Celebs Pics - DMs are open (no wankchat) - IM A GUY - #NSFW [EN/FR]

### What's happening

FIFA World Cup · LIVE
**USA vs Wales**                    

Trending in United States    ···
**1-0 USA**
13.1K Tweets

Trending in California    ···
**LETS GOOOOOO**
3,264 Tweets

Trending in United States    ···
**WHAT A GOAL**
17.9K Tweets

Family drama · Trending    ···
**#GTMcontest5**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Perkowski Legal P.C.**    ···
@c_perkowski

__ https://twitter.com/lindaikeji/status/1523735888361284608 __ at __ 2022-11-21 19:38:13 -08:00 __

← **Tweet**



**Linda Ikeji**
@lindaikeji

···

Rihanna sparkles as she steps out in glittery outfit for Motherâ™s Day dinner with A$AP Rocky (photos)

lindaikejisblog.com/2022/5/rihanna...



11:45 AM · May 9, 2022 · LIB App

**3** Retweets  **11** Likes

💬        ⟲        ♡        ⬆


**Perkowski Legal P.C.**   ···
@c_perkowski

P   Tweet your reply                    **Reply**

🔍  Search Twitter

**Relevant people**

  **Linda Ikeji**
@lindaikeji                    **Follow**
Blogger. CEO, LindaIkejiTV

**What's happening**

NBA · 21 minutes ago



Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

https://twitter.com/i/NavyBrasil/status/150594150941453524... al_... 2022-11-22 02:23:08 -06:00
22-cv-09462-DMG-AGS    Document 1-12    Filed 12/30/22    Page 10 of 101    Page ID
#:1058

← **Tweet**

Rihanna Navy Brasil | Fan Account
@RNavyBrazil

Rihanna fez compras de roupas de bebê, ontem (20), em Kitson, Los Angeles.

Translate Tweet



9:17 AM · Mar 21, 2022 · Twitter for iPhone

**99** Retweets    **23** Quote Tweets    **2,132** Likes

Perkowski Legal P.C.
@c_perkowski

Tweet your reply                                    Reply

Qui Tistreza @barbriiilinha · Mar 21
Replying to @RNavyBrazil
Xiii ela não vem mais

PRISS @Priss123456789 · Mar 21
Replying to @RNavyBrazil
Vcs não disse que ela estava a caminho do Brasil ?

FRANCIELE @fran_santos · Mar 21
Replying to @Priss123456789 and @RNavyBrazil
É o metaverso dela

♡ @loudanii · Mar 21
Replying to @RNavyBrazil
habla um pouco sobre vcs dizerem que ela tava vindo e iludirem um monte de gay

GIF  ALT                                          ♡ 15

nana°° @feelzft · Mar 21
Replying to @RNavyBrazil
ué gente mas e o rolê q ela tava virido k
                                                  ♡ 13

rbweeknd elon mosk fi sou bey mas que... @desassunta... · Mar 21
Replying to @RNavyBrazil
Comprando as últimas roupinhas de bebê antes de vim pra cá.

yury @yuryssw · Mar 21
Replying to @RNavyBrazil
segundo vcs ela não era pra reita aqui no Brasil? kkkk
                                                  ♡ 20

Draco @drakcfly011 · Mar 22
Replying to @yuryssw and @RNavyBrazil
Se ela vier é uns dos 2 dias antes do concerto e ASAP provavelmente

tiquito @TIQUITO_O · Mar 21
Replying to @RNavyBrazil
Vai terminar as compras na 25 de março RNB

LAZOO @LAZOOPOCKET · Mar 21
Replying to @RNavyBrazil
Eu acho que o asap e os médicos recomendou a ela não vir pro Brasil por causa da segurança do bebê
Realidade: Ela ficou sabendo que o filho dela iria ser brasileiro e comer o cuscuz da iu

show de cacau @psanasantos · Mar 22
Replying to @RNavyBrazil
Mulher, deixa pra fazer no Braz                   ♡ 1

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

janafenty @fentyjanaa_ · Mar 22
Replying to @amyzinh44 and @RNavyBrazil
Roupas de menininih, minha vida...
                                                  ♡ 1

Show additional replies, including those that may contain offensive content                         Show

**Relevant people**

Rihanna Navy Brasil |...
@RNavyBrazil                          Follow
RNB 🇧🇷 | Estamos online desde 2010, somos o maior e mais completo fã-clube sobre a cantora Rihanna no Brasil e em toda a América Latina.
Apoio: @amusicbrasil

**What's happening**

Television · Yesterday
All American airing on The CW

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
Died Suddenly

Trending in California
Mexicans
6,941 Tweets

Trending in United States
August Alsina
Trending with Jada, #TheSurrealLife

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

_ https://twitter.com/archivcevans/status/1580648961807781888 _ at _ 2022-11-22 23:41:26 -08:00 _



← **Tweet**

 @archivcevans

**Relevant people**

 @archivcevans

**Follow**

— safe place for chris evans stan

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🌊
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Business and finance · Trending
**#massshooting**
1,263 Tweets

Trending in United States
**Erection**
21.2K Tweets

Trending in California
**Costco**
6,124 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

more photos of chris evans recording "one red" pls he looks SO handsome 🤍💐




12:49 PM · Oct 13, 2022 · Twitter for iPhone

**13** Retweets   **1** Quote Tweet   **57** Likes

 Tweet your reply

**Reply**

 Perkowski Legal P.C. ···
@c_perkowski

__ https://twitter.com/thai_superhero/status/1216251833905106945 __ at __ 2022-11-21 15:03:51 -08:00 __



← Tweet



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

สมาคม **Superhero**
@Thai_SuperHero

**ภาพเบื้องหลังการถ่ายทำซีรีส์** Falcon and the Winter Soldier **ที่มีทั้ง** Bucky, Sharon Carter **และ** Zemo (Sebastian Stan, Emily Vancamp, Daniel Brühl)

**ที่สำคัญโลเคชั่นไม่ได้อยู่ที่อเมริกาแล้วด้วย**



10:53 PM · Jan 11, 2020 · Twitter Web App

**549** Retweets   **4** Quote Tweets   **132** Likes

Tweet your reply

Reply

## Relevant people



สมาคม **Superhero**
@Thai_SuperHero

Follow

สมาคมของกลุ่มบุคคลผู้ชื่นชอบซุปเปอร์ ฮีโร่ในประเทศไทย // Twitter อย่างเป็น ทางการของ 'สมาคมผู้คลั่งไคล้ SuperHero' *ถามข้อมูลหนัง/Comic ต่างๆ ใน DM ได้เลยจ้า*

## What's happening

FIFA World Cup · 1 hour ago
**USA vs Wales**



Sports · Trending
**Mexico City**
12.9K Tweets

Trending in United States
**Tampax**
16.4K Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,297 Tweets

Trending in United States
**Trent Reznor**
9,574 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter



**Perkowski Legal P.C.**
@c_perkowski ···

← **Tweet**

 **Andy Vermaut**
@AndyVermaut

···

## Kendall Jenner & Devin Booker Get Into Some Serious PDA On Romantic Beach Date — Pics
hollywoodlife.com/2020/08/20/ken...



3:28 PM · Aug 20, 2020 · dlvr.it

**1** Like

 Tweet your reply

Reply

## Relevant people

 **Andy Vermaut**   Follow
@AndyVermaut

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

FIFA World Cup · 1 hour ago
**World Cup Qatar 2022: Opening Ceremony**



**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending   ···
**#RIPLEGEND**
2,722 Tweets

Entertainment · Trending   ···
**Morgan Freeman**
145K Tweets

Only on Twitter · Trending   ···
**Jason David Frank**
Trending with Power Rangers, Tommy

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**   ···
@c_perkowski

https://twitter.com/alexromval/status/1350850542088708100 __ at __ 2022-11-20 22:03:07 -08:00



https://twitter.com/MESSYMONDAY/status/1230222216492613635 __ st __ 2022-11-21 14:47:13 -08:00




← **Tweet**

🔍 Search Twitter

- 🏠 Home
- # Explore
- 🔔 Notifications
- ✉ Messages
- 🔖 Bookmarks
- 📋 Lists
- 👤 Profile
- ⋯ More

**Tweet**

**MessyMonday**
@MESSYMONDAY

After @tanamongeau and @LoganPaul were caught on which seemed to be a date, people started speculating they were dating. Come to find out it was a SETUP! So were you FOOLED TEACUPS & would you be here for the ship?



12:06 PM · Feb 19, 2020 · Twitter for iPhone

**13** Retweets  **3** Quote Tweets  **382** Likes

💬  🔁  ❤  📤

Tweet your reply                                    Reply

**Olivia** ⚫ **is missing skz** @oliviafrank22 · Feb 19, 2020
Replying to @MESSYMONDAY @tanamongeau and @LoganPaul
but they kinda cute doe 🥴

💬        🔁        ❤ 5        📤

**Avery** 🌈 @babieaves · Feb 19, 2020
Replying to @MESSYMONDAY @tanamongeau and @LoganPaul
Money hungry just like me hehe

💬        🔁        ❤        📤

**Nini Boo**🇺🇸 @boo_nini2 · Feb 19, 2020
Replying to @MESSYMONDAY @tanamongeau and @LoganPaul
Nah I figured it was just friends chillin. But they really out here doing ANYTHING to be seen...sad

💬        🔁        ❤ 23        📤

**Heather** @hjfine7 · Feb 19, 2020
Replying to @MESSYMONDAY @tanamongeau and @LoganPaul
Another case of " mess for money" Next Caaassseee.🤦



GIF

💬        🔁        ❤ 15        📤

**Alba** @AlbaBoudett · Feb 19, 2020
Replying to @MESSYMONDAY @tanamongeau and @LoganPaul
Omfg of course it was

💬        🔁        ❤ 2        📤

**Perkowski Legal P.C.**
@c_perkowski
⋯

**Relevant people**

**MessyMonday** 
@MESSYMONDAY                    Follow
New team, New Tea!!! DM us ALL the tea of your favorite YouTubers, Social Media influencers & Celebrities. You brew the tea & we'll serve IT.

**Tana Mongeau** ✔ 
@tanamongeau                   Follow
not bad for a 5 with no talent. DRINK DIZZY 🥴

**Logan Paul** ✔
@LoganPaul                     Follow
Creator @OriginalsDAO, Founder @PrimeHydrate

**What's happening**

FIFA World Cup · This morning
**England vs Iran** 

Trending in United States
**South Carolina**
14.4K Tweets                    ⋯

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,225 Tweets                    ⋯

Trending in United States
**Hive**
140K Tweets                     ⋯

Trending in California
**Dodger Stadium**
13K Tweets                      ⋯

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



https://twitter.com/harrymoonchild/status/1356294346052562944 __ et __2022-11-20 14:10:14 -08:00

dee.
@harrymoonchild                                                                ···

## JACK CONTENT AND HE SAID ' I CAN COOK I CAN CLEAN'



9:32 AM · Feb 1, 2021 · Twitter for Android

**55** Retweets   **5** Quote Tweets   **331** Likes

Tweet your reply                                                      Reply

dee. @harrymoonchild · Feb 1, 2021
Replying to @harrymoonchild
THE FIRST PICTURES OF 27 YEAR OLD HARRY 😊

💬 3          🔁 7          ♡ 34

dee. @harrymoonchild · Feb 1, 2021
I ONLY BELIEVE IN JACK SUPREMACY

💬 1          🔁 6          ♡ 38

dee. @harrymoonchild · Feb 1, 2021
it's so weird to see his without his tatts

💬 1          🔁 1          ♡ 7

---

### Relevant people

dee.
@harrymoonchild                                            Follow
#harry: starry haze crystal ball 🔮🌌 | backup:@goldenfineline | ig:dishaxrai

### What's happening

NFL · 51 minutes ago
**Browns at Bills**

**#Disenchanted** 😵
Original movie now streaming
📣 Promoted by Disney+

Trending in California                                         ···
**Rest In Peace**
56.3K Tweets

Only on Twitter · Trending                                     ···
**Rest in Power**
26.4K Tweets

Sports · Trending                                              ···
**McVay**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski                                                  ···

http://twitter.com/example/status?ref=4sF15%2F3TONNV172IThM    2021-11-23 07:37:32 -08:00    Document 1-13    Filed 12/09/21    Page 18 of 101    Page ID

# Twitter



Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Ariana Grande Update 🤍
@ArianaGrifallen

**Ariana Grande spotted in LA recently**

12:51 PM · Jan 10, 2020 · Twitter for iPhone

887 Retweets    753 Quote Tweets    14.1K Likes

Relevant people

Ariana Grande Update 🤍    Follow
@ArianaGrifallen
🌟Your #1 best online source update
about your queen @arianagrande
make sure to follow us for news,
charts, fact... and throwback... Turn Our
Notification on !!

What's happening

NFL · Yesterday
Cowboys at Vikings

Entertainment · Trending
Julia Fox
5,995 Tweets

Trending in United States
#USAvsWAL
46.7K Tweets

Trending in United States
Tampax
13.4K Tweets

Trending in United States
HOW IS THAT NOT A YELLOW
1,083 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More...
© 2022 Twitter, Inc.

