# EXHIBIT B Continued

https://twitter.com/StrangerNews11/status/1388833658949701...   2022-11-20 17:27:50   Document 1-3   Filed 12/30/22 · · · Page 3 of 101   Page ID #:116

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Stranger Things 4**
@StrangerNews11

FROM SEASON 2 TO SEASON 4... ❤️❤️ 😍
#MaxMayfield



11:00 AM · May 1, 2021 · Buffer

**71** Retweets   **7** Quote Tweets   **1,387** Likes

---

Relevant people

**Stranger Things 4**
@StrangerNews11                    Follow
News and Filming Updates about
Stranger Things.. 🎬 Photos, Videos
and information about the Cast..😍
❤️ Community: Netflix Shows &
Movies.. 04/04

What's happening

FIFA World Cup · 2 hours ago
Mexico vs Poland

#AvatarTheWayOfWater
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in California
Mexicans
1.04K Tweets

Trending in California
Lucas
144K Tweets

Trending in United States
#BoycottTampax
7,931 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

Tweet your reply                    Reply

**Daniel WILD (geñito de Sadie Sink (°•°...** @danielp...
Replying to @StrangerNews11
El mejor personaje femenino, le pese a quien le pese.
Sadie Sink tiene un cabello tan hermoso, bueno, todo su ser es hermoso 😍
Aquí dejo un pequeño dibujo de la linda Max, no se quien es el autor, pero
le quedo de 10



♡        ♡ 2

**Daniel WILD (geñito de Sadie Sink (°•°...** @danielp...   May 1, 2021
Replying to @StrangerNews11
Siempre soy agradecido por fotos nuevas de Sadie Sink, aunque en esta
ocasión esta junto a una persona que no es agradable para mi 😒



♡        ♡ 6

**t999 @_maddie__11** @daniela_...   May 1, 2021
Replying to @StrangerNews11
🥺♡

♡        ♡ 6

**Daniel WILD (geñito de Sadie Sink (°•°...** @danielp...   May 1, 2021
Replying to @StrangerNews11
Sadie Sink pone la misma cara que yo pongo cuando me tomo una foto
más a fuerza que de ganas 😅😅

Show replies

**PERLA MARTINEZ** @princessweetal_...   May 2, 2021
Replying to @StrangerNews11
Hell of a glow up baby🤣😍😍🤩



♡        ♡ 1

**Luiz Ricardo** @LuizRic13777595 · May 5, 2021
Replying to @StrangerNews11
😍😍😍😍

♡        ♡ 1

**Fleubs Jonathan** @Fleubsi · May 9, 2021
Replying to @StrangerNews11
Very nice lady 😍

♡        ♡

**Naileth Martínez** @NailethMartin16 · May 1, 2021
Replying to @StrangerNews11

OH MY GOD

♡        ♡ 1

This Tweet was deleted by the Tweet author. Learn more

**ben** @ben96327837 · May 1, 2021
season 3 when they're looking at billy at the pool

Show replies

**Perkowski Legal P.C.** •••
@c_perkowski

___ https://twitter.com/bso/status/1352139360758587392 __ ss ___ 2022-11-22 06:58:24 -08:00

← **Tweet**

**Robert Littal BSO** ✔
@BSO

Suns Fans From #NBATwitter🤷‍♂️ Are Begging Devin Booker To Break Up With Kendall Jenner After His "Slow" Start To The Season & Even After Latest Good Game (Tweets-Vids) bit.ly/2KEE0ME via @BasketballguruD



10:21 PM · Jan 20, 2021 · BSO Alert

**3** Retweets  **2** Quote Tweet  **12** Likes

Tweet your reply                    Reply

**Sandra Morales** @SandraM45397963 · Jan 21, 2021
Replying to @BSO and @BasketballGuruD
He went after her and she's a Jenner

**Star-Girl** @RebelHebrew · Jan 20, 2021
Replying to @BSO and @BasketballGuruD
There's no one in the world more privileged than sports fanatics! They dictate these players love lives. Can we go back to the time where we'd mind our own business?

1                        1

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

Show replies

Show more replies

---

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

P **Perkowski Legal P.C.** ···
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

**Robert Littal BSO** ✔          Follow
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**The Daniel Bell©**           Follow
@BasketballGuruD
Thunder Beat Reporter For @BSO | Contributor for the @FranchiseOK | A lot of sports tweets | dbell3220@icloud.com

**What's happening**

FIFA World Cup · 2 hours ago
**Argentina vs Saudi Arabia**

#AvatarTheWayOfWater🌊
Get tickets now — In theaters December 16
Promoted by Avatar

Trending in United States
**Died Suddenly**
105K Tweets

Trending in United States
**#السعودية_الأرجنتين**
1.2M Tweets

Trending in United States
**Argentina**
Trending with #FIFAWorldCup 🏆 . Herve Renard

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/turkce/status/1238414031028772864 __ at __ 2022-11-22 17:21:43 -08:00 __

← **Tweet**

Q Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

Lists

Profile

More

**Tweet**

 **Türkçe**
@turkce

Film aşkı gerçek oldu: Deep Water filminde evli bir çifti canlandıran Ben Affleck ile Ana De Armas, gerçek hayatta da aşk yaşamaya başladı. İkili, birlikte çıktıkları Costa Rica tatilinde objektiflere yansıdı dlvr.it/RRpPbr #Türkçe #MagazinHaberleri #Magazin

Translate Tweet



3:38 AM · Mar 13, 2020 · dlvr.it

**1** Like

💬   ⟲   ♡   ⬆

 Tweet your reply    Reply

### Relevant people

 **Türkçe**   Follow
@turkce
Gazete ve dergilerden Türkçe Haberler, Son Dakika, Spor, Magazin, Teknoloji, Sinema Haberleri. İletişim ve iş birliği için: turkcemag@gmail.com

### What's happening

Television · LIVE
**Bachelor in Paradise airing on ABC** 

**#AvatarTheWayOfWater**
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in United States
**RIP Harold**
Trending with TO BE CLEAR

Sports · Trending
**Ronaldo**
Trending with Glazers, Manchester United

Politics · Trending
**Naomi Biden**
23.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ···
@c_perkowski

__ https://twitter.com/skinnysel/status/1501285064922297216 1 __el __2022-11-21 09:27:05 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 1-13   Filed 12/30/22   Page 5 of 101   Page ID #:1154



selena looks SO good

83 Retweets   2 Quote Tweets   940 Likes




https://twitter.com/nacaomarvel/status/1388333233819406003__d_ ... 2021-11-21 22:54:47 468am
oc ... 2021-11-21 22:54:47 468am Document 1-13 Filed 12/30/22 Page 6 of 101 Page ID #1100



← **Tweet**



**Tom!! Silly Potterhead**
@lovPTfsf4ever                                    ···

HOLY COW #MadameWeb



10:43 AM · Oct 6, 2022 · Twitter for iPhone

💬                    ⟲                    ♡                    ⬆️

 Tweet your reply                    Reply

🔍 Search Twitter

## Relevant people

 **Tom!! Silly Potterhead**    Follow
@lovPTfsf4ever

"Mr.Stark i don't feel so good" | Real
steel fav film| POTTERHEAD 4EVER
|Star Wars| |Bnha fan| |Musicals|
|Marvel| Comics\#twitteroweksiazkary

## What's happening

Formula 1 · This morning
**Abu Dhabi Grand Prix 2022**



#Disenchanted 🧙‍♀️
Original movie now streaming
↗ Promoted by Disney+

Only on Twitter · Trending                    ···
**Rest in Power**
26.7K Tweets

Trending in California                    ···
**Rest In Peace**
56.9K Tweets

Sports · Trending                    ···
**McVay**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

**Tweet**

 **Perkowski Legal P.C.**    ···
@c_perkowski

← **Tweet**

Margvel 🌀
@_Margvel                                   ···

📸 Primeras imágenes de Adam Scott en el set de 'MADAME WEB' ⚛



6:27 AM · Jul 28, 2022 · Twitter for Android

**2** Retweets   **78** Likes

Tweet your reply                              Reply

**Nico** @Nicovallejos__ · Jul 28          ···
Replying to @_Margvel
Tengo la teoría que el puede ser el Spiderman de este universo 👀

💬 **2**

**Diegó** @Szpilman · Jul 28                ···
Replying to @Nicovallejos__ and @_Margvel
¿Peter B Parker? Messirve

---

🔍 Search Twitter

**Relevant people**

Margvel 🌀          Follow
@_Margvel
Humor, información y updates del
Universo Marvel | 🎺
contactomargvel@gmail.com |
#SheHulk #IAmGroot

**What's happening**

Television · Starts at 7:00 PM
**Saturday Night Live airing on
NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber
Reserve
Ⓤ Promoted by Uber

Trending in United States          ···
**HE'S BACK**
118K Tweets

Trending in United States          ···
**#trumpisback**
3,489 Tweets

Sports · Trending                  ···
**#AEWFullGear**
Trending with The Elite, Death Triangle

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski          ···

https://twitter.com/proxcinemente/status/1539724365666963457 at 2022-11-19 20:14:22 -08:00



__ https://twitter.com/marveluniversar/status/1552696912624508928 __ at __ 2022-11-20 09:23:22 -08:00 __



← Tweet



**Marvel Universe Argentina**
@marveluniversar

···

## ¡Adam Scott en el set de 'MADAME WEB'!

 

9:46 AM · Jul 28, 2022 · Twitter for iPhone

**1** Like



Tweet your reply

Reply

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

### Relevant people



**Marvel Universe Arg...** Follow
@marveluniversar

Información, novedades y teorías sobre el universo Marvel en un solo lugar. Contacto: marveluniverse.arg@gmail.com
#SheHulk #IAmGroot 🇦🇷

### What's happening

FIFA World Cup · 1 hour ago
**World Cup Qatar 2022: Opening Ceremony**



**#Disenchanted** 🧚
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending
**#RIPLEGEND**
3,697 Tweets

···

Trending in California
**Shakira**
99.2K Tweets

···

Trending in California
**Rigged**
39.8K Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski   ···



← **Tweet**

**ATENÇÃO GEEK | Mídia**
@agfotosevideos

···

Fotos dos bastidores da série **#IronHeart**, com Dominique Thorne como Riri Williams com um novo traje depois do filme **#WakandaForever** 🐾

📷: **@JustJared**

Translate Tweet

2:13 PM · Aug 8, 2022 · Twitter for Android

**5** Likes

💬   🔁   ♡   ⬆

**P**   Tweet your reply   **Reply**

## Search Twitter

### Relevant people

**ATENÇÃO GEEK | Mídia**   **Follow**
@agfotosevideos
Conta para fotos e vídeos dos bastidores do mundo do entretenimento. Conta oficial: **@atencaogeek**

**JustJared.com** ✓   **Follow**
@JustJared
Your #1 Entertainment Authority Also follow **@jaredeng** e **@justjaredjr**

### What's happening

Television · 2 hours ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in California   ···
**Andrew Tate**
27.7K Tweets

Trending in United States   ···
**Blocked**
129K Tweets

Trending in United States   ···
**Waka Waka**
38.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.


**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**

**Cosmic Media**
@CosmicMMedia



9:06 AM · Aug 9, 2022 · Twitter for iPhone

**93** Retweets  **70** Quote Tweets  **1,125** Likes

Tweet your reply                                    **Reply**

**Phoenix with Bread** ✪ @foxwithalatte · Aug 9
Replying to @CosmicMMedia
Wonder why they beefed him up
♡ 1

**Nawras.W** @Nawras__98 · Aug 9
Replying to @foxwithalatte and @CosmicMMedia
Kingpin from comics is T H I C C
♡ 1  ♡ 16

Show replies

**DarthThan0s** @DarthThanos5 · Aug 9
Replying to @CosmicMMedia
@kcroyalsfanatic
♡ 1

**Alex** @Alexonfilms · Aug 9
Replying to @CosmicMMedia
Does he have the cuff links though.....
♡ 1

**Mel** @Ixaac_11 · Aug 9
Replying to @CosmicMMedia
That's old
♡ 2

**Rebecca CEO of Benedict Bridgerton's vests** @whiskeyslasso · Aug 9
Replying to @Ixaac_11 and @CosmicMMedia
Not it's not. It's from Echo filming. atlanta_filming posted it to IG
♡ 2  ♡ 78

Show replies

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**shelton** @Nomad9223 · Aug 9
Replying to @Syke_13 and @CosmicMMedia
These got to be fot flashback episodes. There's no way he gets shot in the face and doesn't have a scar.
♡ 1  ♡ 7

Show additional replies, including those that may contain offensive content    Show

---

**Perkowski Legal P.C.**
@c_perkowski

---

Search Twitter

**Relevant people**

**Cosmic Media**
@CosmicMMedia                    Follow
Your #1 source for all leaks surrounding Marvel, Star Wars, and Disney | Backup for @cosmic_marvel

**What's happening**

NFL · 1 hour ago
**Chiefs at Chargers**



**#Disenchanted** 🧙
Original movie now streaming
📺 Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, Disney

Trending in United States
**UCLA**
14.2K Tweets

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS    Document 1-13    Filed 12/30/22    Page 14 of 101    Page ID #:1163

← **Tweet**



🎄 **Spider_Man_Agro** 🎄
@SpiderAgro

Tenemos nuevas imágenes filtradas de #MadameWeb

Translate Tweet



1:18 PM · Oct 6, 2022 · Twitter for Android

  



Tweet your reply

Reply

🔍 Search Twitter

**Relevant people**



🎄 **Spider_Man_Agro** 🎄
@SpiderAgro

Follow

Hola soy su amigo Spider-Man de la Agro y este es mi Twitter oficial

**What's happening**

NFL · LIVE
**Browns at Bills**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Shakira**
107K Tweets

Entertainment · Trending
**Morgan Freeman**
179K Tweets

Trending in United States
**Rest In Peace**
43.1K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C. ···
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 1-13    Filed 12/30/22    Page 15 of 101    Page ID #:1164

← **Tweet**



**Kardashian Brasil #TheKardashians**
@kardashibrasil
···

Kylie Jenner, Khloé Kardashian e Doja Cat na after party da Balenciaga em Paris, ontem (02).




