# EXHIBIT B Continued

__ https://twitter.com/desienelcine/status/1552072842526789638 __ at __ 2022-11-21 19:10:24 -08:00 __

← **Tweet**

 **Desi en el cine** 🎬
@desienelcine

···

## Primera imagen de Dakota Johnson en el set de Madame Web 😍



4:26 PM · Jul 26, 2022 · Twitter for Android

💬         ♻         ♡         ⬆

P    Tweet your reply                    Reply

🔍 Search Twitter

**Relevant people**

 **Desi en el cine** 🎬    **Follow**
@desienelcine

Noticias de cine curiosidades y recomendaciones de pelis

---

🏠 Home

# Explore

🔔 Notifications

Case 2:22-cv-09462-DMG-ADS   Document 1-14   Filed 12/30/22   Page 3 of 101   Page ID #:1253



← **Tweet**

Q Search Twitter



🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒 Lists

👤 Profile

⋯ More

**Tweet**

**Relevant people**



**Freetime**
@BookingFreetime   ⋯

## Zendaya sur le tournage du film « challengers »

Translate Tweet



4:58 AM · May 4, 2022 · Twitter Web App

      



Tweet your reply

Reply

**Freetime**
@BookingFreetime   **Follow**

Freetime est une page d'information du cinéma, du divertissement, des séries et plateformes de streaming du moment et à venir.

**What's happening**

Sports · LIVE
**2022 FIFA World Cup**

Trending in United States   ⋯
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States   ⋯
**UCLA**
11.8K Tweets

Music · Trending   ⋯
**Goodbye Yellow Brick Road**

Trending in United States   ⋯
**Bob Iger**
Trending with Disney, Chapek

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

**Tweet**

Perkowski Legal P.C.   ⋯
@c_perkowski

← **Tweet**



**Marvel CinéVerse**
@MarvelCineVerse

...

**#FatWS** : De nouvelles photos de tournage ont été révélées avec notamment un premier aperçu de Daniel Brühl dans son costume du Baron Zemo !

Translate Tweet




9:31 AM · Dec 18, 2019 · Twitter Web App

**6** Retweets    **29** Likes

Tweet your reply

Reply

---

**Q** Search Twitter

**Relevant people**

**Marvel CinéVerse**
@MarvelCineVerse    Follow

Actualités et encyclopédie sur le MCU
Instagram  : marvelcineverse_
Associé à @swcineverse 

**What's happening**

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**



**#Disenchanted** 🧚
Original movie now streaming
🎬 Promoted by Disney+

Sports · Trending    ...
**Mike Williams**
6,114 Tweets

Trending in California    ...
**#TWDFamily**
9,643 Tweets

Trending in United States    ...
**#AMAs** 💄
Trending with soobin, yeonjun

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.    ...
@c_perkowski



__ https://twitter.com/mileyupdates/status/1183261088448491648 __ at __ 2022-11-21 15:48:12 -08:00 __

← **Tweet**

This Tweet is from a suspended account. Learn more



**sheree comiska** @ComiskaSheree · Oct 13, 2019
Replying to @MileyUpdates
You two look great for each other!

○   ⟲   ♡   ⬆

**sheree comiska** @ComiskaSheree · Oct 13, 2019
Replying to @MileyUpdates
Mom looks awesome!

○   ⟲   ♡   ⬆

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

🗊 Lists

👤 Profile

⋯ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/PMaratonando/status/1329555333844169217 ... et     2022-11-20 19:35:04 -08:00

← **Thread**

**Maratonando News** 🇧🇷
@PMaratonando
···

**ALERTA MISS MARVEL !!!!!** 🎆🎆🎆🎆

Confira as primeiras imagens de Iman Vellani (Kamala Khan) fantasiada de Capitã Marvel no set de 'Ms. Marvel'. Tudo ! ❤️💛💙

A série ainda não tem previsão de estreia.

Via : (@BRMarvelNews) / via : (Just Jared) #MsMarve

Translate Tweet



2:41 PM · Nov 19, 2020 · Twitter for Android

**1** Quote Tweet    **3** Likes

💬              🔁              ♡              ⬆️

---

🅿️ **Perkowski Legal P.C.**
@c_perkowski

Tweet your reply                    **Reply**

**Maratonando News** 🇧🇷 @PMaratonando · Nov 19, 2020
···
Replying to @PMaratonando



💬              🔁              ♡ **2**              ⬆️

## Relevant people



**Maratonando News** 🇧🇷        **Follow**
@PMaratonando
Tudo sobre o mundo do cinema, séries e games 🎮🎬 Sigam nossos ADMs 👍👍 @1991Philipe 🙋
@rayssajoy 🙋



**Marvel News**        **Follow**
@BRMarvelNews
Conta de fã dedicada ao Universo Marvel 🇧🇷 Contato: marvelnewsbr@outlook.com

## What's happening

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧚
Original movie now streaming
📺 Promoted by Disney+

Trending in United States        ···
**Bob Iger**
Trending with  Chapek, Disney CEO

Music · Trending        ···
**Kelly Rowland**
Trending with  Chris Brown

Trending in United States        ···
**ARTIST OF THE YEAR**
22.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications** 1
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Search Twitter

← **Tweet**

Q Search Twitter



**Freetime**
@BookingFreetime

···

# Daniel Radcliffe sur le tournage du biopic sur Weird Al Yankovic




6:07 AM · Feb 22, 2022 · Twitter Web App

   

 Tweet your reply

Reply

**Relevant people**



**Freetime**
@BookingFreetime

Follow

Freetime est une page d'information du cinéma, du divertissement, des séries et plateformes de streaming du moment et à venir.

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Trending in United States
**England**
Trending with #ENGIRN, Saka

Trending in California
**Dodger Stadium**
Trending with Elton John, #EltonFarewellTour

The Walking Dead · Trending
**#TheWalkingDead**
104K Tweets

Events · Trending
**ITS COMING HOME**
3,491 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**



**Arishem** ⭐
@ArishemPC

...

Set photos of #MadameWeb



8:16 PM · Oct 6, 2022 · Twitter for Android

7 Likes

Search Twitter

**Relevant people**



**Arishem** ⭐
@ArishemPC

Prime Celestial

Follow

**What's happening**

FIFA World Cup · 1 hour ago
**World Cup Qatar 2022: Opening Ceremony**



#Disenchanted 😱
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Shakira**
102K Tweets

Only on Twitter · Trending
**Jason David Frank**
91.4K Tweets

Events · Trending
**Rigged**
40.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Tweet your reply

Reply



Perkowski Legal P.C.
@c_perkowski

← **Tweet**

 **El Paladín Rojo**
@Elpaladin_rojo                                    ...

Se han filtrado más fotos del set de Madame Web y parece que hay un personaje misterioso en las escenas de acción.
#MadameWeb
#SpiderMan
Translate Tweet





11:11 AM · Oct 6, 2022 · Twitter for Android

**2** Likes

💬          🔁          ♡          ⬆

 Tweet your reply                          Reply

---

## Search Twitter

### Relevant people

 **El Paladín Rojo**          Follow
@Elpaladin_rojo

YouTuber,Creador de Contenido Comics,Películas,Noticias ,Lego,Cosplay Marvelita,Dcita,Riverdale, Pasa a mi Canal El Paladín Rojo 🎬 También en TikTok.

### What's happening

Television · Last night
**Saturday Night Live airing on NBC** 

**#Disenchanted** 🧙‍♀️
Original movie now streaming
🎬 Promoted by Disney+

Only on Twitter · Trending
**Rest in Power**
13.8K Tweets

Trending in California          ...
**#DonaldTrump**
40.6K Tweets

Trending in California          ...
**Shakira**
105K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**          ...
@c_perkowski

← **Tweet**



SF Cinema ✓
@WeLoveSF

...

**ภาพชุดใหม่ บรี ลาร์สัน ในชุดเต็มยศจากกองถ่าย** Captain Marvel
ยอดหญิงพลังมหากาพย์เตรียมมาขึ้นจอให้แฟนๆได้ฟินกัน เรียกว่าเป็นหนังเดี่ยวฮีโร่พลังหญิงเรื่องแรกของ MCU เลยด้วย จะมันส์ จะแซ่บแค่ไหน รอชม 8 มีนาคมปีหน้า



9:18 AM · Mar 20, 2018 from Samsen Nok, Thailand · Twitter for iPhone

**75** Retweets    **27** Likes

○              ↻              ♡              ⬆

 Tweet your reply                    Reply

---

## Relevant people

 SF Cinema ✓                    Follow
@WeLoveSF
ชอบดูหนังในโรง ชอบโมเม้นในโรงหนัง ชอบกิน 🍿

## What's happening

FIFA World Cup · This morning
**England vs Iran**

Trending in United States          ...
**Died Suddenly**
45.6K Tweets

Trending in California          ...
**Acosta**
14.3K Tweets

Entertainment · Trending          ...
**#DWTS**😭
Trending with Shangela, Selma

Trending in United States          ...
**Spencer Rattler**
1,447 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



https://twitter.com/SpiderGirlsBR/status/1556060392706670592 __et __ 2022-11-20 08:06:43 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 1-14   Filed 12/30/22   Page 12 of 101   Page ID #:1262

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**



**Spider-Girls Brasil** ✷ @SpiderGirlsBR · · ·

🚨 NOVAS imagens do set de #MadameWeb de hoje. Pelo que aparenta, Dakota e Adam estão em um resgate como paramédicos.

via. @DakotaJArg
Translate Tweet

4:31 PM · Aug 6, 2022 · Twitter Web App

**5** Retweets   **1** Quote Tweet   **35** Likes

💬           🔁           ♡           ⬆️

P   Tweet your reply                    Reply

**Spider-Girls Brasil** ✷ @SpiderGirlsBR · Aug 6
Replying to @SpiderGirlsBR
mais imagens aqui: dakotajohnsonarg.sosugary.com/galeria/thumbn...
total créditos ao Dakota Johnson Argentina.
💬 1          🔁          ♡ 5          ⬆️

**Spider-Girls Brasil** ✷ @SpiderGirlsBR · Aug 6
+ imagens importantes, isso tudo em Boston:

💬          🔁 2          ♡ 6          ⬆️

**kay** @kayque_olsen · Aug 6
Replying to @SpiderGirlsBR and @DakotaJArg
já prevejo um casal
💬          🔁          ♡

**kay** @kayque_olsen · Aug 6
Replying to @SpiderGirlsBR and @DakotaJArg
então ela será uma agente e ele deve se o parceiro dela
💬          🔁          ♡

Perkowski Legal P.C.
@c_perkowski   · · ·

Search Twitter

**Relevant people**



**Spider-Girls Brasil** ✷ @SpiderGirlsBR   **Follow**
Maior e única fonte de notícias sobre as mulheres aracnídeas em HQs e animações. | 🔔 ON!

**Dakota Johnson Arge...** @DakotaJArg   **Follow**
Tu mejor y más actualizada fuente de información sobre la actriz, productora, directora y activista #DakotaJohnson en Español.

**What's happening**



FIFA World Cup · **LIVE**
Qatar vs Ecuador

#Disenchanted 🪄
Original movie now streaming
☑ Promoted by Disney+

Only on Twitter · Trending
RIP JDF
2,383 Tweets

Trending in United States
#RIPLEGEND

Trending in United States
#FIFAWorldCup 🏆
Trending with Morgan Freeman, hobi

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

← **Tweet**

Q Search Twitter

**Home**

**Explore**

**Notifications** ①

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

 **AP** ✓
@altapeli

···

Zendaya y Tom Holland en imágenes desde el set de #SpiderMan3.



10:39 AM · Jan 17, 2021 · Twitter Web App

**6** Retweets    **1** Quote Tweet    **72** Likes

○        ⇄        ♡        ⬆

  Tweet your reply                     **Reply**

**Relevant people**

 **AP** ✓           **Follow**
@altapeli

Cuenta oficial de AltaPeli.com - Cine / Series / Críticas / Noticias / Videojuegos

**What's happening**

NFL · LIVE
**Cowboys at Vikings**


**#Disenchanted** 🧙‍♀️
Original movie now streaming
🎬 Promoted by Disney+


Trending in California          ···
**Rest In Peace**
59.4K Tweets

Trending in California          ···
**#FIFAWorldCup** 🏆
Trending with Favorite K-Pop Artist, #AMAs 🔥

Politics · Trending          ···
**LGBTQ**
Trending with Colorado Springs, AR-15

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**



**Tyler Madison**
@tylermadisonnn

THE WAY I THOUGHT CHRIS EVANS WAS CHRIS PRATT FOR A SECOND 💀 BUT LOOK AT HANDSOME ON SET 😩



1:21 PM · Oct 13, 2022 · Twitter for iPhone

 Tweet your reply

Reply

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

Q Search Twitter

**Relevant people**

 **Tyler Madison**
@tylermadisonnn

Follow

tiktok: ty.romanoff | insta: ty.madisonnn

**What's happening**

Formula 1 · This morning
**Abu Dhabi Grand Prix 2022**



#Disenchanted 👸
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
54.7K Tweets

Sports · Trending
**Fields**
Trending with Falcons, Bears

Sports · Trending
**Parsons**
4,919 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

**Relevant people**



**The-Flow.ru**
@theflowmag   [Follow]

паблик: vk.com/theflow инстаграм: instagram.com/theflow.ru/ телеграм: t.me/superslowflow

**The-Flow.ru**
@theflowmag                                    •••

Когда вернулся из отпуска и разгребаешь все, что накопилось за это время

Translate Tweet



1:00 AM · Jan 26, 2021 · Amplifr

**6** Retweets  **111** Likes

💬        🔁        ♡        ⬆️

🅿️  Tweet your reply                          [Reply]

**Рейнмейкер** @EvgenyRainmaker · Jan 26, 2021   •••
Replying to @theflowmag
Опухлик на Зе Флоу. Локимин таки добился своего.

