# EXHIBIT B Continued

← **Tweet**

 **lezgirlstore**
@lezgirlstore                                                                          ···

# dakota johnson no set madame web



5:45 AM · Aug 7, 2022 · Twitter for iPhone

**3** Retweets   **1** Quote Tweet   **56** Likes

 Tweet your reply                                    **Reply**

**Q** Search Twitter

## Relevant people

 **lezgirlstore**            **Follow**
@lezgirlstore

Loja de séries e filmes lésbicos, com conteúdo do universo lésbico, legenda de filmes e séries lésbicas no Telegram. — for internacional shipping DM

## What's happening

Television · 3 hours ago
**Saturday Night Live airing on NBC**                        

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
■ Promoted by Uber

Trending in United States                        ···
**Blocked**
133K Tweets

Sports · Trending                              ···
**Pasadena**
1,622 Tweets

Karim Benzema · Trending                        ···
**Benzema**
290K Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## (Left navigation)
- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/live1dnews/status/1346187546884243457 __ at __ 2022-11-22 09:31:29 -08:00 __

← **Tweet**

**1D Updates** 
@Live1DNews ···

More photos of Harry and Olivia Wilde at Jeff's wedding over the weekend

(Via @hsdcandids)



12:11 PM · Jan 4, 2021 · Twitter for iPad

**1** Retweet   **1** Quote Tweet   **10** Likes

Tweet your reply                                   Reply

**Perkowski Legal P.C.**  ···
@c_perkowski

---

Search Twitter 

**Relevant people**

**1D Updates**   Follow
@Live1DNews
1D Updates. Paul, Andy, and more follow!

**HS Candids**    Follow
@hsdcandids
Follow for HQ candids of HS. Layout by @brightblackdsgn. (Fan Account)

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland** 

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Events · Trending                              ···
**NO ERA PENAL**
3,858 Tweets

Trending in California                         ···
**Mexicans**
9,977 Tweets

Trending in United States                     ···
**Ochoa**
Trending with #MEXPOL, Lewandowski

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

Home

Explore

Notifications    1

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski    ···

.
@cravemedia_    ···



9:22 AM · May 22, 2021 · Twitter for iPhone

**7** Retweets    **13** Quote Tweets    **58** Likes

Tweet your reply                                    Reply

**Adrian Giles** @Kenny_Obscure · May 25, 2021    ···
Replying to @cravemedia_
En la foto que ven en una silla de ruedas...¿es Mel Gibson quien empuja?
💬 4        ♡ 2

**Jorge** @jorge14m1978 · May 26, 2021    ···
Replying to @Kenny_Obscure
A mi me ha parecido Yors cluni
💬 1

Show replies

**Pablo580** @pbordoni580 · May 27, 2021    ···
Replying to @cravemedia_
Si es Mel Gibson.

**krakkencbaok** @krakkencbaok · Jun 1, 2021    ···
Replying to @cravemedia_
Si veo los brazos. No veo que concuerde con la cara y con el bulto en la
panza. Para mi es todo artificial. Y es mel Gibson que lleva la silla
💬 1

**krakkencbaok** @krakkencbaok · Jun 1, 2021    ···
Replying to @krakkencbaok
A parte. Entren a su instagram. Van a ver que lp que les digo es cierto

**Darck XD** @DarckXD4 · May 24, 2021    ···
Replying to @cravemedia_
Omg

Show more replies

---

**Search Twitter**

## Relevant people

.
@cravemedia_        Follow
Media account for @FilmUpdates

## What's happening

NFL · 5 hours ago
**Chiefs at Chargers**



Music · Trending
**Kelly Rowland**
Trending with Chris Brown

Trending in United States
**Ole Miss**
Trending with UCLA, Auburn

90 Day Fiancé · Trending
**#90DayFianceHappilyEverAfter**
4,766 Tweets

Music · Trending
**Lionel Richie**
3,692 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.



← **Tweet**

 **Player 1**
@skeetsofficial

Is this the new Halo character?



5:58 AM · Aug 9, 2022 · Twitter for Android

**6** Likes

 Tweet your reply                    Reply

---

Search Twitter

**Relevant people**

 **Player 1**
@skeetsofficial                    Follow

Comic | Films | Sports

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**



Music · Trending
**#askmeek**

Gaming · Trending
**3DS Rainbow Road**
Trending with Maple Treeway

Music · Trending
**Slick Rick**

Family drama · Trending
**#GilmoreTheMerrier**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski



← **Tweet**

**s**
@beliebinteam

···

take off the hat sir i'm tryna see sumn



11:29 AM · Mar 12, 2020 · Twitter for iPhone

**4** Retweets   **26** Likes

💬   ⟲   ♡   ⬆

Ⓟ   Tweet your reply   **Reply**

---

## Search Twitter

### Relevant people

**s**
@beliebinteam   **Follow**
swap swap swap it out 🥛 | fan account

### What's happening

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**



#Disenchanted 💃
Original movie now streaming
▶ Promoted by Disney+

Music · Trending   ···
**#DavidoAt30**
55.8K Tweets

Trending in United States   ···
**Bob Iger**
Trending with Disney, Chapek

Trending in United States   ···
**Sandy Hook**
31.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

## Navigation

📷 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

⋯ More

**Tweet**



Perkowski Legal P.C.   ···
@c_perkowski

__ https://twitter.com/FictionFeedback/status/1556886232625385472 __ at __ 2022-11-21 18:56:33 -08:00 __

← **Tweet**





Search Twitter



**Multiverse Analysis**
@TheAnalystOne

···

First look at Anthony Ramos as 'The Hood' in #IronHeart!



11:12 PM · Aug 8, 2022 · Twitter for Android

**1** Retweet   **2** Likes

💬          ⇄          ♡          ⬆️

 Tweet your reply                    Reply

**Relevant people**

 **Multiverse Analysis**      Follow
@TheAnalystOne
Fiction Addict

**What's happening**

NBA · Starts at 7:30 PM
**Jazz at Clippers**

Entertainment · Trending                ···
**Died Suddenly**
49.9K Tweets

**Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**

🔍 Search Twitter

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

 **Kevin Anticona**
@KevinAnticonaa                                                    ⋯

La quimica de Xolo Maridueña y Bruna Marquezina que se vio en la proyeccion de prueba de BlueBeetle, era increible.

En el ultimo acto se vive el romance sellando con la ultima escena.

[ Via: @UndercoverCine ]

#DC #bluebeetle #dccomics #FelizViernesATodos

Translate Tweet



6:09 PM · Oct 19, 2022 · Twitter for Android

**1 Like**

💬          🔁          ♡          ⬆️

🔵 **Who can reply?**
People @KevinAnticonaa follows or mentioned can reply


**Perkowski Legal P.C.**  ⋯
@c_perkowski

**Relevant people**

 **Kevin Anticona**         [ Follow ]
@KevinAnticonaa

Chico carismático, manteniendo siempre la humildad y sociable, pasión por el teatro, cinefilo.

**Undercover Audience**      [ Follow ]
@UndercoverCine

Avid Cinephile. Undercover Audience. Nameless Leaker.

**What's happening**

Television · 2 hours ago
**Saturday Night Live airing on NBC**                          

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
📣 Promoted by Uber

Trending in United States
**HE'S BACK**                              ⋯
152K Tweets

Sports · Trending
**Bennett Williams**                       ⋯

Sports · Trending
**Clark Phillips**                         ⋯

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

__ https://twitter.com/AndyVermaut/status/1298246764026159105 __ at __ 2022-11-19 23:03:07 -08:00 __

← **Tweet**

**Andy Vermaut**
@AndyVermaut

···

## Cardi B Defends 'WAP's Sexual Lyrics — But Says She Wouldn't Want Kulture, 2, 'Listening To It'

hollywoodlife.com/2020/08/25/car...



6:12 AM · Aug 25, 2020 · dlvr.it

💬          ↻          ♡          ↑

P          Tweet your reply          **Reply**

Q Search Twitter

## Relevant people



**Andy Vermaut**          Follow
@AndyVermaut

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

Television · 3 hours ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
📷 Promoted by Uber

Trending in United States          ···
**Blocked**
130K Tweets

Trending in United States          ···
**Jason David Frank**
1,188 Tweets

Trending in United States          ···
**Waka Waka**
46.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**



**Perkowski Legal P.C.**          ···
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 1-15   Filed 12/30/22   Page 11 of 101   Page ID #:1362

← **Tweet**

Q Search Twitter

**cheesefries**
@Wheres1D

···

are you ready for this???? 🍉 #WatermelonSugar



10:05 AM · May 13, 2020 · Twitter for iPhone

**2** Retweets  **1** Quote Tweet  **16** Likes

**Relevant people**

**cheesefries**
@Wheres1D

Follow

occasionally a 1D & solo update account | secretly paul higgins

**What's happening**

FIFA World Cup · 3 hours ago
**USA vs Wales**



Entertainment · Trending
**Died Suddenly**
35.2K Tweets

···

Trending in United States
**#JeopardyAmyChat**

···

Trending in California
**Dodger Stadium**
12.2K Tweets

···

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,611 Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

P Tweet your reply

Reply

**Perkowski Legal P.C.**
@c_perkowski  ···

← **Tweet**

Rihanna.com.br ⚓
@RihannaNoBrasil

···

Vai comprar o Giorgio Baldi? Na noite passada (28), Rihanna foi vista novamente indo ao seu restaurante favorito.

O look PERFEITO!

via: @DailyMailCeleb

dailymail.co.uk/tvshowbiz/arti...

Translate Tweet



4:23 AM · Mar 29, 2021 · Twitter for Android

**4** Retweets   **3** Quote Tweets   **65** Likes

💬   🔁   ♡   ⬆

[P]   Tweet your reply                                    Reply

euPHorico😎 @pedrohiagoph · Mar 29, 2021   ···
Replying to @RihannaNoBrasil and @DailyMailCeleb @Susu_gsilva vc não sabendo lidar com a máscara

💬 1      🔁      ♡ 1      ⬆

Susu @Susu_gsilva · Mar 29, 2021   ···
Replying to @pedrohiagoph @RihannaNoBrasil and @DailyMailCeleb
Kkkkkkkkkkk

💬      🔁      ♡      ⬆

---

🔍 Search Twitter

**Relevant people**

Rihanna.com.br ⚓
@RihannaNoBrasil          **Follow**
Rihanna.com.br is a genuine and registered fansite, made by fans. 🇧🇷 Fã-clube e portal de notícias brasileiro sobre a cantora Rihanna. Online desde 2008. 💎

 Daily Mail Celebrity ✔
@DailyMailCeleb          **Follow**
✔ Official
Latest celeb and entertainment news from the Daily Mail Showbiz team. We're on Facebook too:
fb.me/DailyMailCeleb

**What's happening**

FIFA World Cup · 52 minutes ago
**France vs Australia**

**#AvatarTheWayOfWater** 🧑
Get tickets now – In theaters December 16
⬛ Promoted by Avatar

Trending in California          ···
**Mexicans**
19.6K Tweets

Family drama · Trending          ···
**#GTMcontest31**

Trending in United States          ···
**Giroud**
Trending with Poqba, Australia

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications  (1)
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
··· More

**Tweet**

Perkowski Legal P.C.
@c_perkowski          ···

← **Tweet**

 sam
@allinitdrews
···

SOMEONE PLEASE TELL ME THIS IS REAL



5:26 PM · Dec 28, 2020 · Twitter for iPhone

**3** Retweets   **1** Quote Tweet   **22** Likes

 Tweet your reply

Reply

Search Twitter

**Relevant people**

 sam
@allinitdrews
Follow
fan account; justin followed 9.14.19

**What's happening**

FIFA World Cup · 5 hours ago
**Mexico vs Poland**


#AvatarTheWayOfWater 💙
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in California   ···
**Alexis Vega**
20.6K Tweets

Betty White · Trending   ···
**Betty White**
2,813 Tweets

Politics · Trending   ···
**Catturd**
10.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

 Perkowski Legal P.C.
@c_perkowski
···

__ https://twitter.com/teamdemilovato/status/1227696656186789984 __ at __ 2022-11-22 16:27:32 -08:00 __

← **Tweet**

**Team Demi Lovato**
@TeamDemiLovato

Demi shooting for Fabletics!



12:50 PM · Feb 12, 2020 · Twitter for iPhone

**2** Retweets  **20** Likes

Tweet your reply

Reply

## Left sidebar

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

## Right sidebar

Search Twitter

### Relevant people

**Team Demi Lovato**
@TeamDemiLovato
Demi Lovato fan account ❣️

Follow

### What's happening

FIFA World Cup · This morning
**Mexico vs Poland**



#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California
**Mexico City**
17K Tweets

Trending in United States
**Mbappe**
Trending with Dembele

Trending in California
**Chicharito**
7,197 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

https://twitter.com/kardashibrasil/status/1493276595222365189 at 2022-11-21 09:29:03 -08:00

22-cv-09462-DMG-ADS Document 1-15 Filed 12/30/22 Page 15 of 101 Page ID #:1366



Kardashian Brasil #TheKardashians
@kardashibrasil

Kanye West citou Kim Kardashian em um novo post no seu Instagram!

