# EXHIBIT B Continued

_ https://twitter.com/MintMovie/status/1305592724557877248 _ at _ 2022-11-21 15:12:12 -08:00 _
Case 2:22-cv-09462-DMG-ADS  Document 1-16  Filed 12/30/22  Page 2 of 101  Page ID #:1454



**Mint Movie™** 🏳️‍🌈
@MintMovie

เอมิลี่ แวนแคมป์ ผู้รับบท ชารอน คาร์เตอร์/เอเจนท์สิบสาม ใน
ภาพเบื้องหลังกองถ่ายซีรีส์
#TheFalconAndTheWinterSoldier ที่กลับมาถ่ายทำอีกครั้ง
ส่วนตัวซีรีส์จะลง Disney+



7:19 PM · Sep 14, 2020 · Twitter for iPhone

55 Retweets   1 Quote Tweet   33 Likes

Tweet your reply

**Mint Movie™** 🏳️‍🌈 @MintMovie · Sep 14, 2020
Replying to @MintMovie
ส่วนทางด้านเบนามเตเดิม ตผลนภาพเบื้องหลังกองหน้าอย่ามาก



3   3

**Elite Gray** @EliteGray66 · Sep 14, 2020
Replying to @MintMovie and @wondermaphew
นางเอก Revenge หรือเปล่าคะ? แจงง ชอบๆ

1

**Mint Movie™** 🏳️‍🌈 @MintMovie · Sep 14, 2020
Replying to @EliteGray66
ใช่ครับ

1

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Perkowski Legal P.C.**
@c_perkowski

Search Twitter

**Relevant people**



**Mint Movie™** 🏳️‍🌈
@MintMovie
สร้สดี เราชื่อมิ้น Film | Series | Disney |
Game | #MovieTwit🍿 | #ยกเลิก112❌
| #สมรสเท่าเทียม🏳️‍🌈 ⚠️ เราวันและฉากาวีด
เนื้อ

Follow

**What's happening**

NFL · Yesterday
Cowboys at Vikings

Sports · Trending
**Mexico City**
13.1K Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,334 Tweets

Lovecraft Country · Trending
**Lovecraft Country**
Trending with #Blade, Yann Demange

Music · Trending
**Ciara**
18.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/miucciamuse/status/1490354431472422914 __el__ 2022-11-21 23:05:18 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-16    Filed 12/30/22    Page 3 of 101    Page ID
#:1455

← **Tweet**

**taylor russell's whore**
@MIUCCIAMUSE

···

how does she just look so pretty in a candid photo



7:59 AM · Feb 6, 2022 · Twitter for iPhone

**241** Retweets   **31** Quote Tweets   **5,977** Likes



○          ⇄          ♡          ⬆

Ⓟ  Tweet your reply                                    Reply

**maryemma s middlebrook** @maryemmaaa · Feb 6      ···
Replying to @MIUCCIAMUSE
Because she has that body. Phew chile.
○ 1          ⇄          ♡ 6          ⬆

**bella🧚‍♀️recoverytwt** @vintagexrecovry · Feb 6      ···
Replying to @maryemmaaa and @MIUCCIAMUSE
& the face card
○          ⇄          ♡ 4          ⬆

**Shams · شمس** @YtsTrulytheSun · Feb 6      ···
Replying to @MIUCCIAMUSE
Angelic queen @iandthemoon_
○          ⇄          ♡ 1          ⬆

**Preston Durham** @PrestonDurham4 · Feb 7      ···
Replying to @MIUCCIAMUSE
Because she's a bad mfr
○          ⇄          ♡          ⬆

**jpg's heiress** @dreamangel · Feb 6      ···
Replying to @MIUCCIAMUSE
she's the prettiest girl alive
○          ⇄          ♡ 10          ⬆

**DON CARL** @_carlio · Feb 6      ···
Replying to @MIUCCIAMUSE
cause im sure she saw the cam
○          ⇄          ♡ 1          ⬆

**Karyn Zen** 🇱🇷🇩🇪 @UnreadDatum · Feb 6      ···
Replying to @MIUCCIAMUSE
I think it's like a real effort for most people. People like her, she got the
whole equation set on her head. It just...flows, baby.
○          ⇄          ♡ 6          ⬆

Show more replies

---

**Perkowski Legal P.C.**      ···
@c_perkowski

---

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
≣ Lists
👤 Profile
⊙ More

**Tweet**

---

## Right sidebar

**Relevant people**



**taylor russell's whore**      Follow
@MIUCCIAMUSE
it girl in training • hf twt • she/her •
fan account

**What's happening**

NFL · 2 hours ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
70.7K Tweets

Trending in United States
**August Alsina**
Trending with Jada, #TheSurrealLife

Trending in California
**Mexicans**
6,315 Tweets

Entertainment · Trending
**Sinbad**
8,450 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

https://twitter.com/eolsenarchive/status/1525069121062313984 __ef__2022-11-21 09:10:25 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-16    Filed 12/30/22    Page 4 of 101    Page ID #:1456

← **Tweet**

**best of elizabeth olsen**
@eolsenarchive



4:03 AM · May 13, 2022 · Twitter for iPhone

**433** Retweets   **65** Quote Tweets   **3,885** Likes

Tweet your reply

**Reply**

**kartik** @1012Quartic · May 13
Replying to @eolsenarchive
what a queen.

1

**Festive Bluffy** @BLUFFYY20 · May 13
Replying to @eolsenarchive
"And that man said that he cand destroy me with one mouth and i was like what mouth 😂 can you believe it, and the other said that she could do that all day and i sliced her five second later ✨ oh and there was a bald guy who i made him a neck massage and died😂

7

**your lizzie olsen** @wndamaximoff_ · May 13
Replying to @eolsenarchive
Hi! pls support and follow me, this is my fan acc. I have been a marvel fan since 2016 but my 1st time making a fan acc. *delete this if its not allowed thank you

**Kronky** @ChiCity91 · May 13
Replying to @eolsenarchive
😍

**Sultan Su** @SultanS75334929 · May 13
Replying to @eolsenarchive
Beautiful and nice pic

**Sultan Su** @SultanS75334929 · May 13
Replying to @eolsenarchive
I want you married  I ❤️

**Sultan Su** @SultanS75334929 · May 13
Replying to @eolsenarchive
Beby I love u

**Sultan Su** @SultanS75334929 · May 13
Replying to @eolsenarchive
Please

---

**Perkowski Legal P.C.**
@c_perkowski

---

Q Search Twitter

### Relevant people

**best of elizabeth olsen**
@eolsenarchive                    **Follow**
fan account posting updates & daily content of emmy nominated actress, elizabeth olsen

### What's happening

FIFA World Cup · LIVE
**Senegal vs Netherlands**



Trending in California
**Dodger Stadium**
13.8K Tweets

Entertainment · Trending
**#AntManandTheWaspQuantumania**
1,662 Tweets

Trending in United States
**Sadio Mane**
Trending with #SENNED, Senegal

Music · Trending
**Kelly Rowland**
Trending with Chris Brown

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Left navigation
- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

https://twitter.com/RNavyBrazil/status/1524114390773080064 __ et __ 2022-11-21 17:27:57 -08:00    Case 2:22-cv-09462-DMG-ADS    Document 1-16    Filed 12/30/22    Page 5 of 101    Page ID #:1457



← Tweet



**Rihanna Navy Brasil | Fan Account**
@RNavyBrazil

···

✨



12:49 PM · May 10, 2022 · Twitter for iPhone

**225** Retweets    **34** Quote Tweets    **3,196** Likes

💬    🔁    ♡    ⬆️

 **Perkowski Legal P.C.**    ···
@c_perkowski

🅿️  Tweet your reply                    Reply

Lays Morais @laysmorais_ · May 10    ···
Replying to @RNavyBrazil
😍😍

💬    🔁    ♡    ⬆️

Djipsony @utalldjipsony · May 16    ···
Replying to @RNavyBrazil
Aí vê outra beleza dentro dela 😍

💬    🔁    ♡    ⬆️

Bernardo Ferreira @Bernard60152667 · May 11    ···
Replying to @RNavyBrazil
Boa tarde princesa tudo bem com você meu amor você é linda maravilhosa

💬    🔁    ♡    ⬆️

🌊RISOS DO OCEANO🌊 @aline_prr · May 10    ···
Replying to @RNavyBrazil
A mãe do Anooo 🤣🤣🤣

💬    🔁    ♡    ⬆️

Show more replies

---

Q Search Twitter

**Relevant people**

 **Rihanna Navy Brasil |...**    Follow
@RNavyBrazil
RNB 🇧🇷 | Estamos online desde 2010, somos o maior e mais completo fã-clube sobre a cantora Rihanna no Brasil e em toda a América Latina. Apoio: @umusicbrasil

**What's happening**

FIFA World Cup · 3 hours ago
**USA vs Wales**

Entertainment · Trending
**Died Suddenly**
39.9K Tweets

Sports · Trending
**Lane Kiffin**
4,582 Tweets

Sports · Trending
**#WWERaw**❤️
Trending with Kevin Owens

Sports · Trending
**Bratt**
1,952 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/hstylepics/status/1466490829777331085                    22-cv-09452-DMG-DMG Filed 12/30/22 Page 6 of 101 Page ID
2022-1-16 20:35:45-08:00                                                      Document 1-16                    #1456


__ https://twitter.com/postamgzn/status/1449991349000982534 ___ at ___ 2022-11-22 08:21:31 -08:00 ___

← **Tweet**

Search Twitter



## Relevant people

Home

# Explore

🔔 Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Posta Magazin**
@PostaMgzn

···

Gates ailesinin çifte düğünü posta.com.tr/5-dakikada-dun...

Translate Tweet



11:50 PM · Oct 17, 2021 · TweetDeck

**3** Likes



💬              🔁              ♡              ⬆

 Tweet your reply                    Reply

**Posta Magazin**
@PostaMgzn                    Follow

Aktif habercilik

## What's happening

FIFA World Cup · **LIVE**
**Argentina vs Saudi Arabia**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States
**Argentina**
Trending with Messi, #ARGKSA

···

Entertainment · Trending
**Died Suddenly**
83.7K Tweets

···

Trending in California
**Mexico City**
24.8K Tweets

···

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**    ···
@c_perkowski



← **Tweet**

  **g3 san diego**
@g3cafe

The whole world is going on dates and falling in love, meanwhile tayo nakaface shield pa rin at patuloy na niloloko ng gobyerno. Ano gurl? Channing yan gurl!

#GetItGirl
#MJKNB
#WhatsTheG



11:33 PM · Sep 2, 2021 · Twitter for iPhone

**3** Retweets   **1** Quote Tweet   **23** Likes

 Tweet your reply                    Reply

 **Perkowski Legal P.C.** ...
@c_perkowski

---

Search Twitter

**Relevant people**

 **g3 san diego**   Follow
@g3cafe

Filipina Writer, #ByG3 ✍️ Host, #LiveWithG3 🎙️ Columnist, #RatedG3 💻 Editor, Mega Entertainment 📔 Entertainment Journalist Entrepreneur, #FarmToFork

**What's happening**

FIFA World Cup · 14 minutes ago
**Mexico vs Poland**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Sports · Trending
**Cristiano Ronaldo**
Trending with #ManchesterUnited

Betty White · Trending
**Betty White**
1,092 Tweets

Trending in United States
**Ochoa**
Trending with Poland, #MEXPOL

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/SciFiLOL/status/1578092009155330059 __ et __ 2022-11-20 11:28:17 -08:00

**SciFiLOL**
@SciFiLOL

Behind the scenes photos of the Madame Web movie have been leaked. The question is, who do you think this suited character is?
#Marvel #SpiderMan #MadameWeb



11:37 AM · Oct 6, 2022 · Twitter for iPhone

Tweet your reply

Reply

**SciFiLOL** @SciFiLOL · Oct 6
Replying to @SciFiLOL
More photos have been leaked, getting a slightly better view of this suit



Search Twitter

**Relevant people**

**SciFiLOL**
@SciFiLOL
Follow
Just a nerd doing nerd stuff and enjoying it

**What's happening**

Formula 1 · 4 hours ago
**Abu Dhabi Grand Prix 2022**

#Disenchanted 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Rest In Peace**
44K Tweets

Trending in California
**Shakira**
108K Tweets

Entertainment · Trending
**Morgan Freeman**
181K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

___ https://twitter.com/teamdemilovato/status/1227692152584646656 ___ at ___ 2022-11-21 14:48:35 -08:00 ___

← **Tweet**

Q Search Twitter

**Team Demi Lovato**
@TeamDemiLovato

...

Not the best quality but demi is looking SO good! Apparently shooting for Fabletics!



12:33 PM · Feb 12, 2020 · Twitter for iPhone

**6** Retweets   **1** Quote Tweet   **56** Likes

P
Tweet your reply

Reply

**Relevant people**

**Team Demi Lovato**
@TeamDemiLovato    Follow

Demi Lovato fan account 🌹

**What's happening**

FIFA World Cup · 1 hour ago
**USA vs Wales**



Sports · Trending
**Mexico City**
12.9K Tweets
...

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,234 Tweets

Sports · Trending
**Anthony Black**
...

Trending in United States
**Tampax**
15K Tweets
...

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

P
**Perkowski Legal P.C.**
@c_perkowski   ...

https://twitter.com/lushsux/status/1444837890840694784 _ st _ 2022-11-22 07:58:08 -08:00

← **Tweet**



@lushsux
@lushsux

for my next trick



6:32 PM · Oct 3, 2021 · Twitter for iPhone

**5** Retweets   **208** Likes

Tweet your reply                                    Reply

**Woeden** 🐺 @Woeden_ · Oct 3, 2021
Replying to @lushsux
Rich people are funny.
♡ 2

**CMaeda (...)** @Cmaeda · Oct 3, 2021
Replying to @lushsux
she trolls hard. 👍👍

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**


Perkowski Legal P.C.
@c_perkowski

🔍 Search Twitter

**Relevant people**

@lushsux                    Follow
@lushsux
The world's first and therefore best meme artist

**What's happening**

FIFA World Cup · LIVE
Mexico vs Poland



#AvatarTheWayOfWater
Get tickets now – In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
111K Tweets

Trending in California
**Mexico City**
25.6K Tweets

Trending in United States
**Alexis Vega**
2,383 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



← **Tweet**



**Q** Search Twitter

**Noticias 24** ···
@noticias24

**#13Feb** | La cantante estadounidense Miley Cyrus compartió una foto que le tomaron los paparazzi en su cuenta de Instagram en la que dejó ver su pezón sin temor a Dios.

Translate Tweet



11:00 AM · Feb 13, 2020 · TweetDeck

**4** Retweets   **25** Likes

💬          ⟲          ♡          ↑


Perkowski Legal P.C. ···
@c_perkowski


Tweet your reply                    Reply

**Heli Gomez** @Gomez7Heli · Feb 13, 2020    ···
Replying to @noticias24
Está formidable

💬          ⟲          ♡          ↑

**Adriana Lozano** @Adrylulozano · Feb 13, 2020    ···
Replying to @noticias24
Cuando leo noticias como estas me pregunto Si Vale la pena estudiar 5 años para ser periodista y publicar semejante tontería?

💬          ⟲          ♡          ↑

**Relevant people**



**Noticias 24**    Follow
@noticias24
Noticias de Venezuela, Latinoamerica y el mundo

**What's happening**

FIFA World Cup · Earlier today
**Mexico vs Poland**

**#AvatarTheWayOfWater**🧑
Get tickets now · In theaters December 16
🔲 Promoted by Avatar

Trending in United States    ···
**RIP Harold**

Trending in California    ···
**Memo Ochoa**
99.4K Tweets

Chain restaurants · Trending    ···
**Hooters**
7,793 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/miucciemuse/status/1523732474911875072O __ et __ 2022-11-21 19:39:36 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-16    Filed 12/30/22    Page 13 of 101    Page ID
#:1465



**taylor russell's whore**
@MIUCCIAMUSE

SHES IN MIU MIU FW22 OMG MOTHER



11:32 AM · May 9, 2022 · Twitter for iPhone

**222** Retweets   **79** Quote Tweets   **3,301** Likes

Tweet your reply                              Reply

**Amield** @amield · May 9
Replying to @MIUCCIAMUSE
@philippine12345 😊
                                         ♡ 1

**Tam** @_tamerahardy · May 9
Replying to @MIUCCIAMUSE
Rihanna starting to get on my nerves lmaoooooooo
                                         ♡ 6

**rachel** @chromaticcash · May 9
Replying to @MIUCCIAMUSE
I want her to have twins. Imagine not one off spring but two offspring from Rihanna ohhhhhh my
                          ♡ 1                ♡ 6

**Max** @houseofgaga21 · May 9
Replying to @chromaticcash and @MIUCCIAMUSE
Those babies would be the most fashionable babies ever lmao
                          ♡ 1                ♡ 1

Show replies

**Relevant people**

**taylor russell's whore**
@MIUCCIAMUSE                    Follow
it girl in training • hf twt • she/her • fan account

**What's happening**

NBA · 22 minutes ago
**Celtics at Bulls**

Entertainment · Trending
**Died Suddenly**
54K Tweets

Trending in United States
**Tampax**
35.4K Tweets

Trending in California
**Dodger Stadium**
10.9K Tweets

Family drama · Trending
**#GTMcontest13**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet



← **Tweet**





Q Search Twitter

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

**Conexão POP**
@conexaopopsite                                    •••

SURREAL! Khloe Kardashian com Doja Cat e Kylie Jenner em nova foto 🔥



6:33 PM · Oct 4, 2022 · Twitter for Android

**2** Likes

💬            🔁            ♡            ⬆

 Tweet your reply                    Reply

**Perkowski Legal P.C.**   •••
@c_perkowski

### Relevant people

**Conexão POP**                    Follow
@conexaopopsite

Conectando você ao mundo POP!

### What's happening

Formula 1 · 44 minutes ago
**Abu Dhabi Grand Prix 2022**


**#Disenchanted** 🧟
Original movie now streaming

Case 2:22-cv-09462-DMG-ADS Document 1-16 Filed 12/30/22 Page 15 of 101 Page ID #:1467

← **Tweet**

🔍 Search Twitter

🏠 Home

\# Explore

🔔 Notifications ¹

**Relevant people**

⤴ Kate Retweeted

**Madame Web News**
@MultiversalWeb ···

New photos of Dakota Johnson on set

#MadameWeb



10:45 PM · Jul 25, 2022 · Twitter for Android

**49** Retweets   **12** Quote Tweets   **261** Likes

💬            ⤴            ♡            ⬆

P   Tweet your reply                    Reply

**Kate**
@girlfromaspen   Follow

I dislike negativity so unless I follow you, your replies aren't welcome on my tweets.

**Madame Web News**
@MultiversalWeb   Follow

All the latest news and updates for 'Madame Web' starring Dakota Johnson and directed by S.J Clarkson, set to release in July 2023

**What's happening**

Television · Yesterday
**The Walking Dead airing on AMC**

Music · Trending
**Chris Brown**
Trending with Kelly Rowland   ···

Only on Twitter · Trending
**#乐鱼体育**
225K Tweets   ···

Trending in United States
**Colorado Springs**
546K Tweets   ···

Music · Trending
**#DavidoAt30**
65.4K Tweets   ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**



**Dakota Johnson Portugal** ✓
@dakotajohnsonpt

⋯

Dakota ontem (11) chegando ao estúdio de Jimmy Kimmel! #DakotaJohnson



2:21 AM · Oct 12, 2018 · Twitter Web Client

2 Likes

    ⟲    ♡    ⬆

 Tweet your reply          **Reply**

## Relevant people

 **Dakota Johnson P...** ✓          **Follow**
@dakotajohnsonpt

A tua única e melhor fonte de informações sobre a atriz, activista e produtora Dakota Johnson em Portugal, online desde 2018! — 📸: @DJPTMidias | Fã-Clube.

## What's happening

NCAA Men's Basketball · Yesterday
**Delta Devils at Tigers**



Entertainment · Trending          ⋯
**Died Suddenly**
37.6K Tweets

Trending in United States          ⋯
**Tampax**
25.2K Tweets

Trending in United States          ⋯
**HOW IS THAT NOT A YELLOW**
1,663 Tweets

Entertainment · Trending          ⋯
**#DWTSFinale** 😭
1,639 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ⋯
@c_perkowski

__ https://twitter.com/thai_superhero/status/1400550394141372422 __ at __ 2022-11-20 22:36:21 -0800 __

← **Tweet**

 สมาคม **Superhero**
@Thai_SuperHero                                    ...

## ภาพใหม่จากกองถ่ายของ #ShazamFuryOfTheGods

Translate Tweet



1:30 PM · Jun 3, 2021 · Twitter for iPhone

33 Retweets   19 Likes

---

 P   Tweet your reply                          Reply

### Search Twitter

## Relevant people

 สมาคม **Superhero**     Follow
@Thai_SuperHero

สมาคมของกลุ่มบุคคลผู้ขึ้นชอบซุปเปอร์
ฮีโร่ในประเทศไทย // Twitter อย่างเป็น
ทางการของ 'สมาคมผู้คลั่งไคล้
SuperHero' *ถามข้อมูลหนัง/Comic ต่างๆ
ใน DM ได้เลยจ้า*

## What's happening

NFL · 2 hours ago
**Chiefs at Chargers**



**#Disenchanted** 🎬
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                    ...
**UCLA**
13.3K Tweets

Trending in United States                    ...
**Bob Iger**
Trending with Disney, Chapek

Music · Trending                             ...
**sabrina**
71.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.     ...
@c_perkowski

← **Tweet**

**JAY-Z Daily**
@JAY_Z_Daily

···

JAY-Z and Beyoncé after attending @trvisXX concert at @theforum last night



10:14 AM · Dec 20, 2018 · Twitter for Android

39 Retweets    16 Quote Tweets    249 Likes

🅿 Tweet your reply                                    Reply

**PM** @Pam62786944 · Dec 20, 2018
Replying to @JAY_Z_Daily and @trvisXX
BADDEST COUPLE ON THA PLANET!!!!!

**Renaissance** 🧡 @ja2_02 · Dec 20, 2018
Replying to @JAY_Z_Daily @BeyonceVibe and @trvisXX
I love her shoes !! Does anyone know the brand?
   💬 1       1       ♡ 1

**februarybaby, PMP, CSM** @HernameisO · Dec 20, 2018
Replying to @ja2_02 @JAY_Z_Daily and 2 others
Alaia
   💬 1       1       ♡ 1

   Show replies

**Diddassolire** @diddassolire · Dec 21, 2018
Replying to @JAY_Z_Daily and @trvisXX
Respect jigga man and Beyonce

**shaheem718** @shaheem7181 · Dec 30, 2018
Replying to @JAY_Z_Daily and @trvisXX
They don't look happy

---

**Perkowski Legal P.C.**
@c_perkowski                    ···

---

🔍 Search Twitter

**Relevant people**

**JAY-Z Daily**                     Follow
@JAY_Z_Daily
JAY-Z fan account || Follow and turn on post notifications || Backup 👉 @JAY_Z_Daily2

**TRAVIS SCOTT** ✓               Follow
@trvisXX
UTOPIA

**What's happening**

Sports · LIVE
2022 FIFA World Cup

Trending in United States             ···
**Tampax**
12.9K Tweets

Entertainment · Trending            ···
**Julia Fox**
7,867 Tweets

Trending in California              ···
**Dodger Stadium**
12.9K Tweets

Trending in United States             ···
**HOW IS THAT NOT A YELLOW**
1,117 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/BookingFreetime/status/1583401598251037698 __ at __ 2022-11-19 21:57:07 -08:00 __

← Tweet

**Freetime**
@BookingFreetime

Anne Hathaway et Nicholas Galitzine photographiés sur le tournage du film 'THE IDEA OF YOU'. 📸



3:15 AM · Oct 21, 2022 · Twitter for Android

2 Likes

**Relevant people**

**Freetime**
@BookingFreetime

Follow

Freetime est une page d'information du cinéma, du divertissement, des séries et plateformes de streaming du moment et à venir.

**What's happening**

Television · 1 hour ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**Jason David Frank**

Trending in United States
**Waka Waka**
37.1K Tweets

Trending in United States
**Trump's Twitter**
Trending with Vox Populi

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Tweet your reply

Reply

**Perkowski Legal P.C.**
@c_perkowski

Search Twitter

https://twitter.com/RNavyBrazil/status/1501893981332033538___st____2022-11-21 22:13:55 -08:00
2:22-cv-09462-DMG-ADS   Document 1-16   Filed 12/30/22   Page 20 of 101   Page ID #:1472

🐦

- 🏠 Home
- #️⃣ Explore
- 🔔 Notifications
- ✉️ Messages
- 🔖 Bookmarks
- 📋 Lists
- 👤 Profile
- ⊙ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

**Rihanna Navy Brasil | Fan Account** ···
@RNavyBrazil

Rihanna, ontem (09), indo ao restaurante Matsuhisa, em Beverly Hills.



4:13 AM · Mar 10, 2022 · Twitter for iPhone

**294** Retweets   **103** Quote Tweets   **4,573** Likes

💬   🔁   ♡   📤

Ⓟ Tweet your reply   **Reply**

**𝔤𝔦𝔣𝔱 me up/fan account** 🇧🇷🏴‍☠️ @badbwoyju · Mar 10 ···
Replying to @RNavyBrazil
Toda venenosa nessa pele de cobra "falsa" 👀🐍🔥

💬   🔁   ♡   📤

**veia na testa da anitta** @viadagi · Mar 10 ···
Replying to @RNavyBrazil
a rihanna não tem uma panela em casa né rnb (certa ela

💬   🔁   ♡ 23   📤

**Ian** @Iardessoni · Mar 10 ···
Replying to @RNavyBrazil and @rnavybrasil
A barriga de bilhões de dólares

💬   🔁   ♡ 5   📤

**jean LULA 13** @diasjeanluca · Mar 10 ···
Replying to @RNavyBrazil
a grávida mais linda 😭

💬   🔁   ♡ 2   📤

**La palmiteira** 🇧🇷🏴‍☠️ @Maay_Barros · Mar 10 ···
Replying to @RNavyBrazil
Riri formando um ser humano dentro dela tem mais disposição pra sair do que eu kkkkkk desde que ela anunciou a gravidez,já foram qntos eventos gente. A energia de milhões kkkkk

💬   🔁   ♡ 6   📤

**Hiten shah** @DJHDOG · Mar 10 ···
Replying to @RNavyBrazil and @Jesslim11809072
Always here for you sis message me if you want anything from me no matter what time or day

💬   🔁   ♡   📤

🔍 Search Twitter

**Relevant people**

Rihanna Navy Brasil |...   **Follow**
@RNavyBrazil
RNB 🇧🇷 | Estamos online desde 2010, somos o maior e mais completo fã-clube sobre a cantora Rihanna no Brasil e em toda a América Latina. Apoio: @umusicbrasil

**What's happening**

FIFA World Cup · This afternoon
**USA vs Wales**


Entertainment · Trending   ···
**Died Suddenly**
67.5K Tweets

Trending in United States   ···
**Dreamers MV**

Trending in United States   ···
**Jada**
9,152 Tweets

Bachelor in Paradise · Trending   ···
**#BachelorInParadise** 🌹
Trending with Genevieve

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/girlfromaspen/status/1556046804788717568 __ at __ 2022-11-19 18:55:07 -08:00 __



← **Tweet**

↻ Kate Retweeted



**grace dante**
@misslefroy

dakota johnson spotted on the set of madame web



3:31 PM · Aug 6, 2022 · Twitter for Android

**30** Retweets    **6** Quote Tweets    **219** Likes

  

 Tweet your reply                    **Reply**

🔍 Search Twitter

## Relevant people


**Kate**
@girlfromaspen                          **Follow**

I dislike negativity so unless I follow you, your replies aren't welcome on my tweets.

**grace dante**
@misslefroy                             **Follow**

"Il fiore che sboccia nelle avversità è il più raro e il più bello di tutti" 🌸 fan account

## What's happening

Television · Starts at 7:00 PM
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States                ...
**HE'S BACK**
118K Tweets

Music · Trending                        ...
**Chris Brown**
45.4K Tweets

Trending in California                  ...
**HELL NO**
45.9K Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**


**Perkowski Legal P.C.**
@c_perkowski   ...

**Tweet**



**Robert Littal BSO** ✔
@BSO

Details on Dr. Dre Dating "Love and Hip-Hop: Hollywood" Star and Omarion's Baby Mama, Apryl Jones; Dre's Wife Nicole Young is Trying to Interview His Alleged Mistresses to Help Break Her Prenup Because She Can't Live Off $300k a Month (Pics-IG)

bit.ly/2LKovTS



11:39 AM · Feb 11, 2021 · BSO Alert

4 Retweets   2 Quote Tweets   8 Likes



**Perkowski Legal P.C.**
@c_perkowski

Tweet your reply                     Reply

**Willie Anderson** ✔ @BigWillie7179 · Feb 11, 2021
Replying to @BSO
Damn I just happy Dre is straight 🙏🙏💯🍻🦓

❤ 1

**Terry Gomez** @TerryGomezLV · Feb 11, 2021
Replying to @BSO
I ain't saying she's a gold digger.....

❤ 1

---

🔍 Search Twitter

**Relevant people**



**Robert Littal BSO** ✔     Follow
@BSO

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**What's happening**

FIFA World Cup · 2 hours ago
**Argentina vs Saudi Arabia**



**#AvatarTheWayOfWater**🧜
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in United States                    •••
**#السعوديه_الارجنتين**
1.21M Tweets

Trending in United States                    •••
**Died Suddenly**
103K Tweets

Trending in United States                    •••
**Argentina**
Trending with #FIFAWorldCup 🏆 , Herve Renard

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.



← **Tweet**

🔍 Search Twitter

## Home
## Explore
## Notifications ①
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**



**Robert Littal BSO** ✓
@BSO

Watch How Tyrod Taylor Reacted to His Girlfriend Draya's Latest Bikini Photos from Jamaica (IG-Pics-Vids)
bit.ly/2YsDPHs



9:08 AM · Jan 30, 2021 · BSO Alert

**1** Retweet  **3** Quote Tweets  **5** Likes



 Tweet your reply          Reply

### Relevant people



**Robert Littal BSO** ✓     Follow
@BSO

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

### What's happening



Perkowski Legal P.C. ...
@c_perkowski

**Thread**

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Gerardo Sessa
@itnoxagerry

#MadameWeb - I think the new character is Kaine.
Evidences: he is a Spider-Man clone and resembling the
poses from latest videos, he has a veined costume and
long hair and Sony needs a spider-sona. Also he is a
totem, so have a connection with Madame Web.



10:44 AM · Oct 6, 2022 · Twitter Web App

6 Retweets   1 Quote Tweet   43 Likes

Tweet your reply                                            Reply

Gerardo Sessa @itnoxagerry · Oct 6
Replying to @itnoxagerry
-I know that Mayday Parker isn't in the movie but Kaine in the Spider-Girl
comic is a more prominent character, and we know that #MadameWeb is
trying to be a "Spider-Girls" movie

Gerardo Sessa @itnoxagerry · Oct 6
-Aside veins, the suit is black and red, like the Kaine's Scarlet Spider one. It
could be some sort of hybrid design
-Kaine is also a recent rival of Kraven, so this two could fight each other in
future plans of Sony

Gerardo Sessa @itnoxagerry · Oct 7
Replying to @itnoxagerry
tiktok.com/@itnox_video...
Part 2 spoiler - #ScarletSpider (#Kaine) in #MadameWeb!? #Marvel #MCU
#SONIC #SPUMC #VENOM #MCRBUS #TheAmazingSpiderman
#Spiderman #Marvelitalia #SverridLand #AndrewGarfield #TobeyMaguire

tiktok.com
Gerardo on TikTok
#MadameWeb - Theory (Sorry for bad english, I'm italian) |
#ForYourFSpidermanPvenomPMarvelPMCUMyPMarvelPStudioPthe...

Gerardo Sessa @itnoxagerry · Oct 7
tiktok.com/@itnox_video... Here we're #MadameWeb



tiktok.com
Gerardo on TikTok
#MadameWeb - My Theory Part 2
|#ForYourFSpidermanPvenomPMarvelPMCUMy...

John Henry Irons @Henry38979558 · Oct 7
Replying to @itnoxagerry
Wrong.

Gerardo Sessa @itnoxagerry · Oct 7
Replying to @Henry38979558
Yeah, they tell me who he probably is.
I'm sorry to trying to make a Sony movie interesting

Ins. @DT140N12 · Oct 6
Replying to @itnoxagerry
Nope. Ezekiel Sims.

Gerardo Sessa @itnoxagerry · Oct 6
Replying to @DT140N12
Why Sony, why

Perkowski Legal P.C.
@_c_perkowski

Relevant people

Gerardo Sessa
@itnoxagerry                    Follow
Comics🌐, movies🎥, memes and
more! 👇 ·Instagram
instagram.com/guardiani_del_... ·FB
facebook.com/itnoxading

What's happening

FIFA World Cup · Yesterday
Mexico vs Poland

#AvatarTheWayOfWater🌊
Comics🌐, movies🎥, memes and
more! · In theaters December 16
Promoted by Avatar

Trending in United States
Erection
1636 Tweets

Trending in California
Costco
5,861 Tweets

News · Trending
Tucker Carlson
42.3K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More
© 2022 Twitter, Inc.

Tweet



Q  Search Twitter

**Home**

**Explore**

**Notifications** 1

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**



**Andy Vermaut**
@AndyVermaut

Sophie Turner Shows Off Her Growing Baby Bump
During Stroll With Joe Jonas
celebrityinsider.org/sophie-turner-...



1:23 PM · May 13, 2020 · dlvr.it

Tweet your reply

**Reply**

## Relevant people

**Andy Vermaut**
@AndyVermaut     **Follow**

Linked to WCPDCD, EADM,
POSTVERSA, AIDL, EUtoday, ActNow
for C, People Forests, Fundamental
rights. Whatsapp +32499357495
denktankcarmenta@gmail.com

## What's happening

NFL · 3 hours ago
**Browns at Bills**



**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Sports · Trending
**Cooper Rush**
1,285 Tweets

Trending in United States
**#AMAs** 🎤
Trending with TOMORROW X TOGETHER, Favorite K-
Pop Artist

Trending in United States
**UCLA**
30.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 1-16   Filed 12/30/22   Page 26 of 101   Page ID #:1478

← **Tweet**



**Relevant people**

**Film News**
@filmnewsPL   Follow

🎬 najnowsze wiadomości filmowe - kino polskie i zagraniczne, popularne i niezależne 🍿 kontakt: filmnewspl@gmail.com

**JustJared.com** ✓
@JustJared   Follow

Your #1 Entertainment Authority Also follow @jaredeng @justjaredjr

**What's happening**

NFL · Yesterday
**Lions at Giants**

Trending in United States
**UCLA**
11.5K Tweets

Music · Trending
**Lionel Richie**
3,859 Tweets

Music · Trending
**Kelly Rowland**
Trending with Chris Brown

Adult animation · Trending
**#RickAndMorty** 🧠
1,645 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

__ https://twitter.com/tudomiley/status/1456023001082830849 __ at __ 2022-11-22 02:52:04 -0800 __

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Tudo Miley | Fan Account**
@TudoMiley                                      ...

O sorriso dela 🤭👉🏻




3:18 PM · Nov 3, 2021 · Twitter Web App

**46** Retweets   **11** Quote Tweets   **425** Likes


Tweet your reply                               Reply

## Relevant people

**Tudo Miley | Fan Acc...**                    Follow
@TudoMiley
Sua fonte da Miley Cyrus no Brasil |
Your Miley's source in Brazil. Fan
Account. @MediaTudoMiley
@TudoMileyBrasil |
equipetudomiley@gmail.com

## What's happening

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**


**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar


Entertainment · Trending                       ...
**Died Suddenly**
81K Tweets

Trending in United States                      ...
**Argentina**
Trending with  Messi,  #ARGKSA

Trending in United States                      ...
**offsides**
8,786 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

Search Twitter

**Tweet**


**Perkowski Legal P.C.**                        ...
@c_perkowski

__ https://twitter.com/AndyVermaut/status/1297655113960448000 __ at __ 2022-11-20 08:17:47 -08:00 __

← **Tweet**



**Andy Vermaut**
@AndyVermaut                                                                    ...

Diddy Hangs Out With Travis Scott, Quavo & More At Gorgeous Malibu Beach — See Pic
hollywoodlife.com/2020/08/23/did...



3:01 PM · Aug 23, 2020 · dlvr.it

                    ♡          ⬆

   Tweet your reply                          Reply

## Relevant people

 **Andy Vermaut**                          Follow
@AndyVermaut

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

FIFA World Cup · 16 minutes ago
**World Cup Qatar 2022: Opening Ceremony**



**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending                          ...
**RIP JDF**
3,043 Tweets

Trending in United States                          ...
**Offsides**
4,579 Tweets

Only on Twitter · Trending                          ...
**Jason David Frank**
Trending with Power Rangers, Tommy

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

🔍 Search Twitter

📷 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
▤ Lists
👤 Profile
⊙ More

**Tweet**

 **Perkowski Legal P.C.**   ...
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 1-16   Filed 12/30/22   Page 29 of 101   Page ID #:1481



Tweet

← Tweet

 **El Aragüeño**
@ElAragueno  ···

Fotos del rodaje de "Ms. Marvel" revelan el traje de Kamala Khan - is.gd/cPn0XF #EnLaButaca



5:40 PM · May 5, 2021 · TweetDeck

**1** Like

Tweet your reply

Reply

## Relevant people

 **El Aragüeño**
@ElAragueno   Follow

EL PRIMER DIARIO DE ARAGUA. ¡50 años contando tu historia!

## What's happening

FIFA World Cup · 1 hour ago
**Mexico vs Poland**



**#AvatarTheWayOfWater**🗿
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States   ···
**#MHASpoilers**
1,864 Tweets

Trending in United States   ···
**Ochoa**
Trending with #MEXPOL, Lewandowski

Trending in California   ···
**Mexicans**
13.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Search Twitter

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
··· More

**Tweet**

 **Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/CelebsArabic/status/1573788737004415073 ... al__ 2021-11-22 20:14:05 -08:00  Document 1-19  Filed 12/30/22  Page 30 of 101  Page ID
02-cv-09462-DMG-AGR  #:1482

Celebs Arabic ✔
@CelebsArabic

كيم كارداشيان في ميلان ألبوم

Translate Tweet



2:37 PM · Sep 24, 2022 · Twitter for iPhone

24 Retweets   71 Quote Tweets   1,599 Likes

Tweet your reply                                    Reply

**Abdulaziz** @Aziz_Mirgash · Sep 24
Replying to @CelebsArabic

1   4

**تليد** @na1f75 · Sep 24
Replying to @CelebsArabic
في سناوية؟

1

**Elaf** @lurs2 · Sep 24
Replying to @CelebsArabic
باطوها

1

**SHATHA** @shathaalzayd · Sep 24
Replying to @CelebsArabic
ضايعته تحتنى

1   1

**(λιελ** @LielexValot · Sep 25
Replying to @CelebsArabic
محد مهتم لها فريسي نقطل متلها 😂

1

**Senshi** @DANCHO_vv · Sep 24
Replying to @lielexValot and @CelebsArabic

**الجنبي ـ** @azm0oaz1 · Sep 24
Replying to @CelebsArabic
وما لخفيه في قلبك يفتحها الله وما
غبرت من أمك سيئاتك الله به ♡

1

**m** @esmenbig · Sep 24
Replying to @CelebsArabic
وش نسوي هناك؟

1

**HOTD** @FileM6o24 · Sep 24
Replying to @CelebsArabic

5   2

**@kz_1o** · Sep 25
Replying to @CelebsArabic
ملوه للاسف

1

**بسومه عبيطة** @cdts1ab9a · Sep 24
Replying to @CelebsArabic
محد بهتم

Perkowski Legal P.C.
@c_perkcowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Search Twitter

Relevant people

Celebs Arabic ✔                Follow
@CelebsArabic
منصة ترفيهية تختص للأخبار ونشاطات مشاهير
العالم للتواصل والإعلانات التجارية
CelebsArabic@gmail.com

What's happening

NBA · LIVE
Lakers at Suns

#AvatarTheWayOfWater 💧
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
Erection
146 Tweets

Trending in California
Hooters
8,523 Tweets

Trending in California
Costco
5,447 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Paulette Kimuntu Kim**
@KimKimuntu

···

Dakota Johnson sur le tournage du film Madame Web.

#Cinema




9:02 AM · Jul 27, 2022 · Twitter for Android

**9** Likes

Tweet your reply

Reply

Q Search Twitter

**Relevant people**

**Paulette Kimuntu Kim**
@KimKimuntu

Follow

**What's happening**

NFL · 2 hours ago
**Chiefs at Chargers**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
Promoted by Disney+

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States
**#AMAs** 🔥
Trending with soobin, yeonjun

Sports · Trending
**Ben Simmons**
9,972 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

← **Tweet**



Dispara Margot
@disparamargot

···

Kim Kardashian llora en un estacionamiento tras
discusión con Kanye West en un Wendy's



8:54 AM · Jul 28, 2020 · TweetDeck

**3** Retweets  **3** Quote Tweets  **51** Likes

Tweet your reply                                 Reply

Marcousrx @marcousrx · Jul 28, 2020
Replying to @disparamargot
Es un matrimonio es normal 🤣😊

S a g r a r i o V i t a l i a @sagrariovitalia · Jul 28, 2020
Replying to @disparamargot
Siempre congruente. Siempre elegante
♡ 1

Remedios SinVaro @SinvaroRemedios · Jul 28, 2020
Replying to @disparamargot
Yo tmb lloraría aunque no me dijera nada...

Mario Arturo Cortes @MarioArturoCor7 · Jul 28, 2020
Replying to @disparamargot
Ya comprobó Kim que su agua especial ya no le hace efecto a kanye y xq
quien la va a dejar este guey

Itzel Romero @lucitadebunbury · Jul 28, 2020
Replying to @disparamargot
😂😂

Raul Perez @raulkalebp · Jul 28, 2020
Replying to @disparamargot
cosa que me viene valiendo 3 hectáreas de verga...

Carola Bernal @bernallopez0681 · Jul 28, 2020
Replying to @disparamargot
Jajajajaja así o más planeado que los vieran! Esa doñita es más falsa que sus
nalgas!
♡ 1

Felix Montero @FxKewl · Jul 28, 2020
Replying to @disparamargot
@padecimosotros siono?

XulaLove 🅱️ @avoh28 · Jul 28, 2020
Replying to @disparamargot
Se las está viendo negra con el negro que se agarro
♡ 1

Eliza @eligirl2002 · Jul 30, 2020
Replying to @disparamargot
Y de cuándo acá discuten en un wendy's jajaja. Obvio querían que los
vieran 🤣🤣

This Tweet was deleted by the Tweet author. Learn more

BENEDICTUS1021 @YoTecoman · Jul 28, 2020
Hay cajita feliz en Wendy's??

Show more replies

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**
**Tweet**

Perkowski Legal P.C.
@c_perkowski                    ···

Search Twitter

**Relevant people**

Dispara Margot                  Follow
@disparamargot
De lunes a viernes, 19:00 a 21:00 de la
noche por MVS Radio.

**What's happening**

NFL · Yesterday
Cowboys at Vikings

Trending in United States
#JusticeForQuinton

Sports · Trending
Mexico City
13.2K Tweets

Trending in California
Dodger Stadium
12.5K Tweets

Trending in United States
$TSLA
18.5K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.



← **Tweet**

**Dakota Johnson Daily**
@Dakoholics

···

May 22: #DakotaJohnson out in Los Angeles.

via: PicturePub



3:30 PM · May 22, 2019 · Twitter for Android

**43** Retweets   **1** Quote Tweet   **200** Likes

Tweet your reply

Reply

**karenp57** @karenp571 · May 22, 2019    ···
Replying to @Dakoholics
What store is that

**Relevant people**

**Dakota Johnson Daily**
@Dakoholics    Follow
Fan account dedicated to actress, activist, director and producer Dakota Johnson.

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Trending in United States    ···
**Bob Iger**
Trending with Disney, Chapek

Trending in United States    ···
**UCLA**
11.8K Tweets

Trending in United States    ···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States    ···
**#AMAs** ⚠️
4.62M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

← **Tweet**

**AP** ✓
@altapeli

Jennifer Lawrence en imágenes desde el set de #DontLookUp, la nueva película de Adam McKay.



7:03 AM · Dec 1, 2020 · Twitter Web App

**2** Retweets   **2** Quote Tweets   **22** Likes

Tweet your reply                    Reply

Matias Seoane @MatiasASeoane · Dec 1, 2020
Replying to @altapeli
Era hora q se le lleven en cana por lo q hizo en las últimas XMen... Entre otras cosas

---

Q Search Twitter

**Relevant people**

**AP** ✓
@altapeli                    Follow
Cuenta oficial de AltaPeli.com - Cine / Series / Críticas / Noticias / Videojuegos

**What's happening**

Television · 53 minutes ago
**The Walking Dead airing on AMC**

#Disenchanted 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**#twdspoilers**
1,227 Tweets

Music · Trending
**Kelly Rowland**
6,115 Tweets

Trending in United States
**Hopelessly Devoted To You**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/PMaratonando/status/1539785717085356032 __ at __ 2022-11-20 08:13:38 -08:00 __

← **Tweet**

**Maratonando News** 
@PMaratonando

IMPECÁVEIS ! 🤠👌

Margot Robbie e Ryan Gosling aparecem como caubóis em fotos do set de Barbie

Confira :

Barbie estreia nos cinemas em 21 de julho de 2023.

#Barbie #BarbieMovie #RyanGosling #MargotRobbie



6:41 PM · Jun 22, 2022 · Twitter for Android

**3** Likes

Tweet your reply

Reply

**Relevant people**

**Maratonando News** 
@PMaratonando

Follow

Tudo sobre o mundo do cinema, séries e games 🎮📽 Sigam nossos ADMs 👍👍 @1991Philipe  @rayssajoy 

← **Tweet**

 **Foochia - فوشيا** ✔
@foochia

‎#جوليا_روبرتس بملابس السباحة خلال تواجدها في المكسيك، حيث ظهر تاتو موجود أسفل ظهرها بوضوح!‎

‎#مشاهير #إطلالات_النجمات #نجمات_هوليوود #juliaroberts‎

Translate Tweet



12:53 AM · Feb 5, 2020 · Hootsuite Inc.

**1** Retweet  **1** Like

---

### Relevant people

 **Foochia - فوشيا** ✔
@foochia    **Follow**

‎موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.‎

### What's happening

NFL · 1 hour ago
**Chiefs at Chargers**


**#Disenchanted** 🧚
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, Disney

Trending in United States
**#AMAs** 🔥
Trending with soobin, yeonjun

Trending in United States
**UCLA**
14.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Search Twitter**

- 🏠 Home
- # Explore
- 🔔 Notifications
- ✉ Messages
- 🔖 Bookmarks
- ☰ Lists
- 👤 Profile
- ··· More

**Tweet**

Tweet your reply    **Reply**

 **Perkowski Legal P.C.** ···
@c_perkowski

__ https://twitter.com/disneyflixfr/status/1540026065950744578 __ at __ 2022-11-21 08:51:04 -08:00 __

← **Tweet**

 **DISNEY FLIX FR**
@disneyflixfr

Margot Robbie et Ryan Gosling sur le tournage du film "Barbie" de Greta Gerwig.

 

10:36 AM · Jun 23, 2022 · Twitter for iPhone

**17** Likes

 Tweet your reply

Reply

## Relevant people

 **DISNEY FLIX FR**
@disneyflixfr    Follow

Toutes les dernières informations sur vos films et séries préférées ✨

## What's happening

FIFA World Cup · LIVE
**Senegal vs Netherlands** 

Trending in California
**Dodger Stadium**
14.2K Tweets

Trending in United States
**Chocolate and Chip**

Trending in United States
**The Dutch**
11.9K Tweets

Trending in United States
**Sarr**
6,262 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 1-16    Filed 12/30/22    Page 39 of 101    Page ID #:1491

← **Tweet**

Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

 **Andy Vermaut**
@AndyVermaut                                ⋯

Angelina Jolie Hugs Shiloh Jolie Pitt, 15, As She & Sisters Warmly Meet Mom After Hospital Visit
hollywoodlife.com/2021/08/20/ang...



7:53 PM · Aug 20, 2021 · dlvr.it

    ♡  ↑

 Tweet your reply                              Reply

**Relevant people**

 **Andy Vermaut**
@AndyVermaut                              Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

**What's happening**

FIFA World Cup · Last night
**Mexico vs Poland**                        

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Trending in United States                   ⋯
**Erection**
14.6K Tweets

Trending in California                      ⋯
**Costco**
5,482 Tweets

Sports · Trending                           ⋯
**#LALvsPHX**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**    ⋯
@c_perkowski

← **Tweet**

**Daki_Jamie** ❤️
@damieforever48                                    ...

New pics of Dakota on the set of Madame Web in Boston, Massachusetts (Via @dakotajohnsonpt) ❤️
#DakotaJohnson



10:52 PM · Aug 6, 2022 · Twitter for Android

**7** Retweets  **22** Likes

💬          🔁          ♡          ⬆️

Tweet your reply                              **Reply**

🔍 Search Twitter

### Relevant people

**Daki_Jamie** ❤️                          **Follow**
@damieforever48
Fan Account Jamie Dornan e Dakota Johnson ❤️

**Dakota Johnson P...** ✓              **Follow**
@dakotajohnsonpt
A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷: @DJPTMidias | Fã-Clube.

### What's happening

NCAA Football · LIVE
**TCU at Baylor**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
📷 Promoted by Uber

Sports · Trending                          ...
**Andrel Anthony**

Trending in United States                  ...
**TCU and Michigan**

Events · Trending                          ...
**Qatar**
812K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**


**Perkowski Legal P.C.**
@c_perkowski                      ...

___ https://twitter.com/raulbrindis/status/1032995195409899520 ___ at ___ 2022-11-22 00:27:16 -08:00 ___

← **Tweet**



**Raúl Brindis** ✔
@raulbrindis

Shakira está en Miami como parte de su gira de conciertos El Dorado y decidió tomarse un break para divertirse con un paseo en yate a lado de sus pequeños hijos, Milan y Sasha. #Farandulazo

Translate Tweet

 

7:17 AM · Aug 24, 2018 · Hootsuite Inc.

**14** Likes

P    Tweet your reply    Reply

## Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

🔍 Search Twitter

## Relevant people

**Raúl Brindis** ✔
@raulbrindis    Follow

Radio Host for El Show de Raúl Brindis

## What's happening

NFL · 4 hours ago
**49ers at Cardinals**

**#AvatarTheWayOfWater**🌊
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
6,975 Tweets

Trending in United States
**Chrisley**
26.2K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.


**Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/nanfixus/status/1072341655586508802 __el__ 2022-11-20 15:13:52 -08:00
Case 2-22-cv-09462-DMG-ADS    Document 1-16    Filed 12/30/22    Page 42 of 101    Page ID
#:1494

**@nanfixus**
@nanfixus

That  litle smirk 😍😍😍



8:05 PM · Dec 10, 2018 · Twitter for Android

**13** Retweets  **55** Likes

Tweet your reply

Reply

♡ DJohn💙 DJ 🌺😨🥰♡ @AllMyloveQueenD · Dec 10, 2018
Replying to @nanfixus
💕💕💕

1

**Relevant people**

@nanfixus
@nanfixus
DJ Fan 🌺 Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 🕺 #AmIOk
#Persuasion Fan account 🇺🇸

Follow

**What's happening**

NFL · 1 hour ago
Panthers at Ravens

#Disenchanted 🔮
Original movie now streaming
Promoted by Disney+

Trending in California
**Rest In Peace**
59.5K Tweets

Trending in United States
**#FIFAWorldCup** 🏆
Trending with #AMAs 🏆, Favorite K-Pop Artist

Sports · Trending
**Denver**
104K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

Search Twitter

**Tweet**

s🦋
@rosesforhazz

miałam dosłownie podobny outfit jaki ma Camila na tym zdjęciu i zostałam nazwana 'puszczalską kurwą' przez to że pokazałam kawałek ciała...

to moje ciało i moja decyzja co ubieram, jest gorąco i nie mam zamiaru topić się przy 30 stopniach, bo ktoś woli żebym zakryła ciało

Translate Tweet



9:09 AM · Jul 20, 2021 · Twitter for Android

**52** Retweets  **1** Quote Tweet  **1,847** Likes

Tweet your reply                                    Reply

somi @cossiestanie · Jul 20, 2021
Replying to @rosesforhazz
kurwa długie spodnie co

♡ 1

s🦋 @rosesforhazz · Jul 20, 2021
Replying to @cossiestanie
sportowy stanik koledze przeszkadzał

♡ 1

Show replies

liv @ghostuun · Jul 20, 2021
Replying to @rosesforhazz
Boże to jest takie męczące, albo ostatnio miałam krótki top co i tak brzuch był zasłonięty ale za to więkiszy dekolt i niektórzy jak zatrzyli wprost na nie no soruwa wy byliśce bez koszulki i się nie patrzyłam na Waszą ciało

♡ 61

s🦋 @rosesforhazz · Jul 20, 2021
Replying to @ghostuun
ale gościu w majtach bez koszulki chodzić może

♡ 39

@pyenjx · Jul 20, 2021
Replying to @rosesforhazz
Przecież to normalny strój

♡ 87

s🦋 @rosesforhazz · Jul 20, 2021
Replying to @pyenjx
ja wiem, moja mama wie ale gościu, który stał pod sklepem stwierdził że sportowy stanik jest wyzywający

♡ 57

Show replies

karo 🦋 @mcveysgurl · Jul 20, 2021
Replying to @rosesforhazz
Jezu ja cały czas chodzę tak ubrana latem tylko krótkie spodenki jeszcze i na szczęście jeszcze nikt mnie tak nie nazwał ale bym chyba wybuchnęła śmiechem jakby tak ktoś do mnie powiedział

claudia 🌐 thor era 🕯 @hellandwtf · Jul 20, 2021
Replying to @rosesforhazz
omg to jest obrzydliwe, w jakim ja kraju żyje.

♡ 4

klaudia @scrpentdove · Jul 20, 2021
Replying to @rosesforhazz
już widzę jak w tym outficie idę do pracy... i mean nie ma w nim nic złego, po prostu komentarze facetów z pracy, którzy chyba kawałka ciała a baby nie widzieli, przyprawiały by mnie o wymioty

♡ 1

katrina @majeranelox · Jul 20, 2021
Replying to @rosesforhazz
Ale kużwa jak facet łazi bez koszulki po ulicy to jest dobrze. Co z tymi ludźmi jest nie tak ja się pytam.

♡ 15

@mels_twt · Jul 20, 2021
Replying to @rosesforhazz
Nie warto się takim czymś przejmować bo ludzie są zjebani

----💛🍂✕ 𝕏𝕔𝕝𝕒𝕦𝕕𝕚𝕒💛🍂✕ @Gulaszwymiodowy · Jul 20, 2021
Replying to @rosesforhazz
Strasznie

Balaclava 🗡 @Annie_6167 · Jul 20, 2021
Replying to @rosesforhazz
Wtf przecież to jest normalny, sportowy strój xd

♡ 1

Lina 🌷 @TheFriax · Jul 21, 2021
Replying to @rosesforhazz
Ja byłam nazwana dziwką, bo miałam kabaretki pod jeansami XDDDD

@junseavuage · Jul 20, 2021
Replying to @rosesforhazz and @roxipuna_
To jest tylko brzuch, kurde, ja to dopiero muszę być wyuzdana bitch

future Carlos' wwg 🌿 #BTREurope @penaflux · Jul 20, 2021
Replying to @rosesforhazz
+ 1 byku

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Perkowski Legal P.C.
@c_perkowski

Search Twitter

Relevant people

s🦋 @rosesforhazz          Follow
she/her | fan account

What's happening

FIFA World Cup · 2 hours ago
Mexico vs Poland

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in California
Mexicans
16.8K Tweets

Celebrities · Trending
Anthony Mackie

Trending in United States
Ochoa
Trending with Poland, Lewandowski

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More —
© 2022 Twitter, Inc.

\_ https://twitter.com/electedbieber/status/1349922570439561217 \_ at \_ 2022-11-22 14:40:54 -08:00

← **Tweet**



taraneh
@electedbieber                                          ...

His hair is getting so long I can barely see his face



7:33 PM · Jan 14, 2021 · Twitter for iPhone

  Tweet your reply                                    Reply



Perkowski Legal P.C.    ...
@c_perkowski

---

**Relevant people**

  taraneh                          Follow
@electedbieber

who needs a bra when Justin Bieber
has two hands

**What's happening**

FIFA World Cup · This morning
Argentina vs Saudi Arabia



#AvatarTheWayOfWater🫧
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Celebrities · Trending                              ...
Chris Evans

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Q  Search Twitter

← **Tweet**

Search Twitter



**Cillian Murphy Fans**
@CMurphyFans   •••

Cillian Murphy and Robert Downey Jnr on the set of #Oppenheimer



2:08 PM · Apr 13, 2022 · Twitter for iPhone

**23** Retweets   **10** Quote Tweets   **270** Likes



 Tweet your reply   Reply

## Relevant people

 **Cillian Murphy Fans**
@CMurphyFans   Follow

Fan account. Not Cillian Murphy ( obviously) Views are my own. #PeakyBlinders S6 is now streaming on @netflix.

## What's happening

NFL · 2 hours ago
**49ers at Cardinals**


Entertainment · Trending
**Died Suddenly**
68.4K Tweets

Trending in California
**Dodger Stadium**
8,696 Tweets

Entertainment · Trending
**Sinbad**
8,172 Tweets

Trending in United States
**August Alsina**
Trending with Jada, #TheSurrealLife

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski   •••

https://twitter.com/musictrendscol/status/1540008184450105344 __ at __ 2022-11-21 21:01:38 -08:00

← **Tweet**

**MUSICTRENDS Colombia**
@musictrendscol                                  ···

**#EsTendencia**: Una nueva imagen de Margot Robbie y Ryan Gosling como Barbie y Ken en la película live-action de 'Barbie' que estrena en 2023 🎬



9:25 AM · Jun 23, 2022 · Twitter for iPhone

**5** Retweets    **122** Likes

○ ⟳ ♡ ⬆

**Perkowski Legal P.C.**
@c_perkowski                        ···

Tweet your reply                                    Reply

**c a m m** 🍃 @neilquexn · Jun 24                ···
Replying to @musictrendscol
@ashemusic that could easily be you. i actually though it was you before reading the description

○ ⟳ ♡ ⬆

---

**Search Twitter**

### Relevant people

**MUSICTRENDS Colo...**          Follow
@musictrendscol
Conciertos, música, entretenimiento y actualidad. Bogotá, CO 📍 Contacto: musictrendscol@gmail.com

### What's happening

NFL · 44 minutes ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
61.8K Tweets                              ···

Entertainment · Trending
**August Alsina**
Trending with #TheSurrealLife          ···

Trending in California
**Dodger Stadium**
10.1K Tweets                              ···

Entertainment · Trending
**Sinbad**
7,318 Tweets                              ···

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

— https://twitter.com/thai_superhero/status/1235226341680615425 — at — 2022-11-21 12:12:01 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-16    Filed 12/30/22    Page 47 of 101    Page ID #:1499

← **Tweet**

Q Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

 สมาคม Superhero
@Thai_SuperHero ···

ภาพหลุดล่าสุดจากกองถ่ายของ LOKI

ว่าแต่ นั่น LADY LOKI งั้นเหรอ ????



7:31 AM · Mar 4, 2020 · Twitter Web App

**1,369** Retweets  **10** Quote Tweets  **491** Likes

💬  🔁  ♡  ⬆️

 Tweet your reply    **Reply**

👤 มิสเตอ III เทพนมินเมธิไม่ใช่มันหมา @saijoog · Mar 4, 2020 ···
Replying to @Thai_SuperHero
คิดว่าใช่แต่ทำไมผมบลอนด์😅

💬  🔁  ♡  ⬆️

**Relevant people**

 สมาคม Superhero
@Thai_SuperHero    **Follow**
สมาคมของกลุ่มคลคลผู้ชื่นชอบซุปเปอร์
ฮีโร่ในประเทศไทย // Twitter อย่างเป็น
ทางการของ 'สมาคมผู้คลั่งไคล้
SuperHero' *ถามข้อมูลหนัง/Comic ต่างๆ
ใน DM ได้เลยจ้า*

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**

Entertainment · Trending    ···
**Julia Fox**
5,695 Tweets

Trending in United States    ···
**1-0 USA**
17.8K Tweets

Trending in United States    ···
**#BudweiserFWC**

Trending in United States    ···
**National Anthem**
70.1K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

https://twitter.com/SNEAKPEEKCA/status/1556373236929159168 _ at _ 2022-11-20 07:50:05 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-16    Filed 12/30/22    Page 48 of 101    Page ID
#:1500

 **SneakPeek**
@SNEAKPEEKCA

**SNEAK PEEK : "Madame Web" Leaked Set Images**
sneakpeek.ca/2022/08/madame... #dakotajohnson #madameweb #sonypictures #marvelstudiios



1:14 PM · Aug 7, 2022 · Twitter Web App

**2** Retweets   **31** Likes

         

 Tweet your reply       Reply

Q  Search Twitter

**Relevant people**

 **SneakPeek**    Follow
@SNEAKPEEKCA
Invite Only

**What's happening**

FIFA World Cup · LIVE
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 🎃
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**#MassShooting**

Trending in United States
**#FIFAKOOK**
32.8K Tweets

Perkowski Legal P.C.
@c_perkowski



← **Tweet**

**Hadid News Media**
@HadidNewsMedia

March 13: Bella out in LA.



11:46 PM · Mar 13, 2018 · Twitter for iPhone

**71** Retweets   **7** Quote Tweets   **154** Likes

Tweet your reply

**Reply**

**Relevant people**

**Hadid News Media**
@HadidNewsMedia    **Follow**

Your 1st & most reliable source on everything Gigi & Bella Hadid; since 2013. [@HadidNews]

**What's happening**

NCAA Men's Basketball · Yesterday
**Hornets at Panthers**



Trending in United States
**maher**
22.1K Tweets

Trending in United States
**Bob Iger**
Trending with  Disney, Chapek

Trending in United States
**#AMAs** 🔥
Trending with  sabrina

Trending in United States
**Colorado Springs**
547K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

**Search Twitter**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**


**Perkowski Legal P.C.** •••
@c_perkowski

__ https://twitter.com/TheAffinityMag/status/1411891815111185411 __ at __ 2022-11-21 17:52:52 -08:00

← **Tweet**

🔍 Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

**Affinity Magazine** ✔️
@TheAffinityMag

⋯

Happy anniversary to this special moment



👤 Taylor Swift FR | Fan Account and 3 others

8:37 PM · Jul 4, 2021 · Twitter for iPhone

**3** Retweets   **2** Quote Tweets   **16** Likes

💬                ⟲                ♡                ⬆️

🅿️ Tweet your reply                          Reply

### Relevant people

**Affinity Magazine** ✔️
@TheAffinityMag
NEXT GEN OF MEDIA

Follow

**Taylor Swift FR | Fan ...**
@TSwiftNewsFR
Retrouvez sur ce compte source français les dernières actualités sur l'auteure-compositrice-interprète Taylor Alison Swift détentrice de 11 Grammy Awards.

Follow

**Taylor Swift Updates**
@TSwiftLA
Your go-to update fan account for Taylor Swift news. Turn on notifications for all news & announcements. 📧: TSwiftLA2@gmail.com #TSMidnights 🆃🆂 #TSTheErasTour

Follow

### What's happening

FIFA World Cup · Last night
**England vs Iran**

Trending in United States                ⋯
**Died Suddenly**
43K Tweets

Trending in California                    ⋯
**Dodger Stadium**
12K Tweets

Entertainment · Trending                 ⋯
**Selma**
4,411 Tweets

Sports · Trending                         ⋯
**Lane Kiffin**
6,723 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

🅿️ **Perkowski Legal P.C.**  ⋯
@c_perkowski

__ https://twitter.com/dizfilms/status/1026849342238192768 __ at __ 2022-11-22 20:01:43 -0800 __

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**


Perkowski Legal P.C.
@c_perkowski


Ⴔ *DIZ* Ⴔ
@DIZfilms

ルビーローズの私服好きだなー。
サメTシャツを着こなしてる。
華奢で顔小さいからこの髪型が最高に似合っててかっ
こいい。

Translate Tweet



8:15 AM · Aug 7, 2018 · Twitter for iPhone

**15** Retweets  **133** Likes



Tweet your reply

Reply

Q Search Twitter

**Relevant people**


Ⴔ *DIZ* Ⴔ
@DIZfilms

Follow

人生が豊かになる映画•ドラマの最新
ニュースや作品紹介を自分軸で厳選し
てお届け 🎟 1人でも多くの映画好きを
増やすため、色々な映画の楽しみ方を
発信中。フリーランス2年目📝
instagram.com/diz2049/ 📷

**What's happening**

NBA · LIVE
**Lakers at Suns**


**#AvatarTheWayOfWater**🫢
Get tickets now - In theaters December 16
🎬 Promoted by Avatar


Trending in United States
**RIP Harold**

Sports · Trending
**Renfroe**
Trending with Brewers, Janson Junk

Trending in California
**Hooters**
8,434 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

← **Tweet**



**Homo Honey**
@DixPeyton

···

never thought I'd say this but I want what Rita Ora has



5:15 PM · May 23, 2021 from Brooklyn, NY · Twitter for iPhone

**7** Retweets    **1** Quote Tweet    **198** Likes

💬          🔁          ♡          ↑

P    Tweet your reply                    **Reply**

---

**Home**

# **Explore**

🔔¹ **Notifications**

✉ **Messages**

🔖 **Bookmarks**

**Lists**

👤 **Profile**

··· **More**

**Tweet**

---

🔍 Search Twitter

**Relevant people**



**Homo Honey**    **Follow**
@DixPeyton

"a sellout" - my dad
peytondix@gmail.com

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**



Trending in United States          ···
**1-0 USA**
14.8K Tweets

Trending in California          ···
**Telemundo**
7,307 Tweets

Trending in California          ···
**LETS GOOOOOO**
3,291 Tweets

Trending in United States          ···
**#USMNT**🇺🇸
Trending with Weah, Wales

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

P    **Perkowski Legal P.C.**    ···
@c_perkowski

← **Tweet**

Home

\# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.** ...
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 1-16    Filed 12/30/22    Page 54 of 101    Page ID #:1506

← **Tweet**



**@nanfixus**
@nanfixus

···

Ohh babe !! #DakotaJohnson
😍😍😍



6:31 PM · Nov 10, 2018 · Twitter for Android

**14** Retweets    **50** Likes

💬    🔁    ♡    ⬆️

    Tweet your reply    Reply

## Relevant people

    **@nanfixus**    Follow
@nanfixus

DJ Fan 🐾 Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🇦🇷 

## What's happening

NFL · 2 hours ago
**Cowboys at Vikings**


**#Disenchanted** 🧑‍🦰
Original movie now streaming
▶️ Promoted by Disney+

Trending in United States    ···
**Bob Iger**
2,639 Tweets

Trending in United States    ···
**Chapek**
2,461 Tweets

Trending in United States    ···
**#TheWalkingDead**
Trending with Negan, #TWDFinale

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

🔍 Search Twitter

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
··· More

**Tweet**

**Perkowski Legal P.C.**    ···
@c_perkowski

__ https://twitter.com/allinitdrews/status/1371269291132264448 __ at __ 2022-11-21 07:59:49 -08:00 __

← **Tweet**

**sam**
@allinitdrews

u smile, i smile



6:17 PM · Mar 14, 2021 · Twitter for iPhone

**5** Likes

Tweet your reply

**Reply**

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

**Relevant people**

**sam**
@allinitdrews
fan account; justin followed 9.14.19

**Follow**

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Sports · Trending
**Charles Barkley**
2,389 Tweets

Music · Trending
**#askmeek**

Trending in California
**Dodger Stadium**
14.3K Tweets

Trending in United States
**#USAvWAL**
1,421 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.



Perkowski Legal P.C.
@c_perkowski

https://twitter.com/FilmstoFilms_/status/1418015378064697113___at___2022-11-22 12:27:56 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 1-16   Filed 12/30/22   Page 56 of 101   Page ID #:1508

Q Search Twitter

**Relevant people**

Films to Films 🎬🎥
@FilmstoFilms_    **Follow**

This is a personal account. Films in four frames Instagram: instagram.com/filmstofilms_/

**What's happening**

FIFA World Cup · 2 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**
Get tickets now · In theaters December 16
Promoted by Avatar

Celebrities · Trending
**Tom Hanks**
5,907 Tweets

Trending in United States
**Ochoa**
Trending with Poland, Lewandowski

Politics · Trending
**Ginni Thomas**
27.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Films to Films 🎬🎥
@FilmstoFilms_



6:09 PM · Jul 21, 2021 · Twitter for iPhone

**30** Retweets   **7** Quote Tweets   **484** Likes

Perkowski Legal P.C. ···
@c_perkowski

Tweet your reply    **Reply**

Rehan @Rehanbelike · Jul 22, 2021
Replying to @FilmstoFilms_

GIF  ALT

1

Nina Wergner 🏃🚩🟥 @lach_da · Jul 22, 2021
Replying to @FilmstoFilms_
What  the fuck, are you alright?

ΔKentucky Fried Foghorn Leghorn ✔ @ItsSimberg · Jul 21, 2021
Replying to @FilmstoFilms_
Sebastien, you good?

IM THE LEFT EYE @Hitecreview · Jul 21, 2021
Replying to @FilmstoFilms_

https://twitter.com/nacaomarvel/status/1363543591547793349 __id__ 2021-11-21 22:40:49 -08:00
Document 1-16    Filed 11/30/22    Page 57 of 101    Page ID
# 1309
22-cv-09402-DMG-AGD

🔍 Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

**NAÇÃO MARVEL | fan club**
@nacaomarvel

Novas imagens do set de #Hawkeye mostram a
Tracksuit Mafia, vilões da série. (via: @CreamOrScream)

Translate Tweet



9:45 AM · Feb 21, 2021 · Twitter for Android

12 Retweets    16 Quote Tweets    349 Likes

Tweet your reply                                    Reply

matheus, um anti-herói. @iamtretheus · Feb 21, 2021
Replying to @nacaomarvel and @CreamOrScream
a tokyo o rio e o berlim 🤣🤣🤣🤣

@maricius · Feb 21, 2021
Replying to @nacaomarvel and @CreamOrScream
Falta muito pra sexta?

**ana°·。 moved to olsenvstan** @RAVUCSEN · Feb 21, 2021
Replying to @nacaomarvel and @CreamOrScream
Parece La Casa de Papel

0:26 · 6,832 views

From anaº·。 moved to olsenvstan

wanda 9?! @octoments · Feb 21, 2021
Replying to @nacaomarvel and @CreamOrScream
Lá casa de papel e vcs?

Manu? @emansarloomanu · Feb 21, 2021
Replying to @nacaomarvel and @CreamOrScream
nação marvel, eu tenho uma teoria forte, queria saber se vocês podem me
chamar na dm pra eu falar ela diretinho pra vocês

Ryan Campos @ryos00shrk · Feb 21, 2021
Replying to @nacaomarvel and @CreamOrScream
Demorou pra acontecer esse cosslover com Lá Casa de Papel kkkk

Tah Mori 🏳️ titans · tw @klarafbanks · Feb 21, 2021
Replying to @nacaomarvel and @CreamOrScream
Hawkeye em la casa de papel

Sam @perleydanvers · Feb 21, 2021
Replying to @nacaomarvel and @CreamOrScream
La Casa de Papel fazendo uns bicos em Hawkeye

0:04 · 10.4K views

From Sam

sam O°°° @parlerstyls · Feb 21, 2021
Replying to @nacaomarvel and @CreamOrScream
Aff a vila podia ser a madame máscara

Mundo Geek @MundoGeekCF1 · Feb 21, 2021
Replying to @nacaomarvel and @CreamOrScream
Eu olhei rápido demais e achei que era a gangue do La Casa de Papel

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more

anyone @rynhzz · Feb 21, 2021
Replying to @nacaomarvel and @CreamOrScream
XXXXXXXXXXXX mano

**Relevant people**

**NAÇÃO MARVEL | fa...**    Follow
@nacaomarvel
O maior clube da Marvel no
Brasil e #2 do mundo | por @kainyall
& @thuntropex | @iPodcastINM |
📧: nacaomarvelofc@gmail.com

**Cora Ventura**    Follow
@CreamOrScream
Venting account for all things great
and small such as #Marvel and
#DCComics, #Netflix, #Gaming #Films,
and also a Media Account. Supporter
of #kimberiward 💜

**What's happening**

NFL · 2 hours ago
49ers at Cardinals

Entertainment · Trending
**Died Suddenly**
70.1K Tweets

Trending in California
**Mexicans**
6,328 Tweets

Only on Twitter · Trending
**Pablo Milanés**
Trending with  Autumn

Sports · Trending
**Trey Lance**
1,334 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.



__ https://twitter.com/solacecinema/status/1539852654452539392 __ at __ 2022-11-23 00:03:38 -08:00 __



← Tweet

**Cinema Solace Media**
@SOLACECINEMA
···

11:07 PM · Jun 22, 2022 · Twitter for iPhone

**8** Retweets    **9** Quote Tweets    **34** Likes

Tweet your reply

Reply

🔍 Search Twitter

**Home**
**Explore**
**Notifications** ①
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

## Relevant people

**Cinema Solace Media**
@SOLACECINEMA
Follow
media account for @CINEMASOLACE 📷

## What's happening

FIFA World Cup · Yesterday
**Mexico vs Poland**

**#WelcomeToChippendales** 🙌
New series. Now streaming.
☑ Promoted by Welcome to Chippendales on Hulu 🍿

Trending in United States ···
**Erection**
21.7K Tweets

Trending in California ···
**Costco**
6,156 Tweets

Sports · Trending ···
**Charles Barkley**
Trending with Pat Bev, Ayton

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski

← Thread

**Bishop** @BlindWanda

Hailee Steinfeld Filming scenes for Hawkeye in Atlanta,
21-02-2021

1/2

#Hawkeye #Marvel #Disneyplus



2:28 PM · Feb 21, 2021 · Twitter Web App

133 Retweets   36 Quote Tweets   1,055 Likes

Tweet your reply          Reply

**Bishop** @BlindWanda · Feb 21, 2021
Replying to @BlindWanda
Hailee Steinfeld Filming scenes for Hawkeye in Atlanta, 21-02-2021

2/2

#Hawkeye #Marvel #Disneyplus

1    36    151

**Armaced** @Armaced · Feb 27, 2021
Replying to @BlindWanda and @CreamOrScream
It's Kate Silver of the Five-Thirty-Kate blog!

1    1

**The Boss** @ChristmasBoss · Feb 27, 2021
Replying to @BlindWanda and @CreamOrScream
Weird that her and Kathryn Hahn both voiced in Spiderman Into the
Spiderverse, and are now starring in a Disney+ show!

2    7

**Armaced** @Armaced · Feb 27, 2021
Replying to @ChristmasBoss and @CreamOrScream
Both are pretty awesome.

1    1

Show replies

**ExTeachersUnion** @teachers_ex · Feb 27, 2021
Replying to @BlindWanda and @CreamOrScream
exteachersunion.com

**ct** @Christ002141713 · Feb 27, 2021
Replying to @BlindWanda and @CreamOrScream
No offense but the actor katinass would also do good

**laurel** @laurel_tibbitts · Feb 27, 2021
Replying to @BlindWanda and @CreamOrScream
i don't know about anyone else but i am so happy for this!

1    5

**Codeman** @Codeman43447853 · Feb 27, 2021
Replying to @laurel_tibbitts and @CreamOrScream
Wow. Really?

**Anthony D. Hopkins** 🏴󠁧󠁢󠁥󠁮󠁧󠁿🇬🇧 @Ahop7286 · Feb 27, 2021
Replying to @BlindWanda and @CreamOrScream
Kate Bishop! ✦✦

2

**Isaac** 🇬🇧 @MoviemanStudios · Feb 27, 2021
Replying to @BlindWanda and @CreamOrScream
To those of you wondering, Jeremy Renner will be in the Hawkeye series.
They're just introducing the character of Kate Bishop

1    3

**Codeman** @Codeman43447853 · Feb 27, 2021
Replying to @MoviemanStudios and @CreamOrScream
I know. I wonder how much

**Codeman** @Codeman43447853 · Feb 27, 2021
Replying to @BlindWanda and @CreamOrScream
She looks cool but could look better. Where is it out!

**NJ Green what comes next?** @Gwar56 · Feb 27, 2021
Replying to @BlindWanda and @CreamOrScream
Not Clint?  Nope

2

**Armaced** @Armaced · Feb 27, 2021
Replying to @Gwar56 and @CreamOrScream
He's in it, too. But come on, she's better.

**Atom the Icon** @atomicddt · Feb 27, 2021
Replying to @BlindWanda and @CreamOrScream
Stop spoiling shit!

1

**Descent into Maelstrom** 🇺🇸 @kevinowenslitt1 · Feb 27, 2021
Replying to @BlindWanda and @CreamOrScream
#WeStandWithGinaCarano

Search Twitter

**Relevant people**

**Bishop** @BlindWanda          Follow
Lover of Marvel, DC, Star Wars,
Comics, Hailee Steinfeld, BLACKPINK,
and many other things 😊

**What's happening**

Television · Last night
Saturday Night Live airing on
NBC

#Disenchanted 🪄
Original movie now streaming
Promoted by Disney+

Trending in United States
**Morgan Freeman**
165K Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with Five Kevin Conroy

Trending in California
**Shakira**
104K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@_perkowski

← **Tweet**

## Relevant people



**Movie Crazy Planet ...**
@MovieCrazyP   **Follow**

💥 Noticias, tráilers, pósters, los estrenos más recientes de cine, series y televisión.💥 Síguenos y activa la 🔔 moviecrazyplanet@gmail.com ✉️

**Movie Crazy Planet** 🎬🍿🎞️
@MovieCrazyP

📸💥 PRIMER VISTAZO 💥📸

¡Así luce Iman Vellani con el traje de #MsMarvel!

Translate Tweet



8:17 AM · May 1, 2021 · Twitter for Android

**3** Retweets   **7** Likes

💬          ⇄          ♡          ⬆️

P   Tweet your reply          **Reply**

## What's happening

Television · 2 hours ago
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States          ...
**HE'S BACK**
149K Tweets

Trending in United States          ...
**#DreamersbyJungkook**
614K Tweets

Trending in California          ...
**Ecuador**
84.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Navigation sidebar

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
Lists
👤 Profile
⋯ More

**Tweet**

🔍 Search Twitter

P   **Perkowski Legal P.C.**   ...
@c_perkowski



**Tweet**

## Relevant people



**Fuera de Plano**
@FueraPlano

Follow

Amantes del cine y las series. Noticias, recomendaciones, reseñas, sorteos y más! Twitch: twitch.tv/fueradeplanoli...

## What's happening

Formula 1 · 3 hours ago
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 👸
Original movie now streaming
🔲 Promoted by Disney+

Trending in United States
**#MassShooting**
3,937 Tweets

Only on Twitter · Trending
**Jason David Frank**

**Fuera de Plano**
@FueraPlano

⚡LOCURA!!!⚡

Primer vistazo al nuevo traje de Shazam!!
#ShazamFuryOfTheGods

Translate Tweet



1:20 PM · Jun 3, 2021 · Twitter for iPhone

**4** Likes

Tweet your reply

Reply

## Home

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Perkowski Legal P.C.
@c_perkowski



Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Gaby Meza · 🎬✂️🎞**
@GabyMezaB

¿¡Qué les parecen estas imágenes desde el set de grabación de **#Avengers4**?!

Translate Tweet

3:35 PM · Jan 10, 2018 · Twitter Web Client

125 Retweets   8 Quote Tweets   894 Likes

Tweet your reply                    Reply

**iVan** @jirz_80 · Jan 13, 2018
Replying to @SanchezEim7 and @GabyMezaB
Y lo eres tonto, fue broma. Hay que ser un poco más abusado para interpretar...

**Dash** @SanchezEim7 · Jan 13, 2018
Replying to @jirz_80 and @GabyMezaB
Claro que si campeon

**Elseworld** @Elseworald · Jan 13, 2018
Replying to @GabyMezaB
Why? Si se maneja bien saldra una peli demasiado buena, sobretodo si no tiene chistes forzados como en thor y que sea algo mas tipo winter soldier

**Yamil Rea** @YamilRea · Jan 13, 2018
Replying to @GabyMezaB
Tremendo paquete el del Capi 😏

**Omar ML** @omar12019B · Jan 14, 2018
Replying to @HamiRex and @GabyMezaB

GIF

**Little Red** ❤️🦹 @LittleRedRead · Jan 11, 2018
Replying to @GabyMezaB
Se lo deben de pasar fatal en los rodajes jajajajaja

**Little Red** ❤️🦹 @LittleRedRead · Jan 11, 2018
Replying to @GabyMezaB
Se lo deben de pasar fatal en los rodajes jajajajaja

**Cara de Agropecuario** @Peny2C · Jan 11, 2018
Replying to @GabyMezaB
Spoiler, el Cap no se muere en Avengers Infinity War 😂

**Alejandro García** @kbz4ev1 · Jan 10, 2018
Replying to @GabyMezaB
Me parece... Que me estás espoileando infinity wars

**Carlos Ramos** @CR3S6021 · Jan 11, 2018
Replying to @GabyMezaB
De que se estará riendo el capi...? 🤔

**Jean** @jean_paul_jr · Jan 11, 2018
Replying to @Calmejane97 and @octanromathalia
**Alain** @Calmejane97 · Jan 11, 2018
Replying to @jean_paul_jr @GabyMezaB and @octanromathalia
Decime si no es igual a Ben Affleck cuando hizo Armageddon

Show replies

**iVan** @jirz_80 · Jan 10, 2018
Replying to @GabyMezaB
Me preocupa, no se lo están tomando en serio... 😔

**Bety** @Bethshin · Jan 10, 2018
Replying to @GabyMezaB
Que están bailando la macarena 😂😂

**Elseworld** @Elseworald · Jan 10, 2018
Replying to @GabyMezaB
No puede, mira el traje del capi y con quien habla

**daniel garcia** @ldgarciac · Jan 10, 2018
Replying to @GabyMezaB
El traje del Cap no riña

**rios romero oscar** @oscarpym · Jan 10, 2018
Replying to @GabyMezaB
Increiblen! Es el viejo traje del cap, algo bueno vieneit, tal vez es otro multiverso???

**Monica Hoyos** @mohoja · Jan 10, 2018
Replying to @GabyMezaB
Pues mira, parece que se divierten...

**Jose Alberto herrera** @Jose68/56481979 · Jan 10, 2018
Replying to @GabyMezaB
Wow!

**Eco** 🌙 @EluaWinchester · Jan 10, 2018
Replying to @GabyMezaB
Aguante Paul

**Sidartha analista de Entretenimiento** ... @hallowh... · Jan 10, 2018
Replying to @GabyMezaB
Se lucotan pasando a todo die.

**Tío Daniel** @DanieleandoUnmer · Jan 10, 2018
Replying to @GabyMezaB
Son tan chaparros esos dos

**Daniel** @d_recino · Jan 10, 2018
Replying to @GabyMezaB
@miguelrey3x1 😂

**Antonio Galván Duque** @dot2n0i1g9g · Jan 10, 2018
Replying to @GabyMezaB
Que el caso no muere en la siguiente película

**Alex Najar** @Alex_Najar7 · Jan 10, 2018
Replying to @GabyMezaB
Estan ensayando el chiste con el que van a matar a Thanos.

**carlos t manyari** @CtarftManyari · Jan 10, 2018
Replying to @Alex_Najar7 @alejandro_najar and @GabyMezaB
que genial respuesta

**Jean** @jean_paul_jr · Jan 11, 2018
Replying to @GabyMezaB and @octanromathalia

GIF

Relevant people

**Gaby Meza · 🎬✂️🎞**   Follow
@GabyMezaB
Cinéfila | #llamadaFrico YouTuber | TV
Host | Locutora #QuéPelículaVer |
Team Cinépolis | EXA-FM
contacto@fuerzadeforo.com.mx

What's happening

FIFA World Cup · Live
USA vs Wales

Trending in United States
Jordan Morris
1,464 Tweets

Trending in United States
Reyna
Trending with #eiUnano_McKennie

Trending in California
Telemundo
7,766 Tweets

Trending in United States
HOW IS THAT NOT A YELLOW

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/Dakoholics/status/1456018919185210630 __ at __ 2022-11-21 19:48:33 -08:00 __

← **Tweet**

**Dakota Johnson Daily**
@Dakoholics

November 2: **#DakotaJohnson** at the **#GucciLoveParade** in Los Angeles.



👤 Dakota Johnson Portugal

3:02 PM · Nov 3, 2021 · Twitter for Android

**24** Retweets    **1** Quote Tweet    **130** Likes


Tweet your reply

Reply

---

**Relevant people**


**Dakota Johnson Daily**
@Dakoholics

Follow

Fan account dedicated to actress, activist, director and producer Dakota Johnson.


**Dakota Johnson P...** ✔️
@dakotajohnsonpt

Follow

A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷: **@DJPTMidias** | Fã-Clube.

**What's happening**

Television · LIVE
**WWE Monday Night RAW airing on USA**


Entertainment · Trending
**Died Suddenly**
54.9K Tweets

Trending in California
**Dodger Stadium**
11K Tweets

Entertainment · Trending
**#DWTS** 🐭
Trending with Charli, Gleb

Sports · Trending
**#WWERaw** 🏴
Trending with Rebel Heart, Omos

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ∙∙∙
© 2022 Twitter, Inc.

Q Search Twitter

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
Lists
👤 Profile
⋯ More

**Tweet**


**Perkowski Legal P.C.**
@c_perkowski



— https://twitter.com/dakotajohnsonpt/status/1198846521015459841 _ et _ 2022-11-19 21:14:33 -0800

← **Tweet**

**Dakota Johnson Portugal** ✔
@dakotajohnsonpt
···

📸 Dakota foi fotografada ontem, 24, a passear pelo Farmers Market com a sua afilhada Ezer, com a Addison Timlin e o Jeremy Allen White em Los Angeles! #DakotaJohnson

Confiram: bit.ly/2KRuOkH



10:10 PM · Nov 24, 2019 · Twitter for iPhone

20 Retweets    5 Quote Tweets    130 Likes

💬          ⟲          ♡          ⬆

**P**  Tweet your reply          **Reply**

**Slinn Jeanne** @JeanneSlinn · Nov 30, 2019
Replying to @dakotajohnsonpt and @AdoringDJ
Ça lui va très bien de porter un bébé dans les bras dakota sera une bonne maman elle reflète dans de choses son visage candide un sourire  et un regarda désarmer n'importe qui  oui dakota est un bijou

💬          ⟲          ♡          ⬆

---

🔍 Search Twitter

### Relevant people



**Dakota Johnson P...** ✔          **Follow**
@dakotajohnsonpt

A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📸 @DJPTMidias | Fã-Clube.

### What's happening

Television · 1 hour ago
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States          ···
**HE'S BACK**
141K Tweets

Sports · Trending          ···
**Pasadena**
1,524 Tweets

Music · Trending          ···
**#DreamersbyJungkook**
Trending with #Dreamers2022, #DreamersOutNow

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**          ···
@c_perkowski



← **Tweet**

🐦 Home

# Explore

🔔 Notifications ①

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

○ More

**Tweet**



🎨 **Катавасия**
@ktvsktvs

Когда вдоволь накупили и ты ведешь свою барышню в свою любимую шаурмечную, чтобы она оценила пищу богов

Translate Tweet



5:10 AM · Aug 11, 2021 · ContentPosting

**7** Retweets  **66** Likes

💬   🔁   🤍   ⬆️



🅿️ Tweet your reply          **Reply**

🐱 **Andrei** @AndrushaVlasov · Aug 11, 2021
Replying to @ktvsktvs
Ведешь свою барышню по «главной» набережной города

💬   🔁   🤍   ⬆️

🅿️ **Perkowski Legal P.C.** ···
@c_perkowski

🔍 Search Twitter

## Relevant people

🎨 **Катавасия**          **Follow**
@ktvsktvs

## What's happening

FIFA World Cup · 2 hours ago
**Mexico vs Poland**



#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
📧 Promoted by Avatar

Trending in California          ···
**Deebo**
13.6K Tweets

Trending in California          ···
**Mexicans**
16.4K Tweets

Trending in United States          ···
**I-77**
9,943 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS    Document 1-16    Filed 12/30/22    Page 67 of 101    Page ID #:1519



# Tweet

This Tweet is from an account that no longer exists. Learn more

**Waytron** 🧑 @Waytron2 · Apr 1, 2021
Replying to @AlphaBieber and @SpuriousMorals
It's Small that's why Selena left him 💀

**Rakesh Borakunta** @RakeshBorakunt9 · Mar 26, 2021
Replying to @AlphaBieber and @SpuriousMorals
Hi

**skibug** @skibuggie · Mar 27, 2021
Replying to @AlphaBieber and @SpuriousMorals
🔥 Strong, Fit, Powerful, Swag, Style, Handsome!!😄👍👍
2                4

**london wizard** @londonbreaking · Mar 27, 2021
Replying to @skibuggie @AlphaBieber and @SpuriousMorals
He has  semi in these pics
3

**deanthony** @deantho19625789 · Mar 26, 2021
Replying to @AlphaBieber and @SpuriousMorals
Love his feet
2

**Miro delphine** @MiroDelphine · Mar 27, 2021
Replying to @AlphaBieber and @SpuriousMorals
This is why I always was a big fan on Justin because his bulge is super big
😂✨❤️🏆
2

**Perkowski Legal P.C.**
@c_perkowski


__ https://twitter.com/creemorscreem/status/1363303953346265093 __ at __ 2022-11-20 21:24:22 -08:00 __

← **Tweet**



**Bishop**
@BlindWanda                                                    …

Hailee struggling to shoot an arrow 🤡

#Hawkeye #Marvel #DisneyPlus



5:46 PM · Feb 20, 2021 · Twitter Web App

**9** Retweets   **3** Quote Tweets   **65** Likes

💬        🔁        ♡        ⬆️

Ⓟ   Tweet your reply                                    Reply

---

🔍  Search Twitter

## Relevant people

Ⓑ   **Bishop**                                          Follow
@BlindWanda
Lover of Marvel, DC, Star Wars,
Comics, Hailee Steinfeld, BLACKPINK,
and many other things ()

## What's happening

NCAA Men's Basketball · Earlier today
**Terrapins at Hurricanes**

#Disenchanted 🧙
Original movie now streaming
▶️ Promoted by Disney+

Trending in United States                              …
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

---

Ⓟ   Home
#   Explore
🔔   Notifications
✉️   Messages
🔖   Bookmarks
📋   Lists
👤   Profile
⋯   More

**Tweet**

Ⓟ   Perkowski Legal P.C.   …
@c_perkowski



**Relevant people**

Drake Direct
@DrakeDirect_        Follow
Drake Fan Account 🧡

Drizzy ✓
@Drake               Follow

**What's happening**

NFL · 3 hours ago
**Cowboys at Vikings**

#Disenchanted ✓
Original movie now streaming
📺 Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, #Disney   …

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne   …

Music · Trending
**Lionel Richie**
1,372 Tweets   …

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More …
© 2022 Twitter, Inc.



__ https://twitter.com/notcapnamerica/status/1039058783188677760 __ at __ 2022-11-22 03:46:21 -08:00 __



← **Tweet**



**Robert Littal BSO** ✔
@BSO

···

How Draya Helped Tyrod Taylor Get Over The Chargers Worst Loss In Team History Hours After The Patriots Beat Them 45-0 (Pics-Vid-IG) bit.ly/3mVxvmd via @BasketballguruD



10:28 PM · Dec 7, 2020 · BSO Alert

**2** Retweets  **7** Quote Tweets  **8** Likes



Perkowski Legal P.C.  ···
@c_perkowski



Tweet your reply

Reply

🔍 Search Twitter

**Relevant people**



**Robert Littal BSO** ✔  Follow
@BSO

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 🖤 AML



**The Daniel Bell©**  Follow
@BasketballGuruD

Thunder Beat Reporter For @BSO | Contributor for the @FranchiseOK | A lot of sports tweets | dbell3220@icloud.com

**What's happening**

FIFA World Cup · 2 hours ago
**Argentina vs Saudi Arabia**



**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
📽 Promoted by Avatar

Trending in United States  ···
**#السعوديه_الارجنتين**
1.21M Tweets

Entertainment · Trending  ···
**Died Suddenly**
103K Tweets

Trending in United States  ···
**Argentina**
Trending with #FIFAWorldCup 🏆 , Herve Renard

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

← **Tweet**

Search Twitter

**OhMyGeek!**
@OhMyGeek

 **#GeekGram** 🤓 Aparecen las primeras fotos de los actores del **#SuicideSquad** de James Gunn con sus respectivos uniformes. ¿Los reconocen? Nosotros al menos a Jai Courtney como Captain Boomerang.

🎬 (ohmygeek.net)

Translate Tweet



10:51 AM · Oct 14, 2019 · Twitter Web App

## Relevant people

**OhMyGeek!**
@OhMyGeek    Follow

🤓📱 Somos un medio de tecnología, innovación, juegos y cultura Geek/Pop en Web, y con shows en 📷 **@Canal_13C** y 🎙 **@TXSPlus**.

## What's happening

Television · LIVE
Bachelor in Paradise airing on ABC

Trending in United States
Died Suddenly
40.6K Tweets

Sports · Trending
Lane Kiffin
5,132 Tweets

Sports · Trending
#WWERaw
Trending with Kevin Owens

90 Day Fiancé · Trending
#90dayfiancethesinglelife

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Tweet your reply

Reply

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/lindaikeji/status/1171300436671811588 __ at __ 2022-11-22 19:31:05 -08:00 __

← **Tweet**



**Linda Ikeji**
@lindaikeji

···

Diddy, 49 and 'girlfriend' Lori Harvey, 22, spark pregnancy rumors as the rap mogul is spotted rubbing her belly on vacation in Mexico (Photos)
lindaikejisblog.com/2019/9/diddy-4...



10:52 PM · Sep 9, 2019 · LIB App

**1** Quote Tweet    **9** Likes



Tweet your reply

Reply

## Relevant people



**Linda Ikeji**
@lindaikeji

Follow

Blogger. CEO, LindaIkejiTV

## What's happening





FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater** 💧
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States
**RIP Harold**
···

Trending in United States
**#StayWoke**
···

Trending in United States
**NitroRad**
···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski   ···

__ https://twitter.com/harrymoonchild/status/1332178225254993921 __ et __ 2022-11-21 03:53:44 -08:00 __

← **Thread**

🔍 Search Twitter

## Navigation

- 🏠 Home
- #️⃣ Explore
- 🔔 Notifications
- ✉️ Messages
- 🔖 Bookmarks
- 📋 Lists
- 👤 Profile
- ⚪ More

**Tweet**

**dee.**
@harrymoonchild

No but the fact that harry styles is the only man ever.



8:23 PM · Nov 26, 2020 · Twitter for Android

**56** Retweets   **16** Quote Tweets   **853** Likes

💬   🔁   ♡   ⬆️

P  |  Tweet your reply          **Reply**

**dee.** @harrymoonchild · Nov 26, 2020
Replying to @harrymoonchild
The suspenders, the unbutton shirt, the tank top, the tie undone, HIS hair. Does he even know the power he holds even if it's through a blurry pic ?!

💬 1      🔁 5      ♡ 55      ⬆️



**Perkowski Legal P.C.**
@c_perkowski   ...

### Relevant people



**dee.**
@harrymoonchild                    **Follow**

#harry: starry haze crystal ball 🔮🧚 | backup:@goldenfineline | ig:dishaxrai

### What's happening

**FIFA World Cup · Yesterday**
**World Cup Qatar 2022: Opening Ceremony**

Trending in United States
**Iran**
Trending with Wales, England

Trending in United States
**UCLA**
Trending with Utah, Oregon

Music · Trending
**Kelly Rowland**
19.3K Tweets

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



← **Tweet**

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Bieber Novidade**
@biebernovidade

LINDOS! Justin & Hailey juntos hoje.



4:27 PM · Aug 20, 2022 · Twitter for iPhone

**184** Retweets  **59** Quote Tweets  **1,580** Likes

Tweet your reply                          **Reply**

viax @offthefabledix · Aug 21
Replying to @biebernovidade
twitter.com/offthefabledix...

This Tweet is unavailable.

evelyn @coldembieber · Aug 20
Replying to @biebernovidade
a camiseta do kanye

Milih com dois i @klkdrauh23 · Aug 20
Replying to @biebernovidade
🚨VENDO INGRESSO PISTA PREMIUM VERDE INTEIRA 14/09 🚨 —> preço
que paguei, chama DM

Crislayne 💙 (taylor's version) @swiftiedohazza · Aug 20
Replying to @biebernovidade
pra foto ser perfeita só faltou ele estar sem essa camisa.

suzi @swizanabizzle · Aug 20
Replying to @swiftiedohazza and @biebernovidade
aí amg nao adianta ele n usar uma camisa do kanye mas continuar
idolatrando kkkkk....

Show replies

Thaí | fan account @moodbizzle · Aug 21
Replying to @biebernovidade
Acabei de ler o comentário em um vídeo " Hailey é tão linda que parece um
anjo" eu tô chorando,pq faz tanto sentido

~N~ fã do Ju @_anafs_ · Aug 20
Replying to @biebernovidade

- valor que paguei

motivo: não vou conseguir ir

**Perkowski Legal P.C.**
@c_perkowski

grazi 🧃 @posagrazill · Aug 20
Replying to @biebernovidade
@dulalokii a blusa dele

mari @marivaleriano15 · Aug 20
Replying to @biebernovidade
🚨VENDO INGRESSO DIA 14🚨
Vendo 1 ingresso meia, cadeira inferior
Dia 14 de setembro no Allianz Parque, SP

Motivo: minha irmã e cunhado compraram pra ir cmg e meus pais, porém
por causa do trabalho deles não vão conseguir ir.

Quem tiver interesse me chama que passo o contato.

ray 🤍 💛 @taittarayanne · Aug 20
Replying to @biebernovidade
lindoss💕💕

ray 🤍 💛 @taittarayanne · Aug 20
Replying to @biebernovidade
EN ME SEGUEEEEE

Patrik Barreto @PatrikBarreto6 · Aug 20
Replying to @biebernovidade
Eles são fofos demais!! ❤️ 😍

GATIN DO PT🇸🇧🇸 @2Heartstopper · Aug 20
Replying to @biebernovidade
🚨GENTE🚨
Vendo um ingresso inteira cadeira inferior para o show do justin dia 15 em
SP

motivo: Sou do ES e consegui comprar para o Rock in Rio

Quem tiver interesse me chama e a gente resolve tudo q precisar, vendo
valor a baixo do q paguei para n ter prejuízo total.

This Tweet was deleted by the Tweet author. Learn more

lyra @neondrauhl · Aug 23
Replying to @hlmeirellesRaquel and @biebernovidade
Ainda tem?

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more

gugs @gustavov_ramos · Aug 20
Replying to @isabcruzz and @biebernovidade
negros apoiando negros!

**Relevant people**

**Bieber Novidade**     **Follow**
@biebernovidade
Fan Account | Há 7 anos a ser sua
melhor e mais completa fonte de
informações acerca do cantor Justin
Bieber. @biebernovidade@gmail.com

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening
Ceremony**

Gaming · Trending
**3DS Rainbow Road**
Trending with Maple Treeway

Trending in United States
**England**
Trending with #ENGIRN_Saka

Trending in United States
**#OurRubyWOOZIday**
50.5K Tweets

Music · Trending
**Slick Rick**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More…
© 2022 Twitter, Inc



— https://twitter.com/urihannacom/status/1376461490088109191 — at — 2022-11-21 12:03:41 -08:00 —

← **Tweet**

 **Ultimate Rihanna**
@urihannacom                                      ...

PHOTOS: Rihanna was spotted leaving dinner at Giorgio Baldi.

MORE: ultimate-rihanna.com/photos/thumbna...



2:09 AM · Mar 29, 2021 · Twitter Web App

**3** Retweets   **28** Likes

♡         ⟲         ♡         ⬆

P       Tweet your reply                     Reply

Q Search Twitter

## Relevant people

 **Ultimate Rihanna**          Follow
@urihannacom

Your most reliable #Rihanna fan source, serving you since the beginning!

## What's happening

FIFA World Cup · LIVE
**USA vs Wales**


Trending in United States
**Oregon**
18K Tweets

Trending in California
**Dodger Stadium**
13.8K Tweets

Trending in United States
**1-0 USA**
17.3K Tweets

Sports · Trending
**Charles Barkley**
5,621 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

P   **Perkowski Legal P.C.**   ...
    @c_perkowski

— https://twitter.com/olorisupergal/status/1461639455836076100 — at — 2022-11-21 09:48:29 -08:00

← **Tweet**

**OSG** ✓
@OloriSupergal

The SKIMS founder, Kim Kardashian, 41, and the "Saturday Night Live" star, Pete Davidson, 28, are reportedly dating.

Read more on wwwolorisupergal.com

#OSG #OloriSupergal



2:16 AM · Nov 19, 2021 · Twitter for iPhone

**3** Retweets   **4** Quote Tweets   **13** Likes

Tweet your reply                                    Reply

**Oyinloye** @Oyinloyegleek · Nov 19, 2021
Replying to @OloriSupergal
Wahala

1

### Relevant people

**OSG** ✓                                           Follow
@OloriSupergal

#Spaceshost 💙 Entertainment / Lifestyle page Disclaimer: No copyright infringement intended. All rights and credits are reserved for the respective owner(s).

### What's happening

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Trending in California
**Dodger Stadium**
14.2K Tweets

Sports · Trending
**AP Poll**
11.8K Tweets

Sports · Trending
**Maguire**
Trending with #ThreeLions

Sports · Trending
**Billy Wagner**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

— https://twitter.com/dakotajarg/status/1551826145640714240 __ at __ 2022-11-21 15:55:08 -08:00

← **Thread**



Q Search Twitter

**Dakota Johnson Argentina**
@DakotaJArg ···

La chaqueta que usa Dakota Johnson en las recientes fotos en el set de Madame Web parece confirmar que no interpretará la versión original del personaje de Madame Web, sino Julia Carpenter.




12:05 AM · Jul 26, 2022 · Twitter for iPhone

**13** Retweets **1** Quote Tweet **57** Likes

♡    ⟳    ♡    ↥



Tweet your reply      **Reply**

**Dakota Johnson Argentina** @DakotaJArg · Jul 26
Replying to @DakotaJArg
Según la descripción de los candids, "en la escena, Dakota es una taxista, ya que se sube al asiento del conductor de un taxi y se marcha."

♡    ⟳ 3    ♡ 14    ↥

---

☰ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski ···

---

**Relevant people**



**Dakota Johnson Arge...** **Follow**
@DakotaJArg
Tu mejor y más actualizada fuente de información sobre la actriz, productora, directora y activista #DakotaJohnson en Español.

**What's happening**

FIFA World Cup · 2 hours ago
**USA vs Wales** 

Trending in United States ···
**Chrisley**
3,772 Tweets

Trending in United States ···
**Hive**
152K Tweets

Trending in United States ···
**HOW IS THAT NOT A YELLOW**
1,475 Tweets

Trending in United States ···
**Combat Mode**
1,433 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

**Assiste Agora**
@assisteagora

···

Anne Hathaway e Nicholas Galitzine nos sets de 'THE IDEA OF YOU'

Segue uma mãe divorciada que desencadeia um caso de amor apaixonado com uma estrela pop que ela conhece depois de levar sua filha a um festival de música

#AnneHathaway #nicholasgalitzine #TheIdeaofYou

Translate Tweet



3:34 PM · Oct 21, 2022 · Twitter for Android

**4** Likes

💬          🔁          ♡          ⬆️

Ⓟ   Tweet your reply                          Reply

**Search Twitter**

## Relevant people

 **Assiste Agora**
@assisteagora                 **Follow**

📍 Conteúdo diário sobre Entretenimento em Geral • Notícias de filmes e séries • Críticas, Indicações de

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Ⓟ  **Perkowski Legal P.C.**     ···
     @c_perkowski

https://twitter.com/AboutHerOFCL/status/1552723089747302408 __at __ 2022-11-21 08:23:21 -08:00 __

← **Tweet**

 **About Her** ✓
@AboutHerOFCL

⋯

Dakota Johnson spotted on set of #MadameWeb 🕷️ 🕸️



11:30 AM · Jul 28, 2022 · Buffer

**9** Retweets   **65** Likes

          

   Tweet your reply   Reply

---

🔍 Search Twitter

**Relevant people**

 **About Her** ✓
@AboutHerOFCL   **Follow**

Inside untapped territory: Pulling back the curtain on Arab women who are defining cultural trends now.
#AboutHer

**What's happening**

NFL · Yesterday
**Cowboys at Vikings**



Entertainment · Trending   ⋯
**Kang**
Trending with #AntManandTheWaspQuantumania

Trending in California   ⋯
**Dodger Stadium**

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

https://twitter.com/ScreenMix/status/1333988330367913474 ... at ...2022-11-22 14:07:40 -08:00
22-cv-09402-DMG-ADS   Document 1-16   Filed 12/30/22   Page 82 of 101   Page ID
#1534



https://twitter.com/popgek/status/1580880923578335232 __pl __ 2022-11-22 22:23:32 -08:00

← **Tweet**



**popgek**
@popgek    ···

Chris Evans, Red One filminin setinde fotoğraflandı.

Kendisine Kiernan Shipka ve Dwayne Johnson'ın eşlik edeceği Noel temalı aksiyon komedi filmi Prime Video üzerinden izleyiciyle buluşacak.

Translate Tweet



4:19 AM · Oct 14, 2022 · Twitter for Android

**2** Retweets    **4** Quote Tweets    **200** Likes

💬    🔁    ♡    ⬆

 **Perkowski Legal P.C.**
@c_perkowski    ···

Tweet your reply    **Reply**

**Ayça kara** @aycacakakara · Oct 14    ···
Replying to @popgek
42 yaşındasın be adama hala böyle gözükmekte şov 😊

💬        🔁        ♡ 1        ⬆

**Nevrotik danışman** @nevrotikpdrci · Oct 14    ···
Replying to @popgek
E bu adam yakışıklıymış

💬        🔁        ♡ 1        ⬆

Show more replies

---

**Search Twitter**

**Relevant people**

**popgek**
@popgek    **Follow**
Film ve dizi haberleri için 1 numaralı kaynağınız. • Instagram
instagram.com/popgek • Discord: discord.gg/zaKsrju

**What's happening**

NBA · 58 minutes ago
**Lakers vs Suns**

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
· Promoted by Avatar

Trending in United States    ···
**Erection**
18.1K Tweets

Trending in California    ···
**Costco**
5,838 Tweets

Business and finance · Trending    ···
**Chesapeake**
31.1K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

← **Tweet**



**Ultimate Rihanna**
@urihannacom

Rihanna spotted outside of the Bowery Hotel in New York City (06.28)

•

PHOTOS📸: Ultimate-Rihanna.com

#Rihanna #Fenty #FentyBeauty #Puma #FentyXPuma #RihSurface #Rih #Queen #Legend #Billboard #Anti #WildThoughts #SavageXFenty #Fashion #ASAP #asaprocky



8:26 PM · Jun 28, 2021 · Twitter for iPhone

17 Retweets   180 Likes

Tweet your reply                    Reply

**chiagoziem** @a_chiagoziem · Jun 29, 2021
Replying to @urihannacom
Let this lady be

**Abdallah Yaawumya** @Dallas88812951 · Jul 5, 2021
Replying to @urihannacom
So gorgeous 🥰😍



---

## Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

**Relevant people**



Ultimate Rihanna
@urihannacom                    Follow
Your most reliable #Rihanna fan source, serving you since the beginning!

**What's happening**



NBA · LIVE
Kings at Grizzlies

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
⬜ Promoted by Avatar

Trending in United States
RIP Harold

Sports · Trending
**Ronaldo**
Trending with Glazers

Trending in United States
#WinterizeASongOrBand

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

https://twitter.com/wannamovie/status/1514233210179305477 _ el _ 2022-11-21 22:27:48 -08:00
22-cv-09462-DMG-ADS    Document 1-16    Filed 12/30/22    Page 85 of 101    Page ID
#:1537

**Moviewa**
@wannamovie

Oppenheimer çekimlerinden Robert Downey Jr. ve
Cillian Murphy.



625 AM · Apr 13, 2022 · Twitter for Android

23 Retweets    33 Quote Tweets    2,504 Likes

Tweet your reply                                    Reply

**Y Kuşağı** @murat_atasoy · Apr 13
Replying to @wannamovie
Ulan Nolan sinema tarihinin en iyi 10 filminden 2 sini sen yaptın ama son 3
filmdir büyük sıçıyorsun. Haydi bakayım kalk ve silkem O IMAX kameralarının
hakkını ver, bu sefer senden yeni bir sinema şöleni bekliyoruz.
                                            16

**Ege** @egneuysaal · Apr 13
Replying to @wannamovie
Reis rolden çıkamamış. Sadece atı ve sigarası eksik
                                            9

**Zişan** @ztrksyr · Apr 13
Replying to @wannamovie
Şu kadroda nasıl olmaz ya
                                            4

**ank böke** @isimsizkisizade · Apr 13
Replying to @wannamovie
Adam burda da shelby olmuş yürüyüşe bak aq
                                            25

**bedbahtım** @ervakunuoglu · Apr 13
Replying to @wannamovie
Hayret benedict bundan nasıl geri kalmiss ama heyecanlandim bakalim

**Kerem** @kerem_akkn · Apr 13
Replying to @wannamovie
Bu filme gidilir

**tani** @9596THINKER · Apr 13
Replying to @wannamovie
cillian💕💕❤️❤️❤️❤️❤️💙💜💛💚💛💜💚❤️❤️❤️❤️❤️

**Ozan Hacışahinoğulları** ☀️ @ahmetozannn · Apr 13
Replying to @wannamovie
manyak olacak

Show more replies

**Relevant people**

**Moviewa**                                    Follow
@wannamovie
📷 apple.co/3okBe09n &
bit.ly/3EuLgBf

**What's happening**

Television · 2 hours ago
WWE Monday Night RAW airing
on USA

Entertainment · Trending
Died Suddenly
68.6K Tweets

Sports · Trending
Troy Aikman
1,045 Tweets

Sports · Trending
Trey Lance
1,337 Tweets

Entertainment · Trending
#AvatarTheWayOfWater 🌊
Trending with James Cameron

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski



__ https://twitter.com/win_solb/status/1580788322234138625 __ at __ 2022-11-22 22:38:51 -08:00 __

← **Tweet**

**b**
@win_solb

•••

New shots of Chris Evans on the set of Red One. glad to see him happy! #ChrisEvans #RedOne



10:11 PM · Oct 13, 2022 · Twitter for Android

**3** Retweets   **25** Likes

Tweet your reply                                          Reply

---

🔍 Search Twitter

**Relevant people**



**b**
@win_solb
me and marvel

Follow

**What's happening**

NBA · 1 hour ago
**Lakers at Suns**



**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California
**Costco**
5,907 Tweets

•••

Trending in United States
**Erection**
18.7K Tweets

•••

Chain restaurants · Trending
**Hooters**
8,755 Tweets

•••

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**
@c_perkowski

•••



← **Tweet**

Ale Rebollo 
@AleRebollo27

· · ·

Tenemos imágenes desde el set de la cinta
#MadameWeb

Translate Tweet



2:21 PM · Oct 6, 2022 · Twitter Web App

**1** Retweet   **2** Likes

💬   ⟲   ♡   ⬆



Tweet your reply

Reply

---

## Relevant people

Ale Rebollo 
@AleRebollo27

Follow

Noticias Geek todos los días 📰🖋
Youtuber/Blogger 📷✏ Mis Redes
Sociales ✌ : linktr.ee/ale_rebollo27
Contacto👋:
alerebollo.oficial@gmail.com

## What's happening

Formula 1 · 4 hours ago
**Abu Dhabi Grand Prix 2022**



**#Disenchanted** 🧙
Original movie now streaming
Ⓜ Promoted by Disney+

Trending in California
**Shakira**
107K Tweets

· · ·

Trending in United States
**Rest In Peace**
42.9K Tweets

· · ·

Entertainment · Trending
**Morgan Freeman**
179K Tweets

· · ·

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🔍 Search Twitter

🐦

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**



Perkowski Legal P.C.
@c_perkowski
· · ·



← Tweet

🔍 Search Twitter

**Dani Lagi ⚡ Strip Marvel**
@StripMarvel

🔦 Filtraciones 🔦 Emily VanCamp (Agente 13) y
Georges St-Pierre (Batroc, personaje que salió en
Winter Soldier) vistos en el set de
#FalconandtheWinterSoldier ❤️

3:17 PM · Sep 14, 2020 · Twitter for iPhone

**43** Retweets  **2** Quote Tweets  **561** Likes

Tweet your reply                                    Reply

**Drake** @ladensolo1999 · Sep 14, 2020
Replying to @StripMarvel
George St Pierre mi peleador favorito

**Drake** @ladensolo1999 · Sep 14, 2020
Replying to @StripMarvel
A Michael Bisping no le gustó esta noticia

**Barik - The Master Mechanic** @PaladinsBarik · Sep 14, 2020
Replying to @StripMarvel

**Mily |** spidersverso marvel💜🤍💜 🤍🕷 @Priyyetmarvel · Sep 14, 2020
Replying to @StripMarvel
Pinta a cierto villano Frances...hmmm

**EmilioMontesoficcial** @emiliomontes94 · Sep 14, 2020
Replying to @StripMarvel
Ojalá y tenga más protagonismo Batroc

**javide_3006** @havie3006 · Sep 14, 2020
Replying to @StripMarvel
Batroc era un meme en la serie de ultimate Spiderman , todos se reían de el
xd
○ 1

**Rockhirrim** 🦅 @RohlrimR · Sep 14, 2020
Replying to @havie3006 and @StripMarvel
Pero este batroc te hace una llave de sumisión UFC y te arranca la cabeza.
XD
♡ 5

**Jesus Enrique #BlackPantherWakan...** @JesusEn32... · Sep 14, 2020
Replying to @StripMarvel
Sharon Cárter se ve muy hermosa 😍💕💕❤️❤️ al Capitán América le gusta
esto 😻❤️
♡ 1

**Jesus Enrique #BlackPantherWakan...** @JesusEn32... · Sep 14, 2020
Replying to @StripMarvel
George St-Pierre es un gran luchador de la UFC 💪😎
♡ 2

**Luiggi Daniel** @17Problemz__ · Sep 14, 2020
Replying to @StripMarvel
Emily 😍

**Retr0** @Nomad1619 · Sep 14, 2020
Replying to @StripMarvel
LA QUIERO VER YAAAAAAAAAAAAAAAAAAAAAAAA

**Relevant people**

**Dani Lagi ⚡ Strip Ma...**    Follow
@StripMarvel
Soy @Dani_Lagi de Strip Marvel en
@youtube y @twitch autor de
#ComoConociAVuestraMarvel y el
cómic #ElGuanteHaterDelInfinito
CONTACT: stripmarveltv@gmail.com

**What's happening**

FIFA World Cup · 1 minute ago
**USA vs Wales**

Video games · Trending
**Sin Kiske**
1,890 Tweets

Trending in United States
**Tampax**
7,215 Tweets

Trending in California
**Dodger Stadium**
14.1K Tweets

TV stars · Trending
**#MyFamilyIsWeird**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski



https://twitter.com/dailyrodrigo/status/19984655289974745 __ all __ 2022-11-21 01:50:15-08:09
22-cv-09460-DMG-ADS   Document 1-16   Filed 12/30/22   Page 91 of 101   Page ID #:1543

← **Tweet**

Search Twitter

**Home**

**Explore**

**Notifications** ①

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

---

Olivia Rodrigo Daily
@DailyRodrigo        •••

| Olivia leaving Chappell Roan's show tonight!



9:25 PM · Aug 19, 2022 · Twitter for iPhone

**422** Retweets  **148** Quote Tweets  **4,421** Likes

💬    ♻    ♡    ⬆

Ⓟ  Tweet your reply          **Reply**

Michael V @mrodrney65 · Aug 19        •••
Replying to @DailyRodrigo
i love that Liv is just having fun. She deserves it. She'll put out new music
when she's ready.

💬          ♻          ♡ 20          ⬆

XOTWDIE @xo_twdie_tweets · Aug 20        •••
Replying to @DailyRodrigo

💬 1          ♻          ♡ 4          ⬆

alex villamar @alexvillamarr · Aug 20        •••
Replying to @xo_twdie_tweets and @DailyRodrigo
same

💬 1          ♻          ♡ 1          ⬆

Jungle Ju Officiel @Jungle_Ju · Aug 20        •••
Replying to @DailyRodrigo and @francesbean_
Comme quoi rachel karen greene était vraiment précurseuse !

💬 2          ♻          ♡ 1          ⬆

marie | broccoli fan account @bearstewsupreme · Aug 19        •••
Replying to @DailyRodrigo
NOT THAT MAN GET HIM AWAY FROM HER

💬 2          ♻          ♡ 29          ⬆

val || the tomb won't close @valsoutplanned · Aug 20        •••
Replying to @bearstewsupreme and @DailyRodrigo
Wait who? And who is he?

💬 1          ♻          ♡ 1          ⬆

**Show replies**

rania | fan account @noahssvibe · Aug 19        •••
Replying to @DailyRodrigo
THE FIT

💬          ♻          ♡ 7          ⬆

Forever and Always @whyyoushawn · Aug 20        •••
Replying to @DailyRodrigo
sheeshh her outfit is spot on>>>

💬          ♻          ♡          ⬆

Pixel •Music Producer• @pixelyzd · Aug 19        •••
Replying to @DailyRodrigo
Omg how cute she is

💬          ♻          ♡          ⬆

mulan @warriorosie · Aug 20        •••
Replying to @DailyRodrigo
im ded

💬          ♻          ♡          ⬆

This Tweet is from a suspended account. Learn more

**Show replies**

---

Perkowski Legal P.C.
@c_perkowski        •••

---

**Relevant people**

Olivia Rodrigo Daily          **Follow**
@DailyRodrigo
First and most reliable source of
information about 3x Grammy winner
and actress @OliviaRodrigo
worldwide. Contact & Inquiries:
oliviarodrigodaily@gmail.com

**What's happening**

NFL · 5 hours ago
**Chiefs at Chargers**

Trending in United States
**Hive**
50.1K Tweets

Music · Trending
**#DavidoAt30**
68.6K Tweets

Trending in United States
**#AMAs** 🏆
Trending with soobin, sabrina

Trending in California
**#BLACKPINK_WORLDTOUR**
59.9K Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Everardo Herrera**
@alpiedeldeporte

El Porsche que Alex Rodríguez le regaló a Jennifer López para su cumpleaños (GALERÍA)
ow.ly/JCZN50veqxL

Translate Tweet



8:22 AM · Jul 28, 2019 · Hootsuite Inc.

**2** Retweets   **3** Likes

Tweet your reply

Reply

**Relevant people**

**Everardo Herrera**
@alpiedeldeporte                          Follow

Lo mejor del fútbol de Costa Rica y mundial. Además notas entretenidas.
facebook.com/AlPieDelDeporte
instagram.com/evergolcr

**What's happening**

NBA · LIVE
Kings at Grizzlies

#AvatarTheWayOfWater
Get tickets now – In theaters December 16
Promoted by Avatar

Trending in United States
RIP Harold

Sports · Trending
Hunter Renfroe

Family drama · Trending
#GTMcontest37

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.





__ https://twitter.com/electedbieber/status/1411169893613916165 __ at __ 2022-11-22 12:34:50 -08:00 __

← **Tweet**

**taraneh**
@electedbieber                                            ...

He a runner he a track star



8:48 PM · Jul 2, 2021 · Twitter for iPhone

**1** Retweet   **8** Likes

## Relevant people



**taraneh**                              Follow
@electedbieber

who needs a bra when Justin Bieber
has two hands

---

**Home**

**#** Explore

**Notifications** 1

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski                          ...

Search Twitter





https://twitter.com/HarryMexOficial/status/1255590913902104581 __al__ 2022-11-21 16:10:24 -08:00
 Case 2:22-cv-09462-DMG-ADS   Document 1-16   Filed 12/30/22   Page 95 of 101   Page ID #:1547

**Tweet**

**Harry Styles México**
@HarryMexOficial

El vídeo de Watermelon Sugar va a SALVAR este 2020, tengo 0 dudas.



1:12 PM · Apr 29, 2020 · Twitter for Android

**190** Retweets   **18** Quote Tweets   **935** Likes

Tweet your reply                          Reply

**Julio López** @JulioLopezJL · Apr 29, 2020
Replying to @HarryMexOficial
Parece la Casa de Papel Jajajaja amooo
                                    4

**j u l i** @twoghostx_style · Apr 30, 2020
Replying to @HarryMexOficial
Seria cagadisimo que lo estrene el día del aniversario de los jotos

**agos** @AgoosDiaazz · Apr 29, 2020
Replying to @HarryMexOficial
sin dudas

**⁷Dya �½ Shoto my beloved** @sho_ily · Apr 29, 2020
Replying to @HarryMexOficial
Ya va salir ??

**iris** @agustwlls · Apr 29, 2020
Replying to @HarryMexOficial
cuándo sale aA

**glasst91 Louis # FAITH IN THE FUTUR...** @gladistoli... · Apr 29, 2020
Replying to @HarryMexOficial
Cuando sale

**Anna** @Hanlin_1d8 · Apr 29, 2020
Replying to @HarryMexOficial
Temazo 🙌🏼

**Mical J.** @_itsMical · Apr 29, 2020
Replying to @HarryMexOficial
Por fin algo bueno

**Hᴵᴵᴰᴬ Oʀᴇɴᴅᴀɪɴ** @Hilda_Orendain · Apr 29, 2020
Replying to @HarryMexOficial
Yo opino que debería ya subir para alegrarnos en esta cuarentena
                                    2

**Relevant people**

 **Harry Styles México**   Follow
@HarryMexOficial
🇲🇽 Fan Club del ganador al Grammy @Harry_Styles 📰🏆#HSHQ 🌹 @HarryStylesMx2 TREAT PEOPLE WITH KINDNESS #FMO ‖
harrystylesmex@gmail.com

**What's happening**

FIFA World Cup · 2 hours ago
USA vs Wales

Trending in California
TSLA
23.4K Tweets

Trending in California
Dodger Stadium
12.1K Tweets

Trending in United States
HOW IS THAT NOT A YELLOW
1,526 Tweets

Sports · Trending
Mexico City
13.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Perkowski Legal P.C.**   ···
@c_perkowski

https://twitter.com/SourceJohnson/status/1578055017342078976 __ at __ 2022-11-22 23:09:28 -08:00

← **Tweet**

**Dakota Johnson Source**
@SourceJohnson

···

October 6th, Dakota seen on set of Madame Web in Boston, Massachusetts ❄️ #DakotaJohnson




👤 Dakota Johnson Portugal

9:14 AM · Oct 6, 2022 · Twitter for iPhone

**11** Retweets  **120** Likes

💬   ⟳   ♡   ⬆️

Tweet your reply                    **Reply**

**debora torres** @deborat11242341 · Oct 6   ···
Replying to @SourceJohnson and @dakotajohnsonpt
Happyto see Dakota

💬        ⟳        ♡        ⬆️

**Perkowski Legal P.C.**   ···
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

**Dakota Johnson Source**      Follow
@SourceJohnson
Page for All News and Updates On Dakota Johnson, Credits To Respectful Owners. Currently in post production - Madame Web

**Dakota Johnson P...** ✓      Follow
@dakotajohnsonpt
A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷: @DJPTMidias | Fã-Clube.

**What's happening**

NBA · 1 hour ago
**Lakers at Suns**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
⊡ Promoted by Avatar

Trending in United States            ···
**Erection**
20K Tweets

Trending in California            ···
**Costco**
5,988 Tweets

Fashion & beauty · Trending            ···
**Balenciaga**
74.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

### Sidebar navigation

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

← Tweet

@bieberflatlines

hair down >>>> quiff

hope your feelings are ok



2:42 PM · Mar 13, 2020 · Twitter for iPhone

**2** Retweets    **28** Likes

Tweet your reply

Reply

**Relevant people**

@bieberflatlines
Follow
non bieber fans don't interact

**What's happening**

FIFA World Cup · This morning
**England vs Iran**

Entertainment · Trending
**Died Suddenly**
36.4K Tweets

Trending in United States
**#JeopardyAmyChat**

Family drama · Trending
**#GTMcontest10**
Trending with #GilMOREtheMerrier

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,628 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Search Twitter

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/larrydetetive/status/1333942789638393956 _ ef _ 2022-11-22 08:13:27 -0800



This Tweet is from a suspended account. Learn more

**Kiwi Dançante💃sour** @Keikeidancarino · Dec 1, 2020
Replying to @larrydetetive
Gente, olha a pose, A POSE✨✨✨✨

**katz.** @nakedlouie · Dec 1, 2020
Replying to @larrydetetive
af ele tá perfeito !

0:11  3,352 views
From **katz.**
1

**katz.** @nakedlouie · Dec 1, 2020
Replying to @larrydetetive
a perninha👏👏👏👏

From **katz.**
1

**Amanda** @onlykiwie · Dec 1, 2020
Replying to @larrydetetive
ESSA FOTO TÁ PERFEITA

@louvlwt · Dec 1, 2020
Replying to @larrydetetive
ai papai eu não tô bem

**elola** @wallflowerr · Dec 1, 2020
Replying to @larrydetetive
harry chegando assim em casa o louis late

**eve | migreli!!!** @withivtolouis · Dec 1, 2020
Replying to @withivtolouis
to fraca

@noahurrqs · Dec 1, 2020
Replying to @larrydetetive
algm avisa pro Harry q tem gnt q morre
1

**alanis | fan account** 🏳️ @povnourry · Dec 1, 2020
Replying to @larrydetetive
@apuhjefferson

**Maísa** 💗 **(fan account)** @mah_h28 · Dec 1, 2020
Replying to @larrydetetive
TO PRESTES A ENTRAR EM UM COLAPSO!

QUE HOMEM PERFEITO, MEU DEUS 😍❤️
1

**Perkowski Legal P.C.**
@c_perkowski

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet



← **Tweet**

🔍 Search Twitter

## Home

## Explore

## Notifications ①

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

**Expo Comics News** ⚑
@ComicsExpo                                    ···

❗ SPOILERS: Nuevas imágenes del personaje de Tahar Rahim en las grabaciones de 'Madame Web'.

Translate Tweet



6:12 AM · Oct 7, 2022 · Twitter for Android

**4** Likes

💬          🔁          ♡          ⬆

Ⓟ  Tweet your reply                          Reply

### Relevant people

**Expo Comics News** ⚑
@ComicsExpo                          Follow

Me apasiona hablar sobre Cine, cómics y superhéroes | Noticias de Marvel, DC, Star Wars, videojuegos y más | Siempre con respeto 🎬💼

### What's happening

FIFA World Cup · 1 hour ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending                ···
**Jason David Frank**
90.5K Tweets

Trending in California                    ···
**Shakira**
102K Tweets

Trending in United States                ···
**#QATECU**
87.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**  ···
@c_perkowski

← **Tweet**

This Tweet is from a suspended account. Learn more



**ILOVEMILEYCYRUS** ❤️ @SmilerDiary · Jan 21, 2020
Replying to @MileyUpdates
Awww ily baby

**lels** 🌹 @rosesformiley · Jan 22, 2020
Replying to @MileyUpdates
GOALA

**Roberto Manuel De Je** @RobertoManuelD2 · Jan 22, 2020
Replying to @MileyUpdates
Amor de fã também doi 🌻

**jiji uy** @JACTF · Jan 22, 2020
Replying to @MileyUpdates
❤️❤️❤️



**Perkowski Legal P.C.**
@c_perkowski