# EXHIBIT B Continued

Case 2:22-cv-09462-DMG-ADS    Document 1-17    Filed 12/30/22    Page 2 of 101    Page ID #:1555



← **Tweet**

**Home**

# **Explore**

🔔 **Notifications** ①

**Messages**

🔖 **Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**



 **Séptimo Proyector** 🎥
@SeptimoProyecto                                              ···

Fotos de Dakota Johnson en el set de #MadameWeb
🔥💋



3:14 PM · Jul 26, 2022 · Twitter for Android

**8** Retweets   **1** Quote Tweet   **46** Likes

💬        ↻        ♡        ⬆

 Tweet your reply                              **Reply**

## Search Twitter

### Relevant people

 **Séptimo Proyector** 🎥   **Follow**
@SeptimoProyecto

Revista Digital de Cine 🎬 | ¿Que se
puede hacer salvo ver películas? 🎥
Nuestros artículos en la web ✍️🍿

### What's happening



FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening
Ceremony**

Music · Trending                              ···
**Lionel Richie**
4,032 Tweets

Trending in United States                    ···
**#raidernation** 🏴‍☠️
10.1K Tweets

Music · Trending                              ···
**Billy Joel**
1,329 Tweets

Trending in United States                    ···
**Schiff**
55.1K Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**   ···
@c_perkowski

← Tweet



**Ludenoid** 🎃 🪐
@ludenoid

Anthony Ramos'a #Ironheart dizisinde The Hood olarak ilk bakış.

Translate Tweet

 

4:09 AM · Aug 9, 2022 · Twitter Web App

**1** Retweet   **11** Likes

Tweet your reply

Reply

## Q Search Twitter

### Relevant people

 **Ludenoid** 🎃 🪐    Follow
@ludenoid
Oyun, dizi ve film evrenlerinden haber ve yorumlar 🪐 #EpicPartner - Creator Code: LUDENOID 💌 İş Birliği & İletişim: info@ludenoid.com

### What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Music · Trending
**#askmeek**

Gaming · Trending
**3DS Rainbow Road**
Trending with Maple Treeway

Family drama · Trending
**#GilmoreTheMerrier**

Trending in California
**Dodger Stadium**
14.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Home
## Explore
🔔 Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

 **Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/drayamichele/status/1336116147704442883 __ of __ 2022-11-21 11:17:55 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-17    Filed 12/30/22    Page 4 of 101    Page ID #:1557

← **Tweet**



**:** @drayamichele

Getting money outta town I LIKE IT

5:11 PM · Dec 7, 2020 · Twitter for iPhone

**52** Retweets   **3** Quote Tweets   **900** Likes

Tweet your reply                    Reply

**Spare Time Novels** @NovelsTime · Dec 28, 2020
Replying to @drayamichele
Xox

**Daniel** @Daniel17103311 · Dec 9, 2020
Replying to @drayamichele
And I like you

**Andre Coleman** @AndreCo83239685 · Dec 8, 2020
Replying to @drayamichele
Very lovely woman. 💯😍

**SlabJ** @slab1slab · Dec 7, 2020
Replying to @drayamichele
Yes I know that's right

**Black Thunder 56904313** @authorkelly69 · Dec 18, 2020
Replying to @drayamichele
Absolutely beautiful

**MARK BROWN** @MAB1526 · Dec 13, 2020
Replying to @drayamichele
I buy 100$ worth of powerball and mega million tickets every week. And will gladly give you the winning ticket. For a life time of DRAYA. DRAYA4EVER

**Henry Byrd** @Byrdone10 · Dec 9, 2020
Replying to @drayamichele
Beautiful

**Bellzworth** @Bellzworth81 · Dec 7, 2020
Replying to @drayamichele
Classy 💯

**Perkowski Legal P.C.**
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Relevant people**

**:** @drayamichele    Follow
I'm unbothered. | Unofficial. Commentary. Non-affiliation. Fan account. Parody

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**

Entertainment · Trending
**Julia Fox**
4,653 Tweets

Trending in United States
**Vamos USA**

Trending in United States
**LETS GO BOYS**

Trending in United States
**National Anthem**
65.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

__ https://twitter.com/desienelcine/status/1556432223594844160 __ at __ 2022-11-19 22:02:58 -08:00 __

← Tweet



**Desi en el cine** 🎬
@desienelcine

NUEVAS FOTOS DE MADAME WEB 😍

Translate Tweet



5:08 PM · Aug 7, 2022 · Twitter for Android



Tweet your reply

Reply

Q Search Twitter

**Relevant people**

**Desi en el cine** 🎬     Follow
@desienelcine

Noticias de cine curiosidades y
recomendaciones de pelis

**What's happening**

Television · 2 hours ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
⬛ Promoted by Uber

Trending in United States
**Blocked**
128K Tweets

Trending in United States
**Waka Waka**
37.1K Tweets

Trending in California
**Andrew Tate**
27.5K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

Case 2:22-cv-09462-DMG-ADS Document 1-17 Filed 12/30/22 Page 6 of 101 Page ID #:1559

← **Thread**

**Dakota Johnson Brasil**
@DakotaJBRA

Nos dias 15, 16 e 17 de setembro, as filmagens de Madame Web ocorrerão no período da noite na cidade de Worcester, nos Estados Unidos.

Translate Tweet



8:17 AM · Sep 14, 2022 · Twitter Web App

14 Retweets    3 Quote Tweets    116 Likes

**Dakota Johnson Brasil** @DakotaJBRA · Sep 14
Replying to @DakotaJBRA
thank you for the info @BJscats2 ❤️

1        5

**francine** @francinelbn · Sep 14
Replying to @DakotaJBRA
ONDE AQUI SENHOR??? MEU DEUS EU MORO EM WORCESTER

---

**Search Twitter**

**Relevant people**

Dakota Johnson Brasil
@DakotaJBRA        Follow

Sua primeira, maior e melhor fonte sobre a atriz e produtora Dakota Johnson no Brasil. E-mail para contato: contato@dakotajohnsonbrasil.com

**What's happening**

Television · 1 hour ago
Saturday Night Live airing on NBC

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
HE'S BACK
143K Tweets

Trending in California
Sac State

Technology · Trending
Truth Social
6,567 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

← Tweet



🌈ANDY JONNY
@AndresJovannyMa

Yo creo que ya no sale la serie live action de "Las Chicas Super Poderosas" 😔🧡💙💚

Translate Tweet



10:14 PM · May 18, 2022 · Twitter for Android

1 Like



Tweet your reply

Reply

## Search Twitter

## Relevant people



🌈ANDY JONNY
@AndresJovannyMa

Follow

EL PENSAR Y EXPRESAR 💙🍥 Tengo un canal en YouTube ▶️ ANDY JONNY 😆

## What's happening

FIFA World Cup · 3 hours ago
**World Cup Qatar 2022: Opening Ceremony**



**#Disenchanted** 😍
Original movie now streaming
🅿️ Promoted by Disney+

Trending in United States
**Rest In Peace**
44.9K Tweets

Trending in California
**Shakira**
109K Tweets

Entertainment · Trending
**Morgan Freeman**
182K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🅿️ Perkowski Legal P.C.
@c_perkowski

https://twitter.com/movielogtr/status/1556918128596090881 __ at __ 2022-11-21 06:11:10 -08:00 __

← **Tweet**



**MovieLogTR**
@movielogtr

Ironheart dizisinin setinden Dominique Thorne'un hayat verdiği Riri Williams ve kostümüne ilk bakış.

Translate Tweet




1:19 AM · Aug 9, 2022 · Twitter for iPhone

  

  Tweet your reply

Reply

---

**Search Twitter**

**Relevant people**



**MovieLogTR**
@movielogtr

Follow

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Gaming · Trending
**daily quordle 301**

Trending in United States
**Maguire**
Trending with Luke Shaw

Trending in California
**#BLACKPINK_WORLDTOUR**
57.7K Tweets

Music · Trending
**Kelly Rowland**
20.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Perkowski Legal P.C.** ···
@c_perkowski

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

### Tweet



**Bang Tidy Celebs**
@BangTidyHQ

-@SaraSampaio



12:29 PM · Apr 12, 2021 · Twitter Web App

**15** Likes

 

Tweet your reply

Reply

Q Search Twitter

## Relevant people

 **Bang Tidy Celebs**
@BangTidyHQ                      Follow

Bringing you Bang Tidy Celebs from
the UK and around the world. From TV
& Film to Music & Models. Any
requests feel free to tweet.

 **Sara Sampaio** ✓
@SaraSampaio                     Follow

model, actress and professional
karaoke singer

## What's happening

NFL · 2 hours ago
**Cowboys at Vikings**



**#Disenchanted** 👩
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Bob Iger**
3,481 Tweets                         ···

Trending in United States
**#TheWalkingDead**
Trending with  #TWDFinale, Rosita   ···

Music · Trending
**Machine Gun Kelly**
2,665 Tweets                         ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**
@c_perkowski                    ···



Perkowski Legal P.C.
@c_perkowski

Tweet

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

⟲ **Entertainment News** Retweeted

**Page Six** ✔
@PageSix

Ben Affleck won't let a protective coronavirus mask stop him from smoking trib.al/2fZMJEF



6:57 AM · Apr 24, 2020 · SocialFlow

**58** Retweets   **104** Quote Tweets   **252** Likes

 Tweet your reply

Reply



Q Search Twitter

## Relevant people

**Entertainment News** ✔
@15MinuteNewsEnt

Follow

#Entertainment #News covering #Movies, #Music, #Celebrities, #Gossip, #Gaming, #Television and Series News from @15MinuteNews

**Page Six** ✔
@PageSix

Follow

If you don't want it on Page Six, don't do it.

## What's happening



NFL · LIVE
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
56.2K Tweets

Trending in California
**Dodger Stadium**
9,863 Tweets

Sports · Trending
**Brock Purdy**

Trending in California
**Pulisic**
41.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet



**Relevant people**

Rihanna Navy Brasil | ...   Follow
@RNavyBrazil
RNB 🇧🇷 | Estamos online desde 2010, somos o maior e mais completo fã-clube sobre a cantora Rihanna no Brasil e em toda a América Latina. Apoio: @amoxi.brazil

**What's happening**

NFL · 4 hours ago
49ers at Cardinals

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
Died Suddenly
Trending with World Premiere

Trending in California
Mexicans
1362 Tweets

Trending in United States
August Alsina
Trending with Jada #TheSummitLife

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS   Document 1-17   Filed 12/30/22   Page 13 of 101   Page ID #:1566

Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← **Tweet**

⇄ **Elliott Wilson Retweeted**

**Ye Media**
@KanyeMedia_

Ye and ASAP Rocky at dinner in Malibu last night (11.8.21)



4:34 AM · Nov 9, 2021 · Twitter for iPhone

**1,107** Retweets   **327** Quote Tweets   **14.9K** Likes

Tweet your reply

Reply

**Perkowski Legal P.C.**
@c_perkowski

**Q** Search Twitter

**Relevant people**

**Elliott Wilson** ✓
@ElliottWilson
chief content officer: @tidal co-host: @RapRadar Podcast

Follow

**Ye Media**
@KanyeMedia_
FAN ACCOUNT. (This account is NOT affiliated with Kanye West)

Follow

**What's happening**

FIFA World Cup · **LIVE**
**England vs Iran**



Trending in United States
**Callum Wilson**
2,801 Tweets

Entertainment · Trending
**Wendy**
114K Tweets

Trending in California
**#BLACKPINK_WORLDTOUR**
58.2K Tweets

Events · Trending
**Netherlands**
59.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

https://twitter.com/updatecharts/status/1834725 2021-11-08 18:13:15 (14/101) Documents 1 17 Feed 13/2021 Page 14 of 101 Page 80



https://twitter.com/celebsexycelebs/status/1392290716097802241 _ et _ 2022-11-22 22:13:15:03 -08:00

← **Tweet**

sexycelebs
@CelebSexycelebs

···

Sexy



6:29 PM · May 11, 2021 · Twitter for iPhone

**13** Retweets **254** Likes

This Tweet was deleted by the Tweet author. Learn more

sexycelebs @CelebSexycelebs · May 11, 2021
😘

Perkowski Legal P.C.
@c_perkowski

**Relevant people**

sexycelebs
@CelebSexycelebs
Love hot celebs (I'm a guy)

Follow

**What's happening**

FIFA World Cup · 3 hours ago
Mexico vs Poland

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in California
**Mexicans**
18.2K Tweets

Celebrities · Trending
**Tom Hanks**
6,421 Tweets

Trending in California
**Mexico City**
18.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.




Perkowski Legal P.C.
@c_perkowski

https://twitter.com/coolcrushes/status/1571182318110244864__at__2022-11-21_07:32:10 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 1-17   Filed 12/30/22   Page 17 of 101   Page ID
#:1570



← **Tweet**

Search Twitter

Celeb Crushes 95K
@coolcrushes

Part II - The best of 2️⃣0️⃣2️⃣2️⃣ so far!

⚡ Jodie Comer (2022)
🔥 Katharine McPhee (2022)
⚡ Blake Lively (2022)
⚡ Ann Hathaway (2022) 👠

twitter.com/coolcrushes/st...



10:00 AM · Sep 17, 2022 · Twitter Web App

**9** Retweets   **91** Likes

Tweet your reply                                    Reply

lifesurfer @lifesurfer11 · Sep 17
Replying to @coolcrushes
Very nice!! 😍🔥

Raymundo Islas @RaymundoIslas7 · Sep 17
Replying to @coolcrushes
Anne forever 💗😍

sexy boy @mosoriog27 · Sep 17
Replying to @coolcrushes
Todas son unos ángeles ❤

**Relevant people**

Celeb Crushes 95K          Follow
@coolcrushes
Celebrating celebs from the past to
the present. Follow for interesting
debate. I do not own any of the
content. A hobby page #celebs
#celebrities

**What's happening**

FIFA World Cup · 1 minute ago
England vs Iran

Gaming · Trending
3DS Rainbow Road
Trending with Maple Treeway

Trending in United States
England
Trending with #ENGIRN, Saka

Trending in California
Dodger Stadium
14.1K Tweets

Events · Trending
#BlackFriday
31.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

← Tweet

**camila pics**
@ccamilapics

···

## my heart is melting

camila

7:39 PM · Oct 31, 2020 · Twitter for iPhone

**155** Retweets   **9** Quote Tweets   **1,171** Likes

Tweet your reply

Reply

### Relevant people

**camila pics**
@ccamilapics

Follow

Hey, turn on our notifications for daily pictures, gifs and videos of Camila Cabello!

**camila** ✓
@Camila_Cabello

Follow

Sigue bailando. FAMILIA out now

### What's happening

FIFA World Cup · This morning
**England vs Iran**

Trending in United States
···
**Died Suddenly**
40K Tweets

Sports · Trending
···
**Lane Kiffin**
4,748 Tweets

Sports · Trending
···
**#WWERaw**
Trending with Kevin Owens

90 Day Fiancé · Trending
···
**#90dayfiancethesinglelife**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**
@c_perkowski
···

https://twitter.com/tomhollandbr/status/1350746403291729920 __ at __ 2022-11-21 13:01:52 -08:00

← **Tweet**

**Tom Holland Brasil | Fã site**
@tomhollandbr

Tom Holland foi fotografado ontem à tarde no set de "Homem-Aranha 3" em Atlanta.

Translate Tweet



2:06 AM · Jan 17, 2021 · Twitter Web App

**90** Retweets   **17** Quote Tweets   **1,199** Likes

Tweet your reply

Reply

**LucasHitoshi** @LucasHitoshii · Jan 17, 2021
Replying to @tomhollandbr
Q posso disser ne bom dia THBR

**lala.** @petergfz · Jan 17, 2021
Replying to @tomhollandbr
bom dia, THBR

⚓ @lamanyworld · Jan 17, 2021
Replying to @tomhollandbr
bom dia, THBR!!

**ari** @ariadna3_ · Jan 17, 2021
Replying to @tomhollandbr
Ainda bem que acordei cedo, é tão bom acordar e ve-lo
1

This Tweet was deleted by the Tweet author. Learn more

**Tom Holland Brasil | Fã site** @tomhollandbr · Jan 17, 2021
Bom dia! 🕷
1

---

# Twitter

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
◯ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

---

Search Twitter

**Relevant people**

**Tom Holland Brasil | ...**
@tomhollandbr
Follow
Twitter do primeiro e melhor fã site sobre o ator Tom Holland! Your first and the BEST fan account about @TomHolland1996 🕷 from Brazil to the whole world!

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**

Trending in United States
**Jordan Morris**
Trending with Reyna

Trending in United States
**1-0 USA**
19.7K Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**

Trending in United States
**Hive**
123K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

Q Search Twitter


**Andy Vermaut**
@AndyVermaut                    ...

## Kendall Jenner Reveals Her Secret to Overcoming ''Brutal'' Acne Struggles eonline.com/news/1208095/k...



7:03 PM · Nov 12, 2020 · dlvr.it

💬              ⟲              ♡              ⬆

P   Tweet your reply                    Reply

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

**Relevant people**


**Andy Vermaut**                    Follow
@AndyVermaut

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow


**Perkowski Legal P.C.**    ...
@c_perkowski

__ https://twitter.com/Dakoholics/status/1197058314338754561 __ at __ 2022-11-20 19:17:05 -08:00

← **Tweet**

**Dakota Johnson Daily**
@Dakoholics   ···

her street style is always on point



11:45 PM · Nov 19, 2019 · Twitter for Android

69 Retweets   6 Quote Tweets   311 Likes

💬   🔁   ♡   ⬆



Tweet your reply                          Reply

**Karen Bourne** @KarenBourne10 · Nov 20, 2019   ···
Replying to @Dakoholics
I mean the third picture.
💬   🔁   ♡   ⬆

🌼**Wildflower**🌼 @CuteCat66388178 · Nov 20, 2019   ···
Replying to @Dakoholics



💬   🔁   ♡ 1   ⬆

**Perkowski Legal P.C.**   ···
@c_perkowski

**Relevant people**

**Dakota Johnson Daily**   Follow
@Dakoholics
Fan account dedicated to actress, activist, director and producer Dakota Johnson.

**What's happening**

NFL · 2 hours ago
Cowboys at Vikings

#Disenchanted 🧚
Original movie now streaming
▶ Promoted by Disney+

Trending in United States   ···
**Disney CEO**
9,058 Tweets

Trending in United States   ···
**#TheWalkingDead**
Trending with #TWDFinale, Rosita

Sports · Trending   ···
**Calipari**
1,379 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

← **Tweet**

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**



**YUCATAN AL MINUTO**
@YUCATANALMINUTO

···

JLo y Ben Affleck comparten romántico beso
ow.ly/3jLc50FaaFB

Translate Tweet



1:16 PM · Jun 14, 2021 · Hootsuite Inc.

**3** Retweets   **1** Quote Tweet   **2** Likes

Tweet your reply

**Reply**

Q Search Twitter

## Relevant people



**YUCATAN AL MINUTO**
@YUCATANALMINUTO    **Follow**

Yucatán al Minuto es un medio de comunicación que produce contenido informativo y material audiovisual con formatos propios en Mérida, Yucatán.

## What's happening

FIFA World Cup · 2 hours ago
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
📦 Promoted by Avatar

Trending in California
**Mexicans**
15.8K Tweets                                        ···

Trending in United States
**Ochoa**
Trending with Poland, Lewandowski            ···

Trending in United States
**#BoycottTampax**
Trending with Adam Kinzinger                  ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



_ https://twitter.com/thefilmupdates/status/13394727356768055121 _ et _ 2022-11-22 15:03:03 -08:00  Case 2:22-cv-09462-DMG-ADS Document 1-17 Filed 12/30/22 Page 24 of 101 Page ID #:1577

**Search Twitter**

**Film Updates Back-Up** ···
@TheFilmUpdates

**Relevant people**

**Film Updates Back-Up**    Follow
@TheFilmUpdates
Back-up account for @FilmUpdates

"Harry Styles is an absolute delight. He's one of the most professional people I've ever met. Couldn't be kinder, more gracious, I mean, really, I was stunned by this kid. He's off-the-charts cool." - Chris Pine

(etonline.com/chris-pine-on-...)



11:29 PM · Dec 16, 2020 · Twitter for iPhone

**37** Retweets    **15** Quote Tweets    **472** Likes

💬          🔁          ♡          ⬆️

**What's happening**

FIFA World Cup · 5 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🏠
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Celebrities · Trending          ···
**Chris Evans**
Trending with Blueface

Trending in California          ···
**Alexis Vega**
20.6K Tweets

Trending in California          ···
**Mexico City**
17.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

💬  Tweet your reply                    **Reply**

**Kenny** @kennysroys · Dec 16, 2020
Replying to @TheFilmUpdates and @FilmUpdates
SHUT UP CHRIS PINE X HARRY STYLES COLLAB COMING SOON
💬          🔁          ♡          ⬆️

**Miguel** @SelsGraceful · Dec 16, 2020
Replying to @TheFilmUpdates and @FilmUpdates
exactly
💬          🔁          ♡          ⬆️

**nessa (Taylor's Version)** @thenessanetwork · Dec 16, 2020
Replying to @TheFilmUpdates and @FilmUpdates
so true mr.pine
💬          🔁          ♡          ⬆️

**renata** @unfabulousqueen · Dec 17, 2020
Replying to @TheFilmUpdates and @FilmUpdates
😍❤️
💬          🔁          ♡          ⬆️

**Kayla** @kaylatalks2much · Dec 16, 2020          ···
Replying to @TheFilmUpdates and @FilmUpdates
me trying to take harry styles seriously in a brown business suit like

▶️

GIF  ALT

💬          🔁          ♡ 1          ⬆️

🎨👩🏻🏳️‍🌈 @adoreeflorence · Dec 16, 2020          ···
Replying to @TheFilmUpdates and @FilmUpdates
LOVE THEM BOTH
💬          🔁          ♡          ⬆️

**Perkowski Legal P.C.** ···
@c_perkowski

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Case 2:22-cv-09462-DMG-ADS    Document 1-17    Filed 12/30/22    Page 25 of 101    Page ID #:1578

← **Tweet**

Search Twitter



**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Andy Vermaut
@AndyVermaut

Alec Baldwin meets with Halyna Hutchins' husband, son in emotional meeting following accidental shooting
foxnews.com/entertainment/...



11:44 AM · Oct 24, 2021 · dlvr.it

 

 Tweet your reply

Reply

**Relevant people**

 Andy Vermaut
@AndyVermaut

Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

**What's happening**

NFL · Yesterday
Cowboys at Vikings



Trending in California
Netherlands
163K Tweets

···

Trending in United States
HOW IS THAT NOT A YELLOW
1,396 Tweets

···

Trending in United States
#USAvWAL
46.1K Tweets

···

Trending in United States
$TSLA
18.8K Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski    ···

# Tweet

**s** @beliebinteam

there's literally no reason for justin bieber to be this fine



10:49 PM · Feb 27, 2020 · Twitter for iPhone

**67** Retweets   **14** Quote Tweets   **256** Likes

Tweet your reply

Reply

**r** @biebertupac · Feb 27, 2020
Replying to @beliebinteam
listen-

💗 2

**Courtney** @conellpt · Feb 28, 2020
Replying to @beliebinteam and @manooruJB
That second photo sent me 😭

💗 1

**connor** @clouttyconnor · Feb 27, 2020
Replying to @beliebinteam and @im2fab4youuu
I kinda agree

**Perkowski Legal P.C.** @c_perkowski

### Relevant people

**s** @beliebinteam   Follow
swap swap swap it out 🧢 | fan account

### What's happening

NFL · Yesterday
**Lions at Giants**


Music · Trending
**Billy Joel**
1,245 Tweets

Trending in United States
**UCLA**
11.4K Tweets

Trending in United States
**Schiff**
51.6K Tweets

Trending in United States
**#AMAs** 🔥
Trending with soobin, sabrina

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**



**Próxcinemente**
@proxcinemente

···

Vincent D'Onofrio como Kingpin en la grabación de la serie "ECHO", spin-off de "Hawkeye". #Echo #Daredevil

📷 Vía: @JustJared



5:05 PM · Aug 12, 2022 · Twitter for Android

**1 Like**

🔍 Search Twitter

**Relevant people**



**Próxcinemente**
@proxcinemente     Follow

Todas las novedades en el mundo del séptimo arte. 🎬 I Creador: @chuyRM_93 I Contacto: proxcinemente@gmail.com

**JustJared.com** ✓
@JustJared     Follow

Your #1 Entertainment Authority Also follow @jaredeng @justjaredjr

**What's happening**



FIFA World Cup · LIVE
**England vs Iran**

Trending in United States
**England**
Trending with #ENGIRN, Saka

···

News · Trending
**Schiff**
63K Tweets

···

Music · Trending
**Kelly Rowland**
20.3K Tweets

···

Music · Trending
**Elton John**
Trending with Dodger Stadium, #EltonFarewellTour

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications

Tweet your reply     Reply

__ https://twitter.com/TheFirstCowboy/status/1556770347856367621 __ at __ 2022-11-21 04:14:17 -08:00 __

← **Tweet**

**The First Cowboy**
@TheFirstCowboy    ···

A new take on Riri Williams on the set of Ironheart.

#Ironheart

 

3:32 PM · Aug 8, 2022 · Twitter for iPhone

🔍 Search Twitter

**Relevant people**

 **The First Cowboy**    Follow
@TheFirstCowboy

Space Cowboy || Movie Lover ||
Content Creator. Insider news movie
games and TV shows all this you will
find on this channel & social media 🎙
| @StarWars_JC

**What's happening**

NFL · Last night
**Chiefs at Chargers**


The Walking Dead · Trending    ···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Music · Trending    ···
**Kelly Rowland**
19.7K Tweets

Music · Trending    ···
**Lionel Richie**
4,021 Tweets

Trending in United States    ···
**#raidernation** ☠️
10.1K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Tweet your reply    Reply

 **Perkowski Legal P.C.**    ···
@c_perkowski

← **Tweet**

**Couture is Beyond**
@CoutureIsBeyond                                    ...

Bella Hadid in custom Dilara Fındıkoğlu at the
#MetGala after party

Translate Tweet



7:55 AM · May 3, 2022 · Twitter for iPhone

**163** Retweets   **46** Quote Tweets   **1,047** Likes

Tweet your reply                                    Reply

**CEREN** @cerenbyrktn · May 3                      ...
Replying to @CoutureIsBeyond and @bellahadid
🇹🇷

Show more replies

**Perkowski Legal P.C.**
@c_perkowski                                        ...

---

Q Search Twitter

### Relevant people

**Couture is Beyond**
@CoutureIsBeyond                    Follow
The leading source for updates on
fashion shows, red carpets, and
fashion related news.
@CoutureIsBeyond on Instagram

### What's happening

NFL · 1 hour ago
**49ers at Cardinals**

Entertainment · Trending                    ...
**Died Suddenly**
67.7K Tweets

Trending in United States                    ...
**Dreamers MV**
163K Tweets

Trending in United States                    ...
**Jada**
9,224 Tweets

Trending in United States                    ...
**August Alsina**
Trending with #TheSurrealLife

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

__ https://twitter.com/bangtidyhq/status/1386746476802584583 __ at __ 2022-11-20 16:41:06 -0800__

← **Tweet**



**Bang Tidy Celebs**
@BangTidyHQ

-@bellathorne



11:18 AM · Apr 26, 2021 · Twitter Web App

2 Retweets    38 Likes

Q Search Twitter

### Relevant people

 **Bang Tidy Celebs** **Follow**
@BangTidyHQ
Bringing you Bang Tidy Celebs from the UK and around the world. From TV & Film to Music & Models. Any requests feel free to tweet.

 **BITCHIMBELLATH...** ✔ **Follow**
@bellathorne
number one book, number one new movie:) wow. love u guys thank u 🔥

### What's happening

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
Promoted by Disney+

Sports · Trending
**Tomlin**
3,006 Tweets

Trending in California
**#TWDFinale**
Trending with #TheWalkingDead

Politics · Trending
**LGBTQ**
Trending with Colorado Springs, AR-15

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

P Tweet your reply    Reply

 **Perkowski Legal P.C.** ···
@c_perkowski

__ https://twitter.com/inside/friends/status/1359851878813753344 __ at __ 2022-11-21 10:48:49 -08:00

← **Tweet**

**Home**

**Explore**

**Notifications** ①

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Inside Friends** ···
@insidefriends

Back on set "The Morning Show"



5:08 AM · Feb 11, 2021 · Twitter for iPhone

**46** Retweets   **28** Quote Tweets   **1,229** Likes

💬   🔁   ♡   ⬆️

🅿️  Tweet your reply                                    **Reply**

**Os** @simplyOz_ · Feb 11, 2021          ···
Replying to @insidefriends
@athena_ls mira ay ❤️❤️
💬      🔁      ♡      ⬆️

**Alejandra** @SoyAleAleja · Feb 11, 2021   ···
Replying to @insidefriends
Que flow
💬      🔁      ♡ 1      ⬆️

**Lynn** @ladyedlynn23 · Feb 11, 2021     ···
Replying to @insidefriends
When are they coming back for fiming?
💬      🔁      ♡      ⬆️

**Perkowski Legal P.C.** ···
@c_perkowski

### Relevant people



**Inside Friends**        **Follow**
@insidefriends

236 episodes. 10 seasons. 10 years. 6 unforgettable characters. 1 iconic show. ✨🎬

### What's happening

FIFA World Cup · 🔴 LIVE
**USA vs Wales**



Sports · Trending          ···
**Charles Barkley**
4,715 Tweets

Trending in United States    ···
**#senvsned**
1,049 Tweets

Trending in United States    ···
**Hive**
100K Tweets

Trending in United States    ···
**De Jong**
53.5K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Search Twitter

— https://twitter.com/SNEAKPEEKCA/status/1004445944287379456 __ at __ 2022-11-21 10:38:21 -08:00 __
Case 2:22-cv-09462-DMG-ADS    Document 1-17    Filed 12/30/22    Page 32 of 101    Page ID
#:1585



**Tweet**

**SneakPeek**
@SNEAKPEEKCA

sneakpeek.ca/2018/06/the-jo...



12:32 PM · Jun 6, 2018 · Twitter Web Client

**2** Retweets    **2** Likes


Tweet your reply

Reply

**Relevant people**


SneakPeek
@SNEAKPEEKCA
Invite Only

Follow

**What's happening**

FIFA World Cup · 5 minutes ago
Senegal vs Netherlands



Family drama · Trending
#GTMcontest4

Trending in United States
Senegal
Trending with Mendy, #SENNED

Sports · Trending
Charles Barkley
4,537 Tweets

Sports · Trending
Pettitte

Show more

← Thread

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@_perkowski

Cosmic Media
@CosmicMMedia

## Dominique Thorne as Riri Williams on set of 'BLACK PANTHER: WAKANDA FOREVER'



2:55 PM · Apr 26, 2021 · Twitter for iPhone

614 Retweets    234 Quote Tweets    6,084 Likes

Tweet your reply                                    Reply

Cosmic Media @CosmicMMedia · Aug 26, 2021
Follow us @CosmicMMedia_and put notifications on, to stay updated 🔔
                                        20

Nikko Venturini @MeetMrMayhemMC · Aug 27, 2021
Replying to @CosmicMMedia
She's not very attractive

BobbyVeneers @FirminosTeethLa · Aug 26, 2021
Replying to @CosmicMMedia and @DanielRPK
Feels too soon tbh I wish they would have at least put her with Tony for at
least one film
                                        35

irrelevant 🤐😂 @jimeemij · Aug 27, 2021
Replying to @FirminosTeethLa and @DanielRPK
Honestly, if anything they should bring that kid from Iron man 3
Show replies

The Rob @therob006 · Aug 26, 2021
Replying to @CosmicMMedia
Is this in Worcester or Cambridge?

jojo 💜 @jojoswar · Aug 27, 2021
Replying to @CosmicMMedia
Ahh the Iron Heart, I wonder how they're gonna bring how the bring
screen 💜❤️

kaz 🇺🇸 @kazfortyfour · Aug 26, 2021
Replying to @CosmicMMedia
Who will be cast as Ichaka?

Cole @Colebucket_ · Aug 26, 2021
Replying to @CosmicMMedia
Why introduce her in Wakanda forever tho why not armor wars?

Aqua @LI_aqquaa · Aug 26, 2021
Replying to @Colebucket_
I think armor wars comes out first
                                        17
Show replies

Cooper Rae Blankenship @Cooper_RaeBlank · Aug 26, 2021
Replying to @CosmicMMedia @Cooper_WonderYT
Whaaaaaaa???

CR-L0n @TheVoid64 · Aug 26, 2021
Replying to @CosmicMMedia and @BRIANMEEN0Y6
Um, how old is she?

Black Biro @BlackBiroYT · Aug 26, 2021
Replying to @CosmicMMedia and @MastorTainment
Now will Trevor Noah reprise his role as black Jarvis maybe for Riri's suit?
                                        2

Johnny @Kenkelinke · Aug 27, 2021
Replying to @CosmicMMedia
No Tmibs on?  Oh no

Zeke @z3k3! · Aug 26, 2021
Replying to @CosmicMMedia
I wonder will she just be introduced or have a full suit in this one.

Tay-Tay (Spoopy Era) @TayTaysMusings · Aug 26, 2021
Replying to @CosmicMMedia
I hope we get some collections of her comics released in time for her first
MCU appearance 😍

Jonathan DeMoscovaki @DeMoscovaki · Aug 26, 2021
Replying to @CosmicMMedia and @DanielRPK
Nice! She's gonna rock Yeezy! 👟
                                        1

Anne-Marie @AMiPsIDesigns · Aug 26, 2021
Replying to @CosmicMMedia
Is this why they're in Boston?

valkyrie @crystarius · Aug 26, 2021
Replying to @CosmicMMedia
already?! wow

Patrick @LPWoods_ · Aug 26, 2021
Replying to @CosmicMMedia
LOVE IT!!

old Hail Vaughn❄️ @The_Vaughn_ · Aug 26, 2021
Replying to @CosmicMMedia
I still don't understand

misty @TheLifeOfM1sty · Aug 27, 2021
Replying to @CosmicMMedia
It doesn't feel right without a mentor, sadge tony ded

BadVibesWhere ⚡@BadVibesWhere · Aug 28, 2021
Replying to @TheLifeOfM1sty
Peter & Shuri could be her mentors that would be really good.

L·ø 🥀 @shusssu024 · Aug 26, 2021
Replying to @CosmicMMedia
Zdk,

Mr Bitches (Ironically of course) @Dr_Dre_Bandz · Aug 26, 2021
Replying to @CosmicMMedia and @DanielRPK
Can't wait to see her suit up
                                        4

🇮🇹TOMMY🇮🇹 @tommy_3_3_3 · Aug 26, 2021
Replying to @CosmicMMedia
Wave runners ‼️

☮Matthewo❤ @square_matthew · Aug 26, 2021
Replying to @CosmicMMedia
Ayo she got waverunners on 😭
                                        2

Ryan Leslie @RyanLee27403848 · Aug 26, 2021
Replying to @CosmicMMedia and @DanielRPK
@Gracefulandolph

🔍 Search Twitter

**Relevant people**

Cosmic Media
@CosmicMMedia                    Follow
Your #1 source for all leaks
surrounding Marvel, Star Wars, and
Disney | Backup for @cosmic_marvel

**What's happening**

Sports · LIVE
2022 FIFA World Cup

Music · Trending
Lionel Richie
4,046 Tweets

Trending in United States
South Carolina
20.9K Tweets

Trending in United States
Bob Iger
Trending with Disney, Chapek

Music · Trending
Billy Joel
1,531 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

Home

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Türkçe**
@turkce

Kylie Jenner'a özel jet tepkisi: Realty show yıldızı Kylie Jenner ve kızının babası rapçi Travis Stott, Palm Springs'te Şükran Günü'nü iki yaşındaki kızları Stormi ile geçirdikten sonra Los Angeles'a döndü. Ancak...

dlvr.it/Rmbkm8 #Türkçe #MagazinHaberleri #Magazin

Translate Tweet



8:29 AM · Nov 28, 2020 · dlvr.it

Tweet your reply

Reply

Search Twitter

## Relevant people



**Türkçe**
@turkce                    Follow

Gazete ve dergilerden Türkçe Haberler, Son Dakika, Spor, Magazin, Teknoloji, Sinema Haberleri. İletişim ve iş birliği için: turkcemag@gmail.com

## What's happening

FIFA World Cup · 5 hours ago
**Mexico vs Poland**



**#AvatarTheWayOfWater**
Get tickets now – In theaters December 16
📽 Promoted by Avatar

Celebrities · Trending
**Chris Evans**
Trending with Blueface

Trending in California
**Alexis Vega**
20.7K Tweets

Betty White · Trending
**Betty White**
2,900 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.


**Perkowski Legal P.C.** ···
@c_perkowski



https://twitter.com/nacaomarvel/status/1363309054970494977 __el __2022-11-21 22:54:11 -08:00 Case 2:22-cv-09462-DMG-ADS Document 1-17 Filed 12/30/22 Page 36 of 101 Page ID #:1589

← **Tweet**

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

🔥 A PATROA!!! Hailee Steinfeld linda, bela, maravilhosa e perfeita no set de #Hawkeye. (via: @CreamOrScream)



6:06 PM · Feb 20, 2021 · Twitter for Android

**40** Retweets   **11** Quote Tweets   **459** Likes

🅿 Tweet your reply                    **Reply**

pat @bigllibertydude · Feb 20, 2021
Replying to @nacaomarvel and @CreamOrScream

1:00 | 106.9K views

From pat

madu @h0rrorbody · Feb 20, 2021
Replying to @nacaomarvel and @CreamOrScream
É ELAAAA                                    ♡ 1

madu @h0rrorbody · Feb 21, 2021
Replying to @nacaomarvel and @CreamOrScream

0:35 | 8,521 views

From emy cinematic universe

mel I @workslauren · Feb 20, 2021
Replying to @nacaomarvel and @CreamOrScream
kate bishop supremacy 🙏🏻                    ♡ 2

**Relevant people**



**NAÇÃO MARVEL | fa...**    **Follow**
@nacaomarvel
🇧🇷 O maior fã-clube da Marvel no Brasil e #2 do mundo | por @kainyall & @thurstopper | 🎙️: @PodcastNM | 📧 nacaomarvelofc@gmail.com

**Cora Ventura**    **Follow**
@CreamOrScream
Venting account for all things great and small such as #Marvel and #DCComics, #Netflix, #Gaming #Films, and also a Media Account. Supporter of #AmberHeard 🙏🏻

**What's happening**

NFL · 2 hours ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
70.5K Tweets

Trending in California
**Dodger Stadium**
8,773 Tweets

Trending in California
**Mexicans**
6,393 Tweets

Trending in United States
**Chrisley**
24.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

Search Twitter



# Tweet

## Infos Séries
@SeriesUpdateFR

Lily James et Sebastian Stan dans les rôles de Pamela Anderson et Tommy Lee sur le tournage de la série 'Pam & Tom'.

Prochainement sur Disney+.

Translate Tweet



11:59 AM · Jun 8, 2021 · Twitter for Android

**73** Retweets  **30** Quote Tweets  **547** Likes

---

**Shellgame76** @justformetwit · Jun 8, 2021
Replying to @justformetwit
Sur Disney + ? 🤨
♡ 1

**Infos Séries** @SeriesUpdateFR · Jun 8, 2021
Replying to @justformetwit
Oui, c'est diffusé sur Hulu aux USA et sur Disney+ en France

**Mister John** @MrJohnV · Jun 8, 2021
Replying to @SeriesUpdateFR
J'aimais bien le faucon, mais là faut reconnaitre tout de même que notre bucky est bien accompagné 😁 #FalconAndWinterSoldier @DCMarvelFr

GIF | ALT

**Anna** @anounette_ · Jun 9, 2021
Replying to @SeriesUpdateFR
Je suis contente que le film soit sur Disney+

**Amo'** @__amoriiie__ · Jun 9, 2021
Replying to @SeriesUpdateFR
Cette homme est un dieu je veux rien savoir 😍😍😍
♡ 10

**Aly** 🐙 | 🌸 @stars_trek · Jun 8, 2021
Replying to @SeriesUpdateFR
@lazycaitlin_
♡ 1

**alex | faith in the future week** 🥺⚡✨ @lazycaitlin_ · Jun 8, 2021
Replying to @stars_trek and @SeriesUpdateFR
Help- 🤤

**dohic.** @izainye · Jun 8, 2021
Replying to @SeriesUpdateFR
ça a changé disney ••
♡ 2

**Anadora Black** 🇮🇹🌈 @AnadoraBlack · Jun 9, 2021
Replying to @SeriesUpdateFR
@CocoMA03 MAIS OÙ SONT SES BEAUX YEUX BLEUS??? 😱😱😱
♡ 1

**Coralie** 🐚 LOVE est un gros mot au Qat... @CocoM... · Jun 9, 2021
Replying to @AnadoraBlack and @SeriesUpdateFR
Sous les lentilles 😂😅

**Meg Simagrée**✖️ @M_e_gg_y · Jun 8, 2021
Replying to @AudreynunuX
♡ 1

**TOSLG** @TOSLGG · Jun 8, 2021
Replying to @SeriesUpdateFR
Bucky est parti en couille
♡ 5

**Jérémie** 🦋 @jimiejak · Jun 9, 2021
Replying to @SeriesUpdateFR
youtu.be/NrOemQaEJGU j'étais obligé pour rester dans l'ambiance 😅😅 (cette musique est tellement incroyable ❤️)

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Search Twitter

**Relevant people**

**Infos Séries** @SeriesUpdateFR
Follow
Bienvenue sur votre premier compte source français sur toutes vos séries, films et plateformes de streaming préférées. ✋📺
seriesupdatefr@gmail.com

**What's happening**

FIFA World Cup · LIVE
Mexico vs Poland

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
#TheMarvels
2,213 Tweets

Trending in California
Mexicans
9,984 Tweets

Politics · Trending
Dr. Fauci
5,333 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

🐦 SneakPeek Retweeted



**SneakPeek**
@SNEAKPEEKCA

Invite Only · · ·

sneakpeek.ca/2019/02/birds-...
#BirdsofPrey #MargotRobbie #LeakedSetImages
#SneakPeekCa




10:14 AM · Mar 12, 2019 · Twitter Web Client

**2** Retweets  **2** Likes

💬 🔁 ♡ ⬆

**Home**
**Explore**
**Notifications** ①
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski · · ·

P  Tweet your reply          Reply

🔍 Search Twitter

**Relevant people**



**SneakPeek**      Follow
@SNEAKPEEKCA
Invite Only

**What's happening**

NFL · 1 hour ago
Cowboys at Vikings

#Disenchanted 🧚
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Wayne Brady**
1,740 Tweets

Trending in United States
**Machine Gun Kelly**
2,119 Tweets

Sports · Trending
**Klay Thompson**
5,198 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.



← Tweet



**Wociety**
@wociety                                      ⋯

Gigi Hadid'in doğum günü görünümü.

Translate Tweet



8:42 AM · Apr 25, 2022 · Twitter Web App

**5** Retweets   **4** Quote Tweets   **300** Likes

💬          🔁          ♡          ⬆

  Tweet your reply                    Reply

🔍  Search Twitter

**Relevant people**

 **Wociety**                      Follow
@wociety

Moda, yaşam, iç mimari ve
dekorasyondan ilham alan görsel
içerik platformu. 📱
:apple.co/3okBe09Y & bit.ly/3EuLgBf



**What's happening**

NFL · 3 hours ago            

🐦 Home
# Explore
🔔 Notifications
💬 Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

 Perkowski Legal P.C.  ⋯
@c_perkowski

← **Tweet**

**Harry Styles México**
@HarryMexOficial

···

**HARRY TIENE MÍNIMO CUATRO CAMBIOS DE VESTUARIO!!**
**#WatermelonSugar**

Translate Tweet



7:16 AM · May 18, 2020 · Twitter for Android

**126** Retweets    **7** Quote Tweets    **512** Likes

Tweet your reply                    Reply

☀️18☀️ @ThaChonce · May 18, 2020    ···
Replying to @HarryMexOficial
Jajaja es que cuando hay dinero y buen presupuesto los videos de este hombre son geniales

---

**Relevant people**

**Harry Styles México**    Follow
@HarryMexOficial
🇲🇽 Fan Club del ganador al Grammy @Harry_Styles 💿@HSHQ 🎧 @HarryStylesMex2 TREAT PEOPLE WITH KINDNESS #FMO ‖ harrystylesmex@gmail.com

**What's happening**

Television · LIVE
**Bachelor in Paradise airing on ABC**



**#AvatarTheWayOfWater**👳
Get tickets now · In theaters December 16
▶️ Promoted by Avatar

Trending in United States    ···
**RIP Harold**

Trending in United States    ···
**#ATEEZinAtlanta_Day2**
4,820 Tweets

Politics · Trending    ···
**AIDS**
20.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS   Document 1-17   Filed 12/30/22   Page 41 of 101   Page ID #:1594

← **Tweet**

**Demi Lovato News**
@demetriaaalove                          ···

### Demi Lovato Leaving the Space Jam Premiere at Six Flags Magic Mountain with Noah Cyrus 💔



5:08 PM · Jun 30, 2021 · Twitter for iPhone

**16** Retweets   **1** Quote Tweet   **111** Likes

💬            ⇄            ♡            ⬆

P  | Tweet your reply                          Reply

**\*beamergirl\*** @eilishKells · Jun 30, 2021   ···
Replying to @demetriaaalove
😊

💬            ⇄            ♡            ⬆

---

**Relevant people**



**Demi Lovato News**                    Follow
@demetriaaalove
The "HOLY FVCK" album ft. "29", "Substance" & "Skin Of My Teeth" is out NOW 🍑🥀🚀 The "HOLY FVCK TOUR" is on the road now.

**What's happening**

Television · Last night
**The Walking Dead airing on AMC**

Trending in United States                ···
**Slick Rick**

Politics · Trending                       ···
**Tragically**
15.5K Tweets

Music · Trending                         ···
**Elton John**
Trending with Dodger Stadium, Dodger Stadium

Trending in United States                ···
**#SisterWives**
3,647 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**



**Perkowski Legal P.C.**                  ···
@c_perkowski

__ https://twitter.com/DailyDJPics/status/1578074898571870208 __ at __ 2022-11-20 13:09:17 -08:00 __

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Dakota Johnson Daily Pics**
@DailyDJPics

🕸 🕷 🕸 🕷 🕸 #DakotaJohnson #MadameWeb



10:29 AM · Oct 6, 2022 · Twitter for iPhone

**13** Retweets    **77** Likes

Tweet your reply                                    Reply

**Relevant people**

**Dakota Johnson Dail...**    Follow
@DailyDJPics

**What's happening**

FIFA World Cup · 5 hours ago
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
52.5K Tweets

Trending in United States
**MARCUS JONES**
2,277 Tweets

Only on Twitter · Trending
**Rest in Power**
24.1K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski



← **Tweet**

**VISH Midia** 🇧🇷
@vishmidia

### Kanye West e a modelo brasileira Juliana Nalu 🇺🇸 🇧🇷

7:40 AM · Oct 10, 2022 · Twitter for iPhone

**21** Retweets   **38** Quote Tweets   **560** Likes

Tweet your reply                                    **Reply**

**Senna** @lucasse2 · Oct 10
Replying to @vishmidia
L7 deve ta doido

**BB & PP** @xandin_on · Oct 10
Replying to @vishmidia
Caiu na rede e peixe

**Porsche** @Indiesfleur · Oct 10
Replying to @vishmidia
24yr old Juliana Nalu is a Brazilian Celeb Model known by most..also worked
with KIM. Posted wearing  YZY SHDZ on her IG. Juliana was in #ChrisBrown
"HEAT" video too! @bigsean @TeamVic @bellahadid @MetroBoomin
@JayeDeBlack

**RN'** @reinaldonvss · Oct 10
Replying to @vishmidia
L7 fica doido

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more

**Songo mongo** @Gutaguto · Oct 10
Replying to @pollyrodriguezs and @vishmidia
Ihhhhhh

---

**Perkowski Legal P.C.**  ···
@c_perkowski

---

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

---

🔍 Search Twitter

**Relevant people**

**VISH Midia** 🇧🇷         **Follow**
@vishmidia
Site de conteúdo subversivo | +
@vishsports Contato:
contato@vishmidia.com.br

**What's happening**

Formula 1 · 42 minutes ago
**Abu Dhabi Grand Prix 2022**


#Disenchanted 🧙
Original movie now streaming
▶️ Promoted by Disney+

Trending in United States
**Morgan Freeman**
84K Tweets

Trending in United States
**#MassShooting**

Trending in United States
**RIP JDF**
1,462 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

**Perkowski Legal P.C.**   ...
@c_perkowski

__ https://twitter.com/ClickySound/status/1203018303797248002 __ at __ 2022-11-20 15:56:47 -08:00 __



← **Tweet**

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**



**Clicky Sound**
@ClickySound                                                    ···

[clickysound.com/selma-blair-st...](clickysound.com/selma-blair-st...)  Selma Blair wears a ring on that finger, Post Malone gets his jewelry verified and more...



10:20 AM · Dec 6, 2019 · Clicky Sound



 Tweet your reply                               Reply

## Search Twitter

### Relevant people

 **Clicky Sound**            Follow
@ClickySound
Photography at its Best!

### What's happening

NFL · 2 hours ago
**Browns at Bills**                           

**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                      ···
**Kearse**
1,250 Tweets

Trending in California                         ···
**#AMAs** 🔥
1.84M Tweets

Trending in United States                      ···
**UCLA**
30.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**      ···
@c_perkowski

\_\_ https://twitter.com/AndyVermaut/status/1400175532784832515 \_\_ at \_\_ 2022-11-22 21:27:55 -08:00 \_\_

← **Tweet**

Q Search Twitter

**Andy Vermaut**
@AndyVermaut

···

Megan Fox & Machine Gun Kelly Cozy Up On Dinner Date After Getting Pulled Over On His Motorcycle
hollywoodlife.com/2021/06/02/meg...



12:40 PM · Jun 2, 2021 · dlvr.it

Tweet your reply

Reply

**Relevant people**



**Andy Vermaut**
@AndyVermaut

Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

**What's happening**

NBA · LIVE
Lakers at Suns



**#AvatarTheWayOfWater**🔵
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in United States
**Erection**
15.1K Tweets

···

Business and finance · Trending
**Virginia Walmart**
8,106 Tweets

···

Trending in California
**Costco**
5,557 Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski

···

← **Tweet**




**The-Flow.ru**
@theflowmag

···

### Рианна и A$AP Rocky в Нью-Йорке



6:45 AM · Jun 24, 2021 · Amplifr

**27** Retweets    **12** Quote Tweets    **449** Likes

💬          🔁          ♡          ⬆

P   Tweet your reply                              Reply

fckncl @fckncll · Jun 25, 2021
Replying to @theflowmag

**Relevant people**

FLOW    **The-Flow.ru**          Follow
        @theflowmag
        паблик: vk.com/theflow инстаграм:
        instagram.com/theflow/ телеграм:
        t.me/superslowflow

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**


Trending in United States                ···
**Ole Miss**
5,181 Tweets

Music · Trending                         ···
**Elton John**
Trending with Dodger Stadium

Trending in United States                ···
**Landon Donovan**

Trending in United States                ···
**Ian Darke**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← Tweet



🔍 Search Twitter

**Rihanna Navy Brasil | Fan Account**
@RNavyBrazil

A FRANJA RATED R VOLTANDO! Rihanna esteve em seu restaurante favorito, Giorgio Baldi, na noite passada (30).



2:56 AM · Oct 1, 2022 · Twitter for iPhone

**138** Retweets  **44** Quote Tweets  **1,615** Likes

💬  🔁  ♡  📤

🖼️  Tweet your reply                              Reply

@kisstbetter · Oct 1
Replying to @RNavyBrazil
ela deve estar cansada de ter que carregar toda beleza do mundo
💬  🔁  ♡ 1  📤

Carlos Jesus @eucarlosroberto · Oct 1
Replying to @eucarlosroberto and @RNavyBrazil
@Camillisa 😍
💬  🔁  ♡ 1  📤

sereia @Camillisa · Oct 1
Replying to @RNavyBrazil
Espero que volte a minha Riri cantora
💬  🔁  ♡  📤

marinitto | FAN ACCOUNT @anittomari · Oct 1
Replying to @RNavyBrazil
Isso é um sinal!
💬  🔁  ♡  📤

🐍✨ @Rafaixcrazy · Oct 1
Replying to @RNavyBrazil
seloko boy, a mulher é um LUXO 💜💜💙👑
💬  🔁  ♡  📤

day ✨ @wtfdaay · Oct 1
Replying to @RNavyBrazil
Aff tão maravilhosa
💬  🔁  ♡  📤

B r e n o. D @eubrenox · Oct 1
Replying to @RNavyBrazil

💬  🔁  ♡ 1  📤

juno laufeyson @iojuno · Oct 1
Replying to @RNavyBrazil
Franja rated r, jamais jantar em casa, maquiagem e roupa "gótica" MDS É ELAAAA

💬  🔁  ♡ 2  📤

@ZAINGRF · Oct 1
Replying to @RNavyBrazil
queria n esse giorgio uma vez na vida
💬  🔁  ♡ 11  📤

karen @aguiarkb · Oct 1
Replying to @RNavyBrazil
Hahahah eu ouvindo rated r ontem 💭
💬  🔁  ♡  📤

Show more replies

**Relevant people**

**Rihanna Navy Brasil |...**          Follow
RNB 🇧🇷 | Estamos online desde 2010, somos o maior e mais completo fã-clube sobre a cantora Rihanna no Brasil e em toda a América Latina. Apoio: @umusicbrazil

**What's happening**

Formula 1 · This morning
Abu Dhabi Grand Prix 2022

#Disenchanted 🌹
Original movie now streaming
Promoted by Disney+

Trending in California
**Rest In Peace**
57.6K Tweets

Sports · Trending
**Melvin Gordon**
Trending with Zeke, Broncos

Trending in United States
**LGBTQ**
Trending with Colorado Springs, Alt-15

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

← Tweet

Harry Styles Fashion Archive
@hsfashionArchive

Harry wore a @gucci Spring 2021 suit, shirt and tie (Look 94), plus the matching black trousers at Jeff & Glenne's wedding.

vogue.com/fashion-shows/...



10:44 AM · Jan 4, 2021 · TweetDeck

376 Retweets    195 Quote Tweets    5,236 Likes

**Relevant people**

Harry Styles Fashion ...    Follow
@hsfashionArchive
HSFA is your best resource for clothing, shoes, and accessories worn by Harry Styles.
Instagram.com/hsfashionarchi...

gucci ✔    Follow
@gucci
⚙ Official
The world of Gucci, as envisioned by Creative Director @AlessandroMichele

**What's happening**

FIFA World Cup · 4 hours ago
Mexico vs Poland

#AvatarTheWayOfWater 🎬
Get tickets now · In theaters December 16
📣 Promoted by Avatar

Celebrities · Trending
Tom Hanks
7,850 Tweets

Trending in United States
#ateezinatlanta_day2

Trending in California
Lucas
156K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2022 Twitter, Inc.

https://twitter.com/demetrissalove/status/1022264001101512193 ... at ... 2021-12-21 16:52:24 -08:06
N=0942-OMG-ADS Document 1-17 Filed 12/30/22 Page 50 of 101 Page ID #:1803

This Tweet from @demetrissalove has been withheld in response to a report
from the copyright holder. Learn more.



Q Search Twitter

**Relevant people**

Demi Lovato News
@demetrissalove      Follow

**What's happening**

NBA · LIVE
Celtics at Bulls

Entertainment · Trending
Died Suddenly
44.5K Tweets

Trending in California
Acosta
14.2K Tweets

Bachelor in Paradise · Trending
#BachelorInParadise 🌹
Trending with Genevieve, Shanae

Trending in California
Public
90.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More...
© 2022 Twitter, Inc.

Demi Lovato News
@demetrissalove
The "HOLY FVCK" album ft. "29",
"Substance" & "Skin Of My Teeth" is
out NOW 😮‍💨🖤🔥 The "HOLY FVCK
TOUR" is on the road now.

Perkowski Legal P.C.
@r_perkowski

https://twitter.com/lindaikeji/status/1372642784331493376 __ et __ 2022-11-22 17:05:04 -08:00

← **Tweet**

**Linda Ikeji**
@lindaikeji

Jennifer Lopez and Fiancee  Alex Rodriguez pictured kissing on a balcony days after their rumoured break up (photos) lindaikejisblog.com/2021/3/jennife...



1:15 PM · Mar 18, 2021 · LIB App

4 Retweets   1 Quote Tweet   12 Likes



Tweet your reply    Reply

**MEDIA INFORMERS** @HEARTOFGOLD2 · Mar 18, 2021
Replying to @lindaikeji
Love to do that to you too one day.

**Perkowski Legal P.C.**
@c_perkowski

---

Search Twitter

**Relevant people**

**Linda Ikeji**
@lindaikeji
Blogger. CEO, LindaIkejiTV

Follow

**What's happening**

FIFA World Cup · Earlier today
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
☑ Promoted by Avatar

Entertainment · Trending
**James Woods**
2,432 Tweets

Trending in United States
**#TheWinchesters**
1,871 Tweets

Trending in United States
**RIP Harold**
Trending with Carson Steele, TO BE CLEAR

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

— https://twitter.com/MundoGeekOF1/status/1379917982265176064 — et — 2022-11-21 19:54:53 -08:00
Case 2:22-cv-09462-DMG-ADS  Document 1-17  Filed 12/30/22  Page 52 of 101  Page ID #:1605

 **Mundo Geek**
@MundoGeekOF1 ···

OLHA AS MENINAS SUPER PODEROSAS AÍ

#powerpuffgirls

Translate Tweet



3:04 PM · Apr 7, 2021 · Twitter for Android

**1** Retweet  **1** Quote Tweet  **8** Likes

💬          🔁          ♡          ⬆️

P   Tweet your reply                          Reply

Nathan Pinheiro @NathanP38636576 · Apr 7, 2021   ···
Replying to @MundoGeekOF1
É... kkkkkk

💬          🔁          ♡          ⬆️

## Left sidebar

🐦

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

Lists

👤 Profile

⊙ More

**Tweet**

P   **Perkowski Legal P.C.**   ···
@c_perkowski

## Right sidebar

🔍 Search Twitter

### Relevant people

 **Mundo Geek**          Follow
@MundoGeekOF1

Página com todas as últimas novidades do cinema, quadrinhos, games, animes, mangás, livros e algumas opiniões e textões. Gamertag: batnathan999

### What's happening

Television · LIVE
**WWE Monday Night RAW airing on USA**

Entertainment · Trending
**Died Suddenly**
55.7K Tweets                    ···

Sports · Trending
**Rudy Gobert**                 ···

Sports · Trending
**#NJDevils** 🚀                ···
4,064 Tweets

Entertainment · Trending
**Sinbad**                      ···
6,356 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/jontaoht/status/1234287247647579066 _ _ sl _ _ 2022-11-21 16:13:10 -08:00
Case 1:22-cv-09462-DMG-ADS Document 1-17 Filed 12/30/22 Page 53 of 101 Page ID #:1606



__ https://twitter.com/UpdatesHathaway/status/1583279776135278593 __at__ 2022-11-19 22:24:58 -08:00 __

← **Tweet**

**Anne Hathaway UPDATES**
@UpdatesHathaway

···

🎥 Anne Hathaway and Nicholas Galitzine filming " The Idea of you" in LA.

(c)



7:11 PM · Oct 20, 2022 · Twitter for Android

**41** Retweets    **55** Quote Tweets    **347** Likes



Tweet your reply

**Reply**

**divahhh** @_divahhh · Oct 20
Replying to @UpdatesHathaway
They're in Atlanta!

♡ 3

**teknoman** @teknoman125 · Oct 21
Replying to @UpdatesHathaway
So she plays a cougar in this movie?

1    ♡ 1

Show additional replies, including those that may contain offensive content          Show

Search Twitter

**Relevant people**

Anne Hathaway UPD...
@UpdatesHathaway

Follow

Your best, fast and most reliable source about the updates of award winning actress Anne Hathaway ⭐
FAN ACCOUNT

**What's happening**

Television · 2 hours ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
⚑ Promoted by Uber

Trending in United States        ···
**Jason David Frank**

Trending in United States        ···
**Blocked**
130K Tweets

Sports · Trending        ···
**Addison**
16.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**

**Explore**

1 **Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.        ···
@c_perkowski

_____ https://twitter.com/dakotajohnsonpt/status/1072417492499423232 ____et____2022-11-21 13:44:47 -08:00 _____

← **Thread**

**Dakota Johnson Portugal** ✔
@dakotajohnsonpt
···

Dakota ontem, 10, a desembarcar no aeroporto LAX em Los Angeles! #DakotaJohnson



1:07 AM · Dec 11, 2018 · Twitter for iPhone

**16** Retweets   **63** Likes

💬   🔁   ♡   ⬆️

🅟   Tweet your reply                    **Reply**

**Dakota Johnson Portugal** ✔ @dakotajohnsonpt · Dec 11, 2018
···
Replying to @dakotajohnsonpt
Mais algumas! #DakotaJohnson

💬 1      🔁 4      ♡ 20      ⬆️

**Dakota Johnson Portugal** ✔ @dakotajohnsonpt · Dec 11, 2018
···
Mais algumas! #DakotaJohnson

💬       🔁 5      ♡ 22      ⬆️

---

**Search Twitter**

### Relevant people

 **Dakota Johnson P...** ✔   **Follow**
@dakotajohnsonpt

A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📸: @DJPTMidias | Fã-Clube.

### What's happening

FIFA World Cup · 13 minutes ago
**USA vs Wales**

Trending in United States
**HOW IS THAT NOT A YELLOW**
···

Family drama · Trending
**#GTMcontest7**
···

Trending in California
**Dodger Stadium**
14.2K Tweets
···

TV stars · Trending
**#MyFamilyIsWeird**
···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🐦

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

🅟 **Perkowski Legal P.C.**   ···
@c_perkowski





← **Tweet**

**Dakota Johnson Portugal** ✔
@dakotajohnsonpt

· · ·

Dakota foi fotografada hoje, 30, a chegar no set do seu novo filme 'Covers' em Hollywood! #DakotaJohnson

📷 dakotajohnsonportugal.com/galeria/thumbn...

Translate Tweet





10:51 AM · May 30, 2019 · Twitter Web Client

**46** Retweets  **11** Quote Tweets  **124** Likes

Tweet your reply

Reply

### Relevant people



**Dakota Johnson P...** ✔
@dakotajohnsonpt

Follow

A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷: @DJPTMidias | Fã-Clube.

### What's happening

NFL · 1 hour ago
**Browns at Bills**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
59K Tweets

· · ·

Trending in United States
**#FIFAWorldCup** 🏆
Trending with #AMAs 🔥

· · ·

Trending in United States
**#100T** 🤖
13.1K Tweets

· · ·

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

· · ·

← **Tweet**

This Tweet is from an account that no longer exists. Learn more

**Ricardo Robledo** @RicarRobledo · Mar 24, 2021
Replying to @AlphaBieber
I would like him to own this bitch 🙇🏻😍😋

Home

# Explore

🔔 Notifications    1

✉ Messages



https://twitter.com/JenniferUpdates/status/1396199749386935881___et___2022-11-22 09:34:22 -08:00    Case 1:22-cv-09462-DMG-ADS    Document 1-17    Filed 12/30/22    Page 61 of 101    Page ID #:1614

← **Tweet**

**Jennifer Lawrence Updates**
@JenniferUpdates
···

Jennifer Lawrence. That's it, that's the tweet.



1:22 PM · May 22, 2021 · Twitter for iPhone

**72** Retweets   **19** Quote Tweets   **895** Likes

💬   🔁   ♡   ⬆

 P   Tweet your reply                    Reply

**Currently in My Obsessed with Tang …** @RafaSem... · May 22, 2021   ···
Replying to @JenniferUpdates

GIF  ALT

💬   🔁   ♡ 2   ⬆

**Periya Sami** @Periya510845178 · May 23, 2021   ···
Replying to @JenniferUpdates

Good Morning

💬   🔁 1   ♡ 2   ⬆

**Mayank** @iMayanks_ · May 22, 2021   ···
Replying to @JenniferUpdates
Beauty ❤️

💬   🔁   ♡ 1   ⬆

**Star De Souza** @StarDeSouza1 · May 23, 2021   ···
Replying to @JenniferUpdates
There seems to be trouble

💬   🔁   ♡   ⬆

---

🔍 Search Twitter

**Relevant people**



**Jennifer Lawrence Up...**    Follow
@JenniferUpdates
Your most reliable fan account for Academy Award winner Jennifer Lawrence since 2012. Not affiliated with Jen or her team.

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**

**#AvatarTheWayOfWater**
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
114K Tweets                    ···

Trending in United States
**#SeleccionMexicana** 🇲🇽
6,487 Tweets                    ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**    ···
@c_perkowski

__ https://twitter.com/streetfashion01/status/976108075538108416 __ at __ 2022-11-21 18:24:42 -08:00 __



← **Tweet**

## Navigation
-  Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**



**Outlander Magazine**
@StreetFashion01

Kanye And Kim Spotted out in Calabasas🦋



7:47 AM · Mar 20, 2018 · Twitter for iPhone

**98** Retweets   **32** Quote Tweets   **536** Likes

      ♡   ↥

 Tweet your reply

Reply

### Search Twitter


**Relevant people**


**Outlander Magazine**
@StreetFashion01     Follow

Keeping you Tapped in with the Fashion World.    Turn on Notifications & Check us on Insta "@/OutlanderMagazine" 📧 Contact: Contact@outlandermag.com

**What's happening**

FIFA World Cup · This morning
**England vs Iran**

Entertainment · Trending
**Died Suddenly**
45.7K Tweets

Sports · Trending
**Greg Dortch**

Trending in United States
**Hive**
172K Tweets

Sports · Trending
**ALL HAIL CALE**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.


**Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**



**katie** 👐
@weloveharry_1Dx                                        ⋯

The home where I live



3:57 PM · Nov 20, 2019 · Twitter for iPhone

**2** Likes



🔍 Search Twitter

### Relevant people



**katie** 👐
@weloveharry_1Dx                          Follow

jack's housewife

### What's happening



FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🧑‍🦰
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending                    ⋯
**Jane Lynch**

Sports · Trending                          ⋯
**Ronaldo**
Trending with Glazers

Trending in United States                   ⋯
**RIP Harold**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

---

Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

Lists

Profile

More

**Tweet**

**Perkowski Legal P.C.** ⋯
@c_perkowski



**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**



← **Tweet**

 **SUMC Direct**
@SUMCDirect

···

New set photos of Madame Web!



9:18 PM · Oct 15, 2022 · Twitter for Android

**2** Retweets    **17** Likes

    

 Tweet your reply    **Reply**

## Relevant people

 **SUMC Direct**     **Follow**
@SUMCDirect

SUMC Direct, the home of Sony's
Marvel characters news. Reliable news
and one of a kind content for
everything Sony's Universe of Marvel
Characters.

## What's happening

Television · 1 hour ago
**Saturday Night Live airing on
NBC**    

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
▣ Promoted by Uber

Trending in United States    ···
**HE'S BACK**
150K Tweets

Sports · Trending    ···
**Pasadena**
1,602 Tweets

Trending in United States    ···
**#DreamersbyJungkook**
Trending with #FIFAWorldCup 🏆

**Show more**

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Search Twitter**

**Tweet**

 **Perkowski Legal P.C.**    ···
@c_perkowski

Case 1:22-cv-09462-DMG-ADS    Document 1-17    Filed 12/30/22    Page 65 of 101    Page ID #:1618

← **Tweet**



 **Ciné & Séries** 
@CineSeriesPlus                                                      ···

🎥 Margot Robbie et Ryan Gosling sur le tournage du film #Barbie.




7:45 AM · Jun 23, 2022 · Twitter for iPhone

        

 Tweet your reply                                   Reply

---

**Relevant people**

 **Ciné & Séries**     **Follow**
@CineSeriesPlus

🎥 • Source d'actualité sur le cinéma, les séries et les acteurs ! • 🍿 Abonne-toi pour ne rien manquer ! • 🎬 Films • 📺 Séries • 🎞 Événements • 💰 Box-office

**What's happening**

FIFA World Cup · This morning
**England vs Iran**


Entertainment · Trending                    ···
**Died Suddenly**
34.9K Tweets

Trending in California                      ···
**Dodger Stadium**
12.2K Tweets

TV stars · Trending                         ···
**Todd and Julie**
2,405 Tweets

Trending in United States                   ···
**#JeopardyAmyChat**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

 **Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/AndresN4VY/status/1379994448590019840... el ...  2022-11-21 00:52:03 -08:00
22-cv-09462-DMG-ADS  Document 1-17  Filed 12/30/22  Page 66 of 101  Page ID
#:1619



← **Tweet**

 **El Aragüeño**
@ElAragueno                                                                                          ...

La revista People reveló fotografías de Jennifer López y el actor Ben Affleck que presuntamente fueron tomadas  en las afueras del hotel Pendry, ubicado en Los Ángeles, Estados Unidos, donde disfrutaron de una cena con amigos. #Farándula

Translate Tweet



1:10 PM · Jun 6, 2021 · TweetDeck

🔍 Search Twitter

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

## Relevant people

 **El Aragüeño**
@ElAragueno                    **Follow**

EL PRIMER DIARIO DE ARAGUA. ¡50 años contando tu historia!

## What's happening

FIFA World Cup · LIVE
**Mexico vs Poland**

**#AvatarTheWayOfWater**🧿
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States
**Ochoa**
Trending with #MEXPOL, Lewandowski                ...

Trending in United States
**#SeleccionMexicana**🇲🇽                          ...
18.8K Tweets

Politics · Trending
**#JFKassassination**                             ...
Trending with President Kennedy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Ⓟ Tweet your reply                                 **Reply**

 **Perkowski Legal P.C.**   ...
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 1-17    Filed 12/30/22    Page 68 of 101    Page ID #:1621

← **Tweet**



**Robert Littal BSO** ✔
@BSO

···

## Jordyn Woods Sends Everyone A Message While Out On A Date Night With Karl Anthony-Towns (Pics-Vid)
bit.ly/3kVBw9j



2:28 AM · Nov 4, 2020 · BSO Alert

**1** Quote Tweet    **4** Likes



**Perkowski Legal P.C.**
@c_perkowski



Tweet your reply

Reply

---

🔍 Search Twitter

### Relevant people



**Robert Littal BSO** ✔
@BSO                    Follow

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

### What's happening

FIFA World Cup · 2 hours ago



— https://twitter.com/tender_DMJ/status/1050540130285519872 __ at __ 2022-11-21 12:46:39 -08:00

← Tweet



 **DAKOTA** 💜💙
@tender_DMJ                    ⋯

**ESA SONRISA** 😍



5:14 PM · Oct 11, 2018 · Twitter for iPhone

**3** Likes

         

 Tweet your reply                    Reply

### Relevant people

 **DAKOTA** 💜💙    Follow
@tender_DMJ

Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

### What's happening

Sports · LIVE
**2022 FIFA World Cup**



Entertainment · Trending
**julia fox**
6,458 Tweets                    ⋯

Trending in United States
**WHAT A SAVE**                 ⋯

__ https://twitter.com/1dafamily/status/1222603815477792769 __ et __ 2022-11-21 13:14:22 -08:00 __

← **Tweet**

Q Search Twitter

⌂ Home

# Explore

🔔 Notifications ①

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

 **Respaldo HSA**
@HarrySArgentina                                    ···

Fotos de Harry grabando el video de "Watermelon Sugar"

© a quien corresponda



11:33 AM · Jan 29, 2020 · Twitter for Android

**6** Retweets   **27** Likes

💬          ⟲          ♡          ⬆

 Tweet your reply          Reply

## Relevant people

 **Respaldo HSA**          Follow
@HarrySArgentina
Fan Page | Updates del actor y cantante ganador de un Grammy @Harry_Styles en Argentina. • Fan Account. ¡Cuenta de respaldo de @HarryArgentina!

## What's happening

FIFA World Cup · 🔴 LIVE
**USA vs Wales**          

Trending in California                ···
**Telemundo**
7,598 Tweets

Entertainment · Trending          ···
**julia fox**
6,791 Tweets

Trending in United States          ···
**South Carolina**
15.8K Tweets

Trending in California          ···
**National Anthem**
73.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ···
@c_perkowski

← Tweet

Search Twitter

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

**Drake Direct_**
@DrakeDirect_                                                    ···

Drake spotted at Beyoncés birthday party



🟣 Drizzy

11:51 AM · Sep 11, 2022 · Twitter for iPhone

**118** Retweets   **32** Quote Tweets   **1,120** Likes

💬            🔁            ♡            ⬆️

---

💬 Tweet your reply                                    Reply

🖤 **HuStleMan** 🖤 @LecheBrasi · Sep 11
   Replying to @DrakeDirect_ and @Drake
   @1KCAM with it on
   💬 1          🔁          ♡ 2          ⬆️

**KamOrKujo** 👋 🧡 🍊 @1KCAM · Sep 11
   Replying to @LecheBrasi @DrakeDirect_ and @Drake
   The tooth pick so you kno he keepin it 🅿️
   💬 1          🔁          ♡ 4          ⬆️

   Show replies

. @qthegenie · Sep 12                                        ···
   Replying to @DrakeDirect_ and @Drake
   He tryna smash queen b or what
   💬          🔁          ♡          ⬆️

**KEN** @cucu_eric · Sep 11                                   ···
   Replying to @DrakeDirect_ and @Drake
   What in the world is he wearing???
   💬 2          🔁          ♡          ⬆️

**Fezz_** @Fezz_6ix · Sep 11                                  ···
   Replying to @cucu_eric @DrakeDirect_ and @Drake
   Idk lemme ask him...🤭
   💬          🔁          ♡          ⬆️

**TIME TO GO HOME** @xoulmusik · Sep 12                      ···
   Replying to @DrakeDirect_ and @Drake
   Over the knocking the boots sample soundcloud.com/xavierkemp-xou...
   💬          🔁          ♡          ⬆️

**Pure Aurah** @aurah_pure · Sep 12                           ···
   Replying to @DrakeDirect_ and @Drake
   😍😍😍👌
   💬          🔁          ♡          ⬆️

**Pure Aurah** @aurah_pure · Sep 12                           ···
   Replying to @DrakeDirect_ and @Drake
   Looking very much a superstar at the party.
   💬          🔁          ♡          ⬆️

**takeoff** @theboysebi · Sep 11                              ···
   Replying to @DrakeDirect_
   what is he wearing? 😫
   💬          🔁          ♡ 1          ⬆️

   Show more replies

🅿️ **Perkowski Legal P.C.**                                  ···
   @c_perkowski

**Relevant people**

**Drake Direct_** ✓                               Follow
@DrakeDirect_
Drake Fan Account 🏀

**Drizzy** ✓                                       Follow
@Drake

**What's happening**

NFL · 1 hour ago
**Browns at Bills**



#Disenchanted 🎬
Original movie now streaming
📀 Promoted by Disney+

Trending in California
**Rest In Peace**
58.1K Tweets

Sports · Trending
**Melvin Gordon**
Trending with Zeke, Broncos

Trending in United States
**#FIFAWorldCup** 🏆
2.44M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/DanielVirgenSG/status/1578587790907955606    2022-11-00 11:00:00-00:00
Document 1-17    Filed 12/30/22    Page 72 of 101    Page 72    Page ID
#1825

# Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Daniel Virgen**
@DanielVirgenSG

Más imágenes filtradas del #MadameWeb con el
aparente villano de la cinta ¿Quién es?
Translate Tweet



11:30 AM · Oct 6, 2022 · Twitter Web App

**63** Retweets    **2** Quotes Tweets    **1,066** Likes

Tweet your reply    **Reply**

**MaskedMan** @KevinMaskedMan · Oct 6
Replying to @DanielVirgenSG
Que es eso?!

**Elì'o Reyes** @EliasReyes1 · Oct 6
Replying to @DanielVirgenSG
Knull XD

**FANKESHH** @treyAntonVbb · Oct 6
Replying to @DanielVirgenSG
Definitivamente es un Spider-Man, pero ¿Cuál?

**Dead_Dead** @Rojo_Oso · Oct 6
Replying to @treyAntonVbb and @pokepotion22 · Oct 6
seguramente kaine quien fue uno de los clones de peter

**Libeca Rejbaum_** @pokepotion22 · Oct 6
Replying to @DanielVirgenSG
Sony

**Luis R! Lopez** @luisrlopez · Oct 6
Replying to @DanielVirgenSG and @osimosgestexew
El cuajinais 😂

**Uhlie** @chile21 · Oct 6
Replying to @DanielVirgenSG
Pense por un momento que era Aron Taylor Jhonson

**Luis R! Lopez** @luisrlopez · Oct 6
Replying to @DanielVirgenSG and @osimosgestexew
El cuajinais 😂

**Uhlie** @chile21 · Oct 6
Replying to @DanielVirgenSG
Pense por un momento que era Aron Taylor Jhonson
Yo que era Oscar Isaac.

**David Garcia Vázquez** @DaniiiCViiz · Oct 7
Replying to @Chile21 and @DanielVirgenSG
Es un Spider Man multiverso

**El imin Man** @max20021927 · Oct 6
Replying to @DanielVirgenSG
Es un Spider Man malvado

**Alejandro González** @the_top_movies_ · Oct 6
Replying to @DanielVirgenSG
Monsieur Web. el eterno enemigo de madame web

**Throne of Games** @DanielVirgenSG · Oct 6
Replying to @DanielVirgenSG
La tanga de la maldad 😈



**crossrechirom** @crossrechiram · Oct 6
Replying to @DanielVirgenSG
Alguna variante mala de Spiderman

**Santana** @santana580 · Oct 7
Replying to @DanielVirgenSG
No conozco mucho de madame web más que lo de la caricatura de
spiderman de los 50s

**Pollonibravo** @Rolloni_Bravi · Oct 6
Replying to @DanielVirgenSG
MOR(LAMAMAMAMUMUM

**El Antonio** @AnSonx6 · Oct 6
Replying to @DanielVirgenSG
Se imaginan q al final sea monsier ed

**Edison Núñez** @panchomacho1 · Oct 7
Replying to @DanielVirgenSG
Kick ass 3 la vengeza !!! 😂😂😂

**Iván Chirino** @DVChirino · Oct 6
Replying to @DanielVirgenSG
El joven manos de tijeras jajaja

**#BlackPanther #WakandaForever** @GGIIMG_News · Oct 6
Replying to @DanielVirgenSG
Es el doble de Tahar Rahim

**Azzel** @Armand_Spidey · Oct 6
Replying to @DanielVirgenSG
Pensé que está película era mentira jajaja

**Jared Arrieta** @Jared_Arrieta · Oct 7
Replying to @DanielVirgenSG
Monsieur Web

**Fernando Medina** @FernandezMH3 · Oct 6
Replying to @DanielVirgenSG
Mephisto

**Jesus A. M.** @Psio_Wax_Here · Oct 6
Replying to @DanielVirgenSG
Kane!

**Rafael23** @Rafael23_03 · Oct 6
Replying to @DanielVirgenSG
El villano es Sony

**Juanpablo** @juanpolag · Oct 6
Replying to @DanielVirgenSG
Qué actor es?

**Nexo Lens** @lex_nexa · Oct 6
Replying to @juanpolag and @DanielVirgenSG
Parece Quicksilver
Show replies

**Edcaster** @DonkeSeb · Oct 6
Replying to @DanielVirgenSG
Será tarántula?

**Melody Géerbeg** @Matsicda · Oct 6
Replying to @DanielVirgenSG
¿Mephisto, al fin eres tu? jajajaja

**Relevant people**

**Daniel Virgen** @DanielVirgenSG    **Follow**
Geek profesional 🎮🎬📺  Viz y
creador de @DonosaGeeksNews
Contacto: danielvirgen@outlook.com

**What's happening**

NFL · LIVE
Browns at Bills

**#Disenchanted** 🧹
Original movie now streaming
Promoted by Disney+

Trending in California
**Shakira**
130K Tweets

Sports · Trending
**Hester**
8.43K Tweets

Trending in United States
**Qatar**
Trending with Valencia

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/RockCineyComics/status/1400564090767130635__ at __ 2022-11-20 23:30:27 -08:00__

← Tweet

**Rock, Cine y Cómics**
@RockCineyComics

···

Desde el set de filmaciones en Atlanta, tenemos la primera imagen de @ZacharyLevi enfundado en el traje del héroe de #DC. Al parecer esta vez la capa estará hecha en CGI. #Shazamfuryofthegods

Translate Tweet



2:24 PM · Jun 3, 2021 · Twitter for iPhone

1 Like

Tweet your reply

Reply

Search Twitter

**Relevant people**

**Rock, Cine y Cómics**    Follow
@RockCineyComics
Aquí encontrarás noticias, entrevista y alguna locura relacionado con los temas de tu interés

**Zachary Levi** ✓    Follow
@ZacharyLevi
That guy who plays that one guy in that thing you love. Dreamer of dreams. Co-founder of @FLOWSupps #RadicalLoveBook out now.

**What's happening**

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 🧙
Original movie now streaming
▶ Promoted by Disney+

Music · Trending
**#DavidoAt30**
54.5K Tweets

Trending in United States
**Maher**
22K Tweets

Trending in United States
**#AMAs** 🎄
Trending with soobin, yeonjun

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/inMARVEL_/status/1556745871638814723___el___2022-11-21 12:54:57 -08:00

**inMARVEL** ❄️ **#MarvelStudios #Marvel #WakandaForever**
@inMARVEL_

Y un primer vistazo también al actor Anthony Ramos
como The Hood 🔥
#IronHeart #AnthonyRamos
#Marvel #MCU #DisneyPlus
#MarvelStudios #MultiverseSaga

Translate Tweet



1:55 PM · Aug 8, 2022 · Twitter for Android

6 Likes

Tweet your reply — Reply

**inMARVEL** ❄️ **#MarvelStudios #Marvel #Waka...** @inMA... · Aug 8
Replying to @inMARVEL_
Un par más 👆
#IronHeart #AnthonyRamos
#Marvel #MCU #DisneyPlus
#MarvelStudios #MultiverseSaga



5

**Relevant people**

**inMARVEL** ❄️ **#Marv...**
@inMARVEL_    Follow

Aquel que disfrute del contenido de
Marvel Studios, si es digno, poseerá el
poder de saber todo acerca del MCU.
¡Sígueme y sé un Nuevo Vengador!

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**

Trending in United States
**Jordan Morris**
Trending with Reyna

Trending in United States
**HOW IS THAT NOT A YELLOW**

Trending in California
**Telemundo**
7,774 Tweets

Entertainment · Trending
**julia fox**
6,611 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.



— https://twitter.com/marveluniversar/status/1557047699441799814 — at — 2022-11-21 13:48:55 -08:00 —

← **Tweet**



 **Marvel Universe Argentina**
@marveluniversar    ...

## TENEMOS IMÁGENES DE VICENT D'ONOFRIO COMO #Kingpin EN EL SET DE 'ECHO'

Translate Tweet



9:54 AM · Aug 9, 2022 · Twitter for iPhone

**1** Retweet   **6** Likes

        

  Tweet your reply                    Reply

### Relevant people

 **Marvel Universe Arg...**    Follow
@marveluniversar

Información, novedades y teorías sobre el universo Marvel en un solo lugar. Contacto: marveluniverse.arg@gmail.com
#SheHulk #IAmGroot 🇦🇷

### What's happening

FIFA World Cup · 17 minutes ago
**USA vs Wales**


Trending in United States
**HOW IS THAT NOT A YELLOW**    ...

Family drama · Trending
**#GTMcontest7**    ...

Lovecraft Country · Trending
**Lovecraft Country**    ...

Trending in United States
**Hive**
131K Tweets    ...

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**    ...
@c_perkowski

https://twitter.com/lsogoood/status/1519021973040672768 __ at __ 2022-11-21 23:53:55 -08:00

← **Tweet**



I
@lsogoood

ポッケの中で手繋いでるトムホゼンデイヤかわいい〜
ずっと幸せでいてほしい 

Translate Tweet



11:33 AM · Apr 26, 2022 · Twitter for iPhone

**65** Retweets   **6** Quote Tweets   **1,907** Likes

**Who can reply?**
People @lsogoood mentioned can reply

---

🔍 Search Twitter

**Relevant people**


I
@lsogoood
いつかの追憶

[ Follow ]

**What's happening**

NFL · 3 hours ago
**49ers at Cardinals**



Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

---

🏠 Home
\# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

— https://twitter.com/ilysmcevans/status/1580778001473249281 _ at _ 2022-11-22 23:33:05 -08:00

← **Tweet**

**siri**
@ilysmcevans

···

## NO WAAYYY omg this just got too toit



siri @ilysmcevans · Oct 13

stay with me



9:32 PM · Oct 13, 2022 · Twitter for Android

**10** Likes



Tweet your reply

Reply

**Perkowski Legal P.C.**
@c_perkowski  ···

Search Twitter

### Relevant people

**siri**      Follow
@ilysmcevans

sexiest man alive chris evans' tattoo licker first, human next 💋 fan account

### What's happening

FIFA World Cup · This morning

**Mexico vs Poland**



__ https://twitter.com/fantystats/status/1523878224643473408 __ at __ 2022-11-21 20:40:44 -08:00 __

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.**
@c_perkowski  ...

https://twitter.com/ScubaSt3219/status/1542502355576524800 __ at __ 2022-11-21 20:36:35 -08:00



← Tweet

 Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

 **Best of C~Lovin'**
@ScubaSt3219  ···

Megan Fox



6:36 AM · Jun 30, 2022 · Twitter for Android

**15** Retweets  **131** Likes

  

 Tweet your reply          Reply

**Relevant people**

 **Best of C~Lovin'**
@ScubaSt3219          Follow

\*\*MALE\*\* Faves are Camila & Selena NOT any of the celebs posted \*\*DO NOT TAG ANY CELEB\*\* DM's open to followers

**What's happening**

Television · 35 minutes ago
**WWE Monday Night RAW airing on USA**

Entertainment · Trending
**Died Suddenly**
59.3K Tweets                    ···

Reality TV · Trending

Perkowski Legal P.C.
@c_perkowski   ···

← **Tweet**

🐦 Home
Home

# Explore

🔔 Notifications
1

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

 **inMARVEL** ❄ **#MarvelStudios #Marvel #WakandaForever**
@inMARVEL_                                                                    ⋯

Dakota Johnson en el set de la nueva #MadameWeb
¿Que piensas del futuro proyecto de #Sony para su
peculiar #Spiderverse ? 🤔
#SpiderMan #Marvel

Translate Tweet





5:48 AM · Jul 26, 2022 · Twitter for Android

**2** Likes

💬          ⟲          ♡          ⬆

  Tweet your reply                                    Reply

🔍 Search Twitter

## Relevant people

 **inMARVEL** ❄ **#Marv...**    Follow
@inMARVEL_

Aquel que disfrute del contenido de
Marvel Studios, si es digno, poseerá el
poder de saber todo acerca del MCU.
¡Sígueme y sé un Nuevo Vengador!
👊🦸

## What's happening

FIFA World Cup · 1 hour ago
**England vs Iran**                          

Sports · Trending                                    ⋯
**Charles Barkley**
2,741 Tweets

Trending in United States                            ⋯
**Colorado Springs**
538K Tweets

Sports talk · Trending                               ⋯
**Skip and Shannon**

Trending in California                               ⋯
**Dodger Stadium**
14K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

P  **Perkowski Legal P.C.**  ⋯
   @c_perkowski

___ https://twitter.com/_Margvel/status/1363342141464977411 ___ at ___ 2022-11-19 22:08:51 -08:00 ___

← **Thread**

**Margvel** 🎭
@_Margvel                                                                          ...

Más fotos desde el set de #Hawkeye 🏹

(1/2)
Translate Tweet



8:17 PM · Feb 20, 2021 · Twitter for Android

**5** Retweets  **2** Quote Tweets  **162** Likes

---

Tweet your reply                                                        [ Reply ]

**Margvel** 🎭 @_Margvel · Feb 20, 2021                                 ...
Replying to @_Margvel
(2/2)

♡ 1                                                         ♡ 70

**bob** @armandofaso0 · Feb 20, 2021                                   ...
Replying to @_Margvel
Nuevo crush

♡ 1

**Francø** @Francox5_ · Feb 20, 2021                                   ...
Replying to @_Margvel
Que ganas de ver a kate Bishop en accion 😍

♡ 1

**Perkowski Legal P.C.**                                               ...
@c_perkowski

---

**Relevant people**

**Margvel** 🎭
@_Margvel                                          [ Follow ]
Humor, información y updates del
Universo Marvel | 🎥
contactomargvel@gmail.com |
#SheHulk #IAmGroot

**What's happening**

Television · 2 hours ago
**Saturday Night Live airing on**
**NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber
Reserve
📣 Promoted by Uber

Sports · Trending                                  ...
**Pasadena**
1,575 Tweets

Trending in United States                          ...
**Blocked**
129K Tweets

Trending in United States                          ...
**#DreamersbyJungkook**
610K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



← **Tweet**

 **Bieber Info Brasil**
@bieberinfobr

···

Justin Bieber e Hailey Bieber foram vistos chegando à igreja Churchome ontem, 26 de janeiro, em Beverly Hills, na California.

Translate Tweet



7:57 PM · Jan 26, 2022 · Twitter for iPhone

**1** Retweet   **9** Likes

💬                    ⟲                    ♡                    ⬆

P  Tweet your reply                              Reply

🔍 Search Twitter

**Relevant people**

 **Bieber Info Brasil**    Follow
@bieberinfobr
Fan account @justinbieber

**What's happening**

NFL · 2 hours ago
**49ers at Cardinals**

Entertainment · Trending                    ···
**Died Suddenly**
70.6K Tweets

Trending in California                       ···
**Mexicans**
6,402 Tweets

Trending in United States                   ···
**Ramey**
2,042 Tweets

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet





← **Tweet**

🔍 Search Twitter

**Home**

**Explore**

**Notifications** ①

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Robert Littal BSO** ✔ @BSO  ···

Julia Fox on Why She Doesn't Care That Kanye is Using Her to Try to Make Kim Kardashian Jealous Because Pete Davidson is in His House Eating His Snacks and Using His Account to Watch Netflix (Vids-Fox Thirst Traps) bit.ly/3tvEJnp



9:32 AM · Jan 15, 2022 · BSO Alert

10 Retweets   3 Quote Tweets   28 Likes

💬   🔁   ♡   📤

🅿 Tweet your reply   **Reply**

**Edmond Dantès** @seatownWin · Jan 15  ···
Replying to @BSO
😂 Pete is disrespecting Ye's Netflix profile algorithm as we speak
💬   🔁   ♡ 2   📤

**Peter Wu** @Liverpotlian · Jan 15  ···
Replying to @BSO
Hollywood need to film a Pete Davidson movie....
💬   🔁   ♡   📤

**Ché D** @chedilli · Jan 15  ···
Replying to @BSO
Top tier headline sir...
💬   🔁   ♡   📤

**Steven Babb** @StevenBabbActs · Jan 15  ···
Replying to @BSO
Pete Davidson looks like a junkie, yet somehow still living his best life 😂🤣
💬   🔁   ♡ 2   📤

**BroRilla** @baddnewsbrandon · Jan 15  ···
Replying to @BSO
@w0wlaurensucks
💬 1   🔁   ♡ 1   📤

**Green Lighter Bitch** @uhheyitslauren · Jan 15  ···
Replying to @baddnewsbrandon and @BSO
NOOOOOO JULIA
💬   🔁   ♡   📤

**maybe or not** @ChiefTyler89 · Jan 15  ···
Replying to @BSO
Kanye upgraded if we being honest.
💬   🔁   ♡   📤

Perkowski Legal P.C. @c_perkowski  ···

### Relevant people

**Robert Littal BSO** ✔ @BSO   **Follow**
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

### What's happening

NFL · 4 hours ago
**49ers at Cardinals**


**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
📣 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
7,116 Tweets

Trending in United States
**August Alsina**
Trending with Jada, #TheSurrealLife

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



__ https://twitter.com/beliebinteam/status/1371267094021599235 __ at __ 2022-11-20 20:53:55 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 1-17   Filed 12/30/22   Page 86 of 101   Page ID #:1639

← **Tweet**

**s**
@beliebinteam

omg my happy little baby



6:08 PM · Mar 14, 2021 · Twitter for iPhone

**69** Retweets   **7** Quote Tweets   **338** Likes

**Jas** @jaslaspina · Mar 14, 2021
Replying to @beliebinteam
I love to see him smiling

Q Search Twitter

**Relevant people**

**s**
@beliebinteam                    Follow
swap swap swap it out 🥤 | fan
account

**What's happening**

NFL · This afternoon
**Jets at Patriots**

#Disenchanted 🧚
Original movie now streaming
📺 Promoted by Disney+

Trending in United States
**#dantherizzler**
1,408 Tweets

Trending in United States
**#AMAs** 🔥
Trending with soobin, yeonjun

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/theflowmag/status/1442493351941459975_el   2023-11-21 01:12:48 -08:00   Document 1-17   Filed 12/30/22   Page 87 of 101   Page ID
#:1640

**The-Flow.ru**
@theflowmag

Похоже, The Weeknd встречается с Анджелиной Джоли.

Певца и актрису заметили вместе в престижном ресторане в Лос-Анджелесе, а после свидания они уехали в его особняк.

the-flow.ru/news/sluh-the-...



7:16 AM · Sep 27, 2021 · Amplifr

**14** Retweets   **51** Quote Tweets   **375** Likes

Relevant people

**The-Flow.ru**   Follow
@theflowmag
паблик vk.com/theflow инстаграм:
instagram.com/theflow.ru/ телеграм:
t.me/superslowflow

What's happening

Television · Yesterday
**The Walking Dead airing on AMC**

Music · Trending
**Lionel Richie**
3,582 Tweets

Trending in United States
**Carr**
31.3K Tweets

Trending in United States
**#AMAs**
4.47M Tweets

Trending in United States
**Defunctland**
4,483 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More...
© 2022 Twitter, Inc.

Tweet your reply                                    Reply

**всерпосто** @frostonutro · Sep 28, 2021
Replying to @theflowmag
>>>>>>>

**лиза** @ibodieva · Sep 28, 2021
Replying to @theflowmag
😐

**Виктор** @ShibaykinVictor · Sep 28, 2021
Replying to @theflowmag
А туфли, в которых Weeknd, не оценили...
                    2

**липинская** @lipinskayaaa · Sep 28, 2021
Replying to @theflowmag
Ну а чего бы и нет, собственно

**Mariia** @mashannichrm · Sep 27, 2021
Replying to @theflowmag
чиво блять
        1                    45

**_perhaps1** @_perhaps1 · Sep 27, 2021
Replying to @mashannichrm and @theflowmag
- Анджелина, как умерли прошей?
- откуда вы *зя узнали
                    7                    97

**スヰキ** @suoooki · Sep 27, 2021
Replying to @theflowmag
Мэйдхантер
                    6

**финкельштольц** @Pavlupoter · Sep 28, 2021
Replying to @theflowmag
Был бы я котом, я бы нассал в эти туфли с особым удовольствием. Хотя и в человеческом обличии я к такого рода "педалям" крайне презрителен.

**Доктор Ливси** @dr_leavsey · Sep 27, 2021
Replying to @theflowmag
Скорее она его сталкерит.
                    5

**the baddest witch in town** 👧🏿🌙 @Akuma_Kodomo · Sep 27, 2021
Replying to @theflowmag
Он знал знаменитым и известным только чтобы однажды замутить с ней 💙
                    7

**RealRippley** @RealRippley · Sep 27, 2021
Replying to @theflowmag
Пугачева и Галкин
                    2

**🅰️Фермер в эвакуации**➕ @andrei_kutaflev · Sep 27, 2021
Replying to @theflowmag
А где Белла???
                    1

**Ковш** @m_kovsh · Sep 29, 2021
Replying to @theflowmag
Они все под старость хотят перебаться со снихерсами ?

**Алик Садыков** @alik_s17 · Sep 28, 2021
Replying to @theflowmag and @great_laziness
Зе флоу только в жёлтые заголовки может

**Команда хан Говно** @khodlack · Sep 27, 2021
Replying to @theflowmag
Усыновляет африканца. Что не так?
        1                    108

**winter is here** @ykshv · Sep 27, 2021
Replying to @khodlack and @theflowmag
вложилась так сказать
                    2

**rap patriot** @balica_96 · Oct 11, 2021
Replying to @theflowmag
Этой новостке уже больше недели! До вас как до мельницы доходит ?)

**Perkowski Legal P.C.** ...
@c_perkowski

__ https://twitter.com/misslefroy/status/1539738897747427330 __ at __ 2022-11-21 14:09:44 -08:00 __

← Tweet

**grace dante**
@misslefroy

···

margot robbie is ready to win an oscar for barbie



3:35 PM · Jun 22, 2022 · Twitter for Android

**2** Retweets  **1** Quote Tweet  **24** Likes

Tweet your reply

Reply

## Relevant people

**grace dante** 
@misslefroy
Follow

"Il fiore che sboccia nelle avversità è il
più raro e il più bello di tutti" 🌸 fan
account

## What's happening

FIFA World Cup · 38 minutes ago
**USA vs Wales**


Trending in United States
**Zimmerman**
16.7K Tweets

···

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,048 Tweets

···

Entertainment · Trending
**julia fox**
7,608 Tweets

···

Trending in California
**Telemundo**
7,600 Tweets

···

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Search Twitter

**Perkowski Legal P.C.** ···
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 1-17    Filed 12/30/22    Page 89 of 101    Page ID #:1642

← **Tweet**

**Moe from Pop Tingz**
@MoeFromPopTingz

Pregnant Katy Perry and her husband Orlando Bloom strolling on the beach in Santa Barbara, California yesterday!

Watch my Katy video here:
youtu.be/fDQ2NHOPpLg



👤 KATY PERRY

4:07 PM · Jul 6, 2020 · Twitter for Android

**11** Retweets    **2** Quote Tweets    **85** Likes

Tweet your reply

Reply

@polishrealnice · Jul 6, 2020
Replying to @MoeFromPopTingz @ThePopTingz and @katyperry
hUSBAND? since when

Show more replies

Search Twitter

**Relevant people**

**Moe from Pop Tingz**
@MoeFromPopTingz
Founder of @ThePopTingz. Pop Culture Expert. Entertainment Journalist.

Follow

**KATY PERRY** ✓
@katyperry
LOVE is the key that unlocks every door 🔑 ❤️

Follow

**What's happening**

NFL · Yesterday
**Cowboys at Vikings**

Sports · Trending
**Charles Barkley**
2,444 Tweets

Entertainment · Trending
**Kang**
46.6K Tweets

Trending in California
**Dodger Stadium**
13.8K Tweets

Trending in United States
**Foden**
41.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/zaynjmnews/status/952336542336462848 __ at __ 2022-11-21 10:58:31 -08:00 __

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← Tweet

 **Zayn Malik News**
@ZaynJMNews

#NEW | Zayn out and about in NYC! (#1-4) via @JustJared



4:28 PM · Jan 13, 2018 · Twitter for iPhone

**134** Retweets  **20** Quote Tweets  **309** Likes

 Tweet your reply

Reply

**Tweet**

**Relevant people**

 **Zayn Malik News**
@ZaynJMNews                          Follow

Keeping you up to date with the daily habits of @zaynmalik! | Contact: zaynjmnews@gmail.com

 **JustJared.com** ✓
@JustJared                          Follow

Your #1 Entertainment Authority Also follow @jaredeng @justjaredjr

**What's happening**

FIFA World Cup · 27 minutes ago
**Senegal vs Netherlands**                  

Trending in United States
**USA USA USA**
418K Tweets

Sports · Trending
**Charles Barkley**
4,854 Tweets

Trending in United States
**LETS GO USA**

Trending in United States
**I BELIEVE THAT WE WILL WIN**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

 **Perkowski Legal P.C.**
@c_perkowski

— https://twitter.com/BRMarvelNews/status/1093678437309599744 — at __2022-11-22 18:14:35 -08:00

← **Tweet**





🔍 Search Twitter

⌂ Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**Marvel News**
@BRMarvelNews    •••

Replying to @Guilherm1015

Ela já foi vista no set com as mesmas pontas

Translate Tweet



5:10 PM · Feb 7, 2019 · Twitter Web Client

**1** Like

💬   ⟲   ♡   ↥

   Tweet your reply    Reply

**Relevant people**



**Marvel News**
@BRMarvelNews    Follow

Conta de fã dedicada ao Universo Marvel 🏳️‍🌈 Contato: marvelnewsbr@outlook.com

**What's happening**

Entertainment · LIVE
**Happy birthday, Naga Chaitanya** 🎂

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States    •••
**RIP Harold**

Fashion & beauty · Trending    •••
**Balenciaga**
63.5K Tweets

Entertainment · Trending    •••

Perkowski Legal P.C.    •••
@c_perkowski



__ https://twitter.com/SNEAKPEEKCA/status/1206758686787620864 __ at __ 2022-11-21 20:08:47 -0800 __
Case 2:22-cv-09462-DMG-ADS    Document 1-17    Filed 12/30/22    Page 93 of 101    Page ID #:1646



# Twitter

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

← **Tweet**

**SneakPeek**
@SNEAKPEEKCA

sneakpeek.ca/2019/11/scarle...
#ScarletWitch #ElizabethOlsen #WandaVision
#DinsetPlus #Georgia #MarvelStudios #TheVision



6:11 PM · Dec 16, 2019 · Twitter Web App

**2** Retweets  **3** Likes

Tweet your reply

Reply

Perkowski Legal P.C.
@c_perkowski

**Search Twitter**

### Relevant people

SneakPeek
@SNEAKPEEKCA
Follow
Invite Only

### What's happening

NBA · 34 minutes ago
**Heat at Timberwolves**

Entertainment · Trending
**Died Suddenly**
56.4K Tweets

Sports · Trending
**Jason Robertson**

Sports · Trending
**Brock Purdy**

← **Tweet**

**Search Twitter**

### Robert Littal BSO ✓
@BSO

⋯

## How Jordyn Woods Continues To Be There For Karl-Anthony Towns And Help Him Get Through This Rough Time (Pics-Vids) bit.ly/2CjH1xD via @BasketballguruD

10:31 PM · Jul 16, 2020 · BSO Alert

**5** Retweets   **7** Likes

💬        🔁        ♡        ↥

Ⓟ  Tweet your reply                    Reply

**Relevant people**

**Robert Littal BSO** ✓        Follow
@BSO

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**The Daniel Bell©**        Follow
@BasketballGuruD

Thunder Beat Reporter For @BSO | Contributor for the @FranchiseOK | A lot of sports tweets | dbell3220@icloud.com

**What's happening**

FIFA World Cup · Starts tomorrow
**Mexico vs Poland**

**#AvatarTheWayOfWater**🔵
Get tickets now - In theaters December 16
📀 Promoted by Avatar

Trending in United States        ⋯
**Delphi**
2,226 Tweets

Trending in United States        ⋯
**Argentina**
Trending with #FIFAWorldCup 🏆 , Herve Renard

Entertainment · Trending        ⋯
**Died Suddenly**
106K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
🗒 Lists
👤 Profile
⊙ More

**Tweet**


**Perkowski Legal P.C.**
@c_perkowski   ⋯



https://twitter.com/CorridosYBandas/status/1459287929957434898027 ___ol ___2022-11-22 04:04:26 -08:00
Case 2:22-cv-09462-DMG-ADS  Document 1-17  Filed 12/30/22  Page 96 of 101  Page ID #:1649



← **Tweet**

**Corridos & Bandas**
@CorridosYBandas

Mi novia bien arreglada para ir a los tacos // yo saliendo del jale

_Translate Tweet_



IG:@corridosybandasoficial

2:31 PM · Nov 12, 2021 · Twitter for iPhone

**728** Retweets   **94** Quote Tweets   **3,778** Likes

P  Tweet your reply                    Reply

**Carolina** @hellodirection8 · Nov 12, 2021
Replying to @CorridosYBandas
si he visto parejas asi jajaja
♥ 2

**Squidwardo G.** @Evil_Dr_Prkchop · Nov 12, 2021
Replying to @CorridosYBandas
@AlinaCanales 🤣🤣
♥ 1

**Ceezzz** @Cesarrr00 · Nov 13, 2021
Replying to @CorridosYBandas
@kimmberlyy13

**Quan** @JuanDeLaRosaDZ · Nov 13, 2021
Replying to @CorridosYBandas
@Daisymflower
♥ 1

**Diana Aguilar** @dianaaguilaar · Nov 12, 2021
Replying to @CorridosYBandas
@carlosparraj

**CarlosParra** 💬 @carlosparraj · Nov 13, 2021
Replying to @dianaaguilaar and @CorridosYBandas
Jajajajaaajajaj todo puteado
♥ 1

**720Pedro** @720peddi · Nov 12, 2021
Replying to @CorridosYBandas
🤣
♥ 2

**Relevant people**

**Corridos & Bandas**
@CorridosYBandas          Follow
Pura Música Regional Mexicana. (DM for Promo)
instagram.com/corridosybandas

**What's happening**

FIFA World Cup · LIVE
Argentina vs Saudi Arabia

#AvatarTheWayOfWater🧜‍♀️
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
83.4K Tweets

Trending in United States
**Argentina**
Trending with  Messi, #ARGKSA

Trending in California
**Mexico City**
24.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet


**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/Chatterboxfilm/status/1479571204692496384 __ at __ 2022-11-21 17:03:01 -08:00 __

← **Tweet**

🔍 Search Twitter

🐦

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

⇄ Chatter Box Film Retweeted

**Jim (RIP KEVIN CONROY)**
@BombadLeaker                    ···

Top gun Maverick set photos



1:19 PM · Jan 7, 2022 · Twitter for iPhone

**1** Retweet   **5** Likes

💬          ⇄          ♡          ⬆️

[P]  Tweet your reply                    Reply

## Relevant people

**Chatter Box Film**        Follow
@Chatterboxfilm
Pop culture & entertainment news | discussions | reviews for Movie & TV. @chatterBFilmDC @ChatterMarvel
Business email: chatterboxfilm(at)hotmail(dot)com

**Jim (RIP KEVIN CON...**     Follow
@BombadLeaker
He/Him | Breaking Bad | Movie Geek | British | 14 | Movie Lover | In The MovieVerse Private - @BombadPriv

## What's happening

NCAA Men's Basketball · Yesterday
**Delta Devils at Tigers**

Entertainment · Trending          ···
**Died Suddenly**
37K Tweets

Trending in United States          ···
**Tampax**
25K Tweets

Trending in United States          ···
**Hive**
161K Tweets

Trending in United States          ···
**HOW IS THAT NOT A YELLOW**
1,655 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**   ···
@c_perkowski

**Tweet**

**Tweet**

Search Twitter

Relevant people

**Trap Mídias**
@TrapmidIas                                    Follow
TRAP NACIONAL entertainment #1 🟢

What's happening

FIFA World Cup · Last night
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
**#GenshinSpecialProgram**
83.1T Tweets

Trending in California
**Epstein**
35.2K Tweets

Trending in United States
**#staywoke**
2,218 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

Tweet

Perkowski Legal P.C. ···
@c_perkowski

**Trap Mídias**
@TrapmidIas ···

Travis Scott foi visto com Fragment x Cactus Jack 1 Highs



1:01 PM · Feb 17, 2021 · Twitter for iPhone

**208** Retweets   **64** Quote Tweets   **2,537** Likes

Tweet your reply                                    Reply

**Caixa** @Caixa2308 · Feb 17, 2021
Replying to @Trapmidias and @qeutgkck
Esse é bonito aquela porra daquele sapatenis marrom é horrível, odeio highbeast
♡ 1

**Jiao marinho** @Jiaomarinho · Feb 17, 2021
Replying to @Caixa2308 and @qeutgkck
Bizz.
♡ 1

**Jm'7** @_JoaoMarcOs_ · Feb 17, 2021
Replying to @Trapmidias and @qeutgkck
Meu deus 😍

**.** @JvSaffes12 · Feb 17, 2021
Replying to @Trapmidias and @qeutgkck
@jxleall

**忠実** @wydleall · Feb 17, 2021
Replying to @JvSaffes12 and @qeutgkck
que lindão meu deus
♡ 1

This reply was hidden by the original Tweet author. Learn more

**José** @Josefacooo · Feb 17, 2021
Replying to @carolinukjkk and @qeutgkck
Kkkkk

**Nayla** @naylasantos · Feb 17, 2021
Replying to @Trapmidias and @qeutgkck
A aflição do símbolo ao contrário

**Bitcoin** @guilhermenogr · Feb 17, 2021
Replying to @Trapmidias and @qeutgkck
@danilonogueira encomenda esse aqui pra mim ze
♡ 1

**Danilo Nogueira** @STiXXBOYYY · Feb 17, 2021
Replying to @guilhermenogr and @qeutgkck
Ok, esse vai ser baratin mesmo 😍

**.** @arcalls · Feb 17, 2021
Replying to @Trapmidias and @qeutgkck
o famoso triple hype

**dmz** @dmzz013 · Feb 18, 2021
Replying to @Trapmidias and @qeutgkck
o famoso tênis que não posso comprar

**kyo** @Thopez · Feb 17, 2021
Replying to @Trapmidias and @qeutgkck
@palatristrinho
♡ 1

**💫 Angel In Agbada** @bigbenny_ent · Feb 17, 2021
Replying to @Trapmidias and @qeutgkck
Follow me and I'll gladly follow back

**Real Muthaphuckkin G** @Lewandowsk_l · Feb 17, 2021
Replying to @Trapmidias and @qeutgkck
Na tt ele é feio, no pé do travis fica bnt
♡ 3

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

Show replies

**José** @Josefacooo · Feb 17, 2021
Replying to @Trapmidias and @qeutgkck
Esse en feio
Pprt
♡ 1

This Tweet was deleted by the Tweet author. Learn more

Show replies

Show additional replies, including those that may contain offensive content                                    Show

__ https://twitter.com/SNEAKPEEKCA/status/1065363121315023616 __ at __ 2022-11-20 23:38:44 -08:00 __





Tweet

Search Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

⇄ SneakPeek Retweeted

**SneakPeek**
@SNEAKPEEKCA

sneakpeek.ca/2018/11/brie-l...



1:55 PM · Nov 21, 2018 · Twitter Web Client

1 Retweet   1 Like

Tweet your reply

Reply

**Relevant people**



**SneakPeek**
@SNEAKPEEKCA
Invite Only

Follow

**What's happening**

NFL · 3 hours ago
**Chiefs at Chargers**

#Disenchanted 🧙
Original movie now streaming
▶ Promoted by Disney+

Music · Trending
**#DavidoAt30**
55.9K Tweets


**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/guidance_the/status/1183027974909632513 __ at __ 2022-11-20 23:08:14 -08:00 __

← **Tweet**

**TheGuidance** 
@guidance_the

···

Just Jared compartió estas imágenes exclusivas desde el set de filmación de #TheSuicideSquad, donde podemos ver a varios actores en personaje. Que les parece ??



7:33 AM · Oct 12, 2019 · Twitter for iPhone

♡          ⟲          ♡          ↑

 Tweet your reply          **Reply**

🔍 Search Twitter

## Relevant people

 **TheGuidance**          **Follow**
@guidance_the
Todo el contenido geek al alcance de tu mano. Noticias, análisis, cómics narrados, curiosidades, etc.

## What's happening


NFL · 2 hours ago
**Chiefs at Chargers**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Music · Trending          ···
**sabrina**
72.4K Tweets

Trending in United States          ···
**#TheWalkingDead**
Trending with Negan, #TWDFinale

Trending in United States          ···
**#AMAs** 💄
Trending with soobin, yeonjun

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.          ···
@c_perkowski

https://twitter.com/bso/status/1336495805553840128 __ et __ 2022-11-22 06:59:47 -08:00

