# EXHIBIT B Continued



← Tweet

**Robert Littal BSO** ✓
@BSO

Kristin Cavallari Alerted Paparazzi to Take Photos of Her Twerking on Her New Man to Troll MAGA Jay Cutler
bit.ly/2K1QNYT via @NathanAddison24

2:20 PM · Dec 8, 2020 · BSO Alert

3 Retweets   2 Quote Tweets   11 Likes

Tweet your reply                          Reply

**T-Y** @Tyrand_dquan · Dec 8, 2020
Replying to @BSO
She about to start a fire 🤣🤣🤣

**Sir James** @theSJ40 · Dec 8, 2020
Replying to @BSO

GIF  ALT                                    ♡ 1

**31** @Moxter3 · Dec 8, 2020
Replying to @BSO
Scottie needs to take the Cutler approach. Move the hell on.

**Eric Green** @GreenDbcoach18 · Dec 8, 2020
Replying to @BSO
Jay could careless lol 😂

**Kevin Standart** 🏈 @kstand40 · Dec 8, 2020
Replying to @BSO
She really thinks this would bother him? 😂              ♡ 2

**Ya boi Ced** @ceddie_stl · Dec 8, 2020
Replying to @BSO
Man, that girl better gon' somewhere. My boy Jay Cutler is at home like......

GIF  ALT  AN BARELY CONTAIN MYSELF              ♡ 1

**Emma Goldman Sachs** @pacifistHULK · Dec 8, 2020
Replying to @BSO
MAGA QB VS. VAX DENIER.....

Search Twitter

**Relevant people**



**Robert Littal BSO** ✓                    Follow
@BSO
BSO is a Unique take on Sports & Ent;
Tweets by The Headline King Robert
Littal; IG: BSOTV; FB:
BlackSportsOnline; Keep That Same
Energy Podcast; #BLM; 🖤 AML

**What's happening**

FIFA World Cup · 2 hours ago
Argentina vs Saudi Arabia

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
📽 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
105K Tweets

Trending in United States
#السعودیة_الأرجنتین
1.23M Tweets

Trending in United States
**Argentina**
Trending with #FIFAWorldCup 🏆 . Herve Renard

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

Perkowski Legal P.C. ...
@c_perkowski

← **Tweet**



**Search Twitter**

**Gerard Cortez**
@SoyGerardCortez

La nueva power couple del momento: Paris Jackson y Cara Delevigne ❤️ Muero de amor.

Translate Tweet



10:10 AM · Mar 27, 2018 · Twitter for iPhone

**38** Retweets   **6** Quote Tweets   **291** Likes

💬   🔁   🤍   📤

**Tweet your reply**                          Reply

**ana jimenez** @aniitajp · Mar 27, 2018
Replying to @SoyGerardCortez
Cuando pasó eso!??
💬 2            🤍 1

**ana jimenez** @aniitajp · Mar 27, 2018
Replying to @aniitajp and @SoyGerardCortez
Falto mi emoji 😭😭😭
💬            🤍

**angy** @frogdarling · Mar 28, 2018
Replying to @SoyGerardCortez
Primero st. Vincent y ahora esto... Que envidiaaa
🤍

**M. Coquet** @CharlyCobain1 · Mar 27, 2018
Replying to @SoyGerardCortez
Quizá solo estaban tijereando bien rico de cuates y ustedes mamando con que hay amor, no lo arruinen :(
💬            🤍

**Andrea**🌵 @angraziella · Mar 28, 2018
Replying to @SoyGerardCortez
El Amor!!!! ❤️❤️❤️❤️
🤍

**Arrebatos punk** @labiosdeglitter · Mar 27, 2018
Replying to @SoyGerardCortez

GIF        YUM!

🤍

**yuri efrain polo** @elisapolocontr1 · Mar 27, 2018
Replying to @SoyGerardCortez
Éstas es hermanada jajaja
💬            🤍

**luis** @Cucucu123456 · Mar 27, 2018
Replying to @SoyGerardCortez
Oh my god 😣
💬            🤍 1

**Pedro Spencer** @PedroDSpencer · Mar 27, 2018
Replying to @SoyGerardCortez
Lindsay y su impacto.

🤍 3

# Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊕ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

**Relevant people**

**Gerard Cortez**            Follow
@SoyGerardCortez
Periodista de moda y cultura pop. TV
Host y guionista. Amarás mi YouTube.
No binarie. Inmigrante. Contacto
Gerardcortez@gmail.com (Él-he, ella-she, elle-they)

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
⏵ Promoted by Avatar

Trending in United States
**RIP Harold**

Trending in United States
**#thankskillingwithart**
1,852 Tweets

Trending in United States
**Brazile**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/CosmicMMEdia/status/1578070853643911182 __ et __ 2022-11-20 12:01:29 -0800

← **Tweet**

**Cosmic Media**
@CosmicMMedia                                                      ⋯

Sony and Marvel's #MadameWeb



10:13 AM · Oct 6, 2022 · Twitter for iPhone

**45** Retweets   **22** Quote Tweets   **367** Likes

💬              ⟲              ♡              ⬆

P    Tweet your reply                          [Reply]

**mad_dox** @Ox46Mad · Oct 6                          ⋯
Replying to @CosmicMMedia
Who knew Jack Harlow can act.
💬          ⟲          ♡ 1          ⬆

**KayGrimes** @KayGrime · Oct 6                          ⋯
Replying to @CosmicMMedia
Who is that?
💬 1          ⟲          ♡          ⬆

**saul alanis** @detexxt · Oct 6                          ⋯
Replying to @KayGrime and @CosmicMMedia
Logan Lerman I'm pretty sure
💬          ⟲          ♡ 1          ⬆

**Mwa c flyyyyynn** @flynnwhitejr · Oct 6                          ⋯
Replying to @CosmicMMedia
jack harlow
💬          ⟲          ♡ 1          ⬆

**Andy Jaymes Pirie** @justandy93 · Oct 6                          ⋯
Replying to @CosmicMMedia
Thought that was Aaron Taylor Johnson.
💬          ⟲          ♡ 14          ⬆

---

**Home**
# **Explore**
🔔 **Notifications**
✉ **Messages**
🔖 **Bookmarks**
**Lists**
**Profile**
⊙ **More**

[ **Tweet** ]

**Perkowski Legal P.C.**
@c_perkowski                          ⋯

---

🔍 Search Twitter

**Relevant people**

**Cosmic Media** 
@CosmicMMedia                          [Follow]
Your #1 source for all leaks
surrounding Marvel, Star Wars, and
Disney | Backup for @cosmic_marvel

**What's happening**

NFL · LIVE
**Browns at Bills**

#Disenchanted 🧚
Original movie now streaming
▶ Promoted by Disney+

Trending in California                          ⋯
**Shakira**
111K Tweets

Sports · Trending                          ⋯
**Lamar Jackson**
2,756 Tweets

Only on Twitter · Trending                          ⋯
**Rest in Power**
20.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.



# Tweet

**DC da Depressão**
@Dc_da_depressao

Arte conceitual vs Foto do set

5:46 PM · May 25, 2022 · Twitter for Android

190 Retweets  68 Quote Tweets  5,175 Likes

Tweet your reply        **Reply**

**Sociedade dos leitores de HQS** @LendoHQ · May 25
Replying to @Dc_da_depressao
Será que recebe indicação ao Oscar de melhor figurino??? Não sei se Fidelidade à HQ é levando em conta
♡ 1    ⟳    ❤ 67    ⬆

**Porto S.P.F.C** @DiegoPortoSam2 · May 25
Replying to @Dc_da_depressao
Eu achei que o farol de milha do carro fazia parte da fantasia kkkk
♡ 1    ⟳    ❤ 1    ⬆

**FANLAB** @fanlab · May 26
Replying to @Dc_da_depressao
Isso tá bom demais!!!

GIF  ALT
♡    ⟳    ❤    ⬆

**O Din** @jackbrunonefiex · May 25
Replying to @Dc_da_depressao
Esse "vs" ficou meio estranho né
Comparar uma arte fodastica conceitual, VERSUS uma foto tirada de bastidores sem efeito especial nenhum é bem *****
♡ 2    ⟳    ❤ 28    ⬆

**KARAOKJ** 💚🎤✨ @YouTube #3kcr... @A3Inter... May 25
Replying to @Jackbrunoeflex and @Dc_da_depressao
Só pode tá brincando, ficou incrível
♡ 1    ⟳    ❤ 40    ⬆
Show replies

**ArtiJH** @ArthurViera40 · May 26
Replying to @Dc_da_depressao
Espero que a fotografia do filme seja esse neon "tecno-brega" igual do poster
♡    ⟳    ❤ 10    ⬆

**vitão HEXA80** ⭐⭐⭐⭐⭐ @al_vitim · May 25
Replying to @Dc_da_depressao
krl muito lindo
♡    ⟳    ❤ 3    ⬆

**Adan** @adan_juray · May 25
Replying to @Dc_da_depressao
Bessuro Azul é calvo?
♡    ⟳    ❤ 1    ⬆

**victoria 🐧 Jurídico Barry Allen** @feh__ · May 25
Replying to @Dc_da_depressao
Com a pós produção vai ficar perfeito
♡ 1    ⟳    ❤ 1    ⬆

**Marcelin777** @Marcelo_HB1C · May 26
Replying to @Dc_da_depressao
Espero...ta muito escuro assim sõLachei estranho
♡    ⟳    ❤    ⬆

**Hokage da Vila do Taboão** @_DaniloSam · May 25
Replying to @Dc_da_depressao
@vitinhos01 brabo em
♡    ⟳    ❤ 1    ⬆

**Vitinho** @vitinhos01 · May 25
Replying to @_DaniloSam and @Dc_da_depressao
Ficou lindão, ansioso pro filme, tem potencial
♡    ⟳    ❤    ⬆

**Não pensa krl** @mdspenuavel · May 26
Replying to @Dc_da_depressao
Tá foda
♡    ⟳    ❤    ⬆

**jorgin curioso** @jgluk · May 26
Replying to @Dc_da_depressao
Só marvete ciscando
♡ 1    ⟳    ❤ 1    ⬆

**wonderdog** @Wond3rdog · May 26
Replying to @Dc_da_depressao
Tá parecendo aqueles vendedores ambulantes que vendem pipa na praia
♡ 5    ⟳    ❤ 4    ⬆

**LuizF** 🙏⚽💚 #scaloneta #arsulomufa @casa_lendas · May 26
Replying to @Wond3rdog and @Dc_da_depressao
Ai já tá palifando no caráikkkkkk ficou foda
♡    ⟳    ❤ 4    ⬆
Show replies

**renaissandy** @cmelyboyandy · May 27
Replying to @Dc_da_depressao
tomara q tenha mt luz neon no filme
♡ 1    ⟳    ❤    ⬆

**Gustavo 🤠** @PefensenGuss · May 26
Replying to @Dc_da_depressao
Muito bom
♡    ⟳    ❤    ⬆

**Sidney**🌬 @Pskaworu · May 26
Replying to @Dc_da_depressao
Cabeção da muleta
♡    ⟳    ❤    ⬆

**Mr Rena** @Mr_Rena77 · May 26
Replying to @Dc_da_depressao
Tá foda
♡    ⟳    ❤    ⬆

**Oliver** @bravefakeru · May 25
Replying to @Dc_da_depressao
Infelizmente a gente só vai ver o brilho quando sair trailer
♡    ⟳    ❤ 73    ⬆

**bruno** 😷 @dutkaa · May 26
Replying to @Dc_da_depressao
@Caotoops
♡    ⟳    ❤    ⬆

**Laura Costa** @Lauracosta00 · May 26
Replying to @Dc_da_depressao
Ficou perfeita 😍
♡    ⟳    ❤    ⬆

**Carapaça** ☁️ @acciodewayiz · May 26
Replying to @Dc_da_depressao
Tô até vendo o ted sendo o gênio bilionário cômico que estuda o jamie e ajuda ele a entender os poderes em um lugar controladoj,provavelmente em alguma cena no fim do filme ele vai viestir o traje dos quadrinhos de forma cômica
♡    ⟳    ❤    ⬆

**www.oiff.com** @mardavanilha · May 26
Replying to @Dc_da_depressao
VIVENDO PRA VER O BRILHO LIGADO
♡    ⟳    ❤    ⬆

**Edu Xavier** @eduxavier_ · May 26
Replying to @Dc_da_depressao
Essa roupa da um certo medo kk
♡ 1    ⟳    ❤    ⬆

**FF3DoToé** 🎚 30praum @miloiesordingo_7 · May 25

__ https://twitter.com/weloveharry_1dx/status/13563003446282112 __ at __ 2022-11-22 14:31:14 -0800 __



← Tweet

 

**katie** 👐
@weloveharry_1Dx

THE APRON?????????????????????? A VERY SPECIFIC FANTASY OF MINE PLUCKED RIGHT FROM MY BRAIN????????????



9:56 AM · Feb 1, 2021 · Twitter for iPhone

**2** Likes

---

Tweet your reply                                    Reply


Perkowski Legal P.C.
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

**katie** 👐
@weloveharry_1Dx          Follow
jack's housewife

**What's happening**

FIFA World Cup · 4 hours ago
**Mexico vs Poland**



#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in California
**Lucas**
153K Tweets

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



← **Tweet**



**El Aragüeño**
@ElAragueno                                          ...

Jennifer López y Ben Affleck parecen confirmar con su último encuentro que están de vuelta. Varias imágenes publicadas en exclusiva por el portal Page Six así lo demuestran. #Farándula

Translate Tweet



6:32 AM · Jun 3, 2021 · TweetDeck

Tweet your reply

Reply

---

**Perkowski Legal P.C.**
@c_perkowski


---

Q  Search Twitter

**Relevant people**



**El Aragüeño**
@ElAragueno                          Follow

EL PRIMER DIARIO DE ARAGUA. ¡50 años contando tu historia!

**What's happening**

FIFA World Cup · 4 minutes ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🫧
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States                    ...
**Ochoa**
Trending with  Poland, #MEXPOL

Celebrities · Trending                        ...
**Tom Hanks**
4,228 Tweets

Trending in California                       ...
**Mexicans**
10.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

← **Tweet**

**g3 san diego**
@g3cafe

···

So Olivia Wilde is dating Harry Styles.
She's 36, he's 26.

If Olivia Wilde really left her husband Jason Sudeikis for Harry Styles, then who am i to judge?

#GetItGirl
#️⃣2️⃣0️⃣2️⃣1️⃣ 2️⃣0️⃣2️⃣1️⃣
#WhatsTheG



6:42 PM · Jan 4, 2021 · Twitter for iPhone

**1** Retweet    **15** Likes

💬        🔁        ♡        ⬆️

P    Tweet your reply                    Reply

> You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**✨ @pusangbalbon17** · Jan 4, 2021                    ···
Replying to @VinnoGarcia and @g3cafe
Wala yan sis. Di ako pag tataksilan nyan. Char



💬 1        🔁        ♡        ⬆️

---

**Home**

**#  Explore**

🔔 **Notifications**

✉️ **Messages**

🔖 **Bookmarks**

**Lists**

👤 **Profile**

··· **More**

**Tweet**

**P** **Perkowski Legal P.C.**    ···
@c_perkowski

🔍 Search Twitter

**Relevant people**



**g3 san diego**    Follow
@g3cafe
Filipina Writer, #ByG3 ✍️ Host,
#LiveWithG3 🎙️ Columnist, #RatedG3
🖥️ Editor, Mega Entertainment
Entertainment Journalist 📰
Entrepreneur, #FarmToFork

**What's happening**



FIFA World Cup · 4 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 💧
Get tickets now · In theaters December 16
▶️ Promoted by Avatar

Betty White · Trending        ···
**Betty White**
2,718 Tweets

Trending in California        ···
**Chicharito**
6,811 Tweets

Business and finance · Trending        ···
**#studentloans**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

← **Tweet**



**MarvelStudios The Multiverse Saga**
@Marvelfan2023

···

New Madame Web Set Photos appear to show some sort of Spider Variant on set 😣 #Madameweb #sony #Marvel




10:04 AM · Oct 6, 2022 · Twitter for iPhone

**1** Retweet    **2** Quote Tweets    **23** Likes

💬        ⟲        ♡        ⬆



Tweet your reply                                    Reply

**Sun Eater** @MugiwaSam · Oct 7                    ···
Replying to @Marvelfan2023
That's Arachno-Dude right there

💬        ⟲        ♡        ⬆

**Perkowski Legal P.C.**                            ···
@c_perkowski

---

🔍 Search Twitter

**Relevant people**



**MarvelStudios The M...**        Follow
@Marvelfan2023

the multiverse saga and Spider-Man news 📰 and updates page/PlayStation fan 🎮 #marvel #disney #disneyplus #marvelstudios #D23expo #teamplaystation #ps5

**What's happening**

NFL · LIVE
**Raiders at Broncos**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
📣 Promoted by Disney+

Trending in California            ···
**Rest In Peace**
53.1K Tweets

Only on Twitter · Trending        ···
**Rest in Power**
24.4K Tweets

Trending in United States         ···
**LGBTQ**
Trending with  Colorado Springs, #ClubQ

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



9:44 AM · Jan 17, 2021 · Twitter for iPhone

**19** Retweets  **4** Quote Tweets  **430** Likes

▬ https://twitter.com/marveluniversar/status/1556764218489053184 ▬ at ▬ 2022-11-21 08:15:03 -08:00 ▬

← **Tweet**

**Marvel Universe Argentina**
@marveluniversar

AYAYAY. Se filtraron fotos del set de 'IRON HEART' y finalmente tenemos un primer vistazo a Dominique Thorne como Riri Williams.



3:08 PM · Aug 8, 2022 · Twitter for iPhone

**1** Like

**Relevant people**

**Marvel Universe Arge...**
@marveluniversar    Follow

Información, novedades y teorías sobre el universo Marvel en un solo lugar. Contacto: marveluniverse.arg@gmail.com
#SheHulk #IAmGroot 🇦🇷

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Trending in California
**Dodger Stadium**
13.8K Tweets

Sports · Trending
**Charles Barkley**
2,522 Tweets

Entertainment · Trending
**Kang**
Trending with  #AntManandTheWaspQuantumania

Trending in United States
**#SENNED**
22.5K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy    Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Tweet your reply    Reply

**Perkowski Legal P.C.** ···
@c_perkowski

— https://twitter.com/teleaudiencias/status/1450398819556806661 __ at __ 2022-11-22 01:04:48 -08:00

← **Tweet**



Q Search Twitter

 **Teleaudiencias**
@teleaudiencias

···

The Weeknd y Angelina Jolie; pillados juntos de nuevo. La actriz y el cantante habían sido relacionados sentimentalmente hace unos meses. ¿Posible pareja o nuevo proyecto? wp.me/pa7l1P-7Nf

Translate Tweet



2:50 AM · Oct 19, 2021 · TweetDeck

**2** Likes

💬        ⟲        ♡        ⬆️

 Tweet your reply        Reply

## Relevant people

 **Teleaudiencias**    Follow
@teleaudiencias

Audiencias, noticias, opinión, entrevistas, estrenos, tv, cine, música y deportes y +51.000 en instagram!
TvTeleaudiencias.wordpress.com

## What's happening

NFL · 4 hours ago
**49ers at Cardinals**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Entertainment · Trending        ···
**Died Suddenly**
Trending with World Premiere

Entertainment · Trending        ···

### Sidebar Navigation

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

Perkowski Legal P.C.    ···
@c_perkowski

https://twitter.com/brandyjensen/status/1492295313068317186 ... at ... 2022-11-22 01:54:37 -08:00 ... Document 1-18 Filed 12/30/22 Page 14 of 101 Page ID
22-cv-09462-DMG-ADS #:1668

**Brandy Jensen**
@BrandyLJensen

when i hear the dulcet tones of Melvyn Bragg saying "Hello. In 541 AD the Byzantine historian Procopius first reported an outbreak of plague..."



2:52 PM · Feb 11, 2022 · Twitter for iPhone

**37** Retweets   **5** Quote Tweets   **486** Likes

Perkowski Legal P.C.
@c_perkowski

---

Tweet your reply                                    **Reply**

**Aaron Kirschenfeld** @kirschnubjudice · Mar 7
Replying to @BrandyLJensen
I finally compiled a spreadsheet of all 933 In Our Time episodes to this point (less the 5 "Written Word" eps.), with links to download here:

docs.google.com
In Our Time
Episodes
Listened,Date,Title,Summary_1,Summary_2,Link,Link...

**miles stauffer** @miles_stauffer · Feb 12
Replying to @BrandyLJensen
Great podcast!

**Mike Klein** @mjklein64 · Feb 11
Replying to @BrandyLJensen
On board the Bragg train.
1

**Claire 🎭** @isolinearchip_ · Feb 11
Replying to @BrandyLJensen
I got in trouble at work once for listening to too much In Our Time because it made me "unapproachable by my coworkers"
2

**Biff Flanagan** @424Zearl · Feb 11
Replying to @BrandyLJensen
When i hear the nice lady introduce the bonus extended chat.
6

**Matt Macdonald** @MattInTyre · Feb 11
Replying to @BrandyLJensen
I can't believe I'm not the only one. Thank you.
4

**Noam** @NoamRadcliffe · Feb 11
Replying to @BrandyLJensen
was just listening to the walter benjamin episode. great pod
2

**Official Antifa Mascot Dog™ ® ©** @BadDadJokes816 · Feb 12
Replying to @BrandyLJensen
Thanks for turning me on to this podcast!

**Marcus Smart** @QuentinMahoney · Feb 12
Replying to @BrandyLJensen
"And now, a little bonus time with Melvyn and his guests..."

**Kyle Peters** @kpeters13 · Feb 11
Replying to @BrandyLJensen
Hard same
1

This Tweet was deleted by the Tweet author. Learn more

**salvage calumny** @aworkingmann · Feb 22
It's been on so long that you can google "in our time + (whatever topic)" and have at least one or two relevant episodes turn up.

Also if you download the BBC Sounds app they have the full archive going back to the late nineties, most podcast apps only go back 5 or 6 years

**Relevant people**

Brandy Jensen
@BrandyLJensen                **Follow**
See that she chews her food well, and sets her foot down firmly on the ground when she walks, and you're all right.

**What's happening**

NFL · 5 hours ago
49ers at Cardinals

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
78.9K Tweets

Trending in United States
**#GMMTV2023**
276K Tweets

Trending in United States
**Argentina**
Trending with Messi

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/RihannaNoBrasil/status/1569058727348654082 __ el __ 2022-11-20 12:43:02 -08:00

← **Tweet**

Rihanna.com.br 
@RihannaNoBrasil

...

# RIHANNA in jeans!!! 🥵



1:22 PM · Sep 11, 2022 · Twitter for Android

**32** Retweets  **1** Quote Tweet  **325** Likes

💬    🔁    ❤    ⬆

---

**Tweet your reply**    **Reply**

---

Carlos @Carlos15731630 · Sep 11
Replying to @RihannaNoBrasil
Hermosa 😍

💬    🔁    ❤    ⬆

---

## Sidebar

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**


**Perkowski Legal P.C.**
@c_perkowski    ...

🔍 Search Twitter

**Relevant people**


Rihanna.com.br     **Follow**
@RihannaNoBrasil
Rihanna.com.br is a genuine and registered fansite, made by fans. 🇧🇷 Fã-clube e portal de notícias brasileiro sobre a cantora Rihanna. Online desde 2008. 💎

**What's happening**

NFL · LIVE
**Eagles at Colts**

#Disenchanted 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in United States    ...
**Rest In Peace**
51.1K Tweets

Trending in California    ...
**Morgan Freeman**
192K Tweets

Only on Twitter · Trending    ...
**Rest in Power**
23.1K Tweets

**Show more**

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More

__ https://twitter.com/agfotosevideos/status/1206745217904398338 __ at __ 2022-11-20 22:22:29 -08:00 __

← **Tweet**

**ATENÇÃO GEEK | Mídia**
@agfotosevideos

Fotos dos bastidores da Elizabeth Olsen como Wanda, Teyonah Parris como Monica Rambeau e a confirmação da criação da organização SWORD. #WandaVision

Translate Tweet



5:17 PM · Dec 16, 2019 · Twitter for Android

**3** Likes

Tweet your reply

Reply

# Home
# Explore
# Notifications 1
# Messages
# Bookmarks
# Lists
# Profile
# More

**Tweet**

Search Twitter

**Relevant people**

**ATENÇÃO GEEK | Mídia**
@agfotosevideos    Follow

Conta para fotos e vídeos dos bastidores do mundo do entretenimento. Conta oficial: @atencaogeek

**What's happening**

NFL · 1 hour ago
**Chiefs at Chargers**

#Disenchanted
Original movie now streaming
▶ Promoted by Disney+

Music · Trending
**#BLACKPINK_WORLDTOUR**
57.2K Tweets

Trending in United States
**UCLA**
13.2K Tweets

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



Perkowski Legal P.C.
@c_perkowski ···



__ https://twitter.com/hemxli/status/1490368853410525190 __ at __ 2022-11-21 22:30:34 -08:00 __

← **Tweet**

❀ **hemali** ❀
@hemxli

## i wanna be her



8:56 AM · Feb 6, 2022 · Twitter for iPhone

**36** Likes

Tweet your reply

Reply

### Relevant people



❀ **hemali** ❀
@hemxli

Follow

welcome to my online diary

### What's happening

**NFL** · 2 hours ago
**49ers at Cardinals**



Entertainment · Trending
**Died Suddenly**
68.8K Tweets

Only on Twitter · Trending
**Pablo Milanés**
Trending with Auburn

Trending in California
**Dodger Stadium**
8,712 Tweets

Trending in United States
**Chrisley**
24.5K Tweets

Show more

Terms of Service · Privacy Policy · Cookie Policy
Accessibility · Ads info · More ···
© 2022 Twitter, Inc.

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Search Twitter



Perkowski Legal P.C.
@c_perkowski ···



← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**


**Perkowski Legal P.C.**   ...
@c_perkowski



This Tweet is from a suspended account. Learn more

**Leooo** @CanadasLeonel · Jul 7
Replying to @PopZonebr
Quem é ele gente? Tenho a impressão que eu conheço, mas não lembro de onde

**blue** • @xoxoyunii · Jul 8
Replying to @CanadasLeonel and @PopZonebr
Aquele filme lá, cidade de papel

**jj.** @LmaloryceAc · Jul 7
Replying to @PopZonebr
Meus pais PZ ❤️

**ju midnights** @favaabel · Jul 7
Replying to @PopZonebr
divos, q delícia viu

**Igoor** @everyawshrv · Jul 7
Replying to @PopZonebr
que lindoo

**sempxia** @educotive · Jul 8
Replying to @PopZonebr
apaga isso pz

**Ali | Midnights** · @taylorixman · Jul 7
Replying to @PopZonebr
Quem é?!

**Mentos** @mentosru · Jul 7
Replying to @PopZonebr
Queria ser a janta deles pop



**mya | My mind and me** @selenasid · Jul 7
Replying to @mentosru and @PopZonebr
boatos q ela foi a sobremesa amg

Show replies

**andy MIDNIGHTS** @cromosalmindsv · Jul 7
Replying to @PopZonebr
fofos

**KellySuperCorpMelMcgeek_Leigh** @LeelaEmicon · Jul 8
Replying to @PopZonebr
O iustin ·reagiu kkkkkk. ... positou no story música d Avril compliced kkkkk .. não sei se ainda está lá..., para a mulher dele que não foi...

**caroline** @whltyxseg · Jul 7
Replying to @PopZonebr
tô shippando mesmo talvez não sendo casal 🦋

**ryan MY MIND AND ME** @itschloatto · Jul 7
Replying to @PopZonebr
mano? finalmente minha nenê com um novo affair

**Pétala - Me and My Mind at Midnight** @KarmaisTaylorSG · Jul 7
Replying to @PopZonebr



GIF  ALT

**Nathi** @nathmanc · Jul 7
Replying to @PopZonebr
Nossa sim pelo amor de Deus Selena sim

**dany** @mytargeticorhet · Jul 7
Replying to @PopZonebr
fofos

**TK parker** @TK_pet · Jul 7
Replying to @PopZonebr
como ta feia pz

**jj.** @Lmaloryceki · Jul 7
Replying to @TK_pet and @PopZonebr
Maior selenator de todos ❤️❤️❤️❤️❤️

This Tweet was deleted by the Tweet author. Learn more

**Selenamarie13** @selenamarixout · Jul 7
Replying to @PopZonebr
Fa da Luiza falando de quantidades de machos.. kkk

**Perkowski Legal P.C.** ...
@c_perkowski

__ https://twitter.com/nanfixus/status/892153767101161473 __ at __ 2022-11-21 20:17:08 -08:00 __

← **Tweet**

 **@nanfixus**
@nanfixus

She's so beautiful 😍😍😍



3:43 PM · Jul 31, 2017 · Twitter for Android

**10** Retweets  **36** Likes

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

 Tweet your reply

Reply

Q Search Twitter

## Relevant people

 **@nanfixus**
@nanfixus                                    Follow

DJ Fan ☘ Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🇦🇷

## What's happening

Television · 15 minutes ago
**WWE Monday Night RAW airing
on USA**

Entertainment · Trending
**Died Suddenly**
57.3K Tweets

Trending in United States
**August Alsina**

Sports · Trending
**Jason Robertson**

Sports · Trending
**Trey Lance**
1,131 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**
@c_perkowski

← **Tweet** 

 **Ryan 'All Day News' Anderson**
@Ryans_Ramblings                                        ...

Monica Rambeau is all grown up and an agent of S.W.O.R.D! #DisneyPlus #WandaVision



5:42 PM · Dec 18, 2019 · Twitter for Android

**2** Retweets  **2** Likes

               

 Tweet your reply                    Reply

---

## Relevant people

 **Ryan 'All Day News' ...**          Follow
@Ryans_Ramblings

Founder, Host, and EIC of @TheNerdRagePod. As seen on @CBSThisMorning! Instagram: @RadRyGuy TikTok: @Ryans_Ramblings Casting Inquiries: NerdRagePod@gmail.com

## What's happening

NFL · LIVE
**Chiefs at Chargers**          

**#Disenchanted** 🧚
Original movie now streaming
▶ Promoted by Disney+

Trending in United States          ...
**#twdspoilers**
1,234 Tweets

Trending in United States          ...
**#AMAs** 🔥
Trending with soobin, Favorite K-Pop Artist

Trending in United States          ...
**Bob Iger**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Search Twitter

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Perkowski Legal P.C.**          ...
@c_perkowski







— https://twitter.com/koredakota/status/1556045739544891392 __ el __ 2022-11-20 08:08:06 -08:00

← **Tweet**

karla
@koredakota

•••

dakota johnson as a badass paramedic/superhero.
umm give me madame web nowwww



3:33 PM · Aug 6, 2022 · Twitter for iPhone

**13** Retweets   **66** Likes

Tweet your reply                                    Reply

**Alexious** @vaylexious · Aug 7
Replying to @koredakota
This paramedic is so FINE 😍

**lightlycoqui** @lightlycoqui · Aug 6
Replying to @koredakota
Yeah I'm thinking the same thing.

**Glaucia** @Glaucia2833 · Aug 8
Replying to @koredakota
Madame Web tem  dono não adianta cobiçar. E é um pedaço de mal
caminho Dakota tá bem servida.

---

## Relevant people

karla
@koredakota                          Follow

fan account. multi-fandom: lore
olympus, fifty shades, twilight saga,
sen çal kapımı, aşk mantık intikam,
marvel, star wars, game of thrones,
booktwt. ~ 23

## What's happening

Television · Last night
**Saturday Night Live airing on
NBC**

#Disenchanted 🧚
Original movie now streaming
🎬 Promoted by Disney+

Only on Twitter · Trending
**RIP JDF**
2,522 Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Tommy

Trending in United States
**#RIPLEGEND**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

## Sidebar navigation

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/lacosacine/status/1422099467623646081... all — 2022-11-22 02:43:59 -0800 22-cv-09462-DMG-ADS Document 1-18 Filed 12/30/22 Page 28 of 101 Page ID #1882

La Cosa Cine ✓
@lacosacine

Primera foto filtrada de Christian Bale y, por lo que se
#LoveAndThunder, la cuarta película de #Thor.

Su personaje será Gorr, el Dios Carnicero, y por lo que se
ve el diseño será fiel a los cómics originales (obvio que
le van a poner unos toquecitos digitales también)

Translate Tweet



5:01 AM · Aug 4, 2021 · TweetDeck

17 Retweets   9 Quote Tweets   326 Likes

## Relevant people

La Cosa Cine ✓   Follow
@lacosacine
🎬📽️🍿 Cine y Series. Tu
comunidad, tu revista 📽️
web@lacosacine.com | 🖋️
@guillohernandez @JessiBlady
@luagosta @macareynolds
@cynthiaonfilms

## What's happening

FIFA World Cup · LIVE
Argentina vs Saudi Arabia

#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Entertainment · Trending
Died Suddenly
30.5K Tweets

Trending in United States
El VAR
42.8K Tweets

Trending in United States
offsides
7.677 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply   Reply

Cria Cuervos 17% 💉 @cria_cuervos · Aug 4, 2021
Replying to @lacosacine
Que chistes se mandará? a lo corona, a lo alacrán, a lo gonal, o tipo
Ruggeri?

Demetrio @QuizasMatias · Aug 4, 2021
Replying to @lacosacine
"unos toquecitos digitales" jajaja

Andrés @andresbarbani · Aug 4, 2021
Replying to @lacosacine
Samid?

Fran @ArguelloFran · Aug 4, 2021
Replying to @lacosacine
"Gorr, el Carnicero de Dioses"          8

demo-crap-pokalipsiz-2019-20🌊🌊 @maucho01 · Aug 4, 2021
Replying to @ArguelloFran and @lacosacine
💀 Lo que el dijo

- R O S Z ( X X ) @rroozsxx · Aug 4, 2021
Replying to @lacosacine
El Dios carnicero (AJA) me hizo el dia, gracias
Pd: es Gorr el carnicero de dioses (osea mata dioses)

Yamila Yael @yamielc · Aug 4, 2021
Replying to @lacosacine
Oh qué genial se ve, ya me están dando ganas de verla

GIF   ALT          2

Hugo Alexandro 🇦🇷🇩🇪🇸🇻 @HugoAlexandroG2 · Aug 4, 2021
Replying to @yamielc and @lacosacine
Creo que este año también estrenan Dune! Creo que va a estar muy buena
también!!!
1                    1

Show replies

EL G @Guachinong0 · Aug 4, 2021
Replying to @lacosacine
un tipo gris...

Pato @muecadepato · Aug 4, 2021
Replying to @lacosacine
Me intriga el "Patagonia"
Productora?
1                    1

Cristian Alvarez @qaita14 · Aug 4, 2021
Replying to @muecadepato and @lacosacine
Es una marca de ropa muy famosa.
1                    1

Show replies

Jeyck!! @JeyckBurgos · Aug 4, 2021
Replying to @lacosacine
@GraceRandolph have you seen this?

X-Mendi @AgusmendizabaI · Aug 4, 2021
Replying to @lacosacine
"El dios carnicero"

GIF   ALT

De Ella @Platondebarrio · Aug 4, 2021
Replying to @lacosacine
Mi tipo de dios carnicero

Perkowski Legal P.C.    ···
@c_perkowski

https://twitter.com/burastar23/status/149223547321741056__at__2022-11-21 04:50:27 -08:00  Document 1-16   Filed 12/30/22   Page 29 of 101   Page ID #:1983

Search Twitter

🏠 Home
🔍 Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
• More

Tweet

Perkowski Legal P.C.
@c_perkowski

**Relevant people**

BuraStar
@BuraStar23                                    Follow

حساب شهم باسم الفن السابع والثامنة
الضيفية والاخي والفن المتلاحي وتلاحية
العلقات إلتعلقات بالخاص مع الوصول
burastar23movies@gmail.com

**What's happening**

Television · Last night
The Walking Dead airing on AMC

Music · Trending
Billy Joel
1,367 Tweets

Music · Trending
Lionel Richie
4,342 Tweets

Only on Twitter · Trending
#MotivationMonday
1,452 Tweets

Trending in United States
Oregon
18.9K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More•••
© 2022 Twitter, Inc.

---

BuraStar
@BuraStar23

• الممثل الكبير آل باتشينو من آخر ظهور له

Preview Tweet

12:49 PM · Feb 11, 2022 · Twitter for Android

36 Retweets   60 Quote Tweets   503 Likes

Tweet your reply                        Reply

@uqk77 · Feb 11
Replying to @BuraStar23
حسبي والله العروق 😂😂😂😂

بنو من خالد @BennyAL_Nawaif · Feb 11
Replying to @BuraStar23
❤️❤️

#KHALID• 🦅 @saldtany1927 · Feb 11
Replying to @BuraStar23
العزال 💛💛

| Akram | @Akrm_Saad · Feb 11
Replying to @BuraStar23
😂😂😂

Marwan @Hramn · Feb 11
Replying to @BuraStar23
ضفو واد شده مساعدات ابو مواز 👌

@nvxnel · Feb 11
Replying to @Hramn and @BuraStar23
ما له دخل يمكن ما تضحه

lorano @lorano_1988 · Feb 11
Replying to @BuraStar23
لماذا يمارس الرياضة ؟ أليس هو الفائل بنهكم
"إذا نشأت الطفلة الصغير ومارست الرياضة بنشاط واشتداد وانضغط من التدخين سنموت
ولدت بصحة جيدة ؟

Man3 @onh5000 · Feb 11
Replying to @lorano_1988 and @BuraStar23
بس هو قاعد يرقص

@nvxnel · Feb 11
Replying to @BuraStar23
انجم ❤️❤️❤️❤️

عدني-نبيكَ @azoooza112121 · Feb 12
Replying to @BuraStar23
@abdalmjeed_s

20ل Bu NaSsEr 22 @ABUNaSsEr535353 · Feb 11
Replying to @BuraStar23
هذا هو يرقص الشيخ

ابو مير @ayesh7870 · Feb 11
Replying to @BuraStar23
عزالي مابصمادي ❤️❤️ مابصمادي

Mohamed Abdalla ... (Baybars) @Mtoh_1017 · Feb 12
Replying to @BuraStar23
#the_god_father💙

عبدالرحمن @D7fkl · Feb 12
Replying to @BuraStar23
باساتي @Serpico25

Quis ut Deus? @koanecoence · Feb 12
Replying to @D7fkl and @BuraStar23



GIF

JM @Gnoon2070 · Feb 12
Replying to @BuraStar23
الا ليت الشباب يعود يوماً ❤️

خلاوة @wecoll · Feb 12
Replying to @BuraStar23
عاش الرياضي

Walter• @XbI3f · Feb 12
Replying to @BuraStar23
سقف السينما ❤️

@sa79v · Feb 12
Replying to @BuraStar23
ضحه

فن كليف @vanceeh9371049 · Feb 12
Replying to @BuraStar23
Hooah 😂😂

السيد محمد شحاتة @4lf3Xqr1GfNlqY7Dt · Feb 12
Replying to @BuraStar23

Jimmy @jeski_7 · Feb 11
Replying to @BuraStar23
حسبي 😂😂

Maram bajad @Marambajad_ · Feb 12
Replying to @BuraStar23
والله ابن الي فيه شبه بينكما

__ https://twitter.com/farangsuoy/status/715443417082257408 __ at __ 2022-11-22 20:26:44 -08:00 __

← **Tweet**



**Just girls★**
@farangsuoy

•••

#KarlieKloss #StreetStyle 29/3/2016 in New York City.
หันมายิ้มให้กล้องปาปา น่ารัก :)



12:39 AM · Mar 31, 2016 · Twitter Web Client

**6** Retweets  **5** Likes



🅿 Tweet your reply                          **Reply**

---

🔍 Search Twitter

**Relevant people**



**Just girls★**                              **Follow**
@farangsuoy

If you can't be kind, just be quiet.
Thank you :)

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**



**#AvatarTheWayOfWater**🧑
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States                    •••
**#GenshinSpecialProgram**
8,244 Tweets

Trending in California                       •••
**Epstein**
35K Tweets

Entertainment · Trending                      •••
**Marvel**
90.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

**Home**

**#** Explore

🔔 **Notifications** ①

✉ **Messages**

🔖 **Bookmarks**

**Lists**

**Profile**

⊙ **More**

**Tweet**

🅿 **Perkowski Legal P.C.** •••
@c_perkowski

— https://twitter.com/alexromval/status/1350612778114019331 __ at __ 2022-11-21 02:33:10 -08:00 __



**Tweet**

Alex Salvatore 🧑 Retweeted

**ori,, ME MUDO**
@0reocarpenter

ESTOY GRITANDO EN MIL IDIOMAS✨💕💖💞💖✨
💖💕💖💕💖✨💕💖✨💖✨💕💖💖✨

Translate Tweet

5:15 PM · Jan 16, 2021 · Twitter for Android

**2** Retweets    **3** Likes

Tweet your reply

Reply

---

**Search Twitter**

### Relevant people

**Alex Salvatore** 🧑    Follow
@Alexromval
'Nadie puede juzgar desde fuera el amor'

**ori,, ME MUDO**    Follow
@0reocarpenter
aceptando the pains of growing, sabiendo que life goes on⁷ y amando a sabrina carpenter y tom holland

### What's happening

NFL · Yesterday
**Lions at Giants**

Music · Trending
**Lionel Richie**
3,789 Tweets

Trending in United States
**Hive**
50.8K Tweets

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Music · Trending
**#DavidoAt30**
69.7K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**



**Movie Crazy Planet** 🎬 🍿 🎥
@MovieCrazyP

···

Dakota Johnson en el Gucci Love Parade Fashion Show en los Ángeles.



8:50 PM · Nov 3, 2021 · Twitter for Android

**11** Retweets   **43** Likes

 **Tweet your reply**   Reply

## Relevant people

 **Movie Crazy Planet ...**   Follow
@MovieCrazyP

💥 Noticias, tráilers, pósters, los estrenos más recientes de cine, series y televisión. 💥 Síguenos y activa la 🔔 moviecrazyplanet@gmail.com ✉️

## What's happening

NBA · LIVE
**Lakers at Suns**



**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
📽 Promoted by Avatar

Trending in United States   ···
**Erection**
14.3K Tweets

Sports · Trending   ···
**SDSU**
1,586 Tweets

Sports · Trending   ···
**#LALvsPHX**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/aassemblebr/status/1557495030981476352 __ el __ 2022-11-20 23:47:02 -08:00

← **Thread**





Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



**Avengers Assemble BR**
@AAssembleBR
···

📷 Vincent D'Onofrio no set de #Echo.



3:32 PM · Aug 10, 2022 · Twitter for Android

**8** Retweets    **3** Quote Tweets    **95** Likes

💬    🔁    ♡    ⬆️

---



Tweet your reply    **Reply**

**Avengers Assemble BR** @AAssembleBR · Aug 10    ···
Replying to @AAssembleBR

**Avengers Assemble BR** @AAssembleBR · Aug 9
📷 Vincent D'Onofrio no set de #Echo.
Show this thread



💬    🔁    ♡ 5    ⬆️


Perkowski Legal P.C.
@c_perkowski    ···

🔍 Search Twitter

**Relevant people**

**Avengers Assemble BR**    **Follow**
@AAssembleBR
🇧🇷 Fan Account | Sua mais completa
fonte de informações sobre o universo
Marvel no Brasil. Ativem as
notificações!

**What's happening**

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening
Ceremony**



**#Disenchanted** 👩
Original movie now streaming
▶️ Promoted by Disney+

Music · Trending    ···
**#DavidoAt30**
57.2K Tweets

Trending in United States    ···
**Rick Grimes**
22.5K Tweets

Trending in United States    ···
**Maher**
22K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.



← **Tweet**

⟳ @nanfixus Retweeted

**DAKOTA** 💜 💙
@tender_DMJ                                              ...

## Dakota at Barney's New York a concept 💁🏻‍♀️



5:57 PM · Jan 24, 2019 · Twitter for iPhone

**19** Retweets   **1** Quote Tweet   **80** Likes

💬              ⟳              ♡              ⬆️

Ⓟ     Tweet your reply                          Reply

---

🔍 Search Twitter

## Relevant people

@nanfixus                                    Follow
@nanfixus

DJ Fan 🎧 Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🇦🇷

## What's happening

Television · 1 hour ago
**Saturday Night Live airing on
NBC**                                    SATURDAY NIGHT LIVE

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
⏩ Promoted by Uber

Sports · Trending                              ...
**#AEWFullGear**
Trending with Regal, Moxley

Technology · Trending                          ...
**Truth Social**
6,580 Tweets

Sports · Trending                              ...
**PAC 12**
4,028 Tweets

Show more

## Twitter sidebar

🐦

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

Lists

👤 Profile

⋯ More

**Tweet**

Ⓟ Perkowski Legal P.C.          ...
@c_perkowski

Tweet



male celebs
@boysclxb

milo ventimiglia

8:17 PM · May 11, 2022 · Twitter for Android

104 Retweets    8 Quote Tweets    1,740 Likes

Tweet your reply    Reply

CosmicDick @cosmicdicklove · May 12
Replying to @boysclxb
What he doesn't have. twitter.com/cosmicdicklove...

This Tweet is unavailable.

Fluox Trix @TrixFluox · May 12
Replying to @boysclxb
A testa ja ta toda desgastada putz .. aos 40 vai aparecer com 100
1

Whatever @Whateve37309131 · May 12
Replying to @TrixFluox and @boysclxb

Youtuber lifestyle e bem estar ✊
🔗 Photographer · youtube.com/fluoxtrix
Joined April 2022
36 Following  6 Followers
Not followed by anyone you're following

Tweets    Tweets & replies    Media    Likes

Fluox Trix @TrixFluox · 3h
Bruxo ou santo tanto faz o
Importante e respeitar aos outros
E viver bem com a natureza
#wicca #magia #frases  #2022

Fluox Trix Retweeted
o poeta @24horasrap · May 10
O maior inimigo do pensador..

O MAIOR
1

Secrets Of Dumbledore□□□ /*⚡💀🔫 ... @_Potter_Hea... · May 12
Replying to @boysclxb

AWOOGA!
GIF  ALT







## Twitter

**Robert Littal BSO** ✔
@BSO

How Many People Kanye ALLEGEDLY Has Told Pete Davidson Has AIDS in the Hopes the Message Gets to Kim Kardashian and She Breaks Up With Him (Vids-IG-Pics) bit.ly/3rS5YWw via @samuelenoku

7:13 AM · Jan 28, 2022 · BSO Alert

**5** Retweets  **10** Quote Tweets  **12** Likes

Tweet your reply                    Reply

**Christopher Evans** @chrisevans937 · Jan 28
Replying to @BSO
Petty level = 10
❤ 2

**Robert Littal BSO** ✔ @BSO · Jan 28
Replying to @chrisevans937
My guy is HURTING
❤ 3

Show replies

**zaldiv oster** @Zaldiv09 · Jan 28
Replying to @BSO
Manic moods lol

**MakaBELLI** @mrb70 · Jan 28
Replying to @BSO
By any means lol

**Darren** @theDarrenNelson · Jan 28
Replying to @BSO
❤ 2

**Jonathan Vazquez** @Wick_SWayZe · Jan 28
Replying to @BSO
Bro he really losing it over a plastic doll?! Shit is wild
❤ 3

**Richard** 🎧👌🙏 🕊@YungNeptune300 · Jan 28
Replying to @BSO
Kanye trippin he suppose to let her get the AIDS first.

**GAMBLE NYCT DOB** @gamanima · Jan 28
Replying to @BSO
You tell people that you can be sued maybe take off those Batman boots and move on. Those Kardasians must have snatch well at least for all the blk guys. Except for Tristan but then again that's OJ's daughter.

**Uncle Lu** 🇵🇷 @UncleLu85 · Jan 28
Replying to @BSO
Better hope Peterson don't sue for defamation

**Ty** @Ty67521954 · Jan 28
Replying to @BSO
I'm sure Kanye ain't the 1st person that's said this 😂

**Hug**🕊 @HugoLakeshow · Jan 28
Replying to @BSO
lmao what?

Show more replies

**Perkowski Legal P.C.**
@c_perkowski

### Relevant people

**Robert Littal BSO** ✔
@BSO                    Follow
BSO Is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 🍊 AML

### What's happening

NFL · 4 hours ago
49ers at Cardinals

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
⭐ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
6,967 Tweets

Business and finance · Trending
**Chrisley**
26.1K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

https://twitter.com/thiegonovais/status/1495389930415079426 __ el __ 2022-11-22 01:48:00 -08:00 ____ Case 2:22-cv-09462-DMG-ADS Document 1-18 Filed 12/30/22 Page 38 of 101 Page ID #:1692

**Thiego Novais** ✔ @thiegonovais    ···

Na vida eu só queria ser de boa igual o Daniel Radcliffe escolhendo os filmes que ele vai gravar.

Translate Tweet



5:28 AM · Feb 20, 2022 · Twitter for iPhone

**27** Retweets    **4** Quote Tweets    **669** Likes

Tweet your reply                                    Reply

**barbara🎀style AQUI É 🇧🇷 CRLH** @fromthexile · Feb 20    ···
Replying to @thiegonovais
acho que ele tenta tirar a imagem de harry potter mas olhando pra essa foto eu penso "meu deus cara manera na pedra filosofal"
    💬        ♡ 26        ⬆

**ANGEL** @im_your_angel01 · Feb 20    ···
Replying to @thiegonovais
Harry Potter voltando do role em 2022
    💬        ♡ 1        ⬆

**Tiago Oliveira** @tiagoliverg · Feb 20    ···
Replying to @thiegonovais
Os papéis do Daniel são bem peculiares kkkkl
    💬        ♡ 13        ⬆

**bruxa do 13** @Clarulitas · Feb 20    ···
Replying to @thiegonovais
Daniel cristalizinho 🧊🧊🧊
    💬        ♡ 1        ⬆

**Thiago Bertolino** @thbertolino · Feb 20    ···
Replying to @thiegonovais
É o cara mais feliz profissionalmente que existe. Ganhou tudo que tinha pra ganhar em 10 anos, e agora só se diverte com uns filmes tosqueira.
    💬        ♡ 21        ⬆

**VinnyPotter** @VinnyPotter12 · Feb 20    ···
Replying to @thiegonovais
Ele deve escolher os papéis mais por diversão né? Porque ele vai chegar aos 100 anos e não vai ter gasto todo dinheiro que ganhou em Harry Potter.
    💬        ♡ 43        ⬆

**Santhi em situação de vitória** @ASF_Fernandes · Feb 20    ···
Replying to @thiegonovais
Eu olhei rápido e pensei que fosse Tainan, @ca_michelly
    💬 1        ♡ 1        ⬆

---

### Relevant people



**Thiego Novais** ✔
@thiegonovais    Follow
Jornalista e criador do Observatório Potter, o primeiro canal sobre a série Harry Potter do Brasil no YouTube. Desde 2004 informando sobre o Wizarding World.

### What's happening

FIFA World Cup · **LIVE**
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
78.4K Tweets

Trending in United States
**Ole Miss**
Trending with Auburn

Trending in California
**Mexicans**
7,252 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

___ https://twitter.com/filmsbymeche/status/882472401497403394 ___ at ___ 2022-11-20 22:23:52 -08:00 ___

← Tweet



🫶🫶
@filmsbydelrey

···

2 outfit el mismo día 😍😍😍

Translate Tweet



10:33 PM · Jul 4, 2017 · Twitter for Android

🄿 Tweet your reply                                    Reply

**Search Twitter**

**Relevant people**



🫶🫶                                    Follow
@filmsbydelrey
multifandom ✧°.

**What's happening**

NFL · 1 hour ago
**Chiefs at Chargers**


**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Sports · Trending                    ···
**Sean Payton**

Music · Trending                    ···
**#BLACKPINK_WORLDTOUR**
57.3K Tweets

Trending in United States          ···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**


Perkowski Legal P.C.  ···
@c_perkowski

← **Tweet**

**Bishop**
@BlindWanda

Hailee Steinfeld taking a break from filming scenes for Hawkeye in Atlanta, 21-02-2021

#Hawkeye #Marvel #DisneyPlus



2:42 PM · Feb 21, 2021 · Twitter Web App

**85** Retweets   **4** Quote Tweets   **442** Likes

Tweet your reply

Reply

**onsii #polkadotman** @alfonsean · Feb 21, 2021
Replying to @BlindWanda and @CreamOrScream
must be exhausting but other than these shots she's such a ray of sunshine

---

### Relevant people

**Bishop**  Follow
@BlindWanda

Lover of Marvel, DC, Star Wars, Comics, Hailee Steinfeld, BLACKPINK, and many other things (')

### What's happening

Television · LIVE
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**HE'S BACK**
129K Tweets

Music · Trending
**Elton John**
4,428 Tweets

Trending in United States
**Hope Hooker**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Search Twitter

← **Thread**

LG
@EnigmaticGaga                                                                    ···

## LADY GAGA OH MY GOD



8:49 PM · Jan 24, 2022 · Twitter for iPhone

**294** Retweets   **36** Quote Tweets   **1,764** Likes

P  Tweet your reply                                              **Reply**

🧚‍♀️ **heather** 🧚‍♀️🧚 @HeatherG3733 · Jan 25              ···
Replying to @EnigmaticGaga
She is getting younger I swear

**random dude** @0jkidk · Jan 25                               ···
Replying to @EnigmaticGaga
She looks great holy shit

**anney•debbie♡blondie band** @countessgucci · Jan 24        ···
Replying to @EnigmaticGaga
sweet 16
💬 1                              ↻                    ♡ 3

LG @EnigmaticGaga · Jan 24                                    ···
Replying to @countessgucci
she looks so young
💬                               ↻                    ♡ 1

🦋 @pedroiriarte_ · Jan 24                                    ···
Replying to @EnigmaticGaga
the energy that brings me the second pic like so youthful

**Jada**💫⎈ 🏳️ @HausOfJada · Jan 24                           ···
Replying to @EnigmaticGaga
Oh my Gaga A COLLAPSE
💬                               ↻                    ♡ 3

**christmas** 🔥 @softlilworm · Jan 25                        ···
Replying to @EnigmaticGaga
i just know that she wore her hair down bc of all the edited pics of her with
her long hair down to her shoulders lmao
💬                               ↻

Show additional replies, including those that may contain offensive
content                                                        Show

---

### Relevant people

LG                                                    **Follow**
@EnigmaticGaga
fan account

### What's happening

NBA · Yesterday
**Hawks at Cavaliers**

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
📢 Promoted by Avatar

Entertainment · Trending                              ···
**Died Suddenly**
78.2K Tweets

Trending in California                                ···
**Mexicans**
7,160 Tweets

Trending in United States                            ···
**#GMMTV2023**
313K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/dakotajohnsonpt/status/1169072060055709081 __ at __ 2022-11-20 10:27:05 -08:00 __

← **Tweet**


**Dakota Johnson Portugal** ✔
@dakotajohnsonpt

···

Dakota foi fotografada ontem, 03, a chegar num salão de beleza em Los Angeles! #DakotaJohnson

📷 dakotajohnsonportugal.com/galeria/thumbn...

Translate Tweet




7:17 PM · Sep 3, 2019 · Twitter for iPhone

**20** Retweets   **69** Likes

💬          ⟲          ♡          ⬆

P   Tweet your reply                     Reply

🔍 Search Twitter

⌂ Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

### Relevant people


**Dakota Johnson P...** ✔       Follow
@dakotajohnsonpt

A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷: @DJPTMidias | Fã-Clube.

### What's happening

Television · Last night
**Saturday Night Live airing on NBC**

**#Disenchanted** 👸
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending
**Rest in Power**
13.5K Tweets

Entertainment · Trending
**Morgan Freeman**
168K Tweets

Trending in California
**Elton John**
8,414 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

P  **Perkowski Legal P.C.**  ···
@c_perkowski

__ https://twitter.com/cfrvxw/status/1578085982231554049 __ at __ 2022-11-20 14:17:07 -08:00 __

← **Tweet**

 **Christopher**
@cfrvxw                                    ···

#MadameWeb ,en el set de grabación.

(Vía en Instagram Dakota Portugal)



11:13 AM · Oct 6, 2022 · Twitter for iPhone

 Tweet your reply                    Reply

**Relevant people**

 **Christopher**   Follow
@cfrvxw
Feliz, pero no tanto.

**What's happening**

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**


**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

__ https://twitter.com/DiarioTiempo/status/1402838298528206854 __ at __ 2022-11-22 12:52:54 -08:00 __



← **Tweet**

  Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Diario Tiempo, HN**
@DiarioTiempo          ...

bit.ly/3v7D7xi - ¡Adiós Kim! Kanye West celebra su cumpleaños con la bella modelo, Irina Shayk. #EsTiempo #Honduras



9:01 PM · Jun 9, 2021 · Twitter Web App

**4** Likes

💬          🔁          ♡          ⬆️

 Tweet your reply          Reply

**Relevant people**

 **Diario Tiempo, HN**          Follow
@DiarioTiempo
Diario TIEMPO de Honduras. Noticias actualizadas las 24 horas

**What's happening**

FIFA World Cup · 2 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Trending in California          ...
**Mexicans**
17.8K Tweets

Trending in United States          ...
**Giroud**
Trending with  Australia, Mbappe

Betty White · Trending          ...
**Betty White**
2,360 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Tweet**

Perkowski Legal P.C.          ...
@c_perkowski

Case 2:22-cv-09462-DMG-ADS Document 1-18 Filed 12/30/22 Page 45 of 101 Page ID #:1699



← **Tweet**

This Tweet is from a suspended account. Learn more

**Darf Vader** @DarfVader9 · Aug 8
Replying to @MarvelNews4u
This looks like a cw show

💬 1          ♡ 1

Show replies

**TΘNY TΘNE** 7 @DefTones_B · Aug 8
Replying to @MarvelNews4u
Tf is this bruh 💀

💬 1          ♡ 1

**Fahim Al Faisal** @FahimAlFaisal6 · Aug 9
Replying to @DefTones_B
The Hood ?Parker Robbins ?

💬

**FredSan Anderson** 🤬🔫 🌍🌍🌍 @FredAnd06996403 · Aug 9
Replying to @MarvelNews4u
Awesome

💬

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

https://twitter.com/JenniferUpdates/status/1333523730727325793/...3r_2022-11-21 00:30:05 -08:00
Document 1:15    Filed 12/30/22    Page 46 of 101
#1700

### FIRST LOOK at Jennifer Lawrence on the set of Adam McKay's 'Don't Look Up'



1:44 PM · Nov 30, 2020 · Twitter for iPhone

**122** Retweets   **207** Quote Tweets   **1,497** Likes

Tweet your reply                                    Reply

**Jennifer Lawrence Updates** @JenniferUpdates · Nov 30, 2020
Replying to @JenniferUpdates
This marks Jennifer's big return to a film set, more than a year after wrapping up on a a still untitled war drama for A24. #DontLookUp is a Netflix satirical comedy co-starring Leonardo DiCaprio, Rob Morgan, Meryl Streep, Cate Blanchett, Timothée Chalamet and more!
   3                               182

**diana** @_diana67 · Nov 30, 2020
Replying to @JenniferUpdates
@vera92 è tornataaaaa è vivaaaaaa
                            1

**Pheebs** @vera92 · Nov 30, 2020
Replying to @_diana67 and @JenniferUpdates
PIANGO DI GIOIAAAAAAAA LA NOSTRA BIMBAAAA😭😭😍😍😍😍😍

**Show replies**

**valentina** @peakyjenn · Nov 30, 2020
Replying to @JenniferUpdates
their hAIR

*from valentina*

**rut** @drmetriaart · Nov 30, 2020
Replying to @JenniferUpdates
E ELA CARALHO
                            

**Michael Powell** @Michael30323853 · Nov 30, 2020
Replying to @JenniferUpdates
Wow ! Is She Emulating Emma ?
                            

**ax** @aldrin_ax · Nov 30, 2020
Replying to @JenniferUpdates
Hair 😭😭😭
                            

**Meleth en Gilith** 💖💜 @MrsColgateTotal · Nov 30, 2020
Replying to @JenniferUpdates
She's back😍
                            

**Diva** @flyingcamet_ · Nov 30, 2020
Replying to @JenniferUpdates
THE HAIR
                            

**Raul Velasco** @RaulW653826386 · Dec 6, 2020
Replying to @JenniferUpdates
Is this Jennifer Lawrence what up how you been love I miss you we haven't talked for a few days ready to talk
                            

**mila ☪** @just4min0r · Dec 1, 2020
Replying to @JenniferUpdates
the hair omG IM SO EXCITEDDD
                            

**alexa hugged louis ☹** @itsalexaloz · Nov 30, 2020
Replying to @JenniferUpdates
the hair omg
                            

**James kirkpatrick** @jmk61676_james · Nov 30, 2020
Replying to @JenniferUpdates
Kills me she has a Michigan state hoodie on
                            

**Peperoncino** @posimalo03 · Nov 30, 2020
Replying to @JenniferUpdates

https://twitter.com/BRMarvelNews/status/1380261439759238655 _ _el_ _ 2022-11-21 09:50:30 -0800
Case 2:22-cv-09462-DMG-ADS   Document 1-18   Filed 12/30/22   Page 47 of 101   Page ID
#:1701

← **Tweet**

**Marvel News**
@BRMarvelNews

🚨 Alaqua Cox (Echo) e o Fra Fee (Palhaço) aparecem em novas imagens do set de #Hawkeye (via. JustJared).

Translate Tweet



1:49 PM · Apr 8, 2021 · Twitter Web App

**31** Retweets  **12** Quote Tweets  **391** Likes

Tweet your reply

**Reply**

**wanda 🤍** @c0oments · Apr 8, 2021
Replying to @BRMarvelNews
Gente eles não vão adaptar a marca no rosto dela ?
💬 1                    ♡ 1

**J.V.R. ♟️ 🇪🇸** @gailanunes22 · Apr 8, 2021
Replying to @c0oments @C0m3Ntand0 and @BRMarvelNews
Talvez ela ganhe durante a série

**vini** @evertrench · Apr 8, 2021
Replying to @BRMarvelNews
nossa que palhaço hein...

This Tweet is from a suspended account. Learn more

**Lucas🏴‍☠️** @Lucas_hsantoss · Apr 8, 2021
Replying to @TFMachado and @BRMarvelNews
Pior kkkkk

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**DD🍿** @DDWV2077 · Apr 8, 2021
Replying to @MSpector_JM and @BRMarvelNews
No that's clown

Show additional replies, including those that may contain offensive content        Show

---

🐦

Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

---

🔍 Search Twitter

**Relevant people**


**Marvel News**          **Follow**
@BRMarvelNews
Conta de fã dedicada ao Universo
Marvel 🇧🇷 Contato:
marvelnewsbr@outlook.com

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Sports · Trending
**Billy Wagner**

Trending in United States
**Mendy**
16.8K Tweets

Trending in United States
**Senegal**
Trending with De Jong, #SENNED

Trending in California
**Dodger Stadium**
14.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.**   ...
@c_perkowski



WRLD ✓
@wrld_mag

🚨 A$AP Rocky et Rihanna étaient au studio ensemble
cette nuit !

Ils ont été aperçu en train de le quitter.

Translate Tweet

6:18 AM · Jul 8, 2021 · Twitter for iPhone

168 Retweets    50 Quote Tweets    1,659 Likes

Tweet your reply                                          Reply

DADDY PLUTO  @Satan10447538 · Jul 8, 2021        · · ·
Replying to @wrld_mag
Ptite visite , tuer l'ennuie même si ils s'ennuient pas eux

Groupe Achour  @GroupeAchour · Jul 8, 2021        · · ·
Replying to @wrld_mag
Deux finito
                 1          17          ♡          ⬆

ATL TRAE ✓ 🌍 @Laflame_World · Jul 8, 2021        · · ·
Replying to @GroupeAchour @Centxx0 and @wrld_mag
Oh le mensonge
                              17 57      ♡          ⬆

b  @babouwithlove · Jul 8, 2021        · · ·
Replying to @wrld_mag
Fashion Killa

GIF  ALT
                              ♡ 11      ⬆

Volentxn  @NotValentin_ · Jul 8, 2021        · · ·
Replying to @wrld_mag
Pour y aller avec Rihanna y'a du monde mais pour faire le Feat avec Tyler ça
lâche des vues ....
                 17          ♡ 3        ⬆

shadow  @fs00237 · Jul 8, 2021        · · ·
Replying to @wrld_mag
C sur que c'était pour se faire soulever sa table de mixage rien à voir avec
la musique
                              ♡ 60      ⬆

Skyoff  @Skyoff29 · Jul 8, 2021        · · ·
Replying to @wrld_mag
Ils vont parler de comment un videur de boîte les a refusé de rentrer
                 17          ♡ 2        ⬆

Skyoff  @Skyoff29 · Jul 8, 2021        · · ·
Replying to @Skyoff29 and @wrld_mag
En boîte

noah  @noahclemen · Jul 8, 2021        · · ·
Replying to @wrld_mag
D'accord
                              ♡          ⬆

Doggfather  @yoraaammm · Jul 8, 2021        · · ·
Replying to @wrld_mag
eux la seulement on sait que c'est pas son ils sont parti faire 😂

Coralie  @coraliechino · Jul 8, 2021        · · ·
Replying to @wrld_mag
oh la classique en vue
                              ♡ 1        ⬆

This Tweet was deleted by the Tweet author. Learn more

@  @leninjasasnet · Jul 9, 2021        · · ·
Comment sa « elle »
                              ♡          ⬆

ATL TRAE ✓ 🌍 @Laflame_World · Jul 8, 2021        · · ·
Replying to @wrld_mag
On oublie pas qu'il a abandonner Tyler...
                 1          17 3        ♡ 47      ⬆

This Tweet is on a suspended account. Learn more

Show replies

Relevant people

WRLD ✓
@wrld_mag                    Follow
🇺🇸🇫🇷 | Média US/FR | Actualités |
Vidéos | Interviews

What's happening

FIFA World Cup · 2 hours ago
Mexico vs Poland

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in California
Mexicans
16.9K Tweets

Betty White · Trending
Betty White
2,246 Tweets

Celebrities · Trending
Anthony Mackie

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

# Tweet



**Infos Séries**
@InfosSeriesFR

···

## #PHOTOS Vanessa Hudgens à l'ouverture de l'hôtel Hard Rock



3:50 AM · May 13, 2022 · Twitter for iPhone

**21** Retweets   **239** Likes

💬         🔁         ♡         ⬆



**Tweet your reply**     Reply

**Obi-Wan** @Doctavius94 · May 14
Replying to @InfosSeriesFR
🥰

💬         🔁         ♡         ⬆

---

## Sidebar

🔍 Search Twitter

### Relevant people

**Infos Séries**
@InfosSeriesFR     Follow

Bienvenue sur votre source française sur toutes vos séries, films et stars préférées
contact:Lnfosseriesfrpro@gmail.com
@dianemarchetti1 &
@jeannepchll

### What's happening

FIFA World Cup · LIVE
**Senegal vs Netherlands**



Trending in California
**Dodger Stadium**
13.8K Tweets                    ···

Sports · Trending
**Maguire**
123K Tweets                     ···

Family drama · Trending
**#GTMcontest2**                ···

Trending in United States
**Países Bajos**
28.3K Tweets                    ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Left navigation

🐦

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**





Case 2:22-cv-09462-DMG-ADS    Document 1-18    Filed 12/30/22    Page 52 of 101    Page ID
#:1706

← **Tweet**



Andy Vermaut
@AndyVermaut

···

Inside Katy Perry's First Birthday Celebration Since
Becoming a Mom to Daughter Daisy

eonline.com/news/1202318/i...



7:24 PM · Oct 26, 2020 · dlvr.it

                  

Tweet your reply

Reply




Perkowski Legal P.C.
@c_perkowski    ···

  Search Twitter

**Relevant people**

  **Andy Vermaut**   Follow
@AndyVermaut

Linked to WCPDCD, EADM,
POSTVERSA, AIDL, EUtoday, ActNow
for C, People Forests, Fundamental
rights, Whatsapp +32499357495

_ https://twitter.com/miuccIamuse/status/151809907026652277745 _ el _ 2022-11-21 22:56:58 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 1-18   Filed 12/30/22   Page 53 of 101   Page ID
#:1707



**Tweet**

taylor russell's whore
@MIUCCIAMUSE

oh she knows she's eating this vivienne look up



10:26 PM · Apr 23, 2022 · Twitter for iPhone

**492** Retweets   **30** Quote Tweets   **8,273** Likes

Tweet your reply                    Reply

Helena @_helenalopes_ · Apr 24
Replying to @MIUCCIAMUSE
Are the boots from them too?
♡ 1

blumarine whore @angel_kween69 · Apr 24
Replying to @MIUCCIAMUSE
she is the vw queen
♡ 2

🦋 @kayszn · Apr 23
Replying to @MIUCCIAMUSE
Eats up every look
♡ 1

DeadPoolzNutz @deadpoolznutz · Apr 28
Replying to @MIUCCIAMUSE
Look up in the sky, it's a bird, it's a plane
Nah, it's just me, ain't a damn thing changed
Live in hotels, swing on plane
Blessed to say, money ain't a thing

❄ ⋆ ☀ ❄ ✦ ✧ @BLUCRIZ · Apr 24
Replying to @MIUCCIAMUSE
she eats everything

Perkowski Legal P.C. ···
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Search Twitter

**Relevant people**

taylor russell's whore          Follow
@MIUCCIAMUSE
it girl in training • hf twt • she/her •
fan account

**What's happening**

NCAA Men's Basketball · 5 hours ago
Bears at Seminoles

Entertainment · Trending
Died Suddenly
70.6K Tweets

Trending in United States
Carr
17.1K Tweets

Trending in United States
Safaree

Trending in California
Mexicans
6,424 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/kelliioliviafans/status/1519511509797330944 __ at __ 2022-11-21 22:22:14 -08:00



**nate d**
@KelliOliviaFans · · ·

Olivia Rodrigo



7:59 PM · Apr 27, 2022 · Twitter for Android

**20** Retweets   **181** Likes

Tweet your reply                                    Reply

---

Q Search Twitter

**Relevant people**



**nate d**                                    Follow
@KelliOliviaFans

A multi-fandom account of talented
actresses but of many Disney and
Nickelodeon actresses.

**What's happening**

NFL · 2 hours ago
**49ers at Cardinals**

Entertainment · Trending                      · · ·
**Died Suddenly**
68.1K Tweets

Sports · Trending                             · · ·
Ty Lue

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**


**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/bso/status/1361454500725329921 __e/_____2022-11-22 08:50:04 -08:00

← **Tweet**

Robert Littal BSO ✔
@BSO                                                                          ···

How Dr. Dre Was Trying to Keep His New Relationship Apryl Jones With Lowkey & Away From His Wife Who is Trying to Break The Prenup, But How Jones' Friend Leaked The News (Video) bit.ly/3u3gPx5 via @NathanAddison24



3:17 PM · Feb 15, 2021 · BSO Alert

2 Retweets    2 Quote Tweets    4 Likes

💬         🔁         ♡         ⬆️

Perkowski Legal P.C.          ···
@c_perkowski

Ⓟ    Tweet your reply                    Reply

PierréG ✔ @PierreHoward · Feb 15, 2021          ···
Replying to @BSO
Choose the messiest female on the Western Hemisphere
💬         🔁         ♡         ⬆️

DevinATL💯💯💯 ✔ @Blac_Knight007 · Feb 15, 2021          ···
Replying to @BSO
First of all why did he start dating this chic before the divorce is final. Now he's gotta worry about the wife trying to get even more in prenup. 🤦🏿‍♂️
💬         🔁         ♡ 1         ⬆️

joe brown @faustjoe · Feb 15, 2021          ···
Replying to @BSO
Dude just had a brain aneurysm a few weeks ago now he is on a date. And I perfectly healthy and can't find a good woman
💬         🔁         ♡         ⬆️

Terry Gomez @TerryGomezLV · Feb 15, 2021          ···
Replying to @BSO
Looks like Dre may be trading one problem for another
💬         🔁 2         ♡ 2         ⬆️

October's Finest! @Bighempin · Feb 15, 2021          ···
Replying to @BSO
Tiddies out damn!!
💬         🔁         ♡         ⬆️

🔍 Search Twitter

**Relevant people**

Robert Littal BSO ✔          Follow
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**What's happening**

Sports · LIVE
2022 FIFA World Cup

#AvatarTheWayOfWater🧑‍🦳
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States          ···
Died Suddenly
103K Tweets

Trending in United States          ···
Argentina
Trending with #FIFAWorldCup 🏆 , Herve Renard

Trending in United States          ···
#السعودية_الارجنتين
1.21M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/misslefroy/status/1402080101548437505 __ at __ 2022-11-21 19:52:07 -08:00

Case 2:22-cv-09462-DMG-ADS    Document 1-18    Filed 12/30/22    Page 56 of 101    Page ID #:1710

← **Tweet**

**grace dante**
@misslefroy                                          ⋯

### henry golding and dakota johnson i agree



5:05 AM · Jun 10, 2021 · Twitter for Android

**45** Retweets    **6** Quote Tweets    **398** Likes

💬                    🔁                    ♡                    ⬆️

   Tweet your reply                           Reply

**Ana Lúcia** @AnaLuci07870029 · Jun 10, 2021    ⋯
Replying to @misslefroy
Lindo bebê 😍

💬          🔁          ♡ 1          ⬆️

**ke** @mrobb1e · Jun 10, 2021                    ⋯
Replying to @misslefroy
i totally agree

💬 1          🔁          ♡ 1          ⬆️

**grace dante** @misslefroy · Jun 11, 2021        ⋯
Replying to @mrobb1e and @adorehems
🤗🤗

💬          🔁          ♡          ⬆️

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski                    ⋯

---

Search Twitter

### Relevant people

   **grace dante**                 Follow
@misslefroy
"Il fiore che sboccia nelle avversità è il
più raro e il più bello di tutti" 🥀 fan
account

### What's happening

Music · LIVE
**Fans celebrate Kihyun's birthday**
🎉

Entertainment · Trending                 ⋯
**Died Suddenly**
55.5K Tweets

Trending in California                    ⋯
**Dodger Stadium**
11K Tweets

Sports · Trending                         ⋯
**#NJDevils** 🚀
4,051 Tweets

Sports · Trending                         ⋯
**Rudy Gobert**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

__ https://twitter.com/AndyVermaut/status/1316092985914785792 __ at __ 2022-11-19 19:24:29 -08:00 __

← **Tweet**

 **Andy Vermaut**
@AndyVermaut

...

Here's Proof Megan Fox and Machine Gun Kelly See Themselves as "Life Partners"
eonline.com/news/1197758/h...



12:06 PM · Oct 13, 2020 · dlvr.it

💬          ⟲          ♡          ⬆

 Tweet your reply                    Reply

**Search Twitter**

**Relevant people**

 **Andy Vermaut**          Follow
@AndyVermaut

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights, Whatsapp +32499357495

 **Perkowski Legal P.C.**  ...
@c_perkowski

### Home

### Explore

### Notifications

### Messages

### Bookmarks

### Lists

### Profile

### More

**Tweet**

← **Tweet**

🔍 Search Twitter

🏠 Home

\# Explore

🔔 Notifications ¹

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

 **Dakjfan**
@dakjfan                                                          ···

#Madameweb I can't wait for this Movie!!😲🥳
#DakotaJohnson



10:40 AM · Oct 6, 2022 · Twitter for Android

**2** Retweets    **29** Likes

💬        ⟲        ♡        ⬆

Ⓟ    Tweet your reply                              **Reply**

**Relevant people**

 **Dakjfan**    **Follow**
@dakjfan

DAKOTA JOHNSON FAN❤❤ I Love
astronomy 💜 FAN ACCOUNT ✨
Dakota Johnson ✨ ✨Chris Martin✨

**What's happening**

FIFA World Cup · 3 hours ago
**World Cup Qatar 2022: Opening
Ceremony**



**#Disenchanted** 🧙
Original movie now streaming
🅟 Promoted by Disney+

Trending in California                                   ···
**Shakira**
111K Tweets

Trending in United States                              ···
**Rest In Peace**
47.5K Tweets

Entertainment · Trending                               ···
**Morgan Freeman**
186K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**    ···
@c_perkowski

← **Tweet**



**@nanfixus**
@nanfixus

···

Babe 😍😍😍



5:58 PM · Oct 11, 2018 · Twitter for Android

**5** Retweets   **16** Likes

Q Search Twitter

**Relevant people**



**@nanfixus**
@nanfixus

Follow

DJ Fan 🎵 Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🇦🇷

**What's happening**

NFL · 21 minutes ago
**Chiefs at Chargers**



**#Disenchanted** 👸
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**#dantherizzler**
1,105 Tweets

···

Trending in United States
**#AMAs**🔥
Trending with soobin, yeonjun

···

Trending in United States
**Bob Iger**
Trending with Chapek, Disney

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Tweet your reply   Reply



Perkowski Legal P.C.
@c_perkowski   ···

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**


**Perkowski Legal P.C.**   ...
@c_perkowski

__ https://twitter.com/Dakoholics/status/1198890078027183104 __ at __ 2022-11-19 23:06:04 -08:00 __

← **Tweet**



**Dakota Johnson Daily**
@Dakoholics                                                    ···

Girls 🌻




1:04 AM · Nov 25, 2019 · Twitter for Android

**11** Retweets   **1** Quote Tweet   **57** Likes

💬              ⇄              ♡              ⬆

P    Tweet your reply                          Reply

## Search Twitter

### Relevant people

**Dakota Johnson Daily**          Follow
@Dakoholics

Fan account dedicated to actress, activist, director and producer Dakota Johnson.

### What's happening

Television · 3 hours ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Politics · Trending                          ···
**HE'S BACK**
152K Tweets

Sports · Trending                          ···
**Pasadena**
1,588 Tweets

Jungkook · Trending                          ···
**jungkook**
1.62M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**



**Perkowski Legal P.C.**          ···
@c_perkowski



Rihanna Navy Brasil | Fan Account
@RNavyBrazil

Você acredita em milagres, fenty?

Rihanna e A$ap Rocky foram vistos saindo de um estúdio de gravação ontem a noite em Nova York. 🎤

Translate Tweet

8:57 AM · Aug 25, 2022 · Twitter for iPhone

196 Retweets    255 Quote Tweets    2,494 Likes

Tweet your reply                                    Reply

Dracarys @baunilhadourada · Aug 25
Replying to @RNavyBrazil
N qria falar n, mas a vida da nossa deusa agora se resume a ficar atrás desse macho...Q fase viu

thalia VIU DEMI 🍂 @dontfallinline · Aug 25
Replying to @RNavyBrazil
ela indo ver ele gravar 😍

millionária, mas não de dinheiro @dandaranunez · Aug 25
Replying to @RNavyBrazil
Era o A$ap gravando o novo álbum dele

a tal da anny @ataldaanny00 · Aug 25
Replying to @RNavyBrazil
Mds, como pode essa safada agredir tanto a lei da física 🙏

moreninhodejp 👸🏽 @Putzfenty · Aug 25
Replying to @RNavyBrazil
Ela acompanhando ele gravar o álbum dele 😂😂😂😂😂

Gustavo Freitas @gustavodfre · Aug 25
Replying to @RNavyBrazil
Ela passa pela grade de propósito, não é possível.

Camila @camiirrado · Aug 25
Replying to @gustavodfre and @RNavyBrazil
Jesus andou sobre as águas tal qual Riri anda de salto sobre as grades

Tom @Suicidefrutaxx · Aug 25
Replying to @RNavyBrazil
O nome da música é Dream

Pois vai acontecer somente em nossos sonhos

filhinho de MaxTul @ManuRossi · Aug 25
Replying to @RNavyBrazil
Realidade: A$ap gravando

MilPrazeres @MilPrazeris · Aug 25
Replying to @ManuRossi and @RNavyBrazil
Eu tava com o dedinho ja digitando isso kkk

Show replies

2° Ministro do Tribunal de Hala @henvikson · Aug 25
Replying to @RNavyBrazil
ela foi conhecer como funciona um estúdio de gravação

@apolo_ul · Aug 25
Replying to @RNavyBrazil
Ai que n0 seja album em conjunto.. Ngm pediu

Luanna 🐝 @thequeenNafel · Aug 25
Replying to @RNavyBrazil
ele tá com colete a prova de balas??? 🤔🤔🤔

SATURada @pcan4host · Aug 26
Replying to @RNavyBrazil

← **Tweet**

**1D Updates**
@Live1DNews

···

📸| Harry on the set of 'Don't Worry Darling' recently

(Via @HLDHQs)



3:01 PM · Feb 1, 2021 · Twitter for iPad

**9** Likes

P  Tweet your reply    Reply

---

**Q** Search Twitter

**Relevant people**

**1D Updates**    Follow
@Live1DNews
1D Updates. Paul, Andy, and more follow!

**HLDHQs**    Follow
@HLDHQs
We do not claim ownership of anything posted. Content owners, please DM for content removal.

**What's happening**

NFL · 2 hours ago
**Jets at Patriots**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Sports · Trending    ···
**Jeff Saturday**
5,751 Tweets

Sports · Trending    ···
**Trenton Irwin**

Sports · Trending    ···
**Chandler Jones**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

P  **Perkowski Legal P.C.**    ···
@c_perkowski

__ https://twitter.com/DakoholicsArg/status/1556046205821542408 __ at __ 2022-11-19 19:52:21 -08:00 __

← **Tweet**



**Dakota Johnson Argentina**
@DakoholicsArg                                          ...

Nuevas fotos de Dakota durante las grabaciones de
#MadameWeb hoy (6/8) en Boston, Massachusetts.
#DakotaJohnson

Translate Tweet



3:35 PM · Aug 6, 2022 · Twitter for iPhone

**13** Retweets    **48** Likes



💬            🔁            ♡            ⬆

 Tweet your reply                              Reply

## Relevant people

  **Dakota Johnson Arge...**    Follow
@DakoholicsArg

Tu mejor y más actualizada fuente de
noticias e informacion sobre la actriz,
modelo, activista, productora y
directora Dakota Johnson en
Argentina.

## What's happening

Television · LIVE
**Saturday Night Live airing on
NBC**                                         

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
▣ Promoted by Uber

Trending in United States                          ...
**HE'S BACK**
130K Tweets

Sports · Trending                                  ...
**Jamie Hayter**
1,361 Tweets

Trending in California                             ...
**Andrew Tate**
29K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/mileyupdates/status/1227772470947687970 __ at __ 2022-11-22 00:39:46 -08:00 __

← **Tweet**

This Tweet is from a suspended account. Learn more



**ILOVEMILEYCYRUS** 🖤 @SmilerDiary · Feb 13, 2020
Replying to @MileyUpdates
Ily miley

# Home

# Explore

Notifications

Messages

← **Tweet**



  Search Twitter

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Geek Central**
@SpidermanWay

I think this is the villain in madame Web



10:19 AM · Oct 6, 2022 · Twitter for Android



  Tweet your reply          Reply

**Relevant people**

  **Geek Central**                    Follow
                    @SpidermanWay
                    Marvel, DC, Star Wars Fan

**What's happening**

Formula 1 · 5 hours ago
**Abu Dhabi Grand Prix 2022**



Perkowski Legal P.C.
@c_perkowski

https://twitter.com/cenayang/film/status/1379845600341430037    2021-11-22 19:46:55:00:00   Document 1-18   Filed 12/30/22   Page 67 of 101   Page ID #:3722
ATTN: NO-ADS   NO ADS



Cenayang Film
@CenayangFilm

The first look at The CW's 'POWERPUFF GIRLS' series.

(Sumber divr.it/RxCH3f)

4:54 PM · Apr 7, 2021 · Twitter for Android

75 Retweets   106 Quote Tweets   180 Likes

Tweet your reply

Relevant people

Cenayang Film
@CenayangFilm
Satu-satunya akun film yang pernah ngobrol sama Ve, di-reply Shani, di-like Elon Musk, dan di-suspend Twitter TIGA kali. Email: mbahcenayang at gmail dot com

What's happening

FIFA World Cup · 3 hours ago
Mexico vs Poland

#AvatarTheWayOfWater
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in California
Mexicans
19.3K Tweets

Trending in California
Lucas
101K Tweets

Trending in United States
Hooters
6.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

# Tweet


@empirekendall

...

## mother and child



11:06 AM · Nov 9, 2020 · Twitter for iPhone

**32** Retweets    **2** Quote Tweets    **385** Likes




Tweet your reply                                    Reply

### Search Twitter

## Relevant people


@empirekendall                    Follow
all things kendall jenner • fan page

## What's happening

FIFA World Cup · LIVE
**USA vs Wales**



Trending in California                    ...
**Telemundo**
7,419 Tweets

Trending in United States                ...
**1-0 USA**
18K Tweets

Trending in United States                ...
**Hive**
114K Tweets

Music · Trending                         ...
**Ciara**
12.8K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.    ...
@c_perkowski

https://twitter.com/Dakoholics/status/10886617919562588817 _ et _ 2022-11-21 12:25:53 -08:00

← **Thread**



**Dakota Johnson Daily**
@Dakoholics

New pictures of Dakota at Barneys New York in Beverly Hills - January 24. #DakotaJohnson



Dakota Johnson Brasil

8:56 PM · Jan 24, 2019 · Twitter for Android

**38** Retweets   **3** Quote Tweets   **218** Likes



Tweet your reply   Reply

**Dakota Johnson Daily** @Dakoholics · Jan 25, 2019
Replying to @Dakoholics
#DakotaJohnson



1   16   92

**vickiel2r** @Alive_USTx · Jan 24, 2019
Replying to @Dakoholics @liissett_ and @DakotaJBRA
She should be in Park City, Utah Sundance Festival for Wounds world premiere on Saturday Jan. 26th.

Perkowski Legal P.C.
@c_perkowski

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Q Search Twitter

**Relevant people**



**Dakota Johnson Daily**   Follow
@Dakoholics
Fan account dedicated to actress, activist, director and producer Dakota Johnson.

**Dakota Johnson Brasil**   Follow
@DakotaJBRA
Sua primeira, maior e melhor fonte sobre a atriz e produtora Dakota Johnson no Brasil. E-mail para contato: contato@dakotajohnsonbrasil.com

**What's happening**

FIFA World Cup · LIVE
USA vs Wales

Trending in United States
$TSLA
15.2K Tweets

Entertainment · Trending
julia fox
6,026 Tweets

Trending in United States
#StuffingFails

Trending in California
LETS GOOOOOO
3,192 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/thai_superhero/status/1556770423798644736 __ at __ 2022-11-21 20:25:26 -08:00

← Tweet

 สมาคม Superhero
@Thai_SuperHero

···

ภาพแรกของเกราะ Ironheart จากกองถ่าย #ironheart @disneyplusth



3:32 PM · Aug 8, 2022 · Twitter for iPhone

**19** Retweets   **35** Likes

Search Twitter

**Relevant people**

 สมาคม Superhero    Follow
@Thai_SuperHero

สมาคมของกลุ่มบุคคลผู้ชื่นชอบซุปเปอร์
ฮีโร่ในประเทศไทย // Twitter อย่างเป็น
ทางการของ 'สมาคมผู้ชื่นใดล์
SuperHero' *ถามข้อมูลหนัง/Comic ต่างๆ
ใน DM ได้เลยจ้า*

 DisneyPlusTH ✓    Follow
@disneyplusth

⊘ Official

โลดแล่นสู่จินตนาการไม่รู้จบ ดิสนีย์พลัส
ฮอตสตาร์ ประเทศไทย สตรีมได้เลยวันนี้
เพียง 799 บาทต่อปี พร้อมแพคเกจพิเศษ
สำหรับลูกค้า AIS #DisneyPlusHotstarTH

**What's happening**

Television · 23 minutes ago
**WWE Monday Night RAW airing on USA**



Entertainment · Trending
**Died Suddenly**
58.1K Tweets

Sports · Trending
**Jason Robertson**

Trending in United States
**#ItOughtToBeACrimeTo**

Entertainment · Trending
**Sinbad**
6,804 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Tweet your reply    Reply

https://twitter.com/hdk_Cc122d&fxml2v731349058386256004_...   2021-11-19 18:00:35, 19:30   Documents 1.18   Filed 1/20/2022   Page 71 of 101   Page ID
#:1234            Documents 1.18   Filed 1/20/2022   Page 71 of 101   Page ID



__ https://twitter.com/dstellamaxwell/status/1321379630255902720 __ at __ 2022-11-21 08:05:23 -08:00

🔍 Search Twitter

**Stella Maxwell**
@dstellamaxwell

···

Stella ⭐



2:13 AM · Oct 28, 2020 · Twitter for Android

**6** Retweets  **2** Quote Tweets  **57** Likes

💬   🔁   ♡   ⬆

🅿  Tweet your reply                    **Reply**

**Stella Maxwell** @dstellamaxwell · Oct 28, 2020   ···
Replying to @dstellamaxwell
Stella ⭐



💬 1      🔁 3      ♡ 38      ⬆

**Relevant people**

**Stella Maxwell**      **Follow**
@dstellamaxwell
This account, dedicated to beautiful
Stella Maxwell. #Stellars 🦋

**What's happening**

FIFA World Cup · **LIVE**
**Senegal vs Netherlands**

Sports · Trending                    ···
**Charles Barkley**
2,420 Tweets

Trending in California              ···
**Dodger Stadium**
13.7K Tweets

Entertainment · Trending            ···
**Kang**
46.4K Tweets

Trending in United States           ···
**Colorado Springs**
527K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**   ···
@c_perkowski

← **Thread**

**Spider-Man News** ···
@SpiderMan3news

**New Madame web set photos and holy shit**



10:17 AM · Oct 6, 2022 · Twitter for Android

**566** Retweets   **276** Quote Tweets   **8,368** Likes

Spider-Man News @SpiderMan3news · Oct 6 ···
Replying to @SpiderMan3news

Marvel News @ElfMarvelNews · Oct 6
Alô? Novas imagens das gravações de #MadameWeb confirma a existência da versão do Homem-Aranha no filme.

2   10   156

goingoutofbusiness @Bigwhoaaaong · Oct 6 ···
Replying to @SpiderMan3news
Nigga is that kick ass playing kaine ????

1   11   28

Amari @Amari02794099 · Oct 6 ···
Replying to @Bigwhoaaaong and @SpiderMan3news
No its Tahar Rahim and he's playing a multidimensional villain named Ezekiel Sims, who's main motivation (in the movie) is to stop Peter Parker from ever being born.

11   11

ansonchow2016 @hei_anson · Oct 6 ···
Replying to @SpiderMan3news
What are they trying to do 😭

11   22

BigDeePee @TrustMeBro18 · Oct 6 ···
Replying to @SpiderMan3news

BigDeePee @TrustMeBro18 · Oct 6
Tahar Rahim as Ezekiel Sims?
#MadameWeb

1   1   22

Alan @pediashore11 · Oct 6 ···
Replying to @SpiderMan3news
I don't want to be one of those ppl but my honest impression is that it looks nothing like a blockbuster superhero movie. Then I looked at who is making the film: a TV director and the writers of Morbius, I guess Madame Web isn't important enough to be in more experienced hands

5   6

Moon 7 @MoonMiner_ · Oct 6 ···
Replying to @SpiderMan3news
Someone explain

1   7

Dark_Design @Dark_Design_86 · Oct 6 ···
Replying to @SpiderMan3news
Kaine is a clone of Peter Parker. And therefore Another version of Spider Man. This one however is more of an Anti Hero rather than a Hero.

In a series of Spider Man comics known as the Clone Saga.

2   43

LinkToWorlds @AlexTweetsHere · Oct 6 ···
Replying to @SpiderMan3news
Can anyone name the character in these screenshots or is everything uncertain

2   70

Todo Dia Shots Perfeitos @Perfectshots247 · Oct 6 ···
Replying to @AlexTweetsHere and @SpiderMan3news
Probably Kaine, the second Scarlet Spider and another clone of Peter Parker.

1   118

Johnny T Zone (Wakanda Forever- out n... @WakandaBle... · Oct 6 ···
Replying to @SpiderMan3news
Don't tell me that's Miles 😭 Race swapping him would be the worst decision Sony to do but it would also be something Sony would do. I hope it's just a Spider-Man variant and his costume is just black.

23   100

Spider Reject @RS_Art2420 · Oct 6 ···
Replying to @SpiderMan3news
This movie isn't going to be good

3   100

Eric Gallegos @GeekInSneaks23 · Oct 7 ···
Replying to @SpiderMan3news

https://twitter.com/SiteBastidores4/status/1529572419900357...17 __ et __ 2022-11-21 15:50:32 -08:00



← **Tweet**

**Bastidores** 🎬
@SiteBastidores4                                                    ···

CGI pra quê?

Imagens diretamente do set de gravação de
#BesouroAzul revela traje do personagem.

Translate Tweet



2:17 PM · May 25, 2022 · Twitter for Android

**10** Retweets   **90** Likes

---

 Tweet your reply                              Reply

**Rodrigo Vieira** 💰 @Rodrigo_relamp · May 25        ···
Replying to @SiteBastidores4
tá igual dos quadrinhos perfeito

💬            🔁            ♡ 2            ⬆️

**BLACK KNIGHT** @_zrodrigo · May 25               ···
Replying to @SiteBastidores4
Assim já tá perfeito, imagine com a pós produção 😌



💬            🔁            ♡ 4            ⬆️

## Left Sidebar

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

**Perkowski Legal P.C.**           ···
@c_perkowski

## Right Sidebar

🔍 Search Twitter

### Relevant people



**Bastidores** 🎬
@SiteBastidores4                    Follow

Conta oficial do site Bastidores:
Cinema, Games, Televisão, Livros e
Cultura Pop em um só lugar | ✉️
email: matheus@nosbastidores.com.br

### What's happening

FIFA World Cup · This afternoon
**England vs Iran**

Entertainment · Trending        ···
**Chrisley**
3,918 Tweets

Trending in United States        ···
**HOW IS THAT NOT A YELLOW**
1,479 Tweets

Trending in United States        ···
**Trent Reznor**
11.3K Tweets

Trending in United States        ···
**Iran**
Trending with England

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/StiviDeTivi/status/132636261000723669 __ el __ 2022-11-22 15:48:44 -08:00

← **Tweet**

**Stivi De Tivi** ✓
@StiviDeTivi

Primeras imágenes del reboot de la serie #GossipGirl que prepara #HBOMax . Me encanta ver ahí a #ZionMoreno .

Translate Tweet



7:14 PM · Nov 10, 2020 from Coyoacán, Distrito Federal · Twitter for iPhone

**6** Retweets  **8** Quote Tweets  **55** Likes

Tweet your reply                                    Reply

**Carlos Miramontes** @CarlosAlonsoSM · Nov 10, 2020
Replying to @StiviDeTivi
¿Habrá reboot de Gossip Girl Acapulco? 😂
                                    1

**Eduardo Gutiérrez Borges** ✓ @YayoGutierrez · Nov 10, 2020
Replying to @StiviDeTivi
Espera, ¿esa güera es la de 'Doctor Sleep'?
                                    9

**Stivi De Tivi** ✓ @StiviDeTivi · Nov 10, 2020
Replying to @YayoGutierrez
Justo es ella, #EmilyAlynLind. Es la protagonista.

SH*T

                                    2

**Karely** ⚡ @karelysmusic · Nov 10, 2020
Replying to @StiviDeTivi @ezamudior

**Its me, im the problem.** @mcbrendah · Nov 10, 2020
Replying to @StiviDeTivi @melinabirds
                                    1

**Pumpkin Pie** 🥧🎃🙌🏻 @melinabirds · Nov 10, 2020
Replying to @mcbrendah and @StiviDeTivi
•• omg

**Carlos M. Valdivia R** @carlosvalrom · Nov 10, 2020
Replying to @StiviDeTivi
Renunció a control z por irse a eso?
                                    2

Search Twitter

**Relevant people**

**Stivi De Tivi** ✓          Follow
@StiviDeTivi
Stivi De Tivi (Enrique Solorzano). AMO las series y el cine. Me encuentras en radio, TV, podcast, revistas, medios digitales y fiestas. Pronombres: Él/Su/Suyo

**What's happening**

FIFA World Cup · 5 hours ago
**Mexico vs Poland**

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Jane Lynch**

Trending in California
**Chicharito**
7,077 Tweets

Family & relationships · Trending
**For $100**
Trending with Happy Thanksgiving

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski



← **Tweet**

**Home**

**#** Explore

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**



**SUMC Direct**
@SUMCDirect                                    ...

Adam Scott on the set of Madame Web!

 

9:11 PM · Jul 28, 2022 · Twitter for iPad

**2** Retweets   **14** Likes

 Tweet your reply                                    **Reply**

## Relevant people

 **SUMC Direct**            **Follow**
@SUMCDirect

SUMC Direct, the home of Sony's
Marvel characters news. Reliable news
and one of a kind content for
everything Sony's Universe of Marvel
Characters.

## What's happening

Television · Last night
**Saturday Night Live airing on
NBC**                                        

**#Disenchanted** 👸
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending                    ...
**#RIPLEGEND**
3,352 Tweets

Entertainment · Trending                      ...
**Morgan Freeman**
148K Tweets

Trending in California                        ...
**Shakira**
98.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**   ...
@c_perkowski

Search Twitter

__ https://twitter.com/rrno110/status/1342044250288975872 __ et __ 2022-11-21 19:59:02 -08:00

← **Tweet**

**RRNO1**
@RRNO110

···

# Jennifer Lopez



1:47 AM · Dec 24, 2020 · Twitter for iPhone

**4** Retweets   **28** Likes

💬          ⟲          ♡          ⬆

P   Tweet your reply                    **Reply**

andy1267 @andy12671 · Dec 24, 2020      ···
Replying to @RRNO110
Booty

💬              ⟲              ♡              ⬆

🔍 Search Twitter

## Relevant people

**RRNO1**                              **Follow**
@RRNO110
I'm a guy that love celebs and
beautiful amateurs. DO NOT tag me in
with celebs or it's an instant block.
Happy to promote amateurs with their
content

## What's happening

Television · LIVE
**WWE Monday Night RAW airing
on USA**

Entertainment · Trending                    ···
**Died Suddenly**
56.3K Tweets

Trending in California                    ···
**Dodger Stadium**
11K Tweets

Sports · Trending                    ···
**Rudy Gobert**

Trending in California                    ···
**Pulisic**
41.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

__ https://twitter.com/patronlar/status/1396542728712890513 __ el __ 2022-11-22 11:53:11 -08:00

← **Tweet**

Patronlar Dünyası
@patronlar                                    ···

Rekor boşanma haberiye gündeme gelen Bill Gates günler sonra ortaya çıktı! Göbek bağlamış... Gates'in evlilik yüzüğünü hala çıkarmadığı görüldü. Bu 'boşanmak isteyen taraf Bill Gates değil' yorumlarının yapılmasına neden oldu.
patronlardunyasi.com/haber/Bill-Gat...

Translate Tweet



12:05 PM · May 23, 2021 · Crowdfire App

**1** Retweet   **1** Quote Tweet   **18** Likes

💬          🔁          ♡          ⬆️



Tweet your reply                          Reply

Rüştü @Rt20140120 · May 23, 2021        ···
Replying to @patronlar
Şu adamı ne zaman görsem sövesim geliyor

💬          🔁          ♡          ⬆️

---

**Relevant people**

Patronlar Dünyası            Follow
@patronlar
Türkiye'nin en çok okunan Twitter hesabı. Güncel haberler için bizi takip edin #Digital işbirlikleri için 05326717500

**What's happening**

FIFA World Cup · 1 hour ago
**Mexico vs Poland**

#AvatarTheWayOfWater
Get tickets now - In theaters December 16
 Promoted by Avatar

Trending in United States          ···
**Australia**
Trending with Giroud, Rabiot

Celebrities · Trending            ···
**Tom Hanks**
5,459 Tweets

Trending in United States          ···
**Ochoa**
Trending with Australia, Giroud

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.      ···
@c_perkowski

__ https://twitter.com/Nerd_Talks_Show/status/1551819788360947714 __ at __ 2022-11-21 01:41:55 -08:00 __

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from a suspended account. Learn more



**Perkowski Legal P.C.** ...
@c_perkowski

— https://twitter.com/foochia/status/1411583000661681156 ___ at ___ 2022-11-22 07:35:55 -08:00

← **Tweet**

**Foochia - فوشيا** ✓
@foochia

···

أحدث ظهور لجنيفر لوبيز بصحبة حبيبها الجديد/ القديم بن
آفليك، هل تؤيدين عودتهما لبعضهما بعض سنوات القطيعة؟

#جنيفر_لوبيز #بن_آفليك #حب #BenAfflick #Jlo

Translate Tweet



12:12 AM · Jul 4, 2021 · Twitter Web App

**2** Retweets   **3** Likes

💬        🔁        ♡        ⬆️

Ⓟ  Tweet your reply                    **Reply**

**Aya Fadel** @ayafadel1111 · Jul 4, 2021    ···
Replying to @foochia
كل القصة ما خرطت مشطي 😂😂😂 شو مبين سعيد بحياتو

💬        🔁        ♡        ⬆️

🖼️🔞 **Othm11n** @o8680o · Jul 4, 2021    ···
Replying to @foochia
عجيب لسنا مستشارين لنحدد مسارها العاطفي
اذا كان تعطينا صلاحية التدخل فلتكن في شؤون أكبر من هذه

💬        🔁        ♡        ⬆️

---

## Sidebar

**Relevant people**



**Foochia - فوشيا** ✓
@foochia                                    **Follow**

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

**What's happening**

FIFA World Cup · Starts at 4:00 PM
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
🎟️ Promoted by Avatar

Entertainment · Trending                    ···
**Died Suddenly**
108K Tweets

Trending in United States                    ···
**Argentina**
Trending with #FIFAWorldCup 🏆, Herve Renard

Trending in United States                    ···
**#السعودية_الارجنتين**
1.25M Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**    ···
@c_perkowski

Perkowski Legal P.C.<br>@c_perkowski



__ https://twitter.com/cmurphyfans/status/1514350767846662145 __ el __ 2022-11-21 21:37:50 -08:00

← **Tweet**

Cillian Murphy Fans
@CMurphyFans

Even that outfit 💯😂



2:12 PM · Apr 13, 2022 · Twitter for iPhone

**24** Retweets  **7** Quote Tweets  **426** Likes

Perkowski Legal P.C.
@c_perkowski

Tweet your reply      **Reply**

Craftyhands 🏖️🇬🇧 @craftyhand · Apr 13
Replying to @CMurphyFans
I would! 😂😋 even in that outfit 🔥

**Relevant people**

Cillian Murphy Fans      Follow
@CMurphyFans
Fan account. Not Cillian Murphy (obviously) Views are my own.
#PeakyBlinders S6 is now streaming on @netflix.

**What's happening**

NFL · 1 hour ago
49ers at Cardinals

Entertainment · Trending
**Died Suddenly**
65K Tweets

Trending in United States
**Murder House**
1,713 Tweets

Trending in United States
**August Alsina**
Trending with #TheSurrealLife

Entertainment · Trending
**Sinbad**
7,691 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## ← Thread

Home

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Próxcinemente**
@proxcinemente

Margot Robbie y Ryan Gosling en el rodaje del live action de "BARBIE". 😍😵 #Barbie

📷 Vía: @DailyMailCeleb



2:37 PM · Jun 22, 2022 · Twitter for Android

1 Like

**Próxcinemente** @proxcinemente · Jun 22
Replying to @proxcinemente



♡ 1


**Perkowski Legal P.C.**
@c_perkowski

### Relevant people

**Próxcinemente** ✓
@proxcinemente
**Follow**
Todas las novedades en el mundo del séptimo arte. 🎬 | Creador: @chuyRM_93 | Contacto: proxcinemente@gmail.com

**Daily Mail Celebrity** ✓
@DailyMailCeleb
**Follow**
✓ Official
Latest celeb and entertainment news from the Daily Mail Showbiz team. We're on Facebook too: fb.me/DailyMailCeleb

### What's happening

NFL · LIVE
**Browns at Bills**

#Disenchanted 🪄
Original movie now streaming
💜 Promoted by Disney+

Entertainment · Trending
**Morgan Freeman**
181K Tweets

Trending in United States
**Rest In Peace**
44.3K Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with Kevin Conroy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

**Kevin Anticona**
@KevinAnticonaa · · ·

Para la actriz Bruna Marquezine fue una experiencia muy emotiva, desafiante y a la cez genial estar en en la filmaciones de Blue Beetle.

#BlueBeetle #BrunaMarquezine #DC #dccomics #HBOMax #FelizMiercoles




12:44 PM · Aug 31, 2022 · Twitter for Android

**1** Retweet   **2** Likes

**Who can reply?**
People @KevinAnticonaa follows or mentioned can reply

## Search Twitter

**Relevant people**

**Kevin Anticona**
@KevinAnticonaa                    Follow

Chico carismático, manteniendo siempre la humilidad y sociable, pasión por el teatro, cinefilo.

**What's happening**

NFL · 3 hours ago
**Browns at Bills**

**#Disenchanted** 
Original movie now streaming
 Promoted by Disney+

Trending in United States          · · ·
**UCLA**
30.6K Tweets


Sports · Trending          · · ·
**Sam Webb**

Sports · Trending          · · ·
**Tomlin**
3,092 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**


**Perkowski Legal P.C.**   · · ·
@c_perkowski

__ https://twitter.com/weloveharry_1dx/status/1332127919968284673 __ at __ 2022-11-22 11:50:24 -08:00 __

← **Tweet**



**katie** 🙌
@weloveharry_1Dx

⋯

# NIBBLE NIBBLE



5:03 PM · Nov 26, 2020 · Twitter for iPhone

**1** Like

💬   ⟲   ♡   ⬆

 Tweet your reply

**Reply**

## Relevant people

 **katie** 🙌
@weloveharry_1Dx
jack's housewife

**Follow**

## What's happening

FIFA World Cup · 1 hour ago
**Mexico vs Poland**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Celebrities · Trending   ⋯
**Tom Hanks**
5,428 Tweets

Trending in United States   ⋯
**Ochoa**
Trending with Australia, Giroud

Trending in United States   ⋯
**#BoycottTampax**
6,044 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

\_\_ https://twitter.com/tender_DMJ/status/1131390868329517056 \_\_ at \_\_ 2022-11-19 11:39:34 -08:00 \_\_

← **Tweet**

Q Search Twitter

 **DAKOTA** 💜💙
@tender_DMJ

⋯

## Dakota doing her nails 💅



8:09 PM · May 22, 2019 · Twitter for iPhone

**4** Retweets   **18** Likes



💬     ↻     ♡     ↥

 Tweet your reply      **Reply**

### Relevant people

 **DAKOTA** 💜💙
@tender_DMJ    **Follow**

Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

### What's happening

NCAA Men's Basketball · Yesterday
**Bisons at Fighting Irish**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▣ Promoted by Uber

Trending in California    ⋯
**Messi**
327K Tweets

Trending in United States    ⋯
**Welcome Back Kotter**

Sports · Trending    ⋯
**Andrel Anthony**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
▤ Lists
👤 Profile
⋯ More

**Tweet**

 **Perkowski Legal P.C.** ⋯
@c_perkowski

https://twitter.com/EllenD_world/status/1340751526407639041_el _2022-11-19 19:14:14 -08:00    Case 2:22-cv-09462-DMG-ADS    Document 1-18    Filed 12/30/22    Page 87 of 101    Page ID #:1741

## Tweet

### Ellen World
@EllenD_world

Ellen DeGeneres finishes her COVID-19 quarantine and is being tested regularly

vk.com/album-17289590...



12:10 PM · Dec 20, 2020 · Twitter for iPhone

**3** Retweets    **2** Quote Tweets    **39** Likes

Tweet your reply                           Reply

**Justus Salazar** @justus1974 · Dec 24, 2020
Replying to @EllenD_world
Ellen you know the ultimate feeling of finally knowing how it feels to be truly open and honest with yourself, let alone with others. I am a gay male in Salt Lake City Utah, the most concervitiveMormon place on the planet.imagine growing up as a minorty and gay

**Toya Wilson** @ToyaWil94671147 · Dec 22, 2020
Replying to @EllenD_world
Thank God!

**Jane_Roberts** @jane101roberts · Dec 20, 2020
Replying to @EllenD_world
Oh my lord 😭😭😭😭😭😭😭 so happy to see her better
2

**Lee** @ny_phalla · Dec 20, 2020
Replying to @EllenD_world
❤️❤️❤️
2

**Brittany Taylor** @Brittan21552311 · Dec 20, 2020
Replying to @EllenD_world
I'm so happy that she's doing so much better! 🇨🇦🇨🇦
1    6

**M** @autumnpumpin26 · Dec 22, 2020
Replying to @EllenD_world
So much for 2 week quarantine!!
1

**AAGG** @AuroraG76215880 · Dec 20, 2020
Replying to @EllenD_world
!!Que Inmensa Alegría Verte Ellen y que Todo vaya Bien.Sigan Cuidandose Mucho las Dos.
Con Muchisimo Amor desde España a mis Seres Humanos Favoritos les Envío los más Hermosos y Positivos Deseos de Salud,Fuerza y Felicidad!!
❤️ELLEN
❤️PORTIA
😘😘😘😘😘
3

### Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

**Relevant people**



**Ellen World**                    Follow
@EllenD_world
• A Fan Page •By A Group Of Fans•
Everything About @theellenshow• |
Love | Peace | Equality| • Contact
:ellend.world@gmail.com

**What's happening**

Television · LIVE
**Saturday Night Live airing on NBC**



#GetYourRideRight
**Book your ride up to 30 days ahead on Uber Reserve**
Promoted by Uber

Trending in United States
**HE'S BACK**
Trending with Mr. President

Trending in United States
**Sam Horn**

Sports · Trending
**Matt Campbell**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc



← Tweet

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**


katie 🙌
@weloveharry_1Dx

scoot over lemme get in on that



10:35 AM · Jan 6, 2021 · Twitter for iPhone

**5** Likes


Tweet your reply

Reply

Search Twitter

**Relevant people**


katie 🙌
@weloveharry_1Dx    Follow

jack's housewife

**What's happening**



FIFA World Cup · LIVE
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States
**#TheMarvels**
1,990 Tweets

Politics · Trending
**Naomi Biden**
2,063 Tweets

Music · Trending
**Devil In A New Dress**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.


**Perkowski Legal P.C.**
@c_perkowski    ···

https://twitter.com/filmsbymeche/status/1463654008443265029 — at — 2022-11-19 19:18:37 -08:00



__ https://twitter.com/TavernaMarvel/status/1556746980809702790 __ et __ 2022-11-21 04:04:35 -08:00




← **Thread**

Search Twitter

**Relevant people**

**Taverna Marvel | Fan-Club**
@TavernaMarvel                                    ···



🎌 Mais imagens de Anthony Ramos como o vilão 'The Hood' no set de #Ironheart

Translate Tweet



1:59 PM · Aug 8, 2022 · Twitter Web App

5 Retweets    31 Likes

💬            ⇄            ♡            ⬆

**Taverna Marvel | Fan-...**
@TavernaMarvel    **Follow**

Portal focado no universo da Marvel. Todas as notícias e informações você encontra aqui. Ative as notificações🔔
📩Contato: tavernamarvel@gmail.com

P    Tweet your reply                    Reply

**Taverna Marvel | Fan-Club** @TavernaMarvel · Aug 8    ···
Replying to @TavernaMarvel
Via: Just Jared

💬            ⇄            ♡ 2            ⬆

**What's happening**

Television · Yesterday
The Walking Dead airing on AMC

Music · Trending                    ···
Billy Joel
1,306 Tweets

Sports · Trending                    ···
nick bolton
3,237 Tweets

Trending in United States            ···
#USMNT🇺🇸
Trending with Iran, England

Music · Trending                    ···
Cardi
51.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.


**Perkowski Legal P.C.**
@c_perkowski            ···

Case 2:22-cv-09462-DMG-ADS   Document 1-18   Filed 12/30/22   Page 91 of 101   Page ID #:1745



← Tweet

 Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Movie Crazy Planet 🎬🍿🎥
@MovieCrazyP

📷💥 DESDE EL SET 💥📷

@JoeyKing interpretando a su personaje Prince en el rodaje de #BulletTrain en Los Ángeles.

Translate Tweet



8:30 PM · Mar 5, 2021 · Twitter for Android

 Tweet your reply

Reply

**Relevant people**

 Movie Crazy Planet ...   Follow
@MovieCrazyP
💥Noticias, tráilers, pósters, los estrenos más recientes de cine, series y televisión.💥 Síguenos y activa la 🔔 moviecrazyplanet@gmail.com ✉

 Joey King ✓   Follow
@JoeyKing

**What's happening**

NFL · 2 hours ago
Browns at Bills



#Disenchanted 🧙‍♀️
Original movie now streaming
Promoted by Disney+

Sports · Trending
Cousins
Trending with Vikes

Trending in California
#AMAs 🔥
Trending with Favorite K-Pop Artist

Sports · Trending
Chandler Jones

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 Perkowski Legal P.C. ···
@c_perkowski

https://twitter.com/holytwpics/status/1295681430888377803... el__ 2023-11-21 13:10:14 -08:00
22-cv-09462-DMG-ADS    Document 1-18    Filed 12/30/22    Page 92 of 101    Page ID
#:1746

← Tweet

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

best harry pics
@hstylespics



Harry Styles, and HSHQ

2:20 PM · May 13, 2020 · Twitter for iPhone

714 Retweets   106 Quote Tweets   6,600 Likes

Tweet your reply                                    Reply

mackenzie | GOT TICKETS TO HSLOT @HStcherryberry · May 13, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
we stan a diverse, body positive, 60's/70's vibe king

faith in lou's future @onlythemoona · May 13, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
qué clase de teen beach movie es esto? jajajs lo amo

J - Matt @jccryss @hstylespics @Harry_Styles and @HSHQ · May 13, 2020
@claccss CON LA COLLANA DI PERLE AHHSHAHDHSH
♡ 1

Cla @claccss · May 13, 2020
Replying to @jeevas_ @hstylespics and 2 others
HAHAHHAHAHHA MA XHE È
♡ 2

Eun the banished @justusvncs · May 13, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
💛💛💛

Cla @claastred · May 14, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
Giving me massive Hugh Hefner vibes...

grace @lfgracecouldfly · May 13, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
The yellow pants is backkk

harryswatersugar @harryswatersug1 · May 13, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
so excited !

Sofie🦋🌈 @sofiebernards · May 13, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
those sunglasses are everything
♡ 4

Agata @Agata38993411 · May 13, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
Waiting for your tweet the whole day!

Carolina 🏴‍☠️🏴‍☠️ @harrysbootslhvr · May 13, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
Woman Around Harry Is Uncomfortable!

♡ 3

Wemissonedirection @Wemissonedirect1 · May 14, 2020
Replying to @hstylespics @howafraids and 2 others
the fact that there's people all colours, shapes, and sizes😭

paris rae @parisrae13 · May 13, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
r u srs

vic 💖 🏴 NUMBER ONE BABY @silverstreetvic · May 13, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
its gonna be so aesthetically pleasing and 60s/ 70s themed im not ready😍
but i am
♡1   ♡ 21

julie🦋 💕 FITF @fitdkloevsllan · May 13, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
what is this what makes you beautiful?🌟🌹🌟
♡ 7

Search Twitter

Relevant people

best harry pics
@hstylespics                              Follow
Enjoy the best & latest contents of
Grammy winning artist @Harry_Styles.
#BLM | ☮ rightful owners of pictures
(DM us for credits)

Harry Styles. ✔
@Harry_Styles                             Follow

HSHQ ✔
@HSHQ                                     Follow
Official Twitter For @Harry_Styles info.
HS IG: instagram.com/harrystyles ||
HSHQ IG: instagram.com/hshq

What's happening

FIFA World Cup  Live
USA vs Wales

Trending in United States
USA 1
224K Tweets

Trending in California
Dodger Stadium
13.9K Tweets

Trending in United States
1-0 USA
20.3K Tweets

Trending in United States
HOW IS THAT NOT A YELLOW

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

— https://twitter.com/DiarioTiempo/status/1405356800646198838? — at — 2022-11-22 11:42:06 -08:00

Twitter

← Tweet



Diario Tiempo, HN
@DiarioTiempo

bit.ly/2S1h1Pk - El vídeo familiar que demostró el fuerte amor que hay entre JLo y Ben Affleck. #EsTiempo #Honduras

Translate Tweet



7:49 PM · Jun 16, 2021 · Twitter Web App

2 Likes

Tweet your reply

Reply

Show more replies



Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

**Relevant people**

 Diario Tiempo, HN
@DiarioTiempo    Follow
Diario TIEMPO de Honduras. Noticias actualizadas las 24 horas

**What's happening**

FIFA World Cup · 1 hour ago
Mexico vs Poland



#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
📷 Promoted by Avatar

Trending in California
**Mexico City**
20.6K Tweets

Trending in United States
**#SeleccionMexicana** 🇲🇽
Trending with Ochoa, Australia

Celebrities · Trending
**Tom Hanks**
5,317 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/CinematizandoOf/status/1431991120188293127___ej___2022-11-19 19:37:43 -08:00

← **Thread**

**Cinematizando** @CinematizandoOf · Aug 29, 2021
Imagens do set de Pantera Negra: Wakanda Forever mostrando as atrizes Letitia Wright e Danai Gurira

#PanterNegra #PanterNegraWakandaForever #BlackPanther 🐾
#BlackPantherWakandaForever #LetitiaWright #DanaiGurira #Marvel

♡ 7

**Cinematizando** @CinematizandoOf · Aug 29, 2021
#PanterNegra #PanterNegraWakandaForever #BlackPanther 🐾
#BlackPantherWakandaForever #LetitiaWright #DanaiGurira #Marvel

♡ 1

**Cinematizando** @CinematizandoOf

#PanterNegra #PanterNegraWakandaForever
#BlackPanther 🐾 #BlackPantherWakandaForever
#LetitiaWright #DanaiGurira #Marvel



7:44 AM · Aug 29, 2021 · Twitter Web App

2 Likes

Tweet your reply
Reply

**Cinematizando** @CinematizandoOf · Aug 29, 2021
Replying to @CinematizandoOf
#PanterNegra #PanterNegraWakandaForever #BlackPanther 🐾
#BlackPantherWakandaForever #LetitiaWright #DanaiGurira #Marvel

♡ 2

Perkowski Legal P.C.
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Search Twitter

**Relevant people**
Cinematizando
@CinematizandoOf
Follow

**What's happening**
Television · LIVE
Saturday Night Live airing on NBC

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Sports · Trending
Hendon Hooker
2,510 Tweets

Music · Trending
#BLACKPINK
Trending with Jisoo, Camila

Trending in United States
Hope Hooker

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.




— https://twitter.com/lacosacine/status/1388576456612229129 __ at __ 2022-11-22 02:53:27 -08:00



← **Tweet**

Search Twitter

 Home

 Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 **La Cosa Cine** ✔
@lacosacine

···

Así luce Iman Vellani con el traje de Kamala Khan en el ser de #MsMarvel.



12:30 PM · May 1, 2021 · TweetDeck



**7** Retweets   **1** Quote Tweet   **126** Likes



**Relevant people**

 **La Cosa Cine** ✔
@lacosacine                    Follow

🎞️ 📽️ 🎬 Cine y Series. Tu
comunidad, tu revista ✉️
web@lacosacine.com | 🖊️
@guillohernandez @jessiblady
@luaqosta @macareynolds

 **Perkowski Legal P.C.** ···
@c_perkowski

__ https://twitter.com/candidevent/status/1578045132198175873 __ at __ 2022-11-20 10:59:09 -08:00 __



← **Tweet**

Q Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

 **celebrity photos & updates**
@candidevent

First look at Celeste O'Connor heading to the set of 'Madame Web'



8:30 AM · Oct 6, 2022 · Twitter for iPhone

**6** Retweets  **21** Likes

    ♡  ↑

 Tweet your reply

Reply

## Relevant people

 **celebrity photos & u...**   Follow
@candidevent

All media is posted under fair use with no © infringement intended. DM for removal.

## What's happening

NFL · LIVE
**Bears at Falcons**



**#Disenchanted** 🌹
Original movie now streaming
🅿 Promoted by Disney+

Trending in California
**Rest In Peace**
41.7K Tweets

Trending in California
**#DonaldTrump**
41.2K Tweets

Entertainment · Trending
**Morgan Freeman**
176K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**   ···
@c_perkowski



**Tweet**

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Bieber Novidade
@biebernovidade

SÃO ELES! Justin e Hailey no México.



2:15 PM · May 26, 2022 · Twitter for iPhone

221 Retweets   86 Quote Tweets   2,441 Likes

Tweet your reply

Reply

gabie 🐬 @lonelyrz · May 26
Replying to @biebernovidade
bn me ajuda a divulgar meu link dit o pra eu comprar ingresso pro rir com
uma menina q ta vendo

malu ✩ fan account @hsbailarina · May 26
Replying to @biebernovidade
mt fofos

Clara viu o justin @clarinhosa_ · May 26
Replying to @biebernovidade
preciso deles turistando assim aqui no br
♡ 5

duda. @rhodecult · May 26
Replying to @biebernovidade
bn olha a dm por favor 😭

h @tudoalright · May 26
Replying to @biebernovidade
@laarissabenini @anaaajc_ acho q ele vai ficar calvo um dia
♡ 1   ♡ 2

laris ✝ @laarissabenini · May 26
Replying to @tudoalright @biebernovidade and @anaaajc_
um dia? kkkkkkk amiga tenho uma notícia ele já tá 😭😭😭
♡ 1   ♡

Show replies

yp🦋 @picyl_ · May 26
Replying to @biebernovidade
@dani1ela4 meta com essas roupas

↘ @777imood · May 26
Replying to @biebernovidade
ela falando pa ele: si tu me joga tu vai ve
ele: fala duvido rs
♡ 3

ani 🇧🇷 @anicrf · May 26
Replying to @biebernovidade
tao lindos 😍😍

Juliana @juli_liuj · May 26
Replying to @biebernovidade
@nathaliamcarlos
♡ 1

analu @analuquerida · May 27
Replying to @biebernovidade
😌😌😌

Perkowski Legal P.C.
@c_perkowski

**Relevant people**

Bieber Novidade
@biebernovidade
Fan Account | Há 7 anos a ser sua
melhor e mais completa fonte de
informações acerca do cantor Justin
Bieber. jbiebernovidade@gmail.com

Follow

**What's happening**

NFL · 1 hour ago
49ers at Cardinals



Entertainment · Trending
**Died Suddenly**
63.7K Tweets

Entertainment · Trending
**August Alsina**
Trending with #TheSurrealLife

Sports · Trending
**Trey Lance**
1,267 Tweets

Trending in California
**Dodger Stadium**
9,282 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



← Tweet

Screen Mix ✔
@ScreenMix

ليوناردو دي كابريو كما لم تروه من قبل.

Translate Tweet

2:35 PM · Oct 13, 2021 · Twitter for Android

53 Retweets    10 Quote Tweets    1,599 Likes

Tweet your reply                              Reply

FATIMAH ESMAIL @es_fatimah · Oct 13, 2021
Replying to @ScreenMix
تبتنا من اعلى أقتمه

Bebenno AB @Bebenno_AB · Oct 13, 2021
Replying to @ScreenMix
الصورة التي تحت على اليمين تنفع للبراكنش 👆

محمود كامل @kerho74 · Oct 13, 2021
Replying to @ScreenMix
أفضل ممثل في العالم

@brbuld · Oct 13, 2021
Replying to @ScreenMix
فقط ! طلبه براحته هو ادرى مطليش استحمله ! مو انت قلتلي له الحبك ؟ وهو بادئك نفس الشي عشان هيك مادام ما هايك متحمله ال مكان ! مايكون نفس الطبيعته ال مكان ال تحليه بتصبح ليه بشوفك ، يكون زعلان ! ويسوى نفسه ماعده شي حقدان بركتني ! استحمليه قدريه واهتمي فيه وضدفيني ، بحلني دينك جنة ❤️

OMAR. @OMAR01284725 · Oct 13, 2021
Replying to @brbuld @blohod and @ScreenMix
بأنبل رسالة المجتمع

downtodawn @downtodawn1 · Oct 13, 2021
Replying to @ScreenMix
الوهام هذا يومها

سينمير @moy90s · Oct 13, 2021
Replying to @ScreenMix
الاخيرة راكنكشش 😂😂

عبدالرحمن @isochi · Oct 13, 2021
Replying to @ScreenMix
جبت لحيد وش أسبون

متحرى @mihjyy1991 · Oct 13, 2021
Replying to @isochi and @ScreenMix
افصلله

نهان @30866 · Oct 14, 2021
Replying to @ScreenMix
اجنع بأناعلم

kurdi...زين الحاف @ZoubeirAljaf · Oct 13, 2021
Replying to @ScreenMix
الملك

AHMEDGUL @AHMEDGUL97681350 · Oct 13, 2021
Replying to @ScreenMix
ممثل رائع

ال القاسم الكمبوري @nL2I8NhfQ4zmu6 · Oct 13, 2021
Replying to @ScreenMix
من ايام دراسة كنت معاة هذة تصرفاته

فَاطمَه @Qis8 · Oct 13, 2021
Replying to @ScreenMix
الصورة الاخير من السلام عليكم وكول كما لم تراه من قبل

GIF

رمضان عابد العربي @ramadan16100 · Oct 13, 2021
Replying to @ScreenMix
السماخورود

Tweet

Relevant people

MX  Screen Mix ✔                    Follow
      @ScreenMix
حساب يهتم بنقل كل ما يحدث حول العالم
من أهم وأهم المنابع العربي للوطن.
تواصل معنا عبر الخاص او على
ScreenMix@PandoraBoieg.com

What's happening

FIFA World Cup · Starts at 9:00 am
Mexico vs Poland

Died Suddenly
🔲 Promoted by Avatar

Trending in United States
Argentina
Trending with #FIFAWorldCup 🏆, Herve Renard

Entertainment · Trending
Died Suddenly

Trending in United States
#السعودية_الارجنتين
1.24M Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ...
© 2022 Twitter, Inc.

Perkowski Legal P.C. ...
@c_perkowski

__ https://twitter.com/mcunewsukr/status/1578389784539578388 __ at __ 2022-11-20 09:39:58 -08:00 __



← **Tweet**



**МАЙБУТНЄ КВМ** 🇺🇦
@mcunewsukr

Нові фото зі зйомок фільму «Мадам Павутиння»!

#МарвелУкр #УкрТві #МадамПавутиння #ЛюдинаПавук #Україна #Марвел #SpiderMan #MadameWeb #Sony #MarvelStudios

Translate Tweet



7:20 AM · Oct 7, 2022 · Twitter for iPhone

**1** Retweet  **15** Likes





Q Search Twitter

### Relevant people



**МАЙБУТНЄ КВМ** 🇺🇦    Follow
@mcunewsukr

Дізнавайтесь найсвіжіші новини КВМ українською мовою! 🇺🇦

### What's happening

FIFA World Cup · 1 hour ago
**World Cup Qatar 2022: Opening Ceremony**



#Disenchanted 👹
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Shakira**
102K Tweets

Only on Twitter · Trending
**Jason David Frank**
87.7K Tweets

Trending in California
**Rigged**
40.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**



**Perkowski Legal P.C.** ···
@c_perkowski

_ https://twitter.com/Dakoholics/status/1198894068711002115 __ at __ 2022-11-19 19:50:53 -08:00 __

← **Tweet**

**Dakota Johnson Daily**
@Dakoholics

···

Babies 😍



1:19 AM · Nov 25, 2019 · Twitter for Android

**37** Retweets   **212** Likes

🗨   ⟲   ♡   ⬆

Ⓟ  Tweet your reply                **Reply**

## Relevant people

**Dakota Johnson Daily**
@Dakoholics                  **Follow**

Fan account dedicated to actress, activist, director and producer Dakota Johnson.

## What's happening

Television · LIVE
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
📢 Promoted by Uber

Trending in United States                ···
**HE'S BACK**
132K Tweets

Trending in California                ···
**Andrew Tate**
29K Tweets

Trending in United States                ···
**Dear Jack**
2,130 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

Search Twitter

Ⓟ  **Perkowski Legal P.C.**
@c_perkowski                ···

← **Tweet**



**Kate**
@girlfromaspen

···

She's all that matters.



7:31 AM · Oct 7, 2022 · Twitter for Android

**21** Likes

💬          🔁          ♡          ⬆️

 Tweet your reply          **Reply**

**jean**🦋💙 @jeansoft15 · Oct 7
Replying to @girlfromaspen

💬          🔁          ♡          ⬆️

---

**Relevant people**

 **Kate**
@girlfromaspen          **Follow**
I dislike negativity so unless I follow
you, your replies aren't welcome on
my tweets.

**What's happening**

Formula 1 · 51 minutes ago
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 😤
Original movie now streaming
▶️ Promoted by Disney+

Trending in United States
**#MassShooting**

Jungkook · Trending
**Jungkook**
Trending with Morgan Freeman, Ecuador

Only on Twitter · Trending
**RIP JDF**
1,923 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⚫ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski          ···