# EXHIBIT B Continued

__ https://twitter.com/koredakota/status/1578055822566752258 __ at __ 2022-11-20 12:11:12 -08:00 __



← **Tweet**

🔍 Search Twitter

- 🏠 Home
- # Explore
- 🔔 Notifications **1**
- ✉️ Messages
- 🔖 Bookmarks
- ☰ Lists
- 👤 Profile
- ⊙ More

**Tweet**

**karla**
@koredakota   •••

finally dakota johnson resurfaced. missed seeing her🥹



9:13 AM · Oct 6, 2022 · Twitter for iPhone

**12** Retweets  **1** Quote Tweet  **46** Likes

💬          🔁          ♡          ⬆️

  Tweet your reply          **Reply**

**Dumas Françoise** @DumasFranoise5 · Oct 6   •••
Replying to @koredakota and @JDDJ13882191
Mais quel jour ? Personne ne sait

💬          🔁          ♡          ⬆️

**Perkowski Legal P.C.**
@c_perkowski   •••

## Relevant people



**karla**
@koredakota          **Follow**

fan account. multi-fandom: lore olympus, fifty shades, twilight saga, sen çal kapımı, aşk mantık intikam, marvel, star wars, game of thrones, booktwt. ~ 23

## What's happening

**Formula 1 · 5 hours ago**
**Abu Dhabi Grand Prix 2022**          

**#Disenchanted** 🧝
Original movie now streaming
▶️ Promoted by Disney+

Trending in United States          •••
**Rest In Peace**
47.9K Tweets

Only on Twitter · Trending          •••
**Jason David Frank**
Trending with Power Rangers, Kevin Conroy

Entertainment · Trending          •••
**Morgan Freeman**
187K Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More

**Tweet**

← Tweet



**Rihanna Indonesia**
@RihannaIndo

···

Spotted yesterday in NYC, short hurrrrrr 💚



10:34 PM · Jun 28, 2021 · Twitter for iPhone

**14** Likes



## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Q** Search Twitter

### Relevant people



**Rihanna Indonesia**
@RihannaIndo

Follow

Rihanna biggest fanbase in Asia.
Followed by @Rihanna.
#IndonesiaWantsRihanna

### What's happening

NFL · 1 hour ago
**49ers at Cardinals**



Entertainment · Trending
**Died Suddenly**
65.9K Tweets

···

Trending in United States
**August Alsina**
Trending with Jada, #TheSurrealLife

···

Only on Twitter · Trending
**Pablo Milanés**
Trending with Auburn

···

Trending in California
**Dodger Stadium**
9,341 Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski



Tweet



Relevant people

Screen Mix ✓
@screenMix          Follow

حساب يهتم بنقل كل ما يحدث حول العالم من أخبار فنية وعلمية ورياضية والمزيد، تواصل معنا عبر الخاص أو بلس
ScreenMix@handmadbeerg.com

What's happening

FIFA World Cup · 3 hours ago
Get tickets now · In theaters December 16
Mexico vs Poland

#AvatarTheWayOfWater ᴇ
Get tickets now · In theaters December 16
Promoted by Avatar

Celebrities · Trending
Chris Evans
6,301 Tweets

Trending in United States
Francia
113K Tweets

Business and finance · Trending
#StudentLoans

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads Info  More ···
© 2022 Twitter, Inc.

https://twitter.com/MintMovie/status/1334352421254955012 __ et __ 2022-11-22 15:05:48 -08:00



https://twitter.com/ViralMaterial/status/1481447833605005577__et__2022-11-22 02:14:28 -08:00



← Tweet

Q Search Twitter

**@nanfixus**
@nanfixus

**She bless us with those outfits** 💫👑🎉



1:18 PM · Feb 6, 2019 · Twitter for Android

**13** Retweets   **34** Likes

Tweet your reply

Reply

## Relevant people

**@nanfixus**
@nanfixus

Follow

DJ Fan 🌐 Sports,animals y Boca Juniors Dakota's movies 2022 #ChaChaRealSmooth 💃 #AmIOk #Persuasion Fan account 🇦🇷

## What's happening

NCAA Football · LIVE
**TCU at Baylor**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Sports · Trending
**Wow TCU**
1,334 Tweets

Entertainment · Trending
**Tommyinnit**
11.1K Tweets

Sports · Trending
**Sonny Dykes**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/t2telegraph/status/1561232869883789314 __ at __ 2022-11-21 03:29:59 -08:00 __

← **Tweet**

**t2** ✓
@t2telegraph

Glimpses from Jennifer Lopez and Ben Affleck's wedding that took place on Saturday



11:04 PM · Aug 20, 2022 · Twitter Web App

**1** Quote Tweet  **23** Likes




Tweet your reply

Reply

**Search Twitter**

## Relevant people



**t2** ✓
@t2telegraph

Follow

The official Twitter account for t2, the entertainment tabloid of The Telegraph Instagram.com/t2telegraph facebook.com/thetelegrapht2

## What's happening

NFL · Earlier today
**Chiefs at Chargers**

Music · Trending
**Lionel Richie**
3,914 Tweets

Entertainment · Trending
**Disney**
Trending with Bob Iger, Chapek

Trending in United States
**Hive**
52.3K Tweets

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski





Case 2:22-cv-09462-DMG-ADS    Document 1-19    Filed 12/30/22    Page 10 of 101    Page ID #:1765



← **Tweet**

 Search Twitter

 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

📑 Lists

👤 Profile

⋯ More

**Tweet**

 **Film News**
@filmnewsPL                                     ⋯

Dakota Johnson na planie filmu #MadameWeb, w którym zagra główną rolę

Translate Tweet



12:39 AM · Jul 26, 2022 · Twitter for Android

**4** Retweets    **74** Likes

        ♡    ⬆

    Tweet your reply                    Reply 

## Relevant people

 **Film News**
@filmnewsPL                    **Follow**

🎬 najnowsze wiadomości filmowe - kino polskie i zagraniczne, popularne i niezależne 🎦 kontakt: filmnewspl@gmail.com

## What's happening



NBA · 4 hours ago
**Raptors at Hawks**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Sports · Trending                    ⋯
**Bo Nix**
2,290 Tweets

Sports · Trending                    ⋯
**Reimer**

Sports · Trending                    ⋯
**Rod Gilmore**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ⋯
@c_perkowski

— https://twitter.com/AboutHerOFCL/status/1463771956797390852 __ at __ 2022-11-21 05:55:54 -08:00 __
Case 2:22-cv-09462-DMG-ADS   Document 1-19   Filed 12/30/22   Page 11 of 101   Page ID #:1766

 **About Her** ✓
@AboutHerOFCL                          ⋯

#LookOfTheDay: Kim Kardashian opts for an all-black outfit on a night out with Pete Davidson in Santa Monica.



11:30 PM · Nov 24, 2021 · Buffer

**2** Likes

💬          ⇄          ♡          ⬆

 Tweet your reply                    Reply

🔍 Search Twitter

### Relevant people

 **About Her** ✓                    **Follow**
@AboutHerOFCL

Inside untapped territory: Pulling back the curtain on Arab women who are defining cultural trends now.
#AboutHer

### What's happening

FIFA World Cup · LIVE
**England vs Iran**                    

🐦

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

**Tweet**

**Perkowski Legal P.C.**    ⋯
@c_perkowski

__ https://twitter.com/foochia/status/1346778759261782022 __ at __ 2022-11-22 11:28:13 -08:00 __

← **Tweet**

 **Foochia - فوشيا** ✓
@foochia

عدسات الباباراتزي تنشر صوراً لـ "هاري ستايلز" برفقة حبيبته الجديدة الممثلة الأمريكية أوليفيا وايلد التي تكبره بـ 10 أعوام

#فوشيا #مشاهير_هوليوود #هاري_ستايلز #وان_دايركشن #OneDirection #Harrystyles

Translate Tweet



3:20 AM · Jan 6, 2021 · Twitter Web App

**2** Retweets   **3** Likes

## Relevant people

 **Foochia - فوشيا** ✓
@foochia        **Follow**

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللباقة، ونتابع أخبار المشاهير والفن والثقافة.

## What's happening

FIFA World Cup · 1 hour ago
**Mexico vs Poland**


 **Perkowski Legal P.C.** ...
@c_perkowski

 Tweet your reply        **Reply**



← **Tweet**

**Rihanna Indonesia**
@RihannaIndo                                    ···

Killa 🔥



7:15 AM · Jan 12, 2022 · Twitter for iPhone

**2** Retweets   **1** Quote Tweet   **16** Likes

💬          🔁          ♡          ⬆️

Ⓟ   Tweet your reply                              Reply

## Relevant people

**Rihanna Indonesia**                            Follow
@RihannaIndo
Rihanna biggest fanbase in Asia.
Followed by @Rihanna.
#IndonesiaWantsRihanna

## What's happening

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Trending in California                           ···
**Dodger Stadium**
14.1K Tweets

Trending in United States                        ···
**Senegal**
Trending with De Jong, #SENNED

Sports · Trending                                ···
**Rolen**

Trending in United States                        ···
**Janssen**
7,689 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**                         ···
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Search Twitter

← **Tweet**

**s**
@beliebinteam

···

he's too gorgeous 😍

10:45 PM · Mar 4, 2020 · Twitter for iPhone

**6** Retweets  **1** Quote Tweet  **28** Likes

Tweet your reply

Reply

## Relevant people



**s**
@beliebinteam

Follow

swap swap swap it out 🥏 | fan account

## What's happening

FIFA World Cup · 5 hours ago
**Mexico vs Poland**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Celebrities · Trending                ···
**Chris Evans**
6,371 Tweets

Family & relationships · Trending       ···
**For $100**
192K Tweets

Trending in United States             ···
**Cool Whip**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Search Twitter

__ https://twitter.com/selenastroye/status/979860247744454656 __ at __ 2022-11-21 18:21:55 -08:00 __



__ https://twitter.com/coolcrushes/status/1404196884047007744 __ at __ 2022-11-22 12:48:41 -08:00 __

← **Tweet**



# Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

**Perkowski Legal P.C.** ...
@c_perkowski

__ https://twitter.com/kimkardashian8/status/1170061600939749377 __ at __ 2022-11-22 19:33:53 -08:00 __

← **Tweet**

**Kim Kardashian Fan**
@KimK_Community

···



12:49 PM · Sep 6, 2019 · Twitter for iPhone

**10** Retweets   **102** Likes

---

 Tweet your reply      Reply

## Relevant people

 **Kim Kardashian Fan**       Follow
@KimK_Community

Now a grown up man. Living in a small city but still a very big fan of the Kardashians/Jenners Klan. Followed by Kris and Kylie Jenner 

## What's happening

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

 Perkowski Legal P.C. ···
@c_perkowski

Search Twitter

https://twitter.com/tudomiley/status/1497533170991968282 ... el ... 2022-11-21 09:28:29 -08:00 ... Case 2:22-cv-09462-DMG-ADS Document 1-19 Filed 12/30/22 Page 19 of 101 Page ID #:1774



← **Tweet**

**Relevant people**

Tudo Miley | Fan Acc... Follow
@TudoMiley
Sua fonte da Miley Cyrus no Brasil ! Your Miley's source in Brazil. Fan Account. @MediaTudoMiley | @TudoMileyBrasil | equipetudomiley@gmail.com

**Tudo Miley | Fan Account** ···
@TudoMiley

Miley Cyrus e seu namorado, Maxx, estão no México passando férias.
Translate Tweet



3:25 AM · Feb 26, 2022 · Twitter for iPhone

**16** Retweets  **19** Quote Tweets  **466** Likes

💬            🔁            ♡            📤

**What's happening**

FIFA World Cup · LIVE
Senegal vs Netherlands

Sports · Trending ···
AP Poll
11.5K Tweets

Trending in California ···
Dodger Stadium
14K Tweets

Sports · Trending ···
Beltran
2,858 Tweets

Entertainment · Trending ···
#AntManandTheWaspQuantamania
1,775 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

🅿 Tweet your reply                    **Reply**

**Will Smithinho** @LuanCunha19 · Feb 26 ···
Replying to @TudoMiley
@lopesss_heloisa

💬            🔁            ♡ 1            📤

**Libriana** @araujoelenn · Feb 26 ···
Replying to @TudoMiley
Meu Deus muito gostosa

💬            🔁            ♡            📤

**fagner fã de diamantadas** ✨ @mariahxmiley · Feb 26 ···
Replying to @TudoMiley
a Miley tirando férias apos 1 ano sem trabalhar, amamos ver

💬            🔁 24            ♡            📤

**cainho** @caiocostx · Feb 26 ···
Replying to @TudoMiley
ue voltaram ja?

💬            🔁            ♡            📤

**Ana Lúcia Navegantes** @kikonavegantes1 · Feb 26 ···
Replying to @TudoMiley
férias... mas com um semblante triste.

💬            🔁            ♡            📤

**Jürgen** @JuergenHoenig · Feb 26 ···
Replying to @TudoMiley

💬            🔁            ♡            📤

**malu 13** 🇧🇷 @malu_carvlemos · Feb 26 ···
Replying to @TudoMiley
Essa mulher é muito linda mesmo

💬            🔁            ♡            📤

← **Tweet**

Q Search Twitter

**c.**
@shadesofdaklana

**finally!! i missed you so much 😍🖤**



9:03 AM · Oct 6, 2022 · Twitter for Android

**4** Retweets   **15** Likes

Tweet your reply

Reply

**Relevant people**

**c.**
@shadesofdaklana

Follow

I feel free when I see no one and nobody knows my name.

**What's happening**

NFL · 1 hour ago
**Browns at Bills**

**#Disenchanted** 💃
Original movie now streaming
Promoted by Disney+

Trending in California
**Rest In Peace**
57.2K Tweets

Sports · Trending
**McVay**

Trending in United States
**LGBTQ**
Trending with Colorado Springs, AR-15

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**



**Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/TavernaMarvel/status/1578069981513785344 __ et __ 2022-11-20 10:52:03 -08:00

← **Tweet**

**Taverna Marvel | Fan-Club**
@TavernaMarvel  ···

EITAA!! 🚨 Novas imagens do Set de 'Madame Web' da Sony, aparentemente confirmaram uma versão alternativa do Homem-Aranha no filme

Translate Tweet



10:09 AM · Oct 6, 2022 · Twitter Web App

**3** Retweets  **1** Quote Tweet  **39** Likes

💬   🔁   ♡   ⬆️

**Tweet your reply**                                    Reply

**P.A da Shoppe** @TuribioMiguel · Oct 6  ···
Replying to @TavernaMarvel
É o ator do kraven
💬 1    🔁    ♡    ⬆️

**Taverna Marvel | Fan-Club** @TavernaMarvel · Oct 6  ···
Replying to @TuribioMiguel
Na verdade não.
💬 1    🔁    ♡ 1    ⬆️

**Luke Targaryen #Brasil** 🇧🇷 @lwildsl · Oct 6  ···
Replying to @TavernaMarvel
Pareceu o Aaron
💬 1    🔁    ♡    ⬆️

**Taverna Marvel | Fan-Club** @TavernaMarvel · Oct 6  ···
Replying to @lwildsl
Na primeira olhada pensei o mesmo, mas tem alguns traços diferentes.
💬    🔁    ♡ 1    ⬆️

---

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
··· More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski  ···

---

🔍 Search Twitter

**Relevant people**

 **Taverna Marvel | Fan-...**     Follow
@TavernaMarvel
Portal focado no universo da Marvel. Todas as notícias e informações você encontra aqui. Ative as notificações 🔔
📩Contato: tavernamarvel@gmail.com

**What's happening**


FIFA World Cup · 2 hours ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶️ Promoted by Disney+

Trending in California   ···
**Rest In Peace**
40.9K Tweets

Only on Twitter · Trending   ···
**Jason David Frank**
144K Tweets

Entertainment · Trending   ···
**Morgan Freeman**
174K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/lindaikeji/status/1452622282187108370 — et — 2022-11-22 03:56:08 -08:00

← **Tweet**

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Linda Ikeji
@lindaikeji

Draya Michelle turns heads as she attends event in skimpy chain skirt that covered nothing (photo)
lindaikejisblog.com/2021/10/draya-...



6:05 AM · Oct 25, 2021 · LIB App

**11** Likes

Perkowski Legal P.C.
@c_perkowski

Tweet your reply

Reply

Comr.Tonukarin Ofeoritse Gift @Ofenoni · Oct 25, 2021
Replying to @lindaikeji
Watch out for Naija release soonest

**Relevant people**

Linda Ikeji
@lindaikeji
Blogger. CEO, LindaIkejiTV

Follow

**What's happening**

FIFA World Cup · LIVE
Argentina vs Saudi Arabia



#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in United States
**Argentina**
Trending with  Messi,  #ARGKSA

Entertainment · Trending
**Died Suddenly**
84.2K Tweets

Trending in California
**Mexico City**
24.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

__ https://twitter.com/AndyVermaut/status/1323387678478401538 __ at __ 2022-11-19 18:28:44 -08:00 __

← **Tweet**



**Andy Vermaut**
@AndyVermaut

···

Nicki Minaj Reveals Au Naturel Baby Bump In Crop Top & Biker Shorts: See Throwback Pregnancy Pic
hollywoodlife.com/2020/11/02/nic...



2:13 PM · Nov 2, 2020 · dlvr.it

     

  Tweet your reply

Reply

## Relevant people

  **Andy Vermaut**
@AndyVermaut

Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

Television · Starts at 9:00 PM
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States
**HE'S BACK**
106K Tweets
···

Sports · Trending
**#AEWFullGear**
Trending with The Elite, Death Triangle
···

Sports · Trending
**Chip Kelly**
···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Left navigation



🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
··· More

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**

**YUCATAN AL MINUTO**
@YUCATANALMINUTO                                      ···

JLo y Ben Affleck, ¿juntos otra vez tras 17 años?
ow.ly/movC50EKix0

Translate Tweet



12:59 PM · May 11, 2021 · Hootsuite Inc.

**1** Retweet   **6** Likes



Tweet your reply                          Reply

**LUISON OFICIAL** @luisdemonte · May 11, 2021   ···
Replying to @YUCATANALMINUTO
Pues es Batman

**Search Twitter**

**Relevant people**

**YUCATAN AL MINUTO**          Follow
@YUCATANALMINUTO
Yucatán al Minuto es un medio de
comunicación que produce contenido
informativo y material audiovisual con
formatos propios en Mérida, Yucatán.

**What's happening**

FIFA World Cup · 46 minutes ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🤿
Get tickets now · In theaters December 16
▣ Promoted by Avatar

Trending in United States            ···
**#coinology**
4,207 Tweets

Sports · Trending                    ···
**Cristiano Ronaldo**
Trending with #ManchesterUnited

Trending in United States            ···
**Ochoa**
Trending with #MEXPOL, Lewandowski

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**   ···
@c_perkowski

__ https://twitter.com/mileycyrusbz/status/1375569111590305793 __ at __ 2022-11-22 11:33:47 -08:00

← **Tweet**



 **Miley Cyrus Updates** ☑
@MileyCyrusBz                              ...

Note the Hannah Montana top Miley was wearing. This photo is a whole mood! 😂



3:03 PM · Mar 26, 2021 · Twitter for iPhone

14 **Retweets**   77 **Likes**

💬          ⟲          ♡          ⬆

 Tweet your reply                    Reply

🔍 Search Twitter

### Relevant people

 **Miley Cyrus Updates** ☑   Follow
@MileyCyrusBz
Fan account | Copyright belongs to
the respective owners | @MileyCyrus
follows 💕

### What's happening

FIFA World Cup · 1 hour ago
**Mexico vs Poland**

🏠 Home

#️⃣ Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

Lists

👤 Profile

⊙ More

**Tweet**

Ⓟ **Perkowski Legal P.C.**   ...
@c_perkowski

__ https://twitter.com/ClickySound/status/1243231657018212352 __ at __ 2022-11-19 21:08:40 -08:00 __



# Explore

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**





**Clicky Sound**
@ClickySound

clickysound.com/demi-lovato-st... Demi Lovato emerges with her new boyfriend, Julia Louis-Dreyfus and Ellen DeGeneres go on a hike and more...



10:41 AM · Mar 26, 2020 · Clicky Sound



Tweet your reply

Reply

## Relevant people



**Clicky Sound**
@ClickySound

Follow

Photography at its Best!

## What's happening



Television · 1 hour ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States
**HE'S BACK**
143K Tweets

Sports · Trending
**Gus Johnson**

Sports · Trending
**Jamie Hayter**
Trending with Saraya, Toni

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

Search Twitter

**Tweet**







← Tweet

**Jeda Products** 🔴
@getjeda ···

Blessed image sharing. Just some casual pics of @elonmusk driving the #cybertruck to Nobu. If you've ever driven past this parking lot, it's filled with pretty wild cars.... but none compare 😍 😍 😍



10:23 AM · Dec 9, 2019 · Buffer

**13** Retweets   **110** Likes

Tweet your reply                                    [ Reply ]

**Brian G** ✓ @BrianOG_19 · Dec 9, 2019
Replying to @getjeda and @elonmusk
Is that the fifth element girl?
💬          ♡ 1

**Jeda Products** @getjeda · Dec 10, 2019
Replying to @BrianOG_19 and @elonmusk

💬          ♡ 1

**PFP** @t1apilot · Dec 9, 2019
Replying to @getjeda and @elonmusk
But who's the red head? 🤔
💬 3          ♡

**Taj Musandam** مسندم تاج @Taj_Musandam · Dec 14, 2019
Replying to @t1apilot @getjeda and @elonmusk
Whos grimes
💬          ♡

**Elon Powered Christoph** 🚗 @ai_elons · Dec 9, 2019
Replying to @getjeda and @elonmusk
#ElonLovesMaggie

💬          ♡ 1

**Helmi also on** @helmi · Dec 9, 2019
Replying to @getjeda and @elonmusk
someone's up for a little bit of attention as it seems 😌
💬          ♡

**🚗 Earl of FrunkPuppy 🐶** @28delayslater · Dec 9, 2019
Replying to @getjeda and @elonmusk
This might be edited

💬 20     12     ♡ 159

Show replies

**I, Renaissance Man** @Helin_The_Slayer · Dec 9, 2019
Replying to @getjeda and @elonmusk
Yeah!
That's just about the wildest one yet 😎
💬          ♡

**Perkowski Legal P.C.** ···
@c_perkowski

🏠 Home
🔍 Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More
[ Tweet ]

Q Search Twitter

**Relevant people**

🔴 **Jeda Products**      [ Follow ]
@getjeda
Premium products designed for your @tesla Model 3 and Y. Featured in CleanTechnica, Digital Trends, Electrek, Inside EVs, Mashable & more.

**Elon Musk** ✓      [ Follow ]
@elonmusk

**What's happening**

FIFA World Cup · LIVE
Argentina vs Saudi Arabia

#AvatarTheWayOfWater 🎬
Get tickets now · In theaters December 16
📢 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
81.6K Tweets

Trending in United States
**Argentina**
Trending with Messi, #ARGKSA

Trending in California
**Mexicans**
7,331 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**



**Nicholas Galitzine Brasil** 👑 Fã-clube
@NGBRSite                                                            ···

📸 MAIS FOTOS de Nicholas Galitzine e Anne Hathaway filmando #TheIdeaofYou na quarta-feira, 19 de outubro, em Atlanta, Geórgia.

Translate Tweet



5:15 AM · Oct 21, 2022 · Twitter Web App

**3** Retweets    **33** Likes

💬              🔁              ♡              ⬆

    Tweet your reply                    Reply

---

## Relevant people

  **Nicholas Galitzine Br...**        **Follow**
@NGBRSite

Fã-site brasileiro dedicado ao ator e cantor inglês Nicholas Galitzine. Fan account - contact us before taking any legal action! Follow Nicholas: @nickgalitzine

## What's happening

FIFA World Cup · This morning
**Mexico vs Poland**



**#AvatarTheWayOfWater**🔵
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California                        ···
**Costco**
5,754 Tweets

Trending in United States                    ···
**Erection**
16.8K Tweets

Sports · Trending                            ···
**Pat Bev**
Trending with Ayton, Lakers

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

Lists

Profile

More

**Tweet**

 **Perkowski Legal P.C.**        ···
@c_perkowski

🔍 Search Twitter

← **Tweet**

**Search Twitter**

**Infos Séries**
@SeriesUpdateFR

Martin Freeman sur le tournage du film "Black Panther: Wakanda Forever" 🎥



11:41 PM · Aug 26, 2021 · Twitter for Android

**104** Retweets   **44** Quote Tweets   **884** Likes

**Relevant people**

**Infos Séries**
@SeriesUpdateFR                    Follow
Bienvenue sur votre premier compte source français sur toutes vos séries, films et plateformes de streaming préférées. 📧: seriesupdatefr@gmail.com

**What's happening**

NFL · 1 hour ago
**Chiefs at Chargers**

**#Disenchanted** 🔴
Original movie now streaming
Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, Disney

Trending in United States
**UCLA**
14.2K Tweets

Trending in United States
**#AMAs** 🏆
Trending with soobin, yeonjun

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply                           Reply

**PAPA SOLUTION** @papa_connecte · Aug 27, 2021
Replying to @KayKouine
Bizarre @KayKouine n'est pas dans les parages
🗨 1

**Laureen Crossing** @mikasbluebear · Aug 27, 2021
Replying to @SeriesUpdateFR
Je l'ai pas reconnu le coup 😂

**Jeremy** @Jeremy_Mlt · Aug 26, 2021
Replying to @SeriesUpdateFR
Il a blanchi d'un coup
🗨 3

**wanda** 🔺 @Est383_ · Aug 27, 2021
Replying to @Jeremy_Mlt and @SeriesUpdateFR
Pourquoi blanchi ? Il avait deja les cheveux gris avant mdrr
🗨 1

Show replies

**Dee Berzerker** @DylanMaloneBZK · Aug 27, 2021
Replying to @SeriesUpdateFR
Beau gosse 😅

**Лумбон** 🇫🇷 @Jymboh · Aug 26, 2021
Replying to @SeriesUpdateFR
Où la jeunesse de Robert Hue 😂

Perkowski Legal P.C.
@c_perkowski  ···

**Атмаро** 💪 @amayapeonyy · Aug 27, 2021
Replying to @SeriesUpdateFR
Oh je l'aurais pas reconnu !
♡ 1

**DupreQuentin** ⭐⭐ @DupreQuentin1 · Aug 26, 2021
Replying to @SeriesUpdateFR
J'espère mieux que le premier



← **Tweet**



Home

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.**  ...
@c_perkowski

__ https://twitter.com/kimkardashian9/status/1514116446095351812 __ at __ 2022-11-21 23:59:29 -08:00

← **Tweet**



**Kim Kardashian Fan**
@KimK_Community                                           ···

Beautiful couple 💙



10:41 PM · Apr 12, 2022 · Twitter for iPhone

**1** Retweet   **17** Likes

💬          🔁          ♡          ⬆️

🅿️   Tweet your reply                              Reply

**Sharon Hayes** @SharonH71889110 · Apr 15       ···
Replying to @KimK_Community and @KimKardashian6
Beautiful Kim You Deserve too Be Happy Pete
💬          🔁          ♡          ⬆️

---

🔍 Search Twitter

**Relevant people**

**Kim Kardashian Fan**        Follow
@KimK_Community
Now a grown up man. Living in a small
city but still a very big fan of the
Kardashians/Jenners Klan. Followed by
Kris and Kylie Jenner 🥰

**What's happening**

NFL · 3 hours ago
**49ers at Cardinals**                     

Entertainment · Trending                         ···
**Died Suddenly**
Trending with World Premiere

Trending in California                           ···
**Mexicans**
6,915 Tweets

Trending in United States                        ···
**Dreamers MV**
172K Tweets

Entertainment · Trending                         ···
**BLEACH**
174K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**

**#  Explore**

**🔔 Notifications**

**✉️ Messages**

**🔖 Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**



Perkowski Legal P.C.
@c_perkowski                                     ···

← Tweet



**g3 san diego**
@g3cafe

How do you feel about Angelina Jolie and the Weeknd? They were spotted again at dinner.

Gurl, Brad Pitt pa rin. Forgive mo na siya please.

#WhatsTheG



6:22 PM · Sep 27, 2021 · Twitter for iPhone

**1** Retweet   **4** Likes

Tweet your reply

Reply

Q Search Twitter

**Relevant people**

**g3 san diego**
@g3cafe                Follow

Filipina Writer, #ByG3 ✍️ Host, #LiveWithG3 🔊 Columnist, #RatedG3 💻 Editor, Mega Entertainment 📙 Entertainment Journalist 💻 Entrepreneur, #FarmToFork

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Korean music · Trending          ⋯
**#CHASE**
5,623 Tweets

Sports · Trending               ⋯
**Michael Irvin**

Only on Twitter · Trending        ⋯
**#Under_the_skin**
28.5K Tweets

Events · Trending               ⋯
**ITS COMING HOME**
4,707 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2022 Twitter, Inc.

Perkowski Legal P.C.  ⋯
@c_perkowski

**Thread**

**Central Dakota Johnson & Jamie Dornan** @Info_DJJD · Feb 5, 2019 · · ·
Dakota foi fotografada saindo do Alfreed's Coffee ontem (05/02) em West Hollywood! #DakotaJohnson



Dakota Johnson Brasil

💬 1      ⟲ 3      ♡ 5      ⬆️

**Central Dakota Johnson & Jamie Dornan** @Info_DJJD · Feb 5, 2019 · · ·
Mais fotos de Dakota saindo do Alfreed's Coffee ontem (05/02) em West Hollywood! (2) #DakotaJohnson

Dakota Johnson Brasil

💬 1      ⟲ 2      ♡ 3      ⬆️

**Central Dakota Johnson & Jamie Dornan**
@Info_DJJD

Mais fotos de Dakota saindo do Alfreed's Coffee ontem (05/02) em West Hollywood! (3) #DakotaJohnson

Dakota Johnson Brasil

8:09 PM · Feb 5, 2019 · Twitter for Android

**2** Retweets  **4** Likes

💬      ⟲      ♡      ⬆️

P  Tweet your reply                                    **Reply**

**Central Dakota Johnson & Jamie Dornan** @Info_DJJD · Feb 5, 2019 · · ·
Replying to @Info_DJJD
Mais fotos de Dakota saindo do Alfreed's Coffee ontem (05/02) em West Hollywood! (4) #DakotaJohnson

Dakota Johnson Brasil

💬      ⟲ 2      ♡ 5      ⬆️

---

**Relevant people**

**Central Dakota Johns...** @Info_DJJD    **Follow**
I Love Dakota Johnson and Jamie Dornan. ❤️ (Fan Account)

**Dakota Johnson Brasil** @DakotaJBRA    **Follow**
Sua primeira, maior e melhor fonte sobre a atriz e produtora Dakota Johnson no Brasil. E-mail para contato: contato@dakotajohnsonbrasil.com

**What's happening**

NFL · 2 hours ago
**Cowboys at Vikings**



#Disenchanted 🪄
Original movie now streaming
📢 Promoted by Disney+

Trending in United States
**Disney CEO**
10.1K Tweets                    · · ·

Trending in United States
**CEO of Disney**
2,635 Tweets                    · · ·

Trending in United States
**Cult of Personality**
1,145 Tweets                    · · ·

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More · · ·
© 2022 Twitter, Inc.

Perkowski Legal P.C. @c_perkowski

https://twitter.com/RihannaNoBrasil/status/1409845498329922209 _st _ 2022-11-21 05:12:43 -08:00

← **Thread**



**Rihanna.com.br** 🔹
@RihannaNoBrasil

Rihanna chegando ao The Bowery Hotel, na noite passada (29), em NY.

📷: DARIO/ THEBIGSHOTAPP/SHUTTERSTOCK



5:05 AM · Jun 29, 2021 · Twitter for Android

27 **Retweets** 4 **Quote Tweets** 279 **Likes**

---

Tweet your reply                                    **Reply**

**Rihanna.com.br** 🔹 @RihannaNoBrasil · Jun 29, 2021
Replying to @RihannaNoBrasil
Rihanna atendendo fãs noite passada (29), em Nova York.

From Fenty Headlines

2      17      78

**Rihanna.com.br** 🔹 @RihannaNoBrasil · Jul 12, 2021
29/06 - Rihanna e A$AP Rocky com o dono da pizzaria em que estavam em Nova York.

1      3      52

**midnightsbaby** @midnightsbabyy · Jun 29, 2021
Replying to @RihannaNoBrasil
oxe e eu jurando que era tbt de 2012

1

---

**Relevant people**

**Rihanna.com.br** 🔹     **Follow**
@RihannaNoBrasil
Rihanna.com.br is a genuine and registered fansite, made by fans. 🇧🇷 Fã-clube e portal de notícias brasileiro sobre a cantora Rihanna. Online desde 2008. 💎

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Politics · Trending
**Tragically**
15.7K Tweets

Music · Trending
**Elton John**
Trending with Dodger Stadium, Dodger Stadium

Sports · Trending
**Alex Scott**
Trending with #OneLove, FIFA

Science · Trending
**#Orion**
1,966 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.



**Tweet**

## Çizgi Kafe
@cizgikafe

📷: Loki dizisinin ilk set fotoğraflarında Tom Hiddleston'ı yaka paça içeri alıyorlar.

Translate Tweet



8:40 AM · Mar 4, 2020 · Twitter for Android

**25** Retweets    **27** Quote Tweets    **1,205** Likes

P    Tweet your reply      Reply

**penthesilea // smtm era** @hogwartsswitch · Mar 4, 2020
Replying to @cizgikafe
Naptı Allah bilir
   1      5

**ceyda** @rhaenyratarg_ · Mar 4, 2020
Replying to @hogwartsswitch @bangswiftlover and @cizgikafe
Daha önce yayınlanan fragmanda gördüğümüz Time Variance Authority tarafından evrenler arasında dolaştığı için tutuklanmış olabilir.
      3

**Güz Güzeli 🍁** @withbrokensmle · Mar 4, 2020
Replying to @cizgikafe
Tom sana aşığım bebeğiiiimmm

**rümeysa** @rineisu · Mar 4, 2020
Replying to @cizgikafe
Aman yarabbiiii @ireemunalx
   1      1      1

**İrem** @ireemunalx · Mar 5, 2020
Replying to @rineisu and @cizgikafe
Geliyor yaklaşmakta olaaaan 🖤🖤🖤
      1

**rana♡ zemo stan** @teddybuteri · Mar 4, 2020
Replying to @cizgikafe
öyle gibi görünmüyor sanki

**·** @nayunikorn · Mar 4, 2020
Replying to @cizgikafe
bırakın gezsin çocuğum
      1

**Kismetse Onur 🐾🐾** @kismetseonurr · Mar 4, 2020
Replying to @cizgikafe
Djashd ne haftler çevirdi kim bilir, neyse ben #wandavision cıyım zaten
      1

This Tweet was deleted by the Tweet author. Learn more

**Bilal** @Yapma_Beee · Mar 4, 2020
Ana evrene bağlayabilirler herşey olabilir
      3

### Navigation sidebar
- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

Tweet

**Perkowski Legal P.C.** @c_perkowski

### Relevant people

**Çizgi Kafe** @cizgikafe    Follow
Bir fincan kriptonit alabileceğiniz komşunuz!
instagram.com/cizgikafecom

### What's happening

FIFA World Cup · LIVE
**England vs Iran** 

Music · Trending
**Slick Rick**

Trending in United States
**Mount**
52.2K Tweets

Events · Trending
**LGBT**
211K Tweets

Events · Trending
**ITS COMING HOME**
4,289 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.



Perkowski Legal P.C.
@_c_perkowski

🐦 Tweet

# Twitter

- 🏠 Home
- #️⃣ Explore
- 🔔 Notifications
- ✉️ Messages
- 🔖 Bookmarks
- 🗒️ Lists
- 👤 Profile
- ⊕ More

**Tweet**

🟣 QuidVacuo 🎭 #WakandaForever
@QuidVacuo_

¡Primeras imágenes de Kingpin en 'ECHO'!

translate Tweet



9:12 AM · Aug 9, 2022 · TweetDeck

**514** Retweets   **128** Quote Tweets   **9,804** Likes

💬 Tweet your reply                    **Reply**

Bryan Herrera Chanona @BryanChanona · Aug 9
Replying to @QuidVacuo_ and @QuidVacuo_
Pero para cobrar sí son buenos

Show replies

QNT-TIL @QntTil · Aug 9
Replying to @QuidVacuo_ and @QuidVacuo_
Creí que al menos estaría ciego

Heretics Espe @espesfc · Aug 9
Replying to @QuidVacuo_
I AM CALM!!!

Sebastián Galaz @SebG094 · Aug 9
Replying to @QuidVacuo_ and @QuidVacuo_
Le falta el parche :v

DiegoGoncas @Diego_goncas · Aug 9
Replying to @SebG094 and @QuidVacuo_
Puede ser flashback o algo posterior a su recuperación, no siempre graban las cosas por como van saliendo

y.llbert @y.llbertwtlasqv1 · Aug 9
Replying to @QuidVacuo_ and @QuidVacuo_
No tiene ni una cicatriz del disparo que me le metieron

nico 🥀 @billykaplant · Aug 9
Replying to @y.llbertwtlasqv1 and @QuidVacuo_
al parecer estaban grabando flashback.

> Lizzie Hill - EIC The Cosmic Circus @MsLizzieHill · Aug 8
> Yes, Kingpin has been spotted on the set of #Echo recently in a scene involving a little girl and ice cream and a fight! 😅 Seems as if we have some flashbacks being filmed for the series.
>
> Show this thread

Santiago.io @Santiago_funado · Aug 9
Replying to @QuidVacuo_ and @QuidVacuo_
Con el traje mamadon OG💀



El Antonio @AnRlsovk · Aug 9
Replying to @QuidVacuo_ and @QuidVacuo_
Un momento, tons la bala ni siquiera la bala le pego en el ojo o q

Attack Ivar @AttackIvar · Aug 9
Replying to @AnRlsovk and @QuidVacuo_
En el cómic él no muere realmente sólo queda como ciego

Príncipe Atlanteca @AnFabian323 · Aug 9
Replying to @QuidVacuo_ and @QuidVacuo_
me tocará seguir esperando para ver el traje clásico :(



didaac_23 @Didaac23 · Aug 9
Replying to @AnFabian323 and @QuidVacuo_
En la nueva serie de daredevil SEGURO que lo lleva, o al menos eso espero 🤞🏻

kha_2021 @kha20013 · Aug 9
Replying to @QuidVacuo_ and @QuidVacuo_
Esto contará como spoiler oof

## Relevant people

🟣 QuidVacuo 🎭 #Wak...
@QuidVacuo_                    **Follow**
Noticias de cine, series, eventos e hilos de Marvel, Disney y Star Wars | Stream cada día en Twitch | Art: @Carpaaa2011 |
#AntManQuantumania
#WakandaForever 🎭

## What's happening

Television · Last night
**The Walking Dead airing on AMC**

Music · Trending
**Lionel Richie**
3,300 Tweets

Dramedy series · Trending
**#TheWhiteLotus** 🥂
3,348 Tweets

Trending in United States
**Bob Iger**
Trending with Disney, Chapek

Trending in United States
**Hive**
32,3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.





___ https://twitter.com/tender_DMJ/status/1131326037392132096 ___ at ___ 2022-11-19 20:49:35 -08:00

← **Tweet**

**DAKOTA** 💜💙
@tender_DMJ

···

# AMO QUE SIEMPRE COMBINA 

Translate Tweet



3:32 PM · May 22, 2019 · Twitter for iPhone

**1** Retweet   **5** Likes

   Tweet your reply   Reply

Q Search Twitter

**Relevant people**

**DAKOTA** 💜💙
@tender_DMJ                    Follow

Dakota Johnson is the meaning of
perfection and of course the love of
my life ❤️

**What's happening**

Television · 48 minutes ago
**Saturday Night Live airing on
NBC**


**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
📢 Promoted by Uber

Trending in United States                  ···

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

__ https://twitter.com/allinitdrews/status/1223389791045259265 __ at __ 2022-11-22 17:34:18 -08:00 __
Case 1:22-cv-09462-DMG-ADS   Document 1-19   Filed 12/30/22   Page 44 of 101   Page ID #:1799

← **Tweet**

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**sam**
@allinitdrews

i want to hug him so badly



3:37 PM · Jan 31, 2020 · Twitter for iPhone

**4** Retweets    **33** Likes

Tweet your reply

**Reply**

## Relevant people

**sam**
@allinitdrews                    **Follow**
fan account; justin followed 9.14.19

## What's happening

FIFA World Cup · This morning
**Mexico vs Poland**



**#AvatarTheWayOfWater**
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States          ···
**RIP Harold**
Trending with  TO BE CLEAR

Entertainment · Trending            ···
**Jane Lynch**

Celebrities · Trending              ···
**Tom Hanks**
10.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**     ···
@c_perkowski

Search Twitter

← **Tweet**



**Fuera de Plano** 🎦 🇦🇷
@FueraPlano

AL FIN! Llegaron las primeras imágenes detrás de escena de 'Ms. Marvel'.
Sí! Es Kamala Khan 👀



11:25 AM · Nov 19, 2020 · Twitter for iPhone

**1** Quote Tweet    **7** Likes



P    Tweet your reply                    Reply

## Relevant people

 **Fuera de Plano** 🎦 🇦🇷
@FueraPlano                                    Follow

Amantes del cine y las series. Noticias, recomendaciones, reseñas, sorteos y más! Twitch: twitch.tv/fueradeplanoli...

## What's happening

Television · 2 hours ago
**The Walking Dead airing on AMC**



**#Disenchanted** 🧙
Original movie now streaming
🅿 Promoted by Disney+

Trending in United States
**#dantherizzler**
1,018 Tweets

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States
**Bob Iger**
Trending with Chapek, Disney

**Show more**

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

# Tweet



rita
@nickgstan

## THE TATTOOS, we stan

3:58 AM · Oct 21, 2022 · Twitter for iPhone

8 Retweets    2 Quote Tweets    144 Likes

Tweet your reply                                    Reply

Lancy The.B ⭐Fan Account⭐ @LancyPlena · Oct 21
Replying to @nickgstan
Olhando as tattoo e pensando que a namorada deu umas dicas pra ele😉

GIF   ALT

♡ 4

🦋 💜 Maria Kyprioti 💜🦋 @mkyprioti2302 · Oct 21
Replying to @nickgstan
Hayes Campbell 👋👋

Chrystal 🇧🇷 @N_GalitzineBr · Oct 21
Replying to @nickgstan
Quando o gato vem, ele vem com tudo 🤤🤤🤤🤤

GIF

♡ 5



### Relevant people

rita                                    Follow
@nickgstan
nicholas galitzine's favorite kiddo.

### What's happening

Television · 1 hour ago
Saturday Night Live airing on NBC

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
Jason David Frank

Trending in United States
#DreamersbyJungkook
Trending with #FIFAWorldCup🏆

Sports · Trending
Pasadena
1,583 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/bso/status/1190135157690380288 __ at __ 2022-11-22 07:38:41 -08:00

← **Tweet**



 **Robert Littal BSO** ✓
@BSO

· · ·

Floyd Mayweather Allegedly Engaged To This New Instagram Model; Photos of Them Shoe Shopping in Beverly Hills (IG-Pics-Vids) bit.ly/336qYLR via @IAmKelvin201



10:15 PM · Oct 31, 2019 · BSO Alert

**1** Retweet   **3** Likes

🗨        ⟲        ♡        ⬆

P  Tweet your reply                                    Reply

---

🔍 Search Twitter

### Relevant people

 **Robert Littal BSO** ✓        Follow
@BSO

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**No Limit**        Follow
@IAmKelvin201

"I feel that luck is a product of hard work."- Nipsey Hussle IG:iamkelvin201

### What's happening

FIFA World Cup · Starts at 9:00 AM
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🧑
Get tickets now - In theaters December 16
📷 Promoted by Avatar

Entertainment · Trending        · · ·
**Died Suddenly**
108K Tweets

Trending in United States        · · ·
**Argentina**
Trending with #FIFAWorldCup 🏆, Herve Renard

Trending in California        · · ·
**Mexico City**
25.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

P  **Perkowski Legal P.C.**  · · ·
@c_perkowski

https://twitter.com/FUCCI/status/1530588341258932224 __ el __ 2022-11-21 05:09:56 -08:00

← **Tweet**

**AMERICA'S PROBLEM** ✓
@FUCCI

⋯



9:34 AM · May 28, 2022 · Twitter for iPhone

**128** Retweets    **20** Quote Tweets    **1,258** Likes

🔁        ❤️        📤

  Tweet your reply        **Reply**

**blue ivy stan account** @Believal · May 28
Replying to @FUCCI
just like her aunty
💬        🔁        ❤️ 2        📤

**✨heroin chic✨** @kayyiise_n · May 28
Replying to @FUCCI
Literally!
💬        🔁        ❤️ 3        📤

**Jaime ♡** @_TaetheGemini · May 28
Replying to @FUCCI
😂😂😂
💬        🔁        ❤️ 1        📤

**Mark Sundstrom** ✓ @106th · May 28
Replying to @FUCCI
BYE
💬 1        🔁        ❤️ 1        📤

**Mark Sundstrom** ✓ @106th · May 28
Replying to @106th and @FUCCI
(but I see it)
💬        🔁        ❤️ 1        📤

**Perkowski Legal P.C.**
@c_perkowski
⋯

---

🔍 Search Twitter

**Relevant people**

**AMERICA'S PROBL...** ✓        **Follow**
@FUCCI
tastemaker | ancient god | served in the navy since 2005 pronouns: (he/want/me) (Naija Basquiat)

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**


Trending in United States
**Landon Donovan**        ⋯

Trending in United States
**Slick Rick**        ⋯

Science · Trending
**#Orion**
1,888 Tweets        ⋯

Trending in United States
**UCLA**
10.7K Tweets        ⋯

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

---

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

Case 2:22-cv-09462-DMG-ADS    Document 1-19    Filed 12/30/22    Page 49 of 101    Page ID #:1804

← **Tweet**



**La Cosa Cine** ✔
@lacosacine

···

Robert Downey Jr. y Cillian Murphy en la grabación de #Oppenheimer, la nueva película de Christopher Nolan.

8:28 AM · Apr 13, 2022 · Twitter Web App

**33** Retweets   **20** Quote Tweets   **517** Likes

💬   🔁   ♡   ⬆

P  Tweet your reply                              Reply

**findwhy** @findwhy · Apr 14
Replying to @lacosacine
Se viene peliculón

💬   🔁   ♡   ⬆

---

## Relevant people

**La Cosa Cine** ✔                              Follow
@lacosacine
🎬 📽 🎞 Cine y Series. Tu comunidad, tu revista 📰
web:lacosacine.com | 🖊
@guillohernandez @jessiblady
@luagosta @macareynolds
@cynthiaonfilms

## What's happening



FIFA World Cup · LIVE
**England vs Iran**

Trending in United States
**Rashford**
Trending with  Foden, Grealish

Trending in California
**#blackpink_worldtour**
59.2K Tweets

Events · Trending
**LGBT**
210K Tweets

Trending in United States
**England**
Trending with  #ENGIRN, Saka

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···

___ https://twitter.com/ClickySound/status/1228341863268089858 ___ at ___ 2022-11-20 12:54:05 -08:00 ___

← **Tweet**

Q Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 **Clicky Sound**
@ClickySound

···

[clickysound.com/adele-flaunts-...](clickysound.com/adele-flaunts-...)  Hello, is that you?



7:34 AM · Feb 14, 2020 · Clicky Sound



 Tweet your reply

Reply

**Relevant people**

 **Clicky Sound**      Follow
@ClickySound

Photography at its Best!

**What's happening**

NFL · LIVE
**Eagles at Colts**      

**#Disenchanted** 🧟
Original movie now streaming
▶ Promoted by Disney+

Trending in United States      ···
**Rest In Peace**
52.1K Tweets

Only on Twitter · Trending      ···
**Rest in Power**
23.6K Tweets

Politics · Trending      ···
**LGBTQ**
Trending with  Colorado Springs, AR-15

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···

© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**   ···
@c_perkowski

← **Tweet**

🔍 Search Twitter

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

**Fuera de Plano**
@FueraPlano

···

PERDÓN!?!???? Tremendas las nuevas imágenes filtradas del rodaje de 'Ms Marvel'. #MsMarvel

Translate Tweet



2:45 PM · Nov 19, 2020 · Twitter for iPhone

**2 Likes**

💬        ⟲        ♡        ⬆

P    Tweet your reply                    **Reply**

## Relevant people

**Fuera de Plano**
@FueraPlano                    **Follow**

Amantes del cine y las series. Noticias, recomendaciones, reseñas, sorteos y más! Twitch: twitch.tv/fueradeplanoli...

## What's happening

NFL · 1 hour ago
**Cowboys at Vikings**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
🅿 Promoted by Disney+

Trending in United States
**Wayne Brady**
1,829 Tweets

···

Sports · Trending
**Patrick Mahomes**
3,553 Tweets

···

Trending in California
**Dodger Stadium**
9,095 Tweets

···

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

P    **Perkowski Legal P.C.**    ···
@c_perkowski

__ https://twitter.com/tender_DMJ/status/1050540008254439429 __ at __ 2022-11-21 14:27:46 -08:00

← **Tweet**

 **DAKOTA** 💜💙
@tender_DMJ

···

YAS GIRL 🤘🏻🖤



5:13 PM · Oct 11, 2018 · Twitter for iPhone

**2** Likes

💬          ⟲          ♡          ⬆

 Tweet your reply          Reply

🔍 Search Twitter

**Relevant people**

 **DAKOTA** 💜💙
@tender_DMJ                        Follow

Dakota Johnson is the meaning of
perfection and of course the love of
my life ❤

**What's happening**

FIFA World Cup · 56 minutes ago
**USA vs Wales**



Trending in California
**Dodger Stadium**
12.9K Tweets                        ···

Sports · Trending                   ···
**Mexico City**

__ https://twitter.com/JohnsonDornanES/status/1556049036297342977 __ at __ 2022-11-19 22:32:19 -08:00 __

← **Tweet**

Johnson Dornan ES
@JohnsonDornanES

Añadidas 34 Fotos HQ de Dakota hoy, 6 de agosto, en el set de #MadameWeb en Boston! johnsondornan.com/galeria/thumbn... #DakotaJohnson

Translate Tweet



👤 Dakota Johnson Portugal

3:46 PM · Aug 6, 2022 · Twitter for iPhone

**5** Retweets   **1** Quote Tweet   **29** Likes

 **Perkowski Legal P.C.** ...
@c_perkowski

Tweet your reply                    Reply

**Relevant people**

Johnson Dornan ES    Follow
@JohnsonDornanES
Tu primera y mejor fuente sobre los actores #DakotaJohnson y #JamieDornan desde 2015. [Fan Account]

Dakota Johnson P... ☑    Follow
@dakotajohnsonpt
A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷: @DJPTMidias | Fã-Clube.

**What's happening**

Television · 2 hours ago
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States    ...
**HE'S BACK**
149K Tweets

Trending in California    ...
**Ecuador**
86K Tweets

Sports · Trending    ...
**Cam Rising**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🐦

Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
Lists
👤 Profile
More

**Tweet**

🔍 Search Twitter

__ https://twitter.com/bso/status/1473715905326200847 __ at __ 2022-11-22 01:14:32 -08:00 __

← **Tweet**



**Robert Littal BSO** ✔
@BSO

...

## Watch Cardi B Gift Offset a $2 Million Check For His Birthday; Videos of Mr. Set Dancing and Cardi B Twerking at His Birthday Party bit.ly/3H6imZ7



10:04 AM · Dec 22, 2021 · BSO Alert

**3** Retweets  **5** Quote Tweets  **10** Likes





Perkowski Legal P.C.
@c_perkowski

...

  Tweet your reply

Reply

🔍 Search Twitter

## Relevant people



**Robert Littal BSO** ✔
@BSO

Follow

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML



https://twitter.com/thatssohaute/status/1482772709964537862 __ e!__2022-11-21 09:40:58 -08:00

← **Tweet**

**that's so haute** ⋯
@thatssohaute

ALEXA AND BELLA!!??? EVERYBODY MOVED!!!



9:52 AM · Jan 16, 2022 · Twitter for iPhone

**200** Retweets   **65** Quote Tweets   **1,822** Likes

💬   🔁   ♡   ⬆️

P   Tweet your reply   **Reply**

**Gio**✨ @port_gio · Jan 16
Replying to @thatssohaute
@amand_alouise   ⋯
💬 1   🔁   ♡ 1   ⬆️

**Olay O Değil Ayça** @yescanimaycaben · Jan 16
Replying to @thatssohaute
Bayılıyorum bu çorafanlıklarına❤️   ⋯
💬   🔁   ♡   ⬆️

**Sandia con tajin** @eidnascontreras · Jan 16
Replying to @thatssohaute
@joymicl serán las nuevas it girl?   ⋯
💬   🔁   ♡   ⬆️

**Iranian lives matter!** @Slufi3 · Jan 16
Replying to @thatssohaute
Alexa's fit reminded me of this   ⋯

💬   🔁   ♡ 9   ⬆️

### Sidebar

🔍 Search Twitter

**Relevant people**

that's so haute
@thatssohaute   **Follow**
photos aren't mine unless stated.
#blm

**What's happening**

FIFA World Cup · LIVE
Senegal vs Netherlands

Sports · Trending
**Rolen**   ⋯

Sports · Trending
**Maguire**   ⋯
Trending with #ThreeLions🏴󠁧󠁢󠁥󠁮󠁧󠁿

Sports · Trending
**AP Poll**   ⋯
11.7K Tweets

Trending in United States
**Senegal**   ⋯
Trending with De Jong, #SENNED

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

### Left navigation

🐦

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

**Tweet**

P   **Perkowski Legal P.C.**   ⋯
@c_perkowski

_ https://twitter.com/ComicYears/status/1529802046362222597 _ at _ 2022-11-21 19:35:26 -08:00

← **Tweet**



**Comic Years**
@ComicYears                                                    ...

#BlueBeetle , the upcoming #DCmovie starring #XoloMariduena has had its first set photos released, and fans are loving it!
comicyears.com/movies/blue-be...



5:30 AM · May 26, 2022 · Buffer

         

 Tweet your reply                    Reply

### Search Twitter

**Relevant people**

 **Comic Years**
@ComicYears                          Follow

Comic Years is the go-to source on news, discussion, and community for comics, movies, and TV. Come & Check us Out!

**What's happening**


NBA · LIVE
**Celtics at Bulls**

Entertainment · Trending                        ...
**Died Suddenly**
53.6K Tweets

Trending in United States                        ...
**Caleb Williams**

---

**Twitter**

Home

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski        ...

← **Tweet**

**AP** ✔
@altapeli

···

Las #Mujercitas de Greta Gerwig. Imágenes desde el set #LittleWomen



1:29 PM · Nov 6, 2018 · Twitter Web Client

**19** Retweets   **5** Quote Tweets   **58** Likes



Tweet your reply

Reply

## Relevant people

**AP** ✔
@altapeli

Follow

Cuenta oficial de AltaPeli.com - Cine / Series / Críticas / Noticias / Videojuegos



## What's happening

NFL · 2 hours ago
**Chiefs at Chargers**



**#Disenchanted** 🎬
Original movie now streaming
▶ Promoted by Disney+

Music · Trending
**#BLACKPINK_WORLDTOUR**
57.6K Tweets

···

Trending in United States
**UCLA**
13.2K Tweets

···

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Search Twitter

Home

# Explore

🔔 Notifications  ①

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski   ···



Tweet

← Tom Holland Brasil | Fã site
   @tomhollandbr

## Tom Holland foi fotografado ontem à tarde gravando cenas para "Homem-Aranha 3" em Atlanta.

Translate Tweet



2:07 AM · Jan 17, 2021 · Twitter Web App

239 Retweets   79 Quote Tweets   2,465 Likes

Relevant people

Tom Holland Brasil | ...    Follow
@tomhollandbr
Twitter do primeiro e melhor fã site
sobre o ator Tom Holland! Your first
and the BEST fan account about
🇧🇷 from Brazil to
the whole world!

What's happening

FIFA World Cup · LIVE
England vs Iran

Music · Trending
Elton John
Trending with Dodger Stadium, #EltonFarewellTour

Trending in United States
Ian Darke

Trending in United States
Hive
57.8K Tweets

Reality TV · Trending
Wendy
Trending with #BHGP, Robin

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Perkowski Legal P.C.    •••
@c_perkowski

Tweet your reply                          Reply

VINNICIUS🕷💫 @GAROTODOBLOGUER · Jan 17, 2021
Replying to @tomhollandbr
Ora, ora se não é o melhor homem aranha de todos os multiversos.
2

Dih²³💥 @NEYVIDA2 · Jan 23, 2021
Replying to @GAROTODOBLOGUER and @tomhollandbr
se forçar mais caga

matbias @FALLTAROBYN · Jan 17, 2021
Replying to @tomhollandbr
TÁ ACONTECENDO MESMO

bv8yse @lammirrorbali · Jan 17, 2021
Replying to @FALLTAROBYN and @tomhollandbr
VEM QUE EU TÔ PRONTAAAAA

•ana• @onlythoughts · Jan 17, 2021
Replying to @tomhollandbr
O traje meu pai

Lipc137 @Luiz76121863 · Jan 17, 2021
Replying to @tomhollandbr
será que ele encontra o paper boy lá?

Tiago Alves @Tiagosound · Jan 17, 2021
Replying to @tomhollandbr
Não consigo gostar dessa roupa

ela @IIOMCLEANS · Jan 17, 2021
Replying to @tomhollandbr
esse traje eh TÃO lindo eu tava com tanta saudade de ver ele no set thbr 😍

This media has been disabled in response to a report by the
copyright owner.

From ela

relampaga 1️⃣3️⃣ @espiderdenlights · Jan 17, 2021    •••
Replying to @tomhollandbr
esse traje > > > >
2

bia and the phantoms @biosexualuke · Jan 17, 2021    •••
Replying to @tomhollandbr
meu deus eu estava morrendo de saudades de fotos dele no set de spider
9

#ScaledAndIcy ✨ @Rayf_bergann · Jan 17, 2021    •••
Replying to @tomhollandbr
adm avisa que o PATRÃO tá vindo aí

Max 🕷 @DeadMax011 · Jan 17, 2021    •••
Replying to @tomhollandbr
Gosto ntl desse traje dele

@danispf · Jan 17, 2021    •••
Replying to @tomhollandbr
tudo pra mim
1

Nay @EH_Njr · Jan 17, 2021    •••
Replying to @tomhollandbr and @mirisanty
Anciosa pra assistir o filme
1

Y. @dcb4vmin · Jan 17, 2021    •••
Replying to @tomhollandbr
O uniforme ta preto diskisloksqkskk

indi @gckspidey · Jan 17, 2021    •••
Replying to @tomhollandbr
o traje ❤️❤️

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more

Mots 🕷 @Glimor Mota · Jan 17, 2021    •••
Replying to @butkroh and @tomhollandbr
😂😂😂😂😂😂😂

rubi⁷‚ JINWEEK @gcfspidejkoo · Jan 17, 2021    •••
Replying to @tomhollandbr
@hollandisbastian e vamos de ir no cinema juntinhas de novo no próximo
filme
1

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more

Show replies

https://twitter.com/ScreenMix/status/1410739750093205426... id ... 2021-11-26 10:44:22 -06:00

Document 1139, Filed 12/30/22   Page 60 of 101   Page ID
#2838



← **Tweet**

**Rock, Cine y Cómics**
@RockCineyComics

···

DESDE EL SET... 🎬

Chequen las primeras imágenes de la cinta "Madame Web", perteneciente al universo de Spider-Man. Es protagonizada por Dakota Johnson y Adam Scott.
.
.
.
#MadameWeb #spiderman #sonypictures #spiderverse



3:15 PM · Aug 8, 2022 · Twitter for iPhone

**3** Likes

💬          ⇄          ♡          ⬆

Tweet your reply                    Reply

**Relevant people**

**Rock, Cine y Cómics**                    Follow
@RockCineyComics
Aquí encontrarás noticias, entrevista y alguna locura relacionado con los temas de tu interés

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.    ···
@c_perkowski

Search Twitter






← **Tweet**

Search Twitter

⇄ **Alex Salvatore** 🧑 Retweeted



**Cosmic Media**
@CosmicMMedia                                   ...

**Relevant people**



**Alex Salvatore** 🧑
@Alexromval                    **Follow**

'Nadie puede juzgar desde fuera el
amor'

Dominique Thorne as Riri Williams on set of 'BLACK
PANTHER: WAKANDA FOREVER'




2:55 PM · Aug 26, 2021 · Twitter for iPhone

**614** Retweets   **234** Quote Tweets   **6,089** Likes

💬            ⇄            ♡            ⬆

  Tweet your reply                    **Reply**

**What's happening**

Television · 3 hours ago
**Saturday Night Live airing on
NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
🅿 Promoted by Uber

Politics · Trending
**HE'S BACK**
153K Tweets

Trending in United States
**Jason David Frank**
1,232 Tweets

Jungkook · Trending
**jungkook**
1.56M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**

# **Explore**

🔔 **Notifications**

✉ **Messages**

🔖 **Bookmarks**

**Lists**

**Profile**

··· **More**

**Tweet**

🅿 **Perkowski Legal P.C.**
@c_perkowski   ...

__ https://twitter.com/AndyVermaut/status/1359589993782517761 __ at __ 2022-11-21 00:24:24 -08:00 __

← **Tweet**

 **Andy Vermaut**
@AndyVermaut ···

## Kourtney Kardashian and Travis Barker Have a Playful Thumb War on Date Night
eonline.com/news/1236834/k...



11:48 AM · Feb 10, 2021 · dlvr.it

○   ⇄   ♡   ⬆

   Tweet your reply   Reply

Q  Search Twitter

**Relevant people**

 **Andy Vermaut**   Follow
@AndyVermaut

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights Whatsapp +32499357495

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski ···

https://twitter.com/quidvacuo_/status/1555877959915715788__el...__ 2022-11-21 05:14:08 -08:00



← **Tweet**



**Daki_Jamie** ❤️
@damieforever48

New pics of Dakota was seen on the set of "Madame Web" in Boston (Via @dakotajohnsonpt) ❤️
#DakotaJohnson #MadameWeb

9:15 AM · Oct 6, 2022 · Twitter for Android

**11** Retweets   **43** Likes

Tweet your reply                    Reply

🔍 Search Twitter

## Relevant people

**Daki_Jamie** ❤️    Follow
@damieforever48
Fan Account Jamie Dornan e Dakota Johnson ❤️

**Dakota Johnson P...** ✓    Follow
@dakotajohnsonpt
A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📸: @DJPTMidias | Fã-Clube.

## What's happening

Formula 1 · 5 hours ago
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 🧙
Original movie now streaming
▶️ Promoted by Disney+

Trending in United States
**Rest In Peace**
47.7K Tweets

Sports · Trending
**Lamar Jackson**
2,705 Tweets

Trending in California
**Elton John**
9,707 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski



← **Tweet**

**Robert Littal BSO** ✓
@BSO

Photos of Seahawks DK Metcalf At Dinner With R&B Singer Normani After Skipping Out on Mandatory OTAs (Pics-IG) bit.ly/3QoDsHQ via @BasketballguruD



5:35 PM · Jun 13, 2022 · BSO Alert

**2** Retweets  **6** Quote Tweets  **19** Likes

💬     🔁     ♡     ⬆️



Tweet your reply                    **Reply**

**Michael** @COLDESTMIKE87 · Jun 13
Replying to @BSO and @BasketballguruD
I know he tearing them cheeks up lol

💬     🔁     ♡ 1     ⬆️

**Mr.Clean Face** @flyjetwayne · Jun 13
Replying to @BSO and @BasketballguruD
One of his best catches so early in this young season lol.

💬     🔁     ♡ 1     ⬆️



🔍 Search Twitter

**Relevant people**



**Robert Littal BSO** ✓          **Follow**
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML



**The Daniel Bell©**          **Follow**
@BasketballGuruD
Thunder Beat Reporter For @BSO | Contributor for the @FranchiseOK | A lot of sports tweets | dbell3220@icloud.com

**What's happening**

NHL · LIVE
**Rangers at Kings**

#AvatarTheWayOfWater 🗿
Get tickets now – In theaters December 16
📣 Promoted by Avatar

Trending in California          ⋯
**Hooters**
8,565 Tweets

Trending in United States          ⋯
**#GenshinSpecialProgram**
9,970 Tweets

Fashion & beauty · Trending          ⋯
**Balenciaga**
70.6K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2022 Twitter, Inc.

https://twitter.com/bpanthernews/status/1431910409935409154___e8...___2022-11-21 07:19:41 -08:00
2:22-cv-09462-DMG-ADS    Document 1-19    Filed 12/30/22    Page 68 of 101    Page ID #:1823

**Black Panther 2 News**
@bpanthernews

Here is a close look at Letitia Wright (Shuri) and Danai Gurira (Okoye) filming scenes for BLACK PANTHER:WAKANDA FOREVER.

(Source:@JustJared)



2:47 PM · Aug 26, 2021 · Twitter for iPhone

**76** Retweets  **14** Quote Tweets  **578** Likes

Tweet your reply                                    Reply

**Black Panther 2 News** @bpanthernews · Aug 26, 2021
Replying to @bpanthernews
Another set photo:

1    10    95

**Eugene The Gamer** @AthleticGam3r13 · Aug 26, 2021
Replying to @bpanthernews and @JustJared
great photo, wonder how RiRi works in and will Shuri hold the mantle?

1

**Ryan Leslie** @RyanLes21403848 · Aug 26, 2021
Replying to @bpanthernews and @JustJared
@GraceRandolph this scene is definitely gonna be awesome!

1

**DarkerSkinnedWarrior** @MueraZebra · Aug 26, 2021
Replying to @bpanthernews and @JustJared
Black Panther:Fast and the furious

**Rex ANDOR ERA** @CaptainRex_7567 · Aug 26, 2021
Replying to @bpanthernews and @JustJared
Looks like fast and furious

This Tweet is from a suspended account. Learn more

**Hassnain Ali** @knivez1993 · Aug 26, 2021
Replying to @eve4daya and @bpanthernews
From what it looks like they're chasing Riri Williams (a.k.a) Iron Heart who i think is the one driving or they're teaming up as a trio and heading to take someone down

Maybe Namor is in the city

---

**Search Twitter**

### Relevant people

**Black Panther 2 News**         Follow
@bpanthernews
The best fan-run source for news on Ryan Coogler's #BlackPanther 🐾 Wakanda Forever.

**JustJared.com** ✔         Follow
@JustJared
Your #1 Entertainment Authority Also follow @jaredeng @justjaredjr

### What's happening

FIFA World Cup · LIVE
**England vs Iran**



Korean music · Trending
**#CHASE**
6,123 Tweets

Sports · Trending
**Michael Irvin**

Trending in California
**#BLACKPINK_WORLDTOUR**
58.6K Tweets

Trending in California
**Dodger Stadium**
13.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

---

**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**

🔍 Search Twitter

○ Home

# Explore

🔔 Notifications ¹

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

 **Affinity Magazine** ✓
@TheAffinityMag                                ···

#Euphoria's Hunter Schafer and Dominic Fike were spotted together!



10:30 PM · Jan 16, 2022 · TweetDeck

**2** Retweets   **1** Quote Tweet   **40** Likes

💬         ⇄         ♡         ⬆

 Tweet your reply                    Reply

## Relevant people

 **Affinity Magazine** ✓    **Follow**
@TheAffinityMag
NEXT GEN OF MEDIA

## What's happening

NBA · 23 minutes ago
**Warriors at Rockets**

**#Disenchanted** 💇‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                ···
**#twdspoilers**
1,004 Tweets

90 Day Fiancé · Trending                ···
**#90DayFiance**
3,797 Tweets

Trending in United States                ···
**#TheWalkingDead**
Trending with  #TWDFinale, Rosita

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**



**Dakota Johnson Source**
@SourceJohnson

···

October 6th, Dakota was seen on set of Madame Web in Boston, Massachusetts! Looks like they're hiding her costume 👀 #DakotaJohnson



📷 Dakota Johnson Portugal

7:09 AM · Oct 7, 2022 · Twitter for iPhone

**8** Retweets  **1** Quote Tweet  **54** Likes

💬          🔁          ♡          ⬆️

 Tweet your reply          Reply

**Charles** @Charles94507181 · Oct 8                    ···
Replying to @SourceJohnson and @dakotajohnsonpt
She has the silver hair so maybe she the older Madame web!!

💬          🔁          ♡          ⬆️

---

🐦

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒️ Lists

👤 Profile

⊙ More

**Tweet**

Perkowski Legal P.C.     ···
@c_perkowski

---

🔍 Search Twitter

### Relevant people

**Dakota Johnson Source**     Follow
@SourceJohnson
Page for All News and Updates On Dakota Johnson, Credits To Respectful Owners. Currently in post production - Madame Web

**Dakota Johnson P...** ✓     Follow
@dakotajohnsonpt
A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷: @DJPTMidias | Fã-Clube.

### What's happening

FIFA World Cup · 4 hours ago
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 🏰
Original movie now streaming
▶ Promoted by Disney+

Trending in United States     ···
**Rest In Peace**
49.6K Tweets

Trending in California     ···
**Morgan Freeman**
190K Tweets

Politics · Trending     ···
**LGBTQ**
Trending with Colorado Springs, #ClubQ

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/TheAffinityMag/status/1397253717443948548 __at __ 2022-11-21 04:10:10 -0800

Case 2:22-cv-09462-DMG-ADS   Document 1-19   Filed 12/30/22   Page 71 of 101   Page ID #:1826

Tweet

**Affinity Magazine** ✔
@TheAffinityMag

The CW's 'Powerpuff Girls' live-action series will be reworked with a brand new pilot after pictures on set were heavily criticized on social media.

"Somethings things miss, and this was just a miss," said CEO Mark Pedowitz. "We didn't want to go forward with what we had."



11:10 AM · May 25, 2021 · Twitter for iPhone

**10** Retweets   **23** Quote Tweets   **55** Likes

Tweet your reply                                    Reply

**Allison the disney diva** @Daviesallison1A · May 25, 2021
Replying to @TheAffinityMag
They look like their backup dancers for School Girls

something like a party
SCHOOL GYRLS

💬    ↻    ♡ 7    ⬆

**Liz Bay**🦋 @RealLizBay · May 25, 2021
Replying to @TheAffinityMag
Are y'all for real 🙄

💬    ↻    ♡    ⬆

**(K_0)mods** @mbbreviews · May 25, 2021
Replying to @TheAffinityMag
#cancelcwpowerpuffgirls

💬    ↻    ♡ 3    ⬆

Show more replies

---

🔍 Search Twitter

**Relevant people**

**Affinity Magazine** ✔          Follow
@TheAffinityMag
NEXT GEN OF MEDIA

**What's happening**

NFL · Last night
**Chiefs at Chargers**


Trending in United States
**Friendsgiving**
12.5K Tweets

Trending in United States
**Ole Miss**
5,300 Tweets

Politics · Trending
**Tragically**
15.1K Tweets

Trending in United States
**#AMAs** 🏆
Trending with soobin

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

___ https://twitter.com/proxcinemente/status/1552043865308533507 ___ at ___ 2022-11-21 08:30:16 -08:00

← **Thread**



**Próxcinemente**
@proxcinemente

Dakota Johnson en el set de filmación de "MADAME WEB". 🕷️ ❄️ #MadameWeb #SpiderMan

📸 Vía: @dakotajohnsonpt



2:31 PM · Jul 26, 2022 · Twitter for Android

**1** Retweet   **4** Likes



**Tweet your reply**                           Reply

**Próxcinemente** @proxcinemente · Jul 26
Replying to @proxcinemente



♡ 1

Search Twitter

**Relevant people**

**Próxcinemente**          Follow
@proxcinemente
Todas las novedades en el mundo del séptimo arte. 🎬 | Creador: @chuyRM_93 | Contacto: proxcinemente@gmail.com

**Dakota Johnson P...** ✔️     Follow
@dakotajohnsonpt
A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📸 @DJPTMidias | Fã-Clube.

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Sports talk · Trending
**Skip and Shannon**

Entertainment · Trending
**#AntManandTheWaspQuantumania**
Trending with Kang

Trending in United States
**Maguire**
120K Tweets

Music · Trending
**#askmeek**
1,175 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More …
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

Tweet

Perkowski Legal P.C.
@c_perkowski



___ https://twitter.com/fans101tobby/status/1583355015875264513 ___ at ___ 2022-11-20 07:25:57 -08:00 ___

← **Tweet**

 **fans101nickg**
@fans101tobby                                         ...

Nicolas and Anne during the filming of The Idea Of You this Wednesday, October 19 in Georgia. ❤️Can't wait to see another one😍. @nickgalitzine #nicholasgalitzine #nicholasgalitzineedit #theideaofyou #purplehearts #lukemorrow #annehathaway #cinderella



12:10 AM · Oct 21, 2022 · Twitter for iPhone

**1** Retweet   **1** Quote Tweet   **18** Likes

💬           ⟲           ♡           ⬆️

 Tweet your reply                    Reply

## Relevant people

 **fans101nickg**
@fans101tobby                              Follow
#NicholasGalitzine #PurpleHearts

 **Nicolas Galitzine** ✓
@nickgalitzine                            Follow

## What's happening

Formula 1 · 24 minutes ago
**Abu Dhabi Grand Prix 2022**                

**#Disenchanted** 🧚
Original movie now streaming
📺 Promoted by Disney+

Trending in United States                    ...
**RIP JDF**

Trending in United States                    ...
**Morgan Freeman**
60.6K Tweets

Only on Twitter · Trending                    ...
**Jason David Frank**
Trending with Green Ranger, Power Rangers

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**   ...
@c_perkowski

https://twitter.com/ThePopTingz/status/1300103026903564457 ... of ... 2023-11-21 05:39:15 -08:00
2:20-cv-09462-DMG-ADS Document 1-19 Filed 12/30/22 Page 75 of 101 Page ID #:1830



← **Tweet**

**Anne Hathaway UPDATES**
@UpdatesHathaway

🎥 more photos of anne hathaway and nicholas galitzine filming "the idea of you" in atlanta.



11:34 PM · Oct 20, 2022 · Twitter for Android

**18** Retweets    **2** Quote Tweets    **117** Likes

Tweet your reply                                   Reply

**olie⁷** 🎀 @emotozeextremo · Oct 21
Replying to @UpdatesHathaway
are they in atlanta or LA?? cause you said both 😭

                                        1

Show additional replies, including those that may contain offensive content                    Show

---

**Search Twitter**

**Relevant people**

**Anne Hathaway UPD...**    Follow
@UpdatesHathaway
Your best, fast and most reliable source about the updates of award winning actress Anne Hathaway ⭐ FAN ACCOUNT

**What's happening**

Television · 1 hour ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**HE'S BACK**
143K Tweets

Sports · Trending
**PAC 12**
5,408 Tweets

Music · Trending
**#DreamersbyJungkook**
Trending with #Dreamers2022, #DreamersOutNow

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 1-19   Filed 12/30/22   Page 77 of 101   Page ID
#:1832

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from a suspended account. Learn more



**Perkowski Legal P.C.**   ...
@c_perkowski

← **Thread**





__ https://twitter.com/live1dnews/status/1313909005442703648 __ et __ 2022-11-21 13:28:11 -08:00

← **Tweet**

**1D Updates**
@Live1DNews

···

Harry out in LA last night - October 6 (Via @hsdcandids )



11:28 AM · Oct 7, 2020 · Twitter for iPad

**1** Retweet    **7** Likes

💬          ⟲          ♡          ⬆

P | Tweet your reply                                    Reply

**Isabella** @bellabattistoni · Oct 7, 2020              ···
Replying to @Live1DNews and @hsdcandids
meu deus, a calça da menina igual da @vicqueen

destino é uma coisa louca

💬          ⟲          ♡  1          ⬆

---

### Relevant people

**1D Updates**          Follow
@Live1DNews
1D Updates. Paul, Andy, and more follow!

**HS Candids**          Follow
@hsdcandids
Follow for HQ candids of HS. Layout by @brightblackdsgn. (Fan Account)

### What's happening

FIFA World Cup · LIVE
**USA vs Wales**

Trending in United States          ···
**Sin Kiske**
1,764 Tweets

Trending in United States          ···
**1-0 USA**
21K Tweets

Trending in California          ···
**Telemundo**
7,752 Tweets

Trending in California          ···
**LETS GOOOOOO**
3,077 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

🐦

Home

\# Explore

🔔 Notifications    1

✉ Messages

🔖 Bookmarks

Lists

Profile

More

**Tweet**













# Twitter

Tweet

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@_perkowski

**Chris Evans Brasil | Fã site**
@chrisevansbrcom

O sorrisinho 🥺

Chris Evans hoje no set de 'Red One' em Atlanta.

Translate Tweet

1:47 PM · Oct 13, 2022 · Twitter Web App

**123** Retweets   **65** Quote Tweets   **1,197** Likes

Tweet your reply

**Reply**

**Dani** @danizaoo · Oct 13
Replying to @chrisevansbrcom
O cabelo adm 😍
1

**Lay - Fan Account** @Laycfbr · Oct 13
Replying to @chrisevansbrcom
Ele já terminou de gravar aquele filme com a Emily Blunt?
1

**Chris Evans Brasil | Fã site** @chrisevansbrcom · Oct 13
Replying to @Laycfbr
Tudo indica que sim.
1

**bri** @annalightwoodt · Oct 13
Replying to @chrisevansbrcom
eu respirando por aparelhos @pamelancias
1     3

**Вампам** @pamelancias · Oct 13
Replying to @annalightwoodt and @chrisevansbrcom
Nao tem um pingo de piedade
2

**Denise Rodrigues** @DeniseR32005041 · Oct 13
Replying to @chrisevansbrcom
41 anos com cara de 20
Que isso 😄
2

**kahgraviolli** @kgraviolli · Oct 13
Replying to @chrisevansbrcom
Ele é tão neném
2

**Vanessa Luiza** @Vanessa_gama_ · Oct 13
Replying to @chrisevansbrcom
❤️❤️❤️

**Amanda** @Nanddynhah · Oct 13
Replying to @chrisevansbrcom
Como ele é lindo ❤️

**bla** @avengerslini · Oct 13
Replying to @chrisevansbrcom
MEU DEUS TÃO LINDOOOO 😭😭😭😭😭😭😭😭😭

**bla** @avengerslini · Oct 13
Replying to @chrisevansbrcom
O CABELO

**HuntingQ 🏴‍☠️** @HuntingQ_ · Oct 13
Replying to @chrisevansbrcom
Isn't that Tyler Durden's jacket?

**Sim, sou do ABC 🦦** @Putona46182037 · Oct 14
Replying to @chrisevansbrcom
#perfection

GIF   ALT

**beatriz** @acervojiaoo · Oct 13
Replying to @chrisevansbrcom
@purplecevans
1     1

**Relevant people**

**Chris Evans Brasil | Fã...**
@chrisevansbrcom
Sua principal fonte de notícias e mídia sobre o ator norte-americano @ChrisEvans. | FAN ACCOUNT, we are NOT ChrisEvans! — 🇧🇷 @misllascebr

**Follow**

**What's happening**

FIFA World Cup · Earlier today
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in California
**Costco**
5,606 Tweets

Trending in United States
**Erection**
16.9K Tweets

Entertainment · Trending
**Marvel**
92.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

**Tweet**

Bieber Novidade
@biebernovidade

LINDOS! Justin Bieber e Hailey Bieber juntos ontem em Los Angeles.



4:11 AM · Aug 26, 2021 · Twitter for iPhone

**178** Retweets  **74** Quote Tweets  **1,354** Likes

Tweet your reply                    Reply

**biba** @abeltesflie · Aug 26, 2021
Replying to @biebernovidade
Esse foi o justin que eu pedir sim
♡ 1

**mah** @natalixchancee · Aug 26, 2021
Replying to @natalixchancee and @biebernovidade
@stylesgangstar
♡ 1

**Nanda** @stylesgangstar · Aug 26, 2021
Replying to @natalixchancee and @biebernovidade
lindossss
♡ 1
Show replies

**karolayne** @puxxposey · Aug 26, 2021
Replying to @biebernovidade
Lindos e estilosos

**manu.** @manu_souzh · Aug 26, 2021
Replying to @biebernovidade
O All Star AZUL.

**bbbbbbbbbbbb**❤️ @justint.eti02 · Sep 19
Replying to @biebernovidade
Pq essas fotos estão tão escondida e quase ninguém postou??

**gabby** @opssboredd · Aug 26, 2021
Replying to @biebernovidade
EU AMEI ESSE ESTILO DO JUSTIN MDS
♡ 2

**bia** @artzaym · Aug 26, 2021
Replying to @biebernovidade
a roupa impecável bn

**samara** @sccpsams · Aug 26, 2021
Replying to @biebernovidade
Os looks 😍

**gab** 🇧🇷 @biebrstian · Aug 26, 2021
Replying to @biebernovidade
que lindos mds

**coquinha¹⁴** @littlefreakys · Aug 26, 2021
Replying to @biebernovidade
O ALL-STAR QUE LINDO

**Mii ☕️** @michha8 · Aug 26, 2021
Replying to @biebernovidade
O Justin 😍😍
♡ 1

**exercito_bieber**✝ @bieber_exercito · Aug 26, 2021
Replying to @biebernovidade
O all star azul aaaaaa

**Relevant people**

Bieber Novidade          Follow
@biebernovidade
Fan Account | Há 7 anos a ser sua
melhor e mais completa fonte de
informações acerca do cantor Justin
Bieber. jbiebernovidade@gmail.com

**What's happening**

FIFA World Cup · 18 minutes ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Sports · Trending
**Cristiano Ronaldo**
Trending with #ManchesterUnited

Trending in United States
**Ochoa**
Trending with Poland, #MEXPOL

Music · Trending
**Dolly Parton**
4,943 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

Search Twitter

https://twitter.com/teamdreamville/status/1173739687191704994 __et__ 2022-11-22 19:29:41 -08:00

← **Tweet**

**Team DREAMVILLE**
@TeamDreamville · · ·

J. Cole riding a bike shouldn't be as cool as it is lol but make sure to follow our IG page jcolebikes 🚲
instagram.com/p/B2e932aJtxv/...



4:25 PM · Sep 16, 2019 · TweetDeck

9 Retweets    86 Likes

💬    🔁    ♡    ⬆


Perkowski Legal P.C.
@c_perkowski    · · ·

Ⓟ   Tweet your reply                    Reply

**BlukuByeBye** @BlukuByeBye · Sep 16, 2019    · · ·
Replying to @TeamDreamville
What shoes is he wearing?

💬    🔁    ♡    ⬆

---

🔍 Search Twitter

**Relevant people**

**Team DREAMVILLE**                    Follow
@TeamDreamville
The #1 fan page for @Dreamville 💵
💬 J. Cole • Bas • Omen • Cozz • Ari
Lennox • Lute • EarthGang • J.I.D • ⚡
#BLM

**What's happening**

Television  🔴LIVE
**Bachelor in Paradise airing on ABC**


#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
📢 Promoted by Avatar

Trending in United States                    · · ·
**RIP Harold**

Trending in United States                    · · ·
**#StayWoke**

Trending in United States                    · · ·
**NitroRad**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

https://twitter.com/_Margvel/status/1557039887353774081 ... e8 ... 2022-11-20 22:18:21 -08:00
22-cv-09462-DMG-ADS    Document 1-19    Filed 12/30/22    Page 87 of 101    Page ID
#:1842

Search Twitter

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Margvel 🧉
@_Margvel    ...

🦇 Primer vistazo a Vincent D'onofrio como Kingpin en el set de 'ECHO'



9:23 AM · Aug 9, 2022 · Twitter for Android

**16** Retweets    **5** Quote Tweets    **450** Likes

Tweet your reply    **Reply**

AleStuffs!! @AleStuffs · Aug 9
Replying to @_Margvel
un hombro es mas grande que el otro jiji tiene el mismo error que en hawkeye

tomasisto @HeavyyTf · Aug 9
Replying to @_Margvel
Pensé que iba a estar ciego, cómo ven los cómics

❤️ 1

Nak @Nach_PM1 · Aug 9
Replying to @_Margvel

**GIF  ALT**

❤️ 1

#FraancoN.~ @FraancoNahuel_ · Aug 9
Replying to @_Margvel
con el traje blanco, SEEEEEXOOOO

❤️ 3

Lautii 2️⃣ @LautiiRoldan_ · Aug 9
Replying to @_Margvel
Che pero donofrio no estaba mas viejo?

❤️ 2

Show more replies

### Relevant people

Margvel 🧉
@_Margvel    **Follow**
Humor, información y updates del Universo Marvel | 🦇 |
contactormarvel@gmail.com |
#SheHulk #IAmGroot



### What's happening

NFL · 1 hour ago
**Chiefs at Chargers**

**#Disenchanted** 🌹
Original movie now streaming
▶️ Promoted by Disney+

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Music · Trending
**#BLACKPINK_WORLDTOUR** 🖤
57K Tweets

Trending in United States
**#AMAs** 🏆
Trending with soobin, yeonjun

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.



https://twitter.com/legitngnews/status/1491848386789658209 __ el __ 2022-11-21 09:32:39 -08:00
Case 2:22-cv-09462-DMG-ADS Document 1-19 Filed 12/30/22 Page 88 of 101 Page ID #:1843

Home

\#  Explore

🔔 Notifications

✉  Messages

🔖 Bookmarks

Lists

Profile

More

**Tweet**

← **Tweet**

Legit.ng | Leading the way ✔
@legitngnews

Pregnant and hot!

Rihanna flaunts baby bump in style 🔥🔥

📸: diggzy /badgalriri (Instagram)

#legitng #legitpost #rihanna #badgalriri



10:55 AM · Feb 10, 2022 · Twitter for Android

**2** Retweets  **2** Quote Tweets  **27** Likes

Tweet your reply

Reply

Zaddy Fateezy 👹😋 @adefateezy99 · Feb 10
Replying to @legitngnews
Moi Wrld Best👹🤚

Sir Eysir Odadi @SirOdadi · Feb 10
Replying to @legitngnews
Fornicator with a beast.

Woke Boy @wokeboyinc · Feb 10
Replying to @legitngnews
she go make big belle dey trend now...
1

Show more replies

Perkowski Legal P.C.
@c_perkowski

🔍 Search Twitter

**Relevant people**

Legit.ng | Leading ... ✔
@legitngnews
Follow

Legit.ng (ex NAIJ.com) – leading the way. We cover politics, business, sports, entertainment news&more to enrich Nigerians' lives.

**What's happening**

FIFA World Cup · LIVE
Senegal vs Netherlands

Trending in California
Dodger Stadium
14K Tweets

Entertainment · Trending
#AntManandTheWaspQuantumania
1,788 Tweets

Trending in United States
Janssen
7,540 Tweets

Music · Trending
Kelly Rowland
26.7K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

_ https://twitter.com/thatssohaute/status/1446167981797564416 _ el _ 2022-11-22 08:28:27 -08:00

← **Tweet**



**that's so haute**
@thatssohaute                                    ···

babe wake up we got new anya taylor joy smoking pics

10:38 AM · Oct 7, 2021 · Twitter for iPhone

**184** Retweets   **12** Quote Tweets   **1,397** Likes

---

Tweet your reply                                 Reply

**beybey** @zombienstiletto · Oct 7, 2021        ···
Replying to @thatssohaute
wake up daw @anglcapati

♡ 1

---

🔍 Search Twitter

## Relevant people



**that's so haute**                              Follow
@thatssohaute
photos aren't mine unless stated.
#blm

## What's happening

**Sports · LIVE**
**2022 FIFA World Cup**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
☑ Promoted by Avatar

Trending in United States                        ···
#السعوديه_الارجنتين
1.22M Tweets

Trending in United States                        ···
**Died Suddenly**
99.7K Tweets

Trending in United States                        ···
**Argentina**
Trending with #FIFAWorldCup 🏆 , Herve Renard

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet



**Marvel Top⁵** 🏆 TOP
@MarvelTops

Imágenes del set de #MadameWeb #Marvel #Sony

Translate Tweet



10:54 AM · Oct 6, 2022 · Twitter for Android

**9** Likes

Tweet your reply

Reply

**Relevant people**

**Marvel Top⁵** 🏆 TOP
@MarvelTops

Follow

Soy @argdscr y aquí hay 🎞 información📷 posters,📰 noticias del Universo Cinematográfico de #Marvel. 📅 #WakandaForever 🏆 11/Nov

**What's happening**

NFL · LIVE
**Browns at Bills**



#Disenchanted 💁
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Rest In Peace**
47.1K Tweets

Trending in California
**Shakira**
110K Tweets

Only on Twitter · Trending
**Rest in Power**
20.2K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.** ···
@c_perkowski



← Tweet

Search Twitter

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**


**Teleaudiencias**
@teleaudiencias

The Weeknd y Angelina Jolie; pillados juntos de nuevo. La actriz y el cantante habían sido relacionados sentimentalmente hace unos meses. ¿Posible pareja o nuevo proyecto? wp.me/pa7l1P-7Nf

Translate Tweet



11:30 AM · Oct 11, 2021 · TweetDeck

1 Like


**Perkowski Legal P.C.**
@c_perkowski

Tweet your reply

Reply

## Relevant people


**Teleaudiencias**
@teleaudiencias                    Follow

Audiencias, noticias, opinión, entrevistas, estrenos, tv, cine, música y deportes y +51.000 en instagram!
TvTeleaudiencias.wordpress.com

## What's happening


FIFA World Cup · Starts at 2:00 AM
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater** 🧑
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California

← **Tweet**

**La Ruta del Geek**
@larutadelgeek

···

Parece que veremos una variante de #SpiderMan en la película de #MadameWeb

Translate Tweet




11:18 AM · Oct 6, 2022 · Twitter for iPhone

**1** Like

 Tweet your reply

Reply

## Relevant people

**La Ruta del Geek**
@larutadelgeek

Follow

Podcast improvisado en el tráfico sobre cómics, películas, series y juegos. Hosts: @jorgerutageek y @sakura_002

## What's happening

Formula 1 · This morning
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
56.7K Tweets

···

Trending in United States
**UCLA**
Trending with Oregon, Utah

···

Sports · Trending
**McVay**

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**

**DomisLive NEWS** ✓
@domislivenews

...

**#KanyeWest** Says He Needs to Be Back Home With **#KimKardashian** & His Family



4:32 PM · Nov 24, 2021 · Twitter for iPhone

**15** Retweets **5** Quote Tweets **221** Likes

💬    🔁    ♡    ⬆️

P   **Tweet your reply**     Reply

**ZXCK** 🌟 @zxck_vro · Nov 24, 2021
Replying to @domislivenews
oh jesus this gonna be the next will smith

💬    🔁    ♡ 22    ⬆️

**6hinq** @6hinq · Nov 24, 2021
Replying to @domislivenews
💩

💬 1    🔁    ♡    ⬆️

**6hinq** @6hinq · Nov 24, 2021
Replying to @6hinq and @domislivenews
My man ye got on the dress while Kim got on the pants

💬    🔁    ♡ 1    ⬆️

**black spiderman** @bullymaguireee · Nov 24, 2021
Replying to @domislivenews
Pete to ye:



0:04 296 views

💬    🔁    ♡ 2    ⬆️

**idontwannadothisanymore** @JeffKrut · Nov 24, 2021
Replying to @domislivenews
Pete living rent free

💬    🔁    ♡    ⬆️

**Emmanuel** @Emmanuelkamia · Nov 24, 2021
Replying to @domislivenews
Imagine getting cucked by Pete Davidson

💬    🔁    ♡ 9    ⬆️

🔍 Search Twitter

**Relevant people**

**DomisLive NEWS** ✓    Follow
@domislivenews
Hip Hop Commentator 🎤 1 Million
Subscribers on Youtube

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
📣 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
79.9K Tweets

Trending in United States
**#GMMTV2023**
410K Tweets

Only on Twitter · Trending
**Pablo Milanés**
62.8K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Perkowski Legal P.C.
@c_perkowski ···

https://twitter.com/Hdskslinsin/status/1392087972306970603... — 2022-11-22 13:17:49, -08:00
22-cv-06462-DMG-ADS    Document 1-19    Filed 12/30/22    Page 94 of 101    Page ID
#1949

← **Tweet**    ···

**Molusco** ☑
@MoluscoTv

FOTOS publicadas por
DailyMail.com confirman "escapada romántica"
de @jlo y @benaffleck a Montana. Al final nuestra
fuente confirma lo de Jennifer y Affleck 😂

#ELMoluscoDePuertoRico 🎤

(* Si comentas algo relacionado a Batman, de seguro
tienes 18 años o menos 😂)

Translate Tweet



0:07 3,683 views

5:03 AM · May 11, 2021 · Twitter for Android

**10** Retweets    **4** Quote Tweets    **39** Likes

         ⟲         ♡         ⬆

───────────────

🐙 Tweet your reply                          Reply

**Elegance Music PR≡** @elegancepr · May 11, 2021
Replying to @MoluskeIm @JLo and @BenAffleck
🎶 Sigan viendo el Lyric Video de #Pami ✨ ✨ 🙏🙏

youtube.com
Elegance Music_ - _Pa Mi _ _ "Lyric Video"
Hola soy #Elegance #Music aquí les dejo el Lyric
Video de mi cuarto sencillo musical titulado #Pa Mi

         ⟲         ♡         ⬆

**Camilo Jose Acevedo** @Camilo.JoseAcevI · May 11, 2021
Replying to @MoluskeIm @JLo and @BenAffleck
Qué bueno...que se lo disfruten,yess..!

         ⟲         ♡         ⬆

**Vaso De Anibal** @VasoDeAnibal · May 11, 2021
Replying to @MoluskeIm @JLo and @BenAffleck

**SHE'LL BE BACK!
YOU'LL SEE!!**

         ⟲         ♡ 1      ⬆

**El Hijo de Doña TERE** @marcanthonyr · May 11, 2021
Replying to @MoluskeIm @JLo and @BenAffleck
Deja que llegue a las mano de Puff Daddy que necesitará una silla de ruedas
🤣🤣🤣🤣

         ⟲         ♡         ⬆

**PAPOLYN SANTY** @PapolynS · May 11, 2021
Replying to @MoluskeIm @JLo and @BenAffleck
Esa mujer se operó de Vagin...😍

         ⟲         ♡         ⬆

**Pedro Escalera**🇵🇷 @pedrito_ph · May 11, 2021
Replying to @MoluskeIm @JLo and @BenAffleck
👀🔥🍑🍷😂😂😂😂😂😂

**I'm gonna start layin' pipe.**

GIF  ALT

         ⟲         ♡         ⬆

This Tweet is from a suspended account. Learn more

**Junior** @Junior71358016 · May 11, 2021
Replying to @NHcanito and @MoluskeIm
Explícate

         ⟲         ♡         ⬆

---

🐦 Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊕ More

**Tweet**

Perkowski Legal P.C.    ···
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

Molusco ☑            Follow
@MoluscoTv
Vivo en La Mega, La Musica App,
Twitter, Instagram, Facebook, TikTok y
YouTube #MoluscoTV. Mi contenido
este en el link de abajo

JLo ☑               Follow
@JLo
Celebrating #20yearsofTHISISMETHEN
✨

Ben Affleck ☑        Follow
@BenAffleck
Actor, Writer, Director & Producer
@PearlStreet Films @EasternCongo
Initiative

**What's happening**

FIFA World Cup · 3 hours ago
**Mexico vs Poland**

#AvatarTheWayOfWater 🎬
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in California
**Mexicans**
18.2K Tweets                  ···

Trending in California
**LAPD**
52K Tweets                    ···

Trending in California
**Lucas**
147K Tweets                   ···

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2022 Twitter, Inc.

__ https://twitter.com/yucatanalminuto/status/1410727428935151818 __ et __ 2022-11-22 10:31:25 -08:00 __

**Tweet**



YUCATAN AL MINUTO
@YUCATANALMINUTO

Captan a Kanye en aeropuerto de Oaxaca
ow.ly/cd8m50Fn7wB
Translate Tweet




3:30 PM · Jul 1, 2021 · Hootsuite Inc.

**1** Retweet  **1** Like

Tweet your reply

Reply

Alberto García @albertogfm · Jul 1, 2021
Replying to @YUCATANALMINUTO
@feres_s

1

Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

**Relevant people**



YUCATAN AL MINUTO
@YUCATANALMINUTO    Follow

Yucatán al Minuto es un medio de comunicación que produce contenido informativo y material audiovisual con formatos propios en Mérida, Yucatán.

**What's happening**

FIFA World Cup · 33 minutes ago
Mexico vs Poland

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Sports · Trending
Cristiano Ronaldo
Trending with #ManchesterUnited

Sports · Trending
Viva Ronaldo
3,923 Tweets

Celebrities · Trending
Anthony Mackie

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.



https://twitter.com/SeriesUpdateFR/status/1539570186792521745 · 2022-6-30 09:40:06 · Document 1-26 · Filed 12/30/22 · Page 96 of 101 · Page ID

**Infos Séries**
@SeriesUpdateFR

Margot Robbie et Ryan Gosling sur le tournage du film Barbie 🎀📸

12:20 AM · Jun 23, 2022 · Twitter for Android

**114** Retweets **71** Quote Tweets **1,513** Likes

Tweet your reply

**Nella** @Nenllaaa · Jun 23
Replying to @SeriesUpdateFR
Franchement j'aime bien Ryan mais en ken c'est difficile ! a voir le résultat finale

**Scar** @microwhaael · Jun 23
Replying to @SeriesUpdateFR and @TCSLGG
La première photo on dirait le fou vert aka spiderman

**Carlos** @microchewj @SeriesUpdateFR and @TCSLGG
Replying to @microchewj @SeriesUpdateFR and @TCSLGG
"Gut bouffon vert"
2) y a aucune espèce de ressemblance ptdr !!!
3) hép celui

**We Love You Roman** @BCMANAMICMAN_ · Jun 23
Replying to @SeriesUpdateFR
4 pièce pour barbie le film

**@jacklespirat** · Jun 23
Replying to @SeriesUpdateFR
Il semblerait que les rêves ne soient pas réalisés @Candidelingenue

**Candide L'ingénue** @Candidelingenue · Jun 23
Replying to @jacklespirat and @SeriesUpdateFR
Je sais bien... Malheureusement..mon petit coeur est brisé.
Show replies

**Soso #Div2021Winner** @Super1ol1292754 · Jun 23
Replying to @SeriesUpdateFR
Les pauvres ils ont été rendu ridicule

**toitoiine** 🎀 @Toitoiiineruu · Jun 23
Replying to @SeriesUpdateFR
c'est le but c'est un film Barbie "pour adultes" pas un film Barbie live action quelconque

**Eliza** @Eljyy84 · Jun 23
Replying to @SeriesUpdateFR
Vraiment peur de l'état du film

**Blue** @BlueSar_ · Jun 23
Replying to @Eljyy84 and @SeriesUpdateFR
tout pareil mdrr

**Adam** @Hum0H30 · Jun 23
Replying to @SeriesUpdateFR
Tout le film sa leak en photo de tournage mdr

**pat17a** ❤️ @pat17ks · Jun 23
Replying to @SeriesUpdateFR
Peak cinema

**lililili** @wlzlmahs · Jun 23
Replying to @SeriesUpdateFR
Mon dieu qu'il est horrible en Ken
Qui a vu l'idée de le prendre sérieux ! Fallait prendre un gars qui fasse plus jeune 😭

**CAROLINA ANDALUCIA** 🇪🇸🇪🇸🇪🇸 @CaroIinacave · Jun 23
Replying to @wlzlmahs and @SeriesUpdateFR
Je suis d'accord

**phenom** @Lamin442Phenom · Jun 23
Replying to @SeriesUpdateFR
Mais pourquoi bordel pourquoi ? 😭😭😭

**Flo Exotic** @EDUSVR · Jun 23
Replying to @SeriesUpdateFR
@NICK_VEWL this could be us

**Imane Boujenan** @ImaneMimiRrack · Jun 23
Replying to @SeriesUpdateFR
Sérieux fais vaire mon film parce vu un blage

**DupreQuentin** ⭐️⭐️ @DupreQuentin · Jun 23
Replying to @ImaneMimiRrack and @SeriesUpdateFR
D'accord
Show replies

**Lazulia** @chipeirung · Jun 23
Replying to @SeriesUpdateFR
Oh la la, donc c'est pas une plaisanterie? Ce film est en tournage! Mais pourquoi s'acharner avec les films cons Hein Margot, POURQUOI

**Robyne de Villerio** @R_de_Villerio_ · Jun 23
Replying to @SeriesUpdateFR
@RyanGosling en Ken j'adore ❤️❤️❤️ #BarbieMovie

**h.salvatore** @NablriSaixs · Jun 23
Replying to @SeriesUpdateFR
C'est un canular ?

**Xorse | | jongkwan** @ffdnlewe_ · Jun 26
Replying to @SeriesUpdateFR
Barbie à une histoire à elle! mdr

**Max Damage** @nobby_maxdamage · Jun 23
Replying to @SeriesUpdateFR
S'ils s'appellent pas depuis par la boi j'y vais pas.

**Max Damage** @nobby_maxdamage · Jun 23
Replying to @SeriesUpdateFR
C'est pour être un remake de From Dusk till Down, en plein milieu du film BAM ça devient un slasher !!! 😭😭😭

**C L E M ^** 🎀 @clemlxol · Jun 23

__ https://twitter.com/bso/status/1323874836037410816 __ at __ 2022-11-22 07:06:44 -08:00 __

← **Tweet**

**Robert Littal BSO**  ✔
@BSO                                    •••

Jordyn Woods Sends Everyone A Message While Out On A Date Night With Karl Anthony-Towns (Pics-Vid) bit.ly/3kVBw9j via @BasketballguruD



10:28 PM · Nov 3, 2020 · BSO Alert

**1** Retweet   **5** Likes

🗨  ⟲  ♡  ⬆


**Perkowski Legal P.C.**
@c_perkowski                •••

 Tweet your reply                    Reply

---

🔍 Search Twitter

**Relevant people**

 **Robert Littal BSO** ✔    Follow
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**The Daniel Bell©**    Follow
@BasketballguruD
Thunder Beat Reporter For @BSO | Contributor for the @FranchiseOK | A lot of sports tweets | dbell3220@icloud.com

**What's happening**

FIFA World Cup · 2 hours ago
**Argentina vs Saudi Arabia**


**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in United States        •••
**Died Suddenly**
104K Tweets

Trending in United States        •••
**Argentina**
Trending with #FIFAWorldCup 🏆, Herve Renard

Trending in United States        •••
#السعودیه_الارجنتین
1.19M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

__ https://twitter.com/tender_DMJ/status/1096103319515381761 __ at __ 2022-11-20 07:20:25 -08:00 __



← **Tweet**



**DAKOTA** 💜💙
@tender_DMJ

···

## She always knows 🤷‍♀️



@dakotajohnson knows.

PS, hi @lunya 👋

9:46 AM · Feb 14, 2019 · Twitter for iPhone

**1** Retweet    **6** Likes

💬            ⟲            ♡            ⬆



Perkowski Legal P.C.    ···
@c_perkowski



P    Tweet your reply                    Reply

---

Q Search Twitter

### Relevant people



**DAKOTA** 💜💙            Follow
@tender_DMJ

Dakota Johnson is the meaning of
perfection and of course the love of
my life ❤️

### What's happening



Formula 1 · 19 minutes ago
**Abu Dhabi Grand Prix 2022**

#Disenchanted 🧟‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in United States            ···
**Morgan Freeman**

---

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

_ https://twitter.com/bso/status/1187767834593693697 __ol __ 2022-11-22 07:42:51 -08:00

← **Tweet**



Robert Littal BSO ✓
@BSO                                             ···

Photos Of Draya Out Enjoying Herself After Her
Longtime Fiancee Orlando Scandrick Was Cut After
Cowboys Game (Pics-Vids) bit.ly/2WjQquM



©NGRE / BACKGRID

9:28 AM · Oct 25, 2019 · BSO Alert

**1** Quote Tweet    **6** Likes

💬          🔁          ♡          ⬆️



Perkowski Legal P.C.
@c_perkowski                                    ···



📋  Tweet your reply                          Reply

T-Y @Tyrand_dquan · Oct 25, 2019              ···
Replying to @BSO
Long time fiance 😂😂
💬          🔁          ♡          ⬆️

Lonewolf @Dmoney0115 · Oct 25, 2019          ···
Replying to @BSO
Contract was guaranteed right lol?
💬          🔁          ♡          ⬆️

**Relevant people**

Robert Littal BSO ✓            Follow
@BSO
BSO is a Unique take on Sports & Ent;
Tweets by The Headline King Robert
Littal; IG: BSOTV; FB:
BlackSportsOnline; Keep That Same
Energy Podcast; #BLM; 💙 AML

**What's happening**

FIFA World Cup · LIVE
Mexico vs Poland                             

#AvatarTheWayOfWater🪦
Get tickets now · In theaters December 16
◼ Promoted by Avatar

Entertainment · Trending            ···
Died Suddenly
109K Tweets

Trending in United States            ···
Argentina
Trending with #WorldCup, #Qatar2022 🏆

Trending in California               ···
Mexico City
25.5K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

— https://twitter.com/beliebinteam/status/1233073999669874689 — at — 2022-11-21 05:40:37 -08:00



__ https://twitter.com/MundoGeekOF1/status/1529556131621765120 __ et __ 2022-11-20 22:16:58 -08:00 __

