# EXHIBIT B Continued

— https://twitter.com/CinematizandoOf/status/1351335145308088275 — et — 2022-11-20 20:40:04 -08:00



Perkowski Legal P.C.
@c_perkowski

**Relevant people**

Cinematizando
@CinematizandoOf        Follow

**What's happening**

NCAA Men's Basketball · Earlier today
Explorers at Hoyas

#Disenchanted 🎬
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
#dantherizzler

Trending in United States
#AMAs 🔥
Trending with soobin, yeonjun

Only on Twitter · Trending
#乐鱼体育
215K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

__ https://twitter.com/filmnewsPL/status/1516522880766644004 __ at __ 2022-11-19 18:19:54 -08:00

← Tweet

 **Film News**
@filmnewsPL

•••

## Aktualizacja: Jessica Chastain i Peter Sarsgaard na planie niezatytułowanego jeszcze filmu w reżyserii Michela Franco

Translate Tweet



 **Film News** @filmnewsPL · Apr 18

Jessica Chastain na planie nowego filmu, o którym nic na razie nie wiadomo



2:03 PM · Apr 19, 2022 · Twitter for Android

**19** Likes

💬          🔁          ♡          ⬆️

 Tweet your reply                    Reply

---

**Twitter**

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

••• More

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski                  •••

🔍 Search Twitter

### Relevant people

 **Film News**
@filmnewsPL                    **Follow**

🎬 najnowsze wiadomości filmowe - kino polskie i zagraniczne, popularne i niezależne 🍿 kontakt: filmnewspl@gmail.com

### What's happening

Formula 1 · Starts at 9:00 PM
**Abu Dhabi Grand Prix 2022**          

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber



← **Tweet**

 **Rihanna Indonesia**
@RihannaIndo                                                    ···

Day and night in New York #rihanna #rihanaNavy



6:27 PM · Sep 17, 2021 · Twitter for iPhone

**2** Retweets   **8** Likes

          

 Tweet your reply                          Reply

🔍 Search Twitter

**Relevant people**



 **Rihanna Indonesia**              Follow
@RihannaIndo

Rihanna biggest fanbase in Asia.
Followed by @Rihanna.
#IndonesiaWantsRihanna

**What's happening**

NFL · 1 hour ago
**49ers at Cardinals**

Entertainment · Trending                                   ···
**Died Suddenly**
64.7K Tweets

Only on Twitter · Trending                                 ···
**Pablo Milanés**
Trending with Auburn

Trending in United States                                   ···
**Jada**
8,504 Tweets

Trending in United States                                   ···
**Murder House**
1,694 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.    ···
@c_perkowski



https://twitter.com/forumpandir/status/1282324168904429569_at__2022-11-21 15:23:19 -08:00
Document 1-20   Filed 12/30/22   Page 6 of 101   Page ID #1362   22-cv-09462-DMG-AGG



PAN
@forumpandir

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@_perkowski

**← Tweet**

**Diario Peru21**
@peru21noticias

🔴 Jennifer Lopez y Ben Affleck son captados en un apasionado beso en plena vía pública bit.ly/3zrwZ6k

Translate Tweet



3:33 PM · Jun 14, 2021 · Twitter Web App

**5** Retweets **9** Quote Tweets **155** Likes

Tweet your reply                                    **Reply**

**walt3r** @walthar2 · Jun 15, 2021
Replying to @peru21noticias
Bien ahí Batman !!

**Andrea Egoavil** @AndreaEgoavil · Jun 14, 2021
Replying to @peru21noticias
@LucrecisSoy

**Lucero Pi** @LucreciaSoy · Jun 14, 2021
Replying to @AndreaEgoavil and @peru21noticias
Y el anillo pa cuando?

**martinspink** @Cristal85670784 · Jun 14, 2021
Replying to @peru21noticias
Ella sabrá controlarle sus problemas de adicción xd

**Dadafilia** @katrb40 · Jun 14, 2021
Replying to @peru21noticias
@CaroResilience @gatowaton05 esa mujer idola 😍

**Caro** 😎 @CaroResilience · Jun 14, 2021
Replying to @katrb40 and @peru21noticias
Así se debe besar mana, con pasión  jajaja

**Luis Padilla mALca** @ncel475 · Jun 14, 2021
Replying to @peru21noticias
Y dónde quieres que se besen

**Marcela** @Marcela721961 · Jun 14, 2021
Replying to @peru21noticias



**Roberto Vargas** @Roberto03574140 · Jun 15, 2021
Replying to @peru21noticias
Ya de arrechos

**kenito throkovsi** @Kenito007 · Jun 15, 2021
Replying to @peru21noticias
Ya y.

**Edgar Rivadeneyra** @Rivadeneyra30 · Jun 14, 2021
Replying to @peru21noticias
Ya es hora que se dediquen a los espectáculos, porque para otra cosa no sirven. 🙄

**Aprilzc** 🦋 @Aprilzc9 · Jun 14, 2021
Replying to @peru21noticias
Yyy????

**Emanuelinho Rock and Roll Yo** 🤘😼🤘 @iokercel... · Jun 14, 2021
Replying to @peru21noticias
Un buen remember, siempre es la vieja confiable cuando estas soltero 😏😂😂

**Orange** @orangearmur · Jun 15, 2021
Replying to @peru21noticias
Dos tóxicos

**Search Twitter**

**Relevant people**

Diario Peru21                     **Follow**
@peru21noticias
La redacción web de peru21.pe te
mantendrá informado de lo último del
acontecer nacional y mundial.

**What's happening**

FIFA World Cup · 2 hours ago
Mexico vs Poland

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in California
**Mexicans**
17.4K Tweets

Trending in California
**LAPD**
11.6K Tweets

Trending in United States
**Giroud**
Trending with Australia, Mbappe

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More
© 2022 Twitter, Inc.

— https://twitter.com/foochia/status/1192369668085039104 __ el __ 22-22-cv-09462-DMG-ADS   Document 1-20   Filed 12/30/22   Page 8 of 101   Page ID
#:1864   2022-11-21 04:58:47 -08:00



Foochia - فوشيا
@foochia

صور حديثة لنجل الفنان الراحل #مايكل_جاكسون #بلاكيت..
هل تلاحظين الشبه بينهما؟

#مشاهير #أبناء_المشاهير #michaeljackson

Translate Tweet



1:15 AM · Nov 7, 2019 · Hootsuite Inc.

1 Retweet   4 Likes

Tweet your reply                                    Reply

Rama @Rama42140800 · Nov 8, 2019
Replying to @foochia
فيه شبه من الفيس بريسلي

iSOlaF & KhaLeD FM #فلفل_شطة @khaled_solaf · Nov 7, 2019
Replying to @foochia

iSOlaF & KhaLeD FM #فلفل_شطة @khaled_solaf · Oct 26, 2019
#رحلنا للأرض الخضرا والبيوت الزرقا الي #تونس مع #حالد_وسولاف في
برنامج #فلفل_شطه
youtu.be/8wuGOq1PXuI لو عاوزين تشوفوها كامله اضغط على اللينك ده
Show this thread

This Tweet was deleted by the Tweet author. Learn more

سلام @mj_rg1 · Nov 11, 2019
Replying to @rbc111111 and @foochia
مواليد ٢٠٠٢، بالنسبة لامه مايكل ما فصح عن هويتها برغبة منها للحفاظ على
خصوصيتها وأمنها عكس ما صار مع زوجته الأولى والثانيه قبلها.

Relevant people

Foochia - فوشيا
@foochia
موقع يهتم بشؤون وشجون المرأة العربية،
منه تطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، وتتابع أخبار المشاهير والفن
والثقافة.                               Follow

What's happening

FIFA World Cup · LIVE
England vs Iran

Music · Trending
Elton John
Trending with Dodger Stadium, Dodger Stadium

Only on Twitter · Trending
#MotivationMonday
1,484 Tweets

Trending in United States
#ENGIRN
Trending with #SayTheirNames, Foden

Trending in United States
Oregon
18.9K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

### Tweet

Celeb Pics
@FameBabes                                           ...

## Stassie and Kourtney Kardashian 💦



1:23 AM · Aug 26, 2021 · Twitter for iPhone

20 Retweets   136 Likes

Tweet your reply                                     Reply

Ray heaven @Umesh_kaku · Aug 26, 2021   ...
Replying to @FameBabes
Source please...

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet



Perkowski Legal P.C.   ...
@c_perkowski

---

Search Twitter

## Relevant people

Celeb Pics
@FameBabes                    Follow
NSFW - Sharing Content of Famous
Babes 😜 - Professional Horn Dog -
Started 8/27/19 - BACKUP
@FameBabesBACKUP ❗

## What's happening

NCAA Men's Basketball · Yesterday
Cavaliers at Fighting Illini

Music · Trending              ...
Kelly Rowland
Trending with Chris Brown

Trending in United States      ...
#TheWalkingDead
Trending with #TWDFinale, Michonne

Trending in United States      ...
Hive
50.3K Tweets

Trending in California         ...
#BLACKPINK_WORLDTOUR
60.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/ImexIIG/status/1389749570679279621 __ et __ 2022-11-21 11:56:45 -08:00

← Tweet ⋯

الاحداث حول العالم | 🏴‍☠️🏴‍☠️
@ImexIIG

جاستن بيبر وهو يتسوق مع زوجته هايلي في ميامي اليوم.

Translate Tweet



6:11 PM · May 4, 2021 · Twitter for iPhone

2 Retweets   20 Likes

Tweet your reply                    Reply

فايز علي @faiz552266 · May 4, 2021
Replying to @ImexIIG and @aiwjaee
مافيه صبر لين يوصل البيت هههههه

بلبالي عبدالعزيز بن عبدالله 🌹🏴‍☠️ 🇦🇪 @AbdeBelb... · May 4, 2021
Replying to @ImexIIG and @aiwjaee
هدي في أمس يا حبيبي انت متأخر

ميلاف | لايك للمئينة @melaf_70 · May 4, 2021
Replying to @ImexIIG
تكففون لا تتجاهلون رسالتي الله يحجيجبير خاطظطركم بذي الأيام الفضيلة احتاج بس لايك للمئينة وربي ماني شي غييره لايك بس راج تنتهي 😭😭😭
💔💔💔💔💔 💔💔💔💔💔💔💔💔💔💔💔

Relevant people

الاحداث حول العالم | 🏴‍☠️🏴‍☠️    Follow
@ImexIIG
أجمل منصة ترفيهية لأخبار و احداث النجوم
والمشاهير حول العالم | الخاص للدعاية و
الإعلان

What's happening

FIFA World Cup · LIVE
USA vs Wales

Trending in United States    ⋯
1-0 USA
16K Tweets

Music · Trending    ⋯
Ciara
12.2K Tweets

Trending in United States    ⋯
WHAT A GOAL
18.1K Tweets

Trending in California    ⋯
LETS GOOOOOO
3,300 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.   ⋯
@c_perkowski

Search Twitter

__ https://twitter.com/tender_DMJ/status/1088609823464267776 __ at __ 2022-11-20 20:26:14 -0800_

← **Tweet**



**DAKOTA** 💜💙
@tender_DMJ

· · ·

Tomémonos unos minutos para apreciar ese hermoso perfil 😌❤️



5:29 PM · Jan 24, 2019 · Twitter for iPhone

**3** Retweets   **22** Likes



Tweet your reply

Reply

## Relevant people



**DAKOTA** 💜💙
@tender_DMJ

Follow

Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

## What's happening

Television · 2 hours ago
**The Walking Dead airing on AMC**



**#Disenchanted** 💋
Original movie now streaming
☒ Promoted by Disney+

Trending in United States
**Bob Iger**

· · ·

Trending with Chapek Disney

__ https://twitter.com/allinitdrews/status/1186064248058528208 __ at __ 2022-11-21 17:32:07 -08:00 __

← **Tweet**

 **sam**
@allinitdrews                                                                    ···

## A POWER COUPLE

 

4:38 PM · Oct 20, 2019 · Twitter Web App

**35** Retweets   **3** Quote Tweets   **170** Likes

 

 Tweet your reply                                    **Reply**

Q Search Twitter

### Relevant people

 **sam**                                    **Follow**
@allinitdrews

fan account; justin followed 9.14.19

### What's happening

Television · LIVE
**Bachelor in Paradise airing on ABC**

Trending in United States
**Died Suddenly**
40.4K Tweets                                            ···

Sports · Trending
**#WWERaw**
Trending with Kevin Owens                               ···

Sports · Trending
**Lane Kiffin**
5,035 Tweets                                            ···

Sports · Trending
**John Sutcliffe**                                     ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski                    ···

__ https://twitter.com/foochia/status/1365995375073591302 __ at __ 2022-11-22 09:14:45 -08:00 __

← **Tweet**



**Foochia فوشيا** ✓
@foochia

التقطت عدسات الباباراتزي صوراً لهيلاري داف  بأشهر حملها الأخيرة، مرتدية فستانا ضيّقا وومعتمدة الشعر الأزرق خلال زيارة  أحد أصدقائها  بلوس أنجلوس

#فوشيا #هيلاري_داف #hilaryDuff #hollywoodstars #LA

Translate Tweet

4:00 AM · Feb 28, 2021 · Hootsuite Inc.

**3** Retweets   **4** Likes

💬          ↻          ♡          ⬆

 Tweet your reply                        Reply

---

🔍 Search Twitter

**Relevant people**

 **Foochia - فوشيا** ✓          Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللباقة، ونتابع أخبار المشاهير والفن والثقافة.

**What's happening**

FIFA World Cup · LIVE
Mexico vs Poland

---

🏠 Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

 **Perkowski Legal P.C.**  ...
@c_perkowski



**Tweet**

**DCU Argentina** 🇦🇷
@DCComicsARG

¡INTERESANTE!

Anoche se llevó a cabo la primera proyección de prueba de #BlueBeetle y @bigscreenleaks aseguró que el corte mostrado tuvo una duración de 165 minutos.

Esperemos tener algunas impresiones pronto. 🎥🦗

Translate Tweet



📍 Xolo Mariduena and DC

3:05 PM · Sep 28, 2022 · Twitter for iPhone

6 Retweets    109 Likes

Tweet your reply                                    Reply

---

**dark_camus** @darkcamus3 · Sep 28
Replying to @DCComicsARG @bigscreenleaks and 2 others
Posiblemente esas 165 minutos de peliculas sea cortadas para que dure menos y no tenga ecenas inesesaria pero quin sabe
💬 1              ❤ 2

**DCU Argentina** 🇦🇷 @DCComicsARG · Sep 28
Replying to @darkcamus3 @bigscreenleaks and 2 others
Así es, no terminan durando lo mismo que las proyecciones.
❤ 1

**Cris Geek** ⚡ @Cristogeek · Sep 29
Replying to @DCComicsARG @bigscreenleaks and 2 others
El traje es ORO
❤ 1

**Cine Fecto** @FectoCine · Sep 28
Replying to @DCComicsARG @bigscreenleaks and 2 others
Ese traje es puro comic
🔁 1              ❤ 4

---

**Relevant people**

**DCU Argentina** 🇦🇷                          Follow
@DCComicsARG
De la casa más importante de superhéroes. Noticias e información las 24 horas sobre el universo DC. 🦇 Contacto: detectivecomicsarg@gmail.com 📩👤

**BSL** 🍁 ✔                                   Follow
@bigscreenleaks
Gaming, Star Wars and Comics Historian | Unapologetic Ms. Marvel stan | Founder & EIC of @OneTakeNews | #LeafsForever 🍁 #WeTheNorth 🏀 | 🎬📽 theonetakenews@gmail.com

**Xolo Mariduena** ✔                          Follow
@Xolo_Mariduena
Off-key singer. IG: Xolo_Mariduena

**What's happening**

NFL · 3 hours ago
Cowboys at Vikings

#Disenchanted 🪄
Original movie now streaming
📢 Promoted by Disney+

Trending in United States
Bob Iger
Trending with Chapek, #Disney

Trending in United States
#SisterWives
1,818 Tweets

Trending in United States
#AMAs 🎤
Trending with coobin, yeonjun

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski



_ https://twitter.com/silverxsable/status/155613620363187404 _ at __ 2022-11-20 09:04:01 -08:00 __

← **Tweet**



This Tweet is from an account that no longer exists. Learn more

**Furlow7** @Furlow71 · Aug 7
Replying to @silverxsable
Sony's fictional cousin "Fony".



💬          ⟲          ♡ 1          ⬆

This Tweet was deleted by the Tweet author. Learn more

This Tweet was deleted by the Tweet author. Learn more

Show replies



**Perkowski Legal P.C.**
@c_perkowski                    ⋯

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

**Tweet**

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 🚨 ‼️ **Now HipHop News** ‼️ 🚨
@NowHipHopNews_

Rihanna Engaged? nowhiphopnews.com/rihanna-engage...



2:40 PM · Mar 22, 2022 · Twitter for iPhone

**3** Retweets  **15** Likes

 Tweet your reply

Reply

**Relevant people**

 🚨 ‼️ **Now HipHop N...**
@NowHipHopNews_       Follow

We bring you the latest music from independent artists. Reaching 40million people monthly. SUBMIT YOUR MUSIC for unlimited yearly promotion 👇

**What's happening**

NFL · 1 hour ago
**49ers at Cardinals**



Entertainment · Trending
**Died Suddenly**
66.2K Tweets

Trending in United States
**Chrisley**
23.6K Tweets

Trending in United States
**Trent Reznor**
20.9K Tweets

Trending in United States
**#MessUpThanksgiving**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter



 **Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**

**Americana at Brand Memes**
@americanamemes                                    •••

"Y'all gotta get over! Din Tai Fung won't seat us until we're all here! …yeah I tried to tell that you were parking, they didn't buy it!"



6:17 PM · Mar 30, 2022 · Twitter for iPhone

**9** Retweets  **2** Quote Tweets  **332** Likes

Tweet your reply                                    Reply

**TheGoodGroupPodcast** @GoodGroupPod · Mar 31   •••
Replying to @americanamemes
"Hoo Whaaa!" You sure love lettin' Din Tai Fung have it.

Not that they don't deserve it, though.

**Kenny "The Answer" Cardoza** 🇲🇽🇺🇸 @Bearranza · Mar 30   •••
Replying to @americanamemes
My mans out here lookin like Richard Lewis circa season 5 of Curb!

❤ **2**

---

**Search Twitter**

## Relevant people

**Americana at Brand …**
@americanamemes                    Follow

Memes about America's favorite outdoor experience! Not affiliated with The Americana or Caruso

## What's happening

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Trending in United States                    •••
**Janssen**
7,128 Tweets

Sports talk · Trending                    •••
**Skip and Shannon**

Entertainment · Trending                    •••
**#AntManandTheWaspQuantumania**
1,755 Tweets

Music · Trending                    •••
**#askmeek**
2,378 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski                    •••

https://twitter.com/doctorfan06/status/1581599874226614274 __ et __ 2022-11-22 22:51:23 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-20    Filed 12/30/22    Page 20 of 101    Page ID #:1876



**doctorfan06**
@doctorfan06

Last post for the night, so here's my favourite photo (so far) of Chris filming Red One.
Happy Sunday. Goodnight everyone 🌙
#ChrisEvans
#RedOne



3:56 AM · Oct 16, 2022 · Twitter Web App

1 Retweet    16 Likes

Tweet your reply                                    Reply

**V** @V64086568 · Oct 17
Replying to @doctorfan06
I am loving this look. perfect choice. 👍😍😍😍



**Perkowski Legal P.C.**
@c_perkowski

---




Search Twitter

**Relevant people**

**doctorfan06**                    Follow
@doctorfan06

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
**Erection**
19.4K Tweets

Trending in California
**Costco**
5,978 Tweets

Celebrities · Trending
**Denzel Washington**
2,110 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

← **Thread**

🔍 Search Twitter



Cinematizando
@CinematizandoOf

···

Imagens dos bastidores da nova série live action de As Meninas Superpoderosas

#AsMeninasSuperpoderosas #ThePowerpuffGirls #Powerpuff #TheCW #ChloeBennet #DoveCameron #YanaPerrault #DonaldFaison



10:28 AM · Apr 8, 2021 · Twitter Web App

**1** Retweet   **6** Likes

💬   🔁   ♡   ↥

 Tweet your reply                    Reply

Cinematizando @CinematizandoOf · Apr 8, 2021   ···
Replying to @CinematizandoOf
#AsMeninasSuperpoderosas #ThePowerpuffGirls #Powerpuff #TheCW #MaggieKiley



💬   🔁   ♡ **1**   ↥

Perkowski Legal P.C.
@c_perkowski
···

**Relevant people**

Cinematizando
@CinematizandoOf                    Follow

**What's happening**

NFL · 2 hours ago
Cowboys at Vikings

#Disenchanted 🧚
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
#twdspoilers
1,150 Tweets

The Real Housewives of Potomac · Trending
#RHOP
Trending with Wendy, Robyn

Music · Trending
Machine Gun Kelly
2,559 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

__ https://twitter.com/foochia/status/1239099980875043328 __ at __ 2022-11-20 20:51:10 -0800 __



← **Tweet**



Foochia - فوشيا ✔
@foochia

···

ظهرت انجلينا جولي مع ابنتها فيفيان  في إحدى متاجر البقالة بلوس أنجلوس وهما تشتريان مونة المنزل رغم المخاوف التي تسيطر على المدينة من فيروس كورونا

#celebritynews #hollywoodstars #LA #angelinajolie
#انجلينا_جولي #CoronaOutbreak #Corona

Translate Tweet



1:03 AM · Mar 15, 2020 · Twitter Web App

**1** Retweet    **8** Likes

💬          ⟲          ♡          ⬆

 Tweet your reply                    Reply

🔍 Search Twitter

### Relevant people



Foochia - فوشيا ✔
@foochia

Follow

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

### What's happening



Television · 2 hours ago
**The Walking Dead airing on AMC**

#Disenchanted 🌂
Original movie now streaming
⚡ Promoted by Disney+

Trending in United States          ···
**#dantherizzler**
1,353 Tweets

Trending in United States          ···
**#AMAs** 🔥
Trending with soobin, yeonjun

Trending in United States          ···
**Bob Iger**
Trending with Chapek, Disney

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.    ···
@c_perkowski

← **Tweet**

Q  Search Twitter

⌂ Home

# Explore

🔔 Notifications  1

✉ Messages

🔖 Bookmarks

🗒 Lists

👤 Profile

⊙ More

**Tweet**

**Nanda Tambasco** 💙
@Nandatambasco

I'm so proud of you @nickgalitzine you are an amazing actor, give yourself to the real character.  I can only imagine what an honor you are having acting with Anne Hathaway. ❤

👤 Nicholas Galitzine and 3 others

5:06 AM · Oct 21, 2022 · Twitter for Android

**3** Retweets  **2** Quote Tweets  **57** Likes

💬            ⟲            ♡            ↥

P  Tweet your reply            **Reply**

### Relevant people

**Nanda Tambasco** 💙
@Nandatambasco
@leonytambasco 💙 / Libriana ♏ / Mãe ❤ / @nickgalitzine 💙 @galitzineupdate @sicholas4ever 💜

**Follow**

**Nicholas Galitzine** ✔
@nickgalitzine

**Follow**

**Chrystal** 🇧🇷
@N_GalitzineBr
#nicholasGalitzine #nicolasgalitzine #purplehearts #continenciaaoamor @nickgalitzine

**Follow**

### What's happening

Television · 3 hours ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Jungkook · Trending
**jungkook**
1.65M Tweets

Trending in United States
**Jason David Frank**
1,272 Tweets

Trending in California
**Ecuador**
89.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.


Perkowski Legal P.C. •••
@c_perkowski





__ https://twitter.com/pradaxbby/status/1518281484364304390 __ at __ 2022-11-21 23:45:33 -08:00

# Tweet

**@PRADAXBBY**
@PRADAXBBY

## Gigi Hadid wearing Dion Lee is everything



10:31 AM · Apr 24, 2022 · Twitter for iPhone

**164** Retweets    **9** Quote Tweets    **1,367** Likes

### Tweet your reply

Reply

**Isa-Doraaaa**🖤 @Isadoraaa14 · Apr 25
Replying to @PRADAXBBY
@mariavieirazz  igualzinho uma toalha de mesa aqui de casa

💬 1

**Kiko** @El_Styx · Apr 25
Replying to @PRADAXBBY
👎

---



Perkowski Legal P.C.
@c_perkowski

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

---

Search Twitter

### Relevant people



@PRADAXBBY
@PRADAXBBY

Follow

enquires: pradaxbby@gmail.com not all content is mine credits to the owners

### What's happening

NFL · 3 hours ago
**49ers at Cardinals**



Entertainment · Trending
**Died Suddenly**
73.2K Tweets

Trending in California
**Mexicans**
6,799 Tweets

Entertainment · Trending
**Shangela**
13.5K Tweets

Trending in United States
**Coven**
Trending with  Murder House

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

__ https://twitter.com/rafatos/status/1556046269648502789 __ at __ 2022-11-19 23:32:29 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 1-20   Filed 12/30/22   Page 26 of 101   Page ID #:1882

← **Tweet**

**Rafatos**
@rafatos

Dakota Johnson desde el rodaje de Madame Web.



7:19 AM · Aug 8, 2022 · Twitter Web App

**23** Retweets   **3** Quote Tweets   **288** Likes

---

**John Cleaver** @issacMoncada7 · Aug 9
Replying to @rafatos
Me da tanta tristeza los talentosos que tiene esa peli

♡ 1

**Detective Morbo** @MMorbiusTP · Aug 8
Replying to @rafatos
Después de esa película habrá teaser de una nueva de spiderverse
Me la juego

♡ 3

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

---

Q Search Twitter

**Relevant people**

**Rafatos**
@rafatos                    Follow
Apasionado de Spider-Man.

**What's happening**

Television · 3 hours ago
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**Jason David Frank**
1,394 Tweets

Music · Trending
**Adele**
53.7K Tweets

Trending in California
**Ecuador**
90.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply                    Reply

← **Tweet**

**สมาคม Superhero**
@Thai_SuperHero

มาแล้ว First Look ของ Ms. Marvel ที่จะทำเป็นซีรีส์ฉายลง Disney+ ซึ่งตอนนี้กองถ่ายได้ย้ายไปที่ Atlanta แล้วนะ



8:14 AM · May 1, 2021 · Twitter Web App

171 Retweets    6 Quote Tweets    107 Likes

💬    🔁    ♡    ⬆️

P    Tweet your reply                           Reply

**SHOKUNZ ｜ 高偉雄** @shokunz_ · May 1, 2021
Replying to @Thai_SuperHero
น้อน

💬      🔁 1      ♡ 1      ⬆️

---

**Relevant people**

**สมาคม Superhero**
@Thai_SuperHero                    Follow
สมาคมของกลุ่มบุคคลผู้ขึ้นชอบซุปเปอร์ฮีโร่ในประเทศไทย // Twitter อย่างเป็นทางการของ 'สมาคมผู้คลั่งไคล้ SuperHero' *ถามข้อมูลหนัง/Comic ต่างๆ ใน DM ได้เลยจ้า*

**What's happening**

Television · 4 hours ago
**The Walking Dead airing on AMC**

Music · Trending                    ···
**Kelly Rowland**
Trending with Chris Brown

Sports · Trending                    ···
**Toney**
14.8K Tweets

Trending in United States          ···
**Heisman**
4,676 Tweets

Trending in United States          ···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Tweet**



**MB** ✓
@babyitsmb

···

## Damn we almost lost Kevin Hart



3:25 PM · Sep 1, 2019 · Twitter for iPhone

**42** Retweets   **8** Quote Tweets   **130** Likes

💬        🔁        ♡        ⬆️

---

P | Tweet your reply    **Reply**

---

👤 🇭🇹 **Louie Thee Kabrit** @305ALLtheWAY · Sep 1, 2019
Replying to @babyitsmb
Gawdamn

💬        🔁        ♡        ⬆️

---

**remnants of the past** @arhocolline · Sep 1, 2019    ···
Replying to @babyitsmb
This ain't true manhhhh

💬        🔁        ♡        ⬆️

---

**Glenn Gallagher** @glenng123 · Sep 1, 2019    ···
Replying to @babyitsmb
@anthonybogle_

💬        🔁        ♡        ⬆️

---

👤 **Angiel 🌹🌹🌹**✓ @angiel2381 · Sep 1, 2019    ···
Replying to @babyitsmb
😔😔🇭🇹

💬        🔁        ♡        ⬆️

---

Show more replies

---

**Perkowski Legal P.C.**    ···
@c_perkowski

---

**Relevant people**

**MB** ✓
@babyitsmb        **Follow**

**What's happening**

NBA · 44 minutes ago
**Nets at 76ers**

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
📽️ Promoted by Avatar

Trending in United States    ···
**RIP Harold**

Family drama · Trending    ···
**#GTMcontest37**

Trending in United States    ···
**James Games**
1,106 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



# Tweet



**Holly Bolly Tolly Updates**
@HBTUpdates

···

Dakota Johnson on the set of 'Madame Web
#DakotaJohnson  #MadameWeb



8:33 PM · Aug 8, 2022 · Twitter Web App

**6** Retweets    **40** Likes

 Tweet your reply

Reply

---

Q  Search Twitter

## Relevant people



**Holly Bolly Tolly Upd...**
@HBTUpdates

Follow

Welcome to Holly Bolly Tolly Updates ⭐ A News Media About Movies, Series, Gaming, OTT & Much More Updates Are Here Also Follow me🙏

## What's happening

Television · 3 hours ago
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Music · Trending
**Adele**
53.6K Tweets

···

Trending in United States
**Blocked**
132K Tweets

···

Sports · Trending
**Pasadena**
1,606 Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/zaynsdetails/status/1506306358265712640 __ at __ 2022-11-21 09:25:42 -08:00

← **Tweet**



**zayn pics**
@zaynsdetails

···



zayn

9:26 AM · Mar 22, 2022 · Twitter for iPhone

**113** Retweets   **9** Quote Tweets   **766** Likes

Tweet your reply

Reply

Show more replies

Q Search Twitter

**Relevant people**



**zayn pics**
@zaynsdetails

Follow

fan account for zayn javadd malik.

**zayn** ✓
@zaynmalik

Follow

payntbyzayn.com

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**



Trending in California
**Dodger Stadium**
14K Tweets

···

Trending in United States
**Janssen**
7,235 Tweets

···

Music · Trending
**#askmeek**
2,387 Tweets

···

Trending in United States
**England**
Trending with  Grealish, Callum Wilson

···

Show more

Terms of Service   Privacy Policy   Cookie Policy

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

__ https://twitter.com/JohnsonDornanES/status/1551806481405820920 __ at __ 2022-11-20 17:52:02 -08:00 __

← **Tweet**

**Johnson Dornan ES**
@JohnsonDornanES

Añadidas 14 Fotos HQ de Dakota el 20 de julio en el set de #MadameWeb en Boston:

johnsondornan.com/galeria/thumbn... #DakotaJohnson

Translate Tweet



Dakota Johnson Portugal

10:47 PM · Jul 25, 2022 · Twitter for iPhone

**3** Retweets    **8** Likes

Tweet your reply

Reply

### Relevant people

**Johnson Dornan ES**
@JohnsonDornanES    Follow

Tu primera y mejor fuente sobre los actores #DakotaJohnson y #JamieDornan desde 2015. [Fan Account]

**Dakota Johnson P...** ✓
@dakotajohnsnpt    Follow

A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷: @DJPTMidias | Fã-Clube.

### What's happening

NFL · 1 hour ago
**Bengals at Steelers**

**#Disenchanted** 🧛
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**#AMAs** 🎤
Trending with soobin, bebe rexha

Sports · Trending
**De'Aaron Fox**

Politics · Trending
**AR-15**
58.2K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.


**Perkowski Legal P.C.**
@c_perkowski    ···

__ https://twitter.com/nanfixus/status/1578366054140895232 __ at __ 2022-11-20 12:59:36 -08:00 __



# Tweet



**@nanfixus**
@nanfixus

Dakota Johnson on the set Madame Web 



5:46 AM · Oct 7, 2022 · Twitter for Android

**10** Retweets    **1** Quote Tweet    **108** Likes

Tweet your reply

Reply

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

Tweet

Search Twitter

## Relevant people

**@nanfixus**
@nanfixus

Follow

DJ Fan 🕸 Sports,animals y Boca Juniors Dakota's movies 2022 #ChaChaRealSmooth 💃 #AmIOk #Persuasion Fan account 🇦🇷

## What's happening

FIFA World Cup · 4 hours ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
52.5K Tweets

Only on Twitter · Trending
**Rest in Power**
23.9K Tweets

Trending in United States
**Qatar**
Trending with Ecuador, Jungkook

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

# Twitter

Home

Explore

Notifications

← **Tweet**

⟲ **grace dante** Retweeted

 **best of margot**
@bestofmargot                    ···

margot robbie and director greta gerwig on the set of 'barbie'



2:49 PM · Jun 22, 2022 · Twitter for iPhone

**749** Retweets    **334** Quote Tweets    **5,914** Likes

💬              ⟲              ♡              ↑

🄿  Tweet your reply                    **Reply**

🔍 Search Twitter

## Relevant people

 **grace dante**
@misslefroy                    **Follow**

"Il fiore che sboccia nelle avversità è il più raro e il più bello di tutti" 🦋 fan account

 **best of margot**
@bestofmargot                    **Follow**

fan account sharing updates & the best of oscar nominated actress and producer, margot robbie

## What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**



Politics · Trending
**Tragically**
15.3K Tweets                    ···

Music · Trending
**Lionel Richie**
4,052 Tweets                    ···

The Walking Dead · Trending
**#TheWalkingDead**
Trending with #TWDFinale, Michonne                    ···

Trending in United States
**Bob Iger**
Trending with Disney, Chapek                    ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

🗐 Lists

👤 Profile

⊙ More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.**   ...
@c_perkowski



← **Tweet**



**YUCATAN AL MINUTO**
@YUCATANALMINUTO

···

Tras rompimiento amoroso, captan a JLo con Ben Affleck ow.ly/nkZb50EEOch



2:06 PM · May 4, 2021 · Hootsuite Inc.

**1** Quote Tweet

   Tweet your reply

   **Reply**

---

Q Search Twitter

**Relevant people**

   **YUCATAN AL MINUTO**   **Follow**
@YUCATANALMINUTO

Yucatán al Minuto es un medio de comunicación que produce contenido informativo y audiovisual con formatos propios en Mérida, Yucatán.

**What's happening**

FIFA World Cup · 🔴 LIVE
**France vs Australia**



**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
🎬 Promoted by Avatar

Trending in California                    ···
**LAPD**
12K Tweets

Trending in United States                 ···
**Giroud**
Trending with Australia, Mbappe

Trending in California                    ···
**Mexicans**
18.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**

**Explore**

🔔 **Notifications** ①

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

   Perkowski Legal P.C.   ···
@c_perkowski



___ https://twitter.com/soygerardcortez/status/1133873693258653696 ___ ei___2022-11-22 17:09:14 -08:00

← **Thread**

**Gerard Cortez**
@SoyGerardCortez

···

Soy taciturna, vegetariana… animalista.



4:12 PM · May 29, 2019 · Twitter for iPhone

**20** Retweets  **1** Quote Tweet  **219** Likes

**Gerard Cortez** @SoyGerardCortez · May 29, 2019
Replying to @SoyGerardCortez
twitter.com/mvstafawavy_/s…

1   5   86

**sergio andres caro** @chechocaro · May 30, 2019
Replying to @SoyGerardCortez
Je je je muero

1

**Topply Default: Where the Fairy Flies** @Devian_M · May 29, 2019
Replying to @SoyGerardCortez

GIF

---

**Relevant people**

**Gerard Cortez**
@SoyGerardCortez   Follow
Periodista de moda y cultura pop. TV
Host y guionista. Amarás mi YouTube.
No binarie. Inmigrante. Contacto
Gerardcortez@gmail.com (Él-he, ella-
she, elle-they)

**What's happening**

Television · LIVE
**Bachelor in Paradise airing on
ABC**


#AvatarTheWayOfWater🧜
Get tickets now · In theaters December 16
Promoted by Avatar

Celebrities · Trending      ···
**Tom Hanks**
9,891 Tweets

S&P 500 · Trending      ···
**Pfizer**
65.6K Tweets

Trending in United States      ···
**Hooters**
7,350 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

···

Tweet your reply

**Reply**

← **Tweet**

This Tweet is from an account that no longer exists. Learn more

Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

🗄 Lists

👤 Profile

⋯ More

**Tweet**


**Perkowski Legal P.C.**  ⋯
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 1-20   Filed 12/30/22   Page 40 of 101   Page ID #:1896

← **Tweet**

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications ①

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

 **ОКО АГАМОТТО 🇺🇦 | Marvel | Star Wars**
@eyeofagamottoua                                    ···

Нові фото зі зйомок фільму «Мадам Павутиння» демонструють Дакоту Джонсон з сивою перукою 🕸️

Також, Atlanta Filming повідомляє, що ми побачимо героїню у класичному костюмі з коміксів і на інвалідному візку.

#Marvel #MarvelStudios #MadameWeb #SpiderMan #Марвел #УкрТві

Translate Tweet



12:40 PM · Oct 11, 2022 · Twitter for Android

**1** Retweet   **5** Likes

💬          ⇄          ♡          ⬆️

P  Tweet your reply                    Reply

## Relevant people

 **ОКО АГАМОТТО 🇺🇦 |...**  **Follow**
@eyeofagamottoua

Україномовний акаунт з новинами про фільми, серіали, комікси та інші проєкти Marvel та Star Wars. #РазомДоПеремоги 🇺🇦



← **Tweet**

**MAX** ✓
@ThisIsMax

···

Mornin 👋
Too much pink ? 💐 💅 ❤️ #MargotRobbie x
#ryangosling #BarbieNKen ❤️❤️❤️❤️❤️❤️❤️ 🛼
🛼



10:38 PM · Jun 27, 2022 · Twitter for iPhone

2 Retweets   16 Likes

💬          🔁          ♡          ⬆️



**Relevant people**

**MAX** ✓            **Follow**
@ThisIsMax
Presenter/Producer 🎬 Eyes on the
prize Violet! 😜 contact :
Management@FlipYourWig.net

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Trending in United States      ···
**Chocolate and Chip**

Trending in California        ···
**Dodger Stadium**
14.2K Tweets

Gaming · Trending           ···
**#ExploreBlackreef**

Music · Trending            ···
**#askmeek**
1,492 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**P** Tweet your reply                    **Reply**

**Wendy Stott-Chupin** @Wendichka · Jun 27      ···
Replying to @ThisIsMax
Lol! This made me chuckle. I had to do a double take to realise it was Ryan
Gosling::

💬 1          🔁          ♡          ⬆️

**MAX** ✓ @ThisIsMax · Jun 28              ···
Replying to @Wendichka
I know .. looks like they are havin fun ❤️❤️❤️❤️❤️❤️

💬          🔁          ♡          ⬆️

**Twitter** navigation:
Home
Explore
Notifications (1)
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**      ···
@c_perkowski





# Tweet

**best justin pics**
@postjustin

···

✨

Justin Bieber

3:16 PM · Mar 27, 2021 · Twitter for iPhone

85 Retweets   578 Likes

Tweet your reply

Reply

## Relevant people

**best justin pics**
@postjustin
Follow

The best of @justinbieber content. (fan account) Ownered by starringevelyn, brzzle and biebersnt.

**Justin Bieber** ✔
@justinbieber
Follow

JUSTICE the album out now

## What's happening

FIFA World Cup · 2 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Celebrities · Trending
**Tom Hanks**
5,617 Tweets
···

Trending in California
**Mexicans**
15.9K Tweets
···

Trending in United States
**Francia**
78.3K Tweets
···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

Perkowski Legal P.C.
@c_perkowski
···

__ https://twitter.com/turkce/status/1332678643806396416 __ at __ 2022-11-22 15:25:12 -08:00 __

### ← Tweet



**Türkçe**
@turkce

···

Çekim arasında deniz molası: Yeni dizisinin çekimi için Hawaii'de bulunan ABD'li oyuncu Alexandra Daddario, önceki gün plajda objektiflere yansıdı. Daddario, dizinin set arasında kendini serin sulara bırakırken...

dlvr.it/RmbLvk #Türkçe #MagazinHaberleri #Magazin

Translate Tweet



5:32 AM · Nov 28, 2020 · dlvr.it

**1** Like

◯    ⇄    ♡    ⬆

  Tweet your reply    Reply

  **Perkowski Legal P.C.**  ···
@c_perkowski

---

◯  Search Twitter

### Relevant people

**Türkçe**    Follow
@turkce
Gazete ve dergilerden Türkçe Haberler, Son Dakika, Spor, Magazin, Teknoloji, Sinema Haberleri. İletişim ve iş birliği için: turkcemag@gmail.com

### What's happening

FIFA World Cup · 5 hours ago
**Mexico vs Poland**



**#AvatarTheWayOfWater**🔵
Get tickets now – In theaters December 16
📽 Promoted by Avatar

Celebrities · Trending    ···
**Chris Evans**
Trending with Blueface

Trending in California    ···
**Mexico City**
17.7K Tweets

Trending in California    ···
**Chicharito**
6,974 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.



Perkowski Legal P.C.
@c_perkowski



https://twitter.com/mileyupdates/status/1351318029582401537 __ at __ 2022-11-20 15:52:38 -08:00



__ https://twitter.com/misslefroy/status/1551804846064443393 __ at __ 2022-11-21 08:41:20 -08:00 __

← **Tweet**



**grace dante**
@misslefroy                                                      ···

# a moment for dakota johnson filming madame web



2:39 AM · Jul 26, 2022 · Twitter for Android

**17** Retweets   **6** Quote Tweets   **106** Likes

   Tweet your reply                          Reply

---

**Q** Search Twitter

## Relevant people



**grace dante**                                   Follow
@misslefroy

"Il fiore che sboccia nelle avversità è il
più raro e il più bello di tutti" 🌵 fan
account

## What's happening

FIFA World Cup · 1 hour ago
**England vs Iran**

Sports talk · Trending
**skip and shannon**                              ···

Trending in United States
**Chocolate and Chip**                            ···

Entertainment · Trending
**#AntManandTheWaspQuantumania**                  ···
Trending with  Kang

Trending in California
**Dodger Stadium**                                ···
14.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski    ···

https://twitter.com/SiteBastidores4/status/1508039015062364165___at___2022-11-21 10:43:47 -08:00

← **Tweet**

**Bastidores** 🎬
@SiteBastidores4

···

David Sandberg afirma que está feliz com a data de estreia de #Shazam 🧙 2: Fury Of The Gods

"Estou muito feliz que está sendo lançado este ano. Teria sido uma chatice terminar o filme e esperar até o próximo verão. Mas não esperava abrir em 1° lugar contra o Avatar, mas tudo bem"

Translate Tweet



7:55 PM · Mar 28, 2022 · Twitter for Android

**6** Retweets    **106** Likes

💬          🔁          ♡          ⬆️

Ⓟ   Tweet your reply                    Reply

**Pedro** 🇧🇷 @PedroPessoa01 · Mar 28
Replying to @SiteBastidores4
Para de mentir David, todo mundo sabe que colocar o filme um dia depois de Avatar 2 foi um tiro no pé. A Warner literalmente destruiu a bilheteria de Shazam 2.

💬 1          🔁          ♡ 1          ⬆️

**Escote Productions** @EscoteProducti1 · Mar 28          ···
Replying to @PedroPessoa01
destruiu nada, Warner tá ligada que esse filme deve estar transcedental de bom, ainda mais com o black adam aí, 2022 mulher, acorda, ninguém sabe mais o que é Avatar, tô fechadão com o Billy

💬          🔁          ♡ 8          ⬆️

**Ryan** 🐢 @ryannzitoo · Mar 28          ···
Replying to @SiteBastidores4
"feliz" mas nem tanto

💬          🔁          ♡ 1          ⬆️

**vini** 🏹 @wththejudge · Mar 29          ···
Replying to @SiteBastidores4
provavelmente a warner tem alguma carta na manga, ou simplesmente tacou o fodase pra bilheteria

💬 1          🔁          ♡          ⬆️

**Evangelico** @bagriel1234 · Apr 1          ···
Replying to @wththejudge
Carta na manga= the rock saindo na porrada com o shazam=bilheteria

💬          🔁          ♡ 2          ⬆️

**ray** @rayssa__dantas · Mar 29          ···
Replying to @SiteBastidores4
nunca será avatar

💬          🔁          ♡          ⬆️

Perkowski Legal P.C.
@c_perkowski
···

---

Twitter    🔍 Search Twitter

**Relevant people**

**Bastidores** 🎬          Follow
@SiteBastidores4
Conta oficial do site Bastidores:
Cinema, Games, Televisão, Livros e
Cultura Pop em um só lugar | ✉️
email: matheus@nosbastidores.com.br

**What's happening**

NBA · 26 minutes ago
Celtics at Bulls

Entertainment · Trending          ···
**Died Suddenly**
54.5K Tweets

Trending in California          ···
**Dodger Stadium**
10.9K Tweets

Entertainment · Trending          ···
**#DWTS** 🏆
Trending with Charli, Gleb

Sports · Trending          ···
**Elijah Mitchell**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

← Tweet

رانيا 🌿
@Fshn_19                                    ···

Happy birthday to the supermodel of our generation!



11:48 AM · Oct 9, 2022 · Twitter for iPhone

**1** Retweet    **26** Likes

💬        🔁        ♡        📤

P    Tweet your reply                    Reply

riva @riv6a_ · Oct 9                        ···
Replying to @Fshn_19
gorgeous

💬        🔁        ♡ 1        📤

This Tweet was deleted by the Tweet author. Learn more

A @a2m_90 · Oct 10                        ···
Replying to @katyy178 and @Fshn_19
أحس سهل لو تفصيله عند مصممات لفساتين السهرة

💬        🔁        ♡        📤

← **Tweet**

**Kevin Anticona**
@KevinAnticonaa                                                    ···

Se afirma que las reacciones a la proyeccion de prueba de #BlueBeetle de la semana pasada fueron muy positivas. Zaslav no esta jugando con este film.

[ Via: @bigscreenleaks ]

#BlueBeetle #DC #DCEU #HBOMax #FelizMartesATodos

Translate Tweet



11:52 AM · Oct 4, 2022 · Twitter for Android

**5** Likes

💬          ⟲          ♡          ⬆

👤 **Who can reply?**
People @KevinAnticonaa follows or mentioned can reply

---

Twitter

🏠 Home

# Explore

🔔 Notifications ①

✉ Messages

🔖 Bookmarks

🗒 Lists

👤 Profile

⊙ More

**Tweet**

Ⓟ **Perkowski Legal P.C.**  ···
@c_perkowski

---

🔍 Search Twitter

### Relevant people

**Kevin Anticona**                   Follow
@KevinAnticonaa
Chico carismático, manteniendo siempre la humildad y sociable, pasión por el teatro, cinefilo.

**BSL** 🎄 ✔                          Follow
@bigscreenleaks
Gaming, Star Wars and Comics Historian | Unapologetic Ms. Marvel stan | Founder & EIC of @OneTakeNews | #LeafsForever 🍁 #WeTheNorth 🦖 | 📧: theonetakenews@gmail.com

### What's happening

Formula 1 · This morning
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 😈
Original movie now streaming
▶ Promoted by Disney+

Trending in California            ···
**Rest In Peace**
56.1K Tweets

Sports · Trending                 ···
**Davante Adams**
1,581 Tweets

Only on Twitter · Trending        ···
**Rest in Power**
26.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/Dakotacandids/status/1556052859468320770 __ at __ 2022-11-22 21:48:45 -08:00 __

← **Tweet**

**Dakotacandids**
@Dakotacandids

06.08 | Novas fotos da Dakota durante as gravações de 'Madame Web' em Boston, Massachusetts.
#DakotaJohnson (6)



4:01 PM · Aug 6, 2022 · Twitter Web App

**7** Retweets   **30** Likes

Tweet your reply

Reply

---

## Relevant people

**Dakotacandids**
@Dakotacandids

Follow

Neste perfil irei postar somente candids de Dakota Johnson. Para mais info, fotos e vídeos me sigam na conta principal: @Dakotashades | Fan Account

## What's happening

NBA · 22 minutes ago
**Lakers at Suns**

**#AvatarTheWayOfWater**
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in California
**Costco**
5,733 Tweets

Trending in United States
**Erection**
16.5K Tweets

Sports · Trending
**Pat Bev**
Trending with Ayton, Lakers

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Search Twitter

**Perkowski Legal P.C.**
@c_perkowski



ATENÇÃO GEEK | Mídia
@agfotosevideos

...

Fotos dos bastidores de #FalconAndWinterSoldier com Anthony Mackie, Sebastian Stan, Emily VanCamp e Daniel Bruhl.



2:51 PM · Dec 23, 2019 · Twitter for Android

**2** Retweets    **8** Likes

💬        🔁        ♡        ⬆️



Tweet your reply                                    Reply

ATENÇÃO GEEK | Mídia @agfotosevideos · Dec 23, 2019    ...
Replying to @agfotosevideos
Mais fotos do set #FalconAndWinterSoldier

💬        🔁 2        ♡ 4        ⬆️

---

## Relevant people



ATENÇÃO GEEK | Mídia                Follow
@agfotosevideos

Conta para fotos e vídeos dos bastidores do mundo do entretenimento. Conta oficial: @atencaogeek

## What's happening

NFL · 2 hours ago
Browns at Bills

#Disenchanted 🤷
Original movie now streaming
▶ Promoted by Disney+

Sports · Trending
George Pickens
Trending with Eli Apple

Trending in California
#AMAs 🏆
Trending with Favorite K-Pop Artist

Trending in California
Ecuador
813K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

---

## Left sidebar

🐦

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

Perkowski Legal P.C.    ...
@c_perkowski

Search Twitter




**Thread**

Dakota Johnson Portugal ✔
@dakotajohnsonpt

Dakota foi vista ontem, 24, a deixar a loja Barney's New York em Beverly Hills! #DakotaJohnson



🖼 Picture Pub

2:21 AM · Jan 25, 2019 · Twitter for iPhone

**20** Retweets    **1** Quote Tweet    **83** Likes

Tweet your reply    **Reply**

Dakota Johnson Portugal ✔ @dakotajohnsonpt · Jan 25, 2019
Replying to @dakotajohnsonpt
Mais algumas! #DakotaJohnson

💬 1    🔁 13    ❤ 42    ⬆

Dakota Johnson Portugal ✔ @dakotajohnsonpt · Jan 25, 2019
Mais algumas! #DakotaJohnson

💬    🔁 12    ❤ 40    ⬆

Perkowski Legal P.C.
@c_perkowski

🔍 Search Twitter

**Relevant people**

Dakota Johnson P... ✔    **Follow**
@dakotajohnsonpt
A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📸 : @DJPTMidias | Fã-Clube.

Picture Pub    **Follow**
@PicturePub
PicturePub.net is a forum community where people go to share their appreciation for celebrities through pictures, videos and more.

**What's happening**

FIFA World Cup · This morning
World Cup Qatar 2022: Opening Ceremony

#Disenchanted 🧙
Original movie now streaming
📺 Promoted by Disney+

Trending in United States    ···
Bob Iger
Trending with Chapek, #Disney

Trending in United States    ···
#AMAs 🔥
Trending with soobin, yeonjun

Trending in United States    ···
#SisterWives
1,774 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**
**Tweet**

https://twitter.com/joliefans/status/1215051064160000033 _et _ 2022-11-22 17:28:43 -08:00



## Tweet



**Angelina Jolie Fans**
@joliefans

Angelina Jolie, 44, Is All Smiles With Twins Knox & Vivienne, 11, During Fun Shopping Trip In LA - Hollywood Life dlvr.it/RMhFkp



3:22 PM · Jan 8, 2020 · dlvr.it

**5** Retweets   **1** Quote Tweet   **117** Likes

P  Tweet your reply                          Reply

**Spieser Jérôme** @SpieserJerome · Jan 8, 2020
Replying to @joliefans
Jérôme spieser,47ans …

1

**Natiii** @natashka_ms · Jan 9, 2020
Replying to @joliefans
❤️❤️❤️

1

**David woods** @David71080694 · May 26, 2020
Replying to @joliefans
Nice picture

Show more replies

---



**Perkowski Legal P.C.**
@c_perkowski

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Search Twitter

### Relevant people

 

**Angelina Jolie Fans**
@joliefans                    Follow
Unofficial and awesome news, blogs and videos about Angelina Jolie!

### What's happening

Television · LIVE
**Bachelor in Paradise airing on ABC**   

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in United States
**RIP Harold**
Trending with TO BE CLEAR

Entertainment · Trending
**Jane Lynch**

Betty White · Trending
**Betty White**
3,504 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More …
© 2022 Twitter, Inc.

__ https://twitter.com/thesolesupplier/status/1481942432602378245 __ at __ 2022-11-22 02:13:04 -08:00 __



← **Tweet**

 Q Search Twitter

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

The Sole Supplier ✔
@thesolesupplier

The Kanye hype continues with this latest "DONDA STREET MARKET" capsule 😮

thesolesupplier.co.uk/news/the-kanye...



2:53 AM · Jan 14, 2022 · Buffer

**1** Quote Tweet     **10** Likes

 Tweet your reply

Reply

**Relevant people**



The Sole Supplier ✔
@thesolesupplier

Follow

An online news outlet for the latest and most exclusive UK & European sneaker releases

**What's happening**



FIFA World Cup · LIVE
Argentina vs Saudi Arabia

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
■ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
78.8K Tweets

Trending in United States
**Arabia Saudita**
51.4K Tweets

Trending in United States
**#ArgentinU**
Trending with Messi, #ARGKSA

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



Perkowski Legal P.C. ···
@c_perkowski



__ https://twitter.com/filmsbymecha/status/1455852130888298497 __ at __ 2022-11-19 20:15:50 -08:00 __

← **Thread**

**Home**

**# Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

🈁🈁 @filmsbydelrey · Nov 3, 2021
Look at her ⭐⭐⭐⭐⭐



💬 1    🔁 2    ♡ 3    ⬆

🈁🈁
@filmsbydelrey

Dakota Johnson luciendo espectacular como siempre
✨
Translate Tweet

3:59 AM · Nov 3, 2021 · Twitter for Android

**4** Retweets    **11** Likes

💬    🔁    ♡    ⬆

Tweet your reply    **Reply**

Search Twitter

**Relevant people**

🈁🈁
@filmsbydelrey
multifandom ✧°*.    **Follow**

**What's happening**

Television · 14 minutes ago
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
⊡ Promoted by Uber

Trending in United States
**HE'S BACK**
135K Tweets

Trending in California
**Pasadena**
1,421 Tweets

NCAA Football · LIVE
**USC at UCLA**

Show more

Terms of Service    Privacy Policy    Cookie Policy



Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

**Marvel CinéVerse** @MarvelCineVerse · Dec 1, 2020

#Hawkeye / #MsMarvel : Marvel prévoirait toujours une sortie en 2021 pour les deux séries 'Hawkeye' et 'Ms. Marvel' malgré des retards de productions liés au Covid-19. (via @TheRoninNews)

Le tournage de ces deux séries pour Disney+ est actuellement en cours.



♡ 2    ⟲    ♡ 17    ⬆

**Marvel CinéVerse** @MarvelCineVerse · Dec 1, 2020

Concernant 'Hawkeye', la série avait été à l'origine annoncée pour l'automne 2021 par Marvel Studios. @DiscussingFilm avait récemment mentionné une sortie "fin 2021 / début 2022". Et même pour "2022" pour le Disney+ français.



♡ 1    ⟲ 2    ♡ 7    ⬆

**Marvel CinéVerse**
@MarvelCineVerse

Pour 'Ms. Marvel', la date de "2022" avait également été avancée par le Disney+ français. @DiscussingFilm avait récemment parlé d'une sortie pour "fin 2021".

Translate Tweet



6:03 AM · Dec 1, 2020 · Twitter Web App

**2** Retweets    **1** Likes

💬    ⟲    ♡    ⬆

🔵 Tweet your reply                                    **Reply**

**Marvel Story** @MarvelStory_ · Dec 1, 2020
Replying to @MarvelCineVerse and @DiscussingFilm
Pour Disney+ France ça a été confirmé après qu'il s'agissait d'une erreur il me semble.
💬 1    ⟲ 2    ♡ 5    ⬆

**Marvel CinéVerse** @MarvelCineVerse · Dec 1, 2020
Replying to @MarvelStory_ and @DiscussingFilm
Oui je l'avais interprété comme tel également, même si je n'avais pas vu d'indication comme quoi il s'agissait d'une erreur. De toute façon, les dates 'officielles' ont évoluées depuis 😅
💬    ⟲ 1    ♡ 2    ⬆

**Relevant people**

 **Marvel CinéVerse**    Follow
@MarvelCineVerse
Actualités et encyclopédie sur le MCU
Instagram 📷 : marvelcineverse_
Associé à @swcineverse ⭐

**DiscussingFilm**    Follow
@DiscussingFilm
Your leading source for quick reliable news and one of a kind content. Home for healthy and liberating discussion on all things pop culture.

**What's happening**

FIFA World Cup · 4 hours ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🎭
Original movie now streaming
Promoted by Disney+

Trending in United States
**Rest In Peace**
48.2K Tweets

Entertainment · Trending
**Morgan Freeman**
188K Tweets

Sports · Trending
**Hutch**
2,991 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2022 Twitter, Inc.

— https://twitter.com/agfotosevideos/status/1539741377902305281 ___ at ___ 2022-11-21 08:56:35 -08:00 ___
Case 2:22-cv-09462-DMG-ADS    Document 1-20    Filed 12/30/22    Page 60 of 101    Page ID #:1916

🔍 Search Twitter

**ATENÇÃO GEEK | Mídia**
@agfotosevideos

···

Ryan Gosling e Margot Robbie caracterizados como Barbie e Ken nos bastidores do filme da Barbie



3:45 PM · Jun 22, 2022 · Twitter for Android

**10** Retweets   **5** Quote Tweets   **95** Likes

💬           🔁           ♡           ⬆️

📷  Tweet your reply                          Reply

This Tweet was deleted by the Tweet author. Learn more

**Patito modosito** @Labikinnna · Jun 23                 ···
Replying to @Palitodeazucar and @agfotosevideos
No 😀 igual y cuando vea la peli voy a cambiar de opinión idk 🤔

💬           🔁           ♡           ⬆️

## Relevant people



**ATENÇÃO GEEK | Mídia**        Follow
@agfotosevideos

Conta para fotos e vídeos dos bastidores do mundo do entretenimento. Conta oficial: @atencaogeek

## What's happening

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Sports · Trending                    ···
**Jameson Williams**
2,157 Tweets

Trending in United States            ···
**Maher**
23.1K Tweets

Music · Trending                     ···
**#askmeek**
1,715 Tweets

Trending in United States            ···
**#PublicHealthHeroes**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Left sidebar navigation
🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

**Perkowski Legal P.C.**    ···
@c_perkowski

__ https://twitter.com/disneyflixfr/status/1483035403728920580 __ at __ 2022-11-21 04:26:47 -08:00 __

← **Tweet**

 **DISNEY FLIX FR**
@disneyflixfr                                        •••

Dominic Fike et Hunter Schafer ensemble hier soir 💕
🥰 !

 

3:16 AM · Jan 17, 2022 · Twitter for iPhone

**2** Retweets   **4** Quote Tweets   **13** Likes

 Tweet your reply                          Reply

---

## Search Twitter

### Relevant people

 **DISNEY FLIX FR**   Follow
@disneyflixfr

Toutes les dernières informations sur vos films et séries préférées ✨

### What's happening

Sports · LIVE
**2022 FIFA World Cup**



Trending in United States                •••
**Bob Iger**
Trending with Disney, Chapek

Trending in United States                •••
**Oregon**
18.8K Tweets

Trending in United States                •••
**Negan**
9,613 Tweets

Music · Trending                         •••
**Billy Joel**
1,338 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**   •••
@c_perkowski

← Tweet

**La Cosa Cine** ✔
@lacosacine

Durante la semana / el finde. #HarleyQuinn



4:01 PM · Sep 13, 2019 · Twitter for iPhone

**70** Retweets  **4** Quote Tweets  **575** Likes

Tweet your reply    Reply

**Yam💚** @SailorLapin · Sep 13, 2019
Replying to @lacosacine
Se ve como algo que podríamos filmar con unos amigues en un cotillón de once

**Oscar Mora** @oscarmorax · Sep 13, 2019
Replying to @lacosacine

GIF

♡ 1

**Las crónicas de Deckard** @cronicasdeckard · Sep 13, 2019
Replying to @lacosacine
@HarleyQ_Esp 😜

This Tweet was deleted by the Tweet author. Learn more

Show replies

**Perkowski Legal P.C.**
@c_perkowski

Q Search Twitter

**Relevant people**



**La Cosa Cine** ✔
@lacosacine    Follow
🎬🎥 Cine y Series. Tu comunidad, tu revista 📰 web@lacosacine.com | 🖊️
@guillohernandez @jessiblady @luagosta @macareynolds @cynthiaonfilms

**What's happening**

FIFA World Cup · 2 hours ago
**Argentina vs Saudi Arabia**



#AvatarTheWayOfWater 🧑‍🦱
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Trending in United States
#السعودية_الأرجنتين
1.22M Tweets

Trending in United States
**Died Suddenly**
100K Tweets

Trending in United States
**Argentina**
Trending with #FIFAWorldCup 🏆 , Herve Renard

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

https://twitter.com/GeekNews21/status/1557942386319400081 __ at __ 2022-11-20 17:14:22 -08:00

← **Tweet**



geek 🤓 news
@GeekNews21                                                           ...

**#Kingpim** de **@vincentdonofrio** en el set de **#Echo**
Esperamos que finalmente se enfrente a
**#SpiderManAcrossTheSpiderVerse**



9:09 PM · Aug 11, 2022 · Twitter for Android

**1** Like

💬          🔁          ♡          ⬆️

   Tweet your reply                              Reply

🔍 Search Twitter

**Relevant people**

 geek 🤓 news      Follow
@GeekNews21
🇲🇽 En este perfil se darán noticias al
día del mundo del cine de súper
héroes tanto Marvel como DC de Star
wars y de Disney y cine en general 🇲🇽

 Vincent D'Onofrio ✔    Follow
@vincentdonofrio
Official Account of Actor, Producer,
Director and Writer, Vincent D'Onofrio

**What's happening**

Television · Starts at 5:30 PM
**The Walking Dead airing on AMC**                

**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                          ...
**Bruins**
10.2K Tweets

Trending in United States                          ...
**#AMAs** 🎄
Trending with TOMORROW X TOGETHER, Favorite K-
Pop Artist

Sports · Trending                                 ...
**Carlson**
9,675 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile

https://twitter.com/popbase/status/1492832837348970515?... of ... 2021-11-22 02:54:46 2021 ... Document 1.00 ... Filed 1/28/2022 ... Page 64 of 101 ... Page ID #:1439

Search Twitter

**Relevant people**



Pop Base ✓
@PopBase                           Follow
Pop Base is your best source for all
pop culture related entertainment,
news, award show coverage, chart
updates, statistics and more.

**What's happening**

Music · LIVE
Fans celebrate Kihyun's birthday

#AkutarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
Died Suddenly
76.1K Tweets

Trending in California
Mexicans
1.15K Tweets

Trending in United States
#GRMMTV2023
210K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/KevinAnticonaa/status/1578924613840826388 __ at __ 2022-11-20 12:58:14 -08:00 __

← **Tweet**

**Kevin Anticona**
@KevinAnticonaa

Reaccion a la proyección de prueba de #BlueBeetle:

Todos con los que hablé dijeron que las escenas que involucran a la familia Reyes eran algunas de sus partes favoritas y que George López es él más destacado.

[ Via: @bigscreenleaks ]

#DC #BlueBeetle #FelizSabado
Translate Tweet



6:45 PM · Oct 8, 2022 · Twitter for Android

**3** Likes

**Who can reply?**
People @KevinAnticonaa follows or mentioned can reply

**Perkowski Legal P.C.**
@c_perkowski

---

Q Search Twitter

**Relevant people**

**Kevin Anticona**    Follow
@KevinAnticonaa
Chico carismático, manteniendo siempre la humildad y sociable, pasión por el teatro, cinefilo.

**BSL** 🎄 ✓    Follow
@bigscreenleaks
Gaming, Star Wars and Comics Historian | Unapologetic Ms. Marvel stan | Founder & EIC of @OneTakeNews | #LeafsForever #WeTheNorth 🏀 | 📧: theonetakenews@gmail.com

**What's happening**

NFL · LIVE
**Browns at Bills**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
Promoted by Disney+

Trending in California
**Rest In Peace**
52.5K Tweets

Only on Twitter · Trending
**Rest in Power**
23.8K Tweets

Trending in United States
**LGBTQ**
Trending with Colorado Springs, #ClubQ

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
**Tweet**



← Tweet

**Cinema Solace**
@CINEMASOLACE

Luca Guadagnino's 'Challengers' is set to wrap filming in Boston on June 24. bit.ly/3kFUCSo

Zendaya will then fly to Budapest to film 'Dune: Part Two' in July.



10:23 AM · May 4, 2022 · Twitter for iPhone

147 Retweets    135 Quote Tweets    1,756 Likes

Tweet your reply                                    Reply

**Imported from Haiti** @iamcamendy · May 4
Replying to @CINEMASOLACE and @SOLACECINEMA
Booked and busy

▶ 3

**alex ☀** @alexprince1800 · May 4
Replying to @solacecinema and @SOLACECINEMA
booked and busy!

♡ 4

**🎀** @demlegod_ · May 4
Replying to @CINEMASOLACE and @SOLACECINEMA
she's booked and busy 💅🏾

♡ 2

**andi** @lumaadaya · May 4
Replying to @CINEMASOLACE and @SOLACECINEMA
Home girl will never rest I fear

♡ 91

**eshekell 🪐** @tomsandzendayas · May 4
Replying to @CINEMASOLACE and @SOLACECINEMA
After dune 2 then she will have a break with tom

♡ 1

**eshekell 🪐** @tomsandzendayas · May 4
Replying to @tomsandzendayas and @SOLACECINEMA
Not break up, she will rest with tom

♡ 3

**ann 💫** @daya_dreamin · May 4
Replying to @CINEMASOLACE and @SOLACECINEMA
how long do you think dune will take to film?

♡ 3

**Pam waiting for Dune Part II 🪐** @flammiej85 · May 4
Replying to @daya_dreamin and @SOLACECINEMA
it took 5 months last time. And Z is now the second-billed after Timmy Chalamet so she's going to be there for most of it.

Show replies                                      ♡ 23

**Dipa** @dipagavanch · May 4
Replying to @CINEMASOLACE and @durnac1000
Yes yes yes yes!

**ebonee (taylor's version)** @dayalightsuplou · May 4
Replying to @CINEMASOLACE and @SOLACECINEMA
neeeeowwww

**hazytang🫶** @hazytangg · May 6
Replying to @CINEMASOLACE and @SOLACECINEMA
Omg I still have time to meet her then thank god

**Miora** @miiora_ · May 4
Replying to @CINEMASOLACE and @SOLACECINEMA
This woman is so busy and unstoppable

♡ 47

**moved to @filmdayas** @petrenemes · May 4
Replying to @CINEMASOLACE and @SOLACECINEMA
we will be seated for both

And I'll watch

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
Lists
Profile
More
Tweet

🔍 Search Twitter

**Relevant people**
Cinema Solace    Follow
@CINEMASOLACE
Find solace in the never-ending world of cinema ✨

**What's happening**
FIFA World Cup · 31 minutes ago
USA vs Wales

Trending in United States
Zimmerman
16.5K Tweets

Family drama · Trending
#GTMcontest7
Trending with #GMORElifeMeister

Trending in United States
HOW IS THAT NOT A YELLOW
1,000 Tweets

Trending in California
Telemundo
7,554 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@_c_perkowski

__ https://twitter.com/lindaikeji/status/1473670994649042945 __ at __ 2022-11-22 01:03:25 -08:00

← **Tweet**



**Linda Ikeji**
@lindaikeji

⋯

Cardi B gifts husband Offset $2 million as a birthday gift (video) lindaikejisblog.com/2021/12/cardi-...



7:05 AM · Dec 22, 2021 · LIB App

**2** Retweets  **2** Quote Tweets  **10** Likes

🔍 Search Twitter

**Relevant people**



**Linda Ikeji**
@lindaikeji    **Follow**

Blogger. CEO, LindaIkejiTV

**What's happening**


**Perkowski Legal P.C.**
@c_perkowski    ⋯

Tweet your reply    **Reply**

__ https://twitter.com/foochia/status/1404733002949828608 __ at __ 2022-11-22 07:40:04 -0800 __



← **Tweet**

 Foochia - فوشيا ✔
@foochia

أشار موقع Page six المختص بالنجوم، إلى أن جنيفر لوبيز (51 عامًا) و بن أفليك (48 عامًا) شوهدا وهما يتعانقان ويتبادلا القبل خلال العشاء في مطعم "نوبو" مساء أول أمس الأحد. وكشف الموقع، أن بعض أفراد عائلة لوبيز انضموا للزوجين، للاحتفال بعيد ميلاد شقيقة لوبيز الخمسين

Translate Tweet



2:30 AM · Jun 15, 2021 · Hootsuite Inc.

**2** Retweets  **2** Quote Tweets  **4** Likes

💬 ⟲ ♡ ↥

Tweet your reply                    Reply

---

🔍 Search Twitter

## Relevant people

 Foochia - فوشيا ✔     **Follow**
@foochia

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.

## What's happening

FIFA World Cup · Starts at 8:00 AM
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🔵
Get tickets now - In theaters December 16
⬜ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
109K Tweets

Trending in United States
**Argentina**
Trending with #FIFAWorldCup 🏆 , Herve Renard

Trending in California
**Mexico City**
25.5K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

 **Perkowski Legal P.C.** ···
@c_perkowski

__ https://twitter.com/sexyceleb69/status/1332744590517035009 __ at __ 2022-11-22 15:37:40 -08:00 __

← **Tweet**



**SexyCelebs69**
@sexyceleb69                                           ···

## Alexandra Daddario



9:54 AM · Nov 28, 2020 · Twitter for iPhone

**6** Retweets   **1** Quote Tweet   **92** Likes

💬        ⟲        ♡        ⬆

 Tweet your reply                          Reply

---

### Left sidebar

🏠 Home
\# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
◯ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski                                           ···

---

### Right sidebar

🔍 Search Twitter

**Relevant people**

  **SexyCelebs69**          **Follow**
@sexyceleb69

22 M | Showcasing celebrities/models, trying to show female beauty in all its forms!| Backup: @sexyceleb69_2 |OnlyFans PROMOTER!| (DM ME)

**What's happening**

NCAA Men's Basketball · Yesterday
**Mavericks at Hawkeyes**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Perkowski Legal P.C.
@c_perkowski

🔍 Search Twitter

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

← Tweet

**Euphoria News**
@EuphoriaHBONews

Dominic and Hunter were hanging out last night! ❤️❤️❤️
❤️❤️❤️



5:10 PM · Jan 16, 2022 · Twitter for iPad

**5,550** Retweets    **9,465** Quote Tweets    **97.1K** Likes

💬    🔁    ♡    ⬆️

Tweet your reply                                    **Reply**

Perry🥳 @cuddlebbxar · Jan 17
Replying to @EuphoriaHBONews
I thought that was Pete Davidson 💀
💬 1          🔁          ♡ 1          ⬆️

fez's big whore @maddyaperez · Jan 16
Replying to @EuphoriaHBONews
OMG

dominic fike and hunter schaefer at nice guy la

and jacob elordi

bella hadid, alexa demie, devon lee carlson also here

dominic fike kissing hunter schaefer and dancing w her

💬 16        🔁 504        ♡ 1,460        ⬆️

jon @jonii7430510 · Jan 16
Replying to @maddyaperez and @EuphoriaHBONews
Is this from deux moi
💬 2          🔁          ♡ 153          ⬆️

Show replies

😭 @2Aby_24 · Jan 16
Replying to @EuphoriaHBONews
AAAAHHHH MY HEART THEY LOOK SO GOOD TOGETHER
💬 1          🔁          ♡ 86          ⬆️

uncle twirl @broccoliballboi · Jan 16
Replying to @2Aby_24 and @EuphoriaHBONews
In what world
💬 1          🔁          ♡ 4          ⬆️

❣️ Me Erre Me poupe 🥹🫶 @MeErreMePoupe · Jan 16
Replying to @EuphoriaHBONews
What about her fiancé?
💬 12        🔁 30        ♡ 168        ⬆️

fez's big whore @maddyaperez · Jan 16
Replying to @MeErreMePoupe and @EuphoriaHBONews
They broke up in the first season of euphoria
💬 1          🔁          ♡ 21          ⬆️

Show replies

J- hunter schafer wife @jennipoochie · Jan 16
Replying to @EuphoriaHBONews
okay their pretty cute together bisexual panic
💬 2          🔁 9        ♡ 1,476        ⬆️

Ms.Arrogant 🌹 @shesoelegantt · Jan 16
Replying to @jennipoochie and @EuphoriaHBONews
How is this bisexual I'm confused
💬 1          🔁          ♡ 3          ⬆️

Show replies

dri🦋 @haizsteingr · Jan 16
Replying to @EuphoriaHBONews
Aaaaaaa mdsss que lindosssss 😍😍😍😍



0:36   52.4K views

from d6🦋 😍
💬 2          🔁 3        ♡ 68          ⬆️

Venus Viagra @caviarmilk · Jan 16
Replying to @haizsteingr and @EuphoriaHBONews
Wheres this from
💬 2          🔁          ♡ 3          ⬆️

Show replies

_violet_ @mercurialaries · Jan 16
Replying to @EuphoriaHBONews
Maybe they're just friends?
💬 2          🔁          ♡ 14          ⬆️

mateo ✩ @remanibcterror · Jan 16
Replying to @mercurialaries and @EuphoriaHBONews
the interlocked fingers...
💬 1          🔁          ♡ 9          ⬆️

eideria @chilloutvicc · Jan 16
Replying to @EuphoriaHBONews and @satnighterisb
nah this is crazy bc I saw a tik tok ab a girl saying her mom worked on the set of euphoria and had tea ab Dominic and hunter andnow THEY TOGETHER
💬 2          🔁 3        ♡ 321          ⬆️

i feel ✨ Puerto Rickun ✨ @VickyLynnLovey · Jan 16
Replying to @chilloutvicc @EuphoriaHBONews and @satnighterisb
So you not gone post the video or was no tea split in the video enough to spill
💬 1          🔁          ♡ 19          ⬆️

Show replies

satob @maggovip · Jan 16
Replying to @EuphoriaHBONews
I'm in Walmart rn......

**Relevant people**

**Euphoria News**    **Follow**
@EuphoriaHBONews
Providing the latest news, videos and pictures of the HBO Original Series: Euphoria. Seasons 1 & 2 are now streaming on HBO Max! | FAN ACCOUNT

**What's happening**

FIFA World Cup · 2 hours ago
England vs Iran

Sports · Trending
AP Poll
11.7K Tweets

Entertainment · Trending
#AntManandTheWaspQuantumania
1,847 Tweets

Trending in California
Dodger Stadium
14.1K Tweets

Trending in United States
Senegal
Trending with St. Jong, #SENNED

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

# Tweet



**Foochia - فوشيا** ✔
@foochia
···

صور التقطتها الباباراتزي لـ #بيلا_حديد وهي عائدة من
التسوق دون مكياج!

#QuarantineLife #quarantine #BellaHadid #مشاهير

Translate Tweet



© BackGrid

3:36 AM · Mar 31, 2020 · Twitter Web App

**1** Retweet   **2** Likes



💬   🔁   ♡   ⬆

P   Tweet your reply                                    Reply

Show more replies

Perkowski Legal P.C.   ···
@c_perkowski

---

🔍 Search Twitter

### Relevant people



**Foochia - فوشيا** ✔   Follow
@foochia
موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

### What's happening

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater** 💧
Get tickets now · In theaters December 16
☑ Promoted by Avatar

Bachelor in Paradise · Trending   ···
**#bachelorinparadiseabc** 🌹
1,436 Tweets

Entertainment · Trending   ···
**Marvel**
84K Tweets

Trending in United States   ···
**RIP Harold**
Trending with Carson Steele, TO BE CLEAR

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/AndyVermaut/status/1266916198126879746 __ at __ 2022-11-20 15:55:24 -08:00 __

← **Tweet**



**Andy Vermaut**
@AndyVermaut

···

## Halsey Reunites With Ex Yungblud At L.A. Protest After Death Of George Floyd — Pics
hollywoodlife.com/2020/05/30/hal...



7:15 PM · May 30, 2020 · dlvr.it

Tweet your reply

Reply

Perkowski Legal P.C.
@c_perkowski

Q Search Twitter

**Relevant people**

**Andy Vermaut**
@AndyVermaut    Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

**What's happening**

NFL · 2 hours ago
**Browns at Bills**

**#Disenchanted** 🦹
Original movie now streaming
▶ Promoted by Disney+

Sports · Trending
**Trenton Irwin**    ···

Trending in United States
**Kearse**
1,238 Tweets    ···

Trending in California
**#AMAs** 💄
1.84M Tweets    ···

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

https://twitter.com/jaymalecelebs/status/1323186794200997888 __ st _ 2022-11-20 22:21:07 -08:00

Case 2:22-cv-09462-DMG-ADS   Document 1-20   Filed 12/30/22   Page 73 of 101   Page ID #:1929

← Tweet

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

**Male Celeb Hotties**
@jaymalecelebs

Justin's hot ass is the best ass and needs to be seen more again!
Thanks to @jbtmediia



12:54 AM · Nov 2, 2020 · Twitter for Android

**100** Retweets   **3** Quote Tweets   **681** Likes

Tweet your reply

Reply

**Monwolf69** @monwolf69 · Nov 2, 2020
Replying to @jaymalecelebs

GIF   ALT

**Ítalo Henrique De Araújo** @taloHenriqueDe2 · Nov 2, 2020
Replying to @jaymalecelebs
❤️

Perkowski Legal P.C.
@c_perkowski

**Relevant people**

**Male Celeb Hotties**
@jaymalecelebs

Follow

Just a bi guy bringing you hot male celeb content to lust over! DM's are always open! Have fun! 😜 18+

**What's happening**

NFL · 1 hour ago
**Chiefs at Chargers**

**#Disenchanted** 👸
Original movie now streaming
▶ Promoted by Disney+

Music · Trending
**#BLACKPINK_WORLDTOUR**
57.2K Tweets

Sports · Trending
**Sean Payton**

Music · Trending
**sabrina**
70.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.





https://twitter.com/captmarvelnews/status/1388543282100199429 __id__ 2022-11-22 13:06:44 -08:00    Document 1-20    Filed 12/30/22    Page 75 of 101    Page ID #:1931

🌟 Captain Marvel NEWS / Fan Account
@CaptMarvelNews

Inspire! The colors, the shoulders and knee pads! The Marvels! Captain Marvel and Ms.Marvel interactions will be the BEEEST!



10:18 AM · May 1, 2021 · Twitter for iPhone

70 Retweets    2 Quote Tweets    398 Likes

---

Perkowski Legal P.C. •••
@c_perkowski

Tweet your reply                                      Reply

Cosmic Marvel @cosmic_marvel · May 1, 2021
Replying to @CaptMarvelNews
🙌🙌🙌
♡ 4

alfie @iamalfieee · May 1, 2021
Replying to @CaptMarvelNews
I just died insideee 😭👏
♡ 1

Ms. Marvel Brasil • @MsMarvelBR · May 1, 2021
Replying to @CaptMarvelNews
So excited 😍
♡ 1

Kamose Mills @KamoseMills · May 1, 2021
Replying to @CaptMarvelNews

♡ 3

CyclingVsDepression🇺🇦 @CyclingDepri · May 1, 2021
Replying to @CaptMarvelNews
I created a comic book like costume years ago. This one looks much more complex 🙌 IT LOOKS GOOD. Can't wait to see her fangirling around :D

CtrlZ @KirstenStephens · May 1, 2021
Replying to @CaptMarvelNews
That costume is 🔥 They nailed it

Conor #WorldsCollideTour! 🇮🇪🙌 @conormcl2022 · May 1, 2021
Replying to @CaptMarvelNews
Fantastic

Reika Sky 🎮🎨🎲🕹🃏 BLINK CT… @kabukibutter… · May 1, 2021
Replying to @CaptMarvelNews
The new MCU context Kamala's garb would be interesting.

Nerdisms - Rises @nerdisms85 · May 1, 2021
Replying to @CaptMarvelNews
cant wait for ms marvel and captain marvel 2
♡ 1

Show more replies

---

Relevant people

🌟 Captain Marvel NE…        Follow
@CaptMarvelNews
Since 2010, Twitter's #1 international Fan Account for EVERYTHING CAPTAIN MARVEL!! Coming up: THE MARVELS JUL 28, 2023!! @brielarson @captainmarvel

What's happening

FIFA World Cup · 3 hours ago
Mexico vs Poland

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in California
Mexicans
17.9K Tweets

Trending in United States
Ochoa
Trending with Poland, Lewandowski

Family drama · Trending
#GTMcontest30

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More …
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Search Twitter

← **Tweet**

**Dakotacandids**
@Dakotacandids

⋯

06.08 l Novas fotos da Dakota durante as gravações de 'Madame Web' em Boston, Massachusetts.
#DakotaJohnson (2)



4:00 PM · Aug 6, 2022 · Twitter Web App

**6** Retweets    **21** Likes

🗨        ⟲        ♡        ⬆

Ⓟ    Tweet your reply                    **Reply**

---

**Relevant people**

**Dakotacandids**              **Follow**
@Dakotacandids

Neste perfil irei postar somente candids de Dakota Johnson. Para mais info, fotos e vídeos me sigam na conta principal: @Dakotashades I Fan Account

**What's happening**

NCAA Football · LIVE
**USC at UCLA**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▣ Promoted by Uber

Trending in United States                ⋯
**HE'S BACK**
Trending with  Mr. President

Sports · Trending                        ⋯
**Lane**
40.4K Tweets

Trending in California                   ⋯
**HELL NO**
45K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

---

🏠 Home
#️⃣ Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

**Tweet**

Ⓟ  **Perkowski Legal P.C.**   ⋯
   @c_perkowski

← **Tweet**



**Ryan 'All Day News' Anderson**
@Ryans_Ramblings

···

A new Spider-Man can be seen in this new image from #MadameWeb. Who could it be???



3:43 PM · Oct 7, 2022 · Twitter for Android

**1** Quote Tweet    **2** Likes

💬          🔁          ♡          ⬆️

Tweet your reply                                    Reply

**RCDC** @FallenLantern92 · Oct 7
Replying to @Ryans_Ramblings
Kaine?

💬          🔁          ♡ 1          ⬆️

---

**Search Twitter**

### Relevant people



**Ryan 'All Day News' ...**
@Ryans_Ramblings                    Follow

Founder, Host, and EIC of
@TheNerdRagePod. As seen on
@CBSThisMorning! Instagram:
@RadRyGuy TikTok:
@Ryans_Ramblings Casting Inquiries:
NerdRagePod@gmail.com

### What's happening

NBA · 3 hours ago
**Kings at Grizzlies**

**#AvatarTheWayOfWater**🌊
Get tickets now – In theaters December 16
📽 Promoted by Avatar

Trending in California        ···
**Costco**
5,918 Tweets

Trending in United States        ···
**Erection**
18.9K Tweets

Celebrities · Trending        ···
**Denzel Washington**
1,977 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

🐦

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

**Perkowski Legal P.C.**    ···
@c_perkowski

← Tweet

**DC Brasil**
@_DCCBRASIL                                                    ···

Que perfeição a Margot Robbie no set de #Barbie 😍

Translate Tweet



3:02 PM · Jun 22, 2022 · Twitter for Android

46 Retweets   26 Quote Tweets   625 Likes

💬              🔁              ♡              ⬆️

 Tweet your reply                                    Reply

**Jéssica Lopes** @jessiccls · Jun 23                          ···
Replying to @_DCCBRASIL
Ela é linda demais gente, sem condições

💬              🔁              ♡ 2              ⬆️

**mila ⸼ ☆** @snxrivera · Jun 23                              ···
Replying to @_DCCBRASIL
mds ela ta tão linda 😭🤏 @laurelteamo

💬 1            🔁              ♡              ⬆️

**abadeer✝** @jbszns · Jun 22                                 ···
Replying to @_DCCBRASIL
ELA TÁ MUITO LINDA

💬              🔁              ♡ 1              ⬆️

**roni** @whatsnewroni · Jun 22                               ···
Replying to @_DCCBRASIL
Linda, toda barbiezinha

💬              🔁              ♡ 1              ⬆️

---

### Search Twitter

**Relevant people**

 **DC Brasil**          Follow
@_DCCBRASIL

Todas as notícias relacionadas ao mundo da #DCComics em um só lugar! ✉️Parcerias e Mídia Kit: contatodcbrasil@gmail.com • Siga-nos no Instagram:

**What's happening**

NFL · 53 minutes ago
**49ers at Cardinals**

Entertainment · Trending                          ···
**Died Suddenly**
62.4K Tweets

Entertainment · Trending                          ···
**Sinbad**
7,406 Tweets

Entertainment · Trending                          ···
**August Alsina**
Trending with #TheSurrealLife

Sports · Trending                                 ···
**Hard Knocks**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.          ···
@c_perkowski

_https://twitter.com/bso/status/1177968292562194432 __ei __ 2022-11-22 08:32:57 -08:00





← **Tweet**

**Relevant people**



Robert Littal BSO ✓
@BSO

### Lamar Odom On How Porn Can Ruin Relationships (Video) bit.ly/2muEybL

 Robert Littal BSO ✓    **Follow**
@BSO

BSO is a Unique take on Sports & Ent;
Tweets by the Headline King Robert
Littal; IG: BSOTV; FB:
BlackSportsOnline; Keep That Same
Energy Podcast; #BLM; 💙 AML

**What's happening**



FIFA World Cup · LIVE
**Mexico vs Poland**

© Phamous · BACKGRID

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
📣 Promoted by Avatar

8:28 AM · Sep 28, 2019 · BSO Alert

Trending in United States
**#BoycottTampax**
1,315 Tweets

**2** Retweets    **7** Quote Tweets    **2** Likes

Entertainment · Trending
**Died Suddenly**
114K Tweets

💬            ⟲            ♡            ⬆

Trending in United States
**Argentina**
Trending with Messi

 Tweet your reply    **Reply**

**Show more**

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Chiddy @nchiddick79 · Sep 28, 2019
Replying to @BSO
So can brothels and cocaine Lamar

💬            ⟲            ♡            ⬆

Marcus Tormoehlen @MarcusTormoehl1 · Sep 28, 2019
Replying to @BSO
Nah, it was probably the crack!

💬            ⟲            ♡ 4            ⬆

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

**best of margot**
@badpostmargots                                              ⋯

margot robbie in puerto vallarta



2:02 PM · Jun 16, 2021 · Twitter for iPhone

**110** Retweets    **45** Quote Tweets    **1,709** Likes

○        ⟲        ♡        ⤒

🅿️  Tweet your reply                              Reply

**Anne Doherty** @AnneDoh85118839 · Jun 16, 2021    ⋯
Replying to @badpostmargots
I hope you are having a lovely time iiam so jealous I can't travel anywhere
this summer again I miss my holidays so much stay safe and God bless you
you
○        ⟲        ♡        ⤒

**Milind Ovhal** @MilindOvhal2 · Jun 17, 2021    ⋯
Replying to @badpostmargots
You are a so beautiful and sweet  dear I like you body figures. I wanna
friendships to you
○        ⟲ 1        ♡        ⤒

**César Mulley** @CesarMulley · Jun 19, 2021    ⋯
Replying to @badpostmargots
Siempre Bella 🤗🤗😍🤗.
○        ⟲        ♡        ⤒

**Lisa Quaranta** @quaranta_lisa · Jun 16, 2021    ⋯
Replying to @badpostmargots
Not a fan of that bathing suit.  Doesn't do her justice at all.
○ 1        ⟲        ♡ 2        ⤒

**Roshan Ali** @RoshanA21349780 · Jun 17, 2021    ⋯
Replying to @quaranta_lisa and @badpostmargots
I agreed with you
○        ⟲        ♡        ⤒

**Roshan Ali** @RoshanA21349780 · Jun 17, 2021    ⋯
Replying to @badpostmargots
Charming Lady
○        ⟲        ♡        ⤒

**Emiliano Zúñiga**🇲🇽 ⭐⭐⭐⭐⭐ ... @Emi_Auriaz... · Jun 17, 2021    ⋯
Replying to @badpostmargots and @FamosasMundial2
what year are those photos?
○        ⟲        ♡        ⤒

**zidane**🇩🇿 @sutorortasaha · Jun 16, 2021    ⋯
Replying to @badpostmargots
Close this music muhittin brother..
○        ⟲        ♡        ⤒

This Tweet was deleted by the Tweet author. Learn more

Show replies

Show additional replies, including those that may contain offensive
content                                                          Show

**Search Twitter**

**Relevant people**

**best of margot**                              Follow
@badpostmargots
fan account posting updates & daily
posts of the aussie goddess and
academy award nominated actress,
margot robbie

**What's happening**

Sports · LIVE
**2022 FIFA World Cup**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
🅿️ Promoted by Avatar

Trending in United States
**Giroud**
Trending with  Australia, Mbappe

Trending in United States
**Chip Tayag**

Trending in United States
**Pogba**
14.6K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2022 Twitter, Inc.

← **Tweet**

🔍 Search Twitter

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**DC - Universo Dcnauta**
@UniversoDCnauta  ···

DEUS está de volta... @violadavis
Translate Tweet



8:26 AM · Oct 16, 2019 · Twitter for Android

76 Retweets   24 Quote Tweets   495 Likes

💬   🔁   ♡   ⬆️

**Relevant people**

**DC - Universo Dcnauta**  — Follow
@UniversoDCnauta
DC COMICS ✅ De fã pra Fã• We are not @DCcomics • Opinião, Notícias e Humor sobre @DCComics • Parceria: UniversoDCnauta@gmail.com • #DCU #DCFandome

**Viola Davis** ✓  — Follow
@violadavis
Academy-Award winning actress, philanthropist, and CEO/Co-Founder of @JuVeeProds

**What's happening**

NBA · 30 minutes ago
Nets at 76ers

#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in United States
RIP Harold ···

Trending in United States
#StayWoke ···

Trending in United States
NitroRad ···

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**  ···
@c_perkowski

🅿️ Tweet your reply          **Reply**

**#AdaoNegro · #Superman · fan club** @dcc_brasil · Oct 16, 2019
Replying to @UniversoDCnauta and @violadavis
Amém.


GIF

💬   🔁   ♡ 9   ⬆️

**Matt vai ver o Paramore** ✓ @matt_mts_ · Oct 16, 2019
Replying to @UniversoDCnauta and @violadavis
Amém Amanda Waller

💬   🔁   ♡ 1   ⬆️

**Leon** @Leon_Romeu · Oct 16, 2019
Replying to @UniversoDCnauta and @violadavis
Amém, carelho

💬   🔁   ♡   ⬆️

**Vitor...** @VKalt00s · Oct 16, 2019
Replying to @UniversoDCnauta and @violadavis
Amém

💬   🔁   ♡   ⬆️

**Mari** @Sealsland_ · Oct 16, 2019
Replying to @UniversoDCnauta and @violadavis
AAAAAAAAAAAAA

💬   🔁   ♡   ⬆️

**Matheus Vinícius** 🧑 @inhado · Oct 16, 2019
Replying to @UniversoDCnauta and @violadavis
Viola Davis é simplesmente TUDO PRA MIM 💟💟💟

💬   🔁   ♡   ⬆️

https://twitter.com/SNEAKPEEKCA/status/1004445983193743360 — at — 2022-11-21 08:10:55 -08:00

**Search Twitter**

�υ SneakPeek Retweeted



**SneakPeek**
@SNEAKPEEKCA

...

[sneakpeek.ca/2018/06/the-jo...](sneakpeek.ca/2018/06/the-jo...)



12:32 PM · Jun 6, 2018 · Twitter Web Client

**2** Retweets  **2** Likes

💬   ↻   ♡   ⬆

 Tweet your reply                Reply

## Relevant people

 **SneakPeek**
@SNEAKPEEKCA                **Follow**
Invite Only

## What's happening

NFL · Yesterday
**Cowboys at Vikings**                

Trending in California
**Dodger Stadium**
13.8K Tweets                ...

Music · Trending
**Slick Rick**                ...

Trending in United States
**Schiff**
69.1K Tweets                ...

Trending in United States
**Maher**
22.7K Tweets                ...

Show more

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
**Tweet**



← Thread

**Kollege Kidd** ✓
@KollegeKidd

Kim Kardashian caught crying in car with Kanye

12:38 AM · Jul 28, 2020 · Twitter for iPhone

**704** Retweets  **855** Quote Tweets  **3,280** Likes

Tweet your reply                                    Reply

**Kollege Kidd** ✓ · Jul 28, 2020
Replying to @KollegeKidd
Read Full Story Here: bit.ly/39KBooF
3      16

**KEE.** @_keea · Jul 28, 2020
Replying to @KollegeKidd
Y'all Tb " caught" how 'f you catch em they ain't hiding 😂😂😂😂😂😂
😂😂
16

**Jules** 🧞 @redmenace000 · Jul 29, 2020
Replying to @KollegeKidd
I dont get it.
Decades of fame whoring between them  now everyone is like:

GIF   ALT
2

**TommyBALLeR🏀🎀** @SeiughTommy · Jul 28, 2020
Replying to @KollegeKidd
To be  rich /famous  is another problem I swr I .can't a human being cry  again?? 🤦 which one is "Caught crying in her car 'na offence!! 🤷🏾‍♂️🤦
17      39

**Helen Adeboni** ✓ @HAdeboni · Jul 28, 2020
Replying to @SeiughTommy and @KollegeKidd
Lmao😂😂😂

**jay** @jd3souza98 · Jul 28, 2020
Replying to @KollegeKidd
all i know is kanye is making some strong points 😂
6

**Alhan Gençay** ✓ @alhan · Jul 28, 2020
Replying to @npochettino can never be us
2      20      709

**#Inconspicuous** 😎 ✓ @npochettino · Jul 28, 2020
Replying to @alhan and @KollegeKidd

thank god my car got tints cuz this
bitch im with ugly af
#BOMBANTA

2      44      736

Show replies

**mikester214** @mikester6i · Jul 28, 2020
Replying to @KollegeKidd
That fame shit comes with a price 😂
1      24

**Musa** @Musmu1203 · Jul 28, 2020
Replying to @KollegeKidd
I guess it comes with the territory of fame. Kim loves the fame otherwise, she has to take this too. It's fame bro *in Kanye's voice

**I CantTurnMyCool OFF** @VillainNRn8sngs · Jul 28, 2020
Replying to @KollegeKidd
Staged
2

**Raven Chanise.** @_iwannaRAVE · Jul 28, 2020
Replying to @KollegeKidd
I know a setup when I see one smh 🙂 any other time the windows are tinted now all of a sudden they're not? Kris is smart as hell definitely setting the mood for@their divorce 😂
17

**a mark and a moron** @missexplor · Jul 28, 2020
Replying to @_iwannaRAVE
Okay! Because it's very much giving, "season 39 of KUWTK" and promo for his new project. He has a whole ranch that they could be doing this in 😂
9

Show replies

**أبو أيوب الشثاني** @PerezSebastian8 · Jul 28, 2020
Replying to @KollegeKidd
😂

**أبو أيوب الشثاني** @PerezSebastian8 · Jul 28, 2020
Replying to @KollegeKidd
قابل لـ- "بث" فيبطأ =- "ط- 🙏 بـخـلـه- ظ- بـ -

**Prime-Jah**🦁 @kingdonoc · Jul 28, 2020
Replying to @KollegeKidd
World weird asf

Perkowski Legal P.C. 🅟
@c_perkowski

**Relevant people**

**Kollege Kidd** ✓
@KollegeKidd                    Follow
Leader of the New Skool | Subscribe
To Youtube.com/KollegeKidd | Follow
On IG: Instagram.com/kollegekidd
Email info@kollegekidd.com for
inquiries.

**What's happening**

FIFA World Cup · LIVE
England vs Iran

Trending in United States
Callum Wilson
2,166 Tweets

Trending in California
#BLACKPINK_WORLDTOUR
58K Tweets

Trending in United States
Bellingham
Trending with Sterling

Trending in California
Dodger Stadium
13.8K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2022 Twitter, Inc.

__ https://twitter.com/sexytvboys/status/1020855386047891456 __ at __ 2022-11-22 20:04:29 -08:00 __

← **Tweet**



**Mis Famosos Favoritos** 🔥
@Sexytvboys                                    ···

Justin Bieber 😍😍😍😍😍😍😍😍😍😍😍😍😍😍😘😘



7:17 PM · Jul 21, 2018 · Twitter for Android

**15** Retweets   **78** Likes

💬          🔁          ♡          ⬆️

Ⓟ   Tweet your reply                          **Reply**

## Search Twitter

### Relevant people

  **Mis Famosos Favorito...**   **Follow**
@Sexytvboys
Instagram:
instagram.com/igsexytvboys?i...

### What's happening

NBA · **LIVE**
**Kings at Grizzlies**                          

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Trending in United States                        ···
**RIP Harold**

Trending in California                           ···
**Hooters**
8,446 Tweets

Sports · Trending                               ···
**Anthony Davis**
2,676 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

  **Perkowski Legal P.C.**   ···
@c_perkowski

← **Tweet**

**Home**

**Explore**

**Notifications** 1

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**



**Franklin David**
@fdm702

···

Dakota Johnson on set of #MadameWeb. Her attire almost confirms she'll be playing the Julia Carpenter version of the character. #movies #AMC @SonyPictures



7:51 PM · Jul 29, 2022 · Twitter for iPhone

**4** Likes

   Tweet your reply

**Reply**

**Perkowski Legal P.C.**
@c_perkowski
···

**Search Twitter**

**Relevant people**

**Franklin David** **Follow**
@fdm702
• Geek Pundit • Vlogging • AMC Shareholder 🎢 • APE Shareholder 🦍 • LOVE THE MOVIES 🎥 •

**Sony Pictures**  **Follow**
@SonyPictures
✓ Official
#DevotionMovie is exclusively in movie theaters November 23. Get tickets now!

**What's happening**

FIFA World Cup · This morning
**England vs Iran**



Entertainment · Trending
**Died Suddenly**
39.1K Tweets
···

Only on Twitter · Trending
**#pcxqc**
2,870 Tweets
···

Trending in California
**Dodger Stadium**
11.9K Tweets
···

Trending in United States
**#ThingsIWouldTellMyYoungerSelf**
···

**Show more**

Terms of Service   Privacy Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/NewsWeeknd/status/1456374360790994953    2021-11-21 10:32:08 GMT  [22+0=9940 DND.ADD]  Document 1.00  Document 1.00  Filed 12/30/22  Page 86 of 101  # 1562



← Tweet

**The Weeknd News**
@NewsWeeknd

The Weeknd and BLACKPINK's Jennie in Los Angeles last night.

2:34 PM · Nov 4, 2021 · Twitter Web App

**2,003** Retweets    **368** Quote Tweets    **10.7K** Likes

Tweet your reply                                    Reply

**erikaa** @thelifeinworld64 · Nov 4, 2021
Replying to @NewsWeeknd
AAAAAAAA paro cardiaco

**N** @NajeebZakariya · Nov 5, 2021
Replying to @NewsWeeknd
"LA girls all look the same..." my mans okay. I know it

**pixie** @Grace_pixie2 · Nov 4, 2021
Replying to @NewsWeeknd
My dream collab. That song would be my anthem for life ❤️❤️ please make it happen!!! @theweeknd Abel please

**pixie** @Grace_pixie2 · Nov 4, 2021
Replying to @NewsWeeknd
I will never move on from this. @theweeknd make it happen!! We need a collab with jennie

**vri-et-g.** @Inandvalene28 · Nov 4, 2021
Replying to @NewsWeeknd
The weeknd and Jennie plsss collab 😩😩😩

**ipek** @NevertheWay_ · Nov 4, 2021
Replying to @NewsWeeknd
iyy ne isin var bunla ya

**fadossal** · Nov 4, 2021
Replying to @NewsWeeknd
@sofisr34 nuestros favs eh

**alphabet · jk's wife** · @scifibr34 · Nov 4, 2021
Replying to @fadossal and @NewsWeeknd
Omggg, Blackpink x The Weeknd for dichd

Show replies

**Gabriel Legume** @SlimyLeglessDog · Nov 4, 2021
Replying to @NewsWeeknd

Show replies

**Gabriel Legume** @SlimyLeglessDog · Nov 4, 2021
Replying to @NewsWeeknd
Collabs are good, but I'd rather an actual comeback, at this point that's worth like 5 collabs

**Thanksgiving #0** · Nov 4, 2021
Replying to @NewsWeeknd
abel gathering stars for the dawn i hope

**0000000000 00** @uvoxvale · Nov 4, 2021
Replying to @NewsWeeknd
Jennie collecting celebrities like yugioh cards. The weeknd's a holo ultra ghost rare.

**Sylwia _Z:0** @Sylwia22100 · Nov 5, 2021
Replying to @NewsWeeknd



**angela** @angelak_ · Nov 4, 2021
Replying to @NewsWeeknd
@GorrysaOfficalman

**majo aguirre** @_majoaguirrel · Nov 4, 2021
Replying to @NewsWeeknd
@vejeladehampson

**Noti #0** @Noti_Snow/AW · Nov 4, 2021
Replying to @NewsWeeknd
hoii yeah!!

**Blackflower 🌺** @BlackfI29153606 · Nov 5, 2021
Replying to @NewsWeeknd
Legendary artists 💜❤️🖤

**Blackflower 🌺** @BlackfI29153606 · Nov 5, 2021
Replying to @NewsWeeknd
Like I just imagine the weeknd's vocals & Jennie's rap like 😩omg🔥🔥🔥
🔥🔥🔥🔥 #JENNIE #theweeknd #yennkim #TheWeeknd

**pedroatmsz** ♥️ @shadowathena · Nov 4, 2021
Replying to @NewsWeeknd
imta bebeeeo • • • • • •

**. @XORose016** · Nov 4, 2021
Replying to @NewsWeeknd
🤤

**ʜ₄** @xoossem · Nov 4, 2021
Replying to @NewsWeeknd
ً!!

**alex /0** @snowchild6ish · Nov 4, 2021
Replying to @NewsWeeknd
oh ?

**stainer** @HrtbrBeez · Nov 4, 2021
Replying to @NewsWeeknd
Inch resting

**kie ™** @BEJEWELED1VMFT · Nov 4, 2021
Replying to @NewsWeeknd
OMG

**@jnzkbtch** · Nov 4, 2021
Replying to @NewsWeeknd
Omg, Jennie finally meeting one of her idols 💜❤️

**MiahMejia27** @MiahMejia4 · Nov 4, 2021
Replying to @NewsWeeknd
I love it 😍😍

**keira🦋** @rosieswaves · Nov 4, 2021
Replying to @NewsWeeknd
Jennie collecting her faves like infinity stones

**yogilI** @YogiBogil · Nov 4, 2021
Replying to @NewsWeeknd
WHAT DOES THIS MEAN

Perkowski Legal P.C.
@r_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Relevant people

The Weeknd News
@NewsWeeknd                Follow
Your best source for charts, new
music, pictures, videos, daily news and
more! | fan account

What's happening

FIFA World Cup · LIVE
Senegal vs Netherlands

Trending in United States
Mendy
53.9K Tweets

Entertainment · Trending
#AvatarTheWayOfWater
3,321 Tweets

Trending in California
Dodger Stadium
13.6K Tweets

Trending in United States
Senegal
Trending with #Ghluradu, England

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ...
© 2022 Twitter, Inc.

← Thread

🔍 Search Twitter

**avrilmidia**
@avrilmidia

SOCORRO! Na tarde de ontem (14/05), Avril Lavigne e Willow Smith gravaram um vídeo juntas em L.A. Tudo indica que essa foi a gravação do videoclipe "Grow", nova música de Willow Smith que terá a participação da Avril Lavigne.

Translate Tweet



12:06 PM · Jun 15, 2021 · Twitter for Android

150 Retweets   201 Quote Tweets   1,075 Likes

💬   🔁   ♡   ↑

Tweet your reply                                    Reply

**Perkowski Legal P.C.**
@_perkowski

**avrilmidia** @avrilmidia · Jun 15, 2021
Replying to @avrilmidia

**avrilmidia** @avrilmidia · Jun 15, 2021
Bastidores da gravação que Avril Lavigne e Willow fizeram na tarde de ontem, 14 de junho, em Los Angeles. As cantoras conversam, tiram fotos e ensaiam para cenas do videoclipe da parceria intitulada "Grow".

2:19   6,534 views

💬   🔁   ♡ 8   ↑

**glo VAI VER O PARAMORE** @myhappyending · Jun 15, 2021
Replying to @complicwtd VENCEMOS

💬 2   🔁   ♡   ↑

**glslayne** @deathrockroll · Aug 14, 2021
Replying to @myhappyending and @complicwtd and @avrilmidia
@complicwtd não

💬 2   🔁   ♡   ↑
Show replies

**carlos** @garotararaa · Jun 15, 2021
Replying to @avrilmidia
Mdsssss vem aí @1sskr3am

💬   🔁   ♡   ↑

**anafelix out** @anyblinding · Jun 15, 2021
Replying to @avrilmidia

▶️

MARE BARROW

from Kah 🌙

💬   🔁   ♡   ↑

**Leo** @leodeeabreu · Jun 15, 2021
Replying to @avrilmidia
@myna_

💬   🔁   ♡ 1   ↑

**Wess** @HenriqueWess · Jun 17, 2021
Replying to @avrilmidia
Olha quem tá trabalhando.

💬   🔁   ♡   ↑

**igor john lupin** @IgorJohnLupin_ · Jun 15, 2021
Replying to @avrilmidia
@mansonbebe 💖💖

💬   🔁   ♡ 1   ↑

**natasha from paramore** @mansonbebe · Jun 15, 2021
Replying to @IgorJohnLupin_ and @avrilmidia
AAAAAAAAAAAAAAAAAH

💬   🔁   ♡ 1   ↑

**Jéxca 🔪** @iccbello · Jun 15, 2021
Replying to @avrilmidia
Mdss, agora sim 2021 melhorou

💬   🔁   ♡   ↑

**Jess** @jcjessferreira · Jun 15, 2021
Replying to @avrilmidia
AAAAAAAAAAAAAA

💬   🔁   ♡   ↑

**tall** @bxdtall · Jun 15, 2021
Replying to @avrilmidia
Socorro parece elas no remix de tbdt 😭 ❤️

💬   🔁   ♡   ↑

**dan** @danbr4zz · Jun 15, 2021
Replying to @avrilmidia
MDSSSSAS

💬   🔁   ♡   ↑

**Ken absurdo 🏳️‍🌈** @KenAbsurdo · Jun 15, 2021
Replying to @avrilmidia
Deusa da minha vidaaaaaa 🖤🖤🖤

💬   🔁   ♡   ↑

**serial lover** @thiagofreitz · Jun 15, 2021
Replying to @avrilmidia
@cecililiiars @californiana_me ajudaaa

💬   🔁   ♡ 2   ↑

**maria fulana ⭐** @cecililiiars · Jun 15, 2021
Replying to @thiagofreitz and @avrilmidia and @californiana_
meu deusssss!! Tomara que ela apareça de verdade né...não igual no clipe da rihanna

💬 1   🔁   ♡   ↑

This Tweet is from an account that no longer exists. Learn more

**julia** @imsorryblues · Jun 15, 2021

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

**avrilmidia**
@avrilmidia
No ar desde 2002, sempre te trazendo tudo sobre Avril Lavigne!
instagram.com/avrilmidia |
youtube.com/avrilmidia

Follow

**What's happening**

FIFA World Cup · LIVE
USA vs Wales

Sports · Trending
**Charles Barkley**
3,406 Tweets

Entertainment · Trending
**#AvatarTheWayOfWater**
5,565 Tweets

Trending in California
**Dodger Stadium**
14.1K Tweets

Trending in United States
**#USMNT** 🇺🇸
Trending with Wales, #FIFAWorldCup 📍

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

— https://twitter.com/HathawayBRA/status/1583474291966111746 — at — 2022-11-19 20:54:01 -08:00 —

← **Thread**



**Search Twitter**

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒️ Lists

👤 Profile

⚪ More

**Tweet**

**Anne Hathaway Brasil • FANSITE**
@HathawayBRA

···

Novas fotos de Anne Hathaway e Nicholas Galitzine filmando The Idea of You na quarta-feira (19).



8:04 AM · Oct 21, 2022 · Twitter for Android

7 Retweets   51 Likes

💬        ↻        ♡        ⬆️

Ⓟ  Tweet your reply                     **Reply**

**Anne Hathaway Brasil • FANSITE** @HathawayBRA · Oct 21
Replying to @HathawayBRA
Obrigado, @NGBRSite! 💕
💬        ↻ 1        ♡ 2        ⬆️

Ⓟ **Perkowski Legal P.C.**  ···
@c_perkowski

**Relevant people**



**Anne Hathaway Brasi...**   **Follow**
@HathawayBRA
Sua mais atualizada fonte de informações sobre a atriz Anne Hathaway. WE'RE NOT ANNE HATHAWAY. — 📷: @midiasahbr

**What's happening**

Television · 53 minutes ago
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
📢 Promoted by Uber

Trending in United States  ···
**HE'S BACK**
140K Tweets

Sports · Trending  ···
**#AEWFullGear**
Trending with Keith Lee

Sports · Trending  ···
**Dorian Thompson-Robinson**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

↻ Kate Retweeted

**Madame Web News**
@MultiversalWeb                                    ···



7:59 AM · Aug 7, 2022 · Twitter for Android

**8** Retweets  **51** Likes

⌕ Search Twitter

## Relevant people

**Kate**                                    **Follow**
@girlfromaspen
I dislike negativity so unless I follow
you, your replies aren't welcome on
my tweets.

**Madame Web News**                         **Follow**
@MultiversalWeb
All the latest news and updates for
'Madame Web' starring Dakota
Johnson and directed by S.J Clarkson,
set to release in July 2023

## What's happening

Television · 2 hours ago
**Saturday Night Live airing on
NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber
Reserve
⊡ Promoted by Uber

Music · Trending                            ···
**Elton John**
5,292 Tweets

Trending in United States                   ···
**Blocked**
132K Tweets

Trending in United States                   ···
**Clark Phillips**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Tweet your reply

**Reply**

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski                                ···

https://twitter.com/PMaratonando/status/1235293102539264000 __ et __ 2022-11-20 21:47:52 -08:00

← **Thread**

**Maratonando News** 🇺🇦
@PMaratonando

···

LOKI ESTÁ CHEGANDO ! 😊

A série do Loki atualmente está sendo filmada em Atlanta e agora temos novas fotos das gravações da série, que mostram o personagem interpretado por Tom Hiddleston com um visual diferente do qual estamos acostumados a vê-lo.

#Loki

Translate Tweet



11:56 AM · Mar 4, 2020 · Twitter for Android

2 Likes

Tweet your reply    **Reply**

**Maratonando News** 🇺🇦 @PMaratonando · Mar 4, 2020    ···
Replying to @PMaratonando
Nas fotos vemos pela primeira vez a personagem de Sophie Di Martino, que muitos acreditam ser uma versão feminina do Loki ou a Encantor. E o ator Owen Wilson também esteve presente no set . Confira :

♡ 1

## Relevant people

**Maratonando News** 🇺🇦
@PMaratonando    **Follow**
Tudo sobre o mundo do cinema, séries e games 🎬🎮 Sigam nossos ADMs 👍👍 @1991Philipe 🙋 @rayssajoy 🙋

## What's happening

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 👸
Original movie now streaming
📽 Promoted by Disney+

Trending in United States    ···
**Bob Iger**
Trending with Chapek, Disney

Music · Trending    ···
**Kelly Rowland**
Trending with Chris Brown

Trending in California    ···
**Dodger Stadium**
11.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski    ···

Search Twitter

**Relevant people**

Affinity Magazine  ✔
@TheAffinityMag    Follow
NEXT GEN OF MEDIA

**What's happening**

FIFA World Cup · 13 minutes ago
Senegal vs Netherlands

Family drama · Trending
#GTMcontest4

Trending in United States
Senegal
Trending with #lendy, #SENNED

Sports · Trending
Charles Barkley
4,657 Tweets

Trending in United States
Colorado Springs
586K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.



Threads

Affinity Magazine ✔
@TheAffinityMag

TMZ has posted new pictures of filming at The CW's 'Powerpuff Girls' live-action series.

3:01 PM · Apr 7, 2021 · Twitter for iPhone

1,439 Retweets  25.6K Quote Tweets  11K Likes

Tweet your reply    Reply

Affinity Magazine ✔ @TheAffinityMag · Apr 7, 2021
Replying to @TheAffinityMag
Here's a closer look at the concerning outfits from The CW's 'Powerpuff Girls' live-action series, provided by TMZ.

110    1,230    2,248

This Tweet is from an account that no longer exists. Learn more

Jose Matamoros #PrayForMiksufan30... @JoseMat29... · Apr 7, 2021
Replying to @TOtte1st and @TheAffinityMag
I'm blaming CW for even coming up with this.
7    22

Plum @janislove? · Apr 7, 2021
Replying to @TheAffinityMag
Just like Winx Club

4    15    679

Catch these Washed Hands @GSmarts9 · Apr 17, 2021
Replying to @janislove7 and @TheAffinityMag
At least Winx made an attempt to have the outfits work in a live action. These look like dollar store costumes.

Candice @CandiceAmberL · Apr 8, 2021
Replying to @TheAffinityMag
I'm holding out that this is for scene were they wear their old look to fight crime again then realise the look doesn't work anymore so they change to new outfits
I know it's a reach but I planned on watching at least two episodes of this so I'm still clinging onto hope 😂
2    10

Libran Receipt Queen @receipt_queen · Apr 8, 2021
Replying to @CandiceAmberL and @TheAffinityMag
Still ridiculous because they're not specific crime fighting clothes, just little girl dresses. No one thinks "I'm going to a family reunion, time to put on a diaper and onesie"
1    5

Nora 🖤 @Nolja21VIP · Apr 8, 2021
Replying to @TheAffinityMag
If they don't have a story to tell, then they should stay silent. Ruining cartoons is not necessary. The cartoon worked, bc they knew how cartoons work, most live action reboot doesn't know how a live action movie works, and what's the difference between a cartoon and a movie.
4    46    2,034

Demarco @demarco_82 · Apr 8, 2021
Replying to @Nolja21VIP and @TheAffinityMag
And these are grown ass women playing characters that were in kindergarten lol
4    32    2,409

Show replies

Bevv @grtBlgfJkeBev · Apr 8, 2021
Replying to @TheAffinityMag
Was the budget a piece of bubble gum and a shoestring ?

3    37    1,369

perielnkle @perikeksz · Apr 8, 2021
Replying to @grtBlgfJkeBev and @TheAffinityMag
WHY WOULD YOU MAKE ME LAUGH SO HARD AT WORK!? 😭

I Am Sad, So Very, Very, Sad @otherjinhalpert · Apr 8, 2021
Replying to @TheAffinityMag
I know Buttercup is a fictional character and in fact all of them could've been black or all of them could've been white but why did they make the aggressive character black.
7    21    521

Italiana laboriosa 🇮🇹❤️ @Td0Thelma · Apr 7, 2021
Replying to @TheAffinityMag
How about you drop this and do power rangers instead
7    6

Lorem Ipsum💙 @whoisBello · Apr 7, 2021
Replying to @TheAffinityMag
Looks like a power rangers movie
1    65

phoenix @phoenix_omega · Apr 7, 2021
Replying to @whoisBello and @TheAffinityMag
They need another power rangers movie instead of this
1    65

Show replies

Willson @cmdsshbarytayo · Apr 7, 2021
Replying to @TheAffinityMag



__ https://twitter.com/Dakoholic_dj/status/1551822442229907456 __ at __ 2022-11-20 17:50:40 -08:00 __



← Tweet

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



**Dakoholic Official** ✨
@Dakoholic_dj

···

NEW: Dakota on the set of #MadameWeb , in Boston. July 20th,2022 [ via DakotaJohnsonPortugal]

#DakotaJohnson





11:51 PM · Jul 25, 2022 · Twitter for iPhone

**7** Retweets   **26** Likes

Q   Search Twitter

**Relevant people**



**Dakoholic Official** ✨
@Dakoholic_dj

**Follow**

♡ "You guys have completely rocked my world and changed my life." ♡

**What's happening**

NFL · 1 hour ago
**Bengals at Steelers**




**#Disenchanted** 🧚
Original movie now streaming
🅿 Promoted by Disney+

Trending in United States
**Wayne Brady**
1,568 Tweets

···

The Real Housewives of Potomac · Trending
**Peter Thomas**
1,824 Tweets

···

Sports · Trending
**De'Aaron Fox**

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Tweet**



P   Tweet your reply

**Reply**

P   **Perkowski Legal P.C.** ···
@c_perkowski

__ https://twitter.com/solacecinema/status/1521587916593582083 __ at __ 2022-11-21 09:13:12 -08:00

Tweet

**Cinema Solace**
@CINEMASOLACE                                              ...

Zendaya debuts new hairdo for Luca Guadagnino's 'Challengers', which is now filming in Boston.



1:30 PM · May 3, 2022 · Twitter for iPhone

**15** Retweets   **8** Quote Tweets   **261** Likes

Tweet your reply                                    Reply

**you're\* (and other typos)** @waitingunstably · May 3   ...
Replying to @CINEMASOLACE and @SOLACECINEMA
her face says it. "great you found me now leave me alone."

                                          ♡ 1

---

**Relevant people**

**Cinema Solace**
@CINEMASOLACE                              Follow
Find solace in the never-ending world of cinema ✨

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Trending in California                          ...
**Dodger Stadium**
13.9K Tweets

Entertainment · Trending                        ...
**#AntManandTheWaspQuantumania**
1,678 Tweets

Sports · Trending                               ...
**Charles Barkley**
3,151 Tweets

Events · Trending                               ...
**Black Friday**
169K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

← **Tweet**

taylor russell's whore
@MIUCCIAMUSE

bella going to the fendi after party last night



9:10 AM · Sep 10, 2022 · Twitter for iPhone

**111** Retweets    **25** Quote Tweets    **1,545** Likes

P  Tweet your reply                              Reply

M ♥: @tsdefault · Sep 10
Replying to @MIUCCIAMUSE
the shoes are so-
💬 1           ♡ 14

M ♥: @tsdefault · Sep 10
Replying to @tsdefault and @MIUCCIAMUSE
like i truly have no words what am i even looking at
♡ 5

The OG 🔲 @RealityNoTvShow · Sep 10
Replying to @MIUCCIAMUSE
I will never understand fashion because those shoes......

▶

GIF   ALT
♡ 5

jules hat kein zwitscher @juleszwitscher · Sep 10
Replying to @MIUCCIAMUSE
i'm gonna shit myself looking at those shoes
♡ 9

Show more replies

**Relevant people**

taylor russell's whore          Follow
@MIUCCIAMUSE
it girl in training • hf twt • she/her •
fan account

**What's happening**

NFL · 2 hours ago
**Cowboys at Vikings**                

**#Disenchanted** 🧚
Original movie now streaming
☑ Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with  Chapek

Trending in United States
**#AMAs** 🔥
Trending with  soobin, Favorite K-Pop Artist

Sports · Trending
**Toney**
10.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.   ···
@c_perkowski

__https://twitter.com/MarvelAddicted0/status/1578095102929026203__at__2022-11-20 13:55:00 -08:00

← **Tweet**



**Marvel Addicted**
@MarvelAddicted0

Tahir Rahim as Ezekiel Sims and Dakota Johnson's stunt double as Cassandra Webb ❄️
She's hit by Sims 👀

#MadameWeb #DakotaJohnson



11:49 AM · Oct 6, 2022 · Twitter for Android

**10** Retweets   **2** Quote Tweets   **33** Likes

💬   🔁   ♡   ⬆️

🅿️ Tweet your reply                              Reply

**Alexandre Matias** @matiasalexandre · Oct 6
Replying to @MarvelAddicted0
Or is the stunt double for Oscar Isaac playing a live action #MiguelOhara
aka #SpiderMan2099?
💬 1        🔁        ♡ 1        ⬆️

**Marvel Addicted** @MarvelAddicted0 · Oct 6
Replying to @matiasalexandre
That's too high for now, I guess. Ofc Madame Web have some time travel
stuffs, still 2099 being in is not kinda possible, I believe 👀
I also doubted this, though. Anyway who knows what twist lies here.
💬        🔁        ♡ 1        ⬆️

**GMG** 🅰️ #BlackPanther #WakandaForever @GabiMG_News · Oct 6
Replying to @MarvelAddicted0
True, I think the same.
💬 1        🔁        ♡ 2        ⬆️

**Hotty_Venom**🇫🇷 @Lorenzo74209291 · Oct 6
Replying to @GabiMG_News and @MarvelAddicted0
Ezekiel to Madame Webb: I'm not trying to kill that boy, I'm trying to save
him
💬 1        🔁        ♡ 3        ⬆️

Show replies

**Alexandre Matias** @matiasalexandre · Oct 6
Replying to @MarvelAddicted0
Is Miguel Ohara aka #SpiderMan2099?
💬        🔁        ♡        ⬆️

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

Tweet

**Perkowski Legal P.C.**
@c_perkowski

---

**Relevant people**



**Marvel Addicted**       Follow
@MarvelAddicted0
✨ JUST MARVEL | ALL ABOUT MARVEL
✨ | EDITS, FACTS, LEAKS, MEMES, NEWS,
RUMORS, UPDATES, ETC ✨ | FOLLOW fOR
MARVEL #MarvelAddicted ©

**What's happening**

NFL · 38 minutes ago
**Panthers at Ravens**

#Disenchanted 🧚
Original movie now streaming
📀 Promoted by Disney+

Trending in California
**Rest In Peace**
562.6K Tweets

Only on Twitter · Trending
**Rest in Power**
26K Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet

grace dante
@misslefroy

dakota johnson spotted on the set of madame web



3:31 PM · Aug 6, 2022 · Twitter for Android

**30** Retweets    **6** Quote Tweets    **219** Likes

Tweet your reply

Reply

Stephen Ball @Stephen69330887 · Aug 6
Replying to @misslefroy
That's lucky since she's in the film playing a big role 😂

---

Search Twitter

**Relevant people**

grace dante
@misslefroy

Follow

"Il fiore che sboccia nelle avversità è il
più raro e il più bello di tutti" 🌸 fan
account

**What's happening**

Television · Last night
**Saturday Night Live airing on
NBC**



#Disenchanted 🧚
Original movie now streaming
📺 Promoted by Disney+



Trending in United States
**#RIPLEGEND**

Only on Twitter · Trending
**RIP JDF**
2,574 Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Tommy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← Tweet

**NAÇÃO MARVEL | fan club**
@nacaomarvel

Saudades dos meus vingadores 🥺

Translate Tweet



3:37 AM · Jul 4, 2022 · Twitter for Android

**788** Retweets    **75** Quote Tweets    **5,649** Likes

Tweet your reply                                    Reply

**23** @sandroalmeidaa · Jul 4
Replying to @nacaomarvel
os maiores não tem jeito
♡ 2

**Wesley** @darnexs · Jul 4
Replying to @nacaomarvel
🥺

**Thiago Castro** @Thiagocastro977 · Jul 4
Replying to @nacaomarvel
A primeira foto vazada, e várias teorias em cima dela.

**🎗️🐊** @santoerickson_ · Jul 4
Replying to @nacaomarvel
Nunca vi tanto defunto junto
♡ 9

**J0neyZ** @J0ney_z · Jul 4
Replying to @santoerickson_ and @nacaomarvel
Se controle homi

Show replies

**Giselly Souza** @gysouza1995 · Jul 4
Replying to @nacaomarvel
Saudades da minha Natasha 🥺❤️
♡ 1

**Andrei Paiva** @D_Dreei · Jul 4
Replying to @nacaomarvel
Nunca tanko ele fazendo o Rocky, imagina as cenas que ele tem que lutar e
correr kkkkkkkkk ele deveria ser o que tem o maior caché

♡ 44

**Mr Rabbit** 🖤💙 @prondalorian · Jul 4
Replying to @nacaomarvel
Até hoje eu fico impressionada que os trajes brancos eram CG, pqp muito
foda
♡ 4

**~matt~** 🖤 @Sp1derM4tt · Jul 4
Replying to @nacaomarvel
vai num cemitério e cê encontra a maioria nm
♡ 3                    ♡ 14

**NAÇÃO MARVEL | fan club** @Sp1derM4tt · Jul 4
Replying to @Sp1derM4tt
manos???? 😂😂😂
♡ 12

Show replies

**emy** @emyyyxxy · Jul 4
Replying to @nacaomarvel
@_xlvlbunny
♡ 1

**@_xlvlzz** @_xlvlzz · Jul 4
Replying to @emyyyxxy and @nacaomarvel
saudade da mh segunda casa
♡ 1

**Defaustão** @_Padrao_ · Jul 4
Replying to @nacaomarvel
Saudades

**juwilpr** @princeraivaspr · Jul 4
Replying to @nacaomarvel
nossoo°
♡ 1

**Rafa** @Rafa063pr · Jul 4
Replying to @nacaomarvel
Pô bateu aquela sdds deles mnn 😥😥😥😥😥
♡ 1

**Tah Mori 🏳️ / titans** • @kiaraflamks · Jul 4
Replying to @nacaomarvel
Nossa nação que saudade deles
♡ 1

**Diogo Tróia** @DIOGOKYOUTUBERD · Jul 4
Replying to @nacaomarvel
Podes ver em DVD

**duh** 🕷 @duarda_version · Jul 4
Replying to @nacaomarvel
Chris rindo com a mão no coração
♡ 1

**Paulo** @PauloRol4922253 · Jul 4
Replying to @nacaomarvel
Show 😃
♡ 1

🔍 Search Twitter

**Relevant people**

**NAÇÃO MARVEL | fa...**    Follow
@nacaomarvel
🇧🇷 O maior fã-clube da Marvel no
Brasil e #2 do mundo 📧 @kkimjull
& @thundrippxr 📩 @PodcastNM |
📩 nacaomarveloft@gmail.com

**What's happening**

NFL · 40 minutes ago
49ers at Cardinals

Entertainment · Trending
**Died Suddenly**
19.1K Tweets

Trending in California
**Dodger Stadium**
19.1K Tweets

Reality TV · Trending
**August Alsina**
#TheSurrealLife

Trending in United States
**Chrisley**
22.1K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 1-20    Filed 12/30/22    Page 99 of 101    Page ID
#:1955



← **Tweet**

**Bicara Box Office**
@bicaraboxoffice

Kostum baru Shazam dalam SHAZAM: FURY OF THE GODS (2 Juni 2023).

Dari justjared.com





5:19 PM · Jun 3, 2021 · Twitter Web App

**4** Retweets    **33** Likes

Tweet your reply                    Reply

**Fufu** @desutoroia666 · Jun 3, 2021
Replying to @bicaraboxoffice
Cape-nya cgi nih ya

**CEO Bukalawak** @humoreez · Jun 3, 2021
Replying to @bicaraboxoffice
Petirnya kurang gede

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Perkowski Legal P.C.** ...
@c_perkowski

Search Twitter

**Relevant people**

**Bicara Box Office**    Follow
@bicaraboxoffice
Box office data and analysis, nerd and geek stuff, occasional random stuff. Proud founder of @cinepoint_ app. Please don't ask for a rate card, there's none.

**What's happening**

FIFA World Cup · 2 hours ago
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Celebrities · Trending
**Tom Hanks**
5,548 Tweets

Trending in United States
**Ochoa**
Trending with Lewandowski, #MexVsPol

Trending in California
**Mexicans**
15.6K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

__ https://twitter.com/ClickySound/status/1239029009704521728 __ at __ 2022-11-20 08:19:10 -08:00 __

← Tweet



**Clicky Sound**
@ClickySound

...

clickysound.com/soon-to-be-fre...  Still a hunk at 42, Tom Brady is making waves days before his big career decision. This past week, the legendary...



8:21 PM · Mar 14, 2020 · Clicky Sound



Tweet your reply

Reply

Search Twitter

**Relevant people**



**Clicky Sound**
@ClickySound
Photography at its Best!

Follow

**What's happening**

FIFA World Cup · LIVE
**Qatar vs Ecuador**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Offsides**
4,861 Tweets

Only on Twitter · Trending
**RIP JDF**
3,163 Tweets

Events · Trending
**The VAR**
24.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski



Tweet

**Acta Non Verba** ❄️
@liissett_

Dakota en el set de Madame Web ayer en Boston 🖤

7:15 AM · Oct 7, 2022 · Twitter for Android

**13** Retweets    **99** Likes

Tweet your reply

**Relevant people**

**Acta Non Verba** ❄️
@liissett_

'fan account' 🍒🥀🍑🤎 #DakotaJohnson🎪#Dakoholic💛🦙 ∞•- Taylor Swift🧡ChrisEvans💚 GiulioBerruti🖤 Blanca Suárez💜 All my love D🩵

**What's happening**

FIFA World Cup · 3 hours ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧙
Original movie now streaming
▶️ Promoted by Disney+

Entertainment · Trending
**Morgan Freeman**
178K Tweets

Trending in United States
**Rest in Peace**
42.4K Tweets

Trending in California
**Shakira**
107K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy    Accessibility    Ads info    More •••
© 2022 Twitter, Inc.