# EXHIBIT B Continued



← **Tweet**



aly
@stranwberryes

...

eu acho que nenhum show esse ano vai superar o anichella culturalmente

Translate Tweet



8:56 PM · Apr 17, 2022 · Twitter for Android

**3** Retweets  **44** Likes

💬   🔁   ♡   ⬆️

 Tweet your reply        **Reply**



ꓚ0 @Theweeknitta · Apr 17
Replying to @stranwberryes
tbm acho

💬 1    🔁    ♡ 1    ⬆️

aly @stranwberryes · Apr 17
Replying to @Theweeknitta
vai ser difícil superar

💬 1    🔁    ♡ 1    ⬆️

Show replies

---

**Relevant people**

aly
@stranwberryes       **Follow**
comento sobre a vida dos outros

**What's happening**

NFL · 2 hours ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
70.5K Tweets

Trending in United States
**Roanoke**

Trending in California
**Dodger Stadium**
8,257 Tweets

Trending in United States
**Maher**
8,087 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/bieberinfobr/status/1486548268226170884 __ at __ 2022-11-21 23:08:05 -08:00



← **Tweet**

 **Bieber Info Brasil**
@bieberinfobr                                                      ···

Justin Bieber foi visto ontem, 26 de janeiro, em Beverly Hills, na California.



7:55 PM · Jan 26, 2022 · Twitter for iPhone

**1** Retweet   **1** Quote Tweet   **12** Likes

🗨       ⇄       ♡       ⬆

Tweet your reply                                    Reply

---

🔍 Search Twitter

**Relevant people**

 **Bieber Info Brasil**                    Follow
@bieberinfobr
Fan account @justinbieber

**What's happening**

NFL · 2 hours ago
**49ers at Cardinals**



Entertainment · Trending                               ···
**Died Suddenly**
70.8K Tweets

Sports · Trending                                      ···
**Trey Lance**
1,345 Tweets

Trending in California                                 ···

---

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

**Tweet**

 **Perkowski Legal P.C.**       ···
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 1-21    Filed 12/30/22    Page 4 of 101    Page ID #:1961

← **Tweet**


**Bang Tidy Celebs**
@BangTidyHQ

· · ·

## Hailey Bieber



11:25 AM · Apr 21, 2021 · Twitter Web App

**2** Retweets    **32** Likes

Tweet your reply

Reply

### Search Twitter

## Relevant people

**Bang Tidy Celebs**
@BangTidyHQ    Follow

Bringing you Bang Tidy Celebs from the UK and around the world. From TV & Film to Music & Models. Any requests feel free to tweet.

## What's happening

NBA · LIVE
**Grizzlies at Nets**

**#Disenchanted**
Original movie now streaming
◻ Promoted by Disney+

Trending in United States
**Machine Gun Kelly**
1,648 Tweets
· · ·

Trending in United States
**#AMAs**🔥
Trending with soobin, yeonjun
· · ·

Sports · Trending
**#KCvsLAC**
1,562 Tweets
· · ·

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More · · ·
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**


**Perkowski Legal P.C.**
@c_perkowski    · · ·



__ https://twitter.com/bso/status/1395419105281421314 __ at __ 2022-11-22 06:40:20 -08:00 __

← **Tweet**



**Robert Littal BSO** ✔
@BSO

···

Lamar Odom on The Hallucinogenic Drug He Takes to Keep Him Sober (Video) bit.ly/3wlO1R4 via @NathanAddison24



© Phamous / BACKGRID

9:40 AM · May 20, 2021 · BSO Alert

**1** Retweet   **3** Quote Tweets   **4** Likes

💬            ♻            ♡            ⬆

Ⓟ   Tweet your reply                    Reply

---

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

Ⓟ   Perkowski Legal P.C.
    @c_perkowski                    ···

🐦

🔍 Search Twitter

**Relevant people**



**Robert Littal BSO** ✔            Follow
@BSO

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**What's happening**

FIFA World Cup · 2 hours ago
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater**🧑‍🦱
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States               ···

← **Tweet**



**katie** 🙌
@weloveharry_1Dx

## WHY IS SHE MARRYING A BUNCH OF PAPARAZZI PHOTOS

5:14 PM · Dec 1, 2020 · Twitter for iPhone

**3** Likes

Tweet your reply                                    Reply

---

Q Search Twitter

**Relevant people**

**katie** 🙌
@weloveharry_1Dx                    Follow
jack's housewife

**What's happening**

Television · 35 minutes ago
**The Walking Dead airing on AMC**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Sports · Trending
**Patrick Mahomes**
3,762 Tweets

Trending in United States
**#AMAs** 🔥
Trending with soobin, Anitta

Trending in California
**Dodger Stadium**
9,309 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

## NAÇÃO MARVEL | fan club
@nacaomarvel

A #MSMARVEL DE IMAN VELLANI TÁ TÃO PERFEITA, ESSE TRAJE LINDO. É A PATROA, É UMA DAS MELHORES HEROÍNAS DA MARVEL. NÓS VENCEMOS MAIS UMA VEZ.

Translate Tweet

10:42 AM · May 1, 2021 · Twitter for Android

**116** Retweets  **32** Quote Tweets  **1,104** Likes

### NAÇÃO MARVEL | fa...
@nacaomarvel

**Follow**

🇧🇷 O maior fã clube da Marvel no Brasil e #2 do mundo | por @kanyoll & @murstoppin | 📩 @PodcastNM |
📩 nacaomarvelofc@gmail.com

### What's happening

NFL · 1 hour ago
49ers at Cardinals

Entertainment · Trending
Died Suddenly
69K Tweets

Trending in United States
August Alsina
Trending with Jada, #TheGxmaBLife

Trending in California
Dodger Stadium
8,718 Tweets

Entertainment · Trending
Sinbad
8,027 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Relevant people

Tweet your reply                    **Reply**

---

**Luan de Oliveira** @Luan_Strange · May 1, 2021
Replying to @nacaomarvel
Quero muito ver ela e a capitã marvel lutando juntas 👏👏



GIF

**Mark | THIS IS WHY** @aimenespark · May 1, 2021
Replying to @nacaomarvel
Como que ela conheceu a capitã marvel?sendo que ela não ta pra muito pra terra

**Jaun** @JesusTeAbomina · May 1, 2021
Replying to @aimenespark
Como deu pra ver em WandaVision, alguém gravou a batalha final de Ultimate e todo mundo sabe, se pá ele fizeram um documentário ou algo do tipo

**Carlos** @Carlos02156899 · May 1, 2021
Replying to @nacaomarvel
Espero que não façam ela tão chata quando no jogo do ano passado.

**Denner Pereira** @jk22vof · May 1, 2021
Replying to @nacaomarvel
@isabel88851528

**Leandro Pereira de Jesus** @leoppjps4 · May 1, 2021
Replying to @nacaomarvel
Cara tô muito ansioso por essa série, essa personagem é de mais.

**Nandinhozu** @NANDINHOBLU · May 1, 2021
Replying to @nacaomarvel
Tá sendo no discussão por causa das heroínas da Marvel kkkm

**Young Bi Slayy** @AleatorioBR2021 · May 1, 2021
Replying to @nacaomarvel
Adm tem gente falando do corpo da iman, alivia o modo proteção aí pfv, precisamos proteger ela

**gabxavi_m** @GaboxivM · May 1, 2021
Replying to @nacaomarvel
tô curioso pra ver os poderes delaaaaaa 😍😍

**꒰⸝⸝ ᵕ̈ ⸝⸝꒱ marina** 🧸🌙💌 @maribalator · May 1, 2021
Replying to @nacaomarvel
Amei a máscara dela 😍

**Gui PRETO** @Guilhermer977 · May 1, 2021
Replying to @nacaomarvel
Tá parecendo uma heroína brasileira, a flashinha!

**Vinicius** @WadeVinny99 · May 1, 2021
Replying to @Guilhermer973
A melhor Heroína vem da Europa.

**Rodrigo bananinha** 🍌 @rodrigovskyy · May 1, 2021
Replying to @nacaomarvel
Não conheço muito a personagem, mas vou ver. Esse traje bonito dela me chamou a atenção

This Tweet was deleted by the Tweet author. Learn more

**cand🏵️** @JadeiGem74649897 · May 1, 2021
Replying to @TheWhitePaul05
Não

**LORDLOki3 #LSDV** @WolfPedro1121 · May 1, 2021
Replying to @nacaomarvel
eu confesso que não sei de Nada sobre a MsMarvel , nadda , mas vamos lá Marvel toca esse trem ai que parece estar bom

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

Show replies

Show more replies

### Perkowski Legal P.C.
@_perkowski

Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

Tweet

Perkowski Legal P.C. ...
@r_perkowski

**Marvel Updates**
@marvel_upd4t3s



Images from the set of #MadameWeb
#Marvel #Sony

1:47 AM · Oct 2, 2022 · Twitter Web App

**209** Retweets   **23** Quote Tweets   **3,336** Likes

Tweet your reply

**Relevant people**

Marvel Updates
@marvel_upd4t3s
News and updates about MCU
#TheGuardiansOfTheGalaxyHolidaySpecial coming to Disney Plus 11-25-2022
#AntManAndTheWaspQuantumania in theaters February 17, 2023

**What's happening**

FIFA World Cup · 3 hours ago
World Cup Qatar 2022: Opening Ceremony

#Disenchanted 🔔
Original movie now streaming
Promoted by Disney+

Trending in United States
Rest in Peace
All 3K Tweets

Trending in California
Shakira
132K Tweets

Entertainment · Trending
Morgan Freeman
144K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More...
© 2022 Twitter, Inc.

---

**Bulls can bear** @barrystory109 · Oct 6
Replying to @marvel_upd4t3s
YOU FUCKING ASS. TEASING US STUFF THAT ISNT MEANT TO COME OUT FOR MONTHS ON ENDS
Stop toying file

**Clayvent Barkley** @KClayvent · Oct 7
Replying to @marvel_upd4t3s
It's Aaron-Taylor Johnson and he is known. The suit will be CGI but this is most likely an earlier phase of filming where things are tested for correct angles and such for final filming. Kind of a red flag when the other characters aren't in costume as well

**Ivoneeeeeee** @ind_rhe · Oct 7
Replying to @marvel_upd4t3s
Madame Web &c ups mark @MarkMoser ?
This tweet is unavailable. Learn more

Show replies

**アルゼンブ男リ | Arzen Agari 🎮** @arzeniga · Oct 6
Replying to @marvel_upd4t3s
Knull

**Jay Pelo** @thimontsulus · Oct 6
Replying to @marvel_upd4t3s
Who is that

**GEEK STUDIOS** @OTYS_protes · Oct 6
Replying to @marvel_upd4t3s
Morbius?

**JustMaz** @mazcreator · Oct 7
Replying to @marvel_upd4t3s
Why people said that's Aaron TJ? Isn't he a stuntman?

**VFG Movie Reviews** @VFGMovies · Oct 6
Replying to @marvel_upd4t3s
Knull

Show replies

**アルゼンブ男リ | Arzen Agari 🎮** @arzeniga · Oct 6
Replying to @marvel_upd4t3s
Knull

**Jay Pelo** @thimontsulus · Oct 6
Replying to @marvel_upd4t3s
Who is that

**GEEK STUDIOS** @OTYS_protes · Oct 6
Replying to @marvel_upd4t3s
Why people said that's Aaron TJ? Isn't he a stuntman?

**JustMaz** @mazcreator · Oct 7
Replying to @marvel_upd4t3s
Why people said that's Aaron TJ? Isn't he a stuntman?

**VFG Movie Reviews** @VFGMovies · Oct 6
Replying to @marvel_upd4t3s
That is definitely Aaron Taylor Johnson

**Philo220** @philo220 · Oct 6
Replying to @VFGMovies and @marvel_upd4t3s
Yeah totally looks like Aaron Taylor Johnson



Show replies

**Victor St. Clair** @VfKXClair · Oct 6
Replying to @marvel_upd4t3s
Is that Spider Man?

**doodles** @nickdyster · Oct 6
Replying to @VfKXClair and @marvel_upd4t3s
I think it's Kraven

Show replies

**Stay Strong Always!🌈** @RealbJu5000 · Oct 6
Replying to @marvel_upd4t3s
Is that #mosculuisne on the floor?++

**charlie sore** @CMXCharlucci_ · Oct 6
Replying to @marvel_upd4t3s
Aps @jackharlow are you in the marvel filme now?

**Movie2 Maverick** @Movie2Maverick · Oct 6
Replying to @marvel_upd4t3s
It's Kraven



**The Depressed Giants and Knicks Fan (7-2) (8-6)** @giants6f · Oct 6
Replying to @marvel_upd4t3s
kil tremplin je l'en feliz lol

**Blanc!** @ominkko · Oct 7
Replying to @marvel_upd4t3s
kanel

**Jalen** @bloading15 · Oct 6
Replying to @marvel_upd4t3s
Knull?

**Imititiria** @Imititiria · Oct 6
Replying to @marvel_upd4t3s
You cant be serious 😭

Show replies

**Moses** @itech_tmtbf · Oct 6
Replying to @marvel_upd4t3s
Man is that Jack Harlow? 😭

**BatgirlStuff** @BatgirlsStuff · Oct 6
Replying to @marvel_upd4t3s
I loved this episode of #theHub. The chemistry between Jen & Matt was fabulous. And I missed it cause so much it was GREAT to see him back in action. I can't wait to see the entire cast in Daredevil Reborn

**Jason Darrden** @JasonDarrden · Oct 6
Replying to @BatgirlsStuff and @marvel_upd4t3s



**Hayden Smith** @Hhhzjjborooon · Oct 7
Replying to @marvel_upd4t3s
Nice

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from a suspended account. Learn more



**Perkowski Legal P.C.** ···
@c_perkowski



# Tweet

← Tweet

**TRAVIS SCOTT FANS** ✔ ✔
@LaflameScott

Us looking for UTOPIA 👀



3:18 PM · Mar 16, 2022 · Twitter for iPhone

**208** Retweets    **11** Quote Tweets    **4,175** Likes

💬                🔁                ♡                📤

### Relevant people

**TRAVIS SCOTT FA...** ✔
@LaflameScott          [ Follow ]
Official Fan Page Of: @travisXX • La
Flame Follows

### What's happening

Music · LIVE
**Fans celebrate Kihyun's birthday**
🥳

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending          ⋯
**Died Suddenly**
Trending with World Premiere

Trending in California          ⋯
**Mexicans**
7,207 Tweets

Trending in United States          ⋯
**Ole Miss**
Trending with Auburn

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

📝  Tweet your reply                              [ Reply ]

**Perkowski Legal P.C.** ⋯
@_perkowski

**Joe Higgins** @JosephH63146942 · Mar 16          ⋯
Replying to @LaflameScott
Me looking for who tf asked. 😴
💬 1          🔁          ♡          📤
Show replies

**Flame™// utopia soon** @tm_flame · Mar 17          ⋯
Replying to @LaflameScott
🔁          📤

**EdrockX** 🥭 @EdrockGaming · Mar 16          ⋯
Replying to @LaflameScott
Fr bro
💬          🔁          ♡ 2          📤

**leonardo** @leonard73002776 · Mar 16          ⋯
Replying to @LaflameScott
Travis will never drop Utopia, we probably would be grandparents when that
shit drops 😭
💬          🔁          ♡ 2          📤

**Egebro** @EgebroFrederik · Mar 17          ⋯
Replying to @LaflameScott
Us drowning in cum
💬          🔁          ♡ 2          📤

**Tenarious** @Tenarious2 · Mar 16          ⋯
Replying to @LaflameScott
💯💯👤
♡          📤

**fw.YTXX** 🎧 @Ernesto18167805 · Mar 17          ⋯
Replying to @LaflameScott
Lmao Fr
💬          🔁          ♡ 2          📤

**Utopia Soon** @kanyewthegoat · Mar 16          ⋯
Replying to @LaflameScott
is this pic recent
💬          🔁          ♡ 2          📤

**Blvck'Bee**🐝😴 @blvckbee_018 · Mar 18          ⋯
Replying to @LaflameScott

▶          youtube.com
            **Blvck'Bee - Rules In My City ft MacDee & Blakka**
            Rules in the hood of Ikageng in 018, it is all about
            crime,drugs and unhealthy lifestyle

🔁          📤

**SEE/KNOW** @SEE_KNOW_NY · Mar 16          ⋯
Replying to @LaflameScott
That shacket tho 😭
💬          🔁          ♡          📤

This Tweet is from a suspended account. Learn more

**ZOE** @thevampanthem · Mar 16          ⋯
Replying to @wornpops and @LaflameScott
i hope
💬          🔁          ♡          📤

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more

**Judgemental Kanye ⁶ ...fo** @YeezusTheSaint · Mar 22          ⋯
Replying to @girlyglos and @LaflameScott
تاعبني. بعد ما نزل Mafia نحسبله قريب الألبوم 😭😭😭
💬 1          🔁          ♡ 1          📤

Show additional replies, including those that may contain offensive          [ Show ]
content



**Tweet**

**Bieber Info Brasil**
@bieberinfobr

Justin Bieber foi visto ontem, 26 de janeiro, em Beverly Hills, na California.



7:54 PM · Jan 26, 2022 · Twitter for iPhone

**2** Retweets   **1** Quote Tweet   **23** Likes



Tweet your reply                    Reply

@camiswife · Jan 26
Replying to @bieberinfobr
justin terror da oms

**Relevant people**

**Bieber Info Brasil**     Follow
@bieberinfobr
Fan account @justinbieber

**What's happening**

NFL · 3 hours ago
49ers at Cardinals



**#AvatarTheWayOfWater**
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in United States
**james cameron**

Trending in California
**Mexicans**
6,889 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

🔁 **DAKOTA** 💜💙 **Retweeted**

**DIDEM EAGLE**
@TeamDowney1965

···

NEW: Robert Downey Jr  on the set of Avengers 4 in Atlanta



1:15 PM · Jan 10, 2018 · Twitter Web Client

**37** Retweets   **3** Quote Tweets   **54** Likes

💬          🔁          ♡          ⬆️

Ⓟ   Tweet your reply                    **Reply**

Q Search Twitter

**Relevant people**

**DAKOTA** 💜💙          **Follow**
@tender_DMJ
Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

**DIDEM EAGLE**          **Follow**
@TeamDowney1965
@robertdowneyjr daily fan page /
@OppenheimerFilm #TeamDowney
'Until the wheels fall off'

**What's happening**

NCAA Men's Basketball · Yesterday
**Bears at Bruins**

Trending in United States          ···
**Bob Iger**
Trending with  Disney, Chapek

Trending in United States          ···
**#TheWalkingDead**
Trending with  #TWDFinale, Michonne

The Real Housewives of Potomac · Trending          ···
**#RHOP**
Trending with  Wendy, Robyn

Trending in United States          ···
**#AMAs** 🎤
4.25M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/ShawnMendesBRA/status/1296291109982363140 ... st ... 2022-11-22 10:19:14 -08:00
22-cv-09462-DMG-ADS   Document 1-21   Filed 12/30/22   Page 15 of 101   Page ID #:1972

## Navigation
- 🏠 Home
- # Explore
- 🔔 Notifications
- ✉️ Messages
- 🔖 Bookmarks
- Lists
- 👤 Profile
- More

**Tweet**

---

**Shawn Mendes Brasil** @ShawnMendesBRA   ···

FINALMENTE! A nova tatuagem do Shawn está escrito 'wonder'

Translate Tweet

8:40 PM · Aug 19, 2020 · Twitter Web App

220 Retweets    165 Quote Tweets    1,906 Likes

💬    🔁    ♡    📤

---

🟦 Tweet your reply    **Reply**

---

**joão** 🤍 @blackestyouth · Aug 20, 2020
Replying to @ShawnMendesBRA
que linda 😭😭😭😭😭

**Portal Shawn Mendes** @PortalSMBRA · Aug 19, 2020
Replying to @ShawnMendesBRA
Em dúvida se é "wander" ou "wonder". Já quero ele explicando o significado no Q&A. W_nder mal chegou e já surrou o "Good Luck", SMBR!
💬 4    🔁 3    ♡ 79    📤

**Shawn Mendes Brasil** @ShawnMendesBRA · Aug 19, 2020
Replying to @PortalSMBRA
Solucionei o problema PSMBRA! Nessa nova foto que conseguimos dá para ver o comecinho da tatuagem <3

💬 1    🔁 1    ♡ 56    📤

Show replies

**lari** @victbshawn · Aug 19, 2020
Replying to @ShawnMendesBRA
AMIGAAAA OMG @euphorieany

**faith in isa's future**❤️ @IisaTambem · Aug 19, 2020
Replying to @ShawnMendesBRA
MEU DEISSSSS

**faith in isa's future**❤️ @IisaTambem · Aug 19, 2020
Replying to @ShawnMendesBRA
Resta saber: serase ele tirou ela de uma camisa da c&a ou da renner?
💬    🔁    ♡ 26    📤

**Ana 9% ||** 📚 @Despreocupada_a · Aug 19, 2020
Replying to @ShawnMendesBRA
eu li vander, poder ser de Darth Vander KKKKKKKKK desculpa eu só não consigo pensar em no que é Vander

**Leticinha** 🧡 @leticoml · Aug 20, 2020
Replying to @ShawnMendesBRA
Como vocês conseguem ver isso gente?

**g** 🐨 @kcmlcabello · Aug 19, 2020
Replying to @ShawnMendesBRA
perto disso al good luck nem em tão ruim

**karolina morningstar** @maliksuprem · Aug 19, 2020
Replying to @ShawnMendesBRA
o shawn só faz fatuagem zoada meu pai

GIF   ALT

💬    🔁    ♡ 1    📤

**teca** @thehunterboys · Aug 19, 2020
Replying to @ShawnMendesBRA
MDS NEM TINHA PERCEBIDO AGORA VOU SURTAR

**laine** @stitcheson · Aug 19, 2020
Replying to @ShawnMendesBRA
amooo

**isa** @shewcmila · Aug 19, 2020
Replying to @ShawnMendesBRA
eu jurando q era when you're ready o tombo

**cami** @shwnilchy · Aug 19, 2020
Replying to @ShawnMendesBRA
meu deussss

---

**Relevant people**

**Shawn Mendes Brasil** @ShawnMendesBRA   **Follow**
Sua primeira, maior e principal fonte sobre o cantor Shawn Mendes no Brasil e na América Latina! | Fan Account | UMG

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
**The IRS**
20.6K Tweets

Trending in United States
**Teddy Hart**

Trending in California
**Chicharito**
7,166 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski

← **Thread**



**Próxcinemente** @proxcinemente · May 25    ···

Primer vistazo de Xolo Maridueña ("Cobra Kai") en el rodaje de "BLUE BEETLE", la nueva película de DC Films. 💙🪲 #BlueBeetle

🎥 Vía: @JustJared

💬 1          🔁 1          ♡ 2          ⬆️

**Próxcinemente**          ···
@proxcinemente

1:34 PM · May 25, 2022 · Twitter for Android

**1** Like

💬          🔁          ♡          ⬆️

**P** | Tweet your reply          Reply

---

# Home

**#** Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

**P** Perkowski Legal P.C.    ···
@c_perkowski

---

🔍 Search Twitter

## Relevant people



**Próxcinemente**          Follow
@proxcinemente

Todas las novedades en el mundo del séptimo arte. 🎬 | Creador: @chuyRM_93 | Contacto: proxcinemente@gmail.com

## What's happening

NFL · 1 hour ago
**Bengals at Steelers**



**#Disenchanted** 👸
Original movie now streaming
☑ Promoted by Disney+

Sports · Trending
**Fortson**          ···

Trending in United States
**#AMAs** 🔥          ···
Trending with soobin, bebe rexha

← **Tweet**



**Starfucks 57K**
@Starfucks93

···

## Alexandra Daddario and Hayley Atwell



6:38 AM · Dec 2, 2020 · Twitter for Android

**8** Retweets  **73** Likes



 Tweet your reply

Reply

🔍 Search Twitter

### Relevant people



**Starfucks 57K**
@Starfucks93

Follow

M 29 (Paid cumtributes/cocktributes requests)

### What's happening

FIFA World Cup · LIVE
**USA vs Wales**



Entertainment · Trending
**Julia Fox**
4,673 Tweets

···

Trending in California
**Dodger Stadium**
13.9K Tweets

···

Trending in United States
**Vamos USA**

···

Trending in United States
**Neco Williams**

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski   ···

__ https://twitter.com/ImexlIG/status/141213365518356070 __ el __ 2022-11-22 09:27:20 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-21    Filed 12/30/22    Page 18 of 101    Page ID #:1975

← **Tweet**



🎙️ الاحداث حول العالم | 🎙️
@ImexlIG

···

هاري ستايلز مع أوليفيا وايلد في إيطاليا اليوم.

Translate Tweet


© BackGrid

12:37 PM · Jul 5, 2021 · Twitter for iPhone

15 Likes



Perkowski Legal P.C.
@c_perkowski    ···

Tweet your reply                    Reply

حنان ☻ @7e__n · Jul 5, 2021
Replying to @ImexlIG
@kookionm  😄
💬 1

k @kookionm · Jul 5, 2021
Replying to @7e__n and @ImexlIG
The legend 💚😍

---

## Relevant people

 🎙️ الاحداث حول العالم | 🎙️    Follow
@ImexlIG
أجمل منصة ترفيهية لأخبار و احداث النجوم
والمشاهير حول العالم | الخاص للدعاية و
الإعلان

## What's happening

FIFA World Cup · LIVE
**Mexico vs Poland**



**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
⏵ Promoted by Avatar

Trending in United States    ···
**#TheMarvels**
2,294 Tweets

Trending in California    ···
**Mexicans**
9,839 Tweets

Trending in United States    ···
**#BoycottTampax**
2,484 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home
\# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
◯ More

**Tweet**

Case 2:22-cv-09462-DMG-ADS    Document 1-21    Filed 12/30/22    Page 19 of 101    Page ID #:1976

← **Tweet**

 **OFuxico** ✔
@ofuxico_oficial

...

#DuaLipa curte dia de descanso
ofuxico.com.br/.../dua.../202...



7:11 PM · Jan 4, 2021 · Twitter Web App

**3 Likes**

 Tweet your reply

Reply

---

Q Search Twitter

**Relevant people**

 **OFuxico** ✔
@ofuxico_oficial

Follow

OFuxico é um site jornalístico sobre o mundo dos famosos, da televisão, do cinema e assuntos relacionados ao entretenimento. No ar há 20 anos.

**What's happening**

NFL · Yesterday
**Commanders at Texans**



Music · Trending
**Lionel Richie**
3,370 Tweets

Trending in United States
**UCLA**
11.7K Tweets

Music · Trending
**#DavidoAt30**
59.1K Tweets

Trending in United States
**Bob Iger**
Trending with Disney, Chapek

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**

**Explore**

🔔 **Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski ···

__ https://twitter.com/dizfilms/status/1539808080033198080 __ at __ 2022-11-21 08:55:13 -08:00



**▽ DIZ ▽**
@DIZfilms

マーゴット・ロビーがバービーを演じて、ライアン・ゴズリングがケンを演じる実写映画『Barbie』の撮影がスタート！どんな映画になるのか全く想像できない…！グレタ・ガーウィグ監督も全身ピンクで撮影に挑んでるのも可愛い💖楽しみすぎる💋

Translate Tweet



8:10 PM · Jun 22, 2022 · Twitter for iPhone

739 Retweets    95 Quote Tweets    7,076 Likes

💬    🔁    ♡    ⬆️

 Who can reply?
People @DIZfilms follows or mentioned can reply

**▽ DIZ ▽** @DIZfilms · Jun 28
Replying to @DIZfilms
今日も「Barbie」撮影中のマーゴット・ロビーとライアン・ゴズリング💖衣装が凄すぎて発光してる！！！



💬    🔁 124    ♡ 966    ⬆️

**Search Twitter**

**Relevant people**

 **▽ DIZ ▽**
@DIZfilms    **Follow**

人生が豊かになる映画•ドラマの最新ニュースや作品紹介を自分軸で厳選してお届け🎞1人でも多くの映画好きを増やすため、色々な映画の楽しみ方を発信中。フリーランス2年目📝
instagram.com/diz2049/ 📷

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Music · Trending
**Kelly Rowland**
Trending with Chris Brown    •••

Trending in California
**Dodger Stadium**
14.3K Tweets    •••

Sports · Trending
**Maguire**
Trending with #ThreeLions🦁    •••

Trending in United States
**#PublicHealthHeroes**    •••

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**
**Tweet**

Perkowski Legal P.C.
@c_perkowski



← **Tweet**

## Relevant people

**Movie Crazy Planet** 🎬🍿🎥
@MovieCrazyP

**Movie Crazy Planet ...**
@MovieCrazyP                    **Follow**

💥Noticias, tráilers, pósters, los estrenos más recientes de cine, series y televisión.💥 Síguenos y activa la 🔔 moviecrazyplanet@gmail.com 📧

📸 💥 PAPARAZZI 💥 📸

Jennifer Lawrence embarazada caminando en Nueva York.



## What's happening

NBA · LIVE
**Lakers at Suns**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Business and finance · Trending
**Chesapeake**
3,204 Tweets

Trending in United States
**#GenshinSpecialProgram**
11.5K Tweets

Celebrities · Trending
**Denzel Washington**
1,319 Tweets

Show more

5:25 PM · Oct 3, 2021 · Twitter for Android

**8** Likes

Tweet your reply                    **Reply**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
**Tweet**

Search Twitter

**Perkowski Legal P.C.** ···
@c_perkowski



← **Thread**

Twitter

Home

Explore

Notifications 1

Messages

Bookmarks

Lists

Profile

More

**Tweet**

All Things Marvel
@things_marvel

···

ภาพเซ็ตใหม่จากกองถ่ายซีรีส์ Loki



5:25 AM · Mar 5, 2020 · Twitter Web App

231 Retweets   72 Likes

All Things Marvel @things_marvel · Mar 5, 2020
Replying to @things_marvel
ภาพเซ็ตใหม่จากกองถ่ายซีรีส์ Loki

43   19


Perkowski Legal P.C.
@c_perkowski
···

Tweet your reply

Reply

Search Twitter

**Relevant people**

 All Things Marvel
@things_marvel                          Follow
News update for THAI fans of @Marvel Cinematic Universe. อัปเดตข่าวของจักรวาลภาพยนตร์มาร์เวลสำหรับแฟน ๆ ชาวไทย

**What's happening**

NFL · Yesterday
**Commanders at Texans**                

Music · Trending
**Lionel Richie**                       ···
3,359 Tweets

Music · Trending
**#DavidoAt30**                         ···
58.8K Tweets

Trending in United States
**#TheWalkingDead**                     ···
Trending with #TWDFinale, Michonne

Trending in United States
**Heisman**                             ···
4,677 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/AndyVermaut/status/1312030720735420417 __ at __ 2022-11-20 22:04:30 -08:00 __

← **Tweet**



**Andy Vermaut**
@AndyVermaut                                                    ...

Jordyn Woods Poses For Sexy Shower Pic Taken By NBA Boyfriend Karl-Anthony Towns: 'His View'
hollywoodlife.com/2020/10/02/jor...



7:04 AM · Oct 2, 2020 · dlvr.it

 

 Tweet your reply                          Reply

## Relevant people



**Andy Vermaut**                                    Follow
@AndyVermaut

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

NFL · 1 hour ago
**Chiefs at Chargers**



**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in California                              ...
**Dodger Stadium**
11.4K Tweets

Trending in United States                          ...
**#AMAs** 🎀
Trending with soobin, yeonjun

Sports · Trending                                  ...
**Carr**
30.4K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**    ...
@c_perkowski

https://twitter.com/zornitsaxx/status/1356966413622255620 __ et __ 2022-11-21 08:01:13 -08:00

Case 2:22-cv-09462-DMG-ADS   Document 1-21   Filed 12/30/22   Page 25 of 101   Page ID #:1982



— MY DJARIN — ✨🎋🌈
@zornitsaxx

···

หลวงพ่อวัดนี้ค่อนข้างจะรักสุขภาพ เห็นมาออกกำลังกายก่อน
ไปบิณฑบาตทุกวัน

Translate Tweet



6:02 AM · Feb 3, 2021 · Twitter for Android

**20** Retweets   **1** Quote Tweet   **10** Likes

💬        🔁        ♡        ⬆️

P | Tweet your reply                          Reply

🌈สวัสดีวันจันทร์⚡ @gudezine · Feb 3, 2021
Replying to @zornitsaxx
โฉมปป คาไม่ได้นองหัวหลวงพ่อเลยค่ะ
💬        🔁        ♡ 1        ⬆️

Son @Son73844977 · Feb 3, 2021
Replying to @zornitsaxx
หลวงพ่อเป็นเจ้าอาจารวาอาดวัดไหนค่ะ จะไปกรายเพลตทุกมื้อ
💬        🔁        ♡        ⬆️

royalelephant @cacaoandcream · Feb 3, 2021
Replying to @zornitsaxx
คุณพระ❤️❤️❤️❤️❤️
💬 1      🔁        ♡        ⬆️

— MY DJARIN — ✨🎋🌈 @zornitsaxx · Feb 3, 2021
Replying to @cacaoandcream
หลวงพ่อสุขภาพดีมาก ๆ
💬        🔁        ♡ 1        ⬆️

Perkowski Legal P.C.
@c_perkowski
···

🔍 Search Twitter

**Relevant people**



— MY DJARIN — ✨...      Follow
@zornitsaxx
🎄🎄 READ LOVE DANCE LIVE | *Backup*
@nannerine | ☆-.˚ 🎮 | *Colin Farrell* |
*Kyungsoo* 🝮 | *SJ* | ติดต่องาน
*contact my DM* 🧚 ✨🎋

**What's happening**

FIFA World Cup · 29 minutes ago
**England vs Iran**                    

Korean music · Trending                ···
**#chase**
9,857 Tweets

Music · Trending                       ···
**Kelly Rowland**
Trending with Chris Brown

Trending in United States              ···
**Hive**
71.6K Tweets

Trending in United States              ···
**Bellingham**
130K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



··· https://twitter.com/FUCCI/status/1195858130715979777 __ et __ 2022-11-22 19:15:47 -08:00

← **Tweet**

**AMERICA'S PROBLEM** ✓
@FUCCI



📷 Dior

4:16 PM · Nov 16, 2019 · Twitter for iPhone

**1,043** Retweets   **76** Quote Tweets   **4,031** Likes

Tweet your reply                                    **Reply**

**destiney bleu** ✓ @destineybleu · Nov 16, 2019
Replying to @FUCCI and @Dior
all bleu everything 💙
                                              ♡ 2

**steven bloop** @ArtsNChills · Nov 16, 2019
Replying to @FUCCI and @Dior
This fire

**stone** @hardt0kill · Nov 16, 2019
Replying to @FUCCI and @Dior
Dior Queen. also me with 2 bags

**💎RHINESTONE COWGIRL💎** @V1xenChronicles · Nov 16, 2019
Replying to @FUCCI @DEVandtheCITY and @Dior
Dior Doll

**Yanni D. Luffy** 🏴‍☠️ @yummi_yanni · Nov 16, 2019
Replying to @FUCCI and @Dior
Rihannaaaaa 💙💙

**Relevant people**

**AMERICA'S PROBL...** ✓
@FUCCI                                    Follow
tastemaker | ancient god | served in
the navy since 2005 pronouns:
(he/want/me) (Naija Basquiat)

**Dior** ✓
@Dior                                     Follow
✓ Official
"Women, with their intuitive instinct,
understood that I dreamed not only of
making them more beautiful, but
happier too." Christian Dior

**What's happening**

NBA · 24 minutes ago
Nets at 76ers

#AvatarTheWayOfWater 👩
Get tickets now - In theaters December 16
📷 Promoted by Avatar

Trending in United States
RIP Harold

Trending in United States
#StayWoke

Trending in California
Hooters
8,269 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski



__ https://twitter.com/rebahandotid/status/1556812088809535744 __ at __ 2022-11-21 04:12:54 -08:00 __



← **Tweet**



Home

\# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



**Si Paling**
@rebahandotid

First look Riri Williams armor, buset Gege banget dah 😳😲😱

Via: marvel_updates

#Ironheart #ririwilliams  #Marvel #series #rebahandotid



6:18 PM · Aug 8, 2022 · Twitter for Android

Tweet your reply

Reply

Search Twitter

**Relevant people**



**Si Paling**
@rebahandotid    Follow

(Bukan) sebuah media bahas film dan popculture dengan santai sotoy. Kerjasama : 📩
kamarkudotid@gmail.com

**What's happening**



FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Music · Trending
**Lionel Richie**
4,011 Tweets

Entertainment · Trending
**Disney**
Trending with Bob Iger, Chapek

Trending in United States
**South Carolina**
20.9K Tweets

Trending in United States
**#SisterWives**
3,606 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**

**Miley Cyrus News**
@MileysCyrusNews                    ...

Miley looks so good in New York City this morning. 😍
❤️

| Media not displayed | Media not displayed |
| This image has been removed in response to a report from the copyright holder. | This image has been removed in response to a report from the copyright holder. |
| Media not displayed | Media not displayed |
| This image has been removed in response to a report from the copyright holder. | This image has been removed in response to a report from the copyright holder. |

10:02 AM · Feb 12, 2020 · Twitter for iPhone

**25** Retweets  **7** Quote Tweets  **101** Likes

💬          ⟲          ♡          ⬆️

Ⓟ   Tweet your reply                    **Reply**

# Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗐 Lists

👤 Profile

⊙ More

**Tweet**

**Relevant people**

**Miley Cyrus News**
@MileysCyrusNews          **Follow**
FAN ACCOUNT

**What's happening**

FIFA World Cup · 1 hour ago
**USA vs Wales**

Trending in United States          ...
**Kareem Daniel**

Trending in United States          ...
**HOW IS THAT NOT A YELLOW**
1,238 Tweets

Sports · Trending          ...
**Anthony Black**

Trending in United States          ...
**Hive**
141K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter



**Perkowski Legal P.C.**   ...
@c_perkowski

__ https://twitter.com/wheres1d/status/1346159490589200387 __ at __ 2022-11-21 05:33:39 -08:00 __

← **Tweet**

**cheesefries**
@Wheres1D

···

More of Harry at Jeff's wedding



10:20 AM · Jan 4, 2021 · Twitter for iPhone

**7** Retweets   **2** Quote Tweets   **59** Likes

Tweet your reply

Reply

### Relevant people

**cheesefries**
@Wheres1D
Follow

occasionally a 1D & solo update account | secretly paul higgins

### What's happening

FIFA World Cup · LIVE
**England vs Iran**

Trending in United States
**Ian Darke**
···

Trending in California
**Dodger Stadium**
Trending with Elton John, #EltonFarewellTour
···

Music · Trending
**Slick Rick**
···

Trending in United States
**#ENGIRN**
Trending with England, #SayTheirNames
···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Search Twitter

**Perkowski Legal P.C.**
@c_perkowski
···



← **Tweet**

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**



**Male Celeb Hotties**
@jaymalecelebs                                                    ...

When you forget your bag but show off your strong arms!



2:13 AM · Aug 3, 2020 · Twitter for Android

**78** Retweets    **5** Quote Tweets    **736** Likes

    

    Tweet your reply                                    Reply

## Relevant people

    **Male Celeb Hotties**    Follow
@jaymalecelebs

Just a bi guy bringing you hot male celeb content to lust over! DM's are always open! Have fun! 😜 18+

## What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**



Music · Trending                                            ...
**Kelly Rowland**
20.1K Tweets

Family & relationships · Trending                              ...
**Thanksgiving Day**
11.8K Tweets

Family & relationships · Trending                              ...
**Thanksgiving Week**
18.9K Tweets

The Walking Dead · Trending                                    ...
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ...
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**    ...
@c_perkowski

https://twitter.com/jenniferupdates/status/1351972590416379905 __el__ 2022-11-21 02:30:24 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-21    Filed 12/30/22    Page 33 of 101    Page ID #:1990

← **Tweet**

**Home**

**Explore**

**Notifications** 1

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Jennifer Lawrence Updates
@JenniferUpdates                        ···

Jennifer Lawrence and Leonardo DiCaprio sharing a
sweet moment on the set of 'Don't Look Up'

11:19 AM · Jan 20, 2021 · Twitter for iPhone

**91** Retweets  **28** Quote Tweets  **977** Likes

💬          🔁          ♡          ⬆️

[P]  Tweet your reply                    **Reply**

Ahmad Zahir Khan @ziki36 · Jan 21, 2021          ···
Replying to @JenniferUpdates
Jennifer I need your genius to be more helpful for nation ,if you focus on
political issues which you have started ,actually I
USA need a third party consisting of the real people from grass roots ,all
colors and faiths ,working class ,Ask Barnie sanders to Join you .

💬 1          🔁          ♡ 1          ⬆️

Jose @pito197 · Jan 21, 2021          ···
Replying to @ziki36 and @JenniferUpdates
I'm all for the independent party we need a third party

💬          🔁          ♡          ⬆️

Tati 💬 @Hemswobrien · Jan 20, 2021          ···
Replying to @JenniferUpdates
My oscar winner parents

💬          🔁          ♡ 3          ⬆️

alexa hugged louis 👁 @itsalexaloz · Jan 20, 2021          ···
Replying to @JenniferUpdates
omgg ahhhh

💬          🔁          ♡          ⬆️

HE @phoenix_z1 · Jan 21, 2021          ···
Replying to @JenniferUpdates
I hate leo

💬 1          🔁          ♡          ⬆️

Jose @pito197 · Jan 21, 2021          ···
Replying to @phoenix_z1 and @JenniferUpdates
Why?

💬          🔁          ♡          ⬆️

Show more replies

Perkowski Legal P.C.          ···
@c_perkowski

🔍 Search Twitter

**Relevant people**

Jennifer Lawrence Up...          **Follow**
@JenniferUpdates
Your most reliable fan account for
Academy Award winner Jennifer
Lawrence since 2012. Not affiliated
with Jen or her team.

**What's happening**

NFL · Yesterday
**Lions at Giants**                    

Music · Trending
**Lionel Richie**
3,767 Tweets

Trending in United States
**South Carolina**
22.1K Tweets

Music · Trending
**#DavidoAt30**
69.5K Tweets

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

← Tweet

El Hematocritico
@hematocritico

Ojo el generador de libros de Grimes

Translate Tweet



5:54 AM · Oct 4, 2021 · Twitter for Android

1 Retweet    27 Likes

P  Tweet your reply                                    Reply

luismipr @luismi_pr · Oct 4, 2021
Replying to @hematocritico
OMG, has hecho que haga zoom...y vea esas horrorosas uñas! Ahora me tendré que sacar los ojos!!!

Search Twitter

## Relevant people

El Hematocritico
@hematocritico                    Follow
AKA Miguel López 🏴 Demasiado gallego

## What's happening

FIFA World Cup · LIVE
Mexico vs Poland



#AvatarTheWayOfWater 💧
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California
Mexico City
25.6K Tweets

Entertainment · Trending
Died Suddenly
111K Tweets

Trending in United States
#السعوديه_الارجنتين
1.31M Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Twitter

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

Pelicomic ✓
@Peli_Comic

⋯

Wasp es hermosa 💪



12:04 PM · Sep 21, 2017 · Twitter for Android

**3** Retweets   **21** Likes

💬          🔁          ♡          ⬆️

Tweet your reply                **Reply**

FABIAN LOPEZ @mc_ricko · Sep 21, 2017          ⋯
Replying to @Peli_Comic
Se veía mejor con algo de amarillo

💬          🔁          ♡          ⬆️

Victor F Aguilar @VictorFAguilar2 · Sep 21, 2017    ⋯
Replying to @Peli_Comic
Hermosa!

💬          🔁          ♡          ⬆️

🔍 Search Twitter

**Relevant people**

Pelicomic ✓          **Follow**
@Peli_Comic
Youtuber. Noticias, opiniones y teorías
geek. Vivo en cdmx 🇲🇽 | Contacto:
pelicomic@gmail.com | Instagram: @
ces_monge | TUVE FE ☀️

**What's happening**

NBA · LIVE
**Lakers at Suns**

**#AvatarTheWayOfWater**🧑
Get tickets now · In theaters December 16
⬛ Promoted by Avatar

Trending in United States          ⋯
**#GenshinSpecialProgram**
6,615 Tweets

Entertainment · Trending          ⋯
**Marvel**
90.5K Tweets

Trending in United States          ⋯
**#staywoke**
2,074 Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.



**Gerard Cortez** @tuyoGerardCortez

## ¡Dua Lipa está en Tuluuuuuuuum!!

9:05 AM · Jan 2, 2021 · Twitter for iPhone

89 Retweets · 94 Quote Tweets · 1,613 Likes

Tweet your reply                                    **Reply**

**Mario Belmont** @Mapool_XX · Jan 2, 2021
Replying to @tuyoGerardCortez and @ERLTO_bh
te hubiera besado también 😭 ¿a Tulum?

**XANNY BARB** @XNNNNY_P · Jan 2, 2021
Replying to @thyspol_bb @tuyoGerardCortez and @ERLTO_bh
NO me acordaba que no lo vas de dualipa

**Hernán Rafael** @HernanH27 · Jan 2, 2021
Replying to @tuyoGerardCortez
Ese es el nuevo ordinariazgo 😭

**ize ice** @izeeemeL · Jan 2, 2021
Replying to @HernanH27 and @tuyoGerardCortez



**Sierra** @_elsk_ · Jan 2, 2021
Replying to @tuyoGerardCortez
Anda obviando obsesssssionooo...mejaaaaa

**J'alo** '∿ @giglytimy · Jan 2, 2021
Replying to @AlvsSoSuch dale un beso de mi parte

**Nsé Rox** @GayNseRox · Jan 2, 2021
Replying to @tuyoGerardCortez
Que horror el nivel de acoso con el que tiene que lidiar la gente famosa, me parece súper triste que no puedan vacacionar en paz como cualquier común mortal

**Jackie Moon** @TwiggyManueWZ · Jan 2, 2021
Replying to @tuyoGerardCortez
@Celularbeg

**Happy Sad Gatesushi** @AmeliMooolde · Jan 2, 2021
Replying to @tuyoGerardCortez
@legaleael_H_nai

**Fernanda** ❤️ @fernandaao · Jan 2, 2021
Replying to @tuyoGerardCortez
@MimeralOfshgo_ amiguwww!

**Panuchito** @PotRGhr · Jan 2, 2021
Replying to @tuyoGerardCortez
En qué hotel andará?

**Nitro** @crissohoppp · Jan 2, 2021
Replying to @DCigerellMWM and @tuyoGerardCortez
uy uy uy este

**ShareBil** @AndferX18X0Mi · Jan 2, 2021
Replying to @tuyoGerardCortez
que pedo mi pitga de oro @StepheckOO que andas engañando a la admin con tu dua lipa wax babywaja



**Herman the monster** 👹 @Hlerman · Jan 2, 2021
Replying to @tuyoGerardCortez
Por? Vas una perra pendeota

**paulina rubio xclándose un mojon en la pl...** @Klaw... · Jan 2, 2021
Replying to @tuyoGerardCortez



**askarth** @cielagreenista · Jan 2, 2021
Replying to @tuyoGerardCortez
@ExitrAsi si la ves di pobre un saludo para mi, es mi briina 😂😂😂

**Mónica** @mimimeeeww · Jan 2, 2021
Replying to @tuyoGerardCortez
@BrucenauOCV Mmmww

**numo goth** @HermaazUU7 · Jan 2, 2021
Replying to @tuyoGerardCortez
VÉNGO DE ALLÍ 😭

**JopiQwionmie** 🦋 @nichhi · Jan 2, 2021
Replying to @jon @tuyoGerardCortez
Ben lo dijo @autchfag #ElBotmaDeFuturo

**wkiC( CHISORE AOYY** @asylumverla · Jan 2, 2021
Replying to @tuyoGerardCortez
CON SU HERMANAAAAA

**Vher** @TnielMeer · Jan 2, 2021
Replying to @tuyoGerardCortez
El ejemplo de que el talento no quita lo cosshida.

**miguel elizondo** @elgocate · Jan 2, 2021
Replying to @tuyoGerardCortez
Ni esta wena, no te vendido huevon

**Juan '7** @misterDphum · Jan 2, 2021
Replying to @amayavale and @tuyoGerardCortez
Ni que te la heara a como la hey

**Marta ELBA Salazar** @MartaELBASdzaol · Jan 2, 2021
Replying to @tuyoGerardCortez
Muy bien y Seregbita

**Ulises Montero** @ulises_montero · Jan 2, 2021
Replying to @tuyoGerardCortez
@hos-a

**Antonio Carrillo** @tonio_c · Jan 2, 2021
Replying to @bueno_montero and @tuyoGerardCortez
Está buscando que le den

**Lojandrooy** @zachepit · Jan 2, 2021
Replying to @tuyoGerardCortez
Condantu Lipa

**Silvia laso** 👁 @Minlaianng · Jan 2, 2021
Replying to @tuyoGerardCortez

**Relevant people**

**Gerard Cortez** @tuyoGerardCortez    **Follow**
Periodista de moda y cultura pop. TV Host y garrnota. Amada en YouTube. No tímame. inmigrante. Contacto: GerardcorteL@gmail.com (Él me, ello, elu, they)

**What's happening**

FIFA World Cup · 4 hours ago
**México vs Poland**
Promoted by Aerox

**#AvatarTheWayOfWater** 🎬
Get tickets now · In theaters December 16
Promoted by Aerox

Trending in California
**Alexis Vega**
1434 Tweets

Politics · Trending
**SCOTUS**
57.2K Tweets

Trending in California
**Coras**
197K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

https://twitter.com/empirekendall/status/1329534120070950914 — at — 2022-11-21 09:59:59 -08:00

← **Tweet**

@empirekendall

## kenny and bells reunite 🙌



1:16 PM · Nov 19, 2020 · Twitter for iPhone

**35** Retweets   **5** Quote Tweets   **328** Likes

---

Tweet your reply                          **Reply**

📧 **Jen'** 👏 @ChillingBook · Nov 19, 2020
Replying to @empirekendall
@clarad_ 🚂🚂🚂

💗 1

---

**Relevant people**



@empirekendall    **Follow**
all things kendall jenner • fan page

**What's happening**



FIFA World Cup · **LIVE**
**Senegal vs Netherlands**

Music · Trending
**Ciara**
6,282 Tweets

YU-GI-OH! · Trending
**Mystic Mine**

Trending in California
**Dodger Stadium**
14.3K Tweets

Trending in United States
**Senegal**
Trending with #FifainuBsc, Enqland

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**


Perkowski Legal P.C.
@c_perkowski

**Screen Talk**
@ScreenTalk

•••

Another Spider-Man? Yes.

Recent set photos from #MadameWeb seem to reveal some version of Spider-Man.



10:14 AM · Oct 6, 2022 · Twitter for iPhone

**9** Retweets    **1** Quote Tweet    **9** Likes

Tweet your reply

Reply

## Relevant people

**Screen Talk**
@ScreenTalk

Follow

Bringing you content on all the media you can get via a screen. These Topics include Film, TV, Gaming, Anime, Comics & More! Backup account: @stbackupp

## What's happening

Formula 1 · 3 hours ago
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in California    •••
**Rest In Peace**
40.8K Tweets

Trending in California    •••
**Shakira**
107K Tweets

Only on Twitter · Trending    •••
**Jason David Frank**
142K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy    Accessibility    Ads info    More •••
© 2022 Twitter, Inc.

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Search Twitter

**Perkowski Legal P.C.**
@c_perkowski
•••

https://twitter.com/jay_z_daily/status/1522000444950069889 _at _ 2022-11-21 08:56:07 -08:00

← **Tweet**

**JAY-Z Daily**
@JAY_Z_Daily

JAY-Z and Beyoncé were seen leaving the Hollywood Bowl on Tuesday night after attending Dave Chappelle's comedy show where he was tackled on stage

4:49 PM · May 4, 2022 · Twitter Web App

**38** Retweets  **18** Quote Tweets  **483** Likes

Tweet your reply                                    Reply

**JUSTICE for BABITA 🦋 DEOKARAN** @camagumayirha · May 4
Replying to @JAY_Z_Daily
I'm sure HOV chuckled at that Dave Chappelle come back joke 🤣

**reezy** @cayriane33 · May 4
Replying to @JAY_Z_Daily
I know they tired of folks 😭😭😭😭😭

**Rukundo Niyomugabo** @RukundoNiyomug1 · May 23
Replying to @JAY_Z_Daily
Nc

**rizeyunggawd** @rizeyunggawd · May 4
Replying to @JAY_Z_Daily
They always at the crime scene lol
                                        11

**Earthlynn Renae** @EARTHLYNN1 · May 6
Replying to @JAY_Z_Daily
So what??!!!!
                                        1

**RIH HAS A PROBLEM 🥀** @tayehive · May 4
Replying to @JAY_Z_Daily
Always seeing the most ghetto shit
                                        2

**Hovi Wilkins** @hovi_wilkins · May 4
Replying to @JAY_Z_Daily
812-647-7667
                        1               1

Show more replies

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

**Relevant people**

JAY-Z Daily
@JAY_Z_Daily                    Follow
JAY-Z fan account || Follow and turn on post notifications || Backup 👉 @JAY_Z_Daily2

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**                    

Events · Trending
**LGBT**
212K Tweets

Trending in California
**#BLACKPINK_WORLDTOUR**
59.8K Tweets

Trending in United States
**Maguire**
Trending with  Luke Shaw

Trending in United States
**England**
Trending with  #ENGIRN, Saka

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More•••
© 2022 Twitter, Inc.



← **Tweet**

 **Raúl Brindis** ✓
@raulbrindis

...

#Farandulazo Hay fans de hueso colorado y Sofía Vergara así lo demostró, quien sorprendió a más de uno al personalizar una de sus bolsas con el logo de un equipo de fútbol americano.

Translate Tweet



7:42 AM · May 24, 2018 · Hootsuite

**1** Retweet    **20** Likes

 Tweet your reply                    Reply

---

**Home**

**Explore**

**Notifications** ①

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.  ...
@c_perkowski

Search Twitter

**Relevant people**

 **Raúl Brindis** ✓
@raulbrindis                    Follow
Radio Host for El Show de Raúl Brindis

**What's happening**

NFL · 4 hours ago
**49ers at Cardinals**



#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere    ...

Trending in California
**Mexicans**
7,077 Tweets    ...

Only on Twitter · Trending
**Pablo Milanés**
53.2K Tweets    ...

Show more

Terms of Service  Privacy Policy  Cookie Policy

← **Tweet**

**Robert Littal BSO** ✔
@BSO                                    ···

Larsa Pippen on If She is Dating 22-Year-Old Harry Jowsey After Cheating on Scottie Twice With Future and Being Kicked Out of The Kardashian Clan Over Tristan Thompson (Vids-Pics-IG) bit.ly/30N4kZO



8:00 AM · Oct 9, 2020 · BSO Alert

**2** Retweets  **2** Quote Tweets  **2** Likes

💬          ⟲          ♡          ⬆

**P** | Tweet your reply                    **Reply**

**Mark Gastin** @mtgastin · Oct 9, 2020          ···
Replying to @BSO
I am going to assume that due to the character limit you couldn't add "and made him apologize".

💬          ⟲          ♡ 1          ⬆

---

🐦

🏠 Home

#️⃣ Explore

🔔 Notifications ①

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

**Perkowski Legal P.C.**          ···
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

**Robert Littal BSO** ✔          **Follow**
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**What's happening**

FIFA World Cup · 3 hours ago
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
⬛ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
104K Tweets                                    ···

Trending in United States                      ···
#السعوديه_الأرجنتين
1.21M Tweets

Trending in United States                      ···
**Argentina**
Trending with #FIFAWorldCup 🏆 , Herve Renard

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

https://twitter.com/bso/status/1185591823588352000 __ et __ 2022-11-22 08:18:58 -08:00

Case 2:22-cv-09462-DMG-ADS    Document 1-21    Filed 12/30/22    Page 42 of 101    Page ID #:1999



Document 1-21    Filed 12/30/22    Page 42 of 101    Page ID #:1999



Robert Littal BSO ✔
@BSO                                                                ···

Christian McCaffrey Is Using The Bye Week to Spend Time With Girlfriend Olivia Culpo Who is Making Him Egg Sandwiches (Pics-Vids) bit.ly/33KdmWk



9:21 AM · Oct 19, 2019 · BSO Alert

1 Retweet    11 Quote Tweets    14 Likes

    

Perkowski Legal P.C.
@c_perkowski                    ···

Tweet your reply                                          Reply

DNASportsTalk @DNASportsTalk · Oct 19, 2019    ···
Replying to @BSO
If she take his legs during this break she's a #Saints 🏈 fan in disguise

---

🔍 Search Twitter

## Relevant people

Robert Littal BSO ✔                    Follow
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 🖤 AML

## What's happening

FIFA World Cup · LIVE
Mexico vs Poland

#AvatarTheWayOfWater🧑
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Events · Trending                              ···
Mexicans
8,127 Tweets

Entertainment · Trending                       ···
Died Suddenly
112K Tweets

Trending in United States                      ···
Jinkx
1,188 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More
Tweet



__ https://twitter.com/nanfixus/status/1092974482864187302 __ at __ 2022-11-19 19:55:18 -08:00 __

← **Tweet**

 **@nanfixus**
@nanfixus ···

Her outfit always on point ⭐



6:33 PM · Feb 5, 2019 · Twitter for Android

**3** Retweets  **18** Likes

💬 ⇄ ♡ ⬆

 Tweet your reply                Reply

🔍 Search Twitter

### Relevant people

 **@nanfixus**           Follow
@nanfixus
DJ Fan 🎧 Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🇺🇸

### What's happening

Television · LIVE
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

---

Home
Explore
Notifications 1
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C. ···
@c_perkowski

← **Tweet**

**Nicholas Galitzine Updates**
@galitzineupdate ···

Muito casalsinho!!!

Nicholas Galitzine e Anne Hathaway durante as gravações da adaptação 'The Idea of You" pela Prime Vídeo.

Translate Tweet



👤 Nicholas Galitzine and Chrystal 🇧🇷

7:54 PM · Oct 20, 2022 · Twitter for Android

**10** Retweets   **11** Quote Tweets   **138** Likes

P  Tweet your reply                              Reply

**Rê**☺️ @limare_ · Oct 20 ···
Replying to @galitzineupdate @nickgalitzine and @N_GalitzineBr
Q susto kkkkk
💬 1              ❤️ 5

**Maria Gonzalez** 🦋 @mledogonzalez · Oct 21 ···
Replying to @limare_ @galitzineupdate and 2 others
Que susto. Isso é filme?
💬 1              ❤️ 2
Show replies

**Wendy Wright** @WendyWr71834470 · Nov 11 ···
Replying to @galitzineupdate @nickgalitzine and @N_GalitzineBr
Lovely photo

**Perkowski Legal P.C.**
@c_perkowski ···

### Relevant people


**Nicholas Galitzine Up...**           Follow
@galitzineupdate
A sua melhor fonte de informações do ator e cantor Britânico Nicholas Galitzine no Brasil. @nickgalitzine


**Nicholas Galitzine** ✔️          Follow
@nickgalitzine


**Chrystal** 🇧🇷          Follow
@N_GalitzineBr

#nicholasGalitzine #nicolasgalitzine #purplehearts #continenciaaoamor @nickgalitzine

### What's happening

Television · 3 hours ago
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Politics · Trending                    ···
**HE'S BACK**
154K Tweets

Jungkook · Trending                    ···
**Jungkook**
1.67M Tweets

Trending in United States              ···
**Blocked**
131K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🔍 Search Twitter

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

Tweet

https://twitter.com/skinnyseal/status/1347187065648000000... p00... 2022-11-22 14:45:00 - 38:23... Document 1-101    Filed 12/30/22    Page 46 of 101    Page ID #3003



__ https://twitter.com/nanfixus/status/1042722462553788416 __ et __ 2022-11-20 21:50:39 -08:00 __




← **Tweet**

🔍 Search Twitter

📷 **Home**

# **Explore**

🔔 **Notifications** ¹

✉️ **Messages**

🔖 **Bookmarks**

≡ **Lists**

👤 **Profile**

⊙ **More**

**Tweet**

⇄ @nanfixus Retweeted



**Celebskart**
@celebskart                          ···

Dakota Johnson Out Shopping in West Hollywood 2018/09/17 celebskart.com/dakota-johnson ...

8:13 PM · Sep 19, 2018 · WordPress.com

**8** Retweets   **33** Likes

💬            ⇄            ♡            ⬆️

  Tweet your reply                    **Reply**

## Relevant people

  **@nanfixus**
@nanfixus                    **Follow**

DJ Fan ❄️ Sports,animals y Boca Juniors Dakota's movies 2022 #ChaChaRealSmooth 💃 #AmIOk #Persuasion Fan account 🔷

  **Celebskart**
@celebskart                  **Follow**

Celebskart is an entertainment website and Promote Models, Fitness Model, Artist etc. @celebskart

## What's happening

NFL · 1 hour ago
**Chiefs at Chargers**



**#Disenchanted** 🧚
Original movie now streaming
📺 Promoted by Disney+

Trending in United States                ···
**Bob Iger**
Trending with Chapek, Disney

Sports · Trending                        ···
**Sean Payton**

Trending in United States                ···
**#AMAs** 🌋
Trending with soobin, yeonjun

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

  **Perkowski Legal P.C.** ···
@c_perkowski

__ https://twitter.com/demetriaaalove/status/1286188719356157957 __ at __ 2022-11-21 15:20:32 -08:00 __

← **Tweet**

🔍 Search Twitter

 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

**Demi Lovato News**
@demetriaaalove                                    ⋯

Demi Lovato and Max Ehrich celebrate their engagement at Nobu.



11:37 PM · Jul 22, 2020 · Twitter Web App

**75** Retweets   **12** Quote Tweets   **362** Likes

💬          🔁          ♡          ⬆️

 Tweet your reply                    Reply

### Relevant people

 **Demi Lovato News**          Follow
@demetriaaalove

The "HOLY FVCK" album ft. "29", "Substance" & "Skin Of My Teeth" is out NOW 🎃 💅 🦯 The "HOLY FVCK TOUR" is on the road now.

### What's happening

NFL · Yesterday
**Cowboys at Vikings** 

Trending in United States
**#JusticeForQuinton**                    ⋯

Sports · Trending
**Mexico City**                    ⋯
13.2K Tweets

Trending in California
**Dodger Stadium**                    ⋯
12.5K Tweets

Trending in United States
**Trent Reznor**                    ⋯
10.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**          ⋯
@c_perkowski

__ https://twitter.com/ClickySound/status/1238142333755052033 __ at __ 2022-11-20 09:12:18 -08:00 __

← **Tweet**

**Clicky Sound**
@ClickySound

···

clickysound.com/pregnant-sophi...  The couple was photographed showing lots of PDA, dancing together, looking at each other lovingly and even shari...



9:38 AM · Mar 12, 2020 · Clicky Sound

🗨   ⟲   ♡   ⬆

Tweet your reply                    Reply

---

## Search Twitter

### Relevant people

 **Clicky Sound**    Follow
@ClickySound
Photography at its Best!

### What's happening

Television · Last night
**Saturday Night Live airing on NBC**    

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Entertainment · Trending    ···
**Morgan Freeman**
146K Tweets

Only on Twitter · Trending    ···
**Jason David Frank**
Trending with Power Rangers, Tommy

Trending in California    ···
**Rigged**
39.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 1-21    Filed 12/30/22    Page 50 of 101    Page ID #:2007



## Home

\# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← **Tweet**



**Fuera de Plano** 🎪🇦🇷
@FueraPlano

···

Primera imagen de Wyatt Russell como US Agent en
#FalconandtheWinterSoldier




1:34 PM · Jan 21, 2020 · Twitter for iPhone

  ♡ ⬆️



Tweet your reply

**Reply**

### Search Twitter

**Relevant people**

 **Fuera de Plano** 🎪🇦🇷
@FueraPlano

**Follow**

Amantes del cine y las series. Noticias, recomendaciones, reseñas, sorteos y más! Twitch: twitch.tv/fueradeplanoli...

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**



Trending in United States
**Maguire**
Trending with Luke Shaw

Gaming · Trending
**Maple Treeway**
Trending with 3DS RAINBOW ROAD

Trending in United States
**England**
Trending with #ENGIRN, Saka

Trending in United States
**I BELIEVE THAT WE WILL WIN**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**



**Ryan 'All Day News' Anderson**
@Ryans_Ramblings

···

New looks at Falcon & The Winter Soldier!
#FalconAndWinterSoldier





5:34 PM · Dec 18, 2019 · Twitter for Android

**3** Retweets   **8** Likes

   

   Tweet your reply

Reply

🔍 Search Twitter

**Relevant people**



**Ryan 'All Day News' …**    Follow
@Ryans_Ramblings
Founder, Host, and EIC of
@TheNerdRagePod. As seen on
@CBSThisMorning! Instagram:
@RadRyGuy TikTok:
@Ryans_Ramblings Casting Inquiries:
NerdRagePod@gmail.com

**What's happening**

Television · 2 hours ago
**The Walking Dead airing on AMC**

**#Disenchanted** 🧝‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in United States    ···
**#dantherizzler**
1,054 Tweets

Trending in United States    ···
**Bob Iger**
Trending with Chapek, Disney

Music · Trending    ···
**Kelly Rowland**
10.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**





**Perkowski Legal P.C.**    ···
@c_perkowski



← **Tweet**

**KicksOnFire**
@kicksonfire

Travis Scott Stunts in an Exclusive Air Jordan 1 Low - bit.ly/354Ykhg



7:02 AM · Jan 3, 2021 · IFTTT

**3** Retweets    **90** Likes

Tweet your reply

Reply

## Relevant people

**KicksOnFire**
@kicksonfire    Follow

Download the KOF app ⬇️ For Sneakerheads by Sneakerheads: kickson.fr/apptw

## What's happening

FIFA World Cup · 4 hours ago
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
📷 Promoted by Avatar

Celebrities · Trending
**Chris Evans**
Trending with Blueface

Trending in United States
**Ryan Leaf**

Trending in United States
**#ateezinatlanta_day2**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



Perkowski Legal P.C.
@c_perkowski




← Thread

🔍 Search Twitter

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Shawn Mendes Updates
@DailyMendesLife

⋯



1:17 PM · Oct 26, 2020 · Twitter for iPhone

**561** Retweets  **297** Quote Tweets  **5,488** Likes

💬            🔁            ♡            ⬆️

Tweet your reply                          **Reply**

Shawn Mendes Updates @DailyMendesLife · Oct 26, 2020
Replying to @DailyMendesLife
The way he's breathing or laughing so hard at the end that his mask is collapsing inward 😭
💬        🔁 8        ♡ 204        ⬆️

mamma mía @mi4llp1 · Oct 26, 2020
Replying to @DailyMendesLife
@madalenasarli look at this 🔥🔥🔥
💬        🔁        ♡ 1        ⬆️

ices nih @jsuhbatak · Oct 26, 2020
Replying to @DailyMendesLife
ganteng bgt••
💬        🔁        ♡        ⬆️

juju @juliacamgo · Oct 26, 2020
Replying to @DailyMendesLife
cutie
💬        🔁        ♡        ⬆️

juju @juliacamgo · Oct 26, 2020
Replying to @DailyMendesLife
i mean cutie af
💬        🔁        ♡        ⬆️

eqnfamb əp salyuns₂ @Anit46n · Oct 26, 2020
Replying to @DailyMendesLife
@Tabisani_365
💬        🔁        ♡        ⬆️

monse in wonderland @idlemila · Oct 26, 2020
Replying to @DailyMendesLife
he's with his family in Toronto right?
💬        🔁        ♡        ⬆️

$T∩6$n^Ez 🤍 @Ephesh92 · Oct 27, 2020
Replying to @idlemila and @DailyMendesLife
No he's in LA with Camila
💬        🔁        ♡ 1        ⬆️

Jeni @Jeni68855540 · Oct 26, 2020
Replying to @DailyMendesLife
Porque estará tan sonriente?, No sé pero se lo agradezco ❤️❤️❤️
💬        🔁        ♡        ⬆️

$T∩6$n^Ez 🤍 @Ephesh92 · Oct 26, 2020
Replying to @DailyMendesLife
Alexa play Flex by Fifth Harmony
💬        🔁        ♡ 3        ⬆️

gabby🤍 @makesublush · Oct 27, 2020
Replying to @DailyMendesLife
he's so cute
💬        🔁        ♡        ⬆️

nicole · @mnicolelizabeth · Oct 26, 2020
Replying to @DailyMendesLife
😍😍😍
💬        🔁        ♡        ⬆️

Rίεπεllα Ꝓεlcεα @Ospreysmoon · Oct 26, 2020
Replying to @DailyMendesLife
I just discovered my new favorite sequence of the day
💬        🔁        ♡        ⬆️

Gabi 🍁 @Gabriella_97_ · Oct 26, 2020
Replying to @DailyMendesLife
This bit* h is doing it on purpose. Look at him laughing 😂😂
💬 1        🔁        ♡ 16        ⬆️

wonder ✨ @arelibexo · Oct 26, 2020
Replying to @Gabriella_97_ and @DailyMendesLife
JAJAJAJAJAJAJAJAJA fr
💬        🔁        ♡        ⬆️

SMC Logan Adams (Taylor's Version) @1Logan... · Oct 26, 2020
Replying to @DailyMendesLife
One of the only people to always look good, even when wearing a mask.
💬        🔁        ♡ 1        ⬆️

ana @booksnsunsets · Oct 26, 2020
Replying to @DailyMendesLife
Yes i wanna run my fingers through that hair
💬        🔁        ♡ 12        ⬆️

dra fabí @hfckgrande · Oct 26, 2020
Replying to @DailyMendesLife
a máscara combinando com o moletom 😩
💬        🔁        ♡        ⬆️

RIYU @CRIYBABYRIPUH · Oct 26, 2020
Replying to @DailyMendesLife
Ok he's gorgeous yall have changed my mind 😍
💬        🔁        ♡ 4        ⬆️

Show more replies

**Relevant people**

Shawn Mendes Upda...
@DailyMendesLife        **Follow**
Daily updates on the life of 3x
Grammy nominated singer and
songwriter Shawn Mendes! Non-profit
fan account. Media account:
@DJMLMedia

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**

Entertainment · Trending
**Julia Fox**
4,445 Tweets

Trending in United States
**Colorado Springs**
4806 Tweets

Trending in United States
**Hive**
10TK Tweets

Trending in United States
**Netherlands**

Trending with Ze ning, #SENNED

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⌄
© 2022 Twitter, Inc.



https://twitter.com/doctorfan06/status/1580908079989784096 __ et __ 2022-11-20 12:16:47 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 1-21   Filed 12/30/22   Page 55 of 101   Page ID
#:2012

← **Tweet**

**doctorfan06**
@doctorfan06                                        ...

2 of my favourite pics of Chris filming Red One.
Hopefully we'll get more new pics soon. ☝️
#ChrisEvans
#RedOne



6:07 AM · Oct 14, 2022 · Twitter Web App

**1** Retweet   **13** Likes

Tweet your reply                                    Reply

**Joan** @joans3627 · Oct 14
Replying to @doctorfan06
❤️ 💙

**Christa Pellicci** @ChristaPellic18 · Oct 14
Replying to @doctorfan06
Terrific

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski                     ...

---

**Search Twitter**

**Relevant people**

**doctorfan06**
@doctorfan06                                Follow

**What's happening**

Formula 1 · 5 hours ago
**Abu Dhabi Grand Prix 2022**



**#Disenchanted** 🪄
Original movie now streaming
📺 Promoted by Disney+

Trending in United States                    ...
**Rest In Peace**
48.4K Tweets

Entertainment · Trending                     ...
**Morgan Freeman**
188K Tweets

Trending in California                       ...
**Wales**
43.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.



← **Tweet**

**grace dante**
@misslefroy

## dakota johnson wearing gucci tights is on point

1:45 AM · Nov 3, 2021 · Twitter for Android

**32** Retweets   **3** Quote Tweets   **178** Likes

Tweet your reply                                    Reply

🔍 Search Twitter

**Relevant people**

**grace dante**  **Follow**
@misslefroy

"Il fiore che sboccia nelle avversità è il più raro e il più bello di tutti" 🌸 fan account

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**



Trending in United States
**#IBELIEVE**

Trending in California
**#BLACKPINK_WORLDTOUR**
58K Tweets

Trending in United States
**Schiff**
63.8K Tweets

Trending in United States
**England**
Trending with #ENGIRN, Saka

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— Home
— Explore
— Notifications
— Messages
— Bookmarks
— Lists
— Profile
— More

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski  ···

— https://twitter.com/miucciamuse/status/1490161829900955660 — at — 2022-11-21 03:16:06 -08:00

← **Tweet**

**taylor russell's whore**
@MIUCCIAMUSE                                          ···

she's just so pretty



7:14 PM · Feb 5, 2022 · Twitter for iPhone

**408** Retweets    **61** Quote Tweets    **5,367** Likes

Tweet your reply                          Reply

**best of sydney sweeney** @sweeneyfiles · Feb 7    ···
Replying to @MIUCCIAMUSE
the prettiest

**thatgirlneedsaxanax** @thatgirlneedsx · Feb 5    ···
Replying to @MIUCCIAMUSE
Omg i love the color of that mini Jodie, I need that bag

**Adamas Nemesis** @AdamasNemesis · Feb 6    ···
Replying to @MIUCCIAMUSE
I adore that expression in the first one! There's nothing else as
heartwarming as a cute pretty girl who's happy.

Perkowski Legal P.C.    ···
@c_perkowski

---

**Relevant people**

**taylor russell's whore**    Follow
@MIUCCIAMUSE
it girl in training • hf twt • she/her •
fan account

**What's happening**

Television · Last night
**The Walking Dead airing on AMC**

Trending in United States    ···
**Maher**
22.1K Tweets

Trending in California    ···
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Dramedy series · Trending    ···
**#TheWhiteLotus**🏨
3,308 Tweets

Music · Trending    ···
**Billy Joel**
1,275 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/DRIPTER/status/1485870047880835076 __ at __ 2022-11-22 01:13:09 -08:00 __

# Tweet

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**DRIP**
@DRIPTER

11:00 PM · Jan 24, 2022 · TweetDeck

**40** Retweets  **3** Quote Tweets  **476** Likes

Tweet your reply

Reply

### Relevant people

**DRIP**
@DRIPTER
FOR THE CULTURE 🌐

Follow

### What's happening

Entertainment · LIVE
**Happy birthday, Mark Ruffalo** 🎂

**#AvatarTheWayOfWater** 🌊
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
7,077 Tweets

Trending in United States
**#GMMTV2023**
171K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



Perkowski Legal P.C.
@c_perkowski

https://twitter.com/lacosacine/status/1557004813468160001 __ el __ 2022-11-21 03:11:57 -08:00

← **Tweet**

**La Cosa Cine** ✓
@lacosacine

···

❤️ ¡Primer vistazo a #Ironheart! Las imágenes filtradas nos muestran el diseño de la armadura que lucirá Riri Williams y a Anthony Ramos como The Hood. ¿Qué les parece?

Translate Tweet



7:04 AM · Aug 9, 2022 · Twitter Web App

**5** Retweets  **51** Likes

💬    🔁    ❤️    📤

---

**P** | Tweet your reply | **Reply**

**Juls purge the poison** @Joef505 · Aug 9
Replying to @lacosacine
Si si si muy lindo pero necesito ver a SHEA COULEÉ en personaje 🔥😍🔥🔥

💬    🔁    ❤️    📤

**Macarena I. Moyano** @Maquirupemoyano · Aug 9
Replying to @lacosacine
@AmpiiBicondoa !!!!!!!!!!

💬 1    🔁    ❤️ 1    📤

**Amps ∞** @AmpiiBicondoa · Aug 18
Replying to @Maquirupemoyano and @lacosacine
ASDFLCKEMXLXIEJELFODEJJE LPM!!!!!!!!!!

💬    🔁    ❤️    📤

**walter salas** @salas_walter87 · Aug 9
Replying to @lacosacine
No va a funcionar...

💬    🔁    ❤️    📤

**De Ella** @Platondebarrio · Aug 9
Replying to @lacosacine
Me parece enorme y muy incómodo

💬    🔁    ❤️    📤

---

# Navigation (sidebar)

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@c_perkowski
···

---

## Relevant people



**La Cosa Cine** ✓
@lacosacine
🎬 Cine y Series. Tu comunidad, tu revista ✉️
web@lacosacine.com | 🖊️
@guillohernandez @jessiblady
@luagosta @macareynolds
@cynthiaonfilms

**Follow**

## What's happening

Television · Yesterday
**The Walking Dead airing on AMC**

Trending in United States
**Bob Iger**
Trending with Disney, Chapek
···

Trending in United States
**#AMAs** 🔥
Trending with soobin, Sabrina
···

Trending in United States
**Maher**
22.1K Tweets
···

Dramedy series · Trending
**#TheWhiteLotus** 🍍
3,297 Tweets
···

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More ···
© 2022 Twitter, Inc.

__ https://twitter.com/jaymalecelebs/status/1374142922342432770 __ at __ 2022-11-20 19:29:31 -08:00 __



Tweet

**Male Celeb Hotties**
@jaymalecelebs

Justin visiting the beach 🤩😋

4:36 PM · Mar 22, 2021 · Twitter for Android

**46** Retweets    **1** Quote Tweet    **252** Likes

## Relevant people

**Male Celeb Hotties**
@jaymalecelebs                    Follow

Just a bi guy bringing you hot male celeb content to lust over! DM's are always open! Have fun! 😜 18+

## What's happening

Television · 1 hour ago
**The Walking Dead airing on AMC**

**#Disenchanted** 🤴
Original movie now streaming
Promoted by Disney+

Trending in California
**#BLACKPINK**
224K Tweets

Music · Trending
**Machine Gun Kelly**
2,848 Tweets

Trending in United States
**Bob Iger**
Trending with Chapek, Disney CEO

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**

**Search Twitter**

Blessed
@ID6ix                                                    ···

## A$AP Rocky & Rihanna



6:52 AM · Jan 22, 2022 · Twitter Web App

**912** Retweets   **113** Quote Tweets   **10.3K** Likes

💬          ⟲          ♡          ⬆️

🅟  Tweet your reply                              Reply

**Patrick Verona** @francimonzon8 · Jan 22       ···
Replying to @ID6ix
I can only see Rihanna, where is A$AP?
💬          ⟲  1          ♡  16          ⬆️

**Savage⚡** @MmonaRrosa · Jan 22              ···
Replying to @ID6ix
Ririm aşık olmuş 🔥
💬          ⟲          ♡  4          ⬆️

**rennncho** @renubasiglioo · Jan 22             ···
Replying to @ID6ix
😍
💬          ⟲          ♡          ⬆️

**🌿Sevda** @sevdasavasciii · Jan 22             ···
Replying to @ID6ix
Aşk Rihannadır 🖤
💬          ⟲          ♡  2          ⬆️

**Hiten shah** @DJHDOG · Jan 22                 ···
Replying to @ID6ix and @nvyrdie
I am so proud of asap making @RobynFenty198 happy they mean so much
to me
💬          ⟲          ♡  1          ⬆️

**Mr_Perfect** 🇮🇪 @brg2511 · Jan 22            ···
Replying to @ID6ix
Il a tout gagné le boug  téma comment la meuf lui regarde
💬          ⟲          ♡  1          ⬆️

**زن زندگی آزادی** @sab_fard · Jan 22            ···
Replying to @ID6ix
@melshiasea to
💬          ⟲          ♡          ⬆️

Show additional replies, including those that may contain offensive
content                                           Show

---

### Relevant people

Blessed
@ID6ix   WORLD CULTURE 🌐                      **Follow**

### What's happening

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Entertainment · Trending                          ···
**#AntManandTheWaspQuantumania**
1,832 Tweets

Trending in United States                         ···
**Janssen**
7,627 Tweets

Sports · Trending                                 ···
**Rolen**

Trending in California                            ···
**Dodger Stadium**
14.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.   ···
@c_perkowski

https://twitter.com/Feli_Comic/status/1329334473315192849 ... al ... 2022-11-22 15:43:14 AM Document 1-23 Filed 12/30/22 Page 82 of 101 Page ID #2009

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Perkowski Legal P.C.
@_perkowski

Relevant people

Pelicomic ✓
@Feli_Comic                                    **Follow**

Youtuber. Noticias, opiniones y teorías geek. Vivo en cdmx 🇲🇽 | Contacto:
pelicomic@gmail.com | Instagram: @
ces_monge | TUVE FE 😎

What's happening

FIFA World Cup · 5 hours ago
Mexico vs Poland

#AvatarTheWayOfWater
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
Jane Lynch

Family & relationships · Trending
For $100
150K Tweets

Trending in United States
Wuhan
7,956 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Pelicomic ✓
@Feli_Comic

Primera filtración de rodaje de Ms Marvel 💥



12:38 PM · Nov 19, 2020 · Twitter for Android

**54** Retweets   **1** Quote Tweet   **2,037** Likes

Tweet your reply                                              Reply

**Dannylpz** @dannylpz · Nov 19, 2020
Replying to @Feli_Comic
No es tu hermana?
   1              19

**Joaquin Linares Ore** @Joaquin_2714 · Nov 19, 2020
Replying to @dannylpz and @Feli_Comic
XD

**Kinn** 😼 @SoyNicoleu · Nov 19, 2020
Replying to @Feli_Comic
Mismo color de casco
Spiderverse confirmado

   1              48

**Bryan Herrera Chanona** @BryanChanona · Nov 19, 2020
Replying to @SoyNicoleu and @Feli_Comic
Hahahaha C mamo
   1              2

**Nik Rdz** @RodriNRolas · Nov 19, 2020
Replying to @Feli_Comic
Dos letras en el casco "K y K"
Por supuesto que eso no quiere decir kamala khan, claro que no
Eso es el spider-verse mas confirmado que nunca !!
   1              19

**Jesus Enrique #BlackPantherWakan...** @JesusEn1Z... · Nov 19, 2020
Replying to @Feli_Comic

   1              2

**Jesus Enrique #BlackPantherWakan...** @JesusEn1Z... · Nov 19, 2020
Replying to @Feli_Comic
Se parece a la hermana de Pelicomic 😂

   1              2

**Insert Name Here** @Namorndo · Nov 19, 2020
Replying to @Feli_Comic
Esperando video... eres holgazan!

   1              2

**Fernand11** @Fernand710 · Nov 19, 2020
Replying to @Feli_Comic
Ya está en grabación?? Spiderverse confirmado??
   1              19

**Jordi Jo** @RVT80999 · Nov 19, 2020
Replying to @Fernand710 and @Feli_Comic
Y daale con eso.jpg

**Alvaro Bonilla Murillo (FBR8)** @AlvaroBonillaM · Nov 19, 2020
Replying to @Feli_Comic
· Pero es una niña!
· Dejame en paz!!!
   1              1

**Alex Musk** @A_SALVSDAG · Nov 19, 2020
Replying to @Feli_Comic
Spider verse confirmado

   1              1

**Uziel Jasso** @UzielJasso · Nov 19, 2020

← Tweet



**geek 🤓 news**
@GeekNews21

...

PRIMER VISTAZO. 👀

Han salido las primeras imágenes del set de #IronHeart
con un primer vistazo al traje inicial que portará #riri en
la serie. Y se confirma que efectivamente,
#AnthonyRamos estaría interpretando a #TheHood.

Translate Tweet



2:00 PM · Aug 8, 2022 · Twitter for Android

Tweet your reply

Reply

Q Search Twitter

**Relevant people**



**geek 🤓 news**
@GeekNews21

Follow

🇲🇽En este perfil se darán noticias al
día del mundo del cine de súper
héroes tanto Marvel como DC de Star
wars y de Disney y cine en general 🇲🇽

**What's happening**

NFL · 1 hour ago
**Cowboys at Vikings**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
🅿 Promoted by Disney+

Trending in United States
**Machine Gun Kelly**
1,788 Tweets

...

Sports · Trending
**Justin Herbert**
2,580 Tweets

...

Politics · Trending
**AR-15**
57.6K Tweets

...

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ...
© 2022 Twitter, Inc.

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

...

← **Tweet**

**Raúl Brindis** ✔
@raulbrindis

···

**#Farandulazo** Captan a Eiza González y Josh Duhamel de paseo en bici por Tulum. La pareja parece consolidar su relación en México.

Translate Tweet



7:37 AM · Jul 5, 2018 · Hootsuite Inc.

**14** Likes

💬          🔁          ♡          ⬆️

P  Tweet your reply                          Reply

**Yesy M** @Yesymd · Jul 5, 2018          ···
Replying to @raulbrindis
Y trae las "pantuflas" de peluche como las de Lilian 😊😊

💬          🔁          ♡ 2          ⬆️

---

🐦

⌂ Home

# Explore

🔔 Notifications ①

✉ Messages

🔖 Bookmarks

🗒 Lists

👤 Profile

⊙ More

**Tweet**

---

🔍 Search Twitter

**Relevant people**

 **Raúl Brindis** ✔          Follow
@raulbrindis
Radio Host for El Show de Raúl Brindis

**What's happening**

FIFA World Cup · 58 minutes ago
**USA vs Wales**



Trending in United States
**Tampax**
13.4K Tweets                    ···

Sports · Trending
**Mexico City**
12.6K Tweets                    ···

Music · Trending
**Joon**
34K Tweets                    ···

Trending in United States
**Richard Fierro**
1,405 Tweets                    ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

___ https://twitter.com/Ryans_Ramblings/status/1235288806114590720 ___ at ___ 2022-11-20 16:35:34 -08:00 ___

← **Tweet**

**Ryan 'All Day News' Anderson**
@Ryans_Ramblings

Loki and Lady Loki? #MarvelStudios #Loki #DisneyPlus



10:20 AM · Mar 4, 2020 · Twitter for Android

**1** Like

Tweet your reply

Reply

## Search Twitter

### Relevant people

**Ryan 'All Day News' ...**
@Ryans_Ramblings

Follow

Founder, Host, and EIC of @TheNerdRagePod. As seen on @CBSThisMorning! Instagram: @RadRyGuy TikTok: @Ryans_Ramblings Casting Inquiries: NerdRagePod@gmail.com

### What's happening

NFL · 3 hours ago
**Browns at Bills**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Sports · Trending
**Tomlin**
2,895 Tweets

Trending in California
**#TWDFinale**
Trending with #TheWalkingDead

Politics · Trending
**LGBTQ**
Trending with Colorado Springs, AR-15

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

← Tweet 

🔍 Search Twitter

**BLURAYANGEL** ✅
@blurayangel

···

Are they doing KAINE PARKER Spider-Man in the Madame Web movie?!

11:38 AM · Oct 6, 2022 · Twitter for iPhone

**20** Retweets   **10** Quote Tweets   **275** Likes

💬                    🔁                    ♡                    📤

🟦  Tweet your reply                    Reply

**Superhero_Enjoyer** @Comic_Cunt · Oct 6
Replying to @blurayangel
But he's a clone? That means that actor is also the Peter Parker of the SMU?
💬              🔁              ♡ 2              📤

**flybird** @Dren39868145 · Oct 7
Replying to @blurayangel
no,its Tarantula
💬              🔁              ♡              📤

**Bri AVFC** 🔴 @briannaylor8 · Oct 6
Replying to @blurayangel
Surely that's Aaron Taylor-Johnson ?
💬              🔁              ♡ 2              📤

**Tone DeShields** @ToneDESH · Oct 6
Replying to @blurayangel
It looks like it!
💬              🔁              ♡              📤

**DayBlueberry-F he/him but anything work...** @DayBluebe... · Oct 7
Replying to @ToneDESH and @blurayangel
Unfortunately this movie is a "prequel" so not likely, but still a very curious picture
💬              🔁              ♡ 1              📤

**Casually Cosplaying** @CasualCosplayin · Oct 7
Replying to @blurayangel
Wow, that's a stretch...

GIF ALT

💬              🔁              ♡              📤

**Miguel Aurelio Kneefel** 🇮🇹✅ 🇮🇹 @Miguel_Kneefel · Oct 6
Replying to @blurayangel
How could they be doing that? The movie takes place before Peter is born. Ben and May are literally in the movie. How could a clone of Peter exist before Peter?
💬 1              🔁              ♡ 1              📤

**BLURAYANGEL** ✅ @blurayangel · Oct 6
Replying to @Miguel_Kneefel
A clone from the future going back in time to take out Peter Parker's mom! Like terminator
💬 1              🔁              ♡ 8              📤

Show replies

**Zero** 👹 @zerowontmiss · Oct 6
Replying to @blurayangel
I hope that's him
💬              🔁              ♡              📤

**Andrew parra** @anthony04714159 · Oct 7
Replying to @blurayangel
Who else is jealous asf of this actor?????
💬              🔁              ♡              📤

This Tweet was deleted by the Tweet author. Learn more

**-Joel-** 🇲🇽 @Joelfig061106 · Oct 7
Replying to @Aleksan25028819 and @blurayangel
Not every black and white costume is Miles, read a book 😤
💬              🔁              ♡ 6              📤

**Relevant people**

**BLURAYANGEL** ✅
@blurayangel                    Follow
I M VENGEANCE🦇🎂Matt Reeves shared my reaction to The Batman • Movie Lover • Dog Dad • Tik Tok: blurayangel11 • 🕊️ thegoatpodcast@gmail.com

**What's happening**

NFL · 37 minutes ago
**Browns at Bills**

#Disenchanted 🪄
Original movie now streaming
📺 Promoted by Disney+

Trending in California
**Rest in Peace**
56.3K Tweets

Only on Twitter · Trending
**Rest in Power**
26K Tweets

Trending in California
**Elton John**
11K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@_perkowski

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊕ More

Tweet

https://twitter.com/Stripmarvel/status/1363522302090000000_etc... 2021-11-24 19:46:00    22-cv-00442-DMG-AGR    Document 1-21    Filed 12/30/22    Page 67 of 101    Page ID #:2024



**Relevant people**

Dani Lagí 🟣 Strip Ma...    **Follow**
@Stripmarvel
Soy @Dani_Lagi de Strip Marvel en @youtube y @twitch autor de #ComicConoceMarvel y el cómic #KissuntetordeDelInfinito
CONTACT: stripmarvelito@gmail.com

**What's happening**

FIFA World Cup · 4 hours ago
Mexico vs Poland
Promoted by Avatar

Trending in California
**Lucas**
174 Tweets

Only on Twitter · Trending
**#MHA374**
Trending with #MiniQuilles

Trending in United States
**Francia**
93M Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ...
© 2022 Twitter, Inc.

---

Dani Lagí 🟣 Strip Marvel
@StripMarvel

💜💛 #KateBishop

2:51 PM · Feb 21, 2021 · Twitter for iPhone

218 Retweets    23 Quote Tweets    3,323 Likes

Tweet your reply    **Reply**

---

drawkeyarfan145 · Feb 21, 2021
Replying to @StripMarvel
Están adaptando a la perfección el cómic de Matt Fraction y se ve hermoso 😍

Álvaro Donoso 🔦 @alvaro_donoso24 · Feb 21, 2021
Replying to @StripMarvel
Cada foto que sale de esta serie y del personaje, más ganas tengo de que se estrene ❤️

GIF    ALT

Pedro Isaías Infante @pedroisaias0101 · Feb 21, 2021
Replying to @StripMarvel
Ella saldrá en hawkeye y en Young avengers verdad?

Storm Wolf By Night 🌙 @stormzihaxalon · Feb 21, 2021
Replying to @pedroisaias0101 and @StripMarvel
Young Avengers no está confirmada.

Show replies

Dío @dclomed_os · Feb 21, 2021
Replying to @StripMarvel

Captain five-nnn🆕️ @fivennnn · Feb 21, 2021
Replying to @StripMarvel
Que diosa 😍

Ricardo Srd @Ricky_Srd · Feb 21, 2021
Replying to @StripMarvel
#KateBishop creo que #KateBishop será la próxima Natasha Romanoff que todos amabamos ver en las películas de Vengadores. Ojo lo digo por su combinación de acción y belleza en sus escenas, ya que Yelena será la sucesora de #blackwidow

GIF    ALT

renzo @528renzo23 · Feb 21, 2021
Replying to @StripMarvel
Es mephisto

This Tweet is unavailable. Learn more

Habullinho @_lovetrouble · Feb 21, 2021
Replying to @DamiliCcchDCh and @StripMarvel
Mephisto 😂😂😂

Show replies

El último Czarniano 🔴 @ComiciPrado · Feb 21, 2021
Replying to @StripMarvel
El casi 🥵

Máximo Favartino @LichMarlo · Feb 21, 2021
Replying to @StripMarvel
¿no se hace que es una tablata sherkah?
O nada más soy yo.

PHENOMENAL_ONE @JOSEPHENOMENAL2 · Feb 21, 2021
Replying to @StripMarvel
Hype !!!

Chavez @Chavez28746601 · Feb 21, 2021
Replying to @StripMarvel
Hermosa esta actriz

Kay Yorge Music @GasasKay · Feb 23, 2021
Replying to @StripMarvel
Amo al personaje

elle le ereño @ibuchfdoshics · Feb 23, 2021
Replying to @StripMarvel
muéaico no?😍

EDUAR|DO áIAMOS|UEJÐá @EduManontijeras · Feb 21, 2021
Replying to @StripMarvel
Bua ahora me han dado ganas de reterme el numero 1 de su serie de 100% Marvel, así voz que tengo de ojo de halcón) muy guapo

DXCTØR DXHXS @XocuXghtclub · Feb 23, 2021
Replying to @StripMarvel

— https://twitter.com/jontaoht/status/1192475955492573184 — at — 2022-11-21 20:10:10 -08:00 —

← **Tweet**



Jontá ✔
@jontaoht

···

I stan street style Rihanna.



iz 👹 @israelizreal · Nov 6, 2019
Your taste in RIHANNA in four pics

8:16 AM · Nov 7, 2019 · Twitter for iPhone

**1** Retweet   **6** Likes



 **Perkowski Legal P.C.** ···
@c_perkowski

---

## Left sidebar



🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

··· More

**Tweet**

---

## Right sidebar

🔍 Search Twitter

**Relevant people**

 Jontá ✔   Follow
@jontaoht
Digital Creator. Influencer.
Entrepreneur. instagram.com/Jontaoht

 iz 👹   Follow
@israelizreal
I don't wanna do this anymore. Hit
me: iodaramola@gmail or just read
me: afropoptimism.substack.com

**What's happening**

— https://twitter.com/inMARVEL_/status/1556171481587093500 __ et __ 2022-11-19 12:17:50 -08:00

← **Thread**

🐦

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒️ Lists

👤 Profile

⊙ More

**Tweet**

**inMARVEL** ❄️ #MarvelStudios #Marvel #Waka...  @inMA... · Aug 6  ···
Más imágenes en mejor calidad 👀
Esta vez sólo de Dakota Johnson 🔥
#Sony #MadameWeb #SpiderMan
#Spiderverse #DakotaJohnson
#Marvel #MCU #MultiverseSaga

**inMARVEL** ❄️ #MarvelStudios #Marvel #Wak... @inMA... · Aug 6
Nuevas imágenes de Dakota Johnson y Adam Scott en el set de la futura Madame Web 👀 ¿Por qué llevarán esa especie de uniforme policial? 🤔
#Sony #MadameWeb #SpiderMan #SonyPictures #Spiderverse...

💬 1          ⟲          ♡ 3          ⬆️

**inMARVEL** ❄️ #MarvelStudios #Marvel #WakandaForever  ···
@inMARVEL_

¡Y más por aquí! 👌🔥
El uniforme resulta ser de una unidad médica. Sigo sin entender por qué lo lleva, pero le queda increíble 😤
#Sony #MadameWeb #SpiderMan
#Spiderverse #DakotaJohnson
#Marvel #MCU #MultiverseSaga
Translate Tweet

11:52 PM · Aug 6, 2022 · Twitter for Android

**6** Likes

💬          ⟲          ♡          ⬆️

Ⓟ     Tweet your reply          **Reply**

Ⓟ  **Perkowski Legal P.C.**   ···
@c_perkowski

🔍 Search Twitter

### Relevant people

Ⓜ **inMARVEL_** ❄️ #Marv...     **Follow**
@inMARVEL_
Aquel que disfrute del contenido de Marvel Studios, si es digno, poseerá el poder de saber todo acerca del MCU. ¡Sígueme y sé un Nuevo Vengador! 👊🦸

### What's happening

NCAA Football · LIVE
**TCU at Baylor**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
ⓤ Promoted by Uber

Sports · Trending      ···
**Dave Aranda**

Entertainment · Trending     ···
**Tommyinnit**
12.5K Tweets

Sports · Trending      ···
**Wow TCU**
1,389 Tweets

Show more

← **Tweet**

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

**Rihanna Navy Brasil | Fan Account**
@RNavyBrazil

Rihanna estava acompanhada do seu empresário, Jay Brown, na noite passada (30).

Translate Tweet



8:16 AM · Oct 1, 2022 · Twitter for iPhone

**32** Retweets  **7** Quote Tweets  **625** Likes

💬  🔁  ♡  📤

Ⓟ  Tweet your reply            **Reply**

**Relevant people**

**Rihanna Navy Brasil |...**
@RNavyBrazil    **Follow**
RNB 🇧🇷 | Estamos online desde 2010, somos o maior e mais completo fã-clube sobre a cantora Rihanna no Brasil e em toda a América Latina. Apoio: @umusicbrasil

**What's happening**

Formula 1 · This morning
**Abu Dhabi Grand Prix 2022**

#Disenchanted 😈
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
53.7K Tweets

Only on Twitter · Trending
**Rest in Power**
24.7K Tweets

Politics · Trending
**LGBTQ**
Trending with Colorado Springs, #ClubQ

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

⚕ @ahperala · Oct 1
Replying to @RNavyBrazil
Say Jay Brown, Jay Brown... put the camera on Jay Brown man, this guys hates being on camera
💬  🔁 1  ♡ 1  📤

**Yuri Ornellas** 🇧🇷 @yuriornellas · Oct 2
Replying to @ahperala and @RNavyBrazil
Rioooo... Rio.... 😍😍😍
💬  🔁  ♡ 1  📤

**RAVÉRA** 🇧🇷 @euravera · Oct 1
Replying to @RNavyBrazil
agora a gente pode sonhar
💬  🔁  ♡  📤

😤🎆🔫 @Rafaiscrazy · Oct 1
Replying to @RNavyBrazil
agora o R9 tá próximo
💬  🔁  ♡  📤

**Larissa** @navygxrl · Oct 1
Replying to @RNavyBrazil
O R9 vivíssimo
💬  🔁  ♡ 2  📤

**karen** @aguiarkb · Oct 1
Replying to @RNavyBrazil
O R9 vem aí mores
💬  🔁  ♡ 1  📤

**Mary D. ( Christmas Tree by V )** 🎄 @sassytaehy · Oct 1
Replying to @RNavyBrazil
Discutindo a divulgação do R9
💬  🔁  ♡ 3  📤

**flávia** @pieceofbey · Oct 1
Replying to @RNavyBrazil
agora tá vindo mesmo
💬  🔁  ♡ 1  📤

**Tweet**

Perkowski Legal P.C.
@c_perkowski    ···

__ https://twitter.com/Dakoholics/status/1198898562895138817 __ at __ 2022-11-22 20:36:28 -08:00 __

← **Tweet**

**Dakota Johnson Daily**
@Dakoholics    · · ·

## Dakota & Ezer 

Translate Tweet



1:37 AM · Nov 25, 2019 · Twitter for Android

**9** Retweets    **68** Likes

💬                ⇄                ♡                ⬆

P    Tweet your reply                              Reply

---

**Relevant people**

 **Dakota Johnson Daily**    Follow
@Dakoholics
Fan account dedicated to actress, activist, director and producer Dakota Johnson.

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**    

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
▣ Promoted by Avatar

Trending in California    · · ·
**Hooters**
8,587 Tweets

Trending in United States    · · ·
**#GenshinSpecialProgram**
11.1K Tweets

Trending in California    · · ·
**Epstein**
35.4K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More · · ·
© 2022 Twitter, Inc.

🔍 Search Twitter

🏠 Home
\# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

 **Perkowski Legal P.C.**    · · ·
@c_perkowski

— https://twitter.com/lavidaprada/status/1521798748485074944 — at — 2022-11-21 23:34:28 -08:00

← **Tweet**



RINA.
@LAVIDAPRADA

···

the hairrrrr shut upppl





3:27 AM · May 4, 2022 · Twitter for iPhone

**19** Retweets   **2** Quote Tweets   **330** Likes

Tweet your reply

Reply

ara @araliveslife · May 4
Replying to @LAVIDAPRADA
zendaya can pull off anything <33

---

Search Twitter

**Relevant people**

RINA.
@LAVIDAPRADA

Follow

journalism student and writer | she/her | roma, italia | @FRENEZIrevista | open to promos (dm)

**What's happening**

NBA · 1 hour ago
Jazz at Clippers

Entertainment · Trending
**Died Suddenly**
72.5K Tweets
···

Trending in California
**Mexicans**
6,657 Tweets
···

Trending in United States
**Trent Reznor**
23K Tweets
···

Sports · Trending
**Trey Lance**
1,362 Tweets
···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.   ···
@c_perkowski



https://twitter.com/larrydetetive/status/1323791718299426818 __el__2022-11-22 08:49:40 -08:00

← **Tweet**

This Tweet is from a suspended account. Learn more

**Dua 🤍🇧🇷** @bodypaint_ · Nov 3, 2020
Replying to @larrydetetive
@B0haplren

💬          ↻          ♡          ↥

**Iana** @B0haplren · Nov 3, 2020
Replying to @bodypaint_ @fallendear and @larrydetetive
ele usa o look preto dele

💬          ↻          ♡ 1          ↥

**MaCla 👏** @mahamaosidolos · Nov 3, 2020
Replying to @larrydetetive
PERFEITOS

💬          ↻          ♡          ↥

**any** @louiszswift · Nov 3, 2020
Replying to @larrydetetive
tem tantas fotos eu não tô acostumada pane no sistema

💬          ↻          ♡ 3          ↥

**nanny** @hsfrce · Nov 3, 2020
Replying to @larrydetetive
A ALIANÇA SÉRIO 😭😭😭😭😭😭😭😭😭😭

💬          ↻          ♡ 1          ↥

**alessa 🏁⚽ | fan account** @onlybrav91 · Nov 4, 2020
Replying to @larrydetetive
Harry cobre o nariz

💬          ↻          ♡          ↥

**gabi has faith in the future** @lt91fine · Nov 3, 2020
Replying to @larrydetetive
Mano o elenco desse filme é mto UoU, Jesus cristinho eu fico bobinha 😌😍

💬          ↻          ♡          ↥

**Faith in the Kirah's²⁸ Future LT2💙** @kithebrave · Nov 3, 2020
Replying to @larrydetetive
Aaaahhhh ela é tão linda 🥰 ele é só um neném 💕

💬          ↻          ♡          ↥

This Tweet was deleted by the Tweet author. Learn more

**anna at midnights 🌙** @fineline010 · Nov 3, 2020
PQP N ME FALA ISSO, será q é pro filme ou é real msm

💬          ↻          ♡          ↥

__ https://twitter.com/AndyVermaut/status/1431683016837926912 __ at __ 2022-11-22 21:19:36 -08:00 __

← **Tweet**



**Andy Vermaut**
@AndyVermaut

···

LeBron James' Wife Savannah Stuns In High Slit Dress As She Celebrates 35th Birthday — Photos
hollywoodlife.com/2021/08/28/leb...



11:20 AM · Aug 28, 2021 · dlvr.it

      ♡   ⬆

   Tweet your reply                    **Reply**

## Relevant people



**Andy Vermaut**              **Follow**
@AndyVermaut

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

NBA · LIVE
**Lakers at Suns**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States          ···
**Erection**
14.4K Tweets

Trending in California              ···
**Costco**
5,476 Tweets

Sports · Trending                   ···
**#LALvsPHX**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**   ···
@c_perkowski

Search Twitter

https://twitter.com/Cevans_Army/status/1580675807659560960 _et_ 2022-11-20 11:04:43 -08:00
Case 2:22-cv-09462-DMG-ADS Document 1-21 Filed 12/30/22 Page 76 of 101 Page ID #:2033

**Chris Evans Army** @Cevans_Army

⭐Chris no set de "Red One".

#chrisevans #ghostedmovie
#thegrayman    #lloydhansen
#captainamerica #steverogers #defendingjacob
#andybarber #beforewego #cevans #chrisevansarmy
#cevansarmy #theavengers #ransomdrysdale #lightyear
#painhustlers #redone #therock #redonemovie

2:44 PM · Oct 13, 2022 · Twitter for iPhone

**1** Retweet    **1** Quote Tweet    **14** Likes

Tweet your reply    Reply

**Perkowski Legal P.C.**
@c_perkowski

**Chris Evans Army** @Cevans_Army · Oct 13
Replying to @Cevans_Army
⭐Chris no set de "Red One".

#chrisevans #ghostedmovie
#thegrayman    #lloydhansen
#captainamerica #steverogers #defendingjacob #andybarber #beforewego
#cevans #chrisevansarmy #cevansarmy #theavengers #ransomdrysdale
#lightyear #painhustlers #redone #therock #redonemovie

⟲ 1    ♡ 7

**Joan** @joans3627 · Oct 13
Replying to @Cevans_Army
Love seeing him happy 😊🤎💙

**Relevant people**

**Chris Evans Army**    Follow
@Cevans_Army
Chris Evans Fan Page

**What's happening**



Formula 1 · 4 hours ago
**Abu Dhabi Grand Prix 2022**

#Disenchanted 🧙
Original movie now streaming
📽 Promoted by Disney+

Trending in California
**Shakira**
106K Tweets

Trending in California
**#DonaldTrump**
41.1K Tweets

Trending in California
**Rest In Peace**
41.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski
...

**AMERICA'S PROBLEM** ✓
@FUCCI

when Maddy said "ima be me... just pregnant..." this is what she meant.



6:57 PM · Feb 10, 2022 · Twitter for iPhone

**1,089** Retweets    **67** Quote Tweets    **9,683** Likes

💬    🔁    ♡    📤

Tweet your reply                                      **Reply**

**Trad_fashion** @wes_nunes · Feb 10
Replying to @FUCCI
That's true
💬    🔁    ♡ 5    📤

**Tazz One** @VirgilPWillia10 · Feb 12
Replying to @FUCCI
What are you having A girl or boy?
💬    🔁    ♡ 1    📤

**😂 @buckwildsb** · Feb 11
Replying to @FUCCI
@MaddyMarieNash when u say this???
💬    🔁    ♡ 1    📤

**Maddy Marie Nash** @MaddyMarieNash · Feb 11
Replying to @buckwildsb and @FUCCI
HAHAH I'm more like this recently

GIF    ALT
💬    🔁    ♡ 1    📤

Show replies

**3rdEye Kink** @tinyikopink · Feb 11
Replying to @FUCCI
Same 😭
💬    🔁    ♡    📤

**Adyrah • كنديري ••** @yemenpanther · Feb 11
Replying to @FUCCI

**Iva** @IvaSeall · Jul 26, 2021
Please I need your help with support to reach my @gofundme goal.I have dacryostinosis which is the blockage of the tear duct in my left eye. I need to carry out a dacryocystorhinostomy surgery.Please help me if you can and share. I'll be very grateful. Thank you gofund.me/7e787747
Show this thread

💬    🔁    ♡    📤

**Trey Bae** @Mercury_black_ · Feb 11
Replying to @FUCCI

▶

GIF    ALT    **THAT'S SOME FUNNY S#!T**

💬    🔁    ♡    📤

**DAMITA'S CHILD** @lyricalmar · Feb 11
Replying to @FUCCI
a moment 💕
💬    🔁    ♡    📤

Show more replies

---

Search Twitter

**Relevant people**

**AMERICA'S PROBL...** ✓        **Follow**
@FUCCI
tastemaker | ancient god | served in the navy since 2005 pronouns: (he/want/me) (Naija Basquiat)

**What's happening**

NFL · 3 hours ago
**49ers at Cardinals**

#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
6,834 Tweets

Trending in United States
**James cameron**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

# Tweet

**Rock, Cine y Cómics**
@RockCineyComics

Desde el set 🎬

Chequen las imágenes que comparte @TMZ de Danai Gurira (Okoye) y Letitia Wright (Shuri) desde las locaciones del filme BLACK PANTHER: WAKANDA FOREVER
@MarvelStudios



5:50 PM · Aug 24, 2021 · Twitter for iPhone

Tweet your reply

Reply

**Relevant people**

**Rock, Cine y Cómics**   Follow
@RockCineyComics
Aquí encontrarás noticias, entrevista y alguna locura relacionado con los temas de tu interés

**TMZ** ✔   Follow
@TMZ
⊘ Official
Breaking entertainment news as it happens.

**Marvel Studios** ✔   Follow
@MarvelStudios
Marvel Studios' Black Panther: Wakanda Forever, now playing only in theaters. Get tickets now 🔗

**What's happening**

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 😈
Original movie now streaming
▶ Promoted by Disney+

The Walking Dead · Trending
**Negan**
7,675 Tweets

Trending in United States
**UCLA**
13.3K Tweets

Sports · Trending
**Sean Payton**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski



Perkowski Legal P.C.
@c_perkowski

https://twitter.com/TavernaMarvel/status/1557121119844536324 __ at __ 2022-11-19 21:42:26 -08:00

← **Thread**

 

**Q** Search Twitter

---

**TM** **Taverna Marvel | Fan-Club**
@TavernaMarvel   •••

📸Dakota Johnson no set de 'Madame Web' da Sony em Boston.



2:46 PM · Aug 9, 2022 · Twitter Web App

**11** Retweets   **1** Quote Tweet   **54** Likes

💬   🔁   ♡   ⬆️

---

**P** Tweet your reply                    **Reply**

**TM** **Taverna Marvel | Fan-Club** @TavernaMarvel · Aug 9
Replying to @TavernaMarvel
Via: @DakotaJArg
💬   🔁   ♡ **2**   ⬆️

---

### Home
### Explore
### Notifications 1
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

**P** **Perkowski Legal P.C.** •••
@c_perkowski

---

## Relevant people



**TM** **Taverna Marvel | Fan-...** **Follow**
@TavernaMarvel

Portal focado no universo da Marvel. Todas as notícias e informações você encontra aqui. Ative as notificações🔔
📩Contato:
tavernamarvel@gmail.com

## What's happening

Television · 1 hour ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Music · Trending
**JISOO**
Trending with #BLACKPINK , Camila

Trending in United States
**Jason David Frank**

Trending in United States
**#DreamersbyJungkook**
Trending with #FIFAWorldCup🏆

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

__ https://twitter.com/nanfixus/status/1042018005499170823 __ at __ 2022-11-21 06:43:08 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-21    Filed 12/30/22    Page 81 of 101    Page ID #:2038



 **@nanfixus**
@nanfixus

Always naturak beauty 



4:50 AM · Sep 18, 2018 · Twitter for Android

**3** Retweets   **13** Likes

 Tweet your reply          Reply

---

## Relevant people

 **@nanfixus**      Follow
@nanfixus

DJ Fan 🎧 Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🇦🇷

## What's happening



FIFA World Cup · LIVE
**England vs Iran**

Trending in United States
**Maguire**
Trending with Luke Shaw

Trending in California
**dodger stadium**
14.2K Tweets

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Search Twitter

← **Tweet**

**best harry pics**
@hstylespics
···

#WatermelonSugar



👤 Harry Styles. and HSHQ

7:56 AM · May 18, 2020 · Twitter for iPhone

**236** Retweets  **13** Quote Tweets  **1,886** Likes

💬      🔁      ♡      ⬆️

Ⓟ  Tweet your reply                          Reply

**maddie** 🤍 @arislunchdate · May 18, 2020   ···
Replying to @hstylespics @monacommish and 2 others
i m not ready

💬      🔁      ♡      ⬆️

**Rollercoaster19** @PhillySoul03 · May 18, 2020   ···
Replying to @hstylespics @Harry_Styles and @HSHQ
I never did like the color yellow much.... until now!  #WatermelonSugar

💬      🔁      ♡      ⬆️

**may** @lumosonstyles · May 18, 2020   ···
Replying to @hstylespics @Harry_Styles and @HSHQ
GOAT

💬      🔁      ♡      ⬆️

### Left sidebar

🐦

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
🗒️ Lists
👤 Profile
⊙ More

**Tweet**

Ⓟ **Perkowski Legal P.C.**
@c_perkowski  ···

### Right sidebar

🔍 Search Twitter

**Relevant people**



**best harry pics**
@hstylespics                          Follow
Enjoy the best & latest contents of
Grammy winning artist @Harry_Styles.
#BLM | © rightful owners of pictures
(DM us for credits)

**Harry Styles.** ✔
@Harry_Styles                         Follow

**HSHQ** ✔
@HSHQ                                 Follow
Official Twitter For @Harry_Styles info.
HS IG: instagram.com/harrystyles ||
HSHQ IG: instagram.com/hshq

**What's happening**



FIFA World Cup · LIVE
**USA vs Wales**

Sports · Trending                      ···
**Charles Barkley**
5,255 Tweets

Trending in United States              ···
**I BELIEVE THAT WE WILL WIN**
1,225 Tweets

Trending in California                 ···
**Bob Chapek**
64.9K Tweets

Events · Trending                      ···
**Black Friday**
185K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

__ https://twitter.com/tender_DMJ/status/892143093549584388 __ at __ 2022-11-21 20:18:29 -0800 __

← **Tweet**

**DAKOTA** 💜💙
@tender_DMJ

···

## I can't wait to see this movie 😍



3:01 PM · Jul 31, 2017 · Twitter for iPhone

💬        🔁        ♡        ⬆️

Tweet your reply                    Reply

**Relevant people**

**DAKOTA** 💜💙
@tender_DMJ

Follow

Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

**What's happening**

Television · 17 minutes ago
**WWE Monday Night RAW airing on USA**



Entertainment · Trending
**Died Suddenly**
57.4K Tweets

···

Sports · Trending
**Jason Robertson**

···

Trending in United States
**August Alsina**

···

Trending in United States
**#ItOughtToBeACrimeTo**

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
🗒️ Lists
👤 Profile
⊙ More

**Tweet**

🔍 Search Twitter


**Perkowski Legal P.C.**
@c_perkowski
···

__ https://twitter.com/bedroomflicker/status/1375154289773924353 __ at __ 2022-11-22 13:56:33 -08:00 __

← **Tweet**

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**With The Band** @withthebandvip · Mar 25, 2021
Replying to @bedroomflicker
OMG 😍😍

♡ 1

https://twitter.com/_Margvel/status/1422884891721613314___et___2022-11-19 11:43:59 -08:00

← **Tweet**

Margvel 🐷
@_Margvel

···

¡BUENOS DÍAS! ☀️

📸 Finalmente tenemos un primer vistazo de Christian Bale como Gorr The God Butcher para 'THOR: LOVE AND THUNDER' ⚡



4:39 AM · Aug 4, 2021 · Twitter for iPhone

**4** Retweets  **4** Quote Tweets  **212** Likes

💬    🔁    ♡    ⬆️

Tweet your reply    **Reply**

Babel Infinito @babelinfinito · Aug 4, 2021    ···
Replying to @_Margvel
Marche un CGI por ahí??

💬    🔁    ♡ 1    ⬇️    ⬆️

---

🐦 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⦿ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski    ···

---

🔍 Search Twitter

**Relevant people**

Margvel 🐷
@_Margvel    **Follow**
Humor, información y updates del
Universo Marvel | 🧑‍🎨 |
contactomargvel@gmail.com |
#SheHulk #IAmGroot

**What's happening**

Formula 1 · Starts tomorrow
Abu Dhabi Grand Prix 2022

#GetYourRideRight
Book your ride up to 30 days ahead with Uber
Reserve
📷 Promoted by Uber

Trending in California    ···
**Messi**
331K Tweets

Sports · Trending    ···
**Nick Herbig**

Sports · Trending    ···
**Andrei Anthony**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

← **Tweet**

 **Foochia - فوشيا** ✔
@foochia                                    ···

تعرّض الممثل الكوميدي الأمريكي يوم أمس الأحد لحادث سير مروع في ولاية كاليفورنيا الأمريكية، وأصيب هارت بجروح خطيرة في الظهر، حيث تم نقله والسائق الخاص به إلى المستشفى. وأظهرت التقارير أن السائق فقد السيطرة على المركبة ما أدّى إلى انحرافها.

#فوشيـا# #KevinHart

Translate Tweet



10:57 PM · Sep 1, 2019 · Twitter Web App

**2** Retweets    **1** Like

💬          🔁          ♡          ⬆

  Tweet your reply                          **Reply**

## Relevant people

 **Foochia - فوشيا** ✔          **Follow**
@foochia

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.

## What's happening

NCAA Men's Basketball · LIVE
**Wolf Pack at Wildcats**                   

**#AvatarTheWayOfWater** 💧
Get tickets now - In theaters December 16
⬚ Promoted by Avatar

Chain restaurants · Trending          ···
**Hooters**
7,781 Tweets

Trending in United States          ···
**RIP Harold**

Sports · Trending          ···
**Claxton**
1,348 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Left sidebar

🏠 Home
# Explore
🔔 Notifications ①
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More
**Tweet**

🔍 Search Twitter

 **Perkowski Legal P.C.** ···
@c_perkowski



__ https://twitter.com/coolcrushes/status/1464585786465132566 __ at __ 2022-11-22 03:15:43 -08:00 __

← **Tweet**



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

**Perkowski Legal P.C.** ...
@c_perkowski



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Tweet**

Bang Tidy Celebs
@BangTidyHQ

-@PrincessPiaMia



12:35 PM · Mar 29, 2021 · Twitter Web App

**9** Likes

Tweet your reply

Reply

## Relevant people

Bang Tidy Celebs
@BangTidyHQ                    Follow

Bringing you Bang Tidy Celebs from
the UK and around the world. From TV
& Film to Music & Models. Any
requests feel free to tweet.

## What's happening

NFL · 3 hours ago
**Cowboys at Vikings**



**#Disenchanted** 🧚
Original movie now streaming
▶ Promoted by Disney+



Trending in United States
**Bob Iger**
Trending with Chapek, #Disney

Trending in United States
**#AMAs** 🎤
Trending with yeonjun, soobin

Trending in California
**#BLACKPINK**
225K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/foochia/status/1242346693233979394 __ at __ 2022-11-20 17:42:20 -08:00 __

← **Tweet**



**Foochia - فوشيا** ✔
@foochia

···

#كاميليا_كابيلو وحبيبها #شون_مانديس بجولة في الحي السكني الذي يقطنان به بعيدا عن المناطق المزدحمة!

#مشاهير #مشاهير_هوليوود #CamilaCabello #ShawnMendes

Translate Tweet



12:05 AM · Mar 24, 2020 · Twitter Web App

**2** Retweets  **8** Likes

💬            ⟲            ♡            ⬆

 Tweet your reply    **Reply**

## Relevant people

 **Foochia - فوشيا** ✔    **Follow**
@foochia

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.

## What's happening



NFL · 56 minutes ago
**Bengals at Steelers**



**#Disenchanted** 🎃
Original movie now streaming
🅿 Promoted by Disney+

Trending in United States    ···
**Machine Gun Kelly**
1,688 Tweets

Sports · Trending    ···
**Justin Herbert**
2,431 Tweets

Sports · Trending    ···
**Drew Timme**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.   ···
@c_perkowski



https://twitter.com/koredakota/status/1359538355592065025 __ et __ 2022-11-21 17:59:48 -08:00
Case 1:22-cv-09462-DMG-ADS    Document 1-21    Filed 12/30/22    Page 92 of 101    Page ID
#:2049



🔍 Search Twitter

**karla** @koredakota · Feb 10, 2021

dakota johnson and her gucci boots. a thread : part one

⟲ 4    ↻ 77    ♡ 413    ⬆

**Relevant people**

**karla**
@koredakota    [Follow]

fan account. multi-fandom: lore olympus, fifty shades, twilight saga, sen çal kapımı, aşk mantık intikam, marvel, star wars, game of thrones, booktwt. ~ 23

**What's happening**

FIFA World Cup · Last night
**England vs Iran**

Trending in United States
**Died Suddenly**
43.6K Tweets

Trending in United States
**Tampax**
28.2K Tweets

Entertainment · Trending
**#DWTSFinale** 😭
Trending with Charli, Shangela

Trending in California
**Dodger Stadium**
12K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**karla** @koredakota · Feb 10, 2021

dakota johnson and her gucci boots. a thread : part two

bonus: zoë kravitz in them.

8:22 AM · Feb 10, 2021 · Twitter for iPad

**7** Retweets  **1** Quote Tweet  **44** Likes

⟲    ↻    ♡    ⬆

Tweet your reply    [Reply]

**karla** @koredakota · Feb 10, 2021
Replying to @koredakota
dakota johnson and her gucci boots. a thread : part three

⟲ 1    ↻ 6    ♡ 35    ⬆

**karla** @koredakota · Feb 10, 2021
dakota johnson and her gucci boots. a thread : part four

in her closet #DakotaJohnson

⟲ 1    ↻ 5    ♡ 31    ⬆

**karla** @koredakota · Feb 10, 2021
thread dedicated to @ConnorCobalt1 ❤

⟲ 1    ↻    ♡    ⬆



__ https://twitter.com/chalamarius/status/1334108056280391680 __ at __ 2022-11-21 13:19:53 -08:00 __

← **Tweet**



Marius
@chalamarius

···

this is literally what every father in a vintage movie looks like who goes to bars and hooks up with random women…

can I be a random woman

4:12 AM · Dec 2, 2020 · Twitter for iPhone

**5** Retweets   **76** Likes

💬          ⟳          ♡          ⬆️

P   Tweet your reply                    Reply

---

Q Search Twitter

**Relevant people**

   **Marius**   **Follow**
@chalamarius

satellite by harry styles 💎

**What's happening**

FIFA World Cup · **LIVE**
USA vs Wales



Trending in United States          ···
**Sin Kiske**
1,448 Tweets

Trending in United States          ···
**HOW IS THAT NOT A YELLOW**

Entertainment · Trending          ···
**julia fox**
6,903 Tweets

Trending in California          ···
**Telemundo**
7,664 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



Perkowski Legal P.C.          ···
@c_perkowski

Search Twitter

**Screen Mix** ✓
@ScreenMix

بن أفليك يبدو بحالة رائعة مع حبيبته آنا دي أرماس في
كاليفورنيا.

Translate Tweet

4:20 PM · Jul 2, 2020 · Twitter Web App

53 Retweets    87 Quote Tweets    2,297 Likes

## Relevant people

**Screen Mix** ✓    Follow
@ScreenMix

حساب يهتم بنقل كل ما يحدث حول العالم
عن أبرز نجوم المجتمع العربي. للإعلان:
تواصل معنا عبر الخاص أو على:
ScreenMix@Pandora3oxeg.com

## What's happening

FIFA World Cup · LIVE
USA vs Wales

Trending in United States
#StuffingFails

Entertainment · Trending
Julia Fox
5,817 Tweets

Trending in California
Dodger Stadium
53.5K Tweets

Trending in United States
#USMNT 🇺🇸
13.4K Tweets

Trending with Wash, Go USA

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply    Reply

IZAC @IzacXfit · Jul 2, 2020
Replying to @ScreenMix
سطحة

Asmaa أسماء @AsmaaElbadri1 · Jul 3, 2020
Replying to @ScreenMix
😍😍😊

hanay @lalahanay · Jul 2, 2020
Replying to @ScreenMix
تنفجعون وش نوع المشروب اللي في يده من دائل

@RiseYh · Jul 2, 2020
Replying to @ScreenMix
اسمهم مو تابض على بعض وهذا الشب اللي يمشي فاتقهم ندوم

@IGIYfd · Jul 2, 2020
Replying to @RiseYh and @ScreenMix
تقاض بالمهم بنفصلون مشاكل

@fati36i · Jul 2, 2020
Replying to @ScreenMix
قمر قمر تهبل محلوقة بهالجمال ❤️❤️❤️

Karim Hossy @karimhossy91 · Jul 3, 2020
Replying to @fati36i and @ScreenMix
فعلا قمر عينها تجنن

Ahmed Al Khamis @AHMKlzx · Jul 2, 2020
Replying to @ScreenMix
جميلة مشلة



"زين @soundNeem · Jul 3, 2020
Replying to @AHMDzx and @ScreenMix
ماشاء الله

Ran @Rin_595 · Jul 2, 2020
Replying to @ScreenMix
حلووووووودا 😍😍

Lord Conte @thfck7 · Jul 2, 2020
Replying to @ScreenMix
احمي والله

Tarek Sa3ed @TarekSa3ed88 · Jul 2, 2020
Replying to @ScreenMix
لبه حق الحراسة

بارکي @Tr_Br2 · Jul 2, 2020
Replying to @ScreenMix
الله يأخذها صاروخ

Ahmad @A7medz_7 · Jul 2, 2020
Replying to @ScreenMix
بارينهم احلى اثنين

36عاده @mohamed_heida98 · Jul 2, 2020
Replying to @ScreenMix
وزنه قل خالص

@EMeh1177320 · Jul 2, 2020
Replying to @mohamed_heida98 @helda_and @ScreenMix
دا البيانت اللي بتاخد باله من الحاجات دي 😂😂😂😂😂😂😂

Show replies

TM @rqwcz7 · Jul 2, 2020
Replying to @ScreenMix
اكيد بحاله رائعة دام حبيبته أنا دي أرماس

Mahmoud @A1Aqide · Jul 2, 2020
Replying to @ScreenMix
لن ينساكِ الله 🥺

Alaa @cr_jaca · Jul 2, 2020
Replying to @ScreenMix
😍😍😍

FAMOUS WORLD @famous_worl7 · Jul 2, 2020
Replying to @ScreenMix
twitter.com/famous_worl7/s...

FAMOUS WORLD @famous_worl7 · Jul 2, 2020
صوت لأغنياك المفضلة من بين أغاني ألبانى لو نزلت موضوع
*ايمنله #اغير_باضيس
#جويدس_طحه
#الربلت_سماعة
#bonvoyage #الحب_والسلام
#طقر_اطر_المهدد_ابت_وهذا_انا

Show this poll

abdullah @abdullahjunior · Jul 2, 2020
Replying to @ScreenMix
حبيبته الرائعه والله

bms fox 🇵🇸 @foxbmx45 · Jul 3, 2020
Replying to @ScreenMix
طيب نحن استفدنا شنو 😂

Rilan. @00Rilian · Jul 2, 2020
Replying to @ScreenMix
وولة ماتوعه 😍😍😍😍

Salah youssef @salahyoussef_30 · Jul 2, 2020
Replying to @ScreenMix
اتصورهم واثرو حياتهم

Hossam @Hossam1bmohhb · Jul 3, 2020

← Tweet

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@_perkowski

Plathanos 💙💧 ✓
@JavinTheBees

When Kamala Harris catches you with an 8th



12:59 AM · May 5, 2022 · Twitter for iPhone

**233** Retweets  **4** Quote Tweets  **2,228** Likes

💬      🔁      ❤️      ⬆️

Tweet your reply      **Reply**

Zack Brangen 1P  @2Brg101 · May 3
Replying to @JavinTheBees
WTF?

Nah, brothe had to get his ass jumped for making this shit

🎵 Spotify          🔍    OPEN APP   ☰

**Maga my nigga**
NONAME_TRAPPER · 2020 · 2:32

❤️    ....                         ▶️

🎤 NONAME_TRAPPER
ARTIST

**Maga my nigga**
NONAME_TRAPPER · 2020 · 2:32

❤️                                ▶️

🎤 NONAME_TRAPPER
ARTIST

just_peachy_ @stufferangrons · May 3
Replying to @JavinTheBees
Batman will leave a foo like this and be like "now talk"

💬      🔁      ❤️      ⬆️

ThndRtlapFlash 💥  @Rapt_D21 · May 3
Replying to @JavinTheBees
Mf got hit with vengeance

▶️ GIF  ALT

💬      🔁  13   ❤️      ⬆️

Alex Maldonado @TheUBronkhison · May 3
Replying to @JavinTheBees
Bro got beaten up cartoon style.

💬      🔁      ❤️  3   ⬆️

emo @AXbit42uoin · May 3
Replying to @JavinTheBees
Why this look like biofine after getting caught saying nigga in black face

💬      🔁      ❤️      ⬆️

Derkus Malurkus @KreybisOnfire · May 3
Replying to @JavinTheBees
When batman catches you delivering uber eats to joker

💬      🔁      ❤️  44   ⬆️

TEK REQUIEM ツ アークハーク🍎 @ackkeoriya · May 3
Replying to @JavinTheBees and @GorK
That security A1

▶️

💬      🔁      ❤️  6   ⬆️

Social Distancing @GoesLaHne · May 3
Replying to @JavinTheBees
@Froetxjuse

💬      🔁      ❤️      ⬆️

dquithelnfluencer @Enreignizer · May 3
Replying to @GoesLaHne and @JavinTheBees

▶️ GIF  ALT

💬  1   🔁      ❤️      ⬆️

Bruce Shrewsbury @BruceWrewsbur1 · May 3
Replying to @JavinTheBees
Why they gotta handcuff bruhs hand, His arm is literally dangling

💬      🔁      ❤️  4   ⬆️

Aishtaka.0 @ashYakaporHD · May 3
Replying to @BruceWrewsbur1 and @JavinTheBees
In case he tries to use it as a whip

💬      🔁      ❤️      ⬆️

Show replies

Show more replies

**Relevant people**

Plathanos 💙💧 ✓
@JavinTheBees                    **Follow**
#IVEELEN Latino 🇩🇴 ⚾ Watch The Boys
@TheRear | #EpicPartner | Use code
HIVE on @GlamEnerg2 @Epic |
Creator Code "HIVELEN"
Contact@JavinTheBees.com

**What's happening**

NFL · 1 hour ago
49ers at Cardinals

Entertainment · Trending
**Died Suddenly**
46.7K Tweets

Trending in United States
**Dreamers MV**
1.91K Tweets

Trending in United States
#ATEEZinAtlanta_Day1

Trending in California
**Dodger Stadium**
8,655 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/dakotaj_updates/status/1556043384350990338 __ at __ 2022-11-19 22:33:47 -08:00

← **Tweet**

**Dakota Johnson Updates**
@dakotaj_updates
···

NEW: Dakota on the set of "Madame Web" today in Boston. #DakotaJohnson



3:23 PM · Aug 6, 2022 · Twitter for iPhone

**129** Retweets   **39** Quote Tweets   **641** Likes

💬                ⟳                ♡                ⬆️

🅿️   Tweet your reply                              Reply

**vickiel2r** @Alive_USTx · Aug 7
Replying to @dakotaj_updates
Dakota is so fit and looks even younger now.
💬        ⟳        ♡        ⬆️

**i 🦋 iso** 🦋 @isolettechaves · Aug 8
Replying to @dakotaj_updates
Wow
💬        ⟳        ♡        ⬆️

**Cicera Maria** @CiceraM87681352 · Aug 6
Replying to @dakotaj_updates
❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️🇧🇷🇧🇷
💬        ⟳        ♡        ⬆️

**Search Twitter**

### Relevant people

**Dakota Johnson Upd...**       Follow
@dakotaj_updates
Your best source about the actress, activist, producer and director #DakotaJohnson — Not affiliated with Dakota or her team.

### What's happening

Television · 2 hours ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
*Promoted by Uber*

Music · Trending
**Elton John**
5,229 Tweets
···

Trending in California
**Ecuador**
86.1K Tweets
···

Sports · Trending
**Cam Rising**
···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski
···

__ https://twitter.com/AndyVermaut/status/1288863573007974400 __ at __ 2022-11-20 11:42:07 -08:00 __

← **Tweet**

Q Search Twitter



**Andy Vermaut**
@AndyVermaut

•••

## Relevant people



**Andy Vermaut**
@AndyVermaut


Follow

Nicki Minaj Shows Off Bare Baby Bump In Bed To Promote New Music Video — Watch
hollywoodlife.com/2020/07/30/nic...

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com



## What's happening

FIFA World Cup · 3 hours ago
**World Cup Qatar 2022: Opening Ceremony**



8:46 AM · Jul 30, 2020 · dlvr.it

#**Disenchanted** 🥳
Original movie now streaming
▶ Promoted by Disney+

    

Trending in United States
**Rest In Peace**
45.6K Tweets

•••



Tweet your reply

Reply

Entertainment · Trending
**Morgan Freeman**
183K Tweets

•••

Trending in California
**Shakira**
109K Tweets

•••

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More •••
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski    •••

# Twitter

← **Tweet**

- 🏠 Home
- #️⃣ Explore
- 🔔 Notifications
- ✉️ Messages
- 🔖 Bookmarks
- 📋 Lists
- 👤 Profile
- ⊙ More

**Tweet**

**AP** ✓
@altapeli

Imágenes desde el set. Emma Watson ya es una de las
#Mujercitas de Greta Gerwig. #LittleWomen



3:42 PM · Oct 8, 2018 · Twitter Web Client

**11** Retweets   **4** Quote Tweets   **71** Likes

💬   ⟲   ♡   ⬆️

🅿️  Tweet your reply                    **Reply**

👤 ❤️**IStandWithEmmaWatson**🇫🇷 @stefyxamara · Oct 8, 2018   ···
Replying to @altapeli
Meryl Streep, Saoirse Ronan y Timothée Chalamet.

💬   ⟲   ♡   ⬆️

👤 **Carolina Carbajo** @carocarbajo · Oct 8, 2018   ···
Replying to @altapeli
Quien más completa el elenco?

💬   ⟲   ♡   ⬆️

🔍 Search Twitter

## Relevant people

**AP** ✓                                **Follow**
@altapeli
Cuenta oficial de AltaPeli.com - Cine /
Series / Críticas / Noticias /
Videojuegos

## What's happening

FIFA World Cup · LIVE
**USA vs Wales**

Trending in California
**Telemundo**
7,703 Tweets

Entertainment · Trending
**julia fox**
6,488 Tweets

Trending in United States
**Medford Messi**

Trending in California
**National Anthem**
72.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**   ···
@c_perkowski

**Tweet**

https://twitter.com/DafeMendes/Almated/1008973814972693101



https://twitter.com/souljaian/status/1378466398239642627 ___ al ___ 2022-11-22 13:51:03 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 1-21   Filed 12/30/22   Page 101 of 101   Page ID
#:2058



← **Tweet**

Ian Connor
@souljaian

...

This It.





2:56 PM · Apr 3, 2021 · Twitter for iPhone

**293** Retweets    **45** Quote Tweets    **3,238** Likes

P   Tweet your reply                               Reply

@DIGITALNAS · Apr 3, 2021
Replying to @souljaian
This fit is crazyyyyy
8

808s&BranFlakes @VIoneBFrank · Apr 3, 2021
Replying to @souljaian
That's it**

tksdead @tksnitemare · Apr 3, 2021
Replying to @souljaian
Kk min

Koky @fuckkoky · Apr 3, 2021
Replying to @souljaian
Ian whats your relationship like with carti
1

+ @dookmoto · Apr 3, 2021
Replying to @souljaian
Fit ain't nothing
3

---

### Left sidebar

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.   ...
@c_perkowski

---

### Right sidebar

Search Twitter

**Relevant people**

Ian Connor    Follow
@souljaian
BFP1993

**What's happening**

FIFA World Cup · 3 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
**Ochoa**
Trending with Poland, Lewandowski

Trending in United States
**#BoycottTampax**
8,274 Tweets

Trending in California
**Mexicans**
19.5K Tweets

Show more

Terms of Service · Privacy Policy · Cookie Policy
Accessibility · Ads info · More ···
© 2022 Twitter, Inc.