# EXHIBIT B Continued

__ https://twitter.com/fantystats/status/1506897845725876227 __ at __ 2022-11-21 00:20:14 -08:00 __

← **Tweet**

Home

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.**
@c_perkowski

— https://twitter.com/RihannaNoBrasil/status/1505974199801819143 — at — 2022-11-22 01:41:01 -08:00

← **Tweet**

**Rihanna.com.br** ⚓
@RihannaNoBrasil                    •••

MAMÃE! Rihanna fez compras para seu bebê na Kitson em Los Angeles. (20/03) 🍼

Translate Tweet



11:26 AM · Mar 21, 2022 · Twitter for Android

**40** Retweets    **8** Quote Tweets    **584** Likes

💬          🔁          ♡          ⬆️


Tweet your reply                    **Reply**

**Skyler Thompson** @SkylerT98607994 · Mar 21    •••
Replying to @RihannaNoBrasil
Love

💬          🔁          ♡          ⬆️

---

🐦
Home

# Explore

🔔 Notifications  ①

✉️ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

⊙ More

**Tweet**

**Perkowski Legal P.C.**    •••
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

**Rihanna.com.br** ⚓    **Follow**
@RihannaNoBrasil
Rihanna.com.br is a genuine and registered fansite, made by fans. Fã-clube e portal de notícias brasileiro sobre a cantora Rihanna. Online desde 2008. 💎

**What's happening**

FIFA World Cup · **LIVE**
**Argentina vs Saudi Arabia**



**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
◻ Promoted by Avatar

Entertainment · Trending    •••
**Died Suddenly**
Trending with World Premiere

Trending in California    •••
**Mexicans**
7,201 Tweets

Trending in United States    •••
**#GMMTV2023**
231K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

__ https://twitter.com/MarvelFansIN/status/1579750785843593218 __ at __ 2022-11-20 09:13:41 -08:00 __

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← Tweet


**Marvel Fans India**
@MarvelFansIN

New #MadameWeb set photos show Dakota Johnson sporting the hero's white hair from the comics..

#MarvelFansIndia



1:28 AM · Oct 11, 2022 · Twitter for Android

**5** Retweets   **23** Likes


Tweet your reply

Reply

Perkowski Legal P.C.
@c_perkowski

## Relevant people


**Marvel Fans India**
@MarvelFansIN

Follow

Biggest Fan Club in India for a Comic Book Brand, Providing Everything you need to know about @marvel | Mail us : marvelfansindiaofficial@gmail.com

## What's happening



Television · Last night
**Saturday Night Live airing on NBC**



**#Disenchanted** 👸
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending
**RIP JDF**
7,401 Tweets

Trending in California
**Shakira**
97.7K Tweets

Only on Twitter · Trending
**#RIPLEGEND**
2,948 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

Tweet



← **Tweet**

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Margvel** ⚡
@_Margvel

Amo el hecho de que Kamala sea fangirl de Captain Marvel y que lo vayan a mostrar en la serie ❤️

#MsMarvel ⚡



10:11 AM · May 1, 2021 · Twitter for iPhone

**48** Retweets  **6** Quote Tweets  **620** Likes

Tweet your reply
**Reply**

**AboutAGeekGirl** ⚡ 🦇 🌈 @aboutageekgirl · May 1, 2021
Replying to @_Margvel
Ojalá lo muestren y que escribe fanfics de los Avengers
1   5

**Margvel** ⚡ @_Margvel · May 1, 2021
Replying to @aboutageekgirl
SIIII

**Sebas Craig** @SebasCraig · May 1, 2021
Replying to @_Margvel
Hola, la verdad no tengo idea del personaje. Los poderes son como los de Capitana Marvel? O que poder tiene?
2   3

**Darío Alejandro** @peralta_1998 · May 1, 2021
Replying to @SebasCraig and @_Margvel
Ella tiene elasticidad y cambiar el tamaño a voluntad si queres conocer más el videojuego te explica de donde vienen sus poderes
1   6
Show replies

🇲🇽 **Fozy** 🇲🇽 @Fozyeon · May 2, 2021
Replying to @_Margvel
No me imagino a Khamala platicando con la Karol del UCM, ósea, hicieron muy mam@n a a Karol, y tener que convivir con alguien con mucha energía como lo es Khamala, se me hace que no van a tener la química que espero

**Coca** @CaculnaX · May 1, 2021
Replying to @_Margvel
lo único que no entiendo es como va a ser fan si tipo se la conoció recién en endgame mundialmente
1   8

**Arian Olivera** @_ariannjj · May 1, 2021
Replying to @CaculnaX and @_Margvel
Tal vez en estos 5 años capitana Marvel se convirtió en una heroína más conocida
1   4
Show replies

**Drake Quill** @TheReedRaptor · May 1, 2021
Replying to @_Margvel
Espero que la fan sea mejor que Su Idolo
1   3

**isaac_olivares17** 🇲🇽 @YzMaxx2 · May 1, 2021
Replying to @_Margvel
Sera serie? Pense que era pelicula XD

**Haruko** @Haruko86320186 · May 1, 2021
Replying to @_Margvel
De hecho en el comic es así por eso toma el nombre de ms. marvel por eso lo van a representar tal cual esta en las viñetas.

This Tweet is from a suspended account. Learn more

**Jova** @_Joelzz · May 1, 2021
Replying to @adiler1234 and @_Margvel
Ese es un traje que se acerca bastante a la realidad y sí, su propósito es no verse bien jajajaja
1

Show more replies

**Perkowski Legal P.C.**
@c_perkowski

**Relevant people**

**Margvel** ⚡
@_Margvel
**Follow**
Humor, información y updates del Universo Marvel | 🎬
contactomargvel@gmail.com | #SheHulk #IAmGroot

**What's happening**

Formula 1 · Starts tomorrow
**Abu Dhabi Grand Prix 2022**

#GetYourRideRight
Book your ride up to 30 days ahead on Uber Reserve
🚘 Promoted by Uber

Trending in United States
**HE'S BACK**
104K Tweets

Music · Trending
**Adele**
54.2K Tweets

Trending in California
**HELL NO**
44.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

← **Tweet**

**Chris Evans Army**
@Cevans_Army
···

⭐ Chris e The Rock no set de "Red One".

#chrisevans #ghosted #ghostedmovie
#thegrayman      #lloydhansen
#captainamerica #steverogers #defendingjacob
#andybarber #avengers #beforewego #cevans
#chrisevansarmy #cevansarmy #lightyear #painhustlers
#redone #therock #redonemovie



8:57 AM · Nov 4, 2022 · Twitter for iPhone

34 Retweets   3 Quote Tweets   161 Likes

💬          ⟲          ♡          ⬆

Ⓟ  Tweet your reply                          **Reply**

**Luciana** @Luciana91898267 · Nov 4
Replying to @Cevans_Army and @ItalyChrisEvans
Non pensavo fossero alti uguale
💬          ⟲          ♡ 1          ⬆

**Joan** @joans3627 · Nov 4
Replying to @Cevans_Army
😍😍😍😍
💬          ⟲          ♡          ⬆

Ⓟ **Perkowski Legal P.C.** ···
@c_perkowski

---

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

Lists

👤 Profile

··· More

**Tweet**

**Relevant people**

**Chris Evans Army**   **Follow**
@Cevans_Army
Chris Evans Fan Page

**What's happening**

NBA · 1 hour ago
**Lakers at Suns**


**#AvatarTheWayOfWater** 💧
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States        ···
**Erection**
19K Tweets

Trending in California        ···
**Costco**
5,936 Tweets

Chain restaurants · Trending        ···
**Hooters**
8,775 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

\_\_ https://twitter.com/hotcelebspicss/status/1447641026018021378 \_\_ at \_\_ 2022-11-21 05:25:17 -08:00 \_\_

← **Tweet**

**Hot Celebs**
@HotCelebsPicss

···

# Alexandra Daddario 😍



12:11 PM · Oct 11, 2021 · Twitter for Android

**82** Retweets   **580** Likes

💬   🔁   🤍   ⬆️

Tweet your reply

**Reply**

## Search Twitter

### Relevant people

**Hot Celebs**
@HotCelebsPicss

**Follow**

Hot Celebs Pics - DMs are open (no wankchat) - IM A GUY - #NSFW [EN/FR]

### What's happening

FIFA World Cup · LIVE
**England vs Iran**

Music · Trending
**Elton John**
Trending with Dodger Stadium

···

Trending in United States
**Ian Darke**

···

Politics · Trending
**Tragically**
15.8K Tweets

···

Science · Trending
**#Orion**
2,038 Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
··· More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski   ···

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from a suspended account. Learn more

**Perkowski Legal P.C.**
@c_perkowski
...

— https://twitter.com/WellBuiltStyle/status/1582459494105509888 — at — 2022-11-20 07:34:15 -08:00

← **Tweet**



🔍 Search Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

**WellBuiltStyle** ✓
@WellBuiltStyle

⋯

Overall this is a great fit from Stephen Amell - fine knit v-neck sweater + selvedge dark denim jeans + desert boots.

One tweak I'd make: opting for a deep v-neck undershirt. Something that doesn't peek out at the top like you see here.



12:51 PM · Oct 18, 2022 · Twitter Web App

**11** Likes



💬 ↻ ♡ ⬆

P  Tweet your reply                                            Reply

**Perkowski Legal P.C.**
@c_perkowski  ⋯

**Relevant people**



**WellBuiltStyle** ✓
@WellBuiltStyle                    Follow

A website dedicated to helping men around the world improve their style and fitness. Products shared may contain affiliate links.

**What's happening**

FIFA World Cup · LIVE
**World Cup Qatar 2022: Opening Ceremony**



**#Disenchanted** 🧙
Original movie now streaming
⬛ Promoted by Disney+

Trending in United States
**RIP Tommy**  ⋯

___ https://twitter.com/postsjustin/status/135007395575 1759875 ___ el ___ 2022-11-22 14:39:31 -08:00



https://twitter.com/demetriaaalove/status/1286189378704941059 __etl__ 2022-11-21 07:25:15 -08:00

Case 2:22-cv-09462-DMG-ADS    Document 1-22    Filed 12/30/22    Page 11 of 101    Page ID #:2069





← **Tweet**

Home
Explore
Notifications¹
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Demi Lovato News** @demetriaaalove

Demi Lovato leaving Nobu after her engagement with Max Ehrich



11:40 PM · Jul 22, 2020 · Twitter Web App

**90** Retweets    **31** Quote Tweets    **557** Likes

Tweet your reply                                    Reply

**bia** @lovatosabotage · Jul 22, 2020
Replying to @demetriaaalove and @Loxnely_
the smile

**gabby** @blacknsleepy · Jul 22, 2020
Replying to @demetriaaalove
she looked so happy 😍

♡ 27

**pirata** @httpstonecold · Jul 23, 2020
Replying to @demetriaaalove
que gracinha afffffff

**ethan torchio's wifie 🎸** @gluedheartz · Jul 22, 2020
Replying to @demetriaaalove
the way she is just laughing... i mean- i just can't believe it ❤️

**claraalovatic** @claragmllt · Jul 22, 2020
Replying to @demetriaaalove
she just looks so happy 😍😍

**s u r v i v o r 🎗️✨** @SurvivorsLiveOn · Jul 23, 2020
Replying to @demetriaaalove and @jesymetria
@stepintoURpower

♡ 1

**jen vibes** @OpenANewFuture · Jul 23, 2020
Replying to @SurvivorsLiveOn
🤭🤭🤭 her happiness

♡ 1

Show replies

**Perkowski Legal P.C.**
@c_perkowski

Q Search Twitter

**Relevant people**

**Demi Lovato News** @demetriaaalove    Follow
The "HOLY FVCK" album ft. "29", "Substance" & "Skin Of My Teeth" is out NOW 🖤 🔥 🎸 The "HOLY FVCK TOUR" is on the road now.

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Sports · Trending
**Michael Irvin**

Korean music · Trending
**#CHASE**
6,914 Tweets

Gaming · Trending
**3DS RAINBOW ROAD**
Trending with Maple Treeway

Trending in California
**Dodger Stadium**
14K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS   Document 1-22   Filed 12/30/22   Page 12 of 101   Page ID #:2070

← **Tweet**

**Paulette Kimuntu Kim**
@KimKimuntu

···

Ce couple,trop stylé

**#people**

Translate Tweet



1:50 PM · Aug 25, 2022 · Twitter for Android

**1** Retweet   **2** Quote Tweets   **26** Likes

💬   ⟲   ♡   ⬆

---

**Tweet your reply**                    Reply

**3B ~ BENTO BINSA** @safaren95 · Aug 25      ···
Replying to @KimKimuntu
Taille Moko ya bien " RIRI "

💬        ⟲        ♡        ⬆

---

🔍 Search Twitter

**Relevant people**

**Paulette Kimuntu Kim**      Follow
@KimKimuntu

**What's happening**

NFL · 1 hour ago
**Cowboys at Vikings**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States          ···
**#AMAs** 🔥
Trending with soobin, bebe rexha

Trending in California            ···
**Dodger Stadium**
8,959 Tweets

The Real Housewives of Potomac · Trending   ···
**John Hopkins**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



__ https://twitter.com/Ryans_Ramblings/status/1370882725897408515 __ at __ 2022-11-20 15:40:10 -08:00 __

← **Tweet**

 **Ryan 'All Day News' Anderson**
@Ryans_Ramblings    •••

Ben Affleck on the set of the George Clooney directed film 'The Tender Bar'. #BenAffleck #TheTenderBar



3:41 PM · Mar 13, 2021 · Twitter for Android

**8** Retweets    **10** Likes

        

 Tweet your reply    Reply

---

## Relevant people

 **Ryan 'All Day News' ...**    Follow
@Ryans_Ramblings

Founder, Host, and EIC of @TheNerdRagePod. As seen on @CBSThisMorning! Instagram: @RadRyGuy TikTok: @Ryans_Ramblings Casting Inquiries: NerdRagePod@gmail.com

## What's happening

NFL · 2 hours ago
**Browns at Bills**


**#Disenchanted** 🧙‍♀️
Original movie now streaming
 Promoted by Disney+

Sports · Trending    •••
**Trenton Irwin**

Sports · Trending    •••
**Webb**
33.8K Tweets

Trending in California    •••
**#AMAs** 🎤
1.73M Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More •••
© 2022 Twitter, Inc.

---

🔍 Search Twitter

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
🗒 Lists
👤 Profile
••• More

**Tweet**

 **Perkowski Legal P.C.**    •••
@c_perkowski

https://twitter.com/SeriesUpdateFR/status/1318929796102033408 __gf __ 2022-11-22 15:11:22 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-22    Filed 12/30/22    Page 15 of 101    Page ID #:2073

← **Tweet**

**Infos Séries**
@SeriesUpdateFR

Le casting de 'Stranger Things' sur le tournage de la saison 4.



7:59 AM · Oct 21, 2020 · Twitter for Android

**409** Retweets  **77** Quote Tweets  **2,390** Likes

Tweet your reply                                    Reply

**Pln** @PaulineShv · Oct 21, 2020
Replying to @SeriesUpdateFR
@Steeveen_L !!

**Gaëlle SIMON** @GagaBlumen · Oct 21, 2020
Replying to @SeriesUpdateFR
J'en ai les larmes aux yeux! Si vous saviez à quel point j'aime cette série! 😭❤️👏
  1                                            7

**Mathieu** 🐲 @TaKaFut51 · Oct 21, 2020
Replying to @GagaBlumen and @SeriesUpdateFR
On est 2 best série ever 😍

**Nynon //** @Suprematie__ · Oct 21, 2020
Replying to @SeriesUpdateFR and @AntheaKhaleesi
@tenjoong3107 @70Gha LES VEUCHES DE ROBIN
  3

**Draculi** 🦇 @tenjoong3107 · Oct 21, 2020
Replying to @Suprematie__ @Kiwi0615 and 3 others
Mais ouiii ! Regardez ! ELLE EST TROP COOL PUNAISE



  3              5                16

Show replies

**N** @fkgpseudo · Oct 21, 2020
Replying to @SeriesUpdateFR
J'ai tellement hâte ! 😄

**Cindy**🦋 @CindyCqln · Oct 22, 2020
Replying to @SeriesUpdateFR and @4nnaTRNL
Alors je suis rendu à l'épisode 6 de la saison 1 🎉
                                               1

**Shego** 🍬 @Noble_sentiment · Oct 21, 2020
Replying to @SeriesUpdateFR
Dustin a chaque saison c'est une nouvelle casquette 😆

---

**Search Twitter**

**Relevant people**

**Infos Séries**
@SeriesUpdateFR                Follow
Bienvenue sur votre premier compte source français sur toutes vos séries, films et plateformes de streaming préférées. 🎬📺
seriesupdatefr@gmail.com

**What's happening**

FIFA World Cup · 5 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now – In theaters December 16
Promoted by Avatar

Celebrities · Trending
**Chris Evans**
Trending with Blueface

Trending in California
**Alexis Vega**
20.7K Tweets

Politics · Trending
**Catturd**
10.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

---

Perkowski Legal P.C.
@c_perkowski

← Tweet

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

**Dani Lagi** ⚡ **Strip Marvel**
@StripMarvel

Imágenes del set de 'LOKI'. ¿La rubia será Lady Loki o La Encantadora? O ninguna de ellas jaja 🤣

Translate Tweet



8:09 AM · Mar 4, 2020 · Twitter for iPhone

**85** Retweets   **4** Quote Tweets   **795** Likes

Tweet your reply          Reply

**Joni Deniz Campos** @jonee_dc · Mar 4, 2020
Replying to @StripMarvel
Yo creo que Lady Loki sería morena, para mantener el personaje lo más parecido, salvo las tetas 🙈

**Blog de Superhéroes #SpiderManNoWay...** @blogsu... · Mar 4, 2020
Replying to @StripMarvel
Yo que creo que al final va a ser una simple agente de la TVA...
♡ 1   ♡ 12

**(∴) LOKI** @SlytherinKvothe · Mar 4, 2020
Replying to @StripMarvel
Tiene pinta de Lady Loki 🖤🐍

**Oscar Tovias** @oscar_tovias · Mar 4, 2020
Replying to @StripMarvel
Morbius chsm
♡ 1

**Polen López** @FloryMariaforev · Mar 5, 2020
Replying to @StripMarvel
Desde cuando Loki es Arthur Fleck?

**cfernanh** @cfernanhermida · Mar 4, 2020
Replying to @StripMarvel
Tiene como una armadura pectoral un poco al estilo asgard
♡ 5

**luis medina** @VaniroxLuis · Mar 4, 2020
Replying to @StripMarvel
Y Ella es lady loki y la incrimina y es la villana de la serie algo como robar algún artefacto cósmico de otra realidad
♡ 1

**cristian camilo** @cristiancami278 · Mar 4, 2020
Replying to @VaniroxLuis and @StripMarvel
Me imagino cual seria la reaccion de Loki si ella resultara ser la mala.

Loki: Es increible que vivamos en un multiverso en el que uno nisiquiera puede confiar en si mismo.
♡ 1

**Joseba** @Joseball98 · Mar 4, 2020
Replying to @StripMarvel
Serán agentes de la TVA los q se están llevando??

**YikaroCK** @Yikaro_CK · Mar 5, 2020
Replying to @StripMarvel
Quién es Lady Loki?

**luis medina** @VaniroxLuis · Mar 4, 2020
Replying to @StripMarvel
Una pregunta será que Loki será al principio parte de la organización del tiempo lo digo porque es raro que no se disfrace de alguien si está infiltrado y si es parte de ellos comete un error y lo envían a prisión ni idea

**Oscar Jair Angarita** @oscar_lord · Mar 4, 2020
Replying to @StripMarvel
la encantadora seria la leche

**Ariel Lobato | #TheBatman** @ArielLobato8 · Mar 4, 2020
Replying to @StripMarvel
También se ve a Owen Wilson.

**Leicester** @Leicester1989 · Mar 4, 2020
Replying to @StripMarvel
Tio... Eso pinta a Loki agente de SHIELD

**Perkowski Legal P.C.** ...
@c_perkowski

**Relevant people**

**Dani Lagi** ⚡ **Strip Ma...**
@StripMarvel          Follow
Soy @Dani_Lagi de Strip Marvel en @youtube y @twitch autor de #ComoConocíAVuestraMarvel y el cómic #ElGuanteHaterDelInfinito
CONTACT: stripmarveltv@gmail.com

**What's happening**

FIFA World Cup · 2 hours ago
**England vs Iran**

Trending in United States
**Senegal**
Trending with #IFFainaBuc, England

YU-GI-OH! · Trending
**Mystic Mine**

Sports · Trending
**Charles Barkley**
4,000 Tweets

Trending in United States
**Mendy**
43.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

This Tweet is from a suspended account. Learn more

**John Henry Irons** @HenrySt979558 · Aug 10
Replying to @MarvelNews4u
I know Manny Montana is probably playing JogRm King. Parker Robbins cousin, but he would of been a better Hood in my opinion.

♡ 1    ⟳    ♡    ⬆

**Seyed Aalay Rasool** @AalaySeyed · Aug 9
Replying to @MarvelNews4u
Why does he looks like Doctor stranges ripped off version

♡    ⟳    ♡    ⬆

**Max Power** @DaGreatMaxPower · Aug 8
Replying to @MarvelNews4u
Bruh. Him with those tiny pistols next to that armor looks like child's play.

♡    ⟳    ♡ 4    ⬆

**Greg Anderson** @Greg_An · Sep 25
Replying to @DaGreatMaxPower
The guns are only a focus for his magical power blasts. The cloak also allows him invisibility for a limited time.

♡    ⟳    ♡    ⬆

**Elon Musk** @RealRentJay · Aug 8
Replying to @MarvelNews4u
Armor looks cool, if it was in iron man 1 or 2, idk man i really Wanna hype myself up but I thought the suit was gonna look more advanced and modern than Pepper Potts armor or at least to Starks Level of nanobot tech, she's appears in wakanda surely she got some advanced tech

♡ 6    ⟳    ♡ 4    ⬆

**Kara Sallow** @KaraSallow · Aug 8
Replying to @RealRentJay
This is (probably) her Mark-I or II armor. She'll get the sleeker Ironheart suit later, can pretty much guarantee it.

♡    ⟳    ♡ 9    ⬆

**Nitro** @KyleGowling · Aug 11
Replying to @MarvelNews4u
Little Red Riding Hood vs Ironheat. Coming to theatres near you.

♡    ⟳    ♡    ⬆

**Cinema Jacket🎬** @CinemaJacket · Aug 8
Replying to @MarvelNews4u
Nice suit, but there's no way they'd ever not cover it 100% with CG instead of use CG to enhance the practical. Those days are over.

♡    ⟳    ♡ 5    ⬆

**Blank** @Mister_Jay_Tee3 · Aug 8
Replying to @CinemaJacket
Idk what to tell you buddy. It looks the same to me practically wise



♡    ⟳    ♡ 16    ⬆

Show replies

**Ed Bondurant** @EdBondurant · Aug 9
Replying to @MarvelNews4u
@adamooore95

♡    ⟳    ♡ 1    ⬆

**Dale Moore** @dalemoore95 · Aug 9
Replying to @EdBondurant
Iron heart looks sick !!!

♡    ⟳    ♡ 1    ⬆

Show replies

**Arthur Denorfia Jr.** @ArthurDenorfia · Aug 10
Replying to @MarvelNews4u
If Hood appearing in the Ironheart TV series is true, who knows how long it will be before we see his infamous crime syndicate of supervillains that he had established after the Civil War storyline?

♡    ⟳    ♡    ⬆

**Matze Ahrens** @TheElectroBoy · Aug 9
Replying to @MarvelNews4u
awesome +3 +3 +3

♡    ⟳    ♡    ⬆

**─|━ I▇** @timishigh · Aug 9
Replying to @MarvelNews4u
That's that girl from that Capcom gameH

♡    ⟳    ♡    ⬆

**thehoopafella** @thehoopafella1 · Aug 12
Replying to @MarvelNews4u
the hood is good but him being in this show is a big mistake

♡    ⟳    ♡    ⬆

**Wynning** @WynnFabrizio · Aug 9
Replying to @MarvelNews4u
Bringing my lead favorite villain into live action this shows not winning any points for me

♡ 1    ⟳    ♡    ⬆

**MC Liked Wakanda Forever** @PTSD_barnum · Aug 9
Replying to @WynnFabrizio
Remember how the Guardians were basically unknown until Gunn popularised them?

♡ 1    ⟳    ♡    ⬆

Show replies

**Dominox** @Dominox23 · Aug 9
Replying to @MarvelNews4u
Finally, THE HOOD

♡    ⟳    ♡    ⬆

**Vlad St. Howler** @HowlerSt · Aug 10
Replying to @MarvelNews4u
She's young and just starting, therefore she's learning as she goes, same as Stark did. Not even Ford came out with today's tech for his first car creation. It evolved over time.

♡    ⟳    ♡    ⬆

**Jean Kalyx** @Kalyx_traD · Aug 8
Replying to @MarvelNews4u
Okay that armor looks wild.

♡    ⟳    ♡ 3    ⬆

**Thomas J. Noyola** @tnoyola83 · Aug 8
Replying to @MarvelNews4u
Was not excited for this but the suit is pretty sick, gonna have to check it out now.

♡    ⟳    ♡ 11    ⬆

**Yetibacca PEREZ** @aljudanaleez · Aug 9
Replying to @MarvelNews4u
Oh heck yeah

♡    ⟳    ♡    ⬆

← **Tweet**



**Ryan 'All Day News' Anderson**
@Ryans_Ramblings

· · ·

The 1st Look at the cast of The Suicide Squad!
#TheSuicideSquad #DCFilms #DCComics



2:36 PM · Oct 12, 2019 · Twitter for Android

**7** Retweets   **12** Likes

   Tweet your reply                                    Reply

🔍 Search Twitter

## Relevant people

 **Ryan 'All Day News' ...**    **Follow**
@Ryans_Ramblings

Founder, Host, and EIC of @TheNerdRagePod. As seen on @CBSThisMorning! Instagram: @RadRyGuy TikTok: @Ryans_Ramblings Casting Inquiries: NerdRagePod@gmail.com

## What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**



Music · Trending
**Billy Joel**
1,269 Tweets

Trending in United States
**Iran**
Trending with England, Wales

Trending in United States
**Schiff**
52.4K Tweets

Trending in United States
**#AMAs** 🏷️
Trending with soobin, Sabrina

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

 **Perkowski Legal P.C.**   ···
@c_perkowski

← **Tweet**



 **Clicky Sound**
@ClickySound

···

#latestnews Justin Bieber Rocks New Khaki Yeezy NSTLD Boots Day After Debut - clickysound.com/justin-bieber-... (POST_EXCERPT}

8:38 PM · Nov 6, 2021 · Clicky Sound

💬          🔁          ♡          ⬆️

 Tweet your reply                    Reply

## Relevant people

 **Clicky Sound**              Follow
@ClickySound

Photography at its Best!

## What's happening

NBA · LIVE
**Lakers at Suns**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Trending in California                    ···
**Costco**
5,615 Tweets

Business and finance · Trending
**Virginia Walmart**
9,098 Tweets

Trending in United States                    ···
**Erection**
15.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🔍 Search Twitter

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski                    ···

Case 2:22-cv-09462-DMG-ADS    Document 1-22    Filed 12/30/22    Page 20 of 101    Page ID #:2078

← **Tweet**

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Gerard Cortez
@SoyGerardCortez

···

Rihanna se une a la tendencia Scifi con este look a lo Matrix de Dior para ir al concierto de Jay-Z. So hot 🔥



4:25 PM · Dec 22, 2017 · Twitter for iPhone

**8** Retweets  **2** Quote Tweets  **48** Likes

Tweet your reply          **Reply**

**Panuchito** @FurtiStar · Dec 22, 2017
Replying to @SoyGerardCortez
Se ve tan rihanna del 2004. 🤔

♡ **1**

This Tweet is from a suspended account. Learn more

**Gerard Cortez** @SoyGerardCortez · Dec 22, 2017
Replying to @MoisesA51332590
A mi me encanta. Sexy.

**1**

### Relevant people

**Gerard Cortez**          **Follow**
@SoyGerardCortez
Periodista de moda y cultura pop. TV Host y guionista. Amarás mi YouTube. No binarie. Inmigrante. Contacto Gerardcortez@gmail.com (Él-he, ella-she, elle-they)

### What's happening

Television · LIVE
**Bachelor in Paradise airing on ABC**



#AvatarTheWayOfWater🧑
Get tickets now · In theaters December 16
📢 Promoted by Avatar

Trending in United States
**RIP Harold**

Trending in United States
**Hooters**
7,848 Tweets

Sports · Trending
**Stan Van Gundy**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

← **Tweet**



**Clicky Sound**
@ClickySound

···

clickysound.com/paris-jackson-...  Paris Jackson protests, Ludacris celebrates his daughter's graduation and more...



10:55 AM · Jun 2, 2020 · Clicky Sound

 Tweet your reply

Reply

## Relevant people

 **Clicky Sound**
@ClickySound

Follow

Photography at its Best!

## What's happening

NCAA Football · LIVE
**Illinois at Michigan**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Only on Twitter · Trending
**#万博体育**
1,993 Tweets

···

Trending in United States
**Harbaugh**
1,439 Tweets

···

NFL · Trending
**Peter Burns**

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Navigation sidebar

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
··· More

**Tweet**


**Perkowski Legal P.C.**
@c_perkowski
···

Search Twitter

https://twitter.com/ScreenMix/status/1307007399833595008 ___ et ___ 2022-11-21 01:12:56 -08:00 | Document 1-22 Filed 12/09/22 Page 22 of 101 Page ID #2980



← Tweet

🐦



Gerard Cortez
@SoyGerardCortez

¡Un outfit que no vimos anoche! Beyoncé se puso un Burberry hecho para ella por Riccardo Tisci para la fiesta post #GRAMMYs 🤩 ❤️

9:13 AM · Mar 15, 2021 · Twitter for iPhone

36 Retweets   12 Quote Tweets   665 Likes

Tweet your reply

Reply

Kley @kleyooto_ · Mar 15, 2021
Replying to @SoyGerardCortez
De verdad se está tapando la boca con la mano? Chamo...

Show replies

vito @victorgoosd · Mar 15, 2021
Replying to @SoyGerardCortez
serving

Mr. Cuyo @ChayInterian · Mar 15, 2021
Replying to @SoyGerardCortez
El IZ  trae el cubrebocas al revés jajaja, pero bueno cómo sea el sí lleva uno jejeje

Gerard 🇨🇴 @gerardbermon · Mar 15, 2021
Replying to @SoyGerardCortez
DIOS MÍO 🖤🤍💛🧡

bejeweled♥ ⍟ @Guadi_Gomez · Mar 15, 2021
Replying to @SoyGerardCortez
Que reinaaaa🥺😍😍

Saham @albertohenrejo1 · Mar 16, 2021
Replying to @SoyGerardCortez
Se ve muy gruesa, no le favorece

..Swexy_ .💐💐 @Sasa_Sonny_ · Mar 16, 2021
Replying to @albertohenrejo1 and @SoyGerardCortez
Te ves como un inútil comentando esto, creeme no te favorece

German Delgado @germandelgado · Mar 15, 2021
Replying to @SoyGerardCortez

GIF   ALT

La Abeja Negada Reina🐝🍯 @Ricardoo4 · Mar 15, 2021
Replying to @SoyGerardCortez
Riccardo Tisci adora Rey, literal es como una musa para él

Roo Muñoz @RodrigoMMtz · Mar 15, 2021
Replying to @SoyGerardCortez
Por? No se si sea la foto pero no me gusta nadital!!

RACHI @Jorge_Rachatlh · Mar 15, 2021
Replying to @SoyGerardCortez
el jay 2 @sc con hoodie, el tan básico el

cz01 @ee01cc · Mar 15, 2021
Replying to @SoyGerardCortez
Mk osea, ESTA MUYYY LINDA ❤️😍❤️

Maky Pollorena (She/Her/Ella) @its_Maky_Bitch · Mar 15, 2021
Replying to @SoyGerardCortez
No puedo con los zapatos tan horribles

Daddy 😈 @CardoZizo · Mar 15, 2021
Replying to @its_Maky_Bitch and @SoyGerardCortez
Esa foto me hizo extrañar a Joan Rivers

Show replies

Marcia @BenFerMarci · Mar 15, 2021
Replying to @SoyGerardCortez
Not feeling it

Lamoralla @MolinaAvelar · Mar 15, 2021
Replying to @SoyGerardCortez
Ya tiene cuerpo de Kardashian... que bonito vestido.. guapa ella

@IAHunter_VR · Mar 15, 2021
Replying to @MolinaAvelar
@IAHunter_VR's account is temporarily unavailable because it violates the Twitter Media Policy. Learn more.

andariego @muhkxchichina · Mar 15, 2021
Replying to @SoyGerardCortez
no esto jdjsks

Relevant people

Gerard Cortez
@SoyGerardCortez
Follow
Periodista de moda y cultura pop. TV
Host y guionista. Amarás mi YouTube.
No binarie. Inmigrante. Contacto:
Gerardcortez@gmail.com (El·he, ella·
she, elle·they)

What's happening

FIFA World Cup · LIVE
USA vs Wales



Trending in United States
USA USA USA
421K Tweets

Entertainment · Trending
Julia Fox
4,421 Tweets

Music · Trending
Ciara
10.2K Tweets

Trending in United States
Vamos USA

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C. ···
@c_perkowski



← **Tweet**

**Robert Littal BSO** ✓
@BSO

Details on Dr. Dre Dating "Love and Hip-Hop: Hollywood" Star and Omarion's Baby Mama, Apryl Jones; Dre's Wife Nicole Young is Trying to Interview His Alleged Mistresses to Help Break Her Prenup Because She Can't Live Off $300k a Month (Pics-IG)

bit.ly/2LKovTS



3:39 PM · Feb 11, 2021 · BSO Alert

1 Retweet   5 Likes

Tweet your reply                                    Reply



**Lone Lee©** @G2thAdon · Feb 11, 2021
Replying to @BSO
Lol wasn't on my 2021 bingo card

**Relevant people**

**Robert Littal BSO** ✓   Follow
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**What's happening**

FIFA World Cup · 2 hours ago
Argentina vs Saudi Arabia

#AvatarTheWayOfWater
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in United States
**Died Suddenly**
103K Tweets

Trending in United States
#السعودية_الأرجنتين
1.21M Tweets

Trending in United States
**Argentina**
Trending with #FIFAWorldCup 🏆 , Herve Renard

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

← Tweet

🐦

**BEYONCÉ LEGION**
@Bey_Legion

Beyoncé leaving the 2021 #GRAMMYs 💃 and heading to a restaurant in Beverly Hills — Mar. 14th.



2:34 AM · Mar 15, 2021 · TweetDeck

**1,806** Retweets   **454** Quote Tweets   **15.2K** Likes

💬               🔁               ♡               ⬆️

💬 Tweet your reply                          Reply

M² 🎗 @Beyxus81 · Mar 15, 2021
Replying to @Bey_Legion and @Bey_Legion
WOW
💬               🔁               ♡               ⬆️

shereelee21 @LennardSbkohuf · Mar 15, 2021
Replying to @Bey_Legion
Congrats and to her daughter too xxx
💬               🔁               ♡               ⬆️

YOLANDA PARODY ❌ @yolanda_parody · Mar 15, 2021
Replying to @Bey_Legion
💬 1               🔁               ♡ 16               ⬆️

Keli @ClassActKelz · Mar 15, 2021
Replying to @yolanda_parody and @Bey_Legion
They laughed
💬               🔁               ♡ 2               ⬆️

Joel4Realll @Joel4Realll · Mar 15, 2021
Replying to @Bey_Legion
A whole wig change 👏🏾
💬               🔁               ♡ 4               ⬆️

Davalyn 💜 @ibrahae_carter5 · Mar 15, 2021
Replying to @Bey_Legion
How did she have time to change!?!

▶️

💬 3               🔁               ♡ 200               ⬆️

Schrödinger's Timeline @GrawldxEpitome · Mar 15, 2021
Replying to @ibrahae_carter5 and @Bey_Legion
The clothes and the hair 🤔
💬               🔁               ♡               ⬆️

riri the pfizered merman🧜 @prlincejava · Mar 15, 2021
Replying to @Bey_Legion and @Bey_Legion
c'mon wig.
💬               🔁               ♡ 1               ⬆️

delusional af. @lookshe_ · Mar 15, 2021
Replying to @Bey_Legion

💬               🔁               ♡               ⬆️

NdidiKivie. @AsemahleMak · Mar 15, 2021
Replying to @Bey_Legion
That outfit is a NO
💬 1               🔁               ♡               ⬆️

fried shrimp @a_fasaad · Mar 15, 2021
Replying to @Bey_Legion
I need to know the name of the person responsible for those shoes.
💬 1               🔁               ♡ 15               ⬆️

Dead fresh to the tee eatin chicken wa... @krystan... · Mar 15, 2021
Replying to @a_fasaad and @Bey_Legion
Right because they sold those at Journeys back in 1998.
💬 1               🔁               ♡ 9               ⬆️

fueledbyonce @FUELEDBYYONCE · Mar 15, 2021
Replying to @Bey_Legion
Woman wear a mask
💬 1               🔁               ♡ 17               ⬆️

tiido @EliiD · Mar 15, 2021
Replying to @FUELEDBYYONCE @kimchive and @Bey_Legion
Ain't that a face shield on her?
💬 2               🔁               ♡ 4               ⬆️

🇳🇬🔥KYOUNGKINGEN @BROOKLYNSTAR211 · Mar 15, 2021
Replying to @Bey_Legion and @GenniGEN3
Who cares about  these  people  who  sold  their  souls  to  be  famous
💬               🔁               ♡ 1               ⬆️

David @Stat_David2020 · Mar 16, 2021
Replying to @Bey_Legion
Congratulations Beyonce
💬 1               🔁               ♡ 1               ⬆️

Wonderland @aweeeesomee_ · Mar 15, 2021
Replying to @Bey_Legion
YAS MAM. SHE GOIN OUT FOR CELEBRATE HER SUCCESS
💬               🔁               ♡ 15               ⬆️

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

**Relevant people**

BEYONCÉ LEGION                    Follow
@Bey_Legion
.@BeyLegion's secondary account.
*#RENAISSANCE* available now:
apple.co/3xDZm1x | inquiries
beyoncelegion@gmail.com

**What's happening**

FIFA World Cup · 4 hours ago
**Mexico vs Poland**

#AvatarTheWayOfWater🌊
Get tickets now — In theaters December 16
📣 Promoted by Avatar

Celebrities · Trending                    ···
**Tom Hanks**
7,140 Tweets

Trending in United States                 ···
**Giroud**
Trending with France, Australia

Sports · Trending                         ···
**Chris Mack**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2022 Twitter, Inc.

← **Tweet**



**Mundo Geek**
@MundoGeekOF1                                        ...

# VAZOU O UNIFORME DO SHAZAM

#Shazam ⚡
#Shazam2 ⚡



2:10 PM · Jun 3, 2021 · Twitter for Android

**1** Retweet   **1** Like

    💬            ⟲            ♡            ↑

 Tweet your reply                    **Reply**

---

🔍 Search Twitter

## Relevant people

 **Mundo Geek**           **Follow**
@MundoGeekOF1

Página com todas as últimas
novidades do cinema, quadrinhos,
games, animes, mangás, livros e
algumas opiniões e textões. Gamertag:
batnathan999

## What's happening

NFL · Yesterday
**Lions at Giants**



Trending in United States
**UCLA**
11.5K Tweets

Trending in United States
**Bob Iger**
Trending with  Disney, Chapek

Music · Trending
**Lionel Richie**
3,857 Tweets

Adult animation · Trending
**#RickAndMorty** 👾
1,643 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

 **Perkowski Legal P.C.**   ...
@c_perkowski

← **Tweet**

🔍 Search Twitter

- Home
- Explore
- Notifications **1**
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

**TeamKanyeDaily**
@TeamKanyeDaily  •••

👕: Haider Ackermann Floral Embroidered Sweatshirt
👖: Prada Nylon Gabardine Trousers
👟: Unreleased Yeezy Foam Runner



9:08 AM · Jan 19, 2020 · Twitter for iPhone

**37** Retweets  **10** Quote Tweets  **601** Likes

💬   🔁   ♡   ⬆️

**Perkowski Legal P.C.** •••
@c_perkowski

P  Tweet your reply                     **Reply**

**ltfogs** 🇩🇰 @ltfogs · Jan 19, 2020  •••
Replying to @TeamKanyeDaily
Loving his haider ackermann lately
💬 1   🔁   ♡ 4   ⬆️

**TeamKanyeDaily** @TeamKanyeDaily · Jan 19, 2020  •••
Replying to @ltfogs
Yup
💬   🔁   ♡ 2   ⬆️

**Christopher Kotrucz** @Chris_Kotrucz · Jan 19, 2020  •••
Replying to @TeamKanyeDaily
Looking decent lately
💬   🔁   ♡   ⬆️

**🏴‍☠️jacob🏴‍☠️** @jacobification · Jan 19, 2020  •••
Replying to @TeamKanyeDaily
why he look 4 inches tall
💬   🔁   ♡   ⬆️

This Tweet was deleted by the Tweet author. Learn more

**im chris** @feelinglikeoil · Jan 19, 2020  •••
Replying to @antseeghost and @TeamKanyeDaily
He's always worn other stuff
💬   🔁   ♡ 4   ⬆️

**Relevant people**



**TeamKanyeDaily**
@TeamKanyeDaily   **Follow**
Updates on all things Kanye West.
teamkanyedaily@gmail.com

**What's happening**

Television · 2 minutes ago
**Bachelor in Paradise airing on ABC**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
**RIP Harold**   •••

Sports · Trending
**Manchester United**   •••
345K Tweets

Politics · Trending
**Epstein**   •••
33.1K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

__ https://twitter.com/ClickySound/status/1265997293469216768 __ at __ 2022-11-19 18:30:12 -0800 __

← **Tweet**

**Clicky Sound**
@ClickySound  · · ·

[clickysound.com/megan-fox-spot...](clickysound.com/megan-fox-spot...)  Megan Fox was just spotted out in public for the first time since news of her split from Brian Austin Green brok...



6:24 AM · May 28, 2020 · Clicky Sound

 Tweet your reply    Reply

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski  · · ·

Search Twitter

**Relevant people**

**Clicky Sound**
@ClickySound    Follow
Photography at its Best!

**What's happening**

Formula 1 · Starts tomorrow
**Abu Dhabi Grand Prix 2022**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States   · · ·
**HE'S BACK**
109K Tweets

Music · Trending   · · ·

__ https://twitter.com/tvoyi_muziki/status/1235291627361493774 __ et __ 2022-11-22 18:03:28 -0800

← **Thread**

**Твои Мужики|| TM COMICS**
@tvoyi_muziki

По дороге, летним днём,
Нанана-нанана
Шли обнявшись под дождём
Нанананана
Ослик, Суслик, Паукан
Нанана-нанана
И-и-и-и-и...МОКРЕНЬКИЙ ЛОКИ



11:50 AM · Mar 4, 2020 · Twitter for iPhone

**27** Retweets   **2** Quote Tweets   **776** Likes

Tweet your reply                                    Reply

**Твои Мужики|| TM COMICS** @tvoyi_muziki · Mar 4, 2020
Replying to @tvoyi_muziki
Админ долбаеб, отписывайтесь
💬 2          ♡ 135

**nat** @aerixspace · Mar 4, 2020
Replying to @tvoyi_muziki
ДРЕВНЕЙШЕЕ ЗЛО ПРОБУДИЛОСЬ
💬          ♡ 8

**schismatic.** @typesoftobacco · Mar 5, 2020
Replying to @tvoyi_muziki
Паукан - это Мориарти? 😂
💬          ♡ 2

---

**Home**
**Explore**
**Notifications** 1
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

**Search Twitter**

**Relevant people**

**Твои Мужики|| TM C...** Follow
@tvoyi_muziki
Пишем несмешные шутки по фандомам и сценарии в стол. А вообще, мы паблик, если чё. // My baby @tm__comics

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
📢 Promoted by Avatar

Trending in United States
**RIP Harold**                     ⋯

Trending in United States
**Hooters**                        ⋯
7,690 Tweets

Fashion & beauty · Trending
**Balenciaga**                     ⋯
62.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.



__ https://twitter.com/foochia/status/1384114559124865025 __ at __ 2022-11-22 13:36:08 -08:00 __

# Tweet

 **Foochia - فوشيا** ☑
@foochia

· · ·

إطلالة "خارجة عن المألوف" للمغني الكندي جاستن بيبر في
لوس أنجلوس برفقة زوجته هايلي بالدوين.. ما رأيك؟

#فوشيا #جاستن_بيبر #مشاهير_هوليوود #Justinbeiber
#hollywoodstars

Translate Tweet



5:00 AM · Apr 19, 2021 · Twitter Media Studio

**2** Retweets   **2** Likes

💬            ⇄            ♡            ⬆️

 Tweet your reply                    Reply

---

Q Search Twitter

**Relevant people**

 **Foochia - فوشيا** ☑        Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

**What's happening**

FIFA World Cup · 3 hours ago
Mexico vs Poland

## Twitter sidebar navigation

🐦

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

**Perkowski Legal P.C.** · · ·
@c_perkowski

__ https://twitter.com/soygerardcortez/status/1071232561605722118 __ at __ 2022-11-22 17:35:41 -08:00 __

← **Tweet**



**Gerard Cortez**
@SoyGerardCortez

· · ·

Blake Lively saliendo del show #metiersdart @CHANEL 🖤 Sueño que es un episodio en el que le quita la silla en el front row a Blair 🤣



6:38 PM · Dec 7, 2018 · Twitter for iPhone

**9** Retweets   **63** Likes

💬   ⟲   ♡   ⬆

Ⓟ  Tweet your reply          Reply

🔍  Search Twitter

**Relevant people**

  **Gerard Cortez**   Follow
@SoyGerardCortez
Periodista de moda y cultura pop. TV Host y guionista. Amarás mi YouTube. No binarie. Inmigrante. Contacto Gerardcortez@gmail.com (Él-he, ella-she, elle-they)

  **CHANEL** ✔   Follow
@CHANEL
⊘ Official
'CHANEL is above all a style. Fashion passes, style remains.' Gabrielle Chanel

**What's happening**

Television · LIVE
**Bachelor in Paradise airing on ABC**        

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Celebrities · Trending                    · · ·
**Tom Hanks**
10.2K Tweets

Sports · Trending                         · · ·
**Ronaldo**
Trending with Glazers

Entertainment · Trending                  · · ·
**Jane Lynch**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

🐦

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

Tweet



https://twitter.com/RedOneUpdates/status/1588584509439500290 __et __2022-11-22 23:37:16 -05:00

22-cv-09462-DMG-ADS    Document 1-22    Filed 12/30/22    Page 33 of 101    Page ID #:2091

← Thread



···  **Red One Updates**
@RedOneUpdates

Chris Evans on the set of 'Red One' yesterday! (via thetrashstache on Tumblr)

10:30 AM · Nov 4, 2022 · Twitter for iPhone

**78** Retweets  **13** Quote Tweets  **754** Likes

···  **Red One Updates** @RedOneUpdates · Nov 4
Replying to @RedOneUpdates
(via luvinchris on Tumblr)

♡ 1    ⇄ 19    ♡ 107

···  **John Onnembo** @JohnOnnembo · Nov 4
Replying to @RedOneUpdates
He looks like Star-Lord in this pic.

···  **Cláudia Sousa** @CludiaS98694322 · Nov 5
Replying to @RedOneUpdates
Good morning my beautiful success always

···  **CelenaB** @CelenaB14 · Nov 6
Replying to @RedOneUpdates
Just keeps looking so sad in these picks. I'm hoping that's only in line with the character he's playing.

···  **Joan** @joans3627 · Nov 4
Replying to @RedOneUpdates
Thanks 🥰💕

---

🔍 Search Twitter

**Relevant people**

  **Red One Updates**
@RedOneUpdates    **Follow**
Update Account for @AmazonStudios'
Red One, an action-adventure holiday
film starring Dwayne Johnson, Chris
Evans, Kiernan Shipka, and Lucy Liu.

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
📽 Promoted by Avatar

Trending in California
**Costco**
6,103 Tweets

Trending in United States
**Erection**
21.1K Tweets

News · Trending
**Tucker Carlson**
44.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
··· More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski  ···

\_\_ https://twitter.com/AndyVermaut/status/1402313254064443394 \_\_ at \_\_ 2022-11-22 21:23:45 -08:00 \_\_

← **Tweet**



**Andy Vermaut**
@AndyVermaut

· · ·

## Kourtney Kardashian Raises Eyebrows With Photo of Travis Barker's Blood eonline.com/news/1277712/k...



10:15 AM · Jun 8, 2021 · dlvr.it

♡        ⟲        ♡        ⬆

 Tweet your reply                    Reply

---

**Relevant people**

**Andy Vermaut**
@AndyVermaut                    Follow

Linked to WCPDCD, EADM,
POSTVERSA, AIDL, EUtoday, ActNow

---

 **Perkowski Legal P.C.**
@c_perkowski    · · ·

← **Tweet**

**Elena** 🥳
@Elena09766                                      ...

#RedOne
#DwayneJohnson #ChrisEvans

Red One                    Hot One



1:44 AM · Oct 14, 2022 · Twitter for Android

**14** Retweets    **115** Likes

V **@V64086568 · Oct 14**
Replying to @Elena09766
I prefer how Chris is dressed.  Dwayne can have all the red suits he wants!
😂😂

♡ 1

**María Insaurralde** @MaraInsaurrald7 · Oct 17
Replying to @Elena09766 and @AFansMind
❤️❤️❤️

---

**Relevant people**

**Elena** 🥳                          Follow
@Elena09766
Part-time worker, full-time mom and
wife💕 May the force../ I love cinema
🎬/ #TeamEvans

**What's happening**

FIFA World Cup · Earlier today
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
◻ Promoted by Avatar

Trending in United States
**Erection**
19.4K Tweets

Trending in California
**Costco**
5,991 Tweets

Celebrities · Trending
**Denzel Washington**
2,125 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Tweet your reply                          Reply

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/AboutHerOFCL/status/1230409332912721920 __ at __ 2022-11-21 18:05:19 -0800 __

← **Tweet**



**About Her** ✔
@AboutHerOFCL

...

**#LookOfTheDay**: Hailey Rhode Bieber in Beverley Hills.



12:30 AM · Feb 20, 2020 · Buffer

**1** Like

 

 Tweet your reply    Reply

---

Q Search Twitter

**Relevant people**

 **About Her** ✔
@AboutHerOFCL    Follow

Inside untapped territory: Pulling back the curtain on Arab women who are defining cultural trends now.
#AboutHer

**What's happening**

NFL · LIVE
**49ers at Cardinals**



Trending in United States
**Died Suddenly**
43.3K Tweets

---

**Perkowski Legal P.C.**
@c_perkowski    ...

**Home**

**#** Explore

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**







https://twitter.com/vishmidia/status/1552696767153684480 __et __ 2022-11-21 20:28:13 -0800
Case 1:22-cv-09462-DMG-ADS    Document 1-22    Filed 12/30/22    Page 40 of 101    Page ID
#:2098



← **Tweet**

ViSH Midia 🇧🇷
@vishmidia    ···

Frank Ocean dando aquele rolê de bike em Nova York
🚲📸
Translate Tweet



9:45 AM · Jul 28, 2022 · Twitter for iPhone

**29** Retweets  **31** Quote Tweets  **755** Likes

Perkowski Legal P.C.
@c_perkowski    ···



💬          ⟲          ♡          ⬆

Ⓟ  Tweet your reply                    Reply

ATK @camelque · Jul 28
Replying to @vishmidia
a bike de 5k de dolares 😭

💬 1          ⟲          ♡          ⬆

manu do sus ⭐ @manucw_ · Jul 28
Replying to @vishmidia
@gilvill4r ele eh como nos!!!!!

💬          ⟲          ♡          ⬆

REALSLIME 🦎 @ogteteuzz · Jul 28
Replying to @vishmidia
soltar álbum que é bom 🔴

💬          ⟲          ♡          ⬆

tiago ☸ @tiago2000__ · Jul 28
Replying to @vishmidia
biking

💬          ⟲          ♡          ⬆

Show more replies

---

🔍 Search Twitter

**Relevant people**

ViSH Midia 🇧🇷
@vishmidia                    Follow
Site de conteúdo subversivo | +
@vishsports Contato:
contato@vishmidia.com.br

**What's happening**

Television · 26 minutes ago
WWE Monday Night RAW airing
on USA

Entertainment · Trending
**Died Suddenly**
58.4K Tweets

Sports · Trending
**Jason Robertson**

Sports · Trending
**John Wall**
1,541 Tweets

Trending in United States
**Chrisley**
20.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🐦
🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
▤ Lists
👤 Profile
⊙ More

**Tweet**



— https://twitter.com/damieforever48/status/1556156117436305410 — at — 2022-11-19 12:19:18 -08:00

← **Tweet**



**Daki_Jamie** 🖤
@damieforever48

New pics of Dakota on the set of Madame Web in Boston, Massachusetts (Via @dakotajohnsonpt) ❤️
#DakotaJohnson





10:51 PM · Aug 6, 2022 · Twitter for Android

**8** Retweets    **28** Likes

Tweet your reply                                     **Reply**

**Dumas Françoise** @DumasFranoise5 · Aug 6
Replying to @damieforever48 and @dakotajohnsonpt
Madame DoRNAN est très heureuse sur ce tournage



Perkowski Legal P.C.
@c_perkowski

## Search Twitter

**Relevant people**



**Daki_Jamie** 🖤
@damieforever48                                     **Follow**

Fan Account Jamie Dornan e Dakota Johnson

**Dakota Johnson P...** ✓
@dakotajohnsonpt                                    **Follow**

A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷: @DJPTMidias | Fã-Clube.

**What's happening**

NCAA Football · LIVE
**TCU at Baylor**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Sports · Trending
**Dave Aranda**

Sports · Trending
**Wow TCU**
1,420 Tweets

Sports · Trending
**Sonny Dykes**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

https://twitter.com/hotcelebspicss/status/1421150041679540228 __ et __ 2022-11-22 11:40:43 -08:00



**Tweet**

Hot Celebs
@HotCelebsPicss

···

# Alexandra Daddario 😍



9:45 AM · Jul 30, 2021 · Twitter for Android

**55** Retweets  **2** Quote Tweets  **441** Likes

---

Carlos @rizmydiz · Jul 30, 2021
Replying to @HotCelebsPicss
They said the golf ball was right here?

---



Perkowski Legal P.C.
@c_perkowski
···

---

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

---

Search Twitter 

## Relevant people

Hot Celebs
@HotCelebsPicss    Follow

Hot Celebs Pics - DMs are open (no wankchat) - IM A GUY - #NSFW [EN/FR]

## What's happening

FIFA World Cup · 1 hour ago
**Mexico vs Poland**



#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
📷 Promoted by Avatar

Trending in United States
**Ochoa**
Trending with Australia, Rabiot

Trending in United States
**WBTV**
1,263 Tweets

Trending in California
**Mexico City**
20.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/creamorscream/status/1388513584464694307       22-cv-09462-DMG-ADS   Document 1-22   Filed 12/30/22   Page 44 of 101   Page ID
F-2333                                        #:2332

← Tweet



Bishop
@BlindWanda

The way Marvel's delivering on the comic suits for
Hawkeye, Ms. Marvel, and Spider-Man 😍



8:20 AM · May 1, 2021 · Twitter Web App

**82** Retweets   **5** Quote Tweets   **740** Likes

### Relevant people

Bishop
@BlindWanda                          Follow
Lover of Marvel, DC, Star Wars,
Comics, Hailee Steinfeld, BLACKPINK,
and many other things 🏳️‍🌈

### What's happening

NBA · LIVE
Lakers at Suns

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
Erection
13.9K Tweets

Trending in California
Costco
5,437 Tweets

Sports · Trending
#LALvsPHX

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

Tweet your reply                                    Reply

MARVEL IS BACK!!! 🐝🧡🤍💙 @BlueBoy8000 · May 1, 2021
Replying to @BlindWanda and @CreamOrScream
That's an extremely comics accurate variety and as a #MARVEL fan i couldn't
be happier!! But you know: Grace R "all MCU suits look the same"😤

Fabiola-ja-ja ● @Desenfrenarmie · May 1, 2021
Replying to @BlindWanda and @CreamOrScream
Hawkeye

Clint & Kate

Perkowski Legal P.C.   ···
@c_perkowski

⃝ 1        ⟲ 1        ♡ 1        ⬆

2 Dogs And A Dingo · @DennisJayThomp1 · May 1, 2021
Replying to @Desenfrenarmie and @CreamOrScream
I KNOW RIGHT

⃝ 1        ⟲        ♡        ⬆

Show replies

Hydronic (4-3) @Guilhel38630781 · May 1, 2021
Replying to @BlindWanda and @CreamOrScream

⃝ 1        ⟲        ♡ 6        ⬆

Lil Talent @IsaacGrah13 · May 1, 2021
Replying to @Guilhel38630781 and @CreamOrScream
Is this teasing Yelena becoming Ronin? 🤔

⃝        ⟲        ♡ 1        ⬆

Danny Humes @DannyHumesS · May 1, 2021
Replying to @BlindWanda and @CreamOrScream
Thay are brilliant at bringing comic books heroes to life like  Wonder
Wonder Vision and Falcon/CAPTAIN AMERICA

⃝        ⟲ 1        ♡        ⬆

TuChelsea @Bit1905 · May 1, 2021
Replying to @BlindWanda and @CreamOrScream
That Spider-Man suit is hideous

⃝ 2        ⟲        ♡ 2        ⬆

average freedom enjoyer @playboidan529 · May 1, 2021
Replying to @Bit1905 and @CreamOrScream
Nah not even comic accurate. Needs to go back to the blue and red. Black
and red sucks

⃝ 2        ⟲        ♡ 1        ⬆

Show replies

This Tweet was deleted by the Tweet author. Learn more

Terrell Thaddies @TerrellThaddie1 · May 1, 2021
And the CGI applied to the suit isn't bad especially when the suits are more
tech savvy

⃝        ⟲        ♡        ⬆

← **Thread**

🎞️
@filmsbydelrey ···

Dakota with her best friend Addison Timlin and her goddaughter Ezer in Los Angeles yesterday 😍



2:14 PM · Nov 25, 2019 · Twitter Web App

2 Likes

💬           🔁           ♡           ⬆️

🎞️  Tweet your reply                         Reply

🎞️ @filmsbydelrey · Nov 25, 2019 ···
Replying to @filmsbydelrey
Dakota & Ezer 😍😍😍😍😍 So cuteee



💬           🔁           ♡           ⬆️

Perkowski Legal P.C.
@c_perkowski


Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Search Twitter

**Relevant people**

🎞️
@filmsbydelrey       Follow
multifandom ✧ˎˊ˗

**What's happening**

Television · 1 hour ago
Saturday Night Live airing on NBC

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
📣 Promoted by Uber

Trending in United States
Blocked
127K Tweets

Sports · Trending
#AEWFullGear
Trending with Regal, Moxley

Sports · Trending
Pasadena
1,534 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/coolcrushes/status/1459480145073512451 __ at __ 2022-11-22 03:54:53 -08:00 __

← **Tweet**



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.**   ...
@c_perkowski



# Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← **Tweet**



**Film News** ❄
@filmnewsPL

···

Dakota Johnson na planie filmu #MadameWeb



3:41 PM · Aug 6, 2022 · Twitter for Android

22 Retweets   1 Quote Tweet   112 Likes

      ♡   ↥

 Tweet your reply                    Reply

Search Twitter

**Relevant people**

 **Film News** ❄
@filmnewsPL                    Follow

🎬 najnowsze wiadomości filmowe - kino polskie i zagraniczne, popularne i niezależne 🎟 kontakt: filmnewspl@gmail.com

**What's happening**

Sports · LIVE
**2022 FIFA World Cup**


#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
📦 Promoted by Avatar

Business and finance · Trending
**Chesapeake**
3,579 Tweets   ···

Entertainment · Trending
**Marvel**
91.8K Tweets   ···

Trending in United States
**#GenshinSpecialProgram**
11.9K Tweets   ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski   ···

https://twitter.com/Ryans_Ramblings/status/1400551783093571592 __ at __ 2022-11-20 14:01:55 -08:00

← **Tweet**

 Ryan 'All Day News' Anderson
@Ryans_Ramblings

The new Shazam suit is ⚡
#Shazam2 ⚡ #DCFilms #DCComics



1:35 PM · Jun 3, 2021 · Twitter for Android

**5** Retweets   **25** Likes

💬                    ⟲                    ♡                    ⬆️

 Tweet your reply                    Reply

---

**Relevant people**

 Ryan 'All Day News' ...    **Follow**
@Ryans_Ramblings

Founder, Host, and EIC of
@TheNerdRagePod. As seen on
@CBSThisMorning! Instagram:
@RadRyGuy TikTok:
@Ryans_Ramblings Casting Inquiries:
NerdRagePod@gmail.com

**What's happening**

NFL · LIVE
**Cowboys at Vikings**    

#Disenchanted 🧝 

---

**Search Twitter**

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⚫ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

_https://twitter.com/Info_DJJD/status/1092998472469483521___at__2022-11-20 22:07:17 -08:00

← **Thread**

**Central Dakota Johnson & Jamie Dornan** @Info_DJJD · Feb 5, 2019
Dakota foi fotografada saindo do Alfreed's Coffee ontem (05/02) em West Hollywood! #DakotaJohnson



Dakota Johnson Brasil

💬 1     🔁 3     ♡ 5

**Central Dakota Johnson & Jamie Dornan**
@Info_DJJD

Mais fotos de Dakota saindo do Alfreed's Coffee ontem (05/02) em West Hollywood! (2) #DakotaJohnson

🐾 Dakota Johnson Brasil

8:08 PM · Feb 5, 2019 · Twitter for Android

**2** Retweets **3** Likes

💬     🔁     ♡     ⬆️

Tweet your reply     **Reply**

**Central Dakota Johnson & Jamie Dornan** @Info_DJJD · Feb 5, 2019
Replying to @Info_DJJD
Mais fotos de Dakota saindo do Alfreed's Coffee ontem (05/02) em West Hollywood! (3) #DakotaJohnson

Dakota Johnson Brasil

💬 1     🔁 2     ♡ 4

**Central Dakota Johnson & Jamie Dornan** @Info_DJJD · Feb 5, 2019
Mais fotos de Dakota saindo do Alfreed's Coffee ontem (05/02) em West Hollywood! (4) #DakotaJohnson

Dakota Johnson Brasil

💬     🔁 2     ♡ 5

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Perkowski Legal P.C.
@c_perkowski

Search Twitter



**Relevant people**

**Central Dakota Johns...** Follow
@Info_DJJD
I Love Dakota Johnson and Jamie Dornan. ❤️ (Fan Account)

**Dakota Johnson Brasil** Follow
@DakotaJBRA
Sua primeira, maior e melhor fonte sobre a atriz e produtora Dakota Johnson no Brasil. E-mail para contato: contato@dakotajohnsonbrasil.com

**What's happening**

NFL · 1 hour ago
**Chiefs at Chargers**

#Disenchanted 🍿
Original movie now streaming
Promoted by Disney+

Trending in United States
**#AMAs** 🏆
Trending with soobin, yeonjun

Trending in California
**Dodger Stadium**
11.4K Tweets

Trending in United States
**UCLA**
13.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/altapeli/status/1195451363762806784 __ at __ 2022-11-20 20:44:12 -08:00 __

← **Tweet**

**AP** ✓
@altapeli

Sebastian Stan vuelve a ser Bucky. Imágenes desde el set de la serie #TheFalconAndTheWinterSoldier



1:19 PM · Nov 15, 2019 · Twitter for Android

**5** Retweets  **24** Likes

Tweet your reply

Reply

Q Search Twitter

**Relevant people**

**AP** ✓
@altapeli

Follow

Cuenta oficial de AltaPeli.com - Cine / Series / Críticas / Noticias / Videojuegos

**What's happening**

NCAA Men's Basketball · Earlier today
**Explorers at Hoyas**

**#Disenchanted** 🎬
Original movie now streaming
◼ Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, Disney

Trending in United States
**#dantherizzler**
1,093 Tweets

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/weloveharry_1dx/status/1323791206216859656 __ at __ 2022-11-22 15:19:39 -08:00 __

← **Tweet**

**katie** 
@weloveharry_1Dx                                    ...





katie 🙌 @weloveharry_1Dx · Nov 3, 2020
that one strand of harry's hair: i refuse to be contained

4:56 PM · Nov 3, 2020 · Twitter for iPhone

**7** Likes

Tweet your reply                                    Reply

## Relevant people

**katie** 
@weloveharry_1Dx            Follow
jack's housewife

## What's happening

FIFA World Cup · 5 hours ago
Mexico vs Poland

### Left sidebar

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

**Movie Crazy Planet** 🎬🍿🎥
@MovieCrazyP                                              ...

📸💥 PAPARAZZI 💥📸

¡Jennifer Lopez y Ben Affleck rumbo a una estación de esquí en Montana!

👤 jlo and Ben Affleck

4:00 PM · May 11, 2021 · Twitter for Android

**2** Likes

💬          🔁          ♡          ⬆️

Ⓟ   Tweet your reply                                    Reply

## Left sidebar

🐦

🏠 Home

# Explore

🔔 Notifications ①

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**



Ⓟ   Perkowski Legal P.C.   ...
@c_perkowski

## Right sidebar

🔍 Search Twitter

### Relevant people

Movie Crazy Planet ...    **Follow**
@MovieCrazyP
💥 Noticias, tráilers, pósters, los estrenos más recientes de cine, series y televisión. 💥 Síguenos y activa la 🔔 moviecrazyplanet@gmail.com ✉️

jlo ✓                        **Follow**
@JLo
Celebrating #20yearsofTHISISMETHEN ✨

Ben Affleck ✓              **Follow**
@BenAffleck
Actor, Writer, Director & Producer @PearlStreet Films @EasternCongo Initiative

### What's happening

Television · 34 minutes ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States
**HE'S BACK**
Trending with Welcome Back

Trending in California
**HELL NO**
45.5K Tweets

Music · Trending
**Elton John**
4,719 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/SNEAKPEEKCA/status/1064956574408390801 — et — 2022-11-21 02:38:43 -08:00 —

← Tweet



SneakPeek
@SNEAKPEEKCA

···

sneakpeek.ca/2018/11/georgi...



11:00 AM · Nov 20, 2018 · Twitter Web Client

1 Retweet

 Tweet your reply

Reply

Perkowski Legal P.C.
@c_perkowski
···

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

🔍 Search Twitter

Relevant people

 SneakPeek
@SNEAKPEEKCA
Invite Only
Follow

What's happening

NFL · Yesterday
Lions at Giants 

Music · Trending
Chris Brown
Trending with  Kelly Rowland

Music · Trending
Billy Joel
1,250 Tweets

Sports · Trending
#DaParty

Music · Trending

___ https://twitter.com/Dakoholics/status/1041920205482541056 ___ at ___ 2022-11-21 17:44:34 -08:00 ___

← **Tweet**



**Dakota Johnson Daily**
@Dakoholics

⋯

Dakota was spotted picking up some items at Earthbar in West Hollywood (September 17) #DakotaJohnson

via: JustJared



10:21 PM · Sep 17, 2018 · Twitter for Android

**47** Retweets   **1** Quote Tweet   **214** Likes

💬        ⟲        ♡        ↑

  Tweet your reply                    Reply

## Relevant people

  **Dakota Johnson Daily**     Follow
@Dakoholics

Fan account dedicated to actress, activist, director and producer Dakota Johnson.

## What's happening

NFL · LIVE
**49ers at Cardinals**



Trending in United States          ⋯
**Died Suddenly**
42K Tweets

Sports · Trending               ⋯
**Lane Kiffin**
6,064 Tweets

Entertainment · Trending         ⋯
**#DWTSFinale** 🏆
Trending with Shangela, Gleb

Sports · Trending               ⋯
**Rebel Heart**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
Lists
👤 Profile
⋯ More

**Tweet**

Search Twitter

**Perkowski Legal P.C.**  ⋯
@c_perkowski

https://twitter.com/RNavyBrazil/status/1491793192699287488__at__2022-11-22 00:12:00 -0800

Document 1-22   Filed 12/30/22   Page 55 of 101   Page ID
#2113

**Rihanna Navy Brasil | Fan Account**
@RNavyBrazil

**Follow**

## RIHANNA A GRÁVIDA MAIS LINDA DESSE MUNDO

Translate Tweet



5:17 AM · Feb 10, 2022 · Twitter for Android

**4,592** Retweets   **654** Quote Tweets   **56.9K** Likes

**Relevant people**

**Rihanna Navy Brasil |...**   **Follow**
@RNavyBrazil
RNB 🇧🇷 | Estamos online desde 2010, somos o maior e mais completo fã-clube sobre a cantora Rihanna no Brasil e em toda a América Latina. Apoio: @umusicbrasil

**What's happening**

Music · LIVE
**Fans celebrate Kihyun's birthday**

#AvatarTheWayOfWater 🎬
Get tickets now · In theaters December 16
Promoted by · Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
6,859 Tweets

Trending in United States
**james cameron**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

Tweet your reply   **Reply**

**Tamara** 🍒 @Tamara_Rosaa · Feb 10
Replying to @RNavyBrazil
Ela é estilosa e tem presença. Mas essas roupas não são as mais lindas do mundo, eu não usaria
😍

**Flordelis HOT** 👊🔥🥵 @FlordelisHOT · Feb 11
Replying to @RNavyBrazil

**Brunassaura** @BrunaBres · Feb 10
Replying to @RNavyBrazil
Amando que ela tá mostrando o barrigão direto agora, usando roupas sexies na moralzinha

**Bonegra** ✨ @bonini_jade · Feb 10
Replying to @RNavyBrazil
Será que da tempo de eu morrer e reencarnar como filha da Rihanna?

☁️ @luyintavla · Feb 11
Replying to @RNavyBrazil
Ablam çocuk içerde tir tir titriyor haberin olsun

**fernanda** @fernandJu1 · Feb 10
Replying to @RNavyBrazil
Rihanna e mc loma grávidas esse ano vai ser bom tô sentido que também vou ficar

**rainha da vacilândia** @RiAnna · Feb 10
Replying to @RNavyBrazil
a gata eh perfeitaaa



12

**raissadisouza** @raissadisouza · Feb 11
Replying to @RNavyBrazil
Perfeita MDS😍😍

**Oxel mais que calor viu.** @AiaanSanttos · Feb 11
Replying to @RNavyBrazil
Perfeição essa mulher meu pai.

**mãe de uma branca** @LBTRMM · Feb 11
Replying to @RNavyBrazil
eu só queria saber de quantos meses ela taaaa

**RuGirl** ✨ @JoolCosta005 · Feb 10
Replying to @RNavyBrazil
A gorinha vai reencarnar aí

**mundinho fossora** @hunodos · Feb 10
Replying to @RNavyBrazil
A Rihanna preparada pra todas as estações sempre

**james joint** @navyboov · Feb 10
Replying to @RNavyBrazil
A gatah tá servindo

**manu** @4evergklim · Feb 10
Replying to @RNavyBrazil
eu queria tanto mas tanto estar lá dentro😩

**Go** @oieusougabriel · Feb 10
Replying to @RNavyBrazil
😍😍

**Amanda** @_amaandape · Feb 10
Replying to @RNavyBrazil
até o pé da mami é bonito MEU DEUS

**€ixika** @hunimgunilnha · Feb 10
Replying to @RNavyBrazil
a Mamacita não para em casa hein

← Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
**Tweet**

Perkowski Legal P.C.
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 1-22    Filed 12/30/22    Page 56 of 101    Page ID #:2114

← **Tweet**



**Clicky Sound**
@ClickySound

···

[clickysound.com/jennifer-anist...](clickysound.com/jennifer-anist...)  Aniston keeps having run-ins with her exes.



10:38 AM · Feb 7, 2020 · Clicky Sound

🗨    ⟲    ♡    ↥

  Tweet your reply    **Reply**

---

## Search Twitter

### Relevant people

 **Clicky Sound**
@ClickySound    **Follow**

Photography at its Best!

### What's happening

Formula 1 · This morning
**Abu Dhabi Grand Prix 2022**    

**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in California    ···
**Rest In Peace**
56.6K Tweets

Only on Twitter · Trending    ···
**Rest in Power**
26.5K Tweets

Trending in United States    ···
**LGBTQ**
Trending with  Colorado Springs,  #ClubQ

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski    ···



← **Tweet**

🔍 Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📑 Lists

👤 Profile

⋯ More

**Tweet**

Ⓜ **inMARVEL** ❄️ #MarvelStudios #Marvel #WakandaForever ⋯
@inMARVEL_

Imágenes del set de #MadameWeb
¿Este traje es...? 🤔

#SpiderMan #Spiderverse #Sony
#Marvel #MarvelStudios #Disney
Translate Tweet



10:05 AM · Oct 6, 2022 · Twitter for Android

**10** Retweets    **42** Likes

💬              🔁              ♡              ⬆️

Ⓟ  Tweet your reply                          **Reply**

---

**Danonino** @Maxwell_284 · Oct 6
Replying to @inMARVEL_
SPIDERMAN?!
QUIEN ES?!?!??
💬 1          🔁          ♡ 1          ⬆️

Ⓜ **inMARVEL** ❄️ #MarvelStudios #Marvel #Waka... @inMA... · Oct 6  ⋯
Replying to @Maxwell_284
Creo que el villano, pero podría ser una variante de Spider-Man.
💬          🔁          ♡ 1          ⬆️

🔵 **vega07/11** @ve48844353 · Oct 6
Replying to @inMARVEL_
Creí que era Tom Holland
💬 1          🔁          ♡ 1          ⬆️

Ⓜ **inMARVEL** ❄️ #MarvelStudios #Marvel #Waka... @inMA... · Oct 6  ⋯
Replying to @ve48844353
Lamentablemente no 😔
💬 1          🔁          ♡          ⬆️
Show replies

⚪ **CHARLESVANDAMME** @Charles_CDZ83 · Oct 6
Replying to @inMARVEL_
¿Kaine?
💬 1          🔁          ♡ 1          ⬆️

Ⓜ **inMARVEL** ❄️ #MarvelStudios #Marvel #Waka... @inMA... · Oct 6  ⋯
Replying to @Charles_CDZ83
🤙👀
💬          🔁          ♡          ⬆️

⚫ **Donovin Espinoza** @DonovinEspinoza · Oct 7
Replying to @inMARVEL_
Kraven
💬          🔁          ♡          ⬆️

---

🏛️ **Perkowski Legal P.C.** ⋯
@c_perkowski

**Relevant people**

Ⓜ **inMARVEL** ❄️ #Marv...    **Follow**
@inMARVEL_
Aquel que disfrute del contenido de
Marvel Studios, si es digno, poseerá el
poder de saber todo acerca del MCU.
👊😎 ¡Sígueme y sé un Nuevo Vengador!

**What's happening**

NFL · LIVE
**Browns at Bills**

#Disenchanted 🧙‍♀️
Original movie now streaming
⬇ Promoted by Disney+

Trending in California            ⋯
**Rest In Peace**
52.9K Tweets

Only on Twitter · Trending        ⋯
**Rest in Power**
24.3K Tweets

Only on Twitter · Trending        ⋯
**Jason David Frank**
Trending with Power Rangers, Tommy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

**Tweet**

https://twitter.com/MarvelCineVerse/status/1333773751616949312_al__2022-11-20 12:13:59 -08:00
22-cv-09462-DMG-ADS    Document 1-22    Filed 12/30/22    Page 58 of 101    Page ID
#:2116

← **Thread**

🔍 Search Twitter

**Twitter**

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

Perkowski Legal P.C.
@_c_perkowski

**Marvel CinéVerse** @MarvelCineVerse · Dec 1, 2020
#Hawkeye / #MsMarvel : Marvel prévoirait toujours une sortie en 2021 pour
ces deux séries 'Hawkeye' et 'Ms. Marvel' malgré des retards de productions
liés au Covid-19. (via @TheRoninNews)

Le tournage de ces deux séries pour Disney+ est actuellement en cours.



💬 2    🔁    ♡ 17    ⬆

**Marvel CinéVerse** @MarvelCineVerse · Dec 1, 2020
Concernant 'Hawkeye', la série avait été à l'origine annoncée pour l'automne
2021 par Marvel Studios. @DiscussingFilm avait récemment mentionné une
sortie "fin 2021 / début 2022". Et même pour "2022" en Disney+ français.



💬 1    🔁 2    ♡ 7    ⬆

**Marvel CinéVerse**
@MarvelCineVerse

Pour 'Ms. Marvel', la date de "2022" avait également été
avancée par le Disney+ français.
@DiscussingFilm avait récemment parlé d'une sortie
pour "fin 2021".

Translate Tweet



6:03 AM · Dec 1, 2020 · Twitter Web App

**2** Retweets    **1** Likes

💬    🔁    ♡    ⬆

🟦 Tweet your reply                                    **Reply**

**Marvel Story** @MarvelStory_ · Dec 1, 2020
Replying to @MarvelCineVerse and @DiscussingFilm
Pour Disney+ France ça a été confirmé après qu'il s'agissait d'une erreur il
me semble.

💬 1    🔁 2    ♡ 5    ⬆

**Marvel CinéVerse** @MarvelCineVerse · Dec 1, 2020
Replying to @MarvelStory_ and @DiscussingFilm
Oui je l'avais interprété comme tel également, même si je n'avais pas vu
d'indication comme quoi il s'agissait d'une erreur. De toute façon, les dates
'officielles' ont évoluées depuis 😅

💬    🔁 1    ♡ 2    ⬆

**Relevant people**

**Marvel CinéVerse**
@MarvelCineVerse          **Follow**
Actualités et encyclopédie sur le MCU
Instagram 📷 : marvelcineverse_
Associé à @swcineverse  ⭐

**DiscussingFilm**
@DiscussingFilm           **Follow**
Your leading source for quick reliable
news and one of a kind content.
Home for healthy and liberating
discussion on all things pop culture.

**What's happening**

FIFA World Cup · 4 hours ago
**World Cup Qatar 2022: Opening
Ceremony**

**#Disenchanted** 🍎
Original movie now streaming
📺 Promoted by Disney+

Trending in United States
**Rest In Peace**
48.2K Tweets

Entertainment · Trending
**Morgan Freeman**
188K Tweets

Sports · Trending
**Hutch**
2,991 Tweets

**Show more**

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

__ https://twitter.com/AndyVermaut/status/1424430221504100497 __ at __ 2022-11-21 05:18:18 -08:00 __

← **Tweet**

Q Search Twitter



**Andy Vermaut**
@AndyVermaut

···

Barack Obama's 60th birthday party sees celebrities come out to celebrate the former president
foxnews.com/entertainment/...



11:00 AM · Aug 8, 2021 · dlvr.it

 

 Tweet your reply

Reply

## Relevant people

 **Andy Vermaut**
@AndyVermaut

Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

FIFA World Cup · LIVE
**England vs Iran**




Sports · Trending
**Alex Scott**
Trending with #OneLove, FIFA

···

Trending in United States
**Landon Donovan**

···

Trending in United States
**Slick Rick**

···

Music · Trending
**Elton John**
Trending with Dodger Stadium, Dodger Stadium

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski  ···

← **Tweet**

**famousmales**
@famousmales

···

### Timothée Chalamet



6:16 AM · Jun 25, 2020 · TweetDeck

**27** Retweets    **1** Quote Tweet    **182** Likes

Tweet your reply                                    Reply

**Sexxxual_Fantasies** @SexxxualF · Jul 7, 2020
Replying to @famousmales
I no longer find him attractive

**Topher S.** @ShitteTopher · Jun 25, 2020
Replying to @famousmales

GIF | ALT

---

Q Search Twitter

### Relevant people

**famousmales**
@famousmales                    Follow

drooling over male celebs for over 20 years

### What's happening

Television · LIVE
**Bachelor in Paradise airing on ABC**

#AvatarTheWayOfWater 🌊
Get tickets now – In theaters December 16
⬛ Promoted by Avatar

Trending in United States
**RIP Harold**                              ···

Trending in United States
**Greg Grippo**                             ···

Entertainment · Trending
**James Woods**
3,352 Tweets                                ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
1 **Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

— https://twitter.com/SNEAKPEEKCA/status/1072981480173854721 __ et __ 2022-11-20 21:34:03 -08:00 __

## Twitter

← Tweet



SneakPeek
@SNEAKPEEKCA

···

sneakpeek.ca/2018/12/wonder...



2:28 PM · Dec 12, 2018 · Twitter Web Client

1 Retweet

💬          ⟲          ♡          ⬆

 Tweet your reply                                    Reply

### Home
### Explore
### Notifications  ①
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

Perkowski Legal P.C.  ···
@c_perkowski

🔍 Search Twitter

### Relevant people


SneakPeek
@SNEAKPEEKCA        Follow
Invite Only

### What's happening

NFL · 1 hour ago
Chiefs at Chargers

#Disenchanted 🧑
Original movie now streaming
▶ Promoted by Disney+

← **Tweet**

This Tweet is from a suspended account. Learn more

**ILOVEMILEYCYRUS** ❤️ @SmilerDiary · Feb 13, 2020
Replying to @MileyUpdates
Ily miley

**claudie** @claaaudieeee · Feb 12, 2020
Replying to @MileyUpdates
She looks so good

**michelle scott** @mileycyruscott · Feb 12, 2020
Replying to @MileyUpdates
boobs lol
♡ 2

**^ ^** @28g11p · Feb 12, 2020
Replying to @MileyUpdates
@lizvelocci
1

**Edsole Woodard** @EdsoleWoodard · Feb 14, 2020
Replying to @MileyUpdates
When I was stationed in Germany women all the time go topless, no big deal, because just like anything once you get use to something, then it's no big deal anymore. America is so up tight and start passing bills allowing women to free the nipple. Miley's brave and good example.

**Just me** @PotterMCyrus · Feb 12, 2020
Replying to @MileyUpdates
HAHAHAHA 😜

**Robert Queret** @bobeq1592 · Feb 13, 2020
Replying to @MileyUpdates
Love the nip slip ❤️

**bluequest** @bluequest8 · Feb 13, 2020
Replying to @MileyUpdates
stating the obvious but @MileyCyrus' nipples should always be free @freethenipple #freethenipple #foreverfree

**🐐 PAN with a PLASTICHEART 🐐** @badbitchpan · Feb 12, 2020
Replying to @MileyUpdates
Lil nippy is sneaking out 😂

**Datztweets** @datztweets · Feb 13, 2020
Replying to @MileyUpdates
😂😂😂😂😂
1

**Kendall** @stellutes · Feb 12, 2020
Replying to @MileyUpdates
We love a casual nip slip moment 😘

Perkowski Legal P.C.
@c_perkowski

Tweet

**best of margot**
@badpostmargots

margot robbie on the set of david o' russell's upcoming movie



5:48 AM · Feb 6, 2021 · Twitter for iPhone

**168** Retweets   **113** Quote Tweets   **1,601** Likes

---

**Relevant people**

**best of margot**          Follow
@badpostmargots
fan account posting updates & daily posts of the aussie goddess and academy award nominated actress, margot robbie

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**
USA USA USA
423K Tweets

Trending in United States
**Julia Fox**
4,474 Tweets

Entertainment · Trending

Music · Trending
**Ciara**
10.3K Tweets

Trending in United States
**National Anthem**
64.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

മലയാളി പയ്യൻ @malayali_payyan · Feb 6, 2021
Replying to @badpostmargots and @margotrobbie
Not Blonde 😢



**mina** @MILFSWI · Feb 6, 2021
Replying to @badpostmargots and @margotrobbie

💬   🔁   ♡ 4   ⬆

**Bryan Vinicius** @Bry_vini · Feb 6, 2021
Replying to @badpostmargots and @margotrobbie

💬   🔁 1   ♡ 11   ⬆

Matteo Teo5Astor Negri @Teo5Astor · Feb 7, 2021
Replying to @badpostmargots and @margotrobbie
@Vale_luve7 o tenevo anche a farti vedere le primissime immagini dal set del nuovo (e misterioso...) film che sta girando Margot, bellissima anche in versione mora secondo me 😍

💬 1   🔁   ♡   ⬆

V a l e ● ·· @Vale_luve7 · Feb 7, 2021
Replying to @Teo5Astor @badpostmargots and @margotrobbie
Oddio ma quanto è bella anche mora? 😍 Illegale Teo 🤭😮

💬   🔁 1   ♡ 1   ⬆

Show replies

**Big Mouth** @SlytherinShank · Feb 6, 2021
Replying to @badpostmargots and @margotrobbie
OMG she looks so good!

💬   🔁   ♡   ⬆

skairipa Ω @blackbeltufc · Feb 6, 2021
Replying to @badpostmargots and @margotrobbie
Such a classy woman

💬   🔁   ♡ 1   ⬆

**Had Better Days** @Wanderfuss · Feb 6, 2021
Replying to @badpostmargots and @margotrobbie
@NextBestPicture

💬   🔁   ♡   ⬆

← **Tweet**

**Search Twitter**

**Relevant people**

@nanfixus
@nanfixus
**Follow**
DJ Fan 🌼 Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🇦🇷

THEQUEENDAKOTA
@THEQUEEN_DAKOTA
**Follow**
Hello there :) If you are fans of
gorgeous DAKOTA JOHNSON you are
in right place. Enjoy ❤❤❤ FAN
ACCOUNT OF DAKOTA JOHNSON 😍

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⚫ More

**Tweet**

⟲ @nanfixus Retweeted

**THEQUEENDAKOTA**
@THEQUEEN_DAKota                    ···

She already started filming "Covers" ! Our busy girl
doing her new movie! #DakotaJohnson



11:22 AM · May 30, 2019 · Twitter for Android

60 Retweets   1 Quote Tweet   259 Likes

💬              ⟲              ♡              ⬆

Ⓟ  Tweet your reply                    **Reply**

**What's happening**

NBA · LIVE
**Lakers at Suns**

#AvatarTheWayOfWater🔵
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California        ···
**Costco**
5,412 Tweets

Trending in United States     ···
**Erection**
13.4K Tweets

Trending in California        ···
**Epstein**
35K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**
@c_perkowski        ···

— https://twitter.com/aassemblebr/status/1556775692246859778 __ at __ 2022-11-21 20:24:04 -08:00 —

**Thread**

← 

Twitter

- Home
- Explore
- Notifications [1]
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

**Avengers Assemble BR**
@AAssembleBR

···

📸 Mais imagens das filmagens de #Ironheart.

Temos o primeiro vislumbre em Anthony Ramos - que possivelmente está interpretando The Hood na série.

Translate Tweet



3:53 PM · Aug 8, 2022 · Twitter for Android

**1** Retweet   **3** Quote Tweets   **45** Likes

💬   🔁   ♡   ⬆

P  Tweet your reply                    Reply

**Avengers Assemble BR** @AAssembleBR · Aug 8
Replying to @AAssembleBR
Via: @JustJared

💬 1        🔁        ♡ 4        ⬆

**Avengers Assemble BR** @AAssembleBR · Aug 8

> **Avengers Assemble BR** @AAssembleBR · Aug 8
> Novas imagens das filmagens de #Ironheart.
> Show this thread

💬        🔁        ♡ 5        ⬆

**Relevant people**

Avengers Assemble BR
@AAssembleBR    Follow

🇧🇷 Fan Account | Sua mais completa fonte de informações sobre o universo Marvel no Brasil. Ativem as notificações!

**What's happening**

NFL · 6 minutes ago
49ers at Cardinals

Entertainment · Trending
**Died Suddenly**
58K Tweets

Sports · Trending
**Jason Robertson**

Trending in United States
**August Alsina**
1,038 Tweets

Trending in United States
**#ItOughtToBeACrimeTo**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/electedbieber/status/1323180737915314176 __ at __ 2022-11-22 15:27:59 -08:00

← **Tweet**

 **taraneh**
@electedbieber                                    •••

I would suck the vitamin d out of him



12:30 AM · Nov 2, 2020 · Twitter for iPhone

**2** Likes

💬            ↻            ♡            ⬆

 Tweet your reply                    Reply

---

## Sidebar

🔍 Search Twitter

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

 Perkowski Legal P.C.
@c_perkowski                          •••

### Relevant people

 **taraneh**              Follow
@electedbieber
who needs a bra when Justin Bieber
has two hands

### What's happening

FIFA World Cup · 5 hours ago
**Mexico vs Poland**                  

**#AvatarTheWayOfWater**🟦
Get tickets now - In theaters December 16
📷 Promoted by Avatar

Celebrities · Trending                •••

── https://twitter.com/AboutHerOFCL/status/1265183489128351744 ── at ── 2022-11-21 01:37:48 -08:00 ──

← **Tweet**

 **About Her** ✔
@AboutHerOFCL ···

#LookOfTheDay: Ana De Armas on a stroll in a white Zimmermann mini-dress.



12:30 AM · May 26, 2020 · Buffer

**11** Retweets   **3** Quote Tweets   **62** Likes

 Tweet your reply

Reply

## Search Twitter

## Relevant people

 **About Her** ✔
@AboutHerOFCL     Follow

Inside untapped territory: Pulling back the curtain on Arab women who are defining cultural trends now.
#AboutHer

## What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

\_\_ https://twitter.com/live1dnews/status/1323793293977784320 \_\_ at \_\_ 2022-11-21 00:28:33 -0800 \_\_



← **Tweet**

| Home

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



Perkowski Legal P.C.
@c_perkowski



**1D Updates**
@Live1DNews

···

📸 | Harry with Olivia Wilde on the set of Don't Worry Darling today (November 3)

(Via @HLDHQs)



5:04 PM · Nov 3, 2020 · Twitter for iPad

**14** Likes

  

  Tweet your reply

Reply  

🔍 Search Twitter

## Relevant people

  **1D Updates**
@Live1DNews     Follow

1D Updates. Paul, Andy, and more follow!

  **HLDHQs**
@HLDHQs     Follow

We do not claim ownership of anything posted. Content owners, please DM for content removal.

## What's happening

NFL · Yesterday
**Commanders at Texans**



Entertainment · Trending
**Defunctland**
4,275 Tweets
···

Trending in United States
**#AMAs** 🎤
4.7M Tweets
···

Trending in United States
**Maher**
22K Tweets
···

Trending in United States
**Bob Iger**
Trending with  Disney, Chapek
···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

 **Kevin Anticona**
@KevinAnticonaa

···

La actriz Bruna Marquezine comenta que el film Blue Beetle esta hecha para la comunidad latina, hecho por latinos y por eso; desde un inicio me senti como en casa.

[ Via: Revista Quem ]

#BlueBeetle #DC #dccomics #JaimeReyes #BrunaMarquezine #FelizMiercoles



12:21 PM · Aug 31, 2022 · Twitter for Android

**2** Likes



👤 **Who can reply?**
People @KevinAnticonaa follows or mentioned can reply

🔍 Search Twitter

## Relevant people

 **Kevin Anticona**
@KevinAnticonaa    Follow

Chico carismático, manteniendo siempre la humildad y sociable, pasión por el teatro. cinefilo.

🏠 Home

# Explore

🔔 Notifications ¹

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

··· More

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski    ···

Case 2:22-cv-09462-DMG-ADS   Document 1-22   Filed 12/30/22   Page 70 of 101   Page ID #:2128



← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

  **OFuxico** ✓
@ofuxico_oficial

#DuaLipa curte dia de descanso
ofuxico.com.br/noticias-sobre...



2:08 PM · Jan 4, 2021 · Twitter Web App

**1 Like**

Tweet your reply

Reply

**Relevant people**

 **OFuxico** ✓
@ofuxico_oficial                    Follow

OFuxico é um site jornalístico sobre o
mundo dos famosos, da televisão, do
cinema e assuntos relacionados ao
entretenimento. No ar há 20 anos.

**What's happening**

Television · 4 hours ago
**Last Week Tonight With John Oliver airing on HBO**

Trending in United States
**Defunctland**
4,467 Tweets

Trending in United States
**Heisman**
4,605 Tweets

Trending in United States
**#AMAs** 🏆
4.57M Tweets

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/KUWTKWorld/status/15737871522683356868____id____2022-11-22 22:15:11 -08:00

Tweet

Kardashian World
@KUWTKWorld

Kim Kardashian at the Dolce and Gabbana After Party in Milan



2:31 PM · Sep 24, 2022 · Twitter for iPhone

171 Retweets    23 Quote Tweets    2,423 Likes

Tweet your reply                                                                Reply

Lolly5481 @157cbb69eac741c · Sep 25
Replying to @KUWTKWorld
Love the loo. You're on a roll.🔥

Busaunlimited @busaunlimited1 · Sep 25
Replying to @KUWTKWorld
💛💛🤍🧡

Kelvin Klein @KelvinK95843756 · Sep 24
Replying to @KUWTKWorld
She looks beautiful on that dress and I love it's ✨🔥

Ronald Owens jr @RonaldOwensjr4 · Sep 25
Replying to @KUWTKWorld and @kimkimperio
Love you too wife for ever

Raeda Tashman @RaedaNTashman · Sep 25
Replying to @KUWTKWorld
Beautiful dress

Tatevik Muradyan @TatevikMuradya4 · Sep 24
Replying to @KUWTKWorld
❤️❤️❤️

Sara @SaraNY07 · Sep 25
Replying to @KUWTKWorld
Wonderful 😍

Ali Fernandes @AliFernandes14 · Sep 26
Replying to @KUWTKWorld and @katrina_jo_xxx
Fabulous Beauty ❤️🔥🥀

Carolyn Hoag @CarolynHoag13 · Sep 24
Replying to @KUWTKWorld
Wow arent you a hot ticket!

Shelley @Shelleybelly666 · Sep 24
Replying to @KUWTKWorld
You should be with Pete
1                    Show replies

Anonymous @AnonymousDeep72 · Sep 25
Replying to @KUWTKWorld
Beautiful mama.

alannafrancis90 @alannafrancis91 · Sep 24
Replying to @KUWTKWorld
I'm the worst one.

Show more replies

Relevant people

Kardashian World                          Follow
@KUWTKWorld
The largest fan source for everything
Kardashian! #TheKardashians💕
Season 2 | Sept 22nd on Hulu! Kim &
Khloe follow ❤️💕
admin@kardashianworld.net

What's happening

NBA · 50 minutes ago
Lakers at Suns

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
Erection
17.7K Tweets

Trending in California
Costco
5,781 Tweets

Entertainment · Trending
Marvel
93.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



__ https://twitter.com/CevansContents/status/1588587064316264448 __ et __ 2022-11-22 22:05:26 -08:00

← **Tweet**

**Chris Evans Content**
@CevansContents

···

📷:New Chris Evans and The Rock filming "Red One"



10:40 AM · Nov 4, 2022 · Twitter for Android

**35** Retweets   **7** Quote Tweets   **241** Likes

💬   🔁   ♡   ⬆

  Tweet your reply          **Reply**

**Joan** @joans3627 · Nov 4   ···
Replying to @CevansContents
💕

💬   🔁   ♡   ⬆

**Perkowski Legal P.C.**   ···
@c_perkowski

🔍 Search Twitter

**Relevant people**

 **Chris Evans Content**   **Follow**
@CevansContents
Daily Content about actor Chris Evans / photos / gifs / videos | fan account

**What's happening**

NBA · 39 minutes ago
**Lakers at Suns**



#AvatarTheWayOfWater 🧑
Get tickets now - In theaters December 16
📶 Promoted by Avatar

Trending in California
**Costco**
5,722 Tweets   ···

Trending in United States
**Erection**
17.1K Tweets   ···

Entertainment · Trending
**Marvel**
92.8K Tweets   ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



# Tweet

### Raúl Brindis ✔
@raulbrindis

Eiza González y Josh Duhamel han puesto fin a su noviazgo, aseguró el actor al ser captado por paparazzi cuando salía de un gimnasio en LA, California. Según informó el fotógrafo que capturó la imagen,que al verlo declaro: "Si estás buscando a Eiza, hemos terminado".

#Farandulazo

Translate Tweet



7:22 AM · Jul 25, 2018 · Hootsuite Inc.

12 Likes

Tweet your reply                               **Reply**

### Fabiola @fabiwwoman82 · Jul 25, 2018
Replying to @raulbrindis
Hay que feos modos de hombre

---

## Relevant people

### Raúl Brindis ✔
@raulbrindis                    **Follow**
Radio Host for El Show de Raúl Brindis

## What's happening

Sports · LIVE
**2022 FIFA World Cup**

#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
7,034 Tweets

Entertainment · Trending
**BLEACH**
174K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

### Perkowski Legal P.C.
@c_perkowski

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

← **Tweet**

**Daki_Jamie** ❤️
@damieforever48

···

New pics of Dakota on the set of Madame Web in Boston, Massachusetts (Via @dakotajohnsonpt) ❤️ #DakotaJohnson



10:52 PM · Aug 6, 2022 · Twitter for Android

**8** Retweets  **22** Likes

💬   🔁   ♡   ⬆️

Tweet your reply                    Reply

🔍 Search Twitter

### Relevant people

**Daki_Jamie** ❤️          Follow
@damieforever48
Fan Account Jamie Dornan e Dakota Johnson ❤️

**Dakota Johnson P...** ✓   Follow
@dakotajohnsonpt
A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷: @DJPTMidias | Fã-Clube.

### What's happening

NBA · 21 minutes ago
**Lakers at Suns**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Trending in California          ···
**Costco**
5,715 Tweets

Trending in United States          ···
**Erection**
16.4K Tweets

Entertainment · Trending          ···
**Marvel**
2,782 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Twitter** navigation:
🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
··· More

**Tweet**


**Perkowski Legal P.C.**
@c_perkowski   ···

__ https://twitter.com/barbaramayi/status/1578391179263184898 __ at __ 2022-11-20 13:52:14 -08:00 __



← **Tweet**

 **Bárbara**
@barbaramayi                                    •••

Eu não quero esperar NADA desse  filme mas estou ficando ansiosa SIM! #DakotaJohnson #MadameWeb

Translate Tweet



7:25 AM · Oct 7, 2022 from Virginia, USA · Twitter for iPhone

**1** Retweet   **15** Likes

💬            ⟲            ♡            ⬆

 Tweet your reply                    **Reply**

---

Q Search Twitter

### Relevant people

 **Bárbara**           **Follow**
@barbaramayi

Trabalho para Dakota Johnson, ela só não sabe disso. | VH • DJ | @dakotajbra

### What's happening

Formula 1 · This morning
**Abu Dhabi Grand Prix 2022**



#Disenchanted 👹

← Tweet



**RRFBR** ♛
@RRFBrazil

⋯

**Modo Alice ATIVADO!**

Rihanna foi vista na noite de ontem ontem deixando um set de filmagens no Hotel "NoMad", em Los Angeles,  após 11 horas de permanência no Local.

Translate Tweet



3:58 PM · Oct 30, 2020 · Twitter for iPhone

**4** Retweets   **1** Quote Tweet   **35** Likes

💬          ⇄          ♡          ⬆

 Tweet your reply                    Reply

---

🔍 Search Twitter

### Relevant people

 **RRFBR** ♛          Follow
@RRFBrazil

RRFBrazil é um portal de notícias brasileiro sobre Rihanna. Siga-nos para, em primeira mão, obter as últimas notícias a respeito de Rihanna! ♛

### What's happening

Sports · LIVE
**2022 FIFA World Cup**

Entertainment · Trending          ⋯
**Julia Fox**
4,785 Tweets

Trending in California          ⋯
**Dodger Stadium**
14K Tweets

Trending in United States          ⋯
**Matt Turner**
1,021 Tweets

Events · Trending          ⋯
**Islamic**
346K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

**Tweet**

Perkowski Legal P.C.  ⋯
@c_perkowski

← **Tweet**

**El Misterio del Cómic**
@ElMisterioComic

Nuevas imágenes del set de filmación de
#MadameWeb

Translate Tweet



11:53 AM · Oct 6, 2022 · Twitter for iPhone

**1** Like

Tweet your reply

Reply

**Relevant people**

**El Misterio del Cómic**
@ElMisterioComic     Follow
perfil para twittear | trato de hablar sobre cómics y de dar noticias geeks | elmisteriodecomic@gmail.com

**What's happening**

FIFA World Cup · 1 hour ago
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 🥀
Original movie now streaming
📺 Promoted by Disney+

Politics · Trending
**#MassShooting**
3,641 Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with  First Kevin Conroy

Trending in California
**Shakira**
104K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/BRMarvelNews/status/1556005643803175321?...al__2022-11-19 22:13:14 -08:00    Case 2:22-cv-09462-DMG-ADS  Document 1-22  Filed 12/30/22  Page 79 of 101  Page ID #:2137

← **Tweet**

**Marvel News**
@BRMarvelNews

Novas fotos de Madame Web mostram Dakota Johnson e Adam Scott no set.

(via @DakotaJArg)



4:15 PM · Aug 6, 2022 · TweetDeck

**31** Retweets    **6** Quote Tweets    **450** Likes

Tweet your reply    **Reply**

**Pedro Jackson** @pedro_jackson · Aug 6
Replying to @BRMarvelNews and @DakotaJArg
A dúvida que fica é se vai ser ruim ou horrível!
    ♡ 6

**CANELA** ⚡ @CANELAislive · Aug 6
Replying to @BRMarvelNews and @DakotaJArg
Qual vai ser a moral desse filme afinal 😂
 1      ♡ 1

**ferna.ndo.** @IFernando932 · Aug 6
Replying to @CANELAislive @BRMarvelNews and @DakotaJArg
Vai ser como os outros, apresentar a personagem pro grande público, a história q ele vai contar aí é só quando lançar né
 1      ♡ 2

Show replies

**Bob** @descancelado_ · Aug 6
Replying to @BRMarvelNews and @DakotaJArg
Madame testa
     ♡ 1

**starboy** @thelifeofborges · Aug 6
Replying to @BRMarvelNews and @DakotaJArg
ou vai ser muito bom ou muito ruim
     ♡ 1

Show additional replies, including those that may contain offensive content    Show

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Search Twitter

**Relevant people**

**Marvel News**
@BRMarvelNews    **Follow**
Conta de fã dedicada ao Universo Marvel 🇧🇷 Contato: marvelnewsbr@outlook.com

**Dakota Johnson Arge...**
@DakotaJArg    **Follow**
Tu mejor y más actualizada fuente de información sobre la actriz, productora, directora y activista @DakotaJohnson en Español.

**What's happening**

Television · 2 hours ago
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**HE'S BACK**
149K Tweets

Trending in United States
**Jason David Frank**

Trending in United States
**#DreamersbyJungkook**
615K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

← **Tweet**



**Robert Littal BSO** ✔
@BSO
···

Photos From Lakers Family NBA Title Celebration Dinner at NOBU (Pics) bit.ly/3dtkw7w via @NathanAddisonAU



11:50 AM · Oct 15, 2020 · BSO Alert

**2** Retweets    **13** Likes

💬          🔁          ♡          ⬆

 Tweet your reply                    **Reply**

🔍 Search Twitter

## Relevant people



**Robert Littal BSO** ✔
@BSO                                    **Follow**

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

## What's happening

FIFA World Cup · 2 hours ago
**Argentina vs Saudi Arabia**



**#AvatarTheWayOfWater**👾
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States                    ···
**Died Suddenly**
104K Tweets

Trending in United States                    ···
**Argentina**
Trending with #FIFAWorldCup 🏆, Herve Renard

Trending in United States                    ···
**#السعوديه_الارجنتين**
1.22M Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

🐦

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**



P  **Perkowski Legal P.C.**  ···
@c_perkowski

Tweet

Rihanna.com.br 🔗
@RihannaNoBrasil

Rihanna compareceu a festa de Scooter Braun no restaurante Carbone ontem (14) em Nova York. Também estavam na festa A$AP Rocky, Madonna, Hailey Baldwin Bieber, Justin Bieber, Offset, Quavo e Ed Sheeran.



4:16 AM · Sep 15, 2021 · Twitter for iPhone

114 Retweets     113 Quote Tweets     994 Likes

💬 Tweet your reply                        Reply

wal | mymind&me @yngmzz · Sep 15, 2021
Replying to @RihannaNoBrasil
hmm

@ifavidanna · Sep 15, 2021
Replying to @RihannaNoBrasil
@ifsciccone

レナン @ifsciccone and @RihannaNoBrasil · Sep 15, 2021
Replying to @ifavidanna and @RihannaNoBrasil
QUE DLC

Arthur Guedes @Arthur26737278 · Sep 15, 2021
Replying to @RihannaNoBrasil
Jajá vem fã da Taylor falar mal do Ed.

D. @book_lifee · Sep 15, 2021
Replying to @Arthur26737278 and @RihannaNoBrasil
Ou do Justin. Eles não conseguem viver sem falar desses dois.

Show replies

o amor vigora 💀📨 @glandebrilhante · Sep 15, 2021
Replying to @RihannaNoBrasil
Madonna desfilando no show da Savage ano que vem, eu acredito!

CarX @SweetBieber · Sep 15, 2021
Replying to @RihannaNoBrasil
@OmarRudberg viste esto???

mc lara @badgalenda · Sep 15, 2021
Replying to @RihannaNoBrasil
@juliametacritic já tá na hora de sair foto da rih c os bieber's

This Tweet was deleted by the Tweet author. Learn more

Show replies

Clarona @dlefonjjb · Sep 15, 2021
Replying to @RihannaNoBrasil
Rihanna pode vestir qualquer trapo que fica absolutamente perfeita ne? Nao que essa roupa seja um trapo, mas vcs entederam né? OH MULHER BONITA

This Tweet was deleted by the Tweet author. Learn more

Show replies

— https://twitter.com/CinematizandoOf/status/1380925334648987661 __ at __ 2022-11-20 11:37:57 -08:00 __

Case 2:22-cv-09462-DMG-ADS    Document 1-22    Filed 12/30/22    Page 82 of 101    Page ID
#:2140

Search Twitter

**Home**

**Explore**

**Notifications** 1

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Cinematizando @CinematizandoOf · Apr 10, 2021 ···
Imagens dos bastidores da série Gavião Arqueiro e podemos ver a atriz
Alaqua Cox como Maya Lopez, a
Eco

#AlaquaCox #MayaLopez #Eco #GaviãoArqueiro #Hawkeye



💬 1        ⟲        ♡ 5        ⤴

Cinematizando ···
@CinematizandoOf

#AlaquaCox #MayaLopez #Eco #GaviãoArqueiro
#Hawkeye

9:47 AM · Apr 10, 2021 · Twitter Web App

2 Likes

💬        ⟲        ♡        ⤴

Perkowski Legal P.C. ···
@c_perkowski

[P] Tweet your reply                          **Reply**

### Relevant people

Cinematizando
@CinematizandoOf                **Follow**

### What's happening

Formula 1 · 4 hours ago
Abu Dhabi Grand Prix 2022



#Disenchanted 🧙
Original movie now streaming
📀 Promoted by Disney+

Trending in United States                    ···
**Rest In Peace**
45.2K Tweets

Entertainment · Trending                    ···
**Morgan Freeman**
182K Tweets

Trending in California                    ···
**Shakira**
109K Tweets

__ https://twitter.com/tylere2006/status/1295182151403067457 __ st __ 2022-11-22 16:20:37 -08:00

← **Tweet**



Tae12
@tylere2006                                    ...

Perfection



7:14 PM · Aug 16, 2020 · Twitter for iPhone

**31** Retweets   **284** Likes

Kinky Tease @KinkyKatDD · Aug 18, 2020
Replying to @tylere2006
Heyyyyyy wait a second. You said I was perfect!!! Explain mister
💬 1                    1

Tae12 @tylere2006 · Aug 18, 2020
Replying to @KinkyKatDD
You know you are my perfect girl

Merc with a Mouth @DemonDeadPoo1 · Aug 16, 2020
Replying to @tylere2006
Yes she is 😍



5

---

**Home**

**Explore**

**Notifications** 1

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**


Perkowski Legal P.C.
@c_perkowski                    ...

---

Search Twitter

**Relevant people**


Tae12
@tylere2006                              Follow
Just a guy tweeting pics of beautiful women

**What's happening**

FIFA World Cup · Earlier today
**Mexico vs Poland**



**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
**#chainsawman**🎉
134K Tweets

Trending in United States
**Auburn**
Trending with Ole Miss

Celebrities · Trending
**Tom Hanks**
9,293 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

**234Radio** 
@my234Radio

···

Dakota Johnson shows off trim figure in tight top arriving at set of Spider-Man spinoff Madame Web - 234radio.com/dakota-johnson...

#News



© Patriot Pics / BACKGRID

2:25 PM · Oct 6, 2022 · 234Radio2

4 Likes

💬          ⟲          ♡          ⬆

[P] Tweet your reply                    Reply

---

**Twitter**

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

 Perkowski Legal P.C.    ···
@c_perkowski

---

Q Search Twitter

**Relevant people**

**234Radio** 
@my234Radio                Follow

Africa's premium internet radio. Your one-stop-shop for #Music #News #Sport #Entertainment & #Lifestyle.
...exporting Africa to the world.

**What's happening**

NFL · 34 minutes ago
**Browns at Bills**

#Disenchanted 🧙
Original movie now streaming
📀 Promoted by Disney+

Trending in California
**Rest In Peace**
56K Tweets

__ https://twitter.com/foochia/status/1371400721778810880 __ at __ 2022-11-19 11:24:52 -08:00 __

← **Tweet**

 **Foochia - فوشيا** ✓
@foochia

···

بيونسيه ترتدي فستانا فضياً وتوربان مطابق بعد حفل توزيع غرامي مع زوجها جاي زي، احتفالا بانجازاتها

#بيونسيه #غرامي  #GRAMMYs #JayZ

Translate Tweet




2:59 AM · Mar 15, 2021 · Twitter Web App

**2** Retweets   **1** Like

💬   ⇄   ♡   ⬆

Ⓟ   Tweet your reply                          Reply

---

**Relevant people**

 **Foochia - فوشيا** ✓          Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.

**What's happening**

Formula 1 · Starts tomorrow
**Abu Dhabi Grand Prix 2022**


**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States          ···
**Welcome Back Kotter**

Music · Trending          ···
**Chris Brown**
Trending with AMAs

Sports · Trending          ···
**Gus Malzahn**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Ⓟ   **Perkowski Legal P.C.**   ···
@c_perkowski

Search Twitter

__ https://twitter.com/CinematizandoOf/status/1540303212414132225 __ el __ 2022-11-22 21:11:16 -08:00 __



https://twitter.com/Loqiemean/status/1253996810065851521 __ el __ 2022-11-22 16:40:05 -08:00

← Tweet

🔍 Search Twitter

**Relevant people**



🏠 Home
\# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

Локимин
@Loqiemean  ···

Ты – Бэтмен, которого заслуживает человечество

Translate Tweet

3:38 AM · Apr 25, 2020 · Twitter for iPhone

137 Retweets   7 Quote Tweets   2,146 Likes

💬   🔁   ♡   ⬆️

Локимин
@Loqiemean
#loqieseason

**What's happening**

FIFA World Cup · This morning
Mexico vs Poland

#AvatarTheWayOfWater 🌊
Get tickets now – In theaters December 16
Promoted by Avatar

Entertainment · Trending
Marvel
84.4K Tweets

Trending in United States
RIP Harold

Music · Trending
Nicki
65.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski  ···

📝 Tweet your reply                     Reply

Рейнмейкер @EvgenyRainmaker · Apr 25, 2020
Replying to @Loqiemean
Фотка, словно со съёмок перезапуска Каратела, где Фрэнку нос ломом переебали.
💬   🔁   ♡ 13   ⬆️

Alina @cursed_earths · Apr 25, 2020
Replying to @Loqiemean



💬 1   🔁   ♡ 38   ⬆️

Nebezdar @aziz_akh · Apr 25, 2020
Replying to @cursed_earths and @Loqiemean
А я уже подумал, что один его увидел
💬   🔁   ♡ 1   ⬆️

Bilalov @pashabilalov · Apr 25, 2020
Replying to @Loqiemean
Даже не знаю, кто лучше в роли Брюса Уэйна, Бэйл или Афлек. Тот случай когда не хочется выбирать
💬   🔁   ♡   ⬆️

Илья Эль @ilia_l · Apr 25, 2020
Replying to @Loqiemean
А я не курю!
💬   🔁   ♡   ⬆️

Вадим @iqsilver_a · Apr 25, 2020
Replying to @Loqiemean
😂
💬   🔁   ♡   ⬆️

паша @scrckin · Apr 25, 2020
Replying to @Loqiemean
Бороду бэтарангом стриг видимо
💬   🔁   ♡   ⬆️

Данила Дубонос @DanilDooB · Apr 25, 2020
Replying to @Loqiemean
А ваш Супермен так может ?
💬   🔁   ♡   ⬆️

SMOOZIE @smoozieofficial · Apr 25, 2020
Replying to @Loqiemean
Нда, все мы подписаны на эти паблики...
💬   🔁   ♡   ⬆️

Таник 💛 за мир во всём мире @Nek_sBenzopiloj · Apr 25, 2020
Replying to @Loqiemean and @AdeptusArfy
Мрачный герой в чёрной маске. Всёсходится!!
💬   🔁   ♡   ⬆️

никита лохов @lohovv · Apr 25, 2020
Replying to @Loqiemean
Блять за Аффлека душа радуется, каждый раз когда фотки с Армас вижу сразу так хорошо становится. Походу Бэтмен наконец остепенился
💬   🔁   ♡ 23   ⬆️

\_\_ https://twitter.com/nickgstan/status/1583388550493790208 \_\_ at \_\_ 2022-11-19 22:39:40 -08:00 \_\_

← **Tweet**

rita
@nickgstan

···

good morning to this photo only, two legends



2:23 AM · Oct 21, 2022 · Twitter for iPhone

**46** Likes

Search Twitter

### Relevant people

rita
@nickgstan

Follow

nicholas galitzine's favorite kiddo.

### What's happening

Television · 2 hours ago
**Saturday Night Live airing on NBC**



---

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

Lists

P Tweet your reply

Reply

← **Tweet**

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

🌈**ANDY JONNY**
@AndresJovannyMa                                    ⋯

#MsMarvel va estar genial esta serie solo vean el traje que está usando, ya la quiero ver ⚡ en acción 🤩

Translate Tweet



11:51 AM · May 1, 2021 · Twitter for Android

**1** Like

💬            🔁            ♡            ⬆️

📇  Tweet your reply                              **Reply**

**Relevant people**

🌈**ANDY JONNY**            **Follow**
@AndresJovannyMa

EL PENSAR Y EXPRESAR 💙🩷 Tengo un canal en YouTube ▶️ ANDY JONNY 😄

**What's happening**

NFL · 2 hours ago
**Browns at Bills**

**#Disenchanted** 💀
Original movie now streaming
🅟 Promoted by Disney+

Trending in California                    ⋯
**#AMAs** 🎤
Trending with  Favorite K-Pop Artist

Only on Twitter · Trending            ⋯
**Jason David Frank**
Trending with  Power Rangers, Tommy

Trending in United States              ⋯
**LGBTQ**
Trending with  Colorado Springs, AR-15

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**            ⋯
@c_perkowski

__ https://twitter.com/envykendall/status/1560083380687065091 __ et __ 2022-11-21 07:39:04 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 1-22   Filed 12/30/22   Page 90 of 101   Page ID
#:2148

**not kendall**
@envykendall

···

this look >



6:57 PM · Aug 17, 2022 · Twitter for iPhone

**205** Retweets  **10** Quote Tweets  **2,243** Likes

Tweet your reply                               Reply

**Carlos** @Carlos565454101 · Aug 18
Replying to @envykendall
So beautiful kendall

**Hasna Nizar** @HasnaNiizzzzzaar · Aug 18
Replying to @envykendall
She looks stunning...

محمد عبد المعطي @mhmdbda37998785 · Aug 18
Replying to @envykendall
أمر

**Ryan Kirk** @RyanKir83896177 · Aug 18
Replying to @envykendall
Great look babydoll

ولد دبب @3zL7lf4VE29F9U2 · Aug 18
Replying to @envykendall
❤️❤️❤️❤️❤️

**Adil El ghaffouli** @GhaffouliAdil · Aug 18
Replying to @envykendall
2/20

**Donald McKerry** @McKerryDonald · Aug 18
Replying to @envykendall
When

**Search Twitter**

**Relevant people**

**not kendall**
@envykendall                    Follow
fan account

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening
Ceremony**

Trending in United States
**#GIlMOREtheMerrier**

Gaming · Trending
**3DS Rainbow Road**
Trending with Maple Treeway

Trending in California
**Dodger Stadium**
14.1K Tweets

Trending in California
**#BLACKPINK_WORLDTOUR**
59.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

Tweet

**Perkowski Legal P.C.**
@c_perkowski                    ···

← **Tweet**

This Tweet is from a suspended account. Learn more

This Tweet is from an account that no longer exists. Learn more

**dream boy🦋** @modelsxhaute · May 23, 2020
Replying to @MILANMOISELLE and @MEENAVOGUEE
bye

♡ 1

**CHURCH GIRL** @sichoazdwn · May 27, 2020
Replying to @MEENAVOGUEE
Anything with @rihanna is ICONIC ❤️

**Veshy** @veshydarman · May 25, 2020
Replying to @MEENAVOGUEE
Roger Sanchez - Another Chance (The Rihanna Mix ) call it a Rih-mix

**• • • • • •** @Lucidd666 · May 23, 2020
Replying to @MEENAVOGUEE
Iconic😍😍



💬 1        ♡ 8

**@Beyfan1981** · May 24, 2020
Replying to @Lucidd666 and @MEENAVOGUEE
I came here for this

**❄️❄️❄️ @Redexxy** · May 23, 2020
Replying to @MEENAVOGUEE and @Breonuh_
thought that was james charles at first

**2015 misser** @unrealtothecore · May 23, 2020
Replying to @MEENAVOGUEE
omg i love this tata cosplay

**The Freckle In Her Eye** @beautymechanic_ · May 23, 2020
Replying to @MEENAVOGUEE
Does anyone know what shoes these are??

💬 1

**311 / ELL** @CarelessReno · May 23, 2020
Replying to @beautymechanic_ and @MEENAVOGUEE
Dsquared2

♡ 1

**흙💍36번🦋** @vetemetns · May 23, 2020
Replying to @MEENAVOGUEE
Follow me for more about fashion!❤️

**JOHN** @IAM_Johnathan · May 23, 2020
Replying to @MEENAVOGUEE
Forever iconic

This Tweet is from a suspended account. Learn more

**Mia 🦋** @TamiaLashae_ · May 23, 2020
Replying to @jduhbabii and @MEENAVOGUEE
That's law! 😂

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

Ⓟ **Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/PMaratonando/status/1182797986465796098 __ at __ 2022-11-21 01:58:32 -08:00 __

← **Tweet**

🔍 Search Twitter



## Relevant people

**Maratonando News** 🇺🇦
@PMaratonando   **Follow**

Tudo sobre o mundo do cinema,
séries e games 🎥📺 Sigam nossos
ADMs 👍👍 @1991Philipe 🧑

https://twitter.com/Infosseriesfr/status/1518130950964075105 __ et __ 2022-11-21 22:23:38 -08:00

Case 1:22-cv-09462-DMG-ADS    Document 1-22    Filed 12/30/22    Page 93 of 101    Page ID #:2151

← **Tweet**

**Infos Séries**
@InfosSeriesFR                                    •••

**#PHOTOS** Blake Lively allant à l'anniversaire de Gigi Hadid



🔗 Blake Lively Updates

1:07 AM · Apr 24, 2022 · Twitter for iPhone

**78** Retweets   **47** Quote Tweets   **989** Likes

🅿  Tweet your reply                                    Reply

**Supportrice🏴 🇫KylianMbappé⚽** @Hayden_MyChosen · Apr 24    •••
Replying to @InfosSeriesFR and @blakelively
Magnificent
   💬          🔁          ♡          ↥

**Pauline** @lunaya32 · Apr 24                              •••
Replying to @InfosSeriesFR and @blakelively
Elle est incroyable 😍
   💬          🔁          ♡          ↥

**B** @BattyWR · Apr 24                                    •••
Replying to @InfosSeriesFR and @blakelively
Its giving Serena @AudeEchelon
   💬  1       🔁          ♡  1       ↥

**Aude** @AudeEchelon · Apr 24                            •••
Replying to @BattyWR @InfosSeriesFR and @blakelively
SVDW era is back 😍
   💬          🔁          ♡  3       ↥

**Dalya** @sluteramiamigos · Apr 24                        •••
Replying to @InfosSeriesFR and @blakelively
Ohhh
   💬          🔁          ♡          ↥

**1oeildanslasalle••** @1_oeil · Apr 24                      •••
Replying to @InfosSeriesFR and @blakelively
Moi attendant mon invitation à l'anniversaire de Gigi Hadid

GIF  ALT
   💬          🔁          ♡  7       ↥

**Vulcanus** @Vulcanus14 · Apr 24                          •••
Replying to @InfosSeriesFR and @blakelively
Plusieurs enfants et parfaite ❤️
   💬          🔁          ♡  4       ↥

**Rio The Black Cat 🐈‍⬛** @RioTheBlackCat · Apr 24          •••
Replying to @InfosSeriesFR and @blakelively
🥺
   💬          🔁          ♡          ↥

Show more replies



__ https://twitter.com/TheAffinityMag/status/1519465999894822018 __ at __ 2022-11-20 16:27:16 -08:00 __

← **Tweet**

**Affinity Magazine** ✔
@TheAffinityMag

Olivia Wilde was served custody papers from Jason Sudeikis during a "Don't Worry Darling" preview at CinemaCon.

Wilde and Sudeikis have two kids from their nine-year relationship, which ended in late 2020.

The film stars Harry Styles, Wilde's public partner since January 2021.



4:58 PM · Apr 27, 2022 · Twitter Web App

**4** Retweets   **2** Quote Tweets   **13** Likes

Tweet your reply                                    Reply

**Relevant people**

**Affinity Magazine** ✔
@TheAffinityMag
NEXT GEN OF MEDIA                    Follow

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⦿ More

**Tweet**

.
@cravemedia_



4:55 AM · Nov 14, 2021 · Twitter for Android

**268** Retweets   **194** Quote Tweets   **4,069** Likes

Tweet your reply                                    Reply

**Christine Tartaglia** @ChristineTartag · Nov 14, 2021
Replying to @cravemedia_
Peep Blake Lively wearing the ring from the new music video.
💬 1                    ♡ 19

**LocalDrowsyGal**🍭 @GlitteringKunai · Nov 14, 2021
Replying to @cravemedia_
The werther's original candy in the car door is so funny to me afsgsgsg
💬                 ♡ 4

**🦋C🦋 (Taylor's Version)** @d0bismybae · Nov 14, 2021
Replying to @cravemedia_
DO I SEE ANYA TAYLOR JOY?
💬                 ♡

**gabrielle** @venusveritas_ · Nov 14, 2021
Replying to @cravemedia_
OH MY IF ANYA IS IN ONE OF THE VIDEOS IM GONNA CRY
💬 1                ♡ 22

**gabrielle** @venusveritas_ · Nov 14, 2021
Replying to @venusveritas_ and @cravemedia_
OH AND WITH HER GF CARA
💬                 ♡ 2

**Perkowski Legal P.C.** ···
@c_perkowski

## Relevant people

.
@cravemedia_                    Follow
Media account for @FilmUpdates

## What's happening

NFL · 5 hours ago
**49ers at Cardinals**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Entertainment · Trending                ···
**Died Suddenly**
Trending with World Premiere

Trending in California              ···
**Mexicans**
7,122 Tweets

Trending in United States          ···
**#GMMTV2023**
190K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Tweet**



__ https://twitter.com/proxcinemente/status/1146248092468928512 __ at __ 2022-11-20 23:52:33 -08:00 __

← **Tweet**

**Próxcinemente**
@proxcinemente

···

IMÁGENES DESDE EL RODAJE DE "BILL & TED 3" 🎸 ⚡

Protagonizada por Keanu Reeves y Alex Winter.

Se estrenará en agosto de 2020. #BillAndTed3

Vía: @JustJared
Translate Tweet



7:43 PM · Jul 2, 2019 · Twitter for Android

💬    🔁    ♡    ⬆


Tweet your reply

**Reply**

## Search Twitter

### Relevant people

**Próxcinemente**
@proxcinemente

**Follow**

Todas las novedades en el mundo del séptimo arte. 🎬 | Creador: @chuyRM_93 | Contacto: proxcinemente@gmail.com

**JustJared.com** ✓
@JustJared

**Follow**

Your #1 Entertainment Authority Also follow @jaredeng @justjaredjr

### What's happening

NFL · 3 hours ago
**Chiefs at Chargers**

**#Disenchanted** 💃
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Disney, Chapek

···

Trending in United States
**#AMAs** 🔥
4.79M Tweets

···

Trending in United States
**Maher**
22K Tweets

···

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.


**Perkowski Legal P.C.**
@c_perkowski    ···

https://twitter.com/ThePopTingz/status/1321072158580314119 ___ et ___ 2022-11-21 02:34:33 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-22    Filed 12/30/22    Page 99 of 101    Page ID #:2157



Search Twitter

← **Tweet**

Moe from Pop Tingz
@MoeFromPopTingz

Zendaya was spotted arriving in Atlanta yesterday, where she will be filming Spider-Man 3.

(via JustJared)



5:52 AM · Oct 27, 2020 · Twitter for Android

**10** Retweets  **1** Quote Tweet  **183** Likes

Tweet your reply                                    Reply

rg (fan account) 🐦 ERAS TOUR TA... @NightOwlSw... · Oct 27, 2020
Replying to @MoeFromPopTingz and @ThePopTingz
OMG MY CITY!

Pop Crave @stildontknowher · Oct 27, 2020
Replying to @MoeFromPopTingz and @ThePopTingz
Ended seltuna
2                    1

selegendgodmez @Sumi_Xtina · Oct 27, 2020
Replying to @stildontknowher and @ThePopTingz
ended positions aka the most boring album of the year
1                    1

Show replies

c @conanscosmos · Oct 27, 2020
Replying to @MoeFromPopTingz and @ThePopTingz
batman outsold

Pop Crave @stildontknowher · Oct 27, 2020
Replying to @MoeFromPopTingz and @ThePopTingz
i am voting Nicki Minaj for favorite female artist - Rap/ Hip-Hop at the #AMAs 🔥

Im voting for Tusa for favorite song - Latin at the #AMAs 🔥

**Relevant people**

Moe from Pop Tingz
@MoeFromPopTingz                    Follow
Founder of @ThePopTingz. Pop
Culture Expert. Entertainment
Journalist.

**What's happening**

NFL · Yesterday
**Lions at Giants**

Music · Trending
**Billy Joel**
1,244 Tweets

Trending in United States
**UCLA**
11.4K Tweets

Music · Trending
**Chris Brown**
Trending with Kelly Rowland

Trending in United States
**#AMAs** 🔥
Trending with soobin, sabrina

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/FNavyBrezil/status/1368942261882253826 __ at __ 2022-11-22 08:45:30 -08:00 __

← **Tweet**

Home

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

Perkowski Legal P.C. ···
@c_perkowski

https://twitter.com/things_marvel/status/1329513841995120640 __ at __ 2022-11-22 15:44:35 -08:00 __



← **Tweet**

## Navigation

 

🔍 Search Twitter

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

---



**All Things Marvel**
@things_marvel                                           ⋯

### ภาพจากกองถ่าย Ms. Marvel จะเห็นว่าน้อง Kamala Khan เป็นแฟนเกิร์ล Captain Marvel ด้วย



11:56 AM · Nov 19, 2020 · TweetDeck

**52** Retweets   **26** Likes

💬   ♡ ⬆

  Tweet your reply                    **Reply**

---

## Relevant people



**All Things Marvel**          **Follow**
@things_marvel

News update for THAI fans of @Marvel Cinematic Universe. อัปเดตข่าวของจักรวาลภาพยนตร์มาร์เวลสำหรับแฟน ๆ ชาวไทย

## What's happening

NCAA Men's Basketball · Yesterday
**Cowboys at Eagles**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California        ⋯
**Chicharito**
7,054 Tweets

Family & relationships · Trending    ⋯
**For $100**
192K Tweets

Entertainment · Trending       ⋯
**Jane Lynch**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2022 Twitter, Inc.

---

 **Perkowski Legal P.C.** ⋯
@c_perkowski