# EXHIBIT B Continued

__ https://twitter.com/BookingFreetime/status/1556941678019313664 __ at __ 2022-11-20 23:48:24 -08:00 __

← **Tweet**

**Freetime**
@BookingFreetime

Aperçus de Dominique Thorne, en armure, dans son rôle de Riri Williams sur le tournage de la série #ironheart disponible à l'automne 2023 sur Disney+ !

Translate Tweet



2:53 AM · Aug 9, 2022 · Twitter Web App

Tweet your reply

Reply

**Relevant people**

**Freetime**
@BookingFreetime

Follow

Freetime est une page d'information du cinéma, du divertissement, des séries et plateformes de streaming du moment et à venir.

**What's happening**

NFL · 3 hours ago
**Chiefs at Chargers**

**#Disenchanted** 🧙
Original movie now streaming
Promoted by Disney+

Music · Trending
**#DavidoAt30**
57.5K Tweets

Trending in United States
**#AMAs** 🔥
4.71M Tweets

Trending in United States
**Maher**
22K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More …
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/filmsbymecha/status/1001868306066870272 __ at __ 2022-11-21 14:33:19 -08:00 __

← **Thread**

🏠 Home

#️⃣ Explore

🔔 Notifications 1

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

 🎞🎞
@filmsbydelrey                                    ···

## Emma en Francia hoy con Justin Theroux



9:49 AM · May 30, 2018 · Twitter for Android

💬          🔁          ♡          ⬆️

🅿️  Tweet your reply                        **Reply**

 🎞🎞 @filmsbydelrey · May 30, 2018            ···
Replying to @filmsbydelrey
No creo que estén saliendo, a Justin desde que se separo de Jennifer
Aniston lo han relacionado con cualquier chica que lo ven

💬 1          🔁          ♡          ⬆️

🔍 Search Twitter

### Relevant people

 🎞🎞                    **Follow**
@filmsbydelrey
multifandom ✧⁺。

### What's happening

FIFA World Cup · 1 hour ago
USA vs Wales                              

Trending in United States                      ···
**Richard Fierro**
1,491 Tweets

Trending in United States                      ···
**Mr. Fierro**

Trending in United States                      ···
**HOW IS THAT NOT A YELLOW**
1,151 Tweets

Entertainment · Trending                       ···
**Julia Fox**
7,995 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/tujalefav/status/971535023353552897 __ at __ 2022-11-22 20:08:39 -08:00

← **Tweet**

Search Twitter

TJF
@tujalefav

···

JAJAJA este wey se la rifo 😂👏

Translate Tweet



0:02  4,990 views

3:56 PM · Mar 7, 2018 · Twitter for Android

**57** Retweets   **1** Quote Tweet   **118** Likes

Tweet your reply

Reply

**Relevant people**



TJF
@tujalefav

Follow

Dream Team del norte ✨@ageramtz

**What's happening**

https://twitter.com/alexromval/status/1350607576380092420 __ at __ 2022-11-21 12:39:44 -08:00 __



← Tweet

## Home

## Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



**Alex Salvatore** 🧑‍🦰
@Alexromval

···

### No sabes cuánto te extrañé.

Translate Tweet

 

4:55 PM · Jan 16, 2021 · Twitter Web App

**1** Retweet   **3** Quote Tweets   **8** Likes

💬          🔁          ♡          ↑

 Tweet your reply                    Reply

🔍 Search Twitter

### Relevant people

 **Alex Salvatore** 🧑‍🦰     Follow
@Alexromval
'Nadie puede juzgar desde fuera el amor'

### What's happening

FIFA World Cup · LIVE
**USA vs Wales**



Trending in United States            ···
**WHAT A SAVE**
8,153 Tweets

Trending in California               ···
**Telemundo**
7,636 Tweets

Trending in United States            ···
**Haji Wright**

Trending in United States            ···
**Medford Messi**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/guidance_the/status/1557059583046307841 __ at __ 2022-11-20 08:01:09 -08:00 __

← **Tweet**



**TheGuidance**
@guidance_the

···

#Kingpin está de regreso en #Echo , la próxima serie de #MarvelStudios que ya se encuentra en grabaciones.

Translate Tweet




10:41 AM · Aug 9, 2022 · Twitter Web App

      ♡   ↑



Tweet your reply

**Reply**

Q Search Twitter

### Relevant people



**TheGuidance**
@guidance_the

**Follow**

Todo el contenido geek al alcance de tu mano. Noticias, análisis, cómics narrados, curiosidades, etc.

### What's happening

FIFA World Cup · 1 minute ago
**World Cup Qatar 2022: Opening Ceremony**



#Disenchanted 👹
Original movie now streaming
▣ Promoted by Disney+

Only on Twitter · Trending
**RIP JDF**
2,367 Tweets

···

Jungkook · Trending
**Jungkook**
Trending with Morgan Freeman, hobi

···

Trending in California
**#DonaldTrump**
38.4K Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski   ···

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

https://twitter.com/ScreenMix/status/1294160994698571778    2022-11-22 15:50:03  08:00  ADS    Document 1-23  Filed 12/30/22   Page 7 of 101   Page ID



Case 2:22-cv-09462-DMG-ADS   Document 1-23   Filed 12/30/22   Page 8 of 101   Page ID #:2167



← **Tweet**

-  Home
- # Explore
- 🔔 Notifications
- ✉ Messages
- 🔖 Bookmarks
- ▤ Lists
- 👤 Profile
- ⋯ More

**Tweet**

 **SuperConfirmado**
@superconfirmado                                      ⋯

### ¿Son pareja Kim Kardashian y Pete Davidson?
bit.ly/3FJ4QtT



3:25 PM · Nov 22, 2021 · TweetDeck

     

 Tweet your reply                **Reply**

## Relevant people

 **SuperConfirmado**   **Follow**
@superconfirmado
Portal venezolano de noticias, con información de Venezuela y el mundo al momento que ocurran

## What's happening

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater**🐋
Get tickets now - In theaters December 16
📷 Promoted by Avatar

Trending in United States
**El VAR**
87.5K Tweets

Entertainment · Trending
**Died Suddenly**
80.4K Tweets

Trending in United States
**Argentina**
Trending with Messi, #ARGKSA

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**   ⋯
@c_perkowski

https://twitter.com/soygerardcortez/status/1377784974298895493 __el__ 2022-11-22 13:52:25 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 1-23   Filed 12/30/22   Page 9 of 101   Page ID
#:2168

← Tweet

**Gerard Cortez**
@SoyGerardCortez

Que emoción sentir inspiración gracias a Diane Keaton
el día de hoy 🔥🔥🔥 75 años y luciendo como quiere
lucir. La amo.

Translate Tweet



5:48 PM · Apr 1, 2021 · Twitter for iPhone

**132** Retweets  **24** Quote Tweets  **1,591** Likes

Tweet your reply · · · · · · · · · · · · · · · · · · · Reply

what did you just call me? @laletranegra_ · Apr 1, 2021
Replying to @SoyGerardCortez
75 años y con esos tacones? Quiero la salud de esa señora a su edad.
♡ 4

**Lesly** @LeslyAguileraR · Apr 1, 2021
Replying to @SoyGerardCortez
Después de ver AllenVsFarrow nada fan de la señora que defiende a Woody.
:(
♡ 1

**Gerard Cortez** @SoyGerardCortez · Apr 1, 2021
Replying to @LeslyAguileraR
Maldita sea 🙇‍♀️
♡ 2

**Cósmico ⭐⭐⭐** @cosmico36 · Apr 1, 2021
Replying to @SoyGerardCortez
Diosaaaa
♡ 1

**ROBERTOLEONE** @itsROBERTOLEONE · Apr 2, 2021
Replying to @SoyGerardCortez
Amo!!! Tacones de impacto!

**Rogelio Mornol** @MornolRogelio · Apr 1, 2021
Replying to @SoyGerardCortez
COOL 😎

**Poluxo** @Poluxo_ · Apr 1, 2021
Replying to @SoyGerardCortez
Amo que le encanta andar descalza hasta en la calle, pero cuando se sube a
sus tacones se pone bien perra!!! jajaj
♡ 10

Show additional replies, including those that may contain offensive
content · · · · · · · · · · · Show

Case 2:22-cv-09462-DMG-ADS    Document 1-23    Filed 12/30/22    Page 10 of 101    Page ID
#:2169

← **Tweet**

This Tweet from @Alexromval has been withheld in response to a report from
the copyright holder. Learn more.

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Relevant people**



**Alex Salvatore** 🧑
@Alexromval

**Follow**

'Nadie puede juzgar desde fuera el
amor'

**What's happening**

NBA · LIVE
**Warriors at Rockets**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in United States ···
**Wayne Brady**

Trending in United States ···
**#AMAs** 🔥
Trending with TOMORROW X TOGETHER, Favorite K-
Pop Artist

Only on Twitter · Trending ···
**Tommy**
168K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski

Search Twitter



← **Tweet**

🔍 Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**



**The First Cowboy**
@TheFirstCowboy

⋯

Dakota Johnson got into the lens of the paparazzi during the filming of the movie "Madame Web" in Boston.

Premiere - October 6, 2023!



5:09 AM · Jul 27, 2022 · Twitter for iPhone

**1** Retweet   **9** Likes

💬            🔁            🤍            ⬆️



P    Tweet your reply                    Reply

### Relevant people



**The First Cowboy**          Follow
@TheFirstCowboy

Space Cowboy || Movie Lover || Content Creator. Insider news movie games and TV shows all this you will find on this channel & social media 🎙️ | @StarWars_JC

### What's happening

FIFA World Cup · LIVE
**England vs Iran**

Trending in California            ⋯
**Dodger Stadium**
Trending with Elton John, #EltonFarewellTour

Trending in United States        ⋯
**England**
Trending with #ENGIRN, Saka

Trending in United States        ⋯
**#cowboysnation**
11K Tweets

Sports · Trending               ⋯
**Israelites**
Trending with Ques

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**          ⋯
@c_perkowski

__ https://twitter.com/spidermen3news/status/1556222188063264769 __ et __ 2022-11-19 23:45:42 -08:00
Case 1:22-cv-09462-DMG-ADS    Document 1-23    Filed 12/30/22    Page 12 of 101    Page ID
#:2171



**Spider-Man News**
@SpiderMan3news

Another Madame Web set photo of Dakota Johnson and Adam Scott as paramedics



3:14 AM · Aug 7, 2022 · Twitter for Android

**40** Retweets   **6** Quote Tweets   **679** Likes



Perkowski Legal P.C. ...
@c_perkowski

Tweet your reply                          **Reply**

**Spider-Man News** @SpiderMan3news · Aug 7
Replying to @SpiderMan3news
Credit
twitter.com/silvenxsable/s...

This Tweet is from an account that no longer exists. Learn more

💬 ↻ 2 ♡ 18 ↑

**nfk** @NightmareFredK · Aug 7
Replying to @SpiderMan3news
I wonder if it is like Loki or something where we revisit past spider-man movies but from madam web's perspective

💬 1 ↻ 1 ♡ 9 ↑

Show replies

**SAM_YeeT_24** @SamarjeetB23 · Aug 7
Replying to @SpiderMan3news
I'm telling y'all, they're definitely baiting us and this film might be something completely different...

💬 ↻ ♡ 5 ↑

**Harry Monroe** @HarryG1998_ · Aug 7
Replying to @SpiderMan3news
This could be their side hustle job similar to how Photography/Scientist/Professor is a side job for Peter in his personal but is Spider-Man in his superhero life. This could be that kind of thing.

💬 ↻ ♡ ↑

**snake gyllenhaal** @scottspades · Aug 7
Replying to @SpiderMan3news
I'm gonna hate this movie for immense wasted potential, I just know it

💬 ↻ ♡ 4 ↑

---

### Relevant people

**Spider-Man News**                **Follow**
@SpiderMan3news
news on all things spider-man
Business email:
adamwade9807@gmail.com
Admin/owner: @adamwade_1998
Backup admins: @lymeoo
@masonnnnidk

### What's happening

Television · 3 hours ago
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
🚗 Promoted by Uber

Sports · Trending
**Pasadena**
1,622 Tweets

Music · Trending
**Elton John**
5,505 Tweets

Sports · Trending
**Chip Kelly**
1,081 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Navigation (sidebar)

- 🏠 Home
- # Explore
- 🔔 Notifications
- ✉ Messages
- 🔖 Bookmarks
- ☰ Lists
- 👤 Profile
- ⊙ More

**Tweet**

← **Tweet**



**Dakotacandids**
@Dakotacandids

···

06.08 l Novas fotos da Dakota durante as gravações de 'Madame Web' em Boston, Massachusetts.
#DakotaJohnson (5)



4:01 PM · Aug 6, 2022 · Twitter Web App

**6** Retweets   **21** Likes



○        ⟲        ♡        ⬆



Tweet your reply                                    Reply

○ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

··· More

**Tweet**

Q Search Twitter

**Relevant people**



**Dakotacandids**       Follow
@Dakotacandids

Neste perfil irei postar somente candids de Dakota Johnson. Para mais info, fotos e vídeos me sigam na conta principal: @Dakotashades l Fan Account

**What's happening**

NBA · 24 minutes ago
**Lakers at Suns**

**#AvatarTheWayOfWater**🧑
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California
**Costco**                    ···
5,740 Tweets

Trending in United States
**Erection**                  ···
16.6K Tweets

Sports · Trending
**Pat Bev**                   ···
Trending with Ayton, Lakers

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.   ···
@c_perkowski



**Tweet**

Infos Séries
@InfosSeriesFR

#PHOTOS Blake Lively allant à l'after party du #MetGala



3:26 AM · May 3, 2022 · Twitter for iPhone

50 Retweets   6 Quote Tweets   626 Likes

Tweet your reply                                    Reply

John Doggett @nimour30 · May 3
Replying to @InfosSeriesFR
Une vraie déesse

1

La Rôdeuse Pâle @LaRodeusePale · May 3
Replying to @InfosSeriesFR
Ouhla ça va pas du tout ma cheriiiiie. Court en haut et court en bas c'est le fashion faux pas ! 🦵

1        2

Benjyskahn @Benjyskahn · May 3
Replying to @LaRodeusePale and @InfosSeriesFR
Oui mais non mais si quand même 🤭🤭😍
Fashion faux pas ...
Bah si finalement faut 🔥🔥🔥
Pis c'est plus rapide pour éplucher la maison 🧥zip

1

Show replies

Amélie ( âme-lis ) @Aercat_ · May 3
Replying to @InfosSeriesFR
Rien que elle respire elle est incroyable en fait

6

gessy destinée @GBatela · May 3
Replying to @InfosSeriesFR
Cette femme a du style

Flo_Redy @floogobert · May 4
Replying to @InfosSeriesFR
Direction bois de boulogne.

---

**Relevant people**

Infos Séries
@InfosSeriesFR                Follow
Bienvenue sur votre source française
sur toutes vos séries, films et stars
préférées
contact:l.nfosseriesfrpro@gmail.com
@dianemarchetti1 &
@jeannepchll

**What's happening**

NFL · 1 hour ago
49ers at Cardinals

Entertainment · Trending
Died Suddenly
66.1K Tweets

Entertainment · Trending
#DWTS💀
Trending with Charli, Shangela

Sports · Trending
Troy Aikman
1,016 Tweets

Sports · Trending
Trey Lance
1,306 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/pp.onedatabba/1444690130912960414... id... 2022-11-21 10:14:11 -08:00
2:21cc00462-D44D-4D5-... Document 1-23   Filed 12/30/22   Page 15 of 101   Page ID
#:2374



__ https://twitter.com/RNavyBrezil/status/140803398971505408 __ at __ 2022-11-22 08:37:07 -08:00 __



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.** ...
@c_perkowski

__ https://twitter.com/proxcinemente/status/1430347230824587788 __ at __ 2022-11-19 18:25:47 -08:00 __

← **Tweet**

**Próxcinemente**
@proxcinemente

Letitia Wright y Danai Gurira grabando algunas escenas para "BLACK PANTHER: WAKANDA FOREVER". 💜
#BlackPantherWakandaForever

Vía: @TMZ

6:52 PM · Aug 24, 2021 · Twitter for Android

**1** Retweet  **6** Likes

Tweet your reply

**Reply**

Q Search Twitter

**Relevant people**

**Próxcinemente**  **Follow**
@proxcinemente
Todas las novedades en el mundo del séptimo arte. 🎬 | Creador: @chuyRM_93 | Contacto: proxcinemente@gmail.com

**TMZ** ✓  **Follow**
@TMZ
⊘ Official
Breaking entertainment news as it happens.

**What's happening**

Formula 1 · Starts tomorrow
**Abu Dhabi Grand Prix 2022**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
⊡ Promoted by Uber

Trending in United States
**HE'S BACK**
107K Tweets

Trending in California
**#PokemonScarletViolet**
135K Tweets

Trending in California
**Sac State**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/ScreenMix/status/134615910055385604...   2022-11-22 09:42:10 -08:00
Document 1-23   Filed 12/30/22   Page 18 of 101   Page ID
#:2177



← Tweet

🔍 Search Twitter

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

---

bea / warrior nun ···
@zwanheda

The sapphics are coming to stranger things



3:17 PM · Oct 21, 2020 · Twitter for Android

379 Retweets  231 Quote Tweets  3,178 Likes

💬              🔁              ♡              ⬆️

Tweet your reply                    **Reply**

Lukas 🏳️‍🌈 @PK_Useless · Oct 22, 2020
Replying to @zwanheda
@marrselves
💬 1        🔁        ♡ 1        ⬆️

Gui ↗️ @blxckheart_ · Oct 22, 2020
Replying to @zwanheda
@nalicecm aaaaaaaa
💬        🔁        ♡ 1        ⬆️

ray @wallowsft · Oct 22, 2020
Replying to @zwanheda



From ray
💬        🔁        ♡ 2        ⬆️

dickinson55 @andiaxi · Oct 22, 2020
Replying to @zwanheda
Hdhdsdjcjhjf omgggggg
💬        🔁        ♡        ⬆️

eve @minhahaseul · Oct 21, 2020
Replying to @zwanheda
@seulglalsw se liga
💬        🔁        ♡        ⬆️

Bea 💙💜 @thasm1n · Oct 21, 2020
Replying to @zwanheda
Ok but I want that whole aesthetic to me my aesthetic!! 🔥
💬        🔁        ♡ 3        ⬆️

Gica @Gi_can_Gica · Oct 22, 2020
Replying to @zwanheda
socorro, que gata!!! Amo demais tomboys 🥵🥵🥵
💬        🔁        ♡        ⬆️

D. @prairiesty · Oct 21, 2020
Replying to @zwanheda
SHE LOOKS SO GAY OML I'M HERE FOR IT
💬        🔁        ♡ 39        ⬆️

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

marcella @ewwanpeters · Oct 23, 2020
Replying to @ic_x_o and @zwanheda
OOOOOOHHHHHHHHHHHHHH
💬        🔁        ♡        ⬆️

giovana romanoff @ginsc · Oct 22, 2020
Replying to @zwanheda
@carbonelucas1 TA SENDO FILMADA SIM
💬 1        🔁        ♡ 1        ⬆️

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

Show replies

---

**Relevant people**

bea / warrior nun          **Follow**
@zwanheda
"beatrice is a badass"

**What's happening**

FIFA World Cup · Live
Argentina vs Saudi Arabia

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending        ···
Died Suddenly
79.1K Tweets

Trending in United States       ···
Trent Reznor
Trending with Jack White

Trending in United States       ···
#ArgentinU
Trending with Messi

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C. ···
@c_perkowski

Search Twitter

# Home

# Explore

# Notifications

# Messages

# Bookmarks

# Lists

# Profile

# More

**Tweet**



**Planeta Geek | 🌎**
@PlanetaGeek_OFC

🚨Fotos do Xolo como Besouro Azul! #bluebeetle



1:24 PM · May 25, 2022 · Twitter for Android

**2** Retweets   **6** Likes

Tweet your reply

Reply

**Relevant people**

**Planeta Geek | 🌎**
@PlanetaGeek_OFC

Follow

Sua melhor fonte sobre Marvel, DC e a cultura geek! Siga-nos e não perca nenhuma notícia | 📧 email para contato: planetageekc@gmail.com

**What's happening**

NBA · LIVE
**Spurs at Lakers**



**#Disenchanted** 👸
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Wayne Brady**
3,294 Tweets

Trending in United States
**Bob Iger**
Trending with Chapek, #Disney

Trending in United States
**Heisman**
5,824 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 1-23   Filed 12/30/22   Page 21 of 101   Page ID #:2180



← Tweet

ATENÇÃO GEEK | Mídia
@agfotosevideos

...

+ fotos da Iman Vellani como #MsMarvel



8:16 AM · May 1, 2021 · Twitter for Android

**4** Retweets   **15** Likes

Tweet your reply

Reply

## Relevant people

ATENÇÃO GEEK | Mídia
@agfotosevideos

Follow

Conta para fotos e vídeos dos bastidores do mundo do entretenimento. Conta oficial: @atencaogeek

## What's happening

Television · LIVE
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**HE'S BACK**
Trending with Mr. President

Sports · Trending
**Kiffin**
3,217 Tweets

Sports · Trending
**Hendon Hooker**
1,210 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

Search Twitter

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/joliefans/status/1214598204425003008 __ el __ 2022-11-22 17:44:01 -08:00    Case 2:22-cv-08462-DMG-ADS    Document 1-23    Filed 12/30/22    Page 22 of 101    Page ID #:2181

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Angelina Jolie Fans**
@joliefans

Angelina Jolie Makes Old Céline Feel Brand New - British Vogue dlvr.it/RMbpl2



9:22 AM · Jan 7, 2020 · dlvr.it

**6** Retweets   **80** Likes

Tweet your reply

Reply

**Spieser Jérôme** @SpieserJerome · Jan 8, 2020
Replying to @joliefans
Je dit : nous sommes sortir bien dans la Ville !? Tres bien et bravo ...tres youpi youpi

**David woods** @David71080694 · May 26, 2020
Replying to @joliefans
What a look 👀 👀 😋

**Maggie Orzano** @OrzanoMaggie · Jan 7, 2020
Replying to @joliefans
Hi miss Angelina, my plan for homeless services in LA is refugee camp outside the city. Where people are made to go under these circumstances. And services are brought directly Dailey. And you see where the resources go

**Maggie Orzano** @OrzanoMaggie · Jan 7, 2020
Replying to @joliefans
Did you get my email

Perkowski Legal P.C.
@c_perkowski

🔍 Search Twitter

**Relevant people**

**Angelina Jolie Fans**
@joliefans
Follow
Unofficial and awesome news, blogs and videos about Angelina Jolie!

**What's happening**

Television · LIVE
**Bachelor in Paradise airing on ABC**

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
📣 Promoted by Avatar

Trending in United States
**Nembhard**

Trending in United States
**#thankskillingwithart**
1,602 Tweets

Chain restaurants · Trending
**Hooters**
7,587 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

⬜⬜
@filmsbydelrey

Justin 😘



5:09 AM · Sep 26, 2017 · Twitter for Android



 Tweet your reply

Reply

## Relevant people

 ⬜⬜
@filmsbydelrey
multifandom ✧*.

Follow

## What's happening

NFL · LIVE
**Chiefs at Chargers**



**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Dodger Stadium**
9,039 Tweets

Trending in United States
**#AMAs**🔥
Trending with soobin, bebe rexha

Sports · Trending
**Fortson**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Perkowski Legal P.C.
@c_perkowski



https://twitter.com/InfosoSeriesFr/status/1518700044801138702    Document 1.23   Filed 12/30/22   Page 25 of 101   Page ID #2184

# Twitter / Infos Séries

- 🏠 Home
- #️⃣ Explore
- 🔔 Notifications
- ✉️ Messages
- 🔖 Bookmarks
- 📋 Lists
- 👤 Profile
- ⋯ More

**Tweet**

Perkowski Legal P.C.
@r_perkowski



**Infos Séries**
@InfosSeriesFR

**#PHOTOS** Tom Holland et Zendaya à Boston

2:14 PM · Apr 25, 2022 · Twitter for iPhone

**166** Retweets   **95** Quote Tweets   **3,202** Likes

---

Tweet your reply    **Reply**

**Sabrina サブリナ** @sabrinaheard · Apr 26
Replying to @InfosSeriesFR
Ils sont fait l'un pour l'autre car je trouve que physiquement ils se ressemblent moit

**Raoula** @RaoulaBN · Apr 26
Replying to @InfosSeriesFR
Ils sont trop mignons 😍. Décontracté au quotidien et ultra glamour sur les tapis rouges.
♡ 8

**khai** @khai_rm · Apr 26
Replying to @InfosSeriesFR
PARENTS
♡ 1

**Andreas** @Andreas70550898 · Apr 26
Replying to @InfosSeriesFR
Qq a la réf de la pair ?
♡ 1

**Chasi**✨ @CaroffChasi · Apr 26
Replying to @Andreas70550898 and @InfosSeriesFR
Je crois que c'est des Air Max 97
♡ 2

**JaWaas** 🐉 @JaWaas3 · Apr 26
Replying to @InfosSeriesFR
Osais fin des humains quoi

**J.R.F.B.** @Numrod_Root · Apr 26
Les commentaires:
Elle ne sait pas s'habiller.
Elle est trop belle pour lui.
C'est quoi son look à lui?
Ses cheveux ça va pas.
C'est insupportable.
♡ 40

**Lyrena Tony** @dEgrey0666 · Apr 26
Replying to @Numrod_Root and @InfosSeriesFR
La jalousie quand ça tient les organa.
Moi, je dis "il est blanc comme un cul".
D'ailleurs, je fais partie de celle qui ne le trouve pas super beau. Hors, il est tellement simple et gentil que ça le rend attendrissant. 😊
♡ 2

**C h a o s** @lonfaglia · Apr 25
Replying to @InfosSeriesFR
elle est trop belle pour lui
♡ 11

**aurélie** @aur_dgz · Apr 26
Replying to @lonfaglia and @InfosSeriesFR
hein? 😭😭

**Valouu U❚❚** @Valouu_U35 · Apr 26
Replying to @InfosSeriesFR
ils sont trop beau ensemble 👍
♡ 3

**Emilie** @elime_emilie15 · Apr 26
Replying to @Valouu_U35 and @InfosSeriesFR
Osh

**cherche pas!!** @NazLevie · Apr 26
Replying to @InfosSeriesFR
Trop beau

**moivince06** @moisaah575 · Apr 26
Replying to @InfosSeriesFR
ses cheveux ça va vraiment plus là 😂😂😂
♡ 2

**Fox** @Fox11150440 · Apr 25
Replying to @moisaah575 and @InfosSeriesFR
C'est pour un film
Après ça 🐱🐱
♡ 2

**Bêê Bwd** @BeaBwd · Apr 26
Replying to @InfosSeriesFR
Il tourne une série jusqu'en septembre dans laquelle il joue un homme dérangé. Le look va avec. Après il sera plus soigné
♡ 1

**Won** @WONSAN · Apr 26
Replying to @BeaBwd and @InfosSeriesFR
Fin sinon là il est pas en tournage donc le "look pas soigné", d'autant plus qu'il est bien habillé
♡ 1

**frïa_luz** @frialuz1 · Apr 26
Replying to @InfosSeriesFR
🙃

**@linton** · Apr 26
Replying to @InfosSeriesFR
Ils sont vraiment ensemble dans la vrai vie ?

This Tweet is from a suspended account. Learn more

**Totally stranger.** @Alsabxrub · Apr 26
Replying to @LunaRsPlayerR and @InfosSeriesFR
Mais elle s'habille pas comme les autres**
♡ 9

**Relevant people**

**Infos Séries** @InfosSeriesFR   **Follow**
Bienvenue sur votre source française sur toutes vos séries, films et stars préférées
contact1nfoseriesfr(at)gmail.com
@duanemacchetti1 &
@jeannepo98

**What's happening**

NFL · 3 hours ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
6,894 Tweets

Trending in United States
**Trent Reznor**
23.3K Tweets

Entertainment · Trending
**BLEACH**
173K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ▾
© 2022 Twitter, Inc.

https://twitter.com/MarvelCineVerse/status/1556743326522556418 __ at __ 2022-11-21 01:39:10 -08:00 __

Case 2:22-cv-09462-DMG-ADS Document 1-23 Filed 12/30/22 Page 26 of 101 Page ID #:2185

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← **Tweet**

**Marvel CinéVerse**
@MarvelCineVerse

#Ironheart : Aperçus de Dominique Thorne, en armure, dans son rôle de Riri Williams sur le tournage de la série IRONHEART, disponible à l'automne 2023 sur Disney+ !
(@JustJared)

Translate Tweet



1:45 PM · Aug 8, 2022 · Twitter Web App

18 Retweets   6 Quote Tweets   113 Likes

Tweet your reply

**Reply**

**Dr.Stephen Strange** @DrStrangeFR · Aug 8
Replying to @MarvelCineVerse and @JustJared
On dirait Doom le truc

♡ 1

**chris 🇫🇷🇲🇨 Monaco 🇫🇷🇲🇨** @hollybynight11 · Aug 9
Replying to @MarvelCineVerse and @JustJared
Catastrophique comparé aux armures d'Iron Man 😭

**PochoSkywalker** @PochoSkywalker_ · Aug 8
Replying to @MarvelCineVerse and @JustJared
@GarleyQuinn

Show more replies

**Perkowski Legal P.C.**
@c_perkowski

🔍 Search Twitter

**Relevant people**

**Marvel CinéVerse** 
@MarvelCineVerse
Actualités et encyclopédie sur le MCU
Instagram 📷 : marvelcineverse_
Associé à @swcineverse ⭐  

Follow

**JustJared.com** ✓ 
@JustJared
Your #1 Entertainment Authority Also follow @jaredeng @justjaredjr

Follow

**What's happening**

NCAA Men's Basketball · Yesterday
**Hornets at Panthers**

Sports · Trending
**palmer**
26.3K Tweets

Trending in California
**#BLACKPINK_WORLDTOUR**
59.2K Tweets

Trending in United States
**#AMAs** 🏆
Trending with sabrina

Sports · Trending
**Israelites**
10.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



← **Tweet**

## Home

## Explore

1 Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



**@nanfixus**
@nanfixus                                    ...

Hello babe! 😍😍😍
#DakotaJohnson

 

6:29 PM · Feb 5, 2019 · Twitter for Android

**6** Retweets    **1** Quote Tweet    **35** Likes

💬            ⟲            ♡            ⬆

 Tweet your reply              **Reply**

Q Search Twitter

### Relevant people

 **@nanfixus**     **Follow**
@nanfixus

DJ Fan 🐾 Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🇦🇷

### What's happening

Television · 19 minutes ago
**Saturday Night Live airing on NBC**                              

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States                ...
**HE'S BACK**
136K Tweets

Sports · Trending                        ...
**#SpursUp**

Trending in California                   ...
**Pasadena**
1,432 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



__ https://twitter.com/lindaikeji/status/1521947218550263809 __ at __ 2022-11-21 21:44:46 -08:00 __



← **Tweet**





Q Search Twitter

**Home**

# **Explore**

🔔 **Notifications**

✉ **Messages**

🔖 **Bookmarks**

☰ **Lists**

👤 **Profile**

⋯ **More**

**Tweet**

**Linda Ikeji**
@lindaikeji

⋯

Dave Chappelle's attacker wrote a rap song named after the comedian lindaikejisblog.com/2022/5/dave-ch ...



1:17 PM · May 4, 2022 · LIB App

**1** Retweet    **4** Likes

💬          ⇄          ♡          ⬆



Tweet your reply                    **Reply**

### Relevant people



**Linda Ikeji**
@lindaikeji                    **Follow**
Blogger. CEO, LindaIkejiTV

### What's happening



NFL · 1 hour ago
**49ers at Cardinals**

Entertainment · Trending            ⋯
**Died Suddenly**
65.6K Tweets

Only on Twitter · Trending            ⋯
**Pablo Milanés**
Trending with  Auburn

Trending in California            ⋯
**Dodger Stadium**
9,332 Tweets

Trending in United States            ⋯
**August Alsina**
Trending with  Jada, #TheSurrealLife

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

**Tweet**

P  **Perkowski Legal P.C.** ⋯
@c_perkowski

https://twitter.com/ThrowbackTaylor/status/1511058725339079659 __ et __ 2022-11-21 09:22:56 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 1-23   Filed 12/30/22   Page 29 of 101   Page ID #:2188

🔍 Search Twitter

**Taylor Throwbacks | fan page**
@ThrowbackTaylor

6 years ago today, taylor swift out for lunch wokcano in west hollywood, CA.

april 4, 2016



12:10 PM · Apr 4, 2022 · Twitter for iPhone

**64** Retweets   **23** Quote Tweets   **1,268** Likes

---

**katie** @plutxluv · Apr 5
Replying to @ThrowbackTaylor
my tall queen!!
💬            ♡ 3

**jimeo⁷💙 indigo–12.02 🐍** @vmeojimeo · Apr 5
Replying to @ThrowbackTaylor
love how she never hesitates to wear heels when she wants to despite her height
💬            ♡ 4

**max** @Z3R0_B0N3S · Apr 5
Replying to @ThrowbackTaylor
WAIT TAYLOR SWIFT IS TALL?!?!
💬 1          ♡ 2

**Maria** @mariaxlau · Apr 5
Replying to @Z3R0_B0N3S @Z3R0_SIX and @ThrowbackTaylor
Dude Taylor is really tall, she's 1.8m
💬            ♡ 4

**John Mazzo** @maztweed · Apr 5
Replying to @ThrowbackTaylor
Rarified air at about 6'4" with those spike heels, Tall,Slim ,Beautiful,
💬            ♡ 7

**ViShaL KaNnaN** @ViShaLKaNnaN16 · Apr 5
Replying to @ThrowbackTaylor
Tall Butt 😍😍
💬

**MAXWELL MBAVARIRE** @05MAX · Apr 4
Replying to @ThrowbackTaylor
GOOD LUCK AND I LOVE YOU QUEEN

LOVE HUSBAND MAX
💬            ♡

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**⚫** @plateada · Apr 5
Replying to @luzceveckova and @ThrowbackTaylor
jdjdjdj
💬            ♡

Show additional replies, including those that may contain offensive content                    Show

---

**Relevant people**

**Taylor Throwbacks | f...**   Follow
@ThrowbackTaylor
daily throwbacks account to show you what dr taylor was up to on this day | fan account :]⚡ taylortbacks@gmail.com for content removals

**What's happening**

FIFA World Cup · 1 hour ago
**England vs Iran**


Music · Trending
**Kelly Rowland**
Trending with Chris Brown

Trending in United States
**Países Bajos**
29.7K Tweets

Entertainment · Trending
**#AntManandTheWaspQuantumania**
1,748 Tweets

Trending in United States
**Hive**
83.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

 **Türkçe**
@turkce ···

Travis Barker uçak korkusunu aşkla yendi: Uçak kazasında ölümden dönen ABD'li rockçı Travis Barker (45) 13 yıl sonra fobisini Kourtney Kardashian (42) sayesinde yendi.Ailesiyle birlikte kamera karşısına geçtiği Keeping... dlvr.it/S5kIBX #Türkçe #MagazinHaberleri #Magazin

Translate Tweet



4:35 AM · Aug 16, 2021 · dlvr.it

💬          ⟲          ♡          ⬆

 Tweet your reply          **Reply**

---

🔍 Search Twitter

**Relevant people**

 **Türkçe** **Follow**
@turkce

Gazete ve dergilerden Türkçe Haberler, Son Dakika, Spor, Magazin, Teknoloji, Sinema Haberleri. İletişim ve iş birliği için: turkcemag@gmail.com

**What's happening**

FIFA World Cup · 30 minutes ago
**Mexico vs Poland** 

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Sports · Trending ···
**Viva Ronaldo**
3,812 Tweets

Sports · Trending ···
**Cristiano Ronaldo**
Trending with #ManchesterUnited

Trending in United States ···
**Ochoa**
Trending with Poland, #MEXPOL

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

**Tweet**

 **Perkowski Legal P.C.** ···
@c_perkowski

__ https://twitter.com/MarvelGeral/status/1578111668104868865 __ at __ 2022-11-20 09:53:48 -08:00 __

← **Tweet**



**Marvel Geral**
@MarvelGeral

🚨 | Novas imagens das gravações de #MadameWeb mostram o dublê do ator Tahar Rahim, o vilão ainda desconhecido do filme!

Segundo rumores, o personagem faria parte do Multiverso e está tentando impedir o nascimento do Peter Parker...

Translate Tweet





12:55 PM · Oct 6, 2022 · Twitter Web App

**9** Likes

 Tweet your reply

Reply

**Relevant people**

 **Marvel Geral**
@MarvelGeral
Follow

Página de Notícias e Rumores do Universo Marvel!

**What's happening**

Television · Last night
**Saturday Night Live airing on NBC**


**#Disenchanted** 👧
Original movie now streaming
▶ Promoted by Disney+


Politics · Trending
**#MassShooting**
3,581 Tweets

Only on Twitter · Trending
**Jason David Frank**
101K Tweets

Trending in California
**Shakira**
104K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

 **Perkowski Legal P.C.** ···
@c_perkowski



Relevant people

rachel🎀
@caryonmoonblu
*lesbian flag emoji*

What's happening

Trending in United States
1-0 USA
16.2K Tweets

Trending in California
LETS GOOOOOO
3,39K Tweets

Trending in California
Dodger Stadium
14.1K Tweets

Music · Trending
Clara
12.3K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Tweet

rachel🎀
@caryonmoonblu

can't believe we are going to see harry like this in 4K soon

10:27 AM · Apr 10, 2021 · Twitter for iPhone

435 Retweets   17 Quote Tweets   4,624 Likes

Tweet your reply

__ https://twitter.com/LifeDJohnson/status/1552696007296786434 __ at __ 2022-11-21 04:05:59 -08:00 __

← **Tweet**



**Dakota Johnson Fans**
@LifeDJohnson

···

Last week, on July 20th and 23rd, we got our first look at Dakota Johnson on the set of #MadameWeb in Boston!!! 🌟



👤 Dakota Johnson Brasil

9:42 AM · Jul 28, 2022 · Twitter for Android

**21** Retweets   **2** Quote Tweets   **116** Likes

💬   🔁   ♡   ⬆️

P   Tweet your reply                          Reply

🔍 Search Twitter

**Relevant people**



**Dakota Johnson Fans**          Follow
@LifeDJohnson

FAN ACCOUNT dedicated to actress, activist, director and #TeaTimePictures founder DAKOTA JOHNSON ◾ Next: TLD - Persuasion - Am I Ok? - CCRM - Rodeo Queens ✨



**Dakota Johnson Brasil**         Follow
@DakotaJBRA

Sua primeira, maior e melhor fonte sobre a atriz e produtora Dakota Johnson no Brasil. E-mail para contato: contato@dakotajohnsonbrasil.com

**What's happening**



FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

The Walking Dead · Trending          ···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States             ···
**#AMAs**🔥
Trending with soobin, sabrina

Trending in United States             ···
**Heisman**
4,458 Tweets

Trending in California               ···
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🐦

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

☺ More

**Tweet**



**Perkowski Legal P.C.**   ···
@c_perkowski

— https://twitter.com/AboutHerOFCL/status/1238381808208707584 — at — 2022-11-21 02:48:24 -08:00

← **Tweet**

 **About Her** ✓
@AboutHerOFCL                                        ⋯

**#LookOfTheDay**: Emma Roberts in an AllSaints Helei Sera Blazer.



1:30 AM · Mar 13, 2020 · Buffer

💬          ⟲          ♡          ↑

 Tweet your reply                          Reply

---

🔍 Search Twitter

## Relevant people

 **About Her** ✓          Follow
@AboutHerOFCL

Inside untapped territory: Pulling back the curtain on Arab women who are defining cultural trends now.
#AboutHer

## What's happening

NFL · Yesterday
**Lions at Giants**

Trending in United States
UCLA                              ⋯

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile

__ https://twitter.com/tender_DMJ/status/1578053462696333317 __ et __ 2022-11-22 22:31:52 -08:00

← **Tweet**

**DAKOTA** 
@tender_DMJ    ...

## I'm in love with Dakota as madame web ❤️



9:03 AM · Oct 6, 2022 · Twitter for iPhone

**76** Likes

💬          ⟲          ♡          ⬆️

[P]  Tweet your reply                          **Reply**

Kathy phillips @Kathyph24093993 · Oct 8    ...
Replying to @tender_DMJ
Can't wait for it

💬          ⟲          ♡          ⬆️


**Perkowski Legal P.C.**    ...
@c_perkowski

---

🔍 Search Twitter

### Relevant people

**DAKOTA** 
@tender_DMJ                    **Follow**
Dakota Johnson is the meaning of
perfection and of course the love of
my life ❤️

### What's happening

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater**🧑
Get tickets now - In theaters December 16
📢 Promoted by Avatar

Trending in California                    ...
**Costco**
5,870 Tweets

Trending in United States                    ...
**Erection**
18.4K Tweets

Business and finance · Trending              ...
**Chesapeake**
32.9K Tweets

**Show more**

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

← **Tweet**

🐦

⌂ Home

# Explore

🔔 Notifications   1

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

FILMTRACK  **FILM TRACK**
@filmseriefr                                    ⋯

Premières images d'Anthony Ramos dans le rôle de The Hood sur le  tournage de la série Marvel #Ironheart. 📷

Translate Tweet



2:44 PM · Aug 8, 2022 · Twitter for iPhone

**1** Retweet   **4** Likes

💬          ⇄          ♡          ⬆

P   Tweet your reply                              Reply

Q Search Twitter

**Relevant people**

FILMTRACK  **FILM TRACK**          Follow
@filmseriefr

"Il était une fois le cinéma." ✨ — Retrouvez toutes les dernières informations sur le monde du cinéma.

**What's happening**

NFL · Yesterday
**Cowboys at Vikings**

Trending in United States
**Maher**
22.8K Tweets

Trending in California
**Dodger Stadium**
13.8K Tweets

Entertainment · Trending
**Kang**
Trending with #AntManandTheWaspQuantumania

Sports · Trending
**Charles Barkley**
2,530 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

P   Perkowski Legal P.C.   ⋯
@c_perkowski

__ https://twitter.com/altapeli/status/1430352057568014343 __ at __ 2022-11-19 19:20:05 -08:00 __

← **Tweet**

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

 **AP** ✓
@altapeli

···

Letitia Wright y Danai Gurira en imágenes desde el set de la secuela de #BlackPanther , #WakandaForever .




7:11 PM · Aug 24, 2021 · Twitter Web App

**3** Retweets   **1** Quote Tweet   **62** Likes



Tweet your reply

Reply

## Relevant people

 **AP** ✓   Follow
@altapeli
Cuenta oficial de AltaPeli.com - Cine / Series / Críticas / Noticias / Videojuegos

## What's happening

Television · LIVE
**Saturday Night Live airing on NBC**


**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States    ···
**HE'S BACK**
Trending with Mr. President

Sports · Trending    ···
**Matt Campbell**

Sports · Trending    ···
**Lane**
40.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**    ···
@c_perkowski

__ el __ https://twitter.com/DakotaJBRA/status/1551798820694016000 __ el __ 2022-11-21 04:25:24 -0800

← Thread



**Dakota Johnson Brasil**
@DakotaJBRA

···

Dakota Johnson foi fotografada no set de Madame Web em Boston na última quarta-feira, 20.

dakotajohnsonbrasil.com/galeria/thumbn…



10:17 PM · Jul 25, 2022 · Twitter Web App

**37** Retweets   **4** Quote Tweets   **152** Likes



Tweet your reply                          Reply

**soraya** @s_soraya061595 · Jul 26
Replying to @DakotaJBRA
😭 she always looks good ❤️


**Perkowski Legal P.C.**
@c_perkowski
···

---

🔍 Search Twitter

### Relevant people



**Dakota Johnson Brasil**   Follow
@DakotaJBRA

Sua primeira, maior e melhor fonte sobre a atriz e produtora Dakota Johnson no Brasil. E-mail para contato: contato@dakotajohnsonbrasil.com

### What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**



Music · Trending
**Billy Joel**
1,338 Tweets
···

The Walking Dead · Trending
**#TheWalkingDead**
Trending with #TWDFinale, Michonne
···

Music · Trending
**Kelly Rowland**
19.9K Tweets
···

Trending in United States
**Bob Iger**
Trending with Disney, Chapek
···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← Tweet



Твои Мужчин[] ТМ COMICS
@tvoy_muzliki

Какие же они комфортные 🧡❤️

Translate Tweet

1:56 AM · Apr 27, 2022 · Twitter for iPhone

143 Retweets   30 Quote Tweets   6,066 Likes

**Tweet**

**Stivi De Tivi** ✔
@StiviDeTivi

•••

Poderosas, #OctaviaSpencer y #MelissaMcCarthy se convierten en superhéroes para la película #ThunderForce.

Translate Tweet



8:30 AM · Oct 24, 2019 from Morelia, Michoacán de Ocampo · Twitter for iPhone

**6** Retweets   **1** Quote Tweet   **47** Likes

Perkowski Legal P.C.   •••
@c_perkowski

Tweet your reply                    Reply

Caro Amlaz 🇲🇽 @CaroAmlaz · Oct 24, 2019
Replying to @StiviDeTivi

GIF

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Search Twitter

**Relevant people**



Stivi De Tivi ✔    Follow
@StiviDeTivi

Stivi De TiVi (Enrique Solorzano). AMO las series y el cine. Me encuentras en radio, TV, podcast, revistas, medios digitales y fiestas. Pronombres: El/Su/Suyo

**What's happening**

NBA · 27 minutes ago
Nets at 76ers

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
🔲 Promoted by Avatar

Trending in United States    •••
RIP Harold

Trending in United States    •••
#StayWoke

Politics · Trending    •••
Epstein
33.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/AndyVermaut/status/1300672254950693824 __ at __ 2022-11-19 21:07:12 -08:00 __

← **Tweet**



**Andy Vermaut**
@AndyVermaut

···

Cardi B & Daughter Kulture, 2, Twin With Matching Pink Outfits & $43K Hermès Birkin Bags
hollywoodlife.com/2020/09/01/car...



10:50 PM · Aug 31, 2020 · dlvr.it

    

  Tweet your reply                    Reply

### Search Twitter

## Relevant people



**Andy Vermaut**          Follow
@AndyVermaut

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

Television · 1 hour ago
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
□ Promoted by Uber

Trending in United States               ···
**HE'S BACK**
140K Tweets

Sports · Trending                      ···
**PAC 12**
3,944 Tweets

Trending in California                 ···
**#FIFAWorldCup** 🏆
Trending with #DreamersbyJungkook, #DreamersOutNow

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Navigation (left)

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**   ···
@c_perkowski

https://twitter.com/ScreenMix/status/141182744406321566 ... ... 2021-11-25 01:16:38 -08:00

Document 1-23 22-cv-08462-DMG-AGG Filed 12/30/22 Page 42 of 101 Page ID #:2001



https://twitter.com/AboutHerOFCL/status/1292362543252615171 _at _2022-11-21 00:39:39 -08:00 _

← **Tweet**

 **About Her** ✔
@AboutHerOFCL

...

#LookOfTheDay: @EizaMusica in a cool white summer look.



12:30 AM · Aug 9, 2020 · Buffer

**1** Retweet

　　　

 Tweet your reply　　　　　　　Reply

---

🔍 Search Twitter

### Relevant people

 **About Her** ✔　Follow
@AboutHerOFCL
Inside untapped territory: Pulling back the curtain on Arab women who are defining cultural trends now.
#AboutHer

 **Eiza Gonzalez Reyna** ✔　Follow
@eizamusica
Actor

### What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**



Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Music · Trending
**#DavidoAt30**
62.9K Tweets

Trending in United States
**#AMAs** 🔥
4.32M Tweets

Music · Trending
**blackpink**
630K Tweets

Show more

Terms of Service　Privacy Policy　Cookie Policy
Accessibility　Ads info　More···
© 2022 Twitter, Inc.

---

Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

**Dakotacandids**
@Dakotacandids
•••

06.08 l Novas fotos da Dakota durante as gravações de 'Madame Web' em Boston, Massachusetts.
#DakotaJohnson (4)





 

4:00 PM · Aug 6, 2022 · Twitter Web App

**6** Retweets    **22** Likes

🗨    ⟲    ♡    ⬆

Tweet your reply                    **Reply**

---

**Relevant people**



**Dakotacandids**          **Follow**
@Dakotacandids
Neste perfil irei postar somente candids de Dakota Johnson. Para mais info, fotos e vídeos me sigam na conta principal: @Dakotashades l Fan Account

**What's happening**



Entertainment · 45 minutes ago
It's Sushmita Sen's birthday 🎂

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
🔲 Promoted by Uber

Trending in United States          •••
**Welcome Back Kotter**

Fashion & beauty · Trending          •••
**Nike**
179K Tweets

Fashion & beauty · Trending          •••
**Louis Vuitton**
31.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Perkowski Legal P.C.**   •••
@c_perkowski



← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

Perkowski Legal P.C.   ...
@c_perkowski

__ https://twitter.com/DAK_KOTTA/status/1578074535051640835 __ at __ 2022-11-20 13:10:39 -08:00 __

← **Tweet**

**DAKOTA**💯💯💯💯💯💯💯💯
@DAK_KOTTA                                    ···

💌 New/ Old pica❤️



10:27 AM · Oct 6, 2022 · Twitter for Android

**5** Retweets   **32** Likes

💬                ⟲                ♡                ⬆️

Ⓟ   Tweet your reply                    Reply

🔍 Search Twitter

### Relevant people


**DAKOTA**💯💯💯💯 ...          Follow
@DAK_KOTTA
Dakota Johnson💕💕 Fã Forever💕
💕

### What's happening

FIFA World Cup · 5 hours ago
**World Cup Qatar 2022: Opening
Ceremony**



**#Disenchanted**🧙‍♀️
Original movie now streaming
▶️ Promoted by Disney+

Trending in California                 ···
**Rest In Peace**
52.7K Tweets

Only on Twitter · Trending            ···
**Rest in Power**
24.2K Tweets

Only on Twitter · Trending            ···
**Jason David Frank**
Trending with  Power Rangers, Tommy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

Ⓟ   **Perkowski Legal P.C.**   ···
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 1-23    Filed 12/30/22    Page 48 of 101    Page ID #:2207

Tweet

**Franklin David**
@fdm702

Set photos @Barbie movie #BarbieMovie



10:04 PM · Jun 22, 2022 · Twitter for iPhone

**3** Likes

Tweet your reply

Reply

## Search Twitter

### Relevant people

**Franklin David**
@fdm702          Follow
• Geek Pundit • Vlogging • AMC
Shareholder 🎟️ • APE Shareholder 🦍 •
LOVE THE MOVIES 🎬 •

**Barbie** ✓
@Barbie          Follow
⊘ Official
barbie.com

### What's happening

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Trending in United States
**Maher**
23.1K Tweets

Trending in California
**Dodger Stadium**
14.2K Tweets

Trending in United States
**#PublicHealthHeroes**

Gaming · Trending
**#ExploreBlackreef**
Trending with #BethesdaGiveaway

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

### Navigation

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Perkowski Legal P.C.**
@c_perkowski



### Relevant people

**SAINT** ✓
@saint          **Follow**
News. Culture. Sneakers. Streetwear.

**Elon Musk** ✓
@elonmusk       **Follow**

### What's happening

FIFA World Cup · 36 minutes ago
**USA vs Wales**

Trending in United States                     ···
**Trent Reznor**
7,313 Tweets

Trending in United States                     ···
**HOW IS THAT NOT A YELLOW**
1,041 Tweets

Entertainment · Trending                      ···
**Julia Fox**
7,577 Tweets

Trending in United States                     ···
**Tampax**
10.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/bso/status/1395479508757716999 __ at __ 2022-11-22 08:38:57 -08:00



← **Tweet**

 **Robert Littal BSO** ✔
@BSO

...

## Lamar Odom on The Hallucinogenic Drug He Takes to Keep Him Sober (Video) bit.ly/3wlO1R4



© Phamous / BACKGRID

1:40 PM · May 20, 2021 · BSO Alert

**3** Likes

💬      🔁      ♡      ⬆

   Tweet your reply                    Reply

🔍 Search Twitter

## Relevant people

 **Robert Littal BSO** ✔    Follow
@BSO

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

## What's happening

FIFA World Cup · 2 hours ago
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater** 🧊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

 Perkowski Legal P.C. ...
@c_perkowski

https://twitter.com/popculture2000s/status/1468688123592859654 __ at __ 2022-11-21 09:43:43 -0800







# Tweet

**XAYLOK**
@XAYLOK1

BREAKING NEWS : selon des sources à prendre avec des pincettes, Adam Scott serait Spider-Man dans #MadameWeb

Translate Tweet



6:25 PM · Aug 6, 2022 · Twitter for Android

**1** Retweet   **1** Like

---

**ton papa** @user1912222 · Aug 13
Replying to @XAYLOK1
Questu raconte frerot il joue oncle ben
   1

**XAYLOK** @XAYLOK1 · Aug 13
Replying to @user1912222
Et Dakota Johnson c'est Tanta May 🤣🤣
   1

Show replies

---

Tweet your reply

Reply

---

## Search Twitter

### Relevant people

**XAYLOK**
@XAYLOK1                                      Follow

Compte en lien avec ce que j'essayerai de proposer sur Youtube sur la chaîne du même nom : de l'actualité cinéma
#marvel

### What's happening

FIFA World Cup · 4 minutes ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🍎
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending
**RIP JDF**
2,316 Tweets

Trending in United States
**#FIFAWorldCup** 🏆
Trending with Morgan Freeman, hobi

Trending in United States
**#RIPLEGEND**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---



**Perkowski Legal P.C.**
@c_perkowski

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet



https://twitter.com/zaynsquadbrasil/status/1417587587859046400__en__2022-11-22 12:29:20 -06:00

# Left sidebar

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@_perkowski

---

ZSBR · #FireInside 🔥
@ZaynSquadBrasil

Feliz dia do amigo pra maior que nós temos! 💙

Translate Tweet

12:30 PM · Jul 20, 2021 · Twitter for Android

**188** Retweets   **60** Quote Tweets   **2,965** Likes

Tweet your reply    Reply

ZSBR · #FireInside 🔥 @ZaynSquadBrasil
Replying to @ZaynSquadBrasil
Taryn é simplesmente a maior do mundo, e ela por ele sempre. Fico muito feliz por Zayn ter alguém assim do lado dele, com certeza é a maior amizade que existe 💙💙

Clara³ @jeonik95 · Jul 20, 2021
Replying to @ZaynSquadBrasil
Taryn sempre fazendo tudo por todos 😍😍

alice, @unKXeazyn · Jul 20, 2021
Replying to @ZaynSquadBrasil
ELES!!!!!!!!

@_SweetDark_ · Jul 20, 2021
Replying to @ZaynSquadBrasil
Eu queria os @ dela

Rose 🌹 @rosallehood · Jul 20, 2021
Replying to @_SweetDark_ and @ZaynSquadBrasil
Eu acho que é instagram.com/tarynslm?utm_m...
Show replies

ane 🏴 🔪 off por uns dias @louismaniac · Jul 20, 2021
Replying to @ZaynSquadBrasil
os maiores sim!!!!

from ane 🏴 🔪 off por uma dias
0:28 · 1,521 views

Marcelledias @Marcelledias13 · Jul 20, 2021
Replying to @ZaynSquadBrasil
O que está comigo durante os risos e choros

fla @_fluffernandes_ · Jul 20, 2021
Replying to @ZaynSquadBrasil
qual é o nome dela?

mandy. @stylestoanbot · Jul 20, 2021
Replying to @ZaynSquadBrasil
eles são lindos :)

from mandy.
0:16 · 1,566 views

lary @qmgarx · Jul 20, 2021
Replying to @ZaynSquadBrasil
a maior que temos!

hanna @iicaruffals · Jul 20, 2021
Replying to @ZaynSquadBrasil
melhores amigos são aqueles que te levam no hospital pra fingir machucado 🙏

@caroseelt · Jul 20, 2021
Replying to @ZaynSquadBrasil
eu amo tanto ela 😭

@locppydvci · Jul 20, 2021
Replying to @ZaynSquadBrasil
Taryn e o Z são tão superiores

faith in us's 🌙 future @littleooalz · Jul 20, 2021
Replying to @ZaynSquadBrasil
Socorro achei que era coisa nossa :'(

layla @yinnlm · Jul 20, 2021
Replying to @ZaynSquadBrasil
Eles 💜💜

@louiseelf · Jul 20, 2021
Replying to @ZaynSquadBrasil
ELES APENAS.

amanda @zainbwrry · Jul 20, 2021
Replying to @ZaynSquadBrasil
eles 💙💙

---

# Right sidebar

**Relevant people**

ZSBR · #FireInside 🔥    Follow
@ZaynSquadBrasil
ZSBR - A melhor fonte de informações sobre o cantor, compositor e papai Zayn na América Latina. | 🍂 Reserva: @zaynsquadloca | 🎈 @mcbainbr | fan account

**What's happening**

FIFA World Cup · 2 hours ago
Mexico vs Poland

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Sports · Trending
The NHL
16.1K Tweets

Trending in United States
Ochoa
Trending with Poland, Lewandowski

Trending in California
LAPD
11.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS   Document 1-23   Filed 12/30/22   Page 55 of 101   Page ID #:2214



← **Tweet**



**Bastidores** 🎬
@SiteBastidores4

O upgrade do traje da Riri Williams em #IronHeart



2:10 PM · Aug 8, 2022 · Twitter for Android

**1** Retweet   **22** Likes

## Relevant people



**Bastidores** 🎬
@SiteBastidores4                    Follow

Conta oficial do site Bastidores:
Cinema, Games, Televisão, Livros e
Cultura Pop em um só lugar | ✉️
email: matheus@nosbastidores.com.br

## What's happening

**Television · LIVE**
Bachelor in Paradise airing on
ABC



**Trending in United States**
Died Suddenly
42.4K Tweets

**Trending in California**
Dodger Stadium
12K Tweets

**Sports · Trending**
Rebel Heart
1,126 Tweets

**Trending in United States**
Tampax
27.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Tweet your reply                    Reply



**Perkowski Legal P.C.** ···
@c_perkowski





← **Tweet**

**Alex Salvatore** 🧑‍🎤
@Alexromval

···

I really miss the old times.



5:30 AM · Oct 4, 2022 · Twitter for Android

**1** Retweet  **5** Likes

Tweet your reply

Reply

🔍 Search Twitter

## Relevant people

**Alex Salvatore** 🧑‍🎤
@Alexromval

Follow

'Nadie puede juzgar desde fuera el amor'

## What's happening

Television · Last night
**Saturday Night Live airing on NBC**

#Disenchanted 👹
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Tommy

···

Only on Twitter · Trending
**RIP JDF**
7,496 Tweets

···

Trending in California
**Rigged**
39.6K Tweets

···

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

Perkowski Legal P.C. ···
@c_perkowski

← **Tweet**

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

🌈 **ANDY JONNY**
@AndresJovannyMa

⋯

@HaileeSteinfeld siendo #katebishop es estupenda ya la quiero ver en acción y ustedes #Hawkeye 🏹🎯

Translate Tweet



11:57 AM · Feb 21, 2021 · Twitter for Android

💬        🔁        ♡        ⬆️

P  Tweet your reply                    **Reply**

## Relevant people

🌈 **ANDY JONNY** ✔        **Follow**
@AndresJovannyMa

EL PENSAR Y EXPRESAR 💙🧠 Tengo un canal en YouTube ▶️ ANDY JONNY 😄

**Hailee Steinfeld** ✔        **Follow**
@HaileeSteinfeld

haileesteinfeld.lnk.to/coast

## What's happening

NFL · 4 hours ago
**Eagles at Colts**

**#Disenchanted** 🧙
Original movie now streaming
📺 Promoted by Disney+

Sports · Trending        ⋯
**Pickens**
Trending with Tyler Boyd

Trending in United States        ⋯
**Friendsgiving**
12.5K Tweets

Politics · Trending        ⋯
**LGBTQ**
Trending with AR-15, Colorado Springs

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

**Tweet**



P  **Perkowski Legal P.C.**  ⋯
@c_perkowski



← **Tweet**



**La Cosa Cine** ✔
@lacosacine

Primeras imágenes de #ImanVellani como #KamalaKhan en el set de #MsMarvel.

Translate Tweet



3:30 PM · Nov 19, 2020 · TweetDeck

**2** Retweets   **34** Likes

💬                ⟲                ♡                ↑

Ⓟ   Tweet your reply                    Reply

## Relevant people

**La Cosa Cine** ✔
@lacosacine

🎟️ 📰 🎬 Cine y Series. Tu comunidad, tu revista 📩 web@lacosacine.com | 🖊️
@guillohernandez @jessiblady @luagosta @macareynolds @cynthiaonfilms

Follow

## What's happening

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**



**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
Ⓟ Promoted by Avatar

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.**
@c_perkowski
...

← Tweet

**DAKOTA**💯💯💯💯💯💯💯💯
@DAK_KOTTA

New ❤️ #MadameWeb 💋



7:40 AM · Oct 7, 2022 · Twitter for Android

**4** Retweets  **28** Likes

Tweet your reply

Reply

🔍 Search Twitter

## Relevant people

**DAKOTA**💯💯💯💯...
@DAK_KOTTA
Dakota Johnson💕💕 Fä Forever 💕
💕

Follow

## What's happening

NFL · LIVE
**Panthers at Ravens**

#Disenchanted 🧟‍♀️
Original movie now streaming
▶️ Promoted by Disney+

Only on Twitter · Trending
**Rest In Peace**
47K Tweets

Sports · Trending
**Lamar Jackson**
2,720 Tweets

Trending in California
**Morgan Freeman**
185K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
🗒️ Lists
👤 Profile
⊙ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/creemorscream/status/1380277375355577028 __ at __ 2022-11-22 09:38:26 -08:00 __



__ https://twitter.com/AndyVermaut/status/1410654197465288706 __ at __ 2022-11-21 10:22:31 -08:00 __



# Twitter

← **Tweet**



Search Twitter

🏠 Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

**Andy Vermaut**
@AndyVermaut  •••

## Kanye West Takes Kids On Mexico Trip While Kim Kardashian Travels Through Rome: Photos
hollywoodlife.com/2021/07/01/kan...



10:39 AM · Jul 1, 2021 · dlvr.it

💬   🔁   ♡   ⬆

Tweet your reply                    **Reply**

---

## Relevant people



**Andy Vermaut**
@AndyVermaut                        **Follow**

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Trending in United States
**Mendy**
Trending with Robyn                 •••

Trending in California
**Dodger Stadium**
13.9K Tweets                         •••

Trending in United States
**#CreditCardMovies**                •••

Trending in United States
**#TeamUSA** 🇺🇸
1,107 Tweets                         •••

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski  •••

__ https://twitter.com/Dakotacandids/status/1551881123420147717 __ at __ 2022-11-19 23:53:01 -08:00 __

← **Tweet**



**Dakotacandids**
@Dakotacandids                                    •••

20.07 | Novas fotos da Dakota no set de 'Madame Web' em Boston, Massachusetts #DakotaJohnson (4)



3:44 AM · Jul 26, 2022 · Twitter Web App

**6** Retweets   **26** Likes

            

 Tweet your reply                            Reply

### Relevant people

 **Dakotacandids**            Follow
@Dakotacandids

Neste perfil irei postar somente candids de Dakota Johnson. Para mais info, fotos e vídeos me sigam na conta principal: @Dakotashades | Fan Account

### What's happening

Television · 3 hours ago
**Saturday Night Live airing on NBC**                        

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
📣 Promoted by Uber

Sports · Trending                        •••
**KYLE FORD**

Trending in United States              •••
**Blocked**
134K Tweets

Sports · Trending                        •••
**Pasadena**
1,625 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**   •••
@c_perkowski

← **Tweet**

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

**Türkçe**
@turkce

···

Kendall Jenner, NBA yıldızı Devin Booker ile görüntülendi: Ünlü model Kendall Jenner, adının aşk dedikodularına karıştığı basketbolcu Devin Booker ile Malibu'da görüntülendi. Jenner, patlayan flaşlar sonrasında yüzünü gizlemeye… dlvr.it/Rdrlw7 #Türkçe #SonDakika #Gündem

Translate Tweet



11:18 PM · Aug 17, 2020 · dlvr.it



Tweet your reply

**Reply**

## Relevant people



**Türkçe**
@turkce

**Follow**

Gazete ve dergilerden Türkçe Haberler, Son Dakika, Spor, Magazin, Teknoloji, Sinema Haberleri. İletişim ve iş birliği için: turkcemag@gmail.com

## What's happening

FIFA World Cup · Earlier today
**Mexico vs Poland**



#AvatarTheWayOfWater 🔵
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Celebrities · Trending
**Tom Hanks**
9,502 Tweets
···

Trending in United States
**Whipped**
10.6K Tweets
···

Politics · Trending
**Jim Justice**
3,509 Tweets
···

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.



Perkowski Legal P.C.
@c_perkowski

···

Tweet

Q  Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

• • • More

**Tweet**

Perkowski Legal P.C.
@_perkowski

**best of margot**
@badpostmargots

margot robbie on set as harley quinn in 'suicide squad' (2016), 'birds of prey' (2020) and 'the suicide squad' (2021).



9:02 AM · Feb 13, 2020 · Twitter for iPhone

**2,148** Retweets  **231** Quote Tweets  **10.3K** Likes

🗨 Tweet your reply                                    Reply

**cupid has jacks & lithue** 💀 😈 rot 🍎 tu...  @mammo...
Replying to @badpostmargots
Someone get rid of the water in the third pic

**kat** @userisnothappy · Feb 13, 2020
Replying to @badpostmargots and @margotrobbie
can't wait for 2021 😭 ✨

**vanessa** 🧿 @todayswasanmare · Feb 16, 2020
Replying to @badpostmargots and @margotrobbie
@ptakrocy look

**Leo** @smallbrainleo · Feb 13, 2020
Replying to @badpostmargots and @margotrobbie
can someone edit the extra out of that last pic for me 😭     104

**Tanner LaFond** @tannerlafond · Feb 13, 2020
Replying to @smallBrainleo @badpostmargots and @margotrobbie
That's James Gunn, the director and screenwriter of the movie
  1                                    1
Show replies

**izzie.** @izzygranty · Feb 13, 2020
Replying to @badpostmargots and @margotrobbie
@lokiasgard ai amiga, vai fer a continuação de ss

**marina** 🍃 @lokiasgard · Feb 14, 2020
Replying to @izzygranty @badpostmargots and @margotrobbie
o que será que eles vão fazer em relação ao joker
  1                                    1
Show replies

**D Michele** 🖤 💜 🔥 @CheteDaDon · Feb 13, 2020
Replying to @badpostmargots and @margotrobbie
Ooooh I'm so excited for THE suicide squad 😂😂😂

**liam litman** @liam_litman · Feb 13, 2020
Replying to @badpostmargots and @margotrobbie
The way Gunn is gonna ruin Harley's wardrobe😭

**shvetank Sharma** @shvetant7937816 · Feb 13, 2020
Replying to @badpostmargots and @margotrobbie
My love @MargotRobbie you are fabulous female actor I am such big fan of yours

**Tamy** 🎗 @winkabledolan · Feb 14, 2020
Replying to @badpostmargots and @margotrobbie
She's a queen i fucking love her

**Matheus** @whovianblunt · Feb 13, 2020
Replying to @badpostmargots and @margotrobbie
Perfect, Goddess, Beyond Goddess

**cry-nana** @arxshumanhrlx · Feb 13, 2020
Replying to @badpostmargots and @margotrobbie
@shelvinotaaint! 😭😍

**#LetsDoADrill** @Deja_VuVuVu · Feb 16, 2020
Replying to @badpostmargots and @margotrobbie
Omg i love her

**sam** 🍒 ¥ @QuacksHollans2 · Feb 13, 2020
Replying to @badpostmargots and @margotrobbie
so stunning

**Vintextrol** @vintwetrol · Feb 13, 2020
Replying to @badpostmargots and @margotrobbie
Bring back leto     7

**ARTBLOCK MODE** @Fargoaoaquin · Feb 13, 2020
Replying to @badpostmargots and @margotrobbie
Finally the iconic red and black hair

**Chris** 🔥 💥 @XoXo_ivy · Apr 22, 2020
Replying to @Fargoaoaquin @badpostmargots and @margotrobbie
My thoughts EXACTLY!

**Marcos** @Marcos82688848 · Feb 13, 2020
Replying to @badpostmargots and @margotrobbie
My love

**SLS | Midnights** 🌙 @jioneslovesoehi · Feb 14, 2020
Replying to @badpostmargots and @margotrobbie
Suicide Squad 2 is confirmed ?

**lady blanca** @laladyblanca · Feb 13, 2020
Replying to @badpostmargots and @margotrobbie
YEEES

**Garry McGorm** @GarryMcGorm · Feb 14, 2020
Replying to @badpostmargots and @margotrobbie
Just back from my second viewing of BOP.

**Mark** @markxanmer · Feb 14, 2020
Replying to @badpostmargots and @margotrobbie
Wait they're making a new one?

**🌸** @secretapecutro · Feb 13, 2020
Replying to @badpostmargots and @margotrobbie
margot is really out here lookin like THAT and playing THAT character at the same time. what an actress

**Sebastian** 🎭 @SneakyMonster · Feb 13, 2020
Replying to @badpostmargots and @margotrobbie
goddess

**Matt McGloin Ruler Of The Uni...** @cosmicbook... · Feb 13, 2020
Replying to @badpostmargots @davidoff110785 and @margotrobbie
Wow. What a transition, lol

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**Relevant people**

**best of margot**
@badpostmargots                    Follow
fan account posting updates & daily posts of the aussie goddess and academy award nominated actress, margot robbie

**What's happening**

FIFA World Cup · This morning
Mexico vs Poland

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
RIP Harold

Trending in California
Memo Ochoa
102K Tweets

Trending in California
#chainsawman🪚
146K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ...
© 2022 Twitter, Inc.



__ https://twitter.com/bangtidyhq/status/1333504522078007296 __ at __ 2022-11-22 15:23:49 -0800 __

← **Tweet**

**Search Twitter**

 **Home**

# **Explore**

🔔 **Notifications**

 **Bang Tidy Celebs**
@BangTidyHQ    ...

-@AADdario

 

12:13 PM · Nov 30, 2020 · Twitter Web App

**24** Retweets    **1** Quote Tweet    **369** Likes

💬    🔁    ♡    ⬆️

 Tweet your reply    **Reply**

## Relevant people

 **Bang Tidy Celebs**
@BangTidyHQ    

Bringing you Bang Tidy Celebs from the UK and around the world. From TV & Film to Music & Models. Any requests feel free to tweet.

 **Alexandra Daddario** ✓
@AADdario    

hi, I'm Alex.

## What's happening

FIFA World Cup · 5 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**👁
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Celebrities · Trending    ...
**Chris Evans**
Trending with  Blueface

Trending in United States    ...
**Ochoa**
Trending with  Poland

Celebrities · Trending    ...
**Tom Hanks**
8,387 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

# Tweet

**Harry Styles Updates.**
@TheHSUpdate

Harry out in LA recently.



8:33 PM · Apr 3, 2020 · Twitter for iPhone

**246** Retweets    **330** Quote Tweets    **2,750** Likes

### Relevant people

**Harry Styles Updates.**
@TheHSUpdate    **Follow**
Daily updates on the singer, songwriter, and actor Harry Styles. — Fan account | photos & videos posted are not ours unless stated otherwise; credit to owners.

### What's happening

**FIFA World Cup · This morning**
**England vs Iran**
20.8K Tweets

**Entertainment · Trending**
**Died Suddenly**
35.6K Tweets

**Trending in United States**
**#JeopardyAmyChat**
2.5K Tweets

**Trending in California**
**Dodger Stadium**
12.3K Tweets

**Trending in United States**
**Tampax**
2.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

Tweet your reply                    **Reply**

**angelina** @milf_harry · Apr 3, 2020
Replying to @TheHSUpdate
if we get an update of him and a tow truck i will scream
♡ 16

**daisy (she/her)** @d_aisy_w · Apr 3, 2020
Replying to @milf_harry and @TheHSUpdate
Lmaooo

**sophia** @fIsoIsawfodream · Apr 3, 2020
Replying to @TheHSUpdate
what the FUCK
♡ 1

**Irene** @ohokirene · Apr 3, 2020
Replying to @TheHSUpdate
i know he picking up his bread
♡ 61

**Sarah's House** @the_era2 · Apr 3, 2020
Replying to @TheHSUpdate
I can feel his annoyance
♡ 27

**Janna** @harrypostedit · Apr 4, 2020
Replying to @TheHSUpdate
Why is he constantly outside?😭

**aless | AARIEL DAY** @500yearsofafi · Apr 4, 2020
Replying to @TheHSUpdate
he do be looking thicc tho😍

**PlossworstNIGHTMARE** @poochiereal · Apr 3, 2020
Replying to @TheHSUpdate
How do you know it's him ? He's chubby and we can't see his face.. someone's Michael Jacksoning here 😂😂😂
♡ 2    ♡ 7

**Lizbeth.** @Temporary1z_ · Apr 3, 2020
Replying to @poochiereal and @TheHSUpdate
If it is his, leave him ALONE we're in quarantine, he loves bread, the gym is closed 😂😂😂😂
♡ 1

Show replies

**The Vijay Devarakonda** @zaynharrygirl · Apr 3, 2020
Replying to @TheHSUpdate
Baby

**áine¹** @7fineline · Apr 3, 2020
Replying to @TheHSUpdate
😂😂😂😂😂

**ashley³** 🌙 @hesdelicate · Apr 3, 2020
Replying to @TheHSUpdate
THE MOTORCYCLE
♡ 1

**feb la** @louisfineline26 · Apr 3, 2020
Replying to @TheHSUpdate
I:

**•••** @GalbraithLeigh · Apr 4, 2020
Replying to @TheHSUpdate
love the vans
♡ 1

**Vanna** @finesunfiwer · Apr 3, 2020
Replying to @TheHSUpdate
His socks do be over his pants doe 😭 🤚
♡ 10

**Caroline Lawler🍂** @carolinerexner · Apr 3, 2020
Replying to @finesunfiwer and @TheHSUpdate
ikr
♡ 1

**Karin** ✨ @cherryXIpkxxx · Apr 3, 2020
Replying to @TheHSUpdate
How does he always kno
♡ 2

**emily🧡🌻** @emily_hllnz · Apr 3, 2020
Replying to @cherryXIpkxxx and @TheHSUpdate
i guess they grow this kind of instinct

**olivia** ⁹⁰ @slayingmy · Apr 3, 2020
Replying to @TheHSUpdate



**sarah** 🤍 @hsfineline · Apr 3, 2020
Replying to @TheHSUpdate
that's so hot omg

**sky** ❤️ 🍃 @phoebelore · Apr 3, 2020
Replying to @TheHSUpdate
this is HOT

**u can unfollow** @n4kook · Apr 3, 2020
Replying to @TheHSUpdate
HOLYBSHSIDGSHJRJ

**Perkowski Legal P.C.** •••
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 1-23    Filed 12/30/22    Page 72 of 101    Page ID #:2231

← **Tweet**



**Teleaudiencias**
@teleaudiencias

**#CINE**🎬: Primeras imágenes del rodaje de la película 'Oppenheimer' de Christopher Nolan. Cillian Murphy, Emily Blunt, Matt Damon, Florence Pugh, Rami Malek y Robert Downey Jr formarán parte del reparto del film. Estreno en verano del 2023. wp.me/pa7l1P-d2M



© BlayzenPhotos / BACKGRID

7:14 AM · Jul 7, 2022 · Twitter Web App

**2** Retweets  **3** Likes



Tweet your reply


Reply

## Relevant people



**Teleaudiencias**
@teleaudiencias          Follow

Audiencias, noticias, opinión, entrevistas, estrenos, tv, cine, música y deportes y +51.000 en instagram!
TvTeleaudiencias.wordpress.com

## What's happening

NFL · 37 minutes ago
**49ers at Cardinals**



Entertainment · Trending
**Died Suddenly**
61.1K Tweets

Sports · Trending
**Mexico City**
Trending with #SFvsAZ 🏈

Trending in United States
**Jada**
7,440 Tweets

Entertainment · Trending
**Sinbad**
7,223 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

**Perkowski Legal P.C.** ···
@c_perkowski

← Tweet

**Kardashian Brasil #TheKardashians**
@kardashbrasil

A mãe de Pete Davidson, sogra de Kim Kardashian, respondeu a um comentário de um fã em uma publicação, onde dizia que Kim estaria grávida de Pete até o final do ano.

Amy Marie (mãe de Pete) respondeu o usuário com um tom comemorativo, concordando com o que havia sido dito.

Translate Tweet



11:41 AM · Mar 23, 2022 · Twitter for Android

**9** Retweets   **65** Quote Tweets   **483** Likes

♡

💬 Tweet your reply                                    Reply

---

**naomi 🐣** @_naominiaic · Mar 24
Replying to @kardashbrasil
o bullying que a pobre da criança vai sofrer dos irmãos sério, todos filhos do GIGANTE kanye west e esse desezinho 😹😹😹
💬        ♡ 4

**Athrieto** @jiantos455 · Mar 24
Replying to @kardashbrasil
Até quando isso deus 🙏🏼❄️
💬        ♡

**MIRENA** @tributomilena · Mar 23
Replying to @kardashbrasil
Ela nem pode mais engravidar sem correr risco por causa de pre eclampsia
💬        ♡ 15

**Éric · | Fan Account** @smugpoony_ · Mar 24
Replying to @kardashbrasil
Sangue de Jesus Cristo tem poder, vamos fazer uma roda de oração pra repreender isso!!
💬        ♡ 1

**clara jenner || 🐍** @annhharzloke · Mar 24
Replying to @kardashbrasil
Deus livre Kim
💬        ♡ 26

**مكتوب** @iiascrf · Mar 23
Replying to @kardashbrasil
É cada uma q esse povo inventa
💬        ♡

**Laura** @Lauralevienkc · Mar 24
Replying to @kardashbrasil
A veia querendo aposentadoria kakakakkaj
💬        ♡ 1

**maria paddock** @fh_1503 · Mar 23
Replying to @kardashbrasil
@hkckmederroo50 amiga...
💬        ♡ 1

**anny 🍉💉divergente** @eeyseert · Mar 23
Replying to @kardashbrasil
pelo amor de deus não
💬        ♡ 14

**lay** @laura_geyse · Mar 23
Replying to @kardashbrasil
Mana,não 😭
💬        ♡

**Demarcus Kinsley** @DemarcusKinsley · Mar 28
Replying to @kardashbrasil
I love you so much kimmi 😻❤️❤️❤️
💬        ♡

**Marcos Rodrigues** @marcesrodrigueo · Mar 23
Replying to @kardashbrasil
Ela pode ?
Da onde a kim vai ter mais um herdeiro
💬        ♡ 2

**mari°•♡•°🐇** @marijkkk20 · Mar 26
Replying to @kardashbrasil
Credo sangue de Jesus tem poder deus me livre😂😂😂😂
💬        ♡

**cami** @camisfrat · Mar 23
Replying to @kardashbrasil
que fanfic é essa, ela nem pode mais
💬        ♡ 14

**angel** @clementelariz · Mar 23
Replying to @kardashbrasil
meu Deus NÃO
💬        ♡

**PoR-Tia** @l_amPortia · Mar 23
Replying to @kardashbrasil
Rubbish
💬        ♡

@kndalldrews · Mar 23
Replying to @kardashbrasil
Senhor 😭😭
💬        ♡

**Jus Santana (ela/dela)** @angeloffnight · Mar 23
Replying to @kardashbrasil
Emocionadíssima, que Deus livre a Kim! Kkkkk
💬        ♡

**Ꭱꭿꮠꭼꮯꭲꮲꭼꮯꮶꮠꭷꭷ_ꬵꮯꮢ** @pameehC · Mar 24
Replying to @kardashbrasil
Solo para asegurarse su futuro 😂 quien es pete alado de kim? Por favor! Es ahora que se habla de el, antes donde estaba?
💬        ♡ 1

**AUBREY ⁴** @Nocta_Drake_OVO · Mar 23
Replying to @kardashbrasil
Coragem
💬        ♡

Show more replies

___ https://twitter.com/proxcinemente/status/1182831398383771648 ___ at ___ 2022-11-20 19:28:09 -08:00

← Thread

Search Twitter

**Próxcinemente**
@proxcinemente

···

🎬IMÁGENES DESDE EL SET DE "THE SUICIDE SQUAD"
🎬

Se estrena en 2021. #TheSuicideSquad #SuicideSquad

(1/2)

Vía: @JustJared

Translate Tweet



6:32 PM · Oct 11, 2019 · Twitter for Android

**3** Retweets   **8** Likes

💬          ⟲          ♡          ⬆️

🅿️  Tweet your reply                          Reply

---

**Perkowski Legal P.C.**  ···
@c_perkowski

**Próxcinemente** @proxcinemente · Oct 11, 2019   ···
Replying to @proxcinemente
(2/2)



💬          ⟲ 1          ♡ 2          ⬆️

### Relevant people

**Próxcinemente** ✓
@proxcinemente
Todas las novedades en el mundo del séptimo arte. 🎥 | Creador: @chuyRM_93 | Contacto: proxcinemente@gmail.com

Follow

**JustJared.com** ✓
@JustJared
Your #1 Entertainment Authority Also follow @jaredeng @justjaredjr

Follow

### What's happening

NFL · 2 hours ago
**Cowboys at Vikings**

#Disenchanted 👹
Original movie now streaming
📢 Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, Disney CEO

Music · Trending
**Machine Gun Kelly**
2,837 Tweets

Sports · Trending
**Staley**
2,643 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/TavernaMarvel/status/1556744809097728885___st___2022-11-21 08:21:59 -0800

← Thread



Taverna Marvel | Fan-Club
@TavernaMarvel

🚨Primeira imagem do traje da Riri Williams como coração de Ferro na série da personagem.

Translate Tweet





1:50 PM · Aug 8, 2022 · Twitter Web App

**10** Retweets   **2** Quote Tweets   **87** Likes

Taverna Marvel | Fan-Club @TavernaMarvel · Aug 8
Replying to @TavernaMarvel
Via: Just Jared

♡ 5

Pedro Camarão 🦐 @camarao_pedro · Aug 9
Replying to @TavernaMarvel
Podem me julgar à vontade. Achei iradíssimo!

💬 1

Taverna Marvel | Fan-Club @TavernaMarvel · Aug 9
Replying to @camarao_pedro
Não julgo, vc está correto.

---

🔍 Search Twitter

**Relevant people**

 Taverna Marvel | Fan-...
@TavernaMarvel   **Follow**
Portal focado no universo da Marvel. Todas as notícias e informações você encontra aqui. Ative as notificações🔔
📧Contato: tavernamarvel@gmail.com

**What's happening**

NFL · Last night
Cowboys at Vikings   

Sports · Trending
Charles Barkley
2,595 Tweets

Trending in California
Dodger Stadium
13.9K Tweets

Trending in United States
Maguire
Trending with #ThreeLions🏴󠁧󠁢󠁥󠁮󠁧󠁿

Trending in United States
#AntManandTheWaspQuantumania
Trending with Kang

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

••• More

**Tweet**

 Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/TheNews_Lab/status/1578095092199133184 __ at __ 2022-11-20 11:26:53 -08:00 __

← **Tweet**



🧑‍🔬⚡🎬**The News Lab**🎬⚡🧑‍🔬 🐾**WAKANDAFOREVER**🐾
@TheNews_Lab

APARENTE VILLANO 🔴
#OFICIAL
Se siguen filtrando imágenes de #MadameWeb , en este caso se especula que él sería el villano final, y esto es parte del ultimo arco de la cinta.

#Sony  #SpiderMan
Translate Tweet



11:51 AM · Oct 6, 2022 · Twitter Web App

**1** Like

Tweet your reply

Reply

---

**Relevant people**

🧑‍🔬🎬**The News Lab...**
@TheNews_Lab                    Follow

¿Te gusta el cine, los comics y demás contenido de la cultura pop? Si es así, bienvenid@ a tu nueva casa. Noticias - Hechas en Colombia Youtube | 🇨🇴

**What's happening**

NFL · LIVE
**Browns at Bills**

#Disenchanted 🧚
Original movie now streaming
Promoted by Disney+

Trending in California
**Morgan Freeman**
181K Tweets

Trending in United States
**Rest In Peace**
43.8K Tweets

Trending in California
**Shakira**
108K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/Rainbowkisses32/status/1580652337550741504 _el_ 2022-11-22 22:55:33 -08:00

← **Thread**

**Rainbowkisses**
@Rainbowkisses32

### Chris Evans - on set of Red One



1:10 PM · Oct 13, 2022 · Twitter for iPhone

**118** Retweets   **28** Quote Tweets   **985** Likes

Tweet your reply    **Reply**

**Rainbowkisses** @Rainbowkisses32 · Oct 13
Replying to @Rainbowkisses32



💬   ↻ 7   ♡ 60   ⬆

**NoMad** @DrAruru20 · Oct 16
Replying to @Rainbowkisses32
My word 🌹

**Joan** @joans3627 · Oct 13
Replying to @Rainbowkisses32
Adorable 💙🧡

**Cornucopia Tardigrade** @lazyfelter · Oct 13
Replying to @Rainbowkisses32
He's wearing five layers

---

**Perkowski Legal P.C.** ⋯
@c_perkowski

---

🔍 Search Twitter

### Relevant people

**Rainbowkisses**    **Follow**
@Rainbowkisses32
Sebastian Stan & Chris Evans fan account. Female // UK // 30's rainbowkisses31 on instagram & tumblr

### What's happening

Sports · LIVE
**Happy birthday, Navdeep Saini**
🎂

**#AvatarTheWayOfWater**🧑‍🚀
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States
**Erection**
19.6K Tweets

Trending in California
**Costco**
6,007 Tweets

Business and finance · Trending
**Chesapeake**
37.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

← Tweet



Foochia - فوشيا ✔
@foochia

عدسات الباباراتزي تلتقط صورا لكانيه ويست برفقة عارضة الأزياء ايرينا شايك، بعد تداول اخبار عن ارتباطهما عاطفيا في وقت سابق

#علاقات #عارضة_أزياء #ايرينا_شايك #كانيه_ويست

Translate Tweet



3:03 AM · Jun 10, 2021 · Hootsuite Inc.

2 Retweets    1 Quote Tweet    6 Likes

💬        🔁        ♡        ⬆️

Tweet your reply                    Reply

## Relevant people

Foochia - فوشيا ✔        Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.

## What's happening

FIFA World Cup · 🔴 LIVE
**Mexico vs Poland**

#AvatarTheWayOfWater 🔵
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Entertainment · Trending    •••
**Died Suddenly**
109K Tweets

Trending in California    •••
**Mexico City**
25.5K Tweets

Trending in United States    •••
**Argentina**
Trending with #WorldCup, Hervé Renard

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More •••
© 2022 Twitter, Inc.

## Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet


Perkowski Legal P.C. •••
@c_perkowski



Perkowski Legal P.C. @c_perkowski

https://twitter.com/liamsgalaxy/status/1148369701870944257 __ at __ 2022-11-21 15:52:21 -08:00 __



← **Tweet**

✿
@hesogxlden

· · ·

they're the cutest

🖼 Media not displayed   🖼 Media not displayed

s image has been removed in response   s image has been removed in response
report from the copyright holder.   report from the copyright holder.

4:14 PM · Jul 8, 2019 · Twitter for Android

9 Retweets   82 Likes

Tweet your reply   **Reply**

**Home**

# **Explore**

🔔¹ **Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

⊙ **More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

**Search Twitter**

### Relevant people

✿
@hesogxlden   **Follow**
i'm still thinking about a cool bio. ||
multi fan account ⟩⟩⟩⟩

### What's happening

NHL · Starts at 4:00 PM
**Oilers at Devils**

Trending in United States   · · ·
**Chrisley**
3,494 Tweets

Sports · Trending   · · ·
**Mexico City**
13.7K Tweets

Trending in United States   · · ·
**Combat Mode**
1,414 Tweets

Music · Trending   · · ·
**Datpiff**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

https://twitter.com/wociety/status/1435970772686737411 __ el __ 2022-11-22 02:59:01 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-23    Filed 12/30/22    Page 81 of 101    Page ID #:2240

← **Tweet**



**Wociety**
@wociety                                                                    ···

Jennifer Lawrence'ın hamile olduğu ortaya çıktı. Jennifer Lawrence ve Cooke Maroney çifti ilk çocuklarını bekliyor!

Translate Tweet



7:18 AM · Sep 9, 2021 · Twitter for iPhone

**3** Retweets   **5** Quote Tweets   **524** Likes

💬          ⟲          ♡          ⬆

**Tweet your reply**                              Reply

**rabia sama** @neyse2005 · Sep 9, 2021
Replying to @wociety
Abla dikkat et çocuğu yemesinler bu sefer
💬          ⟲          ♡ 3          ⬆

**NİİüüüüÜ** @NilosBaki · Sep 9, 2021
Replying to @wociety
Salopetin güzelliği 😍🤎
💬          ⟲          ♡ 2          ⬆

🎉 **pilar** @iampilaar · Sep 9, 2021
Replying to @wociety
Lawrence genleri çoğalıyor. Harika 💙
💬          ⟲          ♡          ⬆

**siieell** @siieell · Sep 9, 2021
Replying to @wociety
Allah analı babalı büyütsün kuzum
💬          ⟲          ♡ 2          ⬆

---

**Search Twitter**

**Relevant people**

**Wociety**
@wociety                                    Follow

Moda, yaşam, iç mimari ve dekorasyondan ilham alan görsel içerik platformu. 📱
:apple.co/3okBe09Y & bit.ly/3EuLgBf

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States
**El VAR**
67.2K Tweets                                    ···

Entertainment · Trending
**Died Suddenly**                                    ···
81.5K Tweets

Trending in United States
**Argentina**                                    ···
Trending with Messi, #ARGKSA

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
**Tweet**

**Perkowski Legal P.C.**
@c_perkowski                    ···

This Tweet is from a suspended account. Learn more





__ https://twitter.com/larrydetetive/status/1346182368294420480 __ et __ 2022-11-22 07:41:26 -08:00

← **Tweet**

This Tweet is from a suspended account. Learn more



**Leticia Precisa de terapia** @lts_Lela_28 · Jan 4, 2021
Replying to @larrydetetive
O que será que tem dentro dos saquinhos? 🤔

💬    🔁    ♡ 2    ⬆

**DESATIVADO** @barbie_mp4 · Jan 4, 2021
Replying to @larrydetetive
Que lindos😭

💬    🔁    ♡ 1    ⬆

**Toty vai ver o Harry** 🐵 \ **Fan account** @Willixrdhabitz · Jan 4, 2021
Replying to @larrydetetive
Tentando entender até agora como ele segurou o copo

💬    🔁    ♡    ⬆

**Young Royals s2**💜**/Tay** 🐯💤🥶 @TayZquad1D · Jan 4, 2021
Replying to @larrydetetive
Lindíssimos 😍💙

💬    🔁    ♡    ⬆

*bigger than carol* 🔵 *fan acc* @onlyxmitch28 · Jan 4, 2021
Replying to @larrydetetive
eu amo os cachinhos do Haz mas esse cabelo 🤬

💬    🔁    ♡    ⬆

__ https://twitter.com/its_onsite/status/1235385792498726017 __ at __ 2022-11-22 10:53:34 -08:00 __

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from a suspended account. Learn more



**Perkowski Legal P.C.** ...
@c_perkowski

**Thread**

**Red One Updates**
@RedOneUpdates

Allegedly, actress Mary Elizabeth Ellis will be playing the wife of Chris Evans' character in 'Red One.'



6:41 PM · Oct 13, 2022 · Twitter for iPhone

**29** Retweets    **14** Quote Tweets    **365** Likes

---

**Red One Updates** @RedOneUpdates · Oct 13
Replying to @RedOneUpdates
via thetrashstache on Tumblr!

🔁 3    ♥ 11

**aylee** @madnecss · Oct 13
Replying to @RedOneUpdates
i thought it was scarjo

♥ 4

**Fast Wolf** @LanasMonster1 · Oct 14
Replying to @RedOneUpdates
You know the gang is gonna give Charlie shit for this, the jokes in It's Always Sunny next season! 🥺

🔁 1    ♥ 6

**Claudia Souza** @Claudia36000569 · Oct 14
Replying to @RedOneUpdates
success friend much success Chris

**Vito** @roco71816523 · Oct 13
Replying to @RedOneUpdates
Lucky lady!

♥ 4

---

**Perkowski Legal P.C.**
@c_perkowski

**Search Twitter**

**Relevant people**



**Red One Updates**
@RedOneUpdates    Follow
Update Account for @AmazonStudios'
Red One, an action-adventure holiday
film starring Dwayne Johnson, Chris
Evans, Kiernan Shipka, and Lucy Liu.

**What's happening**

Formula 1 · 5 hours ago
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Rest In Peace**
48.9K Tweets

Trending in United States
**Qatar**
Trending with Valencia

Trending in California
**Elton John**
9,852 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS   Document 1-23   Filed 12/30/22   Page 87 of 101   Page ID
#:2246

← **Tweet**



**Dakota Johnson Argentina**
@DakoholicsArg

···

Nuevas fotos de Dakota durante las grabaciones de #MadameWeb hoy (6/8) en Boston, Massachusetts. #DakotaJohnson

Translate Tweet



3:35 PM · Aug 6, 2022 · Twitter for iPhone

**8** Retweets   **31** Likes

💬   🔁   ♡   ⬆️

   Tweet your reply      Reply

---

## Relevant people

 **Dakota Johnson Arge…**   Follow
@DakoholicsArg

Tu mejor y más actualizada fuente de noticias e informacion sobre la actriz, modelo, activista, productora y directora Dakota Johnson en Argentina.

## What's happening

Television · Starts at 8:00 PM
**Saturday Night Live airing on NBC**    

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
📣 Promoted by Uber

Trending in United States    ···
**HE'S BACK**
110K Tweets

Politics · Trending    ···
**Mr. President**
29.3K Tweets

Trending in California    ···
**Messi**
427K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Twitter navigation

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

**Tweet**

 **Perkowski Legal P.C.**   ···
@c_perkowski

__ https://twitter.com/wheres1d/status/1346884882753080064 __ at __ 2022-11-21 01:25:20 -08:00 __

← **Tweet**



**cheesefries**
@Wheres1D

Harry & Olivia out in Santa Barbara - 03.01.2020




10:22 AM · Jan 6, 2021 · Twitter for iPhone

**1** Retweet   **19** Likes

# Search Twitter

## Relevant people



**cheesefries**
@Wheres1D

occasionally a 1D & solo update account | secretly paul higgins

Follow

## What's happening

NBA · Yesterday
**Grizzlies at Nets**

Trending in United States
**Ole Miss**
Trending with Auburn

Trending in United States
**#AMAs** 🎙️
4.58M Tweets

Only on Twitter · Trending
**#乐鱼体育**
227K Tweets

Trending in United States
**Oregon**
Trending with Utah

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Tweet your reply

Reply

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/LicensetoCh1LL/status/1578083562523217920 __ at __ 2022-11-22 23:08:05 -08:00 __
Case 2:22-cv-09462-DMG-ADS    Document 1-23    Filed 12/30/22    Page 89 of 101    Page ID
#:2248

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⚪ More

**Tweet**

garrett
@LicensetoCh1LL    ···

I hope Morlun eats this dude #MadameWeb



11:03 AM · Oct 6, 2022 · Twitter for iPhone

**1** Like

💬    🔁    ♡    ⬆️

Tweet your reply    **Reply**

🔍 Search Twitter

**Relevant people**

garrett
@LicensetoCh1LL    **Follow**
rest at the end, not in the middle |
#DubNation #FTTB 🔴 #GoDucks |
Comics | Gaming | Foodie

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Trending in United States    ···
**Erection**
20K Tweets

Trending in California    ···
**Costco**
5,977 Tweets

Perkowski Legal P.C.    ···
@c_perkowski

https://twitter.com/cizgikafe/status/1514210641700260078 __et__ 2022-11-21 09:20:08 -0800

Case 2:22-cv-09462-DMG-ADS    Document 1-23    Filed 12/30/22    Page 90 of 101    Page ID #:2249

← **Tweet**

**Çizgi Kafe**
@cizgikafe

📸: Cillian Murphy ve Robert Downey Jr, Oppenheimer setinde.





5:27 AM · Apr 13, 2022 · Twitter for iPhone

**11** Retweets   **15** Quote Tweets   **960** Likes

Tweet your reply    **Reply**

**b** @Buwsee · Apr 13
Replying to @cizgikafe
Rdj içinde yaşayan Stark'la Cillian'ın ceketinin kendisinde daha iyi duracağını düşünüyor.
1

**blabla** @blabla78993607 · Apr 13
Replying to @cizgikafe
Allam çok heyecanlı daha film çıkmadan sinemaya gidicem

**Dr. Victor Ugo** @victorugoooooo · Apr 14
Replying to @cizgikafe
@fatihaltayli Fatih Bey filmde oynuyorsunuz haber vermiyorsunuz?

**•─Taerasus─•** @mylittlejhope · Apr 13
Replying to @cizgikafe
Rdj zayıglamış mı bana mı öyle geliyor

**Mahmut** @bettercallmahmt · Apr 13
Replying to @cizgikafe
@fatihaltayli abi bu sen misin
1                                           1

**Mirxanᴬ** @mirhanaydnl · Apr 13
Replying to @bettercallmahmt @cizgikafe and @fatihaltayli
rdj den çok @fatihaltayli
1

---

**Perkowski Legal P.C.**
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

**Çizgi Kafe**
@cizgikafe    **Follow**
Bir fincan kriptonit alabileceğiniz komşunuz!
instagram.com/cizgikafecom

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Entertainment · Trending
**#AntManandTheWaspQuantumania**
1,726 Tweets

Sports · Trending
**Charles Barkley**
3,247 Tweets

Trending in United States
**Hive**
82.8K Tweets

Music · Trending
**Kelly Rowland**
Trending with Chris Brown

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Perkowski Legal P.C. •••
@c_perkowski



_ https://twitter.com/1dafamily/status/1307330684915195904 __at __ 2022-11-22 15:57:03 -08:00

← **Tweet**

**Respaldo HSA**
@HarrySArgentina

⋯

Un día como hoy pero hace un año teníamos estas fotos de Harry por Los Angeles ❤️🙌🏻

Translate Tweet



7:48 AM · Sep 19, 2020 · Twitter for Android

**120** Retweets  **9** Quote Tweets  **1,777** Likes

💬  🔁  ♡  ↥

🅿️  Tweet your reply                                    Reply

**Ant aguante gi** @godisultimo · Sep 19, 2020        ⋯
Replying to @HarrySArgentina and @1DAFamily
flashe de una manera terrible que en la segunda foto estaba con bella
💬        🔁        ♡        ↥

**Biancus 91** 🦋 ✈️ 🏳️‍🌈 @homelover4HL · Sep 19, 2020   ⋯
Replying to @godisultimo and @1DAFamily
Y quien es? Una fan?
💬        🔁        ♡        ↥

🦋 @linoflorecita · Sep 19, 2020                          ⋯
Replying to @HarrySArgentina and @1DAFamily
cOMO QUE UN AÑO????AUÉ
💬        🔁        ♡        ↥

**lara** 🏳️‍🌈🎞️🎀 @gerwigfilms · Sep 19, 2020            ⋯
Replying to @HarrySArgentina and @1DAFamily
UN AÑO QUR
💬        🔁        ♡        ↥

**Nati** 🥑🍂🍫 **Hs!!!** @Natalia57173189 · Sep 19, 2020  ⋯ ⋯
Replying to @HarrySArgentina and @1DAFamily
Ese look... 😍
💬        🔁        ♡ 1      ↥

**cuenta de votos** @lights_up2 · Sep 19, 2020          ⋯
Replying to @HarrySArgentina and @1DAFamily
Estaba re fachaa
💬        🔁        ♡        ↥

Show more replies

🐦 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski   ⋯

🔍 Search Twitter

**Relevant people**

**Respaldo HSA**
@HarrySArgentina      Follow
Fan Page | Updates del actor y cantante ganador de un Grammy @Harry_Styles en Argentina. • Fan Account. ¡Cuenta de respaldo de @HarryArgentina!

**What's happening**

FIFA World Cup · 5 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
⊙ Promoted by Avatar

Betty White · Trending
**Betty White**
3,133 Tweets        ⋯

Trending in United States
**Mbappe**
Trending with Dembele       ⋯

Entertainment · Trending
**James Woods**
1,574 Tweets        ⋯

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2022 Twitter, Inc.

https://twitter.com/jimingloball/status/1558130398442330000  2022-11-21 05:00:00, 00:00  Document 3-20, Filed 11/28/22  Page 93 of 101  Page ID
TWEETS  Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet





https://twitter.com/tvoyi_muziki/status/1309934660160495620 __ el __ 2022-11-21 15:02:28 -08:00



← Thread

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Chatter Box Film**
@Chatterboxfilm

Need to settle a debate.. do you think this is Aaron Taylor Johnson on set of Madame Web?



11:22 AM · Oct 6, 2022 · Twitter for Android

2 Retweets    28 Likes

Tweet your reply                               Reply

**Chatter Box Film** @Chatterboxfilm · Oct 6
Replying to @Chatterboxfilm

🕷️ **Marvel Addicted** @MarvelAddicted0 · Oct 6
Tahir Rahim as Ezekiel Sims and Dakota Johnson's stunt double as Cassandra Webb 🕷️
She's hit by Sims 🥶

#MadameWeb #DakotaJohnson

                    1           ♡ 5

**Chatter Box Film** @Chatterboxfilm · Oct 6
The actor is apparently Tahir Rahim

                    1           ♡ 2

**scuba** @scubajotaro · Oct 6
Replying to @Chatterboxfilm
it looks like him i'll admit but in other pictures it's clearly not

                    1           ♡ 2

**Chatter Box Film** @Chatterboxfilm · Oct 6
Replying to @scubajotaro
To me the nose looks different, I think he could be a stunt double for ATJ or another actor in the movie.

**keithlovesmovies.com** @keithlovesmovies · Oct 6
Replying to @Chatterboxfilm

GIF  ALT

**Harold L. Stokes #HLSBets** @HaroldLStokes · Oct 6
Replying to @Chatterboxfilm
Nose is wrong lol

                    1           ♡ 1

**ブライアン** @BrianCalderonL1 · Oct 6
Replying to @Chatterboxfilm
I was just thinking about that

                    1           ♡ 1

🔍 Search Twitter

**Relevant people**

**Chatter Box Film**        Follow
@Chatterboxfilm
Pop culture & entertainment news | discussions | reviews for Movie & TV.
@ChatterBoxDC @ChatterMarvel
Business email:
chatterboxfilm(at)hotmail(dot)com

**What's happening**

NBA · 1 hour ago
Lakers at Suns

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
**Erection**
18.6K Tweets

Trending in California
**Costco**
5,886 Tweets

Chain restaurants · Trending
**Hooters**
6,748 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/pradaxbby/status/1447247700034994180 __ el __ 2022-11-22 03:42:10 -08:00

← **Tweet**

✨
@PRADAXBBY

it girl



10:08 AM · Oct 10, 2021 · Twitter for iPhone

559 Retweets  30 Quote Tweets  5,127 Likes

Perkowski Legal P.C.
@c_perkowski

Tweet your reply                                    Reply

**Black Queen** 🇧🇷 @SAINTAS1E · Oct 11, 2021
Replying to @PRADAXBBY
In that vintage Tom Ford Gucci 😍

**uBhuti ka Dior!** @CharlesMdaza · Oct 11, 2021
Replying to @PRADAXBBY
so me, i be bad👿

**Virginia Perez-Baez** @villy67 · Oct 10, 2021
Replying to @PRADAXBBY
Like her butterfly tattoo in neck
♡ 1

**Allison Smith** @Allison47358460 · Oct 10, 2021
Replying to @PRADAXBBY
Wow.  She is so lucky.

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**Nathalya braga** @bragaaa__ · Oct 11, 2021
Replying to @julhac_ and @PRADAXBBY
uau

---

Search Twitter

**Relevant people**

✨
@PRADAXBBY                    Follow
enquires: pradaxbby@gmail.com not
all content is mine credits to the
owners

**What's happening**

FIFA World Cup · LIVE
Argentina vs Saudi Arabia

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
83.1K Tweets

Trending in United States
**Argentina**
Trending with Messi, #ARGKSA

Trending in California
**Mexicans**
7,371 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**



**Red One Updates**
@RedOneUpdates                                      ...

Dwayne Johnson on the set of 'Red One'.




11:09 AM · Nov 4, 2022 · Twitter for iPhone

27 Retweets   7 Quote Tweets   236 Likes

   

  Tweet your reply                    Reply

Q Search Twitter

## Relevant people

  **Red One Updates**          Follow
@RedOneUpdates

Update Account for @AmazonStudios'
Red One, an action-adventure holiday
film starring Dwayne Johnson, Chris
Evans, Kiernan Shipka, and Lucy Liu.

## What's happening

FIFA World Cup · Last night
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California              ...
**Costco**
6,098 Tweets

Trending in United States           ...
**Erection**
21.1K Tweets

Celebrities · Trending              ...
**Denzel Washington**
2,533 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

  **Perkowski Legal P.C.**   ...
@c_perkowski

← Tweet

Johnson Dornan ES
@JohnsonDornanES

···

¡Añadidas 6 Fotos HQ de Dakota hoy en el set de #MadameWeb en Boston! (Vía @dakotajohnsonpt) johnsondornan.com/galeria/thumbn... #DakotaJohnson

Translate Tweet




9:57 AM · Oct 6, 2022 · Twitter for iPhone

6 Retweets    30 Likes

## Search Twitter

### Relevant people

Johnson Dornan ES
@JohnsonDornanES    Follow

Tu primera y mejor fuente sobre los actores #DakotaJohnson y #JamieDornan desde 2015. [Fan Account]

Dakota Johnson P... ✓
@dakotajohnsonpt    Follow

A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📸: @DJPTMidias | Fã-Clube.

### What's happening

NFL · LIVE
Lions at Giants

#Disenchanted 👸
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
Rest In Peace
47.4K Tweets

Sports · Trending
Lamar Jackson
2,662 Tweets

Trending in California
Morgan Freeman
187K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Tweet your reply    Reply

Perkowski Legal P.C.
@c_perkowski    ···

https://twitter.com/harrydateline/status/1332134920457055745 ... at ... 2022, 11:22 09:31:34 -08:00
22-cv-09462-DMG-AGR    Document 1-23    Filed 12/30/22    Page 100 of 101    Page ID
#:2259

← Tweet

This Tweet is from a suspended account. Learn more

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

Tweet

Perkowski Legal P.C.
@_perkowski

sel📢 15 DAYS!! @homefearless · Nov 26, 2020
Replying to @larrydetetive
PUTA EMRSABDUEIOHEHSHSHEHSSGSSGSS

Manu 🧃💙 @walls_roses · Nov 26, 2020
Replying to @larrydetetive
é isso que a gente vê quando entra no céu????
♡ 1

muliro @iljpwalls · Nov 26, 2020
Replying to @larrydetetive
MEU DEUS ELE TA LINDO

muliro @iljpwalls · Nov 26, 2020
Replying to @larrydetetive
PERFEITO

shine! 🌈 @hszwilliard · Nov 26, 2020
Replying to @larrydetetive
sinto cheiro de assassinato
♡ 1

abacate.exe #SDOL @cenvpero · Nov 26, 2020
Replying to @hszwilliard and @larrydetetive
assim

suario☁ @Carrotss_Lou · Nov 26, 2020
Replying to @larrydetetive
Causa da minha morte: Harry Styles de suspensórios

lauris. @chantpwk · Nov 26, 2020
Replying to @larrydetetive
OS SURPESNDLIWOSUDKWISKAJEHWKDCWJSWZHSBXV SE SHS SEKRION

Faith In Tom's Future @tomdoLouis · Nov 26, 2020
Replying to @larrydetetive
Harry

rai. @sunloutnd · Nov 26, 2020
Replying to @larrydetetive
LINDO DMS, DE SUSPENSÓRIOS AINDA É DE FUDERRRR



candy. @aquillephoenix · Nov 26, 2020
Replying to @larrydetetive
MDS ELE TÁ DE SUSPENSÓRIO QUE PERFEIÇÃO

nicole @louismalik · Nov 26, 2020
Replying to @larrydetetive
AAAAA LINDO DEMASSS

DESATIVADO @barbie_mp4 · Nov 26, 2020
Replying to @larrydetetive
Toda vez que vejo esse homem tenho um treco aqui dentro



zayy! indigo @zayyhine_ · Nov 26, 2020
Replying to @larrydetetive
EU TO PASSANDO MAL

mi. FAITH IN THE FUTURE / Maria's Bd... @sweetse... · Nov 26, 2020
Replying to @larrydetetive
PORTAL AVISA QUE SE OUVIREM LATIDOS NÃO É PRA SE ASSUSTAR PQ SOU EU

bella @louieuafes · Nov 26, 2020
Replying to @larrydetetive
AHWYSJAJAHAHAHWHAHA SHWYYSHWUWRAQQWUAHGWUWTWUHSUWYwIwhwae LD Q COISA MAIS LINDA

mah @i4thiddles · Nov 26, 2020
Replying to @larrydetetive
BWBEIKWSKNSM MUITO MIMO NUM DIA SÓ HEHDWK

gaby MUDOU DE CONTA @ennycoll · Nov 26, 2020
Replying to @larrydetetive
GENT3

g; @hesiwtg · Nov 26, 2020
Replying to @larrydetetive
Ain minha presun

sofi @hsmorgn · Nov 26, 2020
Replying to @larrydetetive
LD VEI ELE É TAAAO LINDO
♡ 1

Maddie 🍒 | m i o o f f @LjayneCakes · Nov 27, 2020
Replying to @larrydetetive
tá em foto embaraçada esse homem e gato pa porra mds

maria🦋 @mariahstyles_ · Nov 26, 2020
Replying to @larrydetetive
COISA MAIS LINDA
♡ 1

maria🦋 @mariahstyles_ · Nov 26, 2020
Replying to @larrydetetive
PERFEITO
♡ 1

maria🦋 @mariahstyles_ · Nov 26, 2020
Replying to @larrydetetive
O cabelo,roupa...ele tá tão lindo mds
♡ 1

maria🦋 @mariahstyles_ · Nov 26, 2020
Replying to @larrydetetive
Sou cadelinha demais por esse homem senhor 😩
♡ 1

lara. @wallspic · Nov 26, 2020
Replying to @larrydetetive
MEU DEIS SETIO DJWJIWJ



# Tweet

## Nicholas Galitzine Brasil 👑 Fã-clube
@NGBRSite

📸 MAIS FOTOS de Nicholas Galitzine e Anne Hathaway filmando #TheIdeaofYou na quarta-feira, 19 de outubro, em Atlanta



👤 Anne Hathaway Brasil • FANSITE

11:26 PM · Oct 20, 2022 · Twitter Web App

**7** Retweets   **1** Quote Tweet   **64** Likes

Tweet your reply



**Lancy The.B ⭐Fan Account⭐** @LancyPlena · Oct 21
Replying to @NGBRSite and @HathawayBRA
Anne quero dizer que não é o Diabo Veste Prada mas amei esse look. Já tô pronta pra esse filme com esse casalzão😎



Reply

---

🔍 Search Twitter

## Relevant people



**Nicholas Galitzine Br...** @NGBRSite   Follow
Fã-site brasileiro dedicado ao ator e cantor inglês Nicholas Galitzine. Fan account - contact us before taking any legal action! Follow Nicholas: @nickgalitzine



**Anne Hathaway Brasi...** @HathawayBRA   Follow
Sua mais atualizada fonte de informações sobre a atriz Anne Hathaway. WE'RE NOT ANNE HATHAWAY — 📷: @midiasahbr

## What's happening

Television · LIVE
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
📷 Promoted by Uber

Trending in California
**Andrew Tate**
29.1K Tweets

Sports · Trending
**#AEWFullGear**
Trending with Jamie Hayter, Jeff Jarrett

Politics · Trending
**Mr. President**
38.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski