# EXHIBIT B Continued



← Tweet

Search Twitter

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Black Panther 2 News
@bpanthernews · · ·

Here is an updated look at Dominique Throne (Riri Williams) filming scenes on the set of BLACK PANTHER: WAKANDA FOREVER.

(via: @CreamOrScream)



2:56 PM · Aug 26, 2021 · Twitter for iPhone

**205** Retweets   **70** Quote Tweets   **1,427** Likes

○        �17        ♡        ⬆

[ ] Tweet your reply                              **Reply**

Perkowski Legal P.C.
@c_perkowski

*the walking dex* @DexWtf · Aug 26, 2021
Replying to @bpanthernews and @CreamOrScream
wit the yzys sheesh

○        �17        ♡        ⬆

rodiggos @Rodigo_6461 · Aug 26, 2021
Replying to @bpanthernews and @CreamOrScream
what happen to the face render wtf

○        �17        ♡        ⬆

Milton Tyrell Hall @jth_dji · Aug 27, 2021
Replying to @bpanthernews and @CreamOrScream
I see you RiRi with the Waverunners on

○        �17 2       ♡        ⬆

frank @kemoboiusmook · Aug 27, 2021
Replying to @bpanthernews and @CreamOrScream
I love her already

○        �17        ♡        ⬆

Blue Marvel directed by Steve McQueen @XdIniti0al · Aug 26, 2021
Replying to @bpanthernews and @CreamOrScream
She in it



GIF  ALT    SECURE THE BAG

○        �17        ♡ 16      ⬆

Flo @TheFloacism · Aug 26, 2021
Replying to @bpanthernews and @CreamOrScream
I was hoping for the afro 😩

○ 3        �17        ♡ 39      ⬆

JimmyJam @jimmyham · Aug 26, 2021
Replying to @bpanthernews and @CreamOrScream
Maybe in the show...we can hope

○ 1        �17        ♡ 8       ⬆

Show replies

Jollof Rice Dipo @JustFloWing · Aug 28, 2021
Replying to @bpanthernews and @CreamOrScream
@MausAnoni

○        �17        ♡ 1       ⬆

Anoni MAUS @MausAnoni · Aug 28, 2021
Replying to @JustFloWing @bpanthernews and @CreamOrScream
😂😂😂😂

○        �17        ♡        ⬆

Andrés from (Earth-8096) @artmachine8096 · Aug 26, 2021
Replying to @bpanthernews and @CreamOrScream
@Protagonistivy You seen this yet?••

○        �17        ♡ 1       ⬆

tyler @wiccavision · Aug 26, 2021
Replying to @bpanthernews and @CreamOrScream
the queen

○        �17        ♡ 1       ⬆

The-Autistic-Artist👾🖤 @TheAutisticArt · Aug 26, 2021
Replying to @bpanthernews and @CreamOrScream
Awesome!

○        �17        ♡        ⬆

Michael Wells @TheLastSane1 · Aug 29, 2021
Replying to @bpanthernews and @CreamOrScream
Could they be doing a story where Riri is T'Challa's daughter? Since he went to school in America (at least in the comics) maybe he had a child with a college girl and this is why she gets brought in?

**Relevant people**

Black Panther 2 News          **Follow**
@bpanthernews
The best fan-run source for news on Ryan Coogler's #BlackPanther💜 Wakanda Forever.

Cora Ventura                  **Follow**
@CreamOrScream
Venting account for all things great and small such as #Marvel and #DCComics, #Netflix, #Gaming #Films, and also a Media Account. Supporter of #AmberHeard 🐠

**What's happening**

FIFA World Cup · 17 minutes ago
Mexico vs Poland

Trending in United States
#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in Poland, #HEXPOL
Ochoa
Trending with Poland, #HEXPOL

Sports · Trending
Cristiano Ronaldo
Trending with #ManchesterUnited

Celebrities · Trending
Tom Hanks
4,366 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS   Document 1-24   Filed 12/30/22   Page 4 of 101   Page ID #:2264

← **Tweet**

🔍 Search Twitter

## Home
## Explore
## Notifications 1
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

 **Dakota Johnson Daily** ···
@Dakoholics

November 24: #DakotaJohnson, Addison Timlin and Ezer at Farmers Market in Los Angeles.



👤 Dakota Johnson Brasil

12:57 AM · Nov 25, 2019 · Twitter for Android

**12** Retweets   **1** Quote Tweet   **76** Likes

💬   🔁   ♡   ⬆

 Tweet your reply    **Reply**

### Relevant people

 **Dakota Johnson Daily**   Follow
@Dakoholics
Fan account dedicated to actress, activist, director and producer Dakota Johnson.

 **Dakota Johnson Brasil**   Follow
@DakotaJBRA
Sua primeira, maior e melhor fonte sobre a atriz e produtora Dakota Johnson no Brasil. E-mail para contato: contato@dakotajohnsonbrasil.com

### What's happening

FIFA World Cup · 19 minutes ago
**World Cup Qatar 2022: Opening Ceremony** 

#Disenchanted 🧟
Original movie now streaming
▶ Promoted by Disney+

Trending in United States ···
**#MassShooting**
1,290 Tweets

Only on Twitter · Trending ···
**RIP JDF**
3,287 Tweets

Trending in United States ···
**#RIPLEGEND**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ···
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 1-24    Filed 12/30/22    Page 5 of 101    Page ID #:2265

← **Tweet**

⟲ **@nanfixus Retweeted**

**daenerys** 
@viszenya                                      ⋯

The category is street style and Dakota Johnson always wins



9:28 PM · Mar 26, 2021 · Twitter for Android

**50** Retweets   **4** Quote Tweets   **312** Likes

💬          ⟲          ♡          ⬆

Ⓟ   Tweet your reply                              Reply

---

## Search Twitter

### Relevant people

**@nanfixus**                     Follow
@nanfixus
DJ Fan 🎰 Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🇦🇷

### What's happening

NFL · 2 hours ago
**Browns at Bills**


**#Disenchanted** 🧙
Original movie now streaming
⊠ Promoted by Disney+

Korean music · Trending                ⋯
**taehyun**
32.5K Tweets

Trending in United States               ⋯
**UCLA**
30.2K Tweets

Trending in California                  ⋯
**Elton John**
12.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Ⓟ **Perkowski Legal P.C.**   ⋯
@c_perkowski

_ https://twitter.com/bso/status/1277831087113359360 _ at _ 2022-11-22 07:26:11 -08:00_

← **Tweet**

 **Robert Littal BSO** ✔
@BSO                                    •••

Odell Beckham Jr. And GF Lolo Wood Have A Date Night During The Rona as States Start to Close Up Again (Pics-Video) bit.ly/2NDARdT



10:07 PM · Jun 29, 2020 · BSO Alert

**4** Likes

   Tweet your reply                    Reply

🔍 Search Twitter

**Relevant people**

 **Robert Littal BSO** ✔   Follow
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**What's happening**

FIFA World Cup · Starts at 8:00 AM
**Mexico vs Poland**



Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/1dafamily/status/1222603992028581890 __ at __ 2022-11-21 11:34:32 -08:00 __

← **Tweet**

 **Respaldo HSA**
@HarrySArgentina    ...

(2) Fotos de Harry grabando el video de "Watermelon Sugar"

Ⓒa quien corresponda



11:34 AM · Jan 29, 2020 · Twitter for Android

**14** Retweets    **1** Quote Tweet    **48** Likes

💬    🔁    ♡    ⬆️

 Tweet your reply    **Reply**

Q Search Twitter

**Relevant people**

 **Respaldo HSA**    **Follow**
@HarrySArgentina
Fan Page | Updates del actor y cantante ganador de un Grammy @Harry_Styles en Argentina. • Fan Account. ¡Cuenta de respaldo de @HarryArgentina!

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**



Trending in California
**Dodger Stadium**
14.1K Tweets    ...

The Real Housewives of Potomac · Trending
**Robyn**
48.3K Tweets    ...

Trending in United States
**Colorado Springs**
482K Tweets    ...

Entertainment · Trending
**Julia Fox**
5,040 Tweets    ...

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

≡ Lists

👤 Profile

⋯ More

**Tweet**

Ⓟ **Perkowski Legal P.C.**    ...
@c_perkowski

__ https://twitter.com/TheAffinityMag/status/1420859174964060160 __ at __ 2022-11-21 01:36:24 -08:00 __

← **Tweet**

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Affinity Magazine** ✓ 
@TheAffinityMag

Lily James was recently spotted on the set of Hulu series #PamAndTommy



2:30 PM · Jul 29, 2021 · TweetDeck

**2** Retweets   **27** Likes

Tweet your reply

**Reply**

Q Search Twitter

## Relevant people

**Affinity Magazine** ✓
@TheAffinityMag
NEXT GEN OF MEDIA

**Follow**

## What's happening

NCAA Men's Basketball · This morning
**Hornets at Panthers**

Trending in United States
**maher**
22.1K Tweets

Trending in United States
**#AMAs** 🔥
Trending with sabrina

Music · Trending
**#DavidoAt30**
67.3K Tweets

Trending in California
**#BLACKPINK_WORLDTOUR**
58.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski

← **Thread**

🐦

🏠 **Home**

\# **Explore**

🔔 **Notifications** ①

✉️ **Messages**

🔖 **Bookmarks**

▤ **Lists**

👤 **Profile**

⊙ **More**

**Tweet**

dee.
@harrymoonchild                              ⋯

## THE SHIRT PLS HE LOOKS SO GOOD



9:59 PM · Aug 18, 2022 · Twitter for Android

**25** Retweets   **4** Quote Tweets   **248** Likes

💬      ⟲      ♡      ⬆️

P | Tweet your reply                    **Reply**

dee. @harrymoonchild · Aug 18              ⋯
Replying to @harrymoonchild
LIKE HE'S CONTINUOUSLY SERVING LOOKS



💬      ⟲ 1      ♡ 16      ⬆️


Perkowski Legal P.C.                       ⋯
@c_perkowski

🔍 Search Twitter

### Relevant people

  dee.                  **Follow**
@harrymoonchild
#harry: starry haze crystal ball 🔮🏺 |
backup:@goldenfineline | ig:dishaxrai

### What's happening

Television · 2 hours ago
**Saturday Night Live airing on
NBC**                                    

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
▣ Promoted by Uber

Music · Trending                           ⋯
**Elton John**
5,139 Tweets

Trending in California                     ⋯
**Andrew Tate**
27.7K Tweets

Politics · Trending                        ⋯
**Mr. President**
46.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

‑ https://twitter.com/TheAffinityMag/status/1552255013080543873 _ at _ 2022-11-21 06:04:14 ‑08:00 _

← **Tweet**

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Affinity Magazine** ✓
@TheAffinityMag

Obsessed with Donald Glover's summer fit 🔥



4:30 AM · Jul 27, 2022 · Buffer

**1** Retweet   **2** Quote Tweets   **17** Likes

Tweet your reply

Reply

Q Search Twitter

**Relevant people**

**Affinity Magazine** ✓
@TheAffinityMag

NEXT GEN OF MEDIA

Follow

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Trending in United States
**England**
Trending with #ENGIRN, Saka

Trending in United States
**Schiff**
62.7K Tweets

Trending in California
**#BLACKPINK_WORLDTOUR**
57.4K Tweets

The Walking Dead · Trending
**#TheWalkingDead**
104K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**

🔍 Search Twitter

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

**DAKOTA** 💜💙
@tender_DMJ

···

Protect her at all costs 🥺



7:20 AM · Oct 7, 2022 · Twitter for iPhone

**3** Retweets   **96** Likes

💬   ⟲   ♡   ⬆️

Ⓟ   Tweet your reply   **Reply**

**Cathy** 💜💙 @BrwrCthy · Oct 7   ···
Replying to @tender_DMJ
Also, her boyfriend.
💬   ⟲   ♡ 7   ⬆️

**Kathy phillips** @Kathyph24093993 · Oct 7   ···
Replying to @tender_DMJ
Beautiful
💬   ⟲   ♡   ⬆️

**Perkowski Legal P.C.**
@c_perkowski   ···

**Relevant people**

**DAKOTA** 💜💙
@tender_DMJ    **Follow**
Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

**What's happening**

Television · Starts at 7:00 PM
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
⬨ Promoted by Uber

Trending in United States   ···
**HE'S BACK**
111K Tweets

Music · Trending   ···
**jisoo**
Trending with #BLACKPINK , Camila

Trending in California   ···
**HELL NO**
45.4K Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



← **Tweet**

## Navigation



⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**



**Stivi De Tivi** ✔
@StiviDeTivi

Cuando tú héroe deja de ser un héroe: Al actor
**#BruceWillis** lo corrieron de una farmacia en LA por no
llevar cubrebocas y negarse a ponerse uno.

Cole Sear : I see dead people.

Translate Tweet



4:10 PM · Jan 12, 2021 from Zapopan, Jalisco · Twitter for iPhone

**3** Retweets   **1** Quote Tweet   **28** Likes

💬            ⟲            ♡            ⬆



Tweet your reply                                    **Reply**

Q Search Twitter

## Relevant people



**Stivi De Tivi** ✔
@StiviDeTivi

**Follow**

Stivi De TiVi (Enrique Solorzano). AMO
las series y el cine. Me encuentras en
radio, TV, podcast, revistas, medios
digitales y fiestas. Pronombres:
Él/Su/Suyo

## What's happening

NFL · 3 hours ago
**Chiefs at Chargers**



Music · Trending
**Lionel Richie**
3,330 Tweets

Trending in United States
**Bob Iger**
Trending with Disney, Chapek



Trending in United States
**UCLA**
11.7K Tweets

The Real Housewives of Potomac · Trending
**#RHOP**
Trending with Wendy, Robyn

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ⋯
@c_perkowski







Tweet

**Chris Evans Italian fans**
@ItalyChrisEvans

NEW
@chrisevans and @therock filming #Red1 in Atlanta
Source
dailymail.co.uk/tvshowbiz/arti...

#ChrisEvans #dwaynejohnson #makingof
instagram.com/p/CkjVxuzIvNg/...

1:21 PM · Nov 4, 2022 from Brescello, Emilia Romagna · Twitter for Android

5 Retweets   25 Likes

Tweet your reply                                    Reply

**Valentina Russo** @Valentina_2189 · Nov 5
Replying to @ItalyChrisEvans @ChrisEvans and @TheRock
What a pair of legends! 👊💪🔝👏

GIF ALT

**Perkowski Legal P.C.**
@c_perkowski

Relevant people

**Chris Evans Italian fans**    Follow
@ItalyChrisEvans
Per tutti i fan italiani e non di
@ChrisEvans

**Chris Evans** ✓    Follow
@ChrisEvans
A Starting Point: @ASP

**Dwayne Johnson** ✓    Follow
@TheRock
Founder

What's happening

NBA · 1 hour ago
Lakers at Suns

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
📢 Promoted by Avatar

Trending in United States
**Erection**
19.5K Tweets

Trending in California
**Costco**
5,996 Tweets

Celebrities · Trending
**Denzel Washington**
2,135 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← Tweet

## Screen Mix ✓
@ScreenMix

مرام روبي بالشعر الأسود من كواليس تصوير فيلمها الجديد
من إخراج ديفيد أو راسل.

Translate Tweet



3:15 PM · Feb 6, 2021 · Twitter Web App

8 Retweets   13 Quote Tweets   427 Likes

Tweet your reply   Reply

shaden @_shad_on · Feb 6, 2021
Replying to @ScreenMix
تحمنبي هذي المملكة .

ونس @WatoreTq · Feb 6, 2021
Replying to @ScreenMix
تشبه مايكل جاكسون وخا فيس لي 1

4oo4e.eth @4oo4e_eth · Feb 7, 2021
Replying to @ScreenMix
❤❤❤

هاروَن @los092 · Feb 6, 2021
Replying to @ScreenMix
باناولها

علي علي الخالدي @ali_alkhalidi33 · Feb 6, 2021
Replying to @ScreenMix
من زمان احبك عن اسمها 🤩
هيرين دكزيها انك 🤩
خو اقلامها شكلانية

مصطفى @_4jfz · Feb 6, 2021
Replying to @ScreenMix
عاجلة الجوهد طيب لحلها فبرانه خرابه

ثابت النقمي @t_95r · Feb 6, 2021
Replying to @_4jfz and @ScreenMix
ابو سلمى تعال واتس احتاج مواصلك 😂

خالد @isatagosat · Feb 6, 2021
Replying to @ScreenMix
حميلة

@vildtn · Feb 6, 2021
Replying to @ScreenMix
هارين كون 🤩

محمد @hhihh_ · Feb 6, 2021
Replying to @ScreenMix
ما تلذذ دقيقة من وقتك :
- سبحان الله ❤
- الحمدلله ❤
- لا إله إلا الله ❤
- الله أكبر ❤
- سبحان الله و بحمده ❤
- سبحان الله العظيم ❤
- استغفر الله و أتوب إليه ❤
- لا حول و لا قوة إلا بالله ❤
- اللهم صلي وسلم علي نبينا محمد ❤
- لا إله الا الله محمد رسول الله ❤

Ali Pirlo #noitalynoWorldCup🇹🇷 @aa21pirlo · Feb 6, 2021
Replying to @ScreenMix
هضرت مو شلوة شلوطولنا غبرها لحيل عليها

monther @grivet12345487 · Feb 6, 2021
Replying to @ScreenMix
شو هالبوط بلس ما ببرسم

A L I @aLShmir · Feb 6, 2021
Replying to @ScreenMix
ما تليق علبها

هاشم @flowearb · Feb 6, 2021
Replying to @ScreenMix
ليكون هذ طلعها مع كرستيان رانو نوووووووووووو سبيت اسم للجهم هناك مدن هو نفسه برس وش ذي الجوسة

Yousif @YousifQasim · Feb 7, 2021
Replying to @ScreenMix
كربه

This Tweet was deleted by the Tweet author. Learn more

|Darkness| @cjqblm · Feb 6, 2021
Replying to @MrYAzliz and @ScreenMix
الجب والغمّص !

This Tweet is from a suspended account. Learn more

This Tweet is from a suspended account. Learn more

Show replies

Show more replies

Relevant people

Screen Mix ✓   Follow
@ScreenMix
حساب يهتم بنقل كل ما يحدث حول العالم
من أهم نهم الحنايا تصوير العربي للوطن.
تواصل منا عبر الخاص أو على
ScreenMix@PandoraBoxeg.com

What's happening

FIFA World Cup · 4 hours ago
Mexico vs Poland

#AvatarTheWayOfWater
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in California
Chicharito
6,691 Tweets

Betty White · Trending
Betty White
2,672 Tweets

Trending in California
Lucas
152K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

Perkowski Legal P.C. ...
@c_perkowski

← **Tweet**

**Chrystal** 🇧🇷
@N_GalitzineBr

···

📸 Fotos de Nicholas Galitzine e Anne Hathaway nos bastidores de gravação do filme #theideaofyou #nickgalitzine
02
MEU NENEM TA LINDOOOOO

Translate Tweet



👤 Nicholas Galitzine and 8 others

3:52 AM · Oct 21, 2022 · Twitter for Android

**1** Retweet   **1** Quote Tweet   **42** Likes

💬   ⟲   ♡   ⬆

👤 **P**   Tweet your reply   **Reply**

**Janara Chaves** @ChavesJanara · Oct 21   ···
Replying to @N_GalitzineBr @nickgalitzine and 6 others
😍😍

💬   ⟲   ♡ **2**   ⬆

---

## Sidebar

**Relevant people**

**Chrystal** 🇧🇷
@N_GalitzineBr   **Follow**
#nicholasGalitzine #nicolasgalitzine #purplehearts #continenciaaoamor @nickgalitzine

**Nicholas Galitzine** ✓
@nickgalitzine   **Follow**

**Nicholas Galitzine Up...**
@galitzineupdate   **Follow**
A sua melhor fonte de informações do ator e cantor Britânico Nicholas Galitzine no Brasil. @nickgalitzine

**What's happening**

Formula 1 · Starts tomorrow
Abu Dhabi Grand Prix 2022

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
📣 Promoted by Uber

Trending in United States
HE'S BACK
133K Tweets   ···

Trending in California
#AMAsFanFavorite 🔥
1.66M Tweets   ···

Sports · Trending
Ole Miss   ···
Trending with Arkansas, Lane

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

## Left navigation

🐦

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski   ···

🔍 Search Twitter

Search Twitter

← Tweet

## Relevant people

dee.
@harrymoonchild

**Follow**

#harry: starry haze crystal ball 🌐🛝 | backup:@goldenfineline | ig:dishaxrai

dee.
@harrymoonchild

Harry's iconic green jacket 🥹, the baby blue purse 🥹, his sneakers🥹, him bringing back his rings 🥹 and his curls 🥹

## What's happening

FIFA World Cup · **LIVE**
**USA vs Wales**



Trending in United States
**Jordan Morris**
Trending with Acosta, Reyna

Trending in United States
**1-0 USA**
20.2K Tweets

Music · Trending
**Ciara**
14.8K Tweets

10:47 AM · Oct 7, 2020 · Twitter for Android

**14** Retweets  **3** Quote Tweets  **154** Likes

Trending in United States
**HOW IS THAT NOT A YELLOW**

Show more

Tweet your reply

**Reply**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/jaymalecelebs/status/1304155217123049482 __sl_ 2022-11-22 15:33:30 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 1-24   Filed 12/30/22   Page 18 of 101   Page ID
#:2278

← **Tweet**

**Male Celeb Hotties**
@jaymalecelebs   ···

😏



1:30 PM · Sep 10, 2020 · Twitter for Android

**90** Retweets   **1** Quote Tweet   **828** Likes

---

Ⓟ  **Tweet your reply**   **Reply**

**Life Of A Belieber 101** 🤍 🇺🇦 @gayboylieber97 · Sep 12, 2020   ···
Replying to @jaymalecelebs and @gayyforbieber
decisions decisions 😍😍🔥
♡ 1           ♡ 1

**fagforbieber** @gayyforbieber · Sep 12, 2020   ···
Replying to @gayboylieber97 and @jaymalecelebs
Oh definitely😍😌😋
♡           ♡ 1

**Mr. Yeah** 🔲 @cmhgaydude · Sep 10, 2020   ···
Replying to @jaymalecelebs
Jaden is soo little it always looks like he sucking in
♡           ♡ 1

**Jack (3am Edition)** 🎴 🏳️ (he/him) @JCokell · Sep 10, 2020   ···
Replying to @jaymalecelebs
Damn Jayden
♡           ♡

This Tweet was deleted by the Tweet author. Learn more

**Celeb Lookalike (23K)** @ZelebLooczAlike · Sep 10, 2020   ···
Jaden
♡           ♡ 4

---

**Home**
**Explore**
**Notifications** 1
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Ⓟ **Perkowski Legal P.C.**   ···
@c_perkowski

---

**Relevant people**

**Male Celeb Hotties**   **Follow**
@jaymalecelebs
Just a bi guy bringing you hot male
celeb content to lust over! DM's are
always open! Have fun! 😝 18+

**What's happening**

FIFA World Cup · 5 hours ago
**Mexico vs Poland**

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
▣ Promoted by Avatar

Celebrities · Trending
**Chris Evans**
6,361 Tweets

Trending in United States
**Edgar Martinez**

Trending in California
**Mexico City**
17.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/soygerardcortez/status/1519684705611763717 __ et __ 2022-11-21 23:51:07 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-24    Filed 12/30/22    Page 19 of 101    Page ID #:2279



← Tweet

**Gerard Cortez**
@SoyGerardCortez                                    •••

Quiero caminar con mi manito agarrada en su bolsillo 🔥😍🔥 En el de Tom o en el de alguien 🤣

Translate Tweet



7:27 AM · Apr 28, 2022 · Twitter for iPhone

**13** Retweets  **3** Quote Tweets  **396** Likes

💬          🔁          ♡          ⬆️

P  | Tweet your reply                          **Reply**



**RYVDW** @LopezYamari · Apr 28                    •••
Replying to @SoyGerardCortez
Awwww lucen tan tiernos!!! Un poco molesto Tom pero lindos! 😊

💬          🔁          ♡          ⬆️

---

P  **Perkowski Legal P.C.**
    @c_perkowski                              •••

---

🐦

🏠  Home

#  Explore

🔔  Notifications

✉️  Messages

🔖  Bookmarks

📋  Lists

👤  Profile

⊙  More

**Tweet**

---

**Relevant people**

 **Gerard Cortez**    **Follow**
@SoyGerardCortez
Periodista de moda y cultura pop. TV Host y guionista. Amarás mi YouTube. No binarie. Inmigrante. Contacto Gerardcortez@gmail.com (Él-he, ella-she, elle-they).

**What's happening**

Sports · LIVE
**2022 FIFA World Cup**              

Entertainment · Trending                  •••
**Died Suddenly**
73.4K Tweets

Trending in California                    •••
**Mexicans**
6,853 Tweets

Entertainment · Trending                  •••
**BLEACH**
173K Tweets

Trending in United States                 •••
**#MessUpThanksgiving**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

← **Tweet**

Rihanna.com.br ⚓
@RihannaNoBrasil

Bora falar do #VMAs? Rihanna já foi muitas vezes à premiação e o resto é lenda!

💬 chat.whatsapp.com/LopVQWKl0IJ4iw...

Translate Tweet



2:34 PM · Aug 28, 2022 · Twitter for Android

37 Likes

Tweet your reply                          Reply

AriAntoniazziJr. @AntoniazziAri · Aug 28
Replying to @RihannaNoBrasil
😍😘

**Relevant people**

Rihanna.com.br ⚓                Follow
@RihannaNoBrasil
Rihanna.com.br is a genuine and registered fansite, made by fans. 🇧🇷 Fã-clube e portal de notícias brasileiro sobre a cantora Rihanna. Online desde 2008. 💎

**What's happening**

NFL · 1 hour ago
**Browns at Bills**

#Disenchanted 🧙
Original movie now streaming
📺 Promoted by Disney+

Trending in California
**Rest In Peace**
59K Tweets

Trending in United States
**#FIFAWorldCup** 🏆
Trending with #AMAs 🎤

Trending in United States
**UCLA**
30.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/creamorscream/status/1363306783549378580 __ at __ 2022-11-20 18:03:25 -08:00 __

← **Tweet**

**Bishop**
@BlindWanda

She's our dork and we love her ❤️

#Hawkeye #Marvel



👤 Hailee Steinfeld and 2 others

5:57 PM · Feb 20, 2021 · Twitter Web App

**22** Retweets  **2** Quote Tweets  **134** Likes

Tweet your reply                    Reply

**Perkowski Legal P.C.**
@c_perkowski

🔍 Search Twitter

**Relevant people**

**Bishop** 
@BlindWanda                         Follow
Lover of Marvel, DC, Star Wars, Comics, Hailee Steinfeld, BLACKPINK, and many other things ✨

**Hailee Steinfeld** ✓ 
@HaileeSteinfeld                    Follow
haileesteinfeld.lnk.to/coast

**Disney+** ✓ 
@DisneyPlus                         Follow
#DisneyPlus is your home for the holidays. 💙❄️ #SeasonsStreamings

**What's happening**

NBA · LIVE
Warriors at Rockets



#Disenchanted 🧙‍♀️
Original movie now streaming
▶️ Promoted by Disney+

Trending in United States
Machine Gun Kelly
2,021 Tweets

Music · Trending
Kelly Rowland
2,471 Tweets

Music · Trending
LIGHTS UP
11.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

# Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← **Tweet**

**Robert Littal BSO** ✓
@BSO

Photos of Draya and Tyrod Taylor Out in Malibu; Why It's Looking Like Taylor Will Be Starting QB of Texans This Season (Pics-IG) bit.ly/3cLzSFP



10:07 PM · Apr 2, 2021 · BSO Alert

**1** Retweet   **2** Quote Tweets   **14** Likes

Tweet your reply                     Reply

**Perkowski Legal P.C.** …
@c_perkowski

**aaron munoz** @aaronmunozz · Apr 2, 2021
Replying to @BSO
Alex Smith gonna step right in a week before the opener

**Tyler Ellis™** @Tyler991732 · Apr 2, 2021
Replying to @BSO
@ThunnnnnnderC awee shit I always knew tyrod was a real one 👀😎
♡ 1                                    ♡ 1

**Drizzy** @drethundercat · Apr 2, 2021
Replying to @Tyler991732 and @BSO
Lol
                                       ♡ 1

**PopPop Hotep** 🏿 @IronApache · Apr 2, 2021
Replying to @BSO
Hes really lookin like he wants all the smoke from Draya

**Relevant people**

**Robert Littal BSO** ✓        Follow
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**What's happening**

Music · LIVE
**Fans celebrate Kihyun's birthday** 🥳

#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States            …
**Died Suddenly**
103K Tweets

Trending in United States            …
#السعودية_الارجنتين
1.21M Tweets

Trending in United States            …
**Argentina**
Trending with #FIFAWorldCup 🏆 , Herve Renard

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

← Tweet    🔍 Search Twitter

🏠 Home

VISH Mídia 🇧🇷
@vishmidia

Relevant people

VISH Mídia 🇧🇷
@vishmidia    [Follow]
Site de conteúdo subversivo | +
@vishsports Contato:
contato@vishmidia.com.br

# Explore

🔔 Notifications

Ye (Kanye West) estava na companhia do rapper A$AP
Rocky na última noite 🙏🎄

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile



What's happening

FIFA World Cup  🔴LIVE
England vs Iran

Trending in California
#BLACKPINK_WORLDTOUR
58.2K Tweets

Trending in United States
Callum Wilson
2,755 Tweets

More

6:54 AM · Nov 9, 2021 · Twitter for iPhone

[ Tweet ]

Sports · Trending
Michael Irvin

117 Retweets   76 Quote Tweets   2,139 Likes

The Real Housewives of Potomac · Trending
Wendy
112K Tweets

💭          🔁          ❤️          ⬆️

Show more

Perkowski Legal P.C.
@c_perkowski  ···

📌  Tweet your reply    [Reply]

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Bruno 🔵 @brunoo_1914 · Nov 9, 2021
Replying to @vishmidia
Trajando bota de açougueiro
💭   🔁 1         ❤️ 9         ⬆️

ATK @camelque · Nov 9, 2021
Replying to @brunoo_1914 and @vishmidia
foda que é o crocs da balenciaga
💭         🔁         ❤️ 8         ⬆️

DROGA, É O SHOCKER @Shocker_2001 · Nov 10, 2021
Replying to @vishmidia
Ye no estilo entregador de quentinha
💭         🔁         ❤️         ⬆️

ferg @filipeferg · Nov 9, 2021
Replying to @vishmidia
Projetinho
💭         🔁         ❤️         ⬆️

BAKTERYA @FETULHX · Nov 9, 2021
Replying to @vishmidia
Keyne ôdrip
💭         🔁         ❤️         ⬆️

master mau🇧🇷 @mauricio_rizzo · Nov 9, 2021
Replying to @vishmidia
Kanye gaúcho
💭         🔁         ❤️ 1         ⬆️

Mike @Afro_Mikee · Nov 10, 2021
Replying to @vishmidia
Inimigo da moda, pqp
💭         🔁         ❤️         ⬆️

Gotrim @ttkct7 · Nov 9, 2021
Replying to @vishmidia
Cadê a rihanna com o kanye 😂😂😂
💭         🔁         ❤️         ⬆️

melodrama girl @ylbananabread · Nov 9, 2021
Replying to @vishmidia
amo amo
💭         🔁         ❤️         ⬆️

R4RE 🔺140 24/11 TRASH B.. @R4REOG · Nov 9, 2021
Replying to @vishmidia
Me falaram que o A$ap vai desfilar na próxima coleção de YE
💭         🔁         ❤️         ⬆️

OÉL 🎵 @vulgooel · Nov 9, 2021
Replying to @vishmidia
Música nova rapaziada, quem quiser conferir vou deixar o link aqui, muito
obrigado pela atenção, se cuidem. ❤️

▶️  youtube.com
    Dalaz Ft. OÉL - Flow Kage Bushin  (REMIX QTZ ft...
    Letra : (Dalaz)Sinto saudade meu mano o tempo tá
    voandoMinha arma se pa ta ate disparandoDa sua ...

💭         🔁         ❤️ 1         ⬆️

Show additional replies, including those that may contain offensive
content                                                          [ Show ]

https://twitter.com/bangtidyhq/status/1404500388573078534 __ at __ 2022-11-20 16:14:47 -08:00 __



← **Tweet**

**Bang Tidy Celebs**
@BangTidyHQ

···

# Megan Fox 🔥🔥



11:06 AM · Jun 14, 2021 · Twitter Web App

**8** Retweets   **100** Likes

💬          🔁          ♡          ⬆️

Tweet your reply                                    Reply

## Search Twitter

## Relevant people

**Bang Tidy Celebs**       **Follow**
@BangTidyHQ

Bringing you Bang Tidy Celebs from
the UK and around the world. From TV
& Film to Music & Models. Any
requests feel free to tweet.

## What's happening

NFL · 2 hours ago
**Browns at Bills**



**#Disenchanted** 🧑‍🦰
Original movie now streaming
▶ Promoted by Disney+

Trending in California                    ···
**Elton John**
12.5K Tweets

Trending in United States                 ···
**UCLA**
30.2K Tweets

Trending in United States                 ···
**#AMAs** 🎤
Trending with TOMORROW X TOGETHER, Favorite K-
Pop Artist

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**


**Perkowski Legal P.C.**   ···
@c_perkowski

https://twitter.com/hello_Ca224/status/... (5134094823943-0261)  Document 1-104   Filed 12/30/22   Page 25 of 101   Page ID

Q Search Twitter

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

Perkovski Legal P.C.
@c_perkovski

**Relevant people**

Central Dakota Johns...
@Hello_DJD                    **Follow**
I Love Dakota Johnson and Jamie
Dornan. ❤️ (fan Account)

**What's happening**

NFL · 7 hours ago
**Browns at Bills**

#Disenchanted 🪄
Original movie now streaming
Trending with #TurningRed

Trending in California
**#TWOFinale**
Trending with #TwoWeekspass

Sports · Trending
**Hackett**
7,061 Tweets

Trending in United States
**Hive**
22.6K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads Info  More...
© 2022 Twitter, Inc.

Central Dakota Johnson & Jamie Dornan
@Hello_DJD
Dakota foi fotografada fazendo as unhas hoje (22/05)
em Los Angeles! #DakotaJohnson
Iransian Tweet



4:33 PM · May 22, 2019 · Twitter for Android

2 Retweets   24 Likes

Tweet your reply                                    Reply

Central Dakota Johnson & Jamie Dorn...  @Hello_DJD · May 22, 2019
Replying to @Hello_DJD
Mais fotos de Dakota fazendo as unhas hoje (22/05) em Los Angeles! (2)
#DakotaJohnson

Central Dakota Johnson & Jamie Dorn...  @Hello_DJD · May 22, 2019
Mais fotos de Dakota hoje (22/05) em Los Angeles! (3) #DakotaJohnson

Central Dakota Johnson & Jamie Dorn...  @Hello_DJD · May 22, 2019
Mais fotos de Dakota hoje (22/05) em Los Angeles! (4) #DakotaJohnson

Central Dakota Johnson & Jamie Dorn...  @Hello_DJD · May 22, 2019
Mais fotos de Dakota hoje (22/05) em Los Angeles! (5) #DakotaJohnson

Central Dakota Johnson & Jamie Dorn...  @Hello_DJD · May 22, 2019
Mais fotos de Dakota hoje (22/05) em Los Angeles! (6) #DakotaJohnson

Central Dakota Johnson & Jamie Dorn...  @Hello_DJD · May 22, 2019
Mais fotos de Dakota hoje (22/05) em Los Angeles! (7) #DakotaJohnson

Central Dakota Johnson & Jamie Dorn...  @Hello_DJD · May 22, 2019
Mais fotos de Dakota hoje (22/05) em Los Angeles! (8) #DakotaJohnson

Central Dakota Johnson & Jamie Dorn...  @Hello_DJD · May 22, 2019
Mais fotos de Dakota hoje (22/05) em Los Angeles! (9) #DakotaJohnson

Central Dakota Johnson & Jamie Dorn...  @Hello_DJD · May 22, 2019
Mais fotos de Dakota hoje (22/05) em Los Angeles! (10) #DakotaJohnson

Central Dakota Johnson & Jamie Dorn...  @Hello_DJD · May 22, 2019
Mais fotos de Dakota hoje (22/05) em Los Angeles! (11) #DakotaJohnson

Central Dakota Johnson & Jamie Dorn...  @Hello_DJD · May 22, 2019
Picture Pub

**Tweet**

🐦

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗄️ Lists

👤 Profile

⊙ More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

**Perkowski Legal P.C.** ...
@c_perkowski

__ https://twitter.com/ludenoid/status/1539923564203212802 __ at __ 2022-11-21 19:31:16 -08:00 __

← **Tweet**

Search Twitter

**Ludenoid** 🎃 🥐  
@ludenoid

Margot Robbie, Barbie filminin setinde.



3:49 AM · Jun 23, 2022 · Twitter Web App

**1** Quote Tweet     **47** Likes

**Relevant people**

**Ludenoid** 🎃 🥐
@ludenoid                    Follow

Oyun, dizi ve film evrenlerinden haber
ve yorumlar 🥐 #EpicPartner - Creator
Code: LUDENOID 💌 İş Birliği &
İletişim: info@ludenoid.com

**What's happening**

NBA · LIVE
**Warriors at Pelicans**


Entertainment · Trending
**Died Suddenly**
53.1K Tweets

Sports · Trending
**#WWERaw** 🆚
Trending with Rebel Heart, Omos

Trending in United States
**NCAA 14**

Sports · Trending
**Grupo Firme**
Trending with #NFLMexicoGame 🌮

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply

Reply



Perkowski Legal P.C.
@c_perkowski

← Tweet

## Navigation
- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**



**Türkçe**
@turkce

···

Sokak ortasında kavga dlvr.it/RKPqxF #Türkçe #MagazinHaberleri #Magazin

Translate Tweet



2:50 AM · Nov 30, 2019 · dlvr.it

Tweet your reply

Reply

Q Search Twitter

### Relevant people

**Türkçe**
@turkce

Follow

Gazete ve dergilerden Türkçe Haberler, Son Dakika, Spor, Magazin, Teknoloji, Sinema Haberleri. İletişim ve iş birliği için: turkcemag@gmail.com

### What's happening

FIFA World Cup · This morning
**Mexico vs Poland**



**#AvatarTheWayOfWater**
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in United States
**RIP Harold**

Sports · Trending
**Claxton**
1,339 Tweets

Politics · Trending
**AIDS**
20.2K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**
@c_perkowski    ···

← **Tweet**





**inMARVEL** ❄️ **#MarvelStudios #Marvel #WakandaForever**
@inMARVEL_

Más imágenes de **#MadameWeb** 🔥

**#SpiderMan #Spiderverse #Sony #Marvel #MarvelStudios #Disney**

Translate Tweet



10:10 AM · Oct 6, 2022 · Twitter for Android

**9** Retweets  **2** Quote Tweets  **32** Likes

Tweet your reply

Reply

---

**Relevant people**

 **inMARVEL** ❄️ **#Marv...**
@inMARVEL_    Follow

Aquel que disfrute del contenido de Marvel Studios, si es digno, poseerá el poder de saber todo acerca del MCU. ¡Sígueme y sé un Nuevo Vengador! 👊🦸

**What's happening**

NCAA Football · LIVE
**Illinois at Michigan**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Only on Twitter · Trending
**#万博体育**
2,637 Tweets

Entertainment · Trending
**Tommyinnit**
9,556 Tweets

Sports · Trending
**Ricky Turcios**
Trending with #UFCVegas65

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

__ https://twitter.com/stranwberryes/status/1399876768740392962 __ at __ 2022-11-22 12:58:25 -08:00 __

← **Tweet**

Search Twitter

**aly**
@stranwberryes

os paparazzi perseguindo a anitta nos usa eu sempre sonhei com isso a relevância meus amores

Translate Tweet



.@Anitta was spotted on Monday evening during a night out with friends in L.A. Check out every photo here!

justjared.com
Anitta Spotted on Night Out with Friends in L.A. - See Every Photo!

4:53 PM · Jun 1, 2021 · Twitter for Android

**3** Retweets   **32** Likes

Tweet your reply

Reply

**Relevant people**

**aly**
@stranwberryes        Follow
comento sobre a vida dos outros

**What's happening**

FIFA World Cup · **LIVE**
**France vs Australia**

**#AvatarTheWayOfWater**
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in United States
**Giroud**
Trending with Australia, Mbappe

Trending in California
**LAPD**
11.8K Tweets

Trending in United States
**#MEXPOL**
70.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski



Tweet

Pajaré. 🦇📷📝 Retweeted

Mundo Vengador | #Andor | #WakandaForever
@IniciativaV

#BombaMarvel Primeras imágenes de @brielarson como nuestra #CaptainMarvel

Translate Tweet

11:46 AM · Jan 25, 2018 · Twitter for Android

162 Retweets   39 Quote Tweets   477 Likes

Tweet your reply

Reply

**Relevant people**

Pajaré. 🦇📷📝
@ELPAJANAVARRO    Follow
📷🎥 Reportero-Fotógrafo|Río como mecanismo de defensa
#ChinoMorenoEsMiPastor
facebook.com/elpaja.navarro
Instagram.com/pajanavarro

Mundo Vengador | #...
@IniciativaV    Follow
Te mantengo informado sobre las novedades de las peliculas y series del momento 🎥 Contacto: mundovengador@gmail.com
#WakandaForever

Brie Larson ✔
@brielarson    Follow
Actor / Mushroom Forager / SCUBA Certified Diver / Scientific American Subscriber / Dog Mom / Captain Marvel / Generally Stoked

**What´s happening**

Television · LIVE
Bachelor in Paradise airing on ABC

Trending in United States
Died Suddenly
42.2K Tweets

Sports · Trending
Lane Kiffin
6,180 Tweets

Trending in United States
Tampax
27.4K Tweets

Sports · Trending
Rebel Heart

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Perkowski Legal P.C.
@c_perkowski

Search Twitter

← **Tweet**

**Robert Littal BSO** ✔
@BSO

Jennifer Lopez And Ben Affleck Confirm They're Back Together After Being Caught Making Out At Birthday Dinner (Pics-Vid) bit.ly/3cCZ0hx via @BasketballguruD

···

10:42 PM · Jun 14, 2021 · BSO Alert

**1** Retweet   **1** Quote Tweet   **5** Likes

Tweet your reply

Reply

## Relevant people

**Robert Littal BSO** ✔
@BSO

Follow

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**The Daniel Bell©**
@BasketballGuruD

Follow

Thunder Beat Reporter For @BSO | Contributor for the @FranchiseOK | A lot of sports tweets | dbell3220@icloud.com

## What's happening

FIFA World Cup · 2 hours ago
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in United States    ···
**Died Suddenly**
101K Tweets

Trending in United States    ···
**#السعوديه_الارجنتين**
1.2M Tweets

Trending in United States    ···
**Argentina**
Trending with #FIFAWorldCup 🏆 , Herve Renard

Show more

Terms of Service    Privacy Policy    Cookie Policy    Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Search Twitter



**Perkowski Legal P.C.**
@c_perkowski
···

Tweet

**Cʜʀɪs Evaɴs faɴ 💙🇧🇷 | Fã site**
@cevansnation41                                    ···

Mais fotos de Chris Evans durante o Set de #RedOne



11:13 AM · Nov 4, 2022 · Twitter for iPhone

**1** Like

## Relevant people

**Cʜʀɪs Evaɴs faɴ 💙** ...       **Follow**
@cevansnation41

Página dedicada ao ator @chrisevans
Twitter criado em Janeiro/2022. I'm
not Chris Evans. Fan Account.

## What's happening

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater**🧑‍🚀
Get tickets now - In theaters December 16
▣ Promoted by Avatar

Business and finance · Trending
**#massshooting**
1,590 Tweets

Trending in United States                ···
**Erection**
21.6K Tweets

Trending in California                   ···
**Costco**
6,185 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Tweet your reply                          **Reply**

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**



**Perkowski Legal P.C.**   ···
@c_perkowski

https://twitter.com/CulpritEinhart/status/1099716107332420568444 ... ot ... 2022-11-22 10:47:49 -08:00



← **Tweet**



Marvel News
@BRMarvelNews

···

Well...

Depois de noticias de que a Ruth E. Carter, figurinista ganhadora do Oscar por #BlackPanther 🐾, não voltaria para a sequência do filme, ela foi fotografada nesse fim de semana nos bastidores do filme.

Translate Tweet



Marvel News @BRMarvelNews · Jun 2, 2021
O figurinista Mobolaji Dawodu (Queen of Katwe) fará parte da produção de "Black Panther: Wakanda Forever"

Ele substitui a Ruth E. Carter, ganhadora do Oscar de Melhor Figurino pelo primeiro filme. (via. @maverickmovies)

#WakandaForever🐾

6:01 PM · Aug 24, 2021 · Twitter for Android

**12** Retweets **4** Quote Tweets **336** Likes

💬          ⟲          ♡          ⬆

P    Tweet your reply                    Reply

Steve Jobss @stevejobss0 · Aug 24, 2021
Replying to @BRMarvelNews
bom, era só um rumor, não? então segue o jogo.. o figurino do 1 é foda
dms

💬          ⟲          ♡ **2**          ⬆

The Big Marvel Theory @thebigmarvelth · Aug 24, 2021
Replying to @BRMarvelNews
Venha conspirar conosco ❤️

The Big Marvel Theory @thebigmarvelth · Aug 24, 2021
E se nessa cena ele falou "Olá Peter" para o Tobey? pq ele não conhece o Peter dessa realidade...

Olá, Peter.

💬          ⟲          ♡          ⬆

@coreyhwkns · Aug 24, 2021
Replying to @BRMarvelNews
os figurinos do primeiro filme são um show pros olhos espero a ela tenha voltado mesmo então

💬          ⟲          ♡ **10**          ⬆

Show more replies

---

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

≡ Lists

👤 Profile

⊕ More

**Tweet**

P    Perkowski Legal P.C.      ···
     @c_perkowski

---

🔍 Search Twitter

### Relevant people

M    Marvel News           Follow
     @BRMarvelNews
     Conta de fã dedicada ao Universo
     Marvel 🇧🇷 Contato:
     marvelnewsbr@outlook.com

     Will Mavity            Follow
     @maverickmovies
     Attorney, Film/awards season
     updates/below the line news for
     @nextbestpicture, sometimes
     @skynews, @BBC. Member
     @HCAcritics. Irish-Colombian, He/Him

### What's happening

NFL · 3 hours ago
Browns at Bills

#Disenchanted 🪄
Original movie now streaming
🔹 Promoted by Disney+

Trending in United States          ···
#TheWalkingDead
Trending with #TWDFinale

Trending in United States          ···
Iowa
16.2K Tweets

Politics · Trending           ···
Colorado Springs
Trending with #ClubQ

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Tweet**

**Multiverse Analysis**
@TheAnalystOne

Gotta admit the suit looks super amazing, can't wait to watch the #BlueBeetle in action!



9:05 PM · May 25, 2022 · Twitter for Android

**1** Retweet   **2** Likes



Tweet your reply

Reply

Q Search Twitter

**Relevant people**



**Multiverse Analysis**
@TheAnalystOne
Fiction Addict

Follow

**What's happening**

FIFA World Cup · 14 minutes ago
**USA vs Wales**



TV stars · Trending
**#MyFamilyIsWeird**

Trending in United States
**Mendy**
88.6K Tweets

Lovecraft Country · Trending
**Lovecraft Country**

Music · Trending
**Meek**
8,562 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski



← **Tweet**

Cillian Murphy Fans
@CMurphyFans

Cillian Murphy on the set of Christopher Nolan's
#Oppenheimer

dailymail.co.uk/tvshowbiz/arti...



2:10 PM · Apr 13, 2022 · Twitter for iPhone

20 Retweets   144 Likes

Tweet your reply                              **Reply**

Bella Swan's Collarbones @macaroni_chintz · Apr 13
Replying to @CMurphyFans
Those PANTS 💀

Haroon Shaw @haroonshaww · Apr 13
Replying to @CMurphyFans
That Tommy walk😂

---

# Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

Cillian Murphy Fans      **Follow**
@CMurphyFans

Fan account. Not Cillian Murphy (
obviously) Views are my own.
#PeakyBlinders S6 is now streaming
on @netflix.

**What's happening**

Television · Last night
**The Walking Dead airing on AMC**



Music · Trending
**Lionel Richie**
4,135 Tweets

Trending in California
**#Qatar2022** 🏆
1.23M Tweets

Only on Twitter · Trending
**#MotivationMonday**
1,440 Tweets

The Walking Dead · Trending
**#TheWalkingDead**
Trending with #TWDFinale, Daryl

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



__ https://twitter.com/MovieCrazyP/status/1384669797182491904 __ at __ 2022-11-20 08:02:33 -08:00 __

← **Tweet**

Q Search Twitter

**Relevant people**



- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**



**Movie Crazy Planet** 🎬🍿🍦
@MovieCrazyP

···

¡El Team Sonic presente en #SonicTheHedgehog2!

Figuras de #Sonic🦔, #Tails y #Knuckles durante la filmación de #SonicMovie2.



👤 Sonic the Hedgehog

5:46 PM · Apr 20, 2021 · Twitter for Android

**4 Likes**

💬          🔁          ♡          ⬆️

 Tweet your reply                    **Reply**


**Movie Crazy Planet ...**
@MovieCrazyP                        **Follow**

💥Noticias, tráilers, pósters, los estrenos más recientes de cine, series y televisión.💥 Síguenos y activa la 🔔 moviecrazyplanet@gmail.com 📧


**Sonic the Hedgehog** ✔
@SonicMovie                        **Follow**

Watch #SonicMovie2 at home 2DAY! Now on 4K UHD & Blu-ray, Digital, and streaming on Paramount+.

**What's happening**

Television · Last night
**Saturday Night Live airing on NBC**



**#Disenchanted** 👸
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**#MassShooting**                    ···

Jungkook · Trending                    ···
**Jungkook**
Trending with Morgan Freeman, hobi

Trending in California                    ···
**#DonaldTrump**
38.1K Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.


**Perkowski Legal P.C.**
@c_perkowski                        ···

← **Tweet**

**Raúl Brindis** ✔
@raulbrindis

···

Jennifer Lopez y Ben Affleck continúan su romance.
Nuevas fotografías tomadas el domingo los muestran
juntos en Miami.
Affleck fue visto en el aeropuerto de Miami el domingo
y luego en la casa que J.Lo alquiló.

Translate Tweet



7:20 AM · May 24, 2021 · Twitter for iPhone

**30** Likes

💬                🔁                ♡                ⬆

Ⓟ   Tweet your reply                                    **Reply**

**Eduardo suarez** @Chompis90 · May 24                ···
Replying to @raulbrindis
Esos famosos se enamoran y desenamoran muy rápido 😄
💬          🔁          ♡          ⬆

**Jeanneth Ordonez** @JeannethOrdone6 · May 24, 2021   ···
Replying to @raulbrindis
A jlo le falta un turky en su vida para ya no buscar mas . por eso anda como
Chaplin brico a brinco es la Marilyn Monroy que lamentable pero mientra
pueda que le den gasolina .
💬          🔁          ♡          ⬆

**Claudia Gomez** @ClaudGMez · May 24, 2021           ···
Replying to @raulbrindis
Déjenla que goce.
💬          🔁          ♡          ⬆

**juan m lara** @juanmlara · May 24, 2021              ···
Replying to @raulbrindis
Esa mujer es de lo más corriente que hay y promiscua.
💬          🔁          ♡          ⬆

**Luis Ponce** @LuisPon10977543 · May 24, 2021         ···
Replying to @raulbrindis
Como no van a estar contento si van saliendo de tener coito
💬          🔁          ♡          ⬆

**Fucho** @Fuchodellano · May 24, 2021                ···
Replying to @raulbrindis
Esa Jlo esta mas picoteada que un brazo de adicto...
💬          🔁          ♡          ⬆

**benjamin** @benava78 · May 24, 2021                 ···
Replying to @raulbrindis
Más Puuuuttttt!!!!!!! Ai!!!!!
💬          🔁          ♡          ⬆

---

🐦

Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

Lists

👤 Profile

⊙ More

**Tweet**

**Perkowski Legal P.C.**   ···
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

**Raúl Brindis** ✔        **Follow**
@raulbrindis
Radio Host for El Show de Raúl Brindis

**What's happening**



FIFA World Cup · LIVE
**USA vs Wales**

Trending in United States        ···
USA USA USA
408K Tweets

Trending in United States        ···
National Anthem
63.4K Tweets

Sports · Trending              ···
Charles Barkley
4,897 Tweets

Trending in United States        ···
I BELIEVE THAT WE WILL WIN

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

 **Rock, Cine y Cómics**
@RockCineyComics    ⋯

Algunas fotografías del set de grabación de #SonicMovie2 donde se pueden apreciar las estatuas de Sonic, Tails y Knuckless; además podemos ver a James Marsden y Sumpter grabando sus respectivas escenas.




6:08 PM · Apr 20, 2021 · Twitter for Android

**1** Like

💬          ⟲          ♡          ⬆

 Tweet your reply          **Reply**

🔍 Search Twitter

## Relevant people

 **Rock, Cine y Cómics**
@RockCineyComics    **Follow**
Aquí encontrarás noticias, entrevista y alguna locura relacionado con los temas de tu interés

## What's happening

NFL · Yesterday
**Commanders at Texans**

Trending in United States    ⋯
**Maher**
22K Tweets

Trending in United States    ⋯
**#AMAs** 🔥
4.61M Tweets

Trending in United States    ⋯
**Bob Iger**
Trending with Disney, Chapek

The Real Housewives of Potomac · Trending    ⋯
**Candiace**
5,099 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**    ⋯
@c_perkowski

\_ https://twitter.com/guidance_the/status/1431274695882575876 \_ at \_ 2022-11-20 10:02:07 -08:00 \_

← **Tweet**



**TheGuidance**
@guidance_the

⋯

Tenemos nuevas imágenes desde el set de la secuela de #blackpanther 🐾, #wakandaforever 🐾, centradas en Riri Williams (quién se protagonizará la serie de #marvel, #ironheart) y Everett Ross, a quien conocimos en Civil War. #mcu

Translate Tweet



8:17 AM · Aug 27, 2021 · Twitter Web App

**2** Likes

💬　　　⟲　　　♡　　　⬆

 Tweet your reply　　　　　　　　　Reply

## Search Twitter

### Relevant people

 **TheGuidance**
@guidance_the　　Follow
Todo el contenido geek al alcance de tu mano. Noticias, análisis, cómics narrados, curiosidades, etc.

### What's happening

Television · Last night
**Saturday Night Live airing on NBC**


**#Disenchanted** 🧙
Original movie now streaming
📽 Promoted by Disney+

Only on Twitter · Trending　⋯
**Rest in Power**
11K Tweets

Entertainment · Trending　⋯
**Morgan Freeman**
161K Tweets

Trending in California　⋯
**Shakira**
102K Tweets

Show more

Terms of Service　Privacy Policy　Cookie Policy
Accessibility　Ads info　More ⋯
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS   Document 1-24   Filed 12/30/22   Page 43 of 101   Page ID #:2303



Search Twitter

← **Tweet**

 Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

 **Freetime**
@BookingFreetime                          ···

**Dakota Johnson sur le tournage du film Madame Web.**

 

3:15 AM · Jul 27, 2022 · Twitter Web App

**1** Like

💬            ⟲            ♡            ↑

🅿 Tweet your reply                    **Reply**

**Relevant people**

 **Freetime**              **Follow**
@BookingFreetime

Freetime est une page d'information
du cinéma, du divertissement, des
séries et plateformes de streaming du
moment et à venir.

**What's happening**

NFL · Yesterday
**Cowboys at Vikings**

Trending in United States                ···
**Maher**
22.9K Tweets

Entertainment · Trending                 ···
**#AntManandTheWaspQuantumania**
Trending with Kang

Trending in California                   ···
**Dodger Stadium**
14K Tweets

Sports talk · Trending                   ···
**Skip and Shannon**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Tweet**

🅿 **Perkowski Legal P.C.**      ···
@c_perkowski

https://twitter.com/mileycyrusbz/status/1459039994255200256 ... et   2022-11-22 03:04:37 -08:00

← **Tweet**

**Miley Cyrus Updates** ✓
@MileyCyrusBz

Miley just posted the pic of her and Maxx on her
instagram 🖤 seems like they're officially dating ✨



mileycyrus

4:26 PM · Nov 3, 2021 · Twitter for iPhone

**31** Retweets   **6** Quote Tweets   **273** Likes

Tweet your reply                                          **Reply**

**sheree comiska** @ComiskaSheree · Nov 4, 2021
Replying to @MileyCyrusBz
What a great picture!! Awesome!

**manion burtt** @manion_burtt · Nov 4, 2021
Replying to @MileyCyrusBz
right on the photo said maxx

**unholyvigilante⁷1⭐️🎃 MIDNIGHTS** 🏃 @spaceaur0ras · Nov 3, 2021
Replying to @MileyCyrusBz



1          1          2

**Heikki Kiesi** @KiesiHeikki · Nov 4, 2021
Replying to @spaceaur0ras and @MileyCyrusBz
🤣🤣

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

**Search Twitter**

**Relevant people**

**Miley Cyrus Updates** ✓          **Follow**
@MileyCyrusBz
Fan account | Copyright belongs to
the respective owners | @MileyCyrus
follows 💕

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
**El VAR**
78.9K Tweets

Entertainment · Trending
**Died Suddenly**
80.1K Tweets

Trending in California
**Mexicans**
7,240 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



This Tweet is from a suspended account. Learn more

__ https://twitter.com/filmnewsPL/status/1367790799879106561 __ at __ 2022-11-19 21:04:16 -08:00 __

← **Tweet**





**Film News**
@filmnewsPL    ...

Brad Pitt, Aaron Taylor-Johnson i Brian Tyree Henry na planie filmu #BulletTrain



2:55 AM · Mar 5, 2021 · Twitter for Android

**1** Retweet    **22** Likes

    

 Tweet your reply

Reply

## Left Sidebar

🏠 Home
# Explore
🔔 Notifications ①
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski    ...

## Right Sidebar

Search Twitter

**Relevant people**

 **Film News**
@filmnewsPL    Follow

🎬 najnowsze wiadomości filmowe - kino polskie i zagraniczne, popularne i niezależne 🍿 kontakt: filmnewspl@gmail.com

**What's happening**

Television · 1 hour ago
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States    ...
**HE'S BACK**
142K Tweets

Politics · Trending    ...
**Mr. President**
42.5K Tweets

Sports · Trending    ...
**#AEWFullGear**
Trending with  Regal, Moxley

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.



← Tweet

**Robert Littal BSO** ✓
@BSO

···

How Olivia Culpo is Showing Support For Her Boyfriend Christian McCaffrey (IG-Pics-Vids) bit.ly/2BJ7jFK



8:35 AM · Oct 25, 2019 · BSO Alert

**1** Quote Tweet    **3** Likes


**Perkowski Legal P.C.**    ···
@c_perkowski

Tweet your reply    Reply

---

🔍 Search Twitter

**Relevant people**



**Robert Littal BSO** ✓    Follow
@BSO

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**What's happening**



FIFA World Cup · LIVE
**Mexico vs Poland**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

__ https://twitter.com/chrisevansparty/status/1580662109259505664 __ at __ 2022-11-20 13:32:48 -0800

← **Tweet**

**Chris Evans Celebrations** 💙 **(fan account)** 💙
@chrisevansparty  ···

## New shots of Chris Evans on the set of Red One. 🧡



1:49 PM · Oct 13, 2022 · Twitter for iPhone

**39** Retweets   **4** Quote Tweets   **269** Likes

💬            🔁            ♡            ⬆️

**Tweet your reply**                    **Reply**

**Joan** @joans3627 · Oct 13
Replying to @chrisevansparty
💙🧡

💬            🔁            ♡            ⬆️

**Perkowski Legal P.C.**
@c_perkowski  ···

---

🔍 Search Twitter

### Relevant people

  **Chris Evans Celebrati...**      **Follow**
@chrisevansparty

Welcome to the party where we all celebrate the masterpiece that is Chris Evans ⊙ Fan account ⊙ Not associated with any celebrity ⊙

### What's happening

Formula 1 · This morning
**Abu Dhabi Grand Prix 2022**      

**#Disenchanted** 🧑
Original movie now streaming
📺 Promoted by Disney+

Trending in California                ···
**Rest In Peace**
54.5K Tweets

Sports · Trending                     ···
**Fields**
Trending with  Falcons, Bears

Sports · Trending                     ···
**Parsons**
4,617 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···

## Navigation (sidebar)

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

_ https://twitter.com/QuinteroI05/status/1583285163814924289 _ at _ 2022-11-22 23:58:06 -08:00



Tweet

Isa ✨💜
@QuinteroI05

Omg i'm freaking out
I'M FREAKING OUTTT

Nick and Anne filming The Idea Of You!
#NicholasGalitzine #AnneHathaway #TheIdeaOfYou



👤 Nicholas Galitzine

7:32 PM · Oct 20, 2022 · Twitter for Android

4 Retweets   2 Quote Tweets   42 Likes

Tweet your reply

Reply

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet



Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

## Relevant people



Isa ✨💜
@QuinteroI05

Follow

Quien no arriesga no gana 🏊 Fangirl
Deportivo Cali 💚 Coldplay ✨ Carson
💜 Galitzine 💚

Nicholas Galitzine ✔
@nickgalitzine

Follow

## What's happening



NBA · 2 hours ago
Lakers at Suns

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
🟦 Promoted by Avatar

Business and finance · Trending
#massshooting
1,666 Tweets

Trending in United States
Erection
21.7K Tweets

Trending in California
Costco
6,196 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

_ https://twitter.com/Tengu_musashi/status/1552087959196913664 __ at __ 2022-11-21 19:09:02 -08:00 __

← **Tweet**



**TENGU MUSASHI**
@Tengu_musashi

⋯

Voici à quoi ressemble Dakota Johnson sur le tournage de Madame Web.

Translate Tweet

5:26 PM · Jul 26, 2022 · Twitter for iPhone

**2** Retweets   **8** Likes

💬   🔁   ♡   ⬆️

Tweet your reply

Reply

---

Home

Explore

Notifications ①

Messages

Bookmarks

Lists

Profile

More

**Tweet**

---

Search Twitter

**Relevant people**



**TENGU MUSASHI**
@Tengu_musashi

Follow

**What's happening**

NBA · Starts at 8:30 PM
**Jazz at Clippers**



Entertainment · Trending
**Died Suddenly**
50.4K Tweets

Sports · Trending
**Grupo Firme**
Trending with #NFLMexicoGame 🏈

Sports · Trending
**Mexico City**
17.8K Tweets

Crime drama · Trending
**#NCIS**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯

© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski ⋯

← **Tweet**

**Relevant people**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**NO! BACKSTAGE**
@nobkstage

···

Leonardo Dicaprio quebrou a regra dos 25! Uma fonte revelou à ET que: "Gigi e Leo estão namorando". Os dois estavam juntos na Casa Cipriani, em Nova York, no sábado à noite e "pareciam muito próximos".O que acham desse novo "casal"?

( | Getty / Backgrid)
Translate Tweet




6:36 AM · Sep 17, 2022 · Twitter Web App

**4 Likes**

**Relevant people**

**NO! BACKSTAGE**
@nobkstage

Follow

Novidades, shows, música, séries e tudo sobre o mundo do #entretenimento e #culturapop! : backstageno@gmail.com

**What's happening**

Television · 29 minutes ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States            ···
**HE'S BACK**
Trending with Welcome Back

Sports · Trending            ···
**#AEWFullGear**
Trending with Jamie Hayter, Toni

Trending in United States            ···
**Best of 7**
6,948 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

Tweet your reply

Reply

**Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 **Infos Séries**
@SeriesUpdateFR

...

Tom Hiddleston et Owen Wilson sur le tournage de la
série #Loki.

Translate Tweet



11:03 AM · Mar 4, 2020 · Twitter for Android

45 Retweets    6 Quote Tweets    181 Likes

Tweet your reply

Reply

## Search Twitter

### Relevant people

 **Infos Séries**    Follow
@SeriesUpdateFR

Bienvenue sur votre premier compte
source français sur toutes vos séries,
films et plateformes de streaming
préférées. 📧:
seriesupdatefr@gmail.com

### What's happening

FIFA World Cup · LIVE
**Senegal vs Netherlands**



Trending in United States
**Mendy**
40.5K Tweets

Entertainment · Trending
**#AvatarTheWayOfWater**
2,967 Tweets

Trending in California
**Dodger Stadium**
13.8K Tweets

Sports · Trending
**Charles Barkley**
4,021 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ...
@c_perkowski

__ https://twitter.com/turkce/status/1186188758854463490 __ at __ 2022-11-22 19:19:57 -08:00 __

← **Tweet**

 **Türkçe**
@turkce

Jennifer Lawrence'ın düğününden ilk fotoğraflar yayınlandı: Sanat galerisi yöneticisi Cooke Maroney ile evlenen Oscar'lı oyuncu Jennifer Lawrence'ın, pek çok ünlünün katıldığı görkemli düğününden ilk kareler yayınlandı. dlvr.it/RGczm4 #Türkçe #MagazinHaberleri #Magazin

Translate Tweet



12:53 AM · Oct 21, 2019 · dlvr.it

   

 Tweet your reply

Reply

## Relevant people

 **Türkçe**
@turkce                    Follow

Gazete ve dergilerden Türkçe Haberler, Son Dakika, Spor, Magazin, Teknoloji, Sinema Haberleri. İletişim ve iş birliği için: turkcemag@gmail.com

## What's happening

FIFA World Cup · Earlier today
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States
**RIP Harold**

Trending in United States
**#StayWoke**

Trending in United States
**NitroRad**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Twitter sidebar

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
··· More

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/girlfromaspen/status/1556048893807133184 __ at __ 2022-11-19 11:12:24 -08:00



__ https://twitter.com/AndyVermaut/status/1374484747653541897 __ at __ 2022-11-20 23:31:49 -08:00 __

← **Tweet**

**Andy Vermaut**
@AndyVermaut

···

Hailey and Justin Bieber's "Very Affectionate" Trip to Turks and Caicos Will Give Anyone Vacation Envy

eonline.com/news/1251614/h...



3:14 PM · Mar 23, 2021 · dlvr.it

    

 Tweet your reply     Reply

 Perkowski Legal P.C.
@c_perkowski ···

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

**Relevant people**

**Andy Vermaut**
@AndyVermaut    Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights, Whatsapp +32499357495

https://twitter.com/mileyupdates/status/1227649808170572128 __el__ 2022-11-21 02:37:19 -08:00



https://twitter.com/BenjaminEnfield/status/1530033496860143924 __sl__ 2022-11-21 21:30:53 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-24    Filed 12/30/22    Page 57 of 101    Page ID
#:2317



🚨‼️ Now HipHop News ‼️🚨
@NowHipHopNews_

Blue Ivy spotted at Olivia Rodrigo's Sour Tour in Los
Angeles!.

Who else thought it was Rihanna 😭😂



8:49 PM · May 26, 2022 · Twitter for iPhone

**6** Retweets    **49** Likes



Tweet your reply

Reply

Johnny Flores @johnnyfm8 · May 26
Replying to @NowHipHopNews_ and @BenjaminEnfield
No shit Asap Rocky Hov hit it first🤣

💬 1    🔁    ❤️ 1    📤

matsy strongy @MatsyStrongy · May 27
Replying to @johnnyfm8 and @BenjaminEnfield
Any proof

💬    🔁    ❤️    📤

Home
Explore
Notifications 1
Messages
Bookmarks
Lists
Profile
More
Tweet

Perkowski Legal P.C. ···
@c_perkowski

Search Twitter

**Relevant people**

🚨‼️ Now HipHop N...    Follow
@NowHipHopNews_
We bring you the latest music from
independent artists. Reaching
40million people monthly. SUBMIT
YOUR MUSIC for unlimited yearly
promotion 👇

**What's happening**

NFL · 1 hour ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
64.3K Tweets

Only on Twitter · Trending
**Pablo Milanés**
Trending with Auburn

Entertainment · Trending
**Sinbad**
7,621 Tweets

Trending in United States
**Murder House**
1,681 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

← **Tweet**

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

 **Foochia - فوشيا** ✔
@foochia

#بن_آفلك وحبيبته الجديدة #آنا_دي_أرماس خلال تواجدهما على أحد شواطىء كوستاريكا لقضاء عطلة رومانسية!

#مشاهير #أخبار_المشاهير #علاقات_عاطفية #BenAffleck

Translate Tweet



11:54 PM · Mar 15, 2020 · Twitter Web App

**1** Retweet   **7** Likes

○           ⇄           ♡           ⬆

 **Tweet your reply**          Reply

**Search Twitter**

**Relevant people**

 **Foochia - فوشيا** ✔       Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.

**What's happening**

NFL · 3 hours ago
**Cowboys at Vikings**

#Disenchanted 😍
Original movie now streaming
◻ Promoted by Disney+

Trending in United States                 ···
**Bob Iger**
Trending with Chapek, #Disney

Sports · Trending                            ···
**Russell Wilson**
Trending with Broncos, Raiders

Music · Trending                             ···
**Kelly Rowland**
Trending with Chris Brown

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**  ···
@c_perkowski

← **Tweet**



**Dakota Johnson Argentina**
@DakoholicsArg

Nuevas fotos de Dakota durante las grabaciones de #MadameWeb hoy (6/8) en Boston, Massachusetts. #DakotaJohnson

Translate Tweet



3:35 PM · Aug 6, 2022 · Twitter for iPhone

**11** Retweets   **2** Quote Tweets   **47** Likes



Tweet your reply                                        Reply

**Perkowski Legal P.C.**
@c_perkowski

Search Twitter

## Relevant people



**Dakota Johnson Arge...**
@DakoholicsArg                          Follow

Tu mejor y más actualizada fuente de noticias e informacion sobre la actriz, modelo, activista, productora y directora Dakota Johnson en Argentina.

## What's happening

NBA · 19 minutes ago
**Lakers at Suns**



**#AvatarTheWayOfWater**
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in California
**Costco**
5,699 Tweets

Trending in United States
**Erection**
16.2K Tweets

Entertainment · Trending
**Marvel**
93.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/DakoholicsArg/status/1551835927042871296 _ at _ 2022-11-20 18:30:04 -08:00
Case 1:22-cv-09462-DMG-ADS Document 1-24 Filed 12/30/22 Page 60 of 101 Page ID #:2320






https://twitter.com/tylerz2006/status/1554948868272443605_at_ 2022-11-21 20:20:52 -08:00   Document 1-24   Filed 12/30/22   Page 61 of 101   Page ID #2301

← Tweet

**Tae12**
@tylerz2006

Alexis Ren is a ten



7:01 PM · Aug 2, 2022 · Twitter for iPhone

**40** Retweets   **490** Likes

---

Tweet your reply                                    Reply

---

**Hottest Celebs** @HottestCelebs19 · Aug 2
Replying to @tylerz2006
A 73 OH God 🎉🔥🔥😍



DAMNNNNN

GIF  ALT

♡         ♡ 3

---

**Tae12** @tylerz2006 · Aug 2
Replying to @HottestCelebs19

GIF  ALT

♡         ♡ 3

Show replies

---

**josep josep** @josepzgalianos · Aug 1
Replying to @tylerz2006
For sure☀️

GIF  ALT

♡         ♡ 2

---

**Danilo Façanha CSC** @FacanhaDanilo · Aug 2
Replying to @tylerz2006

GIF

♡         ♡

---

Show additional replies, including those that may contain offensive content                           Show

← **Tweet**

**Marvel Geral**
@MarvelGeral

 | Dakota Johnson em novas imagens das gravações de #MadameWeb!

Translate Tweet



1:48 PM · Jul 26, 2022 · Twitter Web App

**10** Likes



Tweet your reply

Reply

---

**Relevant people**

 **Marvel Geral**    Follow
@MarvelGeral
Página de Notícias e Rumores do Universo Marvel!

**What's happening**

NFL · 3 hours ago
**Cowboys at Vikings**

**#Disenchanted** 🧕
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Wayne Brady**
3,285 Tweets

Trending in United States
**Bob Iger**
Trending with Chapek, #Disney

Sports · Trending
**Chargers**
Trending with #BoltUp ⚡, Kelce

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

Perkowski Legal P.C. ···
@c_perkowski



https://twitter.com/cravemedia_/status/1583584018712252418 ___ el ___ 2022-11-19 21:54:11 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-24    Filed 12/30/22    Page 64 of 101    Page ID #:2324



← **Tweet**

.
@cravemedia_

3:20 PM · Oct 21, 2022 · Twitter for iPhone

**122** Retweets  **372** Quote Tweets  **2,561** Likes

Tweet your reply                                    Reply

pasiem kone na betóne @Sabrina45X · Oct 22
Replying to @cravemedia_

ddlovato
GET A JOB

ddlovato
STAY AWAY FROM HER

                                                    19

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

Jay @JayMikeHoops · Oct 21
Replying to @J0HNST0NES and @cravemedia_
Didn't even last 24 hours
                                                    1

This Tweet was deleted by the Tweet author. Learn more

nonameyet @nobeteus · Oct 21
Replying to @MOVIEGOER282828 and @cravemedia_
ratio
                                                    1

Perkowski Legal P.C.  ...
@c_perkowski

---

Search Twitter

**Relevant people**

.                                    Follow
@cravemedia_
Media account for @FilmUpdates

**What's happening**

Television · 1 hour ago
Saturday Night Live airing on NBC

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
Trump's Twitter
Trending with Vox Populi

Trending in United States
Jason David Frank

Trending in United States
#DreamersbyJungkook
Trending with #FIFAWorldCup

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ...
© 2022 Twitter, Inc.

https://twitter.com/dstellamaxwell/status/1261620208357257217 ___ at ___ 2022-11-21 10:52:59 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 1-24   Filed 12/30/22   Page 65 of 101   Page ID
#:2325

# Thread

**Stella Maxwell** @dstellamaxwell · May 16, 2020

May 15: Stella Maxwell celebrated her 30th birthday while in quarantine in Los Angeles.



💬 4          🔁 14          🤍 96

**Stella Maxwell**
@dstellamaxwell

May 15: Stella Maxwell celebrated her 30th birthday while in quarantine in Los Angeles.

4:31 AM · May 16, 2020 · Twitter for Android

**11** Retweets   **1** Quote Tweet   **55** Likes

💬          🔁          🤍          📤

[P]   Tweet your reply                                   **Reply**

**Tim S Ou** @TimSouTienOu · May 16, 2020
Replying to @dstellamaxwell
A lot of ppl love you, Stella!!

---

### Left sidebar

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

### Right sidebar

🔍 Search Twitter

**Relevant people**

Stella Maxwell
@dstellamaxwell                    **Follow**
This account, dedicated to beautiful Stella Maxwell. #Stellars 🦋

**What's happening**



FIFA World Cup · LIVE
USA vs Wales

Entertainment · Trending
#AvatarTheWayOfWater
4,498 Tweets

Trending in California
Dodger Stadium
14.3K Tweets

Trending in United States
Senegal
Trending with Mendy, #SENNED

Sports · Trending
Charles Barkley
4,768 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/ElAragueno/status/1436789141405007879 __ at __ 2022-11-22 02:57:38 -08:00

← **Tweet**



El Aragüeño
@ElAragueno                                           ...

Jennifer Lawrence está embarazada de su primer hijo -
is.gd/1tPe8n #Farándula

Translate Tweet



1:30 PM · Sep 11, 2021 · TweetDeck

                    


Perkowski Legal P.C.   ...
@c_perkowski

Tweet your reply                                    Reply

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

Q  Search Twitter

**Relevant people**

  El Aragüeño          Follow
@ElAragueno

EL PRIMER DIARIO DE ARAGUA. ¡50
años contando tu historia!

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**       



**The Real Housewives Polls**
@TheRHPolls

The #RHOBH ladies filming the finale minus LVP who didn't attend. 💎

342 PM · Nov 29, 2018 · Twitter for iPhone

2 Retweets   2 Quote Tweets   159 Likes

Tweet your reply

**Carlton Gebbitch** @realhysingelblitch · Nov 28, 2018
Replying to @TheRHPolls
Camille has filmed like 7/8 of the season compared to LVP's 1/4 and still be a friend of.

I have no look.

**jono 👻** @jjonoonar · Nov 28, 2018
Replying to @TheRHPolls
If LVP is in the titles I'll riot, you don't put in the work you shouldn't reap the rewards

**Kate** @KatieIver · Nov 28, 2018
Replying to @jjonoonar @TheRealCamilleG and 9 others
Amazed at how she could flake out like that. Meanwhile she feels she's in control because she has Vanderpump Rules (which, by the way, I don't watch)

**Dale** @DaleyLipo · Nov 28, 2018
Replying to @TheRHPolls @TheRealCamilleG and 9 others
I'm bored just looking at the cast photos. And Erica again with the overly styled look. They need to revamp the entire cast

**Lisa Dame Renaud 🏳️‍🌈🎭🎪💎🎨🎭** @DEli... · Nov 28, 2018
Replying to @TheRHPolls @TheRealCamilleG and 9 others
Well they didn't go to her gala and they were invited

**Lisa Dame Renaud 🏳️‍🌈🎭🎪💎🎨🎭** @DEli... · Nov 28, 2018
Replying to @TheRHPolls @TheRealCamilleG and 9 others
Well they didn't go to her gala and they were invited

**Christine L** @gcjentz · Nov 28, 2018
Replying to @TheRHPolls @TheRealCamilleG and 9 others
Why would they film the reunion before the show even started to air? This doesn't make sense 😕

**G** @bill11drama · Nov 28, 2018
Replying to @TheRHPolls @TheRealCamilleG and 9 others
😂😂😂😂😂😂😂😂😂😂

**20J 2b.** @Airedadsecheez · Nov 28, 2018
Replying to @TheRHPolls @TheRealCamilleG and 9 others
Good for Lisa these broads strive to be relevant & even especially Kyle, writing a show your sisters disapprove of to tell "your story" Please, L how flowing business's those VPR kids to keep her fresh.

**Hope Gainey** @hope_gainey · Nov 28, 2018
Replying to @TheRHPolls @TheRealCamilleG and 9 others
Finally!! Someone who agrees with me!

Show replies

**A.NicoleBC** @LadyA1087 · Nov 29, 2018
Replying to @TheRHPolls @TheRealCamilleG and 9 others
Ugh Dorit is back

**Dalty** @daltyferafly · Nov 29, 2018
Replying to @TheRHPolls @TheRealCamilleG and 9 others
Friend her! If she's not at the finale and missed most of the season how is she a main cast member?? Like @BarFrea said this is your job, how are you gonna skip work??

**BluEyedCaliGal** @CCaly78 · Nov 29, 2018
Replying to @CaliVanderpump !! Stand your ground girl!
Good for @CaliVanderpump !! Stand your ground girl!

**Ayksha** @Ayksha · Nov 29, 2018
Replying to @TheRHPolls @TheRealCamilleG and 9 others
Who dressed them??? I'm thinking it was my 2 yr old grandson???

**courtney oswald** @courtneyoswald5 · Dec 4, 2018
Replying to @TheRHPolls @TheRealCamilleG and 9 others
Can't wait for this season!

**Marilyn** @Marilyn113939 · Nov 29, 2018
Replying to @TheRHPolls @TheRealCamilleG and 9 others
All I can say is I won't even watch again if LVP is gone or her film time is limited! The others are just not interesting enough to keep my attention!

**sophiaannalisia_art** @sophiaannalisa · Nov 28, 2018
Replying to @TheRHPolls @TheRealCamilleG and 9 others
Wow. How do people still like LVP??

**Marsha Howard Karp** @QuackleKitty · Nov 28, 2018
Replying to @oxprisaamalisia @TheRealCamilleG and 9 others
Gee..let's see LVP is Changing laws & advocating for others-animals,LGBT,parades to victims of alopecia-While the other selfie self promoting often whores pose on IG.Mad respect she refuses to gang shamed.

Show replies

**david froggie** @cluttermacher · Nov 28, 2018
Replying to @TheRHPolls @TheRealCamilleG and 9 others
No Vanderpump, no show

**Josh hallmark** @joshhallmark · Nov 28, 2018
Replying to @TheRHPolls @TheRealCamilleG and 9 others
What is going on with Kyle's Bam Bam Couture?

**GDMC** @gd_mcinc · Nov 29, 2018
Replying to @TheRHPolls @TheRealCamilleG and 9 others
Most stylish out of all the franchises

**Li Rasmusson** @Lirasmusson · Nov 29, 2018
Replying to @TheRHPolls @TheRealCamilleG and 9 others
I don't know what happened. Why didn't LVP show up? You can't find it anywhere in Sweden to read about it.

**PassthePopcorn** @RealTrixiead · Dec 2, 2018
Replying to @TheRHPolls @TheRealCamilleG and 9 others
Good for her. There is a process to adopting or re-homing a dog. You don't just give him or her away.

**Nicole Walker** @NicoleW77744 · Dec 2, 2018
Replying to @TheRHPolls @TheRealCamilleG and 9 others
Wish love was there she doesno so much in the world and spreads love near and be people need to stop calling her manipulative , watch #vanderpumprules and see how much shit she puts up with and still treats everyone with respect and gives everyone 2000 chances
#Loveandervpumpfran

**victor** @TriflectorpatimpA · Nov 29, 2018
Replying to @TheRHPolls @TheRealCamilleG and 9 others
Kyle looks 20 years younger without LVP

**Sebastian** @BBzZZ29 · Nov 30, 2018
Replying to @TheRHPolls @TheRealCamilleG and 9 others
need a diamond right now !

__ https://twitter.com/beliebinteam/status/1316918889104723971 __ at __ 2022-11-20 21:31:17 -08:00 __

← **Tweet**

**s**
@beliebinteam

⋯

there's no reason for him to look this good



6:48 PM · Oct 15, 2020 · Twitter for iPhone

**9** Retweets  **1** Quote Tweet  **72** Likes

💬  ⟲  ♡  ↑

Ⓟ  Tweet your reply   **Reply**

Ⓠ Search Twitter

**Relevant people**

 **s**
@beliebinteam  **Follow**
swap swap swap it out 🍵 | fan account

**What's happening**

NFL · 1 hour ago
**Chiefs at Chargers**


#Disenchanted 👹
Original movie now streaming
▶ Promoted by Disney+

Music · Trending ⋯
**Kelly Rowland**
12.1K Tweets

Trending in United States ⋯
**Bob Iger**
Trending with  Chapek, Disney

Trending in United States ⋯
**#TheWalkingDead**
Trending with  #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

**Tweet**

Ⓟ Perkowski Legal P.C. ⋯
@c_perkowski

\_\_ https://twitter.com/marveluniversar/status/1556765161010208883232 \_\_ at \_\_ 2022-11-21 05:28:04 -08:00 \_\_

← **Tweet**



**Marvel Universe Argentina**
@marveluniversar

También se filtraron fotos de Anthony Ramos que confirman su papel como The Hood en 'IRON HEART'.

Translate Tweet




3:11 PM · Aug 8, 2022 · Twitter for iPhone

**2** Likes


Tweet your reply

Reply

Q Search Twitter

**Relevant people**


**Marvel Universe Arg...**
@marveluniversar

Follow

Información, novedades y teorías sobre el universo Marvel en un solo lugar. Contacto: marveluniverse.arg@gmail.com
#SheHulk #IAmGroot 

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**


Music · Trending
**Elton John**
Trending with Dodger Stadium

Trending in United States
**Landon Donovan**

Politics · Trending
**Tragically**
15.9K Tweets

Trending in United States
**Hive**
57.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

Ryan 'All Day News' Anderson
@Ryans_Ramblings

Anyone else find these grown women dressed up like children to be an odd choice? #PowerPuffGirls



5:21 PM · Apr 7, 2021 · Twitter for Android

**1** Retweet    **1** Like

Tweet your reply                                      Reply

Jonty Quinn 😷🎮 @Jonty_Quinn · Apr 7, 2021
Replying to @Ryans_Ramblings
ii mean there's grown ass men with underwear over their pants..

That said i can do without the whole premise of this show. Would prefer them stick with the cartoon version things. Get child actors and leave "remaining" out of it.

1              1

Ryan 'All Day News' Anderson @Ryans_Ramblings · Apr 7, 2021
Replying to @Jonty_Quinn
Yeah, that or have younger kids kicking butt, like stranger things/goonies with a superhero vibe to it.

1              1

Jake the Dork @FeartheJake · Apr 7, 2021
Replying to @Ryans_Ramblings
This whole show is an "Odd choice"

1              1

Ryan 'All Day News' Anderson @Ryans_Ramblings · Apr 7, 2021
Replying to @FeartheJake
No argument there.
Companies nowadays just want to reinvent already established IPs.

---

**Relevant people**

Ryan 'All Day News' ...                      Follow
@Ryans_Ramblings
Founder, Host, and EIC of
@TheNerdRagePod. As seen on
@CBSThisMorning! Instagram:
@RadRGuy TikTok:
@Ryans_Ramblings Casting Inquiries:
NerdRagePod@gmail.com

**What's happening**

NFL · 2 hours ago                            
**Commanders at Texans**

#Disenchanted 🧙
Original movie now streaming
🔹 Promoted by Disney+

Trending in California
**Rest In Peace**
59.2K Tweets

Trending in United States
**#FIFAWorldCup** 🏆
Trending with #AMAs 🎙

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Tommy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**
**Tweet**

Perkowski Legal P.C.   ···
@c_perkowski



← **Tweet**

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

 **Nos Trends BRASIL** 
@nostrendsbrasil

···

Watermelon Sugar - Segundo o site TMZ, Harry Styles está gravando o Music Video de 'Watermelon Sugar' nas praias de Malibu. #NosTrendsBrasil




11:25 AM · Jan 29, 2020 · Twitter for Android

**2** Quote Tweets    **14** Likes

    Tweet your reply    Reply

---

## Search Twitter

### Relevant people

 **Nos Trends BRASIL** 🇧🇷
@nostrendsbrasil    **Follow**

Siga-nos e saiba o que está acontecendo #nostrendsbrasil. Não temos nenhum envolvimento com a rede social, nem somos remunerados. Postamos para informar!

### What's happening

FIFA World Cup · This morning
**England vs Iran**

Entertainment · Trending    ···
**Died Suddenly**
37K Tweets

Family drama · Trending    ···
**#GTMcontest10**
Trending with #GilMOREtheMerrier

Trending in United States    ···
**Vasy**
1,247 Tweets

Trending in United States    ···
**HOW IS THAT NOT A YELLOW**
1,634 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.



__ https://twitter.com/kinopoiskru/status/1183539401541988352 __ at __ 2022-11-21 13:57:15 -08:00 __

← **Tweet**

**Кинопоиск**
@kinopoiskru

«Отряд самоубийц», который мы заслужили.

Натан Филлион, Шон Ганн, Джай Кортни и все-все-все на слитых фото со съемок фильма Джеймса Ганна.

Самые оперативные новости — в нашем Telegram-канале «Всё подряд»: amp.gs/AQkm
Translate Tweet



5:25 PM · Oct 13, 2019 · Amplifr

**4** Retweets   **2** Quote Tweets   **31** Likes

Tweet your reply

Reply

**Relevant people**

**Кинопоиск**
@kinopoiskru                                Follow

🔥У нас можно смотреть кино (и сериалы); 🔥 У нас можно купить

— https://twitter.com/proposito5h__/status/1196596774754037761 __ at __ 2022-11-21 17:00:14 -08:00 __

← Tweet

**Sarinha**
@Proposito5h__

Fotos da Camila andando na rua, eu sou muito apaixonadinha nessa menina

Translate Tweet



camila

5:11 PM · Nov 18, 2019 · Twitter for Android

18 Retweets    1 Quote Tweet    92 Likes

Tweet your reply

Reply

**Search Twitter**

**Relevant people**

**Sarinha**
@Proposito5h__
Follow
~Nunca se sinta sozinha,eu estarei aqui quando precisar de mim~ Dinah Jane para mim 🦋 •fan account• (ela/dela)

**camila** ✓
@Camila_Cabello
Follow
Sigue bailando. FAMILIA out now

**What's happening**

NFL · Starts at 5:15 PM
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
37.8K Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,651 Tweets

Sports · Trending
**Mexico City**
14.6K Tweets

Trending in California
**Dodger Stadium**
12.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski



__ https://twitter.com/MundoGeekOF1/status/1529560569083041927 __ at __ 2022-11-20 21:42:22 -0800 __

← **Tweet**

🔍 Search Twitter


🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

Lists

👤 Profile

More

⇄ Mundo Geek Retweeted

 **The Moonlight Warrior** 🌙
@BlackMajikMan90  ···

It's like Blue Beetle literally jumped off the comic book pages. This suit is so damn good!!



1:12 PM · May 25, 2022 · Twitter for iPhone

**309** Retweets  **45** Quote Tweets  **3,933** Likes

      

 Tweet your reply  **Reply**

**Relevant people**

 **Mundo Geek**  **Follow**
@MundoGeekOF1
Página com todas as últimas novidades do cinema, quadrinhos, games, animes, mangás, livros e algumas opiniões e textões. Gamertag: batnathan999

**The Moonlight Warri...**  **Follow**
@BlackMajikMan90
Giant Horror, Gaming and Movie Fan. Former Freelance Contributor to @The_GWW

**What's happening**

Television · 3 hours ago
**The Walking Dead airing on AMC**



#Disenchanted 🤰
Original movie now streaming
▶️ Promoted by Disney+

Trending in United States  ···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Sports · Trending  ···
**Herbert**
55.9K Tweets

Trending in United States  ···
**Bob Iger**
Trending with Chapek, Disney

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

—— https://twitter.com/teamkanyedaily/status/1219718697500928000 —— et —— 2022-11-22 18:02:05 -08:00
22-cv-09462-DMG-ADS    Document 1-24    Filed 12/30/22    Page 76 of 101    Page ID
#:2336

← **Tweet**

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**
@_perkowski

**TeamKanyeDaily**
@TeamKanyeDaily

Kanye and Don C leaving Kanye's office in Calabasas yesterday. 📷 IG/gc.zap



12:30 PM · Jan 21, 2020 · Twitter for iPhone

**71** Retweets  **7** Quote Tweets  **1,002** Likes

🗨   🔁   ♡   ⬆

📑 Tweet your reply                    **Reply**

**G** @aftergeniusends · Jan 21, 2020
Replying to @TeamKanyeDaily
Important
🗨   🔁   ♡   ⬆

**T O P B U N 🍔** @TopFuckingBun · Jan 21, 2020
Replying to @TeamKanyeDaily
Jesus was a Crip
🗨   🔁   ♡   ⬆

**💥 Snap Crikey Pop 💥** @thecrikes · Jan 21, 2020
Replying to @TeamKanyeDaily
Hes definitely wearing Yeezy Boots and the other guy wearing Nike
🗨  1   🔁   ♡   ⬆

**Oluwafela** @thejoades · Jan 21, 2020
Replying to @thecrikes and @TeamKanyeDaily
don c referred to as 'the other guy' ???
how old are you son? when did you start stanning ye or you got here by mistake?


GIF
🗨   🔁   ♡ 2   ⬆

**Ricky Smalls.eth** @RickySmalls5 · Jan 21, 2020
Replying to @TeamKanyeDaily
Post outfit please
🗨   🔁   ♡   ⬆

**Ramon Reyes** @RamonRe26396252 · Jan 21, 2020
Replying to @TeamKanyeDaily
Hope Ye ain't going completely bald
🗨   🔁   ♡   ⬆

**Wegner** @Rod_Mur · Jan 21, 2020
Replying to @TeamKanyeDaily
Is that a @MaXhosaAfrica jacket that Don is rocking?
🗨   🔁   ♡   ⬆

**Latia Cannaday** @latia_cannaday · Jan 22, 2020
Replying to @TeamKanyeDaily
Lol. Kkk.
🗨   🔁   ♡ 1   ⬆

**Matt** @Kids_SeeGhosts · Jan 21, 2020
Replying to @TeamKanyeDaily
please find out what hoodie that is
🗨  1   🔁   ♡   ⬆

This Tweet was deleted by the Tweet author. Learn more

**Show replies**

**Relevant people**

**TeamKanyeDaily**
@TeamKanyeDaily   **Follow**
Updates on all things Kanye West.
teamkanyedaily@gmail.com

**What's happening**

Television · LIVE
**Bachelor in Paradise airing on ABC**

**#AvatarTheWayOfWater**
Get tickets now – In theaters December 16
🎬 Promoted by Avatar

Trending in United States
**RIP Harold**

Family drama · Trending
**B. Jess**
Trending with #GTMcontest35

Entertainment · Trending
**Marvel**
85.6K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More —
© 2022 Twitter, Inc.

... https://twitter.com/filmdaze/status/1539732000635368452 __ at __ 2022-11-20 20:22:04 -0800



https://twitter.com/NYCEMSwatch/status/1170502688943067138 __el__2022-11-21 20:14:20 -08:00    Case 1:22-cv-09462-DMG-ADS   Document 1-24   Filed 12/30/22   Page 78 of 101   Page ID #:2338

**NYC EMS Watch** @NYCEMSwatch · Sep 7, 2019
What not to do:
'Kevin's security removed him from the scene of the accident prior to the Paramedics arriving, taking him to his house before calling Paramedics for treatment. The actor suffered serious back injury & Doctors fused 3 sections of his spine.'



wonderwall.com
Kevin Hart's classic car from accident lacked safety ...
Kevin Hart's classic car from accident lacked safety features

💬 6          🔁 10          ❤️ 25          ⬆️

**NYC EMS Watch**
@NYCEMSwatch

You might wonder what the car looked like when his team pulled him out of it and took him home. Here you go. Celebrities surround themselves with yes men and idiots. tmz.com/2019/09/01/kev...



6:02 PM · Sep 7, 2019 · Twitter Web App

1 Retweet    11 Likes

💬          🔁          ❤️          ⬆️

  Tweet your reply                    Reply

**Tony Ringtail** @TonyRingtail · Sep 7, 2019
Replying to @NYCEMSwatch
such a shame... it was a nice car

💬 1          🔁          ❤️ 1          ⬆️

**NYC EMS Watch** @NYCEMSwatch · Sep 7, 2019
Replying to @TonyRingtail
...was.

💬          🔁          ❤️          ⬆️

**David Dalrymple** @CarSlayer · Sep 8, 2019
Replying to @NYCEMSwatch
Just remember Selective Spine clearance in the field lol

💬          🔁          ❤️ 1          ⬆️

---

**Left sidebar:**

🐦

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

**Right sidebar:**

🔍 Search Twitter

**Relevant people**

NYC EMS Watch
@NYCEMSwatch          Follow
A unique look at FDNY EMS EMTs & Paramedics, NYC EMS life in general, First Responder life everywhere & NYC politics. As always, unofficial, satirical and wry.

**What's happening**

Television · 13 minutes ago
WWE Monday Night RAW airing on USA

Entertainment · Trending
Died Suddenly
57K Tweets

Sports · Trending
Jason Robertson

Sports · Trending
Brock Purdy

Entertainment · Trending
Sinbad
6,632 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/MovieCrazyP/status/1428539863171731465 __ at __ 2022-11-19 19:39:09 -08:00 __

← **Tweet**



**Movie Crazy Planet** 🎬🍿🎥
@MovieCrazyP

📸💥 PAPARAZZI 💥📸

La encantadora Eiza Gonzalez en Los Ángeles, California.



👤 Eiza Gonzalez Reyna

7:10 PM · Aug 19, 2021 · Twitter for Android

**5** Retweets   **1** Quote Tweet   **21** Likes

💬   🔁   ♡   ⬆️

**P**   Tweet your reply                    **Reply**

🔍 Search Twitter

## Relevant people



**Movie Crazy Planet ...**    **Follow**
@MovieCrazyP
💥Noticias, tráilers, pósters, los estrenos más recientes de cine, series y televisión.💥 Síguenos y activa la 🔔 moviecrazyplanet@gmail.com 📩



**Eiza Gonzalez Reyna** ✓    **Follow**
@eizamusica
Actor

## What's happening

Television · LIVE
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶️ Promoted by Uber

Trending in California                    ···
**HELL NO**
45.7K Tweets

Music · Trending                    ···
**#BLACKPINK**
Trending with jisoo, Camila

Trending in California                    ···
**Andrew Tate**
28.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Left navigation

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

**Tweet**



**Perkowski Legal P.C.**    ···
@c_perkowski

← **Tweet**

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

Perkowski Legal P.C. ⋯
@c_perkowski

🔍 Search Twitter

**Bishop**
@BlindWanda

Much cleaner shots of the Iman Vellani in the Ms. Marvel suit.

#Marvel #MsMarvel #MarvelStuidos



Ⓜ Marvel Studios and Disney+

11:39 AM · May 1, 2021 · Twitter Web App

**68** Retweets  **20** Quote Tweets  **302** Likes

💬           🔁           ♡           ⬆

🖼 Tweet your reply                    **Reply**

Iz 🐸 @mvalzka · May 1, 2021
Replying to @BlindWanda @CreamOrScream and 2 others @Bosslogic

💬           🔁           ♡           ⬆

andy #savepunisher @andrexxdwalker · May 1, 2021
Replying to @BlindWanda @CreamOrScream and 2 others @Datafon0  AAAAAAAAAA

💬           🔁           ♡ 1         ⬆

Kauê @stileswolfx · May 1, 2021
Replying to @BlindWanda @CreamOrScream and 2 others
iconic

💬           🔁           ♡           ⬆

Iz 🐸 @mvalzka · May 1, 2021
Replying to @BlindWanda @CreamOrScream and 2 others @adamhlavac

💬           🔁           ♡           ⬆

**Adam Hlavač** @adamhlavac · May 1, 2021
Replying to @mvalzka @CreamOrScream and 2 others
Nice! Looks awesome

💬           🔁           ♡           ⬆

**Wesly124X** @Wesly1241 · May 6, 2021
Replying to @BlindWanda @CreamOrScream and 2 others
WHAT ARE THOSE?!?!?!?!?



💬           🔁           ♡           ⬆

**Tom SU** @DrawsTom · May 1, 2021
Replying to @BlindWanda @CreamOrScream and 2 others
Where did you find these in 4K ? May I get a link perhaps ?

💬 1        🔁           ♡           ⬆

**Tom SU** @DrawsTom · May 1, 2021
Replying to @DrawsTom @CreamOrScream and 2 others
Pretty please ?

💬           🔁           ♡           ⬆

Show more replies

**Relevant people**

**Bishop** @BlindWanda          Follow
Lover of Marvel, DC, Star Wars, Comics, Hailee Steinfeld, BLACKPINK, and many other things ☺

**Marvel Studios** ✓          Follow
@MarvelStudios
⊙ Official
Marvel Studios' Black Panther: Wakanda Forever, now playing only in theaters. Get tickets now 🎟

**Disney+** ✓          Follow
@DisneyPlus
⊙ Official
#DisneyPlus is your home for the holidays. 🔵❄ #SeasonsStreamings

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**

**#AvatarTheWayOfWater**
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
**#TheMarvels**
2,167 Tweets

Politics · Trending
**Dr. Fauci**
5,022 Tweets

Trending in United States
**#SeleccionMexicana** 🇲🇽
12.2K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.



Case 2:22-cv-09462-DMG-ADS   Document 1-24   Filed 12/30/22   Page 82 of 101   Page ID #:2342

← **Tweet**



 Marvel Universe Arge... 
@marveluniversar

**Marvel Universe Argentina**
@marveluniversar ...

¡Que hermosa Dakota Johnson en el set de 'MADAME WEB'! 😍



3:43 PM · Aug 8, 2022 · Twitter for iPhone

**17** Retweets  **1** Quote Tweet  **55** Likes

💬   ⟲   ♡   ⬆

 Tweet your reply        Reply

## Search Twitter

### Relevant people

 **Marvel Universe Arge...**   Follow
@marveluniversar

Información, novedades y teorías sobre el universo Marvel en un solo lugar. Contacto:
marveluniverse.arg@gmail.com
#SheHulk #IAmGroot 🇦🇷

### What's happening

Television · 1 hour ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
📷 Promoted by Uber

Trending in United States   ...
**Waka Waka**
37.6K Tweets

Trending in United States   ...
**HE'S BACK**
150K Tweets

Politics · Trending   ...
**Mr. President**
45.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

 **Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**

**Movie Crazy Planet** 🎬🍿🎥
@MovieCrazyP                                   ···

📸💥 DESDE EL SET 💥📸

Danai Gurira y Letitia Wright durante la filmación de #BlackPanther🐆: #WakandaForever🐆.



8:35 AM · Aug 26, 2021 · Twitter for Android

**3** Likes

💬          ⇄          ♡          ⬆

  Tweet your reply                    Reply

---

**Relevant people**

**Movie Crazy Planet ...**     Follow
@MovieCrazyP
💥Noticias, tráilers, pósters, los estrenos más recientes de cine, series y televisión.💥 Síguenos y activa la 🔔 moviecrazyplanet@gmail.com 📩

**What's happening**

Television · Starts at 7:00 PM
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States                ···
**HE'S BACK**
106K Tweets

Trending in California                   ···
**HELL NO**
45K Tweets

Trending in United States                ···
**#Misfits003**
1,008 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

  **Perkowski Legal P.C.**   ···
@c_perkowski

___ https://twitter.com/filmsbymeche/status/888168299162423296 __ at __ 2022-11-20 21:45:07 -08:00 __

← **Tweet**



🐶🐶
@filmsbydelrey

...

Que lindo y relajado se ve 😍



3:46 PM · Jul 20, 2017 · Twitter for Android

💬          ⇄          ♡          ⬆️

 Tweet your reply                    Reply

🔍 Search Twitter

### Relevant people

 🐶🐶
@filmsbydelrey                    Follow
multifandom ◇*.

### What's happening

NFL · 1 hour ago
**Chiefs at Chargers**



**#Disenchanted** 👹
Original movie now streaming
▶️ Promoted by Disney+

Trending in United States          ...

🏠 **Home**

#️⃣ **Explore**

🔔 **Notifications**

✉️ **Messages**

🔖 **Bookmarks**

🗒️ **Lists**

👤 **Profile**

⊙ **More**

**Tweet**

Perkowski Legal P.C.    ...
@c_perkowski

__ https://twitter.com/hotcelebspicss/status/1474097730784055296 __ at __ 2022-11-21 03:46:38 -08:00 __

← **Tweet**

**Hot Celebs**
@HotCelebsPicss

···

## Alexandra Daddario 😍



11:21 AM · Dec 23, 2021 · Twitter for Android

**35** Retweets    **252** Likes

💬    🔁    ♡    ⬆️

Tweet your reply    Reply

---

**Search Twitter**

### Relevant people

**Hot Celebs**
@HotCelebsPicss    Follow

Hot Celebs Pics - DMs are open (no wankchat) - IM A GUY - #NSFW [EN/FR]

### What's happening

Television · Yesterday
**The Walking Dead airing on AMC**

Trending in United States
**Tragically**
15.2K Tweets

Trending in United States
**victory monday**
1,451 Tweets

Entertainment · Trending
**Disney**
Trending with Bob Iger, Chapek

Trending in United States
**Schiff**
53.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

— https://twitter.com/halseyinsiders/status/1286070264342642690 __ et __ 2022-11-21 13:37:53 -08:00

← **Tweet**

**Halsey Updates**
@HalseyInsiders                                    ···

Halsey spent the day with friends in Marina del Rey earlier this week ✨



3:46 PM · Jul 22, 2020 · Twitter for iPhone

**55** Retweets   **18** Quote Tweets   **1,118** Likes

Tweet your reply                                   Reply

**m man** @whyamisomatt · Jul 22, 2020              ···
Replying to @HalseyInsiders
Nice @sepulturacombr shirt @halsey!

**Ishimwe Yusufu** @yusufu_ishimwe · Jul 22, 2020   ···
Replying to @HalseyInsiders
Hy
                                          ♡  1

**Stephanie Meyer** @Stephan69616109 · Jul 23, 2020 ···
Replying to @HalseyInsiders
So wish I could spend time with her. But I know that will never happen!!

---

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

---

Search Twitter

### Relevant people

**Halsey Updates**
@HalseyInsiders                          Follow
Daphne and Melanie here updating you on everything Halsey related! Old account was @halseyinsider. FAN ACCOUNT.

### What's happening

FIFA World Cup · 6 minutes ago
**USA vs Wales**

Trending in California
**Dodger Stadium**
14.1K Tweets

Trending in United States
**Hive**
129K Tweets

TV stars · Trending
**#MyFamilyIsWeird**

Trending in United States
**HOW IS THAT NOT A YELLOW**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/MovieCrazyP/status/1431032842414252034 __ at __ 2022-11-22 20:44:48 -08:00 __

← **Tweet**

**Relevant people**

**Movie Crazy Planet** 🎬🍿🎥
@MovieCrazyP   ⋯

📸💥 DESDE EL SET 💥📸

Martin Freeman como Everett K. Ross en el rodaje de
#BlackPanther 🐈‍⬛: #WakandaForever 🐈‍⬛.



4:15 PM · Aug 26, 2021 · Twitter for Android

**3** Likes

💬   🔁   ♡   ⬆️

 Tweet your reply                                    Reply

---

**Relevant people**

**Movie Crazy Planet ...**      [Follow]
@MovieCrazyP
💥Noticias, tráilers, pósters, los
estrenos más recientes de cine, series
y televisión.💥 Síguenos y activa la 🔔
moviecrazyplanet@gmail.com ✉️

**What's happening**

NBA · LIVE
**Lakers at Suns**


**#AvatarTheWayOfWater** 🔵
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Business and finance · Trending      ⋯
**Chesapeake**
4,063 Tweets

Trending in United States      ⋯
**#GenshinSpecialProgram**
12.8K Tweets

Trending in California      ⋯
**Epstein**
35.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

 **Perkowski Legal P.C.**   ⋯
@c_perkowski

← **Tweet**

❤️❤️ **LOVING 50 SHADES** ❤️❤️
@loving50shades

New photos of Dakota on set of Madame Web in Boston, Massachusetts. Looks like they are trying to hide her costume ❄️ #DakotaJohnson #MadameWeb



7:43 AM · Oct 7, 2022 · Twitter for Android

**9** Retweets   **39** Likes

**Tweet your reply**   Reply

**John Henry Irons** @Henry58979558 · Oct 7
Replying to @loving50shades
That person has blonde hair not Dakota. Glasses in the mail.

**John Henry Irons** @Henry58979558 · Oct 7
Replying to @loving50shades
#SydneySweeney stunt double.

---

**Relevant people**

❤️❤️ **LOVING 50 SH...**
@loving50shades    Follow
Love everything to do with Fifty Shades ❤️ Here only for #JamieDornan #DakotaJohnson & the fifty shades family & for a laugh (FAN ACCOUNT) ❤️❤️

**What's happening**

Television · 1 hour ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**#DreamersbyJungkook**
Trending with #FIFAWorldCup 🏆

Trending in United States
**Blocked**
129K Tweets

Music · Trending
**JISOO**
Trending with #BLACKPINK , Camila

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

_ https://twitter.com/dakotaj_updates/status/1578053156390461440 __ et __ 2022-11-20 10:57:45 -08:00

← **Thread**

### Dakota Johnson Updates
@dakotaj_updates    ···

NEW: Dakota was seen recently on the set of "Madame Web" in Boston. #DakotaJohnson



9:02 AM · Oct 6, 2022 · Twitter for iPhone

**104** Retweets   **25** Quote Tweets   **545** Likes

Tweet your reply                           Reply

### Dakota Johnson Updates @dakotaj_updates · Oct 6
Replying to @dakotaj_updates
📷 thank you @candidevent
💬   ♡ 3

**Darlene** @Darlene57660321 · Oct 6
Replying to @dakotaj_updates
Love her

Show additional replies, including those that may contain offensive content        Show

## Search Twitter

### Relevant people

**Dakota Johnson Upd...**    Follow
@dakotaj_updates
Your best source about the actress, activist, producer and director #DakotaJohnson — Not affiliated with Dakota or her team.

### What's happening

Television · Last night
**Saturday Night Live airing on NBC**

**#Disenchanted** 👸
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
41.5K Tweets

Trending in California
**Blocked**
156K Tweets

Trending in United States
**Morgan Freeman**
175K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Perkowski Legal P.C.**   ···
@c_perkowski

https://twitter.com/_antmanda/status/15808452810707004097 ... st ... 2022-11-20 13:30:45 -08:00 — 22-cv-09462-DMG-ADS   Document 1-24   Filed 12/30/22   Page 90 of 101   Page ID
#2350



Search Twitter

amanda 💜 here but not here
@_antmanda

where's everyone who thinks chris evans is playing a villain cause idk what you're seeing. i see a puppy



12:42 PM · Oct 13, 2022 · Twitter for iPhone

**56** Retweets  **4** Quote Tweets  **397** Likes

Tweet your reply                                    Reply

**Skarsgård Shark Shards** @friendof_thedog · Oct 13
Replying to @_antmanda
That's too many layers of clothing lol
1                              1

**amanda 💜 here but not here** @_antmanda · Oct 13
Replying to @friendof_thedog
I'll let the wardrobe department know
1

Show replies

**redbirdgurl** 🐦 @redbirdgurl · Oct 13
Replying to @_antmanda and @sharebear817
He's got on all those layers. Is he a homeless guy?
1                              1

**amanda 💜 here but not here** @_antmanda · Oct 13
Replying to @redbirdgurl and @sharebear817
be serious
4                              1

Show replies

**ReneeAshb** @AshbRenee · Oct 14
Replying to @_antmanda
Seeing that he climbed out the window & slid down a pipe, maybe he's a thief? A thief with a heart of gold hopefully.
1

**Dani Blaire** @BlaireDani · Oct 13
Replying to @_antmanda
He looks so warm

This Tweet is from an account that no longer exists. Learn more

**amanda 💜 here but not here** @_antmanda · Oct 14
Replying to @skeepeterson
it's a christmas movie skeepeterson, were you expecting a bathing suit?
1

Show replies

**Briana Honack** @BrianaHonack5 · Oct 14
Replying to @_antmanda
I want him

**Rachel Ward** @RachelWard_ · Oct 13
Replying to @_antmanda
You know you are ridiculously good-looking when you can wear three shirts and two coats and not look like a potato
1

Show replies

**Linda Tom** 🌻 @Thalassatx · Oct 14
Replying to @_antmanda
Same!

**purrfectly_imperfect** 🐈 🐾 @Just_overit · Oct 13
Replying to @_antmanda
Please be the villain @ChrisEvans

**purrfectly_imperfect** 🐈 🐾 @Just_overit · Oct 13
Replying to @_antmanda
But if it's a holiday movie do they even have villains?🤔🤔🤔

**Bianca** @bianca57435087 · Oct 13
Replying to @_antmanda
It looks like a bad guy at first but then decides to join the good guys typa thing

**Perkowski Legal P.C.** ···
@c_perkowski

**Relevant people**



amanda 💜 here but ...          Follow
@_antmanda
80s baby. "thinks for thanking of me."

**What's happening**

NFL · LIVE
Eagles at Colts

#Disenchanted 🍎
Original movie now streaming
Promoted by Disney+

Trending in California          ···
**Rest In Peace**
53K Tweets

Sports · Trending            ···
**Fields**
Trending with Falcons, Bears

Sports · Trending            ···
**Parsons**
Trending with #BroncosCountry 🐴, #DALvsMIN

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2022 Twitter, Inc.

← **Thread**

Central Dakota Johnson & Jamie Dornan
@Info_DJJD

Dakota foi fotografada na última quarta-feira (20/07), no set de 'Madame Web' em Boston. #DakotaJohnson #MadameWeb



3:23 AM · Jul 26, 2022 · Twitter for Android

2 Retweets    1 Likes

Central Dakota Johnson & Jamie Dornan @Info_DJJD · Jul 26
Replying to @Info_DJJD
Mais fotos de Dakota na última quarta-feira (20/07), no set de 'Madame Web' em Boston. (2) #DakotaJohnson #MadameWeb

💬 1    🔁 2    ♡ 2

Central Dakota Johnson & Jamie Dornan @Info_DJJD · Jul 26
Maos fotos de Dakota na última quarta-feira (20/07), no set de 'Madame Web' em Boston. (3) #DakotaJohnson #MadameWeb

💬 1    🔁 1    ♡ 2

Central Dakota Johnson & Jamie Dornan @Info_DJJD · Jul 26
Mais fotos de Dakota na última quarta-feira (20/07), no set de 'Madame Web' em Boston. (4) #DakotaJohnson #MadameWeb

💬 1    🔁 2    ♡ 6

Central Dakota Johnson & Jamie Dornan @Info_DJJD · Jul 26
📷: @dakotajohnsonpt

🔍 Search Twitter

**Relevant people**

Central Dakota Johns...
@Info_DJJD                    Follow
I Love Dakota Johnson and Jamie Dornan. ❤️ (Fan Account)

**What's happening**

Television · 2 hours ago
Saturday Night Live airing on NBC


#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States
HE'S BACK
150K Tweets

Sports · Trending
Pasadena
1,597 Tweets

Trending in United States
Blocked
130K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Tweet your reply          Reply

Perkowski Legal P.C.
@c_perkowski

← **Tweet**



**Foochia - فوشيا** ✔
@foochia

احتفلت  أنجلينا جولي، بعيد ميلادها الـ 46 وظهرت في الصور
التي الْتُقطت لها بتلك المناسبة أثناء مغادرتها أحد المطاعم
في لوس أنجلوس برفقة أبنائها.  وجاء احتفال أنجلينا  بعد
أسابيع قليلة على شعورها بخيبة أمل مريرة جراء صدور حكم
يمنح طليقها، براد بيت،الحق في الحضانة المشتركة لأطفالهما

Translate Tweet



8:01 AM · Jun 6, 2021 · Hootsuite Inc.

**2** Retweets   **9** Likes

💬          ⟲          ♡          ↥

    Tweet your reply          Reply

Q Search Twitter

**Relevant people**



**Foochia - فوشيا** ✔          Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

**What's happening**



NCAA Football · LIVE
**USC at UCLA**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
▶ Promoted by Uber

Trending in United States          ···
**HE'S BACK**
108K Tweets

Music · Trending          ···
**#AMAsFanFavorite** 🔥
1.6M Tweets

Trending in California          ···
**#FIFAWorldCup** 🏆
898K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski



# Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@_perkowski

←  Tweet

**BossLogic** ✓
@bosslogic

Big happy birthday to Guile, he turns 60 today
@StreetFighter @ChrisEvans

6:30 AM · Dec 23, 2020 · Twitter for Android

**349** Retweets  **46** Quote Tweets  **6,145** Likes

Tweet your reply                    Reply

RYMD · サマンダ @Yamanda01 · Dec 23, 2020
Replying to @bosslogic @StreetFighter and @ChrisEvans

○TigerClaw🐯 @TigerClaw305 · Dec 23, 2020
Replying to @bosslogic @StreetFighter and @ChrisEvans
If they were to make a new Street Fighter movie I would totally be on board with Chris Evans as Guile. He looks perfect.
○ 1    ○ 12

Ryan @itsRyanUnicomb · Dec 23, 2020
Replying to @bosslogic @StreetFighter and @ChrisEvans
Fuck 😂😂😂😂😂😂😂
○ 1    ○ 3

Stitch Man @OStitchman · Dec 23, 2020
Replying to @bosslogic @StreetFighter and @ChrisEvans
Why was my first thought "Duke Nukem"?
○ 1

🎄#SaveTimeless🎄 @rmoacox · Dec 23, 2020
Replying to @bosslogic @StreetFighter and @ChrisEvans

GIF   ALT

新ﾍﾞﾖﾝ／ @ChaOsPanneP · Dec 23, 2020
Replying to @bosslogic @StreetFighter and @ChrisEvans

lordmeggyppile @ElTlasciiki · Dec 23, 2020
Replying to @ChaOsPanneP @bosslogic and 2 others
German engineering is the world's finest
○ 4

뉴n N00 ☮ 🌀 @LeVieDeVik · Dec 23, 2020
Replying to @bosslogic @StreetFighter and @ChrisEvans
WHYYYYYY....

GIF

Addy Carter @Karen_Carter · Dec 23, 2020
Replying to @bosslogic @StreetFighter and @ChrisEvans
I had to Google Chris Evans but I thought today really was his birthday
○ 1

Jonathan (Leo) @Churched14 · Dec 23, 2020
Replying to @bosslogic @StreetFighter and @ChrisEvans
This looks hilarious

illegal elbow MMA @illegalElbowMMA · Dec 23, 2020
Replying to @bosslogic @StreetFighter and @ChrisEvans
What movie is this?

CharlesGIFExchangeProgram.EXE @comtor · Dec 23, 2020
Replying to @bosslogic @StreetFighter and @ChrisEvans
Pretty sure 60 year old Guile is just Stephen Lang.

Omega LionAlpha @AlphaLionOmega · Dec 23, 2020
Replying to @bosslogic @StreetFighter and @ChrisEvans
Ohhh shit
○ 12

**Relevant people**



BossLogic ✓
@bosslogic                            Follow
😀 Man's not bot - Kode aka @Bosslogik
Team · @iOmeggNYC The BLU 💙 ©
@BLUUniverse

Street Fighter ✓
@StreetFighter                       Follow
Ⓢ Official
Your Moment. Your Fight.
#StreetFighterV hits the scene in 2023
on PS5, PS4, Xbox Series X|S, and PC.
🔞 Pending ESRB Rating

Chris Evans ✓
@ChrisEvans                          Follow
A Starting Point: @ASP

**What's happening**

FIFA World Cup · This morning
**England vs Iran**

Sports · Trending
**Mexico City**
13.7K Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,518 Tweets

Trending in United States
**Trent Reznor**
11.6K Tweets

Trending in United States
**Colorado Springs**
Trending with Richard Fierro

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

← **Tweet**

Q Search Twitter



**Bang Tidy Celebs**
@BangTidyHQ

...

## Relevant people



**Bang Tidy Celebs**
@BangTidyHQ

**Follow**

Bringing you Bang Tidy Celebs from the UK and around the world. From TV & Film to Music & Models. Any requests feel free to tweet.

Hailey Bieber at the #LACMA_2021ArtFilmGala



11:47 AM · Nov 8, 2021 · Twitter Web App

**7** Likes

## What's happening

FIFA World Cup · **LIVE**
**England vs Iran**

Korean music · Trending
**#CHASE**
5,011 Tweets

Sports · Trending
**Michael Irvin**

Trending in United States
**Callum Wilson**
2,869 Tweets

Trending in California
**#BLACKPINK_WORLDTOUR**
58.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

**Tweet**

 Tweet your reply

**Reply**


**Perkowski Legal P.C.**
@c_perkowski
...

__ https://twitter.com/aassemblebr/status/1578367428324921345 __ el __ 2022-11-22 22:12:24 -08:00
Case 1:22-cv-09462-DMG-ADS    Document 1-24    Filed 12/30/22    Page 95 of 101    Page ID #:2355

**Avengers Assemble BR**
@AAssembleBR                                     ···

📷 Nova imagem do set de #MadameWeb.

Translate Tweet



5:51 AM · Oct 7, 2022 · Twitter for Android

1 Quote Tweet   59 Likes

Tweet your reply                          Reply

**Avengers Assemble BR** @AAssembleBR · Oct 7    ···
Replying to @AAssembleBR

> 📷 **Avengers Assemble BR** @AAssembleBR · Oct 6
> Novas imagens foram reveladas do set de #MadameWeb onde vemos
> os dublês de Dakota Johnson, Celeste O'Connor e Tahar Rahim. 👀 ☀️
> Show this thread

💬         ♡ 5

**Diogo** @video_seu · Oct 7                      ···
Replying to @AAssembleBR
É engraçado pq o filme ta sendo produzido e agnt ja sabe q vai ser um lixo
kkkkkmkkkkkkkkkk

💬 1

**Richard** @Rich15The · Oct 7                    ···
Replying to @video_seu and @AAssembleBR
Confia

♡ 1

---

**Relevant people**

**Avengers Assemble BR**        Follow
@AAssembleBR
🇧🇷 Fan Account | Sua mais completa
fonte de informações sobre o universo
Marvel no Brasil. Ativem as
notificações!

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
📣 Promoted by Avatar

Trending in California                    ···
**Costco**
5,755 Tweets

Trending in United States                 ···
**Erection**
17.5K Tweets

News · Trending                           ···
**Tucker Carlson**
41.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/filmsbymehcha/status/1455852102497050633 __ et __ 2022-11-20 14:43:23 -08:00

← **Thread**

🟥🟥
@filmsbydelrey

Look at her ⭐⭐⭐⭐⭐



3:59 AM · Nov 3, 2021 · Twitter for Android

**2** Retweets  **3** Likes

🟥🟥 @filmsbydelrey · Nov 3, 2021
Replying to @filmsbydelrey
Dakota Johnson luciendo espectacular como siempre ✨



Perkowski Legal P.C.
@c_perkowski

## Relevant people

🟥🟥
@filmsbydelrey      [ Follow ]
multifandom ♦•.

## What's happening

NFL · 1 hour ago
**Browns at Bills**

#Disenchanted 🟥
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
58.4K Tweets

Sports · Trending
**Melvin Gordon**
Trending with #DallasCowboys⭐, Broncos

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Tommy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

**Sweta**
@carpediemm_18

···

## Chris Evans has got that dreamy vibe going on



12:55 PM · Oct 13, 2022 · Twitter for iPhone

**3** Retweets   **12** Likes

💬   🔁   ♡   ⬆️

   Tweet your reply   **Reply**

---

🔍 Search Twitter

### Relevant people

**Sweta**   **Follow**
@carpediemm_18
Dosa connoisseur & overall foodie. Sleep is love. Last but not least, I love all things content! She/Her

### What's happening

Sports · LIVE
**Happy birthday, Navdeep Saini** 🎂



**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
📱 Promoted by Avatar

Trending in United States   ···
**Erection**
20.7K Tweets

Trending in California   ···
**Costco**
6,048 Tweets

Business and finance · Trending   ···
**Chesapeake**
41.2K Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
# Explore
🔔 Notifications
Messages
🔖 Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski





Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← **Tweet**


**Chris Evans Army**
@Cevans_Army

···

⭐Chris no set de "Red One".

#chrisevans #ghostedmovie
#thegrayman    #lloydhansen
#captainamerica #steverogers #defendingjacob
#andybarber  #beforewego #cevans #chrisevansarmy
#cevansarmy #theavengers #ransomdrysdale #lightyear
#painhustlers #redone #therock #redonemovie



12:42 PM · Oct 13, 2022 · Twitter for iPhone

**2** Retweets  **3** Quote Tweets  **24** Likes

  Tweet your reply                Reply

**Perkowski Legal P.C.** ···
@c_perkowski

Search Twitter

## Relevant people

 **Chris Evans Army**   Follow
@Cevans_Army
Chris Evans Fan Page

## What's happening

NBA · 1 hour ago
**Lakers at Suns**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States          ···
**Erection**
18.9K Tweets

Trending in California          ···
**Costco**
5,927 Tweets

Chain restaurants · Trending          ···
**Hooters**
8,773 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/dani_lagi/status/1329330845449029730 ... at ...   2022-11-21 15:25:37 -08:00
Document 1-24   Filed 12/30/22   Page 100 of 101   Page ID #:2360

**Dani Lagi**
@Dani_Lagi

💥BOOM💥 Se confirma que el rodaje de #MsMarvel ya ha empezado y vemos a Iman Vellani como Kamala. El casco tiene una referencia a Capitana Marvel y debajo de la manta vemos el traje. 😍

Translate Tweet



11:13 AM · Nov 19, 2020 · Twitter for iPhone

**33** Retweets   **3** Quote Tweets   **445** Likes

Tweet your reply

@HawkeyeFan145 · Nov 19, 2020
Replying to @Dani_Lagi
También lleva una blusa de Avengers, y en su casco están las iniciales KK: Kamala Khan💙🧡

**jordi_pu** @JN1TR0099 · Nov 19, 2020
Replying to @JN1TR0099 and @Dani_Lagi
Por qué compartes la noticia con esta cuenta?

**Dani Lagi ⚡ Strip Marvel** @StripMarvel · Nov 19, 2020
Replying to @JN1TR0099 and @Dani_Lagi
Por si banean las cuentas por filtrar imágenes.
Show replies

**Juliancho** @_Juliancho · Nov 19, 2020
Replying to @Dani_Lagi and @StripMarvel
Por un momento me ilusioné y pensé que eran imágenes filtradas del Spider-Verse :(



**que ladilla** @criotkoko38AS · Nov 19, 2020
Replying to @Dani_Lagi and @StripMarvel
De aquí salió la referencia

**Gloria Isa ⁰'Q̄¹'·¹0⁵** @glorifaisa · Nov 19, 2020
Replying to @Dani_Lagi and @StripMarvel
¿será que sale "chica ardilla"?

**WTF!** @chocolate_cn_ch · Nov 19, 2020
Replying to @Dani_Lagi and @StripMarvel
pero va a ser serie o peli?

**Víctor Manuel ⚡** @victorfejada · Nov 19, 2020
Replying to @chocolate_cn_ch @Dani_Lagi and @StripMarvel
Serie

**J. Jonah Jameson** @David3907662601 · Nov 19, 2020
Replying to @Dani_Lagi and @StripMarvel
Pizza time xd

**Ghost** @Ghost_579975 · Nov 19, 2020
Replying to @Dani_Lagi and @StripMarvel
Esta serie la espero con todas las ganas del mundo, al igual que las demás series de Marvel.

**Raúl Caballero 💀** @RaajuIcm94 · Nov 19, 2020
Replying to @Dani_Lagi and @StripMarvel
Me interesan más otros superhéroes que Mamarvel la verdad, pero bueno habrá que comerse otra vez el feminismo de Disney metido con calzador en todas partes...

**Rubén 👏** @xaa_10arroyo · Nov 19, 2020
Replying to @RaajuIcm94 and @Dani_Lagi
Pues no la veas bro, deja disfrutar al resto

Show additional replies, including those that may contain offensive content   Show

**Relevant people**

**Dani Lagi**
@Dani_Lagi   Follow
Actor de Stand-Up Comedy y creador del canal de Youtube @StripMarvel youtube.com/stripmarvelly. Autor del libro 'Cómo Conocí a Vuestra Marvel'...

**What's happening**

FIFA World Cup · LIVE
USA vs Wales

Trending in California
Dodger Stadium
14K Tweets

Trending in United States
Sin Kiske
1,840 Tweets

Trending in United States
Bale
99.6K Tweets

Trending in United States
Tampax
6,905 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More...
© 2022 Twitter, Inc.

https://twitter.com/chrisevansbrcom/status/1580728730239023745 ... at ... 2022-11-20 12:18:10.08:00 (dm) 2022-11-20-cn-09462-DMG-ADS    DDocument 1-24    Filed 12/30/22    Page 101 of 101    Page ID #2381



**Chris Evans Brasil | Fã site**
@chrisevansbrcom

Estão prontos para ver Chris Evans e seu fluffy hair em um filme de natal?? 🎄

Obrigada por tudo, @PrimeVideoBR!

Translate Tweet

6:14 PM · Oct 13, 2022 · Twitter for iPhone

**57** Retweets **18** Quote Tweets **610** Likes

Tweet your reply     Reply

lia VAI VER O HARRY @manorlanfire · Oct 16
Replying to @chrisevansbrcom and @PrimeVideoBR
odir, esse filme vai sair esse ano ou ano que vem?

Chris Evans Brasil | Fã site @chrisevansbrcom · Oct 17
Replying to @manorlanfire and @PrimeVideoBR
Ano que vem.

thalia 🍂🍃 @Blitaaa · Oct 13
Replying to @chrisevansbrcom and @PrimeVideoBR
Será que o filme será lançado esse ano ainda?!

Chris Evans Brasil | Fã site @chrisevansbrcom · Oct 13
Replying to @Blitaaa and @PrimeVideoBR
Dificilmente. As gravações levam alguns meses e já estamos em Outubro, fora o período de pós produção. Vai ficar pro natal de 2023.

Beca ⧗ 🐍 SPN^13 | TVD^3 | AHS^2 - fan account @HunterR633 · Oct 13
Replying to @chrisevansbrcom and @PrimeVideoBR
Ele tá tão lindinho 🥺

born again in Wakanda// fan account @diamondcevans · Oct 13
Replying to @chrisevansbrcom and @PrimeVideoBR
Eu ainda tô impactada com a beleza desse homem.
Parece q fica mais novo cada vez que sai fotos novas.

Marina @ninasanjes · Oct 13
Replying to @chrisevansbrcom and @PrimeVideoBR
Tudo que eu precisava

Amanda @mandyvibez · Oct 13
Replying to @chrisevansbrcom and @PrimeVideoBR
Prontíssima 🤩🤩

Dih 🎃🔪🩸 | Fan account @ihfarcz · Oct 17
Replying to @chrisevansbrcom and @PrimeVideoBR
Lindo
Obrigada prime video por não tentar fazer o Chris ficar feio 🙏 (o que é impossível)

Vana @🌱 jurídico iciosos🌱 @chwplin · Oct 14
Replying to @chrisevansbrcom and @PrimeVideoBR
A roupinha dele parece do Star Lord

Danny Καιτλαλυ Jαχη @DannySthrong · Oct 13
Replying to @chrisevansbrcom and @PrimeVideoBR
Esse fluffy! Ai que vontade de passar a mão no nesse fluffy. 🥰🥰

gabi ¡ twd spoilers @ackleospad · Oct 13
Replying to @chrisevansbrcom and @PrimeVideoBR
cebr eu tô tão ansiosa!!

Vana @🌱 jurídico iciosos🌱 @chwplin · Oct 13
Replying to @ackleospad @chrisevansbrcom and @PrimeVideoBR
amg vamos vencer

Show replies

Mel @Meiry_Alves · Oct 13
Replying to @chrisevansbrcom and @PrimeVideoBR
Ai ADM, o menino Chris está um grande gostoso sempre, mas nessas fotos ele está ainda mais 🔥

🎃 Monique 🎃 @This_isTDfan · Oct 13
Replying to @chrisevansbrcom and @PrimeVideoBR
SOS, AMO FILME DE NATAL

gabi @paltsdriver · Oct 13
Replying to @chrisevansbrcom and @PrimeVideoBR
prontíssima adm

isa. @isafvs · Oct 13
Replying to @chrisevansbrcom and @PrimeVideoBR
eie vai baforar como faz em todos 🍃

**Relevant people**

**Chris Evans Brasil | Fã...**   Follow
@chrisevansbrcom
Sua principal fonte de notícias e mídia sobre o ator norte-americano @ChrisEvans. | FAN ACCOUNT, we are NOT Chris Evans! · @midiacebr

**Prime Video Brasil** ✔   Follow
@PrimeVideoBR
◉ Official
◉ VAI EMOCIONAR: Tessa e Hardin tão voltando. After: Depois Da Promessa estreia dia 25/11

**What's happening**

Formula 1 · 3 hours ago
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 🎬
Original movie now streaming
Promoted by Disney+

Trending in United States
**Rest In Peace**
49.5K Tweets

Entertainment · Trending
**Morgan Freeman**
188K Tweets

Trending in California
**Elton John**
9,903 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@_perkowski