# EXHIBIT B Continued

← **Tweet**

This Tweet is from a suspended account. Learn more

**purpose broken #13** @just_eustaquio · May 24, 2021
Replying to @FORSAPPHICS and @bestsapphics
tessa thompson ??????¿¿¿¿ mds

💬 1          ↻          ♡ 2          ↥

**lua** @theodorolu_ · May 24, 2021
Replying to @just_eustaquio and @bestsapphics
sim! elas tão fazendo um trisal com otaika waititi

💬          ↻          ♡ 2          ↥

**Aries** @Aries1334 · May 26, 2021
Replying to @FORSAPPHICS and @bestsapphics
OMG 😱

💬          ↻          ♡          ↥

**abril** @apricotjamcake · May 24, 2021
Replying to @FORSAPPHICS and @bestsapphics
no :)

💬          ↻          ♡ 2          ↥


**Perkowski Legal P.C.**
@c_perkowski

Perkowski Legal P.C.
@c_perkowski

**Tweet**

## Rihanna Navy Brasil | Fan Account
@RNavyBrasil

Rihanna foi vista chegando à sede da Roc Nation, em Nova York na sexta-feira passada (21). ••

Translate Tweet



4:38 PM · Jan 23, 2022 · Twitter for iPhone

**81** Retweets  **94** Quote Tweets  **1,201** Likes

---

**bruninho** @itsmebruninho · Jan 23
Replying to @RNavyBrasil
Ai jesus...

**OREM POR ELA!!!**

**baby de barbados🍭** @afrokawali · Jan 23
Replying to @RNavyBrasil
que os ferry nao seja tao iludido no amor quanto é com a carreira de cantora da vendedora de avon pq olha...

**lapridias** @lapridias · Jan 23
Replying to @RNavyBrasil
foi pegar os papeis pra dar entrada no fgts

**[vkjn4e** @earfelips · Jan 23
Replying to @RNavyBrasil and @rnavybrasil
Pedir demissão

**Anitta Manoban** @anittamanoban · Jan 23
Replying to @RNavyBrasil
foi só assinar o contra-cheque do dinheiro dos streams, nada novo sob o sol



GIF  ALT

**'R'ẞ₹'$'** @trilinibitch · Jan 23
Replying to @RNavyBrasil
Ela indo dar entrada nas parcelas do seguro desemprego

**Nada não Bê** @maduzynhah · Jan 23
Replying to @RNavyBrasil

**baby de barbados🍭** @afrokawali · Jan 23
Replying to @maduzynhah and @RNavyBrasil
como ela consegue se equilibrar nesse salto meu pai

**Robyn 🦋** @badjunisor · Jan 23
Replying to @RNavyBrasil
foi só fechar de uma vez a gravadora por inatividade

**JUNI** @jusipauleti · Jan 23
Replying to @RNavyBrasil
AGORA SIM, VEM AÍ

**ivan** @_barbznavy · Jan 23
Replying to @RNavyBrasil
nem vou botar expectativas

**mayk lov 🦋** @maycontts · Jan 24
Replying to @RNavyBrasil
mais uma vez iludindo as gatas

**Nathan** @NathanFelix_Eu · Jan 25
Replying to @RNavyBrasil
Look'sinho bem Matrix perfeito

**Nathan** @NathanFelix_Eu · Jan 25
Replying to @RNavyBrasil
Não crio mais expectativas, se não eu infarto se minha fanfic não acontecer

GIF  ALT

---

**Relevant people**

**Rihanna Navy Brasil |...**
@RNavyBrasil  [Follow]
RNB 🇧🇷 | Estamos online desde 2010, somos o maior e mais completo fã-clube sobre a cantora Rihanna no Brasil e em toda a América Latina. Apoio @umunicbrasil

**What's happening**

FIFA World Cup · 2 hours ago
**England vs Iran**

Trending in California
**Dodger Stadium**
14.1K Tweets

Entertainment · Trending
**#AntManandTheWaspQuantumania**
1,819 Tweets

Sports · Trending
**Maguire**
Trending with #ThreeLions

Sports · Trending
**Charles Barkley**
3,531 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

https://twitter.com/girlsinrap/status/1415845014651293700 __ at __ 2022-11-22 12:32:05 -08:00

← **Tweet**

**The Female Rap Room** ✔
@girlsinrap                                    ...

.@DojaCat for Winnie Harlow's #PLT launch party 🖤



5:10 AM · Jul 15, 2021 · Twitter for iPhone

**24** Retweets   **2** Quote Tweets   **294** Likes

---

P | Tweet your reply                              **Reply**

D💣🎀 @holythemoly · Jul 15, 2021                    ...
Replying to @girlsinrap and @DojaCat
I love you Dojaaaa
                                               ♡ 1

D💣🎀 @holythemoly · Jul 15, 2021                    ...
Replying to @girlsinrap and @DojaCat
PRINCESS OF RAP

D💣🎀 @holythemoly · Jul 15, 2021                    ...
Replying to @girlsinrap and @DojaCat
STUNNING

Show more replies

---

🔍 Search Twitter

**Relevant people**

**The Female Rap R...** ✔        **Follow**
@girlsinrap
#1 Source For Women In Hip-Hop.
DM for Promo & Business Inquiry:
girlsinrap@gmail.com

**fart** ✔                        **Follow**
@DojaCat
you're annoying stfu

**What's happening**

FIFA World Cup · 2 hours ago
**Mexico vs Poland**                    

**#AvatarTheWayOfWater**🌊
Get tickets now – In theaters December 16
📷 Promoted by Avatar

Music · Trending                        ...
**Dolly Parton**
4,788 Tweets

Trending in United States                ...
**Ochoa**
Trending with Poland, Lewandowski

Trending in California                  ...
**Mexicans**
16.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications** (1)
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.    ...
@c_perkowski

__ https://twitter.com/nickgstan/status/1583345206841135104 __ et __ 2022-11-19 23:17:48 -08:00

← **Tweet**

rita
@nickgstan

...

## NICHOLAS AND ANNE



11:31 PM · Oct 20, 2022 · Twitter for iPhone

**3** Retweets    **2** Quote Tweets    **87** Likes

Tweet your reply          **Reply**

Ve. @oceanlove88 · Oct 21     ...
Replying to @nickgstan
Can't wait to see this movie 😍

**Relevant people**

rita
@nickgstan

**Follow**

nicholas galitzine's favorite kiddo.

**What's happening**

Television · 3 hours ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Politics · Trending       ...
**HE'S BACK**
153K Tweets

Jungkook · Trending       ...
**jungkook**
1.6M Tweets

Trending in United States   ...
**Waka Waka**
49.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



_ https://twitter.com/alexromval/status/1384217236433387045 _ at _ 2022-11-20 18:18:56 -08:00 _

← **Tweet**



⟲ **Alex Salvatore** 👨‍💻 Retweeted

**Daily Symbiote Spider-Man**
@REAL_EARTH_9811

I'm getting Spectacular Spider-Man vibes from MCU Spider-Man 3

👤 Daily Spectacular Spider-Man!

10:01 AM · Jan 17, 2021 · Twitter for iPhone

**166** Retweets   **13** Quote Tweets   **1,753** Likes

**Search Twitter**

**Relevant people**

**Alex Salvatore** 👨‍💻   [Follow]
@Alexromval
'Nadie puede juzgar desde fuera el amor'

**Daily Symbiote Spide...**   [Follow]
@REAL_EARTH_9811
Daily Stuff on Symbiote Spidey & more! DMs open! Nothing is owned by me unless stated. Layout by: @Amazing_Mopet | #MakeRaimiSpiderMan4

**Daily Spectacular Spi...**   [Follow]
@EARTH_26496
Daily stuff on The Spectacular Spider-Man • Nothing is owned by us unless stated • Founders of #SaveSpectacularSpiderMan

**What's happening**

NFL · 2 hours ago
**Browns at Bills**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**UCLA**
30.3K Tweets

Trending in United States
**#AMAs** 🎤
Trending with TOMORROW X TOGETHER, Favorite K-Pop Artist

Sports · Trending
**Tyler Boyd**
1,107 Tweets

Show more

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Tweet your reply   [Reply]

Perkowski Legal P.C.
@c_perkowski

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Thread**

🔍 Search Twitter

### Relevant people



**AMERICA'S PROBL...** ✓
@FUCCI

**Follow**

tastemaker | ancient god | served in
the navy since 2005 pronouns:
(he/want/me) (Naija Basquiat)

### What's happening

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater** 🎬
Get tickets now - In theaters December 16
Promoted by Avatar

Entertainment · Trending        ···
**Died Suddenly**
82.3K Tweets

Trending in United States      ···
**Argentina**
Trending with Messi, #ARGKSA

Trending in California        ···
**Mexico City**
24.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

- Home
- Explore
- Notifications 🔵
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**



**AMERICA'S PROBLEM** ✓     ···
@FUCCI

do i need these shoes??? cause... they look so comfy.



3:02 PM · Nov 6, 2021 · Twitter for iPhone

**33** Retweets   **8** Quote Tweets   **426** Likes

💬        🔁        ♡        📤

**Perkowski Legal P.C.**     ···
@c_perkowski

🅿️  Tweet your reply        **Reply**

● 🩸 @beevonerd · Nov 8, 2021     ···
Replying to @FUCCI
All he needs is a high pony/bun and the Dunkin Donuts app open on his
phone. This is so New England.

💬        🔁        ♡        📤

@$!@ 🔒 @_cxenega · Nov 7, 2021     ···
Replying to @FUCCI
Why I did I glance and think he was Jamie Lee Curtis ? 😹😹

💬 1      🔁      ♡ 3      📤

🌠🧚The Fairy Prince👑👑👑 @MannequinFairy · Nov 7, 2021     ···
Replying to @_cxenega and @FUCCI
Completely understandable 💯

💬        🔁      ♡ 1      📤

stal @stal_style · Nov 6, 2021     ···
Replying to @FUCCI
UGHHHH

💬        🔁        ♡        📤

Official Cunt @SheScamss · Nov 6, 2021     ···
Replying to @FUCCI
Look like he walking backwards

💬        🔁      ♡ 15      📤

🌠🧚The Fairy Prince👑👑👑 @MannequinFairy · Nov 7, 2021     ···
Replying to @FUCCI
Puffer jacket UGGs?? Cause that's what they look like😂

💬        🔁        ♡        📤

Brittany Leggett @BrittanyLeggett3 · Nov 6, 2021     ···
Replying to @FUCCI
Yea, get them

💬        🔁        ♡        📤

Brittany Leggett @BrittanyLeggett3 · Nov 6, 2021     ···
Replying to @FUCCI
Cause I wanna live through you. I've not come to a resolve on it yet.

💬        🔁        ♡        📤

Lady Gaga LGN @LadyGagaLGNN · Nov 6, 2021     ···
Replying to @FUCCI
What company made them?

💬 1      🔁        ♡        📤

human @anelanaiara · Nov 6, 2021     ···
Replying to @LadyGagaLGNN and @FUCCI
yzy

💬        🔁        ♡        📤

https://twitter.com/mileyupdates/status/1375591615559355979 _st_

This Tweet is from a suspended account. Learn more

**Audacy** ✓ · Mar 26, 2021
Replying to @MileyUpdates
What the

♡ 4    ⟲    ♡ 92

**Idol turned to rival** 🔥 @neverbeyne · Mar 26, 2021
Replying to @Audacy @RadioIdotcom and @MileyUpdates
you can comment on my sister and her choices when you actually play her music on your stations... until then

GIF   ALT

♡ 1    ⟲ 1    ♡ 288

Show replies

**issa** @issaiinavoid · Mar 26, 2021
Replying to @MileyUpdates
NOOOOO

♡    ⟲    ♡

**lola**🎤 **FAITH IN THE FUTURE** @islahbw · Mar 27, 2021
Replying to @MileyUpdates
HOT HOT HOT

♡    ⟲    ♡

**lola**🎤 **FAITH IN THE FUTURE** @islahbw · Mar 27, 2021
Replying to @MileyUpdates
2 of my faves together i can't breathe

♡    ⟲    ♡

**Louise** 💙 @CalebLouise · Mar 26, 2021
Replying to @MileyUpdates
They have completed the power couple quatro, Travis,Mod,MGK and now Yungblud and miley join the greats 😭

♡ 2    ⟲ 1    ♡ 21

**cousin eric** @Nikbow · Mar 26, 2021
Replying to @CalebLouise and @MileyUpdates
And Avril?

♡    ⟲    ♡ 1

**anna** @jblitrack2 · Mar 27, 2021
Replying to @MileyUpdates
omgggg sndjkdkdkd

♡    ⟲    ♡

**Vivi** @dxrmidlove · Mar 26, 2021
Replying to @MileyUpdates
@ddrklore

♡    ⟲    ♡ 1

**anti-hero.** @nfrmatilda · Mar 26, 2021
Replying to @dxrmidlove and @MileyUpdates
eu vi aaaaaaa

♡    ⟲    ♡ 1

**liz .ıx** @lizmesIupid · Mar 26, 2021
Replying to @MileyUpdates
Why are so many Miley fans pressed? I'm actually living for this tbh

♡    ⟲    ♡ 76

**mel ☕ extraña a louis** @defencelessott · Mar 27, 2021
Replying to @MileyUpdates
🟢🟢🟢

♡    ⟲    ♡

**g.parker** @thbieberr · Mar 26, 2021
Replying to @MileyUpdates
eita

♡    ⟲    ♡

**poppy** ✦ @poppyvelluto · Mar 26, 2021
Replying to @MileyUpdates
@FayBrady36 😒

♡ 2    ⟲    ♡ 1

**Fay Brady** @FayBrady36 · Mar 26, 2021
Replying to @poppyvelluto and @MileyUpdates
😳

♡    ⟲    ♡

**Lucia**✨ @LuciaMansilla · Mar 27, 2021
Replying to @MileyUpdates
@isauciro

♡ 1    ⟲    ♡ 1

**JULIETA** @isauciro · Mar 27, 2021
Replying to @LuciaMansilla and @MileyUpdates
No reconozco al chabon

♡ 1    ⟲    ♡ 1

Show replies

**Danny** 🐾 @ohnoitsdannny · Mar 26, 2021
Replying to @MileyUpdates
is he part of the 🏳️‍🌈 community?

♡ 3    ⟲    ♡ 17

**tess** @edvinlouis · Mar 26, 2021
Replying to @ohnoitsdannny and @MileyUpdates
yea if he were to label himself he would be pansexual! :)

♡ 1    ⟲ 2    ♡ 126

Show replies

**lexie** @iexuhpro · Mar 26, 2021
Replying to @MileyUpdates
YES MAAM

♡    ⟲    ♡ 1

**Just give me a fan** @justgivemeafan · Mar 26, 2021
Replying to @MileyUpdates
I wish she would date a woman

♡    ⟲    ♡ 1

**Silence** @parichaddd · Mar 26, 2021
Replying to @justgivemeafan and @MileyUpdates
same

♡    ⟲    ♡ 1

**Char** 💜 @CharneleIGomez · Mar 26, 2021
Replying to @MileyUpdates
What in the world

♡    ⟲    ♡ 1

**Ju** ꧁ @vminotb13 · Mar 26, 2021
Replying to @MileyUpdates
@lonelygolden

♡    ⟲    ♡

**sophie ¿** @completemess25 · Mar 27, 2021
Replying to @MileyUpdates

__ https://twitter.com/solacecinema/status/1551945641026375681 __ at __ 2022-11-21 04:39:17 -08:00 __



← **Tweet**

Q Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

 **Cinema Solace**
@CINEMASOLACE

Dakota Johnson on the set of 'MADAME WEB' 🕷



8:00 AM · Jul 26, 2022 · Twitter for iPhone

**39** Retweets  **7** Quote Tweets  **308** Likes



🅿 Tweet your reply                                   Reply

**Relevant people**

 **Cinema Solace**          Follow
@CINEMASOLACE
Find solace in the never-ending world
of cinema ✨

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening
Ceremony**



Music · Trending
**Lionel Richie**
4,109 Tweets

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Family & relationships · Trending
**Thanksgiving Day**
11.8K Tweets

Politics · Trending
**Tragically**
15.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/kimklegion/status/1204803175057780736 __ et __ 2022-11-22 16:51:11 -08:00



**Tweet**

**Kɪɱ K Fɑɳ**
@KimKLegion

## Kim Kardashian West last night 😍

8:40 AM · Dec 11, 2019 · Twitter for iPhone

**94** Retweets   **25** Quote Tweets   **869** Likes

Tweet your reply                                    Reply

**Suzanne Goetz** @goetz_suzanne · Dec 11, 2019
Replying to @KimKLegion
Beautiful ❤️ Stunning,great figure love the fit,a natural goddess!
❤ 1

**knud hansen** @skovman · Dec 11, 2019
Replying to @KimKLegion
Hold da op for en kømperøv
♡ 1

**Tentacion** 💙 @Benwin94590630 · Dec 11, 2019
Replying to @KimKLegion
Yeses 😶
♡ 1

**Andrea Reyes**👸 @AndreaR89485740 · Dec 11, 2019
Replying to @KimKLegion
You are beautiful ❤️

**trisca trozny** @GuruSoup · Dec 13, 2019
Replying to @KimKLegion
I love it when it's not all about her bum. Gorgeous. 🌍

Case 2:22-cv-09462-DMG-ADS  Document 1-25  Filed 12/30/22  Page 12 of 101  Page ID #:2373

← **Tweet**

**TheGuidance**
@guidance_the

···

Es temporada de fiestas en el set de #Spiderman3 !!!
Tom Holland y Zendaya se reúnen una vez más.

Translate Tweet



2:56 PM · Jan 17, 2021 · Twitter for iPhone

**1** Like

💬     ⟲     ♡     ↑

Tweet your reply       Reply

---

## Navigation (sidebar)

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski ···

---

Q Search Twitter

**Relevant people**

**TheGuidance**
@guidance_the    Follow

Todo el contenido geek al alcance de tu mano. Noticias, análisis, cómics narrados, curiosidades, etc.

**What's happening**

NBA · LIVE
**Hornets at Wizards**

**#Disenchanted** 🗝
Original movie now streaming
⊞ Promoted by Disney+

Trending in United States
**Dove Cameron**
4,291 Tweets

···

The Real Housewives of Potomac · Trending
**#RHOP**
Trending with Jacqueline

···

Trending in United States
**Wayne Brady**
1,177 Tweets

···

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS    Document 1-25    Filed 12/30/22    Page 13 of 101    Page ID
#:2374

← Tweet

**VI$H Mídia** 🇧🇷
@vishmidia

Angelina Jolie & The Weeknd foram vistos juntos novamente saindo de um restaurante. 👀




6:54 PM · Sep 27, 2021 · Twitter for iPhone

**8** Retweets    **18** Quote Tweets    **197** Likes

Tweet your reply

Reply

🔍 Search Twitter

## Relevant people

**VI$H Mídia** 🇧🇷
@vishmidia            Follow

Site de conteúdo subversivo | +
@vishsports Contato:
contato@vishmidia.com.br

## What's happening

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Trending in California
**Dodger Stadium**
13.9K Tweets

Trending in United States
**#CreditCardMovies**

Trending in United States
**Mendy**
58.4K Tweets

Trending in United States
**Senegal**
Trending with #FifainuBsc, #USMNT🇺🇸

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Perkowski Legal P.C.**
@c_perkowski



← **Tweet**

This Tweet is from a suspended account. Learn more

**Ines** 🦋 @DjerbouaHinda2 · Oct 11, 2021
Replying to @MEENAVOGUEE
Jaw on the floor

**lillyxo** @kisslandlilly · Oct 10, 2021
Replying to @MEENAVOGUEE
Yes bitch

**jade** @necroangel · Oct 10, 2021
Replying to @MEENAVOGUEE and @ARCHDESIGNBYM
girlboss 💅

**Terry** @_TerryBradshaw · Oct 10, 2021
Replying to @MEENAVOGUEE and @_____LifeOnMars
The standard

1

Show replies

Show more replies

**Home**
**Explore**
**Notifications** 1
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 1-25    Filed 12/30/22    Page 15 of 101    Page ID #:2376

Tweet

رانیا 🦋
@Fshn_19

شنطتها المفضلة

Translate Tweet



رانیا 🦋 @Fshn_19 · Sep 18

شنطة LV graffiti علي كينداڵ 😍
Rayshopper.com



Louis Vuitton (2001) Pochette

6:40 AM · Sep 18, 2022 · Twitter for iPhone

1 Quote Tweet    7 Likes

Tweet your reply

Reply

. @ax5in · Sep 18
Replying to @Fshn_19

ماتكفي الجوال

1

رانیا 🦋 @Fshn_19 · Sep 18
Replying to @ax5in

تكفي وزيادة كمان

---

# Relevant people

رانیا 🦋
@Fshn_19                    Follow
Snap: | سوالف وشوية فاشن
RaniyaStylist

# What's happening

FIFA World Cup · LIVE
England vs Iran

Gaming · Trending
3DS Rainbow Road
Trending with Maple Treeway

Entertainment · Trending
Kang
46.4K Tweets

Trending in United States
Schiff
68.6K Tweets

Trending in United States
Saka
Trending with Rashford, Maguire

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

__ https://twitter.com/jaymalecelebs/status/1238622941908172802 __ at __ 2022-11-21 13:11:30 -08:00 __

← **Tweet**



**Male Celeb Hotties**
@jaymalecelebs                                      ···

When your kink is on point!



5:28 PM · Mar 13, 2020 · Twitter for Android

**4** Retweets   **130** Likes

## Relevant people



**Male Celeb Hotties**                    Follow
@jaymalecelebs

Just a bi guy bringing you hot male
celeb content to lust over! DM's are
always open! Have fun! 😜 18+

## What's happening

FIFA World Cup · **LIVE**
**USA vs Wales**



Entertainment · Trending                    ···
**julia fox**
6,755 Tweets

Trending in United States                    ···
**1-0 USA**
20.5K Tweets

Trending in California                    ···
**Telemundo**
7,548 Tweets

Trending in United States                    ···
**HOW IS THAT NOT A YELLOW**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Tweet your reply                    Reply

__ https://twitter.com/thai_superhero/status/1400550518645092353 __ at __ 2022-11-22 11:24:03 -08:00 __

← **Tweet**

สมาคม **Superhero**
@Thai_SuperHero

···

เปรียบเทียบชุดภาคแรก และภาค2ของ #shazam 

Translate Tweet

1:30 PM · Jun 3, 2021 · Twitter for iPhone

**128** Retweets    **8** Quote Tweets    **75** Likes

🔍 Search Twitter

## Relevant people

สมาคม **Superhero**
@Thai_SuperHero

**Follow**

สมาคมของกลุ่มบุคคลผู้ชื่นชอบซุปเปอร์
ฮีโร่ในประเทศไทย // Twitter อย่างเป็น
ทางการของ 'สมาคมผู้คลั่งไคล้
SuperHero' *ถามข้อมูลหนัง/Comic ต่างๆ
ใน DM ได้เลยจ้า*

P Tweet your reply    **Reply**

← **Tweet**

**Tae12**
@tylere2006

...

Madison and Victoria



4:52 PM · Jun 11, 2020 · Twitter for iPhone

**10** Retweets   **68** Likes

John Smith @slaveboy200769 · Jun 11, 2020
Replying to @tylere2006
I want both!

🔍 Search Twitter

**Relevant people**

**Tae12**
@tylere2006                  Follow
Just a guy tweeting pics of beautiful women

**What's happening**

Television · LIVE
Bachelor in Paradise airing on ABC

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Celebrities · Trending
**Tom Hanks**                    ...
10.3K Tweets

Entertainment · Trending
**Jane Lynch**                   ...

Trending in California
**Memo Ochoa**                   ...
98.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.   ...
@c_perkowski

Tweet your reply                     Reply

← Tweet

**Tom Holland Brasil | Fã site**
@tomhollandbr

Segundo informações dos paparazzis, a cena envolve MJ e Ned, que estão trabalhando em uma loja de donuts, e Peter Parker entrando na loja para comprar um café.

Translate Tweet



8:44 AM · Jan 17, 2021 · Twitter Web App

**110** Retweets   **39** Quote Tweets   **919** Likes

Tweet your reply     Reply

**raqueliasp :)** @halandy · Jan 17, 2021
Replying to @tomhollandbr
Aaaaaa

**kami** @hfslwr · Jan 17, 2021
Replying to @tomhollandbr
seriooooo, meu coração tá quentinho 😭

**Emy 🥀** @jiminluvaflair · Jan 17, 2021
Replying to @tomhollandbr
Meu deus 😭💗

**maju** @selenarstyles · Jan 17, 2021
Replying to @tomhollandbr
meu coração todinho
😭😭😭😭😭😭😭😭😭😭

**• @Icevak** · Jan 17, 2021
Replying to @tomhollandbr
@Houisflower28

**ju 🍃** @redmanroyals · Jan 17, 2021
Replying to @edmanroyals and @tomhollandbr
@Houisflower28

**Faith in Sthe's Future 🎄🎁** @houisflowerz · Jan 17, 2021
Replying to @edmanroyals and @tomhollandbr
Aaaaaa não vejo a hora de assistir

**Kim 🍂** @Kimsummer_ · Jan 17, 2021
Replying to @tomhollandbr
Pq tá tudo tranquilo? Confusa aqui



@gooetinho · Jan 17, 2021
Replying to @tomhollandbr
meu deeeeeeeeus

**Ga ✨** @forholland_ · Jan 17, 2021
Replying to @tomhollandbr
@strangerduhh

**stxb 🌙 MLB S4** @djjwonder · Jan 17, 2021
Replying to @tomhollandbr
MDS AAAHAASNSHASAA

@otixela · Jan 17, 2021
Replying to @tomhollandbr
😭😭😭😭

@wlwjamie · Jan 17, 2021
Replying to @tomhollandbr
AAAAAAAA



**mands 🥀 SUPER MAX** @rainbellaa · Jan 17, 2021
Replying to @tomhollandbr
AAAAAAAAAAAAAAA

**indi** @gkspidey · Jan 17, 2021
Replying to @tomhollandbr
amo um trio

**Tom Holland Brasil |...** @tomhollandbr   Follow
Twitter do primeiro e melhor fã site sobre o ator Tom Holland! Your first and the BEST fan account about @TomHolland1996 📸 from Brazil to the whole world!

What's happening

NFL · Yesterday
Lions at Giants

Trending in United States
UCLA
11.4K Tweets

Trending in United States
Bob Iger
Trending with Disney, Chapek

Trending in United States
Defunctland
4,762 Tweets

Only on Twitter · Trending
#长泰动态
227K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

Relevant people

Perkowski Legal P.C.
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

← Thread

**Twitter** ···

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

Nicholas Galitzine Brasil 🇧🇷 Fã-clube ···
@NGBRSite

📣 VEIO AÍ! Nicholas Galitzine e Anne Hathaway
filmando #TheIdeaofYou na quarta-feira, 19 de
outubro

Translate Tweet



7:52 PM · Oct 20, 2022 · Twitter Web App

**58** Retweets  **95** Quote Tweets  **779** Likes

💬    🔁    ♡    📤

P    Tweet your reply                          **Reply**

Nicholas Galitzine Brasil 🇧🇷 Fã-clube · @NGBRSite · Oct 20 ···
Replying to @NGBRSite
Via @HathawayBRA @UpdatesHathaway
💬      🔁      ♡ 5      📤

Julia Gabriela @Juliagabriel4_8 · Oct 20 ···
Replying to @NGBRSite
Ele di Cabelo cortado e tudoooo😍😍😍😳
💬 1      🔁      ♡ 6      📤

Nicholas Galitzine Brasil 🇧🇷 Fã-clube · @NGBRSite · Oct 20 ···
Replying to @Juliagabriel4_8
A coisa mais linda, um neném 🥺
💬 1      🔁      ♡ 2      📤
Show replies

Thais Zymor 1️⃣3️⃣💚😀 @thaiszymor · Oct 21 ···
Replying to @NGBRSite
Meu novo descanso de tela, simplesmente dois atores que sou
COMPLETAMENTE apaixonada e não esperava nunca ver como um casal
💬 1      🔁      ♡ 2      📤

Nicholas Galitzine Brasil 🇧🇷 Fã-clube · @NGBRSite · Oct 21 ···
Replying to @thaiszymor
🤗
💬      🔁      ♡      📤

duda 💜💛🔥 @sicholaslovato · Oct 20 ···
Replying to @NGBRSite
Que gostoso ele tá com esse cabelo
💬 1      🔁      ♡ 3      📤

Nicholas Galitzine Brasil 🇧🇷 Fã-clube · @NGBRSite · Oct 20 ···
Replying to @sicholaslovato
🥵
💬      🔁      ♡      📤

Mar 🐈 @maronfire_ · Oct 21 ···
Replying to @NGBRSite
@AadiCD
💬 1      🔁      ♡ 1      📤

Adi❓ @AadiCD · Oct 21 ···
Replying to @maronfire_ and @NGBRSite
❤️🥺
💬      🔁      ♡      📤

fernanda @artslaurs · Oct 21 ···
Replying to @NGBRSite
que gracinha 😍 a carinha dele deve tá mega animado.
Anne tão linda mulher maravilhosa
💬      🔁      ♡      📤

Nicholas Galitzine 🇬🇧 @nickgcomfort · Oct 21 ···
Replying to @NGBRSite
o cabelo meu deus 😍
💬      🔁      ♡      📤

ThisIsAnna @annacharq · Oct 20 ···
Replying to @NGBRSite
They look good together 👏
💬      🔁      ♡      📤

gessica @conselheirachek · Oct 21 ···
Replying to @NGBRSite
Aiiiii me derreti!!!!!! Ele está lindo demais 😍😍😍
💬      🔁      ♡ 1      📤

isa. @labyrinthh · Oct 21 ···
Replying to @NGBRSite
ele parece tão feliz, já estou ansiosa pelo filme!!!!!
💬      🔁      ♡      📤

Liliam Magalhães @lilinhapink · Oct 20 ···
Replying to @NGBRSite
Meu Deus! 😭❤️
💬      🔁      ♡ 2      📤

Nicolle @Nicolleemeyer · Oct 21 ···
Replying to @NGBRSite
Dois perfeitos
💬      🔁      ♡      📤

Perkowski Legal P.C. ···
@_c_perkowski

**Relevant people**

Nicholas Galitzine Br... **Follow**
@NGBRSite
Fã-site brasileiro dedicado ao ator e
cantor inglês Nicholas Galitzine. Fan
account - contact us before taking any
legal action! Follow Nicholas:
@nickgalitzine

**What's happening**

Television · 3 hours ago
**Saturday Night Live airing on
NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber
Reserve
📢 Promoted by Uber

Jungkook · Trending
**jungkook**
5.61M Tweets

Trending in United States
**Jason David Frank**
1,333 Tweets

Trending in United States
**Blocked**
131K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

🔍 Search Twitter



← **Tweet**



**Clicky Sound**
@ClickySound

•••

[clickysound.com/kylie-jenner-t...](clickysound.com/kylie-jenner-t...) Jenner confirmed her breakup with Scott in October.



12:53 PM · Jun 14, 2020 · Clicky Sound

   ⟲   ♡   ⬆

 Tweet your reply                    Reply

## Home
## Explore
## 🔔 Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

🔍 Search Twitter

**Relevant people**

 **Clicky Sound**
@ClickySound                 Follow
Photography at its Best!

**What's happening**


FIFA World Cup · Last night
**Mexico vs Poland**

**#AvatarTheWayOfWater** 
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California                    •••
**Costco**
5,689 Tweets

Trending in United States                •••
**Erection**
16.2K Tweets

Entertainment · Trending                 •••
**Marvel**
93.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski      •••

Case 2:22-cv-09462-DMG-ADS Document 1-25 Filed 12/30/22 Page 22 of 101 Page ID #:2383



**Tweet**

Gaby Meza · 📷📱🎮✅
@GabyMeza8

Tenemos primeras imágenes desde el set de
#StrangerThings 3 🤭

Translate Tweet



Media not displayed
This image has been removed in response to a report from the copyright holder

Media not displayed
This image has been removed in response to a report from the copyright holder

Media not displayed
This image has been removed in response to a report from the copyright holder

Media not displayed
This image has been removed in response to a report from the copyright holder

2:14 PM · Jul 10, 2018 · Twitter for Android

**112** Retweets   **11** Quote Tweets   **765** Likes

💬   🔁   ♡   📤

📱 Tweet your reply                                    **Reply**

Isaac Linares @ZacGeimer15 · Jul 10, 2018
Replying to @GabyMeza8
Tejemos xD
💬         🔁         ♡         📤

Nadie @Zaraki_Seven · Jul 10, 2018
Replying to @GabyMeza8
Que serie tan lenta y aburrida, vi los primeros 2 minutos y bye.
💬         🔁         ♡ 2       📤

Tú @YusuffMCPE · Jul 10, 2018
Replying to @Zaraki_Seven and @GabyMeza8
Increíble como alguien con un nombre como tuyo critique a una serie de 2
temporadas después de haber visto tan solo 2 minutos de la misma.
💬 1       🔁         ♡ 7       📤

Show replies

Jhonatan👊🏻✖ @sanblouse · Jul 10, 2018
Replying to @GabyMeza8
Que sea mejor que la segunda 🙏
💬         🔁 1       ♡         📤

esteban quetzalcoatl @jauzousuzuya32 · Jul 10, 2018
Replying to @GabyMeza8
#sobrevalothings
💬         🔁         ♡ 2       📤

Tú @YusuffMCPE · Jul 10, 2018
Replying to @GabyMeza8
Más referencias a Stephen King incoming.
💬         🔁         ♡         📤

Cinefano @_cinefano_ · Jul 10, 2018
Replying to @GabyMeza8
Parece el detrás de escenas de #IT , bueno algo así como unas escenas
eliminadas hahaha
💬         🔁 1       ♡ 9       📤

Juan Jose Castro @juanjobatar · Jul 10, 2018
Replying to @GabyMeza8
Millie Boby Brown siendo Millie Boby Brown
💬 1       🔁         ♡         📤

Santiago M. @SantiagoMedGo · Jul 10, 2018
Replying to @GabyMeza8
Ufff genial es poco
💬         🔁         ♡         📤

Robert Stark @BetoBalher · Jul 10, 2018
Replying to @GabyMeza8
Se ven geniales Gaby
💬         🔁         ♡         📤

Jessi Luna @Jessi1210 · Jul 10, 2018
Replying to @GabyMeza8
Ya quiero que salga! 😃
💬         🔁         ♡         📤

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more

José Andrés @Joseand79730 · Jul 10, 2018
Replying to @fueradeservici8 and @GabyMeza8
Para tu información es una serie de culto mundial mente conocida y nada
sobrevalorada que superó a tus series Animes
💬 1       🔁         ♡ 1       📤

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

**Relevant people**

Gaby Meza · 📷📱🎮✅
@GabyMeza8                                    **Follow**
Cinéfila | #FueradeFoco YouTuber | TV
Host | Locutora #QuéPelículaVer |
Team Cinépolis | EXA FM
contacto@fueradefoco.com.mx 💌

**What's happening**

NFL · 2 hours ago
Chiefs at Chargers

#Disenchanted 🔴
Original movie now streaming
▶ Promoted by Disney+

Music · Trending
**sabrina**
72K Tweets

Trending in United States
**Sandy Hook**
31.3K Tweets

Music · Trending
**Lionel Richie**
3,082 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More —
© 2022 Twitter, Inc.

__ https://twitter.com/tender_DMJ/status/1092974355326398465 __ el __ 2022-11-20 15:59:34 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-25    Filed 12/30/22    Page 24 of 101    Page ID
#:2385

**DAKOTA** 💜💙✅
@tender_DMJ

Queen of coffee runs 🖤



6:32 PM · Feb 5, 2019 · Twitter for iPhone

**4** Retweets   **1** Quote Tweet   **14** Likes

🅿 Tweet your reply                                    Reply

Wiex @xwiexwiex · Feb 5, 2019
Replying to @tender_DMJ
Ive seen this sweater before

Hmmm...

GIF

1

**DAKOTA** 💜💙 @tender_DMJ · Feb 5, 2019
Replying to @xwiexwiex
I don't remember but the shirt yes in NY last year 😏

---

Search Twitter

**Relevant people**

**DAKOTA** 💜💙✅
@tender_DMJ                          Follow
Dakota Johnson is the meaning of
perfection and of course the love of
my life ❤

**What's happening**

NFL · 2 hours ago
Browns at Bills



#Disenchanted 👸
Original movie now streaming
📀 Promoted by Disney+

Trending in United States
**Caleb Williams**
10.5K Tweets

Trending in California
**#AMAs**🔥
1.87M Tweets

Yeonjun · Trending
**yeonjun**
57.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C. ···
@c_perkowski

← **Tweet**

## Home
## Explore
## Notifications ①
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Marvel Diário**
@MarvelDiarioPT                                    •••

Imagens das gravações de #MadameWeb.

(via @JustJared)

Translate Tweet

10:53 AM · Oct 6, 2022 · Twitter for Android

**6** Likes

🗨        ⇄        ♡        ⬆

[P]    Tweet your reply                          **Reply**

**Relevant people**

**Marvel Diário**                               **Follow**
@MarvelDiarioPT
🏴/🇧🇷 Maior página da #Marvel em
Portugal, com conteúdo diário e de
confiança. 🇺🇸/🇬🇧 Biggest #Marvel
page in Portugal, with daily and
reliable content.

**JustJared.com** ✓                             **Follow**
@JustJared
Your #1 Entertainment Authority Also
follow @jaredeng @justjaredjr

**What's happening**

FIFA World Cup · 2 hours ago
**World Cup Qatar 2022: Opening
Ceremony**

#Disenchanted 🥴
Original movie now streaming
▶ Promoted by Disney+

Trending in California                          •••
#DonaldTrump
40.7K Tweets

Trending in United States                       •••
#QATECU
100K Tweets

Only on Twitter · Trending                      •••
**Rest in Power**
14.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**          •••
@c_perkowski

Search Twitter

← **Tweet**



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

Perkowski Legal P.C.   ...
@c_perkowski

← **Tweet**

**Chris Evans USA** ✔ 💙
@ChrisEvans_USA

Just saying 🏴‍☠️



6:50 PM · Oct 14, 2022 · Twitter for iPhone

**10** Retweets  **3** Quote Tweets  **210** Likes

Tweet your reply                                    Reply

**BrooklynDorito** @BrooklynDorito · Oct 14
Replying to @ChrisEvans_USA
All he needs is the eye liner.
💬  ⟲  ♡ 1  ⬆

**doctorfan06** @doctorfan06 · Oct 14
Replying to @ChrisEvans_USA
Chris's outfit is 100% way better.
💬 1  ⟲  ♡ 1  ⬆

This Tweet is from an account that no longer exists. Learn more

Show replies

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

---

Search Twitter

**Relevant people**

**Chris Evans USA** 💙
@ChrisEvans_USA                          Follow

FAN ACCOUNT 💙 Dedicated to
Dodger Evans' BEST FRIEND. No
Gossip. No Hate. You can call me Luna
🕯️ I love 🐶🌳🌿♨️🐾✈️🌎💙🦋
🐕🦴🐿️🍂💐🌱💎🌸💜 and 🧑

**What's happening**

NBA · 1 hour ago
Lakers at Suns

**#AvatarTheWayOfWater** 🌊
Get tickets now – In theaters December 16
Promoted by Avatar

Trending in United States
**Erection**
19.2K Tweets

Trending in California
**Costco**
5,966 Tweets

Business and finance · Trending
**Chesapeake**
36.3K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.



__ https://twitter.com/postsjustin/status/1384271572681125892 __ at __ 2022-11-22 11:30:59 -08:00 __

← **Tweet**

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

**PJ**  **best justin pics**
@postsjustin  ⋯

he looks good in blue



👤 Justin Bieber

3:23 PM · Apr 19, 2021 · Twitter for iPhone

**167** Retweets   **11** Quote Tweets   **1,188** Likes

💬       ⟲       ♡       ⬆️

**P**  Tweet your reply   **Reply**

**stefano bianchera** @StefanoStendy · Apr 20, 2021   ⋯
Replying to @postsjustin and @justinbieber
I'd like to know what my idol is drinking in that bottle what's inside a
medicine? 🤭🙏❤️

💬       ⟲       ♡  1       ⬆️

**Relevant people**

**PJ**  **best justin pics**   **Follow**
@postsjustin
The best of @justinbieber content.
(fan account) Ownered by
starringevelyn, brzzle and biebersnt.

🌐  **Justin Bieber** ✓   **Follow**
@justinbieber
JUSTICE the album out now

**What's happening**

FIFA World Cup · 1 hour ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Trending in United States
**Ochoa**   ⋯
Trending with  Australia, Poland

Trending in California
**Mexicans**   ⋯
14.7K Tweets

Trending in California
**Mexico City**   ⋯
20.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.



__ https://twitter.com/captmarvelnews/status/1380655410777108483 __ at __ 2022-11-22 13:38:35 -08:00 __

← **Tweet**



☀ **Captain Marvel NEWS / Fan Account**
@CaptMarvelNews                                              ···

Cause we love some Ms.Marvel wearing Captain Marvel ⭐⚡





👤 Ms. Marvel Brasil ⚡ and Ms. Marvel UK⚡

3:54 PM · Apr 9, 2021 · Twitter for iPhone

**45** Retweets    **3** Quote Tweets    **315** Likes

💬          🔁          ❤          ↑

Tweet your reply                                    **Reply**

Ms. Marvel UK⚡ @MsMarvelUK · Apr 9, 2021          ···
Replying to @CaptMarvelNews and @MsMarvelBR
Yess we love to see it 💪 ⚡

💬          🔁          ❤ 3          ↑


Perkowski Legal P.C.                          ···
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

☀ **Captain Marvel NE...**          Follow
@CaptMarvelNews
Since 2010, Twitter's #1 international
Fan Account for EVERYTHING
CAPTAIN MARVEL!! Coming up: THE
MARVELS JUL 28, 2023! @brielarson
@captainmarvel

**Ms. Marvel Brasil ⚡**          Follow
@MsMarvelBR
• Bem vindas(os) ao fã-clube Ms.
Marvel Brasil|Aqui você ficará por
dentro de todas as notícias sobre
#KamalaKhan⚡ •Mutante e
Orgulhosa•

**Ms. Marvel UK⚡**          Follow
@MsMarvelUK
✨ #MsMarvel #KamalaKhan pics,
updates and news • Streaming NOW
on Disney+ • ANNOUNCE SEASON 2 •
#TheMarvels 2023 • Muslim (he/him)

**What's happening**

FIFA World Cup · 3 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🎦
Get tickets now - In theaters December 16
⏵ Promoted by Avatar

Trending in California                          ···
**Mexicans**
19K Tweets

Celebrities · Trending                          ···
**Tom Hanks**
6,720 Tweets

Trending in California                          ···
**Chicharito**
Trending with Chucky

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

— https://twitter.com/teleaudiencias/status/1412363193108746242 __ at __ 2022-11-22 10:18:56 -08:00 __

← Tweet



 **Teleaudiencias**
@teleaudiencias                                    ···

The Weeknd y Angelina Jolie, han sido vistos juntos saliendo de un restaurante de Los Ángeles. Algunos medios americanos señalan de una posible relación y otros de motivos profesionales (concretamente de la nueva serie de HBO que producirá el cantante).
wp.me/pa7I1P-5ud

Translate Tweet



3:50 AM · Jul 6, 2021 · TweetDeck

**2** Likes

💬          🔁          ♡          ⬆️

 Tweet your reply                    Reply

🔍 Search Twitter

### Relevant people



 **Teleaudiencias**          Follow
@teleaudiencias

Audiencias, noticias, opinión, entrevistas, estrenos, tv, cine, música y deportes y +51.000 en instagram!
TvTeleaudiencias.wordpress.com

### What's happening

FIFA World Cup · 21 minutes ago
**Mexico vs Poland**

### Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

Lists

👤 Profile

··· More

**Tweet**

 **Perkowski Legal P.C.**          ···
@c_perkowski

← Tweet

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 **Robert Littal BSO** ✔
@BSO

After Spending His Super Bowl Weekend With Kendall Jenner, Watch Ben Simmons Say The Sixers Are Soft After They Were Blown Out By The HEAT (Video)
bit.ly/2Sm8eDF



7:50 AM · Feb 5, 2020 · BSO Alert

**3** Retweets    **1** Quote Tweet    **5** Likes

 Tweet your reply                    Reply

**Perkowski Legal P.C.**
@c_perkowski

Search Twitter

## Relevant people

 **Robert Littal BSO** ✔    Follow
@BSO

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

## What's happening

FIFA World Cup · Starts at 8:00 AM
**Mexico vs Poland**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States
**Argentina**
Trending with #FIFAWorldCup 🏆, Herve Renard

Entertainment · Trending
**Died Suddenly**
107K Tweets

Trending in United States
**#السعوديه_الارجنتين**
1.26M Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

https://twitter.com/TavernaMarvel/status/1556745184540516353 __ et __ 2022-11-21 17:18:18 -08:00
Case 1:22-cv-09462-DMG-ADS    Document 1-25    Filed 12/30/22    Page 34 of 101    Page ID
#:2395




← **Thread**



**Taverna Marvel | Fan-Club**
@TavernaMarvel

🚨 Nova imagem do set de 'Ironheart' confirma o ator Anthony Ramos como o vilão 'The Hood'.

Translate Tweet





1:52 PM · Aug 8, 2022 · Twitter Web App

**12** Retweets   **4** Quote Tweets   **76** Likes

💬   🔁   ♡   ⬆

   Tweet your reply   **Reply**

**Taverna Marvel | Fan-Club** @TavernaMarvel · Aug 8
Replying to @TavernaMarvel
Via: Just Jared
💬   🔁   ♡ **2**   ⬆

**Carol Ogles** @Seirocceme · Aug 10
Replying to @TavernaMarvel
LOVE IT!!!
💬   🔁   ♡   ⬆

**not you** @diaryunpressed · Aug 8
Replying to @TavernaMarvel
oh that costume is trash and i love it 😍
💬   🔁   ♡ **1**   ⬆

Show more replies

---

**Home**
**Explore**
**Notifications** 1
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

**Taverna Marvel | Fan-...**
@TavernaMarvel    **Follow**
Portal focado no universo da Marvel.
Todas as notícias e informações você
encontra aqui. Ative as notificações🔔
💌Contato:
tavernamarvel@gmail.com

**What's happening**

NCAA Men's Basketball · Yesterday
**Delta Devils at Tigers**

Entertainment · Trending
**Died Suddenly**
38.7K Tweets

Only on Twitter · Trending
**#pcxqc**
2,605 Tweets

Trending in United States
**#ThingsIWouldTellMyYoungerSelf**

Drama TV · Trending
**#AllAmerican**
Trending with Reyna, Morris

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

Q Search Twitter



**Movie News**
@movies_popcorn ···

الصور الاولى من موقع تصوير مسلسل WATCHMEN القادم على شبكة HBO



12:04 AM · Jun 5, 2018 · TweetDeck

**4** Retweets   **11** Likes

💬        ⇄        ♡        ⬆

 Tweet your reply                    Reply

## Home
## Explore
## Notifications `1`
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

 **Perkowski Legal P.C.** ···
@c_perkowski

**Relevant people**

 **Movie News**
@movies_popcorn                    Follow

اخر اخبار الفن السابع ونجوم هوليود و مشاهير العالم لحظة بلحظة

**What's happening**

FIFA World Cup · 2 hours ago
**USA vs Wales**

Trending in California
**TSLA**
23.8K Tweets

Trending in California
**LAFC**
8,730 Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,580 Tweets

Trending in United States
**Chrisley**
5,878 Tweets

Show more

Terms of Service · Privacy Policy · Cookie Policy
Accessibility · Ads info · More ···
© 2022 Twitter, Inc.

https://twitter.com/CinematizandoOf/status/1431991214789905673 ... al ... 2022-11-19 18:21:24 -08:00





# Infos Séries
@SeriesUpdateFR

Premières images de Dominique Thorne sur le tournage de la série Marvel #IronHeart.

Translate Tweet



2:24 PM · Aug 8, 2022 · Twitter for Android

**43** Retweets   **5** Quote Tweets   **402** Likes

---

Tweet your reply    **Reply**

**Nolan** @NolanGJCL · Aug 9
Replying to @SeriesUpdateFR
@florlandac

**Florlan De Almeida** @florlandac · Aug 9
Replying to @NolanGJCL and @SeriesUpdateFR
Sa sera sans moi celle la ^^

**solènn (ll)** @SystemNebuleuse · Aug 8
Replying to @SeriesUpdateFR
C'est le costume definitif ? Jsuis mitigé
2    1

**Nandry** @cpasDryNa · Aug 8
Replying to @SystemNebuleuse and @SeriesUpdateFR
non c'est son premier costume
1    1
Show replies

**Tay** @taylanama_ · Aug 9
Replying to @SeriesUpdateFR
SAMUS

**S-meo D'Angoulême** @TheMrSmeo · Aug 8
Replying to @SeriesUpdateFR
ça me fait un peu penser au doom slayer ^^
7

**Nizar** 🇲🇦 @Andhrivmnir_NI · Aug 9
Replying to @TheMrSmeo and @SeriesUpdateFR
On dirait un mix entre la Praetor de 2016 et celle d'Eternal
1    1
Show replies

**LoK De Nosgoth** @LNosgoth · Aug 9
Replying to @SeriesUpdateFR
Très stylé comme armure

**Raurii Gatien** @GatienRaurii · Aug 8
Replying to @SeriesUpdateFR
Bon courage à la nouvelle génération
Difficile de passer après Robert tellement de fans et un bon acteur
11

**.** @leosco6 · Aug 9
Replying to @SeriesUpdateFR
Après c'est sûrement comme la première armure de iron man c'est pas la définitive
2

**RealSlachi** 🇲🇦🇪🇸 **(DGM)** @RealSlachi · Aug 8
Replying to @SeriesUpdateFR
Son armure s est une dinguerieeeee

**jirenurahara** @Kaneshi14 · Aug 9
Replying to @SeriesUpdateFR
Nul à chier, faites une cette daube ne sorte jamais
1

This Tweet was deleted by the Tweet author. Learn more

**COV's Universe** @cov_universe · Aug 9
Replying to @f_jacky328 and @SeriesUpdateFR
Quels costumes son en CGI dans le MCU, j'aimerai bien voir tes 90 % la
1
Show replies

Show more replies

---

**Relevant people**

Infos Séries    Follow
@SeriesUpdateFR
Bienvenue sur votre premier compte source français sur toutes vos séries, films et plateformes de streaming préférées. 🎬
seriesupdatefr@gmail.com

**What's happening**

NFL · 1 hour ago
**Cowboys at Vikings**

#Disenchanted
Original movie now streaming
Promoted by Disney+

Trending in United States
**Wayne Brady**
1,901 Tweets

Trending in California
**Dodger Stadium**
9,139 Tweets

The Real Housewives of Potomac · Trending
**John Hopkins**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

https://twitter.com/ArabicMarvel/status/1552645838664499200 _ at _ 2022-11-20 09:24:45 -08:00

Case 2:22-cv-09462-DMG-ADS    Document 1-25    Filed 12/30/22    Page 38 of 101    Page ID #:2399



**Arabic Marvel**
@ArabicMarvel

···

أول ظهور للممثل 'آدم سكوت' في موقع تصوير فيلم
Madame Web والذي سيقع داخل عالم سوني السينمائي 📷

Translate Tweet



6:23 AM · Jul 28, 2022 · Twitter for Android

**3** Retweets    **63** Likes

Tweet your reply                                    Reply

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
··· More

**Tweet**


Perkowski Legal P.C.
@c_perkowski

🔍 Search Twitter

**Relevant people**


**Arabic Marvel**
@ArabicMarvel                    Follow

من نيويورك لوكاندا و من اسفارد
لتايتان..كل ما يخص عالم مارفل المذهل
🖤 | مكتبنا الآخر ل ديلي بلانيت:
@ArabicDCU

**What's happening**

Television · Last night
**Saturday Night Live airing on NBC**

#Disenchanted 🧙
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending
**Jason David Frank**

__ https://twitter.com/wheres1d/status/1346162122837884452 __ at __ 2022-11-21 03:52:08 -08:00 __

← **Tweet**

 **cheesefries**
@Wheres1D                                                                    ...

Do you think Harry officiated the wedding?



10:30 AM · Jan 4, 2021 · Twitter for iPhone

**1** Quote Tweet    **14** Likes

 **Tweet your reply**                                     Reply

### Relevant people

 **cheesefries**                          Follow
@Wheres1D

occasionally a 1D & solo update
account | secretly paul higgins

### What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening
Ceremony**



Music · Trending                                  ...
**Kelly Rowland**
19.2K Tweets

Trending in United States                         ...
**Schiff**
54.1K Tweets

Sports · Trending                                 ...
**nick bolton**
3,238 Tweets

Trending in United States                         ...
**UCLA**
11.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**                           ...
@c_perkowski

— https://twitter.com/agfotosevideos/status/1209241749853487105 — et — 2022-11-20 20:37:17 -08:00 —

ATENÇÃO GEEK | Mídia
@agfotosevideos   ···

Fotos dos bastidores de #FalconAndWinterSoldier
📸 @thomas_polito



2:37 PM · Dec 23, 2019 · Twitter for Android

1 Retweet   4 Likes

💬   🔁   ♡   ⬆

P   Tweet your reply                    Reply

ATENÇÃO GEEK | Mídia @agfotosevideos · Dec 23, 2019   ···
Replying to @agfotosevideos
+ fotos dos bastidores de #FalconAndWinterSoldier



💬   🔁 1   ♡ 2   ⬆

Perkowski Legal P.C.
@c_perkowski   ···

**Relevant people**

ATENÇÃO GEEK | Mídia
@agfotosevideos                    Follow
Conta para fotos e vídeos dos
bastidores do mundo do
entretenimento. Conta oficial:
@atencaogeek

**What's happening**

NCAA Men's Basketball · Earlier today
**Explorers at Hoyas**

#Disenchanted 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with  Chapek, Disney   ···

Trending in United States
**#dantherizzler**                  ···

Trending in United States
**#AMAs** 🔥                          ···
Trending with  soobin, yeonjun

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**



**RRNO1**
@RRNO110

⋯

Rihanna




4:05 AM · Jun 24, 2021 · Twitter for iPhone

**1** Retweet    **35** Likes

💬    🔁    ♡    ⬆



Tweet your reply                            Reply

**DSLS** @DRKSLHTS · Jun 24, 2021        ⋯
Replying to @RRNO110
My future wife

💬    🔁    ♡    ⬆

🔍 Search Twitter



**Relevant people**

**RRNO1**                            Follow
@RRNO110
I'm a guy that love celebs and
beautiful amateurs. DO NOT tag me in
with celebs or it's an instant block.
Happy to promote amateurs with their
content

**What's happening**



FIFA World Cup · This morning
**England vs Iran**

Trending in United States        ⋯
**Trent Reznor**
11.5K Tweets

Trending in United States        ⋯
**HOW IS THAT NOT A YELLOW**
1,504 Tweets

Trending in United States        ⋯
**Tampax**
21.3K Tweets

Trending in United States        ⋯
**Combat Mode**
1,539 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯

← Tweet

**1D Updates**
@Live1DNews

•••

Harry out in LA last night - October 6 (Via @hsdcandids )



11:29 AM · Oct 7, 2020 · Twitter for iPad

8 Likes

Tweet your reply

Reply

## Relevant people

**1D Updates**
@Live1DNews

Follow

1D Updates. Paul, Andy, and more
follow!

**HS Candids**
@hsdcandids

Follow

Follow for HQ candids of HS. Layout
by @brightblackdsgn. (Fan Account)

## What's happening

Television · Yesterday
**The Walking Dead airing on AMC**



Politics · Trending
**Tragically**
15.2K Tweets

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Music · Trending
**Lionel Richie**
3,991 Tweets

The Walking Dead · Trending
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**


Perkowski Legal P.C.
@c_perkowski



Tweet

Search Twitter

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Gaby Meza · 🎬🦇 ✓
@GabyMeza8

¡BARBIE & KEN! 😍 Tenemos nueva imagen de #MargotRobbie y #RyanGosling caracterizados como los muñecos de #Mattel, para el live action de la directora #GretaGerwig

Translate Tweet

3:28 PM · Jun 22, 2022 · Twitter for iPhone

**260** Retweets    **90** Quote Tweets    **4,588** Likes

Perkowski Legal P.C.
@c_perkowski

Tweet your reply    Reply

Wishiyo Targaryen, first of his name @OliverElWisho19 · Jun 22
Replying to @GabyMeza8
Se horrible Ken JAJAJAJA

Pily zikook // Focus on BTS @PilyLestrange · Jun 22
Replying to @GabyMeza8
Fuaaaaa pense que era barbie y el presidente Biden 😂😂😂

nobot @Mario_NoBot · Jun 22
Replying to @GabyMeza8
Parece Barbie Margot y su abuelo...

JOSUE RG CALDERON @JOSUERGC16 · Jun 22
Replying to @GabyMeza8
Jajajaja presiento una pelicula de porqueria

Claus MS @meninga83 · Jun 23
Replying to @GabyMeza8
Jajaja el Ryan se ve bien pirata

Euge 🍋 @QuantumEuge · Jun 22
Replying to @GabyMeza8
Es como que me desagrada la idea de la película y a la vez la iré a ver, es rara la sensación (?)    54

lechuga.salvaje.eth (🍃,🌶️) @rafacastillo777 · Jun 22
Replying to @QuantumEuge and @GabyMeza8
La directora es buena, seguro la peli tiene buena trama y mas trasfondo del que da a primera vista    52
Show replies

Keanuel @soykeanuel · Jun 22
Replying to @GabyMeza8
La Margot Robbie vaquera no existe no puede enamorarse
La Margot Robbie vaquera:    81

Laura @Lau_Cristancho · Jun 23
Replying to @GabyMeza8
Margot es demasiado perfectaaaaaa

ArqCendales @ArqAlberto_29 · Jun 22
Replying to @GabyMeza8
margot luce bien pero ryan ... parece un anciano    1

🕷 SPIDER VERSE 🕷 @los_vere_en_sue · Jun 22
Replying to @GabyMeza8
Si esta madre gana a mejor vestuario en los Oscar, ese día moriré el cine

Pero q cojones... @luis41674933 · Jun 23
Replying to @GabyMeza8
Ryan ta viejo Pal papel

Things•••• @Thingsonly5 · Jun 22
Replying to @GabyMeza8
Un poco de comedia 😂😂



← Tweet

Search Twitter

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Best of C~Lovin'
@ScubaSt3219

Selena Gomez



4:30 AM · Oct 19, 2021 · Twitter for Android

86 Retweets   1 Quote Tweet   1,066 Likes

Tweet your reply

**Reply**

eric bouncci @EBouncci · Oct 19, 2021
Replying to @ScubaSt3219

2

Evaristo Hernandez @evaristoh9 · Oct 19, 2021
Replying to @ScubaSt3219
I love what i see

1

Alan Whitbread @AlanWhitbread2 · Oct 19, 2021
Replying to @ScubaSt3219
Very sexy

1

Douglas Stone @DouglasStone12 · Oct 19, 2021
Replying to @ScubaSt3219
She's looking stunning   ❤️❤️❤️❤️❤️💋💋💋

1

Zachary (Zac) Brooks @Zac_man1123 · Oct 19, 2021
Replying to @ScubaSt3219

1

Show additional replies, including those that may contain offensive content

Show

**Relevant people**

Best of C~Lovin'
@ScubaSt3219

Follow

**MALE** Faves are Camila & Selena NOT any of the celebs posted **DO NOT TAG ANY CELEB** DM's open to followers

**What's happening**

FIFA World Cup · 3 hours ago
**Argentina vs Saudi Arabia**



#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in California
**Mexico City**

Trending in United States
#السعودیه_الارجنتین
1.24M Tweets

Entertainment · Trending
**Died Suddenly**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/allinitdrews/status/1229446164082253824 __ at __ 2022-11-21 15:45:27 -0800

# Tweet

**sam**
@allinitdrews

holy shit



8:43 AM · Feb 17, 2020 · Twitter for iPhone

**8** Retweets   **31** Likes

Tweet your reply

Reply

**natalie** @BIEBERFTSKI · Feb 17, 2020
Replying to @allinitdrews
So soft

**Alondra** 🦋 @rauhlvibz · Feb 17, 2020
Replying to @allinitdrews
Don't forget to vote! @justinbieber @DanAndShay #10000Hours #BestLyrics #iHeartAwards

Perkowski Legal P.C.
@c_perkowski

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Search Twitter

### Relevant people

**sam**
@allinitdrews
Follow
fan account; justin followed 9.14.19

### What's happening

FIFA World Cup · 2 hours ago
USA vs Wales

Trending in United States
**Chrisley**
3,042 Tweets

**Colt McCoy**
1,811 Tweets

Music · Trending
**Datpiff**

Trending in United States
**Booger**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/nanfixus/status/1578388389489000449 __ at __ 2022-11-20 10:28:28 -08:00 ___

← **Tweet**

 

**@nanfixus**
@nanfixus

···

Dakota on the set Madame Web🕸️ last nigh 👀
#DakotaJohnson

 

7:14 AM · Oct 7, 2022 · Twitter for Android

**8** Retweets   **1** Quote Tweet   **49** Likes

  Tweet your reply

Reply

## Relevant people

 **@nanfixus**  Follow
@nanfixus

DJ Fan 🕸️ Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🇦🇷

## What's happening

Television · Last night
**Saturday Night Live airing on
NBC**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending        ···
**Rest in Power**
13.6K Tweets

Trending in California         ···
**Shakira**
105K Tweets

Trending in United States       ···
**#QATECU**
99.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home

# Explore

🔔 Notifications

Messages

🔖 Bookmarks

Lists

Profile

More

**Tweet**

Search Twitter

**Perkowski Legal P.C.** ···
@c_perkowski

__ https://twitter.com/inMARVEL_/status/1579594447247245312 __ at __ 2022-11-22 22:27:40 -08:00 __

← **Tweet**

**inMARVEL** ❄️ **#MarvelStudios #Marvel #WakandaForever**
@inMARVEL_                                        ···

La película no se, pero Dakota como Madame Web va a ser…  

#SpiderMan #Spiderverse #Sony #MadameWeb #DakotaJohnson #Marvel #MarvelStudios #Disney



3:07 PM · Oct 10, 2022 · Twitter for Android

13 Retweets    49 Likes

○          ⇄          ♡          ↥

### Relevant people

**inMARVEL** ❄️ **#Marv...**     [ Follow ]
@inMARVEL_

Aquel que disfrute del contenido de Marvel Studios, si es digno, poseerá el poder de saber todo acerca del MCU. ¡Sígueme y sé un Nuevo Vengador! 👊🦸

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

[ **Tweet** ]

Perkowski Legal P.C.  ···
@c_perkowski

Tweet your reply                    [ Reply ]

Search Twitter

← **Tweet**

🐦

Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

Lists

Profile

More

**Tweet**

 **TheGuidance**
@guidance_the

···

Hailee Steinfeld es la prueba viva de que ser #hawkeye no es tan fácil como parece. #katebishop #marvel #mcu



10:51 AM · Feb 21, 2021 · Twitter for iPhone

    

 Tweet your reply    **Reply**

Q Search Twitter

**Relevant people**

 **TheGuidance**
@guidance_the    **Follow**

Todo el contenido geek al alcance de tu mano. Noticias, análisis, cómics narrados, curiosidades, etc.

**What's happening**

NFL · 3 hours ago
**Browns at Bills**



#Disenchanted 🧹
Original movie now streaming
▶️ Promoted by Disney+

Trending in United States    ···
UCLA
30.4K Tweets

Trending in California    ···
Elton John
12.8K Tweets

Sports · Trending    ···
Cooper Rush
1,423 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.



© 2022 Twitter, Inc.

← **Tweet**

Q Search Twitter

 **1D Updates**
@Live1DNews  ···

Harry and Olivia Wilde out and about in Santa Barbara - January 3 (via @hsdcandids)



9:52 AM · Jan 6, 2021 · Twitter for iPhone

**1** Retweet  **16** Likes

  ♡ ⬆

 Tweet your reply   Reply

### Relevant people

 **1D Updates**   Follow
@Live1DNews
1D Updates. Paul, Andy, and more follow!

 **HS Candids**   Follow
@hsdcandids
Follow for HQ candids of HS. Layout by @brightblackdsgn. (Fan Account)

### What's happening

FIFA World Cup · 4 hours ago
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California   ···
**Lucas**
150K Tweets

Business and finance · Trending   ···
**#studentloans**

Trending in California   ···
**LAPD**
12.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Left navigation

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.   ···
@c_perkowski

__ https://twitter.com/tvoyi_muziki/status/1350653325373542401 __ et __ 2022-11-21 12:09:14 -08:00

← **Tweet**

**Твои Мужики|| TM COMICS**
@tvoyi_muziki                                               ···

Oh my....



7:57 PM · Jan 16, 2021 · Twitter for iPhone

**6** Retweets    **534** Likes



Tweet your reply                              Reply

**Ki**🥇 @sopi_kill_me · Jan 16, 2021          ···
Replying to @tvoyi_muziki
Товарищ, а вы уже проснулись или ещё не ложлись?

♡ 1        ⟲        ♡ 3        ⬆

**Твои Мужики||TM COMICS** @tvoyi_muziki · Jan 17, 2021     ···
Replying to @sopi_kill_me
Я была на блядках и только сейчас ложусь спать ((

♡        ⟲        ♡ 1        ⬆

**Perkowski Legal P.C.**
@c_perkowski                                      ···

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Search Twitter

**Relevant people**

**Твои Мужики|| TM C...**
@tvoyi_muziki                    Follow
Пишем несмешные шутки по
фандомам и сценарии в стол. А
вообще, мы паблик, если чё. // My
baby @tm__comics

**What's happening**

FIFA World Cup · LIVE
USA vs Wales



Entertainment · Trending        ···
Julia Fox
5,647 Tweets

Trending in United States        ···
1-0 USA
17.6K Tweets

Trending in United States        ···
#BudweiserFWC

Entertainment · Trending        ···
#AvatarTheWayOfWater
5,979 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



← **Tweet**

**Margvel** 🌀
@_Margvel

⋯

El actor Wyatt Russell, quien interpreta a U.S Agent en #TheFalconAndTheWinterSoldier, fue visto usando su uniforme militar y el traje del Cap 🧐😱







2:45 PM · Jan 21, 2020 · Twitter for iPhone

3 Retweets   58 Likes

💬        ⇄        ♡        ⬆



Tweet your reply                    Reply

**Pablo S. Kennedy** @PabloRuarte5 · Jan 22, 2020    ⋯
Replying to @_Margvel
Buenardo el traje!

💬        ⇄        ♡ 1      ⬆

**Perkowski Legal P.C.**    ⋯
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

**Margvel** 🌀        Follow
@_Margvel
Humor, información y updates del Universo Marvel | 🎬
contactomargvel@gmail.com |
#SheHulk #IAmGroot

**What's happening**

Television · 47 minutes ago
**The Walking Dead airing on AMC**

#Disenchanted 🫠
Original movie now streaming
📺 Promoted by Disney+

Trending in United States    ⋯
**#twdspoilers**
1,044 Tweets

Trending in United States    ⋯
**#TheWalkingDead**
Trending with #TWDFinale, Rosita

Trending in United States    ⋯
**#AMAs** 🔥
Trending with soobin, Anitta

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

← Tweet

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



**El Aragüeño**
@ElAragueno

Fotos del rodaje de "Ms. Marvel" revelan el traje de Kamala Khan - is.gd/cPn0XF



3:08 AM · May 4, 2021 · Aragueno webs twitts

Tweet your reply

Reply

Search Twitter

**Relevant people**



**El Aragüeño**
@ElAragueno

Follow

EL PRIMER DIARIO DE ARAGUA. ¡50 años contando tu historia!

**What's happening**

FIFA World Cup · LIVE
**France vs Australia**

**#AvatarTheWayOfWater**
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in California
**LAPD**
12K Tweets

Trending in California
**Mexicans**
18.5K Tweets

Trending in United States
**Giroud**
Trending with Australia, Mbappe

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**
@c_perkowski

— https://twitter.com/koredakota/status/1578407914724765697 __ at __ 2022-11-20 10:56:22 -08:00

← **Tweet**

 karla
@koredakota



## WE ARE GETTING BLONDE DAKOTA AGAIN. LETS GOOO



8:32 AM · Oct 7, 2022 · Twitter for iPhone

**2** Likes

Tweet your reply

Reply

Q Search Twitter

### Relevant people

 karla
@koredakota    Follow

fan account. multi-fandom: lore olympus, fifty shades, twilight saga, sen çal kapımı, aşk mantık intikam, marvel, star wars, game of thrones, booktwt. ~ 23

### What's happening

Formula 1 · 3 hours ago
**Abu Dhabi Grand Prix 2022**



**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Home

# Explore

🔔 Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

— https://twitter.com/movielogtr/status/1552726945720406016 — at — 2022-11-20 09:22:00 -08:00 —



← **Tweet**

 **MovieLogTR**
@movielogtr                                                      ...

Adam Scott, Madame Web filminin setinde
görüntülendi.



11:45 AM · Jul 28, 2022 · Twitter for iPhone



 Tweet your reply                    Reply

Perkowski Legal P.C.    ...
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

 **MovieLogTR**        Follow
@movielogtr

**What's happening**

FIFA World Cup · 1 hour ago
**World Cup Qatar 2022: Opening Ceremony**



**#Disenchanted** 💀
Original movie now streaming
▶ Promoted by Disney+

← **Tweet**

⟲ **Kate** Retweeted

 **Vanessa M.**
@dakonessa_29                                    ⋯

Por Deus, essa mulher tá muito gata com esse uniforme de paramédica! 🤙 🔥

Translate Tweet



3:37 PM · Aug 6, 2022 · Twitter for iPhone

**9** Retweets    **1** Quote Tweet    **43** Likes

💬          ⟲          ♡          ⬆️

 Tweet your reply                              **Reply**

---

**Relevant people**

 **Kate**                              **Follow**
@girlfromaspen
I dislike negativity so unless I follow you, your replies aren't welcome on my tweets.

**Vanessa M.**                              **Follow**
@dakonessa_29
"This isn't vanity. This is art"

**What's happening**

Formula 1 · Starts tomorrow
**Abu Dhabi Grand Prix 2022**              

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶️ Promoted by Uber

Trending in United States
**tommys**                                        ⋯

Sports · Trending
**Andrel Anthony**                              ⋯

Trending in United States
**Welcome Back Kotter**              ⋯

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

 Search Twitter

**Perkowski Legal P.C.** ⋯
@c_perkowski

← **Tweet**



**Türkçe**
@turkce

···

Leonardo DiCaprio ve Jennifer Lawrence başrollü Netflix filminin setinden yeni görüntüler paylaşıldı: Netflix'in yıldızlarla dolu yeni filmi Don't Look Up filminin setinden yeni görseller yayınlandı. Başrolünde Leonardo DiCaprio ve... dlvr.it/Rr3zBX #Türkçe #Teknoloji

Translate Tweet



11:47 AM · Jan 21, 2021 · dlvr.it

**2** Likes



Tweet your reply

Reply

---

**Relevant people**



**Türkçe**
@turkce

Follow

Gazete ve dergilerden Türkçe Haberler, Son Dakika, Spor, Magazin, Teknoloji, Sinema Haberleri. İletişim ve iş birliği için: turkcemag@gmail.com

**What's happening**

FIFA World Cup · 4 hours ago
**Mexico vs Poland**



**#AvatarTheWayOfWater**🔵
Get tickets now - In theaters December 16
📷 Promoted by Avatar

Trending in California
**Lucas**
153K Tweets

···

Chain restaurants · Trending
**Hooters**
6,500 Tweets

···

Entertainment · Trending
**Tarantino**
Trending with Simu Liu, Anthony Mackie

···

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski   ···

__ https://twitter.com/tender_DMJ/status/1131324701974962178 __ at __ 2022-11-19 21:46:49 -08:00

← **Tweet**

 **DAKOTA** 💜💙
@tender_DMJ

···

**HER HAIR** 😍



3:23 PM · May 22, 2019 · Twitter for iPhone

**3** Retweets   **17** Likes

💬          ⇄          ♡          ⬆️

 Tweet your reply                              Reply

---

🐦 Home

# Explore

🔔 Notifications ①

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

🔍 Search Twitter

### Relevant people

 **DAKOTA** 💜💙     Follow
@tender_DMJ

Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

### What's happening

Television · 1 hour ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
 Promoted by Uber



__ https://twitter.com/aassemblebr/status/1556778347874717698 __ et __ 2022-11-21 15:35:46 -08:00



Perkowski Legal P.C.
@c_perkowski





← **Thread**

🔍 Search Twitter

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Taverna Marvel | Fan-Club**
@TavernaMarvel

⋯

RUMOR!!

Yelena Belova (Florence Pugh), Valentina (Julia Louis-Dreyfus) e The Hood (Anthony Ramos) supostamente aparecerão no filme dos Thunderbolts da Marvel Studios

O filme tem estreia marcada para 26 de Julho de 2024.



8:10 AM · Aug 31, 2022 · Twitter Web App

**4** Retweets   **1** Quote Tweet   **50** Likes

💬          🔁          ♡          ⬆️

P   Tweet your reply          **Reply**

**Taverna Marvel | Fan-Club** @TavernaMarvel · Aug 31
Replying to @TavernaMarvel
Via:

reddit.com
[Tales From The Mod Queue] I can't wait for D23 a...
***Hello True-be-leakers!*** Welcome back to another Tales from the Mod Queue! D23 and ...

💬          🔁          ♡ **2**          ⬆️

**Ronald** @TheRoninBR · Sep 1
Replying to @TavernaMarvel
Yelena e Valentina já eram esperadas

💬          🔁          ♡          ⬆️

**Perkowski Legal P.C.**
@c_perkowski     ⋯

## Relevant people

**Taverna Marvel | Fan-...** 
@TavernaMarvel          **Follow**
Portal focado no universo da Marvel.
Todas as notícias e informações você
encontra aqui. Ative as notificações 🔔
📽️Contato:
tavernamarvel@gmail.com

## What's happening

NFL · Yesterday
**Lions at Giants**

Music · Trending          ⋯
**Billy Joel**
1,250 Tweets

Only on Twitter · Trending          ⋯
**#乐鱼体育**
228K Tweets

Trending in United States          ⋯
**#AMAs** 🔥
Trending with soobin, sabrina

Music · Trending          ⋯
**#DavidoAt30**
70.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

Search Twitter

⟲ Fuera de Plano Retweeted

**Wonder Worlds - #Hawkeye**
@Wonderworldsok                                    ...

Algunas fotos más del detrás de escena 🤯

#PowerpuffGirls

Translate Tweet



3:39 PM · Apr 7, 2021 · Twitter for Android

**7** Retweets    **3** Quote Tweets    **34** Likes

💬          ⟲          ♡          ⬆

P    Tweet your reply                    Reply

**Relevant people**

FUERA DE PLANO
**Fuera de Plano**        Follow
@FueraPlano
Amantes del cine y las series. Noticias, recomendaciones, reseñas, sorteos y más! Twitch: twitch.tv/fueradeplanoli...

**Wonder Worlds - #H...**    Follow
@Wonderworldsok
Medio especializado en cine y series 🎬📺 @_nacshin 💚@Valeryvichiraco Noticias, reseñas, informacion, concursos...todo eso y mucho más 👇

**What's happening**

NFL · LIVE
**Cowboys at Vikings**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in California                    ...
**Rest In Peace**
59.3K Tweets

Trending in California                    ...
**#FIFAWorldCup** 🏆
Trending with #AMAs 🔥

Politics · Trending                    ...
**LGBTQ**
Trending with Colorado Springs, AR-15

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

← Tweet

**La Ligue Des Nakamas**
@LLDNofficiel

Nick Fury et Maria Hill dans #CaptainMarvel



8:44 AM · Jan 22, 2018 · Twitter for Android

**2** Retweets   **17** Likes

Relevant people

**La Ligue Des Nakamas**    Follow
@LLDNofficiel
Page officielle de La Ligue Des
Nakamas Tipee : cpc.cx/oxe Twitch :
m.twitch.tv/lldnofficiel/p...

What's happening

FIFA World Cup · 35 minutes ago
**USA vs Wales**

Lovecraft Country · Trending
**Lovecraft Country**
Trending with #Blade, Yann Demange

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,033 Tweets

Music · Trending
**Ciara**
16.5K Tweets

Trending in United States
**Trent Reznor**
7,446 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply    Reply

**La Ligue Des Nakamas** @LLDNofficiel · Jan 22, 2018
Plusieurs sites disent que c'est Captain Marvel d'autres disent que c'est Avengers 4

**Jordan Tibi** @JordanTibi · Jan 22, 2018
Replying to @LLDNofficiel
alors pourquoi il a son bandeau le Nick ?

**La Ligue Des Nakamas** @LLDNofficiel · Jan 22, 2018
Replying to @JordanTibi
Peut être une scène où Captain Marvel fait sont retour , la scène se passerait après le Flash-back

Show replies

**Nico 😊** @Le_BeauBilly · Jan 22, 2018
Replying to @LLDNofficiel
Je suis vraiment curieux pour ce film. C'est un personnage auquel j'en connais très peu, sans trop m'y interresser avai dire. Mais j'ai hate de voir ce que sa peut donner. L'ariver du "Cosmic" dans le MCU vz faire du bien et ouvrir de nouvelles voies interrressantes.

**RED** @CaptainBigIdln · Jan 22, 2018
Replying to @LLDNofficiel
Ça fait plaisir de revoir Nick Fury !

**TANG** @TANG_2022 · Jan 22, 2018
Replying to @LLDNofficiel

I'VE GOT MY EYE ON YOU.
GIF

**RealSlachi 🇪🇸 (DGM)** @RealSlachi · Jan 22, 2018
Replying to @LLDNofficiel
a se qui parait ca serait pr la scene post générique de avengers 3 vy qye le tournage de cap marvel a pas commencé

**La Ligue Des Nakamas** @LLDNofficiel · Jan 22, 2018
Replying to @RealSlachi
La scène post générique peut toujours être réutiliser dans le film , comme celle d'Ant-Man dans Civil War

**RealSlachi 🇪🇸 (DGM)** @RealSlachi · Jan 22, 2018
Replying to @RealSlachi
mais je valide de ouf  vive Nick Fury et Maria Hill ahah

---

**Perkowski Legal P.C.**
@c_perkowski

— https://twitter.com/teleaudiencias/status/1410168734703050755 __ at __ 2022-11-22 11:04:41 -08:00

Case 2:22-cv-09462-DMG-ADS    Document 1-25    Filed 12/30/22    Page 68 of 101    Page ID #:2429

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← **Tweet**

**Teleaudiencias**
@teleaudiencias

Jennifer López y Ben Affleck; ¡¡están juntos❤️!! La cantante y el actor se han dado una nueva oportunidad 20 años después de su primer romance. Han sido fotografiados dándose un beso en Malibú, durante la fiesta del cumpleaños de la hermana de JLo. wp.me/pa7l1P-4Z3

Translate Tweet



2:30 AM · Jun 30, 2021 · TweetDeck

**4** Likes

Tweet your reply

Reply

Show more replies

**Perkowski Legal P.C.**
@c_perkowski

Q Search Twitter

**Relevant people**

**Teleaudiencias**
@teleaudiencias
Follow
Audiencias, noticias, opinión, entrevistas, estrenos, tv, cine, música y deportes y +51.000 en instagram!
TvTeleaudiencias.wordpress.com

**What's happening**

FIFA World Cup · 1 hour ago
**Mexico vs Poland**

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in California
**Mexicans**
13.6K Tweets

Trending in United States
**Ochoa**
Trending with #MEXPOL, Lewandowski

Celebrities · Trending
**Tom Hanks**
4,852 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/_Margvel/status/1556747535313674240 __ at __ 2022-11-21 06:13:56 -08:00 __

← **Tweet**

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



**Margvel** 🐾
@_Margvel

···

📸 Primer vistazo a Anthony Ramos como The Hood en 'IRONHEART' ❤️



2:01 PM · Aug 8, 2022 · Twitter for iPhone

**1** Retweet   **57** Likes

**Relevant people**



**Margvel** 🐾
@_Margvel

Follow

Humor, información y updates del Universo Marvel | 🏆 contactomargvel@gmail.com | #SheHulk #IAmGroot

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**



Events · Trending
**LGBT**
204K Tweets

···

Trending in United States
**Maguire**
Trending with Luke Shaw

···

Music · Trending
**Kelly Rowland**
20.4K Tweets

···

Trending in United States
**Schiff**
63.5K Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply

Reply



**Perkowski Legal P.C.**
@c_perkowski
···

Search Twitter

← **Tweet**

STƏRK 🗡
@stark_fooz

so fine, he's just so fine 💢

#ChrisEvans



1:52 PM · Oct 13, 2022 · Twitter for iPhone

**2** Likes

Tweet your reply          **Reply**

KK's_FullFledged_GF🔥 ❤ @diva_188 · Oct 13
Replying to @stark_fooz
Mera captain 😭😭❤❤❤
1                    1

STƏRK 🗡 @stark_fooz · Oct 13
Replying to @diva_188



GIF  ALT

KK's_FullFledged_GF🔥 ❤ @diva_188 · Oct 13
Replying to @stark_fooz
Kitna young lagta hai 😭😭❤❤❤
1

KK's_FullFledged_GF🔥 ❤ @diva_188 · Oct 13
Replying to @stark_fooz
Aur sundar !❤
1

Perkowski Legal P.C.
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

STƏRK 🗡
@stark_fooz                    **Follow**
LUCK AND LOVE AIN'T MY STRONGEST SUIT
:)) ALSO, AFTER 2AM, I ONLY STAN UNHEALED
HEARTS♡

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

#AvatarTheWayOfWater 🎬
Get tickets now - In theaters December 16
Promoted by Avatar

Business and finance · Trending
**#massshooting**
1,514 Tweets

Trending in United States
**Erection**
21.6K Tweets

Trending in California
**Costco**
6,174 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/1dinsidereport/status/1174900611923381792 __ at __ 2022-11-21 15:50:59 -08:00 __

← **Tweet**

Q Search Twitter

**1DIR**
@1DInsideReport

Harry out and about in LA today! (9/19)



9:18 PM · Sep 19, 2019 · Twitter for Android

**15** Retweets   **1** Quote Tweet   **54** Likes

Tweet your reply

Reply

## Relevant people

**1DIR**
@1DInsideReport

Follow

Giving you latest news and updates everything about 1D & solos! (EST. 2012) Credits to the owners of the content we post. Inquiries: onedinside_report@yahoo.com

## What's happening

NHL · Starts tomorrow
**Oilers at Devils**

Entertainment · Trending
**Chrisley**
3,424 Tweets

Sports · Trending
**Mexico City**
13.6K Tweets

Trending in United States
**Combat Mode**
1,399 Tweets

Trending in United States
**Booger**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/filmsbymeche/status/1295202518482464768 __ at __ 2022-11-20 23:55:19 -08:00 __

← **Tweet**

Q Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

⇄ 🔁 Retweeted

**best of emma stone**
@badpostestone                              ⋯

yeah....



11:40 AM · Aug 16, 2020 · Twitter for Android

**42** Retweets   **1** Quote Tweets   **444** Likes

💬        ⇄        ♡        ⬆️

Ⓟ   Tweet your reply            Reply

### Relevant people



🀄🀄
@filmsbydelrey
multifandom ✧⋆｡                    Follow



**best of emma stone**
@badpostestone                     Follow
daily pictures, gifs and videos of
academy award winner, emma stone

### What's happening

NFL · 3 hours ago
**Chiefs at Chargers**

**#Disenchanted** 😈
Original movie now streaming
▶️ Promoted by Disney+

Music · Trending
**Lionel Richie**
3,294 Tweets

Trending in United States
**Bob Iger**
Trending with Disney, Chapek

Trending in United States
**#AMAs** 🎤
4.73M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

**Tweet**



Perkowski Legal P.C.   ⋯
@c_perkowski

— https://twitter.com/ClickySound/status/1280905585270161408 __ at __ 2022-11-22 21:33:30 -08:00 __

← **Tweet**

 **Clicky Sound**
@ClickySound

…

clickysound.com/tiffany-haddis…   View this post on Instagram I cut all my hair off cause I want to see my Scalp . I know my whole body I know whe…



9:44 AM · Jul 8, 2020 · Clicky Sound

 **Perkowski Legal P.C.**
@c_perkowski …

 Tweet your reply                Reply

Q Search Twitter

**Relevant people**

 **Clicky Sound**
@ClickySound                   Follow
Photography at its Best!

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

#AvatarTheWayOfWater

---

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

**Tweet**

https://twitter.com/modareforma/status/1573385758362173443 __ et __ 2022-11-22 21:58:29 -08:00

← Tweet

 Reforma Moda! ···
@modareforma

Y @kimmamona lista para el #desfile de @dolcegabbana en @MilanWeek @mazadavid #dgcelebs

Translate Tweet



11:56 AM · Sep 23, 2022 from Benito Juárez, Distrito Federal · Twitter for iPhone

**1** Retweet  **4** Likes

💬     ⇄     ♡     ⬆

Tweet your reply       Reply

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

 Perkowski Legal P.C. ···
@c_perkowski

🔍 Search Twitter

**Relevant people**

 Reforma Moda!   Follow
@modareforma
La tía Paz Arela, en su particular estilo, comenta todas las novedades de la moda nacional e internacional.

 kimkardashian   Follow
@kimmamona

 Dolce & Gabbana ✓   Follow
@dolcegabbana

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🧜
Get tickets now · In theaters December 16
📽 Promoted by Avatar

Trending in California
**Costco**
5,793 Tweets

Trending in United States
**Erection**
17.1K Tweets

Business and finance · Trending
**Chesapeake**
24.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

**Miley Cyrus Updates** ▫
@MileyCyrusBz

···

Miley was spotted last night out with friends but we couldn't help but notice how cosy it looks with Yungblud 👀



🐾 Miley Cyrus

3:00 PM · Mar 26, 2021 · Twitter for iPhone

**17** Retweets   **4** Quote Tweets   **81** Likes

💬            🔁            ♡            ⬆️

[P] Tweet your reply                                        **Reply**

🌸 @letsjumpthesun · Mar 26, 2021            ···
Replying to @MileyCyrusBz and @MileyCyrus
How can she be sweet & sexy at the same time?

💬            🔁            ♡            ⬆️


**Perkowski Legal P.C.**
@c_perkowski                          ···

---

🐦

🏠 Home

# Explore

🔔 Notifications ①

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

---

🔍 Search Twitter

**Relevant people**


**Miley Cyrus Updates** ▫     **Follow**
@MileyCyrusBz
Fan account | Copyright belongs to the respective owners | @MileyCyrus follows 💕

**Miley Cyrus** ✔           **Follow**
@MileyCyrus
M-CEO of Twitter 💙🕺

**What's happening**



FIFA World Cup · [LIVE]
**Senegal vs Netherlands**

Music · Trending                      ···
**Ciara**
5,903 Tweets

Trending in United States              ···
**Senegal**
Trending with De Jong, #SENNED

Sports · Trending                      ···
**Billy Wagner**

YU-GI-OH! · Trending                   ···
**Mystic Mine**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**



This Tweet is from a suspended account. Learn more

**Frederic** @fredcyruxxx · Jan 18, 2021
Replying to @MileyUpdates
ANGELS LIKE YOU MV OMG
♡ · ↻ · ♡ 13 · ⬆

**alejandra** @miasanale · Jan 18, 2021
Replying to @MileyUpdates
if it is angels like you video I could die
♡ · ↻ · ♡ 57 · ⬆

**Mileyjr.** @SureWitsr · Jan 19, 2021
Replying to @miasanale and @MileyUpdates
Me too😭
♡ · ↻ · ♡ · ⬆

**DiViNa** @DiViinA_ · Jan 18, 2021
Replying to @MileyUpdates
My babyyyyyy😍😍😍
♡ · ↻ · ♡ · ⬆

**DiViNa** @DiViinA_ · Jan 18, 2021
Replying to @MileyUpdates
Malibu 2.0 😭😭😭😭😭😭😍😍💔💔💔
♡ · ↻ · ♡ · ⬆

**DiViNa** @DiViinA_ · Jan 18, 2021
Replying to @MileyUpdates
There is a perfume
♡ · ↻ · ♡ · ⬆

**axbq** @Mansars_ · Jan 18, 2021
Replying to @MileyUpdates
ANGELS LIKE YOU MV WE WON
♡ · ↻ · ♡ 1 · ⬆

**Danny** 🥀 @ohnoitsdaninny · Jan 18, 2021
Replying to @MileyUpdates
Please please be ANGELS LIKE YOU
With a big budget pleaseee
♡ · ↻ · ♡ 15 · ⬆

**Ally** 🌺🐢💃🌵 @selmasrarenness · Jan 19, 2021
Replying to @MileyUpdates
ANGELS LIKE YOU MV IS COMING WE WON
♡ · ↻ · ♡ · ⬆

**Alex** 🖤 @Bardieboyal · Jan 18, 2021
Replying to @MileyUpdates
Does anyone have that glamorous Miley fancam?
♡ 1 · ↻ · ♡ · ⬆

🦋 @talia1172857 3 · Jan 18, 2021
Replying to @Bardieboyal and @MileyUpdates
twitter.com/greekjupiter/s...
♡ · ↻ · ♡ · ⬆

This Tweet is from a suspended account. Learn more

**Luma Iuminha** @lumdoc · Jan 19, 2021
Replying to @MileyUpdates
a miley ela
♡ · ↻ · ♡ · ⬆

**Jesús Novio De Miley** ✨ @jesusscyrus · Jan 18, 2021
Replying to @MileyUpdates
DIOSAAAAAA
♡ · ↻ · ♡ 1 · ⬆

**Minsito** @minsitobaby · Jan 19, 2021
Replying to @MileyUpdates and @andresmorado
Never be me music video
♡ · ↻ · ♡ · ⬆

**DUA IS COMING** @disiconostalgia · Jan 18, 2021
Replying to @MileyUpdates
either angels like you or plastic hearts mv
♡ · ↻ · ♡ 2 · ⬆

**Gizem Doğan** @doan_gizem555 · Jan 18, 2021
Replying to @MileyUpdates
She is so beautiful 😍
♡ · ↻ · ♡ 1 · ⬆

**Gabriel Paiva Rosa** @Pequefucho · Jan 18, 2021
Replying to @MileyUpdates
@mcreoneluiz
♡ · ↻ · ♡ 1 · ⬆

**PopCultureSucker** 🎃 @bruuutwitts · Jan 19, 2021
Replying to @MileyUpdates and @stateofsouvenir
Gucci campaign 🤭🤭
♡ · ↻ · ♡ · ⬆

**mustafa the Zlut - Midnights TS era**🎤 @Reghefaoui_ · Jan 19, 2021
Replying to @MileyUpdates
Omg Malibu 2.0 😍😍😍
♡ · ↻ · ♡ · ⬆

**Irene** 🌹 **Ivs vera** @buzzfirepurpose · Jan 19, 2021
Replying to @MileyUpdates
ANGELS LIKE U MV
♡ · ↻ · ♡ · ⬆

**jp** @darkrepsummer · Jan 19, 2021
Replying to @MileyUpdates
WTF DO I I KNOW MV omg

This media has been disabled in response to a report by the
copyright owner.

From jp
♡ · ↻ · ♡ · ⬆

**Miley Cyrus Promo** 💕 @MileyPromoter · Jan 18, 2021
Replying to @MileyUpdates
She looks so beautiful 😍
♡ · ↻ · ♡ · ⬆

**tylah** @tylahhf · Jan 18, 2021
Replying to @MileyUpdates
dying at the 3rd pic - meme value
♡ · ↻ · ♡ · ⬆

**Rxfcx** @lauregui_Samp · Jan 18, 2021
Replying to @MileyUpdates
Omgggg
♡ · ↻ · ♡ · ⬆

**Rxfcx** @lauregui_Samp · Jan 18, 2021
Replying to @MileyUpdates
Malibu 2.0 😍
♡ · ↻ · ♡ · ⬆

**juana** @lightermic · Jan 18, 2021
Replying to @MileyUpdates

__ https://twitter.com/agfotosevideos/status/1384876134995800084 __ at __ 2022-11-21 01:51:38 -08:00 __

Twitter

# Tweet



**ATENÇÃO GEEK | Mídia**
@agfotosevideos

···

## Fotos dos bastidores de Sonic 2 #SonicTheHedgehog2 📷 @TailsChannel




7:26 AM · Apr 21, 2021 · Twitter for Android

**1** Retweet   **4** Likes

Tweet your reply

 Tweet your reply      Reply

### Relevant people

 **ATENÇÃO GEEK | Mídia**    Follow
@agfotosevideos
Conta para fotos e vídeos dos bastidores do mundo do entretenimento. Conta oficial: @atencaogeek

 **Tails' Channel**    Follow
@TailsChannel
The #SonicNews Leader. The Unbreakable Run. ✨
discord.gg/tailschannel ✨
tailschannel.tumblr.com ✨
TailsChannel.com

### What's happening

NCAA Men's Basketball · Yesterday
**Cavaliers at Fighting Illini**


Trending in United States   ···
**Hive**
50.1K Tweets

Trending in California   ···
**#BLACKPINK_WORLDTOUR**
59.9K Tweets

Music · Trending   ···
**#DavidoAt30**
68.6K Tweets

Trending in United States   ···
**#TheWalkingDead**
Trending with Rick Grimes, #TWDFinale

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

 **Perkowski Legal P.C.**   ···
@c_perkowski

← **Tweet**

**MARVELVERSEGEEK**
@MARVELVERSEGEEK

···

Adam Scott on the set of Madame web
-
Via @JustJared
-
#adamscott #MadameWeb



5:17 AM · Jul 29, 2022 · Twitter for Android

**1** Like

Tweet your reply

Reply

## Relevant people

**MARVELVERSEGEEK**
@MARVELVERSEGEEK
- EVERYTHING ABOUT MARVEL NEWS| RUMORS| UPDATES

Follow

**JustJared.com** ✓
@JustJared
Your #1 Entertainment Authority Also follow @jaredeng @justjaredjr

Follow

## What's happening

FIFA World Cup · 25 minutes ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧙
Original movie now streaming
📺 Promoted by Disney+

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Tommy

Only on Twitter · Trending
**RIP JDF**
3,621 Tweets

Trending in United States
**Offsides**
5,534 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

___ https://twitter.com/ImexIIG/status/13960681593634242456 ___ el ___ 2022-11-22 11:20:51 -08:00

2022-22-cv-09462-DMG-ADS    Document 1-25    Filed 12/30/22    Page 79 of 101    Page ID #:2440



# Tweet

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**



Perkowski Legal P.C.
@c_perkowski

---

الاحداث حول العالم | 🇸🇦
@ImexIIG

أول اطلالة للممثل مارك والبيرغ بعد تحول وزنه الملفت ‼️😳

Translate Tweet

4:39 AM · May 22, 2021 · Twitter for iPhone

2 Retweets    44 Likes

Tweet your reply    **Reply**

٠٠٠٠٠ 🫧 @HouseLake_ · May 22, 2021
Replying to @ImexIIG
شسوا بنفسه!!

مـحـمـد الفـاضـل @MohamedAlfadhel · May 22, 2021
Replying to @ImexIIG
يشبه له يا شيخ

فارس العتيبي @farisalotiby · May 22, 2021
Replying to @ImexIIG
رهيب هالممثل يمشي على مايقابله دور الفلم اللي يشتغل عليه . اتوقع انه يباخذ الاوسكار

كوينق @_Her6 · May 22, 2021
Replying to @ImexIIG
دولو وش ياكلون 😊

Grwash | قرواش @Grwash_ · May 22, 2021
Replying to @_Her6 and @ImexIIG
أعتقد أنه دور له في فيلم

Abo Lama | ياسر الخطيب @Yasser_t_k · May 22, 2021
Replying to @ImexIIG
اوووووف 😂😂😂

Peace | ج س ن ج @ha_11_sn · May 22, 2021
Replying to @ImexIIG and @photo_says
هي واقفة عليه لوحدة 🤣 كل شي بهالدنيا تتغير

This Tweet is from a suspended account. Learn more

صالح. @x9a356 · May 22, 2021
Replying to @Aun202000 @ImexIIG and @mrfq4
كان كذا

---

**Relevant people**

الاحداث حول العالم | 🇸🇦    **Follow**
@ImexIIG
أجمل منصة ترفيهية لأخبار و احداث النجوم والمشاهير حول العالم | الخاص للدعاية و الإعلان

**What's happening**

FIFA World Cup · 1 hour ago
**Mexico vs Poland**

#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in United States
**Ochoa**
Trending with Australia, Poland

Trending in United States
**The Aussies**
2,941 Tweets

Trending in United States
**#BoycottTampax**
5,432 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



← **Tweet**



🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

Lists

👤 Profile

More

**Tweet**

---

**Relevant people**

Jennifer Lawrence Up...
@JenniferUpdates    **Follow**

Your most reliable fan account for Academy Award winner Jennifer Lawrence since 2012. Not affiliated with Jen or her team.

**What's happening**

Perkowski Legal P.C.
@c_perkowski

---

Jennifer Lawrence Updates
@JenniferUpdates

Jennifer Lawrence and Timothée Chalamet on the set of 'Don't Look Up' 🖤



6:47 AM · Feb 8, 2021 · Twitter for iPhone

**141** Retweets   **80** Quote Tweets   **1,790** Likes

---

🅿️  Tweet your reply                           **Reply**

simran @simran_panwar · Feb 8, 2021
Replying to @JenniferUpdates
I feel like we're gonna watch the entire movie through pap pics😭
💬        ♡ 8

Devon McWeeny @5e43af346362473 · Feb 26, 2021
Replying to @JenniferUpdates
Lucky
💬        ♡

Maca 🦋 @macaledes · Feb 8, 2021
Replying to @JenniferUpdates
@roveranoagus
💬 1        ♡

bridget @roveranoagus · Feb 8, 2021
Replying to @macaledes and @JenniferUpdates
ya me mojé
💬        ♡

tinker bell @bellripoll · Feb 8, 2021
Replying to @JenniferUpdates
@lelemansoldo eu vou chorar😭😭😭
💬 1        ♡

mansoldo🧚‍♀️ @lelemansoldo · Feb 8, 2021
Replying to @bellripoll and @JenniferUpdates
meu deus eles são tão preciosos😍😍😍
💬 1        ♡

Ben Clark @BJamesC_ · Feb 8, 2021
Replying to @JenniferUpdates
Get away from Jennifer!
💬        ♡

billy @koochsmooch · Feb 9, 2021
Replying to @JenniferUpdates
pls i love this
💬        ♡

Nasly ✨🇵🇸 @M00nBadoon · Feb 9, 2021
Replying to @JenniferUpdates
Aaaiuuuto 😍
💬        ♡ 1

k @kimberquee · Feb 8, 2021
Replying to @JenniferUpdates
@ynnalxe hahahaha
💬 1        ♡ 1

Ynna @ynnalxe · Feb 8, 2021
Replying to @kimberquee and @JenniferUpdates
haahahahaha we won😭
💬        ♡ 1

Emma Jean @Emmalea29910042 · Feb 8, 2021
Replying to @JenniferUpdates
He is like " I am about to rock this woman's world" in the first pic.
💬        ♡ 14

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

Jennifer Lawrence Updates @JenniferUpdates · Feb 8, 2021
Replying to @purplerainpedro and @gucciguiltywes
2 weeks left!
💬 1        ♡ 1

---

**Music · Trending**
Kelly Rowland
Trending with Chris Brown

Trending in United States
Defunctland
4,262 Tweets

**Music · Trending**
#DavidoAt30
60.7K Tweets

Entertainment · Trending
#RickandMorty 🧪
1,565 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

___ https://twitter.com/tender_DMJ/status/1133752111307644928 ___ at ___ 2022-11-22 21:05:42 -08:00

← **Tweet**

**DAKOTA** 💜💙
@tender_DMJ

···

Where are you lady? It's been a while since we last saw you 🥺



8:09 AM · May 29, 2019 · Twitter for iPhone

**2** Retweets   **25** Likes

💬   ↺   ♡   ⬆️

   Tweet your reply   **Reply**

🔍 Search Twitter

## Relevant people

**DAKOTA** 💜💙   **Follow**
@tender_DMJ

Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

## What's happening

NBA · LIVE
**Lakers at Suns**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Trending in California
**Costco**
5,410 Tweets

# Tweet

## Odd Future Fans
@itsOddFuture

Tyler the Creator and Justin Bieber



12:50 PM · Aug 22, 2017 · Twitter for iPhone

**39** Retweets   **3** Quote Tweets   **284** Likes



Tweet your reply                                          **Reply**

**Young Gutler** @YGutler · Aug 22, 2017
Replying to @itsOddFuture
Cool

**@babychroniclez** · Aug 23, 2017
Replying to @itsOddFuture
Tyler and a fan

## Relevant people

**Odd Future Fans**
@itsOddFuture                          **Follow**

@tylerthecreator fan page - let's just run away from here

## What's happening

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Trending in United States
**#GenshinSpecialProgram**
7,155 Tweets

Entertainment · Trending
**Marvel**
90.6K Tweets

Trending in California
**Epstein**
34.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

— https://twitter.com/popgek/status/1583789867707744226 __ el __ 2022-11-19 20:05:32 -08:00

← **Tweet**

**popgek**
@popgek                                                                    ···

Anne Hathaway ve Nicholas Galitzine, The Idea of You filminin setinde fotoğraflandı.

Harry Styles'dan ilham alınarak yazılan romandan uyarlanacak olan film, bir annenin kızının hayran olduğu erkek müzik grubunun baş solistiyle aşk yaşamasını konu alacak.

Translate Tweet



4:58 AM · Oct 22, 2022 · Twitter for Android

**3** Retweets   **30** Quote Tweets   **253** Likes

💬                🔁                ♡                ⬆️

📄 | Tweet your reply                              Reply

**kextra** @haksizcilik · Oct 22                          ···
Replying to @popgek
Filmin konusu hoşmuş ama Anne Hathaway ne alaka anlamadım. CAST MI BİTTİ

💬 1          🔁          ♡ 1          ⬆️

**Porkatal Porkatal** @Mmantiii · Oct 23                 ···
Replying to @haksizcilik and @popgek
Anne rolüne Anne'yi seçmişler işte. (Mükemmel espri. Çabuk gül. Çabuk.)

💬          🔁          ♡          ⬆️

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

Tweet

**Perkowski Legal P.C.**
@c_perkowski

---

🔍 Search Twitter

### Relevant people

**popgek**                                     Follow
@popgek
Film ve dizi haberleri için 1 numaralı kaynağınız. • Instagram instagram.com/popgek • Discord: discord.gg/zaKsrju

### What's happening

Television · 4 minutes ago
**Saturday Night Live airing on NBC**                                    

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States                        ···
**HE'S BACK**
132K Tweets

Trending in California                           ···
**Blocked**
120K Tweets

Trending in California                           ···
**HELL NO**
44.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**



 **DISNEY FLIX FR**
@disneyflixfr

···

Quelques images du tournage de "Ms. Marvel" la nouvelle série Disney Plus avec l'actrice Iman Vellani qui jouera le rôle de Kamala Khan✨

Translate Tweet



11:11 AM · Nov 20, 2020 · Twitter for iPhone

**2 Likes**

○   ⇄   ♡   ⬆

 Tweet your reply                    Reply

**Relevant people**

 **DISNEY FLIX FR**    Follow
@disneyflixfr

Toutes les dernières informations sur vos films et séries préférées ✨

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**



Trending in United States
**England**
Trending with #ENGIRN, Saka

···

Music · Trending
**Slick Rick**

···

Trending in California
**#boltup** ⚡
5,989 Tweets

···

Events · Trending
**LGBT**
206K Tweets

···

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Search Twitter

**Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/allinitdrews/status/1182804948716765665 __ nl __ 2022-11-22 19:22:44 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-25    Filed 12/30/22    Page ID #:2446

# Tweet

← 

**sam**
@allinitdrews  ···

imagine witnessing justin bieber falling off of a unicycle i don't know what i would do



4:47 PM · Oct 11, 2019 · Twitter for iPhone

**21** Retweets   **5** Quote Tweets   **115** Likes

Tweet your reply                    Reply

**Atif Khan** @AtifKha94655308 · Oct 15, 2019   ···
Replying to @allinitdrews
He did that on purpose

**thescribe212** @thescribe212 · Oct 14, 2019   ···
Replying to @allinitdrews
Like this Biebs...1,2,3 & 4....

1

@pipersayuso · Oct 12, 2019   ···
Replying to @allinitdrews
i would be like: omg honey are you okay? do you need something? something hurts? should i take you to the hospital? tell me anything and i will do it. i am your slave.

1

**let me tell you** @jitendra_50 · Oct 13, 2019   ···
Replying to @pipersayuso @cryneedy and @allinitdrews
Go kiss him already.

1

Show more replies

---

## Relevant people

**sam**
@allinitdrews          Follow
fan account: justin followed 9.14.19

## What's happening

Television · LIVE
**Bachelor in Paradise airing on ABC**



#AvatarTheWayOfWater
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in United States
**RIP Harold**

Trending in United States
**#StayWoke**

Trending in California
**Memo Ochoa**
103K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads Info   More ···
© 2022 Twitter, Inc.

---

**Perkowski Legal P.C.**  ···
@c_perkowski



← **Tweet**



@cravemedia_

1:16 PM · Feb 19, 2022 · Twitter for iPhone

**51** Retweets  **146** Quote Tweets  **529** Likes

Tweet your reply                                    **Reply**

**Dan Bettenhausen** @dhouse77 · Feb 19
Replying to @cravemedia_
See this @Awk041 ?
♡ 1

**clearly specifying Parody** @Awk041 · Feb 19
Replying to @dhouse77 and @cravemedia_

GIF    ALT

Show replies
♡ 7

**Royd** @Astroyd2 · Feb 22
Replying to @cravemedia_
Looking forward to see this when it's done

**Stephanie Waller** @StephanieWW · Feb 20
Replying to @cravemedia_
I can see it. Combine the look with mannerisms and voice, could be a winner.
♡ 2

**Cotton-Headed Addi-Muggins** @AddisonWylie · Feb 19
Replying to @cravemedia_

GIF    ALT

♡ 4

**Michael Darkwolf** @MDarkwolf333 · Feb 20
Replying to @cravemedia_
Anybody else think if he's going to play retro Weird Al he should atleast be wearing the glasses?
♡ 2    ♡ 8

**Duke 'Burrito Haver' Zero** @B_Sputnik · Feb 20
Replying to @MDarkwolf333 and @cravemedia_
how long do you think it takes to apply a set of glasses?
♡ 1    ♡ 41

Show replies

**Eyal Levine** @EyalLevine · Feb 21
Replying to @cravemedia_
Should've been Benedict Cumberbatch
♡ 1

**Brian Eisley** @brianeisley@universeodon.com · Feb 20
Replying to @cravemedia_
He's too muscular. Al has always been tall and thin. Radcliffe is stocky. Doesn't work for the look.
♡ 1    ♡ 2

**Erin Ford** @eflchild42 · Feb 20
Replying to @brianeisley and @cravemedia_
1985... I think they are selling it! And I've met Weird Al... he's more fit than you're giving him credit for.

♡ 1    ♡ 8

**Tricia Sibbald** @sibilate78 · Feb 20
Replying to @cravemedia_
Looks like a bad Halloween costume 😂
♡ 1

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**rebeka rose** @dnss_ex_mandala · Feb 20
Replying to @ka_gravity and @cravemedia_
Why?!? It's exactly the hair they're going for

This Tweet is from a suspended account. Learn more

**Duke 'Burrito Haver' Zero** @B_Sputnik · Feb 20
Replying to @DontTreadOnMee and @cravemedia_
it's a biopic. the reality we live in is not "an idea"
♡ 1    ♡ 16

Relevant people

@cravemedia_    **Follow**
Media account for @FilmUpdates

**What's happening**

NFL · 1 hour ago
Bengals at Steelers

#Disenchanted 🎃
Original movie now streaming
Promoted by Disney+

Sports · Trending
**Patrick Mahomes**
3,382 Tweets

Trending in United States
**#AMAs** 🎤
Trending with acablo, Anitta

The Real Housewives of Potomac · Trending
**John Hopkins**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ∙∙∙
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Perkowski Legal P.C.
@_perkowski



← Tweet

## Relevant people

**1D Updates**
@Live1DNews

Harry out in LA last night - October 6 (Via @hsdcandids )

**Media not displayed**
s image has been removed in response t
report from the copyright holder.

Media not displayed
This image has been removed in response to a
report from the copyright holder.

Media not displayed
This image has been removed in response to a
report from the copyright holder.

11:28 AM · Oct 7, 2020 · Twitter for iPad

**1 Retweet**    **6 Likes**

Tweet your reply

Reply

**1D Updates** — Follow
@Live1DNews
1D Updates. Paul, Andy, and more follow!

**HS Candids** — Follow
@hsdcandids
Follow for HQ candids of HS. Layout by @brightblackdsgn. (Fan Account)

## What's happening

FIFA World Cup · LIVE
**USA vs Wales**

Entertainment · Trending
**Julia Fox**
4,884 Tweets

Trending in California
**Dodger Stadium**
14K Tweets

Trending in California
**Saka**
259K Tweets

Sports · Trending
**Charles Barkley**
5,247 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

**Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/DakotaJBRA/status/1578384399456960000 ___ et ___ 2022-11-20 08:21:56 -08:00 ___ Case 2:22-cv-09462-DMG-ADS    Document 1-25    Filed 12/30/22    Page 88 of 101    Page ID #:2449




**Dakota Johnson Brasil**
@DakotaJBRA

Dakota Johnson foi fotografada ontem a noite, 06, no set de Madame Web em Boston.

dakotajohnsonbrasil.com/galeria/thumbn...



6:58 AM · Oct 7, 2022 · Twitter Web App

**43** Retweets   **23** Quote Tweets   **260** Likes

Tweet your reply                                    Reply

**Dragonball3166** @blacknightcity · Oct 11
Replying to @DakotaJBRA
Where these taken with cellphone? Look like it dslr can get closer with higher quality but pictures what I can make out looks like balckk out shirt under green blanket she has on thank you for sharing

                                                    1

**ChrisHemsworth 🎬 (fan account) Parody** @kipchannel · Oct 7
Replying to @DakotaJBRA
💕

                                                    4

**🍭Blake** @bluenastiess · Oct 11
Replying to @DakotaJBRA
That's Emma Frost from the Series finale of the Flash

                                                    1

**Swaggafilliate** @swaggafilliate · Oct 13
Replying to @bluenastiess and @DakotaJBRA
Emma frost is marvel genius, flash is DC lady.

                                                    1

Show more replies

**Relevant people**

**Dakota Johnson Brasil**    Follow
@DakotaJBRA
Sua primeira, maior e melhor fonte sobre a atriz e produtora Dakota Johnson no Brasil. E-mail para contato: contato@dakotajohnsonbrasil.com

**What's happening**

FIFA World Cup · 21 minutes ago
**World Cup Qatar 2022: Opening Ceremony**



**#Disenchanted** 🦋
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**#RIPLEGEND**

Events · Trending
**The VAR**
27.8K Tweets

Only on Twitter · Trending
**RIP JDF**
3,341 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Search Twitter

__ https://twitter.com/things_marvel/status/1207349647695499284 __ at __ 2022-11-21 03:25:50 -08:00

← **Thread**





Search Twitter

- Home
- Explore
- Notifications (1)
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski


---

**All Things Marvel**
@things_marvel

ภาพใหม่เพิ่มเติมจากกองถ่าย The Falcon and The Winter Soldier



9:19 AM · Dec 18, 2019 · TweetDeck

261 Retweets   5 Quote Tweets   66 Likes

---

**All Things Marvel** @things_marvel · Dec 18, 2019
Replying to @things_marvel
ภาพใหม่เพิ่มเติมจากกองถ่าย The Falcon and The Winter Soldier (2)

BARON ZEMO
@thedanielbruhl

@marvel
@disneyplus

49   12

---

### Relevant people



**All Things Marvel**
@things_marvel   **Follow**

News update for THAI fans of @Marvel Cinematic Universe. อัปเดตข่าวของจักรวาลภาพยนตร์มาร์เวลสำหรับแฟน ๆ ชาวไทย

### What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Music · Trending
**Billy Joel**
1,281 Tweets

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Trending in United States
**#乐鱼体育**
224K Tweets

Trending in United States
**Defunctland**
4,942 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



← **Tweet**

**Robert Littal BSO** ✔
@BSO

Angelina Jolie and The Weekend Spotted At An Upscale LA Restaurant Driving Fans Into A Frenzy (Photos)
bit.ly/3hbnmlb via @jonesj2342



10:28 PM · Jul 1, 2021 · BSO Alert

4 **Retweets**    9 **Quote Tweets**    10 **Likes**

Tweet your reply

Reply


Perkowski Legal P.C.
@c_perkowski

## Relevant people

**Robert Littal BSO** ✔
@BSO
Follow

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**Jasper Jones**
@jonesj2342
Follow

Connecticut born and breed | Broadcast Asdociate @cbssports | Freelance Writer @thecomeback | @UKJAMschool grad | Long-suffering Cowboys fan | @nabj

## What's happening

FIFA World Cup · 2 hours ago
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
📽 Promoted by Avatar

Trending in United States
**Died Suddenly**
101K Tweets

Trending in United States
**#السعوديه_الارجنتس**
1.21M Tweets

Events · Trending
**Dibu**
40.7K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Case 2:22-cv-09462-DMG-ADS   Document 1-25   Filed 12/30/22   Page 92 of 101   Page ID #:2453

← **Tweet**



**AP** ✔
@altapeli

···

Dakota Johnson en imágenes desde el set de #MadameWeb, nueva película del universo #SpiderMan.



7:17 AM · Aug 9, 2022 · Twitter Web App

**20** Retweets   **82** Likes

   

🗨     ⟲     ♡     ⬆

   Tweet your reply                 Reply

🔍 Search Twitter

## Relevant people



**AP** ✔                          Follow
@altapeli

Cuenta oficial de AltaPeli.com - Cine / Series / Críticas / Noticias / Videojuegos

## What's happening

Formula 1 · Starts tomorrow
**Abu Dhabi Grand Prix 2022**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
📣 Promoted by Uber

Sports · Trending                      ···
**Andrel Anthony**

Trending in California                 ···
**Messi**
332K Tweets

Sports · Trending                      ···
**Leonhard**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications** ①
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski




← **Tweet**

**Infos Séries**
@SeriesUpdateFR    ⋯

Sebastian Stan sur le tournage de 'The Falcon and the Winter Soldier'.



12:00 AM · Sep 20, 2020 · Twitter for Android

**110** Retweets    **17** Quote Tweets    **602** Likes

💬        ⟲        ♡        ⬆️

Ⓟ    Tweet your reply                    Reply

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**Aya** @commeilfaut · Sep 20, 2020    ⋯
Replying to @selmabsi and @SeriesUpdateFR

GIF  ALT

💬        ⟲        ♡ 3        ⬆️

🔍 Search Twitter

**Relevant people**



**Infos Séries**    Follow
@SeriesUpdateFR

Bienvenue sur votre premier compte source français sur toutes vos séries, films et plateformes de streaming préférées. 📧: seriesupdatefr@gmail.com

**What's happening**

NFL · Yesterday
**Cowboys at Vikings**

Lovecraft Country · Trending
**Lovecraft Country**    ⋯
Trending with #Blade, Yann Demange

Trending in United States    ⋯
**Tampax**
17K Tweets

Trending in United States    ⋯
**HOW IS THAT NOT A YELLOW**
1,330 Tweets

Trending in California    ⋯
**Dodger Stadium**
12.4K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Ⓟ    **Perkowski Legal P.C.**    ⋯
@c_perkowski

← Tweet



🇮🇹🇺🇸 **Trixy #TeamEvansOfficial** 🎬🎭🇺🇸🇮🇹  ···
@TheBostoniana
⚙ Automated

Chris filming Red One in Atlanta.

Credit to @cevans_army



9:02 AM · Nov 4, 2022 · Twitter for iPhone

**2** Retweets  **8** Likes

💬        ↻        ♡        ↑



P   Tweet your reply                    Reply

---

🔍 Search Twitter

## Relevant people

🇮🇹🇺🇸 **Trixy #TeamEva...**    Follow
@TheBostoniana
⚙ Automated
I am a Brazilian girl 👧🏻 🇧🇷, (adopted by an Italian 🇮🇹 family) transplanted to the USA in Boston 🇺🇸❤ I loves dogs 🐕💙 @chrisevans @astartingpoint

**Chris Evans Army**    Follow
@Cevans_Army
Chris Evans Fan Page

## What's happening

NBA · 1 hour ago
**Lakers at Suns**

**#AvatarTheWayOfWater**🧿
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States    ···
**Erection**
19.7K Tweets

Trending in California    ···
**Costco**
6,015 Tweets

Business and finance · Trending    ···
**Chesapeake**
37.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
Lists
Profile
··· More

Tweet


**Perkowski Legal P.C.**
@c_perkowski

← **Thread**

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

**Próxcinemente**
@proxcinemente
···

Hailee Steinfeld y Jeremy Renner en la grabación de la serie "HAWKEYE". 🏹💜 #Hawkeye #KateBishop

📷 Vía: @JustJared
Translate Tweet



3:04 PM · Feb 21, 2021 · Twitter for Android

P  Tweet your reply                              **Reply**

**Próxcinemente** @proxcinemente · Feb 21, 2021  ···
Replying to @proxcinemente



Search Twitter

**Relevant people**

**Próxcinemente**
@proxcinemente                 **Follow**
Todas las novedades en el mundo del séptimo arte. 🎬 I Creador: @chuyRM_93 I Contacto: proxcinemente@gmail.com

**JustJared.com**  ✓
@JustJared                     **Follow**
Your #1 Entertainment Authority Also follow @jaredeng @justjaredjr

**What's happening**

Formula 1 · Starts tomorrow
**Abu Dhabi Grand Prix 2022**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Music · Trending                ···
**Chris Brown**
Trending with AMAs

Karim Benzema · Trending        ···
**Benzema**
43.2K Tweets

Trending in United States       ···
**Welcome Back Kotter**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



# Home

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← **Tweet**



🏳️‍🌈 **ANDY JONNY**
@AndresJovannyMa

## Falcón y Soldado del Invierno 😉

Translate Tweet



6:16 PM · Jun 27, 2020 · Twitter for Android

**1** Retweet  **4** Likes

Tweet your reply

Reply



Perkowski Legal P.C.
@c_perkowski

Search Twitter

## Relevant people

 🏳️‍🌈 **ANDY JONNY**
@AndresJovannyMa
Follow

EL PENSAR Y EXPRESAR 💙🧠 Tengo
un canal en YouTube ▶️ ANDY
JONNY 😁

## What's happening

NBA · 30 minutes ago
**Heat at Timberwolves**



Entertainment · Trending
**Died Suddenly**
56.1K Tweets

Trending in California
**Dodger Stadium**
9,857 Tweets

Entertainment · Trending
**#DWTS** 💀
Trending with Charli, Gleb

Music · Trending
**Latto**
33.2K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

← **Tweet**



**Marvlverse.**
@MarvlVersse

Dakota Johnson en el set de #MadameWeb de Sony.



1:39 PM · Jul 26, 2022 · Twitter Web App

**5** Likes



🔍 Search Twitter

**Relevant people**



**Marvlverse.**
@MarvlVersse

**Follow**

Hablaremos de cómics, series, películas y más cosas sobre Marvel.



Tweet your reply    **Reply**



Perkowski Legal P.C.
@c_perkowski

— https://twitter.com/SeriesUpdateFR/status/1363794213884821504 __ et __ 2022-11-22 09:39:50 -08:00

← **Tweet**

**Infos Séries**
@SeriesUpdateFR

· · ·

### Hailee Steinfeld sur le tournage de la série 'Hawekeye'.



2:14 AM · Feb 22, 2021 · Twitter for Android

**55** Retweets    **10** Quote Tweets    **514** Likes

**meyxr** @hlpzw · Feb 22, 2021
Replying to @SeriesUpdateFR
Je l'adore 🥰

♡ 1

**Matt G** @mat_g_54 · Feb 22, 2021
Replying to @SeriesUpdateFR
Je kiffe cette actrice !! Vivement la diffusion

**Jérémie** 🤭 @jrmiejak · Feb 22, 2021
Replying to @SeriesUpdateFR
Tellement hâte de voir la série ; j'aime beaucoup cette actrice ❤️

♡ 2

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Search Twitter

### Relevant people

**Infos Séries**
@SeriesUpdateFR
Follow

Bienvenue sur votre premier compte source français sur toutes vos séries, films et plateformes de streaming préférées. 🎬:
seriesupdatefr@gmail.com

### What's happening

FIFA World Cup · LIVE
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Betty White · Trending
**Betty White**

Trending in United States
**#SeleccionMexicana** 🇲🇽
17.7K Tweets

Politics · Trending
**Ginni Thomas**
21.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/ImexIIG/status/1412014400014388768 __ at __ 2022-11-21 02:26:15 -08:00

← **Tweet**

 الاحداث حول العالم | 🌍
@ImexIIG

جينيفر لوبيز مع خطيبها السابق بن أفليك في نيويورك.

Translate Tweet



4:44 AM · Jul 5, 2021 · Twitter for iPhone

2 Retweets   1 Quote Tweet   25 Likes

Tweet your reply                                    **Reply**

العامرية @bentalawaamer · Jul 5, 2021
Replying to @ImexIIG

الخذلان الذي دمرها تدمير 🙂

Show additional replies, including those that may contain offensive content                          **Show**

Perkowski Legal P.C.
@c_perkowski

🔍 Search Twitter

**Relevant people**

 الاحداث حول العالم | 🌍    **Follow**
@ImexIIG

أجمل منصة ترفيهية لأخبار و احداث النجوم والمشاهير حول العالم | الخاص للدعاية و الإعلان

**What's happening**


NFL · Yesterday
**Lions at Giants**

Trending in United States
**Iran**
Trending with Wales

Trending in California
**#sacramentoproud** 👑

Music · Trending
**#DavidoAt30**
69.3K Tweets

Trending in United States
**#AMAs** 🔥
Trending with soobin, sabrina

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← Tweet

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

**Daily Loud** ✓
@DailyLoud

This man tried to attack Dave Chappelle last night during his performance at the Hollywood Bowl and this was the result •• 😐



8:06 AM · May 4, 2022 · Twitter for iPhone

**446** Retweets **118** Quote Tweets **2,258** Likes

Tweet your reply                                    Reply

Ronnell Duncan @AnthonyDan10 · May 4
I guess Chapelle's security was like....••• 😂

of Chris Rock Will Smith was walking up on

▶

Jay @DHHNM · May 4
The fingernails say it all. 😬

XAON @xaon_o · May 4
Dave's security backstage

▶

Fight back nigga.

BLVCK LORD @MannyOmega_ · May 4
All he saw was

GIF ◀

Tim from NJ @Infinum3 · May 4
Replying to @DailyLoud
Anyone else think that dude looks like Giolate without the tattoos?

GSII @deca10 · May 4
Replying to @himfirm3 and @DailyLoud
How !?

JuanPablo 🇲🇽 @Pablos_Home · May 4
Replying to @DailyLoud
"He was a trans man" - Dave Chappelle 😂😂😂

Joey @JoeyWalilfe · May 4
Replying to @DailyLoud



MAYBE @est_carloso · May 4
Replying to @DailyLoud
Batman be like, new talk!

Dion @ThatGuy_Smoot · May 4
Replying to @est_carloso and @DailyLoud
😂😂😂

Crypto_Cruz @Cruz_Right_Ay · May 4
Replying to @DailyLoud
Imagine getting your ass whooped and charges right afterwards 😂😂😂

Rude6GOD 🥶 @RudeBoyATLWN · May 4
Replying to @DailyLoud
That might fuck around nd be his long lost son 😂😂😂

KNOW_the_LEDGE @kace_s_b · May 4
Replying to @DailyLoud
"Pumba jump up an get beat down"

Landra Applewod @PsworthFreed · May 4
Replying to @DailyLoud
Why he do that?

Show replies

GIGI @Blondeblonde979 · May 4
Replying to @DailyLoud
We used to call that a PHD. Pumpkin Head Deluxe

The Dripless Lord @DirtyCalltel59M · May 4
Replying to @DailyLoud
He kinda look like tb 😂😂

Mighty so @TherealmightysI · May 4
Replying to @DailyLoud
He found out real quick, "I'm not Chris rock"

**Relevant people**

**Daily Loud** ✓
@DailyLoud                     Follow
#1 Source For Hip Hop/Viral News |
Follow Us & Stay Updated | Email For
Promo/Business
TheDailyLoud@gmail.com | Listen To
Our Spotify & Follow Our IG Below ⬇



**What's happening**

NFL · 1 hour ago
49ers at Cardinals

Entertainment · Trending
**Died Suddenly**
67K Tweets

Trending in United States
**Dreamers MV**
160K Tweets

Sports · Trending
**Ty Lue**
7,872 Tweets

Entertainment · Trending
**Sinbad**
1,672 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

← **Tweet**

**Affinity Magazine** ✔
@TheAffinityMag

Kim Kardashian and Pete Davidson were recently spotted together at The Bahamas.

2:30 PM · Jan 6, 2022 · TweetDeck

**12** Likes

Tweet your reply

Reply

## Relevant people

**Affinity Magazine** ✔
@TheAffinityMag
NEXT GEN OF MEDIA

Follow

## What's happening

Television · 1 hour ago
**The Walking Dead airing on AMC**

**#Disenchanted** 🧑‍🦰
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Disney CEO**
Trending with CEO of Disney, Bob Iger

Music · Trending
**Machine Gun Kelly**
2,814 Tweets

Trending in California
**Dodger Stadium**
Trending with Elton John

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Search Twitter


Perkowski Legal P.C.
@c_perkowski