# EXHIBIT B Continued

Case 2:22-cv-09462-DMG-ADS    Document 1-26    Filed 12/30/22    Page 2 of 101    Page ID #:2464

← **Tweet**



Search Twitter

 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

 **Actus Films, Séries et TV**
@actus_films                    ⋯

Images du tournage du film 'Madame Web' de Sony.

Translate Tweet



12:11 PM · Oct 6, 2022 · Twitter for Android

💬        ⟲        ♡        ⬆

P    Tweet your reply                    Reply

---

## Relevant people

**Actus Films, Séries et ...**
@actus_films                    Follow

🎥🎬📺 Toutes les actualités
audiovisuelles françaises et plus (films,
séries et TV)

## What's happening

FIFA World Cup · 3 hours ago
**World Cup Qatar 2022: Opening Ceremony**


#Disenchanted 🪄
Original movie now streaming
🅿 Promoted by Disney+


Trending in United States                    ⋯
**Rest In Peace**
43.5K Tweets

Trending in California                    ⋯
**Shakira**
108K Tweets

Entertainment · Trending                    ⋯
**Morgan Freeman**
180K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

P  **Perkowski Legal P.C.**    ⋯
@c_perkowski

https://twitter.com/RihannaNoBrasil/status/1506701979401302016 __ et __ 2022-11-21 07:52:54 -08:00

Case 2:22-cv-09462-DMG-ADS   Document 1-26   Filed 12/30/22   Page 3 of 101   Page ID #:2465

**Rihanna.com.br** ⚓
@RihannaNoBrasil

Rihanna foi vista no restaurante Giorgio Baldi ontem à noite (22). 😍🧛‍♀️💖



11:38 AM · Mar 23, 2022 · Twitter for Android

**43** Retweets   **17** Quote Tweets   **529** Likes

Tweet your reply

Reply

**Dêivisson** ⚡ @_deiviss0n · Mar 23
Replying to @RihannaNoBrasil
um absurdo ela ser tão linda 😡

1

**new person, same old mistakes** @btrizds · Mar 23
Replying to @RihannaNoBrasil
o pé inchado, mas sempre no salto. belíssima

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**Jhonata** @jhonataolivvei1 · Mar 23
Replying to @Marii_Spears and @RihannaNoBrasil
Gente corajosa, enfim ela pode

1

🔍 Search Twitter

**Relevant people**



**Rihanna.com.br** ⚓
@RihannaNoBrasil

Follow

Rihanna.com.br is a genuine and registered fansite, made by fans. 🇧🇷 Fã-clube e portal de notícias brasileiro sobre a cantora Rihanna. Online desde 2008. 💎

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Music · Trending
**#askmeek**

Trending in United States
**England**
Trending with #FifainuBsc, #ENGIRN

Trending in United States
**USA ML**

Family drama · Trending
**#GilmoreTheMerrier**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
# Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

— https://twitter.com/Starfucks93/status/1316525512295145474 — at — 2022-11-22 15:30:44 -08:00 —

← **Tweet**



**Starfucks 57K**
@Starfucks93

Camila Cabello



4:45 PM · Oct 14, 2020 · Twitter for Android

**6** Retweets   **36** Likes




Tweet your reply

Reply

Q Search Twitter

**Relevant people**



**Starfucks 57K**
@Starfucks93

Follow

M 29 (Paid cumtributes/cocktributes requests)

**What's happening**

FIFA World Cup · 5 hours ago
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🐋
Get tickets now – In theaters December 16
▶ Promoted by Avatar



Celebrities · Trending
**Chris Evans**
6,314 Tweets

Trending in California
**Mexico City**
17.7K Tweets

Betty White · Trending
**Betty White**
2,991 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/StiviDeTivi/status/1396507958645276077 __ el __ 2022-11-20 19:39:13 -08:00
Case 2:22-cv-09462-DMG-ADS Document 1-26 Filed 12/30/22 Page 5 of 101 Page ID #:2467



← **Tweet**

**Relevant people**

**Stivi De Tivi** ✓
@StiviDeTivi

Domingo de no ser #RitaOra, #TaikaWaititi y #TessaThompson...



3:44 PM · May 23, 2021 from Cuauhtémoc, Distrito Federal · Twitter for iPhone

**18** Retweets  **19** Quote Tweets  **153** Likes

Tweet your reply                    Reply

**Isma D Luna** @isma_shocker · May 23, 2021
Replying to @StiviDeTivi
Beso de 3 😂😂

**feroska** @feroska · May 23, 2021
Replying to @StiviDeTivi
Que super envidia!!!

**mareoflores** @mareoflores · May 23, 2021
Replying to @StiviDeTivi
acarai

**JaySquare** @viejoveneno · May 23, 2021
Replying to @StiviDeTivi

GIF | ALT        I SEE...

Show more replies

**Stivi De Tivi** ✓       Follow
@StiviDeTivi

Stivi De TiVi (Enrique Solorzano). AMO las series y el cine. Me encuentras en radio, TV, podcast, revistas, medios digitales y fiestas. Pronombres: Él/Su/Suyo

**What's happening**

NFL · 3 hours ago
Cowboys at Vikings

#Disenchanted 🏰
Original movie now streaming
Ⓟ Promoted by Disney+

Trending in United States
Artist of the Year
25.9K Tweets

Trending in United States
Bob Iger
Trending with Chapek, #Disney

Trending in United States
#AMAs 🔥
Trending with soobin

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Perkowski Legal P.C. •••
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

https://twitter.com/beyhivecombr/status/1529322222223438652 ... st ... 2022-11-21 21:57:17 -08:00
22-cv-09462-DMG-ADS   Document 1-26   Filed 12/30/22   Page 6 of 101   Page ID #2468



Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

UpdateCharts @updatecharts

Rihanna e A$AP Rocky são barrados em clube em Nova York por não serem reconhecidos e precisarem mostrar a identidade.



9:14 AM · Jun 24, 2021 · TweetDeck

**196** Retweets  **210** Quote Tweets  **4,796** Likes

Relevant people

UpdateCharts @updatecharts  Follow
📊 Notícias com uma dose diária de update sempre na sua timeline.
publi: updatecharts@rnyndf.com.br

What's happening
FIFA World Cup · LIVE
France vs Australia

#AvatarTheWayOfWater 🎬
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
Ochoa
Trending with Australia, Ghana

Trending in United States
#BoycottTampax
Trending with Adam Kinzinger

Trending in United States
Saliba
10.6K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter Inc.

Tweet your reply   Reply

Beatricx @fulcramimgt · Jun 24, 2021
Rihanna ta fria ne cotada
Show replies

maju² @meenyselfandi97 · Jun 24, 2021
Replying to @updatecharts
Era só ela abrir o google, pesquisar o nome dela e mostrar para o segurança



brilhou a porra da estrela @annieqwd · Jun 24, 2021
Replying to @updatecharts
isso que dá não fazer música

· 🆀🆀🆀🆀 ☆ @Lucas_kk8t_ · Jun 25, 2021
Replying to @updatecharts
Estão certos. Quem manda ela não lançar música!

C_ @CarolineCovii · Jun 24, 2021
Replying to @updatecharts
foi só a fbri o aqui não kkkkkkkkkkkk

BRASIL FELIZ DE NOVO 🇧🇷 @facilitianasato · Jun 24, 2021
Replying to @updatecharts
Ela vendade a Rihanna é o estava sem ID

Matheus Pires @Matheus_bf12 · Jun 24, 2021
Replying to @updatecharts
isso tudo é pra lançar um novo álbum

🌻🌻☆ ~ 🤍 🌻☆ @dilvidtefany · Jun 24, 2021
Replying to @updatecharts
Sorriso deve tá

book about my life ₊˚ @reiiicanaha0 · Jun 25, 2021
Replying to @updatecharts
"Ah então eu não vou tão famosa assim?!" By Camilla de Lucas kk



glu @wildglulz · Jun 24, 2021
Replying to @updatecharts
vai boborra ninguém mandou ñão lançar álbum

José @yyrodmatton · Jun 24, 2021
Replying to @updatecharts
e ta tudo bem!

beto @fotokpotain · Jun 24, 2021
Replying to @updatecharts
Nisso q da virar revendedora avon

Tinfilantus @Tinfilantus · Jun 24, 2021
Replying to @updatecharts
Rihanna virô tá na hora de lançar música nova, a carreira de revendedora da Mary Kay não trouxe fama

SEMPRE COM ANITTA !🦋 @feliixoxaa · Jun 24, 2021
Replying to @updatecharts
Ela é mais carioca kkk

manu 💚 @nitadiasz · Jun 24, 2021
Replying to @updatecharts
fadinha foi barrada por largar a carreira e ter se tornado desconhecida e namorar um sifoo



Show replies

Igor @Filipe09 · Jun 25, 2021
Imagina se aconteceu isso com a substituta dagui , xeria escândalo q só
Deya kkkk

ceni20x @spifclay · Jun 24, 2021
Replying to @updatecharts
imagina não reconhecer rihanna

From: ceni20x

Lxxis @lovinpinktum · Jun 24, 2021
Replying to @updatecharts
Sem álbum, sem entrada

gal 🦋 @gigafigz · Jun 24, 2021
@natarceoa querendo impedir a lenda

Ronaldo ANITTA VERSIONS OF ME @hucciopraam · Jun 25, 2021
Replying to @updatecharts
A parente que ninguém lembra q existe ⊙

← **Tweet**

**Wociety**
@wociety                                    ···

Grimes'ın sokak stili.

Translate Tweet



6:19 AM · Oct 6, 2021 · Twitter Web App

**4** Quote Tweets    **61** Likes

P  Tweet your reply                          Reply

**mërkül** @mangollina · Oct 6, 2021    ···
Replying to @wociety
Biraz kültürlü görüneyim enter

---

**Relevant people**

**Wociety**
@wociety                          Follow

Moda, yaşam, iç mimari ve
dekorasyondan ilham alan görsel
içerik platformu. 📱
:apple.co/3okBe09Y & bit.ly/3EuLgBf

**What's happening**

FIFA World Cup · **LIVE**
**England vs Iran**

Korean music · Trending        ···
**#CHASE**
5,375 Tweets

Sports · Trending              ···
**Michael Irvin**

Trending in United States      ···
**Oregon**
17.6K Tweets

Trending in California         ···
**Dodger Stadium**
13.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/@MarvelNews/status/1388898203100753588…st. 2022-11-30 07:50:11 08:00  20-cv-09842-DMG-ADS   Document 1-26   Filed 12/30/22   Page 9 of 101   Page ID #2471



https://twitter.com/aassemblebr/status/1552096889444700160 __ el __2022-11-21 08:05:38 -08:00

← **Thread**







Q Search Twitter

**Avengers Assemble BR**
@AAssembleBR                                    ...

📸 Dakota Johnson nos bastidores de #MadameWeb.



6:01 PM · Jul 26, 2022 · Twitter for Android

**18** Retweets   **2** Quote Tweets   **91** Likes

Tweet your reply                                Reply

**Avengers Assemble BR** @AAssembleBR · Jul 26
Replying to @AAssembleBR

> **Avengers Assemble BR** @AAssembleBR · Jul 22
> 🕷️ Vislumbres em melhor qualidade dos trajes do Homem-Aranha em #SpiderManFreshmanYear. #SDCC
> Show this thread
>
> 🕙 1

**Michael** @MrMadFury20 · Jul 26
Replying to @AAssembleBR and @nanfixus
Absolutely gorgeous

🕙 1

Show more replies

**Relevant people**

**Avengers Assemble BR**   Follow
@AAssembleBR
🇧🇷 Fan Account | Sua mais completa fonte de informações sobre o universo Marvel no Brasil. Ativem as notificações!

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Music · Trending
**Slick Rick**

Trending in California
**Dodger Stadium**
Trending with Elton John, #EltonFarewellTour

Trending in United States
**Maher**
22.4K Tweets

Music · Trending
**Kelly Rowland**
20.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⬤ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski                                    ...

Tweet

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@r_perkowski

This Tweet is from a suspended account. Learn more

**karla** @alwaysilhouie · Nov 1, 2020
Replying to @larrybfeirlve
meu deus

**liz** @felsel|live · Nov 1, 2020
Replying to @larrybfeirlve
lol é do proprio harry erkw

**wala** @sunflower_est28 · Nov 1, 2020
Replying to @larrybfeirlve
amem as fotos que são sair do marry de aliança, a herfic ja tá pronta
ou aliança do harry

**lua** @onlybetter · Nov 1, 2020
Replying to @larrybfeirlve
ou aliança do harry

**laur VAI VER O HARRY** @peventafabel · Nov 1, 2020
Replying to @larrybfeirlve
/analise

**ings.** @louish94 · Nov 1, 2020
Replying to @larrybfeirlve
sera q eh o do jack ou ele tá usando a dele aproveitando que o no papel ele
eh casado fk IKKKKK

**kaylseway VIU O LOUIS** @kayryin · Nov 1, 2020
Replying to @louish94 and @larrybfeirlve
follow KAKKKKGAKAGSKSLSK

Show replies

**blue, ¹J- | vegaspete au** @StacyJgl · Nov 1, 2020
ele aproveitou a colocar a dele já que no filme ele também eh casado

**salr's ~ 16 dias pro harry** @louismyslater · Nov 1, 2020
Replying to @larrybfeirlve



From salr's ~ 16 dias pro harry

**clara** @clilive · Nov 1, 2020
Replying to @larrybfeirlve

**letícia** @dikanotwt · Nov 1, 2020
Replying to @larrybfeirlve
sempre em análise tá

from leticia

**hâllll** @cyberfellivc · Nov 1, 2020
Replying to @larrybfeirlve
e

**eric** @hotteverrl4c · Nov 1, 2020
Replying to @larrybfeirlve
Apareceu... uma foto dele , com uma aliança , pouco tempo atrás... ent n
sei...

**alana ✿** @sunmiewalic · Nov 1, 2020
Replying to @larrybfeirlve
tmj sera

**MaCla** @mahamarosiddon · Nov 1, 2020
Replying to @larrybfeirlve
KAKAKAKAKAKAKAKAKAKA

**SAMUELSUNSET** · Nov 1, 2020
Replying to @larrybfeirlve
Provavelmente pq ele ta np figurino né

**Naju|| fan account** @VRedarryski · Nov 1, 2020
Replying to @larrybfeirlve
Da mesma pergunta do quem é a foto vem aí de quem é a aliança

**Faith in Adriana's Future (fan account)...** @adrianap... · Nov 1, 2020
Replying to @larrybfeirlve
Acho que é do personagem mas...



**jessie ♡** @sunflowerot · Nov 1, 2020
Replying to @larrybfeirlve
fica a pergunta é dele ou do personagem? eu chuto na primeira

**arl.** @beautyfvloulac · Nov 1, 2020
Replying to @larrybfeirlve
análise

**@ @prideharryx** · Nov 1, 2020
Replying to @larrybfeirlve
ele mandou dm dizendo que tava aproveitando a dele lol

**sophel ♡ MLBXS SPOILERS** @rdedddin · Nov 1, 2020
SIM EKUEMMEEMMKS

**any** @louisatswift · Nov 1, 2020
Replying to @larrybfeirlve
ele acabou de me avisar que é do harry mom

https://twitter.com/soygerardcortez/status/1519873648756084738 __el__ 2022-11-21 23:41:24 -08:00

# Tweet

**Gerard Cortez**
@SoyGerardCortez

Gigi y Bella Hadid en el Prince's Trust Gala en Nueva York 💗 Vivo por el Valentino de Gigi.



7:58 PM · Apr 28, 2022 · Twitter for iPhone

**39** Retweets **14** Quote Tweets **760** Likes

Tweet your reply                                    **Reply**

**elsacasas** @elsacasas · Apr 28
Replying to @SoyGerardCortez
A mi me fascina Bella! #FashionPress
♡ 1                                              ♡ 2

@dearlittlemouse · Apr 28
Replying to @elsacasas and @SoyGerardCortez
Totalmente!
♡ 1

**Sal\laroon5** @samarabv30 · Apr 28
Replying to @SoyGerardCortez
Mis dos personalidades conviviendo 🥵🥵🥵🥵
♡ 1                                              ♡ 2

**Ema Durado** @EmaDurado · Apr 28
Replying to @SoyGerardCortez
Gigi 💜

Get the shoes, bb
Get the shoes

GIF  ALT
♡ 2

**Yo Soy Leo** 🏳️‍🌈🇦🇷 @_ArtePop · Apr 28
Replying to @SoyGerardCortez
Estamos calentando motores 🔥🔥 que la fiesta ya va a comenzar
#metgala2022

GIF  ALT
♡ 1

**Perkowski Legal P.C.**
@c_perkowski

---

## Sidebar

**Relevant people**

**Gerard Cortez**                          Follow
@SoyGerardCortez
Periodista de moda y cultura pop. TV
Host y guionista. Amarás mi YouTube.
No binarie. Inmigrante. Contacto
Gerardcortez@gmail.com (El-he, ella-
she, elle-they)

**What's happening**

NFL · 3 hours ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
73K Tweets

Trending in California
**Mexicans**
6,754 Tweets

Trending in United States
**Trent Reznor**
23.1K Tweets

Trending in United States
**August Alsina**
Trending with Jada, #TheSurrealLife

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

← **Tweet**

 **Stranger Things Brasil**
@strangertbr

Winona Ryder, David Harbour, Dacre Montgomery e Cary Elwes no set de gravações da 3 temporada de Stranger Things. (Via: @JustJared)



Media not displayed
This image has been removed in response to a report from the copyright holder.

Media not displayed
This image has been removed in response to a report from the copyright holder.

Media not displayed
This image has been removed in response to a report from the copyright holder.

Media not displayed
This image has been removed in response to a report from the copyright holder.

11:54 AM · Jun 12, 2018 · Twitter for iPhone

63 Retweets    11 Quote Tweets    326 Likes

 Tweet your reply

**Reply**

This Tweet was deleted by the Tweet author. Learn more

 **fish** @fishpvps · Jun 13, 2018
Bob ficaria triste

### Relevant people

 **Stranger Things Brasil** ✓    **Follow**
@strangertbr

Sua melhor fonte de notícias sobre a série #StrangerThings no Brasil e no mundo! Para parcerias, nos chame na DM | Fan Account.

 **JustJared.com** ✓    **Follow**
@JustJared

Your #1 Entertainment Authority Also follow @jaredeng @justjaredjr

### What's happening

FIFA World Cup · 1 hour ago
**USA vs Wales**

Sports · Trending
**Mexico City**
12.7K Tweets

Trending in United States
**Tampax**
13.6K Tweets

Trending in California
**Telemundo**
7,765 Tweets

Trending in United States
**Mr. Fierro**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski






Perkowski Legal P.C.
@c_perkowski



**Relevant people**

Timothée Chalamet ... — Follow
@tchalametupdate
Welcome to Timothée Chalamet
Updates ☀️ Follow for updates on
Academy Award nominated actor
Timothée Chalamet! Instagram:
tchalamet.updates

Timothée Chalamet ✔ — Follow
@RealChalamet

**What's happening**

FIFA World Cup · LIVE
USA vs Wales

Trending in United States
Jordan Morris
Trending in Reyna

Trending in United States
1-0 USA
19.7K Tweets

Trending in United States
HOW IS THAT NOT A YELLOW

Politics · Trending
AR-15
104K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ---
© 2022 Twitter, Inc.

https://twitter.com/FictionFeedback/status/1529675052295155712 __ at __ 2022-11-21 12:21:44 -08:00 __

← **Tweet**

⟲ **Multiverse Analysis Retweeted**



**Multiverse Analysis**
@TheAnalystOne

⋯

Gotta admit the suit looks super amazing, can't wait to watch the #BlueBeetle in action!



9:05 PM · May 25, 2022 · Twitter for Android

**1** Retweet   **2** Likes

💬            ⟲            ♡            ⬆

Ⓟ   Tweet your reply                                    Reply

## Relevant people



**Multiverse Analysis**
@TheAnalystOne                    Follow

Fiction Addict

## What's happening

Sports · LIVE
**2022 FIFA World Cup**

Trending in United States    ⋯
**#YIAYrewind**

Trending in United States    ⋯
**1-0 USA**
18.4K Tweets

Trending in United States    ⋯
**#StuffingFails**

Politics · Trending    ⋯
**AR-15**
100K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

Ⓟ   **Perkowski Legal P.C.**    ⋯
@c_perkowski

← Tweet



CONSEQUENCE ✓
@consequence

Grimes trolls paparazzi with Karl Marx photoshoot: "I tried 2 think what I could do that would yield the most onion-ish possible headline and it worked haha"

cos.lv/CobV30rVVhv

Marx following split with world's richest man Elon Musk
By Ben Blenchol
October 2, 2021 5:25pm

9:03 AM · Oct 3, 2021 · Twitter Web App

8 Retweets   6 Quote Tweets   95 Likes

Tweet your reply

Reply

Jarrett noel @jarrettnoel7 · Oct 3, 2021
Replying to @consequence
My disdain for grimes has reached Kardashian levels.

1      1      10

Geneviève E. Hewitt @genevieve1st · Oct 3, 2021
Replying to @jarrettnoel7 and @consequence

1

Space Cowboy @spikespeigel · Oct 3, 2021
Replying to @consequence
@KurtBusiek

1

#BHS™ NBA Defending World Cham... @BlueLines... · Oct 3, 2021
Replying to @consequence
#BHS

1

Geneviève E. Hewitt @genevieve1st · Oct 3, 2021
Replying to @consequence

1

Hugo @huginho82 · Oct 3, 2021
Replying to @consequence
"Trolls"

1

Show more replies

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

Search Twitter

Relevant people

CONSEQUENCE ✓
@consequence                    Follow
Music, Movies, TV and Pop Culture News for the Mainstream and Underground. Follow us if Twitter dies
linktr.ee/consequencesoc...

What's happening

FIFA World Cup · 33 minutes ago
World Cup Qatar 2022: Opening Ceremony

#Disenchanted
Original movie now streaming
Promoted by Disney+

Only on Twitter · Trending
RIP JDF
4,149 Tweets

Only on Twitter · Trending
Jason David Frank
Trending with Power Rangers, Tommy

Trending in United States
El VAR
45.7K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ...
© 2022 Twitter, Inc.

https://twitter.com/mefeater/status/1520058756876443650 __ at __ 2022-11-21 09:14:35 -08:00



← **Tweet**

**MEFeater Magazine**
@mefeater  ···

.@NaomiCampbell looks beautiful in @MaisonValentino at the Prince's Trust Gala in NYC 💜

8:13 AM · Apr 29, 2022 · Twitter for iPhone

**176** Retweets  **18** Quote Tweets  **1,190** Likes

Tweet your reply   **Reply**

**pepper** 👑 @userpimenta · Apr 29
Replying to @mefeater @NaomiCampbell and @MaisonValentino
@AnaluaMinaj esse lilás é lindo.

**Analua** @AnaluaMinaj · Apr 29
Replying to @userpimenta @mefeater and 2 others
Esse sim ... n é tão fechado

**V da vibezzz** @VanessaMbarga · Apr 29
Replying to @mefeater @NaomiCampbell and @MaisonValentino
Our real life barbie😍

---

**Relevant people**

**MEFeater Magazine**   Follow
@mefeater
MEF Music 🎵 Entertainment 🎬 Fashion "Where the IT GIRLS get their news" 💅

**Naomi Campbell** ✓   Follow
@NaomiCampbell
Model | Actress | Cultural Innovator | Activist | Privacy Law Pioneer | Founder of Fashion 4 Relief ❤️ 🇬🇧 | IG: @naomi | Text me: (917) 905-7005

**Valentino** ✓   Follow
@MaisonValentino
Official
Maison Valentino was founded in 1960 by Valentino Garavani & Giancarlo Giammetti. The Creative Direction as of July 7th 2016 was appointed to Pierpaolo Piccioli

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Trending in California
**Dodger Stadium**
13.9K Tweets

Music · Trending
**Kelly Rowland**
Trending with Chris Brown

Trending in United States
**Southgate**
42.7K Tweets

Technology · Trending
**Hingham**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/KanyePodcast/status/1402688591577911296 ... al ... 2022-11-22 22:00:37 -08:00 Document 1-26 Filed 12/30/22 Page 20 of 101 Page ID #:2482




Tweet



Robert Littal BSO ✔
@BSO

Kendall Jenner and Devin Booker Hit The Club With Drake (Pics-Vids-IG) bit.ly/2PKfRH4



9:56 AM · Apr 10, 2021 · BSO Alert

**3** Likes

Tweet your reply                                    Reply

## Relevant people

Robert Littal BSO ✔          Follow
@BSO

BSO is a Unique take on Sports & Ent;
Tweets by The Headline King Robert
Littal; IG: BSOTV; FB:
BlackSportsOnline; Keep That Same
Energy Podcast; #BLM; 💙 AML

## What's happening

### Search Twitter

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

Perkowski Legal P.C.
@c_perkowski



← **Tweet**

 **About Her** ✓
@AboutHerOFCL                                    ⋯

Lookbook: Sofia Richie in a chestnut coat and graphic Wolverine t-shirt.



12:30 PM · Mar 26, 2021 · Buffer

💬            ⇄            ♡            ⬆

 **Perkowski Legal P.C.** ⋯
@c_perkowski

 Tweet your reply                    Reply

🔍 Search Twitter

### Relevant people

 **About Her** ✓
@AboutHerOFCL                    **Follow**

Inside untapped territory: Pulling back the curtain on Arab women who are defining cultural trends now.
#AboutHer

### What's happening

FIFA World Cup · LIVE





← **Tweet**



Foochia - فوشيا ✔
@foochia

مايلي سايرس تعتمد إطلالة شتوية بدلا من ملابس السباحة
خلال تصويرها فيديو كليب أغنيتها الجديدة على شط بحر
ماليبو في كاليفورنيا

#مشاهير #نجمات_هوليوود #مايلي_سايرس #mileycyrus
#musicvideo

Translate Tweet



5:01 AM · Jan 19, 2021 · Hootsuite Inc.

**1** Retweet    **8** Likes

💬          ↻          ♡          ⬆

  Tweet your reply                    Reply

---

**Home**

**#  Explore**

🔔¹  **Notifications**

✉  **Messages**

🔖  **Bookmarks**

▤  **Lists**

⚇  **Profile**

⋯  **More**

**Tweet**

 **Perkowski Legal P.C.** ⋯
@c_perkowski

---

🔍 Search Twitter

## Relevant people

 Foochia - فوشيا ✔          **Follow**
@foochia

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

## What's happening

Television · LIVE
**Saturday Night Live airing on NBC**


**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States                    ⋯
**HE'S BACK**
Trending with Mr. President

Music · Trending                              ⋯
**Chris Brown**
45.5K Tweets

Sports · Trending                            ⋯
**Asdrubal Cabrera**
2,247 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

— https://twitter.com/pannchoa/status/1574389618270961665 __ et __ 2022-11-20 19:51:38 -08:00

← **Tweet**

**pannchoa**
@pannchoa

Knets react to Kanye West' IG story updates about Kim
tinyurl.com/4ak39mrh



6:25 AM · Sep 26, 2022 · Twitter Web App

**9** Retweets   **38** Quote Tweets   **109** Likes

Tweet your reply    **Reply**

**standing in a nice dress** @namjinsanity · Sep 26
Replying to @pannchoa
Bulol

                                                    ♡ 1

**@foreverjnk1** · Sep 26
Replying to @pannchoa
He was talking about his mom 😭

                                                    ♡ 4

🇮🇪 **@binta_cmrr** · Sep 26
Replying to @pannchoa
I need someone obsessing over me the way Kayne is obsessed with Kim

                                                    ♡ 28

---

**Perkowski Legal P.C.**
@c_perkowski

---

**Relevant people**

**pannchoa**     Follow
@pannchoa
We translate about Korean music, drama, lifestyle, and more!🐨
pannchoa.com

**What's happening**

NFL · 3 hours ago
**Cowboys at Vikings**



**#Disenchanted** 🧙
Original movie now streaming
📺 Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, #Disney

Music · Trending
**Kelly Rowland**
Trending with Chris Brown

Entertainment · Trending
**Wayne Brady**
3,195 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy ·
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

**Dakota Johnson Daily**
@Dakoholics                                    ...

Dakota was spotted leaving Alfred's Coffee before heading to the Sony Pictures Studios in West Hollywood - February 5. #DakotaJohnson



👤 Dakota Johnson Brasil

6:44 PM · Feb 5, 2019 · Twitter for Android

**43** Retweets    **1** Quote Tweet    **179** Likes

💬          🔁          ♡          ↑

Ⓟ    Tweet your reply                    **Reply**

Search Twitter

**Relevant people**

**Dakota Johnson Daily**        Follow
@Dakoholics
Fan account dedicated to actress, activist, director and producer Dakota Johnson.

**Dakota Johnson Brasil**        Follow
@DakotaJBRA
Sua primeira, maior e melhor fonte sobre a atriz e produtora Dakota Johnson no Brasil. E-mail para contato: contato@dakotajohnsonbrasil.com

**What's happening**

NFL · This afternoon
**Chiefs at Chargers**

Music · Trending
**Kelly Rowland**
19.4K Tweets

Trending in United States
**#USMNT** 🇺🇸
Trending with Iran, Wales

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Entertainment · Trending
**Disney**
Trending with Bob Iger, Chapek

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home

Explore

Notifications

Case 2:22-cv-09462-DMG-ADS   Document 1-26   Filed 12/30/22   Page 26 of 101   Page ID #:2488

← **Tweet**



Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.**   •••
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 1-26    Filed 12/30/22    Page 27 of 101    Page ID #:2489



← **Tweet**



**Raúl Brindis** ✔
@raulbrindis

#Farandulazo Por primera vez, Eiza González se deja ver romántica con Josh Duhamel. Estas fotos podrían ser la confirmación del romance de la actriz mexicana con el ex de Fergie.





7:38 AM · Jun 19, 2018 · Hootsuite Inc.

2 Retweets    2 Quote Tweets    19 Likes



Tweet your reply

Reply

## Relevant people



**Raúl Brindis** ✔
@raulbrindis
Radio Host for El Show de Raúl Brindis

Follow

## What's happening

FIFA World Cup · This morning
**England vs Iran**



Trending in California
**TSLA**
23.8K Tweets

Sports · Trending
**Steve Young**

Trending in United States
**Colorado Springs**
Trending with Richard Fierro

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,577 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski   ···

← **Tweet**

🔍 Search Twitter

## Home
## Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
## Lists
## Profile
⋯ More

**Tweet**

 **El Aragüeño**
@ElAragueno

La revista People reveló fotografías de Jennifer López y el actor Ben Affleck que presuntamente fueron tomadas  en las afueras del hotel Pendry, ubicado en Los Ángeles, Estados Unidos, donde disfrutaron de una cena con amigos. #Farándula

Translate Tweet



12:20 PM · Jun 7, 2021 · TweetDeck

3 Likes

💬          🔁          ♡          ⬆️

P          Tweet your reply                    Reply

### Relevant people

 **El Aragüeño**          Follow
@ElAragueno
EL PRIMER DIARIO DE ARAGUA. ¡50 años contando tu historia!

### What's happening

FIFA World Cup · LIVE
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Events · Trending
**NO ERA PENAL**
3,897 Tweets

Trending in California
**Mexicans**
10.1K Tweets

Trending in United States
**#SeleccionMexicana** 🇲🇽
16.7K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

https://twitter.com/thetopcomics/status/1329902802821804549 ___ at ___ 2022-11-22 04:42:27 -08:00
2:22-cv-09462-DMG-ADS    Document 1-26    Filed 12/30/22    Page 30 of 101    Page ID
#:2492

← Tweet                    Q Search Twitter

**The Top Comics**                                      •••
@TheTopComics

**Relevant people**

#NuevoVideo
🟣 Wonder Woman a streaming
🔴 Detalles Spider-Man 3
🔴 1era imagen Ms. Marvel
🔵 youtu.be/8lowM-iYn7g



7:04 AM · Nov 20, 2020 · Twitter for iPhone

**18** Retweets  **1** Quote Tweet  **605** Likes

💬            🔁            ♡            ⬆

P  Tweet your reply                        Reply

Cesar @Cesar_rgl · Nov 20, 2020
Replying to @TheTopComics
Creo que Wonder Woman recaudará  más que Mulan en streaming

💬            🔁            ♡            ⬆

ERICKNEO @Erickneo · Nov 20, 2020
Replying to @TheTopComics
Salió el adelanto de la liga de la justicia y no has echo un resumen sobre
ello.

💬  1         🔁            ♡            ⬆

The Top Comics @TheTopComics · Nov 20, 2020       •••
Replying to @DErickneo
También se habla sobre eso. Aunque el adelanto no tiene realmente nada
nuevo.

💬            🔁            ♡  5         ⬆

Dvd @dvd_dev · Nov 20, 2020                        •••
Replying to @TheTopComics

💬  1         🔁            ♡            ⬆

Dickey @marte_vitis · Nov 22, 2020                 •••
Replying to @dvd_dev and @TheTopComics
Eso es falso... aunque puede que este bruce campbell. un proyecto de
sam raimi sin bruce campbell no es nada.

💬            🔁            ♡  1         ⬆

✨🍯 bee 🐝✨ @JuanPab58683103 · Nov 20, 2020
Replying to @TheTopComics
Como alegrar mi mañana con tan solo una notificación 😎✨😍✨

💬            🔁            ♡            ⬆

Miguel Rodolfo Ramirez Zamu... @MiguelZRodolf... · Nov 20, 2020
Replying to @TheTopComics
Los the top comics news me gustan mas con el nuevo fondo

💬            🔁            ♡            ⬆

Fabricio @Insightronic · Nov 21, 2020
Replying to @TheTopComics
Mr. x en verdad no soporta a Zack Snyder

💬            🔁            ♡            ⬆

**What's happening**

NCAA Men's Basketball · Yesterday
**Greyhounds at Tigers**

#AvatarTheWayofWater 🌊
Get tickets now · In theaters December 16
📣 Promoted by Avatar

Family & relationships · Trending
**For $100**
192K Tweets

Trending in California
**Chicharito**
7,035 Tweets

Entertainment · Trending
**Jane Lynch**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.        •••
@c_perkowski

**The Top Comics**            Follow
@TheTopComics
Canal de Youtube donde hablamos de
cómics, series, películas y más !
Contacto: thetopcomics@gmail.com

__ https://twitter.com/alexromval/status/1310136057955004417 __ at __ 2022-11-21 05:37:51 -08:00 __



← **Tweet**

Q Search Twitter

⇄ **Alex Salvatore** 👨‍💼 **Retweeted**

**Sebi**
@SebiMultiverse                                    ...

Nuevas 🔥 imagenes del set de 'THE FALCON AND THE WINTER SOLDIER' con Sebastian Stan como Bucky

9:38 AM · Sep 26, 2020 · Twitter Web App

**97** Retweets    **45** Quote Tweets    **739** Likes

💬          ⇄          ♡          ⬆️

Ⓟ   Tweet your reply                          Reply

**Relevant people**



**Alex Salvatore** 👨‍💼          Follow
@Alexromval

'Nadie puede juzgar desde fuera el amor'

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**



Politics · Trending                              ...
**Tragically**
16.1K Tweets

Trending in United States                        ...
**Go USA**
5,813 Tweets

Music · Trending                                 ...
**Slick Rick**

Music · Trending                                 ...
**Elton John**
Trending with Dodger Stadium, #EltonFarewellTour

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Ⓟ   **Perkowski Legal P.C.**   ···
     @c_perkowski

← **Tweet**

**Baddies Turkey** 🇹🇷
@baddiesturkey1

BEER ❤️🔥



11:00 AM · Nov 15, 2020 · Twitter for iPhone

**11** Retweets   **4** Quote Tweets   **587** Likes

Tweet your reply                                          **Reply**

**Bartuhan** @Bartucolaks · Nov 15, 2020
Replying to @baddiesturkey1
@hamzzaylmazz @ridethepuppetsf toplan toplan akşam şekeri geldi
🗨        ↻        ♡  1        ↑

**HAŞİM AĞA** @hasimagaa · Nov 15, 2020
Replying to @baddiesturkey1
Üffffffff @abdulhey100
🗨        ↻        ♡  1        ↑

**MR.Jani** 👑 @janimersin · Nov 15, 2020
Replying to @baddiesturkey1
Zenci fena bakıyor yalnız
🗨        ↻        ♡  1        ↑

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

Search Twitter

**Relevant people**

**Baddies Turkey** 🇹🇷
@baddiesturkey1                **Follow**
Reklam,ve işbirliği için 📩 İNSTA
HESABIMIZ BULUNMAMAKTA !

**What's happening**

FIFA World Cup · This morning
**England vs Iran**

Trending in United States
**#TheFive**

Lovecraft Country · Trending
**Lovecraft Country**
Trending with Yann Demange, #Blade

Sports · Trending
**Anthony Black**

Trending in United States
**Trent Reznor**
9,152 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← Tweet

🔍 Search Twitter

🏠 Home
# Explore
🔔 Notifications ❸
✉ Messages
🔖 Bookmarks
▤ Lists
👤 Profile
⊙ More

**Tweet**

**Mylo Brizuela** 💯 ✔
@MyloBrizuela

Se ha revelado el pimer vistazo al actor Xolo Mariduena con el traje que usara en #BlueBeetle 🔥

¿Les gusta?

Translate Tweet



1:27 PM · May 25, 2022 · Twitter for Android

**25** Retweets   **2** Quote Tweets   **271** Likes

💬   🔁   ♡   ⬆

🅿 Tweet your reply    **Reply**

**Juan José** @Juan155 · May 25
Replying to @MyloBrizuela
Me ganaste con la noticia :c
El traje luce brutal!!!
💬   🔁   ♡ 1   ⬆

**StanQ** 🇮🇹 🇮🇹 @Gabe_R_20 · May 25
Replying to @MyloBrizuela
Esta gosu, pero no se si es por la cámara pero se ve chiquito xdd
💬   🔁   ♡   ⬆

**ToNy Balderrama** @cadaverdegatito · May 25
Replying to @MyloBrizuela
Que lindo es no depender del CGI como los súbditos del ratón
💬 1   🔁   ♡   ⬆

**J¤§eP-KµN** ☆ @Josep_RZ · May 26
Replying to @cadaverdegatito and @MyloBrizuela
Si tendra cgi tambien
💬   🔁   ♡   ⬆

**Lucas Alamos** @Lucarts_Luke · May 25
Replying to @MyloBrizuela
DC tiene los mejores trajes
💬   🔁   ♡ 1   ⬆

**Limber Buroz** @LimberBuroz · May 25
Replying to @MyloBrizuela
Esta cool es para la serie de titan ? El casco de capucha roja si fue espantoso :
💬 1   🔁   ♡   ⬆

**¿será un sueño!** 🌟 ✨🤣😍😍 @SoloIntereses · May 25
Replying to @LimberBuroz and @MyloBrizuela
Es para la película de  #BLUEBEETLE
💬   🔁   ♡ 1   ⬆

**ID4rkiii** 🇲🇽 @D4rkXD · May 25
Replying to @MyloBrizuela
El Traje 10/10 aún que el casco se ve medio raro pero es una calca al comic



💬   🔁   ♡   ⬆

**mateo mogrovejo** @Mateomogrovejo · May 25
Replying to @MyloBrizuela
Miyagi Do da resultados
💬   🔁   ♡   ⬆

**mauricio** @moxityy · May 25
Replying to @MyloBrizuela
Se ve cabezón pero es ya es normal en los trajes  así que no hay problema, se ve genial, muy fiel al cómic, buenisimo
💬   🔁   ♡   ⬆

**Erick** @erigove16 · May 25
Replying to @MyloBrizuela
El traje se ve de puta madre (en el buen sentido)
💬   🔁   ♡   ⬆

**Shin Pancho** @panchoreon134 · May 25
Replying to @MyloBrizuela

GIF  ALT

💬   🔁   ♡   ⬆

**Relevant people**

**Mylo Brizuela** 💯 ✔
@MyloBrizuela                           **Follow**
Se escribe Mylo, pero se pronuncia
Milo. mylo.brizuela@cflw.mx

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Family & relationships · Trending
**Thanksgiving Day**
11.8K Tweets

The Walking Dead · Trending
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States
**Spencer Rattler**
2,394 Tweets

Music · Trending
**Kelly Rowland**
20.2K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More…
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@_perkowski

__ https://twitter.com/filmsbymeche/status/882444780958545921 __ at __ 2022-11-21 03:03:38 -08:00 __

← **Tweet**


🔲🔲
@filmsbydelrey

···

# Amándolo cada día más

Translate Tweet



8:43 PM · Jul 4, 2017 · Twitter for Android

Tweet your reply                                    Reply

---

## Relevant people


🔲🔲
@filmsbydelrey                          Follow
multifandom ⬥*｡

## What's happening

Television · Yesterday
**Yellowstone**                          

Music · Trending
**Kelly Rowland**
Trending with Chris Brown

Trending in United States
**Schiff**
52.1K Tweets

Trending in United States
**Iran**
Trending with England, Wales

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---


**Perkowski Legal P.C.** ···
@c_perkowski



__ https://twitter.com/weloveharry_1dx/status/1332125384440213505 __ at __ 2022-11-22 14:09:03 -08:00 __

Case 2:22-cv-09462-DMG-ADS    Document 1-26    Filed 12/30/22    Page 36 of 101    Page ID
#:2498

← **Tweet**

katie 🙌
@weloveharry_1Dx                    ...

## HOW AM I SUPPOSED TO SURVIVE AN ENTIRE FILM OF THIS



4:53 PM · Nov 26, 2020 · Twitter for iPhone

**1** Retweet   **6** Likes

💬          🔁          ♡          ⬆️

[P]   Tweet your reply                    **Reply**

---

🐦

🏠 Home

\# Explore

🔔 Notifications

💬 Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

[P] Perkowski Legal P.C.
@c_perkowski              ...

🔍 Search Twitter

**Relevant people**

katie 🙌
@weloveharry_1Dx          **Follow**
jack's housewife

**What's happening**

FIFA World Cup · 4 hours ago
**Mexico vs Poland**

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Celebrities · Trending              ⋯
**Tom Hanks**
7,207 Tweets

Sports · Trending

← **Tweet**

🐦

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

⋯ More

**Tweet**

**Nicholas Galitzine Brasil 👑 Fã-clube**
@NGBRSite

⋯

📸 MAIS FOTOS de Nicholas Galitzine e Anne Hathaway filmando #TheIdeaofYou na quarta-feira, 19 de outubro, em Atlanta



📷 Anne Hathaway Brasil • FANSITE

11:27 PM · Oct 20, 2022 · Twitter Web App

**7** Retweets  **1** Quote Tweet  **94** Likes

💬  ↻  ♡  ⬆️

Ⓟ  Tweet your reply  **Reply**



**Perkowski Legal P.C.** ⋯
@c_perkowski

🔍 Search Twitter

## Relevant people

**Nicholas Galitzine Br...** **Follow**
@NGBRSite

Fã-site brasileiro dedicado ao ator e cantor inglês Nicholas Galitzine. Fan account - contact us before taking any legal action! Follow Nicholas: @nickgalitzine

**Anne Hathaway Brasi...** **Follow**
@HathawayBRA

Sua mais atualizada fonte de informações sobre a atriz Anne Hathaway. WE'RE NOT ANNE HATHAWAY! — 📷: @midiasahbr

## What's happening

Television · LIVE
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
▶️ Promoted by Uber

Music · Trending  ⋯
**Chris Brown**
45.8K Tweets

Sports · Trending  ⋯
**#AEWFullGear**
Trending with Saraya, Britt

Trending in United States  ⋯
**Truth Social**
5,634 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2022 Twitter, Inc.

← **Tweet**

Q Search Twitter

**XAYLOK**
@XAYLOK1

· · ·

NOUVELLE IMAGE : #Ironheart en tournage !

Translate Tweet



4:38 AM · Aug 9, 2022 · Twitter for Android

**1** Like

Tweet your reply

Reply

**Relevant people**

**XAYLOK**
@XAYLOK1

Follow

Compte en lien avec ce que j'essayerai de proposer sur Youtube sur la chaîne du même nom : de l'actualité cinéma #marvel

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Music · Trending
**#askmeek**

Gaming · Trending
**3DS Rainbow Road**
Trending with Maple Treeway

Trending in United States
**Hive**
69.1K Tweets

Family drama · Trending
**#GilmoreTheMerrier**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Search Twitter

← Tweet



**AMERICA'S PROBLEM** ✓
@FUCCI



3:36 PM · Nov 6, 2021 · Twitter for iPhone

**1,272** Retweets   **104** Quote Tweets   **7,564** Likes

♡                ↻                ♥                ⬆

Tweet your reply                              Reply

**it me** @blueprixxo · Nov 9, 2021
Replying to @FUCCI
How is it she can pull off any silhouette?
♡         ↻         ♥ 1         ⬆

**uzeon** @iamKickz · Nov 8, 2021
Replying to @FUCCI
Yes! A new lockscreen 😍
♡         ↻         ♥         ⬆

**kiddo** 👑 @kidd0_Fresh · Nov 9, 2021
Replying to @liamKickz and @FUCCI
Love 2 see it
♡ 1       ↻         ♥         ⬆

**Lil Daddy Bill** @bull_branson · Nov 8, 2021
Replying to @FUCCI
The girls are about to eat this hairstyle up!
♡ 1       ↻         ♥ 8         ⬆

**kiddo** 👑 @kidd0_Fresh · Nov 9, 2021
Replying to @bill_branson and @FUCCI
They been lol
♡         ↻         ♥         ⬆

**angelina** @manzanacaramel · Nov 10, 2021
Replying to @FUCCI
she is an icon, she is an legend and she is the moment
♡         ↻         ♥         ⬆

**Ariel Harllow** @ArielHarllow_ · Nov 9, 2021
Replying to @FUCCI



Gif
♡         ↻         ♥         ⬆

**Legendary Lade!** @LegendaryLade · Nov 8, 2021
Replying to @FUCCI
the texture of the bag and the shirt... I just... who can do it like her? 🔥
♡         ↻         ♥ 6         ⬆

**KOTA** @GOLD_Summers · Nov 8, 2021
Replying to @FUCCI
That bag 😭
♡         ↻         ♥ 1         ⬆

**mello SANTOS** @MelloSkyHigh · Nov 8, 2021
Replying to @FUCCI
Sheesh 🔥💯
♡         ↻         ♥         ⬆

**kelly** @yfiek_25 · Nov 8, 2021
Replying to @FUCCI
Beautiful feet 😍
♡         ↻         ♥         ⬆

**BUG** @arebuggiebug · Nov 8, 2021
Replying to @FUCCI
Honestly all I see

♡         ↻         ♥ 2         ⬆

This Tweet was deleted by the Tweet author. Learn more

**inkabiyasebhayi #LIFTMEUPRIH** @eekay1he1_only · Nov 10, 2021
Replying to @Itoso_5 and @FUCCI
That's a perfect fit 👣

♡         ↻         ♥         ⬆

Show additional replies, including those that may contain offensive content          Show

**Relevant people**

**AMERICA'S PROBL...** ✓          Follow
@FUCCI
tastemaker | ancient god | served in
the navy since 2005 pronouns:
(he/want/me) (Naija Basquiat)

**What's happening**

FIFA World Cup · LIVE
Senegal vs Netherlands

Trending in California
**Dodger Stadium**
13.8K Tweets

Trending in United States
**Senegal**
Trending with Pedro Bajos, #Menudez

Sports · Trending
**Charles Barkley**
4,887 Tweets

Trending in United States
**Mendy**
19.8K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Perkowski Legal P.C. ...
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 1-26   Filed 12/30/22   Page 40 of 101   Page ID #:2502

← **Tweet**



**Demi Lovato Spain**
@ddlovatoSpain                                    ...

Demi pasó el día de Año Nuevo en Aspen, Colorado, junto a su novio, Henri Alenxander Levy.

Translate Tweet



Media not displayed
This image has been removed in response to a report from the copyright holder.

Media not displayed
This image has been removed in response to a report from the copyright holder.

Media not displayed
This image has been removed in response to a report from the copyright holder.

Media not displayed
This image has been removed in response to a report from the copyright holder.

4:42 AM · Jan 3, 2019 · Twitter for Android

**15** Retweets   **1** Quote Tweet   **105** Likes

   



Tweet your reply                                    Reply

## Relevant people



**Demi Lovato Spain**          Follow
@ddlovatoSpain

Club de fans oficial y primera fuente de información de la artista Demi Lovato en España desde 2007 | Con apoyo de @UniversalSpain. · demilovatospain@gmail.com

## What's happening

FIFA World Cup · LIVE
**USA vs Wales**



Trending in United States                ...
**WHAT A SAVE**
8,223 Tweets

Entertainment · Trending              ...
**julia fox**
6,390 Tweets

Trending in United States                ...
**1-0 USA**
19.4K Tweets

Trending in United States                ...
**Medford Messi**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



**Perkowski Legal P.C.**   ...
@c_perkowski

__ https://twitter.com/StiviDeTivi/status/1329518190462858240 __ at __ 2022-11-22 15:26:36 -08:00 __

← **Tweet**

 **Stivi De Tivi** ✔
@StiviDeTivi                                    •••

Aquí la actriz #ImanVellani interpretando a Kamala Khan en el set de la serie #MsMarvel.



12:13 PM · Nov 19, 2020 from Benito Juárez, Distrito Federal · Twitter for iPhone

**1** Retweet   **10** Likes

💬            ⟲            ♡            ⬆

 Tweet your reply                    Reply

🔍 Search Twitter

**Relevant people**

 **Stivi De Tivi** ✔        Follow
@StiviDeTivi

Stivi De TiVi (Enrique Solorzano). AMO las series y el cine. Me encuentras en radio, TV, podcast, revistas, medios digitales y fiestas. Pronombres: Él/Su/Suyo

**What's happening**

FIFA World Cup · 5 hours ago
**Mexico vs Poland**              

🐦 Twitter

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
▤ Lists
👤 Profile
⋯ More

**Tweet**

Ⓟ **Perkowski Legal P.C.**   •••
@c_perkowski

__ https://twitter.com/jaymalecelebs/status/1374143175665782787 __ at __ 2022-11-20 17:29:34 -0800

← **Tweet**

**Male Celeb Hotties** 
@jaymalecelebs

···

## More fun at the beach



4:37 PM · Mar 22, 2021 · Twitter for Android

**32** Retweets   **290** Likes

Tweet your reply                                    **Reply**

**ShirtlessStars** @ShirtlessStars · Mar 22, 2021   ···
Replying to @jaymalecelebs
He really needs to ditch the suit 😈 ❤️❤️❤️❤️

   ♡ **2**

---

🔍 Search Twitter

### Relevant people

 **Male Celeb Hotties**        **Follow**
@jaymalecelebs
Just a bi guy bringing you hot male
celeb content to lust over! DM's are
always open! Have fun! 😜 18+

### What's happening

NBA · LIVE
**Warriors at Rockets** 

Trending in United States        ···
**Dove Cameron**
4,424 Tweets

Trending in United States        ···
**Wayne Brady**
1,202 Tweets

The Real Housewives of Potomac · Trending        ···
**#RHOP**
Trending with Jacqueline

Trending in United States        ···
**#AMAs**🔥
Trending with soobin, yeonjun

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒 Lists

👤 Profile

⊙ More

**Tweet**



https://twitter.com/lvv2com/status/1444655502765883392 _ el _ 2022-11-22 08:02:19 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-26    Filed 12/30/22    Page 44 of 101    Page ID
#:2506



**Bad.news**
@lvv2com

马斯克前女友Grimes碰到俩狗仔，她就想如何能整出最洋葱的新闻标题，然后就拿了本《共产主义宣言》。最后，花边新闻的标题是：《和世界最富的人分手以后，Grimes被人看到在读马克思 lvv2.com/t/3304640/

Translate Tweet



6:26 AM · Oct 3, 2021 · Lvv2.com

**5** Retweets    **21** Likes

💬          ⟲          ♡          ⬆



Tweet your reply                                    Reply

萧逸愚 @funtttt · Oct 3, 2021
Replying to @lvv2com
马克思比马斯克有趣多了。。。

💬          ⟲          ♡ 1          ⬆

Search Twitter

**Relevant people**

Bad.news
@lvv2com                                    Follow

集 新闻资讯、热点推文、AV、📺动漫、📺漫画、最新电影😋、🔞磁力搜索 等资源于一体的综合性 t.me/lvv2com_chatF7... tg频道

**What's happening**

FIFA World Cup · 🔴LIVE
**Mexico vs Poland**



#AvatarTheWayOfWater 🎬
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
110K Tweets

Trending in United States
**Argentina**
Trending with Vamos México, #WorldCup

Trending in California
**Mexico City**
25.3K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/liissett_/status/1580657700576583681 __ at __ 2022-11-20 09:38:35 -08:00

**Tweet**



Acta Non Verba ❄️
@liissett_

···



1:32 PM · Oct 13, 2022 · Twitter for Android

**2** Retweets    **8** Likes

## Relevant people



Acta Non Verba ❄️
@liissett_                                    **Follow**

'fan account' ➖🍒❤️
#DakotaJohnson👰🏻‍♀️#Dakoholic💛🤰🏻
∞➖▪ Taylor Swift💛ChrisEvans💚
GiulioBerruti🖤 Blanca Suárez💜 All
my love D💙

## What's happening

FIFA World Cup · 1 hour ago
**World Cup Qatar 2022: Opening
Ceremony**

#Disenchanted 🧹✨
Original movie now streaming



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



← **Tweet**

🔲🔲
@filmsbydelrey

···

# Justin en West Hollywood 💙



8:20 AM · Sep 26, 2017 · Twitter for Android



**Tweet**

P Tweet your reply

Reply

🔍 Search Twitter

## Relevant people



🔲🔲
@filmsbydelrey
multifandom ✧*｡

Follow

## What's happening

NFL · 2 hours ago
**Browns at Bills**

**#Disenchanted** 👸
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending    ···
**Jason David Frank**
Trending with Power Rangers, Tommy

Trending in California    ···
**#AMAs**🔥
Trending with Favorite K-Pop Artist

Trending in California    ···
**Qatar**
1.76M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.    ···
@c_perkowski

__ https://twitter.com/AboutHerOFCL/status/1504178285817504285 __ at __ 2022-11-20 17:26:47 -0800 __

← **Tweet**

 **About Her** ✔
@AboutHerOFCL

···

Anne Hathaway went all out in this Christopher John Rogers ensemble ⭐



12:30 PM · Mar 16, 2022 · Buffer

**1** Retweet   **1** Quote Tweet   **1** Like

 Tweet your reply

Reply

## Relevant people

 **About Her** ✔
@AboutHerOFCL

Follow

Inside untapped territory: Pulling back the curtain on Arab women who are defining cultural trends now.
#AboutHer

## What's happening

NBA · LIVE
**Warriors at Rockets**



**#Disenchanted** 🧙
Original movie now streaming
📺 Promoted by Disney+

Trending in United States
···
**Wayne Brady**
1,132 Tweets

Trending in United States
···
**Dove Cameron**
4,217 Tweets

Trending in United States
···
**#AMAs** 💄
Trending with TOMORROW X TOGETHER, Favorite K-Pop Artist

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🔍 Search Twitter

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
🗒️ Lists
👤 Profile
⊙ More

**Tweet**

 **Perkowski Legal P.C.** ···
@c_perkowski

__ https://twitter.com/AndresJovannyMa/status/1327068802000961537 __ at __ 2022-11-21 04:37:54 -08:00 __

← **Tweet**



🌈 **ANDY JONNY**
@AndresJovannyMa

•••

Solo quería ver #BlackWidow 😭😭😭😭😭 y ....

Translate Tweet



5:59 PM · Nov 12, 2020 · Twitter for Android

**1** Like

💬        ⟲        ♡        ⬆

P    Tweet your reply                    Reply

---

**Search Twitter**

### Relevant people



🌈 **ANDY JONNY**                    **Follow**
@AndresJovannyMa

EL PENSAR Y EXPRESAR 💙🩷 Tengo
un canal en YouTube ▶ ANDY
JONNY 😄

### What's happening

NFL · Yesterday
**Bengals at Steelers**



The Walking Dead · Trending
**#TheWalkingDead**
Trending with  #TWDFinale, Michonne

Family & relationships · Trending           •••
**Thanksgiving Day**
11.8K Tweets

Music · Trending                             •••
**Lionel Richie**
4,099 Tweets

Trending in United States                    •••
**Schiff**
56.3K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

---

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**



**Perkowski Legal P.C.**    •••
@c_perkowski

— https://twitter.com/HarryMexOficial/status/1222959670991577090 __ el__ 2022-11-21 16:51:56 -08:00

Case 2:22-cv-09462-DMG-ADS   Document 1-26   Filed 12/30/22   Page 49 of 101   Page ID #:2511

**Harry Styles México**
@HarryMexOficial

Las harries  /  Harry bien sacado
sacando su  /  de pedo por que
sandía para /  miles de sandias
aventarla al /  van hacia el
escenario   /
durante WS /  ⭐️

Translate Tweet



11:08 AM · Jan 30, 2020 · Twitter for Android

**126** Retweets  **7** Quote Tweets  **417** Likes

Tweet your reply                                    Reply

**Joel Rivera** @joulesis · Jan 30, 2020
Replying to @HarryMexOficial
JSJSJSJSJS really bro desde watermelon sugar no he podido dejar de comer sandía 🍉

♡ 1

@vhourlybts · Jan 30, 2020
Replying to @HarryMexOficial
JAJAJJS

♡ 1

---

## Sidebar

Q Search Twitter

**Relevant people**

**Harry Styles México**
@HarryMexOficial                 Follow

🇲🇽 Fan Club del ganador al Grammy
@Harry_Styles 📸 @HSHQ 🙌
@HarryStylesMex2 TREAT PEOPLE
WITH KINDNESS #FMO ‖
harrystylesmex@gmail.com

**What's happening**

NCAA Men's Basketball · Last night
**Cougars at Ducks**

Entertainment · Trending
**Died Suddenly**
36.8K Tweets

Trending in United States
**Chrisley**
7,720 Tweets

Family drama · Trending
**#GTMcontest10**
Trending with #GIlMOREtheMerrier

Trending in California
**TSLA**
24.3K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

## Left navigation

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Perkowski Legal P.C.**
@c_perkowski

— https://twitter.com/FueraPlano/status/1529605788418727936 __ at __ 2022-11-20 09:05:24 -08:00 __

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← **Tweet**

 **Fuera de Plano**
@FueraPlano

Boom! Primer vistazo desde el set de cómo lucirá Xolo Maridueña como 'Blue Beetle'. #BlueBeetle

Translate Tweet

 

4:30 PM · May 25, 2022 · Twitter for iPhone

**2 Likes**

 Tweet your reply

Reply

## Relevant people

 **Fuera de Plano**
@FueraPlano        Follow

Amantes del cine y las series. Noticias, recomendaciones, reseñas, sorteos y más! Twitch: twitch.tv/fueradeplanoli...

## What's happening


FIFA World Cup · 1 hour ago
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 🍿
Original movie now streaming
⬛ Promoted by Disney+

Only on Twitter · Trending
**#RIPLEGEND**
2,484 Tweets

Trending in California
**Shakira**
96.3K Tweets

Entertainment · Trending
**Morgan Freeman**
143K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

🗐 Lists

👤 Profile

⊙ More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**


**Perkowski Legal P.C.**
@c_perkowski   ...



 

__ https://twitter.com/merylstreeppage/status/1204634701819977728 __ at __ 2022-11-21 15:06:38 -08:00 __

← **Tweet**



**Meryl Streep Page ©**
@MerylStreepPage

Meryl on set of the prom makes me so happy. She looks perfect as DeeDee  #theprom #MerylStreep #deedee #perfection #loveher



9:31 PM · Dec 10, 2019 · Twitter for Android

**14** Retweets   **2** Quote Tweets   **84** Likes

 Tweet your reply

Reply

**Perkowski Legal P.C.**
@c_perkowski

---

Q Search Twitter

## Relevant people

 **Meryl Streep Page ©**
@MerylStreepPage    Follow

This is a FANPAGE dedicated to the best (NOT overrated) actress on this planet. Join us if you love her as we do and make sure that you don't miss anything! 💕

## What's happening

FIFA World Cup · 1 hour ago
**USA vs Wales**



Trending in United States ...
**HOW IS THAT NOT A YELLOW**
1,313 Tweets

Sports · Trending ...
**Mexico City**
13K Tweets

Trending in United States ...
**Tampax**
16.6K Tweets

Trending in California ...
**Dodger Stadium**
12.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···

© 2022 Twitter, Inc.

https://twitter.com/ReasonsSmiile/status/1544150009750355988 __ at __ 2022-11-20 23:13:47 -08:00 __

← **Tweet**

 **reasons to smile** ⊛
@ReasonsSmile

margot robbie and zendaya on the set of barbie



👤 Zendaya and Barbie

7:43 PM · Jul 4, 2022 · Twitter for iPhone

**5** Retweets   **1** Quote Tweet   **48** Likes

🔍 Search Twitter

## Relevant people

 **reasons to smile** ⊛      **Follow**
@ReasonsSmile

spreading some happiness and smiles! no hate please, all tweets make someone smile! send a request by #reasonssmiie or a dm. ツ 2nd acct: @zencalmserenity

 **Zendaya** ✓      **Follow**
@Zendaya

 **Barbie** ✓      **Follow**
@Barbie

⊘ Official

barbie.com

## What's happening

NFL · 2 hours ago
**Chiefs at Chargers**

#Disenchanted 🧙‍♀️
Original movie now streaming
⊡ Promoted by Disney+

Trending in United States
**#AMAs** 🏆
Trending with soobin, yeonjun

Trending in United States
**Bob Iger**
Trending with Disney, Chapek

Music · Trending
**sabrina**
72.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski

 Tweet your reply      **Reply**

← Tweet

🐦

Stranger Things 4
@StrangerNews11

Search Twitter

**SADIE SINK HAS SO MANY UPCOMING PROJECTS...** ❤️
🤩 🎬

**Relevant people**

Stranger Things 4          Follow
@StrangerNews11

News and Filming Updates about
Stranger Things... 🎬 Photos, Videos
and information about the Cast... 🎬
❤️ Fan Community. Netflix Shows &
Movies. 04/04



10:15 AM · May 25, 2021 · Buffer

109 Retweets    8 Quote Tweets    2,455 Likes

💬            🔁            ♡            ⬆️

**What's happening**

FIFA World Cup · 1 hour ago
Mexico vs Poland

#AvatarTheWayOfWater
Get tickets now · In theaters December 16
Promoted by Avatar

Betty White · Trending
Betty White
1,683 Tweets

Trending in United States
Ochoa
Trending with Australia, Poland

Politics · Trending
Fauci
61.3K Tweets

Show more

💬 Tweet your reply                    Reply

Rebeka 😊 @ohoneyLou · May 25, 2021
she is such a good actress!! I was so impressed the way she was so different
in real life from her character!
💬        🔁        ♡ 18        ⬆️

Daniel WILD (gatito de Sadie Sink (^-·:... @daniel@... · May 25, 2021
Replying to @ohoneyLou and @StrangerNews11
I totally agree, Sadie has a knack for playing any kind of role. She deserves
more credit.
💬        🔁        ♡ 6        ⬆️

Daniel WILD (gatito de Sadie Sink (^-·:... @daniel@... · May 25, 2021
Replying to @StrangerNews11
La cuarta foto y de Eli y esa ya salio, pero Sadie Sink esta en conversaciones
para en la película The Whale.
Es tan hermosa y majestuosa 😍😍



💬 1        🔁        ♡ 26        ⬆️

Dyxan @DYXAN_ · May 27, 2021
Replying to @danieljoseo and @StrangerNews11
La verdad me quedé pensando, que puede que sea una secuela de "ELI"
💬 1        🔁        ♡ 1        ⬆️

Show replies

atara brooke @AtaraBrooke · May 26, 2021
Replying to @StrangerNews11
Good for her!
💬        🔁        ♡        ⬆️

Bintang_Trk @BintangTrk3 · May 26, 2021
Replying to @StrangerNews11
Season 4?
💬        🔁        ♡        ⬆️

Kayla Rotan @kerotan100 · May 25, 2021
Replying to @StrangerNews11
When
💬        🔁        ♡        ⬆️

Finn Wolfhard @FinnWol15180536 · May 26, 2021
Replying to @StrangerNews11
She's beautiful ❤️
💬        🔁        ♡        ⬆️

Prateek Ray @PrateekRay18 · May 25, 2021
Replying to @StrangerNews11
Too much fun coming soon!! 🎬🎭
💬        🔁        ♡ 4        ⬆️

_MooN_ @NethmiPerera19 · May 25, 2021
Replying to @StrangerNews11
cant wait!!!
💬        🔁        ♡ 2        ⬆️

SHAYMAA HUSSAIN (STRANGER THING... @thes... · May 26, 2021
Replying to @StrangerNews11
and that's freaking me out
💬        🔁        ♡ 1        ⬆️

olivia @hrvkins · May 26, 2021
Replying to @StrangerNews11
eli came out.
💬        🔁        ♡        ⬆️

☺ @byleshug · May 26, 2021
Replying to @StrangerNews11
GOD IS A WOMAN.
💬        🔁        ♡        ⬆️

seh³ @OK8YERSS · May 25, 2021
Replying to @StrangerNews11
CANT WAIT!!!
💬        🔁        ♡ 5        ⬆️

Kayla Rotan @kerotan100 · May 25, 2021
Replying to @StrangerNews11
I can't believe her brother billy is dead

This Tweet was deleted by the Tweet author. Learn more

Show replies

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.  ···
@c_perkowski

__ https://twitter.com/ThePopTingz/status/1265363899706224642 __ at __ 2022-11-21 14:41:40 -08:00 __

← **Tweet**



**Moe from Pop Tingz**
@MoeFromPopTingz                                    ...

'Game of Thrones' star Sophie Turner was spotted out and about while pregnant in California.



12:27 PM · May 26, 2020 · Twitter for Android

**10** Retweets   **4** Quote Tweets   **29** Likes



Tweet your reply                                    Reply

## Search Twitter

### Relevant people



**Moe from Pop Tingz**          Follow
@MoeFromPopTingz
Founder of @ThePopTingz. Pop Culture Expert. Entertainment Journalist.

### What's happening

FIFA World Cup · 1 hour ago
**USA vs Wales**



Trending in United States                ...
**Tampax**
14.4K Tweets

Trending in United States                ...
**HOW IS THAT NOT A YELLOW**
1,203 Tweets

Sports · Trending                        ...
**Anthony Black**

Trending in California                   ...
**Dodger Stadium**
13K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**          ...
@c_perkowski

___ https://twitter.com/foochia/status/1288188106907291648 ___ at ___ 2022-11-20 12:51:19 -0800 ___

← Tweet

 Foochia - فوشيا ✔
@foochia

···

رصدت الكاميرات لقاء مغني الراب الأمريكي كانيه ويست بزوجته نجمة كيم كارداشيان في وايومنغ بعد سلسلة من الاضطرابات. رصدت عدسات الكاميرات لم شمل الزوجين يوم الإثنين داخل سيارة خلال محادثة جدية لكارداشيان مع مغني الراب المضطرب. وبدت كيم حزينة، حيث كانت تبكي بشدة وهي تتحدث إليه.

Translate Tweet



12:02 PM · Jul 28, 2020 · Hootsuite Inc.

1 Retweet    4 Likes

💬            ⟲            ♡            ⬆

 P    Tweet your reply                Reply

Q Search Twitter

## Relevant people

 Foochia - فوشيا ✔                Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.

## What's happening

FIFA World Cup · 4 hours ago
**World Cup Qatar 2022: Opening Ceremony**



**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States        ···
**Rest In Peace**
51.9K Tweets

Sports · Trending                ···
**Perkins**
3,621 Tweets

Only on Twitter · Trending        ···
**Rest in Power**
23.5K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

 Perkowski Legal P.C.    ···
@c_perkowski

← **Tweet**

**Türkçe**
@turkce

Hangi ünlü nerede görüldü (29 Mart-3 Nisan 2021): Corona virüs pandemisi sanat ve eğlence dünyasının önde gelen isimlerini de etkiledi. Daha önce sık sık kırmızı halıda; bakımlı halleri ve modaya yön veren elbiseleriyle... dlvr.it/Rww0JB #Türkçe #MagazinHaberleri #Magazin

Translate Tweet



9:28 PM · Apr 2, 2021 · dlvr.it

Tweet your reply

Reply

---

## Relevant people

**Türkçe**
@turkce
Follow

Gazete ve dergilerden Türkçe Haberler, Son Dakika, Spor, Magazin, Teknoloji, Sinema Haberleri. İletişim ve iş birliği için: turkcemag@gmail.com

## What's happening

FIFA World Cup · 2 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Tarantino**
Trending with Scorsese, Anthony Mackie

Trending in California
**Mexicans**
16.3K Tweets

Trending in California
**LAPD**
11.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Perkowski Legal P.C.**
@c_perkowski



← **Tweet**

**Home**
**Explore**
**Notifications** 1
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

taylor russell's whore
@MIUCCIAMUSE ···

i love the material



3:36 PM · Jun 22, 2022 · Twitter for iPhone

**679** Retweets    **266** Quote Tweets    **7,776** Likes

P    Tweet your reply    **Reply**

**Busty the Vampire Slayer** @CapriottiCarmen · Jun 22
Replying to @MIUCCIAMUSE
How did they get Ken so wrong and her so right 😭
💬 1    🔁 5    ♡ 167    ⬆

**alece** 🍒 ⋆✧⋆~ @alecexox · Jun 24
Replying to @CapriottiCarmen and @MIUCCIAMUSE
That can't be ken 😭 please
💬    🔁    ♡ 3    ⬆

**Maribel Cabrera** @maribelencs · Jun 23
Replying to @MIUCCIAMUSE
😍💀
💬    🔁    ♡    ⬆

**mono** @knksmyjhpjktjk1 · Jun 23
Replying to @MIUCCIAMUSE
For a split second I thought he was Michael from The Good Place
💬 1    🔁    ♡ 9    ⬆

🔞**Welcome to my dirty mind** 💦🔞 @ChuuOnMe · Jun 23
Replying to @MIUCCIAMUSE
His chin makes me uncomfortable from this angle
💬    🔁    ♡ 4    ⬆

**mar**🦋 @mjsrealpyt · Jun 23
Replying to @MIUCCIAMUSE
I had always thought ryan looks like woody and they fr have him in a cowboy outfit now imagine him with brown hair in this
💬    🔁    ♡ 3    ⬆

**ana** @carolpessoax · Jun 22
Replying to @MIUCCIAMUSE
@algumabianca
💬    🔁    ♡ 1    ⬆

Perkowski Legal P.C. ···
@c_perkowski

🔍 Search Twitter

**Relevant people**

taylor russell's whore
@MIUCCIAMUSE    **Follow**
it girl in training • hf twt • she/her • fan account

**What's happening**

Television · Last night
**The Walking Dead airing on AMC**

Music · Trending
**Elton John**
Trending with Dodger Stadium, Dodger Stadium    ···

Only on Twitter · Trending
**#MotivationMonday**
1,457 Tweets    ···

Music · Trending
**Kelly Rowland**
20.7K Tweets    ···

Trending in United States
**#ENGIRN**
Trending with #SayTheirNames, Foden    ···

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.



← **Tweet**



🔍 Search Twitter



## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

**TheMCUtimes**
@themcutimes

···

#MadameWeb Set Photo:



10:55 AM · Oct 6, 2022 · Twitter Web App

**1** Retweet   **17** Likes

      

 Tweet your reply

Reply

**Relevant people**

**TheMCUtimes**
@themcutimes

Follow

Building a community of Marvel
Cinematic Universe fans! 🌐 Get MCU
News, Behind the Scenes, and Updates
here.

**What's happening**

NBA · 1 hour ago



**Perkowski Legal P.C.**
@c_perkowski

···



Case 2:22-cv-09462-DMG-ADS    Document 1-26    Filed 12/30/22    Page 62 of 101    Page ID #:2524

← **Tweet**

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

 **Infos Séries**
@InfosSeriesFR ...

**#PHOTOS** Zendaya sur le tournage du film
« challengers »

Translate Tweet



11:57 AM · May 3, 2022 · Twitter for iPhone

**11** Retweets    **183** Likes

Tweet your reply                    **Reply**

## Relevant people

 **Infos Séries**
@InfosSeriesFR    **Follow**

Bienvenue sur votre source française
sur toutes vos séries, films et stars
préférées
contact:Lnfosseriesfrpro@gmail.com
@dianemarchetti1 &
@jeannepchll

## What's happening

NFL · 2 hours ago
**49ers at Cardinals** 

Entertainment · Trending
**Died Suddenly**
71.1K Tweets

Trending in California
**Mexicans**
6,369 Tweets

Entertainment · Trending
**Sinbad**
8,505 Tweets

Trending in United States
**Trent Reznor**
22.6K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ...
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**
@c_perkowski ...

__ https://twitter.com/yourfavesnude/status/1374853855847059461 __ at __ 2022-11-22 13:57:56 -08:00 __

**Tweet**

← 

This Tweet is from a suspended account. Learn more

**j** @j65722922 · Mar 25, 2021
Replying to @yourfavesnude
He's trying to hide a hard #jerry

**M Brooks** @MBrooks97832280 · Feb 19
Replying to @yourfavesnude
we've all seen him naked, its not big enough to be heavy.

---



**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/Sodakotabella2/status/1578049800389494069 __et__ 2022-11-20 14:25:24 -08:00  Case 2:22-cv-09462-DMG-ADS  Document 1-26  Filed 12/30/22  Page 64 of 101  Page ID #:2526

← **Tweet**

Bella 🌟🧸 aka The Cha Cha Real Smooth stan 🇫🇷
@Sodakotabella2                                    ···

SEE WE CAN HAVE NEW PHOTOS OF DAKOTA ON #MadameWeb SET WITHOUT SPOILERS THAT'S LITERALLY WHAT WE ASKED FOR, FOR 2 MONTHS 😭 #DakotaJohnson



8:49 AM · Oct 6, 2022 · Twitter Web App

**3** Retweets  **2** Quote Tweets  **59** Likes

💬          ↻          ♡          ⬆️

Ⓟ  Tweet your reply                          Reply

Show more replies

---

Ⓟ  Perkowski Legal P.C.          ···
    @c_perkowski

---

🔍 Search Twitter

### Relevant people



Bella 🌟🧸 aka The C...          Follow
@Sodakotabella2
Fan account 📸// Dakota Johnson ☀️, Jenifer 🌹, Coldplay🎶🎵, Eurovision fan 🎤, Papadakis Cizeron 🧊💙// Series, movies, music, television, sport interests 🎬

### What's happening

NFL · 1 hour ago
**Browns at Bills**

#Disenchanted 🪄
Original movie now streaming
⬛ Promoted by Disney+

Trending in California          ···
**Rest In Peace**
57.3K Tweets

Trending in California          ···
**Ecuador**
797K Tweets

Only on Twitter · Trending          ···
**Jason David Frank**
Trending with Power Rangers

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

— https://twitter.com/ClickySound/status/1243681238164156424 — at — 2022-11-19 20:18:46 -08:00



← **Tweet**

**Clicky Sound**
@ClickySound

···

clickysound.com/tom-hanks-and-... The couple spent weeks recovering in Australia.



4:28 PM · Mar 27, 2020 · Clicky Sound

 

 Tweet your reply

Reply

---

### Home

# Explore

### Notifications

### Messages

### Bookmarks

### Lists

### Profile

### More

**Tweet**

---

Search Twitter

**Relevant people**

 **Clicky Sound**
@ClickySound
Follow

Photography at its Best!

**What's happening**

Television · 17 minutes ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**HE'S BACK**
136K Tweets
···

Trending in California
**Blocked**
121K Tweets
···

Sports · Trending
**#SpursUp**
···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**
@c_perkowski
···

https://twitter.com/gothspiderbitch/status/1444580960225688577___at___2022-11-22 08:03:41 -08:00

Case 2:22-cv-09462-DMG-ADS    Document 1-26    Filed 12/30/22    Page 66 of 101    Page ID #:2528

Search Twitter

Sarah McGonagall
@gothspiderbitch



2:07 AM · Oct 3, 2021 · Twitter for Android

90 Retweets    1,230 Likes

Tweet your reply                    Reply

Cosmic Dancer 🏳️‍🌈 @PequenoPete · Oct 3, 2021
Replying to @gothspiderbitch
So she looked in her tote bag library and picked out something from the politics section, thought about Das Kapital for a moment but settled on The Communist Manifesto. "This will work perfectly" she thought to herself.



GIF  ALT

💬 1        ♡ 24

BranSolo @SoloBran · Oct 4, 2021
Replying to @gothspiderbitch
Because Grimes, who has a child with the 'richest man in the world' walks to her own photo shoots?

💬        ♡ 1

---

**Relevant people**

Sarah McGonagall
@gothspiderbitch        Follow
Maybe she's born with it, maybe it's Really Good Lighting™. The kids call me Goth Spider Bitch. Enemy of Joanne. she/her. Business 📧: sarahmcgonagall@gmail.com

**What's happening**

FIFA World Cup · LIVE
Mexico vs Poland

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States              ···
Auburn
Trending with Ole Miss

Entertainment · Trending              ···
Died Suddenly
110K Tweets

Trending in United States              ···
Argentina
Trending with Vamos Mexico, Alexis Vega

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
More

Tweet

Perkowski Legal P.C.   ···
@c_perkowski

https://twitter.com/GoldenFashi/status/1492893761432600578 __ el __ 2022-11-22 01:52:09 -08:00
Case 2:22-cv-09462-DMG-ADS  Document 1-26  Filed 12/30/22  Page 67 of 101  Page ID #:2529

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

G Golden Fashion
@GoldenFashi

ريانا في اخر ظهور بفستان معطف جلد احمر من علايا 🍎
Translate Tweet



8:09 AM · Feb 13, 2022 · Twitter for iPhone

3 Retweets  3 Quote Tweets  75 Likes

P  Tweet your reply                                    Reply

NJOUD @njoud_alnasser0 · Feb 13
Replying to @GoldenFashi
جميلللللة بشكل 🥹

Galya @gQ5eKPpqChT7RQy · Feb 14
Replying to @GoldenFashi
لايق عليها ❤️

J @ix7wi0 · Feb 13
Replying to @GoldenFashi
ماعجبني

هانجي @Jaiiin2 · Feb 13
Replying to @GoldenFashi
فخمه وخاطفه للاضواء كعادتها

ام عتب @a6sc_ · Feb 13
Replying to @GoldenFashi
حلو بدينا باللون الاحمر

Perkowski Legal P.C.
@c_perkowski

Search Twitter

Relevant people

G  Golden Fashion          Follow
   @GoldenFashi
حساب مخصص لنقل أحدث صيحات
الموضة والمكياج صادر عن صحيفة
مرخصة من وزارة الإعلام، للإعلانات
wa.me/message/SFOULN...

What's happening

NFL · 5 hours ago
49ers at Cardinals

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
☑ Promoted by Avatar

Entertainment · Trending
Died Suddenly
78.7K Tweets

Trending in United States
Ole Miss
Trending with  Auburn

Trending in United States
Argentina
Trending with  Messi

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

__ https://twitter.com/alexromval/status/1379563404394958848 __ at __ 2022-11-20 18:02:02 -08:00 __



# Tweet

⟲ **Alex Salvatore** 🧑 **Retweeted**

**best of elizabeth olsen**
@eolsenarchive

elizabeth olsen on the set of wandavision

3:35 PM · Apr 6, 2021 · Twitter for iPhone

**2,006** Retweets   **380** Quote Tweets   **28.3K** Likes

Tweet your reply

Reply

## Relevant people

**Alex Salvatore** 🧑
@Alexromval
'Nadie puede juzgar desde fuera el amor'

Follow

**best of elizabeth olsen**
@eolsenarchive
fan account posting updates & daily content of emmy nominated actress, elizabeth olsen

Follow

## What's happening

NBA · Starts at 6:30 PM
**Spurs at Lakers**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Music · Trending
**Kelly Rowland**
2,442 Tweets

Trending in United States
**Machine Gun Kelly**
2,006 Tweets

Trending in United States
**UCLA**
25.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

Home
Explore
Notifications

← **Tweet**



**ununfah** 🌿
@ununfah

⋯

### โอ๊ย จ๊ะ พ่อคุณ Sam Smith กับ Brandon หรือจัสตินใน 13 reason why นางก็อินเล็ฟกันหนักมากกกกก ดูจากรูปนี้รู้เลยนะคะใครรุกใครรับ



9:59 AM · Feb 2, 2018 · Twitter for iPhone

**60** Retweets    **2** Quote Tweets    **4** Likes

○    ⟲    ♡    ⬆

🅿 | Tweet your reply    **Reply**

**Miss_JanJan** @ppakaphan · Feb 3, 2018    ⋯
Replying to @ununfah
จัสตินนนนนนนน

○    ⟲    ♡    ⬆

**Relevant people**



**ununfah** 🌿    **Follow**
@ununfah

random things here | ติดต่องาน DM
(ไม่รับรีทวีด) | ไม่อนุญาตให้นำรูปไปใช้คะ

**What's happening**

NBA · LIVE
**Lakers at Suns**

**#AvatarTheWayOfWater** 💧
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Trending in United States    ⋯
**#GenshinSpecialProgram**
2,458 Tweets

Trending in United States    ⋯
**RIP Harold**

Trending in United States    ⋯
**Non-binary**
24.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

🔍 Search Twitter

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Twitter

← **Tweet**

**Home**

**Explore**

**Notifications** ①

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**



**Ludenoid** 🎃 🍫
@ludenoid

···

Dakota Johnson, Sony'nin Madame Web filminin setinde.



5:57 AM · Jul 27, 2022 · Twitter for iPhone

**1** Retweet   **1** Quote Tweet   **36** Likes

💬        ⟲        ♡        ⬆

ⓟ   Tweet your reply                          **Reply**

Mert Özenir🔵 @developmert · Jul 27          ···
Replying to @ludenoid
Bu fotoğrafı paylaşmamak olmaz😍

💬        ⟲        ♡ 5       ⬆

---

🔍 Search Twitter

**Relevant people**



**Ludenoid** 🎃 🍫          **Follow**
@ludenoid

Oyun, dizi ve film evrenlerinden haber ve yorumlar 🍫 #EpicPartner - Creator Code: LUDENOID 💌 İş Birliği & İletişim: info@ludenoid.com

**What's happening**

FIFA World Cup · This morning
**England vs Iran**

Entertainment · Trending          ···
**Died Suddenly**
39.3K Tweets

Only on Twitter · Trending          ···
**#pcxqc**
3,047 Tweets

Trending in United States          ···
**#ThingsIWouldTellMyYoungerSelf**

Sports · Trending          ···
**#SFvsARI**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← **Tweet**

**Breakdown Channel Universe**
@txtdariBCU

Set image terbaru dari film Madame Web yang ngereveal karakter variant Spiderman, is that you Scarlet Spider ??

#MadameWeb




1:51 AM · Oct 7, 2022 · Twitter for Android

**3** Retweets   **3** Likes

Tweet your reply

Reply

**Relevant people**

**Breakdown Channel ...**
@txtdariBCU
Follow

Wadah ngebacotnya BCU pokoknya

**What's happening**

Formula 1 · 5 hours ago
Abu Dhabi Grand Prix 2022

**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Rest In Peace**
49.7K Tweets

Trending in California
**Morgan Freeman**
190K Tweets

Trending in United States
**UCLA**
Trending with Oregon, Utah

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski



https://twitter.com/serietv/status/1381987304204943008 ... at ... 2022-11-22 13:37:15 -08:00
Documents 1-26   Filed 12/30/22   Page 73 of 101   Page ID
#:2526
CM-00462-DMG-ADS



__ https://twitter.com/filmsbymeche/status/892566602809569280 __ at __ 2022-11-20 20:38:41 -08:00 __

← **Tweet**


🔲
@filmsbydelrey

···

## Usando la Merch del Purpose Tour



7:03 PM · Aug 1, 2017 · Twitter for Android

         


Tweet your reply                    Reply

🔍 Search Twitter

### Relevant people


🔲
@filmsbydelrey                    Follow
multifandom ✦*｡

### What's happening

NCAA Men's Basketball · Earlier today
**Explorers at Hoyas**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Sports · Trending                           ···
**Herbert**
52.8K Tweets

Trending in United States                    ···
**#dantherizzler**

Trending in United States                    ···
**Bob Iger**
Trending with Chapek, Disney

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

 **The Latest Celebrity News 24/7**
@smackgirls

Cara Delevingne's erratic appearance in parking lot comes after she went to Burning Man dlvr.it/SXgTGd



9:00 AM · Sep 2, 2022 · dlvr.it

   

 Tweet your reply

**Reply**

Search Twitter

## Relevant people

 **The Latest Celebrity …**
@smackgirls    **Follow**

The Latest Celebrity News | Celeb news now 24/7 - The Latest Celebrity News | Celeb news now 24/7 . Manchester Unite Fan 2022 #MUFC

## What's happening

NFL · 2 hours ago
**Cowboys at Vikings**

**#Disenchanted** 🎬
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek

Trending in United States
**Disney CEO**
5,167 Tweets

Trending in United States
**Cult of Personality**
1,098 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**



**katie** 🙌
@weloveharry_1Dx                                                   ...

HELLOOOOO



9:55 AM · Jan 6, 2021 · Twitter for iPhone

**1** Retweet   **1** Quote Tweet   **3** Likes

Tweet your reply                                          Reply

**Search Twitter**

**Relevant people**

**katie** 🙌
@weloveharry_1Dx                          Follow
jack's housewife

**What's happening**

NFL · 2 hours ago
**Browns at Bills**

**#Disenchanted** 🥴
Original movie now streaming
▶ Promoted by Disney+

Sports · Trending                              ...
**Trenton Irwin**

Trending in United States                    ...
**Kearse**
1,199 Tweets

Sports · Trending                              ...
**Chandler Jones**
Trending with Broncos, Maxx Crosby

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.   ...
@c_perkowski

← **Tweet**

**Dakotacandids**
@Dakotacandids                                        ...

06.10 | Novas fotos da Dakota durante as gravações de 'Madame Web' na cidade de Boston. #DakotaJohnson

Translate Tweet



7:18 AM · Oct 7, 2022 · Twitter Web App

**12** Retweets    **60** Likes

💬              ↻              ♡              ⬆️

P    | Tweet your reply                    Reply

**Detective Noir** ☀️ @Syed_HumayunAz3 · Oct 10
Replying to @Dakotacandids
Looks like Sweeney
Coz of blonde hair

💬              ↻              ♡              ⬆️

## Search Twitter

### Relevant people



**Dakotacandids**          Follow
@Dakotacandids
Neste perfil irei postar somente candids de Dakota Johnson. Para mais info, fotos e vídeos me sigam na conta principal: @Dakotashades | Fan Account

### What's happening

NFL · LIVE
**Browns at Bills**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending          ...
**Rest in Power**
19.6K Tweets

Trending in California          ...
**Morgan Freeman**
183K Tweets

Trending in California          ...
**Shakira**
109K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Case 2:22-cv-09462-DMG-ADS   Document 1-26   Filed 12/30/22   Page 78 of 101   Page ID #:2540



⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

🗐 Lists

👤 Profile

☺ More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.**   ...
@c_perkowski

Tweet

@AhoyBieber

That's the way to spend your album release week. On the beach, unbothered sand relaxing



2:00 PM · Mar 22, 2021 · Twitter for iPhone

**4** Retweets    **32** Likes

This Tweet is unavailable. Learn more

@AhoyBieber · Mar 22, 2021
Replying to @ghostbyjb and @justiceoutsold
Of course not. That would be 🧎

❤ 1

Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

**Relevant people**

@AhoyBieber    Follow
I loved bieber before it was cool.
@justinbieber

**What's happening**

FIFA World Cup · 4 hours ago
Mexico vs Poland

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in California
**Mexicans**
19.8K Tweets

Celebrities · Trending
**Tom Hanks**
7,108 Tweets

Trending in United States
**Ochoa**
Trending with  Poland, Lewandowski

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

https://twitter.com/SourceJohnson/status/15582301282950865153__sl__2022-11-19 22:07:24 -08:00





← **Thread**

**Dakota Johnson Source** ⋯
@SourceJohnson

August 6th, Dakota and Adam Scott on set of Madame Web in Boston, MA! 🕸️ #DakotaJohnson (1)



Dakota Johnson Brasil

3:45 AM · Aug 7, 2022 · Twitter for iPhone

8 Retweets    65 Likes

**Relevant people**

**Dakota Johnson Source**  Follow
@SourceJohnson
Page for All News and Updates On Dakota Johnson. Credits To Respectful Owners. Currently in post production - Madame Web

**Dakota Johnson Brasil**  Follow
@DakotaJBRA
Sua primeira, maior e melhor fonte sobre a atriz e produtora Dakota Johnson no Brasil. E-mail para contato: contato@dakotajohnsonbrasil.com

**What's happening**

Television · 2 hours ago
Saturday Night Live airing on NBC

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Sports · Trending
Pasadena
1,576 Tweets

Trending in United States
#DreamersbyJungkook
609K Tweets

Trending in California
Andrew Tate
27.6K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy  Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

Tweet your reply    Reply

**Dakota Johnson Source** @SourceJohnson · Aug 7
Replying to @SourceJohnson
August 6th, Dakota and Adam Scott on set of Madame Web in Boston, MA! 🕸️ #DakotaJohnson (2)

Dakota Johnson Brasil

💬 1    ♻ 2    ♥ 7

**Dakota Johnson Source** @SourceJohnson · Aug 7
August 6th, Dakota and Adam Scott on set of Madame Web in Boston, MA! 🕸️ #DakotaJohnson (3)

Dakota Johnson Brasil

💬 1    ♻ 2    ♥ 9

**Dakota Johnson Source** @SourceJohnson · Aug 7
August 6th, Dakota and Adam Scott on set of Madame Web in Boston, MA! 🕸️ #DakotaJohnson (4)

Dakota Johnson Brasil

💬 1    ♻ 2    ♥ 14

**Dakota Johnson Source** @SourceJohnson · Aug 7
August 6th, Dakota and Adam Scott on set of Madame Web in Boston, MA! 🕸️ #DakotaJohnson (5)

♻ 2    ♥ 10

---

**Perkowski Legal P.C.** ⋯
@c_perkowski



\_\_ https://twitter.com/NGBRSite/status/1583361426542194688 \_\_ at \_\_ 2022-11-19 11:41:03 -08:00 \_\_



← **Tweet**

## Home

## Explore

## Notifications

Messages

 **Nicholas Galitzine Brasil** 👑 **Fã-clube**
@NGBRSite

···

**Perfeitos juntos! O casal Hayes & Sophie veio aí!** 💕

Translate Tweet



GIF

12:35 AM · Oct 21, 2022 · Twitter Web App

**3** Retweets   **26** Likes

💬          ↻          ♡          ⬆

P   Tweet your reply                    Reply

Search Twitter

**Relevant people**



**Nicholas Galitzine Br...**   Follow
@NGBRSite

Fã-site brasileiro dedicado ao ator e cantor inglês Nicholas Galitzine. Fan account - contact us before taking any legal action! Follow Nicholas: @nickgalitzine



Perkowski Legal P.C.
@c_perkowski

← **Tweet**

 **Bella** 🎀 🐻 **aka The Cha Cha Real Smooth stan** 🇫🇷
@Sodakotabella2

Also I assume Celeste character is here to save and fight for our Madame Web ? #MadameWeb



10:35 AM · Oct 6, 2022 · Twitter for Android

**4** Likes

💬                    🔁                    ♡                    ⬆️

 **Perkowski Legal P.C.** ...
@c_perkowski

---

**Search Twitter**

### Relevant people

 **Bella** 🎀 🐻 **aka The C...**    **Follow**
@Sodakotabella2

Fan account ⭐// Dakota Johnson 🕷️, Jenifer 🗡️, Coldplay🎶, Eurovision fan 🎉, Papadakis Cizeron ⛸️, 💙// Series, movies, music, television, sport interests 💌

---

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

Tweet your reply          **Reply**

__ _at __2022-11-20 20:23:27 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-26    Filed 12/30/22    Page 85 of 101    Page ID
#:2547
https://twitter.com/badpostmargots/status/1539725649887301634

← **Tweet** 

**best of margot**
@badpostmargots

margot robbie and ryan gosling on the set of 'barbie'



2:42 PM · Jun 22, 2022 · Twitter for iPhone

**203** Retweets  **73** Quote Tweets  **1,776** Likes

**leticia** @maxrgot · Jun 22
Replying to @badpostmargots
her smile !!!

○ 2          ⟳ 2          ♡ 39

**Marinafrfr 🎬🏅 COAST MV OUT NOW** 🌊 @MarinanuXD · Jun 22
Replying to @maxrgot and @badpostmargots
She really is fucking Barbie oh my god

○          ⟳          ♡ 10

**for my fair lady** @LESLEYGORES · Jun 22
Replying to @badpostmargots
I CANT I CANT

○          ⟳          ♡ 2

**çiış ⁷ L.** @harflerinsihri · Jun 22
Replying to @badpostmargots
herifi gördükçe moralim bozuluyor ya. ken ken olalı böyle zulüm görmedi

○          ⟳          ♡

---

**Search Twitter**

**Relevant people**

**best of margot**    [Follow]
@badpostmargots
fan account posting updates & daily
posts of the aussie goddess and
academy award nominated actress,
margot robbie

**What's happening**

Television · 2 hours ago
**The Walking Dead airing on AMC**

**#Disenchanted** 👸
Original movie now streaming
Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, Disney

Trending in United States
**#AMAs** 🔥
4.48M Tweets

Trending in United States
**UCLA**
16.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

[Tweet]

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/jaymalecelebs/status/1479221899887705358 __ at __ 2022-11-20 15:33:17 -08:00 __



← Tweet



**Male Celeb Hotties**
@jaymalecelebs

···

"I bet you're wet too!"





2:42 PM · Jan 6, 2022 · Twitter for Android

**55** Retweets   **1** Quote Tweet   **415** Likes

💬        🔁        ♡        ⬆️

  Tweet your reply          Reply

## Relevant people

 **Male Celeb Hotties**
@jaymalecelebs                    Follow

Just a bi guy bringing you hot male celeb content to lust over! DM's are always open! Have fun! 😛 18+

## What's happening

NFL · 2 hours ago
**Browns at Bills**



**#Disenchanted** 🌹
Original movie now streaming
▣ Promoted by Disney+

Sports · Trending
**Cousins**
Trending with Vikes

Trending in California
**#AMAs** 🔥
Trending with Favorite K-Pop Artist

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Tommy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

___ https://twitter.com/CinematizandoOf/status/1351335045336905377 ___ pt __ 2022-11-20 21:13:17 -08:00 ___



**Cinematizando**
@CinematizandoOf
···

Imagens do set de Homem Aranha 3, com as fotos do Tom Holland com o uniforme e como Peter Parker e imagens da Zendaya como MJ

#HomemAranha3 #HomemAranha #Spiderman #Spiderman3 #TomHolland #Zendaya #MCU #MarvelStudios
Translate Tweet

5:05 PM · Jan 18, 2021 · Twitter Web App

1 Quote Tweet    6 Likes

Tweet your reply     Reply

**Cinematizando** @CinematizandoOf · Jan 18, 2021    ···
Replying to @CinematizandoOf
#HomemAranha3 #HomemAranha #Spiderman #Spiderman3 #TomHolland #Zendaya #MCU #MarvelStudios

1     4

**Cinematizando** @CinematizandoOf · Jan 18, 2021    ···
#HomemAranha3 #HomemAranha #Spiderman #Spiderman3 #TomHolland #Zendaya #MCU #MarvelStudios

3

**Perkowski Legal P.C.**  ···
@c_perkowski

---

**Search Twitter**

**Relevant people**

**Cinematizando**    Follow
@CinematizandoOf

**What's happening**

NCAA Men's Basketball · This afternoon
**Terrapins at Hurricanes**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Music · Trending    ···
**harries**
4,631 Tweets

Trending in California    ···
**Dodger Stadium**
10.8K Tweets

Trending in United States    ···
**Bob Iger**
Trending with Chapek, Disney

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Search Twitter

**PAN**
@Forumpandir

Kanye West, aka Ye, está namorando a modelo
brasileira Juliana Nalu.

Para a Glamour Brasil, a assessoria da modelo
confirmou o namoro.



9:36 AM · Oct 10, 2022 · TweetDeck

**70** Retweets **103** Quote Tweets **1.210** Likes

Tweet your reply

Reply

**Dennis** @DennisCim26 · Oct 10
Replying to @Forumpandir
Pan, avisa a assessoria pra ela ir se preparando psicologicamente para os
próximos meses.

**psykaio** @kadaiveis · Oct 10
Replying to @Forumpandir
confia

**andy** @andy_kovakki · Oct 10
Replying to @Forumpandir
pq tudo tweet do Kanye west tem esse "aka ye"

**things fall apart** @arroveOguO_ · Oct 10
Replying to @andy_kovakki and @Forumpandir
"também conhecido como" Ye

**gata mestra pokimoo** @VovaliaAntoio · Oct 10
Replying to @Forumpandir
Coitada dela Pan, forças pra ela 🙏🙏

**@kayhlika · Oct 10**
Replying to @Forumpandir
tripa ludo por fama

**Cadelinha de Justica** 🐕🔞💋🌹💎 · @soulxhmao · Oct 10
Replying to @Forumpandir
A ex do L7

**midnight medusa** @lelellue · Oct 10
Replying to @Forumpandir
Coitada

**Wesley** @siunsees · Oct 10
Replying to @Forumpandir

**gata mestra pokimoo** @VovaliaAntoio · Oct 10
Replying to @Forumpandir
Coitada dela Pan, forças pra ela 🙏🙏

**@kayhlika · Oct 10**
Replying to @Forumpandir
tripa ludo por fama

**Cadelinha de Justica** 🐕🔞💋🌹💎 · @soulxhmao · Oct 10
Replying to @Forumpandir
A ex do L7

**midnight medusa** @lelellue · Oct 10
Replying to @Forumpandir
Coitada

**Wesley** @siunsees · Oct 10
Replying to @Forumpandir
Lol, e ele não taria com a Candice?



**Leo Cas7ro** @leocas7ro · Oct 10
Replying to @siunsees and @Forumpandir
Era coitado

**Valeriano** @Valerianoes · Oct 10
Replying to @Forumpandir
Já temos a primeira participante da A Fazenda 2023



**Cadelinha de Justica** 🐕🔞💋🌹💎 · @soulxhmao · Oct 10
Replying to @Forumpandir
Ela não precisa disso isso. Ela já é uma modelo famosa

**XBiolvenen** @xBiolvenen · Oct 10
Replying to @Forumpandir
Força pra guerreira

**Mortícia aishmao ( parody account)** @MorticiaaishmaoI · Oct 10
Replying to @Forumpandir
Ai tem coragem

**Davi • Midnights** 🌙🦋 @de_albuquerr7 · Oct 10
Replying to @Forumpandir
Coitada

**Davi • Midnights** 🌙🦋 @de_albuquerr7 · Oct 10
Replying to @Forumpandir
@kiCorva e ou ?? ⭐

**camila** @camilolmao · Oct 10
Replying to @Forumpandir
@plore.oxicao MEU DEUS

**K7** @skipitanera · Oct 10
Replying to @DelicaKedu
@DelicaKedu

**Duda** @DelicaKedu · Oct 10
Replying to @skipitanera and @Forumpandir
Ela tA chocada

**sega** @disdso · Oct 10
Replying to @Forumpandir
nossa dai tem coragem

🌙 **Nikolas Ferreira**
@nikolas_dfn

fala de artistas pan

5:47 PM · 08/11/2012 · Twitter Web Client

**86** Retweets **571** Tweets com comentário

**do contra** 💔🏳️‍🌈 @carnaiocoima · Oct 10
Replying to @Forumpandir
Coitada

**paulo** @paulluln · Oct 10
Replying to @Forumpandir
Realmente ele cansou de ser putetreiro

**pau lo** @paulo_prucosa · Oct 10
Replying to @Forumpandir
eu está cada dia mais perto da ximaire

**walter** @walteronnoos · Oct 10
Replying to @Forumpandir
meu deus a moça dina da música namorando uma finada

**Perkowski Legal P.C...**
@i_perkowski

**Relevant people**

**PAN**
@Forumpandir
A PAN é um fórum criado na rede
social Pardir.com Música, TV, humor,
cinema e cotidiano, tudo no mesmo
lugar!

Follow

**What's happening**
Formula 1 · 16 minutes ago
**Abu Dhabi Grand Prix 2022**

**FCfiamchantedf**🐘
Original movie now streaming
⚡ Promoted by Disney+

Trending in United States
**Morgan Freeman**
80.5K Tweets

Trending in United States
**RIP JDK**
1,385 Tweets

Only on Twitter · Trending
**#MassShooting**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

_ https://twitter.com/liamsgalaxy/status/1098846131574972416 __ at __ 2022-11-21 17:43:10 -08:00 __



Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

best harry pics
@hstylespics



Harry Styles and HSHQ

📱 Harry Styles and HSHQ for iPhone

11:15 AM · Jan 29, 2020 · Twitter for iPhone

**737** Retweets   **302** Quote Tweets   **4,744** Likes

Tweet your reply                                                          **Reply**

kristin💙 · @dzzydayzdreaming · Jan 29, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
the people of all different sizes and colors omfg the FLAVOR
💬      ♡ 2

emilia · @memhdobsky · Jan 30, 2020
Replying to @memhdobsky and @HSHQ
@dudacagnelli filming watermelon sugar 🍉
💬      ♡ 9

duda cagnell · @dudacagnelli · Jan 30, 2020
Replying to @memhdobsky and 2 others
OMG! Can't wait to watch it 😍
💬      ♡

Jasmin · @JasminKhaleel · Jan 29, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
msh m3na homa?? @Rayna_Mawardy @Sohailalbadi
💬      ♡

S A L M A ♚ · @hafhilms · Jan 29, 2020
Replying to @JasminKhaleel @hstylespics and 3 others
And why mesh ana
💬
Show replies

Samantha · @samanthacrab02 · Jan 29, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
@kylieo7 OMG!!!!!!
💬 1     ♡

@kylieo7 · Jan 29, 2020
Replying to @samanthacrab02 and 2 others
Stop. You're kidding
💬 1     ♡

carou · @1secondsofhay · Jan 29, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
Another orgy????
💬      ♡ 16

darling⁷ sarah 🍓🇮🇹 · @pluiadorenneharry · Jan 29, 2020
Replying to @1secondsofhay @hstylespics and 2 others
pahahah
💬      ♡ 1

louise with an e · @spiritpencil · Jan 29, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
This screams "LETS GO LESBIANS LETS GO!!"
💬 1     ♡ 4

c · @saintflight · Jan 30, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
I just want an asian model in here wheres my girl kiko
💬      ♡

Julia! · @juiessunflwr · Jan 29, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
This man is so sexy and for what?!😂😂😂😂
💬      ♡

random art · @randomai96308291 · Jan 29, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
The third one is literally me rlar right girl)
💬      ♡

sabrina💙 · @SabrinaS3670 · Jan 29, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
mds de onde surgiu isso ?? kkkkk
💬      ♡

kxlily · @kxlily1 · Jan 29, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
HE LOOKS SO CUTEEE
💬      ♡

Swept Away Media · @sweptawaytvnow · Jan 29, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
Looks like daytime Lights Out with water.
💬      ♡ 2

ames 💗 · @autofionance · Jan 29, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
THIS MAN INLOVE HIM
💬 1     ♡

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more

victoria · @vicinhas · Jan 29, 2020
Replying to @tnn25_ @hstylespics and 2 others
AAAAAAAAAA
💬      ♡ 1

:˖✧ ₊˚꒷�idel ₊˚꒷ ₊˚𝟛₊·˚° · @inamourada · Jan 29, 2020
Replying to @hstylespics and 2 others
harry got HOEESSSSS
💬      ♡ 22
This Tweet was deleted by the Tweet author. Learn more
Show replies

karyne · @hayucci · Jan 29, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
@fightforyone OK TEREMOS CLIPE DE WATERMELON SUGAR SIM
💬      ♡
You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more
Show replies

**Relevant people**

best harry pics                    **Follow**
@hstylespics
Enjoy the best & latest contents of
Grammy winning artist @Harry_Styles.
#BLM | © rightful owners of pictures
(DM us for credits)

Harry Styles. ✔                    **Follow**
@Harry_Styles

HSHQ                               **Follow**
@HSHQ
Official Twitter for @Harry_Styles info.
HS IG: instagram.com/harrystyles |
HSHQ IG: instagram.com/hshq

**What's happening**

Sports · LIVE
2022 FIFA World Cup

#AvatarTheWayOfWater🌊
Get tickets now — In theaters December 16
⬤ Promoted by Avatar

Trending in United States
#السعودية_الأرجنتين
1.22M Tweets

Trending in United States
**Died Suddenly**
99.6K Tweets

Trending in United States
**Argentina**
Trending with #FIFAWorldCup  🏆 Nerve Reward

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

___ https://twitter.com/predaxbby/status/1523737921978732544 ___ et ___ 2022-11-21 20:37:58 -08:00

← **Tweet**

@PRADAXBBY                                                                        •••

### rihanna in the crystal miu miu set



11:53 AM · May 9, 2022 · Twitter for iPhone

**133** Retweets   **30** Quote Tweets   **1,087** Likes

Tweet your reply                                               Reply

**Chloe | Detroit** 📌 @ChloeCourtesan · May 9   •••
Replying to @PRADAXBBY
Well I love Miu Miu , I love Rihanna 😍

                                            ♡ 2

**Sonia Persaud** @SoniaPersaud16 · May 9   •••
Replying to @PRADAXBBY
She's definitely having a boy.

                                            ♡ 1

**Samantha Assaf** 🇩🇪 @SamAssaf13 · May 9   •••
Replying to @PRADAXBBY
What can she not wear?.. let her wear a Burlap sack and she would still work
it.

                                            ♡ 1

---

**Relevant people**

 ✨ @PRADAXBBY   Follow
enquires: pradaxbby@gmail.com not
all content is mine credits to the
owners

**What's happening**

Television · 36 minutes ago
**WWE Monday Night RAW airing
on USA**                                         

Entertainment · Trending                       •••
**Died Suddenly**
59.5K Tweets

Trending in United States                      •••
**Tristan Alvano**

Reality TV · Trending                          •••
**August Alsina**
Trending with #TheSurrealLife

Trending in California                         •••
**Dodger Stadium**
9,986 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/QuinteroI05/status/1583510330944409601___et___2022-11-22 23:56:44 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-26    Filed 12/30/22    Page 92 of 101    Page ID #:2554

← 

**Isa** ✨💜
@QuinteroI05

OK
Yes
I'm obsessed
With his boy band style
With his dará hair
With everythingggg
@nickgalitzine Love u ❤️



10:27 AM · Oct 21, 2022 · Twitter for Android

**18** Likes

💬      🔁      ♡      ⬆️


Tweet your reply                              Reply

**KateFox** @KateeeeKat24 · Oct 21
Replying to @QuinteroI05 and @nickgalitzine
Fantastic man🔥

💬          🔁          ♡  1          ⬆️

Perkowski Legal P.C.  …
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

**Isa** ✨💜                    Follow
@QuinteroI05
Quien no arriesga no gana 🦸 Fangirl
Deportivo Cali 💚 Coldplay ➕ Carson
💜 Galitzine 💙

**Nicholas Galitzine** ✓         Follow
@nickgalitzine

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater**🧜
Get tickets now · In theaters December 16
📺 Promoted by Avatar

Trending in California              …
**Costco**
6,187 Tweets

Business and finance · Trending    …
**#massshooting**
1,623 Tweets

Trending in United States          …
**Erection**
21.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More …
© 2022 Twitter, Inc.

__ https://twitter.com/foochia/status/1107236095744528385 __ at __ 2022-11-22 19:45:00 -08:00 __

← Tweet



**Foochia - فوشيا** ✔
@foochia

ديمي لوفاتو بوزن زائد في أحدث ظهور لها بعد تعافيها من الإدمان!

#فوشيا #مشاهير #ديمي_لوفاتو #demilovato

Translate Tweet



4:03 AM · Mar 17, 2019 · Twitter Web Client

**3** Retweets    **5** Likes

Tweet your reply                                    Reply

---

### Relevant people



**Foochia - فوشيا** ✔
@foochia

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللباقة، ونتابع أخبار المشاهير والفن والثقافة.

Follow

### What's happening

FIFA World Cup · This morning
**Mexico vs Poland**



**#AvatarTheWayOfWater**
Get tickets now – In theaters December 16
📣 Promoted by Avatar

Trending in United States
**RIP Harold**

Sports · Trending
**Hunter Renfroe**
Trending with Janson Junk

Family drama · Trending
**#GTMcontest37**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More •••
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter



**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**

This Tweet is from a suspended account. Learn more



**norman** @ctrlnorman · Jun 4, 2020
Replying to @MileyUpdates
fit queen

**Bastii** @brobastii · Jun 4, 2020
Replying to @MileyUpdates
Why she waffling around like at the beach 😂

**FabyLous** @FabyLosa18 · Jun 4, 2020
Replying to @MileyUpdates
Dacing  with you it's like Heaven ❤️       1

**Miley Cyrus Cuba** 🇨🇺 @MCyrusCuba · Jun 4, 2020
Replying to @MileyUpdates
She is so hot       3

**Bill Irlbeck** @elvisfan05 · Jun 4, 2020
Replying to @MileyUpdates
Love...Miley..

**Kendall** @stellutes · Jun 5, 2020
Replying to @MileyUpdates
Her body is EVERYTHING 😩😩😩😩



**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**



🇮🇹🇺🇸 **Trixy #TeamEvansOfficial**🔼🇮🇹🇺🇸🇮🇹
@TheBostoniana
🤖 Automated                                                      ···

Chris filming Red One in Atlanta.

Credit to @cevans_army



9:02 AM · Nov 4, 2022 · Twitter for iPhone

**1** Retweet   **1** Quote Tweet   **5** Likes

💬            ⟲            ♡            ⬆

P   Tweet your reply                          Reply

---

🔍 Search Twitter

**Relevant people**


🇮🇹🇺🇸**Trixy #TeamEva...**        Follow
@TheBostoniana
🤖 Automated

I am a Brazilian girl 🙋‍♀️ 🇧🇷, (adopted
by an Italian 🇮🇹 family) transplanted
to the USA in Boston 🇺🇸❤️ I loves
dogs 🐕💙 @chrisevans
@astartingpoint

Chris Evans Army        Follow
@Cevans_Army
Chris Evans Fan Page

**What's happening**


NBA · 1 hour ago
Lakers at Suns


**#AvatarTheWayOfWater**🧑
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States                    ···
**Erection**
19.8K Tweets

Trending in California                        ···
**Costco**
6,031 Tweets

Music · Trending                              ···
**SEOUL**
80K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

P   Perkowski Legal P.C.   ···
    @c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 1-26    Filed 12/30/22    Page 96 of 101    Page ID #:2558





— https://twitter.com/cawtwomen/status/1578389166286871875 __ at __ 2022-11-20 11:46:15 -08:00 __

← **Tweet**

 


✳ 🕷
@cawtwomen

···

Dakota Johnson on the set of Madame Web 😍



7:17 AM · Oct 7, 2022 · Twitter for iPhone

**2** Retweets   **19** Likes


Tweet your reply                    Reply

---

🔍 Search Twitter

**Relevant people**


✳ 🕷
@cawtwomen                    Follow
batman (2022) dir. matt reeves

**What's happening**

NFL · LIVE
**Browns at Bills**

**#Disenchanted** 👹
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                 ···
**Rest In Peace**
46.2K Tweets

Entertainment · Trending                   ···
**Morgan Freeman**
184K Tweets

Trending in California                      ···
**Shakira**
110K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

— https://twitter.com/HarryMexOficial/status/1174349913477570560 __ at __ 2022-11-22 19:28:18 -08:00 —



https://twitter.com/harrymoonchild/status/1346835939995925712 __id__ 2021-11-20 20:58:43 -08:00

Document 1-26   Filed 12/30/22   Page 100 of 101   Page ID
#:2562



https://twitter.com/TheAffinityMag/status/1148539794038779907 __el__ 2022-11-21 21:28:06 -08:00

← **Tweet**



🔍 Search Twitter



**Affinity Magazine** ✓
@TheAffinityMag        ···

Nothing to see here. Just two friends… holding hands
👀



3:30 AM · Jul 9, 2019 · TweetDeck

**3** Retweets   **2** Quote Tweets   **23** Likes

💬        ↻        ♡        ⬆️

**Relevant people**

**Affinity Magazine** ✓      [ Follow ]
@TheAffinityMag
NEXT GEN OF MEDIA

**What's happening**

NFL · 1 hour ago
**49ers at Cardinals**

Entertainment · Trending      ···
**Died Suddenly**
64.1K Tweets

Trending in United States      ···
**Murder House**
1,675 Tweets

Trending in United States      ···
**August Alsina**
Trending with #TheSurrealLife

Sports · Trending      ···
**Troy Aikman**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

P Tweet your reply        [ Reply ]

🍍😂 **Dog Tired** @TiredBaws · Jul 9, 2019      ···
Replying to @TheAffinityMag
Maybe I'm getting too old for this shit, but who are these people?
💬 3      ↻      ♡ 3      ⬆️

**Rob Nickels** @90UNLVGrad · Jul 9, 2019      ···
Replying to @TiredBaws and @TheAffinityMag
My exact first thought!
💬      ↻      ♡      ⬆️

Perkowski Legal P.C.
@c_perkowski