# EXHIBIT B Continued

Case 2:22-cv-09462-DMG-ADS   Document 1-27   Filed 12/30/22   Page 2 of 101   Page ID #:2565

← **Tweet**

@empirekendall

Obsessed 🧡



3:51 AM · Jan 3, 2021 · Twitter for iPhone

**42** Retweets   **3** Quote Tweets   **392** Likes

Tweet your reply
Reply

Show more replies

# Home
# Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Relevant people**


@empirekendall
all things kendall jenner • fan page
Follow

**What's happening**

FIFA World Cup · 4 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🧝
Get tickets now - In theaters December 16
Promoted by Avatar

Celebrities · Trending
**Chris Evans**
Trending with Blueface

Trending in California
**Alexis Vega**
20.6K Tweets

Betty White · Trending
**Betty White**
2,732 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.


**Perkowski Legal P.C.**
@c_perkowski

# Tweet



Robert Littal BSO ✔️
@BSO

Jennifer Lopez And Ben Affleck Confirm They're Back Together After Being Caught Making Out At Birthday Dinner (Pics-Vid) bit.ly/3cCZ0hx

7:42 AM · Jun 15, 2021 · BSO Alert

5 Retweets   2 Quote Tweets   4 Likes

Tweet your reply                          Reply

Thottimus Prime Erob @Erob_tv · Jun 15, 2021
Replying to @BSO
She need to slow down lmaooooooo

## Relevant people



Robert Littal BSO ✔️     Follow
@BSO

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

## What's happening

Sports · LIVE
2022 FIFA World Cup

#AvatarTheWayOfWater🗿
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in United States
#السعوديه_الارجنتين
1.25M Tweets

Trending in United States
Died Suddenly
101K Tweets

Trending in United States
Argentina
Trending with #FIFAWorldCup 🏆, Herve Renard

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/ScreenMix/status/1361704479055290885 __all__ 2020-11-20 16:44:45 -08:00 Document 1-27 Filed 12/30/22 Page 4 of 101 Page ID #2587





← **Thread**



**Breakdown Channel Universe**
@txtdariBCU

···

Set image terbaru dari film Madame Web mereveal
aktor Tahar Rahim yang dirumorkan bakal menjadi
karakter Ezekiel Sims di film Madame Web

#MadameWeb
Translate Tweet



10:46 PM · Oct 12, 2022 · Twitter for Android

**1** Retweet   **1** Like

💬          ⟲          ♡          ⬆

P   Tweet your reply                          Reply

**Breakdown Channel Universe** @txtdariBCU · Oct 12
Replying to @txtdariBCU
Ezekiel Sims kalo dikomik adalah musuh dari Spiderman yang punya
kekuatan laba-laba seperti Spiderman karena melakukan ritual dengan
Spider Totem. Ezekiel juga di salah satu storyline pernah mengantikan Peter
Parker sebagai Spiderman karena Peter Parker yang terbunuh sama Morlun



💬          ⟲ 1          ♡ 1          ⬆

🔍 Search Twitter

**Relevant people**

BCU   **Breakdown Channel ...**      Follow
      @txtdariBCU
      Wadah ngebacotnya BCU pokoknya

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**



#AvatarTheWayOfWater🧑
Get tickets now · In theaters December 16
📢 Promoted by Avatar

Trending in United States                    ···
**Erection**
17.8K Tweets

Trending in California                        ···
**Costco**
5,802 Tweets

Celebrities · Trending                        ···
**Denzel Washington**
1,818 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

Perkowski Legal P.C.     ···
@c_perkowski

— https://twitter.com/nikgalitzine_cl/status/1583400137002401792 — at — 2022-11-19 21:49:47 -08:00 — Case 2:22-cv-09462-DMG-ADS Document 1-27 Filed 12/30/22 Page 7 of 101 Page ID #:2570



← **Thread**

**Nicholas Galitzine Chile 🇨🇱**
@nikgalitzine_cl

···

📸|| Nicholas junto a Anne Hathaway el 19 de octubre en el set de la película "The Idea Of You"

#nicholasgalitzine #theideaofyou #annehathaway #bts #Amazon

👤 Nicholas Galitzine

3:09 AM · Oct 21, 2022 · Twitter for Android

7 Likes

**Nicholas Galitzine Chile 🇨🇱** @nikgalitzine_cl · Oct 21
Replying to @nikgalitzine_cl

2

Perkowski Legal P.C.
@c_perkowski
···

🔍 Search Twitter

**Relevant people**

Nicholas Galitzine Ch... 
@nikgalitzine_cl
Follow

Fan club del actor, modelo y cantante inglés Nicholas Galitzine Noticias, vídeos , fotos y mucho más 📸📝

Nicholas Galitzine ✓ 
@nickgalitzine
Follow

**What's happening**

Television · 1 hour ago
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
Ⓟ Promoted by Uber

Trending in United States
**HE'S BACK**
149K Tweets

Trending in United States
**#DreamersbyJungkook**
Trending with #FIFAWorldCup 🏆

Trending in United States
**Jason David Frank**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

__ https://twitter.com/bangtidyhq/status/1311391184452038657 __ at __ 2022-11-21 02:15:11 -0800 __

← **Tweet**



**Bang Tidy Celebs**
@BangTidyHQ

···

-@bellathorne

 

12:43 PM · Sep 30, 2020 · Twitter Web App

**2** Retweets   **13** Likes



Tweet your reply

Reply

## Relevant people



**Bang Tidy Celebs**
@BangTidyHQ

Follow

Bringing you Bang Tidy Celebs from the UK and around the world. From TV & Film to Music & Models. Any requests feel free to tweet.



**BITCHIMBELLATH...** ✓
@bellathorne

Follow

number one book, number one new movie:) wow. love u guys thank u 🔥

## What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**



Trending in United States
**Bob Iger**
Trending with  Disney, Chapek

···

Music · Trending
**Lionel Richie**
3,730 Tweets

···

Trending in United States
**Defunctland**
4,714 Tweets

···

Trending in California
**#sacramentoproud** 👮

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**
@c_perkowski

···

🔍 Search Twitter

☰ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

··· More

**Tweet**

← **Tweet**



🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

Lists

Profile

⋯ More

**Tweet**

Rihanna Navy Brasil | Fan Account
@RNavyBrazil

Rihanna chegando ao restaurante "Nobu" em Los Angeles, ontem a noite (06/04).

Translate Tweet



4:22 AM · Apr 7, 2022 · Twitter for iPhone

**1,205** Retweets **655** Quote Tweets **16.3K** Likes

💬          🔁          ♡          ↥

Tweet your reply                                    **Reply**

Lana Del Rey Addiction 🎀 @LDRaddic · Apr 7
Replying to @RNavyBrazil
A chance dela parir dentro desse restaurante é de 80%
💬          🔁          ♡ 95          ↥

o amor vigora 🌙💌 @glandebrilhante · Apr 7
Replying to @LDRaddic and @RNavyBrazil
Só tem chance dessa criança nascer em 3 lugares:
50% no Giorgio Baldi
30% no NoBu
20% na maternidade
💬 1          🔁 4          ♡ 82          ↥

Show replies

kgb komitet garotas bonitas @cpaulista · Apr 7
Replying to @RNavyBrazil and @rakimfenty
essa mulher tá no fim da gestação não tem medo de parir no meio da rua não?
💬          🔁          ♡          ↥

julinha, Liza é assim que acaba @xuzdy · Apr 7
Replying to @RNavyBrazil
A gata fez a revolução nos look de gravidez
💬          🔁          ♡ 1          ↥

marca de talheres da rihanna 🍴 @fentyspoom · Apr 7
Replying to @RNavyBrazil
Abandonou o Giorgio Baldi???? Como assim ????


▶ GIF ALT

💬          🔁          ♡ 4          ↥

ena @badgalana_ · Apr 7
Replying to @RNavyBrazil
o nariz de gravidazaaaa avisaaa 😍
💬          🔁          ♡          ↥

rafael @garezola · Apr 7
Replying to @RNavyBrazil
meu deus o tamanho dessa barriga a criança vai nascer com 5 anos

💬          🔁          ♡ 84          ↥

petit netô @netosoul_ · Apr 7
Replying to @garezola and @RNavyBrazil
Eu gatto tanto com essa foto da rosalia kkkkkkkkk
💬          🔁          ♡ 2          ↥

Kate com K de Parody Account @darkhor.ae · Apr 7
Replying to @RNavyBrazil
A lenda de buchim chei
💬          🔁          ♡ 2          ↥

natã :) @rutanmartins_ · Apr 7
Replying to @RNavyBrazil
MDS a mulher comendo sushi gravida
💬          🔁          ♡ 1          ↥

D.Baca... @eusoulsol · Apr 7
Replying to @RNavyBrazil
E eu achando que a mulher já estava parindo pq sumiu
💬          🔁          ♡          ↥

1 9 8 8 @SN4t4l14 · Apr 7
Replying to @RNavyBrazil
E a grávida mais linda da vida sim 😍😍
💬          🔁          ♡          ↥

Guilherme 🏳️‍🌈🏳️‍🌈🏳️‍🌈 @GidCoradelli · Apr 7
Replying to @RNavyBrazil
Essa criança tem tanta fome
💬          🔁          ♡          ↥

petit netô @netosoul_ · Apr 7
Replying to @RNavyBrazil
Nenhuma gravidez será a mesma após essa mulher
💬          🔁          ♡          ↥

Pᴀblo ᵀᴹ @Pablo_Crvg98 · Apr 7
Replying to @RNavyBrazil
@grillolly
💬          🔁          ♡          ↥

Thierre @emanuelist_ · Apr 7
Replying to @RNavyBrazil
Rihanna não para o vac no lugar nê kkkkk
💬          🔁          ♡ 1          ↥

ninoks @noeemips · Apr 7
Replying to @RNavyBrazil
eu só consigo prestar atenção na linha debaixo do umbigo que não é reta como a de cima
💬          🔁          ♡          ↥

Perkowski Legal P.C. ⋯
@c_perkowski

**Relevant people**

Rihanna Navy Brasil | ...     **Follow**
@RNavyBrazil
RNB 🇧🇷 | Estamos online desde 2010, somos o maior e mais completo fã-clube sobre a cantora Rihanna no Brasil e em toda a América Latina. Apoio: @jamaicbrasil

**What's happening**

Television · 4 hours ago
**Last Week Tonight With John Oliver airing on HBO**

Trending in United States
**Defunctland**
4,419 Tweets                    ⋯

Trending in United States
**#AMAs🏆**
4.57M Tweets                    ⋯

Music · Trending
**#DavidoAt30**
65.7K Tweets                    ⋯

Gaming · Trending
**#Wordle520**
Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.



← **Tweet**

Mateus Aguiar
@mateusaguiarph

APENAS ELA. Juliana 😊



7:57 AM · Oct 10, 2022 · Twitter for iPhone

**1** Quote Tweet  **33** Likes

💬 Tweet your reply                                    **Reply**

lsa @anylucee · Oct 10
Replying to @mateusaguiarph
a mais linda desse mundo
💬                    ❤ 1

n @anygirlqueen · Oct 10
Replying to @mateusaguiarph
quando vem um feat teu e dela mateus??
💬 1              ❤ 1

Mateus Aguiar @mateusaguiarph · Oct 10
Replying to @anygirlqueen
meu sonho! espero q em breve
💬 1              ❤ 2
Show replies

mary tá no rio de janeiro @aautoramary · Oct 10
Replying to @mateusaguiarph
to existindo pelo ensaio de vcs
💬                    ❤ 1

guto. Fan Account @anytotally · Oct 10
Replying to @mateusaguiarph
Ela é linda
💬

yas @iiasminie · Oct 10
Replying to @mateusaguiarph
UMA DEUSA MATEUS
💬                    ❤ 1

n @anygirlqueen · Oct 10
Replying to @mateusaguiarph
ela é mt maioral caras
💬

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

🔍 Search Twitter

**Relevant people**

Mateus Aguiar
@mateusaguiarph    **Follow**
tiro umas fotos e falo sobre a vida

**What's happening**

Formula 1 · 41 minutes ago
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 🎭
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**#MassShooting**

Trending in United States
**Morgan Freeman**
81.7K Tweets

Trending in United States
**RIP JDF**
1,427 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.



https://twitter.com/whomath/status/1396950693360488971?... 2022-11-01 05:29:26 -08:00
Document 1-27 Filed 10/30/22 Page 11 of 101 Page ID #2874











← **Tweet**





**FilmLoverss**
@filmloverss



Marvel Sinematik Evreni'nin önemli karakterlerinden Loki'ye odaklanan Disney+ dizisinin setinden yeni görüntüler yayınlandı. Tom Hiddleston'ın başrolünü üstlendiği #Loki dizisi, önümüzdeki yıl izleyici ile buluşacak. flss.co/32RKBYF

Translate Tweet



7:00 AM · Mar 5, 2020 · Hootsuite Inc.

**2** Quote Tweets   **12** Likes





Tweet your reply            Reply

**Relevant people**



**FilmLoverss**
@filmloverss                     Follow

**What's happening**

FIFA World Cup · 1 hour ago
**USA vs Wales**

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,215 Tweets

Sports · Trending
**Mexico City**
12.8K Tweets

Trending in United States
**Tampax**
14.8K Tweets

Trending in United States
**Hive**
140K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

**Perkowski Legal P.C.** •••
@c_perkowski

https://twitter.com/biebercanada/status/1380457789525038916 _ et _ 2022-11-22 01:10:23 -08:00

← **Tweet**

Steven
@BieberCanada

Daddy 🥵



2:49 AM · Apr 9, 2021 · Twitter for iPhone

**1** Retweet    **5** Likes

Perkowski Legal P.C.
@c_perkowski

Tweet your reply                                    Reply

moe @moemuze · Apr 9, 2021
Replying to @BieberCanada
is that Jess from gilmore girls?😳😳

1

Steven @BieberCanada · Apr 9, 2021
Replying to @moemuze
Yes

1                                    1

Show replies

Search Twitter

**Relevant people**

Steven
@BieberCanada                    Follow
He/Him | canadian | traveller | belieber |

**What's happening**

Music · LIVE
**Fans celebrate Kihyun's birthday**
🥳

#AvatarTheWayOfWater🧜
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Entertainment · Trending
**BLEACH**
174K Tweets

Trending in California
**Mexicans**
7,069 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

— https://twitter.com/SNEAKPEEKCA/status/1065363083407777792 __ et __ 2022-11-21 00:34:06 -08:00



← Tweet



Search Twitter

**SneakPeek**
@SNEAKPEEKCA                                      ...

**Relevant people**

sneakpeek.ca/2018/11/brie-l...

 **SneakPeek**
@SNEAKPEEKCA                    Follow
Invite Only



**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States
**Bob Iger**
Trending with Disney, Chapek

1:55 PM · Nov 21, 2018 · Twitter Web Client

**1** Retweet   **1** Like



**Perkowski Legal P.C.**
@c_perkowski

Tweet your reply                                  Reply

https://twitter.com/MovieCrazyP/status/1531494395253604352 __ at __ 2022-11-21 09:00:44 -08:00

← **Tweet**



**Movie Crazy Planet** 🎬🎞️🍿
@MovieCrazyP

···

📸 💥 PAPARAZZI 💥 📸

## Taika Waititi y Rita Ora en West Hollywood.



9:34 PM · May 30, 2022 · Twitter for Android

**1** Retweet **6** Likes

💬    🔁    ♡    ↑

 Tweet your reply    Reply

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

Perkowski Legal P.C.
@c_perkowski  ···

🔍 Search Twitter

**Relevant people**



**Movie Crazy Planet ...**
@MovieCrazyP    **Follow**

💥Noticias, tráilers, pósters, los
estrenos más recientes de cine, series
y televisión.💥 Síguenos y activa la 🔔
moviecrazyplanet@gmail.com ✉️

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Sports · Trending
**Jameson Williams**
2,305 Tweets

Sports talk · Trending
**Skip and Shannon**

← **Tweet**



**Robert Littal BSO** ✔
@BSO

⋯

## Details How Much Lamar Odom Pawned NBA Championship Ring Is Going For at Auction (Pics)
bit.ly/2MLxYro



© Phamous / BACKGRID

7:07 AM · Dec 31, 2019 · BSO Alert

---

**2** Retweets    **5** Quote Tweets    **1** Like

💬          🔁          ♡          ↑

---

 Tweet your reply                      Reply

 Search Twitter

## Relevant people

 **Robert Littal BSO** ✔          Follow
@BSO

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

## What's happening

FIFA World Cup · Starts at 8:00 AM
**Mexico vs Poland**

**#AvatarTheWayOfWater**🧑
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending                    ⋯

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski                    ⋯



__ https://twitter.com/creamorscream/status/1363307552746983427 __ at __ 2022-11-20 17:18:31 -08:00 __



# Tweet 



- 🏠 Home
- # Explore
- 🔔 Notifications ①
- ✉ Messages
- 🔖 Bookmarks
- ☰ Lists
- 👤 Profile
- ⊙ More

**Tweet**

---

 **Bishop**
@BlindWanda                                    ···

Jeremy Renner is seen on the set of Hawkeye stretching before shooting a scene in Atlanta, 20-02-2021

#Hawkey #Marvel #DisneyPlus



👤 Jeremy Renner Net and 2 others

6:00 PM · Feb 20, 2021 · Twitter Web App

---

**27** Retweets   **4** Quote Tweets   **141** Likes

---

💬            ⇄            ♡            ⬆

 Tweet your reply                 Reply

---

 **Perkowski Legal P.C.** ···
@c_perkowski

🔍 Search Twitter

## Relevant people

 **Bishop** ☑
@BlindWanda                    Follow

Lover of Marvel, DC, Star Wars, Comics, Hailee Steinfeld, BLACKPINK, and many other things (*)

 **Jeremy Renner Net**
@JRennerNet                    Follow

The first and best fan account about actor and singer @JeremyRenner — I have no contact with Jeremy!

 **Disney+** ☑
@DisneyPlus                    Follow

#DisneyPlus is your home for the holidays. 💙❄ #SeasonsStreamings

## What's happening

NFL · 47 minutes ago
**Cowboys at Vikings**



**#Disenchanted** 👸
Original movie now streaming
📷 Promoted by Disney+

Trending in United States                ···
**Wayne Brady**

Trending in United States                ···
**#AMAs** 🔥

Trending with  TOMORROW X TOGETHER, Favorite K-Pop Artist

Politics · Trending                       ···
**AR-15**
54.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/throwbackagh/status/14059978121360015460_at_... 22_... 2022-11-21 10:25:18 -08:00
Document 1-27    Filed 12/30/22    Page 20 of 101    Page ID
#2583





← **Tweet**

**Clicky Sound**
@ClickySound
···

[clickysound.com/ryan-seacrest-...](clickysound.com/ryan-seacrest-...) They also allegedly left together when the vacation came to a close.



2:54 PM · Jun 30, 2020 · Clicky Sound

   

Tweet your reply                                    Reply

---

🔍 Search Twitter

**Relevant people**

 **Clicky Sound**                Follow
@ClickySound
Photography at its Best!

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**                          

**#AvatarTheWayOfWater**💧
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States                    ···
**Erection**
15.8K Tweets

Trending in California                       ···
**Costco**
5,641 Tweets

Business and finance · Trending              ···
**Virginia Walmart**
10.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

### Home
### Explore
### Notifications  ①
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

 **Perkowski Legal P.C.**  ···
@c_perkowski

__ https://twitter.com/ClickySound/status/1266400005188997127 __ at __ 2022-11-19 12:13:24 -08:00 __

← **Tweet**



**Clicky Sound**
@ClickySound

...

clickysound.com/julia-roberts-...   Leading by example!
View Entire Post ›



9:04 AM · May 29, 2020 · Clicky Sound

  

 Tweet your reply                    Reply

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

---

Search Twitter

**Relevant people**

 **Clicky Sound**
@ClickySound          Follow
Photography at its Best!

**What's happening**

NCAA Football · LIVE
**TCU at Baylor**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in California
**HELL NO**
41.8K Tweets

Entertainment · Trending
**Tommyinnit**
10.9K Tweets

Trending in United States
**Messi**
339K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**
@c_perkowski   ···

Case 2:22-cv-09462-DMG-ADS   Document 1-27   Filed 12/30/22   Page 24 of 101   Page ID #:2587

← **Tweet**

 **Andy Vermaut**
@AndyVermaut

···

Andy Vermaut shares:Pete Davidson Appears To Debut Tattoo For Kim Kardashian's 4 Kids At Stand-Up Show: Photos: Eagle eyed fans noticed a new tattoo on Pete Davidson's neck that appeared...
hollywoodlife.com/2022/04/30/pet... Thank you.
#AndyVermautLovesHollywood
#ThankYouForTheEntertainment



1:22 PM · Apr 30, 2022 · dlvr.it

Q   Search Twitter

## Relevant people

 **Andy Vermaut**      [ Follow ]
@AndyVermaut

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**


Music · Trending                    ···
**#askmeek**

Trending in United States           ···
**USA ML**

Family drama · Trending             ···
**#GilmoreTheMerrier**

Entertainment · Trending            ···
**Kang**
47.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

  Tweet your reply                [ Reply ]

**Perkowski Legal P.C.**   ···
@c_perkowski

## Twitter sidebar

🐦
🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

[ **Tweet** ]

— https://twitter.com/biebersdepths/status/1430425011748225020 _ et __ 2022-11-22 08:08:29 -08:00

← **Tweet**




Q Search Twitter



chloe
@biebersdepths

ladies and gentlemen, justin bieber

12:01 AM · Aug 25, 2021 · Twitter for iPhone

**317** Retweets    **21** Quote Tweets    **1,772** Likes

💬            🔁            ♡            ⬆️

P  Tweet your reply                           Reply

Babalwa @Babsi_100 · Aug 25, 2021
Replying to @biebersdepths
These photos making me feel like I'm about to receive a big hug from him 🥹

💬            🔁            ♡            ⬆️

fangirl101 @seaweed_ramen · Aug 25, 2021
Replying to @biebersdepths
Mad bc I can't have this man

💬            🔁            ♡            ⬆️

Christian Schlieper @ChrisSchlieper · Aug 25, 2021
Replying to @biebersdepths
I want to marry him right now!

💬            🔁            ♡            ⬆️

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

kuwangs @sengkuwaang · Aug 25, 2021
Replying to @fafafawaaa and @f4waaa
Sial baru follow

💬            🔁            ♡            ⬆️

Show more replies

**Relevant people**

chloe                                    Follow
@biebersdepths
Justin Bieber fan account
follows, tweeted x4, rted, liked
x13 & seen x7    no copyright
infringement intended

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**



#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California
**Mexico City**
25.3K Tweets

Entertainment · Trending
**Died Suddenly**
110K Tweets

Trending in United States
**Argentina**
Trending with Vamos Mexico, Alexis Vega

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**

\# **Explore**

🔔 **Notifications**

✉️ **Messages**

🔖 **Bookmarks**

**Lists**

👤 **Profile**

··· **More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

emrah 🚩 (fan account)
@skinnysel

···

currently thinking about these selena gomez candids



⛱ Selena Gomez

10:09 AM · Feb 17, 2022 · Twitter for Android

**136** Retweets  **8** Quote Tweets  **1,427** Likes

💬      🔁      ♡      ⬆️

---

Ⓟ  Tweet your reply                          **Reply**

---

**Blue (is the problem)** @violetyellowblu · Feb 18      ···
Replying to @skinnysel and @selenagomez
Forever thinking of these

💬        🔁        ♡        ⬆️

**Dua✨** @Duanolefann · Feb 17                        ···
Replying to @skinnysel and @selenagomez
She was glowing that day 😍✨

💬 1      🔁        ♡ 3        ⬆️

**emrah 🚩 (fan account)** @skinnysel · Feb 17        ···
Replying to @Duanolefann and @selenagomez
like always 😍

💬        🔁        ♡ 1        ⬆️

**Feli✨s Mish** @felisters_mish · Feb 17              ···
Replying to @skinnysel and @selenagomez
She rocked once again👏🔥

💬        🔁        ♡        ⬆️

**🌿seltonin** @pinky6244 · Feb 17                     ···
Replying to @skinnysel and @selenagomez
My hot buisness women

💬        🔁        ♡        ⬆️

**hels** @MINDOFSEL · Feb 17                          ···
Replying to @skinnysel and @selenagomez
she's thinking of u too

💬 1      🔁        ♡ 1        ⬆️

**emrah 🚩 (fan account)** @skinnysel · Feb 17        ···
Replying to @MINDOFSEL and @selenagomez
HELENA

💬 1      🔁        ♡ 1        ⬆️

Show replies

**rai❤️** @ilyselg · Feb 17                            ···
Replying to @skinnysel and @selenagomez
these pics reminds me of a specific area and i already miss those vibesssss
everything started with these

💬        🔁        ♡        ⬆️

This Tweet is from a suspended account. Learn more

**emrah 🚩 (fan account)** @skinnysel · Feb 17        ···
Replying to @folkeiry and @selenagomez
right? she looks so happy and beautiful

💬        🔁        ♡        ⬆️

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski    ···

---

🔍 Search Twitter

**Relevant people**


emrah 🚩 (fan accou...   **Follow**
@skinnysel
selena, taylor, ariana, olivia - fan
account - he/him. (selena follows ♡)

Selena Gomez ✔      **Follow**
@selenagomez
My Mind & Me out November 4th:
apple.co/selenagomezdoc The song is
out now:
SelenaGomez.lnk.to/MyMindAndMe

**What's happening**


Sports · LIVE
2022 FIFA World Cup

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
78.1K Tweets

Trending in United States
**Arabia Saudita**
47.8K Tweets

Trending in United States
**#GMMTV2023**
304K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2022 Twitter, Inc.





https://twitter.com/ahoybieber/status/1380459905405104128 __ et __ 2022-11-22 11:35:10 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 1-27   Filed 12/30/22   Page 29 of 101   Page ID #:2592



Search Twitter

... @AhoyBieber

I need to see a full shot of Justin's outfit because it's looking kinda fire 🔥



2:57 AM · Apr 9, 2021 · Twitter for iPhone

9 Retweets   108 Likes

**Relevant people**

... @AhoyBieber   **Follow**

I loved bieber before it was cool. @justinbieber

**What's happening**

FIFA World Cup · 1 hour ago
Mexico vs Poland



**#AvatarTheWayOfWater** 🌊
Get tickets now – In theaters December 16
📽 Promoted by Avatar

Trending in California
**Mexico City**
20.6K Tweets

Trending in United States
**Ochoa**
Trending with Australia, Poland

Trending in United States
**#BoycottTampax**
5,662 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply   **Reply**

... @AhoyBieber · Apr 9, 2021
Replying to @AhoyBieber
But more of a glimpse, I can tell that Justin's fit was next level



2                    ♡ 3

... @AhoyBieber · Apr 9, 2021
*bit

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C. ···
@c_perkowski

__ https://twitter.com/belxauron/status/1346899423188701186 __ at __ 2022-11-21 18:01:10 -0800 __

← **Tweet**



•BELEN• 🇦🇷
@belxauron

···

si harry te entiendo, yo también miraría embobado si tuviera a Olivia Wilde en frente

Translate Tweet



11:20 AM · Jan 6, 2021 · Twitter for Android

**1** Retweet  **6** Likes

💬            ⟲            ♡            ⬆



Tweet your reply                                    Reply

Q Search Twitter

### Relevant people



•BELEN• 🇦🇷                 Follow
@belxauron

🇦🇷 booktw | auron/biyín | marvel | dc | star wars | house of the dragon | dakota johnson | fan account - @biyingifs • @_aurongifs

### What's happening

FIFA World Cup · This morning
**England vs Iran**



Trending in United States          ···
**Died Suddenly**
43.9K Tweets

Sports · Trending          ···
**Cale Makar**
Trending with #AvsTwitterPsychic

Trending in United States          ···
**Tampax**
28.4K Tweets

Bachelor in Paradise · Trending          ···
**#BachelorInParadise** 🌹
Trending with Shanae

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



Perkowski Legal P.C.   ···
@c_perkowski



Case 2:22-cv-09462-DMG-ADS   Document 1-27   Filed 12/30/22   Page 32 of 101   Page ID #:2595

← **Tweet**



**Everardo Herrera**
@alpiedeldeporte

···

Jennifer Lawrence y Leonardo DiCaprio irreconocibles para su nueva película: ow.ly/PzGT50DfN6a

Translate Tweet



9:28 AM · Jan 22, 2021 · Hootsuite Inc.

2 Retweets    5 Likes

## Home
## Explore
## Notifications 1
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Tweet your reply                    Reply


**Perkowski Legal P.C.**
@c_perkowski
···

Search Twitter

### Relevant people


**Everardo Herrera**
@alpiedeldeporte                **Follow**

Lo mejor del fútbol de Costa Rica y mundial. Además notas entretenidas.
facebook.com/AlPieDelDeporte
instagram.com/evergolcr

### What's happening

FIFA World Cup · 4 hours ago
**Mexico vs Poland**



**#AvatarTheWayOfWater** 💧
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Trending in California        ···
**Lucas**
150K Tweets

Celebrities · Trending        ···
**Tom Hanks**
7,276 Tweets

Trending in United States    ···
**#BoycottTampax**
8,628 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/RihannyBrasil/status/1523989137479188480... — RARE-00 (Web) ENGLISH — Document 1-27  Filed 12/08/22  Page 33 of 101  Page ID #:2336

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@r_perkowski

Relevant people

Rihanna Navy Brasil | Fan Account
@RihannyBrasil                                    Follow

RihB 🇧🇷 | Estamos online desde 2010, somos o maior e mais completo fã clube sobre a cantora Rihanna no Brasil e em toda a América Latina. Apoio: @umusicbrasil

What's happening

NBA · 24 minutes ago
**Warriors at Pelicans**

Entertainment · Trending
**Died Suddenly**
34.3K Tweets

Sport · Trending
**#WEWILLeme10**
Trending with Metal Heart Grocz

Trending in California
**Dodger Stadium**
10.6K Tweets

Trending in United States
**NCAA 14**

Show more

Terms of Service   Privacy Policy   Cookie Policy
© 2022 Twitter, Inc.

Rihanna Navy Brasil | Fan Account
@RihannyBrasil

PERFEITA! 🔥

Rihanna, na noite passada (08), indo janta no restaurante Giorgio Baldi, em Santa Monica.



8:07 AM · May 9, 2022 · Twitter for iPhone

**308** Retweets   **683** Quote Tweets   **5,137** Likes

Tweet your reply                                                    Reply

Oblivious 👁 @_deividslm · May 9
Replying to @RihannyBrasil
e eu achei que nao tÃo pro MET pq tava de resguardo...

Princesa Tsunade @pyeong_x · May 9
Replying to @RihannyBrasil
Essa crianÃ§a vai nascer no Giorgio Baldi

| Jurídico largaryens @barcio · May 9
Replying to @RihannyBrasil
Kkkks aqui lembrando da rihanna parindo no suÃ

JenK 💫 @gapilplanea · May 9
Replying to @RihannyBrasil
Ela la quase explodindo mds, a crianÃ§a nasce nunca

X 🦋 @shinestargirl · May 9
Replying to @RihannyBrasil
Essa mulher nÃ£o vai parir nÃ£o é?

| Jurídico largaryens @barcio · May 9
Replying to @RihannyBrasil
Kkkks aqui lembrando da rihanna parindo no suÃ

JenK 💫 @gapilplanea · May 9
Replying to @RihannyBrasil
Ela la quase explodindo mds, a crianÃ§a nasce nunca

Tiaguinho do 085 @TiagoCamellini · May 9
Replying to @RihannyBrasil
NÃ£o vai parir nunca!

Rih nÃ£o existe @firthywennight · May 9
Replying to @RihannyBrasil
@cuantoz @rhGois_idha que linda ela grÃ¡vida de 79 meses 😍

☆ Metralhadora de magoas @FhGois_ · May 9
Replying to @firthywennight @cuantoz
Bb vai nascer com 2 aninhos ja

Show replies

Aquela Daniela @joonmalana · May 9
Replying to @RihannyBrasil
Vcs nunca viram uma grÃ¡vida termo completo ai no Brasil pq correm p faca zem cerimÃ´nia. Esse é o 1o pÃ´s dela, deve ir até os 10 meses (termo completo é de 10 meses, nÃ£o 9, nÃ£o 9 meio) pq dificilmente aqui nos EUA vai conseguir vai interferir a nÃ£o ser q passe mais de 1 semana disso.

Aquela Daniela @joonmalana · May 9
Replying to @joonmalana @RihannyBrasil
A barriga dela nem baixa esta ainda. Quando desce é pra o p rebaixo e posicionou e geralmente é naquela semana. Deve ter esse mÃªs pelos rumores aqui tao dar date dela

vanceñe @chemt_tyl · May 9
Replying to @RihannyBrasil
a barriga começou a abaixar, vem aÃ a qualquer momento

emer @emercalado · May 9
Replying to @RihannyBrasil
Mulher pelo amor de Deus
O bucho quase explodindo e andando de salto

Rafaemyre of house Lula da Silva @MrooxRafaa · May 9
Replying to @RihannyBrasil
Meu Deus, eu tenho certeza que ela quer uma crianÃ§a de gÃªmeos por isso tá segurando tanto, vÃ© possÃvel 😂

plancateeer · May 9
Replying to @RihannyBrasil
Essa dai quer tÃª clipes de conto a gravidez mais lendÃ¡ria desfilada no salto kkk

❀ inatÃªncia ❀ @hibertacsng · May 9
Replying to @RihannyBrasil
barriga tá baixa ent + +

Elza A.K.A lady caiçara @heneotas · May 9
Replying to @RihannyBrasil
Rihanna nÃ£o esses pezinhos mulher

somelier de koo @didakoorl · May 9
Replying to @RihannyBrasil
Acho Ã© nesta bebe teimhum ela implantois essa barriga pra representatividade do bucho¢to. N é p parir nÃ£o

Igor MIDNIGHTS @rigormadoo · May 9
Replying to @RihannyBrasil
esse bebê tem que ir ao mundo logo, estÃ¡ correndo o risco de ser geminiano

Brilha uma 🌟 @iamapico · May 9
Replying to @RihannyBrasil
chocada que essa crianÃ§a se nega er ao mundo

somelier de koo @didakoorl · May 9
Replying to @RihannyBrasil
Nao julgo

Show replies

_@facekhbitoff_ · May 9
Replying to @RihannyBrasil
Espero que essa crianÃ§a chegue dia 16 pois esse é meu palpite no sorteio

bronze 🥉 @RihannyBrasil · May 9
@cuzticher a mulher nÃ£o para quanta em casa

Bunny 🐰 @bunny_from_Mars · May 9
Replying to @RihannyBrasil
O nome da crianÃ§a vai ser Giorgia

Bebel pro ana @pierceisabelle · May 9
Replying to @RihannyBrasil
Rihanna de laudate

rue ? @RiaeBtoBzt · May 9
Replying to @RihannyBrasil
kkkk eu achando que a crianÃ§a ja estava até com dentes de ouro, e nÃ£o nasceu ainda kkkkk TÃ£o então espero que nasce no dia do meu niver

talitismo @talitismo · May 9
Replying to @RihannyBrasil
nasce logo, bebêeeeeeeeeeeeeeeeeeeee

Blu @blblumm · May 9
Replying to @RihannyBrasil
A barriga enorme e ainda nÃ£o nasceu... só pode ser gÃªmeos

S.k @RihannyBrasil · May 9
Replying to @RihannyBrasil



← **Tweet**

**bezh**
@pYSLrada

⋯

## she is so COOL.



10:20 AM · Apr 29, 2022 · Twitter for iPhone

**13** Retweets  **171** Likes

💬        ⟲        ♡        ⬆

  Tweet your reply                    **Reply**

---

### Home

### Explore

### Notifications

### Messages

### Bookmarks

### Lists

### Profile

### More

**Tweet**

  Perkowski Legal P.C.
@c_perkowski  ⋯

Search Twitter

## Relevant people

  **bezh**    **Follow**
@pYSLrada

•25 •tweeting my favorite high end items + giving styling tips •for promo & collaborations and working together dm ✏️

## What's happening

NFL · 2 hours ago
**49ers at Cardinals**



Entertainment · Trending
**Died Suddenly**
68.1K Tweets

⋯

Trending in California
**Dodger Stadium**
8,685 Tweets

⋯

Trending in United States
**Dreamers MV**
163K Tweets

⋯

Sports · Trending
**Ty Lue**

⋯

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

https://twitter.com/soygerardcortez/status/1485826794158904998    et    2022-11-22 02:07:32 -0800
Case 2:22-cv-09462-DMG-ADS    Document 1-27    Filed 12/30/22    Page 35 of 101    Page ID
#:2598

← **Tweet**

**Gerard Cortez**
@SoyGerardCortez

···

Que hermosa @ladygaga hoy 🖤

Translate Tweet



8:08 PM · Jan 24, 2022 · Twitter for iPhone

**64** Retweets  **11** Quote Tweets  **1,494** Likes

💬  🔁  ♡  ⬆️

P  Tweet your reply                           Reply

**Ivonne Puga** @BonaBonita · Jan 25      ···
Replying to @SoyGerardCortez and @ladygaga
She's beaming 🥰😍😍

💬  🔁  ♡  ⬆️

**Pedro Rubio** @PedroRu51020155 · Jan 25      ···
Replying to @SoyGerardCortez and @ladygaga
Muy coqueta y chic...!!!

💬  🔁  ♡  ⬆️

**HECTOR VALDIVIA** @HectorValdivia · Jan 24      ···
Replying to @SoyGerardCortez and @ladygaga
Se viene labial nuevo de Haus.

💬  🔁  ♡  ⬆️

---

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

P  Perkowski Legal P.C.      ···
@c_perkowski

---

## Relevant people

**Gerard Cortez**      Follow
@SoyGerardCortez
Periodista de moda y cultura pop. TV
Host y guionista. Amarás mi YouTube.
No binarie. Inmigrante. Contacto
Gerardcortez@gmail.com (Él-he, ella-
she, elle-they)

**Lady Gaga** ✓      Follow
@ladygaga
THE CHROMATICA BALL ⚔️❤️ | Hold
My Hand 🪽 Out Now | HAUS LABS
💄 @hauslabs | Love For Sale 💄 Out
Now TonyGaga.lnk.to/LoveForSale

## What's happening

Sports · LIVE
**2022 FIFA World Cup**

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
◻ Promoted by Avatar

Entertainment · Trending      ···
**Died Suddenly**
78.3K Tweets

Trending in California      ···
**Mexicans**
7,162 Tweets

Trending in United States      ···
**#GMMTV2023**
317K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

← **Thread**

**Mylo Brizuela** 💯 ✔
@MyloBrizuela

Seguro se dieron una timotiza



6:39 PM · Jun 23, 2020 · Twitter for iPhone

**2** Retweets   **1** Quote Tweet   **90** Likes

💬            🔁            ♡            📤

🅟  Tweet your reply                              **Reply**

**Mylo Brizuela** 💯 ✔ @MyloBrizuela · Jun 23, 2020
Replying to @MyloBrizuela
Disculpen la nacada
💬 1          🔁          ♡ 28          📤

**Emily Rosas.**🇲🇽 @emilyrg1312 · Jun 23, 2020
Replying to @MyloBrizuela
Neta es Eiza? Siento que no no se parece, bro yo no sabía que tenía un
tatuaje en el area del bikini, brooo😢
💬          🔁          ♡ 2          📤

**Anuar Tanus** @anuartanus20 · Jun 23, 2020
Replying to @MyloBrizuela
@annieabisad
💬 1          🔁          ♡ 1          📤

**annie** @annieabisad · Jun 23, 2020
Replying to @anuartanus20 and @MyloBrizuela
😭😭😭
💬          🔁          ♡ 1          📤

**Cinefano** @_cinefano_ · Jun 23, 2020
Replying to @MyloBrizuela
Que bien come el perro. Jajaja, ya tenía rato queriendo usar esa frase.
💬          🔁          ♡ 2          📤

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more

**Mylo Brizuela** 💯 ✔ @MyloBrizuela · Jun 23, 2020
Replying to @ricky_black1
Son los actores Timothée y Eiza
💬          🔁          ♡          📤

---

**Perkowski Legal P.C.** ⋯
@c_perkowski

---

## Relevant people

**Mylo Brizuela** 💯 ✔                    **Follow**
@MyloBrizuela
Se escribe Mylo, pero se pronuncia
Milo. mylo.brizuela@cflw.mx

## What's happening

Television · LIVE
**Bachelor in Paradise airing on
ABC**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
📢 Promoted by Avatar

Trending in United States
**RIP Harold**

Bachelor in Paradise · Trending
**#bachelorinparadiseabc**🌹
Trending with Victoria

Sports · Trending
**Ryan Leaf**
1,470 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
**Tweet**

🔍 Search Twitter

← **Thread**

**Search Twitter**

**Fuera de Plano** 🎬 🇦🇷 @FueraPlano · Mar 4, 2020
Primeras imágenes desde el set de 'Loki'. #Loki



💬 1      ⟲ 1      ♡      ⬆

**Fuera de Plano** 🎬 🇦🇷
@FueraPlano

# Own Wilson y Tom Hiddleston #Loki

7:32 AM · Mar 4, 2020 · Twitter for iPhone

💬      ⟲      ♡      ⬆

Tweet your reply                                    Reply

---

**Relevant people**

 

**Fuera de Plano** 🎬 🇦🇷          Follow
@FueraPlano
Amantes del cine y las series. Noticias,
recomendaciones, reseñas, sorteos y
más! Twitch: twitch.tv/fueradeplanoli…

**What's happening**

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**



#Disenchanted 🧙
Original movie now streaming
Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with  Disney, Chapek

Trending in United States

---

Home

# Explore

🔔 Notifications

Messages

🔖 Bookmarks

Lists

Profile

⋯ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/nanfixus/status/1061450821030830081 __ at __ 2022-11-20 17:37:08 -08:00





← **Tweet**

## Home
## Explore
## Notifications ①
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**



**Clicky Sound**
@ClickySound        ···

clickysound.com/jennifer-lawre...  In photos from the 29-year-old's lavish Rhode Island wedding to art gallery director Cooke Maroney Saturday, the...



9:41 AM · Oct 20, 2019 · Clicky Sound

      ♡   ⬆

 Tweet your reply        **Reply**

### Relevant people

 **Clicky Sound**    **Follow**
@ClickySound
Photography at its Best!

### What's happening

NFL · 3 hours ago
**Cowboys at Vikings**        

**#Disenchanted** 🧟
Original movie now streaming
▶ Promoted by Disney+

Trending in United States        ···
**Bob Iger**
Trending with Chapek, #Disney

Trending in United States        ···
**Kody**
2,767 Tweets

Trending in United States        ···
**#AMAs** 🎤
Trending with soobin, Lionel Richie

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**   ···
@c_perkowski

Search Twitter







__ https://twitter.com/live1dnews/status/1333951308320141313 __ at __ 2022-11-19 20:11:25 -08:00 __

← **Tweet**

**1D Updates**
@Live1DNews

···

Harry on the set of 'Don't Worry Darling' today (December 1)

(Via @hsdcandids)



5:49 PM · Dec 1, 2020 · Twitter for iPad

**5** Likes

💬          🔁          ♡          ⬆️

Ⓟ   Tweet your reply                    Reply

---

**Search Twitter**

**Relevant people**

**1D Updates**        Follow
@Live1DNews
1D Updates. Paul, Andy, and more follow!

**HS Candids**        Follow
@hsdcandids
Follow for HQ candids of HS. Layout by @brightblackdsgn. (Fan Account)

**What's happening**

Television · 9 minutes ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶️ Promoted by Uber

Trending in United States          ···
**HE'S BACK**
134K Tweets

Trending in California          ···
**Pasadena**
1,409 Tweets

Sports · Trending          ···
**#AEWFullGear**
Trending with Jamie Hayter, Toni

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← Home   # Explore   🔔 Notifications



Left navigation: Home, Explore, Notifications, Messages, Bookmarks, Lists, Profile, More, Tweet

**Pellcomic** @Pell_Comic

Primera imagen de Dakota Johnson en el set de Madame Web 🕷️❤️🕸️

12:15 PM · Jul 26, 2022 · Twitter for Android

265 Retweets  32 Quote Tweets  7,658 Likes

Tweet your reply     Reply

**Humberto Taboada** @Etanibrut · Jul 26
Replying to @Pell_Comic

¡Pero, que femenina!

**Antonio** @_mexcalli_ · Jul 26
Replying to @Pell_Comic
Multiversos así de grandes Peter.

**Javierhunter G** @JavierhunterG · Jul 26
Replying to @_mexcalli_ and @Pell_Comic
F E 🤣🤣🤣

**Rodrigo** @Rodrigo18263768 · Jul 26
Replying to @Pell_Comic
Veré la película no por sony solo por la trama
La trama !

**Miguel Prieto** @miksrous · Jul 26
Replying to @Pell_Comic
Que miedo da esta película en verdad… no espero nada bueno de Sony…

**Messi fan account WC version;** @Álinix120008 · Jul 26
Replying to @Pell_Comic
La verdadera trama de esa película:

**killua** @yisuxop · Jul 26
Replying to @Álinix120008 and @Pell_Comic
quien es?

Show replies

**Yahi2005Hs** @yahi2005hs · Jul 27
Replying to @Pell_Comic
Está peli forma parte del UCM o de Sony ? También, porque sacarán una película de Madame Web ?

**Átvar0 luis Andrés** @alvrugal_2304 · Jul 27
Replying to @yahi2005hs and @Pell_Comic
Sonyverse.

**k asko biejo 🇦🇷🇦🇷** @nolosebuddy · Jul 26
Replying to @Pell_Comic
Ojalá ver a Sydney Sweeney o Emma Roberts ❤️

**arturo** @arturocos · Jul 26
Replying to @Pell_Comic
Osea, es humana?

**Serph** @Serph17897223 · Jul 26
Replying to @arturocos and @Pell_Comic
Mandarmé esto le pasa sus poderes por así decir, a la segunda mujer araña, Julia Carpenter. Es humana.

**izz_24** @895anbueza · Jul 26
Replying to @Pell_Comic

Right sidebar: Relevant people — Pellcomic @Pell_Comic, Follow. Youtuber. Noticias, opiniones y teorias geek. Vivo en cdmx 🇲🇽 | Contacto: pellcomic@gmail.com | Instagram: @ces_monge | TUVE FE 😔

What's happening
NBA · 49 minutes ago
Hawks at Cavaliers
Entertainment · Trending
Died Suddenly
51.6K Tweets
Trending in United States
Chrisley
17.6K Tweets
Entertainment · Trending
#DWTS🏆
Trending with Charli, Dixie
Entertainment · Trending
Sinbad
5.69K Tweets
Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More…
© 2022 Twitter, Inc.



Case 2:22-cv-09462-DMG-ADS    Document 1-27    Filed 12/30/22    Page 45 of 101    Page ID #:2608

**Tweet**

**Stivi De Tivi** ✓
@StiviDeTivi

···

¡Me encanta los domingos!
Razón por la que me encantan los domingos:

Translate Tweet



5:22 PM · Feb 6, 2022 · Twitter for iPhone

**4** Retweets  **4** Quote Tweets  **46** Likes

💬  🔁  ♡  ⬆️

P  Tweet your reply    **Reply**

**Jorge Solano** @yorchsr18 · Feb 6    ···
Replying to @StiviDeTivi
Who is?

💬  🔁  ♡  ⬆️

**Alfonso Vielma** @PonchinVielma · Feb 6    ···
Replying to @StiviDeTivi
¿Quien es?

💬  🔁  ♡  ⬆️

**Roberto Ponce M** @ICECX319 · Feb 6    ···
Replying to @StiviDeTivi
Sydney Sweeney.

💬  🔁  ♡  ⬆️

**Yiiiorch** @Adgeorgedf · Feb 6    ···
Replying to @StiviDeTivi
A ella si la amamos

💬  🔁  ♡  ⬆️

Home

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

···

Search Twitter

**Relevant people**

**Stivi De Tivi** ✓    **Follow**
@StiviDeTivi
Stivi De Tivi (Enrique Solorzano). AMO
las series y el cine. Me encuentras en
radio, TV, podcast, revistas, medios
digitales y fiestas. Pronombres:
Él/Su/Suyo

**What's happening**

Television · Last night
**The Walking Dead airing on AMC**

Trending in United States    ···
**Maher**
22.1K Tweets

Trending in United States    ···
**Defunctland**
4,906 Tweets

Trending in United States    ···
**Schiff**
52.5K Tweets

Trending in United States    ···
**Iran**
Trending with England

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

https://twitter.com/hstylespics/status/1222637548511682568 ... al ... 2022-11-22 03:01:57 -08:00
22-cv-09462-DMG-ADS   Document 1-27   Filed 12/30/22   Page 46 of 101   Page ID
#:2609

← **Tweet**

🔍 Search Twitter

🐦

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

![] best harry pics
@hstylespics                              ⋯

yellow shorts harry
2013                2020



Harry Styles. and HSHQ

1:48 PM · Jan 29, 2020 · Twitter for iPhone

**1,078** Retweets   **73** Quote Tweets   **5,542** Likes

💬              🔁              ♡              ⬆️

![] P  Tweet your reply                    **Reply**

![] MFM's @xnorapipah · Jan 29, 2020
Replying to @hstylespics
Zira, banu td aku tengok hang rt kata2 murni from islam&life, ni dah rt
gambor seksi. Ishhh. Haahahshshshsssh
💬              🔁              ♡ 1            ⬆️

![] zee @ziirahassan · Jan 29, 2020
Replying to @xnorapipah and @hstylespics
hahahaha bongok la hang pah adoiii aku dok pikir gambaq apa yang seksi
hang maksudkan tu. tapiiiii tengok2 gambaq harry je pun cis hang nie pah
😂
💬              🔁              ♡            ⬆️
Show replies

![] || mama ⁷ ⁻ ᴱ I need KTH1 now ✿ @Betoo_Shum_Jr · Jan 29, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
شفئن @oldrealangel
💬              🔁              ♡            ⬆️

![] naza. ☕ @deesenchanted · Jan 29, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
:(
💬              🔁              ♡ 1            ⬆️

![] MONTSERRAT P. B. @Montserrat76pb · Jan 29, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
El ejercicio ya está haciendo efecto 😍
💬              🔁              ♡ 1            ⬆️

![] Keith Teate @TeateKeith · Jan 30, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
SEXY Harry
💬              🔁              ♡ 1            ⬆️

![] ☷arrie💚💙 @harriedesocupad · Jan 30, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
Sunflower???🌻🌻🌻
💬              🔁              ♡            ⬆️

![] Annavel @Annavel20981121 · Jan 30, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
Hi nice style
💬              🔁              ♡            ⬆️

![] sophie (taylor's version) @WALLShappily94 · Jan 29, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
We love harry with his yellow shorts
💬              🔁              ♡ 5            ⬆️

![] MoonStone3 @riverlady333 · Jan 29, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
Harry loves yellow 💚📢
💬              🔁              ♡ 5            ⬆️

![] nina 🖤 @sednemanin · Jan 29, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
@Clara_sm @monteilu certas coisas nunca mudam pelo bem da
humanidade
💬              🔁              ♡ 2            ⬆️

**Relevant people**

![] best harry pics           **Follow**
@hstylespics
Enjoy the best & latest contents of
Grammy winning artist @Harry_Styles.
#BLM | © rightful owners of pictures
(DM us for credits)

![] Harry Styles. ✓           **Follow**
@Harry_Styles

![] HSHQ ✓                    **Follow**
@HSHQ
Official Twitter For @Harry_Styles info.
HS IG: instagram.com/harrystyles ||
HSHQ IG: instagram.com/hshq

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

#AvatarTheWayOfWater🎬
Get tickets now - In theaters December 16
Ⓟ Promoted by Avatar

Entertainment · Trending       ⋯
**Died Suddenly**
83.9K Tweets

Trending in United States       ⋯
**Argentina**
Trending with Messi, #ARGKSA

Trending in California           ⋯
**Mexicans**
7,400 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

![] Perkowski Legal P.C.     ⋯
@c_perkowski

← **Tweet**



**Dakota Johnson Argentina**
@DakoholicsArg

···

Nuevas fotos de Dakota durante las grabaciones de #MadameWeb hoy (6/8) en Boston, Massachusetts. #DakotaJohnson

Translate Tweet



3:35 PM · Aug 6, 2022 · Twitter for iPhone

**9** Retweets   **35** Likes

💬          ⇄          ♡          ⬆

P  Tweet your reply                                Reply

**Relevant people**



**Dakota Johnson Arge...**
@DakoholicsArg                    Follow

Tu mejor y más actualizada fuente de noticias e informacion sobre la actriz, modelo, activista, productora y directora Dakota Johnson en Argentina.

**What's happening**

NCAA Men's Basketball · Yesterday
**Bisons at Fighting Irish**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States                    ···
**Welcome Back Kotter**

Sports · Trending                    ···
**Andrel Anthony**

Sports · Trending                    ···
**Corum**
12.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**


**Perkowski Legal P.C.**
@c_perkowski   ···

Case 2:22-cv-09462-DMG-ADS    Document 1-27    Filed 12/30/22    Page 48 of 101    Page ID #:2611

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← Tweet

**Ryan 'All Day News' Anderson**
@Ryans_Ramblings

···

While The Hood may not look very good, here's the 1st look at Riri Williams as Ironheart! #DisneyPlus #MarvelStudios #Ironheart



2:13 PM · Aug 8, 2022 · Twitter for Android

**1** Retweet    **2** Likes

Tweet your reply

Reply

**Perkowski Legal P.C.**
@c_perkowski
···

Search Twitter

**Relevant people**

**Ryan 'All Day News' ...**
@Ryans_Ramblings

Follow

Founder, Host, and EIC of @TheNerdRagePod. As seen on @CBSThisMorning! Instagram: @RadRyGuy TikTok: @Ryans_Ramblings Casting Inquiries: NerdRagePod@gmail.com

**What's happening**

NFL · 1 hour ago
**Cowboys at Vikings**

**#Disenchanted** 🦋
Original movie now streaming
Promoted by Disney+

Sports · Trending
**Patrick Mahomes**
3,575 Tweets

···

Trending in United States
**Machine Gun Kelly**
2,215 Tweets

···

Politics · Trending
**LGBTQ**
Trending with Colorado Springs

···

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

__ https://twitter.com/yucatanalminuto/status/1561843202554056704 __ at __ 2022-11-21 03:28:36 -08:00 __



← **Tweet**

Home

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 **YUCATAN AL MINUTO**
@YUCATANALMINUTO                                        ...

## Segunda boda de JLo y Ben Affleck dura tres días
ow.ly/KQsL50KpNyN

Translate Tweet





3:30 PM · Aug 22, 2022 · Hootsuite Inc.

**2** Retweets   **5** Likes

Tweet your reply                                        Reply

**Relevant people**

 **YUCATAN AL MINUTO**                          Follow
@YUCATANALMINUTO

Yucatán al Minuto es un medio de
comunicación que produce contenido
informativo y material audiovisual con
formatos propios en Mérida, Yucatán.

**What's happening**

Television · Yesterday
**The Walking Dead airing on AMC**                      

Music · Trending                                        ...
**Lionel Richie**
3,906 Tweets

Trending in California                                  ...
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Trending in United States                              ...
**Carr**
31.3K Tweets

Music · Trending                                        ...
**#DavidoAt30**
71.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**   ...
@c_perkowski

← **Tweet**



**Robert Littal BSO** 
@BSO

...

Kanye Explains Why He Bought a House Right Next to Kim Kardashian's Mansion (Video) bit.ly/3FBoDuU



2:48 PM · Jan 14, 2022 · BSO Alert

**1** Retweet

💬            ⟲            ♡            ⬆



P    Tweet your reply                          Reply

---

**Search Twitter**

## Relevant people

  **Robert Littal BSO** ✓    Follow
@BSO

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

## What's happening

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
78.7K Tweets

Trending in California
**Mexicans**
7,185 Tweets

Trending in United States
**#ArgentinU**
Trending with  Messi, #ARGKSA

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---


Perkowski Legal P.C.  ...
@c_perkowski

https://twitter.com/portallouisbr/status/923123730318004224 __ at __ 2022-11-22 20:19:47 -08:00

← Thread

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**



**Portal Louis Tomlinson Brasil**
@portallouisbr

|25.10| Louis e Eleanor em Los Angeles ontem.
pic.twitter.com/oC11okrsQf

2:47 AM · Oct 25, 2017 · Twitter for Android

**36** Retweets  **12** Quote Tweets  **75** Likes

Tweet your reply    **Reply**

**Portal Louis Tomlinson Brasil** @portallouisbr · Oct 25, 2017
Replying to @portallouisbr
|25.10| Louis, Eleanor e Oli em Los Angeles ontem.
pic.twitter.com/bp2deuy468

3          20          22

**Portal Louis Tomlinson Brasil** @portallouisbr · Oct 25, 2017
|| Louis usava uma calça Supreme Split Track e um tênis da Nike x Undefietad Air Max 79.

12          18

**Perkowski Legal P.C.**
@c_perkowski

## Relevant people

**Portal Louis Tomlinso...**
@portallouisbr    **Follow**
Sua melhor fonte com atualizações sobre o cantor Louis Tomlinson no Brasil I E-mail: pltbrcontato@hotmail.com I fan account

## What's happening

NBA · **LIVE**
**Kings at Grizzlies**

**#AvatarTheWayOfWater**
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in United States
**#GenshinSpecialProgram**
6,313 Tweets

Trending in California
**Epstein**
34.9K Tweets

← **Tweet**

**Home**

**Explore**

**Notifications** 1

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Dakota Johnson Portugal** ✔
@dakotajohnsonpt

...

Dakota foi vista ontem, 05, a deixar o Alfred Coffee antes de ir para uma reunião nos estúdio da Sony Pictures em West Hollywood! #DakotaJohnson

Translate Tweet



👤 Picture Pub

10:35 AM · Feb 6, 2019 · Twitter for iPhone

**6** Retweets   **1** Quote Tweet   **27** Likes

💬              🔁              ♡              ⬆️

🅿️   Tweet your reply                    **Reply**

🔍  Search Twitter

### Relevant people

**Dakota Johnson P...** ✔       **Follow**
@dakotajohnsonpt
A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷: @DJPTMidias | Fã-Clube.

**Picture Pub**                   **Follow**
@PicturePub
PicturePub.net is a forum community where people go to share their appreciation for celebrities through pictures, videos and more.

### What's happening

NBA · LIVE
**Grizzlies at Nets**

**#Disenchanted** 🙃
Original movie now streaming
▶ Promoted by Disney+

Trending in United States       ...
**Machine Gun Kelly**
1,714 Tweets

Sports · Trending             ...
**Justin Herbert**
2,504 Tweets

Trending in United States       ...
**Wayne Brady**
1,460 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**   ...
@c_perkowski

__ https://twitter.com/SeriesUpdateFR/status/1305617007405076481 __ at __ 2022-11-22 16:09:31 -0800 _

← **Tweet**

**Infos Séries**
@SeriesUpdateFR

Emily VanCamp et Georges St-Pierre sur le tournage de "Falcon & Winter Soldier".



2:18 PM · Sep 14, 2020 · Twitter Web App

**54** Retweets   **12** Quote Tweets   **400** Likes

Tweet your reply                                      Reply

Fripouille 🏏 🏏 @Quinnie66 · Sep 14, 2020
Replying to @SeriesUpdateFR
We've been waiting for her for so long 😍😍😍😍😘

---

🔍 Search Twitter

### Relevant people

**Infos Séries**                                    Follow
@SeriesUpdateFR
Bienvenue sur votre premier compte
source français sur toutes vos séries,
films et plateformes de streaming
préférées. 🎬:
seriesupdatefr@gmail.com

### What's happening

FIFA World Cup · This morning
**Mexico vs Poland**



**#AvatarTheWayOfWater**🔵
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Marvel**
82K Tweets

Politics · Trending
**Catturd**
11.6K Tweets

Trending in California
**Chicharito**
7,129 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Thread**

**Search Twitter**



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Riverdale Brasil**
@RiverdaleBRNews

Hoje mais cedo, Cole Sprouse foi visto com a modelo Ari Fournier. Queremos pedir para não comentarem coisas ruins nas publicações dela e que respeitem os dois.

Translate Tweet

2:55 PM · Mar 1, 2021 · Twitter for Android

26 Retweets    14 Quote Tweets    894 Likes

Tweet your reply    **Reply**

**Riverdale Brasil** @RiverdaleBRNews · Mar 1, 2021
Replying to @RiverdaleBRNews
Infelizmente esses são alguns dos comentários na última publicação da modelo. 💔

5    2    108

**Fernando Sousa** @Fernandosousa3 · Mar 1, 2021
Replying to @RiverdaleBRNews
Isso é ridículo mano, e horrível também, eu a muito tá do cole mas não dá mais agora....o cara tá usando vape mano......VAPE MANO....que tristeza kskskskskoks

1    1

**sa** @fcknsythe · Mar 2, 2021
Replying to @Fernandosousa3 and @RiverdaleBRNews
É SÉRIOXXXXXXHKJKJJ

**edu** @edureinhart · Mar 1, 2021
Replying to @RiverdaleBRNews
to muito mal adm aind tinha esperança da lili e do cole voltarem

17

**Maa_Sther** @_Bugdale · Mar 1, 2021
Replying to @RiverdaleBRNews
Eu vou ficar feliz pela felicidade dele.
Mas eu não vou mentir e falar que não vai ser difícil, eu sou Stan Sh desde ele eles nem era um casal ainda.
Não vou pagar de superada,pq eu ainda não superei o insuperável.
Que ele seja feliz, e que ela faça o meu filho feliz ✨

41

✨444✨ @EmyllyThais1 · Mar 5, 2021
Replying to @RiverdaleBRNews
Queria tanto q ele ficasse com a lili😭😭😭

**Larissa Lima** @LarissaCry · Mar 2, 2021
Replying to @RiverdaleBRNews
Corajosa!!!!

**dani** @riv_ley · Mar 1, 2021
Replying to @RiverdaleBRNews
as crianças diz que gosta dele que ama, tudo falso, se gostasse mesmo desejaria felicidades

29

**sa** @fcknsythe · Mar 2, 2021
Replying to @RiverdaleBRNews
lindos!!

**Hellen Rodrigues** @HellenMCZ3 · Mar 1, 2021
Replying to @RiverdaleBRNews
Mano eu tô tipo, Fodasse???? Idai??? Que tristeza mais idai???? DEIXEM O COLE

**Alice** @ButterflyAnBird · Mar 1, 2021
Replying to @RiverdaleBRNews
Cole❤️

1

**Isadora Jardim** @IsadoraJardim6 · Mar 2, 2021
Replying to @RiverdaleBRNews
Por mais que eu goste de sprousereinhart eu não desejo coisas ruins pra ele e pra ela

**mari 🥀** @crejahr · Mar 1, 2021
Replying to @RiverdaleBRNews
te amo muito cole, quero que vcs sejam muito muito felizes, felicidades 💕

4

**reivax** @reivaxxxxxx · Mar 2, 2021
Replying to @RiverdaleBRNews
que casal bonito. amei o estilo dela.

2

**Thayane Coelho | Luz&Claquete ...** @thayanecoel... · Mar 1, 2021
Replying to @RiverdaleBRNews
Eu estou mt feliz por ele por mais que eu achasse que ele com a Lili era tudo!

**Canal de São Paulo** @canaldesaopaulo · Mar 2, 2021
Replying to @RiverdaleBRNews
Q

**⭐ {est de estrela}** @estervix334 · Mar 2, 2021
Replying to @RiverdaleBRNews



**Relevant people**

**Riverdale Brasil**    **Follow**
@RiverdaleBRNews
Sua melhor fonte de notícias sobre a série no Brasil.

**What's happening**

FIFA World Cup · 4 hours ago
**Mexico vs Poland**

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
⬇ Promoted by Avatar

Trending in California
**Lucas**
151K Tweets

Celebrities · Trending
**Tom Hanks**
7,451 Tweets

Trending in United States
**Francia**
1004 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

Perkowski Legal P.C.    ···
@_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 1-27    Filed 12/30/22    Page 55 of 101    Page ID #:2618

**Tweet**

**Paulette Kimuntu Kim**
@KimKimuntu

Jennifer Lopez et Ben Affleck se sont à nouveau dit ''oui''
Le mariage a été célébré sur la propriété de l'acteur en Géorgie. 💍 💐 ❤️

#GABBY

Translate Tweet



12:43 AM · Aug 24, 2022 · Twitter for Android

11 Likes

Tweet your reply

Reply

**Tigana Iyeli Habari** 🇨🇩 @Aggiornamento18 · Aug 24
Replying to @KimKimuntu
Elle est au quantième mariage là ? Ne serait-elle pas un démon ?

1

**Paulette Kimuntu Kim** @KimKimuntu · Aug 24
Replying to @Aggiornamento18
Au moins ,elle se marie

1

Show replies

## Relevant people

**Paulette Kimuntu Kim**
@KimKimuntu    Follow

## What's happening

Television · 3 hours ago
**The Walking Dead airing on AMC**



**#Disenchanted** 🧙
Original movie now streaming
Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, Disney

Music · Trending
**harries**
4,587 Tweets

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet



Perkowski Legal P.C.
@c_perkowski

___ https://twitter.com/theflowmag/status/1545022340723097600 ___ el ___ 2022-11-21 20:33:48 -08:00

← **Tweet**





The-Flow.ru
@theflowmag                                                                   •••

Киану Ривз, подвинься



5:30 AM · Jul 7, 2022 · Amplifr

**1** Retweet   **3** Quote Tweets   **109** Likes

Tweet your reply                                          Reply

Сафонов Михаил @limpbee · Jul 7                           •••
Replying to @theflowmag
Из разряда: кто соберёт больше лайков, сиськи Эмили или
депрессующий Канье))

---

**Relevant people**

The-Flow.ru                    Follow
@theflowmag

паблик: vk.com/theflow инстаграм:
instagram.com/theflow.ru/ телеграм:
t.me/superslowflow

**What's happening**

Television · 32 minutes ago
WWE Monday Night RAW airing
on USA

Entertainment · Trending              •••
Died Suddenly
59K Tweets

Sports · Trending                     •••
Grupo Firme
Trending with #NFLMexicoGame 🏈

Trending in California                •••
Dodger Stadium
9,968 Tweets

Trending in United States             •••
Chrisley
21.2K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.          •••
@c_perkowski

__ https://twitter.com/alexromval/status/1379928121848930304 __ at __ 2022-11-21 11:05:27 -08:00 __

← **Tweet**



↻ **Alex Salvatore 🧑** Retweeted

 **Geek Zone 🎃**
@GeekZoneGZ

···

Nueva imagen de Chloe Bennet en la serie 'THE POWERPUFF GIRLS" 😳



3:36 PM · Apr 7, 2021 · Twitter for Android

**18** Retweets   **15** Quote Tweets   **210** Likes

    

 Tweet your reply    Reply

## Relevant people

 **Alex Salvatore 🧑**    Follow
@Alexromval
'Nadie puede juzgar desde fuera el amor'

 **Geek Zone 🎃**    Follow
@GeekZoneGZ
🎬 Doy buenas noticias y opino sobre cosas. ✨ Todas mis redes: linktr.ee/GeekZoneGZX 🎥 geekzoneoficial@gmail.com 🎙 Hago streams en @DannSoloGZ

## What's happening

FIFA World Cup · 34 minutes ago
**Senegal vs Netherlands**

Trending in United States
**USA USA USA**
415K Tweets    ···

Trending in United States
**Skip**
52.6K Tweets    ···

Trending in United States
**National Anthem**
64.1K Tweets    ···

Trending in United States
**LETS GO BOYS**    ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Search Twitter**

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

← Tweet



**Clicky Sound**
@ClickySound

•••

[clickysound.com/felicity-huffm...](clickysound.com/felicity-huffm...) "Her experience is that these women are left behind," a source told us. "That broke her heart."



1:55 PM · Nov 19, 2019 · Clicky Sound

  

 Tweet your reply

Reply

---

Q Search Twitter

## Relevant people



**Clicky Sound**
@ClickySound

Follow

Photography at its Best!

## What's happening

NFL · 50 minutes ago
**Cowboys at Vikings**



**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                        •••
**Wayne Brady**
1,064 Tweets

Trending in United States                        •••
**#AMAs** 🔥
Trending with TOMORROW X TOGETHER, Favorite K-Pop Artist

Trending in United States                        •••
**Bruins**
10.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski   •••



Case 2:22-cv-09462-DMG-ADS    Document 1-27    Filed 12/30/22    Page 60 of 101    Page ID #:2623

← **Tweet**



**Teleaudiencias**
@teleaudiencias

···

Ben Affleck y Jennifer López se apoyan en sus momentos más duros. Ambos han roto hace poco con sus parejas (Ana de Armas y Álex Rodríguez). En los últimos días se rumorea sobre una posible relación...

wp.me/pa7I1P-3OY

Translate Tweet



2:30 PM · Jun 7, 2021 · TweetDeck

**1 Like**



🗨    ⟲    ♡    ⬆

  Tweet your reply                                    **Reply**

---

**Relevant people**



🔍 Search Twitter

**Relevant people**

Teleaudiencias
@teleaudiencias                    **Follow**

Audiencias, noticias, opinión, entrevistas, estrenos, tv, cine, música y deportes y +51.000 en instagram!
TvTeleaudiencias.wordpress.com

**What's happening**

FIFA World Cup · 1 hour ago
**Mexico vs Poland**



---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.    ···
@c_perkowski

__ https://twitter.com/GeekNews21/status/1578088016387637250 __ at __ 2022-11-20 11:47:38 -08:00 __



Tweet

geek 🤓 news
@GeekNews21

Más imágenes del set de #MadameWeb

Translate Tweet



11:21 AM · Oct 6, 2022 · Twitter for Android

 Tweet your reply

Reply

## Relevant people

 geek 🤓 news
@GeekNews21

Follow

🇲🇽En este perfil se darán noticias al día del mundo del cine de súper héroes tanto Marvel como DC de Star wars y de Disney y cine en general🇲🇽

## What's happening

Formula 1 · 4 hours ago
Abu Dhabi Grand Prix 2022



#Disenchanted 🪄
Original movie now streaming
📽 Promoted by Disney+

Trending in California
Shakira
110K Tweets

Entertainment · Trending
Morgan Freeman
184K Tweets

Trending in United States
Hester
8,788 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/dakotajohnsonpt/status/1131346194616205313 __ at __ 2022-11-20 16:43:52 -08:00 __

← **Tweet**



**Dakota Johnson Portugal** ✓
@dakotajohnsonpt

Dakota foi vista ontem, 22, a caminho de um salão de beleza depois de deixar o EarthBar em Los Angeles! #DakotaJohnson

📷 dakotajohnsonportugal.com/galeria/thumbn...

Translate Tweet



4:48 PM · May 22, 2019 · Twitter for iPhone

**19** Retweets   **5** Quote Tweets   **68** Likes

Tweet your reply

Reply

---

**Q** Search Twitter

## Relevant people

 **Dakota Johnson P...** ✓
@dakotajohnsonpt

Follow

A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷: @DJPTMidias | Fã-Clube.

## What's happening



FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Sports · Trending
**Romo**
3,925 Tweets

Trending in United States
**Heisman**
9,295 Tweets

Trending in United States
**Hive**
35.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ···
@c_perkowski

← Tweet

**katie** 🙌
@weloveharry_1Dx

···

HELLO PRETTY



3:55 PM · Nov 20, 2019 · Twitter for iPhone

**2** Retweets  **3** Likes

💬          ⟲          ♡          ⬆

P   Tweet your reply                    Reply

Q Search Twitter

**Relevant people**

**katie** 🙌          Follow
@weloveharry_1Dx
jack's housewife

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🧜
Get tickets now · In theaters December 16

Home

\# Explore

🔔 Notifications

Messages

Bookmarks

Lists





Case 2:22-cv-09462-DMG-ADS   Document 1-27   Filed 12/30/22   Page 66 of 101   Page ID
#:2629

← **Tweet**



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

**Perkowski Legal P.C.**   ...
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 1-27    Filed 12/30/22    Page 67 of 101    Page ID #:2630



← **Tweet**

**Relevant people**



**NAÇÃO MARVEL | fa...**
@nacaomarvel                           **Follow**

🇧🇷 O maior fã-clube da Marvel no
Brasil e #2 do mundo | por @kainyall
& @thurstopper | 🎙️ @PodcastNM |
✉️ nacaomarvelofc@gmail.com



**Cora Ventura**
@CreamOrScream                         **Follow**

Venting account for all things great
and small such as #Marvel and
#DCComics, #Netflix, #Gaming #Films,
and also a Media Account. Supporter
of #AmberHeard 🌿

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⚫ More

**Tweet**

**NAÇÃO MARVEL | fan club**
@nacaomarvel                                  ...

Hailee Steinfeld numa pausa durante as gravações de
#Hawkeye. (via @CreamOrScream)

Translate Tweet



2:45 PM · Feb 21, 2021 · Twitter for Android

19 Retweets   3 Quote Tweets   261 Likes

💬          🔁          ♡          ⬆️



Tweet your reply                              **Reply**

**What's happening**

NHL · LIVE
**Golden Knights at Canucks**

Entertainment · Trending                      ...
**Died Suddenly**
69.8K Tweets

Sports · Trending                             ...
**Trey Lance**
1,354 Tweets

Trending in California                        ...
**Mexicans**
6,277 Tweets

Only on Twitter · Trending                    ...
**Pablo Milanés**
41.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**ana ❉ fan account** @aaloork · Feb 21, 2021        ...
Replying to @nacaomarvel and @CreamOrScream
Queria esse emprego de segurar o casaco da Hailee

💬          🔁          ♡          ⬆️

**Robin concursada de ohara** 🐾 @ctrl_mar · Feb 21, 2021   ...
Replying to @nacaomarvel and @CreamOrScream
Tá linda dms. Meu deus!

💬          🔁          ♡          ⬆️

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more

**NAÇÃO MARVEL | fan club** @nacaomarvel · Feb 21, 2021   ...
Replying to @blxckwdowss and @CreamOrScream
grazadeux NÃO.

💬  1          🔁          ♡  3          ⬆️


**Perkowski Legal P.C.**   ...
@c_perkowski

🔍 Search Twitter

← **Tweet**



**Andy Vermaut**
@AndyVermaut

...

## Why Fans Think The Weeknd's After Hours Album Is a Tribute to Bella Hadid eonline.com/news/1132856/w...



9:06 AM · Mar 20, 2020 · dlvr.it

**1** Retweet   **1** Like

🗨    ⟲    ♡    ⬆

 Tweet your reply                    **Reply**

---

🔍 Search Twitter

## Relevant people



**Andy Vermaut**              **Follow**
@AndyVermaut
Linked to WCPDCD, EADM,
POSTVERSA, AIDL, EUtoday, ActNow
for C, People Forests, Fundamental
rights. Whatsapp +32499357495
denktankcarmenta@gmail.com

## What's happening

NFL · 1 hour ago
**Bengals at Steelers**



**#Disenchanted** 🧕
Original movie now streaming
▶ Promoted by Disney+

Trending in United States            ...
**#twdspoilers**

Trending in United States            ...
**#AMAs** 🔥
Trending with soobin, Anitta

Trending in United States            ...
**Wayne Brady**
2,217 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Perkowski Legal P.C.**   ...
@c_perkowski

← **Tweet**

**Legit.ng | Leading the way** ✓
@legitngnews

The famous couple, Cardi B and Offset finally reveal the name of their 7 months old son.

Meet 'Wave Set Cephus!'

How cute is he?
🥰🥰🥰🥰

📷: @iamcardib @OffsetYRN

#legitpost #legitng #Offset #CardiB



1:48 AM · Apr 15, 2022 · Twitter for Android

**6** Retweets    **40** Likes

**Perkowski Legal P.C.**
@c_perkowski

Tweet your reply                    Reply

---

🔍 Search Twitter

### Relevant people

**Legit.ng | Leading ...** ✓
@legitngnews                    Follow
Legit.ng (ex NAIJ.com) – leading the way. We cover politics, business, sports, entertainment news&more to enrich Nigerians' lives.

**Cardi B** ✓
@iamcardib                      Follow
Mrs.DANGEROUS

**OFFSET** ✓
@OffsetYRN                      Follow
alien from another 🌍

### What's happening

NFL · 3 hours ago
**49ers at Cardinals**

**#AvatarTheWayOfWater**🫧
Get tickets now - In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in United States
**Maher**
8,094 Tweets

Entertainment · Trending
**BLEACH**
172K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

__ https://twitter.com/larrydetetive/status/1333942215140401153 __ at __ 2022-11-22 08:17:34 -08:00 __

**Tweet**



This Tweet is from a suspended account. Learn more

**jeo ; ex fowlerstyles** ⸙ @silverlouies · Dec 1, 2020
Replying to @larrydetetive
AAAAAAAAAAAA

**Layra | Louis' bday!** @houissis · Dec 1, 2020
Replying to @larrydetetive
Gente ele tá lindo mds

Home
Explore
Notifications 1
Messages
Bookmarks
Lists
Profile
More

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski

— https://twitter.com/dakotajohnsonpt/status/1088615118261415936 __ et __ 2022-11-21 00:16:06 -08:00

Case 2:22-cv-09462-DMG-ADS    Document 1-27    Filed 12/30/22    Page 72 of 101    Page ID
#:2635

**Home**

**Explore**

**Notifications** 1

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

---



**Dakota Johnson Portugal** ✓
@dakotajohnsonpt                    ···

Dakota foi vista ontem, 24, a chegar à loja Barney's
New York em Beverly Hills! #DakotaJohnson
📷: @DakotaJBRA



5:50 PM · Jan 24, 2019 · Twitter Web Client

**16** Retweets    **57** Likes

💬         🔁         ♡         ⬆️

 **Tweet your reply**                    **Reply**

**Dakota Johnson Portugal** ✓ @dakotajohnsonpt · Jan 24, 2019    ···
Replying to @dakotajohnsonpt
Mais algumas! #DakotaJohnson



💬         🔁 14         ♡ 42         ⬆️

---

**Perkowski Legal P.C.**
@c_perkowski                    ···

**Search Twitter**

### Relevant people

**Dakota Johnson P...** ✓
@dakotajohnsonpt                    **Follow**

A tua única e melhor fonte de
informações sobre a atriz, ativista e
produtora Dakota Johnson em
Portugal, online desde 2018! — 📷:
@DJPTMidias | Fã-Clube.

**Dakota Johnson Brasil**
@DakotaJBRA                    **Follow**

Sua primeira, maior e melhor fonte
sobre a atriz Dakota Johnson no
Brasil. E-mail para contato:
contato@dakotajohnsonbrasil.com

### What's happening

NFL · Last night
**Commanders at Texans**

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne            ···

Music · Trending
**#DavidoAt30**
58.9K Tweets                    ···

Trending in United States
**UCLA**
11.7K Tweets                    ···

Sports · Trending
**Anthony Davis**
7,381 Tweets                    ···

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

https://twitter.com/ccamilapics/status/1322728478001737728 __ at __ 2022-11-21 20:00:26 -08:00

← **Tweet**

**camila pics**
@ccamilapics

···

the cutest 🧡



👤 camila

7:33 PM · Oct 31, 2020 · Twitter for iPhone

**205** Retweets    **23** Quote Tweets    **1,659** Likes

💬     🔁     ♡     ⬆️

Tweet your reply

Reply

**Bartolo Carrion Jr** @carrion_bartolo · Nov 1, 2020
Replying to @ccamilapics and @Camila_Cabello
Si chulita 💃🏻 💄

💬     🔁     ♡     ⬆️

**Valen 🇦🇷 -100 Lauren** 🍌 @carmintina · Oct 31, 2020
Replying to @ccamilapics and @Camila_Cabello
Tan hermosa ibas a ser

💬     🔁     ♡ 1     ⬆️

**Search Twitter**

**Relevant people**

 **camila pics**
@ccamilapics    Follow
Hey, turn on our notifications for daily pictures, gifs and videos of Camila Cabello!

 **camila** ✓
@Camila_Cabello    Follow
Sigue bailando. FAMILIA out now

**What's happening**

NBA · 26 minutes ago
**Heat at Timberwolves**

Entertainment · Trending
**Died Suddenly**
56.4K Tweets
···

Sports · Trending
**Trace McSorley**
···

Trending in United States
**#maddow**
2,133 Tweets
···

Entertainment · Trending
**#DWTS**😎
Trending with  Charli,  Gleb
···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski    ···

← **Tweet**

🐦 Home

# Explore

🔔 Notifications  1

✉ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

⚙ More

**Tweet**

.
@cravemedia_

···



3:27 PM · Jun 21, 2021 · Twitter for iPhone

**37** Retweets   **43** Quote Tweets   **308** Likes

Tweet your reply                                    Reply

Rollinsbenson 💀 @caarolveigaa · Jun 21, 2021    ···
Replying to @cravemedia_
@helenmxrren

jesse dutlow 🌙 @followmyparade_ · Jun 21, 2021   ···
Replying to @cravemedia_
Costume designer is in their bag

                                            4

Josh ❤️ BB24,Black Panther,Andor #Bl... @superm... · Jun 21, 2021   ···
Replying to @cravemedia_
Helen Mirren will slay as Hespera in Shazam: Fury Of The Gods!

"Cheers."

GIF  ALT

                                            1

Perkowski Legal P.C.    ···
@c_perkowski

🔍 Search Twitter

**Relevant people**

.
@cravemedia_                              Follow
Media account for @FilmUpdates

**What's happening**

NFL · 1 hour ago
**Chiefs at Chargers**

#Disenchanted 🧚
Original movie now streaming
📷 Promoted by Disney+                       ···

Trending in California
**Dodger Stadium**
11.3K Tweets                                ···

Trending in United States
**Bob Iger**
Trending with Chapek, Disney               ···

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne         ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



← **Tweet**



**CinePOP** ✔ 
@cinepop
···

Variante do 'Homem-Aranha'? Fotos de 'Madame Teia' mostram homem de uniforme e intrigam os fãs... - cinepop.com.br/variante-do-ho...

Translate Tweet

 

5:29 AM · Oct 9, 2022 · cinepop

**1** Retweet  **21** Likes



  Tweet your reply    Reply

## Relevant people

**CinePOP** ✔
@cinepop    Follow
O seu site PREFERIDO de CINEMA!

## What's happening

FIFA World Cup · Earlier today
**Mexico vs Poland** 

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States    ···
**Erection**
17.3K Tweets

Trending in California    ···
**Costco**
5,744 Tweets

Sports · Trending    ···
**Pat Bev**
Trending with  Ayton, Lakers

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**    ···
@c_perkowski

← Tweet

**Robert Littal BSO** ✓
@BSO

Photos Of Draya Out Enjoying Herself After Her Longtime Fiancee Orlando Scandrick Was Cut After Cowboys Game (Pics-Vids) bit.ly/2WjQquM via @_itslocke_



10:28 PM · Oct 24, 2019 · BSO Alert

5 Retweets   8 Quote Tweets   13 Likes

Tweet your reply                                    Reply

**Roberto** @robertoslocos · Oct 25, 2019
Replying to @BSO and @_itslocke_
wow cold but some gorgeous ladies.

---

## Relevant people

**Robert Littal BSO** ✓                          Follow
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**GREATness**                                    Follow
@_itslocke_
anchor.fm/Gameonlocke

## What's happening

FIFA World Cup · LIVE
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🧜
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Trending in California
**Mexico City**
25.4K Tweets

Trending in United States
**Argentina**
2.12M Tweets

Entertainment · Trending
**Died Suddenly**
112K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Perkowski Legal P.C. ···
@c_perkowski



— https://twitter.com/DakotaJBRA/status/1578076359523536896 — at — 2022-11-20 13:07:54 -08:00

← **Tweet**

**Dakota Johnson Brasil**
@DakotaJBRA

···

Dakota Johnson foi fotografada hoje (6) deixando seu trailer em direção ao set de filmagens de Madame Web em Boston. #DakotaJohnson

dakotajohnsonbrasil.com/galeria/thumbn...

Translate Tweet



10:34 AM · Oct 6, 2022 · TweetDeck

**14** Retweets   **4** Quote Tweets   **114** Likes

💬        ↻        ♡        ⬆

**P**  Tweet your reply                    Reply

**Vinícius Alves** @Vincius28935117 · Oct 6
Replying to @DakotaJBRA
@Luis_sellari

💬        ↻        ♡  1        ⬆

**Perkowski Legal P.C.**
@c_perkowski      ···

---

🔍 Search Twitter

**Relevant people**

**Dakota Johnson Brasil**          Follow
@DakotaJBRA

Sua primeira, maior e melhor fonte sobre a atriz e produtora Dakota Johnson no Brasil. E-mail para contato: contato@dakotajohnsonbrasil.com

**What's happening**

FIFA World Cup · 5 hours ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧙
Original movie now streaming
📀 Promoted by Disney+

Trending in California          ···
**Rest In Peace**
52.5K Tweets

Only on Twitter · Trending          ···
**Jason David Frank**
Trending with Power Rangers, Tommy

Only on Twitter · Trending          ···
**Rest in Power**
24.1K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy  Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

← **Tweet**



**SUMC Direct**
@SUMCDirect

···

# New set photos of Dakota Johnson in Madame Web!




10:02 AM · Aug 7, 2022 · Twitter for iPad

**3** Retweets   **53** Likes

 

 Tweet your reply                    Reply

## Search Twitter

### Relevant people



**SUMC Direct**                 Follow
@SUMCDirect

SUMC Direct, the home of Sony's
Marvel characters news. Reliable news
and one of a kind content for
everything Sony's Universe of Marvel
Characters.

### What's happening

Television · 3 hours ago
**Saturday Night Live airing on NBC**     

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
⬛ Promoted by Uber

Music · Trending                    ···
**Elton John**
5,446 Tweets

Trending in United States            ···
**Blocked**
133K Tweets

Trending in California               ···
**Ecuador**
91K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**


**Perkowski Legal P.C.**   ···
@c_perkowski

__ https://twitter.com/things_marvel/status/1422857303129169920 __ at __ 2022-11-20 23:24:52 -08:00 __

← **Tweet**

🔍 Search Twitter

**All Things Marvel**
@things_marvel

···

## ภาพแรกของคริสเตียน เบล ในบท Gorr The God Butcher วายร้ายในภาพยนตร์ Thor: Love and Thunder ซึ่งกำลังถ่ายทำที่ Malibu ภาพยนตร์มีกำหนดฉายวันที่ 6 พฤษภาคม 2022



2:49 AM · Aug 4, 2021 · Twitter for iPad

**65** Retweets   **3** Quote Tweets   **19** Likes

💬    🔁    ♡    ⬆️

Ⓟ  Tweet your reply                    **Reply**

### Relevant people

**All Things Marvel**                **Follow**
@things_marvel

News update for THAI fans of @Marvel Cinematic Universe. อัปเดตข่าวของจักรวาลภาพยนตร์มาร์เวลสำหรับแฟน ๆ ชาวไทย

### What's happening

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧙
Original movie now streaming
▣ Promoted by Disney+

Music · Trending
**#DavidoAt30**
53.6K Tweets

Music · Trending
**sabrina**
73.4K Tweets

Trending in United States
**Maher**
21.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**   ···
@c_perkowski

__ https://twitter.com/framestan/status/1404505531570810180 __ at __ 2022-11-21 11:41:27 -08:00 __

← **Tweet**



**Frame Stan**
@framestan

Bennifer is BACK!. Ben Affleck & Jennifer Lopez spotted kissing in public after their romance went public.



11:26 AM · Jun 14, 2021 · Twitter Web App

Tweet your reply

Reply

## Relevant people



**Frame Stan**
@framestan

Follow

Covering entertainment, pop culture, music & everything internet.

## What's happening

FIFA World Cup · LIVE
**USA vs Wales**



Trending in United States
**1-0 USA**
10K Tweets

Trending in United States
**WHAT A GOAL**
17.6K Tweets

Trending in California
**LETS GOOOOOO**
3,209 Tweets

Family drama · Trending
**#GTMcontest5**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/solacecinema/status/1562458790445667328 __ at __ 2022-11-21 17:47:19 -08:00 __

← **Tweet**



Q Search Twitter



**Cinema Solace**
@CINEMASOLACE

⋯

Olivia Wilde discusses her relationship with Harry Styles:

"We both go out of our way to protect our relationship; I think it's out of experience, but also just out of deep love."

variety.com/2022/film/feat…



8:16 AM · Aug 24, 2022 · Twitter for iPhone

**2** Retweets  **3** Quote Tweets  **40** Likes

💬  ⇄  ♡  ⬆


Tweet your reply

Reply

## Relevant people



**Cinema Solace**
@CINEMASOLACE

Follow

Find solace in the never-ending world of cinema ✨

## What's happening



Television · LIVE
**Bachelor in Paradise airing on ABC**

Trending in United States    ⋯
**Died Suddenly**
42.3K Tweets

Sports · Trending    ⋯
**Rebel Heart**
1,042 Tweets

Trending in United States    ⋯
**Tampax**
27.4K Tweets

Entertainment · Trending    ⋯
**#DWTSFinale** 🏆
Trending with Charli, Shanqela

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.



## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/nicholasgbrasil/status/1583396813972729050 _ at _ 2022-11-19 23:18:20 -08:00

← **Tweet**

Nicholas Galitzine Brasil
@nicholasgbrasil                                      ···

📸 Nicholas Galitzine e Anne Hathaway no set do filme "The Idea Of You"(19/10)

A beleza desses dois!! 🍎



2:56 AM · Oct 21, 2022 · Twitter for Android

31 Retweets   85 Quote Tweets   650 Likes

💬          🔁          ♡          ⬆️

🅿️   Tweet your reply                        Reply

eJeu @RafaEstrabao · Oct 21                          ···
Replying to @nicholasgbrasil
@Suzarttchu esse bofe venceu TANTO
   💬 1          🔁          ♡ 2          ⬆️

Tchu @Suzarttchu · Oct 21                            ···
Replying to @RafaEstrabao and @nicholasgbrasil
Meu deusz, CASALZÃOOO!!! Já quero ver esse filme.
   💬          🔁          ♡          ⬆️

this is a glow @olithamy · Oct 21                    ···
Replying to @nicholasgbrasil
Socorrrrooooo
   💬          🔁          ♡ 1          ⬆️

bibian @nunisvi · Oct 21                             ···
Replying to @nicholasgbrasil
@oixbea
   💬 1          🔁          ♡ 1          ⬆️

beaxit 🧸 @oixbea · Oct 21                            ···
Replying to @nunisvi and @nicholasgbrasil
ELA EH TÃO LINDA
   💬 1          🔁          ♡ 1          ⬆️
   Show replies

rachel @pqolivera9 · Oct 21                          ···
Replying to @nicholasgbrasil
@ViSwartele
   💬 1          🔁          ♡ 2          ⬆️

gabi. 🖤 @stargrlwho · Oct 21                         ···
Replying to @nicholasgbrasil
não sei lidar aaaaaa 😍😍😍
   💬          🔁          ♡ 2          ⬆️

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.    ···
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

Nicholas Galitzine Br...
@nicholasgbrasil          Follow
Sua principal fonte de informações sobre o ator e cantor Nicholas Galitzine no Brasil. Fan Account

**What's happening**

Television · 3 hours ago
Saturday Night Live airing on NBC

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States          ···
HE'S BACK
153K Tweets

Jungkook · Trending          ···
jungkook
1.55M Tweets

Trending in United States          ···
Jason David Frank
1,297 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**



**Andy Vermaut**
@AndyVermaut

···

Cody Simpson & Miley Cyrus Work Up A Sweat Together While Hiking With Their Dog In LA
hollywoodlife.com/2020/06/05/cod...



6:16 AM · Jun 5, 2020 · dlvr.it

      

    Tweet your reply                    Reply

---

## Search Twitter

### Relevant people



**Andy Vermaut**        Follow
@AndyVermaut

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

### What's happening

NFL · 2 hours ago
**Browns at Bills**

**#Disenchanted** 🧝‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in California                    ···
**Rest In Peace**
Trending with #TheWalkingDead

Trending in California                    ···
**#AMAs** 💅
Trending with Favorite K-Pop Artist

Sports · Trending                        ···
**Cousins**
21.8K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.    ···
@c_perkowski

__ https://twitter.com/MundoGossip13/status/1552036866113609729 __ at __ 2022-11-21 19:13:10 -08:00 __

← **Tweet**

 **Mundo Gossip**
@MundoGossip13                          ...

Nuevas imágenes de Dakota Johnson en el set de 'Madame Web' donde podemos ver a la actriz con un look muy parecido al de Julia Carpenter en los comics. La película se estrena el 6 de octubre de 2023 y estará ambientada en el principio de la década de los 2000.

#Sony #MadameWeb

Translate Tweet




2:02 PM · Jul 26, 2022 · Twitter for Android

**2 Likes**

♡              ↻              ♡              ↑

P   Tweet your reply                                    Reply

**Relevant people**

 **Mundo Gossip**            **Follow**
@MundoGossip13

Cuenta de Twitter que informa las últimas noticias del mundo de Hollywood y del universo Geek

**What's happening**

NBA · Starts at 7:30 PM
**Jazz at Clippers**


Entertainment · Trending                    ...
**Died Suddenly**
50.9K Tweets

Trending in United States                    ...
**Tampax**
33.8K Tweets

Trending in California                    ...
**Dodger Stadium**
10.8K Tweets

Trending in United States                    ...
**Trent Reznor**
16.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

 **Perkowski Legal P.C.**   ...
@c_perkowski

https://twitter.com/quidvacuo_/status/1556351960893771779 ... at ... 2022-11-19 23:54:37 -08:00 — 1:27-cv-09462-DMG-AGR | Document 1-27 | Filed 12/30/22 | Page 86 of 101 | Page ID #:2648

← Tweet

🐦

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

**Tweet**

Perkowski Legal P.C. ⋯
@_perkowski

J. QuidVacuo 🇨🇱 #WakandaForever
@QuidVacuo_

**¡Nuevas fotos del set de 'MADAME WEB'!**

Translate Tweet



5:11 AM · Aug 7, 2022 · Twitter for Android

**64** Retweets   **8** Quote Tweets   **1,453** Likes

Prado8989 @prado8989 · Aug 7
Replying to @QuidVacuo_
Se ve idéntica a Madame Web 😂😂😂

Dini @Gotham_Spectre · Aug 7
Replying to @QuidVacuo_
Se viene otro fracaso, me daría gracia que le gane en taquilla Sonic 3

Yuusha Prower 🐺 @Yuusha_Prower · Aug 7
Replying to @Gotham_Spectre and @QuidVacuo_
Ya no sería coincidencia si lo hace, ya van dos veces que superan a películas basadas en comics
♡ 9

majocrick @majocrick15 · Aug 7
Replying to @QuidVacuo_
Está película va a ser un desastre y es un hecho
♡ 5

🇨🇱lessandro @nilinoAlex09 · Aug 7
Replying to @majocrick15 and @QuidVacuo_
Sisi ya te vimos
♡ 27

kha_2021 @kha2021 · Aug 7
Replying to @QuidVacuo_
Mi reacción a la mamada que se va a hacer Sony

♡ 2

pieero | #Blur2023 @noodle_192000 · Aug 7
Replying to @QuidVacuo_
Ojalá esta y Kraven fracasen
♡ 1

XS @your_b1tch_fav · Aug 8
Replying to @noodle_192000 and @QuidVacuo_
Que funcione solo kraven
♡ 1

El Pul Guz @poollig18 · Aug 7
Replying to @QuidVacuo_
Quizá Madam Web va estar inspirada en Everything Everywhere All at Once, me refiero a que se presentarán distintas versiones de ella y colapsara todo en descubrir que ella es un ente que está presente en el multiverso
♡ 16

Roger Díaz @RogerDUTP · Aug 7
Replying to @QuidVacuo_
Tom hardy salvo a venom
♡ 2

Banished Emperor @Emperor2516 · Aug 7
Replying to @RogerDUTP and @QuidVacuo_
...
♡ 1

Paymon0709 @Salvato890959I · Aug 7
Replying to @QuidVacuo_
Ese es Andrés Parra (Escobar: el patrón del mal) en la cuarta foto?????

DE LO QUE ME DE LA GANA @coronebucdolobo · Aug 7
Replying to @QuidVacuo_
de momento todo lo que veo de esta película o me llama la atención, a ver como termina siendo.
♡ 9

K-14 @k14_art · Aug 7
Replying to @coronebucdolobo and @QuidVacuo_
Spoiler: terminara siendo un desastre.
♡ 18

Pánfilo ● @Imaodftoe · Aug 7
Replying to @QuidVacuo_
OTRA CAGADA
♡ 7

Samuel R. @Gumbaesito · Aug 7
Replying to @QuidVacuo_
Increíble si tenga 0 hype x esta peli, sony devuelve spiderman a marvel deja de estar cagandola
♡ 1

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

valeramoook @valeeranco07 · Aug 7
Replying to @afederichelle_ and @QuidVacuo_
Las peliculas no se piden. Ninguna.
♡ 7

Case 2:22-cv-09462-DMG-ADS   Document 1-27   Filed 12/30/22   Page 87 of 101   Page ID #:2650

← **Tweet**



Home

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**


**Perkowski Legal P.C.**  ...
@c_perkowski





← **Tweet**



**DAKOTA** 💜💙
@tender_DMJ

···

My Madame Web 🖤

8:45 AM · Oct 6, 2022 · Twitter for iPhone

**11** Retweets   **105** Likes

🗨   ⟲   ♡   ⬆

Ⓟ   Tweet your reply   **Reply**

🔍 Search Twitter

**Relevant people**

 **DAKOTA** 💜💙
@tender_DMJ   **Follow**

Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

← **Thread**

**Home**

**Explore**

🔔 **Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

⊙ **More**

**Tweet**



**Avengers Assemble BR**
@AAssembleBR ···

🏷️ Novas fotos do set #MadameWeb mostram Dakota Johnson com um cabelo branco, assim como cabelo da personagem nos quadrinhos.

Translate Tweet

8:18 PM · Oct 10, 2022 · Twitter for Android

**7** Retweets   **2** Quote Tweets   **81** Likes

💬              🔁              ♡              ⬆️

🅿️  **Tweet your reply**                    **Reply**

**Avengers Assemble BR** @AAssembleBR · Oct 11 ···
Replying to @AAssembleBR

> 🅿️ **Avengers Assemble BR** @AAssembleBR · Oct 7
> 📸 Dakota Johnson nos bastidores de #MadameWeb.
> Show this thread

💬              🔁              ♡  5              ⬆️

🅿️ **Perkowski Legal P.C.**  ···
@c_perkowski

🔍 Search Twitter

**Relevant people**

 **Avengers Assemble BR**    **Follow**
@AAssembleBR
🇧🇷 Fan Account | Sua mais completa fonte de informações sobre o universo Marvel no Brasil. Ativem as notificações!

**What's happening**

Television · 1 minute ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶️ Promoted by Uber

Trending in United States    ···
**HE'S BACK**
132K Tweets

Trending in California    ···
**Blocked**
119K Tweets

Sports · Trending    ···
**#mnwild** 🏒
1,309 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

🐦

🏠 Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

☺ More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.**   ...
@c_perkowski

← **Tweet**



🔍 Search Twitter

**Relevant people**

sam
@allinitdrews    Follow
fan account; justin followed 9.14.19

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater** 💧
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Trending in United States    ⋯
**#thankskillingwithart**
1,736 Tweets

Trending in United States    ⋯
**RIP Harold**

Trending in United States    ⋯
**Nembhard**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.



__ https://twitter.com/AndyVermaut/status/1298959220465788882 __ at __ 2022-11-19 22:20:34 -08:00 __

← **Tweet**

## Relevant people



**Andy Vermaut**
@AndyVermaut                                    Follow

Linked to WCPDCD, EADM,
POSTVERSA, AIDL, EUtoday, ActNow
for C, People Forests, Fundamental
rights. Whatsapp +32499357495
denktankcarmenta@gmail.com

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

⋯ More

**Tweet**

**Andy Vermaut**
@AndyVermaut                                    ⋯

Cardi B's Daughter Kulture, 2, Hilariously Tries To Wear
Mom's High Heels & Gets Scolded In New Video
hollywoodlife.com/2020/08/27/car...



5:23 AM · Aug 27, 2020 · dlvr.it

**1** Like

💬          ⟲          ♡          ⬆


Tweet your reply                                Reply

## What's happening

Television · 2 hours ago
**Saturday Night Live airing on
NBC**                                           SATURDAY
                                                NIGHT
                                                LIVE

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
📣 Promoted by Uber

Trending in United States                       ⋯
**Blocked**
130K Tweets

Trending in United States                       ⋯
**Jason David Frank**

Sports · Trending                               ⋯
**Pasadena**
1,595 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.


**Perkowski Legal P.C.**  ⋯
@c_perkowski

Search Twitter

← **Tweet**

This Tweet is from a suspended account. Learn more

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



**Perkowski Legal P.C.**   ...
@c_perkowski

← **Tweet**

 **XAYLOK**
@XAYLOK1

Dakota Johnson dans #MadameWeb



12:29 PM · Jul 27, 2022 · Twitter for Android

         

 Tweet your reply                                    Reply

## Relevant people

 **XAYLOK**                                    Follow
@XAYLOK1

Compte en lien avec ce que j'essayerai
de proposer sur Youtube sur la chaîne
du même nom : de l'actualité cinéma
#marvel

## What's happening

NBA · Starts at 7:30 PM
**Jazz at Clippers**                              

Entertainment · Trending
**Died Suddenly**
50.4K Tweets

Sports · Trending
**Lane**
Trending with Auburn

Sports · Trending
**Grupo Firme**
3,505 Tweets

Trending in United States
**Chrisley**
16.4K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**



**Just girls★**
@farangsuoy

···

#GigiHadid #LeonardoDiCaprio ภาพรวมจากข่าวล่าสุดก็ดู เหมือนว่าทั้งคู่น่าจะเดทกันอยู่จริง ตอนนี้สถานะไม่ได้ in relationship แต่อย่างใด อยู่ในขั้นทำความรู้จักกันไปเรื่อยๆ อย่างไม่เร่งรีบ แถมในข่าวยังพูดถึงว่าเป็นครั้งแรกที่ลีโอเดท ผญ.อายุเกิน 25 และจี่คือผญ.คนแรกที่เป็นคุณแม่ที่เขาเดท



12:18 AM · Sep 16, 2022 · Twitter Web App

**601** Retweets    **22** Quote Tweets    **115** Likes

💬        ⟲        ♡        ↑

P    Tweet your reply                    Reply

Q Search Twitter

**Relevant people**


**Just girls★**              Follow
@farangsuoy

If you can't be kind, just be quiet.
Thank you :)

**What's happening**

NFL · 3 hours ago
**Cowboys at Vikings**





**#Disenchanted** 👸
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                ···
**Bob Iger**
Trending with Chapek, #Disney

Music · Trending                          ···
**Lionel Richie**
1,489 Tweets

Music · Trending                          ···
**Kelly Rowland**
Trending with Chris Brown

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

P  **Perkowski Legal P.C.**    ···
   @c_perkowski

https://twitter.com/shook_yt/status/1323080266169085 ... al ... 2022-11-22 16:01:55 -06:00    Document 1-21    Filed 12/30/22    Page 99 of 101    Page ID
#2082



tana really pulled a khloe kardashian

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

**Tweet**

**BossLogic** ✓
@llosslogic

A Little color #CaptainMarvel @brielarson @captainmarvel



4:10 PM · Jan 25, 2018 · TweetDeck

703 Retweets    88 Quote Tweets    2,362 Likes

💬 ➡️ ❤️ ⬆️

**Relevant people**

**BossLogic** ✓        Follow
@llosslogic
🅰️Man's not bot - Kode aka @EmSajik
Team — @LineageNYC The BLU 🅰️
@theBLUniverse

**Brie Larson** ✓        Follow
@brielarson
Actor / Mushroom Forager / SCUBA
Certified Diver / Scientific American
Subscriber / Dog Mom / Captain
Marvel / Generally Stoked

**Captain Marvel** ✓      Follow
@captainmarvel

**What's happening**

NFL · 35 minutes ago
49ers at Cardinals

Entertainment · Trending
**Died Suddenly**
60.6K Tweets

Trending in United States
**Jada**
7,260 Tweets

Trending in California
**Zimmerman**
20.9K Tweets

Sports · Trending
**Trey Lance**
3,232 Tweets

Music · Trending
**Higher, Further, Faster.**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

📝 Tweet your reply                    Reply

**Andrew Holland** @endmau · Jan 25, 2018
Replying to @llosslogic @brielarson and @captainmarvel
YASSSSSS



💬    ➡️    ❤️ 2    ⬆️

**O De do Editor** @LactoNixoB · Jan 25, 2018
Replying to @llosslogic @brielarson and @captainmarvel

💬    ➡️    ❤️    ⬆️

**Kevin Carter** @Kevincarter559 · Jan 26, 2018
Replying to @llosslogic @brielarson and @captainmarvel
Follow my page for Daily Marvel News!

💬    ➡️    ❤️    ⬆️

**You Gotta Relax** @ExecutiveG · Jan 25, 2018
Replying to @llosslogic @brielarson and @captainmarvel
Not you too @llosslogic 😔 The green suit had significance.

💬    ➡️    ❤️    ⬆️

**AnarchyHamster (Commissions O...** @AnarchyHam... · Jan 26, 2018
Replying to @llosslogic @brielarson and @captainmarvel
Please go with this look for sure. It looks 1000 times better like this

💬    ➡️    ❤️    ⬆️

**Uno de tantos** @ClaveRomay · Jan 25, 2018
Replying to @llosslogic @brielarson and @captainmarvel
Hell yeah.

💬    ➡️    ❤️    ⬆️

**Nevermore** @_kmmj_____ · Jan 25, 2018
Replying to @llosslogic @brielarson and @captainmarvel
PURRRRRRFFFEEECCCTTT

💬    ➡️    ❤️    ⬆️

**TP** @TP_Nguyen92 · Jan 25, 2018
Replying to @llosslogic @brielarson and @captainmarvel
The Capt Marvel we deserved, but didn't get

💬 2    ➡️    ❤️    ⬆️

**▪️◼️▫️ Mike HD ▫️◼️▪️** @MikeHDTweets · Jan 25, 2018
Replying to @TP_Nguyen92 @llosslogic and 2 others
Green + Klee military outfit = return to earth outfit.

💬 1    ➡️    ❤️    ⬆️

Show replies

**Daniel Doyle** @3ThreeD · Jan 25, 2018
Replying to @llosslogic @brielarson and @captainmarvel
Your version is the one I am most familiar with. The red & gold provided the
vibrancy that was missing in the original image. #CaptainMarvel #BrieLarson
#MCU

💬    ➡️    ❤️    ⬆️

**Alex Chapman** @Red_Chappy · Jan 25, 2018
Replying to @llosslogic
@shauna_653 this looks better than the set photos ahh

💬 1    ➡️    ❤️    ⬆️

**Maine0** @AlexanderMaine · Jan 26, 2018
Replying to @llosslogic @brielarson and @captainmarvel
X-men biker look is back

💬    ➡️    ❤️    ⬆️

**Natalia** @nat_80 · Jan 25, 2018
Replying to @gqiihonny @llosslogic and 2 others
Olha só

💬    ➡️    ❤️    ⬆️

**Natalia** @nat_80 · Jan 25, 2018
Replying to @gqiihonny @llosslogic and 2 others
Como somos enganados

💬    ➡️    ❤️ 1    ⬆️

**TV Talk (formerly Flash TV Talk)** @TVTalkfel · Jan 26, 2018
Replying to @llosslogic @brielarson and @captainmarvel
Yeah... I can't deny this is closer to what I want but at the same time there is
already alot of red and teal going on with the avengers costumes.

💬    ➡️    ❤️    ⬆️

**The Superior Comic Show** 🎙️ @SuperiorComicYo · Jan 26, 2018
Replying to @llosslogic @brielarson and @captainmarvel
❤️ teach us 🙏🙌❤️

💬    ➡️    ❤️    ⬆️

**Phil the guy** @Philtheguy · Jan 26, 2018
Replying to @llosslogic @brielarson and @captainmarvel

← **Tweet**



**rita**
@nickgstan

⋯

sorry but my boy looks good good



11:49 AM · Oct 21, 2022 · Twitter for iPhone

**1** Retweet   **37** Likes

🔍 Search Twitter

**Relevant people**

**rita**
@nickgstan                    Follow

nicholas galitzine's favorite kiddo.

**What's happening**

FIFA World Cup · Last night
**Mexico vs Poland**


🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski  ⋯

💬   ⇄   ♡   ⬆

Tweet your reply            Reply