# EXHIBIT B Continued

__ https://twitter.com/tender_DMJ/status/1092972048517754800 __ at __ 2022-11-20 16:25:54 -08:00

← **Tweet**

**DAKOTA** 💜💙
@tender_DMJ

···

**THAT'S MY GIRL** ❤️



6:23 PM · Feb 5, 2019 · Twitter for iPhone

**8** Retweets   **30** Likes

---

P   Tweet your reply                    Reply

---

Q Search Twitter

**Relevant people**

 **DAKOTA** 💜💙          Follow
@tender_DMJ

Dakota Johnson is the meaning of
perfection and of course the love of
my life ❤️

**What's happening**

NFL · 3 hours ago
**Browns at Bills**

**#Disenchanted** 🧑‍🦰
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                ···

🏠 Home
\# Explore
🔔 Notifications ①
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

P  Perkowski Legal P.C.  ···
   @c_perkowski

← **Tweet**



الاحداث حول العالم | 🎬
@ImexIIG

· · ·

أنجلينا جولي تحتفل بعيد ميلادها الـ46 مع أبنائها الستة في لوس أنجليس،
وكانت قد أصيبت بخيبة أمل من قرار المحكمة التي منحت حضانة مشتركة لأبنائها مع براد بيت بعد معركة قضائية طويلة بينهما إثر طلاقهما

Translate Tweet



5:35 AM · Jun 8, 2021 · Twitter for iPhone

**1** Retweet    **14** Likes

Q    Search Twitter

### Relevant people

  الاحداث حول العالم | 🎬    **Follow**
@ImexIIG

أجمل منصة ترفيهية لأخبار و احداث النجوم والمشاهير حول العالم | الخاص للدعاية و الإعلان

### What's happening

NFL · Last night
**Chiefs at Chargers**    

Entertainment · Trending    · · ·
**Disney**
Trending with Bob Iger, Chapek

Trending in United States    · · ·
**Schiff**
53.7K Tweets

Music · Trending    · · ·
**Lionel Richie**
3,975 Tweets

Trending in California    · · ·
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Tweet your reply    **Reply**

 Perkowski Legal P.C.    · · ·
@c_perkowski

__ https://twitter.com/BlinkStationTV/status/1549211998516297729 __ at __ 2022-11-21 13:47:32 -08:00 __

← **Tweet**

 **Blink Station TV**
@BlinkStationTV                                        ···

ELES NÃO LARGAM O OSSO 

A CW afirmou que ainda está desenvolvendo o live-action de 'Meninas Super Poderosas'.

Translate Tweet



6:58 PM · Jul 18, 2022 · Twitter Web App

💬                ⟲                ♡                ⬆

  Tweet your reply                              Reply

## Search Twitter

### Relevant people

 **Blink Station TV**    Follow
@BlinkStationTV
📣 Nos sigam para notícias, fofocas, rumores, fanfics, fanarts e umas coisitas mais! 📨|
blinkcontato@gmail.com

### What's happening

FIFA World Cup · 16 minutes ago
**USA vs Wales**


Trending in California                              ···
**Dodger Stadium**
14.2K Tweets

Trending in United States                          ···
**Hive**
130K Tweets

Trending in United States                          ···
**HOW IS THAT NOT A YELLOW**

Family drama · Trending                            ···
**#GTMcontest7**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Navigation (left)

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

 **Perkowski Legal P.C.**   ···
@c_perkowski



__ https://twitter.com/lilkimworld2015/status/1409495572487225347 __ at __ 2022-11-21 10:23:54 -08:00 __

# Tweet



LilKimTheQueenBee Retweeted

**Lil' Kim Media**
@LilKimMedia

📸 | Lil' Kim last night at the 2021 BET Awards After Party.

👤 Lil' Kim

3:50 AM · Jun 28, 2021 · Twitter Web App

**47** Retweets   **6** Quote Tweets   **240** Likes

Tweet your reply                    Reply

## Relevant people

**LilKimTheQueenBee**
@LilKimWorld2015          Follow

Look I ain't tryna suck ya, I might not even fuck ya Just lay me on this bed and give me some head—@lilkim

**Lil' Kim Media**
@LilKimMedia          Follow

Your #1 source for all the news, updates, charts and daily pictures of the Grammy-winning rapper, songwriter and actress Lil' Kim. Not affiliated with Kim.

**Lil' Kim** ✔
@LilKim          Follow

Lil' Kim The Queen Bee Life Story now available for pre-order!

## What's happening

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Trending in United States
**Mendy**
Trending with Robyn

Trending in California
**Dodger Stadium**
13.9K Tweets

Trending in United States
**#CreditCardMovies**

Trending in United States
**Senegal**
Trending with #SENNED, De Jong

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



Perkowski Legal P.C. ···
@c_perkowski



_ https://twitter.com/AndyVermaut/status/1304049248141365249 _ at _ 2022-11-21 12:20:20 -08:00 _



← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Andy Vermaut**
@AndyVermaut ···

Kris Jenner Frowns While Driving Through Calabasas In 1st Photos Since Breaking News Of 'KUWTK' Ending
hollywoodlife.com/2020/09/10/kri...



6:29 AM · Sep 10, 2020 · dlvr.it

 

 Tweet your reply                    Reply

## Relevant people

 **Andy Vermaut**
@AndyVermaut    Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

Sports · LIVE
**2022 FIFA World Cup**



Trending in United States
**#StuffingFails** ···

Trending in California
**Telemundo** ···
7,463 Tweets

Trending in United States
**1-0 USA** ···
18.3K Tweets

Trending in California
**Mane** ···
Trending with Senegal

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski ···

# ProjetoFollow.IB Help
@FollowIBHelp

Pode ter pessoas que não gostem da Selena. Mas cá
entre nós, a felicidade do Justin quando está com ela, é
imensurável!!

Translate Tweet



📷 Media not displayed

This image has been removed in response to a
report from the copyright holder.

11:49 AM · Nov 1, 2017 · Twitter for iPhone

**211** Retweets   **11** Quote Tweets   **322** Likes

Relevant people

ProjetoFollow.IB Help     Follow
@FollowIBHelp
Ajudamos as Beliebers a conseguir o
follow do @JustinBieber 🎀 Fan
Account, 41k sonhos realizados! 🎉

What's happening

NFL · 4 hours ago
49ers at Cardinals

#AvatarTheWayOfWater 🌊
🗓 Opening December 16
⬤ Promoted by Avatar

Entertainment · Trending
Died Suddenly
Trending with World Premiere

Entertainment · Trending
BLEACH
1746 Tweets

Trending in California
Mexicans
7,046 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More...
© 2022 Twitter, Inc.

Tweet your reply          Reply

ProjetoFollow.IB Help @FollowIBHelp · Nov 1, 2017
Pena que você não tem que aceitar



♡ 1        ⇄ 1        ♡ 11

shaxrty @journalitan · Nov 1, 2017
pena que eles estam cagando e andando para oq vc pensa ou deixa de
pensa

♡        ⇄ 1        ♡

Jinie @CanalhoLorhana · Nov 2, 2017
Verdade, é tão lindo quando os dois estão justos. Ela o faz tão feliz, e
impossível dizer que não. ❤️

♡        ⇄        ♡

lari @2itsfvs · Nov 1, 2017
Replying to @FollowIBHelp
Só passando pra dizer : O CHORO E LIVRE JELENA IS REAL

♡        ⇄        ♡ 1

carl. @zemivels · Nov 1, 2017
E de Selena igual



♡        ⇄        ♡ 2

carl. @zemivels · Nov 1, 2017
E eles preocupados com isso



♡        ⇄        ♡

lary @ecutzgk · Nov 2, 2017
Replying to @FollowIBHelp and @_merxldrina
Claro né. Deus no céu e Selena Gomez na terra



♡        ⇄ 3        ♡

marina @iceforfluffyball · Nov 1, 2017
Replying to @FollowIBHelp
De acordo com ele, ela é o coração dele❤️

♡        ⇄        ♡

Vitória Aguetoni @Vickiaguetoni · Nov 1, 2017
Replying to @FollowIBHelp
Somos dois

♡        ⇄        ♡

Zainabo @ZainaboAtikilde · Nov 1, 2017
Replying to @FollowIBHelp
Eu também o aceito

♡        ⇄        ♡

Vitória Aguetoni @Vickiaguetoni · Nov 1, 2017
Replying to @FollowIBHelp
É pra já

♡        ⇄        ♡

bieliber evelin. @EvelinAMullsfv1 · Nov 1, 2017
Replying to @FollowIBHelp
É mesmo que ele seja muito feliz, mesmo.

♡        ⇄        ♡

N 😻 @felicidfyvidyvi5 · Nov 1, 2017
Replying to @FollowIBHelp
Aaaaaaaaa
Eu amo esses dois

♡        ⇄        ♡

B³ @beldazz · Nov 1, 2017
Eu imagino oq que shippa "jelena" mais acho que isso não é bom pra ele
porque ele está com ela nossa que ótimo que eles sejam felizes

♡        ⇄        ♡

B³ @beldazz · Nov 1, 2017
Mais ele precisa conhecer pessoas novas ele não pode ficar se prendendo a
ela eu sei que a vida é dele e ele faz oque ele quer

♡        ⇄        ♡

B³ @beldazz · Nov 1, 2017
Mais se eles terminar quem vai sofrer e ele porque ele não superou de tem
23 e ainda não superou eu sei que ele ama ela e blá blá blá

♡        ⇄        ♡

B³ @beldazz · Nov 1, 2017
Mais ele precisa a libertar não é bom pra ele, não quero dizer ele precisa
que ele é obrigado a isso não ele só precisa disso

♡        ⇄        ♡

— https://twitter.com/FilmDevotion/status/1548983243650785280 __ at __ 2022-11-21 17:28:34 -08:00



← **Tweet**

 **Film Devotion**
@FilmDevotion                                                 ···

Blue Beetle has wrapped filming.



3:49 AM · Jul 18, 2022 · Twitter for iPhone

   ⟲   ♡   

 Tweet your reply                                    Reply

---

**Sidebar (right column):**

🔍 Search Twitter

**Relevant people**

 **Film Devotion**
@FilmDevotion                                    Follow
Devoted to delivering quick and
reliable news on all things media
related.

**What's happening**

NBA · LIVE
**Hawks at Cavaliers**



Trending in United States                         ···
**Died Suddenly**
39.6K Tweets

---

**Navigation (left column):**

🐦

🏠 Home

#⃣ Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

 Perkowski Legal P.C.   ···
@c_perkowski

← **Tweet**

Robert Littal BSO ✓
@BSO                                    ...

Angelina Jolie and The Weekend Spotted At An Upscale
LA Restaurant Driving Fans Into A Frenzy (Photos)
bit.ly/3hbnmlb



8:28 AM · Jul 2, 2021 · BSO Alert

**2** Retweets    **4** Quote Tweets    **5** Likes

💬          🔁          ♡          ⬆

P    Tweet your reply                              Reply

dominique @dclaire26 · Jul 2, 2021              ...
Replying to @BSO
@TheRealBRas Bruh.....
💬 1        🔁        ♡ 1        ⬆

br @TheRealBRas · Jul 2, 2021                    ...
Replying to @dclaire26 and @BSO
Unexpected and yet expected lol. They both wild spirits
💬        🔁        ♡        ⬆

---

**Sidebar:**

🔍 Search Twitter

**Relevant people**

Robert Littal BSO ✓          Follow
@BSO
BSO is a Unique take on Sports & Ent;
Tweets by The Headline King Robert
Littal; IG: BSOTV; FB:
BlackSportsOnline; Keep That Same
Energy Podcast; #BLM; 💙 AML

**What's happening**

FIFA World Cup · 2 hours ago
Argentina vs Saudi Arabia

#AvatarTheWayOfWater🎭
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States                        ...
#السعودیه_الارجنتس
1.22M Tweets

Trending in United States                        ...
**Died Suddenly**
100K Tweets

Trending in United States                        ...
**Argentina**
Trending with #FIFAWorldCup 🏆; Herve Renard

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Left navigation:**

🐦

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

P  Perkowski Legal P.C.    ...
@c_perkowski

← **Tweet**



🌈**ANDY JONNY**
@AndresJovannyMa

#Hawkeye lamento decirte que #AntMan si estuvo ahí 😄

Translate Tweet




10:34 PM · Nov 24, 2021 · Twitter for Android

**4** Likes

Tweet your reply                    Reply

---

**Relevant people**

🌈**ANDY JONNY**          Follow
@AndresJovannyMa

EL PENSAR Y EXPRESAR 💙🧠 Tengo
un canal en YouTube ▶️ ANDY
JONNY 😄

**What's happening**

FIFA World Cup · 4 hours ago
**World Cup Qatar 2022: Opening
Ceremony**

#Disenchanted 🧚
Original movie now streaming
⊞ Promoted by Disney+

Trending in United States          ···
**Rest In Peace**
50.9K Tweets

Entertainment · Trending          ···
**Morgan Freeman**
192K Tweets

Entertainment · Trending          ···
**Telemundo**
9,964 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

**Tweet**

Search Twitter

← **Thread**

🐦 **Twitter**

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⚪ More

**Tweet**

**Madame Web Info** 🕸️ ✓
@MadameWebInfo                                    ⋯

📸 Dakota Johnson foi vista recentemente no set de 'Madame Web' em Boston.





2:04 PM · Oct 6, 2022 · Twitter for Android

**16** Retweets   **1** Quote Tweet   **101** Likes

💬        🔁        ♡        ⬆️

Ⓟ   Tweet your reply                    **Reply**

**Madame Web Info** 🕸️ ✓ @MadameWebInfo · Oct 6   ⋯
Replying to @MadameWebInfo
Ⓒ: @dakotajohnsonpt <3

💬        🔁        ♡        ⬆️

Ⓟ **Perkowski Legal P.C.**   ⋯
@c_perkowski


🔍 Search Twitter

**Relevant people**

🕸️ **Madame Web Info** 🕸️        **Follow**
@MadameWebInfo
Sua primeira e maior fonte de informações sobre o filme Madame Web no Brasil (fan accout).

**What's happening**

FIFA World Cup · 1 hour ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧙
Original movie now streaming
📣 Promoted by Disney+

Only on Twitter · Trending
**Jason David Frank**            ⋯
98.8K Tweets

Trending in California
**Shakira**                       ⋯
103K Tweets

Trending in United States
**Offside**                       ⋯
122K Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy.
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

https://twitter.com/HLDHQs/status/1332123358843044609... al __ 2022-11-21 03:54:55 -08:00
Document 1-28    Filed 12/30/22    Page 14 of 101



🎬 Harry on set for Don't Worry Darling!

4:45 PM · Nov 26, 2020 · Twitter for iPhone

3,209 Retweets   6,988 Quote Tweets   30.4K Likes

Tweet your reply



## Tweet

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



**Planeta Geek | 🌐**
@PlanetaGeek_OFC

🚨 Novas imagens das filmagens de #MadameWeb e revelam a existência de alguma versão do Homem-Aranha no filme.

(Via @BRMarvelNews)

Translate Tweet



11:52 AM · Oct 6, 2022 · Twitter for Android

**1** Retweet    **3** Likes



Tweet your reply

Reply

Search Twitter

### Relevant people



**Planeta Geek | 🌐**
@PlanetaGeek_OFC    Follow

Sua melhor fonte sobre Marvel, DC e a cultura geek! Siga-nos e não perca nenhuma notícia | 📧 email para contato: planetageekc@gmail.com



**Marvel News**
@BRMarvelNews    Follow

Conta de fã dedicada ao Universo Marvel 🏳️‍🌈 Contato: marvelnewsbr@outlook.com

### What's happening

FIFA World Cup · 1 hour ago
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 🤳
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending
**Jason David Frank**
Trending with  First Kevin Conroy

Entertainment · Trending
**Morgan Freeman**
160K Tweets

Trending in California
**Shakira**
104K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**
@c_perkowski

— https://twitter.com/TheMovielorian/status/1578100460354822144 __ at __ 2022-11-20 12:31:59 -08:00 __



← **Tweet**

**The Movielorian**
@TheMovielorian

🏆 Winning

🎤 💥 #MadameWeb

**The Movielorian** @TheMovielorian · Aug 12
Ok but if the Madame Web leaks are true, I'll be there on Day 1. Imagine if the multiversal threat is an evil Peter Parker!

12:10 PM · Oct 6, 2022 · Twitter for iPhone

Tweet your reply

Reply

**Relevant people**

**The Movielorian**
@TheMovielorian    Follow

I like Marvel|Star Wars|Daredevil|DC|Horror|The Boys|Cobra Kai|Breaking Bad|Better Call Saul|Dexter|Stranger Things|Harry Potter|The Office|The Umbrella Academy

**What's happening**

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/MovieCrazyP/status/1435793940788260864 __ at __ 2022-11-22 20:50:22 -08:00 __

← **Tweet**

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Movie Crazy Planet** 🎬 🍿 🎥
@MovieCrazyP

···

💥 ¡¡¡ Primeras imágenes de Jennifer Lawrence embarazada !!! 💥



7:35 PM · Sep 8, 2021 · Twitter for Android

**2** Retweets   **18** Likes

Tweet your reply

**Reply**

### Relevant people

**Movie Crazy Planet ...**
@MovieCrazyP

**Follow**

💥Noticias, tráilers, pósters, los estrenos más recientes de cine, series y televisión.💥 Síguenos y activa la 🔔 moviecrazyplanet@gmail.com ✉

### What's happening

NBA · LIVE
**Lakers at Suns**

#AvatarTheWayOfWater 🌊
Get tickets now – In theaters December 16
🎬 Promoted by Avatar

Business and finance · Trending
**Chesapeake**
4,825 Tweets

···

Trending in United States
**#GenshinSpecialProgram**
13.9K Tweets

···

Politics · Trending
**Prediction**
49.4K Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/tudomiley/status/1526187559457521664 __ at __ 2022-11-21 22:00:03 -0800 __

← **Tweet**



 Tudo Miley | Fan Account
@TudoMiley                                                    ...

Miley Cyrus deslumbrante em NY na noite de ontem (15).

Translate Tweet



6:07 AM · May 16, 2022 · Twitter for iPhone

**41** Retweets    **20** Quote Tweets    **534** Likes



 Tweet your reply                                      Reply

---

 Search Twitter

**Relevant people**

 Tudo Miley | Fan Acc...    Follow
@TudoMiley

Sua fonte da Miley Cyrus no Brasil |
Your Miley's source in Brazil. Fan
Account. @MediaTudoMiley
@TudoMileyBrasil |
equipetudomiley@gmail.com

**What's happening**

NFL · 1 hour ago
**49ers at Cardinals**

Entertainment · Trending                    ...
**Died Suddenly**
66.9K Tweets

Trending in United States                    ...
**Dreamers MV**

 Perkowski Legal P.C.    ...
@c_perkowski

← **Tweet**

Home

\# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from a suspended account. Learn more



**Perkowski Legal P.C.**    ...
@c_perkowski

https://twitter.com/SeriesUpdateFR/status/1350849243465084928 __ et __2022-11-22 10:07:49 -08:00 __ Case 2:22-cv-09462-DMG-ADS    Document 1-28    Filed 12/30/22    Page 20 of 101    Page ID #:2684

← Tweet

**Infos Séries**
@SeriesUpdateFR

## Tom Holland et Zendaya sur le tournage de 'Spider-Man 3'. ❄️



8:55 AM · Jan 17, 2021 · Twitter Web App

**210** Retweets   **31** Quote Tweets   **1,743** Likes

---

Tweet your reply                           **Reply**

**Maxime** @MaximeJRY · Jan 17, 2021
Replying to @SeriesUpdateFR
Ohhhhh Nice !

**Thomas** @IThomasm_ · Jan 17, 2021
Replying to @SeriesUpdateFR
Je crois que c'est mort pour voir Tobey...
💬 2

@Shanoo_Love · Jan 17, 2021
Replying to @IThomasm_and @SeriesUpdateFR
Pourquoi ?

ʿAnna¸ 🐍 @4nnaTRNL · Jan 17, 2021
Replying to @SeriesUpdateFR
Je suis : joie
♥ 2

⌐ @emmouah · Jan 17, 2021
Replying to @SeriesUpdateFR
woah woah woah y'a trop de trucs qui se bousculent dans ma tête
♥ 4

This Tweet is from a suspended account. Learn more

**No Last Name** 🏴 @NoLastNameUs · Jan 18, 2021
Replying to @Foufou25774965 and @SeriesUpdateFR
Tu as pas regarder disney Channel

This Tweet was deleted by the Tweet author. Learn more

**Moha** @moha_j2a · Jan 17, 2021
C'est le spider man qui se rapproche le plus des comics qu'est ce que tu
raconte
♥ 11

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

### Relevant people

**Infos Séries**
@SeriesUpdateFR                    **Follow**
Bienvenue sur votre premier compte
source français sur toutes vos séries,
films et plateformes de streaming
préférées. 🎬
seriesupdatefr@gmail.com

### What's happening

FIFA World Cup · 10 minutes ago
**Mexico vs Poland**



#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
🔹 Promoted by Avatar

Trending in United States
**Ochoa**
Trending with Poland, Lewandowski

Sports · Trending
**#ManchesterUnited**
Trending with Cristiano Ronaldo

Celebrities · Trending
**Tom Hanks**
4,298 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

← Tweet





**Las Últimas Noticias**
@lun

Surgieron indicios de reconciliación entre Irina Shayk y Bradley Cooper 
Los fotografiaron caminando mientras él sonríe y la modelo le toma el brazo 👀
bit.ly/3qJzRJV

Translate Tweet

dailycelebrity3 · Seguir



9:00 AM · Nov 17, 2021 · Hootsuite Inc.

**5** Likes

Tweet your reply

Reply

---

**Search Twitter**

### Relevant people

**Las Últimas Noticias**
@lun

Follow

Cuenta oficial del Diario Las Últimas Noticias en Twitter.

### What's happening

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater**🗿
Get tickets now - In theaters December 16

---

🐦 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski



https://twitter.com/bicaraboxoffice/status/1388522655855169537__ot__2022-11-22 13:28:53 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 1-28   Filed 12/30/22   Page 23 of 101   Page ID #:2687

← **Tweet**

🔍 Search Twitter

🐦 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
● More

**Tweet**

Bicara Box Office
@bicaraboxoffice

⋯

Persis komik
Translate Tweet



8:56 AM · May 1, 2021 · Twitter for Android

**15** Retweets  **9** Quote Tweets  **92** Likes

💬  🔁  ♡  ⬆

📁  Tweet your reply                          Reply

**Bpras** @bayusalembay · May 1, 2021  ⋯
Replying to @bicaraboxoffice
Paling di nanti sih ini.. 😍😍
💬  🔁  ♡  ⬆

**Suburban Dreams** @fathurpotter · May 1, 2021  ⋯
Replying to @bicaraboxoffice
Min ati ati berurusan ama disney
💬  🔁  ♡  ⬆

**Negroni Sbagliato** ✅ @fizhionary · May 1, 2021  ⋯
Replying to @bicaraboxoffice



💬  🔁  ♡  ⬆

**Contem** @dropurdarkness · May 1, 2021  ⋯
Replying to @bicaraboxoffice
Kamala Khan ternyata mirip sama Thunder Force ya seragamnya
💬  🔁 1  ♡  ⬆

**WAKANDA FOREVER** @moonchildren555 · May 1, 2021  ⋯
Replying to @bicaraboxoffice
Mirip saras 008 😂
💬  🔁  ♡  ⬆

---

**Relevant people**

Bicara Box Office
@bicaraboxoffice                  Follow
Box office data and analysis, nerd and geek stuff, occasional random stuff. Proud founder of @cinepoint_ app. Please don't ask for a rate card, there's none.

**What's happening**

FIFA World Cup · 3 hours ago
**Mexico vs Poland**

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
⬤ Promoted by Avatar

Trending in California    ⋯
**LAPD**
12.1K Tweets

Trending in California    ⋯
**Mexicans**
18.7K Tweets

Trending in California    ⋯
**Lucas**
148K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet

Perkowski Legal P.C.   ⋯
@c_perkowski

# Tweet

**AP** ✓
@altapeli

Más contento que Zachary Levi con traje nuevo. Imágenes desde el set de #Shazam2 ⚡ #ShazamFuryOfTheGods que arrancó su rodaje.

Translate Tweet



5:34 PM · Jun 3, 2021 · Twitter Web App

**2** Retweets    **1** Quote Tweet    **17** Likes

Tweet your reply                                    Reply

**Lucía** ✨ @LuciaMansilla · Jun 3, 2021
Replying to @altapeli
@Juuciro

1                    1

**JULIETA** @Juuciro · Jun 3, 2021
Replying to @LuciaMansilla and @altapeli
Ni la vi esa ajajaj

1                    1

Show replies

## Relevant people

**AP** ✓
@altapeli                          Follow
Cuenta oficial de AltaPeli.com - Cine / Series / Críticas / Noticias / Videojuegos

## What's happening

Television · 33 minutes ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**HE'S BACK**
Trending with Welcome Back

Trending in California
**HELL NO**
45.4K Tweets

Trending in United States
**Best of 7**
7,109 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

## Navigation sidebar

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/damieforever48/status/1578056062887151206S __ at __ 2022-11-20 08:52:55 -08:00 __

← **Tweet**

 **Daki_Jamie** ❤️
@damieforever48

New pics of Dakota was seen on the set of "Madame Web" in Boston (Via @dakotajohnsonpt) ❤️ #DakotaJohnson #MadameWeb



9:16 AM · Oct 6, 2022 · Twitter for Android

**9** Retweets   **36** Likes

         

 Tweet your reply

Reply

🔍 Search Twitter

## Relevant people

 **Daki_Jamie** ❤️   Follow
@damieforever48
Fan Account Jamie Dornan e Dakota Johnson ❤️

 **Dakota Johnson P...** ✓   Follow
@dakotajohnsonpt
A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷: @DJPTMidias | Fã-Clube.

## What's happening

FIFA World Cup · LIVE
**Qatar vs Ecuador** 

#Disenchanted 🧚
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending
**RIP JDF**
5,671 Tweets

Trending in United States
**Jason Frank**
46.8K Tweets

Trending in United States
**#QATECU**
64.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ...
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
**Tweet**

https://twitter.com/Sodakotabella2/status/157842117050750608... at _ 2022-11-20 11:51:40 -08:00

← **Tweet**

## Relevant people



**Bella 🌸🕷️ aka The C...**
@Sodakotabella2

Follow

Fan account 🐍// Dakota Johnson 🕷️, Jenifer 🦎, Coldplay🎻, Eurovision fan 🧚, Papadakis Cizeron 📝🏵️// Series, movies, music, television, sport interests 💝🎭

## What's happening

NFL · LIVE
**Browns at Bills**

#Disenchanted 🎬
Original movie now streaming
☐ Promoted by Disney+

Only on Twitter · Trending
**Rest In Peace**
46.9K Tweets

Trending in California
**Morgan Freeman**
184K Tweets

Trending in California
**Shakira**
110K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads Info   More ···
© 2022 Twitter, Inc.



**Bella 🌸🕷️ aka The Cha Cha Real Smooth stan 🇫🇷**
@Sodakotabella2

She probably wear her costume with silver/grey hair .. I am so confused right now about who she is playing 🤔
#MadameWeb #DakotaJohnson



9:25 AM · Oct 7, 2022 · Twitter for Android

**1** Quote Tweet   **27** Likes

Perkowski Legal P.C.
@c_perkowski



Tweet your reply

Reply

**Sabru** @sacisarkj9t1320 · Oct 7
Replying to @Sodakotabella2
I really like she play Julia Carpenter

**John Henry Irons** @Henry58979558 · Oct 7
Replying to @Sodakotabella2
You can barely see the actress face but you still teying to understand why Dakota is wearing a grey wig instead of thinking this may not be her or her stunt double but a different character





GIF  ALT

2

https://twitter.com/TheBostoniana/status/1588562372863483904

← **Tweet**

🇮🇹🇺🇸**Trixy #TeamEvansOfficial**📽️🎬🎞️🇺🇸🇮🇹
@TheBostoniana
⚙ Automated

Chris filming Red One in Atlanta.

Credit to @cevans_army



9:02 AM · Nov 4, 2022 · Twitter for iPhone

**2** Retweets   **8** Likes

💬          ⇄          ♡          ⬆

Tweet your reply                    Reply

**Joan** @joans3627 · Nov 4
Replying to @TheBostoniana and @Cevans_Army
Thanks

💬          ⇄          ♡          ⬆

---

🔍 Search Twitter

**Relevant people**

🇮🇹🇺🇸**Trixy #TeamEva...**          Follow
@TheBostoniana
⚙ Automated
I am a Brazilian girl 👧 🇧🇷 (adopted
by an Italian 🇮🇹 family) transplanted
to the USA in Boston 🇺🇸💙 I loves
dogs 🐕💙 @chrisevans
@astartingpoint

**Chris Evans Army**          Follow
@Cevans_Army
Chris Evans Fan Page

**What's happening**

NBA · 1 hour ago
**Lakers at Suns**



**#AvatarTheWayOfWater**🧜
Get tickets now - In theaters December 16
⊞ Promoted by Avatar

Trending in United States
**Erection**
19.7K Tweets

Trending in California
**Costco**
6,015 Tweets

Music · Trending
**SEOUL**
79.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

---

🐦

Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
Lists
👤 Profile
⊙ More

**Tweet**

**Perkowski Legal P.C.**  ⋯
@c_perkowski



__ https://twitter.com/SNEAKPEEKCA/status/1010256379926286343 __ at __ 2022-11-21 04:01:50 -08:00

← Tweet



SneakPeek Retweeted

 SneakPeek
@SNEAKPEEKCA                         ⋯

sneakpeek.ca/2018/06/wonder...



1:20 PM · Jun 22, 2018 · Twitter Web Client

1 Retweet   1 Like

💬        🔁        ♡        ⬆️

 Tweet your reply              Reply

Search Twitter

## Relevant people

SneakPeek
@SNEAKPEEKCA                    Follow
Invite Only

## What's happening

NFL · This morning
Chiefs at Chargers

Music · Trending
Billy Joel
1,303 Tweets                        ⋯

Entertainment · Trending
Disney
Trending with Bob Iger, Chapek    ⋯

Sports · Trending
nick bolton
3,237 Tweets                        ⋯

Trending in United States
Schiff
54.3K Tweets                        ⋯

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski                          ⋯



Case 2:22-cv-09462-DMG-ADS   Document 1-28   Filed 12/30/22   Page 31 of 101   Page ID #:2695

← **Tweet**

This Tweet is from a suspended account. Learn more

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

🗉 Lists

👤 Profile

☺ More

**Tweet**



**Perkowski Legal P.C.** ...
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 1-28   Filed 12/30/22   Page 32 of 101   Page ID #:2696

← **Tweet**

**‼️ Now HipHop News ‼️**
@NowHipHopNews_                                    ···

You started the series without me Kim..... WITHOUT ME.....



4:00 PM · Jul 30, 2020 · Twitter for iPhone

**6** Retweets  **2** Quote Tweets  **20** Likes

💬        🔁        ♡        ⬆️

P  Tweet your reply                          **Reply**

G 🔘 @ginarozayy · Jul 30, 2020                    ···
Replying to @NowHipHopNews_ and @BenjaminEnfield
LOL

💬        🔁        ♡ 1        ⬆️

---

**Sidebar:**

🔍 Search Twitter

**Relevant people**

**‼️ Now HipHop N...**
@NowHipHopNews_                    **Follow**
We bring you the latest music from independent artists. Reaching 40million people monthly. SUBMIT YOUR MUSIC for unlimited yearly promotion 👇

**What's happening**

NFL · 1 hour ago
**49ers at Cardinals**

Entertainment · Trending                    ···
**Died Suddenly**
65.1K Tweets

Trending in United States                    ···
**Murder House**
1,724 Tweets

Trending in United States                    ···
**August Alsina**
Trending with #TheSurrealLife

Trending in California                    ···
**Dodger Stadium**
9,318 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Left navigation:**

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski                    ···

__ https://twitter.com/Infosseriesfr/status/1539732765381464089 __ at __ 2022-11-21 06:37:35 -08:00 __

← **Tweet**

 **Infos Séries**
@InfosSeriesFR

···

## #PHOTOS Margot Robbie et Ryan Gosling sur le tournage de Barbie

 

3:11 PM · Jun 22, 2022 · Twitter for iPhone

**12** Retweets   **3** Quote Tweets   **163** Likes

 Tweet your reply

Reply

---

## Relevant people

 **Infos Séries**
@InfosSeriesFR

Follow

Bienvenue sur votre source française sur toutes vos séries, films et stars préférées
contact:Lnfosseriesfrpro@gmail.com
@dianemarchetti1 &
@jeannepchll

## What's happening

FIFA World Cup · LIVE
**England vs Iran**



Trending in United States
**Maguire**
Trending with #ThreeLions🏴󠁧󠁢󠁥󠁮󠁧󠁿, Luke Shaw

···

Music · Trending
**Kelly Rowland**
Trending with Chris Brown

···

Gaming · Trending
**Maple Treeway**
Trending with 3DS RAINBOW ROAD

···

Trending in United States
**Hive**
62.3K Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 1-28    Filed 12/30/22    Page 34 of 101    Page ID #:2698

← **Thread**

**Cinematizando**
@CinematizandoOf    ···

Imagens dos bastidores de Besouro Azul com o Xolo Maridueña com o uniforme do herói

#BesouroAzul #BlueBeetle #XoloMaridueña #DC



12:48 PM · May 26, 2022 · Twitter Web App

**3** Likes

Tweet your reply    Reply

**Cinematizando** @CinematizandoOf · May 26    ···
Replying to @CinematizandoOf
#BesouroAzul #BlueBeetle #XoloMaridueña #DC



🔁 1    ♥ 3

---


Perkowski Legal P.C.
@c_perkowski    ···

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

---

🔍 Search Twitter

**Relevant people**


**Cinematizando**
@CinematizandoOf    Follow

**What's happening**

NCAA Men's Basketball · Last night
**Dukes at Tar Heels**

Family & relationships · Trending
**Thanksgiving Day**
11.8K Tweets    ···

The Walking Dead · Trending    ···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in California    ···
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Family & relationships · Trending    ···
**Thanksgiving Week**
19K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

# Black Panther 2 News
@BlackPantherNews

Martin Freeman (Agent Ross) on the set of BLACK PANTHER: WAKANDA FOREVER.



3:05 PM · Aug 26, 2021 · Twitter for iPhone

227 Retweets    19 Quote Tweets    2,286 Likes

Relevant people

Black Panther 2 News
@BlackPantherNews
The best fan source for news on Ryan Coogler's #BlackPanther 🐾 Wakanda Forever.

Follow

What's happening

FIFA World Cup · LIVE
Mexico vs Poland

Trending in United States
Ochoa
Trending with #FORTS, remembered

Argentina
Trending with #ARG vs. Francia

Sports · Trending
#GTNKontent27

Show more

Tweet your reply                    Reply

Black Panther 2 News @BlackPantherNews · Aug 26, 2021
Replying to @BlackPantherNews
(Source) @CineVerse

really I'm front of my jalapeño @arbNxSciat · Aug 26, 2021
Replying to @BlackPantherNews
It's his bbq beard

I am weed. @jayfinbenk · Aug 26, 2021
Replying to @BlackPantherNews
Ok beard

Driven By THX Power of Cringe @ridgh13 · Aug 26, 2021
Replying to @BlackPantherNews and @CosmicWonderYT
Oh it was Bilbo I thought he was Conor McGregor.

Anne-Marie @UMIMDelgoyo · Aug 26, 2021
Replying to @BlackPantherNews
Is it just me or does the beard make him whiter somehow?

Blue Marvel directed by Steve McQueen @KrithiKal · Aug 26, 2021
Replying to @BlackPantherNews
Waiting on those Namor set photos.



I'LL BE WAITING...

Nick Nacera @nmcista560 · Aug 26, 2021
Replying to @KrithiKal and @BlackPantherNews
I doubt they would do any of those scenes out in public

Not just cause there's been no official announcement of Namor or Atlantis yet, but the majority, if not all, of the Namor scenes would be on a soundstage with green screen!

Daisy ♡ - TWO FINAL EP TOING... @SeanieLL.a.lig... · Aug 26, 2021
Replying to @BlackPantherNews
@SUCC2DOKIN you seen this....

AlmightyLeaf54 @MstridLovesNiaa1 · Aug 26, 2021
Replying to @BlackPantherNews
Like The Beard

Scofi @ScofiBB · Aug 26, 2021
Replying to @BlackPantherNews and @CosmicWonderYT
The beard 😂😂

ZapLuze69 @DavilaZXRT · Aug 26, 2021
Replying to @BlackPantherNews
Wait I don't recognize him I forget? Who's he ?

Geofdi @MoscoWal · Aug 27, 2021
Replying to @BlackPantherNews and @CosmicWonderYT
The one M'baku wanted to feed to his children but couldn't cause they are vegetarians

View replies

you know who I am @Decuano_ · Aug 27, 2021
Replying to @BlackPantherNews
DKLALALSLLNKNDINa screaming

tired fox @Calmutkbay · Aug 27, 2021
Replying to @BlackPantherNews



shally @ @thfunterhthst · Aug 27 2017
Replying to @BlackPantherNews
Martin Freeman (Agent Ross) being absolute HOT

Julietis ♥Bylar🌱🌙🐦 @ @JuiBillieQueen · Aug 27, 2021
Replying to @BlackPantherNews
I don't like the beard 🥴

Pansexual Animal♥ Hot fake ... @CrownyWonder89 · Aug 27, 2021
Replying to @BlackPantherNews
Hopefully the downplay the CIA elements. Love Martin Freeman. Everett Ross is cool. Just wish he wasn't CIA.

Sou/morgan mot caleb @ @bayomadrick · Aug 27, 2021
Replying to @BlackPantherNews
there's no way omg

Will Nance @DaiNINAb · Aug 27, 2021
Replying to @BlackPantherNews
It wouldn't surprise me to see him change into a nano suit of the black panther to destroy someone & blue? to actually use to help him fight off the bad guys, imagine two black panthers or more in one room

Khild Brooks (Wika Stories in lead... @khaldBro... · Aug 27, 2021
Replying to @BlackPantherNews



T-Rance @il_tance_kink · Aug 27, 2021
Replying to @khaldBrooks3 and @BlackPantherNews
Damn daddy bilbo

The-Autistic-Artist🎨 @TheAutisAtrt1 · Aug 27, 2021
Replying to @BlackPantherNews
Alright

@assembloz_ · Aug 27, 2021
Replying to @BlackPantherNews
uhhhh

MysticBoss ( 🐾 ) @BlackPan999M · Aug 27, 2021
Replying to @BlackPantherNews
who dat ?



← **Tweet**



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.**   ...
@c_perkowski

https://twitter.com/TavernaMarvel/status/1556747580093192192___at___2022-11-21 10:29:27 -0800

← **Thread**

**Taverna Marvel | Fan-Club**
@TavernaMarvel

🥀Dominique Thorne como Riri Williams e com o traje da Ironheart no set da série.



2:02 PM · Aug 8, 2022 · Twitter Web App

8 Retweets   35 Likes

**Perkowski Legal P.C.**
@c_perkowski

Tweet your reply                                              Reply

**Taverna Marvel | Fan-Club** @TavernaMarvel · Aug 8
Replying to @TavernaMarvel
Via: Just Jared

❤ 1

**Relevant people**

 **Taverna Marvel | Fan-...**
@TavernaMarvel                                Follow

Portal focado no universo da Marvel. Todas as notícias e informações você encontra aqui. Ative as notificações🔔
📩Contato: tavernamarvel@gmail.com

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**



Trending in California
**Dodger Stadium**
14K Tweets

Trending in United States
**Mendy**
Trending with  Robyn

Music · Trending
**#askmeek**
3,237 Tweets

Trending in United States
**#TeamUSA**🇺🇸
1,169 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



← **Tweet**

··· 

**Lady Gaga Facts**
@LGMonsterFacts

Lady Gaga and her boyfriend Michael Polansky picking up dinner tonight. ❤️

👤 Lady Gaga

11:46 PM · Jun 27, 2020 · Twitter for iPhone

**36** Retweets  **24** Quote Tweets  **358** Likes

🗨 ⟲ ♡ ⤴

P  Tweet your reply   **Reply**

**bizzle** @PhanMinhQun2 · Jun 28, 2020
Replying to @LGMonsterFacts and @ladygaga
The fact that her mask matches her backpack

🗨  ⟲  ♡  ⤴

**dash the hedgehog** @Dashhedgehog10 · Jun 28, 2020
Replying to @LGMonsterFacts and @ladygaga
That look on her face

🗨  ⟲  ♡  ⤴

**BUY CHROMATICA ON ITUNES** @JoannePrayer · Jun 27, 2020
Replying to @LGMonsterFacts and @ladygaga
Is she pregnant tho?

🗨 3  ⟲  ♡ 11  ⤴

**danny** @hausxnight · Jun 28, 2020
Replying to @JoannePrayer @LGMonsterFacts and @ladygaga

REALLY QUEEN ???

🗨  ⟲  ♡ 1  ⤴

**flash delirium** @SFV0G · Jun 28, 2020
Replying to @LGMonsterFacts and @ladygaga
Lady Gaga STOP stealing my aesthetic!!! 😩

🗨  ⟲  ♡  ⤴

**un verano sin ti** @chingatumabis · Jun 27, 2020
Replying to @LGMonsterFacts and @ladygaga
It seems like day

🗨  ⟲  ♡ 1  ⤴

**Regnault** @regnaultloisr · Jun 28, 2020
Replying to @LGMonsterFacts and @ladygaga
She doesn't feel like cooking anymore.

🗨  ⟲  ♡  ⤴

**PeeYourPants**😊❤️ @beefcocktail · Jun 28, 2020
Replying to @LGMonsterFacts and @ladygaga
Her existence just brings me so much joy.

🗨  ⟲  ♡  ⤴

---

🐦 **Tweet**

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
📑 Bookmarks
📋 Lists
👤 Profile
··· More

**Tweet**

Perkowski Legal P.C.
@_c_perkowski  ···

---

🔍 Search Twitter

**Relevant people**

**Lady Gaga Facts** @LGMonsterFacts  **Follow**
Fan account providing news and commentary on everything about Lady Gaga; @ladygaga has noticed 83 times.

**Lady Gaga** ✓ @ladygaga  **Follow**
THE CHROMATICA BALL ⚔️❤️ | Hold My Hand 🎶 Out Now | HAUS LABS 💄 @hauslabs | Love For Sale 🎹 Out Now TonyGaga.lnk.to/LoveForSale

**What's happening**

NFL · Last night
Cowboys at Vikings

Trending in California
**Dodger Stadium**
12.5K Tweets  ···

Trending in California
**Telemundo**
7,802 Tweets  ···

Trending in United States
**#JusticeForQuinton**  ···

Sports · Trending
**Mexico City**
13.3K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

— https://twitter.com/ElAragueno/status/1451521214921334790 — at — 2022-11-22 07:16:27 -08:00 —

← **Tweet**

 **El Aragüeño**
@ElAragueno                                               ···

Willow Smith y Avril Lavigne estrenan video -
elaragueno.com.ve/willow-smith-y... #Farándula



5:10 AM · Oct 22, 2021 · TweetDeck

🔍 Search Twitter

## Relevant people

 **El Aragüeño**          [ Follow ]
@ElAragueno
EL PRIMER DIARIO DE ARAGUA. ¡50
años contando tu historia!

## What's happening

FIFA World Cup · 3 hours ago
**Argentina vs Saudi Arabia**                

**#AvatarTheWayOfWater**🧑
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending                         ···
**Died Suddenly**
105K Tweets

Trending in United States                         ···
**#السعوديه_الارجنتين**
1.27M Tweets

Trending in United States                         ···
**Argentina**
Trending with #FIFAWorldCup 🏆, Herve Renard

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Left navigation
Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

[ Tweet ]

**Perkowski Legal P.C.**   ···
@c_perkowski

__ https://twitter.com/inMARVEL_/status/1556746371062964227 __ el __ 2022-11-21 02:53:57 -08:00
Case 3:22-cv-09462-DMG-ADS   Document 1-28   Filed 12/30/22   Page 40 of 101   Page ID #:2704



**Thread**

inMARVEL ❄️ **#MarvelStudios #Marvel #Waka...** @inMA... · Aug 8   ···
Y un primer vistazo también al actor Anthony Ramos como The Hood 🔥
#IronHeart #AnthonyRamos
#Marvel #MCU #DisneyPlus
#MarvelStudios #MultiverseSaga



💬 1        🔁        ♡ 6        ⬆️

inMARVEL ❄️ **#MarvelStudios #Marvel #WakandaForever**   ···
@inMARVEL_

Un par más 👍🏻
#IronHeart #AnthonyRamos
#Marvel #MCU #DisneyPlus
#MarvelStudios #MultiverseSaga
Translate Tweet

1:57 PM · Aug 8, 2022 · Twitter for Android

**5** Likes

💬        🔁        ♡        ⬆️

🅿️  Tweet your reply                              Reply

**Relevant people**

inMARVEL ❄️ **#Marv...**        Follow
@inMARVEL_

Aquel que disfrute del contenido de
Marvel Studios, si es digno, poseerá el
poder de saber todo acerca del MCU.
¡Sígueme y sé un Nuevo Vengador!
👊🏻🥳

**What's happening**

NFL · Yesterday
**Lions at Giants**

Adult animation · Trending        ···
**#rickandmorty** 🧪
1,628 Tweets

Trending in United States        ···
**Bob Iger**
Trending with Disney, Chapek

Trending in United States        ···
**UCLA**
11.5K Tweets

Music · Trending        ···
**Lionel Richie**
3,839 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

__ https://twitter.com/hoodville_/status/1418846194323890180 __ at __ 2022-11-22 12:26:33 -08:00





__ https://twitter.com/AndyVermaut/status/1302320720921261570 __ at __ 2022-11-21 13:43:24 -08:00 __



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← **Tweet**

**Andy Vermaut**
@AndyVermaut

Sophie Turner Stuns In 1st Photos Since Giving Birth To Daughter Willia, 1 Month, Along With Joe Jonas
hollywoodlife.com/2020/09/05/sop...



12:00 PM · Sep 5, 2020 · dlvr.it

 

 Tweet your reply

Reply

## Relevant people

**Andy Vermaut**
@AndyVermaut

Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

FIFA World Cup · 11 minutes ago
**USA vs Wales**



Entertainment · Trending
**julia fox**
7,335 Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**

TV stars · Trending
**#MyFamilyIsWeird**

Family drama · Trending
**#GTMcontest7**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More •••
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/FUCCl/status/1501839031700639746 _ el _ 2023-11-21 22:29:12 -08:00-

22-cv-09462-DMG-ADS    Document 1-28    Filed 12/30/22    Page 44 of 101    Page ID
#:2708

# Tweet

AMERICA'S PROBLEM ✓
@FUCCl



12:35 AM · Mar 10, 2022 · Twitter for iPhone

**1,104** Retweets    **65** Quote Tweets    **13.2K** Likes

Tweet your reply                                    Reply

Amiaya E. Jones @Sparkle1Nonly · Mar 10
Replying to @FUCCl
Aww, I love the baby bump! 🤰

Dapper @Dapper_Cadaver_ · Mar 11
Replying to @FUCCl

I'M COMING BACK FOR YOU BAYBEE! 🥵 @JayBaybee94 · Mar 10
Replying to @FUCCl and @IvyKungu
Big mommy milkers! 🤣😍
  1                                          2

healing in progress... @richellllll · Mar 10
Replying to @JayBaybee94 @FUCCl and @IvyKungu
dont even do miss fenty like that .‿. have some decorum
                                             17

Tra 26 @TrendBlazzer224 · Mar 10
Replying to @FUCCl

Alien superstar @Crissie_crisss · Mar 10
Replying to @FUCCl
@LexiShantell

Daawaaf @Donuvak · Mar 10
Replying to @FUCCl and @cookieekawaii
Hair 7 Natural. IKDR
8                                            1

Show more replies

## Relevant people

AMERICA'S PROBL... ✓                Follow
@FUCCl
tastemaker | ancient god | served in
the navy since 2005 pronouns:
(he/want/me) (Naija Basqulat)

## What's happening

NFL · 2 hours ago
49ers at Cardinals

Entertainment · Trending
Died Suddenly
68.6K Tweets

Trending in California
Dodger Stadium
8,710 Tweets

Sports · Trending
Troy Aikman
1,047 Tweets

Sports · Trending
Trey Lance
1,342 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

— https://twitter.com/tvoyi_muziki/status/1208522624670052992 __ et __ 2022-11-22 19:07:27 -08:00

Case 2:22-cv-09462-DMG-ADS   Document 1-28   Filed 12/30/22   Page 45 of 101   Page ID #:2709

# Tweet

**Твои Мужики|| TM COMICS**
@tvoyi_muziki

Я: /читаю посты с тамблера про нОчЬ эТо воЛШебНоЕ вРеМя дЛя пОхоДа в кИно иЛи прОгулОк с дРузьяМи/

Я ночью:

Translate Tweet



3:00 PM · Dec 21, 2019 · Twitter for Android

**19** Retweets    **436** Likes

Tweet your reply

**🇺🇦Марні🐸лягуха мандрівниця🏔(на р...** @Miro... · Dec 21, 2019
Replying to @tvoyi_muziki
Я ночью что-то сыкую выходить на улицу... Там темно.. И стремно и вообще на улице есть люди. Вот и причина некуда не идти.

3

**хаотик хорни лиз** @l_listik_l · Dec 21, 2019
Replying to @tvoyi_muziki
Я ночью: Фанфики мои фанфики

3

Perkowski Legal P.C.
@c_perkowski

← **Tweet**



Артём Дерягин ✔
@DerArto                                          ···

Это дом Энтони Хопкинса и он совершенно не
пострадал от пожаров в Калифорнии. Потому что
даже огонь не хочет связываться со стариной
Энтони!

Translate Tweet



9:22 AM · Nov 16, 2018 · Twitter for iPhone

**34** Retweets    **1** Quote Tweet    **287** Likes

   💬      ↻      ♡      ⬆

💬  Tweet your reply                              Reply

who_do_you_think_you_are @valerie__wtf · Nov 16, 2018    ···
Replying to @DerArto
Огонь просто не хочет, чтобы его печень съел Хопкинс с бобами и
хорошим кьянти.

💬        ↻        ♡ 5        ⬆

This Tweet was deleted by the Tweet author. Learn more

Alex Belan @alex_belan_2000 · Nov 16, 2018    ···
Replying to @elenunki @DerArto and @YuriyLoza
Мне кажется там потом снова всё пастрят, и приедут новые или старые
жильцы.

💬        ↻        ♡ 1        ⬆

## Left sidebar

🐦

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

◯ More

**Tweet**

Perkowski Legal P.C.    ···
@c_perkowski

## Right sidebar

🔍 Search Twitter

**Relevant people**

Артём Дерягин ✔            Follow
@DerArto
Сын маминой подруги. Человек
года - 2006 по версии журнала TIME.
С детства за Ливерпуль. Иногда
шучу. Иногда не шучу. #YNWA

**What's happening**

NFL · LIVE
49ers at Cardinals

Entertainment · Trending            ···
Died Suddenly
43.9K Tweets

Sports · Trending            ···
Cale Makar
1,150 Tweets

Trending in United States
Tampax
29.1K Tweets

Bachelor in Paradise · Trending            ···
#BachelorInParadise 🌹
Trending with Genevieve, Shanae

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/guidance_the/status/1329585840935276545 __ at __ 2022-11-21 00:41:01 -0800 __

← **Tweet**



**TheGuidance**
@guidance_the

Por fin tenemos un primer vistazo de Iman Vellani como Kamala Khan para #MsMarvel, serie de #Marvel y #DisneyPlus. Vemos a la actriz vestida de #CapitanaMarvel.

Translate Tweet





4:42 PM · Nov 19, 2020 · Twitter for iPhone

1 Like

Tweet your reply

Reply

## Sidebar

Search Twitter

**Relevant people**



**TheGuidance**
@guidance_the                    Follow

Todo el contenido geek al alcance de tu mano. Noticias, análisis, cómics narrados, curiosidades, etc.

**What's happening**

NCAA Men's Basketball · Yesterday
**Bears at Bruins**



Trending in United States
**Bob Iger**
Trending with Disney, Chapek

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States
**UCLA**
11.8K Tweets

Trending in United States
**#AMAs🔥**
4.71M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Navigation

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet



**Perkowski Legal P.C.** ···
@c_perkowski

Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

← **Thread**

**SUMC Direct**
@SUMCDirect

New leaked photos of Madame Web!



10:52 AM · Oct 6, 2022 · Twitter Web App

**2** Retweets   **2** Quote Tweets   **27** Likes

---

Tweet your reply                              **Reply**

**SUMC Direct** @SUMCDirect · Oct 6
Replying to @SUMCDirect
Here is some more photos!

1        1        11

**357** @Iamwilk · Oct 6
Replying to @SUMCDirect
Looks like a bluescreen stage so I'm actually surprised these photos got taken as well

1

Perkowski Legal P.C.
@c_perkowski

**Search Twitter**

**Relevant people**

**SUMC Direct**
@SUMCDirect
**Follow**
SUMC Direct, the home of Sony's Marvel characters news. Reliable news and one of a kind content for everything Sony's Universe of Marvel Characters.

**What's happening**

FIFA World Cup · 5 hours ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧹
Original movie now streaming
▶ Promoted by Disney+

Trending in California                              ···
**Rest In Peace**
52.3K Tweets

Trending in California                              ···
**Elton John**
10.3K Tweets

Only on Twitter · Trending                          ···
**Rest in Power**
24K Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/Dakotachris1/status/1588570300169363458 __ at __ 2022-11-22 22:45:48 -08:00 __

← **Tweet**

**Dakota_chris** ❤
@Dakotachris1

Chris with the Rock 🔥

#chrisevans



9:34 AM · Nov 4, 2022 · Twitter for Android

**1** Retweet   **14** Likes

Tweet your reply

Reply

### Relevant people

**Dakota_chris** ❤
@Dakotachris1
Dakota johnson Chris evans

Follow

### What's happening

FIFA World Cup · This morning
**Mexico vs Poland**



**#AvatarTheWayOfWater** 👻
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States
**Erection**
19.1K Tweets

Trending in California
**Costco**
5,946 Tweets

Entertainment · Trending
**Bruce Lee**
7,040 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Navigation (sidebar)

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

**Perkowski Legal P.C.**
@c_perkowski

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← **Tweet**

**SneakPeek**
@SNEAKPEEKCA

...

[sneakpeek.ca/2018/03/captai...](sneakpeek.ca/2018/03/captai...)



8:36 PM · Apr 1, 2018 · Twitter Web Client

**4** Retweets   **5** Likes

Tweet your reply

Reply

**Tweet**

## Relevant people



**SneakPeek**
@SNEAKPEEKCA
Invite Only

Follow

## What's happening



NFL · Last night
**Cowboys at Vikings**

Sports · Trending
**Mexico City**
13.8K Tweets

...

Trending in United States
**Trent Reznor**
11.4K Tweets

...

Trending in United States
**Combat Mode**
1,504 Tweets

...

Entertainment · Trending
**Julia Fox**
8,861 Tweets

...

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

**Perkowski Legal P.C.**
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 1-28    Filed 12/30/22    Page 51 of 101    Page ID #:2715



**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

← **Tweet**



**ju | see pinned** 📌
@harleivy

···

## DANAI GURIRA AS OKOYE




6:50 PM · Aug 24, 2021 · Twitter for iPhone

**1** Retweet    **16** Likes

      

  Tweet your reply

**Reply**

### Relevant people



**ju | see pinned** 📌
@harleivy

**Follow**

#DRUIG: my beautiful, beautiful makkari | @editsdrukkari

### What's happening



FIFA World Cup · 1 hour ago
**Mexico vs Poland**



**#AvatarTheWayOfWater**🌊
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Trending in California                                ···
**Mexicans**
13.6K Tweets

Betty White · Trending                               ···
**Betty White**
1,514 Tweets

Trending in United States                            ···
**#BoycottTampax**
4,766 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**    ···
@c_perkowski

← **Tweet**

**DAKOTA** <br>@tender_DMJ

···



3:25 PM · May 22, 2019 · Twitter for iPhone

**1** Retweet   **9** Likes

## Relevant people

**DAKOTA** <br>@tender_DMJ

Follow

Dakota Johnson is the meaning of perfection and of course the love of my life 

## What's happening

Television · 1 hour ago<br>**Saturday Night Live airing on NBC**

**#GetYourRideRight**<br>Book your ride up to 30 days ahead with Uber Reserve<br>Promoted by Uber

Trending in California<br>**Ecuador**<br>82.9K Tweets

Sports · Trending<br>**Pasadena**<br>1,531 Tweets

Sports · Trending<br>**Heupel**<br>2,096 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy<br>Accessibility   Ads info   More ···<br>© 2022 Twitter, Inc.

 Perkowski Legal P.C.<br>@c_perkowski ···

← Tweet

Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

Perkowski Legal P.C. ⋯
@c_perkowski

**SwiftOnSecurity** ⋯
@SwiftOnSecurity

Subtweeting all of you analyzing trolling



10:45 AM · May 4, 2022 · Twitter for iPhone

**10** Retweets  **2** Quote Tweets  **191** Likes

💬   🔁   ♡   ⬆

Tweet your reply                    Reply

Mitchell J. Skurnik @mskurnik · May 4
Replying to @SwiftOnSecurity

GIF ALT  THAT'S WHAT SHE SAID

💬   🔁   ♡   ⬆

Bryson @brysonbort · May 4
Replying to @SwiftOnSecurity and @ComradeEevee
Maybe it comes back 'round? 🤔

GIF ALT  Sometimes your shallowness is so thorough, it's almost like *depth.*

💬   🔁   ♡ 1   ⬆

Mmk @ez_mmk · May 4
Replying to @SwiftOnSecurity

GIF ALT

💬   🔁   ♡   ⬆

Gopikumar @thegopikumar · May 4
Replying to @SwiftOnSecurity
Hey guys where do I start from?I would like to make my career in cybersecurity what's your opinion?

💬 1   🔁   ♡ 1   ⬆

Abyssinian | #DropKiwifarms @HatingHatred · May 5
Replying to @thegopikumar and @SwiftOnSecurity
Dude. You liked your own tweet.

💬   🔁   ♡   ⬆

Carmen Crincoli - @carmencr@mastodon... @CarmenCri... · May 4
Replying to @SwiftOnSecurity

GIF ALT  This is how deep people dress.

💬   🔁   ♡ 2   ⬆

PicOo PLuS @PicOo · May 5
Replying to @SwiftOnSecurity
F in the chat for our fallen players out there

💬   🔁   ♡   ⬆

**Relevant people**

SwiftOnSecurity
@SwiftOnSecurity     **Follow**
computer security person at a place.
former helpdesk. they/them/tay.
Microsoft MVP, Client Security

**What's happening**



Sports · LIVE
2022 FIFA World Cup

Entertainment · Trending
**Died Suddenly**
73.4K Tweets

Trending in California
**Mexicans**
6,843 Tweets

Trending in United States
**#MessUpThanksgiving**

Trending in California
**Dodger Stadium**
8,357 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



__ https://twitter.com/iniciativav/vev/status/1209403364590066730 __ el __ 2022-11-21 14:56:55 -08:00

← **Tweet**

🔍 Search Twitter

**Mundo Vengador | #Andor | #WakandaForever**
@IniciativaV

Imágenes exclusivas, desde el rodaje, de lo que se viene en #TheFalconAndTheWinterSoldier

Translate Tweet



1:20 AM · Dec 24, 2019 · Twitter for Android

92 Retweets    8 Quote Tweets    693 Likes

---

**Mitcsh** @mitcsh · Dec 24, 2019
Replying to @IniciativaV
Por qué la mano del Buki se ve así??? es una nueva tecnología de simulación de piel???

💬 1        🔁        ♡

**Lina ¥◌◌** @khalyrian · Dec 24, 2019
Replying to @mitcsh and @IniciativaV
Supongo que simplemente no tiene puesto el guante/la prótesis 🤷

💬        🔁        ♡

**mon** @theJoker010101 · Dec 24, 2019
Replying to @IniciativaV
Porque falcón está vestido así?

💬 1        🔁        ♡

**neal sefernz** @alekovia · Dec 24, 2019
Replying to @theJoker010101 and @IniciativaV
para otro duelo de rap contra Eminem 🎤

💬        🔁        ♡ 7

**tamalitoVerde 🍃** @human_yazz · Dec 24, 2019
Replying to @IniciativaV
😱 😱 Zemo

💬        🔁        ♡

**Isaac Abornoz** @IsaacAlbornoz2 · Dec 24, 2019
Replying to @IniciativaV
Emilyyyyyy 😍😍

💬        🔁        ♡ 3

---

**Relevant people**

**Mundo Vengador | #...**
@IniciativaV        Follow
Te mantengo informado sobre las novedades de las películas y series del momento 🎬 Contacto: mundovengador@gmail.com
#WakandaForever 🐾

**What's happening**

FIFA World Cup · 1 hour ago
**USA vs Wales**

Trending in United States
**#TheFive**

Sports · Trending
**Anthony Black**

Sports · Trending
**Mexico City**
13K Tweets

Trending in United States
**Iran**
1.36M Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

— https://twitter.com/GeekNews21/status/1578085386433306624 — at — 2022-11-20 14:18:30 -08:00 —

← **Tweet**

**geek 🤓 news**
@GeekNews21

···

Nueva imagen del rodaje de **#MadameWeb**

Translate Tweet



11:10 AM · Oct 6, 2022 · Twitter for Android

1 Like

💬   🔁   ♡   ⬆️

 Tweet your reply                      Reply

## Search Twitter

### Relevant people

 **geek 🤓 news**        Follow
@GeekNews21

🇲🇽 En este perfil se darán noticias al
día del mundo del cine de súper
héroes tanto Marvel como DC de Star
wars y de Disney y cine en general 🇲🇽

### What's happening

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening
Ceremony**



**#Disenchanted** 👹
Original movie now streaming

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski   ···

__ https://twitter.com/fantystats/status/1503010773290868744 __ at __ 2022-11-22 01:46:35 -08:00 __

← **Tweet**

Home

\# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.** ...
@c_perkowski

__ https://twitter.com/movielogtr/status/1556917991945773056 __ at __ 2022-11-21 17:16:53 -08:00



## Tweet



**MovieLogTR**
@movielogtr

· · ·

Marvel'ın Ironheart dizisinin setinden, Anthony Ramos'un hayat verdiği The Hood'a ilk bakış.

Translate Tweet



1:19 AM · Aug 9, 2022 · Twitter for iPhone


Tweet your reply

Reply

## Relevant people



**MovieLogTR**
@movielogtr

Follow

## What's happening



NCAA Men's Basketball · Yesterday
**Delta Devils at Tigers**

Entertainment · Trending
**Died Suddenly**
38.6K Tweets

· · ·

Only on Twitter · Trending
**#ᴅᴄxᴅᴄ**

· · ·


Perkowski Legal P.C.    · · ·
@c_perkowski

https://twitter.com/SeriesUpdateFR/status/1552010866522033272 __ul__2022-11-20 19:40:36 -08:00 — Case 2:22-cv-09462-DMG-ADS Document 1-28 Filed 12/30/22 Page 59 of 101 Page ID #:2723

← **Tweet**

**Infos Séries**
@SeriesUpdateFR                                          ···

Dakota Johnson sur le tournage du film Madame Web.



12:20 PM · Jul 26, 2022 · Twitter for Android

**92** Retweets  **30** Quote Tweets  **1,334** Likes

💬          🔁          ♡          ⬆️

🅿️  Tweet your reply                          **Reply**

**estelle** @J0HNMURVEN · Jul 26                         ···
Replying to @SeriesUpdateFR
On dirait grave @avlkepner

💬 1          🔁          ♡          ⬆️

**kty C** @avlkepner · Jul 26                            ···
Replying to @J0HNMURVEN and @SeriesUpdateFR
Best compliment

💬          🔁          ♡          ⬆️

**I'm Daredevil** @DD_Marvel14 · Jul 26                  ···
Replying to @SeriesUpdateFR
il me fais peur un peu 😂😂

💬          🔁 1          ♡ 8          ⬆️

Show more replies

---

**Relevant people**

**Infos Séries**                          **Follow**
@SeriesUpdateFR
Bienvenue sur votre premier compte
source français sur toutes vos séries,
films et plateformes de streaming
préférées. 🎬
seriesupdatefr@gmail.com

**What's happening**

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening
Ceremony**

#Disenchanted 🪄
Original movie now streaming
📣 Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, #Disney       ···

Trending in United States
**#AMAs** 🔥
Trending with soobin, Artist of the Year  ···

Trending in California
**#BLACKPINK** 🖤
225K Tweets                          ···

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

**Perkowski Legal P.C.**                    ···
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 1-28   Filed 12/30/22   Page 60 of 101   Page ID #:2724

← **Tweet**



🏠 Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

⊙ More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

**Perkowski Legal P.C.**   ...
@c_perkowski



**Tweet**



**Bang Tidy Celebs**
@BangTidyHQ

-@madisonbeer



12:48 PM · Nov 2, 2020 · Twitter Web App

**2** Retweets  **31** Likes



## Search Twitter

### Relevant people



**Bang Tidy Celebs**
@BangTidyHQ    **Follow**

Bringing you Bang Tidy Celebs from the UK and around the world. From TV & Film to Music & Models. Any requests feel free to tweet.



**madison beer** ✓
@madisonbeer    **Follow**

### What's happening

NFL · Yesterday
**Commanders at Texans**



Music · Trending
**Kelly Rowland**
Trending with Chris Brown

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Sports · Trending
**Toney**
14.8K Tweets

Music · Trending
**#DavidoAt30**
58.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

Tweet your reply    **Reply**



**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/SeriesUpdateFR/status/1195261921018155008 _ et __ 2022-11-21 17:01:38 -08:00

← **Tweet**

**Infos Séries**
@SeriesUpdateFR

Sebastian Stan sur le tournage de la série The Falcon and the Winter Soldier.



12:47 AM · Nov 15, 2019 · Twitter for Android

**130** Retweets   **33** Quote Tweets   **512** Likes

---

**Relevant people**

**Infos Séries**
@SeriesUpdateFR   [Follow]

Bienvenue sur votre premier compte source français sur toutes vos séries, films et plateformes de streaming préférées. 📺
seriesupdatefr@gmail.com

**What's happening**

NCAA Men's Basketball · Last night
**Delta Devils at Tigers**

Entertainment · Trending
**Died Suddenly**
36.9K Tweets

Trending in United States
**House of the Rising Sun**

Game show · Trending
**#JeopardyTOC** 🎶

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,653 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Bé** 🌸 **Corbin's bestie** @helnikhook · Nov 15, 2019
Replying to @SeriesUpdateFR
@alead_ 👐🥺

**Viryyo.** @RomainGosc · Nov 15, 2019
Replying to @SeriesUpdateFR
@sadaouda
1   1

This Tweet is unavailable. Learn more

Show replies

**マスター**🇫🇷 @Alex_kv08 · Nov 15, 2019
Replying to @SeriesUpdateFR
Série ? Ou film 👀
1

**Lucie**❄️ @PumpkinLucie · Nov 15, 2019
Replying to @Alex_kv08 and @SeriesUpdateFR
Série.
The Falcon and The Winter Soldier. Qui sera diffusée à l'automne 2020 sur Disney+.
1

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

[Tweet]

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/dc_da_depressao/status/1401589789271506946 __ at __ 2022-11-22 11:15:49 -08:00

**Tweet**

**DC da Depressão**
@Dc_da_depressao

O diretor David F.Sandberg diz que tem planos para uma cena pós-créditos em Shazam! Fury of The Gods.



10:20 AM · Jun 6, 2021 · Twitter for Android

13 Retweets   2 Quote Tweets   278 Likes

Tweet your reply                                    Reply

Thales @somenteumcara · Jun 6, 2021
Replying to @Dc_da_depressao
É ai que entra  o Adão Negro
                                            4

Caio of Steel @KayoJovovich15 · Jun 6, 2021
Replying to @Dc_da_depressao
Avisa que vai ser o S******** convidando o Capitão M****** pra entrar pra liga

BLACK KNIGHT @_zrodrigo · Jun 6, 2021
Replying to @Dc_da_depressao
Por favor que seja com o super Cavill ou Adão negro

Tah Mori 📍/ titans · tw @kiaraftbanks · Jun 6, 2021
Replying to @Dc_da_depressao
Opaaa

Show more replies

---

**Relevant people**



DC da Depressão
@Dc_da_depressao                    Follow
Me diz, você nos segue? Vai seguir!📽️ || Uma das maiores fan-pages da DC no Instagram e no Twitter! 💙

**What's happening**

FIFA World Cup · 1 hour ago
**Mexico vs Poland**

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Celebrities · Trending
**Tom Hanks**
4,987 Tweets

Only on Twitter · Trending
**#MHASpoilers**
Trending with #MHA374

Trending in California
**Mexicans**
14.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

**sexycelebs**
@CelebSexycelebs

···

Selena Gomez



4:48 PM · Oct 13, 2021 · Twitter for iPhone

29 Retweets    256 Likes

**Perkowski Legal P.C.**
@c_perkowski    ···

Tweet your reply    **Reply**

**Juan Antonio M** @djxupon · Oct 13, 2021
Replying to @CelebSexycelebs
Miau 😍 como me gustaría follarmela

---

**Home**

**# Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

---

Search Twitter

**Relevant people**

**sexycelebs**
@CelebSexycelebs    Follow
Love hot celebs (I'm a guy)

**What's happening**

Television · Last night
**Bachelor in Paradise airing on ABC**

#AvatarTheWayOfWater 🧑
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in California
**Mexico City**
25.4K Tweets

Politics · Trending
**#JFKassassination**
Trending with President Kennedy

Entertainment · Trending
**Died Suddenly**
106K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/RedOneUpdates/status/1588560193100853248 __ et __ 2022-11-22 23:20:35 -08:00
Case 2:22-cv-09462-DMG-ADS  Document 1-28  Filed 12/30/22  Page 65 of 101  Page ID #:2729

← **Tweet**

**Search Twitter**

**Red One Updates**
@RedOneUpdates

Chris Evans on the set of 'Red One' (via thetrashstache on Tumblr)



8:53 AM · Nov 4, 2022 · Twitter for iPhone

**96** Retweets  **16** Quote Tweets  **840** Likes

Tweet your reply                                    **Reply**

**Justin** @JM_Danford · Nov 4
Replying to @RedOneUpdates
They made him look like Starlord.
♡ 1

**maria gabriela fernandez** @mariaga99537204 · Nov 4
Replying to @RedOneUpdates
Thank you for sharing these!! 🤗🤗🙏🤍👏👏👏👏👏🙌🙌❤️

**maria gabriela fernandez** @mariaga99537204 · Nov 4
Replying to @RedOneUpdates
Also, Thetrashstache!!! Thanks!!! 🤗🤗😉

**Joan** @joans3627 · Nov 4
Replying to @RedOneUpdates
❤️💙

**aloe** @witi854 · Nov 4
Replying to @RedOneUpdates
omg ❤️

Show additional replies, including those that may contain offensive content          Show

**Relevant people**

**Red One Updates**                    **Follow**
@RedOneUpdates
Update Account for @AmazonStudios'
Red One, an action-adventure holiday
film starring Dwayne Johnson, Chris
Evans, Kiernan Shipka, and Lucy Liu.

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
⬛ Promoted by Avatar

Trending in United States
**Erection**
20.5K Tweets

Trending in California
**Costco**
6,028 Tweets

Celebrities · Trending
**Denzel Washington**
2,387 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

Perkowski Legal P.C.
@c_perkowski

## Tweet

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Paulette Kimuntu Kim**
@KimKimuntu

Rihanna de sortie avec son chéri Asap Rocky à New-York ❤️



7:20 AM · Jan 22, 2022 · Twitter for Android

**15** Likes

Tweet your reply

Reply

**Zedinex23** @SirZT23 · Jan 22
Replying to @KimKimuntu
Ils se séparent quand? Il y'a des gens qui attendent leur tour

**Harvey KalKas Yav (Le Mwant)** @harvey_kasongo · Jan 22
Replying to @KimKimuntu
Elle tombe toujours mal amoureuse celle-là, façon elle le regarde sur la deuxième photo😍

Search Twitter

**Relevant people**

Paulette Kimuntu Kim
@KimKimuntu
Follow

**What's happening**

FIFA World Cup · 39 minutes ago
USA vs Wales

Trending in United States
Trent Reznor
7,619 Tweets

Trending in United States
Tampax
11.3K Tweets

Trending in United States
HOW IS THAT NOT A YELLOW
1,059 Tweets

Entertainment · Trending
julia fox
7,619 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

**Tweet**



a
@parisandior

she never misses



9:55 AM · Feb 6, 2022 · Twitter for iPhone

**333** Retweets    **51** Quote Tweets    **5,293** Likes

Tweet your reply                                        Reply

**mel🦋** @cmgo__ · Feb 7
Replying to @parisandior
Tra ga da

**Дружелюбный мститель** @DEADTWIT0 · Feb 7
Replying to @parisandior
Это та ради которой стоит смотреть эйфорию?

1

**Relevant people**

a
@parisandior
warning: aries energy | pictures not
mine unless i state otherwise

Follow

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Trending in California
**Dodger Stadium**
14K Tweets

Sports · Trending
**Maguire**
124K Tweets

Entertainment · Trending
**#BLEACH_anime**
33.4K Tweets

Entertainment · Trending
**#AntManandTheWaspQuantumania**
1,791 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

This Tweet is from a suspended account. Learn more

**A.Deckman** @DeckmanAngela · Oct 29, 2019
Replying to @MileyUpdates
Big surprise since she lives there most of the time, 🙋

1

https://twitter.com/info_DJD/status/1556165070503987508 ... at _ 2022-11-19 12 16:56 -06:00
3-1-CR-00462-DMG ATG     Document 1-28     Filed 12/30/22     Page 69 of 101
#3739



__ https://twitter.com/AndyVermaut/status/1305259734085246208 __ at __ 2022-11-21 02:22:06 -08:00 __

← **Tweet**



 **Andy Vermaut**
@AndyVermaut                                          ···

## Katie Holmes Steps Out In Sweats After Major PDA Moments With New BF Emilio Vitolo Jr. — Pic
hollywoodlife.com/2020/09/13/kat...



2:39 PM · Sep 13, 2020 · dlvr.it

      

 Tweet your reply                    Reply

---

## Relevant people

 Search Twitter

 **Andy Vermaut**              Follow
@AndyVermaut

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

NFL · 5 hours ago
**Chiefs at Chargers**

Trending in California                          ···
**#sacramentoproud**

Trending in United States                       ···
**#AMAs** 🏆
Trending with soobin, sabrina

Music · Trending                                ···
**#DavidoAt30**
69K Tweets

Trending in United States                       ···
**Defunctland**
4,741 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

### Navigation (left sidebar)
- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.                             ···
@c_perkowski

← Tweet

**Tudo Miley | Fan Account**
@TudoMiley

Miley Cyrus en Cabo de San Lucas, no México, aproveitando uma folga antes da agenda de shows em março.

Translate Tweet



4:04 AM · Feb 26, 2022 · Twitter for iPhone

**108** Retweets  **78** Quote Tweets  **1,810** Likes

Tweet your reply                    Reply

**Lucas** @Lucas37796256 · Feb 26
Replying to @TudoMiley
Me lembrou a Gaga essa fotos. Ansioso demais. Vem lollapalooza
♡ 1

**lucas!** @tullluc · Feb 26
Replying to @TudoMiley
a mulher tá muito GOSTOSA

**biatch** @cyrusbaao · Feb 26
Replying to @TudoMiley
uma grande gostosa

**Grego!** @gregoquintero · Feb 26
Replying to @TudoMiley
Es bellisima pero no pude evitar ver sus rodillas y pensar que lucen como la cara de un bebé en un ecosonograma 3d

♡ 4

**pedro** @portalpbbr · Feb 26
Replying to @TudoMiley
espero que esteja pensando em adicionar nblah de volta na setlist 🙏

**Marcelo Teixeira** @marcelotmt92 · Feb 26
Replying to @TudoMiley
Amo que o joelho dela parece dois bebês se formando hahahaha
♡ 5

**Pedr🤠🐝** @Pedro_HCerveira · Feb 26
Replying to @TudoMiley
o joelho no formato do rostinho dela criança tm

♡ 27

**ATTENTION** 🔔 @mentedistantee · Feb 26
Replying to @TudoMiley
Perfeita

Show more replies

Search Twitter

**Relevant people**



**Tudo Miley | Fan Acc...**        Follow
@TudoMiley
Sua fonte da Miley Cyrus no Brasil I Your Miley's source in Brazil. Fan Account. @MediaTudoMiley | @TudoMileyBrasil | equipetudomiley@gmail.com

**What's happening**

NFL · 3 hours ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
71.7K Tweets

Trending in California
**Mexicans**
6,495 Tweets

Entertainment · Trending
**#TheVowHBO**

Trending in United States
**August Alsina**
Trending with Jada, #TheSunsetLife

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**   ···
@_perkowski



← **Tweet**



Search Twitter

**Relevant people**

https://twitter.com/MarvelCineVerse/status/1558003754594097216 __ et __ 2022-11-21 04:11:32 -08:00

← **Tweet**

🔍 Search Twitter

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

**Relevant people**



**Marvel CinéVerse**
@MarvelCineVerse

#Echo [Rumeur] : Des scènes flashbacks impliquant le Caïd (Vincent D'Onofrio) et une petite fille seraient tournées pour la série ECHO, indiquant de potentiels flashbacks, qui pourraient peut-être même être liés aux scènes coupées de HAWKEYE.
(@MyCosmicCircus) — Probable 🟡 ❗

Translate Tweet

1:13 AM · Aug 12, 2022 · Twitter Web App

**11** Retweets    **37** Likes

💬        🔁        ♡        ⬆️

**Marvel CinéVerse**
@MarvelCineVerse    Follow

Actualités et encyclopédie sur le MCU
Instagram 📷 : marvelcineverse_
Associé à @swcineverse ⭐ 

**Cosmic Circus: Nerdy ...**
@MyCosmicCircus    Follow 

Woman-owned. EiC: @mslizziehill
Mastodon: c.im/invite/YRqi6AP8 IG:
instagram.com/mycosmiccircus
Discord: discord.gg/Zzjd7ZSpkM

**What's happening**

Television · Yesterday
**The Walking Dead airing on AMC**

Music · Trending
**Billy Joel**
1,323 Tweets

Music · Trending
**Lionel Richie**
4,009 Tweets

Trending in United States
**#SisterWives**
3,606 Tweets

Trending in United States
**Schiff**
54.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Tweet**


**Tweet your reply**        Reply

🤖 **Jacky328** 🏆  @f_jacky328 · Aug 12
Replying to @MarvelCineVerse and @MyCosmicCircus
Si la série suit le même schéma que les autres on aura forcément un épisode 5 en quasi full flashback. C'est généralement le retour aux sources avant l'affrontement final
💬 1        🔁        ♡        ⬆️

**Tatiana** @cleopatra_foxxy · Aug 12
Replying to @f_jacky328 @MarvelCineVerse and @MyCosmicCircus
Mais la série daredevil est canon ou pas ?
💬 2        🔁        ♡        ⬆️

Show replies

**Tatiana** @cleopatra_foxxy · Aug 12
Replying to @MarvelCineVerse and @MyCosmicCircus
C'est clairement un variant de la série Netflix, il est plus gros la mdr
💬        🔁        ♡        ⬆️



**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/chrisevansbrcom/status/158859695041244744____sl____ 2022-11-22 22:02:40 -08:00 Case 2:22-cv-09462-DMG-ADS   Document 1-28   Filed 12/30/22   Page 75 of 101   Page ID #:2739

# Tweet

**Chris Evans Brasil | Fã site**
@chrisevansbrcom

📸: Mais imagens de Chris Evans gravando cenas de Red One ontem, 03/11, em Atlanta, GA.



11:20 AM · Nov 4, 2022 · Twitter Web App

**91** Retweets   **36** Quote Tweets   **941** Likes

Tweet your reply                                    Reply

**Juliana Da Cunha** @eu_ju_cunha · Nov 4
Replying to @chrisevansbrcom
Ele está me dando muito Nick Vaughan vibes e foi há 8 anos atrás.
♡ 4

**Dani** @danizaao · Nov 4
Replying to @chrisevansbrcom
como o homem está gostoso 😍

**regina silva lima** @SilvaLima010 · Nov 4
Replying to @chrisevansbrcom
Nem fica velho ,rssss

**Luh Christofoli** @dom_christofoli · Nov 6
Replying to @chrisevansbrcom
Lindooo como sempre ❤️❤️❤️

**marcella** @mwrilliacevans · Nov 4
Replying to @chrisevansbrcom
Esse é o filme de natal? to ansiosa

**Daine Leite** @LeiteDaine · Nov 4
Replying to @chrisevansbrcom
#RedOne!! 😃

**asevera** @severo_a · Nov 4
Replying to @chrisevansbrcom
❤️❤️❤️
♡ 1

**jheny | wakanda forever** @Jhenycriss_ · Nov 7
Replying to @chrisevansbrcom
lindoooo

**lena²; lula lá** @inamulips · Nov 4
Replying to @chrisevansbrcom
aí que diç mais mimos

**aloe** @witi854 · Nov 4
Replying to @chrisevansbrcom
😍

Show additional replies, including those that may contain offensive content                    Show

## Sidebar

**Relevant people**

**Chris Evans Brasil | Fã…**      Follow
@chrisevansbrcom
Sua principal fonte de notícias e mídia sobre o ator norte-americano @ChrisEvans. | FAN ACCOUNT, we are NOT Chris Evans! — 📱 @midiascebr

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
**Erection**
16.9K Tweets

Trending in California
**Costco**
5,700 Tweets

Business and finance · Trending
**Chesapeake**
25.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

### Navigation
Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

__ https://twitter.com/raulbrindis/status/1006545750585683968 __ at __ 2022-11-22 00:59:14 -08:00

← Tweet

Raúl Brindis ✓
@raulbrindis

**#Farandulazo** Aseguran que Eiza González y Josh Duhamel han consolidado su romance. Fuentes cercanas a los actores aseguran que el exmarido de Fergie está cada día más enamorado de la actriz mexicana.

Translate Tweet



7:36 AM · Jun 12, 2018 · Hootsuite Inc.

1 Retweet    14 Likes

Tweet your reply                                    Reply

Claudia Gomez @ClaudGMez · Jun 12, 2018
Replying to @raulbrindis
Pues él no se ve muy enamorado. Puro show

---

**Search Twitter**

**Relevant people**

Raúl Brindis ✓
@raulbrindis                              Follow
Radio Host for El Show de Raúl Brindis

**What's happening**

Sports · LIVE
2022 FIFA World Cup

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
7,187 Tweets

Trending in United States
**August Alsina**
Trending with Jada, #TheSurrealLife

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/peruenlanoticia/status/1574728108187721729 __ at __ 2022-11-22 22:10:59 -08:00 __

← **Tweet**



**Noticias Perú** 🇵🇪
@peruenlanoticia

De los extravagantes looks de Riahnna y Kim Kardashian, al casual de Dua Lipa y el traje de Irina Shayk: celebrities en un click - infobae dlvr.it/SZ4G0D



4:50 AM · Sep 27, 2022 · dlvr.it

 

 Tweet your reply                                    Reply

## Relevant people

 **Noticias Perú** 🇵🇪                 **Follow**
@peruenlanoticia

#ÚltimaHora | Fuente de noticias #PedroCastillo #Corea #Korea #Ucrania #Rusia #Política #China @elcomercio_peru @larepublica_pe #FIFAWorldCup 🏆 #QatarWorldCup2022

## What's happening

FIFA World Cup · This morning
**Mexico vs Poland**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
📷 Promoted by Avatar

Trending in California          ···
**Costco**
5,752 Tweets

Trending in United States       ···
**Erection**
17.4K Tweets

Business and finance · Trending  ···
**Chesapeake**
27.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

**Bishop**
@BlindWanda

Hailee Steinfeld and Jeremy Renner is seen performing stunts in a car for Hawkeye in Atlanta 20-02-2021

#Hawkey #DisneyPlus #MarvelStudios



5:48 PM · Feb 20, 2021 · Twitter Web App

28 Retweets    2 Quote Tweets    127 Likes

Tweet your reply

**Reply**

**Appleton2** @Appleton272 · Feb 20, 2021
Replying to @BlindWanda and @CreamOrScream
how the hell is that thing Street Legal

💬 1    🔁 1    ♡ 2

**Sharth K** 🏴 @sharth_2000 · Feb 20, 2021
Replying to @Appleton272 and @CreamOrScream
Good question 😂

💬    🔁    ♡ 1

🔍 Search Twitter

**Relevant people**

**Bishop** **Follow**
@BlindWanda
Lover of Marvel, DC, Star Wars, Comics, Hailee Steinfeld, BLACKPINK, and many other things (?)

**What's happening**

NFL · 1 hour ago
Bengals at Steelers


#Disenchanted 🧙
Original movie now streaming
📣 Promoted by Disney+

Trending in California
**Dodger Stadium**
9,251 Tweets

Trending in United States
**#AMAs** 🔥
Trending with soobin, Anitta

Trending in United States
**Machine Gun Kelly**
2,332 Tweets

**Show more**

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

__ https://twitter.com/weloveharry_1dx/status/1332124758704599046 __ at __ 2022-11-22 15:09:58 -08:00 __

← **Tweet**



**katie** 🙌
@weloveharry_1Dx

IS WOMEN SCREAMING AND CRYING FUNNY TO HIM



4:51 PM · Nov 26, 2020 · Twitter for iPhone

**1** Like



Tweet your reply                                    Reply

Perkowski Legal P.C.
@c_perkowski

Q Search Twitter

**Relevant people**

**katie** 🙌
@weloveharry_1Dx          Follow

jack's housewife

**What's happening**

FIFA World Cup · 5 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🧑
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Celebrities · Trending
**Chris Evans**
Trending with Blueface

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

← **Tweet**

**Respaldo HSA**
@HarrySArgentina

ESTAS FOTOS NO HACEN BIEN 😍🙃

Translate Tweet



8:46 PM · May 17, 2020 · Twitter for Android

**36** Retweets   **3** Quote Tweets   **390** Likes

Tweet your reply

**Reply**

This Tweet was deleted by the Tweet author. Learn more

**Respaldo HSA** @HarrySArgentina · May 17, 2020
Un poco, por dentro siguen siendo los mismos 😂😂

---

**Home**

**Explore**

**Notifications** 1

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**


**Perkowski Legal P.C.**
@c_perkowski

---

Search Twitter

**Relevant people**

**Respaldo HSA**    **Follow**
@HarrySArgentina
Fan Page | Updates del actor y cantante ganador de un Grammy @Harry_Styles en Argentina. • Fan Account. ¡Cuenta de respaldo de @HarryArgentina!

**What's happening**

Television · LIVE
**Bachelor in Paradise airing on ABC**

**#AvatarTheWayOfWater**🧜
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
**RIP Harold**
Trending with TO BE CLEAR

Sports · Trending
**Ronaldo**
Trending with Glazers

Bachelor in Paradise · Trending
**#bachelorinparadiseabc** 🌹
1,846 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

__ https://twitter.com/stranwberryes/status/1404923769492287488 __ at __ 2022-11-21 11:37:18 -08:00 __

← **Tweet**



 **aly**
@stranwberryes                                                    •••

# vivi pra ver a avril lavigne lançar um rock junto com a willow smith



3:08 PM · Jun 15, 2021 · Twitter for Android

**8** Retweets    **35** Likes

💬              ⇄              ♡              ⬆

 Tweet your reply                              **Reply**

🔍 Search Twitter

**Relevant people**

 **aly**
@stranwberryes                    **Follow**
comento sobre a vida dos outros

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**

Trending in California          •••
**Dodger Stadium**
14.1K Tweets

Sports · Trending
**Charles Barkley**
5,383 Tweets

Trending in United States       •••
**I BELIEVE THAT WE WILL WIN**
1,273 Tweets

Trending in United States       •••
**Hive**
109K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski                    •••

https://twitter.com/choosezaynbr/status/1375159440002816051 __ id __ 2022-11-21 12:05:05 -08:00
Case 3:22-cv-09462-DMG-ADS   Document 1-28   Filed 12/30/22   Page 82 of 101   Page ID #:2746



← **Thread**

**CZBR** ❤️ @choosezaynbr                                    ···

Zayn e Gigi Hadid saindo com sua filha Khai em Nova York hoje (25/03).

Translate Tweet

11:19 AM · Mar 25, 2021 · Twitter for iPhone

**145** Retweets   **134** Quote Tweets   **1,112** Likes

Tweet your reply                                      Reply

**CZBR** ❤️ @choosezaynbr · Mar 25, 2021
Replying to @choosezaynbr
via zmdaily
                                                    ♡ 3

**juba. migrei** @rckrowe · Mar 25, 2021
Replying to @choosezaynbr
NAO TO RESPIRANDHDHDHDHDHDHDHDHDDH

**ray** @oasistark · Mar 25, 2021
Replying to @choosezaynbr
MUITO PAPAIS CARA

**♪♩ xx 널 사랑해 7 💜 INDIGO IS CO...** @purplesev... · Mar 25, 2021
Replying to @choosezaynbr
Família perfeita af ❤️🧸💕

**carol.** @perriet91 · Mar 25, 2021
Replying to @choosezaynbr
PQ ELES PARECEM QUE ESTAO NA PORRA DE UM DESFILE??????? CUSTAVA
SEREM MENOS PERFEITOS????? PORRA, TEM GENTE QUE MORRE
                                                    ♡ 2

**lune** @styleschoirs · Mar 25, 2021
Replying to @choosezaynbr
ELE TA LINDO

**bigger than tami** ❤️ 😭 @TamiresFLYZEI · Mar 25, 2021
Replying to @choosezaynbr
CHOOSEEE AAAAAA😭😭😭❤️❤️❤️❤️❤️

**toria.** @tlnixstyles · Mar 25, 2021
Replying to @choosezaynbr
AAAAAAAAAAAAAAA

**kessia** @DirectioNavyJP · Mar 25, 2021
Replying to @choosezaynbr
Queria ser a Khai.

**annaj** @i2tubbwo · Mar 25, 2021
Replying to @choosezaynbr
sAO ELES NSOSBKAA

**ana** @flamesonzayn · Mar 25, 2021
Replying to @choosezaynbr
EUT O APSSANDO@AMO

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

Q Search Twitter

**Relevant people**

**CZBR** ❤️
@choosezaynbr                    Follow
Sua maior e melhor fonte sobre o
cantor @zaynmalik no Brasil. 🇧🇷
mídias: @choosezaynbr_ e-mail para
contato: choosezaynbr@live.com 😍 |
fan account

**What's happening**

FIFA World Cup · 4 hours ago
**England vs Iran**

Trending in California
**LETS GOOOOOO**
3,142 Tweets

Trending in United States
**Oregon**
18.1K Tweets

Trending in California
**Telemundo**
7,263 Tweets

Trending in United States
**Maher**
23.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← Tweet

Search Twitter

POPTime
@sileptbr

Adele reaparece para câmeras e continua gerando polêmica por emagrecer. Segundo jornais, ela iniciou uma dieta saudável e rigorosa acompanhada de médicos. O que acham?

Translate Tweet



5:23 PM · Feb 13, 2020 · Twitter for iPhone

75 Retweets    324 Quote Tweets    1,899 Likes

Tweet your reply                                           Reply

glu @glufadda · Feb 14, 2020
Replying to @sileptbr
tem nada pra achar, a vida é dela eu ein

felinhares @eufelinhares · Feb 13, 2020
Replying to @sileptbr
TODA semana tá saindo foto da Adele e o povo ainda se diz surpreso com a aparência dela? Me poupe né.

Thais @LoonyThais · Feb 14, 2020
Replying to @eufelinhares @_____Felipe_ and @sileptbr
Pior que ela vem emagrecendo desde 2015 basta ver as fotos mas o povo jura que foi da noite pro dia

Jhonatan @jhonatan · Feb 14, 2020
Replying to @sileptbr
perfeita

Ceathair @ceathair · Feb 14, 2020
Replying to @sileptbr
A saude dela ta bem, ela ta feliz? Isso que importa, os outros q se lasquem

ryk @nothonly1 · Feb 14, 2020
Replying to @sileptbr
mulher é acusada de emagrecer entenda o caso

Shell @laric8d · Feb 13, 2020
Replying to @sileptbr
Essa é a Adele???? Não pode ser.

lolzeira petista @thisinjineed · Feb 13, 2020
Replying to @sileptbr
Gente se a dieta e saudável qual é o problema? Deixa a lenda ser feliz

Toby @xt__byx · Feb 13, 2020
Replying to @sileptbr
Estando feliz é oq importa

From Toby

AVE MARIAH @brianttiocsss · Feb 13, 2020
Replying to @sileptbr
Se a voz tá do mesmo jeito ou melhor é oq importa, se ela tá feliz com essa nova fase também. Que venha adele para ocupar seu trono mais uma vez .

bia'🅱️ @lamercanstairs · Feb 13, 2020
Replying to @sileptbr
O corpo é dela ou seja ela faz o q bem entender com ele e se ela tá saudável e bem c isso melhor ainda ngm tem q se meter em nada

josé @esmer4ldo · Feb 14, 2020
Replying to @sileptbr
às vezes é só o ângulo

Tia Haninha A. @MinlavcoffIee · Feb 13, 2020
Replying to @sileptbr
youtu.be/X0dHdlHnmY6 twitter.com/225_nini/statu...

k @lukovfct · Feb 14, 2020
Replying to @sileptbr
oq importa é ela ta feliz e saudável pt

fabi'🏳️ @girlypoxxo · Feb 13, 2020
Replying to @sileptbr
pq quando as pessoas emagrecem tanto elas dão uma envelhecida?

John™ @whosicaiolucas · Feb 13, 2020
Replying to @girlypoxxo and @sileptbr
Por conta da perda de gordura, retiro a pele fica flácida. O Justin também está com a pele assim por conta da perda de peso.

lanito @wayneblood · Feb 13, 2020
Replying to @sileptbr

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Perkowski Legal P.C. ...
@c_perkowski

POPTime
@sileptbr    Follow

🟢 Cobertura completa da Copa do Mundo, acompanhada de curiosidades, cinema, tv, música, séries, celebridades e muito humor!
📩 poptime@mynd8.com.br

What's happening

FIFA World Cup · This morning
England vs Iran

Entertainment · Trending
Chrisley
1.9K Tweets

Trending in United States
Tory Taylor

Music · Trending
Datpiff

Trending in California
Dodger Stadium
12.6K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More···
© 2022 Twitter, Inc.

Relevant people

https://twitter.com/KimKimuntu/status/1547630889830253056 __ el __ 2022-11-20 23:40:07 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-28    Filed 12/30/22    Page 84 of 101    Page ID #:2748

Q Search Twitter

## Relevant people

Paulette Kimuntu Kim
@KimKimuntu                    **Follow**

---

Paulette Kimuntu Kim
@KimKimuntu

···

Le froid est un grand mal.

Et le sage a dit qu'aux grands maux, les grands remèdes.

Oooh tomonaki te, la tendance actuelle est là.

Translate Tweet



10:15 AM · Jul 14, 2022 · Twitter for Android

**10** Likes

💬          🔁          ♡          ⬆️

---

P    Tweet your reply                          **Reply**

---

Paulette Kimuntu Kim @KimKimuntu · Jul 14    ···
Replying to @KimKimuntu
#molato

💬 1        🔁        ♡ 5        ⬆️

---

mbayo masusu @masusu_mbayo · Jul 14    ···
Replying to @KimKimuntu
Ce monde merveilleux

💬        🔁        ♡        ⬆️

---

mbayo masusu @masusu_mbayo · Jul 14    ···
Replying to @KimKimuntu
Les humains sont compliqués

💬        🔁        ♡        ⬆️

---

Stewart Kula @stewartkula · Jul 14    ···
Replying to @KimKimuntu
Photoshop maman

💬        🔁        ♡        ⬆️

---

## What's happening

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**


#Disenchanted 🧙
Original movie now streaming
📽 Promoted by Disney+

Music · Trending
**#DavidoAt30**
56.2K Tweets

···

Trending in United States
**Bob Iger**
Trending with Disney, Chapek

···

Trending in United States
**UCLA**
Trending with Caleb Williams, Oregon

···

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

Perkowski Legal P.C.    ···
@c_perkowski

— https://twitter.com/khloedaily/status/1512488046939172888 __ at __ 2022-11-21 23:17:48 -08:00

← **Tweet**

**Khloé Kardashian Daily**
@KhloeDaily                                        ⋯

True Thompson and Khloé Kardashian at the Los
Angeles premiere of Hulu's #TheKardashians 



10:50 AM · Apr 8, 2022 · Twitter for iPhone

**3** Retweets   **2** Quote Tweets   **19** Likes

💬          🔁          ♡          ⬆️

 Tweet your reply                    Reply

---

**Twitter**

🔍 Search Twitter

**Relevant people**

 **Khloé Kardashian Daily**     **Follow**
@KhloeDaily
the very first and original fansite
dedicated to Khloé Kardashian
(original account deleted at 79k)

**What's happening**

NFL · 3 hours ago
**49ers at Cardinals**



Entertainment · Trending                        ⋯

🏠 Home

# Explore

🔔 Notifications

💬 Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

**Perkowski Legal P.C.** ⋯
@c_perkowski

_ https://twitter.com/alexafiles/status/1313479192428896265 _ et _ 2022-11-22 07:48:24 -08:00




# Tweet



**best of alexa demie**
@alexafiles

## Alexa Demie with JMSN in Miami

7:00 AM · Oct 6, 2020 · Twitter for iPhone

42 Retweets   92 Quote Tweets   911 Likes

Tweet your reply

Reply

**👑Lauren👑** @AnakinsDarkDeed · Oct 7, 2020
Replying to @alexafiles
Wondering why she's with him tbh lol

3

**bells** @jortsftw · Jan 9
Replying to @alexafiles
@bshellx she's just like you in all ways!!

1                                    1

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

Show replies


Perkowski Legal P.C.
@c_perkowski

## Search Twitter

### Relevant people



**best of alexa demie**
@alexafiles

Follow

First and most reliable source about Alexa Demie. Posting updates, videos, pictures, gifs, and more. Euphoria season 2 out now on HBO. Fan account.

### What's happening

FIFA World Cup · LIVE
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
110K Tweets

Trending in United States
**Argentina**
Trending with Saudi Arabia, #WorldCup

Trending in California
**Mexico City**
25.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

## Navigation menu

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

Tweet

— https://twitter.com/RihannaNoBrasil/status/1512752732477833216 __ el __ 2022-11-20 19:12:58 -08:00

← **Tweet**

**Rihanna.com.br** ⚓
@RihannaNoBrasil                                    · · ·

Rihanna saindo do restaurante Wally em Beverly Hills ontem à noite. (08/04) 😍 🤍



4:22 AM · Apr 9, 2022 · Twitter for Android

**39** Retweets   **15** Quote Tweets   **626** Likes

**Manu** @ManuelaBrasil · Apr 9
Replying to @RihannaNoBrasil
Esse neném precisa ser taurinooooo! Faltam 10 dias guenta aí baby ri

**the.o** @Theocnha · Apr 9
Replying to @RihannaNoBrasil
Vai fazer uma janta mulher

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski                                    · · ·

---

Q Search Twitter

### Relevant people

**Rihanna.com.br** ⚓
@RihannaNoBrasil                    **Follow**

Rihanna.com.br is a genuine and registered fansite, made by fans. Fã-clube e portal de notícias brasileiro sobre a cantora Rihanna. Online desde 2008. 🇧🇷💎

### What's happening

NFL · 2 hours ago
**Cowboys at Vikings**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek                    · · ·

Trending in United States
**Disney CEO**
7,290 Tweets                                    · · ·

Trending in United States
**AMAs** 🔥
Trending with soobin, Favorite K-Pop Artist                · · ·

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

# Thread

**dee.**
@harrymoonchild

I literally can't stop looking at these pictures, this look is just too good



5:28 PM · Aug 9, 2021 · Twitter for Android

**37** Retweets   **6** Quote Tweets   **237** Likes

---

Tweet your reply                                    **Reply**

**dee.** @harrymoonchild · Aug 9, 2021
Replying to @harrymoonchild
He's just living his best life

1      7      48

**dee.** @harrymoonchild · Aug 10, 2021
He's sooo

2      11

---

## Sidebar

**Relevant people**

**dee.**
@harrymoonchild      Follow
#harry: starry haze crystal ball 🔮🥀 | backup:@goldenfineline | ig:dishaxrai

**What's happening**

Television · Last night
**Saturday Night Live airing on NBC**

#Disenchanted 🧝
Original movie now streaming
Promoted by Disney+

Trending in United States
**#MassShooting**
3,931 Tweets

Trending in United States
**Morgan Freeman**
164K Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with First Kevin Conroy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Perkowski Legal P.C. ...
@c_perkowski

← **Tweet**

Moe from Pop Tingz
@MoeFromPopTingz                                    · · ·

Zendaya was spotted going to the studio👀



1:15 AM · Sep 25, 2020 · Twitter for Android

**17** Retweets   **13** Quote Tweets   **192** Likes

Tweet your reply                                    Reply

The U B H 🔥 @Yourboyclarence · Sep 25, 2020
Replying to @MoeFromPopTingz and @ThePopTingz
I forgot that how I first discover her... her music!!! Her and @BobbyBrackins
had the heat.

WERKit4Z · Fan Account ONLY @dumas1000 · Sep 25, 2020
Replying to @MoeFromPopTingz and @ThePopTingz
Zendaya already recorded a whole damn second album for Republic
Records & after that got nuked a lifetime ago there's no way she'd go back
to a studio for more of the same. This ain't related to no music career,
whatever it is.
                                            3

communist barb @dietnicki · Sep 25, 2020
Replying to @MoeFromPopTingz and @ThePopTingz
ended cardi
                                            5

nay H fan acc @itsbarbey · Sep 25, 2020
Replying to @MoeFromPopTingz and @ThePopTingz
queen coming to save us

From nay H fan acc

victorian @NagawaMarthaVic · Sep 26, 2020
Replying to @MoeFromPopTingz and @ThePopTingz
We love the courage

˙luna | problematic era ⭐ @l03695 · Sep 25, 2020
Replying to @MoeFromPopTingz and @ThePopTingz
coming to end mustin

S🦋 is a enola & tewksbury stan @goldengardxn · Sep 25, 2020
Replying to @MoeFromPopTingz and @ThePopTingz
all for us 2.0 ?••••

This Tweet is from a suspended account. Learn more

calm @theeadele · Sep 25, 2020
Replying to @Taxi132 and @ThePopTingz
Euphoria theme songs🥵
          1                                 3

Show more replies

---

Home

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Search Twitter

**Relevant people**

Moe from Pop Tingz
@MoeFromPopTingz          Follow
Founder of @ThePopTingz. Pop
Culture Expert. Entertainment
Journalist.

**What's happening**

Television · Yesterday
**The Walking Dead airing on AMC**



Trending in United States
**#USMNT** 🇺🇸
Trending with Iran, Wales

Music · Trending
**#DavidoAt30**
72.5K Tweets

Music · Trending
**Lionel Richie**
3,993 Tweets

Politics · Trending
**Tragically**
15.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

# Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

← **Tweet**

**AP** ✓
@altapeli

Ben Affleck y Dunkin', una historia de amor. Terminó el 2020 luchando con su pedido y empezó el 2021 hartándose de los paparazzis en la puerta de su casa. Lo bancamos fuerte.

Translate Tweet



5:52 PM · Jan 1, 2021 · Twitter Web App

24 Retweets    2 Quote Tweets    200 Likes

P    Tweet your reply                    Reply

**Lau** @LAURALOPEZ2010 · Jan 2, 2021
Replying to @altapeli
Lo tienen cansado y se nota... 🙋

3

**YorTorres** @YorTorresPy · Jan 2, 2021
Replying to @altapeli
Ya lo hicieron enojar al bueno de Benjamin.. en venganza seguro que hace otra película de Batman..

**Sebastian M. (El Dianas)** @SvendBjornsson · Jan 2, 2021
Replying to @Bermu98 @elinfiernodmajo
@Bermu98 @elinfiernodmajo

1

**Robertinho¹²** @robdenza · Jan 2, 2021
Replying to @altapeli
Le quemaron tanto el paty que se convirtió en el Paul Rudd en la ultima foto?

**Perkowski Legal P.C.**
@c_perkowski

---

Search Twitter

## Relevant people

**AP** ✓
@altapeli                    Follow
Cuenta oficial de AltaPeli.com - Cine / Series / Críticas / Noticias / Videojuegos

## What's happening

NFL · 4 hours ago
**Eagles at Colts**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Sports · Trending
**Pickens**
Trending with Tyler Boyd

Trending in United States
**Iowa**
17.9K Tweets

Trending in United States
**Hive**
34.7K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy ·
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

\_ https://twitter.com/HadidNewsMedia/status/955695174268538880 \_ at \_ 2022-11-21 16:28:22 -08:00 \_



## Twitter

← **Tweet**



 Search Twitter



- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More



**Tweet**

**Hadid News Media**
@HadidNewsMedia                          ...

January 22: Gigi at Nobu in Soho.
📷: Backgrid




10:54 PM · Jan 22, 2018 · Twitter for iPhone

**23** Retweets   **2** Quote Tweets   **55** Likes

 Tweet your reply                          Reply



### Relevant people

 **Hadid News Media**      Follow
@HadidNewsMedia

Your 1st & most reliable source on
everything Gigi & Bella Hadid; since
2013. [@HadidNews]

### What's happening

NCAA Men's Basketball · Yesterday
**Wildcats at Bulldogs**



Trending in California            ...
**TSLA**
23.8K Tweets

Trending in United States         ...
**HOW IS THAT NOT A YELLOW**
1,586 Tweets

Sports · Trending                 ...
**Mexico City**
14K Tweets

Trending in United States         ...
**Cava**
2,853 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**      ...
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 1-28    Filed 12/30/22    Page 92 of 101    Page ID #:2756

← **Tweet**

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

 **Ground Breaker** ☰
@GroundBreaker49                                    ⋯

Well Guys Technically by the Look Of this
#MadameWeb set Photo It seems like this version of
Spider Veriant is Non Other Then Kaine Also Known As
Spiderman Clone Wich Is Kinda Wierd Knowing Sony
might be attempting A Clone Saga!?!?!? 👀 🤔 🧐 🔥 🕷️
🕸️



3:22 PM · Oct 7, 2022 · Twitter for Android

**1** Retweet  **3** Likes

💬        🔁        ♡        ⬆️

 Tweet your reply                              Reply

## Relevant people

 **Ground Breaker** ☰        Follow
@GroundBreaker49

🔥 Die harder into Celebrate Movies
🎬 | Gaming /Mobile Games 🎮 &
Breakdowns🧐 including Ground
breaking News Hoping for you to
enjoy the Ride of my account😉

## What's happening

NBA · 1 hour ago
**Lakers at Suns**                              

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Trending in United States                              ⋯
**Erection**
19.8K Tweets

Trending in California                              ⋯
**Costco**
5,948 Tweets

News · Trending                              ⋯
**Tucker Carlson**
43.2K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS   Document 1-28   Filed 12/30/22   Page 93 of 101   Page ID #:2757



Case 2:22-cv-09462-DMG-ADS   Document 1-28   Filed 12/30/22   Page 94 of 101   Page ID #:2758

← **Tweet**

Search Twitter

↻ Entertainment News Retweeted

 **Page Six** ✓
@PageSix                                    ···

Ben Affleck and Jennifer Lopez spotted strolling in the Hamptons trib.al/nbfNAAd



9:36 PM · Jul 3, 2021 · SocialFlow

**17** Retweets   **13** Quote Tweets   **183** Likes

💬              ↻              ♡              ⬆

 Tweet your reply                    Reply

## Relevant people

 **Entertainment News**    Follow
@15MinuteNewsEnt
#Entertainment #News covering #Movies, #Music, #Celebrities, #Gossip, #Gaming, #Television and Series News from @15MinuteNews

 **Page Six** ✓              Follow
@PageSix
If you don't want it on Page Six, don't do it.

## What's happening

Television · LIVE
**Bachelor in Paradise airing on ABC**                    

Trending in United States
**Died Suddenly**                              ···
43.1K Tweets

Entertainment · Trending
**Selma**                                      ···
4,421 Tweets

Trending in United States
**Tampax**                                     ···
27.8K Tweets

Trending in California
**Dodger Stadium**                             ···
12K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/nanfixus/status/1072335695891587072 — at — 2022-11-20 15:42:56 -08:00 —

← **Tweet**

Search Twitter



**@nanfixus**
@nanfixus

Her outfit 



7:42 PM · Dec 10, 2018 · Twitter for Android

**13** Retweets   **1** Quote Tweet   **41** Likes

 

Tweet your reply

Reply

### Relevant people



**@nanfixus**
@nanfixus                                    Follow

DJ Fan 🎮 Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🇺🇸

### What's happening

NFL · 2 hours ago
**Browns at Bills**



**#Disenchanted** 🙇‍♀️
Original movie now streaming
▶ Promoted by Disney+

Sports · Trending
**Hackett**
4,029 Tweets

Trending in California
**#AMAs**🔥
1.75M Tweets

Sports · Trending
**Trenton Irwin**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**


Perkowski Legal P.C.
@c_perkowski

https://twitter.com/nanarude/status/1455885931093843973 __ at __ 2022-11-22 03:35:13 -0800

Case 2:22-cv-09462-DMG-ADS   Document 1-28   Filed 12/30/22   Page 96 of 101   Page ID #:2760

← Tweet



**Nana Rude**
@nanarude

···

DONA DA BELEZA: **#DakotaJohnson** brilhou no desfile **#LoveParadeGucci** em Los Angeles, nos Estados Unidos. O look, obviamente da grife italiana, foi um dress de penas, ostentando tiras de diamante, com uma fivela no peito, deixando o tronco... Saiba mais: instagram.com/p/CV0C2R8LMNC/...

Translate Tweet



6:13 AM · Nov 3, 2021 · Twitter for iPhone

**12** Retweets   **32** Likes

         

 Tweet your reply    Reply

🔍 Search Twitter

**Relevant people**

 **Nana Rude**   Follow
@nanarude

💣 Aqui o BAFO é garantido, mana! Apresentador e há 9 anos sua fonte sobre celebridades e notícias do dia. ✉ nana@mynd8.com.br

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending   ···

Perkowski Legal P.C.   ···
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

__ https://twitter.com/rrno110/status/1455844902420553729 __ at __ 2022-11-21 10:43:16 -08:00

← **Tweet**



**RRNO1**
@RRNO110

···

## Dakota Johnson



3:30 AM · Nov 3, 2021 · Twitter for iPhone

**1** Retweet   **28** Likes

💬          ⟲          ♡          ⬆

 | Tweet your reply          **Reply**

---

### Navigation (left sidebar)

🐦

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

··· More

**Tweet**

 Perkowski Legal P.C.
@c_perkowski ···

---

### Right sidebar

🔍 Search Twitter

**Relevant people**

 **RRNO1**
@RRNO110          **Follow**

I'm a guy that love celebs and beautiful amateurs. DO NOT tag me in with celebs or it's an instant block. Happy to promote amateurs with their content

**What's happening**

FIFA World Cup · 11 minutes ago
**Senegal vs Netherlands**          

Sports · Trending          ···
**Charles Barkley**
4,628 Tweets

Trending in United States          ···
**Senegal**
Trending with  Mendy, #SENNED

← **Tweet**

🔍 Search Twitter

**Foochia - فوشيا** ✔
@foochia

···

جاستن بيبر وهايلي بالدوين يتجهان لتناول العشاء غرب هوليوود قبل أيام من الذكرى السنوية الثانية لزواجهما

#جستن_بيبر #hailybaldwen #justinbeiber #هايلي_بالدوين

Translate Tweet



12:01 PM · Sep 24, 2020 · Hootsuite Inc.

**1** Retweet   **2** Likes

💬   🔁   ♡   ⬆

P  Tweet your reply                    Reply

يوم آخر @kan_le1 · Sep 24, 2020                    ···
Replying to @foochia

طيب ش المهم بالموضوع !!

💬   🔁   ♡   ⬆

---

🐦 Twitter

⌂ Home

# Explore

🔔 Notifications ❶

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

◯ More

**Tweet**


Perkowski Legal P.C.
@c_perkowski                    ···

---

**Relevant people**

**Foochia - فوشيا** ✔
@foochia                              Follow

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.

**What's happening**

Television · 2 hours ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
📷 Promoted by Uber

Trending in United States                    ···
**Jason David Frank**

Sports · Trending                            ···
**Pasadena**
1,593 Tweets

Trending in United States                    ···
**Blocked**
130K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🐦 Tweet

FRENCHRAPUS 🇺🇸
@FrenchRapUS

Kanye West était en compagnie du rappeur ASAP Rocky
cette nuit, un feat arrive.. 🤔

Translate Tweet



5:23 AM · Nov 9, 2021 · Twitter for iPhone

215 Retweets    44 Quote Tweets    2,294 Likes

---

Perkowski Legal P.C.
@c_perkowski

Tweet your reply                                    Reply

Matzy @Matzyy77777 · Nov 9, 2021
Replying to @FrenchRapUS
Mdrr a chaque fois q'a une photo de deux rappeurs y'a un feat? Ils peuvent
aller au restau ensemble tkl aussi
💬 1        ⟳ 7        ♡ 99

Show replies

Marsh' 🦋 😈 @cariou_mathys · Nov 9, 2021
Replying to @FrenchRapUS
Mais c'est pas parce que deux rappeurs sont vus ensemble dans la rue qu'ils
font un feat par contre
💬          ⟳ 1        ♡ 7

Kodie.wicked @babygirl_wicked · Nov 10, 2021
Replying to @FrenchRapUS
Laisser les respirer non
💬          ⟳          ♡

•• @lyia555 · Nov 9, 2021
Replying to @FrenchRapUS
Aucune source
💬          ⟳          ♡ 1

XAD 🎶 @XAD_34 · Nov 9, 2021
Replying to @FrenchRapUS
C'est pas parce qu'ils trainent ensemble qu'ils vont feat mais bien sur ce
serait chaud
💬          ⟳          ♡ 4

Nas Sensei @nas_sensei · Nov 9, 2021
Replying to @FrenchRapUS
Non mon cousin y était ct juste pour un tournage porno, vous attendez à
rien les gars
💬          ⟳          ♡

A•T•A•N•G•A @AkolilWilson · Nov 9, 2021
Replying to @FrenchRapUS
Ils sont toujours ensemble depuis pas de feat 😂😂
💬          ⟳          ♡

Lauryn West @damsolitaire · Nov 9, 2021
Replying to @FrenchRapUS
J'espère que c'est pour conseiller Rocky sur son prochain l'album.
💬          ⟳          ♡

WARRIORS 2022 CHAMP💯 @TimeoDubois56 · Nov 9, 2021
Replying to @FrenchRapUS
Meilleur que Drake
💬 2        ⟳          ♡ 13

This Tweet was deleted by the Tweet author. Learn more

🌍 @gabomafang · Nov 9, 2021
Replying to @0afendrand and @FrenchRapUS
ohhhhhh
💬          ⟳          ♡

This Tweet was deleted by the Tweet author. Learn more

mathis @arobasemathis · Nov 9, 2021
Replying to @FrenchRapUS
bh fais toi ton propre avis
💬          ⟳          ♡ 22

This Tweet is from a suspended account. Learn more

Paul 🇵🇹 @lil_laup · Nov 9, 2021
Replying to @lfiheee and @FrenchRapUS
Un morceau Bordelais ??
💬          ⟳          ♡ 1

Show more replies

---

🐦

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

Tweet

🔍 Search Twitter

Relevant people

FRENCHRAPUS 🇺🇸    Follow
@FrenchRapUS
Toute l'actualité du RAP 🇺🇸 - Promo
~ en DM 📩

What's happening

FIFA World Cup · LIVE
Argentina vs Saudi Arabia

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
🎬 Promoted by Avatar

Entertainment · Trending
Died Suddenly
80.9K Tweets

Trending in United States
Argentina
Trending with Messi, #ARG0SA

Trending in United States
El VAR
95.1K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

__ https://twitter.com/dakotajarg/status/1551805238541225992 __ at __ 2022-11-21 01:05:58 -08:00 __



← **Tweet**

Q Search Twitter

 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

Lists

👤 Profile

More

**Tweet**

**Dakota Johnson Argentina**
@DakotaJArg                                    ...

Dakota Johnson fue vista el miercoles en el set de
Madame Web en Boston, Massachusetts. - 20/07. Más
fotos: dakotajohnsonarg.sosugary.com/galeria/thumbn
...



10:42 PM · Jul 25, 2022 · Twitter Web App

**8** Retweets   **1** Quote Tweet   **33** Likes

 Tweet your reply                              **Reply**

**Perkowski Legal P.C.**          ...
@c_perkowski

## Relevant people

 **Dakota Johnson Arge...**    **Follow**
@DakotaJArg
Tu mejor y más actualizada fuente de
información sobre la actriz,
productora, directora y activista
#DakotaJohnson en Español.

## What's happening

NFL · Yesterday
**Commanders at Texans**



Trending in California                        ...
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Trending in United States                     ...
**#AMAs** 🔺
4.65M Tweets

Music · Trending                              ...
**#DavidoAt30**
63.6K Tweets

Trending in United States                     ...
**Hive**
47.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

__ https://twitter.com/foochia/status/1359427158767259049 __ at __ 2022-11-19 12:09:00 -0800 __

← Tweet

 Foochia - فوشيا ✔
@foochia

جنيفر آنيستون ببدلة رسمية إلى جانب ريس ويذرسبون في
كواليس The Morning Show

#فوشيا #جنيفر_انيستون #ريس_ويذرسبون
#JenniferAniston #ReeseWitherspoon
#themorningshow

Translate Tweet



1:01 AM · Feb 10, 2021 · Hootsuite Inc.

**2** Retweets   **3** Likes

💬         🔁         ♡         ⬆

 Tweet your reply                    Reply

---

🔍 Search Twitter

## Relevant people

 Foochia - فوشيا ✔          Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

## What's happening

NCAA Football · LIVE
**Illinois at Michigan**


**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
▶ Promoted by Uber

Entertainment · Trending          ···
**Tommyinnit**
10.6K Tweets

Trending in United States          ···
**Messi**
337K Tweets

Trending in United States          ···
**3 SEC**
3,823 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Perkowski Legal P.C.   ···
@c_perkowski