# EXHIBIT B Continued

— https://twitter.com/N_GalitzineBr/status/1583409775668170752 — at — 2022-11-19 20:52:32 -08:00 —

← **Tweet**

**Chrystal** 🇧🇷
@N_GalitzineBr                    ...

📷Mas fotos Fotos de Nicholas Galitzine e Anne Hathaway nos bastidores de gravação do filme #theideaofyou #nickgalitzine ❤️❤️❤️❤️❤️ 01

Translate Tweet



👤 Nicholas Galitzine and 7 others

3:48 AM · Oct 21, 2022 · Twitter for Android

1 Retweet    29 Likes

💬          ⟲          ♡          ⬆️

🅿️  Tweet your reply                    Reply

🔍 Search Twitter

## Relevant people

**Chrystal** 🇧🇷      Follow
@N_GalitzineBr
#nicholasGalitzine #nicolasgalitzine #purplehearts #continenciaaoamor @nickgalitzine

**Nicholas Galitzine** ✓      Follow
@nickgalitzine

**Nicholas Galitzine Up...**      Follow
@galitzineupdate
A sua melhor fonte de informações do ator e cantor Britânico Nicholas Galitzine no Brasil. @nickgalitzine

## What's happening

Television · 51 minutes ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
📷 Promoted by Uber

Sports · Trending          ...
**Pasadena**
1,511 Tweets

Music · Trending          ...
**Elton John**
4,867 Tweets

Trending in California          ...
**HELL NO**
45.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

🅿️ **Perkowski Legal P.C.** ...
@c_perkowski

Home
Explore
Notifications 1
Messages
Bookmarks
Lists
Profile
More

Tweet

https://twitter.com/UpdatesHathaway/status/1583275512095874435 ... al ... 2022-11-20 07:16:15 -08:00 ...
2:22-cv-09462-OMG-ADS   Document 1-29   Filed 12/30/22   Page 3 of 101   Page ID
#:2768

← **Tweet**

**Anne Hathaway UPDATES**
@UpdatesHathaway

🎥 Anne Hathaway spotted filming "The idea of you" in LA.

(c) dailymail



7:10 PM · Oct 20, 2022 · Twitter for Android

**79** Retweets   **20** Quote Tweets   **768** Likes

Tweet your reply                         Reply

**MOONDUST** 🌙 @charscontrol · Oct 22
Replying to @UpdatesHathaway
Goddess!!

**Loco Miranda** @LocoMiranda72 · Oct 20
Replying to @UpdatesHathaway

GIF  ALT

**Norbert Tasev** @CaseyTasi83 · Oct 20
Replying to @UpdatesHathaway
🌹❤️💐💃🙆‍♀️😍😘😘😚😚💕❤️

**Eileen-Taylo** @fhsdh_m · Oct 22
Replying to @UpdatesHathaway
Beautiful

**Harlan Quinzel** @harlan_quinzel · Oct 21
Replying to @UpdatesHathaway
God she's aging so well, I can only hope to do the same

**Mario** @Mario_1664 · Oct 20
Replying to @UpdatesHathaway
الحماسن كلهم النمر ضفن بيك 🤌

**ALONZO CÉSAR 777 CRVG.©🇩🇪🇺🇸** @AlonzoMatrix · Oct 21
Replying to @UpdatesHathaway
Sexy

Show additional replies, including those that may contain offensive content          Show

---

🐦 Twitter

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
Lists
👤 Profile
⊙ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Q Search Twitter

**Relevant people**



Anne Hathaway UPD...
@UpdatesHathaway          Follow
Your best, fast and most reliable source about the updates of award winning actress Anne Hathaway 🏆 FAN ACCOUNT

**What's happening**

FIFA World Cup · LIVE
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted
Original movie now streaming
🎬 Promoted by Disney+

Trending in United States
**Morgan Freeman**
49.9K Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with Green Ranger, Power Rangers

Formula 1 · 15 minutes ago
**Abu Dhabi Grand Prix 2022**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More...
© 2022 Twitter, Inc.



Tweet

**Rihanna Navy Brasil | Fan Account**
@RNavyBrazil

Rihanna indo jantar no restaurante "Giorgio Baldi", em Santa Monica, ontem à noite (22).

Translate Tweet

11:15 AM · Mar 23, 2022 · Twitter for iPhone

229 Retweets   124 Quote Tweets   3,511 Likes

---

Perkowski Legal P.C.
@_perkowski

Tweet your reply                    Reply

**danfey** @grandeosgod · Mar 23
Replying to @RNavyBrazil
a mulher é um luxooooo

**camilinha** @fraseperdida · Mar 23
Replying to @RNavyBrazil
ela num tava vindo pro BR?

" @EMXLLX_ · Mar 23
Replying to @RNavyBrazil
essa criança vai nascer na rua
1          2

**kira targaryen** @darkiraaa · Mar 23
Replying to @EMXLLX_ and @RNavyBrazil
KAKAKAKAKKAKAKAKAKAKAKAK

**l û @ n** @LuanMotah · Mar 23
Replying to @RNavyBrazil
Deve ter saído arrasada por não poder sair com uma taça de vinho na mão 🙂
1

**lanna** @delrey752 · Mar 23
Replying to @RNavyBrazil
Giorgio baldi vai ser padrinho dessa criança
2          4

**R A Y S S A** 💜🖤 @badgalray · Mar 23
Replying to @delrey752 and @RNavyBrazil
Exatamente

GIF   ALT
4

**BONITINHO** @guetttokid · Mar 23
Replying to @RNavyBrazil
Toda vez q a mulher sai pra um restaurante tiram foto dela de um album já
11

**morre em breve** @whomurillo · Mar 23
Replying to @RNavyBrazil
o vale refeição da fenty deve ser altíssimo pq todo dia essa mulher janta num restaurante diferente
2

**lois lane** ⭐ @AndreesaR · Mar 23
Replying to @RNavyBrazil
O pé da diva não incha impressionante
2          1          52

**Samuel** @S4mu3lLeVi · Mar 23
Replying to @AndreesaR_and @RNavyBrazil
Os produtos caríssimos que ela deve usar
9

**kira targaryen** @darkiraaa · Mar 23
Replying to @RNavyBrazil
Ela só precisou liberar esse segredo da gravidez pra ser onipresente

**Fabiana** @fabianacruzss · Mar 23
Replying to @RNavyBrazil
Ela não vem mais kkk

**Alan Assis** @alanassis_25 · Mar 23
Replying to @RNavyBrazil
Mulher do céu . Com tumulto ou sem tumulto eu vou te ver

**Alan Assis** @alanassis_25 · Mar 23
Replying to @RNavyBrazil
Já estou em solo paulista . Só vem

**❄️ᴿᵉⁿᵃᵗᵉ ᴳᵃᶦᵃ** @ainatiiinhu01 · Mar 23
Replying to @RNavyBrazil
Maravilhosa ❤️✨

**Pêssego** @Imjsheep · Mar 23
Replying to @RNavyBrazil
RNB é verdade que mamãe não vem mais?😭

**joão** @sennazorlanski · Mar 23
Replying to @RNavyBrazil
tão perfeita

**Relevant people**

Rihanna Navy Brasil | ...   Follow
@RNavyBrazil

RNB 🇧🇷 | Estamos online desde 2010, somos o maior e mais completo fã-clube sobre a cantora Rihanna no Brasil e em toda a América Latina. Apoio: @umusicbrasil

**What's happening**

NFL · 1 hour ago
49ers at Cardinals

Entertainment · Trending
**Died Suddenly**
65.8K Tweets

Only on Twitter · Trending
**Pablo Milanés**
Trending with Auburn

Trending in California
**Dodger Stadium**
9,241 Tweets

Trending in United States
**August Alsina**
Trending with Jada, #TheSurrealLife

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.



← **Tweet**

**Moviewa**
@wannamovie

Margot Robbie ve Ryan Gosling, Barbie filminin setinde.



2:52 PM · Jun 22, 2022 · Twitter for Android

**12** Quote Tweets   **695** Likes

**Relevant people**

**Moviewa**    Follow
@wannamovie
🍎 apple.co/3okBe09n &
bit.ly/3EuLgBf

**What's happening**

NFL · 57 minutes ago
**49ers at Cardinals**



Entertainment · Trending
**Died Suddenly**
62.6K Tweets

Entertainment · Trending
**Sinbad**
7,434 Tweets

Trending in United States
**Trent Reznor**
19.8K Tweets

Sports · Trending
**Trey Lance**
1,248 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**   ⋯
@c_perkowski

Tweet your reply                    Reply

**Banu** @benbanuuuu · Jun 23
Replying to @wannamovie
Ryan sarı saçlarından sen suçlusun biliosun dimi?

**adım Nursena doğru söyle** @NursenaSeher · Jun 23
Replying to @wannamovie
Artık yaz dizilerimizden daha beter senaryoya sahip bir sinema çekimi var
                                                    ♡ 1

**Umitbocut** @umitbocut1 · Jun 22
Replying to @wannamovie
Düşün çok yetenekli bir oyuncusun kariyeriyin yükseliş dönemi bitiyor ama
hala sinemografi ni yonetemiyirsun hem bize hem sana kötülük

GIF

⃝ 1

🇨🇦🇲 @GintokiMuad · Jun 22
Replying to @wannamovie
niye böyle bi film cekiyorsunuz
⃝ 1                                    ♡ 8

**Elif** @mymovieworld22 · Jun 22
Replying to @GintokiMuad and @wannamovie
Ben de gördüğüm günden beri bu soruyu soruyorum. Konu mu kalmadı
yani?😂😂 İlk reklam filmi sandım ama cidden filmmiş😂😂🤦‍♀️

__ https://twitter.com/JeffEisenband/status/1344702371771928576 __ at __ 2022-11-22 15:00:16 -08:00 __

← **Tweet**

**Jeff Eisenband** ✔
@JeffEisenband

"HOW DO YOU LIKE THEM MUNCHKINS?" -Good Will Hunting (1997)

 

9:50 AM · Dec 31, 2020 · Twitter Web App

**2** Likes

Tweet your reply

Reply

Q Search Twitter

**Relevant people**

 **Jeff Eisenband** ✔   Follow
@JeffEisenband
Sometimes sports, sometimes esports, sometimes other stuff; 🎙️:
@PGATOURLIVE, @MSGNetworks, @NBA2KLeague; Email: jeff@jeffeisenband.com

**What's happening**

FIFA World Cup · 5 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Celebrities · Trending
**Chris Evans**
Trending with Blueface

Trending in California
**Alexis Vega**
20.6K Tweets

Trending in United States
**#ateezinatlanta_day2**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/filmnewsPL/status/1539850497158512640 __ at __ 2022-11-21 08:23:41 -08:00 __



← **Tweet**

## Film News
@filmnewsPL

···

Margot Robbie i Greta Gerwig na planie filmu **#Barbie**



10:59 PM · Jun 22, 2022 · Twitter for Android

**1** Retweet   **45** Likes

         

Tweet your reply

**Reply**

### Relevant people

## Film News
@filmnewsPL

**Follow**

🎬 najnowsze wiadomości filmowe - kino polskie i zagraniczne, popularne i niezależne 🍿 kontakt: filmnewspl@gmail.com

### What's happening

FIFA World Cup · LIVE
**England vs Iran**

Gaming · Trending
**Maple Treeway**

Gaming · Trending
**3DS RAINBOW ROAD**

Trending in United States
**Maguire**
Trending with Luke Shaw, #ThreeLions

Events · Trending
**LGBT**
206K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/badpostmargot/status/1539726593693752256 ... el ... 2022-11-21 08:57:59 -06:00
2:22-cv-09462-DMG-ADS    Document 1-29    Filed 12/30/22    Page 8 of 101    Page ID
#2773



— https://twitter.com/TavernaMarvel/status/1556771201959223298 __ et __ 2022-11-21 13:51:42 -08:00

← **Thread**

**Taverna Marvel | Fan-Club**
@TavernaMarvel                                    · · ·

RUMOR!!

🚨Agatha Harkness supostamente aparecerá em
'Ironheart' como a conselheira Mágica do vilão da série
'The Hood'.

Translate Tweet



3:35 PM · Aug 8, 2022 · Twitter Web App

**8** Retweets    **1** Quote Tweet    **60** Likes

💬            ⟲            ♡            ⬆

🅿  Tweet your reply                              Reply

**Taverna Marvel | Fan-Club** @TavernaMarvel · Aug 8    · · ·
Replying to @TavernaMarvel
Via: @feiticeiraescbr

💬            ⟲  1            ♡  5            ⬆

**Perkowski Legal P.C.**
@c_perkowski                          · · ·

🔍 Search Twitter

## Relevant people

**Taverna Marvel | Fan-...**      Follow
@TavernaMarvel
Portal focado no universo da Marvel.
Todas as notícias e informações você
encontra aqui. Ative as notificações🔔
📩Contato:
tavernamarvel@gmail.com

## What's happening

FIFA World Cup · 20 minutes ago
**USA vs Wales**

Trending in United States            · · ·
**Trent Reznor**
6,963 Tweets

Lovecraft Country · Trending          · · ·
**Lovecraft Country**

Trending in United States            · · ·
**HOW IS THAT NOT A YELLOW**

Entertainment · Trending            · · ·
**#Blade**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More · · ·
© 2022 Twitter, Inc.

— https://twitter.com/readsector/status/1257142729940877313 __ at __ 2022-11-22 17:56:31 -08:00

← **Tweet**



   Search Twitter

**readsector**
@readsector

···

Ruby Rose and Bella Thorne attend a drive-by birthday parade for hairstylist pal Riawna Capri
readsector.com/ruby-rose-and-...

### Relevant people

   **readsector**     **Follow**
@readsector
Latest News



© Vasquez-Max Lopez / BACKGRID

### What's happening

NBA · LIVE
**Kings at Grizzlies**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

7:59 PM · May 3, 2020 · WordPress.com

1 Like

 **Perkowski Legal P.C.**   ···
@c_perkowski

💬                    ↻                    ♡                    ⬆

Tweet your reply                                    **Reply**

### Navigation (sidebar)
🏠 Home
\# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
··· More
**Tweet**

https://twitter.com/SavinTheBees/status/1522748077420924928 __al__

← **Tweet**

Plathanos 🌿🇵🇷🇲🇽 ✓
@SavinTheBees



🐶 !Reggie 🌿🇨🇦🇬🇧➕ @LordReginald_ · May 6
Replying to @SavinTheBees
Awesome pic. Great size. Look thick. Solid. Tight. Keep us all posted on your continued progress with any new progress pics or vid clips. Show us what you got man. Wanna see how freakin' huge, solid, thick and tight you can get. Thanks for the motivation.

6:20 PM · May 6, 2022 · Twitter for iPhone

**3** Retweets   **1** Quote Tweet   **141** Likes

💬                🔁                ♡                ⬆️

Ⓟ   Tweet your reply                          Reply

Oraion @Oraion5 · May 6
Replying to @SavinTheBees



Show more replies

---

Perkowski Legal P.C.
@c_perkowski   ...

---

🔍 Search Twitter

**Relevant people**

Plathanos 🌿🇵🇷🇲🇽 ✓              Follow
@SavinTheBees
#HIVESZN Latino 🇲🇽 Watch The Boys|
@TheHive | #EpicPartner | Use code
HIVE on @GFuelEnergy| @Elgato |
Creator Code "HIVESZN"
Contact@SavinTheBees.com

🐶 !Reggie 🌿🇨🇦🇬🇧➕              Follow
@LordReginald_
22 | wholesome tweets only |
#HIVESZN

**What's happening**

NFL · 1 hour ago
49ers at Cardinals

Entertainment · Trending
**Died Suddenly**
65.5K Tweets                                ...

Sports · Trending
**Norman Powell**                           ...

Trending in California
**Dodger Stadium**                          ...
9,329 Tweets

Trending in United States
**Murder House**                            ...
1,741 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

---

🐦 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**



**Tweet**

**WHEREISTHEBUZZ**
@whereisthebuzz

···

Dominique Thorne as Riri Williams on the set of Black Panther: Wakanda Forever.

📸📸📸: @CreamOrScream



3:14 PM · Aug 26, 2021 · Twitter for iPhone

**6** Likes

💬          🔁          ♡          ⬆

P   Tweet your reply                                    Reply

Search Twitter

**Relevant people**

**WHEREISTHEBUZZ**          Follow
@whereisthebuzz
WHEREISTHEBUZZ CREATOR: @WAYNEDAYERSII ADVERTISING: INFO@WHEREISTHEBUZZ.COM

**Cora Ventura**          Follow
@CreamOrScream
Venting account for all things great and small such as #Marvel and #DCComics, #Netflix, #Gaming #Films, and also a Media Account. Supporter of #AmberHeard 💐

**What's happening**

FIFA World Cup · **LIVE**
**England vs Iran**

Sports · Trending          ···
**Michael Irvin**

Korean music · Trending          ···
**#CHASE**
6,001 Tweets

Trending in United States          ···
**England**
Trending with #FifainuBsc, #ENGIRN

Trending in California          ···
**#BLACKPINK_WORLDTOUR**
58.5K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Home

Explore

Notifications

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/Marvel_Fiction/status/1552138651635229378 __ at __ 2022-11-21 19:07:39 -08:00 __

← **Tweet**



**Marvel Fiction**
@Marvel_Fiction

···

Primeras imágenes de Dakota Johnson en el set de
#MadameWeb




8:39 PM · Jul 26, 2022 · Twitter for Android

   

 Tweet your reply

Reply

---

**Search Twitter**

**Relevant people**

 **Marvel Fiction**
@Marvel_Fiction    Follow

Información sobre Marvel dada por 2 fanáticos de este... opiniones también

**What's happening**

NBA · Starts at 7:30 PM
**Jazz at Clippers**   

Entertainment · Trending   ···
**Died Suddenly**
50.3K Tweets

Trending in United States   ···
**EA Sports**
1,974 Tweets

Trending in United States   ···
**Tampax**
33.4K Tweets

Sports · Trending   ···
**Grupo Firme**
Trending with #NFLMexicoGame 🏆

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski   ···

Search Twitter

← **Tweet**

**MarvelFlix** ✓
@MarvelFlix

**Relevant people**

**MarvelFlix** ✓
@MarvelFlix                                          **Follow**
Todas las novedades del multiverso
Marvel. Contacto:
marvelflixarg@gmail.com
#WakandaForever🖤 Desde 🇦🇷🇪🇸🇲🇽
marvelflix_arg

ADAM SCOTT en el set de 'MADAME WEB'.

SERA UN SPIDER-MAN ACASO? BEN REILLY TU ME
ESCUCHAS?



6:59 AM · Jul 28, 2022 · Twitter Web App

**68** Retweets  **2** Quote Tweets  **856** Likes

**What's happening**

FIFA World Cup · 29 minutes ago
**World Cup Qatar 2022: Opening
Ceremony**

#Disenchanted
Original movie now streaming
🟣 Promoted by Disney+

Trending in United States
**El VAR**
44.1K Tweets

Only on Twitter · Trending
**RIP JDF**
3,871 Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Tommy

Show more

Tweet your reply                                    **Reply**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Dario de NASCAR** @drcjoimer · Jul 28
Replying to @MarvelFlix
me gusta...pero no lo tenes en rubio? jaja
💬   ↻   ♡ 15   ⬆

**Perkowski Legal P.C.** ···
@c_perkowski

**Francopz** @Frii00728 · Jul 28
Replying to @MarvelFlix
Ojala no sea un random 😂
💬   ↻   ♡ 2   ⬆

**Josué Gibran** @MyWorldyM · Jul 28
Replying to @MarvelFlix
El cuarto Spiderman 😭
El del sonyverse
💬 1   ↻   ♡   ⬆

**Quigre** @Quigre51 · Aug 2
Replying to @MyWorldyM and @MarvelFlix
Ya me imagino en algun futuro Spiderverse, seria genial
💬   ↻   ♡ 1   ⬆

**Dahel Reyes** @MrSkinny03 · Jul 28
Replying to @MarvelFlix



💬   ↻   ♡ 4   ⬆

**Fercho** @realfercho6 · Jul 28
Replying to @MarvelFlix

💬   ↻   ♡ 2   ⬆

**Chris** @Cristia30679646 · Jul 28
Replying to @MarvelFlix

GIF  ALT                                             Severance

💬   ↻   ♡   ⬆

**Andrés Bravo.** @sordoparalexer3 · Jul 28
Replying to @MarvelFlix
Con esta pelicula va mezclarse con el ucm? Creo que con las peliculas
animada de Miles Morales eran suficientes y van a pasar a segundo plano.
💬   ↻   ♡   ⬆

**El Glorioso Del Básquet / Agentes Carter ...** @EGDB_Bayqu... · Jul 28
Replying to @MarvelFlix
El Spiderman de miles morales
💬   ↻   ♡   ⬆

**El Glorioso Del Básquet / Agentes Carter ...** @EGDB_Bayqu... · Jul 28
Replying to @EGDB_Basquet and @MarvelFlix
?
💬   ↻   ♡   ⬆

**luis** @luis_11arenas · Jul 28
Replying to @MarvelFlix
@Vazquez2607 ojo
💬   ↻   ♡ 3   ⬆

**David** @Vazquez2607 · Jul 28
Replying to @luis_11arenas and @MarvelFlix
esta pelicula no tiene ni un teaser y cada vez me emociona más
💬   ↻   ♡ 2   ⬆

**AidenDarkseid** @AidenDarkseid · Jul 28
Replying to @MarvelFlix
no pero como tio ben lo veo
💬   ↻   ♡   ⬆

https://twitter.com/BRMarvelNews/status/1551900739333490317    22-cv-08462-DMG-ADS    Document 1-29    Filed 12/30/22    Page 17 of 101    Page ID #:2762



Show additional replies, including those that may contain offensive content    Show





__ https://twitter.com/NGBRSite/status/1583292435744292864 __ et __ 2022-11-19 21:52:43 -08:00



Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Nicholas Galitzine Brasil** 👑 **Fã-clube**
@NGBRSite

⋯

As filmagens de #TheIdeaofYou estão acontecendo em Atlanta, na Georgia, EUA!

Translate Tweet



8:01 PM · Oct 20, 2022 · Twitter Web App

**8** Retweets   **2** Quote Tweets   **91** Likes

💬        🔁        ♡        ⬆️



Tweet your reply

**Reply**

**Lancy The.B** ⭐ **Fan Account** ⭐ @LancyPlena · Oct 21    ⋯
Replying to @NGBRSite
Se a química já tá apenas numa foto imagina o filme🔥

💬        🔁        ♡ 2        ⬆️

**Perkowski Legal P.C.**
@c_perkowski          ⋯

### Relevant people

**Nicholas Galitzine Br…**  **Follow**
@NGBRSite

Fã-site brasileiro dedicado ao ator e cantor inglês Nicholas Galitzine. Fan account - contact us before taking any legal action! Follow Nicholas: @nickgalitzine

### What's happening



Television · 1 hour ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▷ Promoted by Uber

Trending in United States          ⋯
**Blocked**
131K Tweets

Trending in United States          ⋯
**#DreamersbyJungkook**
Trending with #FIFAWorldCup 🏆

Trending in California             ⋯
**#QatarWorldCup2022**
31.9K Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

# Tweet

**Tae12**
@tylere2006

## Madison Beer



2:01 PM · Apr 25, 2020 · Twitter for iPhone

**10** Retweets   **96** Likes

**Tweet your reply**                                    Reply

**Gorgeous Girls** @CelebsPretty · Apr 25, 2020
Replying to @tylere2006
That top in the 2nd pic 😔😔

1   ↺   ♡ 1

**Tae12** @tylere2006 · Apr 25, 2020
Replying to @CelebsPretty
Really brings out the goods

1   ↺   ♡ 1

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

---

🔍 Search Twitter

### Relevant people

**Tae12**
@tylere2006                          Follow
Just a guy tweeting pics of beautiful women

### What's happening

Television · LIVE
**Bachelor in Paradise airing on ABC**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
⏵ Promoted by Avatar

Sports · Trending
**Chase U**
1,379 Tweets

Trending in United States
**RIP Harold**

Bachelor in Paradise · Trending
**#bachelorinparadiseabc** 🌹
Trending with Victoria

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

__ https://twitter.com/ClickySound/status/1190787861148246016 __ at __ 2022-11-20 18:41:07 -08:00 __

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 **Clicky Sound**
@ClickySound
···

clickysound.com/lsquoim-blesse... "I'm feeling great. I'm blessed to be alive, brother."



5:28 PM · Nov 2, 2019 · Clicky Sound

 

 Tweet your reply

Reply

**Relevant people**

 **Clicky Sound**
@ClickySound    Follow
Photography at its Best!

**What's happening**

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony** 

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States    ···
**#twdspoilers**

The Real Housewives of Potomac · Trending    ···
**#RHOP**
Trending with Wendy, Robyn

Trending in California    ···
**Dodger Stadium**
9,366 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**    ···
@c_perkowski

__ https://twitter.com/cravemedia_/status/1396557632085843970 __ al __ 2022-11-20 22:32:12 -08:00 __

← **Tweet**

Q Search Twitter

.
@cravemedia_ ···



1:04 PM · May 23, 2021 · Twitter for iPhone

**12** Retweets  **69** Quote Tweets  **310** Likes

💬  🔁  ♡  ↥

P  Tweet your reply  **Reply**

Filip Mańka | Immersja 🇺🇦 @lysy_z_marvela · May 23, 2021 ···
Replying to @cravemedia_

💬  🔁  ♡ 9  ↥

**Relevant people**

.
@cravemedia_  **Follow**
Media account for @FilmUpdates

**What's happening**

NCAA Men's Basketball · This afternoon
**Seahawks at Pirates**

**#Disenchanted** 👹
Original movie now streaming
▶ Promoted by Disney+

Music · Trending
**#BLACKPINK_WORLDTOUR**
57.7K Tweets  ···

Trending in United States
**UCLA**
13.3K Tweets  ···

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne  ···

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
**Tweet**

https://twitter.com/ThrowbackTaylor/status/1503177776053008384 ___et ___2022-11-22 01:45:14 -08:00

← **Tweet**



🔍 Search Twitter

**Taylor Throwbacks | fan page**
@ThrowbackTaylor                          ⋯

6 years ago, taylor swift arriving at a.o.c. restaurant in beverly hills, california.

march 12, 2016



6:14 PM · Mar 13, 2022 · Twitter for iPhone

**27** Retweets  **4** Quote Tweets  **627** Likes



Tweet your reply                          Reply

Show additional replies, including those that may contain offensive content                    Show

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski                          ⋯

**Relevant people**

**Taylor Throwbacks | f...**
@ThrowbackTaylor                    Follow

daily throwbacks account to show you what dr taylor was up to on this day | fan account :|🧡| taylortbacks@gmail.com for content removals

**What's happening**

NFL · 5 hours ago
**49ers at Cardinals**

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
7,236 Tweets

Trending in United States
**#GMMTV2023**
242K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

# Tweet

**Margvel** 🦋
@_Margvel

🚨 AHORA: Primeras fotos del set de #Loki. Vemos a Tom Hiddleston como el Dios del Engaño, la Time Variance Authority y... ¿Lady Loki? 👀😱

Translate Tweet



7:34 AM · Mar 4, 2020 · Twitter for iPhone

**24** Retweets  **3** Quote Tweets  **175** Likes

Tweet your reply

Reply

**Juampy** 翼ゟ誔 @JuampxDxaz · Mar 4, 2020
Replying to @_Margvel
Loki como John Constantine (?)

1

**Perkowski Legal P.C.**
@c_perkowski

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Search Twitter

## Relevant people

**Margvel** 🦋
@_Margvel                Follow

Humor, información y updates del Universo Marvel | 🦸
contactomargvel@gmail.com |
#SheHulk #IAmGroot

## What's happening

Formula 1 · 5 hours ago
Abu Dhabi Grand Prix 2022



#Disenchanted 🧙‍♀️
Original movie now streaming
📺 Promoted by Disney+

Trending in United States
**Rest In Peace**
50.1K Tweets

Entertainment · Trending
**Morgan Freeman**
191K Tweets

Only on Twitter · Trending
**Rest in Power**
22.6K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

← **Tweet**

**Portal Evansson Brasil**
@prtlevanssonBR

📸 | LINDO!

Chris Evans no set de gravação de 'Red One' hoje (13/10).

Translate Tweet

2:58 PM · Oct 13, 2022 · Twitter for Android

**17** Retweets  **4** Quote Tweets  **173** Likes

Tweet your reply

Reply

## Relevant people

**Portal Evansson Brasil**
@prtlevanssonBR                          Follow

Sua fonte sobre os atores Chris Evans e Scarlett Johansson no Brasil. Ative as notificações! 🔔 | Fan account about Chris Evans and Scarlett Johansson.

## What's happening

FIFA World Cup · 4 hours ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧹
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Rest In Peace**
48.7K Tweets

Entertainment · Trending
**Morgan Freeman**
189K Tweets

Only on Twitter · Trending
**Rest in Power**
21.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet



Perkowski Legal P.C.
@c_perkowski

https://twitter.com/jaymalecelebs/status/1232936367530872832 __ at __ 2022-11-22 17:59:19 -0800




← **Tweet**

**Male Celeb Hotties**
@jaymalecelebs

···

## I'm so horny and alone. Please hurry!



11:51 PM · Feb 26, 2020 · Twitter for Android

**7** Retweets    **1** Quote Tweet    **142** Likes

💬          🔁          ♡          ⬆️

**Tweet your reply**                    Reply

nicholas halsall #sexslingslut @nickhals1982 · Feb 27, 2020
Replying to @jaymalecelebs
Justin BIEBER 🍑🍑🍑🍑🍑🍑

Q Search Twitter

**Relevant people**

**Male Celeb Hotties**
@jaymalecelebs        Follow

Just a bi guy bringing you hot male celeb content to lust over! DM's are always open! Have fun! 😜 18+

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**


#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
▶️ Promoted by Avatar

Trending in United States        ···
**RIP Harold**

Competition shows · Trending        ···
**Devix**
Trending with Kique

Family drama · Trending        ···
**B. Jess**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.        ···
@c_perkowski

← **Tweet**



Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/bestpicofshawn/status/1251515527559815185 __ at __ 2022-11-21 16:40:49 -08:00 __

← **Tweet**



best shawn pics
@bestpicofshawn

⋯



👤 Shawn Mendes and camila

7:18 AM · Apr 18, 2020 · Twitter for Android

115 Retweets    11 Quote Tweets    1,533 Likes

💬            ⟳            ♡            ⬆

P    Tweet your reply                    Reply

Tess @Tess00454762 · Apr 20, 2020    ⋯
Replying to @bestpicofshawn @ShawnMendes and @Camila_Cabello
perfection💕

💬            ⟳            ♡            ⬆

---

🔍 Search Twitter

**Relevant people**

best shawn pics                    Follow
@bestpicofshawn
Things about Shawn Mendes I hope
you enjoyed it. Turn on notf! 🇦🇷
@niahell

Shawn Mendes ✓                    Follow
@ShawnMendes

camila ✓                          Follow
@Camila_Cabello
Sigue bailando. FAMILIA out now

**What's happening**

FIFA World Cup · This morning
England vs Iran                        

Entertainment · Trending            ⋯
**Died Suddenly**
35.5K Tweets

Trending in United States            ⋯
**#JeopardyAmyChat**

Trending in California               ⋯
**TSLA**
24.1K Tweets

Trending in United States            ⋯
**Chrisley**
6,888 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

https://twitter.com/spbamonde/status/1558160460100030519_...20...5_19_55 3856 09.05 Filed 12/30/22 Page 29 of 101 Page ID #2794

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Spider-Man Brasil**
@SpiderManBRA

⚠️ ATENÇÃO AOS RUMORES:

Possíveis papéis de Madame Web:

Sydney Sweeney: Julia Carpenter
Emma Roberts: Mary Parker (Grávida de Peter)
Adam Scott: Tio Ben Jovem
Celeste O'Connor: Martha Franklin (Mulher-Aranha)
Isabella Merced: Anya Corazon
Dakota Johnson: Madame Teia Original



10:19 AM · Aug 12, 2022 · Twitter for Android

23 Retweets    25 Quote Tweets    384 Likes

Tweet your reply    Reply

**Perkowski Legal P.C.**
@c_perkowski

william @mrachellf · Aug 12
Replying to @SpiderManBRA
Mas a Julia Carpenter não é a madame web?

MAIA™️ @maiaoficial · Aug 12
Replying to @SpiderManBRA
Na moral, a principio parece um saco de frutas de tanto personagem. Mas acho que pra entendo do universo do aranha pode vir a fazer sentido no futuro. Openes ver como isso vai se desenrolar, sempre foi um sonho de criança ver um universo compartilhado do Miranha

n y c k @nyclassm_ · Aug 12
Replying to @SpiderManBRA
Pfv que não cancelem esse filme 😔

⚡️Shiryu @shiryu0194580 · Aug 12
Replying to @SpiderManBRA
Eu li numa página que o logan leman vai ser o peter desse filme

Tio Sam @ToSam_66 · Aug 12
Replying to @SpiderManBRA
Sony como sempre entregando o que o público quer ver 💙💙, pode vim origem da mãe do Peter

jão @jogrockaw · Aug 12
Replying to @SpiderManBRA
a sony precisa de um david zaslav pra cancelar alguns projetos

Yurizin @Yurizindatte · Aug 12
Replying to @jogrockaw and @SpiderManBRA
Relaxa o aranhaverso da Sony vai ser um sucesso, já rolou um mini em a sony precisa de um david zaslav pra cancelar alguns projetos

Yurizin @Yurizindatte · Aug 12
Replying to @jogrockaw and @SpiderManBRA
Relaxa o aranhaverso da Sony vai ser um sucesso, já rolou um mini em homem aranha 3 e foi esse estouro

Show replies

Israel Jefté @bcarlefS5 · Aug 12
Replying to @SpiderManBRA
Ouvi falar que tem a ver com o Tobey...E mentira, né ? Pq espero que sim. Único movie universo do miranha que foi bom do começo ao fim|bem, o três tornou uma decisão que não compriet, mas não é o suficiente pra chamar de universo ruim, mas a Sony pode fazer isso, que é o meu medo)

Professor Diego @profdiego11 · Aug 12
Replying to @SpiderManBRA
Martha Franklin, Julia Carpenter, Anya Corazon? Vai ser tipo um Aranhaverso isso?

RUMO AO HEXA SIMBORA 🇧🇷 @amodiamba · Aug 12
Replying to @SpiderManBRA
n é possível

Tobiwa @Tokiewas_ · Aug 12
Replying to @SpiderManBRA
Teorias de que se passa no universo do Tobias

Seria legal se fosse

Pedro Jackson @pedro_jackson · Aug 12
Replying to @bkkwaarc and @SpiderManBRA
Seria horrível

Show replies

Domdomo21🏳️‍🌈🇧🇷 @Joaocacadd21 · Aug 12
Replying to @SpiderManBRA
Cadê o Andrew Garfield? 😭

Bento 10 Omniverse @bitakaman · Aug 12
Replying to @SpiderManBRA
Alguém me explica essa paixão da Sony com os país do Homem-Aranha?

Gabriela2 @Gabriek39 · Aug 12
Replying to @bitakaman and @SpiderManBRA
Mas dessa vez até tem sentido: eles aparecem, diferente do filho do filme da tia may

Daniel 🔥 @Daniel53432151 · Aug 12
Replying to @SpiderManBRA
Se tudo for verdade, o filme vai ser meio que mostrar forças do mal a atacarem o Peter bebê, e esse Peter poderia ser do Raimiverse

Luiz Henrique @LuizHRE6 · Aug 12
Replying to @SpiderManBRA
Quando eu vejo esses rumores me dá uma vontade de insiar gas mostarda

CHINNA @immztChinna · Aug 12
Replying to @SpiderManBRA
Mas qual a pica disso aí? Não entendi até agora

Ace D. Aposentado 🏴‍☠️ @GordiniddelBiela · Aug 12
Replying to @SpiderManBRA
MANO? que tao fazendo meu pai...

Replying to @GordiniddelBiela and @SpiderManBRA
tão fazendo tudo de bom colocando as lendas pra fazer um filme

David @David_Monteiro · Aug 12
Replying to @SpiderManBRA
Acho estranho a Dakota ser a Madame Teia original.

Se ela for isso, então vão mudar o fato da personagem ser cega, até agora a Dakota parece muito mais ser a Julia.

Márcio Souza #MakeTASM3 @MnclzGoo · Aug 12
Replying to @SpiderManBRA
Só falta um filme desmascarado como o Ben e a May criaram o Peter Parker 🤣🤣

@joayngh · Aug 12
Replying to @SpiderManBRA
sydney como julia, sei não vo fica bom viu

Diário de Rorschach @SpiderManBRA · Aug 12
Replying to @SpiderManBRA
Quais as chances de um encontro sexual entre todas as personagens desse filme?

Leojaimes (7-2) 🏴 @leogutss · Aug 12
Replying to @SpiderManBRA
Pow Disney compra a Sony na moral kkkk

key @kaykque_otem · Aug 12
Replying to @leogutss and @SpiderManBRA
Deus me live a disney já tem um monopólio menos uma empresa no mercado e muito ruim

**Relevant people**

**Spider-Man Brasil**    Follow
@SpiderManBRA
Sua maior fonte de notícias sobre o amigão da vizinhança no Brasil. Alive as notificações 🔔 • Fan Account

**What's happening**

NFL · Yesterday
Cowboys at Vikings

Trending in United States
Chrisley
2,634 Tweets

Entertainment · Trending
Julia Fox
6,600 Tweets

Trending in California
Dodger Stadium
12,686 Tweets

Trending in United States
Tampax
19,4K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads Info  More ···
© 2022 Twitter, Inc.



Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/AboutHerOFCL/status/1453791219050500104 __ at __ 2022-11-20 21:38:11 -08:00 __

← **Tweet**

 **About Her** ✓
@AboutHerOFCL

···

Rihanna in a Raf Simons parka. That's all.



11:30 AM · Oct 28, 2021 · Buffer

        ♡    ⬆

P    Tweet your reply    Reply

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Q Search Twitter

**Relevant people**

 **About Her** ✓
@AboutHerOFCL    Follow

Inside untapped territory: Pulling back the curtain on Arab women who are defining cultural trends now.
#AboutHer

**What's happening**

Television · 2 hours ago
**The Walking Dead airing on AMC**


**#Disenchanted** 🧚
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Dodger Stadium**
Trending with  #EltonFarewellTour, Dodger Stadium    ···

Trending in United States
**#AMAs** 🔥
Trending with  soobin, yeonjun    ···

Trending in California
**#TWDFamily**
8,882 Tweets    ···

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

P **Perkowski Legal P.C.** ···
@c_perkowski

— https://twitter.com/postamgzn/status/1401801096440585760 __ at __ 2022-11-22 12:54:17 -08:00

← **Tweet**

 **Posta Magazin**
@PostaMgzn

Angelina Jolie'nin intikam sarısı bit.ly/3cpiWEp



12:20 AM · Jun 7, 2021 · TweetDeck

**1** Retweet    **1** Like

 Tweet your reply                      **Reply**

## Sidebar

Search Twitter

**Relevant people**

 **Posta Magazin**
@PostaMgzn                    **Follow**
Aktif habercilik

**What's happening**

FIFA World Cup · 2 hours ago
**Mexico vs Poland**


**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California
**Mexicans**
17.9K Tweets

 **Perkowski Legal P.C.**
@c_perkowski  ...

### Nav
Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

__ https://twitter.com/beliebinteam/status/1238102519169105920 __ at __ 2022-11-22 15:18:15 -08:00 __

← **Tweet**



**s**
@beliebinteam

···

## he looks so F I N E

7:00 AM · Mar 12, 2020 · Twitter for iPhone

**7** Retweets   **39** Likes

Tweet your reply

Reply

🔍 Search Twitter

### Relevant people



**s**
@beliebinteam

Follow

swap swap swap it out 🍵 | fan account

### What's happening

FIFA World Cup · 5 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🗨️
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Celebrities · Trending   ···
**Chris Evans**
Trending with  Blueface

Entertainment · Trending   ···
**dan howell**

Politics · Trending   ···
**Catturd**
10.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski   ···



← **Tweet**

Home

\# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from a suspended account. Learn more



**Perkowski Legal P.C.**   ...
@c_perkowski

\_\_ https://twitter.com/agfotosevideos/status/1182798310220562437 \_\_ at \_\_ 2022-11-21 04:29:34 -08:00 \_\_

← **Tweet**

**ATENÇÃO GEEK | Mídia**
@agfotosevideos

Fotos dos bastidores #TheSuicideSquad



4:13 PM · Oct 11, 2019 · Twitter for Android

**2** Retweets   **3** Likes

Tweet your reply

Reply

---

🔍 Search Twitter

**Relevant people**



**ATENÇÃO GEEK | Mídia**
@agfotosevideos                    Follow

Conta para fotos e vídeos dos bastidores do mundo do entretenimento. Conta oficial: @atencaogeek

**What's happening**

Sports · LIVE
**2022 FIFA World Cup**

Music · Trending
**Lionel Richie**
4,070 Tweets

Music · Trending
**Kelly Rowland**
20K Tweets

Family & relationships · Trending
**Thanksgiving Day**
11.7K Tweets

Entertainment · Trending
**Disney**
Trending with Iger, Chapek

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
··· More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski ···

__ https://twitter.com/AndyVermaut/status/1428675088916697090 __ at __ 2022-11-22 21:22:22 -08:00 __

← **Tweet**

**Andy Vermaut**
@AndyVermaut

Prince Harry spotted for the first time since daughter Lilibet's birth foxnews.com/entertainment/...



4:07 AM · Aug 20, 2021 · dlvr.it

Tweet your reply

Reply

## Relevant people

**Andy Vermaut**
@AndyVermaut

Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

NBA · LIVE
**Lakers at Suns**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States
**Erection**
14.7K Tweets

Trending in California
**Costco**
5,491 Tweets

Sports · Trending
**SDSU**
1,620 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Search Twitter

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/beliebinteam/status/1343726204218650626 __ at __ 2022-11-21 13:17:08 -08:00

Tweet

s
@beliebinteam                                                    ···

### LOOK AT POP ROYALTY



5:11 PM · Dec 28, 2020 · Twitter for iPhone

**62** Retweets   **7** Quote Tweets   **317** Likes

This Tweet is from a suspended account. Learn more

we fresh  @nutchelll · Dec 28, 2020                             ···
Replying to @teamxceline @teamxceline and @beliebinteam
Don't forget to drink your milk bhie

♡ 2

---

Perkowski Legal P.C.
@c_perkowski                                                   ···

---

🔍 Search Twitter

### Relevant people

s
@beliebinteam                                        [ Follow ]
swap swap swap it out 🍵 | fan
account

### What's happening



FIFA World Cup · LIVE
**USA vs Wales**

Entertainment · Trending                                       ···
**julia fox**
6,855 Tweets

Trending in United States                                      ···
**#USMNT**🇺🇸
Trending with Wales, #FIFAWorldCup 🏆

Trending in United States                                      ···
**Acosta**
12.3K Tweets

Trending in United States                                      ···
**Colorado Springs**
445K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



__ https://twitter.com/filmnewsPL/status/1514302678800769033 __ at __ 2022-11-21 01:47:28 -08:00 __

← **Tweet**

 **Film News**
@filmnewsPL

···

Robert Downey Jr. i Cillian Murphy na planie filmu
#Oppenheimer Christophera Nolana



11:01 AM · Apr 13, 2022 · Twitter for Android

41 Likes



 Tweet your reply

Reply

## Relevant people

 **Film News**
@filmnewsPL                  Follow

🎬 najnowsze wiadomości filmowe -
kino polskie i zagraniczne, popularne i
niezależne 🎞 kontakt:
filmnewspl@gmail.com

## What's happening

NCAA Men's Basketball · This morning
**Cavaliers at Fighting Illini**                

Trending in United States                ···
**Bob Iger**
Trending with Disney, Chapek

Trending in United States                ···
**#AMAs** 🎤
Trending with sabrina

Music · Trending                ···
**Kelly Rowland**
Trending with Chris Brown

Trending in United States                ···
**#乐鱼体育**
230K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**    ···
@c_perkowski



__ https://twitter.com/beliebinteam/status/1233073300114460673 __ at __ 2022-11-22 17:39:50 -08:00 __

← Tweet



s
@beliebinteam                                                    ...

# FUCK ME UP RIGHT NOW



8:55 AM · Feb 27, 2020 · Twitter for iPhone

**9** Retweets   **1** Quote Tweet   **30** Likes

💬          🔁          ♡          ⬆️

  Tweet your reply                    Reply

---

Q Search Twitter

## Relevant people

  s                                Follow
@beliebinteam
swap swap swap it out 🥛 | fan
account

## What's happening

FIFA World Cup · This morning
**Mexico vs Poland**                    

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
📺 Promoted by Avatar

Trending in United States                    ...
**RIP Harold**
Trending with  TO BE CLEAR

Entertainment · Trending                    ...
**Jane Lynch**

Trending in United States                    ...
**#BlackInkCrew**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🐦

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

P  **Perkowski Legal P.C.**    ...
@c_perkowski

__ https://twitter.com/_Margvel/status/1195107787241664513 __ at __ 2022-11-21 16:15:55 -08:00 __

← **Tweet**

 **Margvel** 🐾
@_Margvel                                      ···

Fotos reveladas de Sebastian Stan como Bucky en el set de Falcon and The Winter Soldier!



2:34 PM · Nov 14, 2019 · Twitter for iPhone

**3** Retweets  **4** Quote Tweets  **54** Likes

 Tweet your reply                              Reply

## Relevant people

 **Margvel** 🐾
@_Margvel                                      Follow

Humor, información y updates del Universo Marvel | 🏆 contactomargvel@gmail.com | #SheHulk #IAmGroot

## What's happening

FIFA World Cup · This morning
**England vs Iran**



Trending in California
**TSLA**
23.6K Tweets                                    ···

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,553 Tweets                                    ···

Trending in California
**Dodger Stadium**
12.1K Tweets                                    ···

Sports · Trending
**Gerrit Cole**
Trending with Alek Manoah                        ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Q Search Twitter

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski                                    ···

__ https://twitter.com/AndresJovannyMa/status/1550082009906413828 __ at __ 2022-11-19 21:26:16 -08:00 __

← **Tweet**

 **ANDY JONNY**
@AndresJovannyMa  ···

💥Hoy vamos a tener el primer tráiler de #Shazam 🔨 #FuryoftheGods 🔨 en el el panel de #DC en la #SDCC

Translate Tweet



9:37 AM · Jul 23, 2022 · Twitter for Android

 Tweet your reply                    Reply

**Search Twitter**

## Relevant people

 **ANDY JONNY**
@AndresJovannyMa            Follow

EL PENSAR Y EXPRESAR 💙🩷 Tengo un canal en YouTube ▶️ ANDY JONNY 😁

## What's happening

Television · 1 hour ago
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve

### Navigation
Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

 Perkowski Legal P.C.
@c_perkowski  ···

← Tweet



**Geek509_**
@Geek509_                                      · · ·

Premier aperçu de Dakota Johnson sur le tournage de Madame Web du Sony's Spiderman Universe. Le film devrait sortir avant octobre 2023.
#dakotajohnson #madameweb #spiderman #sonypictures #geek509

Translate Tweet




9:42 AM · Jul 27, 2022 · Twitter for iPhone

**2** Retweets  **7** Likes

💬        🔁        ♡        ⬆️

  Tweet your reply                      Reply

---

## Search Twitter

**Relevant people**

  **Geek509_**
@Geek509_                                    Follow

L'actu cinéma🎬, series📺, gaming🎮, pop culture!

**What's happening**

NBA · Starts at 7:30 PM
**Jazz at Clippers**




Entertainment · Trending                      · · ·
**Died Suddenly**
49.7K Tweets

Sports · Trending                             · · ·
**Lane**
Trending with Auburn

Trending in United States                     · · ·
**Tampax**
33.1K Tweets

Sports · Trending                             · · ·
**Grupo Firme**
3,877 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

---



**Perkowski Legal P.C.**  · · ·
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

__ https://twitter.com/1dinsidereport/status/1174902639219204098 __ at __ 2022-11-21 14:00:01 -08:00 __



**Tweet**

**1DIR**
@1DInsideReport

Harry meeting fans in LA!




9:26 PM · Sep 19, 2019 · Twitter for Android

**5** Retweets   **27** Likes

  

Tweet your reply

Reply

## Relevant people

 **1DIR**
@1DInsideReport                    Follow

Giving you latest news and updates everything about 1D & solos! (EST. 2012) Credits to the owners of the content we post. Inquiries: onedinside_report@yahoo.com

## What's happening

FIFA World Cup · 28 minutes ago
**USA vs Wales**


Entertainment · Trending
**#Blade**
Trending with Lovecraft Country, Yann Demange

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,001 Tweets

Trending in United States
**Zimmerman**
16.7K Tweets

Trending in United States
**Trent Reznor**
7,214 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Search Twitter

**Perkowski Legal P.C.**
@c_perkowski

— https://twitter.com/dakotainarabic/status/1578780300909355010 __ at __2022-11-19 23:41:17 -08:00 __

← **Tweet**

**Dakota Johnson | داكوتا جونسون بالعربي**
@dakotainarabic

···

جديد: داكوتا في موقع تصوير فيلم "Madame Web" في بوسطن امس 📸

#DakotaJohnson



👤 Dakota Johnson Portugal

9:12 AM · Oct 8, 2022 · Twitter for iPhone

**2** Retweets   **9** Likes

💬            ⇄            ♡            ⬆️

Ⓟ   Tweet your reply                    **Reply**

## Search Twitter

### Relevant people

**داكوتا جونسون بالعربي |...**
@dakotainarabic          **Follow**

المصدر العربي الأول لأخبار وتحديثات داكوتا جونسون 🆕 The First Arabic Source For Dakota Johnson's News & Updates 🆕 انستقرام 📸@dakotainarabic

**Dakota Johnson P...** ✓
@dakotajohnsonpt          **Follow**

A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📸: @DJPTMidias | Fã-Clube.

### What's happening

Television · 3 hours ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
📷 Promoted by Uber

Politics · Trending          ···
**HE'S BACK**
156K Tweets

Sports · Trending          ···
**Chip Kelly**
1,080 Tweets

Sports · Trending          ···
**Saraya**
25.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.


**Perkowski Legal P.C.**          ···
@c_perkowski

https://twitter.com/StripMarvel/status/1308027919550299077 _al _ 2022-11-21 02:16:36 -08:00
Document 1-29    Filed 12/30/22    Page 47 of 101    Page ID
#2812

**Dani Lagi ⚡ Strip Marvel**
@StripMarvel

Feliz con la vuelta de los rodajes Marvel. Espero que lo puedan grabar todo sin problemas. ❤️

Translate Tweet



11:48 AM · Sep 26, 2020 · Twitter for iPhone

**52** Retweets  **1** Quote Tweet  **795** Likes

Tweet your reply                                    Reply

**Tarregot** @Tarregot · Sep 26, 2020
Replying to @StripMarvel
Pues vaya máscara que le han puesto al personaje
Le iba mejor con Hydra 😂

**Francisco Zarzoso** @FranZarzoso · Sep 26, 2020
Replying to @StripMarvel
BUCKYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYY
YYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYY
YYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYY
YYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYY

**Hannibal Mora** @Hannibal_Mora · Sep 27, 2020
Replying to @StripMarvel
Espero que hagan lo mismo con Los 4 Fantásticos, en cuanto hayan elegido el reparto adecuado y tengan el guión listo.
No hace falta que te diga que son mis favoritos jejejeje

**Jesus Enrique #BlackPantherWakan...** @JesusEn32... · Sep 26, 2020
Replying to @StripMarvel
Bucky como Winter Soldier se ve bien macizo

**joserodriguezzvk** @JoseMREvk94 · Sep 26, 2020
Replying to @StripMarvel
Yo lo seguire diciendo este tio es el hijo secreto de mark hamill que bien quedaria haciendo de luke de joven en la serie de obi wan

**Teo Tormo** @selectormusical · Sep 28, 2020
Replying to @StripMarvel
Joder como mola el brazo wakandiano con la chupa de cuero

**ELKM Comics** @Leandro99302125 · Sep 26, 2020
Replying to @StripMarvel
Esty contando los minutos para ver esa serie!!

**Pablo Arrieta** @Arrieta_007 · Sep 26, 2020
Replying to @StripMarvel
Después de tanto silencio los proyectos de Marvel Studios resurgen de las cenizas.
#MarvelStudios #MarvelSeries

**Lobohombre en Madrid** @Oubeador · Sep 26, 2020
Replying to @StripMarvel
Me gusta la nueva máscara de Bucky. El hot toy va a estar interesante.

**Relevant people**
**Dani Lagi ⚡ Strip Ma...** @StripMarvel    Follow


**What's happening**
NFL · Yesterday
Bengals at Steelers

Trending in California
#sacramentoproud
Trending in United States
#AMAs😊
Trending in United States
#TheWalkingDead
Bob Iger
Show more



← **Tweet**

 Search Twitter

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

 **YUCATAN AL MINUTO**
@YUCATANALMINUTO                                  ...

## JLo y Ben Affleck comparten romántico beso
ow.ly/3jLc50FaaFB

Translate Tweet



8:01 AM · Jun 15, 2021 · Hootsuite Inc.

**1** Quote Tweet    **3** Likes

 Tweet your reply

Reply

### Relevant people

 **YUCATAN AL MINUTO**     Follow
@YUCATANALMINUTO

Yucatán al Minuto es un medio de comunicación que produce contenido informativo y material audiovisual con formatos propios en Mérida, Yucatán.

### What's happening

FIFA World Cup · 1 hour ago
**Mexico vs Poland**



**#AvatarTheWayOfWater**
Get tickets now - In theaters December 16
🎬 Promoted by Avatar

Betty White · Trending          ...
**Betty White**
1,660 Tweets

Trending in California          ...
**Mexicans**
14.4K Tweets

Trending in United States       ...
**Chicharito**
5,043 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**     ...
@c_perkowski

__ https://twitter.com/girlfromaspen/status/1552852348441874182 __ at __ 2022-11-20 23:28:03 -08:00

# Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

**Tweet**

⟲ Kate Retweeted

**About Her** ✓
@AboutHerOFCL

Dakota Johnson spotted on set of #MadameWeb 🕷️ 🕸️



11:30 AM · Jul 28, 2022 · Buffer

**9** Retweets   **65** Likes

Tweet your reply

Reply

**Relevant people**

Kate
@girlfromaspen      Follow

I dislike negativity so unless I follow you, your replies aren't welcome on my tweets.

About Her ✓
@AboutHerOFCL      Follow

Inside untapped territory: Pulling back the curtain on Arab women who are defining cultural trends now.
#AboutHer

**What's happening**

NBA · 2 hours ago
Spurs at Lakers

#Disenchanted 🤬
Original movie now streaming
▶ Promoted by Disney+

Music · Trending
#DavidoAt30
54.4K Tweets

Trending in United States
Maher
22K Tweets

Trending in United States
#AMAs 🎶
Trending with soobin, yeonjun

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

__ https://twitter.com/altapeli/status/1492244187189764099 __ at __ 2022-11-19 19:00:59 -08:00 __

← Tweet

 AP ✔
@altapeli

···

Al Pacino bailando por las calles de Beverly Hills. Ese es el tweet.




1:08 PM · Feb 11, 2022 · Twitter Web App

**38** Retweets   **11** Quote Tweets   **253** Likes

                    

 Tweet your reply                    Reply

## Relevant people

 AP ✔                    Follow
@altapeli

Cuenta oficial de AltaPeli.com - Cine / Series / Críticas / Noticias / Videojuegos

## What's happening

Television · Starts at 7:00 PM
**Saturday Night Live airing on NBC**


**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**HE'S BACK**
120K Tweets

Entertainment · Trending
**Die Hard**
7,486 Tweets

Sports · Trending
**#AEWFullGear**
90.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

Perkowski Legal P.C.
@c_perkowski



__ https://twitter.com/Dakotacandids/status/1551881058030701058 __ at __ 2022-11-20 10:20:10 -08:00 __

← Tweet

Search Twitter



**Dakotacandids**
@Dakotacandids

···

20.07 l Novas fotos da Dakota no set de 'Madame Web' em Boston, Massachusetts #DakotaJohnson (3)



3:44 AM · Jul 26, 2022 · Twitter Web App

**5** Retweets    **1** Quote Tweet    **28** Likes

 Tweet your reply

Reply

## Relevant people

**Dakotacandids**
@Dakotacandids

Follow

Neste perfil irei postar somente candids de Dakota Johnson. Para mais info, fotos e vídeos me sigam na conta principal: @Dakotashades l Fan Account

## What's happening

**Television · Last night**
**Saturday Night Live airing on NBC**



**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

**Only on Twitter · Trending**
**Rest in Power**
12.7K Tweets

···

**Entertainment · Trending**
**Morgan Freeman**
167K Tweets

···

**Trending in California**
**Shakira**
104K Tweets

···

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**    ···
@c_perkowski

Home
Explore
Notifications 1
Messages
Bookmarks
Lists
Profile
More

**Tweet**



— https://twitter.com/ThisIsMax/status/1401183492378083328 __ at __ 2022-11-22 11:51:47 -08:00 __

← **Tweet**



**MAX** ✓
@ThisIsMax

···

The days ya call ahead and let the gals know black and leather tonight 😛



7:25 AM · Jun 5, 2021 · Twitter for iPhone

**2** Likes


Tweet your reply

Reply

---

Q Search Twitter

### Relevant people

 **MAX** ✓
@ThisIsMax

Follow

Presenter/Producer 💃 Eyes on the prize Violet! 🤪 contact : Management@FlipYourWig.net

### What's happening

FIFA World Cup · 1 hour ago
**Mexico vs Poland**



---

Home

Explore

Notifications ①

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 Perkowski Legal P.C. ···
@c_perkowski

← Tweet



🫧🫧
@filmsbydelrey

⋯

Pensando...




12:44 PM · May 31, 2021 · Twitter for Android

**2** Retweets   **1** Quote Tweet   **19** Likes




Tweet your reply

Reply

## Search Twitter

### Relevant people



🫧🫧
@filmsbydelrey
multifandom ✧*。

Follow

### What's happening

NFL · 1 hour ago
**Browns at Bills**



**#Disenchanted** 👸
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
59.1K Tweets

⋯

Trending in United States
**#FIFAWorldCup** 🏆
Trending with #AMAs 🔥

⋯

Trending in United States
**Oregon**
Trending with Utah

⋯

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

← **Thread**

**Bishop**
@BlindWanda

Hailee Steinfeld On the Set of Hawkeye in Atlanta 20-02-2021

#Hawkeye #Marvel #DisneyPlus

1/2



5:34 PM · Feb 20, 2021 · Twitter Web App

**142** Retweets  **36** Quote Tweets  **637** Likes

Tweet your reply                                    Reply

**Bishop** @BlindWanda · Feb 20, 2021
Replying to @BlindWanda
Hailee Steinfeld On the Set of Hawkeye in Atlanta 20-02-2021

#Hawkeye #Marvel #DisneyPlus

2/2

♡ 2    ⟲ 70    ♡ 213

**purevibe.belle** @PurevibeSGBelle · Feb 21, 2021
Replying to @BlindWanda and @CreamOrScream
Can't wait to see the quantum energy & super human skills on the live action series. #katebishop #MarvelAvengers #game #takingAIM

♡ 1    ⟲ 1    ♡ 4

**NinjaRivs** @NinjaRivs · Feb 21, 2021
Replying to @PurevibeSGBelle and @CreamOrScream
Ooh!!! The anticipation's killing me!!

**JimmyJam** @Jimmyham · Feb 20, 2021
Replying to @BlindWanda @CreamOrScream and @EternalsTalks
There's our queen 😍

♡ 2

🥰👤 @adoreeflorence · Feb 21, 2021
Replying to @BlindWanda and @CreamOrScream
omg finally

Show more replies

---

**Perkowski Legal P.C.**
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

**Bishop**
@BlindWanda                 Follow
Lover of Marvel, DC, Star Wars, Comics, Hailee Steinfeld, BLACKPINK, and many other things 🕷

**What's happening**

Television · Yesterday
**The Walking Dead airing on AMC**

Trending in United States
**Bob Iger**
Trending with Disney, Chapek

Trending in United States
**Iran**
Trending with England, Wales

Trending in United States
**Defunctland**
5,036 Tweets

Trending in United States
**Schiff**
53.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

https://twitter.com/stranwberryes/status/1515800316809199622__et__2022-11-21 23:10:52 -08:00

Case 2-22-cv-09462-DMG-ADS   Document 1-29   Filed 12/30/22   Page 57 of 101   Page ID #:2822

← **Tweet**



Q Search Twitter

🏠 **Home**

# **Explore**

🔔 **Notifications**

✉ **Messages**

🔖 **Bookmarks**

🗐 **Lists**

👤 **Profile**

⊙ **More**

**Tweet**

**aly**
@stranwberryes

a mami super requisitada




2:12 PM · Apr 17, 2022 · Twitter for Android

**4** Retweets   **1** Quote Tweet   **118** Likes

💬          ⇄          ♡          ⬆

P   Tweet your reply                    **Reply**

**yas** @gabs_massutra · Apr 17
Replying to @stranwberryes
KKKKKKKKKK ela eh mt boazuda

💬          ⇄          ♡          ⬆

**Bruna** 💔 @Bruzny · Apr 17
Replying to @stranwberryes
Aí gente eu amo essa mulher 🥰

💬          ⇄          ♡          ⬆

**tamires •El Que Espera // Fan account** @serimatnou · Apr 17
Replying to @stranwberryes
kkkkk

💬          ⇄          ♡          ⬆

**Relevant people**



**aly**
@stranwberryes
**Follow**
comento sobre a vida dos outros

**What's happening**

NFL · 2 hours ago
**49ers at Cardinals**



Entertainment · Trending
**Died Suddenly**
71K Tweets

Trending in California
**Mexicans**
6,358 Tweets

Sports · Trending
**NCAA 14**

Entertainment · Trending
**Sinbad**
8,502 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.


Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/BookingFreetime/status/1561303278356422857 __ at __ 2022-11-20 20:31:45 -08:00 __



← **Tweet**

🔍 Search Twitter

**Freetime**
@BookingFreetime          ···

Félicitations à Jennifer Lopez et Ben Affleck qui sont remariés. 💍

Translate Tweet




3:44 AM · Aug 21, 2022 · Twitter for Android

**2** Retweets  **1** Like

💬          ⟲          ♡          ⬆

🅿  Tweet your reply                          Reply

## Relevant people

**Freetime**
@BookingFreetime          Follow

Freetime est une page d'information du cinéma, du divertissement, des séries et plateformes de streaming du moment et à venir.

## What's happening

NCAA Men's Basketball · Earlier today
**Explorers at Hoyas**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
💠 Promoted by Disney+

Music · Trending          ···
**Kelly Rowland**
10.4K Tweets

Trending in United States          ···
**Bob Iger**
Trending with Chapek, Disney

Trending in United States          ···
**#AMAs** 💄
Trending with soobin, yeonjun

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

## Sidebar

🏠 Home
#️⃣ Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
📑 Lists
👤 Profile
⋯ More

**Tweet**

🅿 **Perkowski Legal P.C.**
@c_perkowski

— https://twitter.com/filmsbymeche/status/1552376219546566656 — at — 2022-11-20 17:33:58 -08:00 —

← **Tweet**



⬜⬜
@filmsbydelrey

···

## will be watching madame web for dakota johnson only



12:31 PM · Jul 27, 2022 · Twitter for Android

**6** Retweets   **44** Likes

P  Tweet your reply                    Reply

## Search Twitter

### Relevant people



⬜⬜                                    Follow
@filmsbydelrey
multifandom ✧✦.

### What's happening



NFL · 48 minutes ago
**Bengals at Steelers**

**#Disenchanted** 🧚
Original movie now streaming
▶ Promoted by Disney+

Trending in United States          ···
**Machine Gun Kelly**
1,509 Tweets

Trending in United States          ···
**Dove Cameron**
4,834 Tweets

Trending in United States          ···
**Utah**
Trending with Oregon

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**  ···
@c_perkowski



← **Tweet**

**Linda Ikeji**
@lindaikeji                                      •••

Rapper, Doja Cat flashes her underwear as she's seen in public for first time since shaving her head and eyebrows (photos)
lindaikejisblog.com/2022/8/rapper-...



4:51 AM · Aug 18, 2022 · LIB App

**1** Retweet  **6** Likes

Tweet your reply                                 Reply

**Perkowski Legal P.C.**
@c_perkowski                  •••

**tayo adelagun** @tayo_adelagun · Aug 18    •••
Replying to @lindaikeji
Disgusting

### Relevant people

**Linda Ikeji**                              
@lindaikeji
Blogger. CEO, LindaIkejiTV

### What's happening

NCAA Men's Basketball · Yesterday
**Delta Devils at Tigers**

Entertainment · Trending
**Died Suddenly**
38.3K Tweets

Only on Twitter · Trending
**#pcxqc**
2,126 Tweets

Trending in United States
**#ThingsIWouldTellMyYoungerSelf**

All American · Trending
**#AllAmerican**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More •••
© 2022 Twitter, Inc.

https://twitter.com/mimreynoble/status/1392235197587999500536_... pa_...2022-7-12 12:18:25 -08:00

This Tweet is from a suspended account. Learn more

**Sergio Muñoz Esquer** @ElSergioMunoz · May 12, 2021 · · ·
Replying to @MirreyNoble
@lufsa_ferperez

**Elizabeth Pears** @Ely_Pears · May 11, 2021 · · ·
Replying to @MirreyNoble
@forzamaik es real?

1            1

**Miguel Pérez** @forzamaik · May 11, 2021 · · ·
Replying to @Ely_Pears and @MirreyNoble
Es el es Batman que esperabas ? 🦇😂

1            1

**mimisiana** @mimisiana · May 11, 2021 · · ·
Replying to @MirreyNoble
@AdieGonzalez pura gente pendeja hace eso 😂😂😂

2

**Sethguin** @SethguinO · May 11, 2021 · · ·
Replying to @MirreyNoble
@diegogabriel:) aprende hijltooo

**🌺** @unatalnani_ · May 11, 2021 · · ·
Replying to @MirreyNoble
@_paolimeow

**Lilypad** @_paolimeow · May 11, 2021 · · ·
Replying to @unatalnani_, @AndreaSigenza1 and @MirreyNoble
Idola

2

**Guarro pelón** @DeformeFeo · May 11, 2021 · · ·
Replying to @MirreyNoble and @FinalInesperad0
¿No le gustó el clásico?

**-M.** @MariaBurruel · May 11, 2021 · · ·
Replying to @MirreyNoble
Bichota.

1

**Gabs** @anagaby_19 · May 11, 2021 · · ·
Replying to @MirreyNoble



1

**Sethguin** @SethguinO · May 12, 2021 · · ·
Replying to @MirreyNoble
@DariliPezo así como iLo

1            1

**Anémona anónima** @DariliPezo · May 12, 2021 · · ·
Replying to @SethguinO and @MirreyNoble
Expectativas

**Ximena Ruiz** @ximeenaruiz · May 12, 2021 · · ·
Replying to @MirreyNoble
JAJAJA @lulishugoe_

1

**aida** @aidasotoo · May 12, 2021 · · ·
Replying to @MirreyNoble
@valeriafloresm_ JAJAJAJAJ KIEN

**Mocatriz** @perdonasoyrubia · May 11, 2021 · · ·
Replying to @MirreyNoble
¿Y el anillo pa' cuándo?

1

**Marisol Felix** @yosoylaguerramkt · May 12, 2021 · · ·
Replying to @MirreyNoble
Así debe de ser!! Sin importar el que dirán... rapidito! No que yo le sigo
llorando al mismo de hace años y él ya hasta se casó y tiene un bebé...
Vergüenza me debería de dar. 😖

2

**Clemecarmonababy** @Clemecarmonabat · May 11, 2021 · · ·
Replying to @MirreyNoble and @Nactoxica
Así debe ser! 🙌🏻

**rousse** @roscareyes · May 11, 2021 · · ·
Replying to @MirreyNoble
👏👏👏👏👏👏

**vivian** @VivianMarquezR_ · May 11, 2021 · · ·
Replying to @MirreyNoble
@kisetsanchez jajajajajajaja igualita

This Tweet was deleted by the Tweet author. Learn more

Show replies

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more

**Jufs** @juulssssssss · May 11, 2021 · · ·
Replying to @JF_amanda5G and @MirreyNoble
Jajajajaja wey si me la volé, todavía el jueves le estábamos chillando al
gañán mayor 😂😂😂😂

https://twitter.com/creamorscream/status/1363494587143237632 __ el __ 2022-11-20 14:57:14 -08:00 __

← **Tweet**

**Bishop**
@BlindWanda                                                                    ···

A close look at the arrowheads that Kate bishop uses in Hawkeye

#Hawkeye #Marvel #Disneyplus



👤 Hailee Steinfeld and 2 others

6:23 AM · Feb 21, 2021 · Twitter Web App

**44** Retweets   **4** Quote Tweets   **372** Likes

💬   🔁   ♡   ⬆️

Ⓟ  Tweet your reply                                    Reply

**purevibe.belle** @PurevibeSGBelle · Feb 21, 2021
Replying to @BlindWanda @CreamOrScream and 3 others
Excited to see the complete hawkeye arsenal in live action 😍🏹 the quantum energy too. 💥

💬 1        🔁        ♡ 14        ⬆️

**larry baker** @bakerlarry84 · Feb 21, 2021
Replying to @BlindWanda @CreamOrScream and 3 others
NICE
💬        🔁 1        ♡        ⬆️

## Relevant people

**Bishop** ✓
@BlindWanda                                    Follow
Lover of Marvel, DC, Star Wars, Comics, Hailee Steinfeld, BLACKPINK, and many other things 🕊️

**Hailee Steinfeld** ✓
@HaileeSteinfeld                               Follow
haileesteinfeld.lnk.to/coast

**Marvel Studios** ✓
@MarvelStudios                                 Follow
Marvel Studios' Black Panther: Wakanda Forever, now playing only in theaters. Get tickets now ▶️

## What's happening

NFL · 1 hour ago
**Browns at Bills**



**#Disenchanted** 🪄
Original movie now streaming
📺 Promoted by Disney+

Trending in California
**Rest In Peace**
59.2K Tweets

Trending in United States
**#FIFAWorldCup** 🏆
Trending with #AMAs 🏆

Trending in United States
**LGBTQ**
Trending with Colorado Springs, AR-15

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



### Left sidebar
🐦
🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski                                ···

https://twitter.com/noticias24/status/1227988967699889473 __ at __ 2022-11-22 18:59:05 -08:00 __

← **Tweet**



**Noticias 24**
@noticias24

...

**Relevant people**

 **Noticias 24**
@noticias24                **Follow**

Noticias de Venezuela, Latinoamerica
y el mundo

**#13Feb** | La cantante estadounidense Miley Cyrus compartió una foto que le tomaron los paparazzi en su cuenta de Instagram en la que dejó ver su pezón sin temor a Dios.

Translate Tweet



8:12 AM · Feb 13, 2020 · TweetDeck

**1** Quote Tweet   **9** Likes



**What's happening**

NBA · LIVE
**Nets at 76ers**



**#AvatarTheWayOfWater** 
Get tickets now - In theaters December 16
▶ Promoted by Avatar

**Perkowski Legal P.C.** ...
@c_perkowski

 Tweet your reply          **Reply**

__ https://twitter.com/cravemedia_/status/1431028909294997506 __ at __ 2022-11-20 16:36:57 -08:00 __



Perkowski Legal P.C.
@c_perkowski

← **Thread**

Q Search Twitter

**s**
@beliebinteam

···

# i know he's married and all but



7:21 PM · Sep 18, 2020 · Twitter for iPhone

**32** Retweets  **4** Quote Tweets  **224** Likes

💬  ⟲  ♡  ↑

 Tweet your reply

Reply

**Relevant people**

**s**
@beliebinteam
Follow

swap swap swap it out 🧢 | fan account

**What's happening**

NFL · 1 hour ago
**Chiefs at Chargers**

**#Disenchanted** 👹
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Dodger Stadium**
11.4K Tweets

Trending in California
**#BLACKPINK**
179K Tweets

Trending in United States
**#AMAs** 🌹
Trending with soobin, yeonjun

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

**Tweet**

RRNO1
@RRNO110                                                    ...

### Bella Thorne



4:11 AM · Apr 6, 2021 · Twitter for iPhone

**3** Retweets   **25** Likes

Tweet your reply                                          Reply

Ally Ed @AllyEdbackup1 · Apr 6, 2021                       ...
Replying to @RRNO110
Looks gorgeous in tights ❤️❤️❤️

---

Search Twitter

**Relevant people**

RRNO1                                          Follow
@RRNO110
I'm a guy that love celebs and
beautiful amateurs. DO NOT tag me in
with celebs or it's an instant block.
Happy to promote amateurs with their
content

**What's happening**

Television · LIVE
**Bachelor in Paradise airing on
ABC**

Trending in United States                          ...
**Died Suddenly**
43.5K Tweets

Entertainment · Trending                          ...
**#DWTSFinale** 🤯
Trending with Charli, Shangela

Trending in California                            ...
**Dodger Stadium**
12K Tweets

Trending in United States                         ...
**Tampax**
28.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← **Tweet**

**g3 san diego**
@g3cafe

Billionaire Kanye West celebrates his birthday with supermodel Irina Shayk in France. They are officially dating.

Bye Kim.

#WhatsTheG



12:54 AM · Jun 10, 2021 · Twitter for iPhone

**8** Likes

Tweet your reply

Reply

**Q** Search Twitter

**Relevant people**

**g3 san diego**     Follow
@g3cafe

Filipina Writer, #ByG3 ✍️ Host, #LiveWithG3 🔊 Columnist, #RatedG3 💻 Editor, Mega Entertainment 📙 Entertainment Journalist Entrepreneur, #FarmToFork

**What's happening**

FIFA World Cup · 2 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🧑
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Entertainment · Trending
**Tarantino**
Trending with Scorsese, Anthony Mackie

Trending in California
**LAPD**
11.7K Tweets

Trending in California
**Mexicans**
17.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

— https://twitter.com/thai_superhero/status/1206783877176822912 __ et __ 2022-11-21 16:57:28 -08:00



← **Thread**


Search Twitter

สมาคม Superhero
@Thai_SuperHero
···

**ภาพแรกของ Wanda Maximoff จากกองถ่ายซีรีส์ WandaVision !**

7:51 PM · Dec 16, 2019 · Twitter Web App

**1,311** Retweets  **4** Quote Tweets  **385** Likes

### Relevant people


สมาคม Superhero
@Thai_SuperHero                                    **Follow**

สมาคมของกลุ่มบุคคลผู้ขึ้นชอบซุปเปอร์ ฮีโร่ในประเทศไทย // Twitter อย่างเป็น ทางการของ 'สมาคมผู้คลั่งไคล้ SuperHero' *ถามข้อมูลหนัง/Comic ต่างๆ ใน DM ได้เลยจ้า*

### What's happening

FIFA World Cup · This morning

**England vs Iran**

Entertainment · Trending                          ···
**Died Suddenly**
37.5K Tweets

Trending in United States                          ···
**Vasy**
1,250 Tweets

Trending in United States                          ···
**House of the Rising Sun**

Trending in United States                          ···
**Tampax**
24.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply                                    Reply

สมาคม Superhero @Thai_SuperHero · Dec 16, 2019   ···
Replying to @Thai_SuperHero
และภาพแรกของ Monica Rambeau ลูกสาวของ Maria Rambeau จาก Captain Marvel !

ที่สำคัญคือเราได้เห็นเจ้าหน้าที่จากหน่วย S.W.O.R.D หน่วยปกป้องโลกจากภัย คุกคามต่างดาวที่มาคู่กับหน่วย S.H.I.E.L.D นั่นเอง ซึ่งหน่วยตามจะมามีบทบาทยังไง ก็วันนี้คงต้องรอดู !




Perkowski Legal P.C.                               ···
@c_perkowski

💬        🔁 133        ♡ 30        ⬆

https://twitter.com/jaymalecelebs/status/1373190413465587235 __ et __ 2022-11-21 01:54:24 -08:00

← **Tweet**



**Male Celeb Hotties**
@jaymalecelebs · · ·

## One dick appointment you ain't gonna miss! 😌




1:31 AM · Mar 20, 2021 · Twitter for Android

**90** Retweets   **1** Quote Tweet   **851** Likes

💬          🔁          ♡          ⬆️

🅿️   Tweet your reply                    Reply

**Lane Hollifield** @HollifieldLane · Mar 20, 2021   · · ·
Replying to @jaymalecelebs
Who is this???

💬 1        🔁        ♡ 1        ⬆️

🅿️ **Perkowski Legal P.C.**   · · ·
@c_perkowski

---

🔍 Search Twitter

### Relevant people



**Male Celeb Hotties**    Follow
@jaymalecelebs
Just a bi guy bringing you hot male celeb content to lust over! DM's are always open! Have fun! 😜 18+

### What's happening

NCAA Men's Basketball · This morning
**Cavaliers at Fighting Illini**

Music · Trending                    · · ·
**Lionel Richie**
3,690 Tweets

Trending in United States          · · ·
**Maher**
22.1K Tweets

Trending in United States          · · ·
**Bob Iger**
Trending with Disney, Chapek

Music · Trending                    · · ·
**Kelly Rowland**
Trending with Chris Brown

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**



←  Thread



You're unable to view this Tweet because this account owner limits who can view their Tweets.

__ https://twitter.com/filmsteria/status/1350666531043209223 __ at __ 2022-11-21 11:13:46 -08:00 __
Case 2:22-cv-09462-DMG-ADS    Document 1-29    Filed 12/30/22    Page 73 of 101    Page ID #:2838



**Filmsteria!**
@Filmsteria

Primeras fotos en el set de #SpiderMan3, o como sea que se vaya a llamar la película.
Translate Tweet



8:49 PM · Jan 16, 2021 · Twitter for Android

**4** Retweets   **21** Likes

Tweet your reply                                    Reply

**V.** @CumberGallagher · Jan 16, 2021
Replying to @Filmsteria
🤔🤔🤔🤔

**David Lara** 🎬 @hdma0415 · Jan 16, 2021
Replying to @Filmsteria
Para seguir con lo de "Home" digo que se llame #StayHome

**Relevant people**



**Filmsteria!**                        Follow
@Filmsteria
El podcast oficial de los ponchos | Cine y TV | Noticias | Críticas | Podcast | Vive el cine junto a @pennyoliva, @alecasagui, @josue_corro y @elsalonrojo

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**

Trending in United States
**USA USA USA**
428K Tweets

Entertainment · Trending
**Julia Fox**
4,539 Tweets

Trending in United States
**Vamos USA**

Trending in United States
**Colorado Springs**
476K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski



**Tweet**



**Andy Vermaut**
@AndyVermaut

Andy Vermaut shares:Sharna Burgess Pregnant, Expecting First Baby With Brian Austin Green: Brian Austin Green's family is getting a little bigger. The Beverly Hills, 90210 alum is expecting a baby with his girlfriend, Dancing With the Stars... eonline.com/news/1318702/s... Thank you.



2:13 PM · Feb 4, 2022 · dlvr.it

1 Retweet   1 Like

Tweet your reply                                    Reply

Home
Explore
Notifications 1
Messages
Bookmarks
Lists
Profile
More

Tweet


Perkowski Legal P.C.
@c_perkowski

Search Twitter

**Relevant people**

Andy Vermaut
@AndyVermaut                    Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

**What's happening**

Television · 16 minutes ago


__ https://twitter.com/weloveharry_1dx/status/1333945830491951116 __ et __ 2022-11-20 16:21:43 -08:00

← **Tweet**

**katie** 🙌
@weloveharry_1Dx

i'm obsessed with the fact his hair just keeps falling out of the style they've given him like it just cannot be contained



5:27 PM · Dec 1, 2020 · Twitter for iPhone

**2** Retweets   **14** Likes

Tweet your reply                                     Reply

**mary_m91**💉 @you_care688 · Dec 1, 2020
Replying to @weloveharry_1Dx
He is beatiful, there isn't more to say

♡ 1

---

🔍 Search Twitter

**Relevant people**

**katie** 🙌
@weloveharry_1Dx                          Follow
jack's housewife

**What's happening**

NFL · 3 hours ago
Eagles at Colts

**#Disenchanted** 😵
Original movie now streaming
📽 Promoted by Disney+

Trending in California
Elton John
12.7K Tweets

Trending in United States
Trending with TOMORROW X TOGETHER, Favorite K-Pop Artist

Trending in United States
Auburn
11.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

https://twitter.com/raulbrindis/status/1013804783208100992 __ at __ 2022-11-22 00:46:43 -08:00 __

← **Tweet**



**Raúl Brindis** ☑
@raulbrindis

...

#Farandulazo Eiza y Josh Duhamel juntos en Cancún: románticas fotos confirman su noviazgo. La pareja visitó la Laguna Muyil, donde no dudaron en intercambiar muestras de afecto.

Translate Tweet




8:21 AM · Jul 2, 2018 · Hootsuite Inc.

**1** Retweet   **1** Quote Tweet   **22** Likes

Tweet your reply

Reply

**Perkowski Legal P.C.** ...
@c_perkowski

Search Twitter

### Relevant people

**Raúl Brindis** ☑
@raulbrindis

Follow

Radio Host for El Show de Raúl Brindis

### What's happening

NFL · 4 hours ago
**49ers at Cardinals**

**#AvatarTheWayOfWater**🌊
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
7,104 Tweets

Trending in United States
**August Alsina**
Trending with Jada, #TheSurrealLife

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

← **Thread**

cheesefries
@Wheres1D                                                                ...

Media: *uses 1D for clickbait*

Us:



let's go clowns!

3:12 PM · Jul 22, 2020 · Twitter for iPhone

**17** Retweets  **73** Likes

Tweet your reply                                                      Reply

cheesefries @Wheres1D · Jul 22, 2020                                     ...
Replying to @Wheres1D
#10YearsOfOneDirection #10YearsOf1D
                                                            ♡ 1

cheesefries @Wheres1D · Jul 22, 2020                                     ...
Replying to @Wheres1D
seems like this was accurate so far
                                                            ♡ 8

Perkowski Legal P.C.                                                     ...
@c_perkowski

**Relevant people**

cheesefries
@Wheres1D                                              Follow
occasionally a 1D & solo update
account | secretly paul higgins

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
🎟 Promoted by Avatar

Music · Trending
**Dolly Parton**
4,740 Tweets                                                    ...

Trending in United States
**Francia**
112K Tweets                                                    ...

Trending in United States
**Whipped**
10.7K Tweets                                                    ...

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

___ https://twitter.com/weloveharry_1dx/status/1245293279421358080 ___ at ___ 2022-11-22 17:20:20 -08:00 ___
Case 2:22-cv-09462-DMG-ADS     Document 1-29     Filed 12/30/22     Page 78 of 101     Page ID
#:2843



**katie** 🙌
@weloveharry_1Dx                                          ...

lots of thoughts head full



3:13 AM · Apr 1, 2020 · Twitter for iPhone

1 Like

   Tweet your reply                                    Reply

---

### Search Twitter

**Relevant people**

 **katie** 🙌
@weloveharry_1Dx          **Follow**
jack's housewife

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Bachelor in Paradise · Trending          ...
**#bachelorinparadiseabc** 🌹
1,656 Tweets

Sports · Trending                        ...

← **Tweet**

 **mads**
@slayedjustin    ...

he has no right being this fine



4:43 AM · May 31, 2022 · Twitter for iPhone

**3** Retweets    **40** Likes

 Home
# Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
**Tweet**

Perkowski Legal P.C.
@c_perkowski

Q Search Twitter

**Relevant people**

 **mads**
@slayedjustin    Follow
#1 journals stan || fan account

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**


Entertainment · Trending
**#AntManandTheWaspQuantumania**
1,604 Tweets

Sports · Trending
**Jameson Williams**
2,270 Tweets

Tweet your reply    Reply

https://twitter.com/MarvelFlix/status/1557045594308444164... url __ 2022-11-21 07:40:28 -08:00

← Thread

🔍 Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**MarvelFlix** ✓
@MarvelFlix

¡AAAAAAAAAA! VINCENT DONOFRIO MAMADISIMO COMO KINGPIN EN EL SET DE ECHO



9:46 AM · Aug 9, 2022 · Twitter for Android

199 Retweets    59 Quote Tweets    3,463 Likes

Tweet your reply    Reply

**MarvelFlix** ✓ @MarvelFlix · Aug 9
Replying to @MarvelFlix
Esto tiene mucha pinta a flashback
♡ 46

**Vidal Martinez** @VidalMa25251304 · Aug 9
Replying to @MarvelFlix
Ganamos

💬 1    ♡ 32

**Luis Baez** @troncoestudio · Aug 9
Replying to @MarvelFlix
Quiere decir que no va a quedar ciego?
💬 3    ♡ 4

**Atzel** @RiveroAxeel · Aug 9
Replying to @troncoestudio and @MarvelFlix
Ciego porque?
💬 1    ♡

Show replies

**Kuchu Vercetti** ✓ @KvchvMcEagle · Aug 9
Replying to @MarvelFlix
Por cierto ahí se ve mucho más parecido al cómic.
💬 1    ♡ 3

**Antonio Zunher** @FlyerFennex · Aug 9
Replying to @MarvelFlix

💬 1    ♡ 10

**Oscar Alejandro** @The_Oscarh4 · Aug 9
Replying to @MarvelFlix
Joder esto es cine
💬     ♡ 3

**Berzzerker43 Lol** @berzzerker43 · Aug 9
Replying to @MarvelFlix
Eh???Jlegó borracho!?
💬 1    ♡

**facu arce** @facu_arceglobo · Aug 9
Replying to @MarvelFlix
Foton!!
💬 1    ♡ 3

**Fran** @Fran_del_Valle · Aug 9
Replying to @MarvelFlix
Ostia puta ahí se ve grande el cabrón.
Con respecto al ojo a mi me huele que si va a perder el ojo y estas escenas son flashbacks que tienen que ver con su pasado y Echo.
💬 1    ♡ 11

**MarvelFlix** ✓ @MarvelFlix · Aug 9
Replying to @Fran_del_Valle
Claramente tienen pinta a Flashback
💬 1    ♡ 6

Show replies

**Fernando Jose** @Fernando2000gt · Aug 9
Replying to @MarvelFlix

💬     ♡ 16

**Ben Nakamura** @bennakamura99 · Aug 9
Replying to @MarvelFlix
Se viene el cuarto round entre el diablo de Hell's Kitchen y el king ping
💬 1    ♡ 7

**Nik** @Nikk_19 · Aug 9
Replying to @bennakamura99 and @MarvelFlix
No estamos preparados
💬     ♡

**Sir Parzival** @Banjo13925761 · Aug 10
Replying to @MarvelFlix
Quien coño es Echo?
💬     ♡

**FR€€Z€R♂♂ €L €MP€R♂D♂R** @FREEZEReimper1 · Aug 10
Replying to @MarvelFlix
Le pueda espectacular ese papel 👊 de KING-PIN el mafioso de Marvel, debería aparecer en la saga de Spiderman.

**Relevant people**

**MarvelFlix** ✓
@MarvelFlix    Follow
Todas las novedades del multiverso
Marvel. Contacto:
marvelflixarg@gmail.com
#WakandaForever 🖤 Desde 🇦🇷 🇲🇽🇧🇷🇪🇸:
marvelflix_arg

**What's happening**

FIFA World Cup · 8 minutes ago
**England vs Iran**

Music · Trending
**#askmeek**

Trending in United States
**#GiIMOREtheMerrier**
14.1K Tweets

Gaming · Trending
**3DS Rainbow Road**
Trending with Maple Treeway

Trending in California
**Dodger Stadium**
14.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@i_perkowski

_ https://twitter.com/AndresJovannyMa/status/1350652718117327872 _ at _ 2022-11-20 19:33:40 -08:00 _





__ https://twitter.com/ImexIIG/status/1401847960057663489 __ at __ 2022-11-21 05:26:40 -08:00 __

← **Tweet**

 الاحداث حول العالم | 🎥
@ImexIIG

زكاري ليفي أثناء تصوير الجزء الثاني من فيلم Shazam

Translate Tweet

 



3:26 AM · Jun 7, 2021 · Twitter for iPhone

**2** Retweets   **10** Likes

🔍 Search Twitter

## Relevant people

 الاحداث حول العالم | 🎥    **Follow**
@ImexIIG

أجمل منصة ترفيهية لأخبار و احداث النجوم والمشاهير حول العالم | الخاص للدعاية و الإعلان

## What's happening

FIFA World Cup · LIVE
**England vs Iran**

Trending in United States
**Landon Donovan**

Music · Trending
**Elton John**
Trending with Dodger Stadium

Entertainment · Trending
**Disney**
Trending with Iger, Chapek

Trending in United States
**Ian Darke**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

Tweet your reply

Reply

 **Perkowski Legal P.C.**
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 1-29   Filed 12/30/22   Page 83 of 101   Page ID #:2848

← **Tweet**



**Andy Vermaut**
@AndyVermaut

Cole Sprouse, 28, Hugs Model Reina Silva, 22, On Night Out & Fuels Speculation They're Dating — Pics
hollywoodlife.com/2020/10/26/col...



4:55 AM · Oct 26, 2020 · dlvr.it

 

 Tweet your reply

Reply

### Navigation

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

🔍 Search Twitter

## Relevant people

 **Andy Vermaut**
@AndyVermaut                    Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

Television · LIVE
**Saturday Night Live airing on NBC**


**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Music · Trending
**Chris Brown**
45.5K Tweets

Sports · Trending
**Asdrubal Cabrera**
2,302 Tweets

Trending in California
**#FIFAWorldCup** 🏆
907K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

**Tweet**

Miley Cyrus Updates ☑
@MileyCyrusBz

· · ·

## MILEY CYRUS in Cabo de San Lucas, Mexico.

Translate Tweet



4:13 PM · Feb 26, 2022 · Twitter for iPhone

**105** Retweets  **35** Quote Tweets  **1,769** Likes

○            ⟲            ♡            ⬆

P  Tweet your reply                    Reply

**nhk** @gatonegro1985 · Feb 26
Replying to @MileyCyrusBz
Esta flacida. Carne caída

○ 4        ⟲        ♡        ⬆

**MELLOW** @MELLOW16165381 · Feb 26
Replying to @MileyCyrusBz
😆

○        ⟲        ♡        ⬆

**Michael billey** @Michaelbilleym1 · Feb 27
Replying to @MileyCyrusBz
🍒🍒🍒🍒🍒🍒🍒🍒🍒🍒🍒

○        ⟲        ♡ 1        ⬆

**moon walker** @KevinzLevinson · Feb 28
Replying to @MileyCyrusBz
The truth is no part at her body looks attractive at all...am speaking as a man

○ 2        ⟲        ♡ 1        ⬆

**kaliesta** @kaliestarogers · Mar 3
Replying to @KevinzLevinson and @MileyCyrusBz
who asked? lil shrimp

○ 1        ⟲        ♡        ⬆

Show replies

**snodgrass 7** @martin_carline · Mar 2
Replying to @MileyCyrusBz
Soooooo hot 🔥🥵😍😘🤤

○        ⟲        ♡        ⬆

**Noé Roa** @SoyNoeRoa · Feb 27
Replying to @MileyCyrusBz
Please stop sharing paparazzi pictures, it only empowers the terrible
harassment of celebrities.

○ 1        ⟲ 1        ♡ 10        ⬆

**johnrobinson** @jiffuse · Feb 27
Replying to @SoyNoeRoa and @MileyCyrusBz
These aren't pap pics this was carefully staged to look like pap pics, Miley is
a very smart operator

○        ⟲        ♡        ⬆

**LILIA¹** ⸙🌫️ Valheria @LovelsMutualTK7 · Feb 27
Replying to @MileyCyrusBz
Está en México???? 💜💜✨✨✨

○        ⟲        ♡        ⬆

**kylie p** @kyliep71039344 · Feb 27
Replying to @MileyCyrusBz
I'm sorry her knees look like baby faces

○        ⟲        ♡        ⬆

This Tweet is from a suspended account. Learn more

**Miley Cyrus Updates ☑** @MileyCyrusBz · Feb 27
Replying to @FLAerosmithfan
It's a pool John. grow up. You need to put a maxi paper bag around ur head.

○ 1        ⟲        ♡ 8        ⬆

Show more replies

Search Twitter

**Relevant people**

Miley Cyrus Updates ☑
@MileyCyrusBz                     Follow
Fan account | Copyright belongs to
the respective owners | @MileyCyrus
follows 💕

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening
Ceremony**                                  · · ·

Music · Trending
**Kelly Rowland**
Trending with Chris Brown            · · ·

Sports · Trending
**Anthony Davis**
7,316 Tweets                               · · ·

Music · Trending
**#DavidoAt30**
57.7K Tweets                              · · ·

Trending in United States
**#AMAs** 🏆
4.78M Tweets                              · · ·

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More...
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

· · ·

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

FILMTRACK  **FILM TRACK**
@filmseriefr                              •••

Premières photos de Xolo Maridueña sur le tournage du film #BlueBeetle. 📸



1:20 PM · May 25, 2022 · Twitter for iPhone

**1** Retweet    **1** Quote Tweet    **5** Likes

   Tweet your reply                                  Reply

**Relevant people**

FILMTRACK  **FILM TRACK**        Follow
@filmseriefr

"Il était une fois le cinéma." ✨ — Retrouvez toutes les dernières informations sur le monde du cinéma.

**What's happening**

FIFA World Cup · 29 minutes ago
**USA vs Wales**

Lovecraft Country · Trending
**Lovecraft Country**
Trending with #Blade, Yann Demange

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,003 Tweets

Entertainment · Trending
**julia fox**
7,648 Tweets

Trending in United States
**Trent Reznor**
7,289 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.



Perkowski Legal P.C.    •••
@c_perkowski

← **Tweet**

**Anne Hathaway UPDATES**
@UpdatesHathaway

···

New 📸

Anne Hathaway touches down at LAX airport.

(c) dailymail



7:24 PM · Oct 15, 2022 · Twitter for Android

**27** Retweets    **8** Quote Tweets    **286** Likes

## Relevant people

**Anne Hathaway UPD...**    Follow
@UpdatesHathaway

Your best, fast and most reliable
source about the updates of award
winning actress Anne Hathaway ⭐
FAN ACCOUNT

## What's happening

Television · 27 minutes ago
**Saturday Night Live airing on
NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
📷 Promoted by Uber

Trending in United States          ···
Trending with Welcome Back

Trending in California             ···
**Blocked**
123K Tweets

Trending in United States          ···
**Best of 7**
6,881 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Tweet your reply                  Reply

**Camille** @Camy292Camille · Oct 16    ···
Replying to @UpdatesHathaway
Cool outfit along w/dark sun glasses.  She totally looks 💯% remarkably put
together...Fantastic!!!

Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

Lists

👤 Profile

More

**Tweet**

Perkowski Legal P.C.    ···
@c_perkowski

Search Twitter

_ https://twitter.com/bso/status/1432010166602506241 _ et _ 2022-11-22 09:42:35 -08:00

## Relevant people

Robert Littal BSO ✔
@BSO

**Follow**

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

## What's happening

FIFA World Cup · LIVE
**Mexico vs Poland**

#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States
**Ochoa**
Trending with #MEXPOL, Lewandowski

Family drama · Trending
**#GTMcontest27**

Trending in California
**Mexicans**
10.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

Perkowski Legal P.C. ···
@c_perkowski

---

Robert Littal BSO ✔ ···
@BSO

Watch Adele Party With Boyfriend Rich Paul and Dance to "WAP" at Savannah James' 35th Birthday Party (Video) bit.ly/3sXRTHb



9:00 AM · Aug 29, 2021 · BSO Alert

1 Retweet   5 Likes

💬   ⟲   ♡   ⬆

Tweet your reply            **Reply**

Squires Richmond @SquiresRichmond · Aug 29, 2021 ···
Replying to @BSO
🦆🦆🦆🦆🦆🦆

💬   ⟲   ♡   ⬆

Show additional replies, including those that may contain offensive content            Show

__ https://twitter.com/FilmDevotion/status/1552480926972043264 __ at __ 2022-11-20 09:28:54 -08:00 __



← Tweet

  Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Film Devotion**
@FilmDevotion

Adam Scott on set for #MadameWeb




6:08 PM · Jul 27, 2022 · Twitter for iPhone

**1** Quote Tweet    **2** Likes

    

 Tweet your reply    **Reply**

### Relevant people

**Film Devotion**    Follow
@FilmDevotion
Devoted to delivering quick and
reliable news on all things media
related.

### What's happening

Television · Last night
**Saturday Night Live airing on
NBC**



#Disenchanted 🧙
Original movie now streaming
 Promoted by Disney+

Only on Twitter · Trending
**#RIPLEGEND**
4,102 Tweets

Entertainment · Trending
**Morgan Freeman**
151K Tweets

Trending in California
**Shakira**
100K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski

— https://twitter.com/foochia/status/1219887570714316800 __ at __ 2022-11-20 23:22:05 -0800 __

← Tweet

 **Foochia - فوشيا** ✔
@foochia

عدسات الباباراتزي تلتقط صوراً لمايلي سايرس وكودي سيمبسون في رحلة رومانسية إلى شاطىء ماليبو

#codysimpson #Wreckingball #Bangerz #mileycyrus #مايلي_سايرس #celebritynews #hollywoodstars #كودي_سيمبسون

Translate Tweet



11:40 PM · Jan 21, 2020 · Twitter Web App

**1** Retweet

---

P  Tweet your reply                    Reply

## Relevant people

 **Foochia - فوشيا** ✔    Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللباقة، ونتابع أخبار المشاهير والفن والثقافة.

## What's happening

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**


**#Disenchanted** 🧙
Original movie now streaming
⊞ Promoted by Disney+

Trending in California          ···
**harries**
4,940 Tweets

Trending in United States       ···
**UCLA**
12.3K Tweets

Trending in United States       ···
**Bob Iger**
Trending with Disney, Chapek

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

P  **Perkowski Legal P.C.** ···
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 1-29    Filed 12/30/22    Page 90 of 101    Page ID #:2855

← **Tweet**



emrah 🚩 (fan account)
@skinnysel

she knows she's THAT b!tch

Selena Gomez

6:30 PM · Apr 27, 2021 · Twitter for Android

235 Retweets   5 Quote Tweets   1,905 Likes

💬            🔁            ♡            ⬆

Tweet your reply                    Reply

squid || fan account @greedymotivez · Apr 27, 2021
Replying to @skinnysel and @selenagomez
she's so perfect. wow
💬        🔁        ♡ 1        ⬆

888🧸 @_r0myy__ · Apr 28, 2021
Replying to @skinnysel and @selenagomez
that's the thing, she doesn't know it 😩
💬        🔁        ♡        ⬆

BORN BLINK BITCH @BLINK6602 · Apr 28, 2021
Replying to @skinnysel and @selenagomez
Sheeee isss oozin a diff vibeer these days.. i feel like somethin is cookin
💬        🔁        ♡        ⬆

This Tweet was deleted by the Tweet author. Learn more

This Tweet is from a suspended account. Learn more

Show replies

Show more replies

---

**Relevant people**

emrah 🚩 (fan accou...          Follow
@skinnysel
selena, taylor, ariana, olivia - fan
account - he/him. (selena follows ♡)

Selena Gomez ✓              Follow
@selenagomez
My Mind & Me out November 4th:
apple.co/selenagomezdoc The song is
out now:
SelenaGomez.lnk.to/MyMindAndMe

**What's happening**

FIFA World Cup · 2 hours ago
Argentina vs Saudi Arabia

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Entertainment · Trending
Died Suddenly
104K Tweets

Trending in United States
#السعوديه_الأرجنتين
1.18M Tweets

Politics · Trending
#JFKassassination
1,120 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/wociety/status/1434586552269884738 __ at __ 2022-11-21 10:18:20 -08:00 __

← **Tweet**

**Wociety**
@wociety                                    ...

Emily Ratajkowski, Savage x Fenty defilesinde.

 

11:37 AM · Sep 5, 2021 · Twitter for iPhone

**3** Retweets    **1** Quote Tweet    **127** Likes

## Navigation
🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

**Tweet**

 Tweet your reply                    Reply



Q Search Twitter

**Relevant people**

 **Wociety**    Follow
@wociety
Moda, yaşam, iç mimari ve dekorasyondan ilham alan görsel içerik platformu. 📱
:apple.co/3okBe09Y & bit.ly/3EuLgBf

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Trending in United States
**Mendy**
60.2K Tweets

Trending in California
**Dodger Stadium**
13.9K Tweets

Sports · Trending
**Charles Barkley**
4,244 Tweets

Trending in United States
**#CreditCardMovies**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.    ...
@c_perkowski

__ https://twitter.com/filmnewsPL/status/1529557872694247425 __ at __ 2022-11-20 12:37:30 -08:00 __

← **Tweet**



**Film News**
@filmnewsPL                                                    ···

Xolo Maridueña na planie filmu #BlueBeetle od DC!



1:19 PM · May 25, 2022 · Twitter for Android

**17** Likes

    

**Search Twitter**

## Relevant people

  **Film News**                    Follow
@filmnewsPL

🎬 najnowsze wiadomości filmowe -
kino polskie i zagraniczne, popularne i
niezależne 🎟 kontakt:
filmnewspl@gmail.com

## What's happening

NFL · LIVE
**Browns at Bills**

#Disenchanted 💁
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                       ···
**Rest In Peace**
50.5K Tweets

Entertainment · Trending                        ···
**Morgan Freeman**
191K Tweets

Only on Twitter · Trending                       ···
**Rest in Power**
22.8K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Perkowski Legal P.C.**    ···
@c_perkowski

← **Tweet**



**Robert Littal BSO** ✔
@BSO                                    ···

How Olivia Culpo is Showing Support For Her Boyfriend Christian McCaffrey (IG-Pics-Vids) bit.ly/2BJ7jFK via @IAmKelvin201



10:35 PM · Oct 24, 2019 · BSO Alert

**1** Retweet    **2** Likes

💬          🔁          ♡          ⬆️

 **Perkowski Legal P.C.**
@c_perkowski                           ···

Tweet your reply                        Reply

**Relevant people**



**Robert Littal BSO** ✔          Follow
@BSO

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**No Limit**                    Follow
@IAmKelvin201

"I feel that luck is a product of hard work."- Nipsey Hussle IG:iamkelvin201

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🧜
Get tickets now - In theaters December 16
⬇ Promoted by Avatar

Trending in California          ···
**Mexico City**
25.3K Tweets

Entertainment · Trending        ···
**Died Suddenly**
111K Tweets

Trending in California          ···
**Mexicans**
8,007 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
··· More

**Tweet**

https://twitter.com/escandalamx/status/1178851744345776128 __ et __ 2022-11-21 17:34:53 -08:00

**Tweet**

Escándala
@escandalamx

¡ Se acerca la #BieberWedding !

escandala.com/se-nos-casa-ju...



6:58 PM · Sep 30, 2019 · Twitter Web App

1 Retweet   1 Quote Tweet   49 Likes

Tweet your reply                                    Reply

Gatito Unicornio Especial @Irving_Gattito · Sep 30, 2019
Replying to @escandalamx
Who cares!!!

Ya cancelen a ese vato meco!

GIF

Eddie_von_P @Eddie_von_Pi · Sep 30, 2019
Replying to @escandalamx
Y?

## Relevant people

Escándala
@escandalamx                        Follow

Soy la señora @escandalamx, ama,
dueña y máxima de la multiplataforma
LGBTTTI #1 de Latinoamérica.
Contacto: escandala@pinkbox.com.mx

## What's happening

FIFA World Cup · Last night
England vs Iran

Trending in United States
Died Suddenly
40.7K Tweets

Sports · Trending
#WWERaw
Trending with Kevin Owens

Sports · Trending
Lane Kiffin
5,345 Tweets

Entertainment · Trending
#DWTSFinale
Trending with Shangela, Gleb

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.   ···
@c_perkowski

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

Tweet

https://twitter.com/CosmicMMedia/statu/sdsd/15520054311619307532 _____at_____2021-11-21 08:33:02 -08:00)    22-cv-09462-DMG-ADS   Document 1-29   Filed 12/30/22   Page 95 of 101   Page ID #:2860

← Tweet

**Cosmic Media** ···
@CosmicMMedia

🚨 The first look at Dakota Johnson on the set of Sony's 'MADAME WEB'



11:58 AM · Jul 26, 2022 · Twitter for iPhone

**73** Retweets   **17** Quote Tweets   **524** Likes

💬     🔁     ♡     ↑

🅿️   Tweet your reply       **Reply**

---

**Anggit Widya Permana** @anggitwp8 · Jul 28 ···
Replying to @CosmicMMedia and @bicaraboxoffice
favorit @safirarafianti

💬    🔁    ♡    ↑

---

**ⱤłŦ07Ɇ/□□□□□□□** @RizkyDS_ · Jul 28 ···
Replying to @CosmicMMedia
This will be failed spectacularly, trust me

💬    🔁    ♡    ↑

---

**NoOne** @_Yamuru_ · Jul 26 ···
Replying to @CosmicMMedia and @cosmic_marvel
She looks gorgeous.😂😍

💬    🔁    ♡ 3    ↑

---

**Kevin Vinsumōku** 🔥 @Kadavers_ · Jul 27 ···
Replying to @CosmicMMedia
@cyrille_cyrille

💬 1    🔁    ♡ 1    ↑

---

**BlueNoctal** @cyrille_cyrille · Jul 27 ···
Replying to @Kadavers_ and @CosmicMMedia



💬 1    🔁    ♡ 1    ↑

Show replies

---

**the_cheesehound** 🐕 @merrit_melancon · Jul 26 ···
Replying to @CosmicMMedia
This early 90s jeans trend has got to fucking go.

💬    🔁    ♡    ↑

---

**Miles** @Burnettelol · Jul 27 ···
Replying to @merrit_melancon and @CosmicMMedia
no she's hot

💬 1    🔁    ♡ 7    ↑

Show replies

---

**Farhan** @farhan_mehmood · Jul 27 ···
Replying to @CosmicMMedia
They're defo going for the julia carter route

💬    🔁    ♡    ↑

---

**Jimmy Ramos** @jimmylegends34 · Jul 26 ···
Replying to @CosmicMMedia
Dakota Johnson she looks great on the set Madame web 👏👍👏👍⚡❤️
🙌🥰



GIF   ALT

💬    🔁    ♡ 8    ↑

---

**Romanysasquatch** @lowlifedosser · Jul 27 ···
Replying to @CosmicMMedia
I don't get this movie like why

💬    🔁    ♡    ↑

---

Show additional replies, including those that may contain offensive content     **Show**

---

**Navigation sidebar (left):**

🐦
🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

💼 Perkowski Legal P.C. ···
@_perkowski

---

**Relevant people**

**Cosmic Media**   **Follow**
@CosmicMMedia
Your #1 source for all leaks surrounding Marvel, Star Wars, and Disney | Backup for @cosmic_marvel

**What's happening**

FIFA World Cup · LIVE
Senegal vs Netherlands

Sports talk · Trending
Skip and Shannon ···

Entertainment · Trending
#AntManandTheWaspQuantumania ···
1,402 Tweets

Trending in United States
Chocolate and Chip ···

Trending in California
Dodger Stadium ···
14K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

___ https://twitter.com/wheres1d/status/1346161310300590086 ___ el ___ 2022-11-22 13:45:31 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 1-29   Filed 12/30/22   Page 96 of 101   Page ID #:2861



**Home**

# **Explore**

**Notifications** 1

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

cheesefries
@Wheres1D

I'm just as confused as all of you



10:27 AM · Jan 4, 2021 · Twitter for iPhone

2 Retweets  20 Likes


Perkowski Legal P.C.
@c_perkowski

Tweet your reply                                    **Reply**

cheesefries @Wheres1D · Jan 4, 2021
Replying to @Wheres1D
but he looks so good


Search Twitter

**Relevant people**

cheesefries
@Wheres1D                    **Follow**
occasionally a 1D & solo update
account | secretly paul higgins

**What's happening**

FIFA World Cup · Last night
**Argentina vs Saudi Arabia**           

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in California
**Lucas**
150K Tweets

Trending in United States
**#BoycottTampax**
8,177 Tweets

Family drama · Trending
**#GTMcontest31**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Tweet**



**Male Celeb Hotties**
@jaymalecelebs

···

Justin looking chilled 😎



8:36 AM · Nov 7, 2021 · Twitter for Android

14 **Retweets**    202 **Likes**

Tweet your reply    **Reply**

**Mrs. Harris** @BrideofBrayton · Nov 7, 2021
Replying to @jaymalecelebs
i'm just glad you can't see the shoes he's wearing

**Relevant people**

**Male Celeb Hotties**
@jaymalecelebs    **Follow**

Just a bi guy bringing you hot male celeb content to lust over! DM's are always open! Have fun! 😛 18+

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Events · Trending    ···
**LGBT**
208K Tweets

Trending in United States    ···
**Maguire**
Trending with #ThreeLions🏴󠁧󠁢󠁥󠁮󠁧󠁿, Luke Shaw

Gaming · Trending    ···
**Maple Treeway**
Trending with 3DS RAINBOW ROAD

Trending in United States    ···
**Hive**
61.9K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski    ···

— https://twitter.com/FilmDevotion/status/1539731219247669248 __ et __ 2022-11-21 06:25:05 -08:00




**Film Devotion**
@FilmDevotion · · ·

Ryan Gosling and Margot Robbie as Ken and Barbie on the set of #Barbie



3:05 PM · Jun 22, 2022 · Twitter for iPhone

💬          ⟲          ♡          ⬆

 Tweet your reply          **Reply**

**Film Devotion** @FilmDevotion · Jun 22 · · ·
Replying to @FilmDevotion
(Source: twitter.com/dailymailceleb...)

> 🔴 **Daily Mail Celebrity** ✓ @DailyMailCeleb · Jun 22
> ⊘ Official
> EXCLUSIVE: Ryan Gosling joins Margot Robbie on Barbie set playing Ken
> trib.al/L99hYOH
>
> **m EXCLUSIVE**

💬          ⟲          ♡          ⬆

## Search Twitter

### Relevant people



**Film Devotion**
@FilmDevotion          **Follow**
Devoted to delivering quick and reliable news on all things media related.

### What's happening

FIFA World Cup · LIVE
**England vs Iran**

Gaming · Trending
**3DS RAINBOW ROAD**          · · ·

Gaming · Trending
**Maple Treeway**          · · ·

Trending in United States
**Maguire**          · · ·
Trending with #ThreeLions☎️, Luke Shaw

Events · Trending
**LGBT**          · · ·
207K Tweets

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More · · ·
© 2022 Twitter, Inc.

__ https://twitter.com/TheAffinityMag/status/1584205583917273088 __ at __ 2022-11-19 20:04:05 -08:00 __



← **Tweet**



 **Affinity Magazine** ✔
@TheAffinityMag                                           ···

Anne Hathaway and Nicholas Galitzine were photographed on the set of "The Idea of You," a movie based on Harry Styles fan fiction written by Robinne Lee.

Hathaway plays a divorced mother, and Galitzine plays the lead singer of a popular boy band.




8:30 AM · Oct 23, 2022 · Buffer

**2** Retweets    **14** Quote Tweets    **34** Likes


Tweet your reply                                          Reply

---

## Relevant people

 **Affinity Magazine** ✔              Follow
@TheAffinityMag
NEXT GEN OF MEDIA

## What's happening


Television · 2 minutes ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in California                      ···
**Blocked**
119K Tweets

Trending in California                      ···
**#FIFAWorldCup** 🏆
924K Tweets

Sports · Trending                           ···
**#mnwild** 🏒
1,331 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.



← **Tweet**

**Affinity Magazine** ✓
@TheAffinityMag

Aaron Taylor-Johnson at the Gucci Love Parade.



8:30 PM · Nov 6, 2021 · TweetDeck

**3** Retweets  **1** Quote Tweet  **26** Likes

**Tweet your reply**                                    Reply

**MeLiSsA dAcRuZ** ‼️ @MelissaDacruzz · Nov 6, 2021
Replying to @TheAffinityMag
@UpprEastSider he's looking thick 😍 lol
○ 1                ⇄                ♡ 1

**Simon** @UpprEastSider · Nov 7, 2021
Replying to @MelissaDacruzz and @TheAffinityMag
Oh damn 🥰 😔

GIF  ALT

---

**Perkowski Legal P.C.** ...
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

**Affinity Magazine** ✓          Follow
@TheAffinityMag
NEXT GEN OF MEDIA

**What's happening**

NFL · 1 hour ago
**Chiefs at Chargers**

**#Disenchanted** 🧹
Original movie now streaming
▶ Promoted by Disney+

Trending in United States          ...
**Bob Iger**
Trending with Chapek, Disney

Trending in United States          ...
**Auburn**
6,764 Tweets

Trending in California          ...
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

← **Tweet**

**Metro FM**
@Metro_FM    ···

Katy Perry ve nişanlısı Orlando Bloom, çocuklarının doğumu için gün sayıyor. Ünlü çift, California'daki Santa Barbara sahilinde yürüyüş yaparken görüntülendi.
#katyperry #orlondobloom #metrofm @katyperry

Translate Tweet

4:25 AM · Jul 8, 2020 · TweetDeck

**1 Like**

Tweet your reply    Reply

**Search Twitter**

**Relevant people**

**Metro FM**    Follow
@Metro_FM
Limitsiz Hit Müzik

**KATY PERRY** ✔    Follow
@katyperry
LOVE is the key that unlocks every door 🗝️ ❤️

**What's happening**

FIFA World Cup · 1 hour ago
**USA vs Wales**

Trending in United States    ···
**Richard Fierro**
1,693 Tweets

Trending in United States    ···
**HOW IS THAT NOT A YELLOW**
1,193 Tweets

Entertainment · Trending    ···
**Julia Fox**
8,078 Tweets

Music · Trending    ···
**joon**
34.5K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski    ···