https://twitter.com/loving50shades/status/1556151536618803201 __el__2022-11-19 22:30:52 -08:00
Case 1:22-cv-09462-DMG-ADS Document 1-30 Filed 12/30/22 Page 1 of 100 Page ID #:2867

← **Thread**



## Relevant people

❤️❤️ LOVING 50 SH...
@loving50shades
**Follow**
Love everything to do with Fifty Shades ❤️ Here only for #JamieDornan #DakotaJohnson & the fifty shades family & for a laugh (FAN ACCOUNT) ❤️❤️

## What's happening

Television · 2 hours ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**Blocked**
131K Tweets

Sports · Trending
**Cam Rising**

Trending in United States
**#DreamersbyJungkook**
652K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More —
© 2022 Twitter, Inc.



__ https://twitter.com/AboutHerOFCL/status/1472469278574137344 __ at __ 2022-11-20 18:46:38 -08:00 __

← **Tweet**

 **About Her** ✓
@AboutHerOFCL

···

**#LookOfTheDay**: Chrissy Teigen in a poppy green coat.



11:30 PM · Dec 18, 2021 · Buffer

**1** Like

💬          ⟲          ♡          ⬆

  Tweet your reply          Reply

🔍 Search Twitter

**Relevant people**

 **About Her** ✓   **Follow**
@AboutHerOFCL

Inside untapped territory: Pulling back the curtain on Arab women who are defining cultural trends now.
#AboutHer

**What's happening**

NFL · 2 hours ago
**Cowboys at Vikings**

**#Disenchanted** 🧑
Original movie now streaming
▶ Promoted by Disney+

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

https://twitter.com/KUWTKWorld/status/1530541498909955776 __ at __ 2022-11-21 06:32:02 -08:00

Case 2:22-cv-09462-DMG-ADS    Document 1-30    Filed 12/30/22    Page 4 of 100    Page ID #:2870



# Tweet



🔍 Search Twitter

- 🏠 Home
- #️⃣ Explore
- 🔔 Notifications
- ✉️ Messages
- 🔖 Bookmarks
- 🗒️ Lists
- 👤 Profile
- ⊙ More

**Tweet**

**Kardashian World**
@KUWTKWorld                                 ···

📸 Kim Kardashian at a SKIMS shoot yesterday 🔥



6:28 AM · May 28, 2022 · Twitter for iPhone

**26** Retweets    **2** Quote Tweets    **576** Likes

💬        🔁        ♡        ⬆️



**P** Tweet your reply                         Reply

**slimy** @shawty00531471 · May 28      ···
Replying to @KUWTKWorld
She always gives us nothing 💀

💬        🔁        ♡        ⬆️

**Show more replies**

**Perkowski Legal P.C.**
@c_perkowski                              ···

## Relevant people



**Kardashian World**          Follow
@KUWTKWorld
The largest fan source for everything
Kardashian! #TheKardashians 📺
Season 2 | Sept 22nd on Hulu! Kim &
Khloe follow ❤️❤️
admin@kardashianworld.net

## What's happening

NFL · Yesterday
**Commanders at Texans**

Events · Trending                         ···
**LGBT**
208K Tweets

Gaming · Trending                         ···
**Maple Treeway**
Trending with 3DS RAINBOW ROAD

Trending in United States                 ···
**Maguire**
Trending with #ThreeLions🦁, Luke Shaw

Trending in United States                 ···
**England**
Trending with #ENGIRN, Saka

**Show more**

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

__ https://twitter.com/foochia/status/1275021219327287296 __ at __ 2022-11-20 16:16:11 -08:00 __

← **Tweet**



**Foochia - فوشيا** ✔
@foochia

···

صوفي تيرنر في أحدث ظهور لها مع زوجها جو جوناس في يوم
الأب

#JoeJohnas #جو_جوناس #sophieturner #صوفي_تيرنر

Translate Tweet



4:02 AM · Jun 22, 2020 · Hootsuite Inc.

**1** Retweet    **3** Likes

    Tweet your reply    Reply 

## Left Sidebar

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

Lists

Profile

More

**Tweet**

## Right Sidebar

🔍 Search Twitter

### Relevant people

 **Foochia - فوشيا** ✔
@foochia    **Follow** 

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

### What's happening

NFL · 2 hours ago
**Browns at Bills**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
Promoted by Disney+

Trending in United States    ···
**LGBTQ**
Trending with Colorado Springs, AR-15

Yeonjun · Trending    ···
**yeonjun**
Trending with soobin

Sports · Trending    ···
**Tyler Boyd**
1,023 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski

__ https://twitter.com/MarvelCineVerse/status/1216069547364700160 __ et __ 2022-11-20 20:28:59 -08:00 __

← **Tweet**

**Marvel CinéVerse**
@MarvelCineVerse
···

#FatWS : Nouvelles photos de tournage de la série @disneyplus 'The Falcon and the Winter Soldier' avec Sebastian Stan, Emily VanCamp et Daniel Brühl. À propos … ce dernier n'est-il resplendissant en Baron Zemo ?



10:49 AM · Jan 11, 2020 · Twitter Web App

**16** Retweets   **2** Quote Tweets   **42** Likes

💬        🔁        ♡        ⬆️

P   Tweet your reply                          Reply

**RealSlachi** 🎌 🇪🇸 (DGM) @RealSlachi · Jan 11, 2020    ···
Replying to @MarvelCineVerse and @DisneyPlus
Le Baron 💜

💬        🔁        ♡ 1        ⬆️

Perkowski Legal P.C.

---

## Left sidebar

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

---

## Right sidebar

Search Twitter

**Relevant people**

**Marvel CinéVerse**    Follow
@MarvelCineVerse
Actualités et encyclopédie sur le MCU
Instagram 📷 : marvelcineverse_
Associé à @swcineverse ⭐

**Disney+** ✓    Follow
@DisneyPlus
#DisneyPlus is your home for the holidays. 💙❄️ #SeasonsStreamings

**What's happening**

Television · 2 hours ago
**The Walking Dead airing on AMC**

#Disenchanted 🧙
Original movie now streaming
📺 Promoted by Disney+

Trending in United States    ···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States    ···
**Bob Iger**
Trending with Chapek, Disney

Music · Trending    ···
**Kelly Rowland**
10.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/lavidaprada/status/1521418459145551872 __et__ 2022-11-21 22:19:27 -08:00

← **Tweet**

**RINA.**
@LAVIDAPRADA

oh she snapped



2:16 AM · May 3, 2022 · Twitter for iPhone

**193** Retweets   **25** Quote Tweets   **1,695** Likes

Tweet your reply                                    Reply

**monadproxy** @monadproxy · May 3
Replying to @LAVIDAPRADA
Mother of the nation

Perkowski Legal P.C.
@c_perkowski

---

Q Search Twitter

**Relevant people**

**RINA.**                              Follow
@LAVIDAPRADA

journalism student and writer | she/her
| roma, italia | @FRENEZJrevista | open
to promos (dm)

**What's happening**

NFL · 2 hours ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
67.9K Tweets

Trending in United States
**Jada**
9,280 Tweets

Bachelor in Paradise · Trending
**#BachelorInParadise** 🌹
14.1K Tweets

Sports · Trending
**Kyler**
12.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

https://twitter.com/tudomiley/status/1455859711987916805 __ st __ 2022-11-22 03:39:23 -08:00

Twitter

← Tweet

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Tudo Miley | Fan Account
@TudoMiley

Miley, você não tinha esse direito 🧟‍♀️

Translate Tweet



4:29 AM · Nov 3, 2021 · Twitter for iPhone

**92** Retweets   **23** Quote Tweets   **709** Likes

Tweet your reply                              Reply

DESATIVADO @barbie_mp4 · Nov 3, 2021
Replying to @TudoMiley
Plenitude da gata

mau @MauCyrusMinaj · Nov 3, 2021
Replying to @TudoMiley
Toda vintage amo

Show additional replies, including those that may contain offensive content          Show

Perkowski Legal P.C.
@c_perkowski

Search Twitter

**Relevant people**

Tudo Miley | Fan Acc...          Follow
@TudoMiley

Sua fonte da Miley Cyrus no Brasil |
Your Miley's source in Brazil. Fan
Account. @MediaTudoMiley
@TudoMileyBrasil |
equipetudomiley@gmail.com

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

#AvatarTheWayOfWater 🧑
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
82.9K Tweets

Trending in United States
**Argentina**
Trending with Messi, #ARGKSA

Trending in California
**Mexico City**
24.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet



**Starfucks 57K**
@Starfucks93

Sydney Sweeney and Barbara Palvin



5:28 AM · Nov 29, 2020 · Twitter for Android

**2** Retweets   **1** Quote Tweet   **53** Likes

Tweet your reply

Reply

Q Search Twitter

### Relevant people



**Starfucks 57K**                  Follow
@Starfucks93

M 29 (Paid cumtributes/cocktributes requests)

### What's happening

FIFA World Cup · LIVE
**USA vs Wales**



Trending in California
**Dodger Stadium**
14K Tweets

Trending in United States
**Bale**
99K Tweets

Trending in United States
**1-0 USA**
20.9K Tweets

Trending in United States
**Sin Kiske**
1,590 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/potterish/status/1049755665546301442 __ at __ 2022-11-21 16:20:03 -0800 __



← **Tweet**

This Tweet from @potterish has been withheld in response to a report from the copyright holder. Learn more.



**Vitor Eduardo** @Vitor_Eduardo3 · Oct 9, 2018
Replying to @potterish
Nossa!! Só nome de peso 💕

**Relevant people**

**Potterish**
@potterish

Follow

O maior site brasileiro de Harry Potter e Animais Fantásticos, no ar desde 2002. ÚLTIMAS NOTÍCIAS ➡️
linktr.ee/Potterish

https://twitter.com/urihannafansite/status/1394563891213053952 __el__2022-11-22 13:12:16 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-30    Filed 12/30/22    Page 11 of 100    Page ID
#:2877



← **Tweet**

**Ultimate Rihanna** ···
@URihannaFansite

### One of these is from 2021



1:01 AM · May 18, 2021 · Twitter for iPhone

**37** Retweets  **11** Quote Tweets  **236** Likes

Tweet your reply                                    **Reply**

**Camara Penaldo** @CamaraPenaldo · May 18, 2021 ···
Replying to @URihannaFansite
Yes

**Collins** @Collins10216258 · May 18, 2021 ···
Replying to @URihannaFansite
Red hot

**Asma Ch** @AsmaCh49491645 · May 19, 2021 ···
Replying to @URihannaFansite
🇵🇸🇵🇸 While you're resting at home. Remember, there're entire families
are abandoned and forced out of their homes. They leave their land, their
memories, their future and their world at a time when the whole world is
silent, ignoring crimes against humanity.

#GazaUnderAttack

**Badgal Alehandra** @solgoe · May 18, 2021 ···
Replying to @URihannaFansite
😆

**Eddie Macfaiden Chalemera** @eddie_chalemera · May 18, 2021 ···
Replying to @URihannaFansite
Amazing eyes!💅👍

**Abdullah Isma2** @AbdullahIsma2 · May 24, 2021 ···
Replying to @URihannaFansite
When God blesses you, don't raise your standard of living, raise your
standard of helping others, pretty, would like to visit Uganda?

**Abdullah Isma2** @AbdullahIsma2 · May 24, 2021 ···
Replying to @URihannaFansite
Forgive others, not because they deserve forgiveness, but because you
deserve peace, thank God for making you strong everyday.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C. ···
@c_perkowski

---

Search Twitter

**Relevant people**

**Ultimate Rihanna**     **Follow**
@URihannaFansite
Your Ultimate Rihanna fansite,
bringing you all the latest news and
pictures since 2005! Run by Angey and
Alex. Fan account
Instagram.com/UltimateRihanna

**What's happening**

FIFA World Cup · 3 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in United States           ···
**Ochoa**
Trending with Poland, Lewandowski

Trending in United States           ···
**#BoycottTampax**
7,651 Tweets

Trending in United States           ···
**Giroud**
Trending with Australia, Mbappe

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

https://twitter.com/mileyupdates/status/1351540022885933057 _et _ 2022-11-22 00:21:43 -08:00

Case 2:22-cv-09462-DMG-ADS   Document 1-30   Filed 12/30/22   Page 12 of 100   Page ID #:2878

This Tweet is from a suspended account. Learn more

**sksksk** @janegenest · Jan 19, 2021
Replying to @MileyUpdates



♡ 3

**Thomas 13** @thomasgsmiler · Jan 19, 2021
Replying to @MileyUpdates
ma favorites 😷

**Lemon** @imthecyrus · Jan 19, 2021
Replying to @MileyUpdates
Nope.

**rudy** @ByPlasticHearts · Jan 19, 2021
Replying to @MileyUpdates
Gucci should make miley as they brand ambassador

♡ 1

This Tweet was deleted by the Tweet author. Learn more

**kendall roy** 🎓 @sarahsgolden · Jan 19, 2021
Replying to @iisho_94 @ish_mc and @MileyUpdates
I CANNNTTTTT

♡ 1

Home
Explore
Notifications 1
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C. ...
@c_perkowski

— https://twitter.com/nanarude/status/1515782055161958400 — at — 2022-11-21 23:58:05 -08:00 —



# Tweet



**Nana Rude**
@nanarude

⋯

A gata não para! #Anitta compareceu ao segundo dia do Festival #Coachella, na Califórnia, EUA. Dessa vez, a #GirlFromRio foi prestigiar alguns shows, incluindo de suas amigas #PablloVittar e #MeganTheeStallion. Em seguida a poderosa foi... ➡️ Saiba mais: instagram.com/p/Ccdvd3BP6w5/...

Translate Tweet



12:59 PM · Apr 17, 2022 · Twitter for iPhone

**1** Retweet   **42** Likes





**Perkowski Legal P.C.**
@c_perkowski

⋯

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

---

🔍 Search Twitter

## Relevant people



**Nana Rude**
@nanarude

**Follow**

💣 Aqui o BAFO é garantido, mana! Apresentador e há 9 anos sua fonte sobre celebridades e notícias do dia.
✉️: nana@mynd8.com.br

## What's happening

NFL · 3 hours ago
**49ers at Cardinals**

https://twitter.com/GoldenFashi/status/1560053881798893568 __ at __ 2022-11-21 04:43:27 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-30    Filed 12/30/22    Page 14 of 100    Page ID
#:2880



Search Twitter

**Golden Fashion**
@GoldenFashi

···

آخر إطلالة لكيندل جينر بثنورة الأوميري من The Row

Translate Tweet



5:00 PM · Aug 17, 2022 · Twitter for iPhone

**2** Retweets    **113** Likes

Tweet your reply                                  Reply

so ? @soual100 · Aug 17                          ···
Replying to @GoldenFashi
خلاقين بس القالب غالب 🙄

سمسة محترمة @Soooooo S2011 · Aug 17              ···
Replying to @GoldenFashi
ما تعبت نفسها بالتنسيق 😂😂😂

هناء العتيبي @HANOO_T · Aug 17                   ···
Replying to @GoldenFashi
تنورة أو وزرة

messk 🖤 , @mssssk_3z · Aug 17                ···
Replying to @GoldenFashi
أطلاله ولا بهلله

مدربات قيادة @MonaAme01086426 · Aug 17         ···
Replying to @GoldenFashi
حياااااااااااااكم مدرية قيادة

Show more replies

---

Perkowski Legal P.C.                  ···
@c_perkowski

---

### Relevant people

**Golden Fashion**          Follow
@GoldenFashi
حساب مخصص لنقل أحدث صيحات
الموضة والمكياج صادر عن صحيفة
مرخصة من وزارة الإعلام، للإعلانات
wa.me/message/SFOULN...

### What's happening

FIFA World Cup · LIVE
**England vs Iran**



Music · Trending              ···
**Lionel Richie**
4,126 Tweets

Trending in California        ···
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Only on Twitter · Trending    ···
**#MotivationMonday**
1,434 Tweets

Entertainment · Trending      ···
**Disney**
Trending with iger, Chapek

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

← **Tweet**

Home

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.**  ...
@c_perkowski

Search Twitter

# Tweet

**Linda Ikeji**
@lindaikeji

Scott Disick, 37, hits the beach with19-year-old Amelia Hamlin lindaikejisblog.com/2020/11/scott-...



2:05 AM · Nov 17, 2020 · LIB App

**14** Quote Tweets   **10** Likes

Tweet your reply
Reply

**Perkowski Legal P.C.**
@c_perkowski

**VOTE WISELY** 🔵 @LisaHardySF · Nov 17, 2020
Replying to @lindaikeji
It runs in the family...

**YOYO** @Yollzz_D · Nov 17, 2020
Replying to @lindaikeji
@Miss___Sue

GIF

**Relevant people**

Linda Ikeji
@lindaikeji
Blogger. CEO, LindaIkejiTV
Follow

**What's happening**

FIFA World Cup · This morning
Mexico vs Poland

#AvatarTheWayOfWater 🧜
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
James Woods
2,539 Tweets

Trending in United States
RIP Harold
Trending with TO BE CLEAR, Betty White

Entertainment · Trending
Marvel
84.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

__ https://twitter.com/AboutHerOFCL/status/1561616676168339456 __ at __ 2022-11-20 20:30:22 -08:00 __



# Home

# Explore

Notifications

Messages

Bookmarks

← **Tweet**



Search Twitter

**About Her** ✔
@AboutHerOFCL

•••

**#LookOfTheDay**: Hailey Rhode Bieber in a vintage Dior top and Dion Lee cotton trousers.



12:30 AM · Aug 22, 2022 · Buffer



Tweet your reply

Reply

## Relevant people

**About Her** ✔
@AboutHerOFCL

Follow

Inside untapped territory: Pulling back the curtain on Arab women who are defining cultural trends now. **#AboutHer**

## What's happening



NCAA Men's Basketball · Last night

__ https://twitter.com/khloedaily/status/1573803466165657600 __ at __ 2022-11-22 21:55:42 -08:00 __

← **Tweet**



**Khloé Kardashian Daily**
@KhloeDaily

···

Khloé Kardashian arriving to the Dolce & Gabbana show in Milan




3:36 PM · Sep 24, 2022 · Twitter for iPhone

**1** Retweet    **22** Likes



**P** Tweet your reply    Reply

**P** **Perkowski Legal P.C.**  ···
@c_perkowski

---

Q Search Twitter

**Relevant people**

 **Khloé Kardashian Daily**  Follow
@KhloeDaily

the very first and original fansite dedicated to Khloé Kardashian (original account deleted at 79k)

**What's happening**

NBA · 30 minutes ago
**Lakers at Suns**



**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in California   ···
**Costco**
5,772 Tweets

Sports · Trending   ···
**Pat Bev**
Trending with  Ayton, Lakers

Entertainment · Trending   ···
**Marvel**
94.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

**Bang Tidy Celebs**
@BangTidyHQ

···

-@oliviaculpo



12:44 PM · Oct 27, 2021 · Twitter Web App

**4** Retweets   **34** Likes

Tweet your reply   Reply

**Perkowski Legal P.C.**
@c_perkowski
···

Search Twitter

### Relevant people

**Bang Tidy Celebs**
@BangTidyHQ   Follow
Bringing you Bang Tidy Celebs from the UK and around the world. From TV & Film to Music & Models. Any requests feel free to tweet.

**Olivia Culpo** ✔
@oliviaculpo   Follow
I'll meet you at the place near the thing where we went that time

### What's happening

FIFA World Cup · **LIVE**
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
4,721 Tweets
···

Trending in United States
**Argentina**
Trending with De Paul, Messi
···

Trending in California
**Mexicans**
7,435 Tweets
···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

__ https://twitter.com/candidevent/status/1578048070373314565 __ at __ 2022-11-20 08:54:19 -08:00 __



# Home

# Explore

 Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 **celebrity photos & updates**
@candidevent

## Dakota Johnson on the set of 'Madame Web'



8:42 AM · Oct 6, 2022 · Twitter for iPhone

**40** Retweets  **10** Quote Tweets  **191** Likes

← Tweet

 Tweet your reply

Reply



**Perkowski Legal P.C.**
@c_perkowski

## Relevant people





**celebrity photos & u...**
@candidevent

Follow

All media is posted under fair use with no © infringement intended. DM for removal.

## What's happening

Formula 1 · 1 hour ago
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 🧙
Original movie now streaming
Promoted by Disney+

Only on Twitter · Trending
**RIP JDF**
5,738 Tweets

Trending in California
**Shakira**
96.6K Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Tommy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/soygerardcortez/status/9247905846985523202 __ et __ 2022-11-22 20:18:25 -0800

Case 2:22-cv-09462-DMG-ADS    Document 1-30    Filed 12/30/22    Page 21 of 100    Page ID #:2887

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Gerard Cortez**
@SoyGerardCortez

Rita Ora vs Rihanna usando el estilo old school de Burberry. Obviamente todos sabemos que Rihanna kill it 🔥



5:10 PM · Oct 29, 2017 · Twitter for iPhone

**6** Retweets    **4** Quote Tweets    **63** Likes

Tweet your reply                                    Reply

**Jonah** @JonhyAlv · Oct 29, 2017
Replying to @SoyGerardCortez
Rita se ve un poco ridícula, Rihanna slay it
                                        ♡ 2

**MANCANDY pa'** @MANCANDY · Oct 29, 2017
Replying to @SoyGerardCortez
Wey, Rita Ora parece mimi de Flans! Que le pasoooo?
   1                                    ♡ 9

**ItzMeRingoBallr** 🎸⚡🎧 @GalanteCaradura · Oct 29, 2017
Replying to @SoyGerardCortez
No veo cómo usaría otra vez Burberry, admiro la sagacidad de las casas de moda.

**Ruben Tulus** @rubaltore · Oct 29, 2017
Replying to @SoyGerardCortez
RhiAna se parece a mi chacha lunes cuando regresa de su pueblo

**Perkowski Legal P.C.**
@c_perkowski

### Relevant people

**Gerard Cortez**
@SoyGerardCortez                    Follow
Periodista de moda y cultura pop. TV
Host y guionista. Amarás mi YouTube.
No binarie. Inmigrante. Contacto
Gerardcortez@gmail.com (El-he, ella-
she, elle-they)

### What's happening

NBA · LIVE
**Kings at Grizzlies**

**#AvatarTheWayOfWater** 🧙
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States
**#GenshinSpecialProgram**
5,725 Tweets

Trending in California
**Epstein**
34.8K Tweets

Entertainment · Trending
**Marvel**
90.3K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Search Twitter

__ https://twitter.com/CevansContents/status/1588591204077535232 __ at __ 2022-11-22 23:45:36 -08:00 __

← **Tweet**

Q Search Twitter



**Chris Evans Content**
@CevansContents    ···

📸:New Chris Evans filming "Red One"



10:57 AM · Nov 4, 2022 · Twitter for Android

**30** Retweets    **142** Likes

💬    🔁    ♡    ↑

 Tweet your reply    Reply

**Relevant people**

 **Chris Evans Content**    Follow
@CevansContents
Daily Content about actor Chris Evans / photos / gifs / videos | fan account

**What's happening**

NBA · 2 hours ago
**Lakers at Suns**



**#AvatarTheWayOfWater**🎬
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Business and finance · Trending    ···
**#massshooting**
1,327 Tweets

Trending in California    ···
**Costco**
6,140 Tweets

Trending in United States    ···
**Erection**
21.4K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

 **Perkowski Legal P.C.**    ···
@c_perkowski

— https://twitter.com/lacosacine/status/1380581406733139969 __ et __ 2022-11-22 03:06:00 -08:00

← **Tweet**

**La Cosa Cine** ✓
@lacosacine

⋯

Alaqua Cox protagoniza nuevas imágenes como Maya Lopez/Echo, desde el set de #Hawkeye:

Translate Tweet



11:00 AM · Apr 9, 2021 · TweetDeck

**1** Retweet    **23** Likes

💬              🔁              ♡              ⬆️

P | Tweet your reply                                    **Reply**

**Daro** @NgativCreep · Apr 9, 2021
Replying to @lacosacine
Secret Invasion comienza con Echo vigilando a Elektra, seria interesentante ver si se animan a darle un inicio similar a la serie

💬              🔁              ♡  1              ⬆️

---

## Search Twitter

### Relevant people

**La Cosa Cine** ✓
@lacosacine                                    **Follow**

🎞️🎬 Cine y Series. Tu comunidad, tu revista ✉️ web@lacosacine.com | 🎙️
@guillohernandez @jessiblady @luagosta @macareynolds @cynthiaonfilms

### What's happening



FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater** 🧿
Get tickets now - In theaters December 16
ⓘ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
80.1K Tweets                                    ⋯

Trending in United States
**El VAR**
80.5K Tweets                                    ⋯

Trending in United States
**Argentina**
Trending with  Messi, #ARGKSA           ⋯

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2022 Twitter, Inc.

---

### (Left navigation)

🐦

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒️ Lists

👤 Profile

⊙ More

**Tweet**

← Tweet



**Foochia - فوشيا** ✔
@foochia

أثارت الممثلة والمغنية الأمريكية جينفر لوبيز و بن أفليك،
فضول الجمهور حول علاقتهما منذ إحياء علاقتهما في أواخر
أبريل، بعد انفصال لوبيز أليكس رودريغيز. لكن يبدو أن الاثنين
قررا تأكيد علاقتهما العاطفية بشكل علني، حيث شوهدا وهما
في وضع رومانسي في ضاحية ويست هوليوود مساء يوم
الإثنين

Translate Tweet



7:02 AM · Jun 3, 2021 · Hootsuite Inc.

**3** Retweets   **3** Likes

💬          ⟲          ♡          ⬆

 Tweet your reply                    Reply

**Perkowski Legal P.C.** ⋯
@c_perkowski

---

Search Twitter

## Relevant people

 **Foochia - فوشيا** ✔                Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

## What's happening

FIFA World Cup · LIVE
**USA vs Wales**                          

Trending in United States          ⋯
**1-0 USA**
13.7K Tweets

Trending in California             ⋯
**LETS GOOOOOO**
3,277 Tweets

Family drama · Trending            ⋯
**#GTMcontest5**

Trending in United States          ⋯
**WHAT A GOAL**
18K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

← **Tweet**



**Miley Cyrus Updates** ⬛
@MileyCyrusBz

···

More photos of Miley last night for Omer Fedi's birthday 😈



3:02 PM · Mar 26, 2021 · Twitter for iPhone

**16** Retweets   **1** Quote Tweet   **66** Likes

🔍 Search Twitter

## Relevant people



**Miley Cyrus Updates** ⬛
@MileyCyrusBz
Fan account | Copyright belongs to the respective owners | @MileyCyrus follows 💕

Follow

## What's happening

Television · Yesterday
**The Walking Dead airing on AMC**



Trending in United States
**Maher**
22.1K Tweets

···

Trending in United States
**#AMAs** 🔥
Trending with  soobin, Sabrina

···

Music · Trending
**Lionel Richie**
3,880 Tweets

···

Trending in United States
**Iran**
Trending with  England, Wales

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply

Reply



**Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**



**Foochia - فوشيا** ✔
@foochia

···

آخر ظهور لأنجلينا جولي برفقة أبنائها خلال تواجدهم بمركز
تجاري في لوس انجلوس

#أنجلينا_جولي #نجمات_هوليوود #AngelinaJolie


Translate Tweet



2:32 AM · Feb 7, 2021 · Twitter Web App

**2** Retweets     **12** Likes

 **Perkowski Legal P.C.**
@c_perkowski

···

Tweet your reply                              Reply

---

🔍 Search Twitter

## Relevant people

 **Foochia - فوشيا** ✔          Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

## What's happening

Television · Starts at 8:00 PM
**Saturday Night Live airing on
NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
▶ Promoted by Uber

Trending in United States                    ···
**HE'S BACK**
114K Tweets

Music · Trending                             ···
**#AMAsFanFavorite** 🔥
1.58M Tweets

Sports · Trending                            ···
**Aaron Nesmith**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**





**Relevant people**

Gerard Cortez
@SoyGerardCortez    Follow
Periodista de moda y cultura pop. TV
Host y guionista. Amante de YouTube.
No binarie. Inmigrante. Contacto:
Gerardcortez@gmail.com @i-he, ella-
she, elle-they)

**What's happening**

Sports · LIVE
2022 FIFA World Cup

#AvatarTheWayOfWater💙
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
Died Suddenly
Trending with World Premiere

Trending in United States
Ole Miss
Trending with Auburn

Trending in California
Mexicans
7,220 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2023 Twitter, Inc.





← **Tweet**

**Tabasco HOY**
@TabascoHOY

···

**#EsTendencia**✨| ¡El diario New York Post captó a Ben Affleck y Jennifer dándose un beso, lo que podría confirmar que sí tienen una relación!

tabascohoy.com

Translate Tweet



12:37 PM · Jun 14, 2021 · Twitter Web App

**3** Retweets  **2** Quote Tweets  **18** Likes

💬          ⟲          ♡          ⬆


Tweet your reply                                    **Reply**

**Apóstol Claudio** @PeralesClaudio · Jun 14, 2021    ···
Replying to @TabascoHOY
ya se dieron beso hasta del 69

💬          ⟲          ♡          ⬆

**JC** @CarloDelVecchio · Jun 14, 2021          ···
Replying to @TabascoHOY
@IvanTB19 tu ídolo

💬          ⟲          ♡ 1          ⬆

**Relevant people**

**Tabasco HOY**
@TabascoHOY
Información del Sureste Mexicano. Conversamos la #noticia en #RedesSociales. Info local, nacional e internacional.
facebook.com/Tabascohoymx/

**Follow**

**What's happening**

FIFA World Cup · 2 hours ago
**Mexico vs Poland**



**#AvatarTheWayOfWater**🌊
Get tickets now – In theaters December 16
🔹 Promoted by Avatar

Trending in United States                        ···
**Giroud**
Trending with  Australia, Mbappe

Trending in United States                        ···
**Chip Tayag**

Trending in United States                        ···
**Ochoa**
Trending with  Poland, Lewandowski

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

Search Twitter



__ https://twitter.com/BenjaminEnfield/status/1288502418435702788 __ at __ 2022-11-21 22:31:57 -08:00 __



# Twitter



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More



**Tweet**

 **Now HipHop News** 
@NowHipHopNews_

Did he play my PS4?



8:51 AM · Jul 29, 2020 · Twitter for iPhone

**19** Retweets   **6** Quote Tweets   **53** Likes



 Tweet your reply

Reply

## Search Twitter

### Relevant people

 **Now HipHop N...**   Follow
@NowHipHopNews_

We bring you the latest music from independent artists. Reaching 40million people monthly. SUBMIT YOUR MUSIC for unlimited yearly promotion 👇

### What's happening

NBA · 33 minutes ago
**Jazz at Clippers**



Entertainment · Trending
**Died Suddenly**
68.8K Tweets

Sports · Trending
**Trey Lance**
1,345 Tweets

Only on Twitter · Trending
**Pablo Milanés**
Trending with Auburn

Trending in California
**Dodger Stadium**
8,715 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet

Perkowski Legal P.C.
@c_perkowski



1/ THREAD-Body Language Analysis No. #644: Kim Kardashian, Pete Davidson, and a Dominance Display
#BodyLanguage #BodyLanguageExpert #Dominant
#Alpha #KimKardashian #PeteDavidson

Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C. ...
@_perkowski



**Dani Lagi 🎬 Strip Marvel**
@StripMarvel

**The Marvels** ⚡

7:25 AM · May 3, 2021 from Bexuñ, España · Twitter for iPhone

**515** Retweets  **7** Quote Tweets  **4,775** Likes

Tweet your reply   **Reply**

**Barik - The Master Mechanic** @PaladinBarik · May 3, 2021
Replying to @StripMarvel
Ahora capaz si me planteo a ver esa peli polo por qué tendrá a Mónica y kamalai si hubiese Sido solo con Carol de prota capaz ni la vela xdxd
♡ 1  ⟲ 1  ♡ 22  ⬆

**Celuloide PhotoFilms 🎬** @CeluloidepF · May 3, 2021
Replying to @PaladinBarik and @StripMarvel
Por esa razón lo hicieron para que a las personas que no les gustó la primera vaya a ver esta jejeje
♡  ⟲ 1  ♡ 19  ⬆
Show replies

**Adrian** @puma370881 · May 3, 2021
Replying to @StripMarvel
Esconderán las escenas de Spiderman, y nada de los Xmen o 4F.
♡  ⟲  ♡  ⬆

**Jesu** @Mr_Jesuu · May 3, 2021
Replying to @StripMarvel
a ver si esta secuela ahora que tiene otra directora hacen 1. no que no sea feminista 2. a ver si pueden hacer que la capitana sea mas o menos querida xdd
♡ 2  ⟲ 1  ♡ 8  ⬆

**Halker** @HelkerHH · May 3, 2021
Replying to @Mr_Jesuu and @StripMarvel
¿Por que no tiene que ser feminista?
♡  ⟲  ♡ 1  ⬆
Show replies

**agosto** @agostoalbbbb · May 3, 2021
Replying to @StripMarvel
Monica me cayó bien en WandaVision, y Ms Marvel se ve interesante como personaje, si la vere creo😊
♡  ⟲  ♡ 2  ⬆

**Macho Man** @PixaMarve · May 3, 2021
Replying to @StripMarvel
Pero si no le ponen capitana marvel en el título no se entiende si es secuela o peli nueva.
♡  ⟲  ♡  ⬆

**Macho Man** @PixaMarve · May 3, 2021
Replying to @StripMarvel
Al final las únicas sagas que van por orden numérico son Iron Man y GdlG. El resto de las sagas se titulan con subtítulo
♡  ⟲  ♡ 1  ⬆

**Macho Man** @PixaMarve · May 3, 2021
Replying to @StripMarvel
La trilogía de 4F debería ser:
1. Fantastic Four Family
2. Fantastic Four First Family
3. Fantastic Four Future Foundation
3. Fantastic Four Fucking Forever
F por los FF
♡  ⟲  ♡ 1  ⬆

**AverageWeon** @AverageWeon · May 3, 2021
Replying to @StripMarvel
Solo quiero que, si es que los rumores son ciertos, no arruinen a Blue Marvel
♡  ⟲  ♡  ⬆

**Franklin Gallardo** @Frank170966 · May 3, 2021
Replying to @StripMarvel
No que te tomarías el día libre!? 😂😂😂
♡  ⟲  ♡  ⬆

**Danny Arkade 🇵🇷** @danarkade · May 3, 2021
Replying to @StripMarvel
solo así la verá el público
♡  ⟲  ♡  ⬆

**Walt Castillo📸** @WalCas · May 3, 2021
Replying to @StripMarvel
Ese 4 al final 😍
♡  ⟲  ♡  ⬆

**Víctor Poveda** @povedovsky · May 3, 2021
Replying to @StripMarvel
Me parece una mierda de título y los personajes no me interesan, pero obviamente la veré
♡  ⟲  ♡ 9  ⬆

**Joseph C.** @JosephCafano · May 3, 2021
Replying to @StripMarvel
@Bobooshbem
♡  ⟲  ♡  ⬆

**andre** @andr3w · May 3, 2021
Replying to @StripMarvel
😍😍😍😍
♡  ⟲  ♡  ⬆

**Said The Blue Sky** @yangzitong2 · May 3, 2021
Replying to @StripMarvel
I saw it. This is incredible.I'll see you the movies.
♡  ⟲  ♡ 1  ⬆

**Jair Dangelo** @dangelo_jai · May 3, 2021
Replying to @StripMarvel
De las películas que mas hype tengo:
♡  ⟲  ♡ 6  ⬆

**Saturn.** @Saturn_Alas · May 3, 2021
Replying to @StripMarvel
Hmm Cap esta okay, Mónica esta okay pero medio meh y Khamala se ve bien, su traje está increíble y la actriz se ve simpática.
♡  ⟲  ♡  ⬆

**L-L 🎬** @O_ReginaRC · May 3, 2021
Replying to @StripMarvel
Ahora solo hay que sacar a la capitana Marvel y perfecto
♡  ⟲  ♡  ⬆

**The SLEIGHTSebastian🎄** @Hector52Kc · May 3, 2021
Replying to @StripMarvel
Vaaaamnoooooooh #MonicaRambeau #MarvelStudios
♡  ⟲  ♡ 1  ⬆

**David** @DavidCast1989 · May 3, 2021
Replying to @StripMarvel
Ojo a MS Marvel. Vamos a flipar con esa niña
♡  ⟲  ♡  ⬆

**Pedro UwU** @PedrosUwU07 · May 3, 2021
Replying to @StripMarvel
Genial ❤️❤️❤️❤️
♡  ⟲  ♡  ⬆

**Al3x** @Al3xLawllet · May 3, 2021
Replying to @StripMarvel
La única que me gusta como personaje es capitana marvel, después monica es muy buen personaje y ms marvel aun falta ver su serie
♡  ⟲  ♡  ⬆

**Marce** @macel6liz · May 3, 2021
Replying to @StripMarvel
O sea que no hay Capitana Marvel 2
♡  ⟲  ♡  ⬆

**Relevant people**

**Dani Lagi 🎬 Strip Ma...**
@StripMarvel   **Follow**
Soy @Dani_Lagi de Strip Marvel en @youtube y @twitch autor de #ComoConocíAVuestraMarvel y el cómic #ElGuanteHaiteDelInfinito
CONTACT: stripmarvelth@gmail.com

**What's happening**

FIFA World Cup · 3 hours ago
**Mexico vs Poland**

#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in California
**Mexicans**
18.6K Tweets

Celebrities · Trending
**Tom Hanks**
6,341 Tweets

Trending in California
**LAPD**
12K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ...
© 2022 Twitter, Inc.

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

FentyStats
@FentyStats

Pulling up at the #DesperadoStreamingParty 📍 like:



📍 Rihanna Online and Rihanna Navy Brasil | Fan Account

2:11 PM · Nov 10, 2020 · Twitter for iPhone

**53** Retweets   **18** Quote Tweets   **508** Likes

Tweet your reply                                    Reply

Rihanna Online @RihannaOnlineBR · Nov 10, 2020
Replying to @FentyStats and @RNavyBrazil
I'm ready #DesperadoStreamingParty

conner 👅 @willneaconner · Nov 10, 2020
Replying to @RihannaOnlineBR @FentyStats and @RNavyBrazil
you look amazing sweetie 😍😍

💬 3       13       ♡ 65

M A T T @UNAMYRIGLETE · Nov 10, 2020
Replying to @FentyStats @RihannaOnlineBR and @RNavyBrazil
Just arrived #DesperadoStreamingParty



💬        1       ♡ 1

Ice-Princess ❄️ @Fentyissudo · Nov 10, 2020
Replying to @FentyStats @RihannaOnlineBR and @RNavyBrazil
A @orianavke

💬        1       ♡

Adriane @adriRinsey · Nov 10, 2020
Replying to @FentyStats @RihannaOnlineBR and @RNavyBrazil
I'm here!! #DesperadoStreamingParty

💬        1       ♡ 3

badgalriri @Riribay · Nov 10, 2020
Replying to @FentyStats @RihannaOnlineBR and @RNavyBrazil
Ready! #DesperadoStreamingParty

💬        5       ♡ 31

James Doyle @JamesDob2774724 · Nov 10, 2020
Replying to @FentyStats @RihannaOnlineBR and @RNavyBrazil
You look well.

This Tweet was deleted by the Tweet author. Learn more

Trophy Wig // A Non Affiliated Fan ... @RabinCog... · Nov 10, 2020
Replying to @iAsDanks @FentyStats and 2 others
Coachella 2017?

💬        1

Show more replies

Perkowski Legal P.C.
@_perkowski

**Relevant people**

FentyStats
@FentyStats                              Follow
Daily stats and news about global
music icon, fashion designer and
entrepreneur, Robyn Rihanna Fenty |
@rihanna 🖤 Fan account. 🖤 |
fentystats@gmail.com

Rihanna Online
@RihannaOnlineBR                         Follow
Fan Account | O 5s site mais atualizado
sobre a cantora @rihanna no Brasil 🇧🇷
| Contato:
siterihannaonline@gmail.com

Rihanna Navy Brasil | ...
@RNavyBrazil                             Follow
RNB 🇧🇷 | Estamos online desde 2010,
somos o maior e mais completo fã-
clube sobre a cantora Rihanna no
Brasil e em toda a América Latina.
Apoio: @omusicbrasil

**What's happening**

FIFA World Cup · LIVE
Argentina vs Saudi Arabia

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
80.4K Tweets

Trending in United States
**Argentina**
Trending with Messi, #MEXE24

Trending in California
**Mexicans**
7,262 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

__ https://twitter.com/MMarvelBRA/status/1578085042353487877 __ et __ 2022-11-20 10:32:38 -0800

← **Tweet**

**Multiverso Marvel**
@MMarvelBRA

🚨 Aaron Taylor Johnson?

Novas imagens das Filmagens de 'MADAME WEB'.



11:09 AM · Oct 6, 2022 · Twitter for Android

**5** Retweets **60** Likes

Tweet your reply

**Reply**

**D a b i #EUNABRLATWR❤️🖤** @dabi427 · Oct 6
Replying to @MMarvelBRA
Mas não tem um universo que o kraven é o homem aranha?

1

**Nik!!** @H0MENICK · Oct 6
Replying to @MMarvelBRA
E o Ryan Gosling

1

---

**Relevant people**

**Multiverso Marvel** **Follow**
@MMarvelBRA
RUMO AO HEXA 🇧🇷 || Notícias, Opiniões e Memes! | Ative as notificações 🔔 | 📧 contato: multiversomarvelbr@gmail.com • Fan Account #FIFAWorldCup 🏆

**What's happening**

FIFA World Cup · 2 hours ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 😵
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Heisman**
10.3K Tweets

Trending in California
**Shakira**
106K Tweets

Trending in California
**Elton John**
8,494 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More …
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/_Margvel/status/1431025564257771531 __ et __ 2022-11-22 20:48:59 -08:00

← **Tweet**

**Twitter**

- 🏠 Home
- # Explore
- 🔔 Notifications
- ✉️ Messages
- 🔖 Bookmarks
- 🗒️ Lists
- 👤 Profile
- ⊙ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski ...

---

**Margvel** 🐾
@_Margvel ···

📷 Fotos de Martin Freeman como Everett Ross en el set de 'BLACK PANTHER: WAKANDA FOREVER' 🐾



3:47 PM · Aug 26, 2021 · Twitter for iPhone

**2** Retweets   **2** Quote Tweets   **183** Likes

💬        ↻        ♡        ⬆️

P  Tweet your reply                    **Reply**

**Alex Farias** @leflako9 · Aug 26, 2021  ···
Replying to @_Margvel
Muchachos esto es una filtración real o un fan art ?

💬        ↻        ♡        ⬆️

**007** @felisuarez29 · Aug 26, 2021  ···
Replying to @_Margvel
Como amo a Martin

💬        ↻        ♡        ⬆️

---

🔍 Search Twitter

**Relevant people**


**Margvel** 🐾
@_Margvel                    Follow
Humor, información y updates del
Universo Marvel | 🎬
contactomargvel@gmail.com |
#SheHulk #IAmGroot

**What's happening**

NBA · LIVE
**Lakers at Suns**


#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
◻ Promoted by Avatar

Business and finance · Trending
**Chesapeake**
4,551 Tweets                    ···

Trending in United States
**#GenshinSpecialProgram**
13.7K Tweets                    ···

Politics · Trending
**Prediction**
49.4K Tweets                    ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/NormaniUpdate/status/1521473893895078374 ... a1 ... 2022-11-21 23:40:00 -08:00 22-cv-09462-DMG-ADS Document 1-30 Filed 12/30/22 Page 37 of 100 Page ID #:2903



← Tweet

**Search Twitter**

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Normani Updates**
@NormaniUpdate

Normani 💖



5:56 AM · May 3, 2022 · Twitter for iPhone

**286** Retweets  **35** Quote Tweets  **1,939** Likes

Tweet your reply  **Reply**

**Ghive Moss** @Pleasurg_ · May 3
Replying to @NormaniUpdate
This could've been the carpet look too
♡ 5

**matthew** ☑ @matthewkordei · May 3
Replying to @NormaniUpdate
it's giving Selena too
♡ 8

**ruthy** @withnormanis · May 3
Replying to @NormaniUpdate
Linda 😊

▶ 0:29  1,161 views

From ruthy

**Vantony Mccutcheon** @VantonyMccutchS · May 3
Replying to @NormaniUpdate
Wow my baby NORMANI 🤗🤗 so beautiful 💜🖤
♡ 3

**Sanny** @SVeanable · May 3
Replying to @NormaniUpdate
Normani fashion is on point. I said it.

**ThisLittleLightOfMine**✨ @Pascal20540578 · May 3
Replying to @NormaniUpdate
Vraiment superbe ✨😍😍😘😘

**D'angelo Morrison** 🤎💛 @DangeloMorrison · May 3
Replying to @NormaniUpdate
That's Nasty Boot 😍
♡ 2

**Relevant people**

**Normani Updates**
@NormaniUpdate  **Follow**
Bringing you all the latest updates on
singer/songwriter/dancer/model,
@Normani!

**What's happening**



NFL · 3 hours ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
72.9K Tweets

Trending in California
**Mexicans**
6,704 Tweets

Trending in United States
**Trent Reznor**
23.1K Tweets

Trending in United States
**August Alsina**
Trending with Jada, #TheSurrealLife

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

**Tweet**

**La Cosa Cine** ✔
@lacosacine

Primera imagen de #CouterneyCox en el rodaje de #Scream5.



4:30 PM · Oct 23, 2020 · TweetDeck

**16** Retweets  **13** Quote Tweets  **359** Likes

Tweet your reply                          Reply

**Alex** @a_lost_diamond · Oct 23, 2020
Replying to @lacosacine
Se sabe algo de la trama?

**N i c o l a s** 🎬🎥 @OreNicolas · Oct 23, 2020
Replying to @lacosacine

Estás tan hermosa como el día en que te fuist

♡ 1

**Mauri El Bueno** @detaquito17 · Oct 23, 2020
Replying to @lacosacine
Echen al pasante que escribió mal el nombre de Monica Geller 😏

♡ 3

**Relevant people**

**La Cosa Cine** ✔    Follow
@lacosacine
Cine y Series. Tu
comunidad, tu revista 🎞
web@lacosacine.com | 🎥
@guillohernandez @jessiblady
@luagosta @macareynolds
@cynthiaonfilms

**What's happening**

FIFA World Cup · **LIVE**
**Argentina vs Saudi Arabia**



#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
⬛ Promoted by Avatar

Trending in United States
**Argentina**
Trending with De Paul, Messi

Entertainment · Trending
**Died Suddenly**
84.7K Tweets

Trending in California
**Mexico City**
24.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/ahoybieber/status/1375518873219391493 __ at __ 2022-11-21 10:47:28 -0800 __



← **Tweet**

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**


...
@AhoyBieber

The current headline implies this did not happen, when in fact there is photographic proof





**E! News** ✔ @enews · Mar 26, 2021
☑ Official
Justin Bieber Accuses Paparazzi of Shooting Photos Underneath Hailey's Skirt
eonli.ne/3w1Az5f

11:43 AM · Mar 26, 2021 · Twitter for iPhone

**7** Retweets   **1** Quote Tweet   **28** Likes

💬                ↻                ♡                ⬆

P   Tweet your reply                              Reply

### Search Twitter

**Relevant people**


...
@AhoyBieber                                Follow
I loved bieber before it was cool.
@justinbieber

 E! News ✔
@enews                                     Follow
☑ Official
Your source for entertainment news, celebrities and pop culture.

**What's happening**

FIFA World Cup · 15 minutes ago
**Senegal vs Netherlands**



Trending in United States
**Hive**
99.9K Tweets

Sports · Trending
**Charles Barkley**
4,694 Tweets

Trending in California
**Dodger Stadium**
14.2K Tweets

Trending in United States
**Senegal**
Trending with Mendy, #SENNED

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 Perkowski Legal P.C.
@c_perkowski ···

← **Tweet**

 **Kevin Anticona**
@KevinAnticonaa

···

La actriz Susan sarandon comento que Blue Beetle es fabuloso, por ser el primer heroe latino de un film

Su familia es mexicana y todos los actores eran mexicoamericanos y hablaban español por ende, hay subtitulos.

[ Via: @FallonTonight ]

#DC #DCEU #FelizViernes #HBOMax

Translate Tweet



6:38 PM · Sep 9, 2022 · Twitter for Android

🗨    ⟲    ♡    ⬆

 **Who can reply?**
People @KevinAnticonaa follows or mentioned can reply

 **Perkowski Legal P.C.**
@c_perkowski    ···

🔍 Search Twitter

**Relevant people**

 **Kevin Anticona**    **Follow**
@KevinAnticonaa
Chico carismático, manteniendo siempre la humildad y sociable, pasión por el teatro, cinefilo.

 **The Tonight Show** ✔    **Follow**
@FallonTonight
⊘ Official
The Tonight Show Starring @JimmyFallon Weeknights 11:35/10:35c on @NBC | Tweet along with us using #FallonTonight

**What's happening**

NFL · 3 hours ago
**Panthers at Ravens**



#Disenchanted 🪄
**Original movie now streaming**
▶ Promoted by Disney+

Trending in United States    ···
**UCLA**
30.3K Tweets

Trending in United States    ···
**LGBTQ**
Trending with Colorado Springs, AR-15

Yeonjun · Trending    ···
**yeonjun**
60.5K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS    Document 1-30    Filed 12/30/22    Page 41 of 100    Page ID #:2907

← **Tweet**

**Dakota Johnson Daily**
@Dakoholics

May 30: #DakotaJohnson was spotted arriving at the set of her new movie #Covers in Hollywood.

👤 Dakota Johnson Fans

2:10 PM · May 30, 2019 · Twitter for Android

**22** Retweets  **116** Likes

Tweet your reply                                    Reply

### Relevant people

**Dakota Johnson Daily**    Follow
@Dakoholics
Fan account dedicated to actress, activist, director and producer Dakota Johnson.

**Dakota Johnson Fans**    Follow
@LifeDJohnson
FAN ACCOUNT dedicated to actress, activist, director and #TeaTimePictures founder DAKOTA JOHNSON ■ Next: TLD - Persuasion - Am I Ok? - CCRM - Rodeo Queens ✨

### What's happening

Television · 2 hours ago
**The Walking Dead airing on AMC**

**#Disenchanted** 👩‍🦰
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Bob Iger**    ···
Trending with Chapek, Disney

Trending in United States
**#AMAs** 🔺    ···
3.85M Tweets

Trending in United States
**#TheWalkingDead**    ···
Trending with #TWDFinale, Michonne

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

🔍 Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**


**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/johannpapz/status/1101122609469886661/16_er_2022-11-22 09:40:28 08:00
Document 1-30  Filed 12/30/22  Page 42 of 100  Page ID
#2369



Jojo
@JohanPapz

ayaaaa ariana elle s'est remis avec big sean !!

THE SHADE ROOM

1:02 PM · Feb 28, 2019 · Twitter for iPhone

**44** Retweets   **29** Quote Tweets   **455** Likes

Search Twitter

**Relevant people**

Jojo
@JohanPapz                    Follow
youtubeur à temps partiel

**What's happening**

FIFA World Cup · Earlier today
Mexico vs Poland

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
RIP Harold

Sports · Trending
Hunter Renfroe
Trending with Brewers, Jason Gerik

Family drama · Trending
#GTMcontest37

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

Tweet your reply                                    Reply

always🧡 @shh!ckbae · Mar 1, 2019
Replying to @JohanPapz
Elle a répondu en disant qu'ils étaient juste amis... Faut se renseigner avant d'affirmer des trucs

Margaux Sauvage @mgsauvage · Feb 28, 2019
Replying to @JohanPapz
WAIT WHAT WTF HOLY SHIT

Princesse Camz @camzcam_ · Feb 28, 2019
Replying to @JohanPapz
Thank u next ????
3

Clora🍉 @clbragrande · Feb 28, 2019
Replying to @JohanPapz
Ils sont pas ensemble, ils se revoient juste ! ;) du moins pour l'instant ♥♥
1    12

Rîholaît @rîhotime · Feb 28, 2019
Replying to @JohanPapz
Mais Ariana c'est un truc de fou elle aime trooop revoir ces ex mdrr 😭
1    6

⅃, Ɛ 🇫🇷🇲🇦 @pooly3435 · Feb 28, 2019
Replying to @JohanPapz
faudra juste m'expliquer pk ariana est presque aussi noire que sean
6

˙ mhysa @sunblonded · Feb 28, 2019
Replying to @JohanPapz
Toulouse n'approuve pas
1

˙ mhysa @sunblonded · Feb 28, 2019
Replying to @JohanPapz
jcrois ils trainaient juste ensemble mais jle sens pas du tout la ari va older
Soit disant elle se consacrait qu'à sa musique et qu'elle a plus le temps pour les balls comme ça donc on sait pas
10

jénaz 🐍 @ashtagxvr · Mar 1, 2019
Replying to @JohanPapz
"Thought I'd end up with Sean
But he wasn't a match"

baptiste🌿 @baptiste_ltd · Mar 1, 2019
Replying to @JohanPapz
FETM

darina @cloudsneedy · Feb 28, 2019
Replying to @JohanPapz
être amis ça existe ils peuvent juste être potes hein

darina @cloudsneedy · Feb 28, 2019
Replying to @JohanPapz
ils étaient dans le studio juste avant donc c'est sûrement une collab ils sont pas ensemble
1

celia🦋 @AHSSEBER · Feb 28, 2019
Replying to @JohanPapz
rien a voir mais johan g reve qu'etais mon mec me demande pas pk

This Tweet was deleted by the Tweet author. Learn more

lmv @irmhk_ · Feb 28, 2019
" thought I end up with sean but it wasn't a match " frchmnt eli me saoule
Sean aussi il est bébé
2    4

mell @melina_plmtl · Mar 1, 2019
Replying to @JohanPapz
@OutofSpout  ??
1

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

Show replies

Perkowski Legal P.C.
@c_perkowski

Rihanna News
@TeamOfRihanna

Follow

# Rihanna and ASAP Rocky were spotted at Giorgio Baldi restaurant last night in LA



8:53 AM · May 9, 2022 · Twitter for Android

**226** Retweets  **104** Quote Tweets  **2,453** Likes

**Relevant people**

Rihanna News
@TeamOfRihanna
All the latest @Rihanna news, photos, videos, charts and more | Contact: teamofrihannacontact@gmail.com no account.

**What's happening**

Television · Last night
The Walking Dead airing on AMC

Music · Trending
Lionel Richie

Trending in United States
Rick Grimes
4,128 Tweets

Trending in United States
Oregon
7.036 Tweets

Only on Twitter · Trending
#MotivationMonday
5,858 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

__ https://twitter.com/bangtidyhq/status/1333504602390814022 __ at __ 2022-11-20 21:56:12 -08:00 __



Tweet

**Foochia - فوشيا** ✔
@foochia

سيلينا غوميز بالشعر الأشقر.. هل ناسبها؟

#فوشيا #مشاهير_هوليوود #سيلينا_غوميز #selenagomez
#arianagrande

Translate Tweet



8:02 AM · Apr 27, 2021 · Hootsuite Inc.

**2** Retweets    **7** Likes

Tweet your reply                                    Reply

**selena** @maryam18selena · Apr 27, 2021
Replying to @foochia
Yas 😍

---

Search Twitter

**Relevant people**

**Foochia - فوشيا** ✔                    Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**



Events · Trending
**ITS COMING HOME**
4,423 Tweets

Trending in California
**#BLACKPINK_WORLDTOUR**
57.9K Tweets

Trending in United States
**Maguire**
Trending with  Luke Shaw

Trending in California
**Dodger Stadium**
13.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

← **Thread**

**Maratonando News** 🇺🇦
@PMaratonando

···

CURTIRAM ?! 🔍

Fotos inéditas da produção de Coração de Ferro não só trouxeram #DominiqueThorne com a nova armadura, em uma evolução da versão que aparecerá em Pantera Negra: Wakanda Para Sempre, como Anthony Ramos no papel de Parker Robbins, ou simplesmente Capuz.

#IronHeart
Translate Tweet



3:22 PM · Aug 8, 2022 · Twitter for Android

**3** Retweets **1** Quote Tweet **16** Likes

💬     🔁     ♡     ⬆

P   Tweet your reply     **Reply**

**Maratonando News** 🇺🇦 @PMaratonando · Aug 8   ···
Replying to @PMaratonando
Coração de Ferro estreia em 2023.

💬     🔁     ♡ 2     ⬆

**Bulgro** @obulgro · Aug 9   ···
Replying to @PMaratonando
Tem roupa de cosplay muito mais bonito que isso aí (capuz)

💬     🔁     ♡     ⬆

---

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

P   **Perkowski Legal P.C.**   ···
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

MN   **Maratonando News** 🇺🇦   **Follow**
@PMaratonando
Tudo sobre o mundo do cinema, séries e games 🎬 🎮 Sigam nossos ADMs 👍👍 @1991Philipe 👨 @rayssajoy 👩

**What's happening**

Television · 30 minutes ago
**Saturday Night Live airing on NBC**   

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
📢 Promoted by Uber

Trending in United States   ···
**HE'S BACK**
Trending with Welcome Back

Trending in California   ···
**HELL NO**
45.3K Tweets

Trending in United States   ···
**Best of 7**
7,009 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/live1dnews/status/1333950293747363840 __ at __ 2022-11-20 18:35:35 -0800 __

← **Tweet**



**1D Updates**
@Live1DNews                                              ...

Harry on the set of 'Don't Worry Darling' today (December 1)

(Via @hsdcandids)



5:45 PM · Dec 1, 2020 · Twitter for iPad

**1** Retweet    **7** Likes

💬              🔁              ♡              ⬆️

Ⓟ    Tweet your reply                          Reply

---

Search Twitter

**Relevant people**



**1D Updates**                          Follow
@Live1DNews

1D Updates. Paul, Andy, and more follow!



**HS Candids**                          Follow
@hsdcandids

Follow for HQ candids of HS. Layout by @brightblackdsgn. (Fan Account)

**What's happening**

NBA · 13 minutes ago
**Warriors at Rockets**                

**#Disenchanted** 🧙
Original movie now streaming
▶️ Promoted by Disney+

Sports · Trending                      ...
**Patrick Mahomes**
3,738 Tweets

Trending in United States              ...
**#AMAs** 🎤
Trending with soobin, Anitta

Trending in United States              ...
**Machine Gun Kelly**
2,361 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---



**Perkowski Legal P.C.**    ...
@c_perkowski

__ https://twitter.com/chrisevansfanuk/status/1580646309253390338 __ at __ 2022-11-20 13:38:21 -08:00

← **Tweet**

**Chris Evans fan page UK** 
@chrisevansfanuk

···

## Chris Evans the man of my dreams 💭 😶



12:47 PM · Oct 13, 2022 · Twitter for Android

**34** Retweets   **194** Likes

Tweet your reply                    **Reply**

**Lorraine Horton** @Rainyhort1 · Oct 13
Replying to @chrisevansfanuk

···



GIF  ALT

---

### Relevant people

**Chris Evans fan page ...**    **Follow**
@chrisevansfanuk
Chris Evans fan page my name Vicki
🌷 age 32 🦋

### What's happening

NFL · **LIVE**
**Eagles at Colts**


**#Disenchanted** 🧚
Original movie now streaming
▶ Promoted by Disney+

Trending in California          ···
**Rest In Peace**
54.9K Tweets

Sports · Trending          ···
**Fields**
Trending with Falcons, Bears

Sports · Trending          ···
**Parsons**
5,105 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Perkowski Legal P.C.**   ···
@c_perkowski

https://twitter.com/safeevansstans/status/1580649872666943489 __at __2022-11-22 23:47:01 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-30    Filed 12/30/22    Page 49 of 100    Page ID
#:2915

← **Tweet**

**comfort chris** ☑
@safeevansstans

···

chris evans on the set of "Red One" ❤️



1:01 PM · Oct 13, 2022 · Twitter for iPhone

**53** Retweets    **8** Quote Tweets    **675** Likes

💬    🔁    ♡    ⬆️

---

P    Tweet your reply    **Reply**

**Kathleen Tursi** @KathleenTursi · Oct 13    ···
Replying to @safeevansstans
so hot OMG 🔥🔥🔥

GIF  ALT

💬    🔁    ♡    ⬆️

**Pippa Hale** @pippah76 · Oct 13    ···
Replying to @safeevansstans
I want his jacket

💬    🔁    ♡    ⬆️

---

🔍 Search Twitter

### Relevant people

**comfort chris** ☑    **Follow**
@safeevansstans
🐻 a safe place for chris evans stans;
daily reminder that chris loves you ♡

### What's happening

NBA · 2 hours ago
**Lakers at Suns**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
📣 Promoted by Avatar

Business and finance · Trending    ···
**#massshooting**
1,341 Tweets

Trending in United States    ···
**Erection**
21.4K Tweets

Trending in California    ···
**Costco**
6,148 Tweets

**Show more**

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**    ···
@c_perkowski

__ https://twitter.com/AndyVermaut/status/1240676166660272128 __ at __ 2022-11-20 19:15:42 -08:00 __

← **Tweet**



**Andy Vermaut**
@AndyVermaut

···

# Pregnant Sophie Turner Calls Husband Joe Jonas Her Favorite Piece of "Visual Art"

eonline.com/news/1132530/s...



9:27 AM · Mar 19, 2020 · dlvr.it

💬            🔁            ♡            ⬆️

      Tweet your reply            **Reply**

## Search Twitter

### Relevant people



**Andy Vermaut**                    **Follow**
@AndyVermaut

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

### What's happening

NFL · 2 hours ago
**Cowboys at Vikings**



**#Disenchanted** 🧙
Original movie now streaming
▶️ Promoted by Disney+

Trending in United States            ···
**#TheWalkingDead**
Trending with #TWDFinale, Rosita

Trending in United States            ···
**Disney CEO**
8,347 Tweets

Sports · Trending            ···
**Calipari**
1,371 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

      **Perkowski Legal P.C.**   ···
@c_perkowski

https://twitter.com/jaymalecelebs/status/1384063257497915393 __ at __ 2022-11-20 16:05:06 -08:00

Case 2:22-cv-09462-DMG-ADS    Document 1-30    Filed 12/30/22    Page 51 of 100    Page ID #:2917

**Male Celeb Hotties**
@jaymalecelebs

I wish Justin had tighter trousers 😛



1:36 AM · Apr 19, 2021 · Twitter for Android

**23** Retweets   **331** Likes

Tweet your reply                          Reply

**Lord Of Lannister** @KingOfLannister · Apr 19, 2021
Replying to @jaymalecelebs
What is he drinking
💬 1

**kelly** @fatkellyprice11 · Apr 19, 2021
Replying to @KingOfLannister and @jaymalecelebs
Kombucha

**xxxyxxxx** @andrew98117914 · Apr 19, 2021
Replying to @jaymalecelebs
His outfit is so oversized and looks horrible lol

This Tweet is from a suspended account. Learn more

**Male Celeb Hotties** @jaymalecelebs · Apr 22, 2021
Replying to @SlootJoel
We can dream about new nudes!

**Perkowski Legal P.C.**
@c_perkowski

---

Search Twitter

**Relevant people**

 **Male Celeb Hotties**
@jaymalecelebs                    Follow
Just a bi guy bringing you hot male
celeb content to lust over! DM's are
always open! Have fun! 😋 18+

**What's happening**

NFL · 2 hours ago
**Browns at Bills**            

#Disenchanted 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**#AMAs** 🔥
Trending with  TOMORROW X TOGETHER, Favorite K-
Pop Artist

Trending in California
**Ecuador**
813K Tweets

Sports · Trending
**Jeff Saturday**
5,784 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet



**BEYHIVE.com.br** ✓
@beyhivecombr

Beyoncé foi vista indo pro restaurante com Jay Z após o #GRAMMYs 🏆 ontem a noite.

Translate Tweet



7:52 AM · Mar 15, 2021 · Twitter Web App

**99** Retweets  **32** Quote Tweets  **1,157** Likes

**Relevant people**

**BEYHIVE.com.br** ✓
@beyhivecombr    [Follow]
Fan account. #RENAISSANCE Em todas as plataformas de streaming | Notícias, fotos e vídeos da Beyoncé para a #BEYHIVE!

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Music · Trending
**Ciara**
6,214 Tweets

Trending in United States
**Senegal**
Trending with #FifainuQoc, England

Sports · Trending
**Billy Wagner**

Business and finance · Trending
**OPEC**
6,266 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2022 Twitter, Inc.

**Tweet**

**NYC EMS Watch**
@NYCEMSwatch

FDNY EMS in the movies.
i.dailymail.co.uk/1s/2022/08/07/...
Dakota Johnson filming Madame Web as a paramedic
with a EMT patch.



8:23 AM · Aug 7, 2022 · Twitter Web App

**14** Retweets  **2** Quote Tweets  **85** Likes

Tweet your reply                                    Reply

**The Dispatcher** @mrrescueguy51 · Aug 7
Replying to @NYCEMSwatch
She's her own Mensa medic
♡ 2

**Anthony Almojera** 👨🏻‍⚕️🇨🇺🚑 @AnthonyAlmojera · Aug 7
Replying to @NYCEMSwatch
This movie would want a technical adviser. They should know better.
♡ 1

**DMC** @NYCNightwatch · Aug 7
Replying to @AnthonyAlmojera and @NYCEMSwatch
I'm gonna wait for the scene where they shock asystole.
♡ 3
Show replies

**ems** @EMSDinosauer · Aug 7
Replying to @NYCEMSwatch
Never mind that ....... a gun belt as a belt? Who did they hire to explain what
we do?
♡ 4      ♡ 7

**Shannon Jenkins** @RookieMurphyMom · Aug 7
Replying to @EMSDinosauer and @NYCEMSwatch
If only there was a whole organization that represents us that they could
contact for actual info...
♡ 1

**harlem medic emeritu** @harlemedic · Aug 7
Replying to @NYCEMSwatch
Yeah, I know the uniform is wrong, but Ms. Johnson gets a pass 'cuz she's
Dakota Johnson..
♡ 3

**Kmg365** @roadflare76 · Aug 7
Replying to @harlemedic and @NYCEMSwatch
That patch can be on my floor any day 😍😍❤️❤️😂😂😂😂
♡ 1

**Pennie Fay** @Penniefay12 · Aug 10
Replying to @NYCEMSwatch
Hahaha. Of course she did.
♡

**Brick EMS** @brick_ems · Aug 7
Replying to @NYCEMSwatch
I still say, we ALL need to turn our patches upside down...
♡ 2

**gary** @garyfdny · Aug 7
Replying to @NYCEMSwatch
Paramedic with a EMT Patch
Great work costume staff
♡ 3      ♡ 11

**Dan Gerard, MS, RN, NRP** @DanielRGerard · Aug 7
Replying to @garyfdny and @NYCEMSwatch
That is what happens when your technical consultant doesn't know what
they are talking about and your costume designer buys anything off
Amazon and eBay.
♡ 2      ♡ 8

**Daniel J Steele** @DanielJSteele2 · Aug 7
Replying to @NYCEMSwatch and @nanfisus
Looking good Dakota!
♡ 1

**Patrick Fitzmaurice** @PatrickFitzmau2 · Aug 7
Replying to @NYCEMSwatch
The tech advisor had to be a firefighter
♡ 6

**Relevant people**

**NYC EMS Watch**        Follow
@NYCEMSwatch
A unique look at FDNY EMS EMTs &
Paramedics, NYC EMS life in general,
First Responder life everywhere & NYC
politics. As always, unofficial, satirical
and wry.

**What's happening**

Formula 1 · 50 minutes ago
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 🪄
Original movie now streaming
Promoted by Disney+

Trending in United States
**#MassShooting**

Trending in United States
**Waka Waka**
137K Tweets

Only on Twitter · Trending
**RIP JDF**
1,865 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Search Twitter



Perkowski Legal P.C.
@c_perkowski

← **Tweet**

Home

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from a suspended account. Learn more

**Perkowski Legal P.C.**  ...
@c_perkowski

__ https://twitter.com/MileysCyrusNews/status/1227775828664078341 __ at __ 2022-11-22 19:00:28 -08:00 __



# Tweet

← Tweet


 Search Twitter

**Miley Cyrus News**
@MileysCyrusNews

Look at her now 😍 🖤



6:05 PM · Feb 12, 2020 · Twitter for iPhone

**15** Retweets   **3** Quote Tweets   **85** Likes

💬            ⟲            ♡            ⬆

P   Tweet your reply                    Reply

## Home

## Explore

## Notifications 1

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

### Relevant people

Miley Cyrus News
@MileysCyrusNews          Follow
FAN ACCOUNT

### What's happening

FIFA World Cup · This morning
**Mexico vs Poland**

#AvatarTheWayOfWater📱
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States
**RIP Harold**

__ https://twitter.com/fantystats/status/1505950213210611713 __ at __ 2022-11-22 01:08:57 -08:00 __

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

Perkowski Legal P.C.   ...
@c_perkowski

__ https://twitter.com/ClickySound/status/1274013475782774785 __ at __ 2022-11-22 21:39:03 -08:00

← Tweet

 **Clicky Sound**
@ClickySound

···

[clickysound.com/for-your-fitne...](http://clickysound.com/for-your-fitne...)  One the common barriers to working out at home is equipment. Let's see if we can address that concern. Because p...



9:17 AM · Jun 19, 2020 · Clicky Sound

  

 Tweet your reply                                    Reply

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Perkowski Legal P.C.
@c_perkowski

Search Twitter

**Relevant people**

 **Clicky Sound**    Follow
@ClickySound
Photography at its Best!

**What's happening**

NBA · LIVE
**Lakers at Suns**



**#AvatarTheWayOfWater** 🔵
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States
**Erection**
15.9K Tweets

← **Tweet**



Robert Littal BSO ✔
@BSO

...

How Larsa Pippen Was Scouting Her Next Victim at The YouTuber Austin McBroom vs. TikToker Bryce Hall Boxing Match While Announcing She's Returning to The Real Housewives of Miami (IG-Pics-Vids) bit.ly/3glMYeK via @BasketballguruD



10:07 PM · Jun 14, 2021 · BSO Alert

2 Quote Tweets    4 Likes

💬    🔁    🤍    ⬆️

 Tweet your reply      Reply

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**


Perkowski Legal P.C.
@c_perkowski    ...

---

🔍 Search Twitter

**Relevant people**

 Robert Littal BSO ✔    **Follow**
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

 The Daniel Bell©    **Follow**
@BasketballguruD
Thunder Beat Reporter For @BSO | Contributor for the @FranchiseOK | A lot of sports tweets | dbell3220@icloud.com

**What's happening**

FIFA World Cup · 2 hours ago
Argentina vs Saudi Arabia



#AvatarTheWayOfWater 🧑‍🦱
Get tickets now - In theaters December 16
⬛ Promoted by Avatar

Trending in United States    ...
**Died Suddenly**
101K Tweets

Trending in United States    ...
#السعوديه_الارجنتين
1.23M Tweets

Trending in United States    ...
**Argentina**
Trending with #FIFAWorldCup 🏆 Herve Renard

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

_ https://twitter.com/MovieCrazyP/status/1405688033039503362 _ at _ 2022-11-19 11:48:24 -08:00 _

← **Tweet**

## Movie Crazy Planet 🎬🍿🎥
@MovieCrazyP

···

📸 💥 PAPARAZZI 💥 📸

### ¡Margot Robbie se encuentra vacacionando en Puerto Vallarta, México!

Translate Tweet




5:45 PM · Jun 17, 2021 · Twitter for Android

**1** Retweet    **1** Quote Tweet    **21** Likes

🗨    ↻    ♡    ⬆

P    Tweet your reply                    Reply

---

## Relevant people

Movie Crazy Planet ...        **Follow**
@MovieCrazyP
💥 Noticias, tráilers, pósters, los estrenos más recientes de cine, series y televisión.💥 Síguenos y activa la 🔔 moviecrazyplanet@gmail.com ✉

## What's happening

Formula 1 · Starts tomorrow
**Abu Dhabi Grand Prix 2022**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States                ···
**tommys**

Sports · Trending                        ···
**Turcios**

Sports · Trending                        ···
**Andrel Anthony**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.        ···
@c_perkowski

__ https://twitter.com/ThisIsMax/status/1561294669534683302 __ el __ 2022-11-21 01:44:42 -08:00

← **Tweet**

**MAX** ✔
@ThisIsMax                                          ···

Congrats @JLo & #BenAffleck who got married with
family and friends all around them this weekend! Dress
code "all white" 🎉🎉🎉

Jenny looks beaut in @RalphLauren 💚

Vogue covered it so official shots coming soon 👰



3:10 AM · Aug 21, 2022 · Twitter for iPhone

**23** Retweets   **191** Likes

💬              ⟳              ♡              ⬆

Ⓟ      Tweet your reply                    **Reply**

**MimiFan** @Mimi80238 · Aug 22          ···
Replying to @ThisIsMax @JLo and @RalphLauren
They got married on a plantation...

💬 1            ⟳            ♡ 1            ⬆

**Show more replies**

---

🔍 Search Twitter

**Relevant people**

**MAX** ✔                           **Follow**
@ThisIsMax
Presenter/Producer 👩 Eyes on the
prize Violet! 😜 contact :
Management@FlipYourWig.net

**jlo** ✔                            **Follow**
@JLo
Celebrating #20yearsofTHISISMETHEN
✨

**Ralph Lauren** ✔                 **Follow**
@RalphLauren
⊘ Official
Defining timeless style since 1967

**What's happening**



NFL · Last night
**Commanders at Texans**

Music · Trending                      ···
**Lionel Richie**
3,656 Tweets

Trending in California                ···
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Trending in United States             ···
**Colorado Springs**
549K Tweets

Trending in United States             ···
**#TheWalkingDead**
Trending with Rick Grimes, #twdspoilers

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Ⓟ  **Home**

\# **Explore**

🔔 **Notifications**

✉ **Messages**

🔖 **Bookmarks**

☰ **Lists**

👤 **Profile**

⊙ **More**

**Tweet**

Perkowski Legal P.C.      ···
@c_perkowski

← **Tweet**

🔍 Search Twitter

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
≡ Lists
👤 Profile
⋯ More

**Tweet**

**Relevant people**

**Ryan 'All Day News' ...** — **Follow**
@Ryans_Ramblings
Founder, Host, and EiC of
@TheNerdRagePod. As seen on
@CBSThisMorning! Instagram:
@RadRyGuy TikTok:
@Ryans_Ramblings Casting Inquiries:
NerdRagePod@gmail.com

**Mauricio RMC** — **Follow**
@EnrealidadNoUso
Nerd de la vieja escuela. Me carga el
MCU. Debutando en los 50s.

**Caleb Williams** — **Follow**
@KnightGambit
EiC of @KnightEdgeMedia | PPC
Manager at @RankseyDigital | Film
Reporter | Bylines:@OmegaUGround
@The_GWW | #LGM 🇺🇸 Email:
caleb.williams@knightedgemedia.com

**Ryan 'All Day News' Anderson**
@Ryans_Ramblings

The Tracksuit Mafia is appearing in the upcoming Hawkeye series! Looks like they'll be working as a part of the "Trust A Bro" moving company. #Hawkeye #MarvelStudios



👤 Mauricio RMC and 8 others

2:44 PM · Feb 22, 2021 · Twitter for Android

**6** Retweets   **1** Quote Tweet   **19** Likes

💬   🔁   ♡   ↑

**What's happening**

NFL · 4 hours ago
Eagles at Colts

**#Disenchanted** 😡
Original movie now streaming
Promoted by Disney+

Sports · Trending
**Pickens**
Trending with Tyler Boyd

Trending in California
**#TWDFinale**
Trending with #TheWalkingDead

Only on Twitter · Trending
**Tommy**
166K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ⋯
@c_perkowski

P  Tweet your reply                          **Reply**

**Justin Jaeger** @jaeger_justin · Feb 22, 2021
Replying to @Ryans_Ramblings @TheNerdRagePod and 9 others
This series is pulling in some great parts of the Fraction run.



YESSSSSSS!!

💬 1   🔁   ♡ 1   ↑

**Ryan 'All Day News' Anderson** · Feb 22, 2021
Replying to @jaeger_justin @TheNerdRagePod and 9 others
I know, right!?
After Snyder Cut and F&TWS are over, Im absolutely doing a reread.



💬 1   🔁   ♡ 1   ↑

Show replies

Infos Séries
@InfosUpdatesFR

Olivia Wilde et Harry Styles lors d'un mariage 😍



12:22 PM · Jan 4, 2023 · Twitter for Android

82 Retweets    87 Quote Tweets    947 Likes

Tweet your reply

---

#NONALABANDON @GUkliC390 · Jan 4, 2021
Replying to @InfosUpdatesFR
WTF 2021 part sur de bonnes bases 😭😭 🤢

UrbanbAA @UrbAnb · Jan 4, 2021
Replying to @InfosUpdatesFR

OH NO

Jennifer @Jennifer1382 · Jan 4, 2021
Replying to @InfosUpdatesFR
On parle bien de "numéro 15" dans Desperate House? 👀

Obi Swan Mc Kenobi @obiwonfilmsother · Jan 4, 2021
Replying to @Jennifer1382 and @InfosUpdatesFR
Oui !

Pble @BUzeaz · Jan 4, 2021
Replying to @InfosUpdatesFR
Qu a la vfr de la robe d'Olivia plz

Jennifer @Jennifer1382 · Jan 4, 2021
Replying to @InfosUpdatesFR
On parle bien de "numéro 15" dans Desperate House? 👀

Obi Swan Mc Kenobi @obiwonfilmsother · Jan 4, 2021
Replying to @Jennifer1382 and @InfosUpdatesFR
Oui !

Pble @BUzeaz · Jan 4, 2021
Replying to @InfosUpdatesFR
Qu a la vfr de la robe d'Olivia plz

Xø Wilbxxn Bbñz @GaMxxBowzer · Jan 4, 2021
Replying to @InfosUpdatesFR
Je ne savais pas qu'ils étaient ensemble

bilubi 💫 @LucyMrktch · Jan 4, 2021
Replying to @InfosUpdatesFR
@GUkliC390 Gue !! Ils sont en couple ?? Non parce tbs deux entretenues comme ça 😭

Océane @oce_mo_ · Jan 4, 2021
Replying to @InfosUpdatesFR
Nan mais faut chercher apparement il est en couple avec plein de monde à partir du moment où il leur tient la main donc c'est que des rumeurs

Agathe 🦋 @AgthPledge · Jan 4, 2021
Replying to @InfosUpdatesFR
Il y a volonté de me nuire... je rêbase

Léa @leaoneougir · Jan 4, 2021
Replying to @InfosUpdatesFR
Il y a volonté de me nuire... je rêbase

Matilda's crying account @allumettedelane · Jan 4, 2021
Replying to @InfosUpdatesFR
IL EST PAS EN COUPLE CMB LAISSEZ LE SERRER LA MAIN DE QUI IL VEUT

drama queen @lgoueozz · Jan 4, 2021
Replying to @InfosUpdatesFR
Omg @AlyssaCreptivity 😭

Aly @olyoaaz_oly · Jan 4, 2021
Replying to @lgoueozz and @InfosUpdatesFR
C'est surprenant mais je le trouve choux

chloe barthet @barthetChloe · Jan 4, 2021
Replying to @InfosUpdatesFR
Au téléphone avec ma banquière pour cette robe

Nancy 🥀 @ky_maniac · Jan 4, 2021
Replying to @InfosUpdatesFR
Ils sont ensemble ? Mon dieu le couple goal parfait

offfione @offlione · Jan 4, 2021
Replying to @InfosUpdatesFR
on dirait conjuring cette merde

bb @offmeaawon · Jan 4, 2021
Replying to @InfosUpdatesFR
Mais pourquoi elle fient un sac à caca ?

Czrp @DssddddDssk · Jan 4, 2021
Replying to @InfosUpdatesFR
@brandn_brdk

💋ko 🗯 @offin_lon · Jan 4, 2021
Replying to @InfosUpdatesFR
mariage de qult

Claire🦋 | BFFF @DOfbbzffendz · Jan 4, 2021
Replying to @InfosUpdatesFR
Le mariage d'Harry

Jessie 🖤 @jessgje · Jan 4, 2021
Replying to @InfosUpdatesFR
Numéro XII 🖤

Ŷ☆¬♥♡♥♥ @Unrebotamamdb · Jan 4, 2021
Replying to @InfosUpdatesFR
On en parle du pantalon de Harry ? 💀💀😭

Ъм 🕊 @ynyes_gaurthan · Jan 4, 2021
Replying to @InfosUpdatesFR
@ledil_Rasall ??

This Tweet was deleted by the Tweet author. Learn more

Infos Séries @InfosUpdatesFR · Jan 4, 2021
Une minute après c'est déjà un échec, tu peux supprimer

This Tweet was deleted by the Tweet author. Learn more

Océane @oce_mo_ · Jan 4, 2021
Ouaais jamais ça a même pas été dit

This Tweet was deleted by the Tweet author. Learn more

Infos Séries @InfosUpdatesFR
on sait pas

---

Relevant people

Infos Séries
@InfosUpdatesFR    Follow

What's happening

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.





https://twitter.com/KevinAnticonaa/status/1582898328710176769 __ at __ 2022-11-19 23:25:08 -08:00

← Thread

**Kevin Anticona**
@KevinAnticonaa

Hubo una proyeccion de prueba de #bluebeetle y la reacciones de la mayoria del publico fueron positivas, increible, destacancando la actuacion de Xolo Maridueña.

[ Via: @DCverso1 ]

#DC #dccomics #bluebeetle
Translate Tweet



- Al público le encantó la dinámica familiar dulce y llena de comedia de la familia Reyes.
- Casi el 30% de la película está en español con subtitulos

5:55 PM · Oct 19, 2022 · Twitter for Android

**1** Like

Who can reply?
People @KevinAnticonaa follows or mentioned can reply

**Perkowski Legal P.C.**
@c_perkowski

**Kevin Anticona** @KevinAnticonaa · Oct 19
Replying to @KevinAnticonaa
La dinamica familia Reyes estuvo llena de comedia y agradable

El 30% del film esta en español con subtitulos.

#DC #bluebeetle #FelizViernesATodos



## Relevant people

**Kevin Anticona**
@KevinAnticonaa
Follow

Chico carismático, manteniendo siempre la humildad y sociable, pasión por el teatro, cinefilo.

**DCVERSO**
@DCverso1
Follow

Uma conta centrada nos conteúdos do universo DC. Venha para o seu hábitat natural, DCNAUTA! | ✉Email: dcverso45@gmail.com

## What's happening

Television · 3 hours ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**HE'S BACK**
154K Tweets

Trending in California
**#DonaldTrump**
19.1K Tweets

Trending in United States
**Blocked**
132K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**
**Tweet**

Search Twitter

https://twitter.com/bangtidyhq/status/1408505473280080640 _ al _ 2022-11-20 15:18:01 -08:00

← **Tweet**

**Bang Tidy Celebs**
@BangTidyHQ                                    ...

- @rihanna



12:20 PM · Jun 25, 2021 · Twitter Web App

**3** Retweets   **35** Likes

**Tweet your reply**                          Reply

**Celebrity island** @celebisl · Jun 25, 2021   ...
Replying to @BangTidyHQ and @rihanna
The sexiest pink I've seen in a long time!

---

🔍 Search Twitter

**Relevant people**

**Bang Tidy Celebs**
@BangTidyHQ                              Follow
Bringing you Bang Tidy Celebs from
the UK and around the world. From TV
& Film to Music & Models. Any
requests feel free to tweet.

**Rihanna** ✓
@rihanna                                 Follow

**What's happening**

NFL · 1 hour ago
**Browns at Bills**

**#Disenchanted** 🧸
Original movie now streaming
▶ Promoted by Disney+

Trending in California                      ...
**Rest In Peace**
59.6K Tweets

Sports · Trending                           ...
**Denver**
105K Tweets

Trending in United States                   ...
**LGBTQ**
Trending with  Colorado Springs, AR-15

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

__ https://twitter.com/envykendall/status/1433855110287794180 __ at __ 2022-11-21 05:11:19 -08:00

← **Tweet**

not kendall
@envykendall

this look >



👤 Kendall

11:11 AM · Sep 3, 2021 · Twitter for iPhone

**100** Retweets    **3** Quote Tweets    **612** Likes

Tweet your reply

Reply

balendra kumar @somrat · Sep 3, 2021
Replying to @envykendall and @KendallJenner
🙌 ❤️ 🌹

Relevant people

not kendall
@envykendall
fan account
Follow

Kendall ✓
@KendallJenner
@drink818 on Instagram and Twitter
Follow

What's happening

FIFA World Cup · LIVE
England vs Iran

Trending in United States
Slick Rick

Music · Trending
Elton John
Trending with Dodger Stadium, Dodger Stadium

Politics · Trending
Tragically
15.6K Tweets

Trending in United States
Inglaterra
64.7K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Search Twitter

__ https://twitter.com/KevinAnticonaa/status/1560037619030929408 __ at __ 2022-11-20 19:59:56 -08:00 __

← **Tweet**

**Kevin Anticona**
@KevinAnticonaa

Dwayne Johnson se encuentra emocionado por #BlackAdam ⚡ y lo que se esta construyendo ene l DCEU y Black Adam, JSA, algunos fans les encantara



3:55 PM · Aug 17, 2022 · Twitter for Android

**1** Retweet   **2** Likes

Who can reply?
People @KevinAnticonaa follows or mentioned can reply

## Relevant people

**Kevin Anticona**
@KevinAnticonaa    Follow

Chico carismático, manteniendo siempre la humildad y sociable, pasión por el teatro, cinefilo.

## What's happening

NFL · 3 hours ago
**Cowboys at Vikings**

**#Disenchanted** 😵
Original movie now streaming
Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, #Disney

Music · Trending
**Elton John**
Trending with Dodger Stadium, #EltonFarewellTour

Trending in United States
**Kody**
2,612 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**


Perkowski Legal P.C.
@c_perkowski

https://twitter.com/safeevansstans/status/1580650242160021504 _ el _ 2022-11-20 12:23:42 -08:00

← **Tweet**



### Relevant people

 **comfort chris** ⊘
@safeevansstans                        **Follow**
🐾 a safe place for chris evans stans;
daily reminder that chris loves you ♡

**comfort chris** ⊘
@safeevansstans

he's so cute i can't with this man



1:02 PM · Oct 13, 2022 · Twitter for iPhone

**65** Retweets   **4** Quote Tweets   **544** Likes

💬        🔁        ♡        📤

⊘  Tweet your reply                              **Reply**

**Kathleen Tursi** @KathleenTursi · Oct 13
Replying to @safeevansstans
so adorable like a teddy bear 🧸

GIF  ALT

💬        🔁        ♡        📤

J  **Joanne P** @JoanneP66125199 · Oct 14
Replying to @safeevansstans
Handsome 😍🥰

💬        🔁        ♡        📤

**Zarih Sundberg** @Sundbergzh · Oct 14
Replying to @safeevansstans
Yeah, he's fine

💬        🔁        ♡        📤

### What's happening

NFL · LIVE
**Browns at Bills**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Rest In Peace**
49.1K Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Kevin Conroy

Trending in California
**Elton John**
9,891 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

__ https://twitter.com/wociety/status/1409441188973846530 __ at __ 2022-11-22 12:36:13 -08:00 __

← **Tweet**

**Wociety**
@wociety

Kelebek ve çıtçıtlı tokalarla yapılan saç stil önerileri.

🖌️/idilkovali

wannart.com/icerik/23040-k...

Translate Tweet



2:19 AM · Jun 28, 2021 · Twitter Web App

**4** Likes

Tweet your reply

Reply

---

**Relevant people**

**Wociety** 
@wociety   Follow

Moda, yaşam, iç mimari ve dekorasyondan ilham alan görsel içerik platformu. 📱 :apple.co/3okBe09Y & bit.ly/3EuLgBf

**What's happening**

FIFA World Cup · 2 hours ago
**Mexico vs Poland** 

---

**Perkowski Legal P.C.** ...
@c_perkowski

https://twitter.com/siteptbr/status/1170790373588246057...el...11_ 2022-11-21 17:39:17 -08:00
22-cv-09462-DMG-ADS   Document 1-30   Filed 12/30/22   Page 71 of 100   Page ID
#2937



__ https://twitter.com/DRIPTER/status/1406977900042203138 __ at __ 2022-11-22 12:15:25 -08:00




Tweet

### DRIP
@DRIPTER



7:10 AM · Jun 21, 2021 · Twitter for iPhone

**130** Retweets    **10** Quote Tweets    **1,895** Likes



Tweet your reply

Reply

**Perkowski Legal P.C.**
@c_perkowski



Show additional replies, including those that may contain offensive content

Show

---

🔍 Search Twitter

### Relevant people

**DRIP**
@DRIPTER

Follow

FOR THE CULTURE 🌐

### What's happening



FIFA World Cup · LIVE
**France vs Australia**

**#AvatarTheWayOfWater**👩
Get tickets now - In theaters December 16
🎟 Promoted by Avatar

Trending in California
**Mexicans**
16.1K Tweets

Trending in United States
**Ochoa**
395K Tweets

Trending in California
**LAPD**
11.2K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

__ https://twitter.com/proxcinemente/status/1388538861777788934 __ et __ 2022-11-20 12:34:45 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 1-30    Filed 12/30/22    Page 73 of 100    Page ID #:2999



← **Thread**

**Taverna Marvel | Fan-Club**
@TavernaMarvel                                          ···

🚨 Vincent D'Onofrio como Wilson Fisk/Rei do Crime em novas imagens do set de 'ECHO'.



8:50 PM · Aug 9, 2022 · Twitter for Android

**21** Retweets   **18** Quote Tweets   **253** Likes

💬        🔁        🤍        📤

🟦  Tweet your reply                            **Reply**

**Taverna Marvel | Fan-Club** @TavernaMarvel · Aug 9    ···
Replying to @TavernaMarvel
Via: Just Jared

💬        🔁        🤍 8       📤

**Luke** @skywouka · Aug 9                               ···
Replying to @TavernaMarvel
Ele tá imenso!!!

💬 1      🔁        🤍 1       📤

**Taverna Marvel | Fan-Club** @TavernaMarvel · Aug 9    ···
Replying to @skywouka
Isso é bom••

💬 1      🔁        🤍 10      📤

   Show replies

**Thomaz** @lucasthomaz28 · Aug 10                       ···
Replying to @TavernaMarvel
Ele tá grandão, como sempre deveria ser!

💬        🔁        🤍 1       📤

**Rômulo Cesinha** @CesinhaRomulo · Aug 10             ···
Replying to @TavernaMarvel
O homem parece um armário

💬        🔁        🤍 1       📤

**Xuxu** @Xuxucomgosto · Aug 10                          ···
Replying to @TavernaMarvel
@matheusbonicast

💬        🔁        🤍 1       📤

---

## Sidebar

🔍 Search Twitter

**Relevant people**

**Taverna Marvel | Fan-...**         **Follow**
@TavernaMarvel
Portal focado no universo da Marvel.
Todas as notícias e informações você
encontra aqui. Ative as notificações🔔
📧Contato:
tavernamarvel@gmail.com

**What's happening**

NFL · Yesterday
**Cowboys at Vikings**                    

Entertainment · Trending            ···
**Chrisley**
2,745 Tweets

Entertainment · Trending            ···
**Julia Fox**
8,642 Tweets

Trending in United States           ···
**HOW IS THAT NOT A YELLOW**
1,429 Tweets

Trending in United States           ···
**Booger**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

---

## Left navigation

🐦

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

**Perkowski Legal P.C.**          ···
@c_perkowski

# Tweet

**Sal the Agorist**
@SallyMayweather

⋯



9:44 PM · Nov 26, 2021 · Twitter for iPad

**36** Retweets  **2** Quote Tweets  **559** Likes

💬        ⟲        ♡        ⬆️

🅿️  Tweet your reply                    **Reply**

**Benjamin Yebuga** 🔫 @Angoliga3 · Nov 26, 2021          ⋯
Replying to @SallyMayweather
No caps needed 😂😂😂

💬        ⟲        ♡ 3        ⬆️

**Benjamin Yebuga** 🔫 @Angoliga3 · Nov 26, 2021          ⋯
Replying to @SallyMayweather
Just another night-ride with the Duke of Edinburgh's Zombie

💬        ⟲        ♡ 8        ⬆️

**Birdie Mae Johnson** @RaineeDayzzz · Nov 27, 2021          ⋯
Replying to @SallyMayweather
🤣😭

💬        ⟲        ♡        ⬆️

**John Πρεμτακις** @jbeef86 · Nov 26, 2021          ⋯
Replying to @SallyMayweather
she sure does enjoy crazy

💬        ⟲        ♡ 4        ⬆️

**coelacan** @c0elacan · Nov 26, 2021          ⋯
Replying to @SallyMayweather
dogg, is that prince philip?

💬        ⟲        ♡ 11        ⬆️

**Theta york** @Darrenh98544128 · Nov 27, 2021          ⋯
Replying to @SallyMayweather
Clearly trying to get to Harry and megs house!

💬        ⟲        ♡        ⬆️

**Maldo** 🌀 @maldo_cristo · Nov 26, 2021          ⋯
Replying to @SallyMayweather
😂😂

💬        ⟲        ♡        ⬆️

**Dawson** 🔫 @TheSandovalien · Nov 27, 2021          ⋯
Replying to @SallyMayweather
What the hell is that thing in the back!!!

💬        ⟲        ♡        ⬆️

Show more replies

---

## Relevant people

**Sal the Agorist**
@SallyMayweather
**Follow**
Agorist. Cypherpunk.
Disintermediator. Crypto-Anarchist.
Rothbardian. pod :: The Agora. blog ::
New Libertarian. #logic #revisionism
#countereconomics

## What's happening

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**



#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
79.4K Tweets

Trending in California
**Mexicans**
7,252 Tweets

Bachelor in Paradise · Trending
**#BachelorInParadise** 🌹
14.9K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.   ⋯
@c_perkowski

__ https://twitter.com/marvelnews/status/1551913964627525632 __ at __ 2022-11-21 19:25:42 -08:00 __

← **Tweet**



**Marvel News**
@marvelnewss ···

Dakota Johnson in new images from the set of 'MADAME WEB'.
#DakotaJohnson #MadameWeb #Marvel #SonyPictures




5:54 AM · Jul 26, 2022 · Twitter for iPhone

12 Retweets   1 Quote Tweet   57 Likes

Search Twitter

**Relevant people**



**Marvel News**
@marvelnewss    Follow

Follow for Marvel (MCU) News!!

**What's happening**

NBA · LIVE
**Warriors at Pelicans**

Entertainment · Trending
**Died Suddenly**
52.4K Tweets

Sports · Trending
**Grupo Firme**
Trending with #NFLMexicoGame

Trending in United States
**#maddow**
1,653 Tweets

Trending in United States
**Chrisley**
17.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Tweet your reply

Reply



**Perkowski Legal P.C.**
@c_perkowski ···

__ https://twitter.com/nobkstage/status/1583560242478329856 __ at __ 2022-11-19 19:15:42 -08:00 __

← **Tweet**



**NO! BACKSTAGE**
@nobkstage                                                    ...

Olha eles! Anne Hathaway e Nicholas Galitzine já estão no set de seu novo filme "The Idea of You." O ator apareceu abraçado com Anne enquanto filmavam a fanfic baseada no ex-membro da One Direction, #HarryStyles 🧔, em Savannah, Geórgia. Ansiosa!!!

(📸 | Backgrid)




1:45 PM · Oct 21, 2022 · Twitter for iPhone

**7** Likes

Tweet your reply                                              Reply

---

Perkowski Legal P.C.    ...
@c_perkowski

### Relevant people

 **NO! BACKSTAGE**        Follow
@nobkstage

Novidades, shows, música, séries e tudo sobre o mundo do #entretenimento e #culturapop! ✉️: backstageno@gmail.com

### What's happening


Television · LIVE
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States                    ...
**HE'S BACK**
121K Tweets

Sports · Trending                            ...
**Matt Campbell**

Trending in California                       ...
**#FIFAWorldCup** 🏆
911K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



Search Twitter

**Just girls★**
@farangsuoy

#LeightonMeester อยู่เงียบๆไม่ค่อยออกสื่อชะจบโผล่มาให้เห็นอีกทีก็คือกำลังตั้งท้องที่ 2 แล้ว! ท้องโตชัดเลยจากภาพล่าสุดของเธอกับสามี #AdamBrody ที่ออกมาข้างนอกพร้อมกับน้อง Arlo ลูกสาววัย 4 ขวบ 🧚‍♀️💕




3:28 AM · Apr 2, 2020 · Twitter Web App

**314** Retweets   **3** Quote Tweets   **113** Likes

Tweet your reply

Reply

**Relevant people**



**Just girls★**
@farangsuoy

Follow

If you can't be kind, just be quiet. Thank you :)

**What's happening**

NFL · Starts at 5:15 PM
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
35.9K Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,622 Tweets

Trending in United States
**#JeopardyAmyChat**

Family drama · Trending
**#GTMcontest10**
Trending with #GilMOREtheMerrier

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.



**Perkowski Legal P.C.** •••
@c_perkowski

← Tweet

Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

• • • More

**Tweet**

Kardashian World
@KUWTKWorld

**Khloe Kardashian at the Balenciaga After Party in Paris**



6:46 AM · Oct 1, 2022 · Twitter for iPhone

29 Retweets    2 Quote Tweets    915 Likes

Tweet your reply                     Reply

Lisa Campbell @RealPattiOck8882 · Oct 3
Replying to @KUWTKWorld
There are friends that will post your photos with smudged lipstick as long as they look good on the picture . Oh it's called self centred 😂😂
♡         ⟳         ♡

Keely Jane @Kjgs · Oct 4
Replying to @RealPattiOck8882 and @KUWTKWorld
Please look at Dojacats socials before you comment like this. The smudged lipstick was on purpose, it's in all of her pictures she posted.
♡         ⟳  1       ♡         ↑

Show replies

Meligeoxia @kkeindia_MI4 · Oct 3
Replying to @KUWTKWorld
Ingane za Kwa Mashu & smudged lipstick. I say this as a girl from Kwa Mashu with smudged lipstick 😂😂😂
♡         ⟳         ♡         ↑

NewYorkSleezy @NewYorkSleezy · Oct 3
Replying to @KUWTKWorld
The Bronx
♡         ⟳         ♡         ↑

Israel @outtlovy · Oct 3
Replying to @KUWTKWorld
Khoe really needs a stylist 😭😭
♡         ⟳         ♡  1      ↑

T-Love @dixon_tenglia · Oct 3
Replying to @KUWTKWorld
Yessss need one bad
♡         ⟳         ♡         ↑

LONOLONO @bisaj3hat · Oct 3
Replying to @bisaj3hat and @KUWTKWorld
What happened to the lipstick eh? Pray tell, before we think too much 😭😭



♡         ⟳         ♡         ↑

T-Love @dixon_tenglia · Oct 3
Replying to @bisaj3hat and @KUWTKWorld
Yessss need one bad
♡         ⟳         ♡         ↑

LONOLONO @bisaj3hat · Oct 3
Replying to @KUWTKWorld
What happened to the lipstick eh? Pray tell, before we think too much 😭😭



♡         ⟳         ♡         ↑

tabby @manny901 · Oct 3
Replying to @KUWTKWorld
No she is beautiful but this picture makes her head look to big for her body. Doesn't she check them first
♡         ⟳  1       ♡         ↑

Bluenrya Targaryen @BluerraNise · Oct 3
Replying to @manny901 and @KUWTKWorld
Nope it looks perfect
♡         ⟳         ♡         ↑

k h a l @awstndahai · Oct 3
Replying to @KUWTKWorld
Wtf with doja's mouth? Was she madly kiss each person there? Or she just had fight
♡         ⟳         ♡         ↑

Holly Lee Daughtry @mishshyLee97 · Oct 4
Replying to @KUWTKWorld
Khloe looks gorgeous 💚
♡         ⟳         ♡         ↑

Careoba @Bessellawaw · Oct 3
Replying to @KUWTKWorld
🤔 well mine doja Ikambo hein
♡         ⟳         ♡         ↑

Clarissa @ClarissaCoin · Oct 3
Replying to @KUWTKWorld
Is that doja? ?
♡         ⟳         ♡         ↑

Mamabear @Mamabera70786366 · Oct 4
Replying to @KUWTKWorld
She needs help
♡         ⟳         ♡         ↑

sherileecarltonlus @sherileecarltter · Oct 4
Replying to @KUWTKWorld
Neither one of them looks good.
♡         ⟳         ♡         ↑

Gunner Moberg @GunnarMoberg2 · Oct 3
Replying to @KUWTKWorld
Hvorfor har du øjde og øjn like jerdu bukser Khloe? 💀😭😭🙏🙏
♡         ⟳         ♡         ↑

Omar A Shakir @OmarAShakir1 · Oct 3
Replying to @KUWTKWorld
Save your soul til all you have people they are coming 💯 for your soul.
♡         ⟳         ♡         ↑

Marcus Clarkinator @marleyClarkytir · Oct 3
Replying to @KUWTKWorld
What's up with bald shorthes mouth?
♡         ⟳         ♡         ↑

Hobbly Knows Best @Bestindistaly · Oct 4
Replying to @KUWTKWorld
Is that a blunt double for the joker?
♡         ⟳         ♡         ↑

Sherry Black @sherryblack2017 · Oct 3
Replying to @KUWTKWorld
Why we care ! She is a human
♡         ⟳         ♡         ↑

Show more replies

Perkowski Legal P.C.
@c_perkowski

**Relevant people**

Kardashian World
@KUWTKWorld                    Follow

The largest fan source for everything
Kardashian! #TheKardashians ♥
Season 2 | Sept 22nd on Hulu! Kim &
Khloe follow ♥♥♥
admin@kardashianworld.net

**What's happening**

Formula 1 · This morning
Abu Dhabi Grand Prix 2022

#Disenchanted ✨
Original movie now streaming
Promoted by Disney+

Trending in California
Rest in Peace
53.7K Tweets

Only on Twitter · Trending
Rest in Power
14.7K Tweets

Trending in United States
LGBTQ
Trending with Colorado Springs, #FON80

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

**Perkowski Legal P.C.**  ...
@c_perkowski

__ https://twitter.com/MovieCrazyP/status/1379928252383379457 __ at __ 2022-11-20 12:36:08 -08:00 __



← Tweet

Movie Crazy Planet 🎬🍿🎞️
@MovieCrazyP

📸🎆 DESDE EL SET 🎆📸

Imágenes de @chloebennet, @DoveCameron y @yanaperrault durante el primer día de filmación de #Powerpuff.

Translate Tweet





👤 The CW

3:45 PM · Apr 7, 2021 · Twitter for Android

**1** Quote Tweet    **3** Likes

Tweet your reply

Reply

Perkowski Legal P.C.
@c_perkowski

---

🔍 Search Twitter

### Relevant people

Movie Crazy Planet ...
@MovieCrazyP                    Follow
💥Noticias, tráilers, pósters, los estrenos más recientes de cine, series y televisión.💥 Síguenos y activa la 🔔 moviecrazyplanet@gmail.com ✉️

Chloe Bennet ✓
@chloebennet                    Follow

Dove Cameron ✓
@DoveCameron                    Follow
i could be a better boyfriend than him

### What's happening

FIFA World Cup · 4 hours ago
**World Cup Qatar 2022: Opening Ceremony**



#Disenchanted 🧟
Original movie now streaming
▶️ Promoted by Disney+

Trending in United States
**Rest In Peace**
50.4K Tweets

Entertainment · Trending
**Morgan Freeman**
191K Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Kevin Conroy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS    Document 1-30    Filed 12/30/22    Page 82 of 100    Page ID
#:2948

← **Tweet**

🟡 **Universo Geek** 🟡
@Fantastic_geek1

···

**¡EZEKIEL SIMS EN MADAME WEB!**

Fotos filtradas del set de Madame Web nos muestran lo que parece ser una variante de Ezekiel Sims.

#Marvel #MarvelStudios #Sony #Spiderman #MadameWeb #Venom #Morbius



9:19 AM · Oct 7, 2022 · Twitter for Android

2 Likes

💬          🔁          ♡          ⬆️

Ⓟ     Tweet your reply                    **Reply**

**Fist of vengance** 🏹💜 🕊️ **#WakandaForever** @LlerenaMateo · Oct 7    ···
Replying to @Fantastic_geek1
Yo solo quiero ver Madam Web por la trama
La trama:



💬          🔁 1          ♡ 1          ⬆️

Ⓟ **Perkowski Legal P.C.**    ···
@c_perkowski

---

🔍 Search Twitter

**Relevant people**



🟡 **Universo Geek** 🟡    **Follow**
@Fantastic_geek1
Noticias Geek || Noticias del cine de super héroes 🎬 || Contacto al DM 📩 || Admin: @LicenciadoPou

**What's happening**

FIFA World Cup · Yesterday
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🎬
Get tickets now - In theaters December 16
📽️ Promoted by Avatar

Trending in United States    ···
**Erection**
20.6K Tweets

Trending in California    ···
**Costco**
6,034 Tweets

Celebrities · Trending    ···
**Denzel Washington**
2,430 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

← **Tweet**



**Clicky Sound**
@ClickySound

···

[clickysound.com/the-lsquosaved...](clickysound.com/the-lsquosaved...)  Mario Lopez and
Elizabeth Berkly are spotted on set together, Katy Perry
looks like a cupcake and more...



11:06 AM · Feb 4, 2020 · Clicky Sound



  Tweet your reply

**Reply**

## Relevant people



**Clicky Sound**
@ClickySound

**Follow**

Photography at its Best!

## What's happening

NFL · 1 hour ago
**Browns at Bills**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
59.5K Tweets

···

Trending in United States
**#FIFAWorldCup** 🏆
Trending with #AMAs 🔥

···

Sports · Trending
**Romo**
2,917 Tweets

···

[Show more](Show more)

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**  ···
@c_perkowski

__ https://twitter.com/Ryans_Ramblings/status/1529557737658810369 __ at __ 2022-11-21 09:07:40 -08:00 __



← **Tweet**



Ryan 'All Day News' Anderson
@Ryans_Ramblings

· · ·

It's Perfect! 😲 #BlueBeetle



1:19 PM · May 25, 2022 · Twitter for Android

**2** Retweets    **12** Likes



 Tweet your reply                    Reply

---

## Sidebar

🔍 Search Twitter

### Relevant people



Ryan 'All Day News' ...          Follow
@Ryans_Ramblings

Founder, Host, and EIC of
@TheNerdRagePod. As seen on
@CBSThisMorning! Instagram:
@RadRyGuy TikTok:
@Ryans_Ramblings Casting Inquiries:
NerdRagePod@gmail.com

### What's happening

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Trending in California                    · · ·
**Dodger Stadium**
13.8K Tweets

Trending in United States              · · ·
**Senegal**
Trending with De Jong, #SENNED

Trending in United States              · · ·
**Maher**
22.9K Tweets

Entertainment · Trending              · · ·
**#AntManandTheWaspQuantumania**
1,640 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More · · ·
© 2022 Twitter, Inc.

---

## Left navigation

🐦

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**



Perkowski Legal P.C.          · · ·
@c_perkowski

https://hiveltar.com/xx_Thanatos_xxhfsluwl/158065304592655294 ___ef___2022-11-22 23:34:26 -08:00
(2022-cc-09402-DMG-ADS) Document 130 Filed 12/30/22 Page 85 of 100 Page ID #2951



← **Tweet**

**Plano Informativo**
@Planoinforma

J.Lo y Affleck ya no ocultan su afecto al mundo y efectivamente echaron a andar de nueva cuenta su romance. bit.ly/3vKJIP8 #Espectáculos
Translate Tweet



11:05 PM · Jun 1, 2021 · TweetDeck

**1** Retweet   **1** Quote Tweet   **1** Like




**Relevant people**

**Plano Informativo**   Follow
@Planoinforma
Información veraz y confiable

**What's happening**

FIFA World Cup · 2 hours ago
**Mexico vs Poland**


**#AvatarTheWayOfWater**🌊
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Trending in United States   ···
**Giroud**
Trending with Australia, Mbappe

Trending in California   ···
**Mexicans**
18K Tweets

Trending in United States   ···
**Ochoa**
Trending with Poland, Lewandowski

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.   ···
@c_perkowski

https://twitter.com/marianneezw/status/792812595687759104 ... al ... 2022-11-22 20:35:22 -08:00   Document 1-30   Filed 12/30/22   Page 87 of 100   Page ID
AD5   #2953

**Marianne Zwagerman**
@marianneezw

Hou dat Halloween even lekker aan de overkant van de
ocean. Wij wonen in Europa. Waar stijl en klasse
vandaan komen #kominverzet



12:37 PM · Oct 30, 2016 · Twitter for iPhone

**19** Retweets   **4** Quote Tweets   **40** Likes

**Relevant people**

**Marianne Zwagerman**    Follow
@marianneezw
Gelukkig mens | Schrijver | Columnist
Telegraaf | Opinierend gespreksleider,
podcast & videomaker NPO Radio 2 &
Dwarsnieuws | Boekingen:
@bulearann

**What's happening**

NBA · LIVE
Lakers at Suns

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
#GenshinSpecialProgram
7,972 Tweets

Trending in California
Epstein
35K Tweets

Trending in United States
#staywoke
2,137 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply                          Reply

**Karen de Loos** @KarendeLoos · Oct 30, 2016
Replying to @marianneezw
die Tara lijkt wat anorexia-erig...

**Amy van der Ham** @VMBOonStage · Oct 30, 2016
Replying to @marianneezw
Dit hing ik op de voordeur vanavond. Genoeg verzet?

**Amy van der Ham** @VMBOonStage · Oct 30, 2016
Replying to @dolbydirt_live and @marianneezw
Beleefd ha. Hele straat had briefje in de bus met aankondiging hoe laat Trick
or Treat zou aanbellen 😄 😂
                                                        10        11

**Marijn Frank** @MarijnFrank · Oct 30, 2016
Replying to @marianneezw
het meisje op foto één moet vooral heel snel wat te eten krijgen.
                                    1                  4

**Hans de Jong** @hansiejeune · Oct 30, 2016
Replying to @MarijnFrank
haar vleesverlangen is niet groot.

**Marcel masseur** @Marcelmasseur03 · Oct 30, 2016
Replying to @marianneezw
gelijk heb je

**geritvrijheid** @gerritvrijheid · Oct 30, 2016
Replying to @marianneezw
liever zwarte piet.

**Scott E. Bartner** @SBartner · Oct 30, 2016
Replying to @marianneezw
Without Halloween in Europe, I wouldn't have a valid excuse to buy 20 bags
of mini-Snickers at the AH.
                                    1

**Hans de Jong** @hansiejeune · Oct 30, 2016
Replying to @marianneezw
moet zeggen dat ik wel schrok van al die wansmaak.

**Arnout Mostert** @DeLaMoutarde · Oct 30, 2016
Replying to @marianneezw
Ik vind dat je dit iets genuanceerder moet bekijken 😄

**Miss** 🐱 @MissV1989 · Oct 30, 2016
Replying to @marianneezw
Dit zijn kostuums? 😂 😂

🏴 **H@r@ld** 🏴 @haraldbluetooth · Oct 30, 2016
Replying to @marianneezw
Dezelfde reden dat wij de traditionele Zwarte Piet hier aan deze kant van de
oceaan in ons landje willen houden: blijft cultuur

**Mike** @mike092013 · Oct 30, 2016
Replying to @marianneezw
Die magere is echt eng!

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

Tweet

**Perkowski Legal P.C.**
@c_perkowski



https://twitter.com/oc_da_depressao/status/1423450350117666819... 3/2021-11-15 07:37:06, UNICODE   ⚙ Document 1.00   Filed 12/06/22   Page 89 of 100   Page ID



Case 2:22-cv-09462-DMG-ADS   Document 1-30   Filed 12/30/22   Page 90 of 100   Page ID #:2956



← **Tweet**

**Nicholas Galitzine Brasil** 👑 **Fã-clube**
@NGBRSite                                      ⋯

Namore alguém que te olhe como a Anne Hathaway
olha para o Nicholas Galitzine 💖

Translate Tweet



📷 Nicholas Galitzine and Prime Video Brasil

12:06 AM · Oct 21, 2022 · Twitter Web App

**5** Retweets   **1** Quote Tweet   **61** Likes

💬          🔁          ♡          ⬆️

Ⓟ  Tweet your reply                          Reply

**Luciana** @lucianasacht · Oct 22                  ⋯
Replying to @NGBRSite @nickgalitzine and @PrimeVideoBR
Mas ela está de óculos,  como vê se olha exatamente p ele?!  Rtssrsrs já
ansiosa p ver o filme

💬          🔁          ♡          ⬆️

---

**Relevant people**

**Nicholas Galitzine Br...**        Follow
@NGBRSite

Fã-site brasileiro dedicado ao ator e
cantor inglês Nicholas Galitzine. Fan
account - contact us before taking any
legal action! Follow Nicholas:
@nickgalitzine

**Nicholas Galitzine** ✓        Follow
@nickgalitzine

**Prime Video Brasil** ✓        Follow
@PrimeVideoBR

⊘ Official

🚨 VAI EMOCIONAR: Tessa e Hardin
tão voltando. After: Depois Da
Promessa estreia dia 25/11

**What's happening**

FIFA World Cup · Yesterday
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Business and finance · Trending     ⋯
**#massshooting**
1,691 Tweets

Trending in United States          ⋯
**Erection**
21.8K Tweets

Trending in California             ⋯
**Costco**
6,199 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

Ⓟ **Perkowski Legal P.C.**        ⋯
@c_perkowski

Search Twitter

__ https://twitter.com/ComicsExpo/status/1556798173804318720 __ at __ 2022-11-21 05:12:43 -08:00



← Tweet

## Relevant people





Expo Comics News ►•
@ComicsExpo

Me apasiona hablar sobre Cine, cómics y superhéroes | Noticias de Marvel, DC, Star Wars, videojuegos y más | Siempre con respeto🎩💼

**Follow**

Expo Comics News ►•
@ComicsExpo

¡Se confirma que The Hood será el villano principal de "Ironheart"!

Aquí se pueden ver las primeras imágenes de Anthony Ramos como el personaje en el set de rodaje

Translate Tweet



Expo Comics News • @ComicsExpo · Jan 12
❤️OJO!! The Illuminerdi comparte una nueva descripción de personaje para "Ironheart":

"Hombre blanco encantador de 20 años, magnético y resbaladizo. Trabajando para su propio beneficio. Guapo y atlético, Tiene un equipo para él"

Especulan que podría tratarse de The Hood



5:23 PM · Aug 8, 2022 · Twitter for Android

## What's happening

FIFA World Cup · LIVE
**England vs Iran**

Trending in United States
**Slick Rick**

Trending in United States
**Landon Donovan**

Politics · Trending
**Tragically**
15.6K Tweets

Music · Trending

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/filmseriefr/status/1495149412431056896 __ at __ 2022-11-21 19:45:09 -08:00 __

← **Tweet**

**FILM TRACK**
@filmseriefr
···

Daniel Radcliffe sur le tournage du biopic de Weird Al Yankovic. 📸



1:32 PM · Feb 19, 2022 · Twitter for iPhone

**1** Retweet   **1** Like

Tweet your reply

Reply

## Relevant people

**FILM TRACK**
@filmseriefr
Follow

"Il était une fois le cinéma." ✨ — Retrouvez toutes les dernières informations sur le monde du cinéma.

## What's happening

NFL · LIVE
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
54.7K Tweets

Trending in California
**Dodger Stadium**
11K Tweets

Trending in United States
**Tampax**
35.7K Tweets

Family drama · Trending
**#GTMcontest13**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

**Raúl Brindis** ✓
@raulbrindis

···

Las curvas de Jennifer López casi hacen estallar sus 'leggings' ultraceñidos #Farandulazo

Translate Tweet



6:31 AM · Aug 6, 2018 from Miami, FL · Twitter Web Client

**5** Retweets    **56** Likes

💬        🔁        ♡        ⬆️

P    Tweet your reply                    **Reply**

Frankie lukaz ... @Francis12319229 · Aug 6, 2018    ···
Replying to @raulbrindis
Nice camel toe 😍😂🤣👍

💬        🔁        ♡        ⬆️

🔍 Search Twitter

**Relevant people**



**Raúl Brindis** ✓                    **Follow**
@raulbrindis
Radio Host for El Show de Raúl Brindis

**What's happening**

NFL · 4 hours ago
**49ers at Cardinals**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending                    ···
**Died Suddenly**
Trending with World Premiere

Trending in California                    ···
**Mexicans**
6,995 Tweets

Business and finance · Trending                    ···
**Chrisley**
26.2K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

_ https://twitter.com/AndresJovannyMa/status/1556773073059287046 _ at _ 2022-11-19 18:41:55 -08:00 _



← **Tweet**

 **🌈ANDY JONNY**
@AndresJovannyMa                                    ...

💥Tenemos el primer vistazo de "IRON HEART"  unas fotos filtradas desde el set se da a conocer como lucirá Riri Williams en la serie junto a su posible villano.

#MarvelStudios

Translate Tweet



3:43 PM · Aug 8, 2022 · Twitter for Android

**1** Retweet    **4** Likes

💬              ⇄              ♡              ⬆

 Tweet your reply                                    Reply

---

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

---

Q  Search Twitter

**Relevant people**

 **🌈ANDY JONNY**                    Follow
@AndresJovannyMa
EL PENSAR Y EXPRESAR 💙🧠 Tengo un canal en YouTube ▶ ANDY JONNY 😄



**What's happening**

Television · Starts at 8:00 PM
**Saturday Night Live airing on NBC**                              

#GetYourRideRight
**Book your ride up to 30 days ahead with Uber Reserve**
📢 Promoted by Uber

Trending in United States                    ...
**HE'S BACK**
113K Tweets

Trending in California                    ...
**Messi**
429K Tweets

Sports · Trending                    ...
**The Elite**
Trending with #AEWFullGear, Sammy Guevara

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

**Perkowski Legal P.C.**    ...
@c_perkowski

https://twitter.com/tvoyi_muziki/status/1206942924744459649 __ et __ 2022-11-21 13:30:58 -08:00

← **Tweet**

Твои Мужики|| TM COMICS
@tvoyi_muziki

#wanda

-Алло, здравствуйте, это Танос? Так вот пошёл ты нахуй, Танос.

Translate Tweet



6:23 AM · Dec 17, 2019 · Twitter for iPhone

**54** Retweets   **2** Quote Tweets   **881** Likes

Tweet your reply            Reply

SallivanInfinity @FonDoom_Himself · Dec 17, 2019
Replying to @tvoyi_muziki

4

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

Твои Мужики|| TM COMICS @tvoyi_muziki · Dec 17, 2019
Replying to @TenetInMundo
ЗА НАТАХУ

19

---

**Search Twitter**

### Relevant people

Твои Мужики|| TM C...    Follow
@tvoyi_muziki
Пишем несмешные шутки по фандомам и сценарии в стол. А вообще, мы паблик, если чё. // My baby @tm__comics

### What's happening

FIFA World Cup · LIVE
USA vs Wales

Trending in United States
**Sin Kiske**
1,890 Tweets

Trending in United States
**Tampax**
7,171 Tweets

Trending in United States
**1-0 USA**
21K Tweets

TV stars · Trending
**#MyFamilyIsWeird**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.   •••
@c_perkowski



Case 2:22-cv-09462-DMG-ADS   Document 1-30   Filed 12/30/22   Page 98 of 100   Page ID #:2964

← **Tweet**



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

**Perkowski Legal P.C.**  · · ·
@c_perkowski





← Tweet

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**



**Zayn Malik News**
@ZaynJMNews

#HQ | Zayn out and about in NYC! (#6-7) via @JustJared.



6:05 PM · Jan 10, 2018 · Twitter for iPhone

**141** Retweets   **12** Quote Tweets   **290** Likes



Tweet your reply

Reply



## Relevant people



**Zayn Malik News**
@ZaynJMNews

Follow

Keeping you up to date with the daily habits of @zaynmalik! | Contact: zaynjmnews@gmail.com

**JustJared.com** ✔
@JustJared

Follow

Your #1 Entertainment Authority Also follow @jaredeng @justjaredjr

## What's happening

FIFA World Cup · 1 hour ago
**USA vs Wales**



Trending in United States
**Richard Fierro**
1,526 Tweets

Trending in United States
**Mr. Fierro**

Music · Trending
**soobin**
220K Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,161 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/weloveharry_1dx/status/1356302593814606338 __ at __ 2022-11-20 12:47:10 -08:00 __

← **Tweet**

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒 Lists

👤 Profile

⊙ More

**Tweet**

katie 🙌 
@weloveharry_1Dx                                  ⋯

just thinking about a scene where he's dancing in the kitchen looking like this 😔 very sunflower vol. 6



10:05 AM · Feb 1, 2021 · Twitter for iPhone

**1** Retweet   **8** Likes

💬          ⟲          ♡          ⬆️

P   Tweet your reply                    Reply

### Relevant people

katie 🙌        Follow
@weloveharry_1Dx

jack's housewife

### What's happening

FIFA World Cup · 4 hours ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                     ⋯
**Rest In Peace**

Trending in California                        ⋯
**Elton John**
10.2K Tweets

Sports · Trending                             ⋯
**Rapp**
1,250 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.



Perkowski Legal P.C.    ⋯
@c_perkowski