# EXHIBIT B Continued





← **Tweet**



They gave us this pictures when the filming is over 🫠😭



8:50 AM · Oct 6, 2022 · Twitter for iPhone

**5** Retweets   **110** Likes



**Relevant people**

**DAKOTA** 💜💙
@tender_DMJ

Follow

Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

**What's happening**

Television · 20 minutes ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Sports · Trending
**#SpursUp**



Case 2:22-cv-09462-DMG-ADS    Document 1-31    Filed 12/30/22    Page 4 of 75    Page ID #:2970

**Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

SneakPeek Retweeted

**SneakPeek**
@SNEAKPEEKCA

sneakpeek.ca/2019/02/birds-...



3:31 PM · Feb 2, 2019 · Twitter Web Client

**1** Retweet   **1** Like

Perkowski Legal P.C.
@c_perkowski

Tweet your reply

Reply

**Relevant people**

**SneakPeek**
@SNEAKPEEKCA
Invite Only

Follow

**What's happening**

Television · 1 hour ago
The Walking Dead airing on AMC

#Disenchanted 🧚
Original movie now streaming
Promoted by Disney+

Trending in United States
**Disney CEO**
9,752 Tweets

Trending in United States
**CEO of Disney**
2,537 Tweets

Search Twitter

← **Tweet**


**kim**
@therealkimj



6:21 PM · Jul 29, 2021 · Twitter for iPhone

**302** Retweets   **13** Quote Tweets   **2,998** Likes

Tweet your reply

Reply

**Home**

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**


**Perkowski Legal P.C.**
@c_perkowski

Search Twitter

**Relevant people**


**kim**
@therealkimj
CEO @astrologiens
kimjproductions@gmail.com

Follow

**What's happening**

FIFA World Cup · 2 hours ago
**Mexico vs Poland**



← Tweet

○ Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
📋 Lists
○ Profile
○ More

**Tweet**

🔍 Search Twitter

**Arabic Marvel**
@ArabicMarvel                                                                    ···

صور جديدة للممثل 'فينسنت دنوفريو' من موقع تصوير
مسلسل #Echo 🎬

is.gd/urwVa8 🖼

Translate Tweet



VE* VINCENT D'ONOFRIO
TER AS KINGPIN ON THE S
SNEY+/MARVEL HAWKEYE
ECHO

10:10 AM · Aug 9, 2022 · Twitter for Android

5 Retweets    5 Quote Tweets    96 Likes

💬          🔁          ♡          ⬆

P    Tweet your reply                                    Reply

Nada. @Nada_wiz · Aug 9                                   ···
Replying to @ArabicMarvel
ضعت من كثر المسلسلات اللي بتعرض واللي انعرضت واللي قاعده تتصور
💬 1          🔁          ♡ 2          ⬆

shammari @MHSH92 · Aug 9                                   ···
Replying to @Nada_wiz and @ArabicMarvel
😂😂
💬          🔁          ♡          ⬆

106 @LieutenantVader · Aug 9                               ···
Replying to @ArabicMarvel
ارحب فيسك
💬          🔁          ♡ 1          ⬆

$¥ @dollycrv · Aug 9                                       ···
Replying to @ArabicMarvel
ياجماعة ذا ما مات؟؟؟؟؟
💬 6          🔁          ♡ 1          ⬆

ZAID @ymzaid23 · Aug 9                                     ···
Replying to @dollycrv and @ArabicMarvel
يمكن له قصة قبل ما يموت نشوف و نفهم
💬 2          🔁          ♡          ⬆

Show replies

F @ffaaayez · Aug 9                                        ···
Replying to @ArabicMarvel
ذا دخل التمثيل عشان يمثل ذا الدور
💬          🔁          ♡ 2          ⬆

HairyHead @LokiOdinson2000 · Aug 9                         ···
Replying to @ArabicMarvel
طلة ملك
💬          🔁          ♡          ⬆

Perkowski Legal P.C.                                       ···
@c_perkowski

**Relevant people**

Arabic Marvel                                    Follow
@ArabicMarvel
من نيويورك لوكاندا و من اسكارد
لتايتان..كل ما يخص عالم مارفل المذهل
❤ | مكتبنا الآخر ل ديلي بلانيت:
@ArabicDCU

**What's happening**

NBA · 57 minutes ago
Trail Blazers at Bucks
57.7K Tweets

Entertainment · Trending
Died Suddenly
57.7K Tweets

Entertainment · Trending
#DWTS💃
Trending with Charli, Gleb

Sports · Trending
Colt McCoy
Trending with Givens

Trending in United States
Trent Reznor
18.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/CelebsArabic/status/1569038895770677880 _ef _ 2022-11-20 13:27:18-08:00
2:22-cv-09462-DMG-AGS    Document 1-31    Filed 12/30/22    Page 7 of 75    Page ID
#2973



← **Tweet**

**Rihanna.com.br** ⚓
@RihannaNoBrasil

···

Rihanna e A$AP Rocky foram vistos chegando ao restaurante Giorgio Baldi, em Santa Mônica, na noite passada. (23/04) ❤️ 🥰

Translate Tweet



4:52 AM · Apr 24, 2022 · Twitter for Android

49 Retweets    19 Quote Tweets    698 Likes

💬    🔁    ♡    ↑

P    Tweet your reply    **Reply**

**wickedstichesgetsnitches** @noneyabeezwa7 · Apr 24    ···
Replying to @RihannaNoBrasil
She does not look happy

💬    🔁    ♡ 1    ↑

**ypras** @wosypras · Apr 24    ···
Replying to @RihannaNoBrasil
os pés da queen n tem um dia de descanso

💬    🔁    ♡ 5    ↑

🔍 Search Twitter

**Relevant people**

**Rihanna.com.br** ⚓    **Follow**
@RihannaNoBrasil

Rihanna.com.br is a genuine and registered fansite, made by fans. 🇧🇷 Fã-clube e portal de notícias brasileiro sobre a cantora Rihanna. Online desde 2008. 💎

**What's happening**

Television · 30 minutes ago
**The Walking Dead airing on AMC**

**#Disenchanted** 🧙
Original movie now streaming
📀 Promoted by Disney+

Trending in California    ···
**Dodger Stadium**
9,227 Tweets

Trending in United States    ···
**#AMAs** 🏆
Trending with soobin, Anitta

Sports · Trending    ···
**Patrick Mahomes**
3,701 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

P    **Perkowski Legal P.C.**    ···
@c_perkowski

— https://twitter.com/__Dartin/status/1578389131612377091 __et __2022-11-20 11:13:02 -08:00

← **Tweet**



💙**CM and DJ**💜
@__Dartin

Dakota on the set of **#MadameWeb** in Boston.(6th Oct) **#DakotaJohnson**

📍 Dakota Johnson Brasil

7:17 AM · Oct 7, 2022 · Twitter for iPhone

**7** Retweets    **59** Likes

Tweet your reply                              Reply

John Henry Irons @Henry58979558 · Oct 7
Replying to @__Dartin and @DakotaJBRA
Not her. Look at hair. Also that is not any of the confirm actors. Possibly a stunt double.

Elizabeth Anne Walker @Elizabe59010378 · Oct 7
Replying to @__Dartin and @DakotaJBRA
Precious

**Search Twitter**

**Relevant people**

 💙**CM and DJ**💜    Follow
@__Dartin
Fan account for Chris Martin And Dakota Johnson #Dartin #ChrisMartin #DakotaJohnson

 **Dakota Johnson Brasil**    Follow
@DakotaJBRA
Sua primeira, maior e melhor fonte sobre a atriz e produtora Dakota Johnson no Brasil. E-mail para contato: contato@dakotajohnsonbrasil.com

**What's happening**

Formula 1 · 4 hours ago
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 😵
Original movie now streaming
Promoted by Disney+

Entertainment · Trending
**Morgan Freeman**
178K Tweets

Only on Twitter · Trending
**Rest in Power**
17.3K Tweets

Trending in California
**Shakira**
107K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/FueraPlano/status/1146432348575227904 __ at __ 2022-11-21 20:15:43 -08:00 __



← **Tweet**



**Fuera de Plano** 🎬 🇦🇷
@FueraPlano



···

Se filtraron las primeras fotos de Keanu Reeves y Alex Winter filmando para 'Bill & Ted 3'. #BillandTed3



7:55 AM · Jul 3, 2019 · Twitter for iPhone

     

Tweet your reply          Reply

---

## Relevant people



**Fuera de Plano** 🎬 🇦🇷          Follow
@FueraPlano

Amantes del cine y las series. Noticias, recomendaciones, reseñas, sorteos y más! Twitch: twitch.tv/fueradeplanoli...

## What's happening

Television · 14 minutes ago
**WWE Monday Night RAW airing on USA**

Entertainment · Trending          ···
**Died Suddenly**
57.2K Tweets

Sports · Trending          ···
**Jason Robertson**

Sports · Trending          ···
**Trace McSorley**

Entertainment · Trending          ···
**August Alsina**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---



**Perkowski Legal P.C.** ···
@c_perkowski

---

## Search Twitter

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**



← **Tweet**



 OFuxico ✔
@ofuxico_oficial

···

Brad Pitt deixa corpo tatuado à mostra nas Bahamas

ofuxico.com.br/noticias-sobre...

Translate Tweet



4:29 AM · Jan 6, 2021 · Twitter Web App

**1** Like



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 Tweet your reply

Reply

Q Search Twitter

**Relevant people**

 OFuxico ✔
@ofuxico_oficial

Follow

OFuxico é um site jornalístico sobre o mundo dos famosos, da televisão, do cinema e assuntos relacionados ao entretenimento. No ar há 20 anos.

**What's happening**

FIFA World Cup · 3 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
📷 Promoted by Avatar

Trending in California
**Mexicans**
19.2K Tweets

···

Trending in California
**Lucas**
150K Tweets

···

Trending in United States
**Travis Kelce**
4,133 Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 Perkowski Legal P.C.
@c_perkowski

···

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from an account that no longer exists. Learn more



**Perkowski Legal P.C.** ...
@c_perkowski

__ https://twitter.com/AndyVermaut/status/1398546001154895874 __ at __ 2022-11-21 01:22:34 -08:00 __



← Tweet



Search Twitter

**Andy Vermaut**
@AndyVermaut

···

A$AP Rocky Goes For Solo Motorcycle Ride After
Saying GF Rihanna Is The 'Love' Of His Life – See Pics
hollywoodlife.com/2021/05/23/asa...



12:18 PM · May 23, 2021 · dlvr.it

       


Tweet your reply                                    Reply

## Relevant people



**Andy Vermaut**       Follow
@AndyVermaut

Linked to WCPDCD, EADM,
POSTVERSA, AIDL, EUtoday, ActNow
for C, People Forests, Fundamental
rights. Whatsapp +32499357495
denktankcarmenta@gmail.com

## What's happening

NBA · Yesterday
**Nuggets at Mavericks**

Trending in United States
**maher**
22K Tweets

···

Trending in United States
**#AMAs** 🎤
4.23M Tweets

···

90 Day Fiancé · Trending
**#90DayFianceHappilyEverAfter**
4,742 Tweets

···

Trending in United States
**Colorado Springs**
546K Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.   ···
@c_perkowski



← **Tweet**

## Relevant people

 **grace dante**
@misslefroy

 Follow

"Il fiore che sboccia nelle avversità è il più raro e il più bello di tutti" 🌸 fan account

## What's happening

**NFL · 24 minutes ago**
**49ers at Cardinals**



**Entertainment · Trending**
**Died Suddenly**
59.9K Tweets

**Trending in California**
**Zimmerman**
20.9K Tweets

**Reality TV · Trending**
**August Alsina**
Trending with #TheSurrealLife

**Trending in United States**
**Chrisley**
21.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**grace dante**
@misslefroy

Dacre Montgomery sul set della terza stagione di Stranger Things



7:24 AM · Jun 12, 2018 · Twitter Web App

**132** Retweets   **9** Quote Tweets   **298** Likes

Tweet your reply

Reply

---

🔍 Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**


Perkowski Legal P.C.
@c_perkowski

← **Tweet**

 **Geek Slam**
@SlamGeek                              ···

¿Un nuevo arácnido? 
Tenemos nuevas imágenes desde el set de
#MadameWeb en donde se puede ver a un personaje
misterioso

Translate Tweet



11:22 AM · Oct 6, 2022 · Twitter for Android

💬          ⟲          ♡          ⬆

P    Tweet your reply                    **Reply**

---

🔍 Search Twitter

## Relevant people

 **Geek Slam**          **Follow**
@SlamGeek

Bienvenidos a Geek Slam! 🤘🔥
Noticias acerca de Marvel, DC, Disney,
Star Wars, HBO, Videojuegos y más
🎮🎬

## What's happening

FIFA World Cup · 1 hour ago
**World Cup Qatar 2022: Opening
Ceremony**                              

**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in United States          ···
**#MassShooting**
3,732 Tweets

Trending in United States          ···
**Morgan Freeman**
161K Tweets

Only on Twitter · Trending          ···
**Jason David Frank**
Trending with  First Kevin Conroy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**

**Explore**

🔔 **Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

---

P  **Perkowski Legal P.C.**  ···
   @c_perkowski

\_\_ https://twitter.com/guidance_the/status/1400572048737460224 \_\_ at \_\_ 2022-11-20 13:57:46 -08:00 \_\_

← **Tweet**

**TheGuidance**
@guidance_the

Nuevas imágenes de la secuela de #shazam ⚡ con Zachary Levi portando el nuevo traje. #dccomics

Translate Tweet



2:56 PM · Jun 3, 2021 · Twitter Web App

**1** Like

Tweet your reply

Reply

### Relevant people

**TheGuidance**
@guidance_the

Follow

Todo el contenido geek al alcance de tu mano. Noticias, análisis, cómics narrados, curiosidades, etc.

### What's happening

NFL · 38 minutes ago
**Browns at Bills**

**#Disenchanted** 🧹
Original movie now streaming
Promoted by Disney+

Trending in California
**Rest In Peace**
56.4K Tweets

Only on Twitter · Trending
**Rest in Power**
26.1K Tweets

Trending in United States
**LGBTQ**
Trending with Colorado Springs, #ClubQ

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



Perkowski Legal P.C.
@c_perkowski

← **Tweet**

**Movie Crazy Planet** 🎬🍿🎥
@MovieCrazyP

📸🎆 DESDE EL SET 🎆📸

Lily James como Pamela Anderson, con traje de baño de #Baywatch, en la filmación de la serie #PamAndTommy en Malibú.



3:20 PM · May 14, 2021 · Twitter for Android

**1** Retweet   **7** Likes

Tweet your reply                                    Reply

**Relevant people**

**Movie Crazy Planet …**
@MovieCrazyP                          Follow

💥Noticias, tráilers, pósters, los estrenos más recientes de cine, series y televisión.💥 Síguenos y activa la 🔔 moviecrazyplanet@gmail.com ✉

**What's happening**

Television · 7 minutes ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States          ···
**HE'S BACK**
133K Tweets

Trending in California            ···
**#FIFAWorldCup** 🏆
926K Tweets

Trending in California            ···
**Andrew Tate**
28.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**   ···
@c_perkowski

← **Tweet**



El Aragüeño
@ElAragueno                                    ···

Jennifer Lawrence está embarazada de su primer hijo -
is.gd/1tPe8n #Farándula

Translate Tweet



9:00 AM · Sep 11, 2021 · TweetDeck




 Tweet your reply                          Reply

---

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Q  Search Twitter

**Relevant people**

El Aragüeño                    Follow
@ElAragueno

EL PRIMER DIARIO DE ARAGUA. ¡50
años contando tu historia!

**What's happening**

FIFA World Cup · LIVE
Argentina vs Saudi Arabia

Case 2:22-cv-09462-DMG-ADS    Document 1-31    Filed 12/30/22    Page 19 of 75    Page ID #:2985

**Tweet**



Kardashian Brasil #TheKardashians
@kardashibrasil

Kylie Jenner e Khloé Kardashian na after party da Balenciaga em Paris, ontem (02).




6:55 AM · Oct 3, 2022 · Twitter for iPhone

33 Retweets    7 Quote Tweets    490 Likes

Tweet your reply                                    Reply

Zahra Hassani @ZahraHa24286860 · Oct 3
Replying to @kardashibrasil
#StopHazaraGenocide

Show more replies

Perkowski Legal P.C.
@c_perkowski

Search Twitter

**Relevant people**

Kardashian Brasil #Th...        Follow
@kardashibrasil

O primeiro e melhor portal de notícias no Brasil sobre a família Kardashian e Jenner desde 2010 | @KBRMidia @KBRBackup. — We don't have contact with them.

**What's happening**

NFL · 2 minutes ago
Browns at Bills

#Disenchanted 🎃
Original movie now streaming
Promoted by Disney+

Trending in California
Rest In Peace
53.6K Tweets

Only on Twitter · Trending
Jason David Frank
Trending with Power Rangers

Sports · Trending
Jeff Saturday
5,021 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



← **Tweet**



- 🏠 Home
- #️⃣ Explore
- 🔔¹ Notifications
- ✉️ Messages
- 🔖 Bookmarks
- 🗒️ Lists
- 👤 Profile
- ⋯ More

**Tweet**

**Fifty Shades World**
@50shadesworldcm    ⋯

3 HQ pictures of Dakota in LA yesterday!
#DakotaJohnson



10:10 PM · Sep 3, 2019 · Twitter for iPhone

**1** Retweet  **13** Likes

 Tweet your reply    Reply

🔍 Search Twitter

## Relevant people

 **Fifty Shades World**
@50shadesworldcm    **Follow**

I'm back 😚 Supporting and updating on #DakotaJohnson and #JamieDornan 💕 - Laura

## What's happening



FIFA World Cup · This morning
**England vs Iran**    

Trending in United States    ⋯
**Died Suddenly**
41.1K Tweets

Sports · Trending    ⋯
**Lane Kiffin**
5,568 Tweets

Sports · Trending    ⋯
**#WWERaw**
Trending with Sheamus, Kevin Owens

Sports · Trending    ⋯
**John Sutcliffe**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski    ⋯

https://twitter.com/LoveHotCelebs/status/1569214644836937120 __ el __2022-11-20 14:36:27 -08:00

← **Tweet**

**LoveHotCelebs**
@LoveHotCelebs

⋯

RT & Like if you're loving thicc Rihanna... 🔥😛



11:41 PM · Sep 11, 2022 · Twitter for iPhone

**25** Retweets  **1** Quote Tweet  **80** Likes

💬   🔁   ♡   ⬆️

🅿  Tweet your reply                    **Reply**

**David R** @D1rtyDavidR · Sep 12    ⋯
Replying to @LoveHotCelebs
I definitely am loving that. But also, let us not forget the amazement of pregnant Rihanna.



💬 2      🔁 2      ♡ 15           ⬆️

**CelebShrine** 🔥 @CelebShrine2022 · Sep 12    ⋯
Replying to @D1rtyDavidR and @LoveHotCelebs
Preg Rihanna was the vibe we never knew we needed 💓

💬        🔁        ♡ 3           ⬆️

Show more replies

---

**Relevant people**

**LoveHotCelebs**  **Follow**
@LoveHotCelebs
Hot pics of hot celebs... I am a man and not any of the celebs I post... Always looking to have fun...

**What's happening**

NFL · 1 hour ago
**Eagles at Colts**

#**Disenchanted** 🧙‍♀️
Original movie now streaming
📺 Promoted by Disney+

Trending in California
**Rest In Peace**
57.9K Tweets

Sports · Trending
**Melvin Gordon**
Trending with Zeke, Broncos

Trending in United States
**#FIFAWorldCup** 🏆
2.46M Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Search Twitter




Perkowski Legal P.C.
@c_perkowski



https://twitter.com/KUWTKWorld/status/1530832201012723718 __el__ 2022-11-21 03:06:25-08:00    2:22-cv-09462-DMG-ADS    Document 1-31    Filed 12/30/22    Page 24 of 75    Page ID #:2990

← **Tweet**

**Kardashian World**
@KUWTKWorld    ...

📸 **Kendall Jenner & Caitlyn Jenner at Lucky's restaurant in Malibu yesterday**



1:43 AM · May 29, 2022 · Twitter Web App

**58** Retweets    **5** Quote Tweets    **1,872** Likes

💬    🔁    ♡    ⬆️

Ⓟ    Tweet your reply    **Reply**

**Susan SD Pasquale** @sdpasquale6259 · May 30
Replying to @KUWTKWorld
Beautiful! Love to see you having a good time with your Dad 🌟⭐🤗❤️❤️ ❤️❤️❤️

💬    🔁    ♡    ⬆️

**Kurtheckhoff@gmail.com** @kurtheckhoff · May 29
Replying to @KUWTKWorld
Oh oh. In  Natur ohne schminke??!

💬    🔁    ♡    ⬆️

**Suzanne Pluschau** @PluschauSuzann1 · May 29
Replying to @KUWTKWorld
Caitlyn Jenner was the best dad to all his kids especially Kylie and Kendall. Glad to see he has such a good relationship with his kids today.

💬 1    🔁    ♡ 7    ⬆️

**NO SUGAR PLEASE** @nofnsugarplease · May 29
Replying to @PluschauSuzann1 and @KUWTKWorld
I love her relationship with her kids as well, she was definitely meant to be a parent. All the car pooling alone would have driven most men nuts.
#allLADY

💬    🔁    ♡    ⬆️

**Amelie Demonseau** @MsAnnThrope1 · May 29
Replying to @KUWTKWorld
Ridulous

💬    🔁    ♡ 1    ⬆️

**Mrs Gwendolyn Fair** @gwenfair04 · May 29
Replying to @KUWTKWorld
🤣😂

💬    🔁    ♡    ⬆️

Show more replies

---

🐦

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⦿ More

**Tweet**

**Perkowski Legal P.C.**    ...
@c_perkowski

---

🔍 Search Twitter

## Relevant people

**Kardashian World**    **Follow**
@KUWTKWorld
The largest fan source for everything Kardashian! #TheKardashians 📺 Season 2 | Sept 22nd on Hulu! Kim & Khloe follow ❤️❤️ admin@kardashianworld.net

## What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Music · Trending
**Billy Joel**
1,264 Tweets

Trending in United States
**#AMAs** 🔥
Trending with soobin, Sabrina

Trending in United States
**utah**
13.2K Tweets

Music · Trending
**Lionel Richie**
3,857 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More···
© 2022 Twitter, Inc.

← **Tweet**

🔍 Search Twitter

**Relevant people**

Marvel CinéVerse
@MarvelCineVerse    **Follow**
Actualités et encyclopédie sur le MCU
Instagram 📷 : marvelcineverse_
Associé à @swcineverse ⭐

JustJared.com ✔
@JustJared    **Follow**
Your #1 Entertainment Authority Also
follow @jaredeng @justjaredjr

**What's happening**

Television · 5 hours ago
**The Walking Dead airing on AMC**

#Disenchanted 👸
Original movie now streaming
▶ Promoted by Disney+

Music · Trending
**#DavidoAt30**
57.1K Tweets

Trending in United States
**#AMAs** 🔥
4.5M Tweets

Only on Twitter · Trending
**#乐鱼体育**
228K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications

**Marvel CinéVerse**
@MarvelCineVerse    ···

#Ironheart : Anthony Ramos est officiellement confirmé
dans le rôle de Parker Robbins/The Hood via des
photos de tournage de la série IRONHEART !
(@JustJared)

Translate Tweet



1:46 PM · Aug 8, 2022 · Twitter Web App

**17** Retweets   **3** Quote Tweets   **72** Likes

Tweet your reply    **Reply**

https://twitter.com/SeriesUpdateFR/status/1321046689642360025 __et__ 2022-11-22 11:14:23 -08:00

← **Tweet**

**Infos Séries**
@SeriesUpdateFR                                    ···

## Zendaya est arrivée à Atlanta pour le tournage de 'Spider-Man 3'. ❄️

Translate Tweet



4:10 AM · Oct 27, 2020 · Twitter for Android

**216** Retweets   **54** Quote Tweets   **2,350** Likes

💬            🔁            ♡            ⬆️

P    Tweet your reply                              Reply

🔴 @naomie_dl · Oct 27, 2020                        ···
Replying to @SeriesUpdateFR
Les américains ils vivent sans masque en mode le covid existe pas 😂
💬            🔁            ♡            ⬆️

**Findus.** @chomei_ · Oct 27, 2020                 ···
Replying to @SeriesUpdateFR
Meilleur nouvelle du jour. Sah j'ai trop hâte
💬            🔁            ♡            ⬆️

🖤 @tbeyy_ · Oct 27, 2020                            ···
Replying to @SeriesUpdateFR
@D4RKANN qd il sort on va le voir ? 🤩😍
💬  1         🔁            ♡            ⬆️

**Därkan** @D4RKANN · Oct 27, 2020                  ···
Replying to @tbeyy_ and @SeriesUpdateFR
DOFFICE
💬            🔁            ♡            ⬆️

**Rayan** 🟩·🐎 @rageto17 · Oct 27, 2020             ···
Replying to @SeriesUpdateFR
Trop belle
💬            🔁            ♡            ⬆️

**˙·Anna.✿** @4nnaTRNL · Oct 27, 2020               ···
Replying to @SeriesUpdateFR
Olala j'ai de plus en plus hâte
💬            🔁            ♡  8         ⬆️

**Romain** 🇫🇷 @romavi96 · Oct 27, 2020             ···
Replying to @SeriesUpdateFR
@CFerrieu ma femme est arrivée, je vais la rejoindre
💬  1         🔁            ♡  1         ⬆️

---

🔍 Search Twitter

### Relevant people

**Infos Séries**                          Follow
@SeriesUpdateFR
Bienvenue sur votre premier compte
source français sur toutes vos séries,
films et plateformes de streaming
préférées. 🎬
seriesupdatefr@gmail.com

### What's happening

FIFA World Cup · 1 hour ago
**Mexico vs Poland**


#AvatarTheWayOfWater 🟦
Get tickets now · In theaters December 16
▶️ Promoted by Avatar

Celebrities · Trending                      ···
**Tom Hanks**
4,976 Tweets

Only on Twitter · Trending                  ···
**#MHASpoilers**
2,417 Tweets

Trending in California                      ···
**Mexicans**
14K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

**Perkowski Legal P.C.**                     ···
@c_perkowski

← Tweet

**Margvel** 🐾
@_Margvel

···

Más fotos del set de #TheFalconandtheWinterSoldier 💙

Translate Tweet

9:57 AM · Jan 11, 2020 · Twitter for iPhone

**2** Retweets   **1** Quote Tweet   **43** Likes

Search Twitter

**Relevant people**

**Margvel** 🐾
@_Margvel                    **Follow**

Humor, información y updates del
Universo Marvel | 📥
contactomargvel@gmail.com |
#SheHulk #IAmGroot

**What's happening**

NFL · 44 minutes ago
**Chiefs at Chargers**

#Disenchanted 🧙
Original movie now streaming
▶ Promoted by Disney+

Music · Trending          ···
**harries**
4,612 Tweets

Trending in United States    ···
**Bob Iger**
Trending with Chapek, Disney

Trending in United States    ···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**


Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/Ryans_Ramblings/status/1207474421079785472 __ at __ 2022-11-20 19:36:27 -08:00 __

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← **Tweet**

**Ryan 'All Day News' Anderson**
@Ryans_Ramblings                                    ⋯

Zemo doesnt have the good, but he looks good!
#FalconAndWinterSoldier



5:35 PM · Dec 18, 2019 · Twitter for Android

Tweet your reply                                   Reply

Q Search Twitter

**Relevant people**

**Ryan 'All Day News' ...**
@Ryans_Ramblings                  Follow

Founder, Host, and EIC of
@TheNerdRagePod. As seen on
@CBSThisMorning! Instagram:
@RadRyGuy TikTok:
@Ryans_Ramblings Casting Inquiries:
NerdRagePod@gmail.com

**What's happening**

NFL · 3 hours ago
**Cowboys at Vikings**                

**#Disenchanted** 🧙
Original movie now streaming
📷 Promoted by Disney+

Trending in California                ⋯
**#BLACKPINK** 🖤
225K Tweets

Trending in California                ⋯
**Dodger Stadium**
Trending with Elton John, Dodger Stadium

Trending in United States             ⋯
**ARTIST OF THE YEAR**
22.9K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**    ⋯
@c_perkowski

← **Tweet**

**luddriel**
@luddriell_

Nuevas imágenes desde el set de #MadameWeb

Translate Tweet



11:04 AM · Oct 6, 2022 · Twitter for iPhone

**12** Likes

Tweet your reply

Reply

## Relevant people



**luddriel**
@luddriell_                                    Follow

aquí chismeamos de todo

## What's happening

NFL · LIVE
**Browns at Bills**

**#Disenchanted** 💃
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
52.2K Tweets

Trending in California
**Hive**
31.6K Tweets

Only on Twitter · Trending
**Rest in Power**
23.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More …
© 2022 Twitter, Inc.



**Perkowski Legal P.C.** …
@c_perkowski

__ https://twitter.com/allinitdrews/status/1296245566466180557 __ at __ 2022-11-22 15:58:26 -08:00

← **Tweet**

 

sam
@allinitdrews

step on my neck



5:40 PM · Aug 19, 2020 · Twitter for iPhone

**8** Likes

   

 Tweet your reply          Reply

---

🔍 Search Twitter

**Relevant people**

 sam                    Follow
@allinitdrews
fan account; justin followed 9.14.19

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater** 👻
Get tickets now - In theaters December 16
📢 Promoted by Avatar

Entertainment · Trending
**Marvel**
84.4K Tweets

Trending in United States
**Francia**
112K Tweets

Food · Trending
**Reddi Whip**
Trending with  Cool Whip

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

← Tweet

 **Foochia - فوشيا** ✔
@foochia

···

تألقت جنيفر لوبيز بإطلالة زرقاء اللون إلى جانب أليكس
رودريغز في موعد غرامي

#فوشيا #مشاهير_هوليوود #جنيفر_لوبيز #اليكس_رودريغز
#AlexRodriguez #Jlo

Translate Tweet



6:01 AM · Oct 14, 2020 · Hootsuite Inc.

**1** Retweet   **8** Likes

💬        🔁        ♡        ⬆

Ⓟ   Tweet your reply                    Reply

---

Q  Search Twitter

## Relevant people

 **Foochia - فوشيا** ✔      **Follow**
@foochia

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

## What's happening

Television · 1 hour ago
**Saturday Night Live airing on NBC**                    

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States                    ···
**#DreamersbyJungkook**
Trending with #FIFAWorldCup 🏆

Trending in United States                    ···
**Blocked**
128K Tweets

Music · Trending                    ···
**JISOO**
Trending with #BLACKPINK , Camila

Show more

---

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

 **Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/fentystats/status/1457942025183092800... st_... 2022-11-21 20:39:01.000000
Document 1-5   Filed 12/30/22   Page 32 of 75   Page ID
#2066

Q Search Twitter

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

Tweet

Perkowski Legal P.C.
@c_perkowski

FentyStats
@FentyStats

Rihanna in NYC last night. ❤️



11:20 PM · Jan 23, 2021 · Twitter Web App

4,239 Retweets   1,076 Quote Tweets   28.1K Likes

♡ ⟲ ♡ ⤴

Tweet your reply                                    Reply

Jhslx Thee Blacifran 👑 @blapHotxGlan · Jan 24, 2021
Replying to @FentyStats
She literally NEVER MISSES ‼️
♡ ⟲ ♡ ⤴

tasymoneysniper 💰 @tpcrfieo160... Jan 24, 2021
Replying to @FentyStats
Rihanna is effortlessly stunning. She can't do no wrong in my eyes 😍💙
♡ ⟲ ♡ ⤴

Yinka Tosin @i_YINKA · Jun 24, 2021
Replying to @FentyStats
But forget her ID 😂
♡ ⟲ ♡ ⤴

;OHaSlp @FentyStats · Jun 24, 2021
Replying to @FentyStats
The dunk in black 🙌
♡ ⟲ ♡ ⤴

No One @NoOne_Rock · Jun 24, 2021
Replying to @FentyStats



♡ 1   ⟲   ♡ 14   ⤴

Sir Serpeant Kiptoo 🇰🇪🇰🇪🇰🇪 @MissDollar_ · Jun 24, 2021
Replying to @FentyStats
@Crazy_Nairobian your boo looking fine fine
♡ 1   ⟲   ♡ 5   ⤴

Sir Serpeant Kiptoo 🇰🇪🇰🇪🇰🇪 @MissDollar_ · Jun 24, 2021
Replying to @FentyStats
@Crazy_Nairobian your boo looking fine fine
♡ 1   ⟲   ♡ 5   ⤴

TheRealDuchessOfTailwind @lovelylocodes · Jun 24, 2021
Replying to @FentyStats
I want the dress please
♡ 1   ⟲   ♡ 5   ⤴

Chinacerl 🍑 @chakeunacorn · Jun 24, 2021
Replying to @FentyStats
Rihanna looking  thotty coupled with that side High slit gown and it's pink
👏👏👏👏
♡ 1   ⟲   ♡ 5   ⤴

JerryXacione @JerryXacione · Jun 24, 2021
Replying to @FentyStats
the hates btw a 🔪🤧
♡ 1   ⟲   ♡ 5   ⤴

SAPA OF 30BG 💰 @Oejuacecz · Jun 24, 2021
Replying to @FentyStats
No parts or the 🤎💚 🤎💚
♡ 1   ⟲   ♡ 10   ⤴

Mamba24 @justxbola2020 · Jun 23, 2021
Replying to @FentyStats
She got the shark covered
♡ 1   ⟲   ♡ 5   ⤴

Bushliib Brown @slow_burn_limm · Jun 24, 2021
Replying to @FentyStats
Wish my gf could put that fit off. 😂😂
♡ 2   ⟲   ♡ 77   ⤴

Madi @emmaace01 · Jun 24, 2021
Replying to @Slow_burn_limm and @FentyStats
Da Small dick energy
Show replies
♡ 1   ⟲   ♡ 5   ⤴

kassy @elfaaassyy · Jun 24, 2021
Replying to @FentyStats and @Imran12N
Boobs everywhere
♡ 1   ⟲   ♡ 5   ⤴

E_ieffrey🍃 @Jeffreyzw77 · Jun 24, 2021
Replying to @FentyStats and @Imran12N
So you saw the nipples? 😂😏😏
♡ 1   ⟲   ♡ 5   ⤴

Roger @roger410573D · Jun 24, 2021
Replying to @FentyStats
See a video online she got denied at an entrance ★★
♡ 1   ⟲   ♡ 11   ⤴

ruby🍒 @RubyGrace_Music · Jun 24, 2021
Replying to @FentyStats
Queen of only wearing 1 colour and rocking it like no one could ever
♡ 1   ⟲   ♡ 5   ⤴

may 🦋 @badly4ponies · Jun 23, 2021
Replying to @FentyStats
Crown ??



♡ 1   ⟲   ♡ 11   ⤴

Abdul @abdulmonof_ · Jun 24, 2021
Replying to @badly4ponies and @FentyStats
Yeah. For Queens only!
♡   ⟲   ♡ 4   ⤴

ARON @mAKbf · Jun 24, 2021
Replying to @FentyStats
All that just to get denied entry at a club
@queenjwinter
♡ 1   ⟲   ♡ 5   ⤴

Oliver James Lane @oliverjameslane · Jun 24, 2021
Replying to @FentyStats
@queenjwinter
♡   ⟲   ♡ 5   ⤴

Bismol Uvetis Vestex [:aaye]🤍🤍🤍 @HavishPrimuo · Jun 24, 2021
Replying to @FentyStats
So who's gonna burn that bag to the underground of hell. Coz its ruining
the look
♡ 1   ⟲   ♡ 5   ⤴

Topteemike @toptmmike · Jun 24, 2021
Replying to @FentyStats
🤣🤣let me get back to doing leg presses 🤣🤣
@feeadageriti9000
♡ 1   ⟲   ♡ 5   ⤴

Kent _r_ @iKent · Jun 24, 2021
Replying to @FentyStats
🤣Let me get back to doing leg presses 🤣
♡   ⟲   ♡ 5   ⤴

Dante @KkIexbt · Jun 24, 2021
Replying to @FentyStats
I don't know who she is. I need her id pls.
♡ 1   ⟲   ♡ 5   ⤴

MO BOBA @MOBOBBA2766 · Jun 24, 2021
Replying to @FentyStats
Literally looks like a mushroom with that hat lol 🍄😂😂
♡ 1   ⟲   ♡ 5   ⤴

Bongi Mafuku @Bongi_Ka_Mafuku · Jun 24, 2021
Replying to @FentyStats
Why are you like this 😂
♡ 1   ⟲   ♡ 5   ⤴

**Relevant people**

FentyStats
@FentyStats                Follow
Daily stats and news about global
music icon, fashion designer and
entrepreneur, Robyn Rihanna Fenty |
@rihanna 🏝 Fan account. 📩
fentystats@gmail.com

**What's happening**

FIFA World Cup Qatar 2022 · Yesterday
World Cup Qatar 2022: Opening
Ceremony

Trending in United States
Ole Niko
5,381 Tweets

Science · Trending
#Orion
2,096 Tweets

Music · Trending
Elton John
Trending with Dodger Stadium
2,607 Tweets

Trending in United States
Caleb Williams

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/filmnewsPL/status/1358907741323071489 __ at __ 2022-11-20 11:33:47 -08:00 __

← **Tweet**

**Film News**
@filmnewsPL

···

Christian Bale, Margot Robbie i John David Washington na planie nowego filmu Davida O. Russella



2:37 PM · Feb 8, 2021 · Twitter for Android

**2** Retweets   **27** Likes

    

 Tweet your reply    Reply

---

Search Twitter

**Relevant people**

**Film News**    Follow
@filmnewsPL

 najnowsze wiadomości filmowe - kino polskie i zagraniczne, popularne i niezależne  kontakt: filmnewspl@gmail.com

**What's happening**

NFL · LIVE
**Browns at Bills**



**#Disenchanted** 👸
Original movie now streaming
▶ Promoted by Disney+

Entertainment · Trending    ···
**Morgan Freeman**
182K Tweets

Trending in United States    ···
**Rest In Peace**
44.7K Tweets

Trending in California    ···
**Shakira**
109K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**    ···
@c_perkowski

__ https://twitter.com/SNEAKPEEKCA/status/1105517548018102272 __ el __ 2022-11-20 18:42:32 -08:00

← **Tweet**



**SneakPeek**
@SNEAKPEEKCA

···

sneakpeek.ca/2019/02/birds-...
#BirdsofPrey #MargotRobbie #LeakedSetImages
#SneakPeekCa



10:14 AM · Mar 12, 2019 · Twitter Web Client

**2** Retweets   **2** Likes

💬        🔁        ♡        ⬆️

 Tweet your reply                    Reply

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

 **Perkowski Legal P.C.** ···
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

 **SneakPeek**    Follow
@SNEAKPEEKCA
Invite Only

**What's happening**

Television · 41 minutes ago
**The Walking Dead airing on AMC**    

**#Disenchanted** 🧚
Original movie now streaming
📺 Promoted by Disney+

Trending in United States    ···
**#twdspoilers**

Trending in United States    ···
**#TheWalkingDead**
Trending with #TWDFinale, Rosita

Trending in United States    ···
**Wayne Brady**
2,266 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/FilmDevotion/status/1557307849562284032 __ at __ 2022-11-21 13:50:20 -0800

← **Tweet**

 **Film Devotion**
@FilmDevotion

The Blue Beetle movie starring Xolo Maridueña is on track for its August 2023 release date.

(Source: hollywoodreporter.com/movies/movie-n...)



3:08 AM · Aug 10, 2022 · Twitter for iPhone

**1** Retweet   **3** Likes

 Tweet your reply

Reply

---

Q Search Twitter

**Relevant people**

 **Film Devotion**   Follow
@FilmDevotion
Devoted to delivering quick and reliable news on all things media related.

**What's happening**

FIFA World Cup · 19 minutes ago
**USA vs Wales**

Entertainment · Trending
**#Blade**

Lovecraft Country · Trending
**Lovecraft Country**

Entertainment · Trending
**Yann Demange**
1,151 Tweets

https://twitter.com/cinepop/status/1529851551543660544 __ et __ 2022-11-21 09:06:16 -08:00

← Tweet

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**CinePOP** ✓ @cinepop

Foram divulgadas as primeiras imagens de Xolo Maridueña ('Cobra Kai') como o Besouro Azul. O que você achou do uniforme?

#BlueBeetle

Translate Tweet



8:46 AM · May 26, 2022 · Twitter Web App

**3** Retweets   **53** Likes

Tweet your reply

Reply

**Lua Stark** · 🟣 @luastark4 · May 26
Replying to @cinepop
Ah, o Xolo é muito lindooooo 😍

1

**Cristiano Gemaque** @CristianoGem · May 27
Replying to @cinepop
Ficou top. A DC e sempre MT boa em uniforme mas tem ver como vai ser a adaptação

Perkowski Legal P.C. @c_perkowski

**Relevant people**

**CinePOP** ✓ @cinepop
Follow
O seu site PREFERIDO de CINEMA!

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Trending in United States
**Maher**
22.9K Tweets

Trending in California
**Dodger Stadium**
13.8K Tweets

Trending in United States
**Southgate**
42.4K Tweets

Entertainment · Trending
**#AntMananddTheWaspQuantumania**
1,631 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More …
© 2022 Twitter, Inc.

← **Tweet**

Alex Salvatore 🎭
@Alexromval

Las imágenes filtradas del rodaje de Madame Web me tienen así 🫠

(Las pongo en oculto porque a pesar de todo lo que rodea a las pelis de Sony habrá gente que no querrá ver nada).



🚫

**Content warning: Sensitive content**
The Tweet author flagged this Tweet as showing sensitive content.

Show

4:43 AM · Oct 7, 2022 · Twitter Web App

**1** Retweet   **14** Likes

💬   🔁   ♡   ⬆️

Tweet your reply                                    Reply

VozFriki @VozFriki · Oct 7
Replying to @Alexromval
Que cojones...
💬 1        🔁        ♡        ⬆️

Alex Salvatore 🎭 @Alexromval · Oct 7
Replying to @VozFriki
Eso digo yo
💬        🔁        ♡ 1        ⬆️

🦇 Bat-wittero 🎭 @Bat_wittero · Oct 7
Replying to @Alexromval
Tengo una duda,la oculto para no spoilear

🚫

**Content warning: Sensitive content**
The Tweet author flagged this Tweet as showing sensitive content.

Show

💬 3        🔁        ♡ 2        ⬆️

Alex Salvatore 🎭 @Alexromval · Oct 7
Replying to @Bat_wittero
Lo dudo, pero yo que sé ya
💬 1        🔁        ♡ 1        ⬆️

Show replies

luis medina @VaniroxLuis · Oct 7
Replying to @Alexromval
Ese es kraven no ? O por lo menos el actor
💬 1        🔁        ♡        ⬆️

Alex Salvatore 🎭 @Alexromval · Oct 7
Replying to @VaniroxLuis
No lo es
💬 1        🔁        ♡ 1        ⬆️

Show replies

🔍 Search Twitter

**Relevant people**

Alex Salvatore 🎭
@Alexromval                    Follow
'Nadie puede juzgar desde fuera el amor'

**What's happening**



FIFA World Cup · 5 hours ago
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 🧹
Original movie now streaming
▶️ Promoted by Disney+

Only on Twitter · Trending
**Rest in Power**
23.9K Tweets                    ···

Trending in California
**Rest in Peace**
51.9K Tweets                    ···

Trending in California
**Elton John**
10.4K Tweets                    ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.      ···
@c_perkowski

https://twitter.com/raulbrindis/status/1481649210810273796 __ et __ 2022-11-22 00:16:09 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 1-31   Filed 12/30/22   Page 38 of 75   Page ID #:3004

**Raúl Brindis** ✓
@raulbrindis

Que diferente vida vive Kim Kardashian con Pete Davidson. Mientras que con West solo eran lujos y regalos caros, ahora con el comediante se le ve disfrutando una pizza de 20 dólares y de postre un helado de una farmacia. ¡Que viva el amor!

Translate Tweet



7:27 AM · Jan 13, 2022 · Twitter for iPhone

**5** Retweets   **3** Quote Tweets   **119** Likes

Perkowski Legal P.C.
@c_perkowski

Tweet your reply                    Reply

**Kasum@** @d5wna · Jan 13
Replying to @raulbrindis
Simplemente regreso a lo que era antes de ser "famosa" puedes dejar el barrio, pero el barrio jamas te dejara.
                                    ♡ 1

**Yolanda Robledo** @yolrobledo · Jan 13
Replying to @raulbrindis
Lo sencillo del Amor siempre triunfará 🥰
                                    ♡ 1

**El Show de Yiyo** @ShowYiyo · Jan 13
Replying to @raulbrindis
Le ha de hacer mejor jale el Pitón perdón el Pete
                                    ♡ 1

**Nol** @mexicotnt · Jan 13
Replying to @raulbrindis
Cuando hay química en una pareja, lo demás es lo de menos.😌
                                    ♡ 2

**Ismael Rdz S.** @IsmaelR14399335 · Jan 13
Replying to @raulbrindis
Se me izo gorda...Raulito , la condenadota...😍

---

**Search Twitter**

**Relevant people**

**Raúl Brindis** ✓
@raulbrindis
Radio Host for El Show de Raúl Brindis
                                    Follow

**What's happening**

NFL · 3 hours ago
**49ers at Cardinals**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
☑ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
6,894 Tweets

Trending in United States
**james cameron**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

https://twitter.com/Pramboni/status/1080267980783505410__at__2023-11-21 15:59:18 -08:00
2:22-cv-09462-DMG-ADS   Document 1-31   Filed 12/30/22   Page 39 of 75   Page ID
#:3005



__ https://twitter.com/diziepisode/status/1556240864334303233 __ at __ 2022-11-20 07:54:14 -08:00



← Tweet

 Q Search Twitter

diziepisode
@diziepisode                                          ⋯

Madame Web filminin setinden, Dakota Johnson.



4:28 AM · Aug 7, 2022 · Twitter for Android

4 Likes

💬            ⇄            ♡            ⬆

   Tweet your reply                     Reply

### Relevant people



diziepisode                              Follow
@diziepisode
Dizi & Film ve Sanat uğruna...
@diziepisode

### What's happening

FIFA World Cup · LIVE
World Cup Qatar 2022: Opening
Ceremony                                

#Disenchanted 💀
Original movie now streaming
▶ Promoted by Disney+

Trending in United States           ⋯
#MassShooting

Perkowski Legal P.C.        ⋯
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

← **Tweet**

 **Clicky Sound**
@ClickySound                                                    •••

[clickysound.com/brian-austin-g...](clickysound.com/brian-austin-g...) They found
friendship in a hopeless place.



10:30 AM · Jun 17, 2020 · Clicky Sound

💬        🔁        ♡        ⬆️

 Tweet your reply                              **Reply**

---

🔍 Search Twitter

## Relevant people

 **Clicky Sound**
@ClickySound                                    **Follow**
Photography at its Best!

## What's happening

FIFA World Cup · This morning
**Mexico vs Poland**                            

**#AvatarTheWayOfWater** 🔵
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Trending in California                              •••
**Costco**
5,681 Tweets

Trending in United States                          •••
**Erection**
16.1K Tweets

Entertainment · Trending                           •••
**Marvel**
93.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski                                       •••

← **Tweet**

 **Bishop**
@BlindWanda

···

I'm glad Margot Robbie is using protection with this homeless man.



3:37 PM · Jun 17, 2021 · Twitter Web App

**2** Quote Tweets   **9** Likes

   

 Tweet your reply   **Reply**

Search Twitter

## Relevant people

 **Bishop**   **Follow**
@BlindWanda

Lover of Marvel, DC, Star Wars, Comics, Hailee Steinfeld, BLACKPINK, and many other things ()

## What's happening

FIFA World Cup · LIVE
**Mexico vs Poland**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in California   ···
**Mexicans**
8,756 Tweets

Trending in United States   ···
**#SeleccionMexicana**🇲🇽
8,506 Tweets

Trending in United States   ···
**Argentina**
Trending with Messi

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

 **Perkowski Legal P.C.**   ···
@c_perkowski

___ https://twitter.com/beliebinteam/status/1222955236169519107 ___ at ___ 2022-11-21 14:51:21 -08:00 ___



← Tweet

Q Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

s
@beliebinteam ···

**HE JUST LOOKS SO GOOD ARE U KIDDING**

10:50 AM · Jan 30, 2020 · Twitter for iPhone

**29** Retweets   **2** Quote Tweets   **66** Likes

💬          ⟲          ♡          ↑

P   Tweet your reply          **Reply**

**Relevant people**



s
@beliebinteam          **Follow**

swap swap swap it out 🥤 | fan account

**What's happening**

FIFA World Cup · 1 hour ago
**USA vs Wales**



Trending in United States
**#TheFive**          ···

Sports · Trending
**Anthony Black**          ···

Entertainment · Trending
**Kareem Daniel**          ···

Trending in United States
**Trent Reznor**          ···
9,052 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Tweet**



Perkowski Legal P.C. ···
@c_perkowski

← **Thread**

🐦 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski ⋯

🟣 **Jennifer Lawrence Updates**
@JenniferUpdates ⋯

Jennifer Lawrence looking beautiful as ever with her husband Cooke Maroney



1:06 PM · May 22, 2021 · Twitter for iPhone

**30** Retweets   **44** Quote Tweets   **563** Likes

💬   🔁   ♡   📤

🟣 Tweet your reply   **Reply**

🟣 **Jennifer Lawrence Updates** @JenniferUpdates · May 22, 2021
Replying to @JenniferUpdates
Via:

📰 justjared.com
Jennifer Lawrence Bares Her Midriff During Weeke...
Check out the new photos...

💬 1   🔁   ♡ 42   📤

**Niccolo_Circhirillo** @NiccoloCirchir1 · May 22, 2021
Replying to @JenniferUpdates
Damn!

▶

GIF ALT

💬   🔁   ♡   📤

@FINNICK · May 22, 2021
Replying to @JenniferUpdates
SHE LOOKS SO GOOD

💬   🔁   ♡   📤

**durki** 👧 @petradurko · May 24, 2021
Replying to @JenniferUpdates
@rzslll ez a nő napról napra szebb 👍

💬   🔁   ♡   📤

**John Antony Dunne** @Nexxus27 · May 23, 2021
Replying to @JenniferUpdates
Husband when did that happen?

💬 1   🔁   ♡   📤

## Relevant people

🟣 **Jennifer Lawrence Up...** **Follow**
@JenniferUpdates
Your most reliable fan account for Academy Award winner Jennifer Lawrence since 2012. Not affiliated with Jen or her team.

## What's happening

FIFA World Cup · LIVE
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
📣 Promoted by Avatar

Trending in United States
**#SeleccionMexicana** 🇲🇽
8,171 Tweets

Trending in California
**Mexicans**
8,671 Tweets

Trending in United States
**#BoycottTampax**
1,480 Tweets

▸ Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

__ https://twitter.com/BlinkStationTV/status/1582186451139174403 __ at __ 2022-11-20 07:35:38 -08:00 __

← **Tweet**



**Blink Station TV**
@BlinkStationTV

Novas imagens do Chris Evans no set de Red One.

 

6:47 PM · Oct 17, 2022 · Twitter Web App

 

 Tweet your reply

Reply

Q Search Twitter

## Relevant people

**Blink Station TV**
@BlinkStationTV

Follow

📣 Nos sigam para notícias, fofocas, rumores, fanfics, fanarts e umas coisitas mais! 📧| blinkcontato@gmail.com

## What's happening

Formula 1 · 34 minutes ago
**Abu Dhabi Grand Prix 2022**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
◀ Promoted by Disney+

Trending in United States
**Morgan Freeman**
72.6K Tweets

Trending in United States
**#FIFAKOOK**
29.5K Tweets

Trending in United States
**RIP JDF**
1,196 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**

🔁 **Cinema Solace Retweeted**

**Cinema Solace**
@CINEMASOLACE

Zendaya debuts new hairdo for Luca Guadagnino's 'Challengers', which is now filming in Boston.



1:30 PM · May 3, 2022 · Twitter for iPhone

**15** Retweets   **8** Quote Tweets   **261** Likes

Tweet your reply

Reply

---

🔍 Search Twitter

## Relevant people

**Cinema Solace**
@CINEMASOLACE
Find solace in the never-ending world of cinema ✨

Follow

**Cinema Solace Media**
@SOLACECINEMA
media account for @CINEMASOLACE 📷

Follow

## What's happening

FIFA World Cup · LIVE
**England vs Iran**

Gaming · Trending
**3DS RAINBOW ROAD**
Trending with Maple Treeway

Events · Trending
**LGBT**
209K Tweets

Trending in United States
**Maguire**
Trending with Luke Shaw

Trending in United States
**England**
Trending with #ENGIRN, Saka

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/hotyleepics/status/1347200122114870000 ... et ... 2021-11-22 03:55:27 -08:00
Document 1-31    Filed 12/30/22    Page 47 of 75    Page ID
#:3013

🔍 Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

• • • More

**Tweet**

Perkowski Legal P.C. •••
@_c_perkowski

← best harry pics
@hstylepics



🕴️ Harry Styles, and HSHQ
12:33 PM · Jan 7, 2021 · Twitter for iPhone

**1,580** Retweets  **199** Quote Tweets  **25.7K** Likes

↩ Tweet your reply  **Reply**

wafiq @stylesfroppe_ · Jan 7, 2021
Replying to @hstylepics @Harry_Styles and @HSHQ
he's so good

Best of Armaan malik @Am_Puran_22 · Jan 7, 2021
Replying to @hstylepics @Harry_Styles and @HSHQ
Awesome

carla¹ ¦ INDIGO & DREAMERS @caarlamoontoya · Jan 7, 2021
THIS THIS IS MY FAVORITE PERSON
Show this thread



♡ 44

carla¹ ¦ INDIGO & DREAMERS @caarlamoontoya · Jan 7, 2021
TPkk😭
carla¹ ¦ INDIGO & DREAMERS @caarlamoontoya · Jan 1, 2021
— treat people with kindness —
✨ @Harry_Styles ✨
Show this thread

This media has been disabled in response to a report by the
copyright owner.

Golden Harry @Goldenharryis__ · Jan 7, 2021
Replying to @hstylepics @Harry_Styles and @HSHQ
My husband is so handsome omg! 😍😍

[GIF video]

♡ 14

GIF

Samia_nssr @NssrSamia · Jan 7, 2021
Replying to @Goldenharryis__ @hstylepics and 2 others
How do u comment on your husband's photos with olivia wild these days
😂😂😂

Show replies

kamuel @Kamuel1 · Jan 7, 2021
Replying to @hstylepics @Harry_Styles and @HSHQ
I'm obsessed with that shirt

dxartm @dxartm · Jan 8, 2021
Replying to @hstylepics @Harry_Styles and @HSHQ
holding stuff like a pro:) could never 😭😭

RAYNE 🥀 @raynesouza · Jan 8, 2021
Replying to @hstylepics @Harry_Styles and @HSHQ
❤️❤️🧡🧡💛💛

Yara Arees @yaraarees17 · Jan 7, 2021
Replying to @hstylepics @Harry_Styles and @HSHQ
❤️❤️❤️❤️❤️

dominikakraoczyk @dominikakraoczyk · Jan 7, 2021
Replying to @hstylepics @Harry_Styles and @HSHQ



♡ 61

Show replies

nayi lvs. cigarettes after s3x @thnaylyscs_ · Jan 7, 2021
Replying to @hstylepics @Harry_Styles and @HSHQ

nayi lvs. cigarettes after s3x @thnaylyscs_ · Jan 7, 2021
Quieren ver esta sonrisa por mucho más tiempo? #LibertyForLiam
Show this thread

**Relevant people**

best harry pics
@hstylepics    Follow
Enjoy the best & latest contents of
Grammy winning artist @Harry_Styles
🔵BLM | ♡ rightful owners of pictures
(DM us for credits)

Harry Styles. ✓
@Harry_Styles    Follow

HSHQ ✓
@HSHQ    Follow
Official Twitter for @Harry_Styles info.
HS IG: instagram.com/harrystyles ||
HSHQ IG: instagram.com/hshq

**What's happening**

FIFA World Cup · LIVE
Argentina vs Saudi Arabia

#AvatarTheWayOfWater🌊
Get tickets now - in theaters December 16
Promoted by Avatar

Entertainment · Trending
Died Suddenly
83.6K Tweets

Trending in United States
El VAR
69.4K Tweets

Trending in United States
Argentina
Trending with Messi, #ARGKSA

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

__ https://twitter.com/AndyVermaut/status/1316005405567328257 __ at __ 2022-11-19 19:47:57 -08:00 __

← **Tweet**



**Andy Vermaut**
@AndyVermaut

···

Joe Jonas Is The Ultimate Doting Dad On Solo Stroll With Newborn Daughter Willa — Pic
hollywoodlife.com/2020/10/13/joe...



6:18 AM · Oct 13, 2020 · dlvr.it

        ♡    ⬆

    Tweet your reply    Reply

Q Search Twitter

## Relevant people

    **Andy Vermaut**    Follow
@AndyVermaut

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening



Television · LIVE
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
📷 Promoted by Uber

Trending in United States    ···
**HE'S BACK**
131K Tweets

Music · Trending    ···
**#AMAsFanFavorite** 🍉
1.65M Tweets

Sports · Trending    ···
**#gamecockfootball**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski   ···

__ https://twitter.com/filmsbymeche/status/1091715824942018560 __ at __ 2022-11-19 23:51:34 -08:00 __







Tweet

**Cosmic Media** @CosmicMMedia

1:48 PM · Aug 8, 2022 · Twitter for iPhone

**82** Retweets    **17** Quote Tweets    **627** Likes

Tweet your reply                    Reply

🔶 **Michael Taylor** 🔷 @Yourdead99 · Aug 8
Replying to @CosmicMMedia
But like ain't no one replacing the og iron man 🙋
♡ 1
Show replies

**Ash** @cutebluesocks · Aug 8
Replying to @CosmicMMedia
It's probably a prototype and like iron man, she's gonna develip it as time goes on. Really psyched to see the hood though!
♡ 4

**Droups Coup** @DroupsCoup · Aug 8
Replying to @CosmicMMedia
Nice a physical suit
♡ 2

**T'Chaila's Apprentice** @Vishawn616 · Aug 9
Replying to @CosmicMMedia
All you CGI haters happy now?
♡

**Lucas Soares** @lucassmarinh0 · Aug 8
Replying to @CosmicMMedia
THAT SUIT IS AMAZING
♡ 3

**Jimmy Ramos** @jimmylegends34 · Aug 8
Replying to @CosmicMMedia
WOW love the iron suit I like it a lot I can dig it 😍👍💯💥⚡️❤️💯💯🙌

GIF  ALT                                        peacock
♡ 1

**Sanjiv_200ping** @Sanjiv_200ping · Aug 8
Replying to @CosmicMMedia
it kinda looks like the lightyear suit
♡ 4

**peµϽ** @Chadlyco · Aug 8
Replying to @Sanjiv_200ping and @CosmicMMedia
Exactly what I was thinking
♡

**Ethan** @geekinoutethan · Aug 9
Replying to @CosmicMMedia
That suit is amazing!
♡

Show additional replies, including those that may contain offensive content                    Show

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Perkowski Legal P.C.**
@c_perkowski

Search Twitter

**Relevant people**

**Cosmic Media** @CosmicMMedia    Follow
Your #1 source for all leaks surrounding Marvel, Star Wars, and Disney | Backup for @cosmic_marvel

**What's happening**

NFL · 3 hours ago
Chiefs at Chargers

#Disenchanted 🪄
Original movie now streaming
🅟 Promoted by Disney+

Music · Trending
#DavidoAt30
57.4K Tweets

Trending in United States
**Maher**
22K Tweets

Trending in United States
**Bob Iger**
Trending with Disney, Chapek

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

**Sarinha**
@Proposito5h__

··· 

Lauren vem aqui amarrar o cadarço pra essa criança de novo POR FAVOR??????????



12:39 PM · Oct 14, 2020 · Twitter for Android

**3** Retweets  **33** Likes

🔍 Search Twitter

**Relevant people**

**Sarinha**
@Proposito5h__                    Follow

~Nunca se sinta sozinha,eu estarei aqui quando precisar de mim~ Dinah Jane para mim 🦋 •fan account• (ela/dela)

**What's happening**

FIFA World Cup · 1 hour ago
**USA vs Wales**

Lovecraft Country · Trending
**Lovecraft Country**
Trending with #Blade, Yann Demange

Trending in United States
**$TSLA**
18.5K Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,279 Tweets

Trending in United States
**Kareem Daniel**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Tweet your reply                    Reply

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/ClickySound/status/1242147292284682243 __ at __ 2022-11-19 21:35:06 -08:00 __

← **Tweet**

 **Clicky Sound**
@ClickySound                                                                    ...

clickysound.com/camila-cabello...  The couple also recently hosted a live-stream performance for their fans amid the coronavirus pandemic.

 

10:52 AM · Mar 23, 2020 · Clicky Sound

💬                    ⟲                    ♡                    ↥

 Tweet your reply                                    Reply

---

**Home**

**# Explore**

**Notifications** 1

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

---

Search Twitter

**Relevant people**

 **Clicky Sound**
@ClickySound                                                    Follow
Photography at its Best!

**What's happening**

Television · 1 hour ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States                                            ...
**#DreamersbyJungkook**
Trending with #FIFAWorldCup 🏆

Trending in United States                                            ...
**Blocked**
128K Tweets

Music · Trending                                                      ...
**JISOO**
Trending with #BLACKPINK , Camila

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

 **Perkowski Legal P.C.**                          ...
@c_perkowski

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from a suspended account. Learn more


**Perkowski Legal P.C.**
@c_perkowski    ...

__ https://twitter.com/ClickySound/status/1241843084968824833 __ at __ 2022-11-19 22:22:02 -08:00 __

← Tweet

Q Search Twitter

 **Clicky Sound**
@ClickySound

...

**clickysound.com/ben-affleck-st...** Ben Affleck walks with lady love Ana de Armas, Kristen Stewart goes for a hike and more...



2:43 PM · Mar 22, 2020 · Clicky Sound

💬        🔁        ♡        ⬆️

P    Tweet your reply                    **Reply**

## Navigation

🏠 Home

#️⃣ Explore

🔔 Notifications   1

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

P  **Perkowski Legal P.C.**  ...
   @c_perkowski

## Relevant people

 **Clicky Sound**    **Follow**
@ClickySound
Photography at its Best!

## What's happening

Television · 2 hours ago
**Saturday Night Live airing on NBC**      

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Sports · Trending      ...
**Pasadena**
1,597 Tweets

Sports · Trending      ...
**Addison**
16.2K Tweets

Trending in United States      ...
**Blocked**
130K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/ChrisEvansArg/status/1580645389635502082 __ at __ 2022-11-20 11:08:51 -0800 __



← **Tweet**

 **Chris Evans Argentina - Sitio de Fans**
@ChrisEvansArg

···

📸: Más fotos de Chris Evans en el set de Red One



12:43 PM · Oct 13, 2022 · Twitter for Android

**29** Retweets   **5** Quote Tweets   **352** Likes

💬   ⟲   ♡   ⬆

@  **Who can reply?**
People @ChrisEvansArg mentioned can reply

---

Q Search Twitter

## Relevant people

 **Chris Evans Argentin...**   **Follow**
@ChrisEvansArg

Bienvenidos al primer club de fans en Argentina del actor @ChrisEvans . Activa la 🔔 para recibir toda la info en español e Inglés. Fandom acc

## What's happening

Formula 1 · 4 hours ago
**Abu Dhabi Grand Prix 2022**



**#Disenchanted** 🧹
Original movie now streaming
🎬 Promoted by Disney+

Trending in California         ···
**#DonaldTrump**
41.1K Tweets

Entertainment · Trending     ···
**Morgan Freeman**
177K Tweets

Trending in California         ···
**Shakira**
106K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

Perkowski Legal P.C.  ···
@c_perkowski

__ https://twitter.com/things_marvel/status/1195180984397787136 __ at __ 2022-11-21 15:08:01 -08:00 __



← **Tweet**



 Search Twitter

Home

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 **All Things Marvel**
@things_marvel                    ...

ภาพล่าสุดของ Bucky จากซีรี่ส์ "The Falcon And The Winter Soldier"

justjared.com/2019/11/14/seb...



7:25 PM · Nov 14, 2019 · Twitter Web App

**160** Retweets   **3** Quote Tweets   **73** Likes



 Tweet your reply    Reply

## Relevant people

 **All Things Marvel**    Follow
@things_marvel

News update for THAI fans of @Marvel Cinematic Universe. อัปเดต ข่าวของจักรวาลภาพยนตร์มาร์เวลสำหรับ แฟน ๆ ชาวไทย

## What's happening

NFL · Yesterday
**Cowboys at Vikings**



Sports · Trending
**Mexico City**                    ...
13K Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**    ...
1,319 Tweets

Trending in United States
**$TSLA**                          ...
18.3K Tweets

Trending in California
**Dodger Stadium**                 ...
12.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ...
@c_perkowski

__ https://twitter.com/MovieCrazyP/status/1367278870402969904 __ at __ 2022-11-20 17:30:57 -08:00 __

← **Tweet**

**Movie Crazy Planet** 
@MovieCrazyP

📸 💥 DESDE EL SET 💥 📸

Brad Pitt filmando **#BulletTrain**, cinta dirigida por David Leitch.



5:00 PM · Mar 3, 2021 · Twitter for Android

 

Tweet your reply

Reply

## Relevant people

**Movie Crazy Planet ...** 
@MovieCrazyP                              Follow

💥Noticias, tráilers, pósters, los estrenos más recientes de cine, series y televisión.💥 Síguenos y activa la 🔔 moviecrazyplanet@gmail.com 📧

## What's happening

NFL · 4 hours ago
**Jets at Patriots**



**#Disenchanted** 🧚
Original movie now streaming
🟥 Promoted by Disney+

Trending in United States                  ···
**Dove Cameron**
4,520 Tweets

Trending in United States                  ···
**Wayne Brady**
1,236 Tweets

Trending in United States                  ···
**#AMAs** 🎤
Trending with soobin, yeonjun

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

← **Thread**

Q Search Twitter



**Relevant people**

Red One Updates                    Follow
@RedOneUpdates
Update Account for @AmazonStudios'
Red One, an action-adventure holiday
film starring Dwayne Johnson, Chris
Evans, Kiernan Shipka, and Lucy Liu.

**What's happening**

NFL · LIVE
Eagles at Colts

#Disenchanted 🪄
Original movie now streaming
🔔 Promoted by Disney+

Trending in California
**Rest in Peace**
55.1K Tweets

Sports · Trending
**Fields**
Trending with Falcons, Bears

Sports · Trending
**Parsons**
Trending with #DallasCowboys ⭐, #DALvsMIN

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

**Zayn Malik News**
@ZaynJMNews ···

**#HQ | Zayn out and about in NYC! (#1-4) via @JustJared.**



🔲 zayn and inZAYN

6:02 PM · Jan 10, 2018 · Twitter for iPhone

**502** Retweets **162** Quote Tweets **1,112** Likes

🗨 ⟲ ♡ ⬆

| P | Tweet your reply | Reply |

**zonash** @windowsilllll · Jan 10, 2018 ···
Replying to @ZaynJMNews @JustJared and 2 others
😂😂😂😂😂😂😂
🗨 ⟲ ♡ ⬆

**Zayngel | WeAreListening|** @riifataqiya_z · Jan 10, 2018 ···
Replying to @ZaynJMNews @JustJared and 2 others
He doesn't know how to age!! 💜💛
🗨 ⟲ ♡ ⬆

**Nicole**🍭 @Its_You_Zayn_ · Jan 10, 2018 ···
Replying to @ZaynJMNews @JustJared and 2 others
@Naomift1D Tan bello mi macho 😍
🗨 ⟲ ♡ ⬆

**Nicole**🍭 @Its_You_Zayn_ · Jan 10, 2018 ···
Replying to @ZaynJMNews @JustJared and 2 others
I can't believe that he's turn 25 on Friday!!!!! 😱😱😱
🗨 ⟲ ♡ ⬆

**Pia Javiera Ruiz Rios** @PiaJavieraRui10 · Jan 10, 2018 ···
Replying to @ZaynJMNews @JustJared and 2 others
Forever fashion zayn malik super COOL
🗨 ⟲ ♡ ⬆

**Harykrishnan** @HARY0SIX · Jan 11, 2018 ···
Replying to @ZaynJMNews @JustJared and 2 others
Zayn ❤️
🗨 ⟲ ♡ ⬆

**eb** @ot5Grande · Jan 11, 2018 ···
Replying to @ZaynJMNews @JustJared and 2 others
I love seeing his face more recently he looks really good
🗨 ⟲ ♡ ⬆

**NoName** @nightking994 · Jan 11, 2018 ···
Replying to @ZaynJMNews @KaurRajkamal and 3 others
He is so small and cute 😭😭😭
🗨 ⟲ ♡ 1 ⬆

**Rawan**🇵🇸 **#FreePalestine** @RawanElemar · Jan 11, 2018 ···
Replying to @ZaynJMNews @JustJared and 2 others
Is he getting older or younger? I MEAN COMON @zaynmalik ur amazing
😍😍😍😍
🗨 ⟲ ♡ 2 ⬆

**Robbie Del Malik** @robwest19 · Jan 10, 2018 ···
Replying to @ZaynJMNews @JustJared and 2 others
He's aging backwards! What's his secret
🗨 ⟲ ♡ 5 ⬆

**nayeli** @jinyoungniaz · Jan 11, 2018 ···
Replying to @ZaynJMNews @JustJared and 2 others
mijo tan precioso como siempre
🗨 ⟲ ♡ ⬆

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski ···

🔍 Search Twitter

**Relevant people**

**Zayn Malik News** ✓
@ZaynJMNews
Keeping you up to date with the daily habits of @zaynmalik | Contact: zaynjmnews@gmail.com
[Follow]

**JustJared.com** ✓
@JustJared
Your #1 Entertainment Authority Also follow @jaredeng @justjaredjr
[Follow]

**zayn** ✓
@zaynmalik
bit.ly/zaynfeedingbri...
[Follow]

**What's happening**

FIFA World Cup · 2 hours ago
**USA vs Wales**

Entertainment · Trending
**Died Suddenly**
34.4K Tweets ···

Trending in California
**TSLA**
23.9K Tweets ···

Trending in California
**Dodger Stadium**
12.2K Tweets ···

TV stars · Trending
**Todd and Julie**
2,219 Tweets ···

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

__ https://twitter.com/weloveharry_1dx/status/1333943332800786438 __ at __ 2022-11-22 10:00:50 -08:00 __

Case 2:22-cv-09462-DMG-ADS   Document 1-31   Filed 12/30/22   Page 60 of 75   Page ID #:3026



katie 🙌
@weloveharry_1Dx

AND WHAT????? IM SUPPOSED TO SURVIVE THIS FILM ????



5:17 PM · Dec 1, 2020 · Twitter for iPhone

**4** Likes



Perkowski Legal P.C.
@c_perkowski


Tweet your reply                                    Reply

Search Twitter

**Relevant people**

katie 🙌                                    Follow
@weloveharry_1Dx
jack's housewife

**What's happening**

FIFA World Cup · 3 minutes ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in United States
**Ochoa**
Trending with #MEXPOL, Lewandowski

Trending in United States

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



エリック口
@SoyEriksen

Imágenes desde el set de #MadameWeb muestra el que presuntamente sería el #villano de la cinta. #SpiderMan #MarvelStudios #SonyPictures

Translate Tweet




1:25 PM · Oct 6, 2022 · Twitter Web App





Tweet your reply

Reply

**Relevant people**


エリック口
@SoyEriksen

Follow

#Geek 🎮 #Entretenimiento 🎬 🖐️
Live Enjoy And Learn ✌️

**What's happening**

NFL · LIVE
**Browns at Bills**



#Disenchanted 🧚‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Rest In Peace**
49.8K Tweets

Entertainment · Trending
**Morgan Freeman**
190K Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Kevin Conroy

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

**Q** Search Twitter

**katie** 🙌
@weloveharry_1Dx                                      ···

## D OWBSVEMD S SKLSHSJ



5:16 PM · Dec 1, 2020 · Twitter for iPhone

26 Likes

💬          ⇄          ♡          ⬆️

**P**   Tweet your reply                          Reply

**Relevant people**

   **katie** 🙌                     Follow
@weloveharry_1Dx

jack's housewife

**What's happening**

FIFA World Cup · 31 minutes ago
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Celebrities · Trending                            ···
**Anthony Mackie**

Sports · Trending                                 ···
**Cristiano Ronaldo**
Trending with #ManchesterUnited

Sports · Trending                                 ···
**Viva Ronaldo**
3,864 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

**P**  **Perkowski Legal P.C.** ···
@c_perkowski

___ https://twitter.com/FueraPlano/status/1206732552620433408 ___ at ___ 2022-11-21 12:42:30 -08:00 ___

← **Tweet**



**Fuera de Plano** 🏛️🇦🇷
@FueraPlano

Confirmado! Gracias a las nuevas imágenes filtradas se confirma la existencia de S.W.O.R.D en el MCU y la serie 'WandaVision'. #WandaVision

Translate Tweet



4:27 PM · Dec 16, 2019 · Twitter for iPhone

1 Like




Tweet your reply                                    Reply

**Relevant people**



**Fuera de Plano** 🏛️🇦🇷    Follow
@FueraPlano

Amantes del cine y las series. Noticias, recomendaciones, reseñas, sorteos y más! Twitch: twitch.tv/fueradeplanoli...

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**

Trending in California
**LETS GOOOOOO**
3,234 Tweets

Trending in United States
**WHAT A SAVE**
8,208 Tweets

Trending in United States
**Medford Messi**

Trending in United States
**1-0 USA**
19.4K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter


**Perkowski Legal P.C.** ···
@c_perkowski



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← Tweet

**Anne Hathaway Italy**
@HathawayItalia

Sono iniziate le riprese di "The Idea of You" in Atlanta. Ecco #AnneHathaway mentre gira delle scene con #NicholasGalitzine

Translate Tweet

11:45 PM · Oct 20, 2022 · Twitter for Android

8 Retweets   49 Likes

Tweet your reply

Reply

Q Search Twitter

**Relevant people**

**Anne Hathaway Italy**
@HathawayItalia                Follow

First and biggest italian resource about Anne Hathaway II On Fb:
goo.gl/fAuIwc

**What's happening**

Television · 1 hour ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**HE'S BACK**
149K Tweets

Trending in United States
**Blocked**
130K Tweets

Trending in United States
**Trump's Twitter**
Trending with Vox Populi

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C. ···
@c_perkowski



← **Tweet**



**Bieber Info Brasil**
@bieberinfobr

···

Justin Bieber foi visto ontem, 26 de janeiro, em Beverly Hills, na California.



7:54 PM · Jan 26, 2022 · Twitter for iPhone

**3** Retweets   **17** Likes

  Search Twitter

**Relevant people**

**Bieber Info Brasil**   Follow
@bieberinfobr
Fan account @justinbieber

**What's happening**

NFL · 3 hours ago
**49ers at Cardinals**



Entertainment · Trending
**Died Suddenly**
71.9K Tweets

···

Trending in California
**Mexicans**
6,542 Tweets

Entertainment · Trending    ···

Perkowski Legal P.C.
@c_perkowski    ···

Tweet your reply    Reply

Case 2:22-cv-09462-DMG-ADS   Document 1-31   Filed 12/30/22   Page 67 of 75   Page ID #:3033

Tweet

**Margvel** 🐾
@_Margvel

Primeras imágenes de Alaqua Cox como Maya López/Echo en el set de #Hawkeye 🏹

Translate Tweet



3:30 PM · Apr 8, 2021 · Twitter for Android

**1** Retweet   **57** Likes

---

Tweet your reply

Reply

## Relevant people

**Margvel** 🐾
@_Margvel

Follow

Humor, información y updates del Universo Marvel | 🎬 contactomargvel@gmail.com | #SheHulk #IAmGroot

## What's happening

Television · Starts at 7:00 PM
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**HE'S BACK**
113K Tweets

Music · Trending
**Chris Brown**

Trending in California
**Messi**
428K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**
@c_perkowski



Tweet

**Marvel Dato**
@MarvelDato

Dakota Johnson en el set de 'MADAME WEB', la nueva
película del universo de #SpiderMan 🕷️

👤 Marvel Tendencia 👤 and Marvel Estrenos 👤

7:46 AM · Jul 26, 2022 · Twitter for Android

**306** Retweets  **68** Quote Tweets  **5,110** Likes

Tweet your reply                    Reply

**Perkowski Legal P.C.**
@_perkowski

**Fabian Figuo** @FabianFiguo · Jul 29
Replying to @MarvelDato @MarvelTendencia and @MarvelEstrenos
No mamen, quien vrg es el Spider-man?
💬        ♡ 4

**Ana Rivero** @AnaRiv8 · Jul 26
Replying to @MarvelDato @MarvelTendencia and @MarvelEstrenos
Yo solo quiero que no me arruinen la historia con tan buen cast 😞
💬        ♡ 14

**John** @leager.lonathan · Jul 26
Replying to @MarvelDato @MarvelTendencia and @MarvelEstrenos
Bonita trama
💬        ♡ 1

**Ruben Mesa** @ruben99mesa · Jul 26
Replying to @MarvelDato @MarvelTendencia and @MarvelEstrenos
Ropa muy de los 2000 como se les ocurra hacer esta película en el universo
de Tobey, Sony no tiene ni idea de que estan haciendo
💬 2      ♡ 16

**Hugol** @Huguixxx1 · Jul 26
Replying to @ruben99mesa @MarvelDato and 2 others
Pero si las mujeres de hoy retomaron ese estilo de pantalón...
💬 1      ♡ 6

Show replies

**Camilo Liriano** @camilo_liriano · Jul 27
Replying to @MarvelDato @MarvelTendencia and @MarvelEstrenos
Esta mujer es hermosa 😍 Chris Martin tiene mucha suerte
💬        ♡

**christian jimenez alexander laban** @christi92579447 · Jul 26
Replying to @MarvelDato @MarvelTendencia and @MarvelEstrenos
dijas del universo Spider-Man de sony
💬        ♡ 2

**André_an_fe** @andrew_anfe · Jul 26
Replying to @MarvelDato @MarvelTendencia and @MarvelEstrenos
ufffff ropa de los 2000, una cámara, TobeyGOD confirmado señores,
ganamos XD

**Uhile** @Uhile21 · Jul 26
Replying to @MarvelDato @MarvelTendencia and @MarvelEstrenos
Estas películas de Sony mas parecen Gossip girl que películas de
superhéroes 😬
💬        ♡ 2

**Fernando Aristizabal** @Fernandoaris01 · Jul 26
Replying to @MarvelDato @MarvelTendencia and @MarvelEstrenos
Esta mujer es bellísima 😍💕
💬        ♡ 2

**À1var0 1uís Andrés** @alvrugal_2304 · Jul 26
Replying to @MarvelDato @MarvelTendencia and @MarvelEstrenos
😂😂 Esa escenografía me recuerda al Spider de los años 2000 😂😂😂
TobeyGod.
💬 2      ♡ 16

**Fist of vengance** 🕷️😈 #WakandaFore... @LleremaMat... · Jul 26
Replying to @MarvelDato @MarvelTendencia and @MarvelEstrenos
Ufff yo quiero verla por la trama
💬 1      ♡ 33

**friki flamiante** @retrozero15 · Jul 26
Replying to @MarvelDato @MarvelTendencia and @MarvelEstrenos
50 sombras de spider man xd
💬        ♡ 3

**Lira Mundialista** 🌐👺🅰️🟥🟥 @LedezmaOlises · Jul 27
Replying to @MarvelDato @MarvelTendencia and @MarvelEstrenos
50 sombras de Spiderman XD
💬        ♡ 2

**juan carlos** @juanky1982 · Jul 26
Replying to @MarvelDato @MarvelTendencia and @MarvelEstrenos
Seguro
💬        ♡ 1

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more

**Vicux** @Vict9Leo · Jul 26
Replying to @gapc1722 @MarvelDato and 2 others
Llegaba al set
💬 1      ♡ 1

**Relevant people**

**Marvel Dato**                    Follow
@MarvelDato
✨Estrenos 🎬 Noticias 📰 Peliculas
📺 Series 🎞️ Pósters | PROXIMOS
ESTRENOS #WakandaForever 🖤
#AntManandTheWaspQuantumania

**Marvel Tendencia** 📈           Follow
@MarvelTendencia
Tendencias de Marvel explicadas.
Cuenta fan asociada a @MarvelEstrenos
y @MarvelDato • @MarvelErase

**Marvel Estrenos** 👤            Follow
@MarvelEstrenos
📍información actualizada sobre los
estrenos de Marvel ✨
#SpiderManNoWayHome #Eternals •
Cuenta fan asociada a @MarvelDato
@MarvelTendencia • @MarvelErase
🖤

**What's happening**

NFL · LIVE
49ers at Cardinals

Entertainment · Trending
Died Suddenly
51.8K Tweets

Sports · Trending
Grupo Firme
Trending with #MXLMexicoGame

Trending in United States
Tampax
34.2K Tweets

Trending in California
Dodger Stadium
10.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.


Tweet

**Home**

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@_perkowski

Marqvel 💎
@_Marqvel

Primer vistazo a Dominique Thorne como Riri
Williams/Ironheart

MIRA LO QUE ES ESE TRAJE PAPAAAAAAA



2:03 PM · Aug 6, 2022 · Twitter for iPhone

**15** Retweets   **7** Quote Tweets   **286** Likes

Tweet your reply                              Reply

Mate 🧉 @mate_navv · Aug 8
Replying to @_Marqvel
Es el doomlayer xd

GIF   ALT

Nico @Nicowallejos__ · Aug 8
Replying to @_Marqvel

YUM!

Elian @Elian4G_ · Aug 8
Replying to @_Marqvel
espero y no se quejen de que el traje no sea 100 CGI, porque ya se como se
puso la gente con Iron Man en Civil War

Nak @Nach_PM1 · Aug 8
Replying to @_Marqvel
No se que me emociona más que sea el nuevo prototipo de un mark desde
la muerte de Tony O que se parezca al doom slayer 😍😍😍😍 se que me
voy a tatuar los trajes de Riri

El Negro ✴ @MartinVechiatti · Aug 8
Replying to @_Marqvel
La máscara me da Spaw vibes

GIF   ALT

Juampi Peralta @Peraltajuampi15 · Aug 8
Replying to @_Marqvel
Parecen un personaje del Halo

GIF   ALT

Jäxx ⭐ @borusiaing_ · Aug 8
Replying to @_Marqvel

YEEESSS!

GIF   ALT

dorian 🧃 @thescarecrowley · Aug 8
Replying to @_Marqvel
dios mío toda

0900Dyakon @0900csack · Aug 9
Replying to @_Marqvel
Malísimo pero supongo que no es el traje final

ROAN @Caucancidal · Aug 9
Replying to @0900csack and @_Marqvel
No se donde ves tu lo malo 😂😂😂

**Relevant people**

Marqvel 💎
@_Marqvel                              Follow
Humor, información y updates del
Universo Marvel | 🎬
contactomarqvel@gmail.com |
#SheHulk #AntGroot

**What's happening**

Television · 4 hours ago
Last Week Tonight With John
Oliver airing on HBO

Music · Trending
Goodbye Yellow Brick Road

Trending in United States
#TheWalkingDead
Trending with #TWDFinale, Michonne

Music · Trending
sabrina
76.1K Tweets

Trending in United States
Bob Iger
Trending with Disney, Chapek

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More...
© 2022 Twitter, Inc.

https://twitter.com/hsfasharchive/status/1560802412453142528 __ef__ 2022-11-21 07:36:19 -08:00
2-22-cv-09462-DMG-ADS Document 1-31 Filed 12/30/22 Page 70 of 75 Page ID
#:3036

**Harry Styles Fashion Archive**
@hsfasharchive

Harry wore a one-of-a-kind Bode crochet lace shirt out
in New York.

The brand posted this look on the IG story so we could
finally confirm it!



6:34 PM · Aug 19, 2022 · TweetDeck

56 Retweets    16 Quote Tweets    1,003 Likes

**Perkowski Legal P.C.**
@c_perkowski

Tweet your reply                          **Reply**

**tpwk 🥺** @darlingrry · Aug 19
Replying to @hsfasharchive
next thing everyone is gonna crochet and so will i
💬                    ♡ 7

**Nicole B.** @justnicole2010 · Aug 19
Replying to @hsfasharchive
I love that whenever he's wearing something cool and unique it's always
Bode!
💬                    ♡

**Ashe Thaine** @asherseaman · Aug 19
Replying to @hsfasharchive
It's beautiful
💬                    ♡

**leigh** 🧚‍♀️ @hsleftdimple · Aug 19
Replying to @hsfasharchive
I would love to watch Harry shopping or just choosing what clothes to wear
from his closet
💬                    ♡ 3

**Stacy.slg0201** @slg0201 · Aug 19
Replying to @hsfasharchive
Colors to match his new merch 😍
💬                    ♡

**Emmy** 🍿 @ivegotthecinema · Aug 19
Replying to @hsfasharchive
i🧍need😔the😤 pattern🥴
💬 1                  ♡

**Emmy** 🍿 @ivegotthecinema · Aug 19
Replying to @ivegotthecinema and @hsfasharchive
youtu.be/N0uYHCAOuu4

similar stitch tut 🫶

youtube.com
FANTASTIC Very Beautiful Flower Crochet Pattern *...
Hello everyone, We are back with another fantastic
crochet knitting motif video. the making of new ...
💬 1                  ♡ 5

**GreenWhisper28**🌸🦢🍃💐 @GreenWhisper28 · Aug 19
Replying to @hsfasharchive
Je trouve ça très laid personnellement.......😅
💬 1                  ♡

**Marie EnToilette n couple avec Pq**💄🧴🙌🏻🎀😷 @entoilette · Aug 20
Replying to @GreenWhisper28 and @hsfasharchive
C'est fait par des mamies exploitées
💬 1                  ♡ 1

Show replies

— https://twitter.com/AndresJovannyMa/status/1329598446043615234 __ et __ 2022-11-21 18:03:57 -08:00 __

← **Tweet**



🌈ANDY JONNY
@AndresJovannyMa

···

Tenemos la primera imagen desde el set de #KamalaKhan y ya la quiero ver cómo #MsMarvel está usando un casco de Capitana Marvel ⚡

Translate Tweet



5:32 PM · Nov 19, 2020 · Twitter for Android

**2** Likes



Perkowski Legal P.C.
@c_perkowski

···

Tweet your reply                    Reply

---

🔍 Search Twitter

**Relevant people**

 🌈ANDY JONNY    Follow
@AndresJovannyMa
EL PENSAR Y EXPRESAR 💙🧠 Tengo un canal en YouTube ▶️ ANDY JONNY 😁

**What's happening**

NFL · LIVE
**49ers at Cardinals** 

Trending in United States    ···
**Died Suddenly**
43.2K Tweets

Bachelor in Paradise · Trending    ···
**Genevieve**
10.1K Tweets

Sports · Trending    ···

── https://twitter.com/AndresJovannyMa/status/1350929935431565313 ── at ── 2022-11-20 18:53:34 -08:00 ──

← **Tweet**

 🌈ANDY JONNY
@AndresJovannyMa  ···

Esta imagen de #SpiderMan3 es genial 😂🤩



2:16 PM · Jan 17, 2021 · Twitter for Android

 Tweet your reply  **Reply**

🔍 Search Twitter

**Relevant people**

 🌈ANDY JONNY  **Follow**
@AndresJovannyMa
EL PENSAR Y EXPRESAR 💙🩷 Tengo
un canal en YouTube ▶️ ANDY
JONNY 😋

**What's happening**

NFL · LIVE
**Chiefs at Chargers**



#Disenchanted 🧛
Original movie now streaming

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

_ https://twitter.com/mefeater/status/1579584581535436800 ___ et ___ 2022-11-20 13:46:42 -08:00

← **Tweet**



**MEFeater Magazine** @mefeater

Halle Bailey looking every bit of pretty in this all black leather look 🖤

👤 Halle

2:28 PM · Oct 10, 2022 · Twitter for iPhone

**162** Retweets   **18** Quote Tweets   **1,940** Likes

Tweet your reply                                    **Reply**

**Quinn Thee Mini Horse** @A_F_R_O_D_I_T_E · Oct 10
Replying to @mefeater and @HalleBailey
I want this fit so bad 🖤😺

Show additional replies, including those that may contain offensive content          Show

---

🔍 Search Twitter

**Relevant people**

**MEFeater Magazine** @mefeater   **Follow**
MEF Music ❤️ Entertainment ❤️ Fashion "Where the IT GIRLS get their news" 💅🏾

**Halle** ✔️ @HalleBailey   **Follow**
peek into my happy place 🥰 please know only positivity and love is allowed ❤️🩵❤️🩵❤️🌹🍂🌼🌷💐🕊️🍑🍁

**What's happening**

NFL · 🔴 LIVE
**Eagles at Colts**

**#Disenchanted** 🤪
Original movie now streaming
▶️ Promoted by Disney+

Trending in California
**Rest In Peace**
55.5K Tweets

Sports · Trending
**Fields**
Trending with Bears, Falcons

Only on Twitter · Trending
**Rest in Power**
25.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications** ①
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.** @c_perkowski

https://twitter.com/dakotajohnsonpt/status/1578052141591281664 __ et __ 2022-11-19 23:07:32 -08:00

← **Thread**

Search Twitter

**Dakota Johnson Portugal** ✓
@dakotajohnsonpt    · · ·

🈲 💥 **SPOILERS!**

Confiram novas fotos das filmagens de uma cena de #MadameWeb ontem, 06, em Boston. A cena foi filmada com a body double da Dakota. #DakotaJohnson

Translate Tweet



8:58 AM · Oct 6, 2022 · Twitter for iPhone

**33** Retweets    **4** Quote Tweets    **177** Likes

Tweet your reply                                    Reply

**Dakota Johnson Portugal** ✓ @dakotajohnsonpt · Oct 6
Replying to @dakotajohnsonpt
Erros em Boston, as fotos são de hoje dia 06!
💬 1    **10**

**Arthur** @Arthur65381575 · Oct 6
Replying to @dakotajohnsonpt
Interesting, but who is the guy she's fighting? Could he be the main villain? 🤔
♡ 1

**Gokubra** @Gokubra88 · Oct 6
Replying to @dakotajohnsonpt
Trash

**Relevant people**

**Dakota Johnson P...** ✓
@dakotajohnsonpt    Follow
A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📸: @DJPTMidias | Fã-Clube.

**What's happening**

Television · 3 hours ago
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**Jason David Frank**
1,228 Tweets

Trending in United States
**Waka Waka**
47.5K Tweets

Trending in United States
**Blocked**
130K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/nocontrolproject/status/1333957693376253952 __ at __ 2022-11-21 11:20:41 -08:00 __

**Tweet**

**NoControlProjec**
@NoControlProjec

⋯

## HIS HAND IN MARRIAGE RIGHT FCKING NOW PLS



6:14 PM · Dec 1, 2020 · Twitter for iPhone

**20** Retweets   **3** Quote Tweets   **199** Likes

**Tweet your reply**                    Reply

**spencer.** @tbslindsay · Dec 1, 2020    ⋯
Replying to @NoControlProjec
why i think this was sheldon cooper? 😌👏

💬 1

**Sarah** @sarahmh0218 · Dec 2, 2020    ⋯
Replying to @tbslindsay and @NoControlProjec
😂😂😂

---

🔍 Search Twitter

### Relevant people



**NoControlProjec**    Follow
@NoControlProjec
Fan Account 10yearsof1d.com

### What's happening

FIFA World Cup · LIVE
**USA vs Wales**

Entertainment · Trending    ⋯
**Julia Fox**
4,721 Tweets

Music · Trending    ⋯
**Ciara**
10.8K Tweets

Trending in United States    ⋯
**Vamos USA**

Trending in United States    ⋯
**National Anthem**
65.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski    ⋯