David Quinto (Bar No. 106232)
Dquinto@onellp.com
Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150
Newport Beach, CA 92660
Telephone:   (949) 502-2870
Facsimile:   (949) 258-5081

*Attorneys for Plaintiff,*
Backgrid USA, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., a Delaware corporation and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-9462<br><br>**CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1 AND LOCAL RULE 7.1-1)** |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned counsel for Plaintiff Backgrid USA, Inc. ("Backgrid") certifies, and states as follows: Backgrid has no parent corporation, and no publicly held company owns 10% or more of its stock.

Dated: December 30, 2022          **ONE LLP**

By: */s/ Joanna Ardalan*
    Joanna Ardalan
    Peter R. Afrasiabi
    David W. Quinto

*Attorneys for Plaintiff,*
Backgrid USA, Inc.