NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Joanna Ardalan (SBN 285384)
ONE LLP
23 Corporate Plaza, Suite 150
Newport Beach, CA 92660
Telephone: (310) 866-5157
Facsimile: (310) 943-2085
Email: jardalan@onellp.com

ATTORNEY(S) FOR: Backgrid USA, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BACKGRID USA, INC., a California corporation;

Plaintiff(s),

v.

TWITTER, INC., a Delaware corporation and DOES 1-10, inclusive,

Defendant(s).

CASE NUMBER: 2:22-cv-9462

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Backgrid USA, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
| --- | --- |
| Backgrid USA, Inc. | Plaintiff |
| Twitter, Inc. | Defendant |

December 30, 2022
Date

/s/ Joanna Ardalan
Signature
Joanna Ardalan

Attorney of record for (or name of party appearing in pro per):

Backgrid USA, Inc.


American LegalNet, Inc.
www.FormsWorkFlow.com