POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>David W. Quinto, Esq. | SBN: 106232<br>ONE LLP<br>23 Corporate Plaza Suite 150-105  Newport Beach, CA 92660<br>TELEPHONE NO.: (949) 502-2870 | FAX NO. (949) 258-5081 | E-MAIL ADDRESS<br>ATTORNEY FOR *(Name)*: Plaintiff: BACKGRID USA, INC. | FOR COURT USE ONLY |
|---|---|

**United States District Court Central District of California**
STREET ADDRESS: 350 W. 1st Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Western Division

| PLAINTIFF/PETITIONER: BACKGRID USA, INC., a California corporation<br>DEFENDANT/RESPONDENT: TWITTER, INC., a Delaware corporation | CASE NUMBER:<br>2:22-cv-09462-KS |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>Backgrid v. Twitter |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: Report On The Filing Or Determination Of An Action Or Appeal Regarding A Copyright; Certification And Notice Of Interested Parties (Local Rule 7.1-1); Statement Of Consent To Proceed Before A United States Magistrate Judge (For Use In Direct Assignment Of Civil Cases To Magistrate Judges Program Only); Notice To Counsel
3. a. Party served *(specify name of party as shown on documents served)*:
   **TWITTER, INC., a Delaware corporation**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **The Corporation Trust Company, Registered Agent, by serving Robin Hutt-Banks - Authorized Agent**
   Age: 55 | Weight: 150 | Hair: black | Sex: Female | Height: 5'5" | Eyes: | Race: African American

4. Address where the party was served: **1209 N Orange St**
   **Wilmington, DE 19801-1120**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **1/6/2023**   (2) at *(time)*: **2:45 PM**
   b. ☐ **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:   from *(city)*:          or ☐ a declaration of mailing is attached.
   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>POS010-1/OC118446 |
|---|---|---|

| | |
|---|---|
| PETITIONER: BACKGRID USA, INC., a California corporation | CASE NUMBER: |
| RESPONDENT: TWITTER, INC., a Delaware corporation | 2:22-cv-09462-KS |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                                   (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☐ On behalf of
    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)                 ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)           ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)                   ☐ 415.46 (occupant)
                                              ☐ other:

7. **Person who served papers**
    a. Name: **Gilbert del Valle - Nationwide Legal, LLC REG: 12-234648**
    b. Address: **901 W. Civic Center Drive, Suite# 190  Santa Ana, CA 92703**
    c. Telephone number: **(714) 558-2400**
    d. **The fee** for service was: **$ 827.90**
    e. I am:

        (1) ☑ not a registered California process server.
        (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
        (3) ☐ registered California process server:
            (i) ☐ owner     ☐ employee     ☐ independent contractor.
            (ii) Registration No.:
            (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **1/9/2023**

**Nationwide Legal, LLC**
**901 W. Civic Center Drive, Suite# 190**
**Santa Ana, CA 92703**
**(714) 558-2400**
**www.nationwideasap.com**

        **Gilbert del Valle**                         ▶ *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     (SIGNATURE)