QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Daniel C. Posner (Bar No. 232009)
  danposner@quinnemanuel.com
  Justin C. Griffin (Bar No. 234675)
  justingriffin@quinnemanuel.com
  Moon Hee Lee (Bar No. 318020)
  moonheelee@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendant Twitter, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>TWITTER, INC., a Delaware corporation and DOES 1-10, inclusive,<br><br>    Defendant. | Case No. 2:22-cv-09462-KS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: January 6, 2023<br>Current response date: January 27, 2023<br>New response date: February 27, 2023<br><br>Honorable Karen L. Stevenson |

      Plaintiff BackGrid USA, Inc. and Defendant Twitter, Inc. (the "Parties") hereby jointly request the Court, in accord with Rule 8-3 of the Local Rules for the United States District Court for the Central District of California, to extend the time for Defendant to respond to the initial complaint to February 27, 2023.

      WHEREAS, Plaintiff filed the initial Complaint in this matter on December 30, 2022 (Dkt. 1 ("Complaint"));

      WHEREAS, Plaintiff served the Complaint on January 6, 2023;

      WHEREAS, Defendant's current deadline to respond to the Complaint is January 27, 2023;

      WHEREAS, pursuant to Rule 8-3 of the Local Rules for the United States District Court for the Central District of California, the Parties have agreed to extend Defendant's deadline to respond to the Complaint to February 27, 2023, which is the next business day following thirty days from the date the response would have been due (*see* Federal Rules of Civil Procedure 6(a)(1));

      IT IS HEREBY STIPULATED by the Parties, by and through their respective counsel, that pursuant to Rule 8-3 of the Local Rules for the United States District Court for the Central District of California, the time by when Defendant may respond to the Complaint is extended to February 27, 2023.

| | | |
|---|---|---|
| 1 | DATED: January 26, 2023 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By _____*/s/ Daniel C. Posner*_____
    Daniel C. Posner
    Attorneys for Defendant Twitter, Inc.

DATED: January 26, 2023    ONE LLP

By _____*/s/ Joanna Ardalan*_____
    Joanna Ardalan
    Attorneys for Plaintiff BackGrid USA, Inc.

## ATTESTATION STATEMENT

I, Daniel C. Posner, the filer of this Joint Stipulation, attest pursuant to Rule 5-4.3.4(a)(2) of the Local Rules for the United States District Court for the Central District of California that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: January 26, 2023

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

By   */s/ Daniel C. Posner*
Daniel C. Posner
Attorneys for Defendant Twitter, Inc.