UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | CV 22-9462-DMG (ADSx) | Date | February 22, 2023 |
|---|---|---|---|

| Title | *BackGrid USA, Inc. v. Twitter, Inc. et al.* |
|---|---|

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - REASSIGNMENT OF CASE TO JUDGE GEE**

Please take notice that this action has been reassigned to the HONORABLE DOLLY M. GEE, United States District Judge, pursuant to the Order re Reassign Pursuant to General Order 12-02 filed on February 16, 2023.

Please substitute the initials DMG in place of the current initials, so that the case number will now read CV 22-9462-DMG (ADSx). As documents are routed using the judge's initials, it is imperative that the correct initials DMG be used on all subsequent filings to prevent any delays in the processing of documents.

Judge Gee's Courtroom Deputy Clerk is Kane Tien. He can be reached at (213) 894-5452. Judge Gee's courtroom is located on the 8th floor of the First Street Courthouse, Courtroom # 8C.

Additional information about Judge Gee's procedures and schedules is available on the court's website at www.cacd.uscourt.gov.