QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Daniel C. Posner (Bar No. 232009)
  danposner@quinnemanuel.com
  Justin C. Griffin (Bar No. 234675)
  justingriffin@quinnemanuel.com
  Moon Hee Lee (Bar No. 318020)
  moonheelee@quinnemanuel.com
  Laurenne M. Babayan (Bar No. 348075)
  laurennebabayan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendant Twitter, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,,<br><br>Plaintiff,<br><br>vs.<br><br>TWITTER, INC., a Delaware corporation and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 22-9462-DMG (ADSx)<br><br>**STIPULATION REGARDING FIRST AMENDED COMPLAINT AND DEADLINE TO RESPOND TO SAME**<br><br>The Honorable Dolly M. Gee |

**STIPULATION**

Plaintiff BackGrid USA, Inc. and Defendant Twitter, Inc. (the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed the initial Complaint in this matter on December 30, 2022 (Dkt. 1);

WHEREAS, on January 26, 2023, the Parties filed a Joint Stipulation to Extend Time to Respond to Initial Complaint pursuant to Rule 8-3 of the Local Rules, which extended Defendant's response deadline to February 27, 2023;

WHEREAS, the Parties have met and conferred pursuant to Rule 7-3 of the Local Rules regarding Defendant's proposed motion to dismiss the Complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure;

WHEREAS, following the Parties' meet and confer, Plaintiff agreed to voluntarily file a First Amended Complaint;

WHEREAS, Plaintiff will file its First Amended Complaint on or before March 13, 2023;

WHEREAS, the Parties have agreed that Defendant's deadline to respond to the First Amended Complaint shall be April 14, 2023.

ACCORDINGLY, IT IS HEREBY STIPULATED by the Parties, by and through their respective counsel, and subject to the Court's approval, that Plaintiff shall file its First Amended Complaint on or before March 13, 2023, and Defendant's deadline to respond to the First Amended Complaint shall be April 14, 2023.

| | | |
|---|---|---|
| 1 | DATED: February 23, 2023 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | By  /s/ Daniel C. Posner |
| 6 | | Daniel C. Posner |
| | | Justin C. Griffin |
| 7 | | Moon Hee Lee |
| | | Laurenne Babayan |
| 8 | | Attorneys for Defendant Twitter, Inc. |
| 9 | DATED: February 23, 2023 | ONE LLP |
| 10 | | |
| 11 | | |
| 12 | | By  /s/ Jo Ardalan |
| 13 | | Jo Ardalan |
| | | Attorneys for Plaintiff BackGrid USA, Inc. |

# **ATTESTATION STATEMENT**

I, Daniel C. Posner, the filer of this Joint Stipulation, attest pursuant to Rule 5-4.3.4(a)(2) of the Local Rules for the United States District Court for the Central District of California that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  February 23, 2023         QUINN EMANUEL URQUHART & SULLIVAN, LLP


By      /s/ Daniel C. Posner
　　Daniel C. Posner
　　Justin C. Griffin
　　Moon Hee Lee
　　Laurenne Babayan
　　Attorneys for Defendant Twitter, Inc.