QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Daniel C. Posner (Bar No. 232009)
  danposner@quinnemanuel.com
  Justin C. Griffin (Bar No. 234675)
  justingriffin@quinnemanuel.com
  Moon Hee Lee (Bar No. 318020)
  moonheelee@quinnemanuel.com
  Laurenne M. Babayan (Bar No. 348075)
  laurennebabayan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendant Twitter, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>TWITTER, INC., a Delaware corporation and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. CV 22-9462-DMG (ADSx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING FIRST AMENDED COMPLAINT AND DEADLINE TO RESPOND TO SAME**<br><br>The Honorable Dolly M. Gee |

The parties in the above-captioned action have filed a Stipulation Regarding First Amended Complaint and Deadline to Respond to Same. Having considered the Stipulation, and good cause appearing, it is hereby GRANTED.

Accordingly, it is hereby ORDERED that the deadline for Plaintiff BackGrid USA, Inc. to file its First Amended Complaint shall be March 13, 2023, and the deadline for Defendant Twitter, Inc. to move, plead, or otherwise respond to Plaintiff's First Amended Complaint shall be April 14, 2023.

IT IS SO ORDERED.

DATED: _____

Hon. Dolly M. Gee<br>United States District Judge