UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TWITTER, INC., a Delaware corporation and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. CV 22-9462-DMG (ADSx)<br><br>**ORDER APPROVING STIPULATION RE FIRST AMENDED COMPLAINT AND DEADLINE TO RESPOND THERETO [21]** |

The parties in the above-captioned action have filed a Stipulation Regarding First Amended Complaint and Deadline to Respond to Same. Having considered the Stipulation, and good cause appearing, it is hereby APPROVED.

Accordingly, IT IS HEREBY ORDERED that the deadline for Plaintiff BackGrid USA, Inc. to file its First Amended Complaint shall be extended, *nunc pro tunc*, to March 13, 2023, and the deadline for Defendant Twitter, Inc. to move, plead, or otherwise respond to Plaintiff's First Amended Complaint shall be April 14, 2023.

In the future, the parties shall avoid submitting requests for continuance or extension of time less than five court days prior to the expiration of the scheduled date. *See* Initial Standing Order at 11 [Doc. # 16]; Judge Gee's Procedures and Schedules at ¶ 7, United States District Court, Central District of California website.

IT IS SO ORDERED.

DATED: February 28, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE