/* */

1
2
3
4
5
6
7
8

David Quinto (Bar No. 106232)
Dquinto@onellp.com
Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

9
10

*Attorneys for Plaintiff,*
Backgrid USA, Inc.

11
12

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

13
14
15
16
17
18
19
20
21
22

BACKGRID USA, INC., a California corporation,

Plaintiff,

v.

TWITTER, INC., a Delaware corporation and DOES 1-10, inclusive,

Defendants.

Case No.: CV 22-9462-DMG (ADSx)

**FIRST AMENDED COMPLAINT FOR:**
**(1) COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**
**(2) DECLARATORY JUDGMENT RE NO DMCA SAFE HARBOR**

**DEMAND FOR JURY TRIAL**

23
24
25
26
27
28

**FIRST AMENDED COMPLAINT**

Plaintiff, Backgrid USA, Inc., complains against Defendant Twitter, Inc. a corporation, and Does 1-10 (collectively, "Defendants") as follows:

## JURISDICTION AND VENUE

1.      This is a civil action for direct, contributory, and vicarious copyright infringement under the Copyright Act, 17 U.S.C. §§ 101 *et seq.*  This Court has subject matter jurisdiction under 28 U.S.C. § 1331, 28 U.S.C. § 1332, 28 U.S.C. § 2201, 17 U.S.C. § 501(a), and 28 U.S.C. § 1338(a) and (b).

2.      Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1400(a) in that the claim arises in this Judicial District, the defendants may be found and transact business in this Judicial District, and the injury suffered by Backgrid took place, and is taking place, in this Judicial District. Defendant has offices in Santa Monica, California.  Defendants are subject to the general and specific personal jurisdiction of this Court because of their contacts with the State of California.

## PARTIES

3.      Plaintiff Backgrid is incorporated in and existing under the laws of the State of California, with its principal place of business located in Redondo Beach, California.

4.      On information and belief, Defendant Twitter, Inc. is incorporated in and existing under the laws of Delaware, with its principal place of business in San Francisco, California.

5.      The true names or capacities, whether individual, corporate or otherwise, of the defendants named herein as Does 1 through 10, inclusive, are unknown to Backgrid, who therefore sues said defendants by such fictitious names.  Backgrid will ask leave of Court to amend this Complaint to insert the true names and capacities of said defendants when the same have been ascertained.

## **FACTS COMMON TO ALL COUNTS**

### *Backgrid and the Photographs that Frame this Dispute*

6.     Backgrid is the world's premier celebrity-related photograph agency and provides highly sought-after images of celebrities around the world to top news and lifestyle outlets.  Its photographs increase the sales of its customers' magazines and newspapers and increase their website traffic and website viewer engagement. Backgrid's photographs are regularly licensed by *People* magazine, the *Huffington Post*, the *Daily Mail, TMZ, US Weekly, Radar Online, Harper's Bazaar, Entertainment Tonight, Vogue, Elle* magazine, and many other publications.

7.     Backgrid owns all rights to the Celebrity Photographs, each of which was timely registered with the United States Copyright Office.  A list of the copyright registrations for the Celebrity Photographs known to have been infringed is attached as Exhibit A. Due to Defendant's continuing infringements and refusal to adopt and reasonably implement a Digital Millennium Copyright Act ("DMCA") repeat infringer policy, the number of timely registered infringements on its Twitter platform and the damages for which Defendant is responsible is continually increasing. Backgrid seeks to recover for all such infringements whether they are specifically alleged herein or not.

8.     For valuable consideration, Backgrid and/or AKM-GSI Media, Inc. ("AKM-GSI"), the predecessor in interest to certain Celebrity Photographs, have licensed, and Backgrid continues to license, the rights to reproduce, distribute, and publicly display the Celebrity Photographs and make derivative versions thereof, to hundreds of magazines, newspapers, television stations, and other media outlets throughout the world.

### *Twitter's Platform*

9.     Defendant's business is a simple, but spectacularly profitable, platform that touts itself as a "global platform for public self-expression and conversation in

**FIRST AMENDED COMPLAINT**

real time" that "help[s] people discover what's happening through text, images, on demand and live video" among other types of content. According to SimilarWeb.com, Twitter is one of the top ranked websites globally, ranking it as number five in the world and averages 7.1 billion visits per month.

10.     Twitter monetizes its platform by enabling advertisers to promote their brands, products, and services through the Twitter platform that then permits targeting specific audience members by the accounts they follow and the actions they have taken on the Twitter platform.  Twitter also monetizes the data it collects from its users and sells it to their clients for commercial use. Each upload, click, and view is data that can be and is monetized, which means Twitter monetizes each photo uploaded on the platform through the data it collects.  Using the information it collects, Twitter targets advertisements to specific user audiences.  It does so by displaying advertisements calculated to interest a given audience.  It also displays other tweets in a feed tailored to a particulate user.   On information and belief, the Celebrity Photographs were displayed in tweet-feeds, along with advertisements that targeted particular groups of Twitter users. On information and belief, Twitter charges advertisers more based on the amount of the interaction the advertisement-tweet generates. As such, it is important to Twitter to have attractive and compelling tweets placed around the advertisement tweet to gain more traffic and more advertisement interaction.  To keep its users engaged while promoting the advertisements on which its revenue depends, Twitter also sends emails to its users with links to tweets that they might not otherwise see.  Twitter thus provides links to tweets from accounts that are not "followed" by the targeted user.  By doing so, Twitter increases the number of views those advertisements receive, thereby increasing its own advertising revenue.

11.     Once a Twitter user uploads a photo, Twitter selects, orders, and/or arranges content to display to other Twitter users, including content from Twitter accounts that are not among those "followed" by the viewing user.

**FIRST AMENDED COMPLAINT**

12.     A significant factor enabling Defendant to drive massive amounts of traffic to the Twitter platform is the presence of sought-after and searched-for celebrity images uploaded onto the users' accounts without the consent of the third-party copyright owners.  Defendant is aware of the massive scale of copyright infringement it facilitates and encourages, and of the revenue and profits such infringement generates for it.

## Twitter Does Not Terminate Repeat Infringers as Required for Safe Harbor Protection Under 17 U.S.C. § 512(i)

13.     Twitter claims to have DMCA compliant take-down policies set forth in its websites' Terms of Service.  Based thereon, it claims that the DMCA's safe harbor protection for ISPs with DMCA compliant take-down policies shields it from liability for the massive number of infringements it contributes to and engages in daily.  But such lip service compliance with the DMCA is merely a fig leaf to hide its systematic abuse of the rights of photograph copyright holders and their enormous profits derived from such infringement.

14.     A threshold requirement for DMCA safe harbor protection is that the ISP must have "adopted *and reasonably implemented* … a policy that provides for the termination in appropriate circumstances of subscribers and account holders … who are repeat infringers."  17 U.S.C. § 512(i)(1)(A) (emphasis added).

15.     Although Twitter's "Copyright Policy" provides that copyright owners may send a DMCA takedown notice and that "If multiple copyright complaints are received about an account, or other evidence suggests a pattern of repeat infringement, Twitter may suspend that account in accordance with our Repeat Infringer Policy."  Unfortunately, its purported policy is honored in the breach.

16.     Industry standard practices have resulted in the widespread adoption and implementation by legitimate ISPs of a "three-strikes" policy with respect to repeat infringers.  The industry standard requires that to qualify for the DMCA safe harbor

protection, ISPs must terminate the accounts of users that have been the subject of three infringement complaints.  Defendant, however, regularly fails and refuses to comport with the industry standard.

17.     Defendant's failure to reasonably implement a policy resulting in the expeditious removal of infringing photographs owned by Backgrid and others and/or their failure and refusal to terminate subscribers shown to be repeat infringers divests them of DMCA safe harbor protection and renders them not just directly but contributory and vicariously liable for the infringement of Backgrid's Celebrity Photographs as described herein.

18.     Despite sending more than 6,700 DMCA takedown notices, not a single work was taken down and not a single repeat infringer was suspended. Each notice complied with 17 U.S.C. 512(c)(3), giving Twitter knowledge of specific infringing material, including by providing a link to where the infringement was stored and where it was displayed.  Despite having such knowledge, however, Twitter failed to take simple measures to prevent further damage, such as disabling the infringement and deleting it from its servers, as well as suspending the infringing accounts which repeatedly infringed the copyrights belonging to Backgrid.

19.     Twitter treats Backgrid's DMCA notices differently than notices from other parties, demonstrating that it has not implemented a reasonable DMCA policy. Moreover, it attempts to feign ignorance of what is in Backgrid's DMCA notices, thus acting with willful blindness towards the infringement of Backgrid's works. Other parties send DMCA notices similar to those sent by Backgrid, to which Twitter responds by taking the work down. However, with Backgrid's notices, Twitter requires extrajudicial information beyond that required by the DMCA. On information and belief, Twitter treats Backgrid differently than smaller content providers because Backgrid is the source of a substantial amount of valuable, celebrity content.

**FIRST AMENDED COMPLAINT**

20.     Backgrid attempted to resolve this dispute prior to filing this complaint, but Twitter did not respond.

***Examples of Twitter's Failure to Terminate Infringing Accounts Notwithstanding Backgrid's Issuance of Numerous Take-down Notifications***

21.     Backgrid sent Twitter ***at least 73 DMCA take-down notifications*** encompassing ***at least 49 timely registered infringing photographs*** on the 'BSO' account.

22.     Specifically, it sent the notices described herein on or around dates alleged therein:

- September 28, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/999723833413308416.
- September 28, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1041018833249730561.
- September 29, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1295225863349374976.
- September 30, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1431844066434686982.
- October 1, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1148821772021706752.
- October 2, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1432010166602506241.
- October 3, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1148952773360308226.
- October 4, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1149012113907683335.
- October 5, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1151253995769516032.

7

**FIRST AMENDED COMPLAINT**

- October 6, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1151314397450686464.
- October 7, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1151357279385587712.
- October 8, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1177817294208212992.
- October 10, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1185425722288103429.
- October 11, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1185591823588352000.
- October 12, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1187601737210830848.
- October 13, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1187603582008381440.
- October 14, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1391987038027661312.
- October 15, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1187754580890783744.
- October 16, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1187767834593693697.
- October 17, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1190135157690380288.
- October 18, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1190286158447730688.
- October 19, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1211891609807282176.

8

**FIRST AMENDED COMPLAINT**

- October 20, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1212027510822703113.
- October 21, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1225084306047033346.
- October 22, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1277831087113359360.
- October 23, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1277891487578062848.
- October 24, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1283997752997945345.
- October 25, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1284133652071419906.
- October 26, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1295376867541880832.
- October 27, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1295949135443570689.
- October 28, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1296172670934044678.
- October 29, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1314430538124537857.
- October 30, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1314581539288748032.
- October 31, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1316813710766342144.
- November 1, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1323874836037410816.

9

**FIRST AMENDED COMPLAINT**

- November 2, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1323935241296334848.
- November 3, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1336195907394670592.
- November 4, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1336435400081108993.
- November 5, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1336495805553840128.
- November 6, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1352139360758587392.
- November 7, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1352290361734008835.
- November 8, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1355397326089711618.
- November 9, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1355563454766198784.
- November 10, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1359950244000247811.
- November 11, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1360010649913425925.
- November 12, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1361454500725329921.
- November 13, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1361514903660552194.
- November 14, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1378212598903111680.

**FIRST AMENDED COMPLAINT**

- November 15, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1378378900082987011.
- November 16, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1380761472112979970.
- November 17, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1380927572494725128.
- November 18, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1392138036859838467.
- November 19, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1395419105281421314.
- November 20, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1395479508757716999.
- November 21, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1404666758347333634.
- November 22, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1404675563462201349.
- November 23, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1404811465001947139.
- November 24, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1404817760094404616.
- November 25, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1410832827281780737.
- November 26, 2021, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1410983831256055814.
- April 18, 2022, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1482122357967921152.

**FIRST AMENDED COMPLAINT**

- April 19, 2022, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1473715965326200847.
- April 20, 2022, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1473776368282341376.
- April 21, 2022, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1482182759976214535.
- April 22, 2022, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1482405267585310722.
- April 23, 2022, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1482465669656555522.
- April 24, 2022, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1486031048832126979.
- April 25, 2022, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1486091452958527493.
- April 26, 2022, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1487081489514868740.
- June 20, 2022, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1522045895088525312.
- November 14, 2022, for the work reproduced, distributed and displayed at https://twitter.com/bso/status/1536507682248609794.

Notwithstanding the receipt of the take-down notices described herein, the 'BSO' account remains live and active. At the time this lawsuit was filed each infringement was live.

23.    Backgrid sent Twitter *at least 101 DMCA take-down notifications* encompassing *at least 42 timely registered photographs* on the 'foochia' account.

24.    Specifically, it sent the notices described herein on or around dates alleged therein:

**FIRST AMENDED COMPLAINT**

- September 4, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1168402506415845376.
- September 5, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1189797107726798848.
- September 6, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1219887570714316800.
- September 7, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1230496105030393857.
- September 8, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1242346693233979394.
- September 9, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1244936574992777217.
- September 10, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1261676767611359234.
- September 11, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1275021219327287296.
- September 16, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1224979299415068673.
- September 17, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1228919405133926400.
- September 18, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1315261038602981376.
- September 19, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1239099980675043328.
- September 20, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1239444904205594629.
- September 21, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1259482814124351489.

13

**FIRST AMENDED COMPLAINT**

- September 22, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1359140560771112967.
- September 23, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1267803477490753536.
- September 24, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1384114559124865025.
- September 25, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1280427602763829248.
- September 26, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1346778759261782022.
- September 27, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1288188106907291648.
- September 28, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1291645663504216064.
- September 29, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1302622811303927809.
- September 30, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1308330389698740224.
- October 1, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1359427158767259649.
- October 2, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1309206358038806529.
- October 3, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1316333226261131266.
- October 4, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1365995375073591302.
- October 5, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1318885370562531328.

14

**FIRST AMENDED COMPLAINT**

- October 6, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1320666838825652225.
- October 7, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1371400721778810880.
- October 8, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1371431515851264002.
- October 9, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1372488206889975808.
- October 10, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1374677747352633354.
- October 11, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1377214458112700420.
- October 12, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1392178032480247816.
- October 13, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1400452726320889870.
- October 14, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1401554740236914695.
- October 15, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1402929340845891585.
- October 16, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1404733002949828608.
- October 17, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1411583606661681156.
- October 18, 2021, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1447112174036525056.
- April 18, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1479030242299817987.

15

**FIRST AMENDED COMPLAINT**

- April 19, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1493274691833937923.
- September 21, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1531577485976125443.
- September 23, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1561278228047724544.
- September 24, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1239099980675043328.
- September 25, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1228919405133926400.
- September 26, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1154470148071231488.
- September 27, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1400452726320889870.
- September 28, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1479030242299817987.
- September 29, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1387059554450563079.
- September 30, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1192369868085039104.
- October 1, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1219887570714316800.
- October 2, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1479030242299817987.
- October 3, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1481374850706980870.
- October 4, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1531577485976125443.

16

**FIRST AMENDED COMPLAINT**

- October 5, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1219887570714316800.

- October 6, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1447112174036525056.

- October 7, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1224979299415068673.

- October 8, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1228919405133926400.

- October 9, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1239099980675043328.

- October 10, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1239444904205594629.

- October 11, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1242346693233979394.

- October 12, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1242346693233979394.

- October 13, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1259482814124351489.

- October 14, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1267803477490753536.

- October 15, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1267803477490753536

- October 16, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1275021219327287296.

- October 17, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1288188106907291648.

- October 18, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1288188106907291648.

17

**FIRST AMENDED COMPLAINT**

- October 19, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1288188106907291648.

- October 20, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1288188106907291648.

- October 21, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1288188106907291648.

- October 22, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1295662086140370944.

- October 23, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1295662086140370944.

- October 24, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1302622811303927809.

- October 25, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1308330389698740224.

- October 26, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1308330389698740224.

- October 27, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1309085460178907141.

- October 28, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1309206358038806529.

- October 29, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1316363588282585088.

- October 30, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1318885370562531328.

- November 1, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1318885370562531328.

- November 2, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1320666838825652225.

18

**FIRST AMENDED COMPLAINT**

- November 3, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1351515130413146114.

- November 4, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1351515130413146114.

- November 5, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1351515130413146114.

- November 6, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1358363035858071559.

- November 7, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1401554740236914695.

- November 8, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1359427158767259649.

- November 9, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1371400721778810880.

- November 10, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1371400721778810880.

- November 11, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1371431515851264002.

- November 12, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1371431515851264002.

- November 13, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1372488206889975808.

- November 14, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1372488206889975808.

- November 15, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1392178032480247816.

- November 16, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1401554740236914695.

19

**FIRST AMENDED COMPLAINT**

- November 17, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1402929340845891585.
- November 18, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1402929340845891585.
- November 19, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1404733002949828608.
- November 20, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1411583606661681156.
- November 21, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1411583606661681156.
- November 28, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1561278228047724544.
- November 30, 2022, for the work reproduced, distributed and displayed at https://twitter.com/foochia/status/1570023374881169415.

Notwithstanding the receipt of the take-down notices described herein, the 'foochia' account remains live and active. Each infringement remains live.

25.     On information and belief, infringements that have been uploaded and saved on the Twitter server by one user can be and are displayed on other user's accounts at the direction of the other user.  Twitter not only fails and refuses to take down repeat infringers who post and display unauthorized and infringing copies of Celebrity Photographs but also fails and refuses to apply its purported take-down policy to repeat infringers who save such infringements.

26.     Backgrid's extensive but frustrated copyright enforcement efforts evidence the massive, repeated, and ongoing infringing activity permitted, facilitated, and encouraged on Twitter accounts. Notwithstanding the frequent written demands from Backgrid, Twitter's own Copyright Policy, and the legal prerequisites for DMCA safe harbor protection, Twitter has willfully failed and refused to terminate the

**FIRST AMENDED COMPLAINT**

accounts.  Stunningly, all of the accounts remain live and online today while Twitter continues to profit from the blatant, repeated, and ongoing infringements of the copyrighted works of others, including without limitation the timely registered Celebrity Photographs collectively attached as Exhibit B, which are infringed by Twitter.

## Twitter Does Not Expeditiously Remove Infringements as Required for Safe Harbor Protection Under 17 U.S.C. 512(b)-(d)

27.   To enjoy safe harbor protection, a qualified Internet Service Provider ("ISP") must "upon notification of claimed infringement respond[] expeditiously to remove, or disable access to, the material that is claimed to be infringing or to be the subject of the infringing activity."  17 U.S.C. §§ 512(b)(2)(E), 512(c)(1)(C), 512(d)(3).

28.   Defendant's users have reproduced, publicly displayed, and publicly distributed, and continue to reproduce, publicly display and publicly distribute, Celebrity Photographs by making them available for download, copy, and reproduction, together with other photographs that Backgrid either owns or exclusively licenses for distribution, reproduction, public display, and use in creating derivative works.

29.   Despite having received DMCA notices from Backgrid, Twitter has not expeditiously taken down Backgrid's Celebrity content. For example, Backgrid sent over 6,700 DMCA notices, but Twitter has not expeditiously taken down content in response to the same and cannot seek protection under the DMCA.

## FIRST CLAIM FOR RELIEF

## (Direct, Contributory, and Vicarious Copyright Infringement, 17 U.S.C. § 501)

30.   Backgrid incorporates by reference the allegations in paragraphs 1 through 29, above, as though set forth at length.

**FIRST AMENDED COMPLAINT**

31.     The Celebrity Photographs consist substantially of material that is wholly original and contain copyrightable subject matter.  Each of the Celebrity Photographs was either lawfully registered by Backgrid or assigned to it, including all rights of copyright thereto, by AKM-GSI.  Accordingly, Backgrid now owns all rights of copyright, title, and interest in the Celebrity Photographs and each of the Celebrity Photographs contains protectable subject matter.

32.     Each Celebrity Photograph was registered with the United States Copyright Office within 90 days of publication and/or before it was infringed.  Accordingly, Backgrid is entitled to all legally cognizable relief for its infringement, including without limitation temporary, preliminary, and permanent injunctive relief, the recovery of actual damages and lost profits or statutory damages, and an award of costs and attorneys' fees.

33.     As of the filing of this Complaint, Twitter had infringed **_at least 1,526_** Celebrity Photographs, as reflected in Exhibit B hereto and incorporated herein.  The infringed Celebrity Photographs identified in the attached exhibits are merely illustrative; Defendant's acts of infringement are continuous and on-going and additional infringements of Celebrity Photographs—both those that have already occurred and those that occur pre-discovery—will doubtlessly be discovered.  Accordingly, Backgrid seeks, and is entitled to, its full legal remedies with respect to each act of infringement proved whether or not specifically alleged herein.

34.     Defendant has directly infringed and will continue to directly infringe the Celebrity Photographs, including without limitation by continuing to publicly display the photos long after being apprised of infringement, using Twitter's explore feature to choose and arrange infringing content, promoting tweets based on subscription models, such as the Blue Subscription, in which verified users pay a monthly fee to have their tweets promoted on others' tweet-feeds, and continuing to store copies of the photos on Defendant's servers without Backgrid's consent.

35.     Defendant has contributorily infringed the Celebrity Photographs, including without limitation by encouraging its users to upload and edit photographs found on the Internet, failing to advise users that civil and criminal penalties attach to the unauthorized copying, posting, and public display of copyrighted photographs, and by creating a system and practice of removing  metadata from each unlawfully posted and displayed Celebrity Photograph. Defendant has vicariously infringed the Celebrity Photographs.  Without limitation Twitter has the right and ability to supervise the infringement because it has both a legal right to stop or limit the directly infringing conduct, as well as the practical ability to do so, as shown by its willingness and ability to take down infringement identified in DMCA notices sent by other parties. Moreover, Twitter had a direct financial interest in the infringement because it used the information it collects from tweets and user engagement to target advertisements to specific user audiences.  It does so by displaying advertisements calculated to interest a given audience.  It also displays other tweets in a feed tailored to a particulate user.   On information and belief, the Celebrity Photographs were displayed in tweet-feeds, along with advertisements that targeted particular groups of Twitter users. To keep its users engaged while promoting the advertisements on which its revenue depends, Twitter also sends emails to its users with links to tweets that they might not otherwise see.  Twitter thus provides links to tweets from accounts that are not "followed" by the targeted user.  By doing so, Twitter increases the number of views those advertisements receive, thereby increasing its own advertising revenue.

36.     Defendant's acts of direct, contributory, and vicarious infringement have been and are willful as demonstrated by, inter alia, their numerous claims that they never received take-down notices, their consistent failure to act on take-down notices expeditiously—or at all, their failure and refusal to bar repeat infringers from using their websites, and their failure and refusal to apply their own Copyright Policy to their users.

**FIRST AMENDED COMPLAINT**

37.     Defendant's acts alleged herein have been and are being performed without the permission, license, or consent of Backgrid.

38.     As a result of Defendant's acts alleged herein, Backgrid has suffered substantial economic damage in an amount to be proved at trial.

39.     Defendant has willfully infringed, and unless enjoined will continue to willfully infringe, Backgrid's copyrights by continuing to engage in the acts alleged herein.

40.     Defendant's wrongful acts of have caused, and are continuing to cause, injury to Backgrid in an amount that cannot be accurately computed.  Unless this Court temporarily, preliminarily, and permanently restrains defendants from the further commission of such acts, Backgrid will suffer irreparable injury for which it will not have an adequate remedy at law.  Accordingly, Backgrid seeks a declaration that defendants are infringing Backgrid's copyrights and appropriate orders under 17 U.S.C. § 502 enjoining defendants from any further acts of infringement.

41.     In light of the willful and egregious nature of their acts of copyright infringement, Backgrid is also entitled to an award of $150,000 per photograph in statutory damages.

42.     Backgrid is additionally entitled to an award of its costs and attorneys' fees from each defendant.

## SECOND CLAIM FOR RELIEF

## (Declaratory Relief, No Safe Harbor Under the DMCA)

43.     Backgrid incorporates by reference the allegations in paragraphs 1 through 42, above, as though set forth at length.

44.     Under 28 U.S.C. § 2201, an actual controversy exists over whether Twitter has satisfied the requirements of 17 U.S.C. 512(i) by adopting and reasonably implementing a Digital Millennium Copyright Act repeat infringer policy, and, therefore, whether Twitter is entitled to the safe harbor.

45.     Section 512(i), provides that "[t]he limitations on liability established by this section shall apply to a service provide only if the service provider— (A) has adopted and reasonably implemented [] a policy that provides for the termination in appropriate circumstances of [] account holders [] who are repeat infringers; and accommodates and (B) does not interfere with standard technical measures."  As alleged herein, Twitter has not adopted and reasonably implemented a policy that provides for the termination of repeat infringers and interferes with standard technical measures.

46.     Backgrid seeks a declaration that Twitter has neither adopted nor reasonably implemented a repeat infringer policy, and, as such, is liable for each of the works infringed on its platform and is not entitled to the safe harbor in any circumstances for any work until it complies with Section 512(i).

## PRAYER FOR RELIEF

WHEREFORE, Backgrid requests judgment against defendants as follows:

1.     That defendants, their officers, agents, servants, employees, and representatives, and all persons in active concert or participation with them, be permanently enjoined from copying, reproducing, displaying, promoting, advertising, distributing, or selling, or engaging in any other form of dealing or transaction in, any and all photographs whose copyrights are owned by Backgrid;

2.     That an accounting pursuant to 17 U.S.C. §§ 504 (a)(1) & (b) be made of all profits, income, receipts or other benefit derived by defendants from the unlawful reproduction, copying, display, promotion, distribution, or sale of products and services, or other media, either now known or hereafter devised, that improperly or unlawfully infringed upon Backgrid's copyrights;

3.     For actual damages for copyright infringement pursuant to 17 U.S.C. §§ 504 (a)(1) & (b);

4.      For statutory damages for copyright infringement, including willful infringement, in accordance with 17 U.S.C. §§ 504(a)(2) & (c), and for costs, interest and reasonable attorney's fees pursuant to 17 U.S.C. § 505;

5.      For a declaration that Twitter is not entitled to the DMCA safe harbor for any work posted on its platform, and;

6.      That Backgrid be awarded such other and further relief as the Court deem just and appropriate.

Dated:  March 13, 2023                          **ONE LLP**

                                                By: /s/ Joanna Ardalan
                                                     Joanna Ardalan
                                                     Peter R. Afrasiabi
                                                     David W. Quinto

                                                     Attorneys for Plaintiff,
                                                     Backgrid USA, Inc.

---

**FIRST AMENDED COMPLAINT**

## **DEMAND FOR JURY TRIAL**

Plaintiff Backgrid USA, Inc., hereby demands trial by jury of all issues so triable under the law.

Dated:  March 13, 2023

**ONE LLP**

By: /s/ Joanna Ardalan

Joanna Ardalan

David W. Quinto

Peter R. Afrasiabi

Attorneys for Plaintiff

Backgrid USA, Inc.

27

**FIRST AMENDED COMPLAINT**