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

Perkowski Legal P.C.   ...
@c_perkowski

https://twitter.com/creamorscream/status/1400542587132563402 __ el __ 2022-11-22 02:02:13 -08:00

Bishop
@BlindWanda

Zachary Levi in his new Shazam suit on set of Shazam 2, 03-06-2021

#Shazam ⚡ #Shazam2 ⚡

1/3



12:59 PM · Jun 3, 2021 · Twitter Web App

**17** Retweets   **1** Quote Tweet   **56** Likes

---

**Relevant people**

Bishop
@BlindWanda                    [ Follow ]
Lover of Marvel, DC, Star Wars,
Comics, Hailee Steinfeld, BLACKPINK,
and many other things ♡


**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**


#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Music · Trending
**Devil In A New Dress**

Politics · Trending
**Naomi Biden**
2,112 Tweets

Trending in United States
**#SeleccionMexicana🇲🇽**
10.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Tweet your reply                    [ Reply ]

Bishop @BlindWanda · Jun 3, 2021
Replying to @BlindWanda
Zachary Levi in his new Shazam suit on set of Shazam 2, 03-06-2021

#Shazam ⚡ #Shazam2 ⚡

2/3

♡ 1    ⟲ 2    ♥ 18

Bishop @BlindWanda · Jun 3, 2021
Zachary Levi in his new Shazam suit on set of Shazam 2, 03-06-2021

#Shazam ⚡ #Shazam2 ⚡

3/3

♥ 15

**Mark T. Sneed** @marktsneed · Jun 3, 2021
Replying to @BlindWanda and @CreamOrScream
Definite upgrade.

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/raulbrindis/status/1238466298956388306 __ at __ 2022-11-22 00:18:56 -08:00 __

← **Tweet**



**Raúl Brindis** ✔
@raulbrindis

···

Q   Search Twitter

**Relevant people**



**Raúl Brindis** ✔
@raulbrindis

**Follow**

Radio Host for El Show de Raúl Brindis

#Farandulazo Después de filmar la película "Deep Water", cupido los flechó y Ana de Armas y Ben Afleck comenzaron un romance que los mantiene unidos como pareja. Así se les vio paseándose en Costa Rica.

Translate Tweet



**What's happening**

NFL · 4 hours ago
**49ers at Cardinals**



7:05 AM · Mar 13, 2020 · Twitter for iPhone

**1** Retweet   **10** Likes

💬          ⟲          ♡          ⬆



P  Tweet your reply                    **Reply**

P  **Perkowski Legal P.C.**   ···
   @c_perkowski

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

⊙ More

**Tweet**



← **Tweet**

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**



**Rock, Cine y Cómics**
@RockCineyComics

Azúcar, flores y muchos colores 💐🌈📺

Salen las primeras imágenes del live action de #powerpuffgirls que está produciendo #TheCW #CloeBennet #YanaPerrault #DoveCameron

Translate Tweet



4:18 PM · Apr 7, 2021 · Twitter for iPhone

Tweet your reply

Reply



**Relevant people**



**Rock, Cine y Cómics**
@RockCineyComics    Follow

Aquí encontrarás noticias, entrevista y alguna locura relacionado con los temas de tu interés

**What's happening**

NFL · Yesterday
**Lions at Giants**

Trending in United States
**Iran**
Trending with  Wales

Music · Trending
**#DavidoAt30**
69.4K Tweets

Music · Trending
**Lionel Richie**
3,761 Tweets

Trending in United States
**Bob Iger**
Trending with  Disney, Chapek

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski



← **Tweet**

**Rihanna Navy Brasil | Fan Account**
@RNavyBrazil

Rihanna vai às compras na Tiffany & Co, em Nova York, na noite passada (28).

Translate Tweet

2:39 AM · Jan 29, 2022 · Twitter for iPhone

**242** Retweets    **119** Quote Tweets    **3,632** Likes

Tweet your reply                           **Reply**

**Versão em Português** @versacemport · Jan 29
Replying to @RNavyBrazil
Foi comprar o que será? E Fly em Português? Já ouviram?

youtube.com
Fly em Português – Nicki Minaj (feat. Rihanna) 🎵
Versão em Português Cover da música Fly por Nicki
Minaj & Rihanna."Fly" é uma canção da rapper e ...
Promoted by @musicbrasil

💚💙❤️ @barbrdos · Jan 29
Replying to @RNavyBrazil and @rnavybrasil
a mais linda
♡ 3

Rauane 🇦🇹 @irauanee · Jan 29
Replying to @RNavyBrazil
ai que mulher gata
♡ 2

DRIKA 💚💙❤️ @drikaduarte · Jan 29
Replying to @RNavyBrazil
Comprou as alianças do casamento
♡ 3

AlexxiaBeatrixz @AlexxiaBeatrix2 · Jan 29
Replying to @RNavyBrazil
Merecedora

lu @LUAD777 · Jan 29
Replying to @RNavyBrazil
trem mais lindo

Karoline Oliveira @karoline_go · Jan 29
Replying to @RNavyBrazil
Tô achando que tá grávida msm...

Didi dos Santos @digialaine · Jan 29
Replying to @RNavyBrazil
Riri de cabelo preto cacheado é a que mais amo
♡ 1

🦋 @beeab5 · Jan 29
Replying to @digialaine and @RNavyBrazil
Tbm

Josi 🦋 @_heyjosi · Jan 29
Replying to @RNavyBrazil

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

Netto🦋 @eunettosouza · Jan 29
Replying to @_distarbi4 and @RNavyBrazil
Kkkkk pode até ser, mas em NY ta nevando kkkkkk oq mais ela usaria?
♡ 2

Show additional replies, including those that may contain offensive content    Show

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski ...

---

Search Twitter

**Relevant people**

Rihanna Navy Brasil |...    **Follow**
@RNavyBrazil
RNB 🇧🇷 | Estamos online desde 2010,
somos o maior e mais completo fã-
clube sobre a cantora Rihanna no
Brasil e em toda a América Latina.
Apoio: @rnmusicbrasil

**What's happening**

Television · 4 hours ago
WWE Monday Night RAW airing on USA

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Entertainment · Trending
Died Suddenly
Trending with World Premiere

Trending in California
Mexicans
7,082 Tweets

Bachelor in Paradise · Trending
#BachelorInParadise 🌹
14.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← Tweet

🔍 Search Twitter

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

**Tweet**

Perkowski Legal P.C. ⋯
@c_perkowski

s
@belieblinteam

"what if i what if i trip what if i what if i fall"



9:31 PM · Nov 19, 2020 · Twitter for iPhone

**117** Retweets  **15** Quote Tweets  **462** Likes

💬  🔁  ♡  📤

🟣 Tweet your reply  **Reply**

 @rhodespeaks · Nov 19, 2020
Replying to @belieblinteam
JSKSKSKSKSKSJ
💬  🔁  ♡  📤

sammy @thesalwayscinema · Nov 19, 2020
Replying to @belieblinteam
HAHAHHA STOP
💬  🔁  ♡  📤

jp @jnhhernandezp · Nov 19, 2020
Replying to @belieblinteam and @Biebah09Justin
@JulietteCerrato JAJAJAJAJA
💬 1  🔁  ♡ 1  📤

Julie @JulietteCerrato · Nov 19, 2020
Replying to @jnhhernandezp @belieblinteam and @Biebah09Justin
JAJAJAJAJAJAJAJAJA
💬  🔁  ♡  📤

WWODE? 🦋 proud of @Rahwork @buzzttinwfle · Nov 19, 2020
Replying to @belieblinteam
HELPPPPPPPPP
💬  🔁  ♡  📤

sofifraiman @sofifraiman · Nov 19, 2020
Replying to @belieblinteam
AHAHAHAHHAHHSHHKJSJDJ
💬  🔁  ♡  📤

joey @biebovibe · Nov 19, 2020
Replying to @belieblinteam and @flatlinejailey

GIF ALT
💬  🔁  ♡ 2  📤

mac @biebspeachestin · Nov 19, 2020
Replying to @belieblinteam
😂😂😂😂😂😂
💬  🔁  ♡  📤

Carina @carinaabh · Nov 20, 2020
Replying to @belieblinteam and @Biebah09Justin
Stop 😂😂
💬 1  🔁  ♡  📤

BuzztinEra @JusticeshOe · Nov 19, 2020
Replying to @belieblinteam and @Biebah09Justin
NOT THIS 😂😂😂
💬  🔁  ♡  📤

jess🦋 @daareajessica · Nov 19, 2020
Replying to @belieblinteam and @RauhlPerfect
😵😵😵
💬  🔁  ♡ 1  📤

J🦋 like my pinned pls ily @sourevrytime · Nov 19, 2020
Replying to @belieblinteam
WE
💬  🔁  ♡  📤

fefy @fefydiazz · Nov 19, 2020
Replying to @belieblinteam and @PraiseSexrauhl
HAHAHAHAHA I CANT 😂
💬  🔁  ♡  📤

irene 🌟 exam week😭 @dalibtinz · Nov 19, 2020
Replying to @belieblinteam
STOP KAJHS
💬  🔁  ♡  📤

**Relevant people**

s
@belieblinteam  **Follow**
swap swap swap it out 🤭 | fan account

**What's happening**

FIFA World Cup · 5 hours ago
Mexico vs Poland

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Celebrities · Trending
Chris Evans
Trending with #barface

Trending in United States
UofL

Trending in California
Alexis Vega
20.7K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2022 Twitter, Inc.

___ https://twitter.com/SoleStrike/status/1148556388978831361 ___ et ___ 2022-11-22 19:43:37 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-12    Filed 12/30/22    Page 25 of 101    Page ID #:1073

**Tweet**



**Sole Strike**
@SoleStrike

Who's ready for the Yeezy 350 Boost V3 "Alien" COMING SOON 👀⚡



4:35 AM · Jul 9, 2019 · Twitter for iPhone

**9** Retweets   **2** Quote Tweets   **70** Likes

Tweet your reply                                    Reply

**Robb rose** @Robbrose41537 · Jul 9, 2019
Replying to @SoleStrike
Everyone is ready and if your not there's definitely something wrong with you lol

1

**Feitan** @K3vv3K · Jul 9, 2019
Replying to @SoleStrike
🤔

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

**Relevant people**

**Sole Strike**
@SoleStrike                              Follow

#1 Add To Cart Service On The Market | Currently Supporting Adidas, Nike, Footsites, Supreme & Shopify | We Have The Highest Success Rates & Cheapest Prices! ⚡

**What's happening**

Television · **LIVE**
Bachelor in Paradise airing on ABC

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
**RIP Harold**

Family drama · Trending
**#GTMcontest37**

Sports · Trending
**Hunter Renfroe**
Trending with Janson Junk

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

_ _ https://twitter.com/electedbieber/status/1319411948312690688 _ _ at _ _ 2022-11-22 15:55:40 -08:00





**taraneh**
@electedbieber

···

I love this outfit even with the fact he's wearing those seashell looking shoes



3:54 PM · Oct 22, 2020 · Twitter for iPhone

**1** Like

💬          ⇄          ♡          ⬆



🔍 Search Twitter

### Relevant people



**taraneh**                    Follow
@electedbieber

who needs a bra when Justin Bieber
has two hands

### What's happening

FIFA World Cup · 5 hours ago
**Mexico vs Poland**



**#AvatarTheWayOfWater**🧊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending               ···
**James Woods**

Tweet your reply                    Reply

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**         ···
@c_perkowski

← **Tweet**

**Celeb Pics**
@FameBabes

## Olivia Rodrigo



2:26 AM · Apr 28, 2022 · Twitter for iPhone

**5** Retweets   **46** Likes

Tweet your reply

Reply

**Home**

**Explore**

**Notifications** 1

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Search Twitter

### Relevant people

**Celeb Pics**
@FameBabes

Follow

NSFW - Sharing Content of Famous Babes 😉 - Professional Horn Dog - Started 8/27/19 - BACKUP @FameBabesBACKUP ❗

### What's happening

Television · 4 hours ago
**Last Week Tonight With John Oliver airing on HBO**

Music · Trending
**Goodbye Yellow Brick Road**

Trending in United States
**#AMAs** 🥀
Trending with sabrina

Trending in United States
**Maher**
22.1K Tweets

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.



Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/kit_haringtcn/status/1440464025788112902 __ et __ 2022-11-21 07:16:54 -08:00

← **Tweet**

**Kit Harington**
@Kit_Haringtcn

···

## Kit Harington and Tim Daly in New York City.



4:52 PM · Sep 21, 2021 · Twitter for Android

**6** Retweets   **99** Likes

Tweet your reply    **Reply**

**Sohan Sourya R** @sohan_sourya · Oct 4, 2021    ···
Replying to @Kit_Haringtcn
Sir I love u sir

**Relevant people**

**Kit Harington**
@Kit_Haringtcn                    Follow

All the latest updates and pics of Kit
Harington. (Fan Account, not affiliated
with Kit Harington)

**What's happening**

FIFA World Cup · **LIVE**
**England vs Iran**

Korean music · Trending
**#CHASE**
5,750 Tweets                       ···

Sports · Trending
**Michael Irvin**                  ···

Trending in United States
**Callum Wilson**
2,998 Tweets                       ···

Trending in United States
**#andTEAM**
38.9K Tweets                       ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/SpiderGirlsBR/status/1551803136838438914 __ at __ 2022-11-21 19:28:29 -08:00



**Spider-Girls Brasil** ✳️
@SpiderGirlsBR

···

🚨 | NOVAS imagens de Dakota Johnson, no set de gravações de #MadameWeb.



10:34 PM · Jul 25, 2022 · Twitter for Android

**5** Retweets  **49** Likes

💬  🔁  ♡  ⬆️

 **Spider-Girls Brasil** @SpiderGirlsBR · Jul 25
Replying to @SpiderGirlsBR
MAIS:



💬  🔁 1  ♡ 7  ⬆️

## Left sidebar

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski
···

## Right sidebar

🔍 Search Twitter

**Relevant people**

 **Spider-Girls Brasil** ✳️
@SpiderGirlsBR                    **Follow**
Maior e única fonte de notícias sobre as mulheres aracnídeas em HQs e animações. | 🔔 ON!

**What's happening**

NHL · LIVE
**Avalanche at Stars**

Entertainment · Trending
**Died Suddenly**
52.6K Tweets

Trending in United States
**Maher**
7,872 Tweets

Bachelor in Paradise · Trending
**#BachelorInParadise** 🌹
Trending with Genevieve, Serene

Entertainment · Trending
**#DWTS** 🪩
Trending with Charli, Gleb

Show more

Terms of Service · Privacy Policy · Cookie Policy
Accessibility · Ads info · More ···
© 2022 Twitter, Inc.

__ https://twitter.com/ClickySound/status/1260572839977025543 __ at __ 2022-11-19 19:06:52 -08:00 __



← **Tweet**

**Clicky Sound**
@ClickySound

···

[clickysound.com/pregnant-sophi...](clickysound.com/pregnant-sophi...) This will be their first child together.



7:09 AM · May 13, 2020 · Clicky Sound

 

 Tweet your reply

Reply

### Relevant people

 **Clicky Sound**
@ClickySound

Follow

Photography at its Best!

### What's happening

Television · LIVE
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States
**Juice Wells**                    ···

Trending in California
**Andrew Tate**                    ···
28.4K Tweets

Music · Trending
**#AMAsFanFavorite** 🌶️          ···
1.61M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/jenniferupdates/status/1351974000151420932 __ et __ 2022-11-21 01:23:57 -08:00 __

← **Tweet**

Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

**Jennifer Lawrence Updates**
@JenniferUpdates                                              ···

Jennifer Lawrence and Leonardo DiCaprio in action on the set of Adam McKay's 'Don't Look Up'





11:24 AM · Jan 20, 2021 · Twitter for iPhone

**47** Retweets   **8** Quote Tweets   **422** Likes

💬          ⇄          ♡          ⬆

🅿  Tweet your reply                              **Reply**

**Alister** @Muddyw2 · Jan 20, 2021
Replying to @JenniferUpdates
Can't wait to see this movie

💬          ⇄          ♡          ⬆

🔍 Search Twitter

**Relevant people**

**Jennifer Lawrence Up...**    **Follow**
@JenniferUpdates
Your most reliable fan account for Academy Award winner Jennifer Lawrence since 2012. Not affiliated with Jen or her team.

**What's happening**

Television · 4 hours ago
**Last Week Tonight With John Oliver airing on HBO**

Trending in United States
**Defunctland**
4,509 Tweets                                              ···

Trending in United States
**#AMAs** 🌹
4.6M Tweets                                              ···

Music · Trending
**sabrina**
77.5K Tweets                                              ···

Only on Twitter · Trending
**#乐鱼体育**
226K Tweets                                              ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/nanfixus/status/1088604919052075008 __ at __ 2022-11-20 14:47:32 -0800

← **Tweet**

 **@nanfixus**
@nanfixus                                                          ...

Babeee !! 😍😍😍



5:10 PM · Jan 24, 2019 · Twitter for Android

**4** Retweets   **24** Likes

  Tweet your reply                                    Reply

---

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski

---

Search Twitter

**Relevant people**

 **@nanfixus**
@nanfixus                          Follow

DJ Fan 🐾 Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account

**What's happening**

NFL · 1 hour ago
**Eagles at Colts**



**#Disenchanted** 👹
Original movie now streaming

← **Tweet**



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.**    ...
@c_perkowski

— https://twitter.com/cawtwomen/status/1556043794977529859 — at — 2022-11-20 08:10:52 -08:00 —

← **Tweet**



⚝ 🕷
@cawtwomen

···

**THE UNIFORM** #DakotaJohnson

3:25 PM · Aug 6, 2022 · Twitter for iPhone

**10** Retweets   **68** Likes

💬          ⟲          ♡          ⬆


Tweet your reply                              Reply

---

## Search Twitter

### Relevant people

   ⚝ 🕷
@cawtwomen                    Follow
batman (2022) dir. matt reeves

### What's happening

FIFA World Cup · **LIVE**

**Qatar vs Ecuador**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending                  ···
**RIP JDF**
2,639 Tweets

Trending in United States                   ···
**#MassShooting**
1,085 Tweets

Only on Twitter · Trending                  ···
**Jason David Frank**
Trending with Power Rangers, Tommy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.    ···
@c_perkowski

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



**Maratonando News** 🇺🇦
@PMaratonando

ESTAMOS ANIMADOS ! 🤩

Saíram as primeiras fotos de Elizabeth Olsen e Teyonah Parris (Monica Rambeau) no set de filmagens da série WandaVision. Confira :

#WandaVision #ElizabethOlsen #TeyonahParris





5:08 PM · Dec 16, 2019 · Twitter for Android

**2 Likes**

Tweet your reply

Reply

Search Twitter

**Relevant people**

**Maratonando News** 🇺🇦    Follow
@PMaratonando

Tudo sobre o mundo do cinema, séries e games 🎮📺 Sigam nossos ADMs 👇👇 @1991Philipe 🧑 @rayssajoy 👩

**What's happening**

Television · 4 hours ago
**Last Week Tonight With John Oliver airing on HBO**



Trending in United States
**Bob Iger**
Trending with Disney, Chapek

Trending in United States
**UCLA**
11.8K Tweets

Music · Trending
**Goodbye Yellow Brick Road**

Music · Trending
**Lionel Richie**
3,533 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

_ https://twitter.com/rrno110/status/1415261165530370054 _ at _ 2022-11-21 12:32:48 -08:00 _

← **Tweet**

🔍 Search Twitter

 **RRNO1**
@RRNO110

···

# Jennifer Lopez



3:45 AM · Jul 14, 2021 · Twitter for iPhone

**3** Retweets   **26** Likes

💬        ⟲        ♡        ⬆

  Tweet your reply                Reply

### Sidebar

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
🗒 Lists
👤 Profile
⊙ More

**Tweet**

 Perkowski Legal P.C. ···
@c_perkowski

## Relevant people

 **RRNO1**    **Follow**
@RRNO110

I'm a guy that love celebs and beautiful amateurs. DO NOT tag me in with celebs or it's an instant block. Happy to promote amateurs with their content

## What's happening

FIFA World Cup · LIVE
**USA vs Wales**



Trending in United States    ···
**WHAT A SAVE**
8,002 Tweets

Trending in United States    ···
**Medford Messi**

Entertainment · Trending    ···
**julia fox**



Perkowski Legal P.C.
@c_perkowski

← **Tweet**



**DISNEY FLIX FR**
@disneyflixfr                                          ···

D'après certaines rumeurs Kathryn Hahn apparaîtrait dans la série "#Ironheart" en tant qu'Agatha Harkness pour donner des conseils de magies au méchant de la série, The Hood.

Translate Tweet





1:53 AM · Aug 9, 2022 · Twitter for iPhone

**16** Likes

💬               ⟲               ♡               ⬆

Ⓟ   Tweet your reply                              Reply

Ⓟ   **Perkowski Legal P.C.**   ···
     @c_perkowski

Search Twitter

**Relevant people**



**DISNEY FLIX FR**                    Follow
@disneyflixfr

Toutes les dernières informations sur vos films et séries préférées ✨

**What's happening**

Television · Last night
**The Walking Dead airing on AMC**



Adult animation · Trending                    ···
**#RickAndMorty** 👑
1,644 Tweets

Trending in United States                    ···
**#AMAs** 💅
Trending with soobin, sabrina

Trending in United States                    ···
**Defunctland**
4,870 Tweets

Music · Trending                              ···
**#DavidoAt30**
71.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

https://twitter.com/shadesofdaklana/status/1578385943270227968 __ at __ 2022-11-22 23:16:25 -08:00



c.
@shadesofdaklana                                                      •••

IS THAT A GREY WIG????? 👀
#madameweb



7:05 AM · Oct 7, 2022 · Twitter for Android

2 Retweets   2 Quote Tweets   8 Likes

💬          🔁          ♡          ⬆



P   Tweet your reply                                    Reply

John Henry Irons @Henry58979558 · Oct 7          •••
Replying to @shadesofdaklana
It is not meant to be Dakota's character most likely Sudney Sweeney stunt
double.

💬          🔁 1          ♡ 1          ⬆

**Relevant people**

c.                                                    Follow
@shadesofdaklana
I feel free when I see no one and
nobody knows my name.

**What's happening**

Television · This evening
**Below Deck Mediterranean airing
on Bravo**

#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
🔹 Promoted by Avatar

Trending in United States                            •••
**Erection**
20.3K Tweets

Trending in California                               •••
**Costco**
6,016 Tweets

Business and finance · Trending                      •••
**Chesapeake**
40.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

https://twitter.com/ThePopTingz/status/1577507418430488577 _... id _... 2022-11-20 14:28:10 -08:00
22-cv-09462-DMG-ADS | Document 1-12 | Filed 12/30/22 | Page 40 of 101 | Page ID
#:1088

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Pop Tingz**
@ThePopTingz

Khloe Kardashian shares new photo with Doja Cat and Kylie Jenner.



8:54 PM · Oct 4, 2022 · Twitter for iPhone

**8** Retweets  **7** Quote Tweets  **104** Likes

Perkowski Legal P.C.
@c_perkowski

Tweet your reply                                    Reply

**Juancho** @juananto017 · Oct 4
Replying to @ThePopTingz
Who's this



1                                              2

**Homemade Pudaynamite** @MILFfish · Oct 5
Replying to @juananto017 and @ThePopTingz
That's Khadija Jenner

1

**Nicki Minaj's twerk wind ᵐᵐ (fan account, paro...** @Muslis_... · Oct 5
Replying to @ThePopTingz
Kylie is serving face

**Neesh** @queen__Neesh · Oct 5
Replying to @ThePopTingz
Get these yt people away from me

1

**M** @selsduv · Oct 5
Replying to @ThePopTingz
kylie is black?

3

**Search Twitter**

**Relevant people**

**Pop Tingz**
@ThePopTingz                    Follow
Pop Culture Expert. Updates &
Opinions. DM for business inquiries.
Turn notifications on!

**What's happening**

NFL · 1 hour ago
**Browns at Bills**

**#Disenchanted**
Original movie now streaming
Promoted by Disney+

Trending in California
**Rest In Peace**
57.5K Tweets

Sports · Trending
**Melvin Gordon**
1,147 Tweets

Sports · Trending
**Crosby**
2,847 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/AndyVermaut/status/1376280327035656710 __ at __ 2022-11-22 21:25:08 -08:00 __

← **Tweet**

 **Andy Vermaut**
@AndyVermaut                                ...

## Kourtney Kardashian and Travis Barker Heat Up UFC Fight Alongside Megan Fox and Machine Gun Kelly

eonline.com/news/1253322/k...



2:09 PM · Mar 28, 2021 · dlvr.it


Tweet your reply                                    Reply

 Search Twitter

### Relevant people

**Andy Vermaut**
@AndyVermaut                                    Follow

Linked to WCPDCD, EADM,
POSTVERSA, AIDL, EUtoday, ActNow
for C, People Forests, Fundamental
rights, Whatsapp +32499357495


**Perkowski Legal P.C.**    ...
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 1-12   Filed 12/30/22   Page 42 of 101   Page ID #:1090

← **Tweet**

This Tweet is from a suspended account. Learn more

**sheree comiska** @ComiskaSheree · Oct 26, 2019
Replying to @MileyUpdates
They look great together

← **Tweet**



☗ *DIZ* ☗
@DIZfilms

···

ティモシーシャラメ、元気そうでよかったー！

Translate Tweet



4:30 PM · Jun 23, 2020 · Twitter for iPhone

**14** Retweets    **433** Likes



Tweet your reply

Reply

---

## Relevant people



☗ *DIZ* ☗
@DIZfilms

Follow

人生が豊かになる映画•ドラマの最新ニュースや作品紹介を自分軸で厳選してお届け🎪1人でも多くの映画好きを増やすため、色々な映画の楽しみ方を発信中。フリーランス2年目📝
instagram.com/diz2049/ 📸

## What's happening

Television · LIVE

**Bachelor in Paradise airing on ABC**



**#AvatarTheWayOfWater** 🌊
Get tickets now – In theaters December 16
▣ Promoted by Avatar

Trending in United States
**RIP Harold**    ···

Sports · Trending
**Leipold**    ···
1,298 Tweets

Medical drama · Trending
**#NewAmsterdam**    ···

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

⊙ More

**Tweet**




Perkowski Legal P.C.    ···
@c_perkowski

← **Thread**

**Maratonando News** 🇺🇦
@PMaratonando

···

PRONTA PARA BRILHAR ! 😍

Nesta cena de Madame Teia, é possível ver também Dakota Johnson ao lado de Adam Scott, que entrou recentemente para o elenco.

Confira :

#MadameWeb #DakotaJohnson #Marvel #SonyPictures
Translate Tweet



8:30 PM · Aug 7, 2022 · Twitter for Android

3 Likes

💬        🔁        ♡        ⬆️

**Tweet your reply**                    Reply

**Maratonando News** 🇺🇦 @PMaratonando · Aug 7
Replying to @PMaratonando
O filme, previsto para outubro de 2023, fará parte do Aranhaverso que está sendo construído pelo estúdio.

💬        🔁        ♡ 2      ⬆️

**Relevant people**

**Maratonando News** 🇺🇦
@PMaratonando                    Follow
Tudo sobre o mundo do cinema, séries e games 🎬📺 Sigam nossos ADMs 👍🏻👊🏻 @1991Philipe 🧑🏻 @rayssajoy 👩🏻

**What's happening**

Television · 1 hour ago
Saturday Night Live airing on NBC

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in California                    ···
**Andrew Tate**
28.1K Tweets

Sports · Trending                    ···
**#AEWFullGear**
Trending with Regal, #AndNew

Sports · Trending                    ···
**Pasadena**
1,537 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/GeekNews21/status/1578088181420941312 __ at __ 2022-11-22 23:03:54 -08:00

← **Tweet**



**geek 🤓 news**
@GeekNews21                                    · · ·

Imagen de frente del actor en el set de **#MadameWeb**



11:21 AM · Oct 6, 2022 · Twitter for Android

  Tweet your reply                        **Reply**

---

**Home**

**Explore**

**Notifications** 🔴

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

 Perkowski Legal P.C.  · · ·
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

 **geek 🤓 news**    **Follow**
@GeekNews21

🇲🇽En este perfil se darán noticias al día del mundo del cine de súper héroes tanto Marvel como DC de Star wars y de Disney y cine en general🇲🇽

**What's happening**

NBA · 1 hour ago
**Lakers at Suns**



**#AvatarTheWayOfWater**🔵
Get tickets now - In theaters December 16
🎟 Promoted by Avatar

Trending in United States                    · · ·
**Erection**
19.8K Tweets

Trending in California                        · · ·



**Tweet**

Search Twitter

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

**Relevant people**



Nintendo Wire
@NinWire                          Follow

The Nintendo Wire team is bringing
you late breaking Nintendo news
coverage. Participant in the Amazon
Associates Program, an affiliate
advertising system.

**What's happening**

NBA · LIVE
Kings at Grizzlies

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
Tarantino
Trending with Marvel, Simu Liu

Celebrities · Trending
Tom Hanks
10.6K Tweets

Trending in United States
#WinterizeASongOrBand

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.



Case 2:22-cv-09462-DMG-ADS   Document 1-12   Filed 12/30/22   Page 47 of 101   Page ID #:1095

← Tweet

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**BigDeePee**
@TrustMeBro18                                    ...

Man for a second I thought it is Miles Morales
#MadameWeb



9:34 AM · Oct 6, 2022 · Twitter for Android

**1** Like

 Tweet your reply                    Reply

**Search Twitter**

### Relevant people

 **BigDeePee**
@TrustMeBro18                          Follow
Movies | Series

### What's happening

FIFA World Cup · LIVE
**Qatar vs Ecuador**                    

**#Disenchanted** 🧑‍🦰
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending
**#RIPLEGEND**
4,503 Tweets

Trending in California
**Shakira**
101K Tweets

Trending in United States
**RIP to the GOAT**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski                            ...



## Tweet



**Robert Littal BSO** ✔
@BSO

· · ·

Floyd Mayweather Allegedly Engaged To This New Instagram Model; Photos of Them Shoe Shopping in Beverly Hills (IG-Pics-Vids) bit.ly/336qYLR



8:15 AM · Nov 1, 2019 · BSO Alert

---

**1** Retweet   **1** Quote Tweet   **2** Likes

---

💬          ⇄          ♡          ⬆

P   Tweet your reply                                Reply

---

🔍 Search Twitter

### Relevant people



**Robert Littal BSO** ✔         Follow
@BSO

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

### What's happening

FIFA World Cup · Starts at 8:00 AM
**Mexico vs Poland**



#AvatarTheWayOfWater🧑‍🦰
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States
**Argentina**

---

### Sidebar navigation

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

**Tweet**

P   Perkowski Legal P.C.   ⋯
@c_perkowski

← **Tweet**

**Hadid News Media**
@HadidNewsMedia                                  ...

## March 14: Bella at Soho House in LA.



7:27 PM · Mar 14, 2018 · Twitter for iPhone

**28** Retweets   **1** Quote Tweet   **78** Likes

Tweet your reply                                 Reply

Perkowski Legal P.C.    ...
@c_perkowski

### Relevant people

**Hadid News Media**    Follow
@HadidNewsMedia
Your 1st & most reliable source on everything Gigi & Bella Hadid; since 2013. [@HadidNews]

### What's happening

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                          ...
**Maher**
22.1K Tweets

Music · Trending                                   ...
**sabrina**
72.7K Tweets

Trending in United States                          ...
**Bob Iger**
Trending with Disney, Chapek

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.



# Twitter sidebar

- Home
- Explore
- Notifications **1**
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski
...

# Tweet

**Robert Littal BSO** ✓
@BSO
...

Iggy Azalea Celebrates Getting in a Relationship With Her 30th Athlete-Entertainer Playboi Carti (Photos)
bit.ly/2Nh6agw



10:40 AM · Sep 15, 2018 · BSO Alert

**11** Retweets   **15** Quote Tweets   **18** Likes

Tweet your reply                                    **Reply**

**Vernest Brown** @DallasTXholdin · Sep 15, 2018
Replying to @BSO
Is 30 a verified number 😂😂😂

**james☁️sleep** @junglejamesatx · Sep 15, 2018
Replying to @BSO
🤣

**1stamemdment** @1stamemdment · Sep 15, 2018
Replying to @BSO
Dirty 30!

**Uncle P** ✓ @mrflorida · Sep 15, 2018
Replying to @BSO
Smitten like a muuuuuuuug 😂😂

Search Twitter

## Relevant people

**Robert Littal BSO** ✓
@BSO                                    **Follow**

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

## What's happening

FIFA World Cup · 51 minutes ago
**Mexico vs Poland**

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
📽 Promoted by Avatar

Celebrities · Trending
**Tom Hanks**
4,732 Tweets

Trending in United States
**#coinology**
4,520 Tweets

Trending in United States
**Ochoa**
Trending with #MEXPOL, Lewandowski

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

__ https://twitter.com/rmo110/status/1409768150586044416 __ at __ 2022-11-21 14:13:52 -08:00 __

← **Tweet**

 **RRNO1**
@RRNO110

・・・

## Rihanna



11:58 PM · Jun 28, 2021 · Twitter for iPhone

**2** Retweets  **40** Likes



---

**Search Twitter**

### Relevant people

 **RRNO1**   **Follow**
@RRNO110

I'm a guy that love celebs and beautiful amateurs. DO NOT tag me in with celebs or it's an instant block. Happy to promote amateurs with their content

### What's happening

FIFA World Cup · 42 minutes ago
**USA vs Wales**



Trending in California   ・・・
**Dodger Stadium**
12.8K Tweets

Trending in United States   ・・・
**HOW IS THAT NOT A YELLOW**
1,071 Tweets

Music · Trending   ・・・
**Ciara**
16.7K Tweets

Sports · Trending   ・・・
**Mexico City**
12.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ・・・
© 2022 Twitter, Inc.

---

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Tweet your reply   **Reply**

**Perkowski Legal P.C.**   ・・・
@c_perkowski

__ https://twitter.com/spiderman0801/status/1552080891408568320 __ at __ 2022-11-21 08:28:52 -08:00 __



### Home

### Explore

### Notifications
1

### Messages

### Bookmarks

### Lists

### Profile

### More



**Tweet**

← **Tweet**



**Spider-Man**
@spiderman0801

···

NEW set photos of 'Madame Web' with Dakota
Johnson in Boston

#MadameWeb
#DakotaJohnson



4:58 PM · Jul 26, 2022 · Twitter for iPhone

**1** Retweet   **6** Likes

   Tweet your reply

**Reply**

## Search Twitter

### Relevant people



**Spider-Man**
@spiderman0801

**Follow**

it's your friendly neighborhood
Spider-Man | this is a fan account
where I'll be posting Spider-Man stuff
& other related things

### What's happening



FIFA World Cup · LIVE
**Senegal vs Netherlands**

Sports talk · Trending
**Skip and Shannon**

···

Entertainment · Trending
**#AntManandTheWaspQuantumania**
Trending with Kang

···

Trending in United States
**Maher**
22.9K Tweets

···

Trending in California
**Dodger Stadium**
14K Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.





https://twitter.com/bso/status/1211891609807282176__st__2022-11-22 07:33:08 -08:00

← **Tweet**



### Home

### Explore

### Notifications

### Messages

### Bookmarks

### Lists

### Profile

### More

**Tweet**

**Robert Littal BSO** ✓
@BSO

···

Details How Much Lamar Odom Pawned NBA Championship Ring Is Going For at Auction (Pics) bit.ly/2MLxYro via @IAmKelvin201




© Phamous / BACKGRID

10:07 PM · Dec 30, 2019 · BSO Alert

**3** Quote Tweets    **3** Likes

Tweet your reply                                    **Reply**

**Marcus Graham** @MKGraham66 · Dec 30, 2019
Replying to @BSO and @IAmKelvin201
Love the shirt

**Perkowski Legal P.C.**
@c_perkowski

···

🔍 Search Twitter

### Relevant people

 **Robert Littal BSO** ✓
@BSO                          **Follow**

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

 **No Limit**
@IAmKelvin201              **Follow**

"I feel that luck is a product of hard work."- Nipsey Hussle IG:iamkelvin201

### What's happening

FIFA World Cup · Starts at 8:00 AM
**Mexico vs Poland**



#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
108K Tweets

Trending in United States
**Argentina**
Trending with #FIFAWorldCup 🏆, Herve Renard

Trending in California
**Mexico City**
25.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/DCVerso1/status/1582876595093532672 __ el __ 2022-11-20 07:31:30 -0800

← **Tweet**

🔍 Search Twitter

### DCVERSO
@DCverso1    ⋯

"#BlueBeetle teve sua exibição de teste no lote da WB hoje, e o consenso imediato foi que a maioria do público adorou a versão live-action de Angel Manuel Soto. Aparentemente Xolo Maridueña arrasa, e é absolutamente incrível"

Translate Tweet





🔵 **Undercover Audience** @UndercoverCine · Oct 19

#TestScreening Alert!

#BlueBeetle had its test screening at the WB lot y'day, and the immediate consensus was that the majority of the audience absolutely loved @angelmanuelsoto's live-action version. Apparently @Xolo_Maridueña doesn't miss a beat, and absolutely kills it.



4:29 PM · Oct 19, 2022 · Twitter for Android

**16** Retweets   **1** Quote Tweet   **141** Likes

💬   🔁   ♡   📤

Tweet your reply                                  Reply

Show more replies

---

## Relevant people

**DCVERSO**    Follow
@DCverso1
Uma conta centrada nos conteúdos do universo DC. Venha para o seu hábitat natural, DCNAUTA! | ✉️Email: dcverso45@gmail.com

**Undercover Audience**    Follow
@UndercoverCine
Avid Cinephile. Undercover Audience. Nameless Leaker.

**Ángel Manuel Soto**    Follow
@angelmanuelsoto
filmmaker™

## What's happening

FIFA World Cup · LIVE
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🪄
Original movie now streaming
▶ Promoted by Disney+

Trending in United States    ⋯
**Morgan Freeman**
67.4K Tweets

Trending in United States    ⋯
**RIP Tommy**

Trending in United States    ⋯
**RIP JDF**
1,014 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

Perkowski Legal P.C.   ⋯
@c_perkowski

← **Tweet**

**About Her** ✓
@AboutHerOFCL

Gwyneth Paltrow just recreated her famous Gucci red velvet suit moment from the 1996 MTV Video Music Awards 🔥



12:30 PM · Nov 4, 2021 · Buffer

**1** Like

Tweet your reply                    Reply

## Relevant people

**About Her** ✓                    Follow
@AboutHerOFCL

Inside untapped territory: Pulling back the curtain on Arab women who are defining cultural trends now.
#AboutHer

## What's happening

NFL · 41 minutes ago
**Chiefs at Chargers**

**#Disenchanted** 🧑‍🦰
Original movie now streaming
⬛ Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, Disney

Music · Trending
**harries**
4,598 Tweets

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

Search Twitter



Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/nanfixus/status/1516409097826082336 __ at __ 2022-11-21 09:18:45 -08:00 __

← **Tweet**



**@nanfixus Retweeted**

**F ✶**
@COSMICPR4DA                                                    ...

this genre of photo

6:46 AM · Apr 18, 2022 · Twitter for iPhone

**133** Retweets   **8** Quote Tweets   **1,259** Likes

Tweet your reply                                          Reply

**Relevant people**

**@nanfixus**                                            Follow
@nanfixus
DJ Fan 🎛 Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🇦🇷

**F ✶**                                                  Follow
@COSMICPR4DA
capricorn · moodboards n stuff · 111
222 444

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Music · Trending                                          ...
**Slick Rick**

Trending in United States                                 ...
**Países Bajos**
29.2K Tweets

Entertainment · Trending                                  ...
**#AntManandTheWaspQuantumania**
1,716 Tweets

Sports · Trending                                         ...
**Maguire**
123K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski                                              ...

— https://twitter.com/agfotosevideos/status/1209245583908404225 — at — 2022-11-20 15:06:57 -08:00 —

← **Thread**

🔍 Search Twitter

ATENÇÃO GEEK | Mídia @agfotosevideos · Dec 23, 2019

Fotos dos bastidores de #FalconAndWinterSoldier com Anthony Mackie, Sebastian Stan, Emily VanCamp e Daniel Bruhl.



💬 1   🔁 2   ♡ 8   ⬆️

ATENÇÃO GEEK | Mídia
@agfotosevideos

Mais fotos do set #FalconAndWinterSoldier

2:53 PM · Dec 23, 2019 · Twitter for Android

**2** Retweets   **4** Likes

💬   🔁   ♡   ⬆️

📄 Tweet your reply          Reply

---

**Relevant people**

ATENÇÃO GEEK | Mídia
@agfotosevideos                    Follow

Conta para fotos e vídeos dos bastidores do mundo do entretenimento. Conta oficial: @atencaogeek

**What's happening**

NFL · 1 hour ago
**Browns at Bills**



#Disenchanted 🤭
Original movie now streaming
📀 Promoted by Disney+

Trending in California
**Rest In Peace**
59K Tweets

Trending in United States

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/SeriesUpdateFR/status/1334488222291951043 ... nf... 2022-11-22 10:35:35 -08:00



**Tweet**

**Infos Séries**
@SeriesUpdateFR

Jennifer Lawrence et Leonardo DiCaprio sur le tournage du film 'Don't Look Up' pour Netflix.

5:22 AM · Dec 3, 2020 · Twitter Web App

72 Retweets    28 Quote Tweets    977 Likes

Tweet your reply                                    Reply

**J.ker** @RobM63722487 · Dec 3, 2020
Replying to @SeriesUpdateFR
Je ne savais pas qu'ils tournaient un film à 2 mais j'ai hâte de le voir
♥ 8

**zossaru_kun** @zossaru_kun · Dec 3, 2020
Replying to @RobM63722487 and @SeriesUpdateFR
Pas seulement eux deux, le film a un casting de malade

**NetflixFilm** @NetflixFilm · Oct 14, 2020
🔵 Official
The cast of Adam McKay's DON'T LOOK UP is absolutely iconic:
⚡ Leonardo DiCaprio joins
⚡ Jennifer Lawrence &
⚡ Rob Morgan alongside
⚡ Meryl Streep
⚡ Cate Blanchett
⚡ Jonah Hill
⚡ Himesh Patel
⚡ Timothée Chalamet
⚡ Ariana Grande
⚡ Kid Cudi
⚡ Matthew Perry
⚡ Tomer Sisley

**khad mangou** @dvrwahs · Dec 3, 2020
Replying to @SeriesUpdateFR
@GalasSany • • • • • •

**sany galas** @GalasSany · Dec 3, 2020
Replying to @dvrwahs and @SeriesUpdateFR
Je sais pas quoi dire
♥ 1

Show replies

**cha** 💛💗 @CharlotteRebre · Dec 3, 2020
Replying to @SeriesUpdateFR
Omg pardon

**moody** @charabrams · Dec 3, 2020
Replying to @SeriesUpdateFR
ptn sur le coup j'ai cru c'était rooney mara

**MilieChannel_27** @MilieChannel_27 · Dec 3, 2020
Replying to @SeriesUpdateFR
😍
♥ 1

**katsura51** @katsura51100 · Dec 3, 2020
Replying to @SeriesUpdateFR
@holupd_
♥ 1

**alicia** @holupd_ · Dec 3, 2020
Replying to @katsura51100 and @SeriesUpdateFR
Trop hate

**Jérémie** 😍 @jrmiejak · Dec 3, 2020
Replying to @SeriesUpdateFR
C'est énorme le look de DiCaprio ressemble à celui de Brad Pitt dans The Big Short également réalisé par Adam McKay 😍

♥ 16

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**
**Tweet**

**Perkowski Legal P.C.**
@_c_perkowski

**Relevant people**
Infos Séries
@SeriesUpdateFR    Follow
Bienvenue sur votre premier compte source français sur toutes vos séries, films et plateformes de streaming préférées. 📺:
seriesupdatefr@gmail.com

**What's happening**
FIFA World Cup · 37 minutes ago
Mexico vs Poland

#AvatarTheWayOfWater 🎥
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
Chicharito
4,488 Tweets

Celebrities · Trending
Anthony Mackie

Sports · Trending
Cristiano Ronaldo
Trending with #ManchesterUnited

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

__ https://twitter.com/nanfixus/status/1463648802753015809 __ at __ 2022-11-19 18:53:39 -08:00 __

← **Tweet**

 **@nanfixus**
@nanfixus

...

Two years ago we had this iconic pictures of Dakota and her goddaughter Ezer Billie 😍😍
#DakotaJohnson





3:19 PM · Nov 24, 2021 · Twitter for Android

**14** Retweets   **1** Quote Tweet   **111** Likes

💬        ↻        ♡        ⬆

 Tweet your reply                    Reply

---

🔍 Search Twitter

### Relevant people

 **@nanfixus**          Follow
@nanfixus

DJ Fan ❄ Sports,animals y Boca Juniors Dakota's movies 2022 #ChaChaRealSmooth 💃 #AmIOk #Persuasion Fan account 🇦🇷

### What's happening

Television · Starts at 7:00 PM
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States                    ...
**HE'S BACK**
117K Tweets

Trending in United States                    ...
**Trump's Twitter**
Trending with Vox Populi

Music · Trending                              ...
**#AMAsFanFavorite** 🍉
1.63M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ...
@c_perkowski

__ https://twitter.com/KimKimuntu/status/1481557685054805314 __ at __ 2022-11-21 02:45:38 -08:00 __

← **Tweet** 

**Paulette Kimuntu Kim**
@KimKimuntu

⋯

Rihanna et Asap Rocky sortant de la maison de Asap hier à Los Angeles où le couple vit désormais

Translate Tweet



1:24 AM · Jan 13, 2022 · Twitter for Android

**10** Likes

💬          ⟲          ♡          ⬆

Ⓟ    Tweet your reply                                    Reply

Ⓟ  **Perkowski Legal P.C.**  ⋯
   @c_perkowski

🔍 Search Twitter 

**Relevant people**

 **Paulette Kimuntu Kim**    Follow
@KimKimuntu

**What's happening**

NFL · Yesterday
**Lions at Giants**

Music · Trending                     ⋯
**Billy Joel**
1,256 Tweets

Trending in United States            ⋯
**UCLA**
11.5K Tweets

Music · Trending                     ⋯
**#DavidoAt30**
70.6K Tweets

The Walking Dead · Trending          ⋯
**Negan**
8,941 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

https://twitter.com/LLDNofficiel/status/1578104607972073472 ___ el___ 2022-11-20 11:22:43 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-12    Filed 12/30/22    Page 61 of 101    Page ID
#:1109




**Tweet**

La Ligue Des Nakamas
@LLDNofficiel

Nouvelles images du tournage du film #MadameWeb
de Sony

Translate Tweet



12:27 PM · Oct 6, 2022 · Twitter for Android

**2** Retweets    **21** Likes

Tweet your reply                                    Reply

lucha-man @luchaman2 · Oct 7
Replying to @LLDNofficiel
C'est qui ce mec ? J'espère qu'il n'est pas sensé remplacer spider-man d'une
certaine façon

CALVIN 🇪🇸 @Calvin_Sbny · Oct 6
Replying to @LLDNofficiel
Ils ont White Washer Miles Morales ses fous 😭
2                      1

KeviN_Dj @kevin42600299 · Oct 6
Replying to @Calvin_Sbny and @LLDNofficiel
ptdrrrrr c'est qui même le boug ??
1              1

Show replies

Henseu @Henseeu · Oct 7
Replying to @LLDNofficiel
@SpideyNewsFR

RealSlachi 🇪🇸 (DGM) @RealSlachi · Oct 6
Replying to @LLDNofficiel
Ils ont fait un Spider wish ,
3

Search Twitter

**Relevant people**

La Ligue Des Nakamas
@LLDNofficiel                    Follow
Page officielle de La Ligue Des
Nakamas Tipee : cpc.cx/oxe Twitch :
m.twitch.tv/lldnofficiel/p...

**What's happening**

NFL · LIVE
Browns at Bills

#Disenchanted 🧙
Original movie now streaming
▶ Promoted by Disney+

Entertainment · Trending
Morgan Freeman
180K Tweets

Trending in United States
Rest In Peace
43.4K Tweets

Trending in California
Shakira
108K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/ScreenMix/status/133405717914002166... al_... 2022, 11:20 21:56 49, 08:00
Document 1-12    22-cv-09462-OMG-ADS    Filed 12/30/22    Page 62 of 101    Page ID
#1155





← **Tweet**

**Tempo Nerd Brasil**
@TempoNerdBrasil

···

Ezekiel Sims estará em #MadameWeb e será interpretado por Tahar Rahim(o mesmo desse vazamento⬇️) !
Fonte:@DanielRPK



7:38 AM · Oct 10, 2022 · Twitter Web App

**12** Likes

💬                🔁                ♡                ⬆️

P   Tweet your reply                                    Reply

**Search Twitter**

**Relevant people**

**Tempo Nerd Brasil**    Follow
@TempoNerdBrasil
Seja Bem-Vindo ao Tempo Nerd Brasil, Página de Informações com foco principal na #Marvel então siga e ative as notificações para não perder nada sobre o UCM!

**Daniel Richtman #Bla...**    Follow
@DanielRPK
''A Twitter influencer and writer'' - CNBC. Contact/Business inquiries: DanielRPK10@gmail.com patreon.com/DanielRPK Youtube: bit.ly/32dYZOB

**What's happening**

NBA · 1 hour ago
**Lakers at Suns**

#AvatarTheWayOfWater🧑
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States        ···
**Erection**
20.1K Tweets

Trending in California        ···
**Costco**
5,994 Tweets

Business and finance · Trending        ···
**Chesapeake**
39.6K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.


**Perkowski Legal P.C.**    ···
@c_perkowski

Home
Explore
Notifications    1
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

# Tweet

**Tae12**
@tylere2006

···

## Kendall and Bella



👤 Gorgeous Girls and Hot Celebs Page

4:24 PM · Jul 27, 2020 · Twitter for iPhone

**22** Retweets   **199** Likes

Tweet your reply

Reply

**HIGH🇵🇷** @HIGH68 · Jul 27, 2020
Replying to @tylere2006 @CelebsPretty and @HotCelebsPage



GIF · ALT

💬   🔁   ♡ 1   ⬆

**Hot Celebs Page** @HotCelebsPage · Jul 27, 2020
Replying to @tylere2006 and @CelebsPretty
The underboob is strong with this one 😍

💬   🔁   ♡ 2   ⬆

---

Search Twitter

## Relevant people



**Tae12**
@tylere2006

Follow

Just a guy tweeting pics of beautiful women



**Gorgeous Girls**
@CelebsPretty

Follow

Celebs, Models, occasional softcore porn, and frequent bad jokes. 😃 | Fan account for entertainment only. I am not, nor am I affiliated with, anyone I post.



**Hot Celebs Page**
@HotCelebsPage

Follow

NSFW | Celebrity Fan Page

## What's happening

FIFA World Cup · This morning
**Mexico vs Poland**



#AvatarTheWayOfWater🧜‍♀️
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Politics · Trending   ···
**Ginni Thomas**
33.2K Tweets

Entertainment · Trending   ···
**Marvel**
83.7K Tweets

Trending in United States   ···
**Mbappe**
193K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/MarvelCineVerse/status/1195120670805569538 __ at __ 2022-11-21 16:14:32 -08:00 __

← **Tweet**

 **Marvel CinéVerse**
@MarvelCineVerse ···

#FatWS : Premières photos de tournage de la série 'The Falcon and the Winter Soldier' avec Sebastian Stan ! (via @JustJared)

Translate Tweet



3:25 PM · Nov 14, 2019 · Twitter Web App

**3** Retweets  **15** Likes

💬   ⇄   ♡   ⬆

 Tweet your reply                    Reply

Q Search Twitter

## Relevant people

 **Marvel CinéVerse**   Follow
@MarvelCineVerse
Actualités et encyclopédie sur le MCU
Instagram 📷 : marvelcineverse_
Associé à @swcineverse ⭐

 **JustJared.com** ✔
@JustJared   Follow
Your #1 Entertainment Authority Also
follow @jaredeng @justjaredjr

## What's happening

NCAA Men's Basketball · Yesterday
**Wildcats at Bulldogs**   

Trending in California    ···
**TSLA**
23.5K Tweets

Trending in United States   ···
**HOW IS THAT NOT A YELLOW**
1,548 Tweets

Sports · Trending   ···
**Mexico City**
13.8K Tweets

Entertainment · Trending   ···
**Sinbad**
2,265 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ···
@c_perkowski

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

•BELEN• 
@belxauron

...

## Dakota Johnson de paramedica en Madame Web, UNA DIOSA 

 

4:55 PM · Aug 9, 2022 · Twitter for Android

**1** Retweet  **29** Likes

Tweet your reply

Reply

**Relevant people**

•BELEN• 
@belxauron

Follow

booktw | auron/biyín | marvel | dc | star wars | house of the dragon | dakota johnson | fan account - @biyingifs - @_aurongifs

**What's happening**

FIFA World Cup · LIVE
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted**
Original movie now streaming
Promoted by Disney+

Trending in United States
**#MassShooting**
...

Trending in United States
**Morgan Freeman**
87.7K Tweets
...

Only on Twitter · Trending
**RIP JDF**
1,571 Tweets
...

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 Perkowski Legal P.C.
@c_perkowski  ...

__ https://twitter.com/ChrisEvansArg/status/1588568032879980544 __ at __ 2022-11-22 22:04:02 -08:00 __

← **Tweet**



**Chris Evans Argentina - Sitio de Fans**
@ChrisEvansArg

···

📸: Chris Evans y Dwayne Johnson en el set de Red One



9:25 AM · Nov 4, 2022 · Twitter for Android

**22** Retweets   **4** Quote Tweets   **165** Likes



**Who can reply?**
People @ChrisEvansArg mentioned can reply

Search Twitter

## Relevant people



**Chris Evans Argentin...**
@ChrisEvansArg


Follow

Bienvenidos al primer club de fans en Argentina del actor @ChrisEvans . Activa la 🔔 para recibir toda la info en español e Inglés. Fandom acc

## What's happening

NBA · 38 minutes ago
**Lakers at Suns**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Trending in California    ···
**Costco**
5,719 Tweets

Trending in United States    ···
**Erection**
17.1K Tweets

Chain restaurants · Trending    ···
**Hooters**
8,613 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski    ···



— https://twitter.com/electedbieber/status/1428006298923069447 — at — 2022-11-22 11:39:20 -08:00

← **Tweet**

 **taraneh**
@electedbieber

⋯

Yes I do the cooking
Yes I do the cleaning
Yes I keep the nana real sweet for your eating



7:50 AM · Aug 18, 2021 · Twitter for iPhone

**11** Likes

💬          🔁          ♡          ⬆️

P   Tweet your reply                                          Reply

**Search Twitter**

## Relevant people

 **taraneh**          Follow
@electedbieber

who needs a bra when Justin Bieber
has two hands

## What's happening

FIFA World Cup · 1 hour ago
**Mexico vs Poland**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Trending in United States
**#SeleccionMexicana**🇲🇽
29.6K Tweets

### Twitter Navigation

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

P  Perkowski Legal P.C.   ⋯
   @c_perkowski

__ https://twitter.com/ImexIIG/status/1420109307878776837 __ at __ 2022-11-22 09:00:48 -08:00 __

← **Tweet**


الاحداث حول العالم | 📷
@ImexIIG
···

بيلا حديد مع حبيبها مارك في نيويورك

Translate Tweet



12:50 PM · Jul 27, 2021 · Twitter for iPhone

**3** Likes

# Home

# Explore

# Notifications

# Messages

# Bookmarks

# Lists

# Profile

# More

**Tweet**


**Perkowski Legal P.C.** ···
@c_perkowski

Search Twitter

## Relevant people


الاحداث حول العالم | 📷    **Follow**
@ImexIIG
أجمل منصة ترفيهية لأخبار و احداث النجوم والمشاهير حول العالم | الخاص للدعاية و الإعلان

## What's happening

FIFA World Cup · LIVE
**Mexico vs Poland**



Tweet your reply    **Reply**



← **Tweet**





**DCU Argentina** 🇦🇷
@DCComicsARG                                          ...

🚨 ATENCIÓN 🚨

@bigscreenleaks dio más detalles sobre la primera proyección de prueba de #BlueBeetle:

"Todos con los que hablé dijeron que las escenas que involucran a la familia Reyes eran algunas de sus partes favoritas de la película y que George López es él más destacado".

Translate Tweet



📷 Xolo Mariduena and DC

5:46 PM · Oct 8, 2022 · Twitter for iPhone

**5** Retweets  **101** Likes

💬        🔁        🤍        ⬆️

  Tweet your reply              Reply

Show more replies

---

**Relevant people**



**DCU Argentina** 🇦🇷          Follow
@DCComicsARG
De la casa más importante de
superhéroes. Noticias e información
las 24 horas sobre el universo DC. 🦇🌇
Contacto:
detectivecomicsarg@gmail.com 💬👨‍💻

**BSL** ✔️                       Follow
@bigscreenleaks
Gaming, Star Wars and Comics
Historian | Unapologetic Ms. Marvel
stan | Founder & EIC of
@OneTakeNews | #LeafsForever 🍁
#WeTheNorth 🧨 | 📧:
theonetakenews@gmail.com

**Xolo Mariduena** ✔️            Follow
@Xolo_Mariduena
Off-key singer. IG: Xolo_Mariduena

**What's happening**

NFL · LIVE
Eagles at Colts

#Disenchanted 🧙
Original movie now streaming
▣ Promoted by Disney+

Trending in California
**Rest In Peace**
55.8K Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Tommy

Trending in United States
**Qatar**
Trending with Ecuador, Jungkook

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**



Perkowski Legal P.C.   ...
@c_perkowski

— https://twitter.com/chrisevansfanuk/status/1588564182064328704 — at — 2022-11-22 22:47:12 -08:00

← **Tweet**

**Chris Evans fan page UK** 🇬🇧
@chrisevansfanuk

···

At last they set together Dwayne Johnson and Chris Evans, look at Chris fluffy hair 😍 ☺️



9:09 AM · Nov 4, 2022 · Twitter for Android

14 Retweets    104 Likes

Tweet your reply

Reply

**Aizzy** @AislinnMonroe92 · Nov 4
Replying to @chrisevansfanuk
Captain America and black Adam

···

**Joan** @joans3627 · Nov 4
Replying to @chrisevansfanuk
Love this 💕

···

**Christa Pellicci** @ChristaPellic18 · Nov 4
Replying to @chrisevansfanuk
Cool

···

**Perkowski Legal P.C.**
@c_perkowski
···

Q Search Twitter

**Relevant people**

**Chris Evans fan page ...**
@chrisevansfanuk
Chris Evans fan page my name Vicki
🌷 age 32 🦋

Follow

**What's happening**

NBA · 1 hour ago
**Lakers at Suns**

#AvatarTheWayOfWater 🌊
Get tickets now – In theaters December 16
Promoted by Avatar

Trending in United States
**Erection**
19.2K Tweets
···

Trending in California
**Costco**
5,956 Tweets
···

Business and finance · Trending
**Chesapeake**
36K Tweets
···

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet



← Tweet

 **Nintendo Wire**
@NinWire

ICYMI - Check it out! New set photos from the second Sonic movie have revealed models for Sonic, Tails, and our first look at Knuckles!



4:00 PM · Apr 25, 2021 · TweetDeck

**9** Retweets    **1** Quote Tweet    **58** Likes

Tweet your reply                                    Reply

**M a t** @Matelgato · Apr 25, 2021
Replying to @NinWire
Why is this guy making sonic pee ?

**Ωmegα_2 - Unrestrained Masked Meo...** @Dr_Vulp... · Apr 25, 2021
Replying to @NinWire
"Oh hey, Knux got his body back."

🔍 Search Twitter

**Relevant people**

 **Nintendo Wire**    Follow
@NinWire
The Nintendo Wire team is bringing you late breaking Nintendo news coverage. Participant in the Amazon Associates Program, an affiliate advertising system.

**What's happening**

Television · LIVE
**Bachelor in Paradise airing on ABC**

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
📷 Promoted by Avatar

Entertainment · Trending
**Jane Lynch**

Sports · Trending
**Ronaldo**
Trending with Glazers

Chain restaurants · Trending
**Hooters**
7,551 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 1-12    Filed 12/30/22    Page 77 of 101    Page ID #:1125

← **Tweet**

 **Türkçe**
@turkce

···

Hangi ünlü nerede görüldü? (4-10 Nisan 2022): Kırmızı halıda ve davetlerde modaya yön veren elbiseleriyle görüntülenen ünlü isimler, günlük hayatlarında ise doğal halleriyle objektiflere takılıyor. İşte objektifler...

dlvr.it/SNFyyn #Türkçe #MagazinHaberleri #Magazin

Translate Tweet



12:25 AM · Apr 9, 2022 · dlvr.it

💬          ⇄          ♡          ⬆

Ⓟ    Tweet your reply                                    Reply

Q Search Twitter

### Relevant people

 **Türkçe**        **Follow**
@turkce

Gazete ve dergilerden Türkçe Haberler, Son Dakika, Spor, Magazin, Teknoloji, Sinema Haberleri. İletişim ve iş birliği için: turkcemag@gmail.com

### What's happening

NFL · 1 hour ago
**49ers at Cardinals**


Entertainment · Trending
**Died Suddenly**
67.2K Tweets                ···

Trending in United States
**Dreamers MV**
162K Tweets                ···

Sports · Trending
**Ty Lue**                ···

Trending in California
**Dodger Stadium**
8,657 Tweets                ···

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

### Left navigation

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
··· More

**Tweet**

Ⓟ **Perkowski Legal P.C.** ···
@c_perkowski



https://twitter.com/HadidNewsMedia/status/955695057436200900 _ at _ 2022-11-21 18:26:05 -08:00 _

← Tweet

**Hadid News Media**
@HadidNewsMedia

⋯

January 22: Gigi at Nobu in Soho.
📷: Backgrid



10:53 PM · Jan 22, 2018 · Twitter for iPhone

**20** Retweets   **41** Likes



Tweet your reply

Reply

---

Q Search Twitter

**Relevant people**



**Hadid News Media**
@HadidNewsMedia

Follow

Your 1st & most reliable source on everything Gigi & Bella Hadid; since 2013. [@HadidNews]

**What's happening**

FIFA World Cup · This morning
**England vs Iran**



Entertainment · Trending
**Died Suddenly**
46K Tweets

⋯

Sports · Trending
**Greg Dortch**

⋯

Trending in United States
**Hive**
173K Tweets

⋯

Entertainment · Trending
**Charli**
85.3K Tweets

⋯

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski   ⋯





← **Tweet**

**Movie Crazy Planet** 🎬🍿🎥
@MovieCrazyP

#PorSiTeLoPerdiste

Esperando los próximos episodios de
#TheFalconAndWinterSoldier.

Translate Tweet

10:45 PM · Apr 7, 2021 · Twitter for Android

**1** Like

Tweet your reply                    Reply

**Goblin girl** @fredseel · Apr 7, 2021
Replying to @MovieCrazyP

♡ 1

---

**Relevant people**

**Movie Crazy Planet ...**        Follow
@MovieCrazyP

💥Noticias, tráilers, pósters, los
estrenos más recientes de cine, series
y televisión.💥 Síguenos y activa la 🔔
moviecrazyplanet@gmail.com ✉️

**What's happening**

Television · Last night
**Saturday Night Live airing on
NBC**

**#Disenchanted** 🧙
Original movie now streaming
📣 Promoted by Disney+

Only on Twitter · Trending
**#RIPLEGEND**
2,223 Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Tommy

Only on Twitter · Trending
**RIP JDF**
6,268 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/_Margvel/status/1209269677379248128 __ el __ 2022-11-20 23:11:00 -08:00

← **Tweet**

**Margvel** 🎨
@_Margvel

Nuevas fotos del set de #TheFalconandtheWinterSoldier muestran a Bucky y Sam peleando contra Baron Zemo. ¡Y está Sharon Carter!

Translate Tweet



4:28 PM · Dec 23, 2019 · Twitter for iPhone

**6** Retweets   **1** Quote Tweet   **78** Likes

Tweet your reply

Reply

**Federico** 🎨 @Federicox22 · Dec 23, 2019
Replying to @_Margvel
Emily ❤️❤️
♡ 1

## Relevant people

**Margvel** 🎨
@_Margvel                          Follow

Humor, información y updates del Universo Marvel | 🎬
contactomargvel@gmail.com |
#SheHulk #IAmGroot

## What's happening

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
📽 Promoted by Disney+

Music · Trending
**Kiki Dee**

Trending in United States
**UCLA**
12.2K Tweets

Trending in United States
**#AMAs** 🔥
Trending with soobin, yeonjun

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Twitter (left nav)

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

🔍 Search Twitter



_ https://twitter.com/AndyVermaut/status/1443000480322318343 _ at _ 2022-11-21 17:05:47 -08:00 _



← **Tweet**

🔍 Search Twitter





🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

🗐 Lists

👤 Profile

⊙ More

**Tweet**

**Andy Vermaut**
@AndyVermaut

•••

## Kanye West Removes Chris Brown's Vocals from Donda

consequence.net/2021/09/kanye-...




4:51 PM · Sep 28, 2021 · dlvr.it

        ♡    ⤴

 Tweet your reply    Reply

### Relevant people

 **Andy Vermaut**    Follow
@AndyVermaut

Linked to WCPDCD, EADM,
POSTVERSA, AIDL, EUtoday, ActNow
for C, People Forests, Fundamental
rights. Whatsapp +32499357495
denktankcarmenta@gmail.com

### What's happening

NCAA Men's Basketball · Yesterday
**Delta Devils at Tigers**



Entertainment · Trending    •••
**Died Suddenly**
37.4K Tweets

Trending in California    •••
**Dodger Stadium**
11.8K Tweets

Lovecraft Country · Trending    •••
**Lovecraft Country**
Trending with Blade

Entertainment · Trending    •••
**#DWTSFinale** 🏆
1,596 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More •••
© 2022 Twitter, Inc.

**Tweet**

 **Perkowski Legal P.C.**    •••
@c_perkowski

https://twitter.com/soybvip/status/1392296725558317058 ... id ... 2022-11-22 13:13:39 -08:00

← **Tweet**

**YouTube: BorrachosVIP** ✓
@SoyBvip

Si Jennifer López y Ben Affleck volvieron después de 17 años, ¡Ánimo! Tu y tu ex pueden regresar también. 😂

Translate Tweet



6:53 PM · May 11, 2021 · Twitter for iPhone

**68** Retweets  **30** Quote Tweets  **466** Likes

Tweet your reply                                    **Reply**

**angelitapava** @tatys321456783 · May 12, 2021
Replying to @SoyBvip
🤣🤣🤣
                          1

**Damián Obando** @ObandoDamian · May 11, 2021
Replying to @SoyBvip



GIF  ALT
                          1

**APS** @alixsury · May 11, 2021
Replying to @SoyBvip
@CaroPSchuldt 😅
        1                 1

**Carolina** @CarolinaPincay_ · May 11, 2021
Replying to @alixsury and @SoyBvip
No, gracias... NEXT
                          1

**Joss** @TuChicaCursi · May 11, 2021
Replying to @SoyBvip
Nos vemos en unos años mi amor.

**Jessy Alvarado** @jesseni78323468 · May 11, 2021
Replying to @SoyBvip
Jajaja jajaja jajaja 💔💔💔noooo

**cristy** @Cristy_Dut · May 11, 2021
Replying to @SoyBvip
Jajaja 🤣

This Tweet was deleted by the Tweet author. Learn more

**Olga Vera Alfonso** @olgui_vanessa · May 11, 2021
No gracias, aplicable a ambas jajajajaj

Show more replies

**Perkowski Legal P.C.**
@c_perkowski

**Search Twitter**

**Relevant people**

**YouTube: BorrachosV...** ✓
@SoyBvip                    **Follow**
Aquí echamos desmadre y contenido en internet 🔴📱 #Twitch Partner: @borrachosvip 🎮 Instagram: #BorrachosVIP 📸🎮 Contacto: borrachosvipcrew@gmail.com 🎮🎮
🔥

**What's happening**

FIFA World Cup · 3 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
📢 Promoted by Avatar

Trending in California
**Mexicans**
18.2K Tweets

Trending in United States
**Giroud**
Trending with Australia, Mbappe

Celebrities · Trending
**Tom Hanks**
6,408 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.





https://twitter.com/XYZforce/status/xxxxxx Document 1.12 Filed 12/30/22 Page 85 of 101 Page ID #1233

Cris Parker
@X3Ymsa

**New Madame Web Set Photos appear to show some sort of Spider Variant on set**

10:02 AM · Oct 6, 2022 · Twitter for iPhone

812 Retweets   407 Quote Tweets   10K Likes

Tweet your reply

Champ @ChampBot1 · Oct 6
Replying to @X3Ymsa
Jack Harlow?

3x3 @3op3xThree · Oct 6
Replying to @X3Ymsa
Quickspider

papi @shanelemmon · Oct 6
Replying to @X3Ymsa
HES HOT AND THICK

Steveo Bo Beveo @SteveoblaestBuff · Oct 6
Replying to @X3Ymsa
Yeah I'm almost positive that's Aaron Taylor Johnson's Kraven

Ethan M @Ethan84821941588 · Oct 6
Replying to @X3Ymsa
Man, who knew Jack Harlow was secretly Spider-Man?
Show replies

Stefan @Stefan_EvrNjr · Oct 6
Replying to @X3Ymsa
I swear to god if this is actually the Spider-Man of the Sony universe. I'm gonna be so disappointed, wouldn't even be surprised at this stage with the way Sony are handling things, making Kilo El Muerto before TASM3, SM4, 2099 or literally any Spider-Man film the majority want.
Show replies

RNZY @mrstampss · Oct 6
Replying to @X3Ymsa
That's Peter Parkour

TNK @TNook · Oct 6
Replying to @X3Ymsa
Aaron Taylor Johnson? If not then damn, dude has striking resemblance for a side profile

Operation Georgiafail DESTROY GEORGES @simplygicoslz · Oct 6
Replying to @X3Ymsa
why he kinda got a dumpy tho

Stone Cold Jane Austen 🖤💚💜 @greenOiasSteec · Oct 6
Replying to @simplygicoslz and @X3Ymsa
I know. Like so turn around we just need to see... If there's a logo on your back
Show replies

Exil @backspend · Oct 6
Replying to @X3Ymsa
is that kick ass?

AHOY @collectMaker_ · Oct 6
Replying to @X3Ymsa
Maybe superior spider-man?

Dinky Scent @DinkyScent · Oct 6
Replying to @X3Ymsa
looks like aaron taylor johnson to me, maybe a variant of kraven that is a spider guy

Magoogns @edonapy · Oct 7
Replying to @DinkyScent and @X3Ymsa
Definitely this.

steeley @ghanobbinmail · Oct 6
Replying to @X3Ymsa
That's Aaron Taylor Johnson

ExalUae @exalclawl · Oct 6
Replying to @X3Ymsa
My brain told me this was Jack Harlow for a second

Kris @kraken_ · Oct 6
Replying to @X3Ymsa
this is crazy level of leaks

BigDeePee @TrustMeBro18 · Oct 6
Replying to @X3Ymsa
Tahar Rahim as Ezekiel Sims?
#MadameWeb

Loo @_Melancholy_NO · Oct 6
Replying to @X3Ymsa and @hibamndo
is that Jack Harlow??

Enrique Cervantes @EnriqueCervnt6r · Oct 6
Replying to @X3Ymsa
Why is he caked??

Sagar Kumar @_sagar_0904 · Oct 6
Replying to @X3Ymsa
Some people are calling it Kaine. And those lines seems like him

Relevant people

Cris Parker
@X3Ymsa                     Follow
🎬 Always a Celebrating Movies 🔥 Full
Time YouTuber (378k Subs) 🔥 TikToker
(600k Followers) 🎬 Latino🇲🇽

**What's happening**
Formula 1 · This evening
Abu Dhabi Grand Prix 2022

#Disenchanted 🎃
Original movie now streaming
Promoted by Disney+

Trending in California
**Rest in Peace**
55.4K Tweets

Trending in California
**#GATECU**
115K Tweets

Trending in United States
**LGBTQ**
Trending with Colorado Springs, #Club Q

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ...
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@r_perkowski



← **Tweet**

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

 **Marvel Universe Argentina**
@marveluniversar                    ⋯

Nuevas fotos de Dakota Johnson en el set de 'MADAME WEB' !



11:49 AM · Jul 26, 2022 · Twitter Web App

**1** Retweet   **7** Likes

 Tweet your reply                    Reply

Q Search Twitter

## Relevant people

**Marvel Universe Arg...**        Follow
@marveluniversar
Información, novedades y teorías sobre el universo Marvel en un solo lugar. Contacto: marveluniverse.arg@gmail.com
#SheHulk #IAmGroot 🇦🇷

## What's happening

NFL · LIVE
**49ers at Cardinals**

Entertainment · Trending        ⋯
**Died Suddenly**
51.7K Tweets

Trending in United States        ⋯
**Chrisley**
17.6K Tweets

Trending in United States        ⋯
**Tampax**
34.2K Tweets

Entertainment · Trending        ⋯
**#DWTS** 🤠
Trending with Charli, Gleb

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**   ⋯
@c_perkowski

_ https://twitter.com/filmsbymecha/status/1539948812147593216 _ at _ 2022-11-21 06:22:18 -08:00 _

← **Tweet**

 🐶
@filmsbydelrey

···

greta wearing pink to match the theme 🥹❤️



5:29 AM · Jun 23, 2022 · Twitter for Android

 

Tweet your reply

Reply

Perkowski Legal P.C. ···
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

 🐶
@filmsbydelrey        Follow
multifandom ✧*｡

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**          

Gaming · Trending         ···
**3DS RAINBOW ROAD**

---

🐦 Home
# Explore
🔔 Notifications
📧 Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

**Tweet**

← **Tweet**

**Stivi De Tivi** ✔
@StiviDeTivi

Sigue el rodaje de la miniserie #PamAndTommy con #LilyJames y #SebastianStan interpretando a #PamelaAnderson y #TommyLee.

Translate Tweet



1:20 PM · Jun 8, 2021 from Benito Juárez, Distrito Federal · Twitter for iPhone

**2** Retweets   **1** Quote Tweet   **34** Likes

💬   🔁   ♡   📤

Tweet your reply                                    Reply

**lukaslukatero** @lukaslukateroM · Jun 8, 2021
Replying to @StiviDeTivi
Y si tendrá los "tamaños" que tenía #TommyLee él? 🤔😂😂😂😂🥴

💬   🔁   ♡   📤

**Relevant people**

**Stivi De Tivi** ✔     Follow
@StiviDeTivi
Stivi De Tivi (Enrique Solorzano). AMO las series y el cine. Me encuentras en radio, TV, podcast, revistas, medios digitales y fiestas. Pronombres: Él/Su/Suyo

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**

Trending in United States
**1-0 USA**
12.2K Tweets

Trending in California
**LETS GOOOOOO**
3,261 Tweets

Trending in United States
**WHAT A GOAL**
17.8K Tweets

Family drama · Trending
**#GTMcontest5**

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Search Twitter

← **Tweet**



**Linda Ikeji** @lindaikeji

Jennifer Lopez sparks engagement rumors with massive ring lindaikejisblog.com/2022/4/jennife...

11:28 PM · Apr 7, 2022 · LIB App

**7** Likes

Tweet your reply

Reply

**Relevant people**

**Linda Ikeji** @lindaikeji
Blogger. CEO, LindaIkejiTV

Follow

**What's happening**

NFL · 1 hour ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
67.4K Tweets

Trending in United States
**Dreamers MV**
162K Tweets

Entertainment · Trending
**Sinbad**
8,015 Tweets

Sports · Trending
**Ty Lue**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C. @c_perkowski

https://twitter.com/urihannacom/status/1407932230203285505 __el__2022-11-22 18:21:34 -08:00
Case 3:22-cv-09462-DMG-ADS    Document 1-12    Filed 12/30/22    Page 90 of 101    Page ID
#:1138

**Tweet**

Ultimate Rihanna
@urihannacom

Rihanna and ASAP Rocky spotted in #NYC heading to
Barcade (06.23)
•
PHOTOS📸: Ultimate-Rihanna.com



10:22 PM · Jun 23, 2021 · Twitter for iPhone

**56** Retweets    **19** Quote Tweets    **555** Likes

Perkowski Legal P.C.
@c_perkowski

Tweet your reply                    Reply

¿ @fentysnavi · Jun 23, 2021
Replying to @urihannacom
Not ASAP again

♡ 3

ℛᴀᴊᴜᴍɪ 🎀 @kazumichinn · Jun 23, 2021
Replying to @urihannacom
i kno it must suck being famous

♡ 2

kim @_Kim_12345 · Jun 24, 2021
Replying to @urihannacom
With that dress

♡ 1

The Style Diaspora @LeStyleDiaspora · Jun 24, 2021
Replying to @_Kim_12345 and @urihannacom
Yes she is

kim @_Kim_12345 · Jun 24, 2021
Replying to @urihannacom
She's killing that hat🔥

♡ 2

The Style Diaspora @LeStyleDiaspora · Jun 24, 2021
Replying to @_Kim_12345 and @urihannacom
Yes she is

---

Search Twitter

**Relevant people**



Ultimate Rihanna
@urihannacom                    Follow
Your most reliable #Rihanna fan
source, serving you since the
beginning!

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Trending in United States
RIP Harold

Trending in United States
Ole Miss
5,306 Tweets

Bachelor in Paradise · Trending
#bachelorinparadiseabc 🌹
3,172 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

← Tweet

**Sole Retriever**
@SoleRetriever

Me and those Burgundy 1s



THIS WEEKS DROP
MY FEET
LAST WEEKS SHOES
IN MY CLOSET

Twitter Photography, $J.R.$ @SoleRetriever

5:41 PM · Nov 19, 2021 · Twitter for iPhone

**9** Retweets  **2** Quote Tweets  **158** Likes

Tweet your reply                                    Reply

**Curtis Low** @the_lost_hallo · Nov 19, 2021
Replying to @SoleRetriever
They just have that sophisticated look.

**Ayanda** @Palrseyanda · Nov 20, 2021
Replying to @SoleRetriever
This is not funny.



**@type beastsuprem** · Nov 19, 2021
Replying to @SoleRetriever
Downgrade

**The 4 Connoisseur** @mikefrank2020 · Nov 19, 2021
Replying to @type beastsuprem and @SoleRetriever
I would say so, plus she cannot be single for more than a few days...
shoutout to Kris Humphries & Pete Davidson for making the most average
of men think they have a shot with any woman, myself included.
👍

Show replies

**dante** 👑 @Dante_GBE · Nov 19, 2021
Replying to @SoleRetriever
that's not kanye

**shaifer2pc(UGS)** @instoreDon · Nov 19, 2021
Replying to @SoleRetriever
kanye better fuck her sister

**PYREX PRIME MINISTER** @jersgt3iny · Nov 19, 2021
Replying to @SoleRetriever

This Tweet is from a suspended account. Learn more

**The 4 Connoisseur** @mikefrank2020 · Nov 19, 2021
Replying to @Cnzit96462638 and @SoleRetriever
She goes through guys like we go through shoes... I think. That's my best
guess bc I'm confused too

This Tweet was deleted by the Tweet author. Learn more

This Tweet is from a suspended account. Learn more

Show replies

---

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
Lists
Profile
More

Tweet

**Perkowski Legal P.C.**
@c_perkowski

🔍 Search Twitter

**Relevant people**

**Sole Retriever**                    Follow
@SoleRetriever
We democratize access, knowledge
and discovery to all of the latest
sneaker drops and information –
amongst other things. 👟 | Tweets
may be affiliated

**What's happening**

FIFA World Cup · LIVE
Argentina vs Saudi Arabia

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
**El VAR**
72.9K Tweets

Entertainment · Trending
**Died Suddenly**
79.9K Tweets

Trending in California
**Mexicans**
7,225 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/marvlsmedia/status/1430326064329396226 __ at __ 2022-11-22 10:39:42 -08:00 __

← **Tweet**

🏠 Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

▣ Lists

👤 Profile

⊙ More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.**   •••
@c_perkowski

__ https://twitter.com/agfotosevideos/status/1552631464436602273 __ at __ 2022-11-20 17:32:20 -08:00 __



← Tweet



**ATENÇÃO GEEK | Mídia**
@agfotosevideos

•••

Fotos da Dakota Johnson nos bastidores de
#MadameWeb



5:26 AM · Jul 28, 2022 · Twitter for Android

**7** Retweets   **28** Likes

   Tweet your reply

Reply

---

🔍 Search Twitter

**Relevant people**

   **ATENÇÃO GEEK | Mídia**   Follow
@agfotosevideos

Conta para fotos e vídeos dos
bastidores do mundo do
entretenimento. Conta oficial:
@atencaogeek

**What's happening**

NFL · 46 minutes ago
**Bengals at Steelers**




#Disenchanted 🧑‍🦰
Original movie now streaming
◩ Promoted by Disney+

Trending in United States   •••
**Dove Cameron**
4,699 Tweets

Trending in United States   •••
**Machine Gun Kelly**
1,421 Tweets

Trending in United States   •••
**Wayne Brady**
1,259 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

**Home**

**#** Explore

🔔 **Notifications** ①

✉ **Messages**

🔖 **Bookmarks**

**Lists**

**Profile**

••• **More**

**Tweet**

**Perkowski Legal P.C.**   •••
@c_perkowski

__ https://twitter.com/ClickySound/status/1187060870079221760 __ at __ 2022-11-20 19:11:33 -08:00 __

← **Tweet**



**Clicky Sound**
@ClickySound

···

clickysound.com/selena-gomez-e...  Selena Gomez looks chic amid her new single's drama, Kim Kardashian heads to Ulta after her birthday and more...



10:39 AM · Oct 23, 2019 · Clicky Sound

    

 Tweet your reply

Reply

---

## Relevant people

 **Clicky Sound**
@ClickySound
**Follow**
Photography at its Best!

## What's happening

NFL · 2 hours ago
**Cowboys at Vikings**



#Disenchanted 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek
···

Trending in United States
**Disney CEO**
7,133 Tweets
···

Trending in United States
**Cult of Personality**
1,111 Tweets
···

Show more

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/turkce/status/1324332020151975936 __ at __ 2022-11-22 15:50:07 -08:00 __

← **Tweet**

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

**Türkçe** 
@turkce

...

Karavan sohbeti: Beyaz perdede boy gösterecek olan Don't Worry Darling filminin çekimleri sürüyor. Filmde rol alan Harry Styles, önceki gün sette rol arkadaşı Olivia Wilde'ın karavanına yaptığı ziyaret objektiflere...
dlvr.it/Rl393B #Türkçe #MagazinHaberleri #Magazin

Translate Tweet



4:45 AM · Nov 5, 2020 · dlvr.it

   

 Tweet your reply

**Reply**

**Perkowski Legal P.C.** ...
@c_perkowski

Search Twitter

### Relevant people

**Türkçe** 
@turkce

**Follow**

Gazete ve dergilerden Türkçe Haberler, Son Dakika, Spor, Magazin, Teknoloji, Sinema Haberleri. İletişim ve iş birliği için: turkcemag@gmail.com

### What's happening

FIFA World Cup · 5 hours ago
**Mexico vs Poland**



**#AvatarTheWayOfWater** 💧
Get tickets now – In theaters December 16
📢 Promoted by Avatar

Entertainment · Trending
**Jane Lynch**
...

Food · Trending
**Reddi Whip**
...

Entertainment · Trending
**#GTMcontest33**
...

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

← Tweet

**Just girls✦**
@farangsuoy

···

#CandiceSwanepoel 16/11/2020 ที่หาดไมอามี่ เห็นแล้ว
ขอกราบหุ่นคุณแม่ลูกสองไว้ ณ ที่นี่เลยจำแม่ 🧎‍♀️

Translate Tweet



2:42 AM · Nov 18, 2020 · Twitter Web App

**345** Retweets   **11** Quote Tweets   **266** Likes

💬          🔁          ♡          📤



Tweet your reply                                    Reply

pakahoo_xoxo @pakahoo_xoxo · Nov 18, 2020        ···
Replying to @farangsuoy
อื๋อหืออออ หุ่นนาง

💬          🔁          ♡          📤

---

**Home**

**Explore**

**Notifications** (1)

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**


**Perkowski Legal P.C.**
@c_perkowski                          ···

---

🔍 Search Twitter

**Relevant people**

**Just girls✦**                              Follow
@farangsuoy
If you can't be kind, just be quiet.
Thank you :)

**What's happening**

FIFA World Cup · 🔴LIVE
**USA vs Wales**                          

Trending in United States              ···
**Jordan Morris**
Trending with Acosta, Reyna

Trending in United States              ···
**1-0 USA**
20K Tweets

Entertainment · Trending            ···
**julia fox**
6,666 Tweets

Trending in California                  ···
**Telemundo**
7,501 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Blessed**
@ID6ix



12:15 PM · Nov 25, 2019 · TweetDeck

238 Retweets    10 Quote Tweets    2,077 Likes

Tweet your reply

Reply

**Perkowski Legal P.C.**
@c_perkowski

**Search Twitter**

**Relevant people**

**Blessed**
@ID6ix
Follow
WORLD CULTURE 🌐

**What's happening**

FIFA World Cup · Earlier today
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in United States
**RIP Harold**

Trending in California
**Hooters**
8,249 Tweets

Sports · Trending
**Manchester United**
346K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

__ https://twitter.com/foochia/status/1372488206889975808 __ at __ 2022-11-22 08:30:09 -0800 __

← **Tweet**



**Foochia - فوشيا** ✔
@foochia

···

بعد شائعة انفصالهما.. الباباراتزي يصورون لقطات رومانسية
تجمع جنيفر لوبيز مع خطيبها اليكس رودريغز

#مشاهير #باباراتزي #جنيفر_لوبيز #أليكس_رودريغز

Translate Tweet



3:01 AM · Mar 18, 2021 · Hootsuite Inc.

**2** Retweets   **9** Likes



Tweet your reply                                              Reply

---

Q  Search Twitter

## Relevant people

   **Foochia - فوشيا** ✔         Follow
                         @foochia

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللباقة، ونتابع أخبار المشاهير والفن
والثقافة.

## What's happening

FIFA World Cup · LIVE
**Mexico vs Poland**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar



Entertainment · Trending                     ···
**Died Suddenly**
114K Tweets

Trending in United States                    ···
**Argentina**
Trending with Messi

Music · Trending                             ···
**WayV**
126K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Perkowski Legal P.C.**   ···
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 1-12   Filed 12/30/22   Page 99 of 101   Page ID #:1147

← **Tweet**



🔍 Search Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

🔲🔲
@filmsbydelrey

**Dakota en Beverly Hills** 😍

6:02 PM · Jan 24, 2019 · Twitter for Android

**1** Retweet   **5** Likes

Tweet your reply

Reply

**Relevant people**

🔲🔲
@filmsbydelrey
multifandom ✧⁺.

Follow

**What's happening**

Television · Last night
**Saturday Night Live airing on NBC**

**#Disenchanted** 👸
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**#MassShooting**
3,808 Tweets

Trending in United States
**Morgan Freeman**
163K Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with First Kevin Conroy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.


Perkowski Legal P.C.
@c_perkowski ···

— https://twitter.com/BookingFreetime/status/1556944349832921088 — at — 2022-11-20 22:12:48 -08:00 —

← **Tweet**

**Freetime**
@BookingFreetime

···

Premières images d'Anthony Ramos dans le rôle de The Hood sur le tournage de la série Marvel #Ironheart. 📸

Translate Tweet





3:03 AM · Aug 9, 2022 · Twitter Web App

 Tweet your reply

Reply


Perkowski Legal P.C.
@c_perkowski
···

---

Search Twitter

**Relevant people**

**Freetime**
@BookingFreetime

Follow

Freetime est une page d'information du cinéma, du divertissement, des séries et plateformes de streaming du moment et à venir.

**What's happening**

NFL · 1 hour ago
**Chiefs at Chargers**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**#Raiders** ···
Trending with Broncos, #RaiderNation 🏴‍☠️

Music · Trending
**#BLACKPINK_WORLDTOUR** ···
56.7K Tweets

Trending in United States
**#AMAs** 💋 ···
Trending with soobin, yeonjun

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/StrangerNews11/status/1385038588495781913... 2022-11-20 17:27:39:00 | Document 1-12 Filed 12/30/22 Page 101 of 101 Page ID #1186

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

**Relevant people**

Stranger Things 4
@StrangerNews11 · Follow

News and Filming Updates about Stranger Things... 📷 Photos, Videos and Information about the Cast. ❤️ Fan Community. Netflix Shows & Movies. 04/04

**What's happening**

FIFA World Cup · 2 hours ago
Mexico vs Poland

#AvatarTheWayOfWater2
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in California
Mexicans
13.6K Tweets

Trending in California
Lucas
148K Tweets

Trending in United States
#Buy1GetITampax
7.931 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

**Stranger Things 4**
@StrangerNews11

FROM SEASON 2 TO SEASON 4... ❤️ ❤️ 😍
#MaxMayfield



11:00 AM · May 1, 2021 · Buffer

**71** Retweets  **7** Quote Tweets  **1,387** Likes

Tweet your reply                     Reply

**Daniel WILD @gelito de Sadie Sink (**+**... @danielp... · May 1, 2021
Replying to @StrangerNews11
El mejor personaje femenino, le pesa a quien le pese.

Sadie tiene un cabello tan hermoso, bueno, todo su ser es hermoso 😌

Aquí dejo un pequeño dibujo de la linda Max, no se quien es el autor, pero le quedo de 10

**Daniel WILD (gelito de Sadie Sink (**+**... @danielp... · May 1, 2021
Replying to @StrangerNews11
Siempre soy agradecido por fotos nuevas de Sadie Sink, aunque en esta ocasión esta junto a una persona que no es agradable para mi 😅



**0590 @_maddie__11 · May 1, 2021
Replying to @StrangerNews11
🥺💕

**Daniel WILD (gelito de Sadie Sink (**+**... @danielp... · May 1, 2021
Replying to @_maddie__11 and @StrangerNews11
Sadie Sink se pone la misma cara que yo pongo cuando me tomo una foto más a fuerza que de ganas 😅

Show replies

**PERLA MARTINEZ @prinossennial_ · May 2, 2021
Replying to @StrangerNews11
Hell of a glow up baby✨😍✨😍✨😍

**Luis Ricardo @Luis8e13777595 · May 5, 2021
Replying to @StrangerNews11
😍😍😍😍

**Fleubs Jonathan @Fleubsi · May 5, 2021
Replying to @StrangerNews11
Very nice lady 😍

**Nalleth Martinez @NallethMartin16 · May 1, 2021
Replying to @StrangerNews11

OH MY GOD

This Tweet was deleted by the Tweet author. Learn more

**ben @ben6037837 · May 1, 2021
season 1 when they're looking at billy at the pool

---

Perkowski Legal P.C.
@c_perkowski