6:56 AM · Oct 3, 2022 · Twitter for iPhone

**6** Retweets    **44** Likes


Tweet your reply

Reply



---

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

---

🔍 Search Twitter

## Relevant people



**Kardashian Brasil #Th...**
@kardashibrasil    Follow

O primeiro e melhor portal de notícias no Brasil sobre a família Kardashian e Jenner desde 2010 | @KBRMidia @KBRBackup. — We don't have contact with them.

## What's happening



Television · Last night
**Saturday Night Live airing on NBC**



**#Disenchanted** 🧝
Original movie now streaming
▶ Promoted by Disney+

Trending in California    ···
**Rest In Peace**
41.8K Tweets

Only on Twitter · Trending    ···
**Rest in Power**
16.3K Tweets

Trending in California    ···
**Shakira**
108K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy    Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski

**Tweet**

**Séries TV Show BR**
@SeriesTWBZ

**#AvengersEndgame**

Será que essas cenas com a viúva no trailer são no começo do filme ou é edição gráfica ?

Lembrando que vazaram várias imagens dela ruiva com cabelo mais comprido.

Para não dar spoiler do possível salto temporal será ???

Translate Tweet



7:11 AM · Dec 7, 2018 · Twitter for Android

**25** Retweets    **143** Likes

Tweet your reply                                    Reply

**rick** @rickmagnu · Dec 7, 2018
Replying to @SeriesTWBZ
Provavelmente é no começo do filme. Os vingadores devem se reunir na base pra discutirem o que aconteceu com o universo e tals

    1                          1

**Séries TV Show BR** @SeriesTWBZ · Dec 7, 2018
Replying to @rickmagnu
Sim provavelmente. Mas nesse possível começo de filme Capitão já tem novo uniforme Clint Barton já é Ronin, Scott já saiu do reino quântico, aí fica essa dúvida.

    1                          3

Show replies

---

**Perkowski Legal P.C.**
@c_perkowski

---

Search Twitter

**Relevant people**



**Séries TV Show BR**                    Follow
@SeriesTWBZ
contato: stvshowbr@gmail.com

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🧜
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Sports · Trending
**Hunter Renfroe**
Trending with Brewers, Janson Junk

Trending in United States
**RIP Harold**

Entertainment · Trending
**Marvel**
91.2K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

__ https://twitter.com/creamorscream/status/1381707288159879173 __ at __ 2022-11-22 09:28:42 -08:00 __

← **Tweet**

**Bishop**
@BlindWanda

The Powerpuff Girls only wear the costumes in flashbacks to their teenage years. The pilot will focus on the girls as adults, as seen in the first-look image.

Source:tinyurl.com/949uuppr

#PowerpuffGirls



1:34 PM · Apr 12, 2021 · Twitter Web App

**2** Retweets   **20** Likes

Tweet your reply                                    Reply

**Relevant people**

**Bishop**                           Follow
@BlindWanda

Lover of Marvel, DC, Star Wars, Comics, Hailee Steinfeld, BLACKPINK, and many other things 🌙

**Perkowski Legal P.C.** …
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 1-13   Filed 12/30/22   Page 18 of 101   Page ID #:1167





Perkowski Legal P.C.
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 1-13   Filed 12/30/22   Page 19 of 101   Page ID #:1168

Search Twitter



**Kevin Anticona**
@KevinAnticonaa

The Rock confirmó que habrá un cruce entre
#BLACKADAM ⚡ y #Shazam ⚡

Ambos están conectados. El crossover va a suceder.

Translate Tweet



5:29 PM · Oct 14, 2022 · Twitter for Android

**1** Retweet   **2** Likes

Who can reply?
People @KevinAnticonaa follows or mentioned can reply

**Relevant people**

 **Kevin Anticona**   Follow
@KevinAnticonaa
Chico carismático, manteniendo siempre la humildad y sociable, pasión por el teatro, cinefilo.

**What's happening**

Formula 1 · 2 hours ago
Abu Dhabi Grand Prix 2022



#Disenchanted 🍿
Original movie now streaming
Promoted by Disney+

Only on Twitter · Trending
#RIPLEGEND
2,259 Tweets

Trending in United States
#QATECU
69.5K Tweets

Trending in California
Shakira
95.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from a suspended account. Learn more

**Perkowski Legal P.C.** ...
@c_perkowski

← **Tweet**



**sam**
@allinitdrews                                                        ···

he's so pretty 😴



5:52 AM · Aug 18, 2020 · Twitter for iPhone

**4** Likes

💬            🔁            ♡            ⬆️

 Tweet your reply                              Reply

🔍 Search Twitter

**Relevant people**

 **sam**                        Follow
@allinitdrews

fan account; justin followed 9.14.19

**What's happening**

FIFA World Cup · Earlier today
**Mexico vs Poland**                          

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Trending in United States                    ···
**The IRS**
20.8K Tweets

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

Perkowski Legal P.C.          ···
@c_perkowski

Search Twitter

**Tweet**

**Relevant people**

katie 🙌
@weloveharry_1Dx

jack's housewife

Follow

katie 🙌
@weloveharry_1Dx

i love being right



katie 🙌 @weloveharry_1Dx · Jan 6, 2021
i wonder if he took her sunglasses 😔

10:44 AM · Jan 6, 2021 · Twitter for iPhone

3 Likes

Tweet your reply

Reply

**What's happening**

FIFA World Cup · LIVE
Mexico vs Poland

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Politics · Trending
Naomi Biden
1,927 Tweets

Trending in United States
#MexVsPol

Music · Trending
Devil In A New Dress

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

← Tweet

**AMERICA'S PROBLEM** ✔
@FUCCI



8:02 AM · Jan 12, 2022 · Twitter for iPhone

**3,374** Retweets  **306** Quote Tweets  **26.3K** Likes

Tweet your reply                                    Reply

**Bonnie Biggums** 🧸 @Rebb_91 · Jan 12
Replying to @FUCCI
she look like she finna name the next album "here damn"
♡ 6

**Edd** @EddLover · Jan 13
Replying to @FUCCI and @jackieaina
So when Gunna have this on are y'all still gonna love it ???



GIF   ALT
♡ 1

**Ed Hupa** @Hupaed4Ed · Jan 13
Replying to @EddLover and @jackieaina
Good time TT to err TT r rt too RR Martin rd
♡ 12

**Gaybriel Payton** @gaybrielpayton · Jan 13
Replying to @FUCCI and @dalacey_
Nobody's doing pregnant better than Rih
♡ 12

**natu** @aminatu_audi · Jan 12
Replying to @FUCCI
her outfits are always so cohesive and they just work omg 😭
♡ 11

**Cooladepapi** 🧸 @sameol_gee · Jan 12
Replying to @FUCCI
When you here look at her vest from the other side of the classroom
♡

**CeCe** @superficialrole · Jan 12
Replying to @FUCCI
Every time I see RiRi this my reaction in my head.

I LOVE IT! I LOVE THIS!

GIF   ALT
♡ 6

**Duke** @duukegamble · Jan 12
Replying to @FUCCI and @BrockTheTaylor
Oh, Rih! 😍
♡

**NYGEL** @NYGELSARTORIAL · Jan 12
Replying to @FUCCI
ONLY SHE.
♡ 11

**smh** @4mtnshy · Jan 12
Replying to @FUCCI and @jackieaina
Rihanna inspired by Gunna
♡

**joão vitor** @jvit_ · Jan 12
Replying to @FUCCI
she knows exactly what she does
♡ 31

**Xavier** @lastbornworld · Jan 12
Replying to @FUCCI
Yep.
♡

**Erika** @ERI_placeable · Jan 12
Replying to @FUCCI
👏👏
♡ 1

**seven 30** @Q7pie_730 · Jan 13
Replying to @FUCCI
She starting to look like ASAP
♡ 2

**Ox desboy** @Desboy88434954 · Jan 13
Replying to @FUCCI
❤️❤️
♡ 1

**nahaliday** @nahaliday · Jan 13
Replying to @FUCCI
Issa boy
♡

**GIRL MOM** 👑💀🤚 @brultopia · Jan 12
Replying to @FUCCI
😂😂😂
♡

**Relevant people**

**AMERICA'S PROBL...** ✔    Follow
@FUCCI
tastemaker | ancient god | served in the navy since 2005 pronouns: (he/want/me) (Naija Basquiat)

**What's happening**

FIFA World Cup · LIVE
Argentina vs Saudi Arabia

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**

Trending in California
**Mexicans**
7,262 Tweets

Sports · Trending
**Grupo Firme**
Trending with #NFLMexicoGame

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Perkowski Legal P.C. ...
@c_perkowski

Search Twitter

← **Tweet**



@empirekendall



9:22 AM · Sep 24, 2020 · Twitter for iPhone

**58** Retweets    **4** Quote Tweets    **446** Likes

Tweet your reply

Reply

## Relevant people

@empirekendall    **Follow**

all things kendall jenner • fan page

## What's happening

FIFA World Cup · 3 minutes ago
**USA vs Wales**



Video games · Trending
**Sin Kiske**
2,079 Tweets

Trending in United States
**Tampax**
7,433 Tweets

Trending in California
**Dodger Stadium**
14.1K Tweets

TV stars · Trending
**#MyFamilyIsWeird**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More •••
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Search Twitter



https://twitter.com/ #ollotootus/status/...  2020-11-22 22:10:18:36 -08:00
Documents 1-13   Filed 12/20/22   Page 25 of 101   Page ID #1174



← **Tweet**



🏠 Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

🗐 Lists

👤 Profile

⊙ More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

Ⓟ **Perkowski Legal P.C.**  ⋯
@c_perkowski

https://twitter.com/ScreenMix/status/1329880435439132672___sf___ · 22-cv-09462-DMG-ADS

← Tweet

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

🔍 Search Twitter



**Screen Mix** ✓
@ScreenMix

البرياديسية الجميلة ريانا بأحدث ظهور لها في لوس أنجلوس بأمريكا.

Translate Tweet

12:12 PM · Nov 20, 2020 · Twitter Web App

4 Retweets    7 Quote Tweets    306 Likes

Tweet your reply                                        Reply

@1leen_r · Nov 20, 2020
Replying to @ScreenMix
شاهد فضيحة السعودي حسن جميل و ريانا

youtu.be/-5q5mZbe3V0

○ 4          ⟳          ♡ 1

IBRAHIM #41 @fol6041 · Nov 20, 2020
Replying to @1leen_r @7VTIAEHYUNG and @ScreenMix
مثل النفوض في كل مكان

○ 1          ⟳          ♡ 1

Show replies

سلود @saud_alzarouni · Nov 20, 2020
Replying to @ScreenMix
ريحانة"

نائل @Dalia_chean · Nov 20, 2020
Replying to @ScreenMix
محد مهتم

ضاحورد ❤ @maryyy · Nov 20, 2020
Replying to @ScreenMix
وين الجمال بالموضوع
الصورة تحت تمشيني وانا ابحث عن الجمال 🤨

مجيد @Abdulmajed_Ali · Nov 20, 2020
Replying to @ScreenMix
ادور الجمال وينه

○ 2          ⟳          ♡ 1

caffeineaddiction @ml_nasir · Nov 21, 2020
Replying to @ScreenMix
من بعيد كأنه نورس زيدس

_ @917_lil · Nov 20, 2020
Replying to @ScreenMix
وش مغنى اول كلمه!

Marwa Mahmoud @MarwaMa00322399 · Nov 21, 2020
Replying to @ScreenMix
منها خير

Sam ✨ @klloya · Nov 21, 2020
Replying to @ScreenMix
وين حبيبها السعودي

خديجة41♠ @zoor_1 · Nov 21, 2020
Replying to @ScreenMix
اوكسسسس

kGrid

M @hassnazu · Nov 20, 2020
Replying to @ScreenMix
هذا    youtu.be/-5q5mZbe3V0

@zwaano · Nov 20, 2020
Replying to @ScreenMix
ولو



**Relevant people**

MX  **Screen Mix** ✓            Follow
    @ScreenMix

حساب يهتم بنقل كل ما يحدث حول العالم
من أهم أفلام المنايع العربي للإطلال.
تواصل معنا عبر الخاص او فلس
ScreenMix@PandoraBoxeg.com

**What's happening**

FIFA World Cup · 47 minutes ago
**Mexico vs Poland**

#AvatarTheWayOfWater 💧
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
**#coinology**
3,694 Tweets

Sports · Trending
**Cristiano Ronaldo**
Trending with #ManchesterUnited

Trending in California
**Mexicans**
13K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

__ https://twitter.com/PeliculasYOtros/status/1557074357384658176 __ at __ 2022-11-20 20:01:18 -08:00

Tweet

**Películas y Otras Cosas**
@PeliculasYOtros

Imagen del Kingpin de Vincent Donofrio en el rodaje de la serie "Echo" 📷 📷

#Marvel #Kingpin #Echo #DisneyPlus



11:40 AM · Aug 9, 2022 · Twitter for Android

9 Retweets    94 Likes

Tweet your reply

Reply

**Mauricio Sanhueza-Celsi** 🕺 @msanhuezacelsi · Aug 10
Replying to @PeliculasYOtros
Igual al kingpin de la serie animada de spiderman cuando era niño...

1

**Perkowski Legal P.C.**
@c_perkowski

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

**Relevant people**

**Películas y Otras Cosas**
@PeliculasYOtros
Follow
Foto: @RataSube 📸 || Contacto al DM 📩 || Sigue al admin ➡️ @_Adrian7777777

**What's happening**

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 😱
Original movie now streaming
📺 Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, #Disney

Music · Trending
**Lionel Richie**
1,679 Tweets

Sports · Trending
**Troy Reeder**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

This Tweet from @BSO has been withheld in response to a report from the copyright holder. Learn more.

## Relevant people



**Robert Littal BSO** 
@BSO

[Follow]

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

## What's happening

FIFA World Cup · 2 hours ago
**Argentina vs Saudi Arabia**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States
**Argentina**
Trending with #FIFAWorldCup 🏆 , Herve Renard

Trending in United States
**Died Suddenly**
101K Tweets

Trending in United States
**#السعوديه_الارجنتين**
1.24M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Search Twitter

- 🏠 Home
- # Explore
- 🔔 Notifications
- ✉ Messages
- 🔖 Bookmarks
- 🗐 Lists
- 👤 Profile
- ⋯ More

[**Tweet**]

**Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**

Q Search Twitter

↱ **Kate** Retweeted

💙 **CM and DJ** 💜
@__Dartin                    ···

Dakota on set today (6th august) in Boston
#MadameWeb #DakotaJohnson

3:30 PM · Aug 6, 2022 · Twitter for iPhone

**7** Retweets   **30** Likes

💬        ↱        ♡        ↑

[P]   Tweet your reply                    **Reply**

## Relevant people

**Kate**                     **Follow**
@girlfromaspen
I dislike negativity so unless I follow
you, your replies aren't welcome on
my tweets.

💙 **CM and DJ** 💜         **Follow**
@__Dartin
Fan account for Chris Martin And
Dakota Johnson #Dartin #ChrisMartin
#DakotaJohnson

## What's happening

Television · LIVE
**Saturday Night Live airing on
NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
▶ Promoted by Uber

Trending in United States                    ···
**HE'S BACK**
127K Tweets

Music · Trending                    ···
**#BLACKPINK**
Trending with jisoo, Camila

Sports · Trending                    ···
**Hendon Hooker**
2,347 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



Perkowski Legal P.C.    ···
@c_perkowski

← Tweet



**Robert Littal BSO** ✔
@BSO

···

How Dr. Dre Was Trying to Keep His New Relationship Apryl Jones With Lowkey & Away From His Wife Who is Trying to Break The Prenup, But How Jones' Friend Leaked The News (Video) bit.ly/3u3gPx5



7:17 PM · Feb 15, 2021 · BSO Alert

**4** Quote Tweets    **9** Likes




**Perkowski Legal P.C.** ···
@c_perkowski


Tweet your reply                    Reply

🔍 Search Twitter

**Relevant people**



**Robert Littal BSO** ✔                    Follow
@BSO

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

— https://twitter.com/movielogtr/status/1556693768178368515 __ at __ 2022-11-20 07:48:08 -08:00

← **Tweet**

 **MovieLogTR**
@movielogtr

···

Dakota Johnson ve Adam Scott, Madame Web filminin setinde görüntülendi.



10:28 AM · Aug 8, 2022 · Twitter for iPhone

 Tweet your reply

Reply

---

🔍 Search Twitter

**Relevant people**

 **MovieLogTR**
@movielogtr    Follow

**What's happening**

Formula 1 · 47 minutes ago
**Abu Dhabi Grand Prix 2022**



**#Disenchanted** 🧝
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Morgan Freeman**
90.5K Tweets

---

**Home**

# Explore

🔔 Notifications

Messages

🔖 Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski   ···



← **Tweet**

**Stranger Things 4**
@StrangerNews11  ···

## CANNOT WAIT TO DISCOVER MORE ABOUT ROBIN...
❤️ 📷 🏳️‍🌈



1:30 PM · Dec 9, 2020 · Buffer

**71** Retweets  **15** Quote Tweets  **1,898** Likes

💬  🔁  ♡  ↑

📷  **Tweet your reply**                    **Reply**

**enola holmes' cousin** @lynlovesmbb · Dec 9, 2020  ···
Replying to @StrangerNews11
i ship nancy & robin 😲 😲
💬 6   🔁   ♡ 10   ↑

This Tweet is from an account that no longer exists. Learn more

**Show replies**

**Daniel WiLD (gatito de Sadie Sink (^·ε··...** @danielps... · Dec 9, 2020  ···
Replying to @StrangerNews11
Odio su nuevo atuendo, espero que lo cambie conforme pasa la temporada
💬   🔁   ♡   ↑

**kari✫♡ Faith In The Future** @home_lou28 · Dec 15, 2020  ···
Replying to @StrangerNews11
Amo su nuevo atuendo. Es tan alucinante diría Once
💬   🔁   ♡   ↑

**Spooky beans** @shelbysessler · Dec 9, 2020  ···
Replying to @StrangerNews11
I love her aesthetic
💬   🔁   ♡ 3   ↑

**??** @hearthell0kitty · Dec 9, 2020  ···
Replying to @StrangerNews11
HONESTLY SAME!!!
💬   🔁   ♡ 1   ↑

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski  ···

---

🔍 Search Twitter

**Relevant people**

 **Stranger Things 4**
@StrangerNews11                    **Follow**
News and Filming Updates about
Stranger Things... 💀 Photos, Videos
and Information about the Cast... 📷
❤️ Fan Community. Netflix Shows &
Movies. 04/04

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**

Trending in United States
**Sin Kiske**
1,406 Tweets

Entertainment · Trending
**julia fox**
6,875 Tweets

Trending in California
**Telemundo**
7,654 Tweets

Trending in United States
**Tampax**
6,540 Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS    Document 1-13    Filed 12/30/22    Page 35 of 101    Page ID #:1184



← **Tweet**

**Blk Girl Culture**
@blkgirlculture                                                    ···

Rihanna 🤝 mullets #HappyBirthdayRihanna



11:50 AM · Feb 20, 2021 · Twitter for iPhone

**114** Retweets   **8** Quote Tweets   **934** Likes

## Relevant people

**Blk Girl Culture**                              [ Follow ]
@blkgirlculture

Your digital hotspot for culture
conversations relevant to and curated
by Black girls since 2014. | INQUIRIES:
info@blkgirlculture.com

## What's happening

Television · LIVE
**Bachelor in Paradise airing on
ABC**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States                          ···
**RIP Harold**

Trending in United States                          ···
**Hooters**
7,984 Tweets

Bachelor in Paradise · Trending            ···
**#bachelorinparadiseabc**🌹
3,450 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

[ **Tweet** ]

🔍 Search Twitter

**Perkowski Legal P.C.**                 ···
@c_perkowski



— https://twitter.com/noticias24/status/1228081283745849344 __ at __ 2022-11-22 17:41:14 -08:00



← **Tweet**



🔍 Search Twitter

 Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

 **Noticias 24**
@noticias24                                    ···

**#13Feb** | La cantante estadounidense Miley Cyrus compartió una foto que le tomaron los paparazzi en su cuenta de Instagram en la que dejó ver su pezón sin temor a Dios.

Translate Tweet



1:00 PM · Feb 13, 2020 · TweetDeck

**8** Likes

💬        🔁        ♡        ⬆️

## Relevant people

 **Noticias 24**    **Follow**
@noticias24

Noticias de Venezuela, Latinoamerica y el mundo

## What's happening

FIFA World Cup · This morning
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🪦
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

 **Perkowski Legal P.C.**    ···
@c_perkowski

 Tweet your reply                **Reply**

https://twitter.com/Prambors/status/1089574433935908864/...al...  2022-11-21 14:54:13 -0800
Document 1-13   Filed 12/30/22   Page 38 of 101   Page ID
#1187
22-cv-09462-DMG-KES

Search Twitter

**prambors** @Prambors

Kawula Muda @JessieJ sama @channingtatum makin mesra aja nih! Setelah sempet ngepost foto masing masing di akunya, kmrn si channing tertangkap paparazi nganterin jessie pulang ihiw perhatian bgt! di angkatin pula kopernya

btw seberapa perhatian atau cuek si pacar lo?!?
#DGITM

Translate Tweet



4:00 PM · Jan 27, 2019 · Twitter Web Client

**5** Retweets   **2** Quote Tweets   **1** Likes

Tweet your reply                                    Reply

**RSNKYD** @candahsheyeng · Jan 27, 2019
Replying to @Prambors @JessieJ and @channingtatum
perhatian. dulu awal pacaran setiap gue nangisin mantan, dia lgsg ngajak pergi biar lupa, trs gue uring2an karena kpn mantan, dia lgsg kerumah bawain makanan. ga ngerti knp dia bisa stay saat itu. but now, he is the only one. lucky im in love with my bestfriend. 🤎

**Terlalu Baik Untuk Kamu** @ajengaryanti · Jan 27, 2019
Replying to @Prambors @JessieJ and @channingtatum
perhatian parah sih dia sampe betalebian ijin kantor 2 hari cuma buat nganterin gue ngurus kelengkapan berkas cpns kemaren tuh seharian. dari bikin skck, ngurus legalisir ijazah ke kampus, terus nyariin berkasnya. padahal gue nga minta dianterin, inisiatif dia aja gitu #DGITM

**Sassay !** @kiraranobe · Jan 27, 2019
Replying to @Prambors @JessieJ and @channingtatum
Cowo gue kayanya masuk yg tipikal perhatian sih, guenya yang cuek. Kalo dia bilang lagi sakit aja gue yang jawab depan dia langsung "bodo." Gitu 😂 Padahal dia ke guenya perhatian banget banget. Mungkin dia juga kesel kali ya, tapi yaudah gitu.

#DGITM

🌼🌼🌼 @mamapaaja · Jan 27, 2019
Replying to @Prambors
Hmm,cuek bgt!tiap pen bahas mslh nikahan ga pernah mau,selalu jwb TERSERAH tp udahannya bilang "aku udah trr̲buat Dp" kan uwu 😍 #DGITM

**re ✨** @ranger_pingk · Jan 27, 2019
Replying to @Prambors @JessieJ and @channingtatum
I love him MasyaAllah ❤️❤️❤️

**fiyraaa** @chocopirr · Jan 27, 2019
Replying to @Prambors @JessieJ and @channingtatum
Bilang lg makan, mesti ngepap makanannya. Bilang lg jalan pulang sendirian, lgsg dividcall cuma buat liat sihuasinya abistu lgsg dimatiin, gps hp dimatiin lgsg dspam chat suruh idupin, seposesif itu haha

**Dadadadadadayu** @hodayu · Jan 27, 2019
Replying to @Prambors @JessieJ and @channingtatum
Jomblo pak, gimana jawabnya yak ?

**luvina** @dianaema14 · Jan 27, 2019
Replying to @Prambors @JessieJ and @channingtatum
cowok ku tu kalo aku mau pulang kampung naek motor, psti dihalangin. karena dia tkut aku naek mtor ugal2 an. kalo cuek sih ktika aku kyak anak kecil #DGITM

**Mhf** @Muhfatnumroh · Jan 27, 2019
Replying to @Prambors @JessieJ and @channingtatum
Kemarin abis ngebersihin bakal calon rumah setelah nikah. Doi cuman ngeliatin sambil nyembulin cireng.
Ini kategori cuek atau kejam ya. Haha

**it's dwi**😷 @dwiayu1_ · Jan 27, 2019
Replying to @Prambors @JessieJ and @channingtatum
Hari Sabtu gue abis di massage, malah sakit-sakit gegara mbanya mijit kekencengan. Terus gue bilang ke doi.
Eh doi ke rumah bawain koyo wkwkwk
Berasa gue lagi encok gitu tuh😂 #DGITM

This Tweet was deleted by the Tweet author: Learn more

**LINNI** @HelinsaRasputri · Jan 27, 2019
Kok aku merasakan hal yang sama?

**Relevant people**

**prambors** @Prambors    Follow
For youngsters on the move, Prambors Is Indonesia No.1 Hit Music Station.

**Jessie J** @JessieJ    Follow
The one that sings really loud

**Channing Tatum** @channingtatum    Follow
I just want to be on an adventure.

**What's happening**

FIFA World Cup · 33 minutes ago
USA vs Wales

Trending in United States
HOW IS THAT NOT A YELLOW
1,018 Tweets

Entertainment · Trending
Julia Fox
7,525 Tweets

Sports · Trending
Mexico City
12.2K Tweets

Lovecraft Country · Trending
Lovecraft Country
Trending with #Blade, Vere Demange

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More…
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

← **Tweet**



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

**Perkowski Legal P.C.**
@c_perkowski  ...



__ https://twitter.com/khloedaily/status/1532918749853913088 __ at __ 2022-11-21 21:21:07 -08:00 __

Case 2:22-cv-09462-DMG-ADS   Document 1-13   Filed 12/30/22   Page 41 of 101   Page ID #:1190



**Khloé Kardashian Daily**
@KhloeDaily

Khloé Kardashian spotted having a night out in West Hollywood




7:54 PM · Jun 3, 2022 · Twitter for iPhone

36 Likes

Tweet your reply

Reply

Show additional replies, including those that may contain offensive content       Show

Search Twitter

**Relevant people**



**Khloé Kardashian Daily**       Follow
@KhloeDaily
the very first and original fansite dedicated to Khloé Kardashian (original account deleted at 79k)

**What's happening**

NFL · 1 hour ago
49ers at Cardinals

Entertainment · Trending
**Died Suddenly**
63.4K Tweets

Entertainment · Trending
**Sinbad**
7,515 Tweets

Trending in California
**Dodger Stadium**
9,276 Tweets

Sports · Trending
**Grupo Firme**
Trending with #NFLMexicoGame 🌎

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet



← **Tweet**

 **Bishop**
@BlindWanda                                                            ···

Jeremy Renner On the Set of Hawkeye in Atlanta 20-02-2021

#Hawkeye #DisneyPlus #Marvel



5:36 PM · Feb 20, 2021 · Twitter Web App

**15** Retweets   **1** Quote Tweet   **67** Likes

💬            ⟲            ♡            ⬆

P   Tweet your reply                              Reply

## Search Twitter

### Relevant people

 **Bishop**        Follow
@BlindWanda
Lover of Marvel, DC, Star Wars, Comics, Hailee Steinfeld, BLACKPINK, and many other things ()

### What's happening

NFL · Yesterday
**Lions at Giants**


Trending in United States          ···
**UCLA**
11.4K Tweets

Trending in United States          ···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States          ···
**Iran**
Trending with Wales

Music · Trending          ···
**#DavidoAt30**
69.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

## Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

 **Perkowski Legal P.C.**   ···
@c_perkowski

__ https://twitter.com/AndyVermaut/status/1328903648907202562 __ at __ 2022-11-22 21:30:43 -08:00 __

← **Tweet**



## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**



**Andy Vermaut**
@AndyVermaut

···

## Megan Fox Shades Brian Austin Green As She Calls Machine Gun Kelly Romance 'Once In A Lifetime'

hollywoodlife.com/2020/11/17/meg...



7:31 PM · Nov 17, 2020 · dlvr.it

 



Tweet your reply

Reply



Search Twitter

## Relevant people



**Andy Vermaut**
@AndyVermaut

Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Marvel**
92.6K Tweets

···

Sports · Trending
**SDSU**
1,664 Tweets

···

Business and finance · Trending
**Virginia Walmart**
8,887 Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski   ···

_ https://twitter.com/filmsbyrneche/status/931371884725395456 _ at _ 2022-11-20 12:40:18 -08:00 _

← **Tweet**

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications ①

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

⇄ 🔲🔲 Retweeted

**Danitza🌻🦋😂**
@SGxMultifandom                              ⋯

## THE MOST BEAUTIFUL PHOTO SEQUENCE YOU WILL SEE TODAY
❤️❤️❤️❤️❤️❤️❤️❤️



9:06 AM · Nov 16, 2017 · Twitter for Android

**20** Retweets   **1** Quote Tweet   **22** Likes

💬          ⇄          ♡          ⬆️

Ⓟ  Tweet your reply                    Reply

**Relevant people**

🔲🔲
@filmsbydelrey
multifandom ✧*｡                    Follow

**What's happening**

Formula 1 · 5 hours ago
**Abu Dhabi Grand Prix 2022**


**#Disenchanted** 👹
Original movie now streaming
▶️ Promoted by Disney+

Trending in United States                    ⋯
**Rest In Peace**
50.7K Tweets

Entertainment · Trending                    ⋯
**Morgan Freeman**
192K Tweets

Trending in California                    ⋯
**Elton John**
10.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

Ⓟ  **Perkowski Legal P.C.**   ⋯
@c_perkowski

← **Tweet**

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications ①

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

⇄ **Multiverse Analysis Retweeted**



**Multiverse Analysis**
@TheAnalystOne    ...

#BlueBeetle leaked set photos gives a full look at the #BlueBeetle suit.



8:17 PM · May 25, 2022 · Twitter for Android

**2** Retweets  **2** Likes

💬        ⇄        ♡        ⬆

 P    Tweet your reply        Reply

## Relevant people

**Multiverse Analysis**
@TheAnalystOne        Follow
Fiction Addict

## What's happening

NFL · Yesterday
**Cowboys at Vikings**

Trending in United States    ...
**HOW IS THAT NOT A YELLOW**
1,407 Tweets

Entertainment · Trending    ...
**Julia Fox**
8,563 Tweets

Lovecraft Country · Trending    ...
**Lovecraft Country**
Trending with #Blade, Yann Demange

Trending in United States    ...
**House of the Rising Sun**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

P    **Perkowski Legal P.C.**    ...
@c_perkowski



← **Tweet**

Q Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

**TheGuidance**
@guidance_the    ⋯

Así lucirá uno de los trajes de Riri Williams en la serie de #IronHeart !!!!
¿Qué les parece?

Translate Tweet

 

2:45 PM · Aug 8, 2022 · Twitter Web App

**3** Retweets  **23** Likes

💬    🔁    ♡    ⬆️



P   Tweet your reply

Reply 

**Relevant people**

 **TheGuidance**
@guidance_the    Follow

Todo el contenido geek al alcance de tu mano. Noticias, análisis, cómics narrados, curiosidades, etc.

**What's happening**

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**


#Disenchanted 🧙
Original movie now streaming
 Promoted by Disney+

Music · Trending
**#DavidoAt30**
56.8K Tweets    ⋯

Trending in United States
**#AMAs** 🔥
4.61M Tweets    ⋯

Trending in United States
**Bob Iger**
Trending with Disney, Chapek    ⋯

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

P   **Perkowski Legal P.C.**    ⋯
@c_perkowski



https://twitter.com/FilmstoFilms_/status/1514579306797842441 _ al _ 2022-11-21 22:25:00 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-1    Filed 12/30/22    Page 49 of 101    Page ID
#:1198

← **Tweet**

**Films to Films** 🎬📽️
@FilmstoFilms_

Cillian Murphy and Robert Downey Jr. on the set of Christopher Nolan's 'OPPENHEIMER'



5:20 AM · Apr 14, 2022 · Twitter for iPhone

**250** Retweets    **59** Quote Tweets    **1,964** Likes

Tweet your reply                              Reply

**Mr.Shelby** @laludeni_ · Apr 14
Replying to @FilmstoFilms_
Shelby and stark in one movie

**Alan Kean** @Alankean2 · Apr 14
Replying to @FilmstoFilms_
"Doctor Robert Oppenheimer's
Optimism fell
At the first hurdle "
(Billy Bragg - Waiting For The Great Leap Forwards)
                              1              1

**Ajaz Ahmed**❤️ @king_ajaz786 · Apr 14
Replying to @FilmstoFilms_
Great Director his movies are brilliant buts movie names are hard never heard these words

**A.J Threet** 👨‍🦱 🟦🇺🇦 @AjthreetJ · Apr 14
Replying to @FilmstoFilms_
Robert has gone grey? 🤨
              1

**Andrew Wells** @wellsab · Apr 14
Replying to @FilmstoFilms_
Between all the smoking for Peaky Blinders and now playing Oppenheimer, Murphy should be getting hazard pay and weekly chest scans.
                              1

---

**Search Twitter**

**Relevant people**

 **Films to Films** 🎬📽️       Follow
@FilmstoFilms_
This is a personal account. Films in four frames Instagram:
instagram.com/filmstofilms_/

**What's happening**

NFL · 2 hours ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
68.4K Tweets

Entertainment · Trending
**Sinbad**
8,155 Tweets

Trending in United States
**Murder House**
1,870 Tweets

Trending in United States
**Trent Reznor**
21.7K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** •••
@c_perkowski




← **Tweet**

**Bicara Box Office**
@bicaraboxoffice

···

Coba yang kanan itu udah vaksin belom?

Okoye dan Shuri dari set Black Panther: Wakanda Forever.

Translate Tweet



2:15 AM · Aug 26, 2021 · Twitter Web App

**6** Retweets  **2** Quote Tweets  **22** Likes

💬    🔁    🤍    ⬆️



Tweet your reply                                    Reply

**Adi Nugroho** @AdiWriter · Aug 26, 2021    ···
Replying to @bicaraboxoffice
Already done... By Disney's PR team 😂
💬 1     🔁     🤍     ⬆️

**Bicara Box Office** @bicaraboxoffice · Aug 26, 2021    ···
Replying to @AdiWriter
Shuri nurut daripada kena SP3 ...
💬     🔁     🤍     ⬆️

**Schlacker** @schlacker_ · Aug 26, 2021    ···
Replying to @bicaraboxoffice
For a moment kirain a Kid n Play remake lol...
💬     🔁     🤍     ⬆️

**KAI** @ajiirawaan · Aug 26, 2021    ···
Replying to @bicaraboxoffice
Wawww rambut baru Shuri
💬     🔁     🤍     ⬆️

**Omen Abrahams** 💚 @omen28_abrahams · Aug 26, 2021    ···
Replying to @bicaraboxoffice
Shuri ktnya cidera yah min?
💬     🔁     🤍     ⬆️

---

🐦 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
≣ Lists
👤 Profile
⋯ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski  ···

---

🔍 Search Twitter

**Relevant people**

 **Bicara Box Office**    Follow
@bicaraboxoffice
Box office data and analysis, nerd and geek stuff, occasional random stuff. Proud founder of @cinepoint_ app. Please don't ask for a rate card, there's none.

**What's happening**

FIFA World Cup · 1 hour ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
📢 Promoted by Avatar

Trending in California    ···
**Mexicans**
13.6K Tweets

Music · Trending    ···
**Chrisean**
Trending with Blueface

Betty White · Trending    ···
**Betty White**
1,493 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet

THEDISCFATHER ✓
@TheDiscFather

New #MadameWeb  and spider variant ?



10:25 AM · Oct 6, 2022 · Twitter for iPhone

22 Likes

Tweet your reply                    Reply

Ben Padilla @Bp787 · Oct 6
Replying to @TheDiscFather
Is that kraven?

Dre 🇵🇷 @DreTresMil · Oct 6
Replying to @TheDiscFather
MCU to Sony

Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

**Relevant people**

THEDISCFATHER ✓          Follow
@TheDiscFather
Support Physical Media

**What's happening**

Television · Last night
Saturday Night Live airing on NBC

#Disenchanted
Original movie now streaming
Promoted by Disney+

Trending in California
Rest In Peace
40K Tweets

Trending in California
Shakira
107K Tweets

Trending in United States
#QATECU
101K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.





← **Tweet**



**Rihanna.com.br** 
@RihannaNoBrasil

Rihanna e Rocky estiveram no Departamento de Serviços de Saúde do Condado de Los Angeles na última terça-feira (14).

*Olhem a cadeirinha de bebê no banco de trás 😊

Translate Tweet



4:35 AM · Jun 16, 2022 · Twitter for Android

**14** Retweets   **7** Quote Tweets   **195** Likes

Tweet your reply                                    Reply

## Relevant people

**Rihanna.com.br** 
@RihannaNoBrasil                    Follow

Rihanna.com.br is a genuine and registered fansite, made by fans.  Fã-clube e portal de notícias brasileiro sobre a cantora Rihanna. Online desde 2008. 💎

## What's happening

NFL · 4 hours ago
**Jets at Patriots**



**#Disenchanted** 🧒
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Wayne Brady**
...

Politics · Trending
**AR-15**
54.1K Tweets

Trending in United States
**#AMAs** 🎤
Trending with TOMORROW X TOGETHER, Favorite K-Pop Artist

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



__ https://twitter.com/JeffEisenband/status/1458835173852778500 __ at __ 2022-11-22 02:31:10 -08:00 __

← **Tweet**

**Jeff Eisenband** ✔
@JeffEisenband

## Cam Newton and the Panthers reuniting



8:33 AM · Nov 11, 2021 · Twitter for iPhone

**1** Retweet   **12** Likes

Tweet your reply

Reply

## Relevant people

**Jeff Eisenband** ✔
@JeffEisenband

Follow

Sometimes sports, sometimes esports, sometimes other stuff; 🎙: @PGATOURLIVE, @MSGNetworks, @NBA2KLeague; Email:

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Search Twitter



**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**

🔍 Search Twitter



**dee.**
@harrymoonchild

When I say Harry's best music video yet, you say
#WatermelonSugar

10:21 AM · May 13, 2020 · Twitter for Android

**132** Retweets   **18** Quote Tweets   **740** Likes

**Relevant people**

**dee.**
@harrymoonchild                    Follow

#harry: starry haze crystal ball 🔮🎥 |
backup:@goldenfineline | ig:dishaxrai

**What's happening**

FIFA World Cup · 3 hours ago
**USA vs Wales**

Entertainment · Trending
**Died Suddenly**
35K Tweets

Trending in United States
**#JeopardyAmyChat**

Family drama · Trending
**#GTMcontest10**

TV stars · Trending
**Todd and Julie**
2,426 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply          Reply

**MAD FVN** @madfvn · May 13, 2020
Replying to @harrymoonchild
"And the crowd goes wild"

**someone👁👁** @1d_thingss · May 13, 2020
Replying to @harrymoonchild
#WatermelonSugar
#WatermelonSugar
#WatermelonSugar
🍉
#WatermelonSugar
#WatermelonSugar

#WatermelonSugar
#WatermelonSugar
🍉
#WatermelonSugar
#WatermelonSugar
#WatermelonSugar
#WatermelonSugar
🍉

💚 1

**Gigi** @Gigi_mote · May 13, 2020
Replying to @harrymoonchild
@giselereyes15

**Kayla** @kiwixcherry · May 13, 2020
Replying to @harrymoonchild
The diversity though👏😍

**emily⁹⁰** @finelinehoax · May 13, 2020
Replying to @harrymoonchild
#WatermelonSugar

**frankie⁹¹** @28onlyyangel · May 13, 2020
Replying to @harrymoonchild
#WatermelonSugar

**تامينو لحسن دماغ امي** @missmiseryfalls · May 13, 2020
Replying to @harrymoonchild
#WatermelonSugar #WatermelonSugar #WatermelonSugar
#WatermelonSugar #WatermelonSugar #WatermelonSugar
#WatermelonSugar #WatermelonSugar #WatermelonSugar
#WatermelonSugar #WatermelonSugar #WatermelonSugar
#WatermelonSugar

**Perkowski Legal P.C. ...**
@c_perkowski

← **Tweet**

**Margvel** 🐾
@_Margvel

···

🤩AHORA: La producción de #BlackWidow vuelve a grabar tomas en Los Ángeles

Translate Tweet



11:15 AM · Feb 8, 2020 · Twitter for iPhone

**3** Retweets   **1** Quote Tweet   **56** Likes

💬              ⇄              ♡              ⬆

**Tweet your reply**                                    **Reply**

**Emanuel's** @Sordolli416 · Feb 8, 2020    ···
Replying to @_Margvel
cortesito nuevoooo (?

💬          ⇄          ♡  1          ⬆



**Perkowski Legal P.C.**    ···
@c_perkowski

---

**Search Twitter**

### Relevant people

**Margvel** 🐾
@_Margvel                    **Follow**
Humor, información y updates del
Universo Marvel | 🦸
contactomargvel@gmail.com |
#SheHulk #IAmGroot

### What's happening

NFL · 3 hours ago
**Browns at Bills**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in California                    ···
**Elton John**
12.8K Tweets

Sports · Trending                    ···
**Tomlin**
2,679 Tweets

Sports · Trending                    ···
**Cooper Rush**
1,463 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

 **ATENÇÃO GEEK | Mídia**
@agfotosevideos ⋯

Emily VanCamp, Daniel Bruhl e Sebastian Stan nos bastidores de #TheFalconAndTheWinterSoldier



9:44 AM · Jan 11, 2020 · Twitter for Android

**1** Retweet   **4** Likes

💬        ⟲        ♡        ↥

 Tweet your reply        Reply

**Relevant people**

 **ATENÇÃO GEEK | Mídia**
@agfotosevideos        Follow

Conta para fotos e vídeos dos bastidores do mundo do entretenimento. Conta oficial: @atencaogeek

**What's happening**

NFL · LIVE
**Browns at Bills**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
↗ Promoted by Disney+

Trending in United States
**Rest In Peace**
50.7K Tweets

Trending in California
**Elton John**
10.1K Tweets

Entertainment · Trending
**Telemundo**
9,947 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

Tweet

P **Perkowski Legal P.C.** ⋯
@c_perkowski

← **Tweet**



**El Tiempo**
@Diario_ElTiempo

•••

#Farándula Ben Affleck y Jennifer López celebran boda con familia y amigos ow.ly/mv2J50KoQeS



3:45 PM · Aug 21, 2022 · Hootsuite Inc.

**1** Quote Tweet

💬          ⟲          ♡          ⬆️

Ⓟ    Tweet your reply                    Reply

**Perkowski Legal P.C.** •••
@c_perkowski

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

🔍 Search Twitter

**Relevant people**



**El Tiempo**      Follow
@Diario_ElTiempo

El Tiempo, "El periódico del pueblo oriental", desde 1958 dedicado a informar el acontecer regional, nacional e internacional.
eltiempove.com

**What's happening**

Television · LIVE
**Bachelor in Paradise airing on ABC**



Entertainment · Trending          •••
**Died Suddenly**
47.2K Tweets

Trending in United States          •••
**Chrisley**
14.8K Tweets

Sports · Trending          •••
**Greg Dortch**
Trending with #BirdCityFootball 🦅

Family drama · Trending          •••
**#GTMcontest12**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More •••
© 2022 Twitter, Inc.

← **Tweet**

This Tweet is from a suspended account. Learn more

**Angelo** 🟣 @hts_angelo · Mar 26, 2021
Replying to @MileyUpdates and @MartaGuedes_21
Have you ever wonder if Hanna and Miley are the same person?

**yung m0th** @Moth_Broth · Apr 8, 2021
Replying to @MileyUpdates
How about mind ya damn business and be glad she didnt end up like
Brittney because Billy respected her as a human

**Mads** 🏳️‍🌈 @MadsTweetedThis · Mar 26, 2021
Replying to @MileyUpdates
Kinda sad she's not sober anymore just hope it doesn't become a spiral
again like it was before
💬 2    🔁 2    ♡ 15

**LALY** @spacemileyz · Mar 26, 2021
Replying to @MadsTweetedThis and @MileyUpdates
she said for months (like October) that she has been drinking, but it is not a
problem because she has never had a problem with alcohol.
💬    🔁    ♡ 5

**Bastii** @brobastii · Mar 26, 2021
Replying to @MileyUpdates
best of both worlds
💬    🔁    ♡ 1

🌈 **scotteepunk** 🌈 @scotteepunk · Mar 26, 2021
Replying to @MileyUpdates
Tacos & Tequila & super rad tats
💬    🔁    ♡ 3



**Perkowski Legal P.C.** ...
@c_perkowski

Twitter

← **Tweet**

sam
@allinitdrews

he's so perfect



5:47 PM · Aug 19, 2020 · Twitter for iPhone

**3** Retweets   **14** Likes

Tweet your reply                          Reply

bri ✨  @biebahbos · Aug 19, 2020
Replying to @allinitdrews
Ikr 🥺💕💕❤️❤️



0:01  10 views                     ♪ TikTok
@rickthebizzler

♡ 1

## Relevant people

sam                               Follow
@allinitdrews
fan account; justin followed 9.14.19

## What's happening

FIFA World Cup · LIVE
**USA vs Wales**

Trending in United States
**#YIAYrewind**

Trending in United States
**1-0 USA**
18.5K Tweets

Trending in California
**Mane**
137K Tweets

Politics · Trending
**AR-15**
101K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Dakota_chris** ❤️
@Dakotachris1

Dakota and Chris filming their movies 😍😍

#dakotajohnson #chrisevans



1:03 PM · Oct 13, 2022 · Twitter for Android

**13** Retweets   **114** Likes

Tweet your reply

Reply

**Relevant people**

**Dakota_chris** ❤️
@Dakotachris1

Follow

Dakota johnson Chris evans

**What's happening**

Formula 1 · This morning
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 🧑
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
54.7K Tweets

Sports · Trending
**Fields**
Trending with Falcons, Bears

Sports · Trending
**Parsons**
Trending with #BroncosCountry 🐴, #DALvsMIN

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.



Perkowski Legal P.C. ⋯
@c_perkowski

__ https://twitter.com/teleaudiencias/status/1397142902392770565 __ at __ 2022-11-22 13:03:57 -08:00 __

← **Tweet**

 **Teleaudiencias**
@teleaudiencias

···

Ben Affleck y Jennifer López se apoyan en sus momentos más duros. Ambos han roto hace poco con sus parejas (Ana de Armas y Álex Rodríguez). En los últimos días se rumorea sobre una posible relación...
wp.me/pa7I1P-3OY

Translate Tweet



3:50 AM · May 25, 2021 · TweetDeck

**1** Like

  

 Tweet your reply    Reply

**Perkowski Legal P.C.** ···
@c_perkowski

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

---

Search Twitter

**Relevant people**

 **Teleaudiencias**   Follow
@teleaudiencias

Audiencias, noticias, opinión, entrevistas, estrenos, tv, cine, música y deportes y +51.000 en instagram!
TvTeleaudiencias.wordpress.com

**What's happening**

FIFA World Cup · 3 hours ago
**Mexico vs Poland**



— https://twitter.com/foochia/status/1531577485976125443 __ at __ 2022-11-21 00:05:02 -08:00

Case 2:22-cv-09462-DMG-ADS    Document 1-13    Filed 12/30/22    Page 64 of 101    Page ID #:1213

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

---

Foochia - فوشيا ✔
@foochia

تقضي وقتا برفقة والدها المتحول #كيندال_جينر
في كاليفورنيا، بعد أيام من عودتها من حفل #كاتلين_جينر
زفاف شقيقتها #كورتني_كارداشيان في #إيطاليا

#CaitlynJenner #KendallJenner #إيطاليا#




3:05 AM · May 31, 2022 · Hootsuite Inc.

**2** Retweets    **2** Likes

---

Tweet your reply                    Reply

مريم الياسي @ma_bint · Jun 1
Replying to @foochia

الله المستعان

---

Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

**Relevant people**

Foochia - فوشيا ✔        Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

**What's happening**

FIFA World Cup · Yesterday
World Cup Qatar 2022: Opening
Ceremony

Sports · Trending
Toney
14.8K Tweets

Trending in United States
#AMAs 🏆
4.65M Tweets

Trending in United States
#TheWalkingDead
Trending with #TWDFinale, Michonne

Music · Trending
#DavidoAt30
57.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/bangtidyhq/status/1490779955764113417 _ at _ 2022-11-21 05:01:34 -08:00

Case 2:22-cv-09462-DMG-ADS   Document 1-13   Filed 12/30/22   Page 65 of 101   Page ID
#:1214

← **Tweet**

**Bang Tidy Celebs**
@BangTidyHQ
···

-@sydney_sweeney




12:10 PM · Feb 7, 2022 · Twitter Web App

**4** Retweets   **43** Likes

💬          🔁          ♡          ⬆️

Tweet your reply                    **Reply**

Show additional replies, including those that may contain offensive
content                                                 Show

---

🔍 Search Twitter

**Relevant people**

**Bang Tidy Celebs**   **Follow**
@BangTidyHQ
Bringing you Bang Tidy Celebs from
the UK and around the world. From TV
& Film to Music & Models. Any
requests feel free to tweet.



**Sydney Sweeney** ✔   **Follow**
@sydney_sweeney
🐶

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening
Ceremony**

Music · Trending                    ···
**Elton John**
Trending with Dodger Stadium, Dodger Stadium

Politics · Trending                  ···
**Tragically**
15.7K Tweets

Music · Trending                    ···
**Billy Joel**
1,378 Tweets

Science · Trending                   ···
**#Orion**
1,806 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/madwebinfo/status/1554235267174862849 __ at __ 2022-11-20 08:58:29 -08:00 __

← **Tweet**

 **Madame Web Info** ❄️
@MadameWebInfo

···

📸 Adam Scott durante as filmagens de #MadameWeb em Boston!



3:38 PM · Aug 1, 2022 · Twitter for Android

**18** Likes

  Tweet your reply

Reply

## Relevant people

 **Madame Web Info** ❄️    Follow
@MadameWebInfo

Sua primeira e maior fonte de informações sobre o filme Madame Web no Brasil (fan accout).

## What's happening

FIFA World Cup · 57 minutes ago
**World Cup Qatar 2022: Opening Ceremony**



**#Disenchanted** 🧙
Original movie now streaming
📺 Promoted by Disney+

Only on Twitter · Trending
**RIP JDF**
6,126 Tweets

···

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Tommy

Trending in California
**Shakira**
97.4K Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

 **Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**

**DomisLive NEWS** ✓
@domislivenews

···

#KanyeWest Says God Will Bring Him and #KimKardashian Back Together Again



1:35 PM · Nov 26, 2021 · Twitter for iPhone

**13** Retweets  **6** Quote Tweets  **247** Likes

💬   🔁   ♡   ⬆

🅿 **Tweet your reply**                    **Reply**

**CATTRONIC** @Cattronicc · Nov 27, 2021   ···
Replying to @domislivenews
KANYE CUCK 😭

💬        🔁        ♡        ⬆

**LiL Flyer**🏴‍☠️✈️ @LilFlyer_YT · Nov 26, 2021   ···
Replying to @domislivenews
😂😂😂😂

GIF · ALT                                      COMEDY

💬       🔁 1       ♡ 6       ⬆

**J O S E G U Z M A N** @lmjoseguzman · Nov 26, 2021   ···
Replying to @domislivenews
You mean Kris Jenner

💬 1       🔁       ♡ 1       ⬆

**Psaratt** @Sunshineonetwo · Nov 28, 2021   ···
Replying to @lmjoseguzman and @domislivenews
These filters and photoshop trends created  by the Kardashians are ripping our youths' self image and self esteem apart. They destroy everything and everyone around them.

💬        🔁        ♡        ⬆

**Kevin Flocks** @ONEnONLY_KF · Nov 26, 2021   ···
Replying to @domislivenews
Y he want her back 😂😂

💬        🔁        ♡ 1        ⬆

**K** @leggbits · Nov 26, 2021   ···
Replying to @domislivenews
Uh

💬        🔁        ♡        ⬆

Show more replies

---

**Home**

**# Explore**

**Notifications** 1

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski     ···

**Search Twitter**

**Relevant people**

**DomisLive NEWS** ✓            **Follow**
@domislivenews
Hip Hop Commentator 🎙 1 Million Subscribers on Youtube

**What's happening**

Music · LIVE
Fans celebrate Kihyun's birthday


#AvatarTheWayOfWater
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Entertainment · Trending                 ···
**Died Suddenly**
Trending with World Premiere

Trending in California                 ···
**Mexicans**
7,122 Tweets

Trending in United States                 ···
**#GMMTV2023**
183K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

← **Tweet**

**Gerard Cortez**
@SoyGerardCortez

Bella Hadid en Mónaco con un vestido de piel amarillo de Ronald Van Der Kemp 💛 Amo que para estas dos no se acabó la fiesta después de #Cannes2019 😂 Las odio 🖤

Translate Tweet



9:18 AM · May 29, 2019 · Twitter for iPhone

**12** Retweets   **1** Quote Tweet   **145** Likes

💬   🔁   ♡   📤

P  Tweet your reply                    **Reply**

**Bri** ⭐ @briandaariola · May 29, 2019
Replying to @SoyGerardCortez
@AlejandraOlv así despreocupadas de la vida jajajaja
💬        🔁        ♡        📤

**Bimbaaaa!!!** 💚 @AletzVzenuela · May 29, 2019
Replying to @SoyGerardCortez
No me encanto, no sé si por cómo se ve el material, pero de qué se la están pasando súper divertido no hay duda. De ambas soy Kendall, esta hermoso su Tommy
💬 1      🔁        ♡        📤

**Bimbaaaa!!!** 💚 @AletzVzenuela · May 29, 2019
Replying to @AletzValenzuela and @SoyGerardCortez
Siento que si tuviera el vestido amarillo trataría de estar como robot, se ve grueso y no tan flexible y kendall me está dando un Selena en altamar 😍 💚
💬        🔁        ♡ 1      📤

**Marco A. González G.** @marcogonzalezga · May 29, 2019
Replying to @SoyGerardCortez
Sería un bígamo irredento con estas dos mujeres.
💬        🔁        ♡        📤

---

# Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

**Tweet**

**Perkowski Legal P.C.** ⋯
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

**Gerard Cortez**    **Follow**
@SoyGerardCortez
Periodista de moda y cultura pop. TV Host y guionista. Amarás mi YouTube. No binarie. Inmigrante. Contacto Gerardcortez@gmail.com (Él-he, ella-she, elle-they)

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
▶️ Promoted by Avatar

Bachelor in Paradise · Trending
**#bachelorinparadiseabc** 🌹
1,582 Tweets

Trending in United States
**RIP Harold**
Trending with TO BE CLEAR, Betty White

Entertainment · Trending
**Marvel**
84.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/noticias24/status/1229398956082453760 __ at __ 2022-11-22 17:17:33 -08:00 __

← **Tweet**

**Notícias 24**
@noticias24

#Farándula| Desde diciembre pasado, Adele se ha vuelto tendencia en búsquedas de Internet al mostrar que logró adelgazar más de 70 kilos. Ante la radical transformación que tuvo, se han filtrado nuevas fotografías de la nueva figura de la cantante #17feb #Viral

Translate Tweet



5:35 AM · Feb 17, 2020 · Hootsuite Inc.

**3** Retweets    **1** Quote Tweet    **25** Likes

**Perkowski Legal P.C.**
@c_perkowski

Tweet your reply

Reply

---

Q  Search Twitter

## Relevant people



**Noticias 24**
@noticias24    **Follow**

Noticias de Venezuela, Latinoamerica y el mundo

## What's happening

FIFA World Cup · Earlier today
**Mexico vs Poland**



## Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**



__ https://twitter.com/DAK_KOTTA/status/1575527826782310401 __ at __ 2022-11-20 18:27:15 -08:00 __

← **Tweet**



**DAKOTA**💯💯💯💯💯💯💯💯
@DAK_KOTTA

🌻😎🌻😎🌻😎🌻😎

9:48 AM · Sep 29, 2022 · Twitter for Android

**3** Retweets   **39** Likes

Tweet your reply                     Reply

## Relevant people



**DAKOTA**💯💯💯💯💯...   Follow
@DAK_KOTTA
Dakota Johnson💕💕 Fã Forever 💕💕

## What's happening

NFL · LIVE
**Chiefs at Chargers**



**#Disenchanted**🧙
Original movie now streaming
▶ Promoted by Disney+

Gaming · Trending
**#100T**👹
29K Tweets

Trending in California
**Dodger Stadium**
9,184 Tweets

The Real Housewives of Potomac · Trending
**John Hopkins**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.


Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

Case 2:22-cv-09462-DMG-ADS  Document 1-13  Filed 12/30/22  Page 72 of 101  Page ID #:1221

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from a suspended account. Learn more

**DiViNa** @DiiViinA_ · Jan 18, 2021
Replying to @MileyUpdates
She is beautifullll my sunshine

**Miley Cyrus Promo** 💕 @MileyPromoter · Jan 18, 2021
Replying to @MileyUpdates
This look is so Lady Di 👰😭

**valeria ~vi a lou~**🇵🇪 @httpvalv · Jan 18, 2021
Replying to @MileyUpdates and @icaruzroad
dioa esta una diosa

**matheus philippe lula da silva** @matheusphsr · Jan 18, 2021
Replying to @MileyUpdates
Ela tá tão linda vou morre

**Massimo Pallavicini** @MassimoPallavi1 · Jan 18, 2021
Replying to @MileyUpdates
Stai molto bene

**nɪna**🏳️ @xxradiatelove · Jan 18, 2021
Replying to @MileyUpdates
Hopefully in hq!

♡ 1



**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**



**Cinematizando**
@CinematizandoOf

···

Imagens dos bastidores da vindoura série da Ms Marvel com a atriz Iman Vellani usando o uniforme da heroína

#MsMarvel #ImanVellani #MarvelStudios #MCU



8:14 AM · May 3, 2021 · Twitter Web App

**7** Likes

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

**Relevant people**

**Cinematizando**
@CinematizandoOf          Follow

**What's happening**

Television · Last night
**Saturday Night Live airing on NBC**

**#Disenchanted** 🧝
Original movie now streaming
Promoted by Disney+

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Tommy

Trending in California
**Shakira**
96.7K Tweets

Only on Twitter · Trending
**#RIPLEGEND**
2,533 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply          Reply

**Perkowski Legal P.C.**   ···
@c_perkowski

https://twitter.com/rotten_movie/status/1092430222258031654...of..._2022-11-22 19:53:21 -08:00


Q Search Twitter

**Home**

**Explore**

**Notifications** 1

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Rotten Movie
@Rotten_movie
···

もう少しでマーゴットロビーの「ハーレイクイン」が
見れるよ😊

Translate Tweet



6:30 AM · Feb 4, 2019 · Twitter for iPhone

**502** Retweets  **11** Quote Tweets  **2,269** Likes

💬        ⟲        ♡        ⬆️

P    Tweet your reply                    Reply

Rotten Movie  @Rotten_movie · Feb 4, 2019       ···
Replying to @Rotten_movie
生活感溢れるハーレイクインだね😊

5        301        1,808

☆karin☆★  @karidori942 · May 4, 2019       ···
Replying to @Rotten_movie
カワイイ〜💕

シン👀脳魔神 KILLVEARN*  @KILL_VEARN · Feb 15, 2019   ···
Replying to @Rotten_movie
ゴミをポイ捨てしているように見える。(３枚目... 笑)

                6

シキ(凪)  @SweetJunkyShiki · Feb 4, 2019       ···
Replying to @Rotten_movie
So sweet!

Perkowski Legal P.C.
@c_perkowski
···

### Relevant people

Rotten Movie         **Follow**
@Rotten_movie
THE BRIDE(2024)
Action,Crime,Romance,Thriller
Rating:R (Strong Brutal Bloody
Violence |Language|Some
Sexuality/Nudity)

### What's happening

NBA · LIVE
**Lakers at Suns**         

**#AvatarTheWayOfWater** 💧
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States       ···
**RIP Harold**

Sports · Trending             ···
**Hunter Renfroe**
Trending with Brewers, Janson Junk

Trending in California         ···
**Hooters**
8,534 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

___ https://twitter.com/nostrendsbrasil/status/1275600151541882883 ___ at ___ 2022-11-21 14:55:32 -0800 ___

← **Tweet**

**Nos Trends BRASIL** 🇧🇷
@nostrendsbrasil

Eiza González - Timothée Chalamet e a atriz mexicana Eiza Gonzalez estão namorando. #NosTrendsBrasil



6:22 PM · Jun 23, 2020 · Twitter for Android

**6** Quote Tweets   **12** Likes

---

**isa.** @Pessoa_Isabella · Jun 23, 2020
Replying to @nostrendsbrasil
@jupitereestrela @fortes_jullia meu homem não é mais meu homem :(

💬 1          1

**jujuba** @fortes_jullia · Jun 23, 2020
Replying to @Pessoa_Isabella @nostrendsbrasil and @jupitereestrela
Puts amiga,ele que tá perdendo...uma beldade dessa kkkkkkk

---

## Home
## Explore
## Notifications 1
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

🔍 Search Twitter

### Relevant people

**Nos Trends BRASIL** 🇧🇷
@nostrendsbrasil                     **Follow**

Siga-nos e saiba o que está acontecendo #nostrendsbrasil. Não temos nenhum envolvimento com a rede social, nem somos remunerados. Postamos para informar!

### What's happening

Sports · LIVE
**2022 FIFA World Cup**

Sports · Trending
**Anthony Black**

Trending in United States
**#TheFive**

Sports · Trending
**Mexico City**
13K Tweets

Music · Trending
**soobin**
221K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/GabyMeza9/status/9763069490491043072... am__ 2022-11-31 01:53:50Z -08:00
Document 1-13   Filed 12/30/22   Page 76 of 101   Page ID
#1209

←  **Tweet**



### Relevant people

Gaby Meza · 🎬🎥❤️ 🔵✔️  **Follow**
@GabyMeza9

Cinéfila | #LuetradeForo YouTuber | TV
Host | Locutora #¡CaféRoUnVer |
Team Cinépolis | EXA-FM
contacto@fueradefoco.com.mx

### What's happening

FIFA World Cup **Live**
USA vs Wales

Trending in California
**Dodger Stadium**
14.3K Tweets

Music · Trending
**Ciara**
Trending with Chris Brown

Trending in United States
**Senegal**
Trending with #Kendc #SERM60

Trending in United States
**I BELIEVE THEY WILL WIN**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2022 Twitter, Inc.

---

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
🗒️ Lists
👤 Profile
⊕ More

**Tweet**

---

Gaby Meza · 🎬🎥❤️ 🔵✔️
@GabyMeza9

#BrieLarson luce el traje en el set de #CapitanaMarvel,
¿qué les parece?

Translate Tweet

Media not displayed

The image has been removed in response to a
report from the copyright holder.

The image has been removed in response to a
report from the copyright holder.

The image has been removed in response to a
report from the copyright holder.

9:10 PM · Mar 20, 2018 · Twitter for Android

**55** Retweets  **7** Quote Tweets  **576** Likes

💬    🔁    ♡    📤

---

Tweet your reply                          **Reply**

---

**Oscar Herrera** @oskar017 · Mar 20, 2018
Replying to @GabyMeza9
Hermosa 😍😍😍

💬    🔁    ♡ 1    📤

**Jano** @Izandcrela · Mar 20, 2018
Replying to @GabyMeza9
Que le queda grande

💬    🔁    ♡ 1    📤

**Alam** @EduardoAlamG · Mar 20, 2018
Replying to @GabyMeza9
Pues no se que decirle... yo la amo (^-^)

💬    🔁    ♡    📤

**Jonathan Rico** @JonathanRicoF · Mar 20, 2018
Me gusta que sea tipo armadura, ojalá le pongan casco o algún tipo de
peinado que trae en los cómics sería muy cool



💬    🔁    ♡ 2    📤

**Carlitos Mendoza** @shiracapri06 · Mar 20, 2018
Replying to @GabyMeza9
Luce genial, es muy agradable visualmente...

💬    🔁    ♡    📤

**Jorge Jiménez** @goorgeJava2 · Mar 20, 2018
Replying to @GabyMeza9
Me gusta, pero me agradaría mas en rojo 😊

💬    🔁    ♡    📤

**Óscar** @yoscyquierosyy1 · Mar 21, 2018
Replying to @GabyMeza9
Se me hace gorda

💬    🔁    ♡    📤

**Daniel Wick** @blackwick17 · Mar 20, 2018
Replying to @GabyMeza9
Prefiero el clásico pero este verde se ve bien

💬    🔁    ♡    📤

**Santiago Foster** @santiagoFoster · Mar 20, 2018
Replying to @GabyMeza9
Uuuy pero si esto fuera d una pelicula de DC seguro ya la estarían
reventando. "Pinche traje culero" le queda grande bla bla bla

💬    🔁    ♡    📤

**Danny Boy** @Dannythehonmi · Mar 20, 2018
Replying to @santiagoFoster and @GabyMeza9
Jajaja pues si le queda grande y se ve medio pinza a ver como sale en la
pelicula

💬    🔁    ♡    📤

**Hector Salgado** @hekti909 · Mar 20, 2018
Replying to @GabyMeza9
En principio no me convencía, pero como decirle no a esa sonrisa

[▶ video]
GIF

💬    🔁    ♡ 3    📤

**Giovanni** @Giovanni54934895 · Mar 20, 2018
Replying to @GabyMeza9
😍😍😍

💬    🔁    ♡    📤

**Humberto** @Humbertohlorlega · Mar 20, 2018
Replying to @GabyMeza9
Una puta mierda, el traje de Quake en agentes de shield le da mil vueltas.

💬    🔁    ♡    📤

**Just another Nancy Boy** @RichyVonDoom · Mar 20, 2018
Replying to @GabyMeza9
¡No había uno más justo?

💬    🔁    ♡ 6    📤

**Oswaldo** @Oswaldo15Zapata · Mar 20, 2018
Replying to @RichyVonDoom and @GabyMeza9
Tranquilo, eso se arregla con el cgi

💬    🔁    ♡ 1    📤

**Robert Stark** @bttrdballter · Mar 20, 2018
Replying to @GabyMeza9
Es perfecta para este personaje. No se porque se fijan en el físico de la actriz

---

**Perkowski Legal P.C.** ...
@j_perkowski

__ https://twitter.com/nanfixus/status/1030180881601130497 __ at __ 2022-11-21 16:24:13 -08:00 __

← **Tweet**



⇄ **@nanfixus Retweeted**

KI ❤️
@swiftly_gucci

| —



8:53 AM · Aug 16, 2018 · Twitter for iPhone

**2** Retweets  **11** Likes

Search Twitter

### Relevant people



**@nanfixus**
@nanfixus          **Follow**

DJ Fan 🎧 Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🇦🇷

### What's happening

Television · Starts at 5:00 PM
**All American airing on The CW**



Trending in California
**TSLA**
23.7K Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,574 Tweets

Entertainment · Trending
**Julia Fox**
8,920 Tweets

Trending in United States
**Maher**
8,711 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply                    Reply

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**


Perkowski Legal P.C.
@c_perkowski

← **Tweet**



**Bastidores** 🎬
@SiteBastidores4                                    ···

AAAAAH! 🥰

Margot Robbie e Ryan Gosling no set de gravação de
#Barbie





2:44 PM · Jun 22, 2022 · Twitter for Android

**11** Retweets    **5** Quote Tweets    **72** Likes

🗨    ⇄    ♡    ⬆

Ⓟ    Tweet your reply                    **Reply**

---

Q Search Twitter

**Relevant people**

**Bastidores** 🎬                **Follow**
@SiteBastidores4
Conta oficial do site Bastidores:
Cinema, Games, Televisão, Livros e
Cultura Pop em um só lugar | ✉
email: matheus@nosbastidores.com.br

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Gaming · Trending        ···
**3DS RAINBOW ROAD**

Gaming · Trending        ···
**Maple Treeway**

Trending in United States    ···
**Maguire**
Trending with #ThreeLions🏴, Luke Shaw

Trending in United States    ···
**England**
Trending with #ENGIRN, Saka

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**



Perkowski Legal P.C.    ···
@c_perkowski

__ https://twitter.com/nanfixus/status/1321974486229463042 __ at __ 2022-11-21 11:24:50 -08:00 __

← **Tweet**

⟲ **@nanfixus Retweeted**

**Exotic Beings**
@exoticbeings                                          ⋯

## Dakota Johnson



5:28 PM · Oct 29, 2020 · Twitter Web App

**9** Retweets   **23** Likes

🔍 Search Twitter

### Relevant people

**@nanfixus**
@nanfixus                          Follow
DJ Fan 🐾 Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🇦🇷

**Exotic Beings**
@exoticbeings                      Follow
Daily post of the hottest female
celebrities and athletes. #celebrities
#dakotajohnson #actresses

### What's happening

FIFA World Cup · LIVE
**USA vs Wales**

Entertainment · Trending
**Julia Fox**
4,802 Tweets

Trending in California
**Dodger Stadium**
14K Tweets

Trending in United States
**Senegal**
Trending with Mendy, Holanda

Trending in United States
**Neco Williams**

Show more

Home

Explore

Notifications

Tweet your reply                    Reply

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

___ https://twitter.com/filmnewsPL/status/1578067012088286468 ___ at __ 2022-11-22 22:29:04 -08:00 __



← **Tweet**

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**


**Film News ❄**
@filmnewsPL

···

Dakota Johnson na planie filmu **#MadameWeb**



9:57 AM · Oct 6, 2022 · Twitter for Android

**9** Retweets    **1** Quote Tweet    **115** Likes


Tweet your reply

Reply

## Relevant people


**Film News ❄**
@filmnewsPL

Follow

📽 najnowsze wiadomości filmowe - kino polskie i zagraniczne, popularne i niezależne 🎪 kontakt: filmnewspl@gmail.com

## What's happening

NBA · 1 hour ago
**Lakers at Suns**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
📽 Promoted by Avatar

Trending in United States
**Erection**
18.3K Tweets

···

Trending in California
**Costco**
5,856 Tweets

···

Chain restaurants · Trending
**Hooters**
8,713 Tweets

···

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski    ···

https://twitter.com/zaynjmalikarg/status/1026787934991773696 ___ el ___ 2022-11-22 20:03:06 -08:00

← **Tweet**

**Relevant people**

Zayn Argentina
@ZaynJMalikARG    [Follow]
Fan Page | Updates & Promo de @zaynmalik en Argentina. Reconocidos por @inZAYN & @SonyMusicArg • #PAYNTBYZAYN ll: payntbyzayn.com • Fan Account

zayn ✔
@zaynmalik    [Follow]
bit.ly/zaynfeedingbri...

Zayn Argentina                                      •••
@ZaynJMalikARG

(3) 📷| Zayn junto a Gigi ayer en New York💕 —6/8.

**#MTVHottest** Zayn Malik



👤 zayn

4:11 AM · Aug 7, 2018 · Twitter for iPhone

46 Retweets    116 Likes

💬          🔁          ♡          ⬆️

P    Tweet your reply                    [Reply]

too much ♡ @superioritryzayn · Aug 7, 2018    •••
Replying to @ZaynJMalikARG @zaynmalik and @GiGiHadid
vosotras poneis mal el hastag a posta o como va la vaina #MTVHottest ZAYN

💬          🔁          ♡          ⬆️

Cami ✨ @anywherexlou · Aug 7, 2018    •••
Replying to @ZaynJMalikARG @zaynmalik and @GiGiHadid
#MTVHottest ZAYN

💬          🔁          ♡          ⬆️

**What's happening**

NBA · LIVE
Lakers at Suns



#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Sports · Trending    •••
Anthony Davis
2,634 Tweets

Entertainment · Trending    •••
Marvel
89.2K Tweets

Trending in United States    •••
RIP Harold

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More •••
© 2022 Twitter, Inc.

___ https://twitter.com/aassemblebr/status/1556776473184423937 ___ el ___ 2022-11-21 17:12:44 -08:00 ___
Case 3:22-cv-09462-DMG-ADS   Document 1-13   Filed 12/30/22   Page 82 of 101   Page ID
#:1231



## Thread



**Avengers Assemble BR**
@AAssembleBR   ···

📸 Bastidores das filmagens de #Ironheart.



3:56 PM · Aug 8, 2022 · Twitter for Android

**2** Quote Tweets   **44** Likes

Tweet your reply                    Reply

**Avengers Assemble BR** @AAssembleBR · Aug 8
Replying to @AAssembleBR
📸 Bastidores das filmagens de #Ironheart.

💬 1        🔁        ♡ 12        ⬆

**Avengers Assemble BR** @AAssembleBR · Aug 9

**Avengers Assemble BR** @AAssembleBR · Aug 8
📸 Mais imagens das filmagens de #Ironheart.

Temos o primeiro vislumbre em Anthony Ramos - que possivelmente
está interpretando The Hood na série.

Show this thread

💬        🔁        ♡ 1        ⬆

### Relevant people



**Avengers Assemble BR**      Follow
@AAssembleBR

🇧🇷 Fan Account | Sua mais completa
fonte de informações sobre o universo
Marvel no Brasil. Ativem as
notificações!

### What's happening

NCAA Men's Basketball · Yesterday
**Delta Devils at Tigers**

Entertainment · Trending
**Died Suddenly**      ···

Only on Twitter · Trending
**#pcxqc**      ···
2,008 Tweets

Trending in United States
**#ThingsIWouldTellMyYoungerSelf**      ···

All American · Trending
**#AllAmerican**      ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

**Perkowski Legal P.C.**   ···
@c_perkowski

__ https://twitter.com/bangtidyhq/status/1317164382518915075 __ at __ 2022-11-21 01:11:29 -08:00 __

← **Tweet**


**Bang Tidy Celebs**
@BangTidyHQ

**-@Camila_Cabello**



11:03 AM · Oct 16, 2020 · Twitter Web App

**7** Retweets   **49** Likes

---

 Tweet your reply                    **Reply**

Q Search Twitter

**Relevant people**


**Bang Tidy Celebs**          **Follow**
@BangTidyHQ
Bringing you Bang Tidy Celebs from the UK and around the world. From TV & Film to Music & Models. Any requests feel free to tweet.

**camila** ✓                  **Follow**
@Camila_Cabello
Sigue bailando. FAMILIA out now

**What's happening**

NCAA Men's Basketball · Yesterday
**Aggies at Ramblers**

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States
**#AMAs** 🔥
4.2M Tweets

Music · Trending
**#DavidoAt30**
64.5K Tweets

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/beyhivecombr/status/1522037709824483328 __ et __ 2022-11-21 01:07:19 -0800

# Tweet

**BEYHIVE.com.br** ✓
@beyhivecombr

Beyoncé e Jay Z foram vistos saindo de uma apresentação do @DaveChappelle ontem à noite em LA.

Translate Tweet



7:17 PM · May 4, 2022 · Twitter Web App

**8** Retweets   **2** Quote Tweets   **224** Likes

Tweet your reply                                    Reply

. @Ozark_sa · May 4
Replying to @beyhivecombr and @DaveChappelle
um dia ainda vai sair um laser do olho da bey e queimar a câmera do paparazzi kk

♡ 5

braço curtelo da Pabllo na capa do Batidão... @bracodap... · May 5
Replying to @beyhivecombr and @DaveChappelle
Foi na mesma apresentação que o Dave foi agredido? Ela tava presente no rolê do will e chris, agora esse? KKKKKKK

jaó @beyjaoo · May 4
Replying to @beyhivecombr and @DaveChappelle
Meu Deus, todo lugar essa mulher usando blusa larga, to começando a ficar com medo

---

## Relevant people

**BEYHIVE.com.br** ✓   Follow
@beyhivecombr
Fan account. #RENAISSANCE Em todas as plataformas de streaming | Notícias, fotos e vídeos da Beyoncé para a #BEYHIVE!

**David Chappelle**   Follow
@DaveChappelle

## What's happening



FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Trending in United States
**#SisterWives**
Trending with Kody

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Trending in United States
**#AMAs** 🏆
4.57M Tweets

Trending in United States
**Defuncland**
4,429 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/SNEAKPEEKCA/status/1073016158477928400 __ at __ 2022-11-20 21:00:51 -08:00 __

← Tweet

SneakPeek Retweeted

**SneakPeek**
@SNEAKPEEKCA                    ...

[sneakpeek.ca/2018/12/wonder...](sneakpeek.ca/2018/12/wonder...)



2:28 PM · Dec 12, 2018 · Twitter Web Client

**1** Retweet

💬          ⇄          ♡          ⬆

P   Tweet your reply                    Reply

---

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

○ More

**Tweet**

P  **Perkowski Legal P.C.**   ...
   @c_perkowski

---

🔍 Search Twitter

**Relevant people**

SneakPeek            **Follow**
@SNEAKPEEKCA
Invite Only

**What's happening**

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening
Ceremony**

**#Disenchanted** 🧙
Original movie now streaming
📺 Promoted by Disney+

Trending in United States    ...

__ https://twitter.com/NGBRSite/status/1583359442061783040 __ at __ 2022-11-19 12:01:38 -08:00

← **Tweet**

🔍 Search Twitter

**Nicholas Galitzine Brasil** 👑 **Fã-clube**
@NGBRSite                                      ···

📷 MAIS FOTOS de Nicholas Galitzine e Anne Hathaway filmando #TheIdeaofYou na quarta-feira, 19 de outubro, em Atlanta, Geórgia.

Translate Tweet



👤 Anne Hathaway Brasil • FANSITE

12:28 AM · Oct 21, 2022 · Twitter Web App

**8** Retweets  **63** Likes

💬          ⟲          ♡          ⬆

Ⓟ  Tweet your reply                    Reply

**Relevant people**

**Nicholas Galitzine Br...**          Follow
@NGBRSite

Fã-site brasileiro dedicado ao ator e cantor inglês Nicholas Galitzine. Fan account - contact us before taking any legal action! Follow Nicholas: @nickgalitzine

**Anne Hathaway Brasi...**          Follow
@HathawayBRA

Sua mais atualizada fonte de informações sobre a atriz Anne Hathaway. WE'RE NOT ANNE HATHAWAY! — 📷: @midiasahbr

**What's happening**

Formula 1 · Starts tomorrow
**Abu Dhabi Grand Prix 2022**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Only on Twitter · Trending            ···
**#万博体育**
2,931 Tweets

Entertainment · Trending            ···
**Tommyinnit**
9,972 Tweets

Trending in United States            ···
**#FIFAWorldCup** 🏆
Trending with Qatar, Messi

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications** 1
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**


**Perkowski Legal P.C.**          ···
@c_perkowski

# Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

← Tweet

matheus
@whomath

👉👈 eu



im sorry for the person i will become when the barbie movie comes out

7:09 AM · Jun 23, 2022 · Twitter for iPhone

**136** Retweets **7** Quote Tweets **814** Likes

Tweet your reply                    **Reply**

eumatheus @harry_sempotter · Jun 23
Replying to @whomath
@rebolamare
♡ 1

marina TROPA DOS SNK LOUCO @rebolamare · Jun 23
Replying to @harry_sempotter and @whomath
😭

Tonhão™ @jytonha · Jun 23
Replying to @whomath
Vou começar a renovar o guarda roupa de agora pra só ter roupa rosa
quando sair.
♡ 1

murilo @paiermurilo · Jun 23
Replying to @whomath



Two tickets for *Barbie* please
♡ 5

vini @lowv1n1 · Jun 23
Replying to @whomath
a gente amor
♡ 1

matheus @whomath · Jun 23
Replying to @lowv1n1
vai ser o melhor filme já feito

ana rocha @ipsofaccto · Jun 23
Replying to @whomath
@xfvisa sim!

junior @NOTthatjunior · Jun 23
Replying to @whomath
@GabiMGouvea estou obcecado
♡ 1

Gabriella Manzano @GabiMGouvea · Jun 23
Replying to @NOTthatjunior and @whomath
O Barbieversio vai mudar tudo
♡ 1

sari @folkgirls · Jun 23
Replying to @whomath
a gente vida

hillsonqueiro secular 🌿 @hillsonguete · Jun 23
Replying to @whomath
Eu TB
Tô mto no hype desse filme

hillsonqueiro secular 🌿 @hillsonguete · Jun 23
Replying to @whomath
Vai ser o melhor filme de 23 eu sinto isso

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more

henrique 🏳️ @henriquebruno · Jun 23
Replying to @pietraranna_ @whomath and @josevgodoy
simplesmente insuportável só de pensar na roupa que vou usar no tapete
vermelho do kinoplex

Show replies

Search Twitter

**Relevant people**

matheus
@whomath                    **Follow**
vivo de momentos. | manda jobs:
whomath@outlook.com 📩 | conta
reserva: @whomath2

**What's happening**

NFL · 47 minutes ago
49ers at Cardinals

Entertainment · Trending
Died Suddenly
61.7K Tweets

Entertainment · Trending
August Alsina
Trending with #TheSurrealLife

Bachelor in Paradise · Trending
#BachelorInParadise 🌹
Trending with Genevieve

Entertainment · Trending
Sinbad
7,336 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

https://twitter.com/ChrisEvans_USA/status/1580983264655077376 _et_ 2022-11-22 22:49:59 -08:00    Case 2:22-cv-09462-DMG-ADS    Document 1-13    Filed 12/30/22    Page 88 of 101    Page ID #:1237

**Chris Evans USA** 💙
@ChrisEvans_USA

Chris Evans keeps Chris Evansing and the world is better for it. 🥺 #ChrisEvans



11:05 AM · Oct 14, 2022 · Twitter for iPhone

**44** Retweets   **3** Quote Tweets   **554** Likes

🏛 **Perkowski Legal P.C.** ...
@c_perkowski

Tweet your reply                    Reply

**Zeus Xyruz** @zeusxyruz · Oct 14
Replying to @ChrisEvans_USA
💙💙💙

---

### Relevant people

**Chris Evans USA** 💙    Follow
@ChrisEvans_USA
FAN ACCOUNT 💙 Dedicated to
Dodger Evans' BEST FRIEND. No
Gossip. No Hate. You can call me Luna
🏹 I love 🦙🐶🦘🎸🍵🖥🐎💙

### What's happening

NBA · 1 hour ago
Lakers at Suns

#AvatarTheWayOfWater🧜‍♀️
Get tickets now · In theaters December 16
▶️ Promoted by Avatar

Trending in United States                    ...
**Erection**
19.3K Tweets

Trending in California                        ...
**Costco**
5,966 Tweets

Celebrities · Trending                        ...
**Denzel Washington**
2,092 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



El Aragüeño
@ElAragueno

Jennifer López y Ben Affleck parecen confirmar con su último encuentro que están de vuelta. Varias imágenes publicadas en exclusiva por el portal Page Six así lo demuestran. #Farándula

Translate Tweet



10:30 AM · Jun 4, 2021 · TweetDeck



Tweet your reply

Reply

Search Twitter

**Relevant people**



El Aragüeño
@ElAragueno

Follow

EL PRIMER DIARIO DE ARAGUA. ¡50 años contando tu historia!

**What's happening**

FIFA World Cup · 2 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in California
**Mexicans**
15.6K Tweets

Celebrities · Trending
**Tom Hanks**
5,536 Tweets

Trending in United States
**Australia**
Trending with Giroud, Rabiot

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/tender_DMJ/status/1578050970679902209 __ at __ 2022-11-22 22:33:15 -08:00 __

← **Tweet**

🔍 Search Twitter

 **DAKOTA** 💜💙
@tender_DMJ                                  ···

I'm so happy to see her, I have missed her so much 😭



8:54 AM · Oct 6, 2022 · Twitter for iPhone

**1** Retweet  **56** Likes




Tweet your reply                          **Reply**

**Relevant people**

 **DAKOTA** 💜💙            **Follow**
@tender_DMJ

Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

Tweet



**Bieber Info Brasil**
@bieberinfobr

Justin Bieber e Hailey Bieber foram vistos chegando à igreja Churchome ontem, 26 de janeiro, em Beverly Hills, na California.

Translate Tweet



7:58 PM · Jan 26, 2022 · Twitter for iPhone

**3** Retweets    **7** Likes

Tweet your reply

Reply

Search Twitter

**Relevant people**



Bieber Info Brasil
@bieberinfobr        Follow
Fan account @justinbieber

**What's happening**

NFL · 2 hours ago
49ers at Cardinals

Entertainment · Trending
**Died Suddenly**
70.4K Tweets

Trending in California
**Mexicans**
6,373 Tweets

Entertainment · Trending
**Sinbad**
8,378 Tweets

https://twitter.com/screwerplus/status/11874839?1598372864 __el __2022-11-21 15:09:25 -08:00

🔍 Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒 Lists

👤 Profile

More

**Tweet**

**Relevant people**

MIX  **Recommend Mix ...قلم ...**
@Screenmix
حساب لترشيحات الأفلام والمسلسلات
ونشر مقاطع منها تابع l **Follow**

**What's happening**

NFL · Last night
**Cowboys at Vikings**

Sports · Trending
**Mexico City**
13K Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,325 Tweets

Trending in United States
**Tampax**
16.8K Tweets

Lovecraft Country · Trending
**Lovecraft Country**
Trending with #Blade, Yann Demange

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

MIX **Recommend Mix** اقتراحات أفلام ...
@Recommendmix

الجميلة سيلينا جوميز في لوس أنجلوس.

Translate Tweet

2:40 PM · Oct 24, 2019 · Twitter Web App

**115** Retweets   **187** Quote Tweets   **1,874** Likes

💬   🔁   🤍   📤

🖊 Tweet your reply   **Reply**

🅰 A @iz_fcb · Oct 24, 2019
يا لبنة ❤❤❤

Replying to @Recommendmix
•••



14-11 @erzogaahmed · Oct 24, 2019
Replying to @Recommendmix
اشعال ظهورك باحسن بير

LAT @iltttifa · Oct 24, 2019
Replying to @Recommendmix and @ScreenMix
احلوت

AMIRA @Amira_Elolimy · Oct 24, 2019
Replying to @Recommendmix
هي سائفة عباية بلدي من أما نعيمة ولا إيه دة 🤔

Abdullah @s3o0odl966 · Oct 25, 2019
Replying to @Recommendmix
عسكريم فرايلة

مرام @UlQMar_ · Oct 24, 2019
Replying to @Recommendmix and @ScreenMix
اووووفقررزرر جمال ❤❤❤

تيكٌز @i_Moh7Rma · Oct 24, 2019
Replying to @Recommendmix
هذي شفتها محلوة بزيادة ❤

Tod @TodMontana · Oct 24, 2019
Replying to @i_Moh7Rma
نضجت وأصبحت إمرأة ❤

Razan Mohamed @rozyadam · Oct 25, 2019
Replying to @Recommendmix
يا جمالها 😍😍😍😍😍😍😍😍

Aisha.H.D @ShoshoOPS123 · Oct 24, 2019
Replying to @Recommendmix
"This song was inspired by many things that have happened in my life since
releasing my last album. I want people to feel hope and to know you will
come out the other side stronger and a better version of yourself."
كلماتها بعد مانزلت اغنيتها lose you to love me❤

بوناس @X1lb_ · Oct 24, 2019
Replying to @Recommendmix and @ScreenMix
يصحرك يانى بس

بوبوس @Bobos97 · Oct 25, 2019
Replying to @Recommendmix
حلوة حتب لو لبسة معجون استان ❤❤❤

___ https://twitter.com/vishmidia/status/1410959524261990400 ___ et ___ 2022-11-22 10:20:20 -08:00

← **Tweet**

**VI$H Mídia** 🇧🇷
@vishmidia                                                    •••

Angelina Jolie e The Weeknd flagrados juntos em Los Angeles 👀 📸



6:52 AM · Jul 2, 2021 · Twitter for iPhone

**6** Retweets   **9** Quote Tweets   **206** Likes

💬          🔁          ♡          ⬆

⬜ Ⓟ   Tweet your reply                          Reply

🟦 **DanielExe** 💃💋 @danieldani38RJ · Jul 2, 2021       •••
Replying to @vishmidia
Eita bixo...

💬          🔁          ♡          ⬆

---

🔍 Search Twitter

**Relevant people**

VI$H   **VI$H Mídia** 🇧🇷              Follow
       @vishmidia
       Site de conteúdo subversivo | +
       @vishsports Contato:
       contato@vishmidia.com.br

**What's happening**

FIFA World Cup · 22 minutes ago
**Mexico vs Poland**                      

#AvatarTheWayOfWater 🧑
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Sports · Trending                              •••
**Viva Ronaldo**
3,553 Tweets

Sports · Trending                              •••
**Cristiano Ronaldo**
Trending with #ManchesterUnited

Celebrities · Trending                         •••
**Anthony Mackie**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

🏠 **Home**

# **Explore**

🔔 **Notifications**

✉ **Messages**

🔖 **Bookmarks**

☰ **Lists**

👤 **Profile**

⊙ **More**

**Tweet**

Ⓟ   **Perkowski Legal P.C.**      •••
     @c_perkowski

__ https://twitter.com/filmsbymeche/status/1196574136224665600 __ at __ 2022-11-19 22:51:25 -08:00 __

← **Tweet**


ロロ
@filmsbydelrey                                                                      ...

### Lily ya regreso a LA



3:41 PM · Nov 18, 2019 · Twitter Web App

1 Like

---

Tweet your reply                                                          Reply

---

**Relevant people**


ロロ                                                                      Follow
@filmsbydelrey
multifandom ◇•°₀

**What's happening**

Television · 2 hours ago
**Saturday Night Live airing on NBC**


**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Sports · Trending                                                        ...
**Pasadena**
1,627 Tweets

Trending in United States                                                ...
**Jason David Frank**
1,035 Tweets

Trending in United States                                                ...
**Blocked**
133K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

Perkowski Legal P.C.
@c_perkowski





**Thread**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Avengers Assemble BR**
@AAssembleBR

📸 Novas imagens das filmagens de #Ironheart.



3:30 PM · Aug 8, 2022 · Twitter for Android

**2** Retweets    **3** Quote Tweets    **68** Likes

Tweet your reply                              Reply

**Avengers Assemble BR** @AAssembleBR · Aug 8
Replying to @AAssembleBR

**Avengers Assemble BR** @AAssembleBR · Aug 6
📑 | RUMOR: Anthony Ramos está supostamente interpretando The Hood, um vilão feiticeiro místico, na série #Ironheart!

Via: @MyCosmicCircus
Show this thread

♡ 5

Perkowski Legal P.C.
@c_perkowski

🔍 Search Twitter

**Relevant people**

**Avengers Assemble BR**    Follow
@AAssembleBR
🇧🇷 Fan Account | Sua mais completa fonte de informações sobre o universo Marvel no Brasil. Ativem as notificações!

**What's happening**

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**


**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**#AMAs** 🔥
Trending with soobin, yeonjun

Sports · Trending
**Sean Payton**

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More …
© 2022 Twitter, Inc.



🐦 Tweet

Perkowski Legal P.C.
@c_perkowski

**Miley Cyrus Updates 🔵**
@MileyCyrusBz

EVERYBODY PLEASE LOOK AT MILEY CYRUS!!!



8:11 PM · May 15, 2022 · Twitter for Android

**524** Retweets **80** Quote Tweets **6,994** Likes

Tweet your reply                                    Reply

Bonnie L. Peluso @BonniePeluso1 · May 16
Replying to @MileyCyrusBz
I love Miley and I'm 74 years old. She's very talented and the best voice ever.
My son loves her a lot.
1                    9

Miley Cyrus Updates 🔵 @MileyCyrusBz · May 17
Replying to @BonniePeluso1
you're so tasteful, Bonnie ❤️
1

ILOVEMILEYCYRUS❤️ @SmllerDiary · May 16
Replying to @MileyCyrusBz
Wow😍😍😍

Mister_Tree @PapiBigTree · May 17
Replying to @MileyCyrusBz
why?   All those drugs caused puberty to skip her.

Dark Angel @TankManXO · May 16
Replying to @MileyCyrusBz
beautiful !!!!

ESX @ESX2005 · May 16
Replying to @MileyCyrusBz
Omgggggg bruh 😂😂

✟Da'Vawn✟ @DaVaunci · May 16
Replying to @MileyCyrusBz
Bih betta work!!!!! 🙌🙌

Harry Kritis @HarryKritis · May 16
Replying to @MileyCyrusBz

0820615717122/photo/1

Emma holguin @Emmaholguin3 · May 16
Replying to @MileyCyrusBz
¡Miley Cyrus beautiful woman!!

Fátima🤍 @SarahiC301 · May 17
Replying to @MileyCyrusBz
@marcelopez23
1

Gerald Hickman @GeraldHickman14 · May 16
Replying to @MileyCyrusBz
Great gams!

james j gatto @jjjimg · May 16
Replying to @MileyCyrusBz
Absolutely gorgeous!!!!

michael le'mon daniel @michaellemonda0 · May 16
Replying to @MileyCyrusBz
shit shit shit can i get a mo mo

michael le'mon daniel @michaellemonda0 · May 16
Replying to @MileyCyrusBz
so lucky that we arent still in las vegas love ya kido

Portal Damiano David @PortalDamiano · May 16
Replying to @MileyCyrusBz
😍😍😍😍

Jürgen @JuergenHoenig · May 15
Replying to @MileyCyrusBz

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
More

Search Twitter

**Relevant people**

Miley Cyrus Updates 🔵                Follow
@MileyCyrusBz
Fan account | Copyright belongs to
the respective owners | @MileyCyrus
follows 💕

**What's happening**

NFL · 1 hour ago
49ers at Cardinals

Entertainment · Trending
Died Suddenly
66.5K Tweets

Trending in United States
Dreamers MV
166K Tweets

Trending in United States
#ATEEZinAtlanta_Day1

Trending in United States
August Alsina
Trending with Jada, #TheSurrealLife

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads Info   More···
© 2022 Twitter, Inc.



← **Tweet**




**Noticias 24** ···
@noticias24

#Farándula| Desde diciembre pasado, Adele se ha vuelto tendencia en búsquedas de Internet al mostrar que logró adelgazar más de 70 kilos. Ante la radical transformación que tuvo, se han filtrado nuevas fotografías de la nueva figura de la cantante #17feb #Viral

Translate Tweet



6:00 PM · Feb 17, 2020 · Hootsuite Inc.

3 Retweets   1 Like

💬   🔁   ♡   ⬆️


**Perkowski Legal P.C.** ···
@c_perkowski



Tweet your reply                    Reply

**David Moreno Díaz** @daframodizo · Feb 18, 2020   ···
Replying to @noticias24
Ya me imagino el pellejero gindando q asco

💬   🔁   ♡   ⬆️

**Relevant people**

**Noticias 24**            Follow
@noticias24
Noticias de Venezuela, Latinoamerica
y el mundo

**What's happening**

NBA · LIVE
Nets at 76ers

#AvatarTheWayOfWater🌊
Get tickets now – In theaters December 16
🎟 Promoted by Avatar

Celebrities · Trending   ···
**Tom Hanks**
9,913 Tweets

Politics · Trending   ···
**Naomi Biden**
23.2K Tweets

Entertainment · Trending   ···
**Tarantino**
Trending with Simu Liu, Chris Evans

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

\_\_ https://twitter.com/ClickySound/status/1200143494272057344 \_\_ at \_\_ 2022-11-20 16:24:30 -08:00 \_\_

← Tweet



Search Twitter

**Clicky Sound**
@ClickySound

···

clickysound.com/celebrity-soci... Because it is Thanksgiving in the US, there's a lot of social media posts about food. It's too bad that turkey i...



12:04 PM · Nov 28, 2019 · Clicky Sound

  

 Tweet your reply

Reply

**Perkowski Legal P.C.**
@c_perkowski
···

---

**Relevant people**

 **Clicky Sound**
@ClickySound

Follow

Photography at its Best!

**What's happening**



NFL · 3 hours ago
**Browns at Bills**

**#Disenchanted** 🥴
Original movie now streaming
▶ Promoted by Disney+

···

Trending in California
**Elton John**
12.7K Tweets

🔍 Search Twitter

# Tweet

## heroina do lixo
@heroinadolixo

**silêncio pra as roupas da arlequina em aves de rapina**

Translate Tweet



9:12 AM · Feb 13, 2020 · Twitter for iPhone

**2,495** Retweets    **513** Quote Tweets    **10.5K** Likes

Tweet your reply                                    Reply

**renata** @RenataAlves · Feb 13, 2020
Replying to @heroinadolixo and @dccomics
Só o fato dela estar usando roupas já é 😍👏

**nana** @feriskz · Feb 13, 2020
Replying to @heroinadolixo and @dccomics
todas são extremamente PERFEITAS 😭😍❤️

**LUKKAS** @lu_vincentti · Feb 13, 2020
Replying to @heroinadolixo and @dccomics
N gostei muito dos figurinos do filme em uma questao geral

**heroina do lixo** @heroinadolixo · Feb 13, 2020
Replying to @lu_vincentti
eu gostei, quando você ve por trás ainda que a figurinista tentou trazer um aspecto moderno + rua e + quadrinhos pra mim fica mais legal ainda. acho que é a harley ai.

**Cristian** @gagasback · Feb 13, 2020
Replying to @heroinadolixo and @dccomics
Ai ei sou M1 cadeirina dela com essa roupa

**brazuca mode on** @camvhfla · Feb 13, 2020
Replying to @heroinadolixo and @dccomics
queria todasssss

**juno laufeyson** @icijuno · Feb 13, 2020
Replying to @heroinadolixo and @dccomics
pior que eu não tinha prestado atenção no filme que eu lá só jogou o macacão por cima da roupa hahah muito eu quando to com roupa de dormir e minha mãe me pede pra ir na padaria

**heroina do lixo** @heroinadolixo · Feb 13, 2020
Replying to @icijuno
sim hahahaha, e a roupa de logo no inicio eu acho é ela com jm camiseta que parece um pijama, lenda estilista

**gippy danger** @balafaulua · Feb 13, 2020
Replying to @heroinadolixo @dccomics and @wonderdanvrs
Qual a cena da primeira roupa?

**vers★** @wonderdanvrs · Feb 13, 2020
Replying to @balafaulua and @bridgertonse
logo no final

**bia amaral** @abiamaral · Feb 14, 2020
Replying to @heroinadolixo and @dccomics
os figurinos desse filme roubo_o, maravilhosossssss

**DDDD 🦇 LOVE SUX ★** @gossalavigne · Feb 13, 2020
Replying to @heroinadolixo and @dccomics
da pra fazer lockscreen maravilhosas

**isa** 🦇 @hatiforblesrack · Feb 13, 2020
Replying to @gossalavigne and @dccomics
amg posso usar uma de icon na minha resenha? 😊

**victor dias** @Diasdeque · Feb 13, 2020
Replying to @heroinadolixo and @dccomics
@strangenes_ corre aqui

**vic bahia** 🦇 @bNaiou · Feb 13, 2020
Replying to @heroinadolixo and @dccomics
@micalagenx




Perkowski Legal P.C.
@c_perkowski