💬        🔁        ♡ 3        ⬆️

**Maksat Baigunagov** @MaksimusBAY · Jan 26, 2021   •••
Replying to @theflowmag
Бендос без Анны уже пошел в разгул

💬        🔁        ♡        ⬆️

**What's happening**

Television · LIVE
**Bachelor in Paradise airing on ABC**

**#AvatarTheWayOfWater** 🟦
Get tickets now · In theaters December 16
📣 Promoted by Avatar

Entertainment · Trending        •••
**Marvel**
87.8K Tweets

Trending in United States        •••
**RIP Harold**

Bachelor in Paradise · Trending
**#bachelorinparadiseabc** 🌹
3,573 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski        •••



← **Tweet**

 **Home**

**#** Explore

**Notifications** ①

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**



 **Nicholas Galitzine Brasil** 👑 **Fã-clube**
@NGBRSite

···

📸 MAIS FOTOS de Nicholas Galitzine e Anne Hathaway filmando #TheIdeaofYou na quarta-feira, 19 de outubro, em Atlanta, Geórgia.

Translate Tweet



5:30 AM · Oct 21, 2022 · Twitter Web App

**5** Retweets  **1** Quote Tweet  **38** Likes

 Tweet your reply

**Reply**


**Perkowski Legal P.C.**
@c_perkowski   ···

🔍 Search Twitter

### Relevant people

 **Nicholas Galitzine Br...**
@NGBRSite                **Follow**

Fã-site brasileiro dedicado ao ator e cantor inglês Nicholas Galitzine. Fan account - contact us before taking any legal action! Follow Nicholas: @nickgalitzine

### What's happening

NBA · 25 minutes ago
**Lakers at Suns**



**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States          ···
**Erection**
16.7K Tweets

Trending in California            ···
**Costco**
5,753 Tweets

Sports · Trending              ···
**Pat Bev**
Trending with Ayton, Lakers

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**




Q Search Twitter



**Arishem** ⭐ 🟡
@ArishemPC

···

New #MadameWeb set photos show Dakota Johnson in white hair





3:46 AM · Oct 11, 2022 · Twitter for Android

**1** Retweet    **2** Likes

💬            ⭤            ♡            ⬆

Ⓟ    Tweet your reply                    Reply

**Relevant people**



**Arishem** ⭐ 🟡        Follow
@ArishemPC
Prime Celestial

**What's happening**

Television · 3 hours ago
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Politics · Trending        ···
**HE'S BACK**
155K Tweets

Trending in United States        ···
**Blocked**
133K Tweets

Sports · Trending        ···
**Elite**
144K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Ⓟ    **Perkowski Legal P.C.**    ···
@c_perkowski

← **Tweet**



**� SpIdEr-MaN ❄**
@BallonFute

···

## Autre photo de tournage de Madame Web !

Translate Tweet



3:01 AM · Jul 28, 2022 · Twitter for Android

**1** Quote Tweet   **2** Likes

💬          🔁          ♡          ⬆

  Tweet your reply          **Reply**

🔍 Search Twitter

**Relevant people**

 **� SpIdEr-MaN ❄**
@BallonFute          **Follow**

Paris ❤💙 • Neymar est mon idole •
fan de Spider-Man 🕷 et Zendaya est
ma femme ❤

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

🗒 Lists

👤 Profile

··· More

**Tweet**

 **Perkowski Legal P.C.** ···
@c_perkowski

__ https://twitter.com/alexromval/status/1383123085004574720 __ at __ 2022-11-20 16:46:38 -08:00 __

← **Tweet**

Q Search Twitter

↻ **Alex Salvatore 👷 Retweeted**

**Daily Spectacular Spider-Man!**
@EARTH_26496                                    ···

The similarities



11:19 AM · Apr 16, 2021 · Twitter for iPhone

**51** Retweets   **4** Quote Tweets   **535** Likes

🗨         ↻         ♡         ↥

P   Tweet your reply                          **Reply**

### Relevant people

**Alex Salvatore 👷**            **Follow**
@Alexromval
'Nadie puede juzgar desde fuera el amor'

**Daily Spectacular Spi...**     **Follow**
@EARTH_26496
Daily stuff on The Spectacular Spider-Man • Nothing is owned by us unless stated • Founders of #SaveSpectacularSpiderMan

### What's happening

NFL · 3 hours ago
**Browns at Bills**

**#Disenchanted 👩🏻**
Original movie now streaming
▶ Promoted by Disney+

Trending in United States          ···
**Hive**
35.2K Tweets

Trending in United States          ···
**Heisman**
9,308 Tweets

Music · Trending               ···
**soobin**
Trending with  #AMAs 🔥, TOMORROW X TOGETHER

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



← Tweet | 🔍 Search Twitter

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C. ⋯
@c_perkowski

**Infos Series** ⋯
@SeriesUpdateFR

Premier aperçu du tournage de la série 'Les Supers Nanas'.
Translate Tweet



2:59 PM · Apr 7, 2021 · Twitter for Android

**85** Retweets **95** Quote Tweets **679** Likes

**Relevant people**

**Infos Series** — Follow
@SeriesUpdateFR
Bienvenue sur votre premier compte source français sur toutes vos séries, films et plateformes de streaming préférées. 🎬
seriesupdatefr@gmail.com

**What's happening**

FIFA World Cup · 3 hours ago
Mexico vs Poland

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in California
**Mexicans**
19.4K Tweets

Family drama · Trending
**#GTMcontest31**

Trending in United States
**Giroud**
Trending with Australia, Mbappe

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2022 Twitter, Inc.

Tweet your reply | **Reply**

W. @welennna · Apr 7, 2021
Replying to @SeriesUpdateFR
@Turbenistaaa quelle ce désastre

Fb @Turbenistaaa · Apr 7, 2021
Replying to @welennna and @SeriesUpdateFR
MDr ça va être épouvantable 😭

Show replies

C Harlequin @c_Harles_Quin · Apr 7, 2021
Replying to @SeriesUpdateFR
Aye... Voir Chloe Benett ainsi... après l'avoir suivie autant de temps incarnant Skye/Quake...

daisyfusion @daisyfusion · Apr 7, 2021
Replying to @c_Harles_Quin and @SeriesUpdateFR
Même moi j'ai du vérifier sur Google voir si c'était bien elle

Show replies

Zag 😂 @zagque_ · Apr 7, 2021
Replying to @SeriesUpdateFR
Quelle catastrophe

Mr lPanda @Mr_lPandaa · Apr 7, 2021
Replying to @SeriesUpdateFR
Ça promet. 😬

W. @welennna · Apr 7, 2021
Replying to @SeriesUpdateFR

I'M GOING TO SAY NO TO THAT
NETFLIX

Jest de 4l @Gamjys · Apr 7, 2021
Replying to @SeriesUpdateFR
Purée !! Ils vont aussi massacrer cette licence 😭

mel 🎗 allison argent evil era @madsholireed · Apr 7, 2021
Replying to @SeriesUpdateFR
hum ham *tousse*

Music🎵 #SaveFateTheWinxSaga #Renew... @Musi... · Apr 8, 2021
Replying to @madsholireed and @SeriesUpdateFR
Elles auraient été parfaites

Show replies

linalool @_Crupky · Apr 7, 2021
Replying to @SeriesUpdateFR
Espérons que ce n'est pas leurs vraies tenues mais juste pour un épisode où elles doivent aller à une fête 😭

Minado @Minadolcc · Apr 7, 2021
Replying to @SeriesUpdateFR

❤️🧡 Prince 7🧡 @SK7SP · Apr 8, 2021
Replying to @SeriesUpdateFR
Comment tu va me dire qu'on va pas avoir des jeans veste en cuire de couleurs en guise de costume impossible 🙌🏾🙌🏾

Dracarys. HOTG👑 @ounereday · Apr 8, 2021
Replying to @SeriesUpdateFR

ex-22-cv-09462-DMG-ADS

← Tweet

Search Twitter

**matheus**
@whomath

não sabia que eu precisava do casal angelina jolie e abel..... se tiverem juntos espero que ele cuide bem DELA

Translate Tweet



1:55 PM · Jul 1, 2021 · Twitter for iPhone

**153** Retweets  **179** Quote Tweets  **2,436** Likes

Tweet your reply                                    Reply

**Vitoria** @vitoriallicurg · Jul 1, 2021
Replying to @whomath
Se for um casal tô passada

**meio pulmão** @meiopulmao · Jul 1, 2021
Replying to @whomath
que abel mano esse ai é o the weekend
                              21

**alicia** @__anunciacao · Jul 1, 2021
Replying to @whomath
vocês ja viram como os filhos dela são lindos?

**gabriel** @gabvasa2 · Jul 1, 2021
Replying to @whomath
será que é casal mesmo ou ele tá chamando ela pra série dele na hbo?
            1                 49

**matheus** @whomath · Jul 1, 2021
Replying to @gabvasa2
imagina ela na série, já não basta o caché que a hbo vai ter q dar pro abel vey
                              47

**bmaizena** @danielsallesse · Jul 2, 2021
Replying to @whomath
Quando ele nasceu, Angelina tinha 15 anos

**guilherme** @krodinhu · Jul 1, 2021
Replying to @whomath
por essa eu nao esperava
            1                 2

**matheus** @whomath · Jul 1, 2021
Replying to @krodinhu
nem eu bby
                              3

**dryl** @hidden_dryl · Jul 1, 2021
Replying to @whomath
Q babadoooo, aleatório, mas promissor. Imagina esse casal em tapete vermelho

            1                 72

**mm** @marinamorena__ · Jul 2, 2021
Replying to @hidden_dryl and @whomath
imaginei imediatamente em outro lugar kkkkkkkkkkk

**ana leticia** @thiswayalone · Jul 1, 2021
Replying to @whomath
amava abel e selena nunca superei

**Oicram** @marciowarr · Jul 2, 2021
Replying to @whomath
@valoroll

**oi** @oi08644760 · Jul 1, 2021
Replying to @whomath
Mano kkkk the weekend sempre pega as solteira pós relacionamentos badalados
1° selena
                              1

**Heloíse** 🧈 @twfhelo · Jul 1, 2021
Replying to @whomath
Quero ser adotada

**Charloth** @charlothloren · Jul 1, 2021
Replying to @whomath
Serase ?

**Bea** @beatrizxmiranda · Jul 1, 2021
Replying to @whomath
Mano que?
Chocada!

**Solteira crônica** @DarsiDaani_ · Jul 1, 2021
Replying to @whomath

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Perkowski Legal P.C.**
@c_perkowski

**Relevant people**

**matheus**
@whomath                    Follow
vivo de momentos. | manda jobs:
whomath@outlook.com 📩 | conta
reserva: @whomath2

**What's happening**

FIFA World Cup · 24 minutes ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**
Get tickets now · In theaters December 16
Promoted by Avatar

Sports · Trending
**Viva Ronaldo**
3,598 Tweets

Sports · Trending
**Cristiano Ronaldo**
Trending with #ManchesterUnited

Trending in United States
**Ochoa**
Trending with Poland, #MEXPOL

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.



← **Tweet**

 **Türkçe**
@turkce

···

Yine genç sevgili buldu: Kocasından boşandıktan sonra hep kendisinden genç erkeklerle flört eden ünlü oyuncu yine kuralı bozmadı. 46 yaşındaki oyuncu aşk defterine 22 yaşında bir isim daha yazdı. BACKGRID USA, BACKGRID UK dlvr.it/RTksL2 #Türkçe #Haberler #Haber

Translate Tweet



1:50 AM · Apr 14, 2020 · dlvr.it

💬              ↻              ♡              ⬆

 Tweet your reply                                    Reply

## Relevant people

 **Türkçe**          Follow
@turkce

Gazete ve dergilerden Türkçe Haberler, Son Dakika, Spor, Magazin, Teknoloji, Sinema Haberleri. İletişim ve iş birliği için: turkcemag@gmail.com

## What's happening

FIFA World Cup · This morning
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
📢 Promoted by Avatar

Trending in United States
**#ThankskillingWithArt**

Sports · Trending
**Ronaldo**
Trending with Glazers, Manchester United

Bachelor in Paradise · Trending
**#bachelorinparadiseabc** 🌹
1,556 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ···
@c_perkowski

Tweet

Affinity Magazine ✔
@TheAffinityMag

Jennie and The Weeknd were recently spotted together.



12:30 AM · Nov 6, 2021 · TweetDeck

180 Retweets   8 Quote Tweets   682 Likes

Tweet your reply

Reply

Kay @_randomBP_ · Nov 6, 2021
Replying to @TheAffinityMag
Jennie 🥰

1

jenkkkoie @Jasmine30762413 · Nov 6, 2021
Replying to @TheAffinityMag
My faves

1

Show additional replies, including those that may contain offensive content

Show

Perkowski Legal P.C.
@c_perkowski

Relevant people

Affinity Magazine ✔
@TheAffinityMag
NEXT GEN OF MEDIA

Follow

What's happening

NFL · 1 hour ago
Chiefs at Chargers

#Disenchanted 🧚
Original movie now streaming
Promoted by Disney+

Trending in California
#Raiders
Trending with Broncos, #RaiderNation 🏴‍☠️

Trending in United States
#AMAs 🔥
Trending with soobin, yeonjun

Trending in California
Dodger Stadium
11.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

— https://twitter.com/raulbrindis/status/1111636579037122560 — at __ 2022-11-21 05:43:23 -08:00

← **Tweet**

Raúl Brindis ✔
@raulbrindis

#Farandulazo La cantante Lady Gaga viajó a Cabo San Lucas, en México, esta semana para celebrar sus recién cumplidos 33 años y, sobre todo, para relajarse y desconectar con sus amigos.

Translate Tweet



7:29 AM · Mar 29, 2019 · Hootsuite Inc.

1 Retweet   19 Likes

Tweet your reply                                    Reply

LUIS ALEJANDRE. @LaAlejendro · Mar 29, 2019
Replying to @raulbrindis
DE NIÑO YO Y MIS HERMANAS
TRAPIAVAMOS LA SALA CON AGUA Y JABON Y EMPESABAMOS A PATINAR DE RODILLAS AY EN LA SALA...

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

---

Q Search Twitter

**Relevant people**

Raúl Brindis ✔               Follow
@raulbrindis
Radio Host for El Show de Raúl Brindis

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Trending in United States
**Go USA**
5,845 Tweets

Trending in United States
**Maher**
22.4K Tweets

Trending in United States
**#ENGIRN**
Trending with England, Maguire

Music · Trending
**Elton John**
Trending with Dodger Stadium, #EltonFarewellTour

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 Home

Explore

Notifications 1

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← Tweet

 **Clicky Sound**
@ClickySound                    ...

[clickysound.com/kourtney-karda...](clickysound.com/kourtney-karda...) "Wait so no one ever apologizes to you? Lol please."



5:22 AM · Mar 27, 2020 · Clicky Sound

  

 Tweet your reply                    Reply

## Relevant people

 **Clicky Sound**     Follow
@ClickySound
Photography at its Best!

## What's happening

Television · 43 minutes ago
**Saturday Night Live airing on NBC**          

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in California          ...
**HELL NO**
45.7K Tweets

Sports · Trending          ...
**#AEWFullGear**
Trending with Keith Lee

Trending in California          ...
**Andrew Tate**
28.6K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

 Search Twitter

**Tweet**

**Perkowski Legal P.C.**     ...
@c_perkowski

← **Tweet**



**La Cueva De La Loba (Oficial)**🐺🐺🐺
@CitLobaOficial

···

Primeras imagenes de Dakota Johnson en el set de 'MADAME WEB', la nueva película del universo de #SpiderMan 🕷
#MadameWeb



12:48 PM · Jul 26, 2022 · Twitter for Android

**1** Like

💬                    ⟲                    ♡                    ⬆



🔍 Search Twitter

### Relevant people

**La Cueva De La Loba ...** [Follow]
@CitLobaOficial

📺Series, 🎥peliculas, 🎶musica, 🤾deportes y contenido LGBTQ+ 🏳️‍🌈
👾 🌈 Redactora Web Blogger
nndx.com.mx.

### What's happening

🅿 Tweet your reply                    [Reply]

**Perkowski Legal P.C.** ···
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 1-14   Filed 12/30/22   Page 28 of 101   Page ID #:1278

← **Tweet**

🔍 Search Twitter

**Margvel** 🐾
@_Margvel

···

📸 Danai Gurira (Okoye) y Letitia Wright (Shuri) en el set de 'BLACK PANTHER: WAKANDA FOREVER' 🐾



👤 TMZ

7:14 PM · Aug 24, 2021 · Twitter for iPhone

**15** Retweets  **9** Quote Tweets  **319** Likes

💬   🔁   ♡   ⬆️

Tweet your reply                    **Reply**

### Relevant people

**Margvel** 🐾          **Follow**
@_Margvel
Humor, información y updates del
Universo Marvel | 🧑‍🎨
contactomargvel@gmail.com |
#SheHulk #IAmGroot

**TMZ** ✔️              **Follow**
@TMZ
⊘ Official
Breaking entertainment news as it
happens.

### What's happening

Entertainment · 43 minutes ago
**It's Sushmita Sen's birthday** 🎂

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
▶️ Promoted by Uber

Fashion & beauty · Trending            ···
**Louis Vuitton**
30.9K Tweets

Sports · Trending                      ···
**Quentin Johnston**

Trending in United States              ···
**Welcome Back Kotter**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.** ···
@c_perkowski

Tweet

02-cv-09462-DMG-ADS

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

**Marvel News**
@BRMarvelNews

FISK! Vincent D'Onofrio, o Rei do Crime, em mais imagens das gravações de #Echo

Translate Tweet



8:45 PM · Aug 9, 2022 · Twitter for Android

64 Retweets   21 Quote Tweets   1,281 Likes

Tweet your reply                    Reply

🅺 🇧 @karynelica · Aug 9
Replying to @BRMarvelNews

#internal screaming
GIF  ALT

♡ 1

Maycon Robson 🇧🇷VEM HEXA🌎🏆 @MayconRobson5i2 · Aug 9
Replying to @BRMarvelNews
OLHA O TAMANHO DO BRABO! Tá idêntico às hqs

♡ 9

D.re @dreLusou · Aug 10
Replying to @BRMarvelNews

Elo.o @Theocrha · Aug 9
Replying to @BRMarvelNews
Ele não morreu?

♡ 1

Pedro Jackson @pedro_jackson · Aug 9
Replying to @Theocrha and @BRMarvelNews
Não

♡ 8

rico prado || LEIA YOHANE NO TAPAS @rikodrawing · Aug 9
Replying to @BRMarvelNews
Era isso que eu queria ver

celle @luanacelle · Aug 10
Replying to @BRMarvelNews
Ele não morreu, ou pelo menos estaria cego MV?

♡ 1

Sellen Coutinho @sellencoutinho · Aug 10
Replying to @luanacelle and @BRMarvelNews
Pode ser um flashback

♡ 1

Show replies

M E R C U R Y · 13 🏴‍☠️🔥 @fixYii · Aug 11
Replying to @BRMarvelNews
mas não tinha morrido???

Frederico Oliveira @fredoliveira031 · Aug 10
Replying to @BRMarvelNews
Cadê o pescoço

Douglas Sentinela 🇧🇷🦅 @sentinela_ofc · Aug 10
Replying to @fredoliveira031 and @BRMarvelNews
cadê o pescoço?

♡ 1

Show additional replies, including those that may contain offensive content   Show

**Relevant people**

Marvel News
@BRMarvelNews
Conta de fã dedicada ao Universo
Marvel 🎬 Contato:
marvelnewsbr@outlook.com

Follow

**What's happening**

NFL · 1 hour ago
Browns at Bills

#Disenchanted 🎬
Original movie now streaming
Promoted by Disney+

Trending in California
Rest in Peace
58.7K Tweets

Trending in United States
#FIFAWorldCup 🏆
Trending with #AMAs 🎶

Only on Twitter · Trending
Jason David Frank
Trending with Power Rangers, Tommy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads Info   More···
© 2022 Twitter, Inc.

__ https://twitter.com/wheres1d/status/1346158830837784576 __ et __ 2022-11-21 11:16:32 -08:00

← **Tweet**

**cheesefries**
@Wheres1D                                                         · · ·

### Harry & Olivia at Jeff's wedding



10:17 AM · Jan 4, 2021 · Twitter for iPhone

**1** Retweet   **5** Quote Tweets   **36** Likes

💬            ↻            ♡            ⬆️

Ⓟ  Tweet your reply                            Reply

**ana cecilia** @cecilia8a · Jan 4, 2021                        · · ·
Replying to @Wheres1D
@Jessicariasg la novia de la Marissa cooper

💬 1        ↻        ♡ 1              ⬆️

**Jessica** @jessicariasg · Jan 4, 2021                        · · ·
Replying to @cecilia8a and @Wheres1D
Jajajajaja miralaaa

💬        ↻        ♡              ⬆️

---

### Relevant people

**cheesefries**
@Wheres1D                          Follow
occasionally a 1D & solo update
account | secretly paul higgins

### What's happening

FIFA World Cup · LIVE
**USA vs Wales**

Entertainment · Trending              · · ·
**Julia Fox**
4,606 Tweets

Trending in United States              · · ·
**USA USA USA**
436K Tweets

Trending in United States              · · ·
**National Anthem**
65.4K Tweets

Trending in United States              · · ·
**Vamos USA**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski                          · · ·

← Tweet



**Dakoholic Official** ✨
@Dakoholic_dj

NEW: Dakota on the set of #MadameWeb in Boston. August 6th,2022 [ via dakotajohnsonpt] 💛




5:02 PM · Aug 6, 2022 · Twitter for Android

**10** Retweets   **1** Quote Tweet   **69** Likes



Tweet your reply

Reply

## Relevant people



**Dakoholic Official** ✨
@Dakoholic_dj

Follow

♡ *"You guys have completely rocked my world and changed my life."* ♡

## What's happening

Television · 2 hours ago
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States
**Jason David Frank**
1,052 Tweets

Trending in United States
**Blocked**
133K Tweets

Music · Trending
**Elton John**
5,337 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Twitter

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

🔍 Search Twitter

**Perkowski Legal P.C.**
@c_perkowski





Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Marvel News
@MWeaverNews

Segundo a descrição do Just Jared, a MJ e o Ned estão trabalhando nessa loja de donuts. O Peter teria ido lá convidar a MJ pra dar uma volta e pedir um café.
#SpiderMan3

Translate Tweet

8:39 AM · Jan 17, 2021 · Twitter for Android



8 Retweets    4 Quote Tweets    1,300 Likes

Tweet your reply    Reply

Renato™ @renatomv_ · Jan 17, 2021
Replying to @MWeaverNews
Até os amigos dele estão trabalhando pra ganhar dinheiro, só o Stark é que não NNNNNNNNNNNN

Maria Julia @MdripaY7 · Jan 17, 2021
Replying to @MWeaverNews
Eu acho que essas cenas são no final do filme

Wesley @liameo · Jan 17, 2021
Replying to @MWeaverNews
Folha

Gabriel ingores stark @StronglyJeejool · Jan 17, 2021
Replying to @MWeaverNews
Será que isso é mesmo da aparição dos Garfield e maguire

BoBsessuere @bubababa06944 · Jan 17, 2021
Replying to @MWeaverNews
E não aguento mais chamarem esse personagens de pendença de MJ



GIF   HD

Renato™ @renatomv_ · Jan 17, 2021
Replying to @bubababa06944 and @MWeaverNews
Más é o sigo do nome dela aê kkk

View replies

GuSH1 @GuSH1daider · Jan 17, 2021
Replying to @MWeaverNews
Eu chutei muito que essas cenas sejam do final do filme! parece muito pra mim que são

Dupfic @dain_dupfic · Jan 17, 2021
Replying to @GuSH1daider and @MWeaverNews
Pra mim tbm

Thayllen Resenia @ThayfenR · Jan 17, 2021
Replying to @MWeaverNews
Talvez seja outra realidade 🤔 vai saber

Fabí @beograngli · Jan 17, 2021
Replying to @MWeaverNews
Folha ms

Cantinho Nerd | #Spider-ManMcWayHo... @SuperR... · Jan 17, 2021
Replying to @MWeaverNews
Rsrs?.. ele está andando naturalmente pelas ruas Mesmo sendo um fragatoo 😅

ju no aranhaverso ☆ @amenstani · Jan 17, 2021
Replying to @MWeaverNews
tudo pra mim adm

Clara ♡ @dgatakeu · Jan 17, 2021
Replying to @MWeaverNews
tudo pra mim

giu! 🌙 @oslevgeu · Jan 17, 2021
Replying to @MWeaverNews
meu tudo sério



OLIVIQSRX

From giu 📸

Mary Mériridse #GOFLA @marymeridse · Jan 17, 2021
Replying to @MWeaverNews
@mouth36

stu @sythscorletou · Jan 17, 2021
Replying to @MWeaverNews
achei que ele tava sendo procurado

This Tweet is from a suspended account. Learn more

Kauan ♡ @b1ThePjimmay · Jan 17, 2021
Replying to @svijompojnajvo and @MWeaverNews
Realmente.. O cara tá fugindo e andando de boas pela rua, mas acho q essa cena já se passa em algum momento q ele n está mais fugindo, talvez o final do filme...

This Tweet was deleted by the Tweet author. Learn more

Vkrnaal (iDKK) hippy @vknk_ferm · Jan 17, 2021
Replying to @MWeaverNews
caia no xd nn..... isso la + para o fim do filme mmm.. Vi o pessoal comentar q circula um boato q o Doutor Estranho irá apagar aM memória de tds cidadãos sobre em identidade do Peter 🕷.

This Tweet was deleted by the Tweet author. Learn more

Brendon @Brendon13574549 · Jan 17, 2021
Replying to @MWeaverNews
Isso é o chato desse Homem-Aranha, pô com Watts não sobe nada dos personagens mesmo

This Tweet was deleted by the Tweet author. Learn more

This Tweet was deleted by the Tweet author. Learn more

Show replies

Show more replies

Search Twitter

Relevant people

Marvel News    Follow
@MWeaverNews
Conta de fã dedicada ao universo
Marvel 🎬 Contato:
marvelnewsbr@outlook.com

What's happening

NBA · 1 hour ago
Chiefs at Chargers

#Disenchanted 🪄
Original movie now streaming
Promoted by Disney+

Trending in United States
Bob Iger
11.8K Tweets

Trending in California
Dodger Stadium
15.4K Tweets

Trending in United States
#TheWalkingDead
Trending with #TWDFinale Universe

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



# Tweet

**bezh**
@pYSLrada



3:03 AM · May 28, 2022 · Twitter for iPhone

**186** Retweets    **12** Quote Tweets    **2,215** Likes



**Perkowski Legal P.C.**
@c_perkowski

Tweet your reply                                    Reply

**Om Namah Shivay** @OmNamah72363141 · May 28
Replying to @pYSLrada
I love you

## Relevant people

**bezh**                                    Follow
@pYSLrada
•25 •tweeting my favorite high end items + giving styling tips •for promo & collaborations and working together dm 🏷️

## What's happening

NFL · 1 hour ago
**49ers at Cardinals**



Entertainment · Trending
**Died Suddenly**
66K Tweets

Trending in United States
**August Alsina**
Trending with  Jada, #TheSurrealLife

Only on Twitter · Trending
**Pablo Milanés**
Trending with  Auburn

Sports · Trending
**Trey Lance**
1,301 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More •••
© 2022 Twitter, Inc.

https://twitter.com/thatssohaute/status/1490408194732175361 __et__2022-11-21 04:54:38 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-14    Filed 12/30/22    Page 36 of 101    Page ID #:1286

# Home

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**that's so haute**
@thatssohaute

she is the moment



11:32 AM · Feb 6, 2022 · Twitter for iPhone

**322** Retweets    **54** Quote Tweets    **3,531** Likes

Tweet your reply                    Reply

**in the zone** @lorys_sampaio · Feb 6
Replying to @thatssohaute and @petitemandie
ela com o carro que ELA mesma reformou

**Adamas Nemesis** @AdamasNemesis · Feb 6
Replying to @thatssohaute and @pradasunset
Pretty.

This Tweet was deleted by the Tweet author. Learn more

**Na** @iammeidc · Feb 7
The moment...
1

**Perkowski Legal P.C.**
@c_perkowski

Search Twitter

**Relevant people**

**that's so haute**          Follow
@thatssohaute
photos aren't mine unless stated.
#blm

**What's happening**

Television · Last night
**The Walking Dead airing on AMC**

Music · Trending
**Elton John**
Trending with Dodger Stadium, Dodger Stadium

Trending in United States
**Oregon**
18.9K Tweets

Music · Trending
**Billy Joel**
1,374 Tweets

Only on Twitter · Trending
**#MotivationMonday**
1,468 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



Perkowski Legal P.C.
@c_perkowski

← Tweet

🔍 Search Twitter

**Chris Evans Brasil | Fã site**
@chrisevansbrcom
···

SÃO ELES!!

Chris Evans e The Rock durante filmagens de 'Red One', novo filme de natal da @PrimeVideoBR 🎄 ✨

9:21 AM · Nov 4, 2022 · Twitter Web App

**127** Retweets   **54** Quote Tweets   **1,293** Likes

Tweet your reply          Reply

**Jhocy Macedo** 💚 @Jhocy_Macedo · Nov 4   ···
Replying to @chrisevansbrcom and @PrimeVideoBR
Oxiii, Evans é lindo viu 😍
1

**Vana** 🌙 @ juridico idosos🌙 @chwplin · Nov 4   ···
Replying to @chrisevansbrcom and @PrimeVideoBR
O Evans tá cabeludo! Tá compensando o cabelo pelos dois kkkkk
5

**Iais** @nolasrice · Nov 4   ···
Replying to @chwplin @chrisevansbrcom and @PrimeVideoBR
KKKKKKKKKKKKKKKKKKKKKK 😂😂😂😂

**as vezes Maria as vezes Tereza** @mariaterezaqs · Nov 4   ···
Replying to @chrisevansbrcom and @PrimeVideoBR
Nossa, eu já preciso desse filme.
1

**yulla ★彡** @cevanssgirlf · Nov 4   ···
Replying to @chrisevansbrcom and @PrimeVideoBR
o cabelo 🙄

**julis jogando injustice** @julischanel · Nov 4   ···
Replying to @chrisevansbrcom and @PrimeVideoBR
como é lindo esse chris evans

**bims** @bimsantt · Nov 4   ···
Replying to @chrisevansbrcom and @PrimeVideoBR
Nossa mas ele ta um gostoso
1

@antilhwros · Nov 4   ···
Replying to @chrisevansbrcom and @PrimeVideoBR
personagem dele so tem essa roupa?
1                    7

**paola** @paolaaresende · Nov 4   ···
Replying to @antilhwros @chrisevansbrcom and @PrimeVideoBR
KKKKKKKKKK tó com a mesma dúvida
1                    1

Show replies

**FiuzaMayol** @SrfaFiuza · Nov 4   ···
Replying to @chrisevansbrcom and @PrimeVideoBR
🧡

**Harry Potter - Morsmordre Brasil | Fan Ac...** @Morsmordr... · Nov 4   ···
Replying to @chrisevansbrcom and @PrimeVideoBR
kkkkkk o the rock não perde uma câmera kkkkk

**jheny | wakanda forever** @jhenycriss_ · Nov 7   ···
Replying to @chrisevansbrcom and @PrimeVideoBR
o cabelo tá perfeito

**Relevant people**


**Chris Evans Brasil | Fã...** ✓   Follow
@chrisevansbrcom
Sua principal fonte de notícias e mídia sobre o ator norte-americano @ChrisEvans | FAN ACCOUNT, we are NOT Chris Evans! — 📧 @midiascebr

Prime Video Brasil ✓   Follow
@PrimeVideoBR
◎ Official
🚨 VAI EMOCIONAR: Tessa e Hardin tão voltando. After: Depois Da Promessa estreia dia 25/11

**What's happening**

FIFA World Cup · Earlier today
**Mexico vs Poland**


#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in California
**Costco**
5,727 Tweets

Trending in United States   ···
**Erection**
17.2K Tweets

Entertainment · Trending
**Marvel**
92.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

https://twitter.com/alpiedeldeporte/status/1350097209384194049 __ at __ 2022-11-22 14:38:08 -08:00



← **Tweet**

**Everardo Herrera**
@alpiedeldeporte
···

Bruce Willis se disculpa tras ser expulsado de una tienda por negarse a usar mascarilla:

ow.ly/XeLs50D9zaR



7:07 AM · Jan 15, 2021 · Hootsuite Inc.

**1** Retweet  **4** Likes

💬      ⇄      ♡      ⬆



Tweet your reply

**Reply**

**Luis** @Luis83774900 · Jan 15, 2021 ···
Replying to @alpiedeldeporte
El mae sabe que el virus no lo afecta, porque el es "duro de matar " 😄 😄

💬      ⇄      ♡      ⬆



**Perkowski Legal P.C.**
@c_perkowski
···

---

**Relevant people**

**Everardo Herrera**
@alpiedeldeporte
**Follow**

Lo mejor del fútbol de Costa Rica y mundial. Además notas entretenidas.
facebook.com/AlPieDelDeporte
instagram.com/evergolcr

**What's happening**

FIFA World Cup · Last night
**Argentina vs Saudi Arabia**



#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
▣ Promoted by Avatar

Trending in California
···
**Lucas**
154K Tweets

Trending in California
···
**Mexico City**
18.5K Tweets

Trending in United States
···
**Griezmann**
24.6K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

← **Tweet**




**La Cueva De La Loba (Oficial)** 🐺 🐺 🐺
@CitLobaOficial

···

Nuevas fotos de #Ironheart .

#DominiqueThorne con el traje que lucirá en serie de #Marvel que llegará a #DisneyPlus.

#AnthonyRamos aparece como The Hood.
#MarvelStudios

Translate Tweet





1:17 PM · Aug 9, 2022 · Twitter for Android

💬                    ⟲                    ♡                    ⬆

P   Tweet your reply                              Reply

---

🔍 Search Twitter

**Relevant people**


**La Cueva De La Loba ...**          Follow
@CitLobaOficial

📺Series, 🎬peliculas, 🎵musica, 🏋️
deportes y contenido LGBTQ+ 🏳️‍🌈📺
🔮 🌈 Redactora Web Blogger
nndx.com.mx.

**What's happening**


FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Music · Trending                    ···
**Lionel Richie**
3,925 Tweets

Entertainment · Trending          ···
**Defunctland**
4,959 Tweets

Music · Trending                    ···
**#DavidoAt30**
71.3K Tweets

Trending in United States          ···
**Schiff**
53.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**


**Perkowski Legal P.C.**   ···
@c_perkowski

— https://twitter.com/creamorscream/status/1363617446402396166 __ at __ 2022-11-20 08:16:25 -08:00

← **Tweet**

Bishop
@BlindWanda

···

Jeremy Renner Filming scenes for Hawkeye in Atlanta, 21-02-2021

#Hawkeye #Marvel #Disneyplus



2:31 PM · Feb 21, 2021 · Twitter Web App

**15** Retweets   **3** Quote Tweets   **98** Likes

💬            ⟲            ♡            ⬆

 Tweet your reply                                    Reply

Anna Reid @DameHawkeye · Feb 21, 2021               ···
Replying to @BlindWanda and @CreamOrScream
I am stupid levels of excited for this show!

💬            ⟲            ♡ 1          ⬆

---

🔍 Search Twitter

**Relevant people**

 Bishop                                    Follow
@BlindWanda
Lover of Marvel, DC, Star Wars, Comics, Hailee Steinfeld, BLACKPINK, and many other things (')

**What's happening**

Formula 1 · 1 hour ago
Abu Dhabi Grand Prix 2022

#Disenchanted 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States          ···
#MassShooting
1,219 Tweets

Trending in United States          ···
Offsides
4,271 Tweets

Only on Twitter · Trending          ···
RIP JDF
2,941 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**



**Foochia - فوشيا** ✔
@foochia

كيندال جينر تستعرض بطنها الممشوق وقوامها الرشيق أثناء
شرائها شراب "سموثي"برفقة كلبها "بايرو"

#فوشيا #كيندال_جينر #KendallJenner

Translate Tweet



4:01 AM · Sep 24, 2020 · Hootsuite Inc.

**4** Retweets  **10** Likes

Tweet your reply  **Reply**

Show more replies

Q Search Twitter

**Relevant people**



**Foochia - فوشيا** ✔    **Follow**
@foochia

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

**What's happening**

Television · 3 hours ago
**Saturday Night Live airing on
NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
Promoted by Uber

Politics · Trending
**HE'S BACK**
154K Tweets

Trending in United States
**Blocked**
130K Tweets

Trending in California
**Ecuador**
88.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/foochia/status/1316333322626131266 __ at __ 2022-11-22 09:30:06 -08:00 —



← at | Tweet

 **Foochia - فوشيا** ✔
@foochia

··· 

كاميلا كابيو تعرض خصرها الممشوق في شوارع هوليوود
مرتدية حمالة صدر رياضة سوداء  مع بنطلون ليغينغز

#فوشيا #كاميلا_كابيو #camilacabello #shawnmendess

Translate Tweet



4:01 AM · Oct 14, 2020 · Hootsuite Inc.

**1 Retweet   4 Likes**

## Relevant people

 **Foochia - فوشيا** ✔
@foochia

**Follow**

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

## What's happening

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

 **Perkowski Legal P.C.** ···
@c_perkowski

Tweet your reply

**Reply**

__ https://twitter.com/SNEAKPEEKCA/status/1066752553705062400 __ at __ 2022-11-20 22:58:31 -08:00 __

← Tweet



🔍 Search Twitter

### Home

### Explore

🔔 1 Notifications

### Messages

### Bookmarks

### Lists

### Profile

### More

**Tweet**

 **SneakPeek**
@SNEAKPEEKCA ···

**sneakpeek.ca/2018/11/georgi…**



9:56 AM · Nov 25, 2018 · Twitter Web Client

**1** Retweet

💬      🔁      ♡      ⬆️

 Tweet your reply                    **Reply**

## Relevant people

 **SneakPeek**
@SNEAKPEEKCA    **Follow**
Invite Only

## What's happening

NFL · 2 hours ago
**Chiefs at Chargers**



**#Disenchanted** 🧙
Original movie now streaming
📣 Promoted by Disney+

Sports · Trending
**Sean Payton**    ···

Music · Trending
**sabrina**    ···
72.6K Tweets

Trending in United States    ···

Perkowski Legal P.C. ···
@c_perkowski

← **Tweet**

## Home
## Explore
## Notifications
1
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Bang Tidy Celebs**
@BangTidyHQ
...

-@haileybieber



12:44 PM · Aug 24, 2020 · Twitter Web App

**1** Retweet   **16** Likes

Tweet your reply

Reply

**Relevant people**

**Bang Tidy Celebs**
@BangTidyHQ
Follow
Bringing you Bang Tidy Celebs from the UK and around the world. From TV & Film to Music & Models. Any requests feel free to tweet.

**Hailey Bieber**
@haileybieber
💐
Follow

**What's happening**

FIFA World Cup · 2 minutes ago
**USA vs Wales**

Video games · Trending
**Sin Kiske**
1,987 Tweets

Trending in United States
**Tampax**
7,367 Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**

TV stars · Trending
**#MyFamilyIsWeird**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**
@c_perkowski
...

Search Twitter

__ https://twitter.com/weloveharry_1dx/status/1356300187396878336 __ at __ 2022-11-20 14:08:50 -08:00 __

← **Tweet**

Search Twitter

**katie** 🙌
@weloveharry_1Dx

...

## WHATSOSNGPIGNT TON



9:55 AM · Feb 1, 2021 · Twitter for iPhone

**1** Like

Tweet your reply

Reply

### Relevant people

**katie** 🙌
@weloveharry_1Dx

Follow

jack's housewife

### What's happening

NFL · 1 hour ago
**Eagles at Colts**

**#Disenchanted** 🧑
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
56.2K Tweets

Trending in California
**Davante**
2,168 Tweets

Trending in United States
**LGBTQ**
Trending with  Colorado Springs, #ClubQ

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski



__ https://twitter.com/sexytvboys/status/1242255528081022208 __ at __ 2022-11-22 16:42:52 -08:00 __

← Tweet

**Mis Famosos Favoritos** 
@Sexytvboys

···

Shawn Mendes



6:02 PM · Mar 23, 2020 · Twitter for Android

**39** Retweets    **1** Quote Tweet    **235** Likes

    

 Tweet your reply    Reply

---

## Relevant people

 **Mis Famosos Favorito...**    Follow
@Sexytvboys
Instagram:
instagram.com/igsexytvboys?i...

## What's happening


FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater**🧑🏻
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending    ···
**Marvel**
84.6K Tweets

Entertainment · Trending    ···
**James Woods**
2,186 Tweets

Trending in United States    ···
**RIP Harold**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

___ https://twitter.com/FUCCI/status/1563157041325043712 ___ et ___ 2022-11-21 07:33:33 -08:00



← **Tweet**

**AMERICA'S PROBLEM** ✓
@FUCCI
⋯



6:30 AM · Aug 26, 2022 · Twitter for iPhone

**150** Retweets   **6** Quote Tweets   **1,359** Likes

Tweet your reply                    Reply



**kiddo** 🧗🏿 @kidd0_Fresh · Aug 30
Replying to @FUCCI
Lol not the crop lol

**backyard prince** @stillbackyard · Aug 26
Replying to @FUCCI
Goodbye dream

**Relevant people**

**AMERICA'S PROBL...** ✓   Follow
@FUCCI
tastemaker | ancient god | served in the navy since 2005 pronouns: (he/want/me) (Naija Basquiat)

**What's happening**

FIFA World Cup · 2 minutes ago
England vs Iran

Gaming · Trending
3DS Rainbow Road
Trending with Maple Treeway

Trending in California
Dodger Stadium
14.1K Tweets

Trending in United States
England
Trending with #FifainuBsc, #ENGIRN

Trending in United States
Hive
67.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski



← **Tweet**



**The First Cowboy**
@TheFirstCowboy

•••

New photos from the filming of the film "Madame Web".

#MadameWeb



4:57 AM · Aug 7, 2022 · Twitter for iPhone

**1** Like

🔍 Search Twitter

## Relevant people



**The First Cowboy**
@TheFirstCowboy

**Follow**

Space Cowboy || Movie Lover ||
Content Creator. Insider news movie
games and TV shows all this you will
find on this channel & social media 🎙
| @StarWars_JC

## What's happening



Television · 2 hours ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
🔲 Promoted by Uber

Trending in United States                •••
**HE'S BACK**
146K Tweets

Trending in United States                •••
**Waka Waka**
37.6K Tweets

Trending in California                •••
**Andrew Tate**
27.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
🗒 Lists
👤 Profile
⊙ More

**Tweet**

Tweet your reply

**Reply**



**Perkowski Legal P.C.**
@c_perkowski   •••

https://twitter.com/soygerardcortez/status/1508630094016913408 el 2022-11-22 01:31:14 -08:00

Case 2:22-cv-09462-DMG-ADS    Document 1-14    Filed 12/30/22    Page 51 of 101    Page ID #:1301

Gerard Cortez
@SoyGerardCortez

Que hermosa Rihanna en el after de los #Oscars 🖤



7:20 PM · Mar 28, 2022 · Twitter for iPhone

27 Retweets    7 Quote Tweets    543 Likes

Tweet your reply

Reply

mi escena final @miescenafinal · Mar 28
Replying to @SoyGerardCortez
cuantos meses tiene mi riri? dios me la bendiga

1

Isaelia Rojas Tattá @IsaeliaRojas · Mar 28
Replying to @SoyGerardCortez
Todas las mujeres embarazadas agotadas porque la barriga no las deja dormir y RiRi en una 🥳 party con su madre panza 🤣

1

Maira Susana Paez @Paezinocente · Mar 28
Replying to @SoyGerardCortez
Es la embarazada más sexy que he visto en mi vida 🧡

Show additional replies, including those that may contain offensive content    Show

---

## Sidebar

Search Twitter

**Relevant people**

Gerard Cortez
@SoyGerardCortez    Follow
Periodista de moda y cultura pop. TV Host y guionista. Amarás mi YouTube. No binarie. Inmigrante. Contacto Gerardcortez@gmail.com (Él-he, ella-she, elle-they)

**What's happening**

FIFA World Cup · Starts at 2:00 AM
Argentina vs Saudi Arabia

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
7,155 Tweets

Trending in United States
**#GMMTV2023**
199K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

## Left navigation

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski



← **Tweet**



🔍 Search Twitter

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

**Ryan 'All Day News' Anderson**
@Ryans_Ramblings

···

New pics of James Gunn's The Suicide Squad!
#TheSuicideSquad



1:08 PM · Oct 16, 2019 · Twitter for Android

**4** Likes

💬   🔁   ♡   ⬆



P   Tweet your reply   **Reply**

### Relevant people

**Ryan 'All Day News' ...**   **Follow**
@Ryans_Ramblings

Founder, Host, and EIC of @TheNerdRagePod. As seen on @CBSThisMorning! Instagram: @RadRyGuy TikTok: @Ryans_Ramblings Casting Inquiries: NerdRagePod@gmail.com

### What's happening

NCAA Men's Basketball · Yesterday
**Cavaliers at Fighting Illini**



Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

···

Trending in United States
**Hive**
50.4K Tweets

···

Music · Trending
**Kelly Rowland**
Trending with Chris Brown

···

Music · Trending
**Lionel Richie**
3,694 Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**   ···
@c_perkowski

— https://twitter.com/dixpeyton/status/1503047018008258518 __ at __ 2022-11-22 00:56:27 -08:00

← **Tweet**

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

**Homo Honey**
@DixPeyton                          ···

rihanna will never lift her foot off of our necks and thank god for that



🅿️ Homo Honey @DixPeyton · Feb 27
rihanna rihinvented pregnancy.



9:35 AM · Mar 13, 2022 · Twitter for iPhone

**6** Retweets  **1** Quote Tweet  **230** Likes

💬        ⟲        ♡        ⬆️

🅿️  Tweet your reply                    Reply

**Relevant people**

🅿️ **Homo Honey**  **Follow**
@DixPeyton

"a sellout" - my dad
peytondix@gmail.com

**What's happening**

Sports · LIVE
**2022 FIFA World Cup**

**#AvatarTheWayOfWater** 🌊

**Perkowski Legal P.C.**  ···
@c_perkowski

__ https://twitter.com/AndyVermaut/status/1297872556188344321 __ at __ 2022-11-20 07:10:02 -08:00 __

← **Tweet**

 Search Twitter

**Andy Vermaut**
@AndyVermaut

···

## Chrissy Teigen's Best Maternity Looks Of All Time: See Her Stunning Outfits Throughout Her 3 Pregnancies
hollywoodlife.com/feature/chriss...



5:25 AM · Aug 24, 2020 · dlvr.it

### Relevant people

 **Andy Vermaut**   Follow
@AndyVermaut

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

### What's happening

FIFA World Cup · LIVE
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 👹
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**#LaTri** 🇪🇨
5,524 Tweets

Trending in California
**Elton John**
6,363 Tweets

Sports · Trending
**#PMShowBigBrainStuff**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Tweet your reply   Reply

**Perkowski Legal P.C.**  ···
@c_perkowski

__ https://twitter.com/anyafiles/status/1446210980699049987 __ at __ 2022-11-22 03:58:52 -08:00 __



← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from a suspended account. Learn more

**erin** @lmfaoerinn · Oct 8, 2021
Replying to @anyafiles
yes hello kitty energy us very accurate

**mari** @taylorist · Oct 7, 2021
Replying to @anyafiles
i love her



0:31 | 1,578 views

From 

↻ 1     ♡ 1

**Perkowski Legal P.C.**
@c_perkowski

— https://twitter.com/chogieswagz/status/1320651003033904096 __ el __ 2022-11-22 15:52:53 -08:00

← Tweet

`` . ♡ Chogie ·`
@Chogieswagz

มีคนเห็น Cole Sprouse กอดกับ Reiña Jacinta Silva นาง
แบบอายุ 22 ปี หรือว่าจะเป็นผู้สาวคนใหม่ของโคล 😌



1:58 AM · Oct 26, 2020 · Twitter Web App

271 Retweets    23 Quote Tweets    67 Likes

Tweet your reply                                    Reply

ว่าไงศิลปิน♪ @Hi_Artkk · Oct 26, 2020
Replying to @Chogieswagz
เด็กกับตอนไหน😤

vivienne🪁 @ViVienne__045 · Oct 26, 2020
Replying to @Chogieswagz
สตั้นไปสามสิบวิ 😱

@iambitchlevel99 · Oct 26, 2020
Replying to @Chogieswagz
มุแง ชอบโคลกับคิลีมากเลยอ่า

ป้อจ้านยักกระมีไปบ้านเสี่มดิหน่ 👺⚔️王肖... @Plenge... · Oct 26, 2020
Replying to @Chogieswagz
เอา เด็กกับคิลดีเมื่อไหร 🙄😌😌

Perkowski Legal P.C.
@c_perkowski

Search Twitter

Relevant people

`` . ♡ Chogie ·`        Follow
@Chogieswagz
หรือตั้งหลังหล่อ·สวย | ดารา | นักร้อง | รีวิว
หนัง #ไม่อนุญาตให้เมนชั่นแปะคลิปหรือ
ลิงค์ใดๆทั้งนั้น #รับงานรีวิวรีทวีต
ทักDMเลยค่า

What's happening

NCAA Men's Basketball · Yesterday
Greyhounds at Tigers

#AvatarTheWayOfWater🌊
Get tickets now – In theaters December 16
Promoted by Avatar

Entertainment · Trending          ···
Jane Lynch
Trending with #GTMcontest33

Food · Trending                   ···
Reddi Whip
Trending with Cool Whip

Trending in California            ···
Chicharito
7,089 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS   Document 1-14   Filed 12/30/22   Page 57 of 101   Page ID #:1307



← **Tweet**

This Tweet is from a suspended account. Learn more

⌂ Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**



**Perkowski Legal P.C.**   •••
@c_perkowski

← Tweet

**Infos Séries**
@SeriesUpdateFR

Cillian Murphy et Robert Downey Jr sur le tournage du film #Oppenheimer de Christopher Nolan 🎬



10:09 PM · Apr 12, 2022 · Twitter for Android

**263** Retweets  **52** Quote Tweets  **2,696** Likes

Tweet your reply                                            Reply

**LoïcM** @loic_m8515 · Apr 12
Replying to @SeriesUpdateFR
@ZedouP12 j'aime bien j'aime bien
♡ 1

**ZedouP12** @ZedouP12 · Apr 12
Replying to @loic_m8515 and @SeriesUpdateFR
Ils l'ont rendu si vieux waaa
♡ 1                    ♡ 27
Show replies

**гамлет** @juliia974 · Apr 13
Replying to @SeriesUpdateFR
casting rempli de pepites 😍✨
♡ 1

**Asonips** @Asonips301 · Apr 13
Replying to @SeriesUpdateFR
ce que j'ai hate !

**Justine Cl** @Justine_cl_17 · Apr 13
Replying to @SeriesUpdateFR
@Anna93164653 tu vois qui c'est celui en bleu ?
♡ 1

**Anna** @Anna93164653 · Apr 13
Replying to @Justine_cl_17 and @SeriesUpdateFR
Je vois pas
♡ 1
Show replies

**AssaZino** @legrandZboque · Apr 13
Replying to @SeriesUpdateFR
Hâte d'aller au ciné voir cette future frappe

**Stephane Henri** @Henri5Stephane · Apr 13
Replying to @SeriesUpdateFR
Le tour No0 le veau-tour.nage œuvrer k mère  fer mai LESs frond-ty-R

**Stephane Henri** @Henri5Stephane · Apr 13
Replying to @SeriesUpdateFR
Meurt fille et R0+B.E route rohte rate  &tsais tes rats
♡ 1

**Stephane Henri** @Henri5Stephane · Apr 13
Replying to @Henri5Stephane and @SeriesUpdateFR
WT'C l'hais-R.A

**Stephane Henri** @Henri5Stephane · Apr 13
Replying to @SeriesUpdateFR
Il sais tera
♡ 1

**Stephane Henri** @Henri5Stephane · Apr 13
Replying to @Henri5Stephane and @SeriesUpdateFR
OkTête

Search Twitter

**Relevant people**

**Infos Séries**                    Follow
@SeriesUpdateFR
Bienvenue sur votre premier compte source français sur toutes vos séries, films et plateformes de streaming préférées. 📽️: seriesupdatefr@gmail.com

**What's happening**

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 😵
Original movie now streaming
Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, Disney

Music · Trending
**harries**
4,648 Tweets

Sports · Trending
**Sean Payton**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

**Perkowski Legal P.C.**  ···
@c_perkowski

__ https://twitter.com/filmnewsPL/status/1407218957875093505 __ at __ 2022-11-19 20:09:56 -08:00 __



← **Tweet**

## Navigation

-  Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**



**Film News**
@filmnewsPL

···

Helen Mirren i Zachary Levi na planie filmu
#ShazamFuryOfTheGods



11:08 PM · Jun 21, 2021 · Twitter for Android

**1** Retweet    **14** Likes

 

 Tweet your reply

Reply

Search Twitter

### Relevant people

 **Film News**
@filmnewsPL          Follow

🎬 najnowsze wiadomości filmowe - kino polskie i zagraniczne, popularne i niezależne 🍿 kontakt: filmnewspl@gmail.com

### What's happening

Television · 8 minutes ago
**Saturday Night Live airing on NBC**


**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States          ···
**HE'S BACK**
134K Tweets

Trending in California          ···
**Pasadena**
1,405 Tweets

Trending in California          ···
**HELL NO**
44.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**  ···
@c_perkowski

https://twitter.com/harrymoonchild/status/1347280564351844355 __ at __ 2022-11-20 15:23:35 -08:00

← **Tweet**

 **dee.**
@harrymoonchild                                    ...

That's it





🌸 **HS Candids** @hsdcandids · Jan 7, 2021
More of Harry and Olivia Wilde out and about in Santa Barbara - January 3

11:15 AM · Jan 7, 2021 · Twitter for Android

**7** Retweets   **2** Quote Tweets   **59** Likes

💬          🔁          ♡          ⬆️

  Tweet your reply                    Reply

**Search Twitter**

### Relevant people

 **dee.**
@harrymoonchild                    Follow

#harry: starry haze crystal ball 🔮🏞️ |
backup:@goldenfineline | ig:dishaxrai

 **HS Candids**
@hsdcandids                        Follow

Follow for HQ candids of HS. Layout
by @brightblackdsgn. (Fan Account)

### What's happening

NFL · 2 hours ago
**Browns at Bills**                

**#Disenchanted** 🧑‍🦰
Original movie now streaming
☑ Promoted by Disney+

Trending in California          ...
**Rest In Peace**
Trending with #TheWalkingDead

Sports · Trending              ...
**Cousins**
21.4K Tweets

Trending in California          ...
**#AMAs** 🎤
Trending with Favorite K-Pop Artist

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ...
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski                    ...

__ https://twitter.com/CinematizandoOf/status/1329553488104329217 __ at __ 2022-11-20 22:25:16 -08:00 __



__ https://twitter.com/bso/status/1482182759976214535 __ at __ 2022-11-22 00:52:16 -08:00 __

← **Tweet**

**Robert Littal BSO** 
@BSO

Kanye Explains Why He Bought a House Right Next to Kim Kardashian's Mansion (Video) bit.ly/3FBoDuU



6:48 PM · Jan 14, 2022 · BSO Alert

**1** Quote Tweet

Tweet your reply

Reply

---

Q Search Twitter

## Relevant people

 **Robert Littal BSO** ✓    Follow
@BSO

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

## What's happening

Sports · LIVE
**2022 FIFA World Cup**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
7,142 Tweets

Trending in United States
**August Alsina**
Trending with Jada, #TheSurrealLife

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

 **Perkowski Legal P.C.** ···
@c_perkowski

← Tweet

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

**femme fatale 2.0**
@afemssalds

When u marry ur crush



7:49 AM · Dec 1, 2018 · Twitter for iPhone

**4,981** Retweets  **378** Quote Tweets  **22.7K** Likes

---

**Relevant people**

**femme fatale 2.0**  **Follow**
@afemssalds
if you see beauty is something, don't
wait for others to agree. A curation of
fashion, film, art & aesthetics, fan
account.

**What's happening**

NBA · LIVE
Lakers at Suns

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
● Promoted by Avatar

Sports · Trending
**Renfroe**
Trending with Brewers, Jesse Luck

Politics · Trending
**Epstein**
33.3K Tweets

Trending in United States
**RIP Harold**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads Info  More ···
© 2022 Twitter, Inc.

---

Tweet your reply  **Reply**

**Mermaid** @hazidajimmy · Dec 3, 2018
Replying to @afemssalds
❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️
❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️
❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️
❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️
♡  ⟲  ♡ 1  ⬆

**kim** @nsmsmhkm · Dec 3, 2018
Replying to @afemssalds
@jyasmin 😭
♡  ⟲  ♡  ⬆

**monelle** @monellelv · Dec 1, 2018
Replying to @afemssalds and @afemssalds
@SK_Weta_ 😂😂😂 this caption is so ambitious. sounds like me.
♡  ⟲  ♡  ⬆

**Vela's World** 🐘 @Wela_SA · Dec 1, 2018
Replying to @monellelv @mronellesa and 2 others
😂😂😂 definitely 100% YOU
♡  ⟲  ♡  ⬆

**renata** @_aljuha · Dec 1, 2018
Replying to @afemssalds and @afemssalds
@yeung_csmronat olha as unhas dela que coisa mais linda as minhas
estão assim
♡  ⟲  ♡ 1  ⬆

**amyy** @Amylleaferdayana · Dec 1, 2018
Replying to @afemssalds
@erfqn_
♡  ⟲  ♡  ⬆

**الدكتور أحمد الصباغ** @alsarie_ahmed · Dec 1, 2018
Replying to @afemssalds and @afemssalds
50% of couples they divorce within the first 25 years and it's within 10 years
when it comes to celebrities. Wish them all the happiness and joy in the
world but he needs to mature and she needs too ..
♡  ⟲  ♡ 7  ⬆

**Jailey** @marriedjailey · Dec 1, 2018
Replying to @afemssalds
When you marry your best friend too*
♡  ⟲  ♡  ⬆

**Jailey** @marriedjailey · Dec 1, 2018
Replying to @afemssalds
They deserve endless love and happiness. Best friends for years turned to
lovers.
♡  ⟲  ♡ 10  ⬆

**M A I** ❤️ @MMsheroalme · Dec 1, 2018
Replying to @afemssalds and @afemssalds



♡  ⟲  ♡ 5  ⬆

**noon.** @ddeuddddoshi · Dec 2, 2018
Replying to @afemssalds and @flatlinejailey
Best friend*
♡ 1  ⟲  ♡  ⬆

**b** @sunsabella · Dec 1, 2018
Replying to @afemssalds
@itisindyaw I genuinely thought this was you
♡  ⟲  ♡ 1  ⬆

**CH Hassan** @CHHassin64 · Dec 1, 2018
Replying to @afemssalds
😍
♡  ⟲  ♡  ⬆

**lil amj** @hbllang · Dec 1, 2018
Replying to @afemssalds and @afemssalds
Goals
♡  ⟲  ♡  ⬆

**carla** @defloyyou · Dec 1, 2018
Replying to @afemssalds
😂😂✨✨
♡  ⟲  ♡  ⬆

**seseexa** @_mxrenabenlist · Dec 1, 2018
Replying to @afemssalds
@sofirubaee
♡ 1  ⟲  ♡ 1  ⬆

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more

Show replies

← **Tweet**



Case 2:22-cv-09462-DMG-ADS   Document 1-14   Filed 12/30/22   Page 65 of 101   Page ID #:1315

← **Tweet**

Home

Explore

Notifications

Messages

This Tweet is from a suspended account. Learn more

**CALACAS** ⭐ @CALACAS_MEX · Jul 28
Replying to @MarvelNews4u
@3CFilmss

__ https://twitter.com/mileyupdates/status/1187988981943808002 __ at __ 2022-11-22 01:29:48 -08:00 __

← **Tweet**

This Tweet is from a suspended account. Learn more

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Tiagan Walker** 👑 @twalkerxo · Oct 26, 2019
Replying to @MileyUpdates
This doesn't appeal to me 😒

**Rhy ~ I met Cody ~** @daybreakcody · Oct 26, 2019
Replying to @MileyUpdates
I love how they wear matching outfits

**Jana** 🇳🇬 @SwiftlySmiler · Oct 26, 2019
Replying to @MileyUpdates and @MyFabulousMiley
I'm confused

💬 1                    ♡ 1

**nykolas** @gustavonykolas_ · Oct 26, 2019
Replying to @MileyUpdates
❤️

Show more replies

https://twitter.com/thatssohaute/status/126534152929376900024 _ et _ 2022-11-21 13:40:38 -08:00
2:22-cv-09462-DMG-ADS   Document 1-14   Filed 12/30/22   Page 67 of 101   Page ID
#:1317



← Tweet



**that's so haute**
@thatssohaute

truly no better google search than "dakota johnson farmers market"

10:58 AM · May 26, 2020 · Twitter for iPhone

755 Retweets  100 Quote Tweets  4,106 Likes

Tweet your reply                                    Reply

**effie ☆** @stonereff_ · May 26, 2020
Replying to @thatssohaute
i live for this
1

**avery | yvonne strahovski emmy cam…** @pruehalli… · May 26, 2020
Replying to @thatssohaute
truly

CAMERA1          SOURCE
PLAY ▶           IPHONE
00:00:00

22:27
09.05.1992 SAT

From **avery | yvonne strahovski emmy campaign**
2  16

**andrea rios** @andreaariios · May 26, 2020
Replying to @thatssohaute
i bet that strawberry isn't soaked
1  3

Show replies

This Tweet is from a suspended account. Learn more

Show replies

---

**Relevant people**

**that's so haute**                    Follow
@thatssohaute
photos aren't mine unless stated.
#blm

**What's happening**

FIFA World Cup · 9 minutes ago
**USA vs Wales**

Entertainment · Trending
**julia fox**
7,295 Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**

TV stars · Trending
**#MyFamilyIsWeird**

Trending in California
**Telemundo**
7,866 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More …
© 2022 Twitter, Inc.

← Thread

🔍 Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

**JAY-Z Daily**
@JAY_Z_Daily

## JAY-Z in LA last night



3:38 AM · Mar 31, 2021 · Twitter Web App

**105** Retweets   **105** Quote Tweets   **873** Likes

Tweet your reply                                    **Reply**

**JAY-Z Daily** @JAY_Z_Daily · Mar 31, 2021
Replying to @JAY_Z_Daily
More How



♡ 6        ⟲ 17        ♡ 153

**AlphaMale-KHUMALO** @9944PROF · Mar 31, 2021
Replying to @JAY_Z_Daily
He is a Black man, Rolling with some 88 status! Owning Black Legacy
⟲          ♡ 2

**Kgagelo.** 🦁 @kgagelo_xhi · Mar 31, 2021
Replying to @JAY_Z_Daily and @Hov_Hefner
That jacket is fuego.
⟲          ♡ 1

**Sherri** @sherri9 · Mar 31, 2021
Replying to @JAY_Z_Daily
The Jacket is insane.
⟲          ♡ 1

**32** @morelikeusa · Mar 31, 2021
Replying to @JAY_Z_Daily
@FreeMaryBonne 🤍
⟲ 1          ♡ 1

**⚡** @FreeMaryBonne · Mar 31, 2021
Replying to @morelikeusa @32Assist and @JAY_Z_Daily
Don't play with him!
⟲          ♡ 1

**Ray Daniels** @flycityay · Mar 31, 2021
Replying to @JAY_Z_Daily
🔥🔥🔥
⟲          ♡ 1

**ALSY FENTY** @FentyRobin5 · Apr 1, 2021
Replying to @JAY_Z_Daily
Why is everyone going there lately? their food must be good enough to attract Rihanna and Jay-Z three times in row
⟲          ♡

**Monopoly Ace** @monopolyace · Mar 31, 2021
Replying to @JAY_Z_Daily


music.apple.com
God Sent Pt. 2 by Monopoly Ace
Listen to God Sent Pt. 2 by Monopoly Ace on Apple
Music. 2021. Duration: 3:39

**bluemilints** @bluemilints · Mar 31, 2021
Replying to @JAY_Z_Daily and @ThotOfGotham
He went out just to show off that jacket lol
♡ 1        ⟲          ♡ 10

**Rodhendo** @thhendeman · Mar 31, 2021
Replying to @bluemilints @JAY_Z_Daily and @ThotOfGotham
😂😂😂 that's the first thing I notice..all in my land with that piece on
⟲          ♡

**Just call me Sir** @thfinkeeper · Mar 31, 2021
Replying to @JAY_Z_Daily
Alexa! Play ether by Nas

**Just call me Sir** @thfinkeeper · Mar 31, 2021
Finna Slide Text BEATS to (313) 251-4805



⟲          ♡

**@Zeeeeee_** · Mar 31, 2021
Replying to @JAY_Z_Daily
Jacket
⟲          ♡

**⚡** @LnFanLady · Mar 31, 2021
Replying to @JAY_Z_Daily
Jay got some pretty legs 😍
⟲          ♡

**Karen Brittingham-Ed** @123sewhat · Mar 31, 2021
Replying to @JAY_Z_Daily


echoranews.com
Mr. Donald Winn Williams II Tells The Truth And Sh...
Donald Winn Williams II, A mixed martial arts fighter
and prosecution witness, shared his testimony ...

This Tweet was deleted by the Tweet author. Learn more

**Fe Knowles** @Feknowlesko · Mar 31, 2021
Replying to @JAY_Z_Daily
He was leaving Giorgio Baldi (Italian restaurant in Santa Monica)
⟲          ♡ 4        ♡

Show more replies

**Relevant people**

**JAY-Z Daily**
@JAY_Z_Daily                    **Follow**

JAY-Z fan account ‖ Follow and turn
on post notifications ‖ Backup 💎
@JAY_Z_Daily2

**What's happening**

FIFA World Cup · LIVE
USA vs Wales

Trending in California
Dodger Stadium
133K Tweets

Trending in California
LETS GOOOOOO
3,515 Tweets

Sports · Trending
Charles Barkley
3,694 Tweets

Trending in California
Telemundo
7,587 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/Info_DJJD/status/1551884212269203456 __et __ 2022-11-21 17:25:12 -0800
Case 22-cv-09462-DMG-ADS   Document 1-14   Filed 12/30/22   Page 69 of 101   Page ID
#1319

← **Thread**

🐦

| | |
|---|---|
| Home | |
| Explore | |
| Notifications | |
| Messages | |
| Bookmarks | |
| Lists | |
| Profile | |
| More | |

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

---

**Central Dakota Johnson & Jamie Dornan**
@Info_DJJD                                    •••

Dakota foi fotografada no último sábado (23/07), no set de 'Madame Web' em Chelsea, Massachusetts.
#DakotaJohnson #MadameWeb



3:56 AM · Jul 26, 2022 · Twitter for Android

**9** Retweets   **2** Quote Tweets   **55** Likes

💬            🔁            ♡            ⬆️

P   Tweet your reply                          **Reply**

**Central Dakota Johnson & Jamie Dornan** @Info_DJJD · Jul 26   •••
Replying to @Info_DJJD
Mais fotos de Dakota no último sábado (23/07), no set de 'Madame Web' em Chelsea, Massachusetts. (2) #DakotaJohnson #MadameWeb

💬 2         🔁 8         ♡ 39         ⬆️

**Central Dakota Johnson & Jamie Dornan** @Info_DJJD · Jul 26   •••
Mais fotos de Dakota no último sábado (23/07), no set de 'Madame Web' em Chelsea, Massachusetts. (3) #DakotaJohnson #MadameWeb

💬 1         🔁 5         ♡ 25         ⬆️

**Central Dakota Johnson & Jamie Dornan** @Info_DJJD · Jul 26   •••
📷: @dakotajohnsonpt

💬          🔁 1         ♡ 7         ⬆️

---

**Relevant people**

 **Central Dakota Johns...**   **Follow**
@Info_DJJD
I Love Dakota Johnson and Jamie Dornan. ❤️ (Fan Account)

**What's happening**



NBA · LIVE
Hawks at Cavaliers

Entertainment · Trending
**Died Suddenly**
39.5K Tweets

Sports · Trending
**Lane Kiffin**
4,600 Tweets

Only on Twitter · Trending
**#pcxqc**
3,213 Tweets

Sports · Trending
**#WWERaw** 🔴
Trending with Kevin Owens

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

← Tweet

 **Rock, Cine y Cómics**
@RockCineyComics                                     ...

#RyanGosling y #MargotRobbie en el set de filmación de la cinta live action de la famosa muñeca de #Mattel, #Barbie

Translate Tweet



5:38 PM · Jun 22, 2022 · Twitter for iPhone

**1** Like

  

 Tweet your reply                                     Reply

**Search Twitter**

**Relevant people**

 **Rock, Cine y Cómics**          **Follow**
@RockCineyComics
Aquí encontrarás noticias, entrevista y alguna locura relacionado con los temas de tu interés

**What's happening**

NBA · LIVE
**Spurs at Lakers**

**#Disenchanted** 🎬
Original movie now streaming
📺 Promoted by Disney+

Trending in United States                  ...
**Kody**
Trending with #SisterWives

Trending in United States                  ...
**Bob Iger**
Trending with Chapek, #Disney

Dramedy series · Trending            ...
**#TheWhiteLotus** 🌴
2,090 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

 **Perkowski Legal P.C.**          ...
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 1-14   Filed 12/30/22   Page 71 of 101   Page ID #:1321

← **Tweet**

Search Twitter

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

**best justin pics**
@postsjustin

···

he looks so happy

👤 Justin Bieber

7:14 PM · Mar 14, 2021 · Twitter for iPhone

**283** Retweets    **12** Quote Tweets    **1,731** Likes

💬        ⟲        ♡        ⬆

P   Tweet your reply                    **Reply**

### Relevant people

**best justin pics**          Follow
@postsjustin
The best of @justinbieber content.
(fan account) Ownered by
starringevelyn, brzzle and biebersnt.

**Justin Bieber** ✔          Follow
@justinbieber
JUSTICE the album out now

### What's happening

FIFA World Cup · LIVE
**USA vs Wales**

Trending in California                ···
**Dodger Stadium**
13.8K Tweets

Entertainment · Trending              ···
**Julia Fox**
5,607 Tweets

Trending in United States             ···
**National Anthem**
69.8K Tweets

Trending in United States             ···
**#BudweiserFWC**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.


Perkowski Legal P.C.          ···
@c_perkowski

← **Thread**

🔍 Search Twitter

**Anne Hathaway Brasil • FANSITE**
@HathawayBRA                                    ···

Anne Hathaway e Nicholas Galitzine  filmando The Idea
of You na quarta-feira (19).

Thanks for @UpdatesHathaway. 💕




7:42 PM · Oct 20, 2022 · Twitter for Android

13 Retweets   6 Quote Tweets   86 Likes

💬            🔁            ♡            ⬆

P    Tweet your reply                          **Reply**

**Anne Hathaway Brasil • FANSITE** @HathawayBRA · Oct 20   ···
Replying to @HathawayBRA
Veio ai, @NGBRSite! 💕
💬           🔁 1           ♡ 3           ⬆

**kalinka fox** @kalinkafox3 · Oct 21                       ···
Replying to @HathawayBRA and @UpdatesHathaway
who ?  her son or husband
💬           🔁           ♡           ⬆

Show more replies

**Relevant people**

Anne Hathaway Brasi...       **Follow**
@HathawayBRA
Sua mais atualizada fonte de
informações sobre a atriz Anne
Hathaway. WE'RE NOT ANNE
HATHAWAY! — 📷 @midiasahbr

Anne Hathaway UPD...         **Follow**
@UpdatesHathaway
Your best, fast and most reliable
source about the updates of award
winning actress Anne Hathaway ⭐
FAN ACCOUNT

**What's happening**

Television · 3 hours ago
**Saturday Night Live airing on       
NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber
Reserve
Ⓤ Promoted by Uber

Sports · Trending                             ···
**Pasadena**
1,598 Tweets

Jungkook · Trending                           ···
**jungkook**
1.72M Tweets

Trending in United States                     ···
**Jason David Frank**
1,339 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home

# Explore

🔔 Notifications  ①

✉ Messages

🔖 Bookmarks

≡ Lists

👤 Profile

⊙ More

**Tweet**

P   Perkowski Legal P.C.          ···
@c_perkowski

__ https://twitter.com/lindaikeji/status/1519578495508414464 __ at __ 2022-11-21 23:15:02 -08:00 __

← **Tweet**



**Linda Ikeji** 
@lindaikeji

···

Lizzo steps out with her new man
lindaikejisblog.com/2022/4/lizzo-s...



12:25 AM · Apr 28, 2022 · LIB App

**1** Retweet  **4** Likes

Tweet your reply                                      Reply

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.  ···
@c_perkowski

---

Search Twitter

**Relevant people**



**Linda Ikeji**
@lindaikeji

Blogger. CEO, LindaIkejiTV

Follow

**What's happening**

NFL · 2 hours ago
**49ers at Cardinals**



Case 2:22-cv-09462-DMG-ADS    Document 1-14    Filed 12/30/22    Page 74 of 101    Page ID #:1324

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from a suspended account. Learn more



**Perkowski Legal P.C.**
@c_perkowski
...

https://twitter.com/madewebinfo/status/1579520685961273344 __ el __ 2022-11-19 20:58:25 -0800
Case 2:22-cv-09462-DMG-ADS    Document 1-14    Filed 12/30/22    Page 75 of 101    Page ID #:1325

← **Thread**

🔍 Search Twitter

**Madame Web Info** ✳️   •••
@MadameWebInfo

Dakota Johnson  em novas fotos no set de 'Madame Web' em Boston (06).

Reparem que a mesma está loira... 👀



10:14 AM · Oct 10, 2022 · Twitter for Android

**5** Retweets   **1** Quote Tweet   **70** Likes

💬          🔁          ♡          📤

---

🅿️  Tweet your reply                        **Reply**

**Madame Web Info** ✳️ @MadameWebInfo · Oct 10   •••
Replying to @MadameWebInfo
©️: @dakotajohnsonpt

💬          🔁          ♡          📤

**Larissa / fan account** @Larissa67929917 · Oct 10   •••
Replying to @MadameWebInfo
Acho que piruca portal, madame web é loira?

💬  1       🔁  1       ♡          📤

**Madame Web Info** ✳️ @MadameWebInfo · Oct 10   •••
Replying to @Larissa67929917
Provavelmente é peruca, mas Madame Web/Julia Carpenter são conhecidas por serem ruivas....

💬          🔁          ♡  1       📤

**Lillian Maan Sverige** @Elisabeth_2009 · Oct 10   •••
Replying to @MadameWebInfo
Silver grey

💬          🔁          ♡          📤

**Relevant people**

**Madame Web Info** ✳️     Follow
@MadameWebInfo
Sua primeira e maior fonte de informações sobre o filme Madame Web no Brasil (fan account).

**What's happening**

Television · 56 minutes ago
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
📢 Promoted by Uber

Politics · Trending
**Welcome Back**      •••
93.8K Tweets

Sports · Trending
**Dorian Thompson-Robinson**    •••

Sports · Trending
**Pasadena**      •••
1,527 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🅿️ **Perkowski Legal P.C.**   •••
@c_perkowski

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

__ https://twitter.com/weloveharry_1dx/status/1346167990497271809 __ at __ 2022-11-22 09:25:53 -08:00 __

← **Tweet**



**katie** 🙌🏻
@weloveharry_1Dx

···

he's so dainty and delicate



10:53 AM · Jan 4, 2021 · Twitter for iPhone

**11** Likes

---

Tweet your reply

Reply

## Home

## Explore

## Notifications 1

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

Q Search Twitter

**Relevant people**



**katie** 🙌🏻
@weloveharry_1Dx

Follow

jack's housewife



**Perkowski Legal P.C.**
@c_perkowski    ···





← **Tweet**

**CBM SCENE** 
@mcuscene

Madame web set photos
#madameweb #SpiderMan



10:19 AM · Oct 6, 2022 from Haveli, India · Twitter for Android

**3** Likes

 Tweet your reply

Reply

---

## Search Twitter

### Relevant people

**CBM SCENE** 
@mcuscene

Follow @cbmscene on Instagram for
Marvel & Dc Daily updates.
News/Rumours/Reviews/Trailers/Leaks
/Theory/Concept arts/Spoilers. JOIN
DISCORD server link in bio..

**Follow**

### What's happening

Television · Last night
**Saturday Night Live airing on
NBC**



**#Disenchanted** 🧑
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
40.3K Tweets

Trending in California
**Shakira**
107K Tweets

Entertainment · Trending
**Morgan Freeman**
173K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

 **Perkowski Legal P.C.** ···
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

https://twitter.com/biebernovidade/status/1529941392532946963 __ot__ 2022-11-20 20:24:50 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-14    Filed 12/30/22    Page 79 of 101    Page ID
#:1329

**Bieber Novidade**
@biebernovidade

···

MARAVILHOSO! Justin no México.



2:43 PM · May 26, 2022 · Twitter for iPhone

**134** Retweets    **42** Quote Tweets    **1,254** Likes

🔍 Search Twitter

**Relevant people**

**Bieber Novidade**
@biebernovidade                    Follow

Fan Account | Há 7 anos a ser sua
melhor e mais completa fonte de
informações acerca do cantor Justin
Bieber. jbiebernovidade@gmail.com

**What's happening**

Television · 2 hours ago
The Walking Dead airing on AMC

#Disenchanted 😍
Original movie now streaming
📺 Promoted by Disney+

Trending in United States            ···
**Bob Iger**
Trending with Chapek, Disney

Trending in United States            ···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States            ···
**#AMAs** 🔥
4.39M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🖋 Tweet your reply                    Reply

**gabi⁷ 🅧** @kookchanges · May 26
Replying to @biebernovidade
voltamos pra 2017 bn??
♡ 1

**poly** @seabrapolly · May 26
Replying to @biebernovidade
GATO

**Bruno Clezar** @bruno_clezar · May 26
Replying to @biebernovidade
barriga de cerveja

**Júlia que viu o Justin no RiR** @pickcoaster23 · May 26
Replying to @biebernovidade
Amo ele de bermudinha roxa 🥰😍

**yp🐸** @picyl_ · May 27
Replying to @biebernovidade
@dani1ela4 todo tatuado
♡ 1

**larissa** @bieberxsavinon · May 26
Replying to @biebernovidade
o méxico entregando tudo bn

**larissa** @bieberxsavinon · May 26
Replying to @biebernovidade
coisa lindaaa

**anny** @povsarlian · May 26
Replying to @biebernovidade
o México só tá entregando mimos bons, quero isso no Brasil tbm em
♡ 2

**manu** @canellesweet · May 26
Replying to @biebernovidade
lindo demais mdsss

**Keven López** @Keven86057851 · May 26
Replying to @biebernovidade
Amo que ele seja Hétero

https://twitter.com/slayedjustin/status/1561272707542654978 __et__ 2022-11-21 06:30:38 -08:00

← **Tweet**



Q Search Twitter

**Relevant people**



**mads**
@slayedjustin

· · ·

**mads**
@slayedjustin

Follow

#1 journals stan || fan account

this is a yes from me!!

**What's happening**

NFL · Yesterday
**Commanders at Texans**

Events · Trending
**LGBT**
208K Tweets

· · ·

Trending in United States
**Maguire**
Trending with #ThreeLions⚽, Luke Shaw

· · ·

Gaming · Trending
**3DS RAINBOW ROAD**
Trending with Maple Treeway

· · ·

Trending in United States
**New Week**
111K Tweets

· · ·

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More · · ·
© 2022 Twitter, Inc.

1:43 AM · Aug 21, 2022 · Twitter for iPhone

**13** Retweets    **2** Quote Tweets    **200** Likes

💬        ↻        ♡        ⬆



Perkowski Legal P.C.
@c_perkowski

· · ·

Tweet your reply                Reply

🙂 @bieberseta · Aug 22
Replying to @slayedjustin
i actually thought this from 2016

💬        ↻        ♡        ⬆



https://twitter.com/jaymalecelebs/status/1242578792226455055 __ et __ 2022-11-21 11:31:48 -08:00

← Tweet

**Male Celeb Hotties**
@jaymalecelebs

These pics of Shawn are 🔥




3:27 PM · Mar 24, 2020 · Twitter for Android

**198** Retweets   **4** Quote Tweets   **1,149** Likes

Tweet your reply                                    Reply

djnaughtyboi @djnaughtyboi · Mar 25, 2020
Replying to @jaymalecelebs
I liked him better with shorter hair... but he is still sexy

❤ 1

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**


Perkowski Legal P.C.
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

**Male Celeb Hotties**                    Follow
@jaymalecelebs
Just a bi guy bringing you hot male celeb content to lust over! DM's are always open! Have fun! 😜 18+

**What's happening**

FIFA World Cup · LIVE
USA vs Wales

Sports · Trending
Charles Barkley
5,305 Tweets

Trending in United States
I BELIEVE THAT WE WILL WIN
1,243 Tweets

Trending in California
Dodger Stadium
14.1K Tweets

Trending in United States
Hive
108K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

← **Tweet**

 **Angelina Jolie Fans**
@joliefans                                                                ···

Angelina Jolie looks as though she's started Christmas shopping - Metro.co.uk dlvr.it/RK5SPV



4:45 PM · Nov 25, 2019 · dlvr.it

32 Likes

                ♡        ↥

 Tweet your reply                                    **Reply**

### Relevant people

 **Angelina Jolie Fans**        **Follow**
@joliefans

Unofficial and awesome news, blogs and videos about Angelina Jolie!

### What's happening

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States                    ···
**RIP Harold**

Trending in United States                    ···
**NitroRad**

Trending in California                       ···
**Hooters**
8,237 Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

Perkowski Legal P.C.
@c_perkowski



https://twitter.com/bso/status/1295225863349374976 __ et __ 2022-11-22 10:36:57 -08:00

← **Tweet**

**Robert Littal BSO**  ✔
@BSO ···

Photos of Devin Booker at Nobu With Kendall Jenner After Immediately Leaving the Disney Bubble; How Kylie Jenner Was Involved as Well (Pics-Tweets)
bit.ly/31X7dXM



10:08 PM · Aug 16, 2020 · BSO Alert

**2** Retweets   **3** Quote Tweets   **8** Likes

💬   ↻   ♡   ↑

 Tweet your reply            **Reply**

**Trend Yoda** 🟡 @gefull · Aug 17, 2020 ···
Replying to @BSO
She is dressed for a fine dining experience.  He is dressed for going to a fast food restaurant.

💬   ↻   ♡   ↑

**gigi hadid and zayen malik** @hR5JsMtJ7xYeWru · Aug 16, 2020 ···
Replying to @BSO
Ben simmons and kendall jenner lové couple

💬   ↻   ♡   ↑

## Search Twitter

### Relevant people

 **Robert Littal BSO** ✔       **Follow**
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

### What's happening

FIFA World Cup · 39 minutes ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🧜‍♀️
Get tickets now - In theaters December 16
📢 Promoted by Avatar

Celebrities · Trending
**Anthony Mackie**                      ···

Sports · Trending
**Cristiano Ronaldo**                   ···
Trending with #ManchesterUnited

Trending in California
**Mexicans**                            ···
12.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.   ···
@c_perkowski



Perkowski Legal P.C.
@c_perkowski

← **Tweet**

**Hadid News Media**
@HadidNewsMedia

March 13: Bella leaving the London Hotel in LA.



11:43 PM · Mar 13, 2018 · Twitter for iPhone

**33** Retweets  **3** Quote Tweets  **87** Likes

---

Tweet your reply

**Reply**

**Relevant people**

**Hadid News Media**
@HadidNewsMedia

**Follow**

Your 1st & most reliable source on everything Gigi & Bella Hadid; since 2013. [@HadidNews]

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**

Trending in California
**Telemundo**
7,741 Tweets

Trending in United States
**Jordan Morris**

Trending in California
**LETS GOOOOOO**
3,266 Tweets

Trending in United States
**$TSLA**
16K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**


Twitter
Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Bunker Friki / Marvel DCComics**
@BunkerFriki

#marvel : Madre del amor hermoso!!! 😱 se Que sera un prototipo que llevara al comenzar para luego acabar con el producto final pero ... vaya pinta #IronHeart (y que no sea tanto CGI se agradece)

Translate Tweet



2:29 PM · Aug 8, 2022 · Twitter for iPhone

1 Retweet    5 Likes

Tweet your reply                              Reply

**Joker** @AwA_joker · Aug 9
Replying to @BunkerFriki
Ojito

**Perkowski Legal P.C.**
@c_perkowski

Search Twitter

**Relevant people**

**Bunker Friki / Marvel...**    Follow
@BunkerFriki
¡Hablo y opino de cualquier producto de fantasía y superhéroes! Siempre con respeto. ¡HAKUNA MATATA! ✌
¡Síguieme en YouTube para estar siempre informado!

**What's happening**

NFL · Yesterday
**Cowboys at Vikings**


Sports · Trending
**Charles Barkley**
2,542 Tweets

Trending in California
**Dodger Stadium**
13.9K Tweets

Trending in United States
**#FifainuBsc**
Trending with #ENGIRN, Senegal

Only on Twitter · Trending
**#andTEAM**
Trending with #Under_the_skin, #FirstHowling_ME

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

— https://twitter.com/thai_superhero/status/1556770839328358400 — at — 2022-11-21 18:57:57 -08:00 —

← **Tweet**

 สมาคม Superhero
@Thai_SuperHero ···

เทียบเกราะของป๋า กับน้อง riri  นี่มันแค่เริ่มต้น รอดูเกราะเต็ม
เลย #ironheart #IronMan @disneyplusth



3:34 PM · Aug 8, 2022 · Twitter for iPhone

**27** Retweets   **1** Quote Tweet   **28** Likes

💬   🔁   🤍   ⬆️

 Tweet your reply                    Reply

---

**Relevant people**

 สมาคม Superhero          **Follow**
@Thai_SuperHero

สมาคมของกลุ่มบุคคลผู้ขึ้นชอบซุปเปอร์
ฮีโร่ในประเทศไทย // Twitter อย่างเป็น
ทางการของ 'สมาคมผู้คลั่งไคล้
SuperHero' *ถามข้อมูลหนัง/Comic ต่างๆ
ใน DM ได้เลยจ่า*

 DisneyPlusTH ✔           **Follow**
@disneyplusth

⊘ Official

โดดแดนสู่จินตนาการไม่รู้จบ ดิสนีย์พลัส
ฮอตสตาร์ ประเทศไทย สตรีมได้เลยวันนี้
เพียง 799 บาทต่อปี พร้อมแพคเกจพิเศษ
สำหรับลูกค้า AIS #DisneyPlusHotstarTH

**What's happening**

NBA · Starts at 7:30 PM
**Jazz at Clippers**

Entertainment · Trending
**Died Suddenly**
50K Tweets

Sports · Trending
**Mexico City**
17.7K Tweets

Trending in United States
**Tampax**
32.8K Tweets

Sports · Trending
**Grupo Firme**
2,894 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🐦

Home

# Explore

🔔 Notifications¹

Messages

🔖 Bookmarks

Lists

Profile

··· More

**Tweet**

🔍 Search Twitter

 Perkowski Legal P.C. ···
@c_perkowski



Tweet



__ https://twitter.com/nanfixus/status/1552798478455246848 __ at __ 2022-11-20 08:27:29 -08:00 __

# Tweet

⟵

⤶ **@nanfixus** Retweeted

**MarvelFlix** ✓
@MarvelFlix                                    ···

ADAM SCOTT en el set de 'MADAME WEB'.

SERA UN SPIDER-MAN ACASO? BEN REILLY TU ME
ESCUCHAS?

6:59 AM · Jul 28, 2022 · Twitter Web App

**68** Retweets   **8** Quote Tweets   **856** Likes

💬          ⟲          ♡          ⬆️

Tweet your reply                              Reply



**Perkowski Legal P.C.**          ···
@c_perkowski

## Search Twitter

### Relevant people

**@nanfixus**
@nanfixus                         Follow
DJ Fan ❄️ Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🇦🇷

**MarvelFlix** ✓
@MarvelFlix                       Follow
Todas las novedades del multiverso
Marvel. Contacto:
marvellflixarg@gmail.com
#WakandaForever 🐾 Desde 🇦🇷📸IG:
marvellflix_arg

### What's happening

FIFA World Cup · 26 minutes ago
**World Cup Qatar 2022: Opening
Ceremony**

**#Disenchanted** 👹
Original movie now streaming
▶️ Promoted by Disney+

Only on Twitter · Trending          ···
**RIP JDF**
3,735 Tweets

Trending in United States          ···
**The VAR**
29.9K Tweets

Trending in United States          ···
**#RIPLEGEND**
1,001 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/mileyarmy/status/1526309081820106754 __ et __ 2022-11-21 21:58:39 -08:00

# Tweet

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Miley Cyrus News**
@MileyArmy

## Miley is TAKING IT 🔥🔥🔥



2:10 PM · May 16, 2022 · Twitter for iPhone

**23** Retweets   **1** Quote Tweet   **166** Likes

Tweet your reply

**Reply**

**josefina (midnights' version)** @josemayrr · May 16
Replying to @MileyArmy
she looks so beautiful i can't get over it
1

**MAXWELL MBAVARIRE** @05MAX · May 16
Replying to @MileyArmy
PRINCESS

**Lauthier** @Lauthier4 · May 16
Replying to @MileyArmy
Forza Miley.

Search Twitter

### Relevant people

**Miley Cyrus News**   Follow
@MileyArmy
FAN ACCOUNT | Welcome to the
Biggest source for all things Miley
Cyrus 🔥 #ATTENTION: MILEY LIVE
out everywhere now!

### What's happening

NFL · 1 hour ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
66.8K Tweets

Trending in United States
**Dreamers MV**
167K Tweets

Trending in United States
**#ATEEZinAtlanta_Day1**

Trending in California
**Dodger Stadium**
9,373 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/ElliottWilson/status/1378395842332164098 _ at _ 2022-11-22 01:28:27 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-14    Filed 12/30/22    Page 95 of 101    Page ID
#:1345

← **Tweet**

Elliott Wilson ✔
@ElliottWilson



10:15 AM · Apr 3, 2021 · Twitter for iPhone

**11** Retweets   **1** Quote Tweet   **55** Likes




Tweet your reply                    Reply

Ju-ju Juice @JuniorMafia808 · Apr 3, 2021
Replying to @ElliottWilson
I love uzi

♡ 1

---

🔍 Search Twitter

**Relevant people**

Elliott Wilson ✔                    Follow
@ElliottWilson
chief content officer: @tidal co-host:
@RapRadar Podcast

**What's happening**

FIFA World Cup · Starts at 2:00 AM
**Argentina vs Saudi Arabia**

 

**#AvatarTheWayOfWater**🧿
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in United States
**Roanoke**
1,107 Tweets

Trending in United States
**#GMMTV2023**
195K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

**DAKOTA** 💜 💙
@tender_DMJ                                                         ⋯

2019 // 2018 🔝



7:02 PM · Feb 5, 2019 · Twitter for iPhone

**10** Retweets   **59** Likes

---

Tweet your reply                                          **Reply**

### Relevant people

**DAKOTA** 💜 💙                                          **Follow**
@tender_DMJ

Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

### What's happening

Television · Last night
**Saturday Night Live airing on NBC**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
Promoted by Disney+

Trending in California                                    ⋯
**Rest In Peace**
41.1K Tweets

Entertainment · Trending                                  ⋯
**Morgan Freeman**
176K Tweets

Trending in California                                    ⋯
**#DonaldTrump**
41K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

**Linda Ikeji**
@lindaikeji

···

Police and helicopters swarm Marilyn Manson's Hollywood home over 'concerns for his safety' following abuse and assault allegations from 11 womenÁ (Photos) lindaikejisblog.com/2021/2/police-...



1:45 PM · Feb 4, 2021 · LIB App

**6** Retweets   **6** Likes

💬      🔁      ♡      ⬆️

🅿️   Tweet your reply              Reply

**Times2020.** @Times20201 · Feb 4, 2021
Replying to @lindaikeji
So no concern for the safety of the abused women?! Hmmm 🤔

💬      🔁      ♡      ⬆️

---

🐦

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒️ Lists

👤 Profile

⊙ More

**Tweet**

🅿️ **Perkowski Legal P.C.**
@c_perkowski                    ···

---

🔍 Search Twitter

**Relevant people**



**Linda Ikeji**
@lindaikeji                          Follow

Blogger. CEO, LindaIkejiTV

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater**🧜🏽
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Entertainment · Trending                ···
**Marvel**
84.5K Tweets

Trending in United States                ···
**RIP Harold**
Trending with TO BE CLEAR, Betty White

Reality TV · Trending                ···
**#bachelorinparadiseabc** 🏝️
1,522 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



__ https://twitter.com/hstylespics/status/1378333227710971494⁴⁴ __ at __ 2022-11-22 02:46:31 -08:00 __



← **Tweet**

🔍 Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications ①

✉️ Messages

🔖 Bookmarks

🗒️ Lists

👤 Profile

⊙ More

**Tweet**

**Fuera de Plano**
@FueraPlano

···

SPOILER ALERT
SPOILER ALERT
SPOILER ALERT

Primeras imágenes de Iman Vellani como Ms. Marvel!!!
#MsMarvel



8:01 AM · May 1, 2021 · Twitter for iPhone

**8** Likes

💬 ↺ ♡ ↥

P Tweet your reply                    Reply

## Relevant people

**Fuera de Plano**          Follow
@FueraPlano

Amantes del cine y las series. Noticias, recomendaciones, reseñas, sorteos y más! Twitch: twitch.tv/fueradeplanoli...

## What's happening

FIFA World Cup · 3 hours ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🥀
Original movie now streaming
🅿 Promoted by Disney+

Entertainment · Trending                ···
**Morgan Freeman**
182K Tweets

Trending in United States                ···
**Rest In Peace**
45K Tweets

Trending in California                ···
**Shakira**
109K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**   ···
@c_perkowski

__ https://twitter.com/SNEAKPEEKCA/status/962461691572137984 __ at __ 2022-11-21 20:44:57 -08:00 __

← Tweet



**SneakPeek**
@SNEAKPEEKCA

sneakpeek.ca/2018/02/captai...



3:02 PM · Feb 10, 2018 · Twitter Web Client

**2** Retweets   **3** Likes


Perkowski Legal P.C.
@c_perkowski



Search Twitter

**Relevant people**



**SneakPeek**
@SNEAKPEEKCA
Invite Only

Follow

**What's happening**

NFL · 27 minutes ago
**49ers at Cardinals**



Entertainment · Trending
**Died Suddenly**
60.1K Tweets

Trending in United States
**Chrisley**
21.6K Tweets

Tweet your reply

Reply

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**