(via: @kanyewestBR)

9:30 AM · Feb 14, 2022 · Twitter for iPhone

4 Retweets   45 Quote Tweets   152 Likes

Tweet your reply

Pimentel @euppimenta · Feb 14
Replying to @kardashibrasil and @kanyewestBR
@marialaa1 mano xxxxxxxxxxxxxxxxxxxx

CPI da grimes @fckingmdina · Feb 14
Replying to @kardashibrasil and @kanyewestBR
que homem doenteeee momma kris por favor tome alguma atitude drástica

"isa ". mulher de militar @Armyllu92330888 · Feb 14
Replying to @kardashibrasil and @kanyewestBR
"tenho fé q vamos voltar" mano✋✋✋

Athrieto @jsantox455 · Feb 14
Replying to @kardashibrasil and @kanyewestBR
Essa obsessão me dá um pouco de medo, porém se eu terminasse um namoro e a pessoa saísse com alguém com a roupa que dei a ela eu também ficaria puto



Pedro @pedr0m · Feb 14
Replying to @kardashibrasil and @kanyewestBR
@CrystalDuarte_ kdJesahd

Tamy 🍉 @tamysoliver · Feb 14
Replying to @kardashibrasil and @kanyewestBR
Por isso o surto, ela saiu com o casaco que ele deu com o atual namorado 🤣 esse Kanye é uma piada de Chernobyl

juju tavs @tavsjulia · Feb 14
Replying to @kardashibrasil and @kanyewestBR
ele nao cansa

' @ryandshian · Feb 14
Replying to @kardashibrasil and @kanyewestBR
q saco

@ryandshian · Feb 14
Replying to @kardashibrasil and @kanyewestBR
a pior escolha dela

Vitória Vasconcellos @vitoriavascon_ · Feb 14
Replying to @kardashibrasil and @kanyewestBR
Se não fosse por causa dos filhos ela se arrependeria amargamente de ter se relacionado com o Kanye

inny @hiddistluv · Feb 14
Replying to @kardashibrasil and @kanyewestBR
mano ele precisa realmente de ajuda de algum psicólogo ou psiquiatra pq meu Deus, ta passando dos limites ja

yago @kyliwjk · Feb 14
Replying to @kardashibrasil and @kanyewestBR
Sério alguém tira o celular dele💀

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

Show replies

Show more replies



← **Tweet**


Q  Search Twitter

 Home

# Explore

🔔 Notifications 1

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski


Andy Vermaut
@AndyVermaut
⋯

## Beyonce Cradles Twins Rumi & Sir, 3, While On Rare Family Outing In The Hamptons
hollywoodlife.com/2020/08/11/bey...



1:33 PM · Aug 11, 2020 · dlvr.it

💬          ⇄          ♡          ⬆

 Tweet your reply          Reply

## Relevant people

 Andy Vermaut
@AndyVermaut                    Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

Television · Last night
**Saturday Night Live airing on NBC**

**#Disenchanted** 🤩
Original movie now streaming
▶ Promoted by Disney+

Trending in California                    ⋯
**Shakira**
105K Tweets

Entertainment · Trending                    ⋯
**Morgan Freeman**
168K Tweets

Trending in United States                    ⋯
**#QATECU**
98.9K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.



← **Tweet**

🔍 Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

**Marvel CinéVerse**
@MarvelCineVerse    ···

#MsMarvel : De nouvelles photos de tournage avec Iman Vellani (Ms. Marvel) déguisée en Captain Marvel pour la série 'Ms. Marvel' ! (via @BRMarvelNews)

Translate Tweet

2:22 PM · Nov 19, 2020 · Twitter Web App

**2** Retweets   **29** Likes

💬        🔁        ♡        ⬆️

Ⓟ  Tweet your reply                    Reply

**Relevant people**

**Marvel CinéVerse**        Follow
@MarvelCineVerse
Actualités et encyclopédie sur le MCU
Instagram 📷 : marvelcineverse_
Associé à @swcineverse ⭐

**Marvel News**        Follow
@BRMarvelNews
Conta de fã dedicada ao Universo
Marvel 🏳️‍🌈 Contato:
marvelnewsbr@outlook.com

**What's happening**

FIFA World Cup · 5 hours ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧚
Original movie now streaming
▶️ Promoted by Disney+

Trending in California        ···
**Rest In Peace**
54.2K Tweets

Sports · Trending        ···
**Jeff Saturday**
5,087 Tweets

Trending in California        ···
**MMPR**
3,994 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**
@c_perkowski    ···

← Tweet



La Cosa Cine ✓
@lacosacine

Las imágenes de #PamAndTommy de cada día.

Translate Tweet

**Media not displayed**
This image has been removed in response to a report from the copyright holder.

1:30 PM · Jun 9, 2021 · TweetDeck

13 Retweets    16 Quote Tweets    414 Likes

P  Tweet your reply                                    Reply

Señorita Anhedonia @srta_anhedonia · Jun 9, 2021
Replying to @lacosacine
Sebastian



♡ 4

Silvina @Silnari · Jun 9, 2021
Replying to @lacosacine
Es Lily James ?

💬 2

Pau @PauDigilio · Jun 9, 2021
Replying to @Silnari and @lacosacine
Sip

♡ 1

🐞 @tam_agre · Jun 9, 2021
Replying to @lacosacine
Podría decir tantas cosas de Sebastian pero me bloquearía la cuenta 😅

♡ 1

Estefi Dell'Olio @Teffi1023 · Jun 9, 2021
Replying to @lacosacine
Creo que no hablamos lo suficiente de lo buenazo que está Sebastian Stan... Hace unos días vi Monday, diosssssss

♡ 3

GP @gom182 · Jun 9, 2021
Replying to @lacosacine
Cuando piensas que no podía estar más buena lily james pasan estas cosas

♡

Hernán Huarte @HernanN_H · Jun 9, 2021
Replying to @lacosacine
Esa Pamela Anderson se parece a una Goldie Hawn joven jajaja 😂😂

♡ 15

Emanuel F. @emanfabian · Jun 9, 2021
Replying to @lacosacine
Este es uno d esos proyectos q poco interes me da. La vida de los integrantes de Motley Crue no es interesante, para un proyecto exclusivamente del baterista, q solo tiene fama de grabar una porno en un yate y q veamos a Pam desnuda...aah, entiendo. El inicio del porno "amateur".

♡

Teresita Siniga @TeteSiniga · Jun 9, 2021
Replying to @lacosacine
no entiendo esta serie

https://twitter.com/mileysmilernews/status/1161779854544646144 __el__2022-11-21 17:39:02 -0800

← **Tweet**

**Miley Smiler News**
@MileySmilerNews                    ⋯

## 📷 | Miley and Kaitlynn Carter out in LA



📍 wacky and Miley Cyrus

4:21 PM · Aug 14, 2019 · Twitter for iPhone

**67** Retweets   **25** Quote Tweets   **498** Likes

---

P  Tweet your reply                          Reply

**emily** @eilishilomilo · Aug 14, 2019            ⋯
Replying to @MileySmilerNews and @MileyCyrus
😔😔

**Bill** @billnudist · Aug 14, 2019              ⋯
Replying to @MileySmilerNews and @MileyCyrus
Miley --- Keep smiling be happy.

**@MissMichelleKu** · Aug 15, 2019               ⋯
Replying to @MileySmilerNews and @MileyCyrus
How close are you to a mental breakdown?
Me:

💬        ⟲        ♡ 7        ⬆

**Paula Alexandra De Matos** @paulademtos6 · Aug 15, 2019   ⋯
Replying to @MileySmilerNews and @MileyCyrus
Que asco

---

### Relevant people

**Miley Smiler News**                    Follow
@MileySmilerNews

**wacky**                               Follow
@wacky__ali
Client Partnerships @ TikTok | Ex-
Google, YouTube & RCA Records UK |
all opinions are my own

**Miley Cyrus** ✓                        Follow
@MileyCyrus
M-CEO of Twitter 💙🦋

### What's happening

Television · LIVE
**WWE Monday Night RAW airing
on USA**                                

Trending in United States
**Died Suddenly**
41.3K Tweets

Sports · Trending
**#WWERaw**💖❤️
Trending with Dominik, Sheamus

Sports · Trending
**Lane Kiffin**
5,646 Tweets

Trending in United States
**John Sutcliffe**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

### Left sidebar

🐦

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

Tweet

P  **Perkowski Legal P.C.**      ⋯
   @c_perkowski

# Tweet

**not kendall**
@envykendall

## the prettiest



Kendall and amina

2:29 PM · Sep 29, 2021 · Twitter for iPhone

**153** Retweets  **4** Quote Tweets  **1,013** Likes

Tweet your reply

Reply

**Hawa Camara** @HawaCam51844401 · Sep 30, 2021
Replying to @envykendall @KendallJenner and @kendallssmeow
Beautiful 👌🥰

1

---

## Relevant people

**not kendall** — @envykendall
Follow
fan account

**Kendall** ✓ — @KendallJenner
Follow
@drink818 on Instagram and Twitter

**amina** — @kendallssmeow
Follow
"…i hope you're well, sending all the love in these dark times 🤍🙏🤍" - Kendall

## What's happening

FIFA World Cup · LIVE
**Mexico vs Poland**

#AvatarTheWayOfWater🧜
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Music · Trending
**Devil In A New Dress**

Trending in United States
**#SeleccionMexicana**🇲🇽
9,488 Tweets

Politics · Trending
**Naomi Biden**
1,905 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More …
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

# Home
# Explore
# Notifications
# Messages
# Bookmarks
# Lists
# Profile
# More

**Tweet**

← Tweet

**DAKOTA** 💜 💙
@tender_DMJ

···

A girl who can be both ❤️



4:45 AM · Feb 6, 2019 · Twitter for iPhone

**6** Retweets    **23** Likes

Tweet your reply                                    Reply

## Relevant people

**DAKOTA** 💜 💙
@tender_DMJ                                    Follow

Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

## What's happening

Formula 1 · 2 hours ago
Abu Dhabi Grand Prix 2022

#Disenchanted 😈
Original movie now streaming
Promoted by Disney+

Trending in California      ···
**Shakira**
101K Tweets

Trending in California      ···
**Rigged**
40.2K Tweets

Only on Twitter · Trending      ···
**Jason David Frank**
83.1K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.



← **Tweet**



**Frame Stan**
@framestan                                              ···

## Dakota Johnson filming Madame Web (2023)



4:57 PM · Aug 7, 2022 · Twitter Web App

**15** Retweets    **47** Likes

🗨        ⇄        ♡        ⬆

 Tweet your reply                    Reply

🔍 Search Twitter

**Relevant people**

 **Frame Stan**          Follow
@framestan
Covering entertainment, pop culture,
music & everything internet.

**What's happening**

Television · 3 hours ago
**Saturday Night Live airing on
NBC**                                      

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
📢 Promoted by Uber

Trending in California                        ···
**#DonaldTrump**
Trending with Vox Populi

Trending in California                        ···
**Elite**
144K Tweets

Music · Trending                              ···
**Elton John**
5,443 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.    ···
@c_perkowski



Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Tweet



AP
@altapeli

Zendaya en imágenes desde el set de #Challengers, nueva película de Luca Guadagnino.



6:38 AM · May 9, 2022 · Twitter Web App

9 Retweets 31 Likes





Tweet your reply



Reply

Search Twitter

Relevant people



AP
@altapeli



Follow

Cuenta oficial de AltaPeli.com - Cine / Series / Críticas / Noticias / Videojuegos

What's happening

Television · Starts at 7:00 PM
Saturday Night Live airing on NBC



#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
HE'S BACK
113K Tweets

Music · Trending
#AMAsFanFavorite
1.62M Tweets

Music · Trending
Chris Brown
45.1K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

**Perkowski Legal P.C.** ...
@c_perkowski



Tweet



**Male Celeb Hotties**
@jaymalecelebs

## When you can't decide what to wear



11:16 PM · Feb 18, 2020 · Twitter for Android

**8** Retweets   **1** Quote Tweet   **111** Likes

Q Search Twitter

## Relevant people



**Male Celeb Hotties**
@jaymalecelebs

Follow

Just a bi guy bringing you hot male celeb content to lust over! DM's are always open! Have fun! 😝 18+

## What's happening

Television · LIVE
**Bachelor in Paradise airing on ABC**



**#AvatarTheWayOfWater** 💧
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in United States
**RIP Harold**

Trending in California
**Hooters**
8,240 Tweets

Bachelor in Paradise · Trending
**Greg Grippo**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

 Tweet your reply

Reply

**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**

**La Cosa Cine** ✔
@lacosacine

···

❄️ ¡Primer vistazo a #DakotaJohnson en el set de #MadameWeb!



11:30 AM · Jul 26, 2022 · Twitter for Android

**14** Retweets   **4** Quote Tweets   **189** Likes

💬   🔁   ♡   ⬆️

---

Perkowski Legal P.C.   ···
@c_perkowski

Ⓟ  Tweet your reply                    Reply

**Nina** 🎃 @giannina2m · Jul 26
Replying to @lacosacine
Tiene un lejos a Demi Moore 😍

💬   🔁   ♡ 1   ⬆️

**Adrián**🐦💜💙 💗 GFRIEND FOREVER @AdriBuddy · Jul 26
Replying to @lacosacine
:v



GIF | ALT

💬   🔁   ♡ 1   ⬆️

**Aldi** 💚🇲🇽 @Aldy__ok · Jul 26
Replying to @lacosacine
Tan diosa

💬   🔁   ♡   ⬆️

---

**Home**
# **Explore**
🔔 **Notifications** 1
✉️ **Messages**
🔖 **Bookmarks**
**Lists**
👤 **Profile**
··· **More**

**Tweet**

---

🔍 Search Twitter

**Relevant people**

**La Cosa Cine** ✔    Follow
@lacosacine
🎥🎬📷 Cine y Series. Tu comunidad, tu revista 🎬 web@lacosacine.com | ✒️
@guillohernandez @jessiblady
@lluagosta @macareynolds
@cynthiaonfilms

**What's happening**

NBA · LIVE
**Trail Blazers at Bucks**

Entertainment · Trending
**Died Suddenly**
47.9K Tweets

Sports · Trending
**Greg Dortch**
Trending with #BirdCityFootball 🐦

Family drama · Trending
**#GTMcontest12**

Sports · Trending
**Lane Kiffin**
Trending with Auburn

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

— https://twitter.com/mileyupdates/status/1351539292959551491 — at — 2022-11-20 12:49:55 -08:00 —

← **Tweet**

This Tweet is from a suspended account. Learn more

**Erwin Bertrand** @ErwinBertrand · Jan 19, 2021
Replying to @MileyUpdates
Gucci ! @KylieJenner ! ;)

💬          ⟲ 1                    ♡ 1                    ⬆️

**Miley Cyrus Promo** 💕 @MileyPromoter · Jan 19, 2021
Replying to @MileyUpdates
Share king!!

 **Miley Cyrus Promo** 💕 @MileyPromoter · Jan 19, 2021
'This is Miley Cyrus' Spotify playlist has 356.7k likes 📛

Make sure to liked and share it!!!

open.spotify.com/playlist/37i9d...
Show this thread

💬          ⟲                    ♡ 2                    ⬆️

 **Perkowski Legal P.C.**  ...
@c_perkowski

https://twitter.com/dopeyton/status/1541556206217519706

Homo Honey
@DisPeyton

ok hear me out, what if we replaced ken and gave
Barbie another Barbie...



4:36 PM · Jun 27, 2022 · Twitter for iPhone

63 Retweets   10 Quote Tweets   908 Likes

Tweet your reply                                    Reply

Homo Honey @DisPeyton · Jun 28
Replying to @DisPeyton
OK! PLOT! TWIST!

America Ferrera

3         73

Homo Honey @DisPeyton · Jun 28
Not me forgetting to crop the just Jared screenshot OH GOD

1         11

Ryan @ThatsSoRyannn · Jun 27
Replying to @DisPeyton
Ok and somehow we bring K stew into the mix and we have a lesbian Barbie
love triangle... hear me out

1         11

Homo Honey @DisPeyton · Jun 27
Replying to @ThatsSoRyannn
Oh you know I'm already ten steps ahead of you here baby !!

12

Lewis Dix, SR. @DixSR · Jun 27
Replying to @DisPeyton
THAT WOULD WORK

1

Angel Payne Author @AngelPayneWrtr · Jun 27
Replying to @DisPeyton
So down for this idea.

wry dyke! @Cbsqrvations · Jun 27
Replying to @DisPeyton
I think you may already have the most realistic picture for that scenario

1

Fu Cookies20 @FCookies20 · Jun 27
Replying to @DisPeyton and @WrittenByHanna
Tasting
Taste

---

Relevant people

Homo Honey
@DisPeyton                          Follow
"a sellout" - my dad
peytondix@gmail.com

What's happening

FIFA World Cup · LIVE
Senegal vs Netherlands

Trending in United States
Chocolate and Chip

Trending in United States
Sarr
6,125 Tweets

Gaming · Trending
#ExploreBlackreef

Trending in California
Dodger Stadium
14.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

---

Perkowski Legal P.C.
@c_perkowski

— https://twitter.com/khloedaily/status/1512487837446279169 — at — 2022-11-22 00:02:15 -08:00

**Tweet**



**Khloé Kardashian Daily**
@KhloeDaily

Khloé Kardashian at the Los Angeles premiere of Hulu's #TheKardashians 🄺



10:49 AM · Apr 8, 2022 · Twitter for iPhone

**2** Retweets    **10** Likes

   Tweet your reply

Reply

Q Search Twitter

**Relevant people**

 **Khloé Kardashian Daily**   Follow
@KhloeDaily

the very first and original fansite dedicated to Khloé Kardashian (original account deleted at 79k)

**What's happening**

NFL · 3 hours ago
**49ers at Cardinals**



Home
Explore
Notifications
Messages
Bookmarks

← **Tweet**

This Tweet is from a suspended account. Learn more

**liv** @astrebandit · Oct 7, 2020
Replying to @larrydetetive
a roupinha nhonhonho

**ju.¥ VIU O LOUIS** @niallhazzacakes · Oct 7, 2020
Replying to @larrydetetive
O estilo desse homem é outro nivel



0:08   47 views

**Damcrf💙💜 민기** @Dambtslouis12 · Oct 7, 2020
Replying to @larrydetetive
Vamos ver quantas horas pra dizerem q ele tá com alguma dessas mulheres
1               28

Show replies

**evelyn** @CaboomPrim · Oct 7, 2020
Replying to @larrydetetive
Quero alguém que me ame igual o h ama esse sapato

**izzy** @artjisng · Oct 7, 2020
Replying to @larrydetetive
as perna torta kksksmwksk

**CaraҲ é #lula13** @Lstark2825 · Oct 7, 2020
Replying to @larrydetetive
E percebemos q o H só tem um sapato kkkkkkkkkk
3

**bad liar** @tiny_girll8 · Oct 7, 2020
Replying to @larrydetetive
quem é essa moça com ele? Só uma curiosidade...

**maria** @louehs91 · Oct 7, 2020
Replying to @larrydetetive
se liga no estilo
1               4

Show replies

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**Flávia** @Flavia_Lima28 · Oct 7, 2020
Replying to @zialleloulou and @larrydetetive
Não não, a cou cou é mais magra e o cabelo é diferente, acho que é ela não

**carolina** @vanilleloule · Oct 7, 2020
Replying to @larrydetetive
@fafikrahe ooooo

This Tweet was deleted by the Tweet author. Learn more

Show replies

— https://twitter.com/CevansContents/status/158064571182129561б __ et __ 2022-11-20 12:25:05 -08:00

← **Tweet**

**Chris Evans Content**
@CevansContents

📸| New Chris Evans filming 'Red One' in Atlanta.



12:44 PM · Oct 13, 2022 · Twitter for Android

**39** Retweets   **3** Quote Tweets   **320** Likes



Tweet your reply                    **Reply**

**Anju Khanna** @AnjuKha00887048 · Oct 13
Replying to @CevansContents
Wow lost Wright more dashing

**Joan** @joans3627 · Oct 13
Replying to @CevansContents
Wish I was there 💕🖤

**Perkowski Legal P.C.**
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

**Chris Evans Content**            Follow
@CevansContents
Chris Evans Content / photos / gifs / videos | fan account

**What's happening**

Formula 1 · 5 hours ago
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 🧙
Original movie now streaming
📢 Promoted by Disney+

Trending in United States
**Rest In Peace**
49.3K Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Kevin Conroy

Entertainment · Trending
**Morgan Freeman**
189K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

__ https://twitter.com/nanfixus/status/1088606170807222785 __ el __ 2022-11-19 21:39:30 -08:00

← **Tweet**

 **@nanfixus**
@nanfixus

···

Her back 🔥🔥
#dakotajohnson



5:15 PM · Jan 24, 2019 · Twitter for Android

**4** Retweets   **22** Likes

💬   🔁   ♡   ⬆

 Perkowski Legal P.C.
@c_perkowski ···

 Tweet your reply   Reply

---

🔍 Search Twitter

## Relevant people

 **@nanfixus**   **Follow**
@nanfixus
DJ Fan ❄ Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🇦🇷

## What's happening

Television · 1 hour ago
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

https://twitter.com/Chatterboxfilm/status/14186949553049047712 __of__2022-11-21 18:51:02 -08:00
2022-cv-09462-DMG-ADS  Document 1-15  Filed 12/30/22  Page 35 of 101  Page ID #:1386

← **Tweet**

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊕ More

**Tweet**

Justaregulargone. for a while @feelingjaunty · Jul 23, 2021
900 TYSM never would I have expected to be this far

💬 4   🔁 1   ♡ 8   ⬆️

Justin Blvck @weyrauch35 · Jul 23, 2021
Replying to @feelingjaunty
AYO WHAT



💬 1   🔁   ♡ 1   ⬆️

Justaregulargone. for a while @feelingjaunty · Jul 23, 2021
Replying to @weyrauch35
Yup he is cameoing

💬 1   🔁   ♡ 1   ⬆️

Justin Blvck @weyrauch35 · Jul 23, 2021
Replying to @feelingjaunty
DRUG DEALER?!?!?!?

💬 2   🔁   ♡ 1   ⬆️

Chatter Box Film @Chatterboxfilm
Replying to @weyrauch35 and @feelingjaunty

**That's him on set as the Drug Dealer**



3:10 PM · Jul 23, 2021 · Twitter for Android

**2** Likes

💬   🔁   ♡   ⬆️

📘 Tweet your reply                              **Reply**

Justin Blvck @weyrauch35 · Jul 23, 2021
Replying to @Chatterboxfilm @spidermanworld and @feelingjaunty
he looks more like a college boy dissapointed  that ramen costs 1$ not 99c cuz he poor

💬   🔁   ♡ 1   ⬆️

Justin Blvck @weyrauch35 · Jul 23, 2021
Replying to @Chatterboxfilm @spidermanworld and @feelingjaunty
yes

💬   🔁   ♡ 2   ⬆️

Justin Blvck @weyrauch35 · Jul 23, 2021
Replying to @Chatterboxfilm @spidermanworld and @feelingjaunty
spiderman makes me go yes

💬   🔁   ♡ 2   ⬆️

Show more replies

📄 Perkowski Legal P.C.  ···
@c_perkowski

## Relevant people


Chatter Box Film
@Chatterboxfilm   **Follow**
Pop culture & entertainment news | discussions | reviews for Movie & TV. 🍿
@chatterBFilmDC @ChatterMarvel
Business email:
chatterboxfilm(at)hotmail(dot)com

Justin Blvck
@weyrauch35   **Follow**


Justaregulargone. for...
@feelingjaunty   **Follow**
Ra ra Rasputin Spider-Man fan,SSBU, priv @jauntyrent Rent??
#amagicfamily
#MrDitkovichForDISITMOM
@amagicmantv #rent mr ditkovich is BACK!!

## What's happening

NFL · LIVE
49ers at Cardinals

Entertainment · Trending
**Died Suddenly**
49.1K Tweets

Sports · Trending
**Lane**
Trending with Auburn

Family drama · Trending
**#GTMcontest12**

Events · Trending
**#BlackFriday**
49.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

__ https://twitter.com/ImexIIG/status/1401593882673127431 __ el __ 2022-11-22 10:32:48 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 1-15   Filed 12/30/22   Page 36 of 101   Page ID
#:1387

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

الاحداث حول العالم | 🎌
@ImexIIG

النجم هاري ستايلز (27 عامًا) في علاقته مع الممثلة اوليفيا
وايلد (37 عامًا). 😍

Translate Tweet



10:36 AM · Jun 6, 2021 · Twitter for iPhone

**1** Retweet   **16** Likes

Tweet your reply                                    Reply

The Eman 🦋.. @emandinz · Jun 6, 2021
Replying to @ImexIIG
No I don't ship...

Perkowski Legal P.C.    ...
@c_perkowski

**Relevant people**

الاحداث حول العالم | 🎌       Follow
@ImexIIG
أجمل منصة ترفيهية لأخبار و احداث النجوم
والمشاهير حول العالم | الخاص للدعاية و
الإعلان

**What's happening**

FIFA World Cup · 35 minutes ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🧑‍🦱
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Trending in United States       ...
**Ochoa**
Trending with Poland, #MEXPOL

Sports · Trending            ...
**Cristiano Ronaldo**
Trending with #ManchesterUnited

Trending in California        ...
**Mexicans**
12.4K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

__ https://twitter.com/girlfromaspen/status/1402962868371431426 __ at __ 2022-11-21 18:52:24 -0800 __



← **Tweet**

🔍 Search Twitter

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

⇄ **Kate Retweeted**

 **grace dante**
@misslefroy                                    ···

## henry golding and dakota johnson i agree

 

5:05 AM · Jun 10, 2021 · Twitter for Android

**45** Retweets   **6** Quote Tweets   **398** Likes

💬          ⇄          ♡          ⬆

  Tweet your reply                    **Reply**

## Relevant people

 **Kate**        **Follow**
@girlfromaspen

I dislike negativity so unless I follow you, your replies aren't welcome on my tweets.

 **grace dante**   **Follow**
@misslefroy

"Il fiore che sboccia nelle avversità è il più raro e il più bello di tutti" 🌸 fan account

## What's happening

NHL · Starts at 8:30 PM
**Golden Knights at Canucks**                  

Entertainment · Trending                         ···
**Died Suddenly**
49.3K Tweets

Sports · Trending                                ···
**Lane**
Trending with Auburn

Family drama · Trending                          ···
**#GTMcontest12**

Trending in United States                        ···
**Chrisley**
16K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**   ···
@c_perkowski

__ https://twitter.com/AndyVermaut/status/1313858910994931712 __ at __ 2022-11-19 20:43:43 -08:00 __



← **Tweet**

**Andy Vermaut**
@AndyVermaut

**Bella Hadid Rocks Mesh Crop Top For Early Bday Celebration: Plus 40 More Stars Wearing Trendy Look**
hollywoodlife.com/2020/10/07/bel...



8:09 AM · Oct 7, 2020 · dlvr.it

 


Tweet your reply

Reply

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

Q Search Twitter

## Relevant people


**Andy Vermaut**
@AndyVermaut

Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

Television · 41 minutes ago
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in California
**HELL NO**
45.7K Tweets

Trending in United States
**Best of 7**
7,243 Tweets

Trending in California
**Blocked**
125K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

— https://twitter.com/dstellamaxwell/status/1419381540585447434 __ at __ 2022-11-21 03:47:59 -08:00 __

← **Tweet**

**Stella Maxwell**
@dstellamaxwell

July 24: Stella Maxwell in Los Angeles.



12:38 PM · Jul 25, 2021 · Twitter for iPhone

**6** Retweets    **3** Quote Tweets    **43** Likes

Tweet your reply

Reply

## Relevant people

**Stella Maxwell**
@dstellamaxwell

Follow

This account, dedicated to beautiful Stella Maxwell. #Stellars 🦋

## What's happening

NFL · Last night
**Chiefs at Chargers**

Entertainment · Trending
**Disney**
Trending with Bob Iger, Chapek

Trending in United States
**Schiff**
53.9K Tweets

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Trending in United States
**Spencer Rattler**
2,541 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More •••
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

Search Twitter



**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/AndyVermaut/status/1256083690538807298 __ at __ 2022-11-20 17:21:17 -08:00 __

← Tweet

Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Andy Vermaut**
@AndyVermaut

Travis Scott Celebrates 29th Birthday With New $3 Million Bugatti After Kylie Jenner Confesses Her Love
hollywoodlife.com/2020/04/30/tra...

8:31 PM · Apr 30, 2020 · dlvr.it

Tweet your reply

Reply

**Relevant people**

**Andy Vermaut**
@AndyVermaut

Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

**What's happening**

NFL · 49 minutes ago
**Cowboys at Vikings**

**#Disenchanted** 🌟
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Wayne Brady**
1,046 Tweets

Only on Twitter · Trending
**Tommy**
Trending with Jason David Frank, Power Rangers

Politics · Trending
**AR-15**
54.7K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

___ https://twitter.com/inMARVEL_/status/1556745385724547072 ___ et ___ 2022-11-21 04:15:41 -08:00 ___

← **Thread**

Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**inMARVEL** ❄️ #MarvelStudios #Marvel #Waka... @inMA... · Aug 8 ···

Primer vistazo a Dominique Thorne en Iron Heart y con un traje puesto 🔥

La parte del casco se parece bastante a Iron-Man, el resto es muy tosco, más similar a War Machine incluso 👀

#IronHeart #DominiqueThorne
#IronMan #RobertDowneyJr
#Marvel #MCU #DisneyPlus
#MarvelStudios

1       8

**inMARVEL** ❄️ #MarvelStudios #Marvel #WakandaForever
@inMARVEL_

Otras dos por aquí 👆🏻
#IronHeart #DominiqueThorne
#IronMan #RobertDowneyJr
#Marvel #MCU #DisneyPlus
#MarvelStudios

Translate Tweet



1:53 PM · Aug 8, 2022 · Twitter for Android

**5** Likes

Tweet your reply                    **Reply**

Perkowski Legal P.C. ···
@c_perkowski

**Relevant people**



inMARVEL ❄️ #Marv...    **Follow**
@inMARVEL_

Aquel que disfrute del contenido de Marvel Studios, si es digno, poseerá el poder de saber todo acerca del MCU. ¡Sígueme y sé un Nuevo Vengador! 👊�) 🦸

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Music · Trending
**Kelly Rowland**
19.7K Tweets

Trending in United States
**#raidernation** 🏴‍☠️
10.1K Tweets

Trending in United States
**Bob Iger**
Trending with  Disney, Chapek

Trending in United States

https://twitter.com/cravemedia_/status/1551996506349117441 __el __ 2022-11-20 17:04:40 -08:00
Case 2:22-cv-09462-DMG-ADS Document 1-15 Filed 12/30/22 Page 42 of 101 Page ID #:1393

.
@cravemedia_



11:22 AM · Jul 26, 2022 · Twitter for Android

**92** Retweets  **112** Quote Tweets  **1,121** Likes

Tweet your reply                                    Reply

J2KO @JSPIDEY015 · Jul 26
Replying to @cravemedia_ and @216_TheOne

[reply image]

♡ 7

@popstylefor30 · Jul 28
Replying to @cravemedia_
@zachdreams look at our girl :3
💬 1                              ♡ 1

Zach ⚡0 @zachdreams · Jul 28
Replying to @popstylefor30 and @cravemedia_
I don't like this.
💬 1                              ♡

Show replies

**Relevant people**

.
@cravemedia_        Follow
Media account for @FilmUpdates

**What's happening**

NCAA Men's Basketball · LIVE
**Panthers at Cyclones**



#Disenchanted 🧹
Original movie now streaming
▷ Promoted by Disney+

Sports · Trending
**Hackett**
7,764 Tweets

Trending in United States
**Hive**
34.8K Tweets

Trending in United States
**Utah**
Trending with Oregon

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊕ More

**Tweet**



**TRAVIS SCOTT FANS** 🔥 ✓
@LaflameScott

Unreleased color way ✓✓ 👀

👤 Jordan

11:50 AM · Feb 17, 2021 · Twitter for iPhone

**174** Retweets  **32** Quote Tweets  **3,134** Likes

💬  🔁  ♡  ⬆️

🅿️ Tweet your reply                    **Reply**

**21ᴠɪᵀ³ɪɴ** @trvis_vv · Feb 17, 2021
Replying to @LaflameScott and @Jumpman23
firts
💬  🔁  ♡  ⬆️

**through the late night** @Sffbjpg · Feb 18, 2021
Replying to @LaflameScott and @Jumpman23
currently over analyzing all his outfits to correlate style evolution to musical
evolution with utopia
💬  🔁  ♡  ⬆️

**Kristofer Pendra** @PendraKristofer · Feb 18, 2021
Replying to @LaflameScott and @Jumpman23
They look fire ngl
💬  🔁  ♡  ⬆️

**Too late** ● 🔒 @T00_Late__ · Feb 17, 2021
Replying to @LaflameScott and @Jumpman23

trabis

💬  🔁 2  ♡ 14  ⬆️

**Diddler From Da 9** @blightset · Feb 24, 2021
Replying to @LaflameScott and @Jumpman23
YEAH! YEAH!
💬  🔁  ♡  ⬆️

**perc30** @percTecs · Feb 17, 2021
Replying to @LaflameScott and @Jumpman23
niceeeeee
💬  🔁  ♡  ⬆️

**otis** @otis63175548 · Feb 17, 2021
Replying to @LaflameScott and @Jumpman23
Is the skin coming back for fortnite
💬  🔁  ♡  ⬆️

This Tweet was deleted by the Tweet author. Learn more

**Show replies**

**Relevant people**



**TRAVIS SCOTT FA...** ✓    **Follow**
@LaflameScott
Official Fan Page Of: @trvisXX • La
Flame Follows

**Jordan** ✓    **Follow**
@Jumpman23
✓ Official
#JUMPMAN

**What's happening**

FIFA World Cup · Last night
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater** 🐋
Get tickets now - In theaters December 16
📹 Promoted by Avatar

Trending in California
**Lucas**
152K Tweets

Chain restaurants · Trending
**Hooters**
6,376 Tweets

Trending in United States
**Francia**
107K Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**



**Infos Séries**
@SeriesUpdateFR

⋯

Sebastian Stan, Anthony Mackie et Emily VanCamp sur le tournage de la série #TheFalconandtheWinterSoldier de Disney+.



1:50 PM · Dec 23, 2019 · Twitter for Android

**104** Retweets   **17** Quote Tweets   **340** Likes

💬         🔁         ♡         ⬆️

  **P**  Tweet your reply         Reply

⚡ @freguzia · Dec 26, 2019   ⋯
Replying to @SeriesUpdateFR
J'arrive pas à croire que c'est entrain de se faire 😍😍😭

💬         🔁         ♡         ⬆️

**J_Hunt_76** @J_Hunt_76 · Dec 23, 2019   ⋯
Replying to @SeriesUpdateFR
C'est pas plutôt Captain America and the winter soldier ^^

💬         🔁         ♡ 1       ⬆️

---

🔍 Search Twitter

### Relevant people

**Infos Séries**
@SeriesUpdateFR    **Follow**
Bienvenue sur votre premier compte source français sur toutes vos séries, films et plateformes de streaming préférées. 📺:
seriesupdatefr@gmail.com

### What's happening

FIFA World Cup · LIVE
**USA vs Wales**

Entertainment · Trending   ⋯
**Julia Fox**
5,721 Tweets

Trending in United States   ⋯
**1-0 USA**
17.9K Tweets

Trending in United States   ⋯
**#BudweiserFWC**
Trending with Dest, McKennie

Trending in United States   ⋯
**$TSLA**
14.7K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
Lists
👤 Profile
⊙ More

**Tweet**

**Perkowski Legal P.C.**  ⋯
@c_perkowski

← **Tweet**

**AP** ✓
@altapeli    ...

¿Flashback? ¿Viajes en el tiempo? Nuevas imágenes desde el set de #Avengers #InfinityWar

Translate Tweet



5:27 AM · Jan 11, 2018 · Twitter for Android

**3** Retweets    **1** Quote Tweet    **32** Likes

💬    🔁    ♡    ⬆

**Tweet your reply**    Reply

**Papá Nata** 💚 @Natasiete · Jan 11, 2018    ...
Replying to @altapeli
El peor traje del Capi en el MCU.

💬    🔁    ♡    ⬆

**Relevant people**

**AP** ✓
@altapeli    Follow

Cuenta oficial de AltaPeli.com - Cine / Series / Críticas / Noticias / Videojuegos

**What's happening**

Television · 5 hours ago
**Last Week Tonight With John Oliver airing on HBO**

Sports · Trending    ...
**#kcvslac**
Trending with Kelce, Chargers

Trending in United States    ...
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States    ...
**Hive**
50.5K Tweets

Trending in United States    ...
**Maher**
22.2K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

__ https://twitter.com/ahoybieber/status/1371267309382291456 __ at __ 2022-11-21 12:34:11 -08:00 __



← **Tweet**

 ...
@AhoyBieber

## Why is he the most precious person to ever bless this earth 🥹



6:09 PM · Mar 14, 2021 · Twitter for iPhone

**5** Retweets    **13** Likes

    

 Tweet your reply    Reply

---

Q Search Twitter

### Relevant people

 ...
@AhoyBieber    Follow
I loved bieber before it was cool.
@justinbieber

### What's happening

FIFA World Cup · LIVE
**USA vs Wales**


Trending in United States
**WHAT A SAVE**
8,043 Tweets

Sports · Trending
**Charles Barkley**
5,964 Tweets

Trending in United States
**Medford Messi**

Entertainment · Trending
**julia fox**
6,189 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 Home
# Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/El_loco_series/status/1552225612982638545 __ at __ 2022-11-21 19:04:52 -08:00 __



**Tweet**



Search Twitter

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

 **El loco de las series**
@El_loco_series

Dakota Johnson en el set de "Madame Web".

 

2:33 AM · Jul 27, 2022 · Twitter Web App

2 Likes


Tweet your reply

Reply



Perkowski Legal P.C.
@c_perkowski

### Relevant people

 **El loco de las series**
@El_loco_series

Follow

Recomendaciones de películas y series. Cubrimos el día a día de la cultura geek. En Instagram tienen reseñas!

### What's happening

NBA · Starts at 7:30 PM
**Jazz at Clippers**

Entertainment · Trending
**Died Suddenly**
50.2K Tweets

Sports · Trending
**Lane**
Trending with Auburn

Sports · Trending
**Grupo Firme**
Trending with #NFLMexicoGame

Trending in United States
**EA Sports**
1,861 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/biebernovidade/status/1443051619356421695 _ut _2022-11-22 09:18:56 -08:00
ur22-cn-09462-DMG-ADS Document 1-15 Filed 12/30/22 Page 48 of 101 Page ID #1399



Relevant people

**Bieber Novidade**
@biebernovidade    [Follow]
Fan Account | Há 7 anos aqui sua melhor e mais completa fonte de informações acerca do cantor Justin Bieber. jbiebernovidade@gmail.com

What's happening

FIFA World Cup · LIVE
México vs Poland

#AvatarTheWayOfWater
Get tickets now · In theaters December 16
Promoted by Avatar

Betty White · Trending
**Betty White**

Trending in California
**Mexicans**
9,452 Tweets

Events · Trending
**NO ERA PENAL**
3,461 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

__ https://twitter.com/allinitdrews/status/1323401404212531201 __ at __ 2022-11-21 10:32:12 -08:00

← **Tweet**



sam
@allinitdrews

i have so many questions



3:07 PM · Nov 2, 2020 · Twitter for iPhone

7 Likes

Tweet your reply                                    Reply

· @agg1998_ · Nov 2, 2020
Replying to @allinitdrews
lmao whats this 😂

**Relevant people**

sam                                                 Follow
@allinitdrews
fan account; justin followed 9.14.19

**What's happening**

FIFA World Cup · 1 minute ago
Senegal vs Netherlands



Trending in United States
Mendy
Trending with Robyn

Trending in California
Dodger Stadium
14K Tweets

Trending in United States
#TeamUSA🇺🇸
1,185 Tweets

Sports · Trending
Pettitte

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

Q Search Twitter

- 🏠 Home
- # Explore
- 🔔 Notifications
- ✉️ Messages
- 🔖 Bookmarks
- 🗒 Lists
- 👤 Profile
- ⊙ More

**Tweet**

**Movie News**
@movies_popcorn

الصور الاولى من موقع تصوير الموسم الثالث من مسلسل
Stranger Things



11:00 AM · Jul 10, 2018 · TweetDeck

**10** Retweets   **8** Quote Tweets   **25** Likes

💬   🔁   ♡   📤

P Tweet your reply                          Reply

**Relevant people**

 **Movie News**   **Follow**
@movies_popcorn
اخر اخبار الفن السابع ونجوم هوليود و
مشاهير العالم لحظة بلحظة

**What's happening**

FIFA World Cup · 24 minutes ago
**Senegal vs Netherlands**

Sports · Trending
**Charles Barkley**
4,836 Tweets

Trending in United States
**Senegal**
Trending with Mendy, #SENNED

Trending in United States
**Hive**
102K Tweets

Music · Trending
**#askmeek**
3,819 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C. ···
@c_perkowski

__ https://twitter.com/nacaomarvel/status/1363617486530816008 __ sd __ 2022-11-21 22:47:16 -08:00 __ Case 22-cv-09462-DMG-ADS __ Document 1-15 __ Filed 12/30/22 __ Page 51 of 101 __ Page ID #:1402

← **Thread**

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski  ...

Search Twitter

**NAÇÃO MARVEL | fan club**
@nacaomarvel   ···

KATE BISHOP 🏹 Hailee Steinfeld no set de **#Hawkeye**
(via: **@CreamOrScream**)



2:31 PM · Feb 21, 2021 · Twitter for Android

65 Retweets   29 Quote Tweets   554 Likes

Tweet your reply                                    **Reply**

**NAÇÃO MARVEL | fan club** @nacaomarvel · Feb 21, 2021
Replying to @nacaomarvel
mais fotinhas da nossa pinxesa Hailee Steinfeld

♡ 21   ♥ 126

**Marcos P San · Billy Kaplan Bishop ...** @NovoPrín... · Feb 21, 2021
Replying to @nacaomarvel and @CreamOrScream
Ela tá perfeita, combinou muito como a Kate

♡ 1   ♥ 3

**c.** @nebcarinae · Feb 21, 2021
Replying to @nacaomarvel and @CreamOrScream
Será que vai ter o Clint trocando de roupa no carro e a Kate observando
julgando igual nas hqs? Kakakaka

♥ 1

**xulin** 🅟 @ojuliocvf · Feb 23, 2021
Replying to @nacaomarvel and @CreamOrScream
@Leticiamgc__

**Relevant people**



**NAÇÃO MARVEL | fa...**
@nacaomarvel        **Follow**
🇧🇷 O maior fã-clube da Marvel no
Brasil e #2 do mundo | por @kainyall
& @thurstopper | 🎙️ @PodcastNM |
📧 nacaomarvelofc@gmail.com

**Cora Ventura**
@CreamOrScream      **Follow**
Venting account for all things great
and small such as #Marvel and
#DCComics, #Netflix, #Gaming #Films,
and also a Media Account. Supporter
of #AmberHeard 🦋

**What's happening**


Sports · LIVE
**2022 FIFA World Cup**

Entertainment · Trending
**Died Suddenly**
70K Tweets

Trending in United States
**Ramey**
2,027 Tweets

Trending in California
**Mexicans**
6,312 Tweets

Trending in United States
**August Alsina**
Trending with Jada, #TheSurrealLife

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/pfollowjbhelp/status/966131475186900994 __ et __ 2022-11-22 00:43:57 -08:00

← **Tweet**

ProjetoFollowJB Help
@PfollowJBHelp                                      ···

## AAAAAAAAAAAAA



6:04 PM · Feb 20, 2018 · Twitter for iPhone

**130** Retweets   **24** Quote Tweets   **269** Likes

---

**Tweet your reply**                              Reply

lua @lualbf · Feb 20, 2018                          ···
Replying to @PfollowJBHelp
Essa foto deles sorrindo agarradinhos meu deus tão linda

jú ⚔🍃 @journalz_ · Feb 20, 2018                    ···
Replying to @PfollowJBHelp
vocês não tem direito de fazer isso com meu coração @selenagomez @justinbieber

Perkowski Legal P.C.
@c_perkowski                                    ···

---

Q Search Twitter

### Relevant people

ProjetoFollowJB Help      Follow
@PfollowJBHelp
Ajudamos as Beliebers a conseguir o
follow do @justinbieber || Fan
Account. 49k sonhos realizados! 💙

### What's happening

Entertainment · LIVE
**Fans wish Kartik Aaryan a happy
birthday** 🎉

#AvatarTheWayOfWater🌊
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
7,090 Tweets

Trending in United States
**Maher**
8,205 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/screenplus/status/1195643250134200325 __ al___2022-11-21 10:05:52 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-15    Filed 12/30/22    Page 53 of 101    Page ID
#:1404

Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Recommend Mix - أفلام اقتراحات**
@Recommendmix

سيباستان ستان في موقع تصوير مسلسل مارفل الجديد The
Falcon And The Winter Soldier.



2:02 AM · Nov 16, 2019 · Twitter Web App

18 Retweets    10 Quote Tweets    292 Likes

Tweet your reply                                    Reply

ire · @1itsire · Nov 16, 2019
Replying to @Recommendmix and @ScreenMix
Seb :( ❤️❤️❤️❤️❤️❤️

3

@SO727 · Nov 16, 2019
Replying to @Recommendmix
😭😭😭😭

عبدالعالي · @itsjustelfakhry · Nov 16, 2019
Replying to @Recommendmix and @ScreenMix
مفروض يوقفوا أفلام بعد the end game 👏

1

Perkowski Legal P.C.
@c_perkowski

Relevant people

Recommend Mix - أفلام...    Follow
@Recommendmix
حساب لترشيحات الأفلام والمسلسلات
ونشر مقاطع منها تابع لـ @Screenmix

What's happening

FIFA World Cup · 2 hours ago
England vs Iran

Trending in United States
Mendy
47.8K Tweets

YU-GI-OH! · Trending
Mystic Mine

Sports · Trending
Charles Barkley
4,055 Tweets

Trending in United States
Senegal
Trending with De Jong, Gakpo

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

__ https://twitter.com/things_marvel/status/1431058829307912194 __ at __ 2022-11-20 22:39:08 -08:00 __

← **Tweet**

Q Search Twitter

 **All Things Marvel**
@things_marvel  ···

## ภาพล่าสุดของมาร์ติน ฟรีแมน (Everett Ross) จากกองถ่าย Black Panther: Wakanda Forever



5:59 PM · Aug 26, 2021 · Twitter Web App

**96** Retweets   **3** Quote Tweets   **34** Likes

♡        ⟲        ♡        ⬆

 Tweet your reply        Reply

## Relevant people

 **All Things Marvel**        Follow
@things_marvel

News update for THAI fans of @Marvel Cinematic Universe. อัปเดตข่าวของจักรวาลภาพยนตร์มาร์เวลสำหรับแฟน ๆ ชาวไทย

## What's happening

NFL · 2 hours ago
**Chiefs at Chargers**

**#Disenchanted** 🧟
Original movie now streaming
Promoted by Disney+

The Walking Dead · Trending
**Negan**
7,581 Tweets

Trending in United States
**UCLA**
13.3K Tweets

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski  ···

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

**SUMC Direct**
@SUMCDirect

New set photos of Madame Web herself Dakota Johnson!



12:11 AM · Jul 26, 2022 · Twitter for iPad

**7** Retweets  **2** Quote Tweets  **35** Likes

Tweet your reply                                    Reply

**opHIMus prime** @OAFskywalker · Jul 26
Replying to @SUMCDirect
Waiting for the Sydney Sweeney set pics
1                          1

**SUMC Direct** @SUMCDirect · Jul 26
Replying to @OAFskywalker
We will report if any show up!
2

**Venom 3 News** @StripeX30 · Jul 26
Replying to @SUMCDirect
Waiting for Isabela Merced set pics
1

**Andrew Joseph Italian** @andrew_italian · Jul 26
Replying to @SUMCDirect
So Julia is not blind yet in this scene

**roronoa solo** @GriceSolomon · Jul 26
Replying to @SUMCDirect
Dope dope 🙌🏾🙌🏾🙌🏾

**Relevant people**

**SUMC Direct**
@SUMCDirect                    Follow
SUMC Direct, the home of Sony's Marvel characters news. Reliable news and one of a kind content for everything Sony's Universe of Marvel Characters.

**What's happening**

NFL · LIVE
49ers at Cardinals

Entertainment · Trending
**Died Suddenly**
48.5K Tweets

Family drama · Trending
**#GTMcontest12**

Trending in United States
**Tampax**
31.9K Tweets

Trending in United States
**#ThingsIOftenQuestion**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/StivIDeTivI/status/1275585769894821012_al_..._2022.71.21.08.64.43.-08.00
Document 1-15   Filed 12/30/22   Page 56 of 101   Page ID
#1407



__ https://twitter.com/ClickySound/status/1239601126984515584 __ at __ 2022-11-19 23:04:36 -08:00 __



← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 **Clicky Sound**
@ClickySound

···

clickysound.com/celebrities-st...  Stars are stocking up on supplies.



10:15 AM · Mar 16, 2020 · Clicky Sound



 Tweet your reply

Reply

**Relevant people**

 Search Twitter

 **Clicky Sound**
@ClickySound
Photography at its Best!

Follow

**What's happening**

Television · 3 hours ago
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States
**Jason David Frank**
1,205 Tweets

···

Trending in United States
**HE'S BACK**
152K Tweets

···

Jungkook · Trending
**jungkook**
1.61M Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**
@c_perkowski   ···

__ https://twitter.com/filmnewsPL/status/1430594759479992321 __ at __ 2022-11-19 18:44:51 -08:00 __

← **Tweet**

 **Film News**
@filmnewsPL

Letitia Wright trafiła do szpitala po tym, jak doznała drobnych obrażeń w wyniku incydentu kaskaderskiego na planie #BlackPantherWakandaForever. Aktorka niedługo ma wrócić do pracy.

Translate Tweet



11:15 AM · Aug 25, 2021 · Twitter for Android

**1** Retweet  **21** Likes

  

 Tweet your reply    Reply

---

## Relevant people

 **Film News**    Follow
@filmnewsPL

🎬 najnowsze wiadomości filmowe - kino polskie i zagraniczne, popularne i niezależne 🎦 kontakt: filmnewspl@gmail.com

## What's happening

Television · Starts at 8:00 PM
**Saturday Night Live airing on NBC**    

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States    ···
**HE'S BACK**
114K Tweets

Trending in California    ···
**Messi**
429K Tweets

Trending in California    ···
**#FIFAWorldCup** 🏆
903K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

 **Perkowski Legal P.C.**    ···
@c_perkowski

← Tweet



**DISNEY FLIX FR**
@disneyflixfr
•••

Félicitations à Jennifer Lawrence qui est enceinte de son premier enfant 😍✨

Translate Tweet




3:19 AM · Sep 9, 2021 · Twitter for iPhone

**4** Retweets   **53** Likes

💬   🔁   ♡   ⬆

P   Tweet your reply   **Reply**

## Relevant people

 **DISNEY FLIX FR**
@disneyflixfr   **Follow**

Toutes les dernières informations sur vos films et séries préférées ✨

## What's happening

FIFA World Cup · This morning
**England vs Iran**


Trending in United States   •••
**Trent Reznor**
11.4K Tweets

Trending in United States   •••
**Combat Mode**
1,517 Tweets

Music · Trending   •••
**soobin**
200K Tweets

Trending in United States   •••
**Tampax**
21.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

### Twitter sidebar

🔍 Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

 **Perkowski Legal P.C.** •••
@c_perkowski

← **Tweet**


**b**
@win_solb                                                                    ⋯

Dakota Johnson was spotted on the set of the movie "Madame Web" in Boston.
Premiere — October 6, 2023!
#DakotaJohnson #MadameWeb #Marvel #Boston #MCU




8:09 AM · Aug 7, 2022 · Twitter for Android

**1** Retweet  **10** Likes

💬          ⇄          ♡          ⬆

  Tweet your reply                                    Reply

---

**Search Twitter**

**Relevant people**

 **b**
@win_solb                                    Follow
me and marvel

**What's happening**

Television · 3 hours ago
**Saturday Night Live airing on NBC**                    

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
◈ Promoted by Uber

Sports · Trending                                    ⋯
**Chip Kelly**
1,080 Tweets

Sports · Trending                                    ⋯
**Pasadena**
1,622 Tweets

Trending in United States                            ⋯
**Blocked**
133K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

  **Perkowski Legal P.C.**   ⋯
@c_perkowski

← **Tweet**

**Movie Crazy Planet** 🎬🍿🎥
@MovieCrazyP                                    ···

📸🎇 DESDE EL SET 🎇📸

## Primeras imágenes de James Marsden y Tika Sumpter en el rodaje de #SonicTheHedgehog2.



👤 Sonic the Hedgehog

6:40 PM · Apr 20, 2021 · Twitter for Android

**1** Retweet    **4** Likes

💬                    ⟲                    ♡                    ⬆️

Ⓟ    Tweet your reply                                    Reply

**Relevant people**

Movie Crazy Planet ...    **Follow**
@MovieCrazyP
💥Noticias, tráilers, pósters, los estrenos más recientes de cine, series y televisión.💥 Síguenos y activa la 🔔 moviecrazyplanet@gmail.com ✉️

Sonic the Hedgehog ✅    **Follow**
@SonicMovie
✅ Official
Watch #SonicMovie2 at home 2DAY! Now on 4K UHD & Blu-ray, Digital, and streaming on Paramount+.

**What's happening**

Television · 2 hours ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
◻ Promoted by Uber

Trending in United States            ···
**HE'S BACK**
153K Tweets

Sports · Trending            ···
**Pasadena**
1,626 Tweets

Trending in United States            ···
**Jason David Frank**
1,005 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

### Sidebar navigation
🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**


Ⓟ **Perkowski Legal P.C.**    ···
@c_perkowski

← **Tweet**

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications ①

—

⇄ Kate Retweeted

**Madame Web News**
@MultiversalWeb  ···

More photos of Dakota on set

#MadameWeb



10:55 PM · Jul 25, 2022 · Twitter for Android

**21** Retweets   **1** Quote Tweet   **110** Likes

💬          ⇄          ♡          ⬆

P  Tweet your reply                    Reply

## Relevant people

**Kate**                              Follow
@girlfromaspen
I dislike negativity so unless I follow
you, your replies aren't welcome on
my tweets.

**Madame Web News**                   Follow
@MultiversalWeb
All the latest news and updates for
'Madame Web' starring Dakota
Johnson and directed by S.J Clarkson,
set to release in July 2023

## What's happening

NFL · Yesterday
**Commanders at Texans**

Music · Trending
**#DavidoAt30**
59.4K Tweets

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States
**#AMAs** 🎤
4.6M Tweets

Trending in United States
**Heisman**
4,681 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

**Fuera de Plano** 🎁 🇦🇷
@FueraPlano
•••

## Primeras imágenes desde el set de 'Loki'. #Loki

Translate Tweet



7:31 AM · Mar 4, 2020 · Twitter for iPhone

1 Retweet

Tweet your reply                    Reply

**Fuera de Plano** 🇦🇷 🇦🇷 @FueraPlano · Mar 4, 2020   •••
Replying to @FueraPlano
Own Wilson y Tom Hiddleston #Loki



**Perkowski Legal P.C.**
@c_perkowski

### Relevant people

**Fuera de Plano** 🇦🇷 🇦🇷      Follow
@FueraPlano
Amantes del cine y las series. Noticias, recomendaciones, reseñas, sorteos y más! Twitch: twitch.tv/fueradeplanoli…

### What's happening

Television · Yesterday
**The Walking Dead airing on AMC**

Music · Trending
**Goodbye Yellow Brick Road**      •••

Music · Trending
**sabrina**                        •••
77.1K Tweets

Trending in United States
**UCLA**                           •••
11.8K Tweets

Music · Trending
**Lionel Richie**                  •••
3,526 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

__ https://twitter.com/FilmDevotion/status/1556745522597306370 __ at __ 2022-11-21 01:46:05 -08:00 __



← Tweet

**Film Devotion**
@FilmDevotion                                                    ···

A look at Anthony Ramos & Dominique Thorne on set for #IronHeart #MarvelStudios




1:53 PM · Aug 8, 2022 · Twitter for iPhone

**1** Retweet    **2** Quote Tweets

💬          ⇄          ♡          ⬆

Ⓟ  Tweet your reply                          **Reply**

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

🔍 Search Twitter

### Relevant people



**Film Devotion**           **Follow**
@FilmDevotion
Devoted to delivering quick and reliable news on all things media related.

### What's happening



NCAA Men's Basketball · This morning
**Cavaliers at Fighting Illini**

Trending in United States                  ···
**Hive**
49.9K Tweets

Trending in United States                  ···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in California                      ···
**#BLACKPINK_WORLDTOUR**
59.6K Tweets

Music · Trending                           ···
**#DavidoAt30**
68.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.    ···
@c_perkowski

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← **Tweet**

**Multiverse Analysis**
@TheAnalystOne                                    ···

First look at Dominique Thorne's Riri Williams in her #Ironheart suit!



11:14 PM · Aug 8, 2022 · Twitter for Android

**1** Retweet   **3** Likes

Tweet your reply                                    Reply

Perkowski Legal P.C.
@c_perkowski                ···

Search Twitter

**Relevant people**

**Multiverse Analysis**          Follow
@TheAnalystOne
Fiction Addict

**What's happening**

Television · Last night
**The Walking Dead airing on AMC**

Music · Trending                         ···
**Billy Joel**
1,292 Tweets

Trending in United States                ···
**Iran**
Trending with England, Wales

Trending in United States                ···
**Bob Iger**
Trending with Disney, Chapek

The Walking Dead · Trending              ···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



__ https://twitter.com/live1dnews/status/1323948529008514177 __ at __ 2022-11-20 22:51:37 -08:00 __

← **Tweet**

**1D Updates**
@Live1DNews

···

Harry and Florence Pugh with their characters' wedding rings on the set of 'Don't Worry Darling' (via @bestofpugh)

3:21 AM · Nov 4, 2020 · Twitter for iPad

**1** Quote Tweet    **22** Likes

💬    🔁    ♡    ⬆️

Ⓟ    Tweet your reply    **Reply**

Search Twitter

### Relevant people

**1D Updates**    **Follow**
@Live1DNews

1D Updates. Paul, Andy, and more follow!

**Florence Pugh Daily**    **Follow**
@bestofpugh

Fan account for Academy Award nominee Florence Pugh. Follow us for daily posts & updates about Hollywood's rising megastar! #TheWonder — Backup: @FPDMedia

### What's happening

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 👸
Original movie now streaming
▶️ Promoted by Disney+

Trending in United States    ···
**Bob Iger**
Trending with Disney, Chapek

Trending in United States    ···
**UCLA**
13.3K Tweets

Trending in United States    ···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski    ···

← **Tweet**

**TheMCUtimes**
@themcutimes                                    •••

#MadameWeb set photos:

(via:instagram.com/p/CjYNUE4Dxi1/...)



10:19 AM · Oct 6, 2022 · Twitter Web App

**7** Likes

Tweet your reply                          **Reply**

---

🔍 Search Twitter

## Relevant people

**TheMCUtimes**                          **Follow**
@themcutimes

Building a community of Marvel
Cinematic Universe fans! 🌐 Get MCU
News, Behind the Scenes, and Updates
here.

## What's happening

Formula 1 · This morning
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in California                    •••
**Rest In Peace**
57K Tweets

Sports · Trending                         •••
**McVay**

Only on Twitter · Trending                •••
**Jason David Frank**
Trending with Power Rangers

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski                              •••



← **Tweet**

Search Twitter

🏠 Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

**Rihanna Navy Brasil | Fan Account** · · ·
@RNavyBrazil

Uma rainha 👑



6:09 PM · May 9, 2022 · Twitter for iPhone

**227** Retweets   **22** Quote Tweets   **3,698** Likes

💬            🔁            ♡            ⬆

P   Tweet your reply                    **Reply**

🧋 @babeboy07 · May 10
Replying to @RNavyBrazil
já poderia ser a capa do #R9 😍❤
💬        🔁        ♡ 1        ⬆

RADI.🏠@radiradioativo · May 9
Replying to @RNavyBrazil
Parece uma foto dos anos 90'... essa mulher é uma obra de arte
💬        🔁        ♡ 3        ⬆

Maycon Viana.♫ #SimBobinha @MayconVinaa · May 9
Replying to @RNavyBrazil
Amooooo 🏆🏆
💬        🔁        ♡        ⬆

Belatto 🥰 @JoohnReal · May 9
Replying to @RNavyBrazil
Amoo ❤
💬        🔁        ♡        ⬆

Leonilda Francisco @LeonildaFranci7 · May 11
Replying to @RNavyBrazil
Linda
💬        🔁        ♡        ⬆

marcela. @marcelatuita · May 9
Replying to @RNavyBrazil
rihanna mulher coloca uma havaianas nesse teu pé

💬        🔁        ♡ 7        ⬆

marcela. @marcelatuita · May 9
Replying to @RNavyBrazil
deusa maravilhosa 💕💕
💬        🔁        ♡ 1        ⬆

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

elsi 🌟❤ @nryelsi · May 9
Replying to @samarona_ and @RNavyBrazil
Ela deve tá segurando pra não nascer taurino, não tem outra explicação
💬        🔁        ♡ 1        ⬆

Perkowski Legal P.C.  · · ·
@c_perkowski

**Relevant people**

**Rihanna Navy Brasil | ...**    **Follow**
@RNavyBrazil
RNB 🟩 | Estamos online desde 2010,
somos o maior e mais completo fã-
clube sobre a cantora Rihanna no
Brasil e em toda a América Latina.
Apoio: @umusicbrasil

**What's happening**

Television · 4 hours ago
**The Walking Dead airing on AMC**

Trending in United States
**Bob Iger**
Trending with Disney, Chapek

Trending in United States
**Auburn**
6,471 Tweets

Sports · Trending
**Toney**
14.8K Tweets

The Real Housewives of Potomac · Trending
**#RHOP**
Trending with Wendy, Robyn

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/allinitdrews/status/1238176917200736256 __ at __ 2022-11-21 13:55:52 -08:00 __

← **Tweet**

 **sam**
@allinitdrews                                    ···

## HIS!!!! HAIR!!!!

 

11:55 AM · Mar 12, 2020 · Twitter for iPhone

**40** Retweets  **1** Quote Tweet  **158** Likes



 Tweet your reply                          Reply

🔍 Search Twitter

### Relevant people

 **sam**                    Follow
@allinitdrews
fan account; justin followed 9.14.19

### What's happening

FIFA World Cup · 24 minutes ago
**USA vs Wales**

Entertainment · Trending                ···
**julia fox**
7,573 Tweets

Trending in United States                ···
**HOW IS THAT NOT A YELLOW**

Entertainment · Trending                ···
**Yann Demange**
Trending with Lovecraft Country, #Blade

Sports · Trending                        ···
**Mexico City**
12.2K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.



Case 2:22-cv-09462-DMG-ADS    Document 1-15    Filed 12/30/22    Page 71 of 101    Page ID #:1422



## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**



**TheGuidance**
@guidance_the

**PRIMER VISTAZOOO!!!**
Just Jared lo hizo de nuevo y nos trae imágenes desde el set de grabación de #bluebeetle donde podemos ver a Xolo Maridueña con el traje completo. Por supuesto, aún le falta su mejoramiento con CGI, pero nos da una idea de como lucirá en la película.

Translate Tweet





2:26 PM · May 25, 2022 · Twitter Web App

**1** Quote Tweet    **1** Like

Tweet your reply

Reply

### Relevant people

**TheGuidance**
@guidance_the

**Follow**

Todo el contenido geek al alcance de tu mano. Noticias, análisis, cómics narrados, curiosidades, etc.

### What's happening

NFL · 1 hour ago
**Browns at Bills**



**#Disenchanted** 🪄
Original movie now streaming
Promoted by Disney+



Trending in California
**Rest In Peace**
58.7K Tweets

Trending in United States
**#FIFAWorldCup** 🏆
Trending with #AMAs 🎤

Sports · Trending
**Romo**
2,870 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.** ···
@c_perkowski



Tweet

This Tweet is from a suspended account. Learn more

**La Ale** @aleprdmfz · Jan 2, 2021
Replying to @Giovanni0217 and @MirreyNoble
@Giovanni0217 salu2, bye.

**chobani** 🐻 @Giovanni0217 · Jan 2, 2021
Replying to @aleprdmfz and @MirreyNoble
Pésimo momento para NO estar en Tulum 😭

**Van Der Isma_NL** @ACerrato · Jan 3, 2021
Replying to @MirreyNoble
Poooooow que lujo ver eso.

**Karen García** @Karen_gr02 · Jan 2, 2021
Replying to @MirreyNoble
@val_loagui fuimos arrastradas por las mismas olas que está pisando Dua
Lipa q bendición

**Tony Parra** @TonyParra09? · Jan 2, 2021
Replying to @Karen_gr02 @MirreyNoble and @val_loagui
jajajajajaja

**Ashley** @ashashqm · Jan 2, 2021
Replying to @MirreyNoble
@fg_roxa

**fefé** @fg_roche · Jan 2, 2021
Replying to @ashashqm and @MirreyNoble
Ahora préstame para que pueda ir a Tulum, porfis 😬

Show replies

**Karla García** @GMaanzanitha · Jan 3, 2021
Replying to @MirreyNoble
@luisggranadosv

**Luis Hinojosa** 🦈 @Luinoj1 · Jan 2, 2021
Replying to @MirreyNoble
Esa del fondo con pelo negro y mechón wero en Tulum se me hace
conocida 😂😂😂😂

**fridamaria.** @fridaarvayo · Jan 3, 2021
Replying to @Luinoj1 and @MirreyNoble
Yo estuve ahí eeee JAJAJAJA

Show replies

**eneyma😷** @emrata06 · Jan 3, 2021
Replying to @MirreyNoble
@Yenushigo

**D A N I E L A** 💃🏻🎉🥂🍾🥳 @DaanniieeeLaa · Jan 3, 2021
Replying to @MirreyNoble
COVIDIOTA😒

**TheVudúQueen** @PamiArredondo24 · Jan 2, 2021
Replying to @MirreyNoble
@RichileGM

**Ricardo Gonzalez** @RichileGM · Jan 2, 2021
Replying to @PamiArredondo24 and @MirreyNoble
De vdd ?

**Estefano González** @estefano_go · Jan 2, 2021
Replying to @MirreyNoble and @Favorit0
Chucha era de haber ido fin de año veeeeeeeeeeew @carlos199617

**pola** 🌸 @PaolaFalcn_ · Jan 2, 2021
Replying to @MirreyNoble
@JorgeCuenk

**Zaid TB** @zaidTB · Jan 2, 2021
Replying to @MirreyNoble
@ErickLabraG

**Erick** 🏀 @ErickLabraG · Jan 2, 2021
Replying to @zaidTB and @MirreyNoble
Muchacha irresponsable que se vaya a encerrar... pero a mi cuarto 🛏️

**Sebssss** @sebastianmtmrs · Jan 2, 2021
Replying to @MirreyNoble and @Favorit0
NOOOOOOO PTM Y ACABO DE ESTAF AHI 😭

**The coolest licenciada in town** @twcittali · Jan 2, 2021
Replying to @MirreyNoble
@fridaarvayo ya t descubrí que eres íntima de la dua lipa

**fridamaria.** @fridaarvayo · Jan 3, 2021
Replying to @twcittali and @MirreyNoble
Mi secreto fue revelado .. jajajajaja

**L E X I** ✨ @alexia_torrees · Jan 2, 2021
Replying to @MirreyNoble
@julioeaj

**Irving GMo** @irvinggmo · Jan 3, 2021
Replying to @MirreyNoble
.

**Jacko** 🦈 @Jack_danniels · Jan 2, 2021
Replying to @MirreyNoble
alguien sabe si estará en octubre? 🤔

**Oswaldo.** @Alaanvegat · Jan 2, 2021
Replying to @MirreyNoble
@jaquico

**Diana** @dianelenc · Jan 3, 2021
Replying to @MirreyNoble and @Javier_Vab
@marianagglez salúdame a Dua pls

**JHuguinho #90** @huguinhogaucho · Jan 2, 2021
Replying to @MirreyNoble
Con quien tengo que hacer pacto para estar allí?

**Daniel R** @SSUINSMENT · Jan 2, 2021
Replying to @MirreyNoble
@lavohdzc

https://twitter.com/pfollowjbhelp/status/953068186701993932 __ et__ 2022-11-22 00:49:31 -08:00



**Tweet**

Search Twitter

### Relevant people



ProjetoFollowJB Help
@PfollowJBHelp

**ProjetoFollowJB Help**
@PfollowJBHelp    Follow

Ajudamos as Beliebers a conseguir o
follow do @justinbieber || Fan
Account. 49k sonhos realizados! 💙

#iHeartAwards #BestFanArmy #Beliebers





4:55 PM · Jan 15, 2018 · Twitter for iPhone

72 Retweets    33 Likes

Tweet your reply    Reply

carlos @askhalsey · Jan 15, 2018
Replying to @PfollowJBHelp
twitter.com/OnTheEdgeV/sta...

VOTEM NA STEPHANY quem puder obrigado ♡

PLEASEEE

This Tweet is unavailable.

### What's happening

Sports · LIVE
**2022 FIFA World Cup**



#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
7,127 Tweets

Trending in United States
**August Alsina**
Trending with Jada, #TheSurrealLife

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



Perkowski Legal P.C.
@c_perkowski

← **Tweet**

**sam**
@allinitdrews

···

his smile makes me so happy



6:14 PM · Mar 14, 2021 · Twitter for iPhone

5 Likes

Q Search Twitter

**Relevant people**

**sam**
@allinitdrews
Follow

fan account; justin followed 9.14.19

**What's happening**

FIFA World Cup · 4 hours ago
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🌊
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Celebrities · Trending                    ···
**Tom Hanks**
7,380 Tweets

Trending in California                    ···
**Lucas**
151K Tweets

Trending in California                    ···
**Mexico City**
18.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Tweet your reply

Reply

Perkowski Legal P.C.
@c_perkowski   ···

https://twitter.com/cravemedia_/status/1581235413561155586 __ ell__ 2022-11-19 23:28:38 -08:00
22-cv-09462-OMG-ADS Document 1-15 Filed 12/30/22 Page 75 of 101 Page ID #:1426



# Tweet

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

@cravemedia_



3:47 AM · Oct 15, 2022 · Twitter for iPhone

56 Retweets    59 Quote Tweets    737 Likes

Tweet your reply                          Reply

**Christina** @cryptstlina · Oct 17
Replying to @cravemedia_
SHPLOOSH

@fishSalmon5 · Oct 15
Replying to @cravemedia_
jumpscare
1

**Anthony** @sithsrevng_ · Oct 15
Replying to @fishSalmon5 and @cravemedia_
nicki
1

Show replies

**seth travis** @sethtravis · Oct 15
Replying to @cravemedia_
2003?

**Lizgit** @lizgit · Oct 15
Replying to @cravemedia_

GIF

**Anthony** @sithsrevng_ · Oct 15
Replying to @cravemedia_
he needs me
3

**jett** @eillibeilish · Oct 15
Replying to @cravemedia_
hot
2

**jett** @eillibeilish · Oct 15
Replying to @cravemedia_
he needs to top me
1

**rie's bff eric is back !!** @hstancy · Oct 15
Replying to @cravemedia_
jumpscare
1    2    7

Show replies

**jett** @eillibeilish · Oct 15
Replying to @cravemedia_
he can top me
2

Show more replies

Search Twitter

**Relevant people**

@cravemedia_                          Follow
Media account for @FilmUpdates

**What's happening**

Television · 3 hours ago
Saturday Night Live airing on
NBC

#GetYourRideRight
Book your ride up to 30 days ahead with Uber
Reserve
Promoted by Uber

Sports · Trending
Pasadena
1,602 Tweets

Music · Trending
Adele
53.5K Tweets

Trending in United States
Jason David Frank
1,358 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C. ···
@c_perkowski

Tweet

← Thread

**DC da Depressão**
@Dc_da_depressao

**☆ Fotos do set de Shazam! Fury of The Gods revelam o visual de Helen Mirren como Hespera, uma das filhas de Atlas.**



3:13 PM · Jun 21, 2021 · Twitter for Android

**55** Retweets   **15** Quote Tweets   **1,109** Likes

**Relevant people**

**DC da Depressão**   Follow
@Dc_da_depressao
Me diz, você nos segue? Vai seguir 👀 || Uma das maiores fan-pages da DC no Instagram e no Twitter 💙

**What's happening**

FIFA World Cup · 1 hour ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16

Trending in United States
**#FRAAUS**
Trending with Milappo, Australia

Celebrities · Trending
**Tom Hanks**
4,832 Tweets

Trending in California
**Mexicans**
13.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🪶 Tweet your reply                        Reply

**DC da Depressão** @Dc_da_depressao · Jun 21, 2021
Replying to @Dc_da_depressao
Via @JustJared
♡ 1   ⟲ 7   ♡ 21

**Vinícius** @Vinicius05452381 · Jun 21, 2021
Replying to @Dc_da_depressao
Tá TD muito lindo nesse filme... Que venham tempos de glória para nós, os dcnautas
♡   ⟲   ♡ 1

**felipe** @sifelipenn · Jun 21, 2021
Replying to @Dc_da_depressao
hmm... ok
♡   ⟲   ♡

**Jurídico Robin Buckley 💜** @DanielaLimaChy · Jun 21, 2021
Replying to @Dc_da_depressao
ADM, avisa que se vazar Lucy Liu no suit eu vou morrer de surtos...
♡   ⟲   ♡ 1

**Caio of Steel** @KayoloviovichS · Jun 21, 2021
Replying to @Dc_da_depressao
As roupas perfeitas meu pai, scr 😭😭
♡   ⟲ 1   ♡ 1

**l. ricardo 🔱** @BCanary45 · Jun 21, 2021
Replying to @Dc_da_depressao
Ela já fez um filme DC né, aquele RED
♡   ⟲   ♡ 1

**Scorsese ratiador** @Scorsese_Careca · Jun 21, 2021
Replying to @Dc_da_depressao
Isso vai ser uma bomba radioativa, vão transformar as salas de cinema em Chernobyl
♡ 2   ⟲   ♡ 1

**DC da Depressão** @Dc_da_depressao · Jun 21, 2021
Replying to @Scorsese_Careca

GIF   ALT

Show replies

♡   ⟲ 1   ♡ 49

**Zyc** @zvictor123 · Jun 21, 2021
Replying to @Dc_da_depressao
Esse filme vai ser muito legal vei ssjsksksksksk
♡   ⟲   ♡

**Valdomiro Cobblepot** @DCnauta33 · Jun 21, 2021
Replying to @Dc_da_depressao
Já tem 300 mil fotos vazadas de Shazam mas ñ tem nenhuma de Adão Negro
♡   ⟲   ♡ 12

**Tah Mori 🔴 / titans + tw** @karafbanks · Jun 21, 2021
Replying to @Dc_da_depressao
O lanchinho
♡   ⟲   ♡ 1

**Nocturnal** @nodrpfr · Jun 21, 2021
Replying to @Dc_da_depressao
ela comendo um hamburgao kkk
♡   ⟲ 1   ♡ 1

**cattuzzo 🔜** @danil_cattuzzo · Jun 21, 2021
Replying to @Dc_da_depressao
a placa do peitoral dela lembra a armadura da diana
♡   ⟲   ♡ 1

This Tweet is from a suspended account. Learn more

**joao gabriel** @johnckkent · Jun 21, 2021
Replying to @robofvenue and @Dc_da_depressao
Ela havia aparecido em umas fotos antes. Ela tava com uma armadura dourada.
♡ 1   ⟲   ♡ 1

This Tweet was deleted by the Tweet author. Learn more

**Snow** @Snow_shx · Jun 21, 2021
Replying to @Dc_da_depressao
Tomara q tenha, seria incrível e combina pra caramba com a personalidade do Shazam kk
♡   ⟲ 1   ♡ 22

Show more replies

__ https://twitter.com/vishmidia/status/1481271681880580104 __ et __ 2022-11-22 02:17:15 -0800

← **Tweet**

VI$H Mídia 
@vishmidia

Rihanna & A$AP Rocky 📸💙



6:27 AM · Jan 12, 2022 · Twitter for iPhone

**45** Retweets  **15** Quote Tweets  **575** Likes

💬  🔁  ♡  ⬆️

 Tweet your reply    Reply

@Indigos_ · Jan 12
Replying to @vishmidia
Agrediu
💬  🔁  ♡ 1  ⬆️

Gustavo Kozlowski @iamcoursin · Jan 12
Replying to @vishmidia
@esquadraodamoda manda prender
💬  🔁  ♡  ⬆️

---

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

VI$H Mídia     Follow
@vishmidia
Site de conteúdo subversivo | +
@vishsports Contato:
contato@vishmidia.com.br

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**


#AvatarTheWayOfWater🧜
Get tickets now · In theaters December 16
▶️ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
79.1K Tweets

Politics · Trending
**Deplorable**
14.7K Tweets

Entertainment · Trending
**BLEACH**
177K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/weloveharry_1dx/status/1332126268885385632 __ at __ 2022-11-22 13:08:06 -08:00 __

← **Tweet**





katie 
@weloveharry_1Dx

···

i'm ready for my housewife era 😌 dinner will be on the table before he gets home



4:57 PM · Nov 26, 2020 · Twitter for iPhone

**1** Retweet   **10** Likes


Tweet your reply

Reply

Q Search Twitter

**Relevant people**



katie 
@weloveharry_1Dx

Follow

jack's housewife

**What's happening**

FIFA World Cup · 3 hours ago
**Mexico vs Poland**



#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Celebrities · Trending
**Tom Hanks**
6,347 Tweets

···

Trending in California
**Mexicans**
17.9K Tweets

···

Trending in United States
**Giroud**
Trending with Australia, Mbappe

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**


Perkowski Legal P.C.
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 1-15   Filed 12/30/22   Page 79 of 101   Page ID #:1430

← **Tweet**



**Spider-Man**
@spiderman0801

NEW #MadameWeb set photos

I really can't tell of what that dude is wearing but don't get me wrong, it kinda looks like another Spider-Man. So a variant?



10:49 AM · Oct 7, 2022 · Twitter for iPhone

**1** Like

Tweet your reply                    Reply

🔍 Search Twitter

**Relevant people**



**Spider-Man**                    Follow
@spiderman0801

it's your friendly neighborhood Spider-Man | this is a fan account where I'll be posting Spider-Man stuff & other related things

**What's happening**

NFL · LIVE
**Bears at Falcons**



#Disenchanted 🧙
Original movie now streaming
📺 Promoted by Disney+

Entertainment · Trending                    ···
**Morgan Freeman**
178K Tweets

Only on Twitter · Trending                    ···
**Rest in Power**
17K Tweets

Trending in California                    ···
**Shakira**
107K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
# Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



**Perkowski Legal P.C.**   ···
@c_perkowski

__ https://twitter.com/agfotosevideos/status/1464294862216433665 __ at __ 2022-11-22 03:05:01 -08:00 __

← **Tweet**



**ATENÇÃO GEEK | Mídia**
@agfotosevideos

Ms Marvel nem estreou no MCU e já tem 3 uniformes!
A terceira foto é das gravações o filme The Marvels.

Translate Tweet




10:07 AM · Nov 26, 2021 · Twitter for Android

**2** Retweets   **5** Likes

Tweet your reply

Reply

## Relevant people

**ATENÇÃO GEEK | Mídia**   Follow
@agfotosevideos

Conta para fotos e vídeos dos
bastidores do mundo do
entretenimento. Conta oficial:
@atencaogeek

## What's happening

Television · Yesterday
**The Walking Dead airing on AMC**

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Trending in United States
**utah**
13.2K Tweets

Trending in United States
**#AMAs** 🔥
Trending with soobin, Sabrina

Gaming · Trending
**Daily Quordle 301**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

**Perkowski Legal P.C.** ···
@c_perkowski



← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from a suspended account. Learn more



**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/SeriesUpdateFR/status/1350745411473043457 __ et __ 2022-11-22 14:14:35 -08:00

← **Tweet**

Search Twitter

**Infos Séries**
@SeriesUpdateFR

⋯

### Tom Holland sur le tournage de Spider-Man 3. 🕷️



2:02 AM · Jan 17, 2021 · Twitter for Android

**210** Retweets   **31** Quote Tweets   **1,750** Likes

💬   🔁   ♡   ⬆️

**Tweet your reply**   [Reply]

**Ken Kaneki** ⭐ @Kenzo_2211_ · Jan 17, 2021
Replying to @SeriesUpdateFR
Y a même plus d'effort sur le costume
💬 1   🔁   ♡ 1   ⬆️

**Nandry** @cpasDryNa · Jan 19, 2021
Replying to @Kenzo_2211_ and @SeriesUpdateFR
ptdrr comment ça il y a plus d'effort sur le costume wesh xD il est bien la
💬 1   🔁   ♡   ⬆️
Show replies

**Ihsan** @manulekokoff · Jan 17, 2021
Replying to @SeriesUpdateFR
Donc c'est officiel du coup ?
💬   🔁   ♡   ⬆️

**audrey** @sadgrey · Jan 17, 2021
Replying to @manulekokoff and @SeriesUpdateFR
Non
💬 1   🔁   ♡   ⬆️
Show replies

**Amina Mina** 🇩🇿 @minouna87 · Jan 17, 2021
Replying to @SeriesUpdateFR
On veux voir #CharlieCoxIsDaredevil 😈
💬   🔁   ♡   ⬆️

**Ermes Persephone** 🌹🦇 @Fugo_PurpleHaez · Jan 17, 2021
Replying to @SeriesUpdateFR
Nous on veut voir Andrew Garfield et Tobey Mcguirre en costume !
💬   🔁   ♡ 10   ⬆️

**Capitão Marqui** @bg_mere · Jan 20, 2021
Replying to @Fugo_PurpleHaez and @SeriesUpdateFR
Y'a que moi qui aime pas le Spiderman Garfield ?
💬   🔁   ♡   ⬆️

**MilieChannel_27** @MilieChannel_27 · Jan 17, 2021
Replying to @SeriesUpdateFR
😍
💬   🔁   ♡   ⬆️

**Bastien** @Bastien_BB · Jan 17, 2021
Replying to @SeriesUpdateFR
Le costume a le même effet que celui acheté sur wish 😱
💬   🔁   ♡   ⬆️

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**
**Tweet**

Perkowski Legal P.C. ⋯
@c_perkowski

**Relevant people**

**Infos Séries**
@SeriesUpdateFR   [Follow]
Bienvenue sur votre premier compte source français sur toutes vos séries, films et plateformes de streaming préférées. 📩: seriesupdatefr@gmail.com

**What's happening**

FIFA World Cup · 4 hours ago
**Mexico vs Poland**

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
⬤ Promoted by Avatar

Trending in California
**Lucas**
150K Tweets

Trending in California
**Chicharito**
6,573 Tweets

Celebrities · Trending
**Tom Hanks**
7,299 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/things_marvel/status/1430334204143824899 __ at __ 2022-11-22 11:01:54 -08:00 __

← **Tweet**

🔍 Search Twitter

Home

Explore

🔔 Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 **All Things Marvel**
@things_marvel                                                                    ···

ภาพล่าสุดจากกองถ่าย Black Panther: Wakanda Forever
เผยให้เห็นนักแสดงดาไน กูริรา (Okoye) และลิทีเชีย ไรต์
(Shuri)

 

6:00 PM · Aug 24, 2021 · Twitter Web App

**380** Retweets  **7** Quote Tweets  **113** Likes

💬          ⟲          ♡          ⬆

P   Tweet your reply                                              **Reply**

**Relevant people**

 **All Things Marvel**          **Follow**
@things_marvel

News update for THAI fans of
@Marvel Cinematic Universe. อัปเดต
ข่าวของจักรวาลภาพยนตร์มาร์เวลล่าสำหรับ
แฟน ๆ ชาวไทย

**What's happening**

FIFA World Cup · 1 hour ago                
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
📢 Promoted by Avatar

Trending in United States                          ···
**Ochoa**
Trending with #MEXPOL, Lewandowski

Trending in United States                          ···
**#FRAAUS**
Trending with Mbappe, Australia

Family drama · Trending                            ···
**#GTMcontest28**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Tweet**

P   **Perkowski Legal P.C.**          ···
@c_perkowski

← **Tweet**

**Male Celeb Hotties**
@jaymalecelebs

Justin chilling on a yacht 😌😛



2:22 PM · May 26, 2022 · Twitter for Android

**45** Retweets   **1** Quote Tweet   **294** Likes

Tweet your reply

Reply

**david** @BigDaveLondon · May 27
Replying to @jaymalecelebs
Nice

**Perkowski Legal P.C.**
@c_perkowski

---

**Relevant people**

**Male Celeb Hotties**
@jaymalecelebs
Follow

Just a bi guy bringing you hot male celeb content to lust over! DM's are always open! Have fun! 😛 18+

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Trending in California
**Dodger Stadium**
13.8K Tweets

Entertainment · Trending
**#Disney**
11.2K Tweets

Sports · Trending
**Jameson Williams**
2,453 Tweets

Family drama · Trending
**#GTMcontest2**

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

← **Tweet**

**1D Updates**
@Live1DNews

···

Harry and Olivia Wilde at Jeff's wedding over the weekend

(Via @hsdcandids)



12:08 PM · Jan 4, 2021 · Twitter for iPad

**1** Retweet   **7** Likes

🔍 Search Twitter

**Relevant people**

**1D Updates**
@Live1DNews                    Follow

1D Updates. Paul, Andy, and more follow!

**HS Candids**
@hsdcandids                    Follow

Follow for HQ candids of HS. Layout by @brightblackdsgn. (Fan Account)

**What's happening**

Television · LIVE
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States
**HE'S BACK**
130K Tweets

Music · Trending
**#AMAsFanFavorite** 🍉
1.64M Tweets

Trending in California
**HELL NO**
45.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home

Explore

Notifications

Tweet your reply                    Reply

Case 2:22-cv-09462-DMG-ADS   Document 1-15   Filed 12/30/22   Page 87 of 101   Page ID #:1438

← **Tweet**

**Teleaudiencias**
@teleaudiencias
···

#CINE🎬: Primeras imágenes del rodaje de la película 'Oppenheimer' de Christopher Nolan. Cillian Murphy, Emily Blunt, Matt Damon, Florence Pugh, Rami Malek y Robert Downey Jr formarán parte del reparto del film. Estreno en verano del 2023. wp.me/pa7I1P-d2M



© BlayzenPhotos / BACKGRID

10:00 AM · Jul 23, 2022 · TweetDeck

**4** Likes

Tweet your reply                    Reply

Show additional replies, including those that may contain offensive content                    Show

---

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski
···

🔍 Search Twitter

**Relevant people**

**Teleaudiencias**
@teleaudiencias          Follow
Audiencias, noticias, opinión, entrevistas, estrenos, tv, cine, música y deportes y +51.000 en instagram!
TvTeleaudiencias.wordpress.com

**What's happening**

NBA · LIVE
**Warriors at Pelicans**

Entertainment · Trending
**Died Suddenly**
52.8K Tweets                    ···

Sports · Trending
**Grupo Firme**
Trending with #NFLMexicoGame 🌎          ···

Trending in United States
**#maddow**
1,712 Tweets                    ···

Entertainment · Trending
**Sinbad**
5,915 Tweets                    ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.





https://twitter.com/ilysmcevans/status/1580659711590137856 __ el __ 2022-11-22 23:28:55 -08:00

Perkowski Legal P.C.
@c_perkowski

___ https://twitter.com/ClickySound/status/1239160841304367104 ___ at ___ 2022-11-20 07:12:05 -08:00 ___

← **Tweet**

 **Clicky Sound**
@ClickySound                                    ...

[clickysound.com/angelina-jolie...](clickysound.com/angelina-jolie...)  I felt attacked yesterday when I expressed my confusion about whether I should overreact or underreact to the co...



5:04 AM · Mar 15, 2020 · Clicky Sound

 Tweet your reply                           Reply

---

🔍 Search Twitter

**Relevant people**

 **Clicky Sound**          Follow
@ClickySound
Photography at its Best!

**What's happening**

Formula 1 · 10 minutes ago
**Abu Dhabi Grand Prix 2022**

#Disenchanted 🧑

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

__ https://twitter.com/ClickySound/status/1229484787990644736 __ at __ 2022-11-20 11:43:30 -08:00 __

← **Tweet**

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Clicky Sound**
@ClickySound
...

clickysound.com/meghan-markle-...  It's home sweet (new) home for Meghan Markle and Prince Harry.



11:16 AM · Feb 17, 2020 · Clicky Sound

Tweet your reply

**Reply**

**Search Twitter**

**Relevant people**



**Clicky Sound**
@ClickySound
**Follow**
Photography at its Best!

**What's happening**

Formula 1 · 4 hours ago
**Abu Dhabi Grand Prix 2022**



**#Disenchanted** 👸
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Rest In Peace**
45.9K Tweets

Trending in California
**Shakira**
109K Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with Kevin Conroy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski   ...



Tweet

**Captain Marvel NEWS / Fan Account**
@CaptMarvelNews

OMG!! Brie on the Avengers 4 set! I'm DEAD! Thanks @brielarsoncom

1:31 PM · Jan 24, 2018 · Twitter for iPhone

**134** Retweets  **60** Quote Tweets  **336** Likes

Tweet your reply

**Captain Marvel NEWS / Fan Acc...** @CaptMarvel... · Jan 24, 2018
She is a big part of that one :)

**Jay Soppe** @JaySoppe · Jan 24, 2018
Replying to @CaptMarvelNews @KerstetterJohn and @brielarsoncom
perhaps she will take the Adam Warlock role in the movies and be the hero the other hero rallies around?

Show replies

**Captain Marvel NEWS / Fan Acc...** @CaptMarvel... · Jan 24, 2018
Replying to @AtlantaFilming and @brielarsoncom
Hypeee

**Lori Hyrup** @LoriHyrup · Jan 24, 2018
Replying to @CaptMarvelNews @AtlantaFilming and @brielarsoncom
I just want to sit there and watch.

**chris** @chrisimgl · Jan 25, 2018
Replying to @CaptMarvelNews and @brielarsoncom

YEEEESSS!

**Mekto** @Tomipoje · Jan 24, 2018
Replying to @CaptMarvelNews and @brielarsoncom
she looks GOOD!!!

**The Cave Man** @troglodyte22 · Jan 25, 2018
Replying to @CaptMarvelNews and @brielarsoncom
Brie

**Stephen Browning** @sabrowning1996 · Jan 24, 2018
Replying to @CaptMarvelNews and @brielarsoncom

IT'S HAPPENING

**Jess** @teamgeeks91 · Jan 24, 2018
Replying to @CaptMarvelNews and @brielarsoncom
OMG!

**Rurii** @Rurililarson · Jan 24, 2018
Replying to @CaptMarvelNews and @brielarsoncom
SO EXCITED 2019 will be a great year !!

**Maca Danvers** @MacaMaida93 · Jan 24, 2018
Replying to @CaptMarvelNews and @brielarsoncom
I can't handle so much hype.
OH WAIT ! MINUTE

We can handle anything

**Relevant people**

**Captain Marvel NE...** @CaptMarvelNews    Follow
Since 2010, Twitter's #1 international Fan Account for EVERYTHING CAPTAIN MARVEL!! Coming up: THE MARVELS JUL 28, 2023!! @brielarson @captainmarvel

**Brie Larson Archives** @brielarsoncom    Follow
Your fan source on everything about the Academy Award Winner Brie Larson. contact@brie-larson.com. Tweets by @directorbrie

**What's happening**

NBA · LIVE
Kings at Grizzlies

#AvatarTheWayOfWater
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
#GenshinSpecialProgram
4,037 Tweets

Trending in California
Hooters
8,495 Tweets

Entertainment · Trending
Marvel
90K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 1-15   Filed 12/30/22   Page 93 of 101   Page ID #:1444




Twitter

← **Tweet**

## Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

Lists

👤 Profile

⚙️ More

**Tweet**



**Arabic Marvel**
@ArabicMarvel ⋯

صور من خلف كواليس مسلسل #IronHeart لكل من 'دومنيك
ثورن' بدور ريري ويليامز و 'آنثوني راموس' بدور The Hood
🎬

4:30 PM · Aug 8, 2022 · Twitter for Android

**1** Retweet   **1** Quote Tweet   **62** Likes

💬   🔁   ♡   ⬆️

   Tweet your reply   **Reply**

**Mohamed nasser** @Mohamed36760176 · Aug 8 ⋯
Replying to @ArabicMarvel

انا اسف على اللفظ بس
ايه القرف ده
محدش متحمس نهائيا المسلسل

💬 1   🔁   ♡ 1   ⬆️

L @swagplease_ · Aug 8 ⋯
Replying to @Mohamed36760176 and @ArabicMarvel

اول شي البدلة حقتها ما اكتملت لسه بيسوون cgi ثاني شي الشرير لبسه قريب مره
من شكله بالكومكس

💬   🔁   ♡ 1   ⬆️

**Perkowski Legal P.C.**
@c_perkowski ⋯

🔍 Search Twitter

### Relevant people

**Arabic Marvel**    **Follow**
@ArabicMarvel
من نيويورك لوكاندا و من اسغارد
لتايتان..كل ما يخص عالم مارفل المذهل
❤️ | مكتبنا الآخر لـ ديلي بلانيت:
@ArabicDCU

### What's happening

Television · Yesterday
**The Walking Dead airing on AMC**

Trending in United States ⋯
**South Carolina**
22K Tweets

Music · Trending ⋯
**#DavidoAt30**
68.9K Tweets

Trending in California ⋯
**#sacramentoproud** 💯

Trending in United States ⋯
**Carr**
31.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.



Case 2:22-cv-09462-DMG-ADS    Document 1-15    Filed 12/30/22    Page 95 of 101    Page ID #:1446



Thread

**Dakota Johnson Portugal** ✔ @dakotajohnsonpt · Jan 24, 2019
Dakota foi vista ontem, 24, a chegar à loja Barney's New York em Beverly Hills! #DakotaJohnson
📷: @DakotaJBRA

💬 1          🔁 16          ♡ 57          ⬆

**Dakota Johnson Portugal** ✔
@dakotajohnsonpt

Mais algumas! #DakotaJohnson

5:50 PM · Jan 24, 2019 · Twitter Web Client

**14** Retweets    **42** Likes

Tweet your reply                                    Reply

Search Twitter

**Relevant people**



**Dakota Johnson P...** ✔
@dakotajohnsonpt                    Follow

A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷: @DJPTMidias | Fã-Clube.

**What's happening**

NFL · 1 hour ago
**Chiefs at Chargers**

#Disenchanted
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States

← **Tweet**

**s**
@beliebinteam                                                                    ...

i literally cannot believe i was able to witness all of this
in person



9:02 AM · Feb 28, 2020 · Twitter for iPhone

**15** Retweets   **4** Quote Tweets   **110** Likes

Tweet your reply                                              Reply

**arielle** @toomuchkeh · Feb 28, 2020                          ...
Replying to @beliebinteam
i'm so happy for you!

**Relevant people**

**s**
@beliebinteam                                                Follow
swap swap swap it out 🥤 | fan
account

**What's happening**

NFL · Yesterday
**Commanders at Texans**                                    

Trending in United States                                        ...
**Bob Iger**
Trending with Disney, Chapek

Trending in United States                                        ...
**UCLA**
11.8K Tweets

Trending in United States                                        ...
**#AMAs** 🔥
4.8M Tweets

Trending in United States                                        ...
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



**Ryan 'All Day News' Anderson**
@Ryans_Ramblings

···

Kamala dressing up as her hero!
#MsMarvel #MarvelStudios



1:32 PM · Nov 19, 2020 · Twitter for Android

**1** Like



Tweet your reply

Reply

Search Twitter

**Relevant people**



**Ryan 'All Day News' ...**
@Ryans_Ramblings

Follow

Founder, Host, and EIC of
@TheNerdRagePod. As seen on
@CBSThisMorning! Instagram:
@RadRyGuy TikTok:
@Ryans_Ramblings Casting Inquiries:
NerdRagePod@gmail.com

**What's happening**

NFL · 2 hours ago
**Browns at Bills**



**#Disenchanted** 🧙
Original movie now streaming
📽 Promoted by Disney+

Korean music · Trending
**taehyun**
32K Tweets

···

Trending in United States
**UCLA**
30.2K Tweets

···

Trending in California
**Elton John**
12.4K Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**
@c_perkowski
···



This Tweet is from a suspended account. Learn more

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C. @r_perkowski

---

**lady viu o louis vai ver o harry** 🖤🧡 @5iNN · Jan 4, 2021
Replying to @larrydkbrbw
Ainda n entendi pq ele ta de roupão em um casamento
?????????

**Thayla Tomlinson** @thay_tomlinson6 · Jan 4, 2021
Replying to @1dshll and @larrydkbrbw
Estilo e pra pouco kakakkaka

**mafeh.✿ | fan account|** @Loulisun · Jan 4, 2021
Replying to @larrydkbrbw
Kkkkkkkkkk mds ele tá de roupão mesmo

**clara** @Cliraar · Jan 4, 2021
Replying to @larrydkbrbw
pq ele tá de roupão?????

**MaCla** 🍒 @maharuascidokie · Jan 4, 2021
Replying to @larrydkbrbw
MANDA 36KKKKSKSKSJE

**C** 🌙 @fenyyfest · Jan 4, 2021
Replying to @larrydkbrbw
eu li "no rio de janeiro" QUE SUSTO

**sm. ♥** @MjhydiDoub&Mt · Jan 4, 2021
Replying to @larrydkbrbw
Nossa! Achei que ele tivesse casado de novo

**Ju** @mxdcmeroddon · Jan 4, 2021
Replying to @larrydkbrbw
Pq caralhos ele tá de roupão em um casamento?

**11 years of one direction** @_daprinsjeeno_ · Jan 4, 2021
Replying to @larrydkbrbw
pq ele ta c um hero na maxi? sera q foi ele q celebrou o casamento?

**MariaGomes** @Mariaco78111177 · Jan 4, 2021
Replying to @larrydkbrbw
Porque será que ele tá de roupão

**STYZA .·**  🍒 @sidonelly4su · Jan 4, 2021
Replying to @larrydkbrbw
Achei super concehual o roupão kkkkkkk

**unabid** @mallorana · Jan 4, 2021
Replying to @larrydkbrbw
meu deus???? kkkkkkkkkkk

**Thay** @hrrrsputtothu · Jan 4, 2021
Replying to @larrydkbrbw
ele é tudoKKKKK

**elle** @fubikind · Jan 4, 2021
Replying to @larrydkbrbw
pera pq ele estava com um macacão em um casamento??

**Callie ♥** @Honey_9db · Jan 4, 2021
Replying to @larrydkbrbw
Harry 🤵🏻💍🍒 só quem pode usar branco no casamento é a noiva

**ka .·** ❤ @crazyrisathrng · Jan 4, 2021
Replying to @larrydkbrbw
pq o Harry estava de roupão? KKKKKKK será que foi uma aposta entre ele e o casal?

**Boobah** +,+ /°°= @Nulaya_MAti · Jan 4, 2021
Replying to @larrydkbrbw
Será se ele tava usando alguma coisa por baixo do roupão 🥴

**out of clara's system** 🍒 **| fan account|** @styrSanalk · Jan 4, 2021
Replying to @larrydkbrbw
Perfeito como sempre

**thacy** @ecokoaie_ · Jan 4, 2021
Replying to @larrydkbrbw
homi vc é padrinho se vista direito

**analu** 🥺🍒📖 @flowerforliou · Jan 4, 2021
Replying to @larrydkbrbw
pq ele tá de roupão? KKKKKKKKKK

**amanda** @AmandaVichter4 · Jan 4, 2021
Replying to @larrydkbrbw
quando eu preciso sair de casa mas não tô afim

**Desativado** @descsuso · Jan 4, 2021
Replying to @larrydkbrbw
Ele ta de roupão mds

**maria**🧚🏻‍♀️ @marahstylex_ · Jan 4, 2021
Replying to @larrydkbrbw
Urkkrjkrkgroh eu amo esse homem mano

**maria**🧚🏻‍♀️ @marahstylex_ · Jan 4, 2021
Replying to @larrydkbrbw
A pergunta é:
PQ HARRY STYLES ESTAVA DE ROUPÃO EM UM CASAMENTO??????!

**Carol ♥ #luia13** @Lizrk1920S · Jan 4, 2021
Replying to @larrydkbrbw
Pq o idiota tava de roupão??? Rkjkkjkk

**vyada salander-romanoff** @vyadanabatexe · Jan 4, 2021
Replying to @larrydkbrbw
@osriation bia.. o que foi que aconteceu aqui?

**out of heló's system .·** 👁👄👁 **-fan ac...** @Helosugh... · Jan 4, 2021
Replying to @larrydkbrbw
Ele tá de em um CASAMENTO KKKKKKKKKKK

**Mano Rapozo** @imnmmiand · Jan 4, 2021
Replying to @larrydkbrbw
Naõ o fotógrafo



**bad liar** @Iiley_girl8 · Jan 4, 2021
Replying to @larrydkbrbw
gemteri bu e fotos do Harry de mãos dadas com a Olivia do filme que ele tem tá fazendo/será que eles estão juntos?????

**Y x Y** 🥰 @let_flower8h · Jan 4, 2021
Replying to @larrydkbrbw
Harry não me inventa noda, daqui a pouco vai tá eu querendo ir pros lugares de roupão kkkk

**lia ♥ #SDOL** @fifouulh · Jan 4, 2021
Replying to @larrydkbrbw
SÉRIO IKKKKKKKKKKKKKKK

**Theos Lábioo** @MtropfulMultfi · Jan 5, 2021
@retorrine Me replica pq ele foi com um roupão para um casamento????
XKKKKKK



← **Tweet**

 **Clicky Sound**
@ClickySound

···

**clickysound.com/dax-shepard-ge...** Kristen Bell gets a butt squeeze from her husband, Demi Moore shows off her art skills and more...



10:08 AM · Apr 22, 2020 · Clicky Sound

 

 Tweet your reply

Reply

---

## Twitter sidebar

Search Twitter

### Relevant people

 **Clicky Sound**
@ClickySound          Follow
Photography at its Best!

### What's happening

 Television · LIVE
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States          ···
**HE'S BACK**
129K Tweets

Sports · Trending          ···
**CM Punk**
10.8K Tweets

Music · Trending          ···
**Adele**
56.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski