# EXHIBIT B

_ https://twitter.com/yucatanalminuto/status/1430862533195739136 _ at _ 2022-11-22 09:46:46 -08:00 _

← **Tweet**

🔍 Search Twitter



🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

 **YUCATAN AL MINUTO**
@YUCATANALMINUTO                    ···

Captan a Ben Affleck en joyería; estaría buscando anillo
ow.ly/gt0E50FYfpE

Translate Tweet



3:45 PM · Aug 25, 2021 · Hootsuite Inc.

**4** Likes

💬            ⟲            ♡            ⬆

 Tweet your reply            **Reply**

## Relevant people

 **YUCATAN AL MINUTO**                    **Follow**
@YUCATANALMINUTO

Yucatán al Minuto es un medio de comunicación que produce contenido informativo y material audiovisual con formatos propios en Mérida, Yucatán.

## What's happening

FIFA World Cup · LIVE
**Mexico vs Poland**



**#AvatarTheWayOfWater**🔵
Get tickets now · In theaters December 16
▶ Promoted by Avatar

 Perkowski Legal P.C.
@c_perkowski            ···

__ https://twitter.com/ThrowbackTaylor/status/1543780714732367872 ___ at __ 2022-11-21 06:51:55 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-2    Filed 03/13/23    Page 3 of 101    Page ID #:3169

← **Tweet**

 Search Twitter

**Relevant people**

**Taylor Throwbacks | fan page**
@ThrowbackTaylor

4 years ago today, taylor swift and joe alwyn broke the internet with their pictures from a resort in turks and caicos.

july 4, 2018



7:40 PM · Jul 3, 2022 · Twitter for iPhone

**82** Retweets  **36** Quote Tweets  **1,882** Likes

Tweet your reply    **Reply**

Metzli @fartingsky · Jul 3
Replying to @ThrowbackTaylor
oh my god i remember all the tweets for the 3rd pic...

♡ 14

aya 🍃 | fan acc. @IMN0TALLT00WELL · Jul 4
Replying to @ThrowbackTaylor



♡ 34

Show additional replies, including those that may contain offensive content    Show

**Taylor Throwbacks | f...**
@ThrowbackTaylor    **Follow**

daily throwbacks account to show you what dr taylor was up to on this day | fan account :)📷 taylortbacks@gmail.com for content removals

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Trending in United States
**I BELIEVE THAT WE WILL WIN**

Trending in United States
**Maguire**
Trending with Luke Shaw

Events · Trending
**ITS COMING HOME**
4,318 Tweets

Events · Trending
**LGBT**
212K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

Case 2:22-cv-09462-DMG-ADS Document 23-2 Filed 03/13/23 Page 4 of 101 Page ID #:3170

Tweet

← Tweet

MAX ✓
@ThisIsMax

⋯

Not hating observation... I find Eiza Gonzalez and Timothée Chalamet pics together so staged... it looks like a big sister with her little brother in some shots... other times like a scene from a film..? #strange by the way fan of both ...



1:54 AM · Jun 24, 2020 · Twitter Web App

**1** Retweet    **26** Likes

💬          🔁          ♡          ⬆️

Tweet your reply                    Reply

sierra ✓ @sierramac0505 · Jun 25, 2020     ⋯
Replying to @ThisIsMax
Did u not see the omes of them kissing i-

💬          🔁          ♡ 2          ⬆️

Perkowski Legal P.C.

Search Twitter

**Relevant people**



MAX ✓                    Follow
@ThisIsMax
Presenter/Producer 🎬 Eyes on the prize Violet! 😜 contact : Management@FlipYourWig.net

**What's happening**



NFL · Yesterday
Cowboys at Vikings

Trending in United States                    ⋯
HOW IS THAT NOT A YELLOW
1,385 Tweets

Trending in United States                    ⋯
Tampax
18.3K Tweets

Trending in United States                    ⋯
Trent Reznor
10.3K Tweets

Trending in California                    ⋯
Telemundo
7,809 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**



**Mundo Geek**
@MundoGeekOF1

Primeiras imagens de Helen Mirren como Hespera no set de Shazam: Fury of The Gods.

#ShazamFuryOfTheGods
#Shazam 🔑

3:42 PM · Jun 21, 2021 · Twitter for Android

**1** Retweet   **4** Likes

Tweet your reply

Reply

## Relevant people

**Mundo Geek**
@MundoGeekOF1    Follow

Página com todas as últimas novidades do cinema, quadrinhos, games, animes, mangás, livros e algumas opiniões e textões. Gamertag: batnathan999

## What's happening

NFL · Yesterday
**Commanders at Texans**

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States
**#AMAs** 🩸
Trending with sabrina

Trending in United States
**Oregon**
Trending with Utah

Music · Trending
**#DavidoAt30**
68K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



**Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/lacosacine/status/1329812770653663232 __ al __ 2022-11-22 03:49:10 -08:00

← **Tweet**

**La Cosa Cine** ✓
@lacosacine

Kamala Khan es cosplayer de la Capitana en una nueva imagen desde el set de #MsMarvel.



7:44 AM · Nov 20, 2020 · TweetDeck

**4** Retweets  **69** Likes

Perkowski Legal P.C.
@c_perkowski

---

Nak @Nach_PM1 · Nov 20, 2020
Replying to @lacosacine
Disney hace el aguante y saca ese casco en tamaño de adulto cabeza de moai, te lo agradecería mucho

---

Razziel 🔪💧 @theblackh4lo · Nov 20, 2020
Replying to @lacosacine



1

---

### Relevant people

**La Cosa Cine** ✓
@lacosacine                           [Follow]
Cine y Series. Tu comunidad, tu revista 📧
web@lacosacine.com | 🖊
@guillohernandez @jessiblady
@luagosta @macareynolds
@cynthiaonfilms

### What's happening

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater** 🌊
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Trending in United States
**Argentina**
Trending with Messi, #ARGKSA

Entertainment · Trending
**Died Suddenly**
83.7K Tweets

Entertainment · Trending
**Sinbad**
9,630 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

← **Tweet**

**Johnson Dornan ES**
@JohnsonDornanES

···

¡Añadidas 5 Fotos HQ de Dakota anoche, 6, en el set de #MadameWeb en Boston! (Vía @DakotaJBRA) johnsondornan.com/galeria/thumbn... #DakotaJohnson

Translate Tweet



8:01 AM · Oct 7, 2022 · Twitter for iPhone

**10** Retweets    **26** Likes



Tweet your reply                    Reply

### Relevant people

**Johnson Dornan ES**    Follow
@JohnsonDornanES
Tu primera y mejor fuente sobre los actores #DakotaJohnson y #JamieDornan desde 2015. [Fan Account]

**Dakota Johnson Brasil**    Follow
@DakotaJBRA
Sua primeira, maior e melhor fonte sobre a atriz e produtora Dakota Johnson no Brasil. E-mail para contato: contato@dakotajohnsonbrasil.com

### What's happening

Formula 1 · 2 hours ago
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 🎃
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending
**#RIPLEGEND**
4,393 Tweets

Trending in California
**Shakira**
101K Tweets

Entertainment · Trending
**Morgan Freeman**
153K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**    ···
@c_perkowski



__ https://twitter.com/bso/status/1392138036859838467 __ at __ 2022-11-22 06:41:44 -08:00 __

# Tweet



**Robert Littal BSO** ✔
@BSO

···

Photos of Devin Booker and Kendall Jenner's Triple Date With Justin Bieber his Wife Hailey and Travis Scott and Kylie Jenner (Pics-Vids) bit.ly/3ey0lrk



8:22 AM · May 11, 2021 · BSO Alert

**4** Quote Tweets   **6** Likes


**Perkowski Legal P.C.**
@c_perkowski   ···


## Relevant people

**Robert Littal BSO** ✔
@BSO

Follow

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

## What's happening


FIFA World Cup · 2 hours ago


Search Twitter

─ https://twitter.com/TheGeekyCast/status/1578075971642568704 ___ at ___ 2022-11-19 22:42:38 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-2   Filed 03/13/23   Page 10 of 101   Page ID
#:3176

← **Tweet**



**The GeekyCast** ✔
@thegeekycast

**Follow**

Debunking Rumors regarding comics, movies and more. You post them and we provide the receipts. Just Business / Not a Scooper

**What's happening**

Television · 2 hours ago
**Saturday Night Live airing on NBC** 

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
◪ Promoted by Uber

Politics · Trending
**Mr. President**
47.1K Tweets

Sports · Trending
**Pasadena**
1,619 Tweets

Trending in United States
**Blocked**
132K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

https://twitter.com/girlfromaspen/status/1551911147275900320 __ at __ 2022-11-21 02:20:43 -08:00 __

← **Tweet**

Q Search Twitter

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

⇄ Kate Retweeted

 **Marvel News**
@BRMarvelNews

···

🟥 **Dakota Johnson em novas imagens das gravações de #MadameWeb**

Translate Tweet

 

10:25 PM · Jul 25, 2022 · Twitter Web App

**101** Retweets   **86** Quote Tweets   **2,334** Likes

💬   ⇄   ♡   ↑

 Tweet your reply

Reply

**Relevant people**

 **Kate**
@girlfromaspen

Follow

I dislike negativity so unless I follow you, your replies aren't welcome on my tweets.

 **Marvel News**
@BRMarvelNews

Follow

Conta de fã dedicada ao Universo Marvel 🏳️‍🌈 Contato: marvelnewsbr@outlook.com

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**



Trending in United States
···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States
···
**Schiff**
51.2K Tweets

Trending in California
···
**#sacramentoproud** 👑

Trending in United States
···
**#AMAs** 🎤
Trending with soobin, sabrina

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**
@c_perkowski ···

Case 2:22-cv-09462-DMG-ADS   Document 23-2   Filed 03/13/23   Page 12 of 101   Page ID #:3178

← **Tweet**



**Teleaudiencias**
@teleaudiencias

···

#CINE: Primeras imágenes del rodaje de la película 'Oppenheimer' de Christopher Nolan. Cillian Murphy, Emily Blunt, Matt Damon, Florence Pugh, Rami Malek y Robert Downey Jr formarán parte del reparto del film. Estreno en verano del 2023. wp.me/pa7I1P-d2M



12:10 AM · Aug 1, 2022 · TweetDeck

**1** Like

  Tweet your reply        Reply

🔍 Search Twitter

## Relevant people


**Teleaudiencias**
@teleaudiencias          Follow

Audiencias, noticias, opinión, entrevistas, estrenos, tv, cine, música y deportes y +51.000 en instagram!
TvTeleaudiencias.wordpress.com

## What's happening

NCAA Men's Basketball · Yesterday
**Delta Devils at Tigers**



Entertainment · Trending        ···
**Died Suddenly**
38.9K Tweets

Only on Twitter · Trending        ···
**#pcxqc**
2,696 Tweets

Trending in California        ···
**Dodger Stadium**
11.9K Tweets

Trending in United States        ···
**#ThingsIWouldTellMyYoungerSelf**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS   Document 23-2   Filed 03/13/23   Page 13 of 101   Page ID #:3179




**Thread**

**Cinematizando**
@CinematizandoOf

Essas imagens são do Christian Bale nos bastidores de Thor: Love and Thunder

#ChristianBale #Thor #ThorLoveAndThunder #Gorr



12:16 PM · Aug 5, 2021 · Twitter Web App

5 Likes

Tweet your reply                    Reply

**Cinematizando** @CinematizandoOf · Aug 5, 2021
Replying to @CinematizandoOf
#ChristianBale #Thor #ThorLoveAndThunder #Gorr



4

---

**Relevant people**

**Cinematizando**
@CinematizandoOf     Follow

**What's happening**

NFL · 41 minutes ago
Browns at Bills

#Disenchanted 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
56.5K Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers

Trending in United States
**LGBTQ**
Trending with Colorado Springs, #ClubQ

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski



**Tweet**

**Film News**
@filmnewsPL

Brad Pitt i Joey King na planie filmu akcji #BulletTrain

Translate Tweet



2:42 PM · Mar 3, 2021 · Twitter for Android

**1** Retweet   **15** Likes

P   Tweet your reply

Reply

## Relevant people


**Film News**
@filmnewsPL

Follow

🎬 najnowsze wiadomości filmowe - kino polskie i zagraniczne, popularne i niezależne 🎟️ kontakt: filmnewspl@gmail.com

## What's happening

Television · 3 hours ago
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Sports · Trending
**KYLE FORD**

Sports · Trending
**Pasadena**
1,623 Tweets

Music · Trending
**Elton John**
5,534 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Search Twitter

Perkowski Legal P.C.
@c_perkowski

— https://twitter.com/guidance_the/status/1556753709806092804 — at — 2022-11-21 05:50:20 -08:00 —

← **Tweet**

 **TheGuidance**
@guidance_the

⋯

Tenemos un primer vistazo de Anthony Ramos como The Hood en el set de #IronHeart . CONFIRMADO, el actor se une al #mcu en el papel de villano.

Translate Tweet



2:26 PM · Aug 8, 2022 · Twitter Web App

## Relevant people

 **TheGuidance**
@guidance_the

**Follow**

Todo el contenido geek al alcance de tu mano. Noticias, análisis, cómics narrados, curiosidades, etc.

## What's happening

FIFA World Cup · LIVE
**England vs Iran**



Music · Trending
**Slick Rick**

⋯

Trending in United States
**England**
Trending with #ENGIRN, Saka

⋯

Trending in United States
**Go USA**
6,015 Tweets

⋯

Politics · Trending
**Tragically**
16.3K Tweets

⋯

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

---

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Search Twitter

P Tweet your reply

**Reply**

 **Perkowski Legal P.C.**
@c_perkowski    ⋯

__ https://twitter.com/filmnewsPL/status/1333529879632109572 __ at __ 2022-11-21 00:49:19 -08:00 __



← **Tweet**

Q Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 **Film News**
@filmnewsPL

···

Jennifer Lawrence na planie filmu #DontLookUp



1:54 PM · Nov 30, 2020 · Twitter for Android

**4** Likes

Tweet your reply

Reply

**Relevant people**

 **Film News**
@filmnewsPL                    Follow

🎬 najnowsze wiadomości filmowe - kino polskie i zagraniczne, popularne i niezależne 🎦 kontakt: filmnewspl@gmail.com

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**



Trending in United States
**Maher**
22.1K Tweets

Trending in United States
**Bob Iger**
Trending with Disney, Chapek

Trending in United States
**#AMAs** 🎤
4.72M Tweets

Music · Trending
**#DavidoAt30**
64.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ···
@c_perkowski

__ https://twitter.com/tvoyi_muziki/status/1254356613002170368 __ at __ 2022-11-22 16:28:10 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-2   Filed 03/13/23   Page 17 of 101   Page ID #:3183

Твои Мужики|| TM COMICS
@tvoyi_muziki

## БЛЯТЬ АХАХАХАХАХ МУД

Translate Tweet



3:40 AM · Apr 26, 2020 · Twitter for iPhone

18 Retweets  2 Quote Tweets  538 Likes

Tweet your reply

Reply

Сильно Вумна @wumnaket · Apr 26, 2020
Replying to @tvoyi_muziki and @Paper_Paper3
Каждый день это вижу

---

### Relevant people

Твои Мужики|| TM C...
@tvoyi_muziki

Follow

Пишем несмешные шутки по фандомам и сценарии в стол. А вообще, мы паблик, если чё. // My baby @tm_comics

### What's happening

FIFA World Cup · This morning
**Mexico vs Poland**



#AvatarTheWayOfWater🧜
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in United States
**TO BE CLEAR**
52.9K Tweets

Entertainment · Trending
**Tarantino**
Trending with Simu Liu, Chris Evans

Chain restaurants · Trending
**Hooters**
7,181 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

__ https://twitter.com/NormaniUpdate/status/957350449954291713 __ at __ 2022-11-22 20:11:26 -08:00 __

← **Tweet**

**Normani Updates**
@NormaniUpdate

Normani yesterday in NYC #3



12:31 PM · Jan 27, 2018 · Twitter for iPhone

**86** Retweets   **4** Quote Tweets   **213** Likes

**Relevant people**

**Normani Updates**
@NormaniUpdate
Follow

Bringing you all the latest updates on singer/songwriter/dancer/model, @Normani!

**What's happening**

NBA · LIVE
Kings at Grizzlies

#AvatarTheWayOfWater
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in United States
RIP Harold

Trending in United States
#GenshinSpecialProgram
3,291 Tweets

Trending in United States
Non-binary
25K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Tweet your reply

Reply

Perkowski Legal P.C.
@c_perkowski

Search Twitter

Case 2:22-cv-09462-DMG-ADS    Document 23-2    Filed 03/13/23    Page 19 of 101    Page ID #:3185

← **Tweet**

**Dakotacandids**
@Dakotacandids

···

20.07 | Novas fotos da Dakota no set de 'Madame Web' em Boston, Massachusetts **#DakotaJohnson** (1)



3:43 AM · Jul 26, 2022 · Twitter Web App

**6** Retweets    **1** Quote Tweet    **48** Likes

♡    ⟲    ♡    ⬆

 Tweet your reply                    **Reply**

## Relevant people

 **Dakotacandids**          **Follow**
@Dakotacandids

Neste perfil irei postar somente candids de Dakota Johnson. Para mais info, fotos e vídeos me sigam na conta principal: @Dakotashades | Fan Account

## What's happening

NFL · 1 hour ago
**Bengals at Steelers**



**#Disenchanted** 🧚
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                    ···
**Machine Gun Kelly**
1,813 Tweets

The Real Housewives of Potomac · Trending        ···
**Peter Thomas**
1,809 Tweets

Sports · Trending                            ···
**De'Aaron Fox**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**   ···
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 23-2    Filed 03/13/23    Page 20 of 101    Page ID #:3186

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

❤️❤️ **LOVING 50 SHADES** ❤️❤️
@loving50shades

New photos of Dakota on the set of Madame Web
#DakotaJohnson
#MadameWeb



9:17 AM · Oct 6, 2022 · Twitter for Android

**9** Retweets   **31** Likes

Tweet your reply

Reply

🔍 Search Twitter

**Relevant people**

❤️❤️ **LOVING 50 SH...**
@loving50shades

Follow

Love everything to do with Fifty
Shades ❤️ Here only for
#JamieDornan #DakotaJohnson & the
fifty shades family & for a laugh (FAN
ACCOUNT) ❤️❤️

**What's happening**

NFL · LIVE
**Browns at Bills**

**#Disenchanted** 🧝
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Rest In Peace**
47.6K Tweets

Trending in United States
**Qatar**
Trending with  Enner Valencia

Sports · Trending
**Lamar Jackson**
2,668 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C. ···
@c_perkowski

__ https://twitter.com/tender_DMJ/status/1088602641620525056 __ at __ 2022-11-20 21:03:37 -0800 __

← **Tweet**

 

**DAKOTA** 💜💙
@tender_DMJ

**MY BEAUTIFUL GIRL** 🥰



5:01 PM · Jan 24, 2019 · Twitter for iPhone

**4** Retweets   **6** Likes

💬          🔁          ♡          ⬆️

   Tweet your reply          Reply

## Search Twitter

### Relevant people

 **DAKOTA** 💜💙        **Follow**
@tender_DMJ

Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

### What's happening

Television · 3 hours ago
**The Walking Dead airing on AMC**

**#Disenchanted** 🧚
Original movie now streaming
📺 Promoted by Disney+

Music · Trending
**harries**
4,584 Tweets

Trending in United States
**Bob Iger**
Trending with Chapek, Disney

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

https://twitter.com/FictionFeedback/status/1551883329812672514 __ at __ 2022-11-21 10:26:41 -08:00 __

← **Tweet**

**Multiverse Analysis**
@TheAnalystOne                                          ···

Dakota Johnson on the set of Sony's #MadameWeb



3:53 AM · Jul 26, 2022 · Twitter for Android

**2** Retweets   **5** Likes

💬          🔁          ♡          ⬆️

Tweet your reply                              Reply

---

**Home**

**#** Explore

**Notifications** ①

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.          ···
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

Multiverse Analysis          Follow
@TheAnalystOne
Fiction Addict

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**

https://twitter.com/weloveharry_1dx/status/1194563350163851778 __et __2022-11-22 19:17:11 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-2    Filed 03/13/23    Page 23 of 101    Page ID #:3189







← **Thread**

**katie** 👏👏
@weloveharry_1Dx

He looks like he works in a small cosy bookshop



2:30 AM · Nov 13, 2019 · Twitter for iPhone

**2** Retweets  **18** Likes

💬  🔁  🤍  📤

 Tweet your reply          **Reply**

**katie** 👏👏 @weloveharry_1Dx · Nov 13, 2019
Replying to @weloveharry_1Dx
Hugh Grant in Notting Hill vibes
💬        🔁 1        🤍 4        📤

**Samantha** @Samanth21089885 · Nov 14, 2019
Replying to @weloveharry_1Dx
I love Harry
💬        🔁        🤍        📤

---

🔍 Search Twitter

### Relevant people

 **katie** 👏👏
@weloveharry_1Dx
jack's housewife                    **Follow**

### What's happening

Television · **LIVE**
**Bachelor in Paradise airing on ABC**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
📷 Promoted by Avatar

Trending in United States
**RIP Harold**                    ···

Trending in California
**Hooters**                    ···
8,284 Tweets

Trending in United States
**#StayWoke**                    ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski                    ···

 Home

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← **Tweet**

**Raúl Brindis** ✔
@raulbrindis

**#Farandulazo** Estas son las últimas fotos de Eiza y Josh Duhamel. La actriz mexicana y el ex de Fergie se han dejado ver juntos otra vez; los rumores de romance aumentan.

Translate Tweet



6:33 AM · Jun 14, 2018 · Hootsuite Inc.

8 Likes



Tweet your reply          Reply



Perkowski Legal P.C.
@c_perkowski

Search Twitter

## Relevant people

**Raúl Brindis** ✔          Follow
@raulbrindis
Radio Host for El Show de Raúl Brindis

## What's happening

FIFA World Cup · This morning
**England vs Iran**


Entertainment · Trending
**Died Suddenly**
44.8K Tweets

Trending in United States
**Trent Reznor**
14.8K Tweets

Trending in United States
**Tampax**
29.8K Tweets

Trending in United States
**Chrisley**
13.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



# Tweet

**Bang Tidy Celebs**
@BangTidyHQ
· · ·

-@ninadobrev

 

12:42 PM · Aug 24, 2020 · Twitter Web App

**22** Likes



Tweet your reply

Reply

---

Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

---

## Relevant people

 **Bang Tidy Celebs**
@BangTidyHQ                Follow
Bringing you Bang Tidy Celebs from
the UK and around the world. From TV
& Film to Music & Models. Any
requests feel free to tweet.

 **Nina Dobrev** ✔
@ninadobrev                Follow
Where ever you go... there you are.
Going day by day... so let's see where
it takes me! Namaste.

## What's happening

**NFL · Yesterday**
Cowboys at Vikings 

Lovecraft Country · Trending
**Lovecraft Country**
Trending with  #Blade, Yann Demange    · · ·

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,344 Tweets                               · · ·

Sports · Trending
**Mexico City**
13.1K Tweets                              · · ·

Trending in California
**Dodger Stadium**
12.5K Tweets                              · · ·

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

https://twitter.com/ScreenMix/status/1369700224616554xxx    22-cv-09462-DMG-ADS    Document 23-2    Filed 03/13/23    Page 26 of 101    Page ID
#3330



__ https://twitter.com/disneyflixfr/status/1453052211108394144 __ at __ 2022-11-21 14:12:30 -08:00 __

← **Tweet**

 **DISNEY FLIX FR**
@disneyflixfr

L'acteur Alec Baldwin serrant dans ses bras Matthew Hutchins, le veuf de Halyna, une directrice de la photographie qu'il a tuée accidentellement sur le tournage de son nouveau film Rust la semaine dernière…

Translate Tweet



10:33 AM · Oct 26, 2021 · Twitter for iPhone

**6** Likes


Tweet your reply
Reply

## Search Twitter

### Relevant people

 **DISNEY FLIX FR**
@disneyflixfr   Follow

Toutes les dernières informations sur vos films et séries préférées ✨

### What's happening

FIFA World Cup · 41 minutes ago
**USA vs Wales**



Trending in United States
**HOW IS THAT NOT A YELLOW**
1,062 Tweets

Trending in California
**Dodger Stadium**
12.8K Tweets

Trending in United States
**Tampax**
11.5K Tweets

Trending in United States
**Trent Reznor**
7,649 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Perkowski Legal P.C.** ···
@c_perkowski

__ https://twitter.com/MundoGeekOF1/status/1552020369082548225 __ at __ 2022-11-21 08:31:38 -08:00 __

← **Tweet**

**Mundo Geek**
@MundoGeekOF1

As filmagens de Madame Teia enfim começaram e alguns fãs já registraram algumas imagens de Dakota Johnson no set.

Novas fotos foram tiradas hoje com a atriz caracterizada como Julia Carpenter, a segunda Mulher Aranha e segunda Madame Web nos quadrinhos

#Marvel #Sony #MadamWeb

Translate Tweet



12:57 PM · Jul 26, 2022 · Twitter for Android

**1** Retweet   **3** Likes

Tweet your reply    Reply

**Relevant people**

**Mundo Geek**   Follow
@MundoGeekOF1

Página com todas as últimas novidades do cinema, quadrinhos, games, animes, mangás, livros e

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/soygerardcortez/status/1520037681585029120 __all__ 2022-11-21 09:15:59 -08:00

Case 2:22-cv-09462-DMG-ADS    Document 23-2    Filed 03/13/23    Page 29 of 101    Page ID #:3195

**Gerard Cortez**
@SoyGerardCortez

El vestido que usó anoche Bella Hadid salió de un boceto de 1959 🖤 Esta es la forma correcta de irse "por lo clásico". La adoro.

Translate Tweet



6:49 AM · Apr 29, 2022 · Twitter for iPhone

**43** Retweets    **4** Quote Tweets    **546** Likes

Tweet your reply                                    Reply

**Pati Pé (cuenta PERSONAL)** @patipenaloza · Apr 29
Replying to @SoyGerardCortez
Kermosísssímooo! 😱

                                            1

**CansaMichi Polar** 🦄 @Bypech · Apr 29
Replying to @SoyGerardCortez
Faaaan ❤️💜

                                            1

**Sam Del Río Félix** @SamDelRioFelix · Apr 29
Replying to @SoyGerardCortez
La amé tanto

                                            1

**SANT** 🙂 @Sant_2222 · Apr 29
Replying to @SoyGerardCortez
Ella con su estilo old school la da muchisimo es una mujer muy versatil la amo mal

**Marcia** @BenFerMarci · Apr 29
Replying to @SoyGerardCortez
Y es que ella es muy "old school", yo le veo aires a lo Ava Gardner. Me encanta.

                                            3

**MAR Y KONCITO FORAJIDO** @LoLoMuoz · Apr 29
Replying to @SoyGerardCortez
HERMOSA PIEZA DE ARTE

**pepe** @lepopepo · Apr 29
Replying to @SoyGerardCortez
@maaluuuuuu

                        1                   1

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

Show replies

---

**Search Twitter**

## Relevant people

**Gerard Cortez**                    Follow
@SoyGerardCortez
Periodista de moda y cultura pop. TV Host y guionista. Amarás mi YouTube. No binarie. Inmigrante. Contacto Gerardcortez@gmail.com (El-he, ella-she, elle-they)

## What's happening

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Trending in California
**Dodger Stadium**
13.9K Tweets

Events · Trending
**Black Friday**
50.9K Tweets

Trending in United States
**Catherine**
26.3K Tweets

Music · Trending
**Slick Rick**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

## Left navigation

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

Tweet

Perkowski Legal P.C.
@c_perkowski

← Tweet

**Stranger Things Brasil**
@strangerbr

CANDIDS: Finn Wolfhard no Aeroporto Internacional de Los Angeles (LAX). Possivelmente indo para Atlanta gravar a 4ª temporada de Stranger Things!



4:20 AM · Oct 17, 2020 · Twitter for iPhone

**101** Retweets    **58** Quote Tweets    **2,097** Likes

### Relevant people

**Stranger Things Brasil**    Follow
@strangerbr

Sua melhor fonte de notícias sobre a série #StrangerThings no Brasil e no mundo! Para parcerias, nos chame na DM | Fan Account.

### What's happening

NFL · Yesterday
**Cowboys at Vikings**

Sports · Trending
**Charles Barkley**
2,432 Tweets

Entertainment · Trending
**Kang**
46.6K Tweets

Trending in California
**Dodger Stadium**
13.7K Tweets

Trending in United States
**#FifaInuBsc** 🌐 #JayTheNames
Trending with #Elated2022

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

💬 Tweet your reply    Reply

**day** @vocaljade · Oct 17, 2020
Replying to @strangerbr
então quem esta dos meninos gravando com a sadie? só o gaten e caleb? pq millie e noah nao estao

**emilly** @wolfhastyle_ · Oct 17, 2020
Replying to @vocaljade and @strangerbr
O Noah acho que tá na casa dele a millie tbm eu acho

Show replies

**Gustavo Collins** @CollinsGustavo · Oct 20, 2020
Replying to @strangerbr
Não sei vocês, mas quando lançar a 4ª temporada eu irei assistir tudo dnv, pra entrar no clima.

**Gaby schnapp** @Gabyschnapp1 · Oct 27, 2020
Replying to @strangerbr
Homem perfeito💚💜💜

**B™** @_Euzinha06 · Oct 17, 2020
Replying to @strangerbr
Pqpqp quando a Millie estiver no aeroporto, eu surto 😍

**abreu.** @EuUsoMascara · Oct 17, 2020
Replying to @strangerbr
Lindo

**ari** @mronncfly_ · Oct 17, 2020
Replying to @strangerbr
o cabelin!❤️💚

**eduarda in the box** @espacebts · Oct 17, 2020
Replying to @strangerbr
@millisbrave o cabelinho dele vey

**cat** @comicsbelova · Oct 17, 2020
Replying to @espacebts @vSerendipity_ and @strangerbr
MEU DEUS EU SOU MUITO BAITOLINHA POR ELE

**Mia goth** @willswrifter · Oct 17, 2020
Replying to @strangerbr
O finn nunca engorda né,queria ser assim

**isa** @tinistbae · Oct 17, 2020
Replying to @strangerbr
o cabelo dele 🤤

**Genevieve Skinner** @marsbars_jd · Oct 17, 2020
Replying to @strangerbr
❤️

**rissa!** 🎀 @ethxal · Oct 17, 2020
Replying to @strangerbr
pensei q era um skate na mão dele 😭😭

**caioedb** @caioedb · Oct 17, 2020
Replying to @strangerbr
nao sei se o que veio depois dessa foto é muito amigável

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

Show replies

— https://twitter.com/tender_DMJ/status/1578048108293914628 — at — 2022-11-20 14:26:47 -08:00



**Tweet**

←

Q Search Twitter

DAKOTA 💜💙
@tender_DMJ

···

Look at my baby girl 🥹



8:42 AM · Oct 6, 2022 · Twitter for iPhone

**2** Retweets  **75** Likes

   

 Tweet your reply

Reply

**Relevant people**

 DAKOTA 💜💙
@tender_DMJ

Follow

Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

**What's happening**

Formula 1 · This morning
**Abu Dhabi Grand Prix 2022**



**#Disenchanted** 👸
Original movie now streaming

▶ Promoted by Disney+

Trending in California

···

__ https://twitter.com/PopCrave/status/1577448354820947989 __ at __ 2022-11-20 14:29:31 -08:00 __

- Home
- # Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/ElAragueno/status/1451130257885519872 __ at __ 2022-11-22 07:19:13 -08:00 __

← **Tweet**

 **El Aragüeño**
@ElAragueno                                                     ···

Willow Smith y Avril Lavigne estrenan video -
elaragueno.com.ve/willow-smith-y...



3:16 AM · Oct 21, 2021 · Aragueno webs twitts

**3** Likes

Tweet your reply                                    Reply

## Relevant people

 **El Aragüeño**    **Follow**
@ElAragueno
EL PRIMER DIARIO DE ARAGUA. ¡50
años contando tu historia!

## What's happening

FIFA World Cup · 3 hours ago
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater**
Get tickets now - In theaters December 16
Promoted by Avatar

Entertainment · Trending                      ···
**Died Suddenly**
106K Tweets

Trending in United States                     ···
**Argentina**
Trending with #FIFAWorldCup 🏆 , Herve Renard

Trending in United States                     ···
#السعوديه_الارجنتين

1.26M Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 Perkowski Legal P.C.    ···
@c_perkowski

https://twitter.com/DakoholicsArg/status/1578068811703836680 __ at __ 2022-11-20 10:29:52 -08:00
Case 3:22-cv-09462-DMG-ADS   Document 23-2   Filed 03/13/23   Page 34 of 101   Page ID
#:3200

🔍 Search Twitter

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Dakota Johnson Argentina**
@DakoholicsArg

LINDA! Dakota fue fotografiada hoy (6/10) en el set de #MadameWeb en Boston.
#DakotaJohnson



11:16 AM · Oct 6, 2022 · Twitter for iPhone

**12** Retweets  **2** Quote Tweets  **77** Likes

Tweet your reply                                    Reply

**Dakota Johnson Argentina** @DakoholicsArg · Oct 6
Replying to @DakoholicsArg
Nuevas fotos de Dakota hoy (6/10) en el set de #MadameWeb en Boston.
#DakotaJohnson

💬 1    🔁 6    ♡ 19    ⬆

**Dakota Johnson Argentina** @DakoholicsArg · Oct 6
📷: @dakotajohnsonpt

💬    🔁    ♡ 3    ⬆

**Perkowski Legal P.C.**
@c_perkowski

**Relevant people**

**Dakota Johnson Arge…**
@DakoholicsArg                  **Follow**
Tu mejor y más actualizada fuente de
noticias e informacion sobre la actriz,
modelo, activista, productora y
directora Dakota Johnson en
Argentina.

**What's happening**

FIFA World Cup · 2 hours ago
**World Cup Qatar 2022: Opening
Ceremony**

**#Disenchanted** 🪄
Original movie now streaming
☑ Promoted by Disney+

Trending in California
**Shakira**
105K Tweets

Trending in California
**Elton John**
8,445 Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with First Kevin Conroy

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

 **Foochia - فوشيا** ✔
@foochia

···

ريهانا بإطلالة من "بالنسياغا x غوتشي" بقيمة 3000 دولار خلال
تناول العشاء برفقة حبيبها Asap Rocky في لوس أنجلوس

Translate Tweet



1:17 PM · Jan 12, 2022 · Hootsuite Inc.

**2** Retweets   **1** Quote Tweet   **3** Likes

💬          ⟲          ♡          ⬆

Ⓟ   Tweet your reply                    Reply

---

### Twitter sidebar

🏠 Home

#️⃣ Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

🗒 Lists

👤 Profile

⋯ More

**Tweet**

---

Q Search Twitter

**Relevant people**

 **Foochia - فوشيا** ✔      Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللباقة، ونتابع أخبار المشاهير والفن
والثقافة.

**What's happening**

Television · Yesterday
**The Walking Dead airing on AMC**



Trending in California                    ···
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Trending in United States                ···
**#AMAs** 🔥
4.33M Tweets

Trending in United States                ···
**Maher**
22K Tweets

Music · Trending                         ···
**#DavidoAt30**
63.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Ⓟ **Perkowski Legal P.C.**   ···
@c_perkowski




# Tweet

## best of margot
@badpostmargots

margot robbie, john david washington & christian bale on the set of david o. russell's upcoming movie



2:21 PM · Feb 8, 2021 · Twitter for iPhone

**104** Retweets   **37** Quote Tweets   **707** Likes

Tweet your reply                                **Reply**

**A** @_andrewt214 · Feb 8, 2021
Replying to @badpostmargots and @margotrobbie
3 of my favorite actors right there. Can't wait!
♡ 3

**Danny Robinson aka Art:Digital** @artjagman · Feb 9, 2021
Replying to @badpostmargots and @margotrobbie
In the first image, for some reason I'm seeing Zack Snyder, not Christian Bale, lol!

**Ale Hardy Sorceress** 🔴 @AleqCavill · Feb 8, 2021
Replying to @badpostmargots @HardBoiledFilms and @margotrobbie
The dream team working together can't wait to see the result on screen

♡ 5

## Relevant people



**best of margot**                      **Follow**
@badpostmargots
fan account posting updates & daily posts of the aussie goddess and academy award nominated actress, margot robbie

## What's happening

FIFA World Cup · LIVE
**England vs Iran**

Gaming · Trending
**3DS RAINBOW ROAD**

Gaming · Trending
**Maple Treeway**

Trending in United States
**New Week**
110K Tweets

Events · Trending
**LGBT**
207K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski



← **Tweet**

**Dakota Johnson Daily**
@Dakoholics

···

November 24: #DakotaJohnson and her goddaughter Ezer at Farmers Market in Los Angeles.

👤 Dakota Johnson Brasil

1:10 AM · Nov 25, 2019 · Twitter for Android

**18** Retweets    **84** Likes

Tweet your reply        Reply

🔍 Search Twitter

**Relevant people**

**Dakota Johnson Daily**    Follow
@Dakoholics
Fan account dedicated to actress, activist, director and producer Dakota Johnson.

**Dakota Johnson Brasil**    Follow
@DakotaJBRA
Sua primeira, maior e melhor fonte sobre a atriz e produtora Dakota Johnson no Brasil. E-mail para contato: contato@dakotajohnsonbrasil.com

**What's happening**

Television · 45 minutes ago
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Music · Trending
**Elton John**
4,796 Tweets

Trending in California
**Blocked**
125K Tweets

Sports · Trending
**#AEWFullGear**
Trending with Keith Lee

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
··· More

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski
···

__ https://twitter.com/inMARVEL_/status/1556058122657140737 __et __ 2022-11-19 21:43:53 -08:00

← **Tweet**



**inMARVEL** 🌟 **#MarvelStudios #Marvel #WakandaForever**
@inMARVEL_ ···

Nuevas imágenes de Dakota Johnson y Adam Scott en el set de la futura Madame Web 👀 ¿Por qué llevarán esa especie de uniforme policial? 🤔

#Sony #MadameWeb #SpiderMan #SonyPictures #Spiderverse #DakotaJohnson #AdamScott



4:22 PM · Aug 6, 2022 · Twitter for Android

4 Retweets  1 Quote Tweet  33 Likes

💬          🔁          ♡          ⬆

**P** Tweet your reply                    Reply

11:11 👧 **Make a wish!** @djend25 · Aug 7
Replying to @inMARVEL_
Paramedico

💬 1        🔁        ♡ 1        ⬆

**inMARVEL** 🌟 #MarvelStudios #Marvel #Waka...  @inMA... · Aug 8
Replying to @djend25
Sip, fallo mío 😅

💬        🔁        ♡        ⬆

**Relevant people**

**inMARVEL** 🌟 **#Marv...**     Follow
@inMARVEL_
Aquel que disfrute del contenido de Marvel Studios, si es digno, poseerá el poder de saber todo acerca del MCU. ¡Sígueme y sé un Nuevo Vengador! 👊🕷

**What's happening**

Television · 1 hour ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
📱 Promoted by Uber

Trending in United States
**HE'S BACK**
146K Tweets

Trending in United States
**#DreamersbyJungkook**
Trending with #FIFAWorldCup 🏆

Music · Trending
**JISOO**
Trending with #BLACKPINK 🖤🤍, Camila

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

🐦

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
🗒 Lists
👤 Profile
⊙ More

**Tweet**

**P** Perkowski Legal P.C.
@c_perkowski  ···

🔍 Search Twitter

— https://twitter.com/weloveharry_1dx/status/1347270661073498124 — at — 2022-11-22 08:35:45 -08:00 —

← **Tweet**

**katie** 🤸
@weloveharry_1Dx

i'm too touch starved for this



11:55 AM · Jan 7, 2021 · Twitter for iPhone

**1** Retweet  **5** Likes

Tweet your reply

Reply

## Relevant people

**katie** 🤸
@weloveharry_1Dx    Follow

jack's housewife

## What's happening

FIFA World Cup · LIVE
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
115K Tweets

Trending in United States
**Argentina**
Trending with Messi

Trending in United States
**#SeleccionMexicana** 🇲🇽
6,729 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

Case 3:22-cv-09462-DMG-ADS    Document 23-2    Filed 03/13/23    Page 41 of 101    Page ID #:3207



← Thread

**Próxcinemente** @proxcinemente · Mar 4, 2020

IMÁGENES DESDE EL SET DE "LOKI" 💥

Serie de Marvel Studios para Disney+ con Tom Hiddleston, Owen Wilson, Gugu Mbatha-Raw y Sophia DiMartino. #Loki

(1/2)

Vía: @JustJared

**Próxcinemente** @proxcinemente

(2/2)

9:30 PM · Mar 4, 2020 · Twitter for Android

Tweet your reply

Reply

**Relevant people**



**Próxcinemente** @proxcinemente  **Follow**

Todas las novedades en el mundo del séptimo arte. 🎬 I Creador: @chuyRM_93 I Contacto: proxcinemente@gmail.com

**What's happening**

Television · Last night
**Saturday Night Live airing on NBC**


**#Disenchanted** 👹
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending
**RIP JDF**
2,258 Tweets

Jungkook · Trending
**Jungkook**
Trending with Morgan Freeman, Ecuador

Trending in United States
**Jason David Frank**

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.** @c_perkowski

← **Tweet**

This Tweet is from an account that no longer exists. Learn more

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

▣ Lists

👤 Profile

⊙ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski   ...





← **Tweet**



**Foochia - فوشيا** ✔
@foochia

···

#أمل_كلوني تفقد توازنها وتكاد تقع في أحدث ظهور لها في مدينة نيويورك

#مشاهير #amalcloony

Translate Tweet



0:12  571 views

11:51 PM · Oct 30, 2019 · Hootsuite Inc.

**1** Retweet   **1** Quote Tweet   **2** Likes

💬            ⟲            ♡            ⬆

Ⓟ   Tweet your reply                    Reply

---

## Relevant people

   **Foochia - فوشيا** ✔    **Follow**
@foochia

موقع يهتم بشؤون وشجون المرأة العربية، منه تطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.

## What's happening

NBA · LIVE
**Kings at Grizzlies**



**#AvatarTheWayOfWater** 💧
Get tickets now – In theaters December 16
📣 Promoted by Avatar

Trending in United States          ···
**RIP Harold**

Trending in United States          ···
**#thankskillingwithart**
1,824 Tweets

Trending in United States          ···
**Princess of Wales**
19.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

   **Perkowski Legal P.C.** ···
@c_perkowski

🔍 Search Twitter

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

https://twitter.com/drayamichele/status/1452774413338828808 ... et ... 2022-11-21 00:23:53 -08:00
22-cv-09462-DMG-ADS   Document 23-2   Filed 03/13/23   Page 46 of 101   Page ID
#:3212



Peliconic ✓
@Peli_Comic

**Más Bucky**



12:26 PM · Sep 26, 2020 · Twitter for Android

**79** Retweets   **1** Quote Tweet   **2,088** Likes

Perkowski Legal P.C.
@r_perkowski

Tweet your reply                    Reply

Julio Pixie 🇲🇽 Navideño @DorisalesPa · Sep 26, 2020
Replying to @Peli_Comic
El brazo de las pajas

---

Jesus Enrique #BlackPantherWakan... @JesusEn32... · Sep 26, 2020
Replying to @Peli_Comic

GIF   ALT                                    ♡ 4

---

Jesus Enrique #BlackPantherWakan... @JesusEn32... · Sep 26, 2020
Replying to @Peli_Comic

¿Bromeas?  Es un papucho
GIF   ALT                                    ♡ 2

---

Viviana Melendez @Viviana31547752 · Sep 26, 2020
Replying to @JesusEn32761933 and @Peli_Comic
Jajajaa jasi se dice en español)

---

🦋 friz 🌸💜 @Sunriski_chan · Sep 26, 2020
Replying to @Peli_Comic
Papuchón💜💜💜

---

pp rguez @rguez.pp · Sep 26, 2020
Replying to @Peli_Comic
Extraño su tatuaje de Patricio... 😂😂😂😂

---

Philipp @Philipp_Cocu84 · Sep 26, 2020
Replying to @Peli_Comic

A mi se me hace
que eres marica
GIF   ALT                                    ♡ 1

---

Viviana Melendez @Viviana31547752 · Sep 27, 2020
Replying to @Philipp_Cocu84 and @Peli_Comic
Sdd

---

Braian Verdun @BraianVerdun · Sep 26, 2020
Replying to @Peli_Comic
Bromeas es un Papucho, su cara parece tallada por los mismos Angeles

---

Sañl @Sam19902 · Sep 27, 2020
Replying to @Peli_Comic
Espero lo veas @Peli_Comic , un buen domingo . La brujita como Marilyn
Monroe 😘 ups 😘



---

Viviana Melendez @Viviana31547752 · Sep 27, 2020
Replying to @Sam19902 and @Peli_Comic
Hazhaaaa

---

𝓓𝓨𝓞𝓖𝓞 @harabtvn · Sep 26, 2020
Replying to @Peli_Comic
Nunca será suficiente

---

Pao 🌸 @panarb_ · Sep 26, 2020
Replying to @Peli_Comic
Ayeeeeeeeeee!

---

angel @angeldtitter · Sep 26, 2020
Replying to @Peli_Comic
Bromeas? Es un papucho, su cara parece tallada por los mismos angeles

---

Asking @Asking3200069H · Sep 26, 2020
Replying to @Peli_Comic
Todos dicen lo guapo que está, pero yo me pregunté! Porque Bucky tiene
un brazo diferente y porque ella no me ama?

---

RetrO @Ncrmad1819 · Sep 27, 2020
Replying to @Peli_Comic
Una super serie la que viene coñiooooo

---

Mitchell.Maret1942 @maret1942 · Sep 26, 2020
Replying to @Peli_Comic
Es un papucho

---

Kryptonian GeekⓈⒺ #RestoreTheSnyd... @perdrihal... · Sep 26, 2020
Replying to @Peli_Comic
este es mi verdadero soldado del invierno

Relevant people

Peliconic ✓
@Peli_Comic                          Follow
Youtuber. Noticias, opiniones y teorías
geek. Vivo en cómic 📚 | Contacto:
peliconic@gmail.com | Instagram:
ces_monge | TUVE FE ⚡

What's happening

FIFA World Cup · This morning
Mexico vs Poland

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
Marvel
61.7K Tweets

Trending in California
Chicharito
7.553 Tweets

Entertainment · Trending
James Woods
1.716 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More
© 2022 Twitter, Inc.

___https://twitter.com/ScreenMix/status/131558039318373709___ai __2022-11-30 22:37:40 -08:00
22-cv-09402-DMG-JDE   Document 23-2   Filed 03/13/23   Page 48 of 101   Page ID
#:3214



__ https://twitter.com/FueraPlano/status/1305609550087598544 __ at __ 2022-11-20 22:28:39 -08:00

← **Thread**



Fuera de Plano 🎬🇦🇷 @FueraPlano · Sep 14, 2020

Georges St-Pierre volverá a interpretar a Batroc en 'Falcon and The Winter Soldier'.

💬 1

Fuera de Plano 🎬🇦🇷
@FueraPlano

Imágenes del actor en el set de la serie.
#FalconandtheWinterSoldier

1:49 PM · Sep 14, 2020 · Twitter for iPhone

1 Like

Tweet your reply                          Reply

Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

**Relevant people**

Fuera de Plano 🎬🇦🇷    Follow
@FueraPlano
Amantes del cine y las series. Noticias,
recomendaciones, reseñas, sorteos y
más! Twitch: twitch.tv/fueradeplanoli...

**What's happening**

NFL · 2 hours ago
Chiefs at Chargers



#Disenchanted 🧙
Original movie now streaming
Promoted by Disney+

Music · Trending
#BLACKPINK_WORLDTOUR
57.4K Tweets

Trending in United States
Bob Iger
Trending with Disney, Chapek

— https://twitter.com/KollegeKidd/status/1287189791843340288 — at — 2022-11-21 13:36:30 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-2    Filed 03/13/23    Page 50 of 101    Page ID #:3216



← **Thread**

**Kollege Kidd** ✓
@KollegeKidd

···

Kanye West entered Emergency Room at a hospital near his Wyoming ranch



5:55 PM · Jul 25, 2020 · Twitter for iPhone

20 Retweets    6 Quote Tweets    76 Likes

💬              🔁              ♡              ⬆️

 Tweet your reply                                    Reply

**Kollege Kidd** ✓ @KollegeKidd · Jul 25, 2020          ···
Replying to @KollegeKidd
Read Full Story Here: bit.ly/3hCfdDM

💬          🔁          ♡ 1          ⬆️

**Show more replies**

---

🏠 Home

# Explore

🔔 Notifications ①

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

**Perkowski Legal P.C.**          ···
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

**Kollege Kidd** ✓          Follow
@KollegeKidd

Leader of the New Skool | Subscribe To Youtube.com/KollegeKidd | Follow On IG: Instagram.com/kollegekidd Email info@kollegekidd.com for inquiries.

**What's happening**

FIFA World Cup · 5 minutes ago
**USA vs Wales**

Trending in United States          ···
**Tampax**
7,524 Tweets

Trending in California          ···
**Dodger Stadium**
14.1K Tweets

Video games · Trending          ···
**Sin Kiske**
2,134 Tweets

Trending in United States          ···
**Mendy**
88.1K Tweets

**Show more**

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

https://twitter.com/jay_z_daily/status/1413484757854343170 _ _ at _ _ 2022-11-21 09:49:15 -08:00

← **Tweet**

**JAY-Z Daily**
@JAY_Z_Daily ···

JAY-Z was spotted stepping out of the Roc Nation offices in New York City on Thursday



👤 Mr. Carter

6:06 AM · Jul 9, 2021 · Twitter Web App

**30** Retweets    **10** Quote Tweets    **256** Likes

💬    🔁    ♡    ⬆️

🅿️  Tweet your reply                          **Reply**

**Jeffrey Fermin | Building Startups in Mi...** ✅ @JeffFe... · Jul 9, 2021
Replying to @JAY_Z_Daily and @sc
I love the evolution from flashy to plain clothes.

Though I do miss seeing people, including Jay in football/basketball jerseys and some jean shorts

💬        🔁        ♡        ⬆️

**Phemelo** 🇧🇷 @waserongoane · Jul 9, 2021
Replying to @JAY_Z_Daily and @sc
Shawn Carter. 🙌🏿

💬        🔁        ♡        ⬆️

**Interested** @finenfree10 · Jul 11, 2021
Replying to @JAY_Z_Daily and @sc
He supposed to

💬        🔁        ♡        ⬆️

**Christian** @Christi94713187 · Jul 9, 2021
Replying to @JAY_Z_Daily and @sc
😊👌

💬        🔁        ♡        ⬆️

**One brick a day.** @aa_albrecht · Jul 9, 2021
Replying to @JAY_Z_Daily and @sc
Baba 🐐

💬        🔁        ♡        ⬆️

**PLAYMAKEROFTHEYEAR™** 🏆🥇... @TONYSTACKSY... · Jul 9, 2021
Replying to @JAY_Z_Daily and @sc
Big Hov

💬        🔁        ♡        ⬆️

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

🅿️ **Perkowski Legal P.C.** ···
@c_perkowski

🔍 Search Twitter

**Relevant people**

**JAY-Z Daily**
@JAY_Z_Daily                    **Follow**
JAY-Z fan account || Follow and turn on post notifications || Backup 👉 @JAY_Z_Daily2

**Mr. Carter** ✅
@sc                             **Follow**

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**



Trending in California
**Dodger Stadium**
14.2K Tweets                     ···

Sports · Trending
**Billy Wagner**                  ···

Trending in United States
**Senegal**
Trending with De Jong, #SENNED   ···

Trending in United States
**Hive**
89.1K Tweets                      ···

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

_ https://twitter.com/larrydetetive/status/1346183766759399424 _ at _ 2022-11-22 07:37:17 -08:00 _

← **Tweet**

This Tweet is from a suspended account. Learn more



**Bia** @ops_biankaa · Jan 4, 2021
Replying to @larrydetetive
Nem a máscara consegue esconder a beleza desse homem

♡ 8

**Ana. FITF** @louistsun_91 · Jan 4, 2021
Replying to @larrydetetive
Kkkkkkkkkkk 😴

**Thay** 🍫 @rockyxme · Jan 4, 2021
Replying to @larrydetetive
@AlineAcioli6

💬 1

**💤 @Axyl_Brave** · Jan 4, 2021
Replying to @rockyxme and @larrydetetive
File mignon ainda kkkkkkk



**Perkowski Legal P.C.**
@c_perkowski    ...

https://twitter.com/bso/status/1522045695088525312 __ el __ 2022-11-21 22:05:35 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-2    Filed 03/13/23    Page 53 of 101    Page ID #:3219

← **Tweet**



**Robert Littal BSO** ✔
@BSO

Here Are The Pics Of The Gun Knife Isaiah Lee Tried To Use On Dave Chappelle Before Getting Stomped Out By Busta Rhymes and Jamie Foxx (Video-Pics) bit.ly/38Pl8Gj via @BasketballGuruD



7:49 PM · May 4, 2022 · BSO Alert

**9** Retweets   **1** Quote Tweet   **24** Likes

Tweet your reply    **Reply**


**Perkowski Legal P.C.**
@c_perkowski

**The Voice of One!** @jeolmoz2 · May 5
Super Follower
Replying to @BSO and @BasketballGuruD
😂

> **The Pettiest Laker Fan** 😤 @ThePettiestLA · May 5
> This is the funniest video on the Dave Chappelle situation 🤣
>
> 

**E™** @EzekielCaselton · May 4
Replying to @BSO and @BasketballGuruD
This could've been badddd

**BCF** @MFEnriqueBK · May 4
Replying to @BSO and @BasketballGuruD
Play stupid games, win stupid prizes. Glad I. Lee got stomped out like Mojo Jojo from Powerpuff Girls.

**Relevant people**

**Robert Littal BSO** ✔
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML    **Follow**

**The Daniel Bell©**
@BasketballGuruD
Thunder Beat Reporter For @BSO | Contributor for the @FranchiseOK | A lot of sports tweets | dbell3220@icloud.com    **Follow**

**What's happening**


NFL · 1 hour ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
66.8K Tweets

Trending in United States
**Dreamers MV**
161K Tweets

Sports · Trending
**Ty Lue**

Trending in United States
**#ATEEZinAtlanta_Day1**

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More •••
© 2022 Twitter, Inc.



__ https://twitter.com/ClickySound/status/1236372739293839380 __ at __ 2022-11-20 10:25:42 -08:00 __

← **Tweet**

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**


**Clicky Sound**
@ClickySound
···

[clickysound.com/joe-jonas-feel...](clickysound.com/joe-jonas-feel...)  Joe Jonas got a little handsy with pregnant wife Sophie Turner while strolling through Los Angeles Friday.



11:26 AM · Mar 7, 2020 · Clicky Sound


Tweet your reply

Reply

**Relevant people**


**Clicky Sound**
@ClickySound
Follow
Photography at its Best!

**What's happening**

FIFA World Cup · 2 hours ago
**World Cup Qatar 2022: Opening Ceremony**


**#Disenchanted** 🧚
Original movie now streaming
▶ Promoted by Disney+

Entertainment · Trending
**Morgan Freeman**
168K Tweets
···

Only on Twitter · Trending
**Rest in Power**
13.2K Tweets
···

Trending in United States
**#QATECU**
99K Tweets
···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski   ···

← **Tweet**

Q Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 **El Aragüeño**
@ElAragueno

···

Fotos del rodaje de "Ms. Marvel" revelan el traje de Kamala Khan - is.gd/cPn0XF #EnLaButaca





2:20 PM · May 9, 2021 · TweetDeck

**1** Like

**Relevant people**

 **El Aragüeño**
@ElAragueno            Follow

EL PRIMER DIARIO DE ARAGUA. ¡50 años contando tu historia!

**What's happening**

FIFA World Cup · 44 minutes ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States      ···
**Chicharito**
4,606 Tweets

Trending in United States      ···
**#coinology**
4,207 Tweets

Trending in California      ···
**Mexicans**
12.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/alexafiles/status/1313478890036304192 __ul__ 2022-11-22 08:07:02 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-2    Filed 03/13/23    Page 57 of 101    Page ID
#:3223



← **Tweet**

🔍 Search Twitter

🐦

🏠 Home

#️⃣ Explore

🔔 Notifications ①

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

---

**Relevant people**

🖼️ best of alexa demie
@alexafiles                    **Follow**

First and most reliable source about
Alexa Demie. Posting updates, videos,
pictures, gifs, and more. Euphoria
season 2 out now on HBO. Fan
account.

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**    

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
110K Tweets

Trending in United States
**Argentina**
Trending with Vamos Mexico, Tunisia

Trending in California
**Mexico City**
25.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🖼️ best of alexa demie
@alexafiles    ···

### Alexa Demie in Miami



6:58 AM · Oct 6, 2020 · Twitter for iPhone

**573** Retweets   **193** Quote Tweets   **6,294** Likes

💬   🔁   🤍   ⬆️

P  Tweet your reply    **Reply**

paula con P de patrona @Oye_Paulis · Oct 6, 2020
Replying to @alexafiles
@abrilsuki

💬 1    🔁    🤍 1    ⬆️

Ximenita 🦋 @abrilsuki · Oct 6, 2020
Replying to @Oye_Paulis and @alexafiles
Gracias por esta foto de mi novia

💬    🔁    🤍 1    ⬆️

lily ✿ @FUCKTY2ER · Oct 6, 2020
Replying to @alexafiles
i didn't know photo quality was so good back in the 80s!

💬    🔁    🤍 23    ⬆️

cruz @joshuacruzg · Oct 6, 2020
Replying to @alexafiles
@ElisaOlguin4 anda vacacionando

💬 1    🔁    🤍 1    ⬆️

who's jules @ElisaOlguin4 · Oct 6, 2020
Replying to @joshuacruzg and @alexafiles
Mi bb hermosa <3

💬    🔁    🤍    ⬆️

Lando @Lando_WL_ · Oct 6, 2020
Replying to @alexafiles
@JohnDavidCas @carlitosgueyyy RENT FREE

💬    🔁    🤍    ⬆️

' @lexiesdavis · Oct 6, 2020
Replying to @alexafiles
When was this?

💬 2    🔁    🤍 7    ⬆️

safia @hcwrudeofme · Oct 6, 2020
Replying to @lexiesdavis and @alexafiles
lol a couple days ago

💬    🔁    🤍 1    ⬆️

Moo💋 @Mukleopatra · Oct 6, 2020
Replying to @alexafiles
(Colorized)

💬    🔁    🤍    ⬆️

Marc 🇩🇪🇲🇽 @Splashford · Oct 6, 2020
Replying to @alexafiles and @30isGod
LMAOOO was about to tag you, then realized oh he got a girl now and then
saw you rtd 😭

💬    🔁    🤍    ⬆️

Perkowski Legal P.C.  ···
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 23-2    Filed 03/13/23    Page 58 of 101    Page ID #:3224

← **Tweet**



_Geek.Brasil_
@_MarvelBrasil_

···

🚨 Alô? Novas imagens das gravações de #MadameWeb confirma a existência de alguma versão do Homem-Aranha no filme.

Translate Tweet



10:34 AM · Oct 6, 2022 · Twitter for Android

**2** Likes

    

Tweet your reply                    Reply

### Search Twitter

**Relevant people**



_Geek.Brasil_
@_MarvelBrasil_                    Follow

Tudo sobre marvel, dc e o mundo geek. -Venha conhecer nossa página.

**What's happening**

Television · Last night
**Saturday Night Live airing on NBC**





#Disenchanted 👹
Original movie now streaming
▶ Promoted by Disney+

Trending in California                    ···
**Rest In Peace**
39.6K Tweets

Trending in California                    ···
**Shakira**
106K Tweets

Trending in United States                    ···
**Qatar**
Trending with  Enner Valencia, Morgan Freeman

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**#** Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
▤ Lists
👤 Profile
··· More

**Tweet**

Perkowski Legal P.C.    ···
@c_perkowski

— https://twitter.com/PMaratonando/status/1350853123095539717 — et — 2022-11-20 14:03:18 -08:00

**Thread**

← Thread

**Maratonando News 🇺🇦**
@PMaratonando

GRAVAÇÕES A TODO VAPOR ! 🎥

O site Just Jared divulgou diversas novas imagens das gravações de 'Homem-Aranha 3'. Nas imagens podemos ver Tom Holland, Zendaya e até o irmão do ator, Harry Holland.

Via : @JustJared
#HomemAranha3  #SpiderMan3  #Marvel

Translate Tweet



9:10 AM · Jan 17, 2021 · Twitter for Android

1 Retweet   1 Like

Tweet your reply                                    Reply

**Maratonando News 🇺🇦** @PMaratonando · Jan 17, 2021
Replying to @PMaratonando
Segundo a descrição do Just Jared, a MJ e o Ned estão trabalhando nessa loja de donuts. O Peter teria ido lá convidar a MJ pra dar uma volta e pedir um café.

1

## Relevant people

**Maratonando News 🇺🇦**        Follow
@PMaratonando
Tudo sobre o mundo do cinema, séries e games 🎬🕹️ Sigam nossos ADMs 👍🏻👍🏻 @1991Philipe 🕷️ @rayssajoy 🕷️

**JustJared.com** ✓          Follow
@JustJared
Your #1 Entertainment Authority Also follow @jaredeng @justjaredjr

## What's happening

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 💄
Original movie now streaming
📺 Promoted by Disney+

Trending in California
**Rest In Peace**
55.9K Tweets

Only on Twitter · Trending
**Rest in Power**
26.1K Tweets

Trending in United States
**LGBTQ**
Trending with Colorado Springs, #ClubQ

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

CV-09462-DMG-ADS Document 23-2 Filed 03/13/23 #3226

# Thread

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

**Jennifer Lawrence Updates** @JenniferUpdates

### Jennifer Lawrence looking stunning in NYC recently



1:01 PM · May 22, 2021 · Twitter for iPhone

**121** Retweets  **37** Quote Tweets  **1,750** Likes

Tweet your reply      Reply

**Jennifer Lawrence Updates** @JenniferUpdates · May 22, 2021
Replying to @JenniferUpdates
Via:

justjared.com
Jennifer Lawrence Bares Her Midriff During Weeke...
Check out the new photos...

4

**Ahmad Zahir Khan** @zkl36 · May 23, 2021
Replying to @JenniferUpdates
Well you are the special creation of God ,an enigma ,you even wear tattered clothes you look stunning like simple attire in Winter Bones I loved you most in that movie
1    2

**#SSOSS** @barbsstella · May 23, 2021
Replying to @JenniferUpdates
No mask?
1

**Azmaria** @Azmaria45388177 · May 24, 2021
Replying to @barbsstella and @JenniferUpdates
She's outside and it's around her wrist 😊

**Currently in My Obsessed with Tang ...** @RafaSem... · May 22, 2021
Replying to @JenniferUpdates



GIF   ALT
1    1

**marc draayers** @DraayersMarc · May 23, 2021
Replying to @JenniferUpdates
Hottest woman ever 😍
1

**Mario Valdez Armenta** @MarioValdezArm1 · May 23, 2021
Replying to @JenniferUpdates
woow ya are really beautiful ... !!!
1

**Алексей Куценко** @0BL1eilLqK66vrel · May 29, 2021
Replying to @JenniferUpdates
Jennifer you❤ my dream

**The Web Slinger** @WebAriel17 · May 22, 2021
Replying to @JenniferUpdates
Why is she in my Hometown

**MooN | Daisy Johnson** 💜 @quakeisahero · May 22, 2021
Replying to @JenniferUpdates
our beautiful mystique! ❤
4

**Steve Scorpion Drewry Ross** @DarkDrewry · May 22, 2021
Replying to @JenniferUpdates
very beautiful ❤❤❤
2

**Star De Souza** @StarDeSouza1 · May 23, 2021
Replying to @JenniferUpdates
Stunning
1

**F R O G · & · R O L L . the @sski...** @FROGROLLthe... · May 22, 2021
Replying to @JenniferUpdates
lekker ding!

Show additional replies, including those that may contain offensive content      Show

Search Twitter

**Relevant people**

Jennifer Lawrence Up...  Follow
@JenniferUpdates
Your most reliable fan account for Academy Award winner Jennifer Lawrence since 2012. Not affiliated with Jen or her team.

**What's happening**

FIFA World Cup · LIVE
USA vs Wales

Trending in United States
1-0 USA
15.7K Tweets

Trending in California
LETS GOOOODO
3,299 Tweets

Trending in United States
WHAT A GOAL
38.1K Tweets

Trending in California
Telemundo
7,393 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More
© 2022 Twitter, Inc.

__ https://twitter.com/live1dnews/status/1356377404863819590 __ et __ 2022-11-22 09:04:59 -08:00



← **Tweet**



Foochia - فوشيا ✔
@foochia

التقطت عدسات البابارتزي صوراً لجاستن بيبر مع زوجته هايلي
أثناء تواجدهما في أحد مطاعم لوس أنجلوس

#فوشيا #جاستن_بيبر #justinbeiber #justinbieber #jb
#hailybeiber #like #justin

Translate Tweet



3:01 AM · Aug 18, 2020 · Hootsuite Inc.

**1** Retweet   **5** Likes

💬          🔁          ♡          ⬆️

Ⓟ   Tweet your reply                    Reply

## Search Twitter

### Relevant people

 Foochia - فوشيا ✔    **Follow**
@foochia

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللباقة، ونتابع أخبار المشاهير والفن
والثقافة.

### What's happening

Television · Last night
**Saturday Night Live airing on NBC**



**#Disenchanted** 🪄
Original movie now streaming
📣 Promoted by Disney+



Only on Twitter · Trending
**Rest in Power**
13K Tweets

Trending in California
**Shakira**
105K Tweets

Trending in United States
**#QATECU**
98.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 Perkowski Legal P.C. ···
@c_perkowski

https://twitter.com/RNavyBrazil/status/1506813361572528130_...et_...2022-11-21 08:58:53 -08:00

← Tweet

**Rihanna Navy Brasil | Fan Account**
@RNavyBrazil

ANJO. 

Rihanna hoje (23) em Los Angeles.

Translate Tweet



7:01 PM · Mar 23, 2022 · Twitter for Android

**231** Retweets   **87** Quote Tweets   **2,923** Likes

Tweet your reply                                    Reply

**jujuru vibes** @desaf0go · Mar 24
Replying to @RNavyBrazil
um neném com outro neném na barriguinha 🥺🥺🥺
♡ 1

**.** @baadgalfenty · Mar 23
Replying to @RNavyBrazil
Meu Deus que perfeita 😍

**madu** @maducaamara · Mar 23
Replying to @RNavyBrazil
princesa dnssss 😍😍😍

**mileny linda👸🏻** @abestada____· Mar 23
Replying to @RNavyBrazil
Rihanna flagrada na avenida Paulista 🤍

**Elza A.K.A lady caiçara** @heeyelza · Mar 23
Replying to @RNavyBrazil
Enfim usando tênis
♡ 13

**Brene** @BoyFentyRude · Mar 23
Replying to @RNavyBrazil
Meu amorrr

**Leandro Machado** @OLeandroMachado · Mar 23
Replying to @RNavyBrazil
Ela indo pegar o uber para o aeroporto!!! Ta vindooo!
♡ 4

**jsa** @xbell4aaais · Mar 23
Replying to @RNavyBrazil
ela já tá aqui? 😬

**/riz || 🩸 De Sangue e Cinzas / H.P. 7** @bygranaa_ · Mar 23
Replying to @RNavyBrazil
O sapatinho 👟👟

**Alan Assis** @alanassis_25 · Mar 23
Replying to @RNavyBrazil
Diz que ela já chegou vai . Tô com a roupa pronta

**anselmo** @myalleyways · Mar 23
Replying to @RNavyBrazil
@xaviiercatarina vai atrás dela agora
♡ 1

**filho da rihanna** @lucuuceta · Mar 23
Replying to @RNavyBrazil
o bucho de milhões

**.** @BBaseado · Mar 23
Replying to @RNavyBrazil
mentira, essa foto é em sp
♡ 1

**coquinha🍼** @littlefreakys · Mar 23
Replying to @RNavyBrazil
comprando o suquinho pra trazer no avião pro br ❤️

https://twitter.com/ShawnMendesBRA/status/1290105633073594370__el___2022-11-21 15:17:45 -08:00
22-cv-09462-DMG-ADS   Document 23-2   Filed 03/13/23   Page 64 of 101   Page ID
#3230



Shawn Mendes Brasil
@ShawnMendesBRA

**O QUE SERÁ? Shawn fez uma nova tatuagem** 👀

Translate Tweet

7:02 PM · Aug 2, 2020 · Twitter Web App

70 Retweets   52 Quote Tweets   859 Likes

Tweet your reply                                    Reply

b @fallinallinluan · Aug 2, 2020
Replying to @ShawnMendesBRA
meu deus tu curiosa demais

serxia 🖤 @sycoptz · Aug 2, 2020
Replying to @ShawnMendesBRA
Ok, mas e essa aqui... Já tinha e eu não lembro ou??

                                            2              4

Shawn Mendes Brasil @ShawnMendesBRA · Aug 2, 2020
Replying to @sycoptz
Ele fez esses dias pra a irmã dele!

    Shawn Mendes Brasil @ShawnMendesBRA · Jul 26, 2020
    Shawn Mendes fez uma nova tatuagem em homenagem a sua irmã
    Aaliyah ❤

                    1                       5

breno @track7breno · Aug 2, 2020
Replying to @ShawnMendesBRA
o nome do álbum

sealj @lovedbyem · Aug 2, 2020
Replying to @ShawnMendesBRA
"camila cabello" gostaram?
                            1              8

fanir @cliqcabello · Aug 2, 2020
Replying to @ShawnMendesBRA
é falta de banho mesmo amgs
                            1              21

João Rodrigues @John_vic1999 · Aug 3, 2020
Replying to @ShawnMendesBRA
"Aaliyah forever" kkhkkj

out of ray's sistem ✨✨ @ray2itpwk · Aug 3, 2020
Replying to @ShawnMendesBRA
acho que ta escrito "cadelinha da camila"

lais. WONDER! @raulwonder · Aug 2, 2020
Replying to @ShawnMendesBRA
meu deus

acai.° 🌈 @wtfalling96 · Aug 2, 2020
Replying to @ShawnMendesBRA
eu vendo os comentários achando que era a única que tinha visto o nome
da camila🌈🌈🌈
                            1              2

isaah @shawnhatetomate · Aug 2, 2020
Replying to @ShawnMendesBRA
Ela faz o mistério delah

Isis Caroline @isis00068831 · Aug 2, 2020
Replying to @ShawnMendesBRA and @whymendexxc
🤨

Anaaaa @AnaClaudiaCan9 · Aug 2, 2020
Replying to @ShawnMendesBRA
Parece q é a Camila Cabello, mas eu tenho para mim, que é pai e mãe...

1234Qjdieksndns @Duda1090051 · Aug 2, 2020
Replying to @ShawnMendesBRA
Man eu não enxergo nada, acho que vou ter que começar a usar óculos

duda** 🙏🙏🙏 @lostmilas · Aug 2, 2020
Replying to @ShawnMendesBRA
parecia começar com w 😔
                            2

senhorita do nordeste @shawnnordeste · Aug 2, 2020
Replying to @ShawnMendesBRA
meu deusssssss
                            2

🔍 Search Twitter

**Relevant people**

Shawn Mendes Brasil          Follow
@ShawnMendesBRA
Sua primeira, maior e principal fonte
sobre o cantor Shawn Mendes no
Brasil e na América Latina! | Fan
Account | UMG

**What's happening**

NFL · Yesterday
Cowboys at Vikings

Sports · Trending
**Mexico City**
13.2K Tweets

Entertainment · Trending
**Julia Fox**
8.386 Tweets

Trending in United States
**#JusticeForQuinton**

Trending in United States
**Derrick Rump**
4.723 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/beyoncebrasil/status/1556250199286337536 __el__ 2022-11-21 05:53:08 -08:00
Case 3:22-cv-09462-DMG-ADS   Document 23-2   Filed 03/13/23   Page 65 of 101   Page ID #:3231

Beyoncé Brasil (Fan Account)
@beyoncebrasil

Kendrick Lamar, Donald Glover, Janelle Monáe, Tina Knowles e outros estavam entre os convidados da festa de lançamento do #RENAISSANCE dada por Beyoncé, na sexta-feira.

Translate Tweet




BEYONCÉ and 2 others

5:05 AM · Aug 7, 2022 · Twitter Web App

14 Retweets    2 Quote Tweets    366 Likes

Beyoncé Brasil (Fan Account) @beyoncebrasil · Aug 7
Replying to @beyoncebrasil



BEYONCÉ and 2 others
1        3        82

Rafael Alves @eurafalves · Aug 7
Replying to @beyoncebrasil @Beyonce and 2 others
Pq a tina tá com uma etiquetadora na mão?

Cacia Sarai @CaciaSarai · Aug 8
Replying to @beyoncebrasil @Beyonce and 2 others
e a kelis? 😂
1

Aysha @a_lu95 · Aug 8
Replying to @CaciaSarai @beyoncebrasil and 3 others
😂 polêmica

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

**Relevant people**

Beyoncé Brasil (Fan A...    Follow
@beyoncebrasil
O portal de fãs da cantora norte-
americana, Beyoncé. Confira as
últimas notícias, fotos e vídeos!
#BEYHIVE | Contate-nos:
equipe@beyoncebrasil.com

BEYONCÉ ✔    Follow
@Beyonce
act i RENAISSANCE out now

Kendrick Lamar ✔    Follow
@kendricklamar
@pglang



What's happening

FIFA World Cup · LIVE
England vs Iran

Trending in United States
England
Trending with #ENGIRN, Saka

Entertainment · Trending
Negan
10.2K Tweets

Politics · Trending
Tragically
16.4K Tweets

Music · Trending
Elton John
Trending with Dodger Stadium, #EltonFarewellTour

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/RihannaNoBrasil/status/1506848744445974022 ___ et ___ 2022-11-22 01:07:35 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-2   Filed 03/13/23   Page 66 of 101   Page ID #:3232

🔍 Search Twitter

**Relevant people**



Rihanna.com.br ⚓
@RihannaNoBrasil

Rihanna.com.br ⚓ **Follow**
@RihannaNoBrasil

Rihanna.com.br is a genuine and
registered fansite, made by fans.
Fã-clube e portal de notícias brasileiro
sobre a cantora Rihanna. Online desde
2008. 💎

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Rihanna fez compras em uma loja de presentes em Los
Angeles ontem (23). 👀🙇😍
Translate Tweet





9:21 PM · Mar 23, 2022 · Twitter for Android

**What's happening**

FIFA World Cup · Starts at 6:00 PM
**Argentina vs Saudi Arabia**

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
☑ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in United States
**Argentina**
Trending with Messi

Trending in California
**Mexicans**
7,045 Tweets

Show more

Perkowski Legal P.C. ···
@c_perkowski

24 Retweets   8 Quote Tweets   502 Likes

Tweet your reply   **Reply**

**Belonved** @theloves_mandy · Mar 23
Replying to @RihannaNoBrasil
Os pés dela agradecendo ela tá sem salto
💬   ⟲   ♡ 1   ⬆

**Malu** @malujwdd · Mar 24
Replying to @RihannaNoBrasil
Finalmente a gata tá de tênis, coitados dos pés dela
💬   ⟲   ♡   ⬆

**o amor vigora** 💙 🎀 🇯🇲 @glandebrilhante · Mar 23
Replying to @RihannaNoBrasil
Finalmente a negona de tênis 🙏
💬   ⟲   ♡   ⬆

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

**JustFreshKicks**
@JustFreshKicks ···

Travis Scott x Fragment x Air Jordan 1 High? 🌵⚡



10:46 PM · Feb 16, 2021 · TweetDeck

**42** Retweets  **6** Quote Tweets  **454** Likes

**Tweet your reply**    Reply

**Omar Sanchez** @OmarSan98620865 · Feb 16, 2021
Replying to @JustFreshKicks
Which ones will be f&f though? Or none?
♡ 1

**Dr.Shoe** 👟 @DrStrangeShoe · Feb 16, 2021
Replying to @JustFreshKicks
His daughter will never feel the pain of failing in SNKRS.
♡ 9

**Jessey** @Jesseymedina · Feb 16, 2021
Replying to @JustFreshKicks
🤔

♡ 4

**Jow Peach** @JowPeach · Feb 17, 2021
Replying to @JustFreshKicks
Want!

**Ghianpy** @Ghianpy · Feb 16, 2021
Replying to @JustFreshKicks
Hype on these just doubled
♡ 5

**SoleSTL** @SoleSTL · Feb 16, 2021
Replying to @JustFreshKicks
definitely
♡ 1

**Relevant people**


**JustFreshKicks**
@JustFreshKicks   Follow
Sneaker news, release dates, launch links, restock alerts & more. Also tracking consoles. Links may be affiliated. Turn notifications ON 🔔

**What's happening**

FIFA World Cup · 4 hours ago
**Mexico vs Poland**

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Celebrities · Trending
**Tom Hanks**
7,394 Tweets

Trending in California
**Lucas**
151K Tweets

Trending in California
**Chicharito**
6,613 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Perkowski Legal P.C.**
@c_perkowski  ···

Search Twitter



← **Tweet**

Search Twitter

 **BTS ARMY Türkiye - DREAMERS - INDIGO** 💙💜
@bangtantr

**Relevant people**

 **BTS ARMY Türkiye - ...**    Follow
@bangtantr

Bangtan Boys @BTS_twt adına açılmış
Türk Fan Sayfasıdır | Turkish Fan Page
Dedicated to Bangtan Boys @BTS_twt
#BTS | W.I.N.G. Member

[220623] #Jimin'in en sevdiği filmlerden biri olan The
Notebook filminin başrolü Ryan Gosling, kadrosunda
yer aldığı Barbie filminde #Jimin'in "Permission To
Dance" müzik videosunda giydiği kombinin neredeyse
aynısını giyiyor.

cr. JiminGlobal

Translate Tweet



7:37 AM · Jun 23, 2022 · Twitter for Android

**29** Retweets    **5** Quote Tweets    **478** Likes

**What's happening**

NFL · 45 minutes ago
**49ers at Cardinals**

Entertainment · Trending
**August Alsina**
Trending with #TheSurrealLife

Entertainment · Trending
**Died Suddenly**
61.6K Tweets

Sports · Trending

 Tweet your reply    Reply

__ https://twitter.com/bso/status/1151314397450886464 __ at __ 2022-11-22 08:58:02 -08:00 __

← **Tweet**

 **Robert Littal BSO** ✔
@BSO ···

## Photos of Tom Brady and Gisele Take a Quick Costa Rica Vacation Before Training Camp Starts bit.ly/2lPjw73



7:15 PM · Jul 16, 2019 · BSO Alert

**2** Retweets   **1** Quote Tweet   **3** Likes

🔍 Search Twitter

### Relevant people

 **Robert Littal BSO** ✔
@BSO                              Follow

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

🏠 Home
# Explore
🔔 Notifications
✉ Messages

P  Tweet your reply                 Reply



Tweet

@BelieberPurpose

Media not displayed
s image has been removed in response t
report from the copyright holder.

Media not displayed
This image has been removed in response to a
report from the copyright holder.

Media not displayed
This image has been removed in response to a
report from the copyright holder.

Justin Bieber

12:19 PM · Dec 3, 2018 · Twitter for Android

8 Retweets   42 Likes

Tweet your reply

Reply

**Relevant people**

@BelieberPurpose   Follow
From the stairs of the avon theater to
the top of the world | Purpose Tour
24/04/17 | Justin followed 26/11/17
💜 multistan

Justin Bieber ✓   Follow
@justinbieber
JUSTICE the album out now

**What's happening**

FIFA World Cup · This morning
**England vs Iran**

Trending in United States
**Zimmerman**
18.7K Tweets

Trending in California
**TSLA**
23.6K Tweets

Trending in California
**Dodger Stadium**
12.2K Tweets

Entertainment · Trending
**Sinbad**
2,302 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

Search Twitter

https://twitter.com/BRMarvelNews/status/1430778717789425217 — al — 2022-11-20 16:38:21 -08:00

← Thread

**Marvel News**
@BRMarvelNews

Shuri de motoca? Temos!!

O JustJared compartilhou novas imagens dos dublês da Shuri e da Okoye gravando cenas de ação para "Black Panther: #WakandaForever 🖤".

Translate Tweet



11:26 PM · Aug 25, 2021 · Twitter Web App

**31** Retweets  **7** Quote Tweets  **641** Likes

---

Tweet your reply                                    Reply

**Marvel News** @BRMarvelNews · Aug 25, 2021
Replying to @BRMarvelNews
E enquanto a Shuri vai de moto, a Okoye pilota uma Barracuda.

💬 2   🔁 6   ♡ 219

**rai black panther spoiles** @minorufavs · Aug 25, 2021
Replying to @BRMarvelNews
a qualidade das fotos meu deus

💬 1   🔁   ♡ 4

From **hanri.**

**chao** @chaobras · Aug 26, 2021
Replying to @minorufavs and @BRMarvelNews
Pra mim já é praticamente as cenas do filme sksksks

💬 1   🔁   ♡

Show replies

**〰️〰️〰️たや〇skire 【 1 】** @Scarlet30934393 · Aug 26, 2021
Replying to @BRMarvelNews
Caraca esse filme vai ser maravilhoso

💬   🔁   ♡ 1

**BLACK KNIGHT** @_zrodrigo · Aug 26, 2021
Replying to @BRMarvelNews
Sdds do Tchal'la 😭😍

💬   🔁   ♡

**APRENDIZ D. GAROTO DE PROGR...** @blelOpagod... · Aug 26, 2021
Replying to @BRMarvelNews
velozes e furiosos

💬   🔁   ♡

**LØRKI** @_walney_ · Aug 26, 2021
Replying to @BRMarvelNews
Eu espero que eles arranjem um ator para o tchalla

💬   🔁   ♡ 1

Show additional replies, including those that may contain offensive content        Show

---

**Perkowski Legal P.C.**
@_perkowski

---

🏠 Home
🔍 Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

Tweet

**Relevant people**

**Marvel News**                    Follow
@BRMarvelNews
Conta de fã dedicada ao Universo
Marvel 🇧🇷 Contato:
marvelnewsbr@outlook.com

**What's happening**

NFL · 3 hours ago
Panthers at Ravens

#Disenchanted 🪄
Original movie now streaming
Promoted by Disney+

Trending in California
**Elton John**
12.9K Tweets

Sports · Trending
**Tomlin**
2,945 Tweets

Sports · Trending
**Eagles**
Trending with Colts, salen

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ↔
© 2022 Twitter, Inc.

__ https://twitter.com/1dinsidereport/status/1313977622058024962 __ at __ 2022-11-21 10:33:34 -08:00 __

← **Tweet**

**1DIR**
@1DInsideReport



···

Harry was seen out in California recently!



4:00 PM · Oct 7, 2020 · Twitter for iPhone

**2** Retweets   **36** Likes

💬   🔁   ♡   ⬆️

Tweet your reply                    Reply

---

🔍 Search Twitter

**Relevant people**

**1DIR**                    Follow
@1DInsideReport

Giving you latest news and updates
everything about 1D & solos! (EST.
2012) Credits to the owners of the
content we post. Inquiries:
onedinside_report@yahoo.com

**What's happening**

FIFA World Cup · 1 minute ago
**Senegal vs Netherlands**



Trending in United States        ···
**Mendy**
Trending with Robyn

Trending in California           ···
**Dodger Stadium**
14.1K Tweets

Trending in United States        ···
**#TeamUSA** 🇺🇸
1,202 Tweets

Sports · Trending            ···
**Pettitte**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



Perkowski Legal P.C.   ···
@c_perkowski

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



← **Tweet**

**Infos Séries**
@SeriesUpdateFR

···

Premier aperçu de Christian Bale sur le tournage du film 'Thor: Love & Thunder' dans le rôle de Gorr le Massacreur des Dieux.⚡

Translate Tweet



2:00 AM · Aug 4, 2021 · Twitter for Android

**55** Retweets  **10** Quote Tweets  **529** Likes

💬    🔁    ♡    ⬆️

---

P    Tweet your reply                                    Reply

🌸 **Miruralpaga** 🌸 @Miruralpaga · Aug 6, 2021    ···
Replying to @SeriesUpdateFR
@manonisamelon  peut-être première fois que je vais aimer cet acteur mdr

💬 1        🔁        ♡ 1        ⬆️

**Manon** 🦢 @manonisamelon · Aug 6, 2021    ···
Replying to @Miruralpaga and @SeriesUpdateFR
T'as beaucoup trop d'espoir 🤣

💬        🔁        ♡ 1        ⬆️

**Sebouw** @Sebouw17 · Aug 4, 2021    ···
Replying to @SeriesUpdateFR and @Lindsen_Leus
Ah il a pas profité du soleil lui !

💬        🔁        ♡ 1        ⬆️

---

**Home**
# **Explore**
🔔 **Notifications**    1
✉ **Messages**
🔖 **Bookmarks**
☰ **Lists**
👤 **Profile**
⊙ **More**

**Tweet**

P  **Perkowski Legal P.C.**  ···
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

SERIES **Infos Séries**
@SeriesUpdateFR                    Follow

Bienvenue sur votre premier compte source français sur toutes vos séries, films et plateformes de streaming préférées. 🎬 :
seriesupdatefr@gmail.com

**What's happening**

NFL · 2 hours ago
**Chiefs at Chargers**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
📹 Promoted by Disney+

Music · Trending    ···
**sabrina**
71.4K Tweets

Trending in United States    ···
**Bob Iger**
Trending with Disney, Chapek

Trending in United States    ···
**UCLA**
13.3K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

https://twitter.com/trackingsm/status/1320824698813203456    all    2022-11-22 15:35:22 -08:00
2:22-cv-09462-DMG-ADS    Document 23-2    Filed 03/13/23    Page 76 of 101    Page ID
#:3242



**Shawn Mendes Updates**
@TrackingSM

He's a server, he loves to serve

SM archive

1:29 PM · Oct 26, 2020 · Twitter for iPhone

**312** Retweets    **49** Quote Tweets    **5,244** Likes

Tweet your reply    Reply

**Tamar Access** @TamarAccess · Oct 26, 2020
Replying to @TrackingSM and @archivepeteraul
Yes, Shawn!

**Ariel Oliveira** @aryeallarol · Oct 26, 2020
Replying to @TrackingSM and @archivepeteraul
a lesson on smizing for these masked up times

**hale ⭐** @loumyluvbot · Oct 26, 2020
Replying to @TrackingSM and @archivepeteraul
i have the same pants but tan

**Pranali** @lyrical_shawn8 · Oct 26, 2020
Replying to @TrackingSM and @archivepeteraul
THIS HOODIEEEEE😍😍😍😍😭😭❤️❤️❤️❤️

**Lula 🏳️‍🌈🦝always overthinking🦝** @alwayslula_ · Oct 26, 2020
Replying to @alwayslula_ @TrackingSM and
@club_cimetiere is this u?

**Lotuspotus 🌷** @club_cimetiere · Oct 26, 2020
Replying to @alwayslula_ @TrackingSM and @archivepeteraul
Wtf, quien me anda sacando fotos en la calle?

Show replies

**୨ৎ** @aldavivees_ · Oct 26, 2020
Replying to @TrackingSM and @archivepeteraul
he is so cute omgbaismsqp

**Jamaican_Bxby** @Jamaican_bxby · Oct 27, 2020
Replying to @TrackingSM and @archivepeteraul
He's always smiling💓

**MJlorenz** @MJlorenx4 · Oct 27, 2020
Replying to @TrackingSM and @archivepeteraul
Grrr don't give me that look ✨

**m🌹** @tellemmendes · Oct 27, 2020
Replying to @TrackingSM and @archivepeteraul
babyyy

**🦝** @Shawninwonder8 · Oct 26, 2020
Replying to @TrackingSM and @archivepeteraul
need new moots and friends who wants to chat !

**Rania Bhatti** @RaniaBhatti3 · Oct 27, 2020
Replying to @TrackingSM and @archivepeteraul
Yessir 😊

---

**Relevant people**

**Shawn Mendes Upda...** @TrackingSM    Follow
Keeping you up to date on all things
Shawn Mendes! Fan account owned
by @uinmekiwi, @cancomplain, &
@venusaurad

**SM archive** @archivepeteraul    Follow
daily photos, videos & gifs of shawn
mendes.

**What's happening**

Television · Starts at 4:00 PM
**Below Deck Mediterranean airing**
**on Bravo**

#AvatarTheWayOfWater 💧
Get tickets now - In theaters December 16
Promoted by Avatar

Celebrities · Trending
**Chris Evans**
6,299 Tweets

Celebrities · Trending
**Tom Hanks**
8,477 Tweets

Trending in California
**Mexico City**
17.7K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/foochia/status/1318885370562531328 __ at __ 2022-11-19 20:39:19 -0800 __

← **Tweet**



**Foochia - فوشيا** ✓
@foochia

عارضة الأزياء البرازيلية أليساندرا أمبروسيو تستمتع بلعب
الكرة الطائرة على الشاطئ في لوس أنجيلوس

#فوشيا #عارضة_ازياء #اليساندرا_امبروسيو
#AlessandraAmbrosio

Translate Tweet



5:02 AM · Oct 21, 2020 · Hootsuite Inc.

**1** Retweet    **2** Likes

 **Perkowski Legal P.C.**
@c_perkowski

---

🔍 Search Twitter

## Relevant people

 **Foochia - فوشيا** ✓    **Follow**
@foochia

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

## What's happening

Television · 37 minutes ago
**Saturday Night Live airing on NBC**


**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in California
**HELL NO**
45.5K Tweets

Trending in United States
**Best of 7**
7,174 Tweets

Trending in California
**Andrew Tate**
28.6K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

## Tweet

**DCVERSO**
@DCverso1

Na Premiere de Black Adam

Xolo Maridueña falou sobre #BlueBeetle

"É um mundo tão novo e este é meu primeiro filme, minha primeira aventura na tela de prata. E para fazer parte disso tudo, eu só quero ser uma esponja. Eu só quero aprender o máximo possível e me divertir."

Translate Tweet



6:50 AM · Oct 13, 2022 · Twitter for Android

**14** Retweets  **1** Quote Tweet  **132** Likes

Tweet your reply                    Reply

**luxe hall** ⚡ @barbsquinn · Oct 13
Replying to @DCverso1
kingo, merece tudo de bom

1

Show replies

Perkowski Legal P.C.
@c_perkowski

---

**Search Twitter**

### Relevant people



**DCVERSO**
@DCverso1                     Follow

Uma conta centrada nos conteúdos do universo DC. Venha para o seu hábitat natural, DCNAUTA! | ✉️Email: dcverso45@gmail.com

### What's happening

NFL · **LIVE**
Eagles at Colts

**#Disenchanted** 🪄
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
55.2K Tweets

Sports · Trending
**Fields**
Trending with Falcons, Bears

Only on Twitter · Trending
**Rest in Power**
25.5K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ...
© 2022 Twitter, Inc.

---

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

← Tweet



**Foochia - فوشيا** ✔
@foochia

صوفي تيرنر بفستان حمل وردي برفقة زوجها جو جونس خلال
نزهة  في إحدى حدائق لوس أنجلوس

#مشاهير #مشاهير_هوليوود #حمل_وولادة
#JoeJonas #SophieTurner #إطلالات_النجمات

Translate Tweet



2:05 AM · Jul 7, 2020 · Hootsuite Inc.

**1** Retweet    **11** Likes

Tweet your reply                                    Reply

## Relevant people

  **Foochia - فوشيا** ✔    Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

## What's happening

NFL · 1 hour ago
**Browns at Bills**

**#Disenchanted** 🎃
Original movie now streaming
🅿 Promoted by Disney+



Trending in California
**Rest In Peace**
58.9K Tweets

Trending in United States
**#FIFAWorldCup** 🏆
Trending with  #AMAs 🔥

Only on Twitter · Trending
**Jason David Frank**
Trending with  Power Rangers, Tommy

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

 **Perkowski Legal P.C.** ···
@c_perkowski







__ https://twitter.com/bso/status/1185425722288103429 __ at __ 2022-11-22 08:25:57 -08:00 __

← **Tweet**



**Robert Littal BSO** ✔
@BSO

Christian McCaffrey Is Using The Bye Week to Spend Time With Girlfriend Olivia Culpo Who is Making Him Egg Sandwiches (Pics-Vids) bit.ly/33KdmWk via @TJ_099



10:21 PM · Oct 18, 2019 · BSO Alert

**3** Quote Tweets   **5** Likes

💬          🔁          ♡          ⬆️


**Perkowski Legal P.C.** ···
@c_perkowski

Tweet your reply                                    Reply

---

🔍 Search Twitter

### Relevant people


**Robert Littal BSO** ✔          Follow
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML


**TJ**                              Follow
@tj_099

### What's happening

FIFA World Cup · LIVE
**Mexico vs Poland**


#AvatarTheWayOfWater 🧜
Get tickets now - In theaters December 16
📽 Promoted by Avatar



Trending in United States          ···
**Argentina**
Trending with Messi

Entertainment · Trending          ···
**Died Suddenly**
113K Tweets

Trending in California          ···
**Mexicans**
8,267 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

## Twitter

🐦

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

__ https://twitter.com/bieberinfobr/status/1486548312769679362 __ at __ 2022-11-21 23:01:07 -08:00



← **Tweet**

 **Bieber Info Brasil** ···
@bieberinfobr

Justin Bieber foi visto ontem, 26 de janeiro, em Beverly Hills, na California.



7:55 PM · Jan 26, 2022 · Twitter for iPhone

**1** Retweet   **11** Likes

☐  Tweet your reply   **Reply**

 Search Twitter

**Relevant people**

 **Bieber Info Brasil**   Follow
@bieberinfobr
Fan account @justinbieber

**What's happening**

NFL · 2 hours ago
**49ers at Cardinals**

Entertainment · Trending ···
**Died Suddenly**
71K Tweets

Trending in United States ···
**Ramey**
2,046 Tweets

Trending in California

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C. ···
@c_perkowski

https://twitter.com/Pramboro/status/1353851393744973824 _al_ 2022-11-21 10:30z:14 -08:00     Document 23-2   Filed 03/13/23   Page 83 of 101   Page ID<br>22-cv-09462-DMG-ADS     #:3249

# Home
# Explore
# Notifications
# Messages
# Bookmarks
# Lists
# Profile
# More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

**prambors** ✔
@Prambors

#BenAffleck bawa barang banyak amat bwaaang.

Laki2 pasti mikir kalo tas cewe isinya banyak bgt barang2 aneh yg kadang gak perlu dibawa

Nah kalo dari mata cewe, kantong laki2 tuh bisa muat banyak bgt barang

coba cek isi Tas/Kanting masing2 dong! SINI PAP!!!

#DGITM
Translate Tweet



3:45 PM · Jan 25, 2021 · TweetDeck

**2** Retweets    **6** Likes

Tweet your reply      **Reply**

**MissTanpaSpasi** @mi3lamelamela11 · Jan 25, 2021
Replying to @Prambors
.isiTasAkuMacem2.banyakBanyak😂😂😂😂
adaPayung,headset2,casan,buku,tabungan,kabelOTG,charger,PB

tisuBasah'kering,Jarum,GuntingKuku,(obat2n),kaca.
Dompet(beserta'isiNya),godibeg,Lipstik,masker,pulpen.

#DGITM

**Fajar Prasetyo** @prasetyo9496 · Jan 25, 2021
Replying to @Prambors
Kebetulan bahas isi tas, plis bacain ini, ini kejadian kemaren pagi bgt. Id kmaren pagi ada jadwal rapat bareng direktur, singkat cerita gw lupa gabawa buku/kertas sama sekali (manusiawi kan). Trus gue minta temen, ehh responnya "ga bawa buku? Itu tas gede buat bawa apaa?" 😤

**Meng** @a_nastari · Jan 25, 2021
Replying to @Prambors
Ada dompet, lotion, kabel charger, sabun muka, antis dan ada printilan' lainnya #dgitm



**dx** ● @donoyeah · Jan 25, 2021
Replying to @Prambors
tas w isinya cuma hp, dompet, korek aja kalo pas keluar mah

**TY** @teasaltea · Jan 25, 2021
Replying to @Prambors
Isi tas gue hand sanitizer, disinfectant, tissue basah, dompet, HP, charger, power bank, lipstick, lipbalm, kotak masker, bolpen, booknotes, pencil, minyak angin, alat makan, kdang ada botol mnm. Setelah pandemi, jadi makin banyak 😭

Show additional replies, including those that may contain offensive content    Show

Relevant people

**prambors** ✔
@Prambors    Follow
For youngsters on the move, Prambors is Indonesia No.1 Hit Music Station.

What's happening

FIRA World Cup · 18 minutes ago
Senegal vs Netherlands

Sports · Trending
Charles Barkley
4,728 Tweets

Trending in United States
I BELIEVE THAT WE WILL WIN

Trending in United States
landon donovan
1,070 Tweets

Trending in United States
Senegal
Trending with: Mendy, #SENNED

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



← **Tweet**



**Robert Littal BSO** ✔
@BSO

•••

Odell Beckham Jr. And GF Lolo Wood Have A Date Night During The Rona as States Start to Close Up Again (Pics-Video) bit.ly/2NDARdT



2:07 AM · Jun 30, 2020 · BSO Alert

**1** Retweet    **7** Likes

💬                    ⟲                    ♡                    ⬆

 Tweet your reply                    Reply

---

🐦

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

⦿ More

**Tweet**

Ⓟ Perkowski Legal P.C.
@c_perkowski    •••

---

🔍 Search Twitter

**Relevant people**

 **Robert Littal BSO** ✔
@BSO                    Follow

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**What's happening**

FIFA World Cup · Starts at 11:00 AM
**Mexico vs Poland**

__ https://twitter.com/alpiedeldeporte/status/1452749642882498562 __ at __ 2022-11-22 03:12:57 -08:00 __

← **Tweet**



**Everardo Herrera**
@alpiedeldeporte

···

#AlecBaldwin y su emotivo encuentro con la familia de la directora de fotografía que mató accidentalmente ow.ly/kLwM50GxX9a

Translate Tweet



2:31 PM · Oct 25, 2021 · Hootsuite Inc.

**3** Likes

      ⟲      ♡      

P    Tweet your reply                    Reply

---

🔍 Search Twitter

## Relevant people

  **Everardo Herrera**     Follow
@alpiedeldeporte

Lo mejor del fútbol de Costa Rica y mundial. Además notas entretenidas.
facebook.com/AlPieDelDeporte
instagram.com/evergolcr

## What's happening

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**



**#AvatarTheWayOfWater**🧑‍🦰
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
80.7K Tweets                    ···

Trending in United States
**El VAR**
91.6K Tweets                    ···

Trending in United States
**Argentina**
Trending with  Messi,  #ARGKSA    ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

P  **Perkowski Legal P.C.**  ···
@c_perkowski

__ https://twitter.com/chogieswagz/status/1397979392635129857 __ at __ 2022-11-22 12:59:48 -08:00 __

← **Tweet**

 `. ♡ Chogie ·°
@Chogieswagz                                                                ···

## ชอวันหล่อวะ

Translate Tweet



11:13 AM · May 27, 2021 · Twitter Web App

152 Retweets   7 Quote Tweets   68 Likes

     

   Tweet your reply                              Reply

🔍 Search Twitter

## Relevant people

 `. ♡ Chogie ·°        **Follow**
@Chogieswagz

หวีดฝรั่งหล่อ-สวย | ดารา | นักร้อง | รีวิว
หนัง #ไม่อนุญาตให้เมนชั่นแปะคลิปหรือ
ลิงค์ใดๆทั้งนั้น #รับงานรีวิวรีทวีต
ทักDMเลยค่ะ

## What's happening

FIFA World Cup · 3 hours ago
**Mexico vs Poland**                   

**#AvatarTheWayOfWater**🌊
Get tickets now – In theaters December 16
📢 Promoted by Avatar

Trending in United States                     ···
**Giroud**
Trending with  Australia, Mbappe

Trending in California                        ···
**LAPD**
11.8K Tweets

Trending in California                        ···
**Mexicans**
18.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

_ https://twitter.com/GoldenFashi/status/1573965231977635840 __ el __ 2022-11-22 22:13:47 -08:00
Case 1:22-cv-09462-DMG-ADS   Document 23-2   Filed 03/13/23   Page 88 of 101   Page ID
#:3254

← **Tweet**

🔍 Search Twitter

**Relevant people**

G **Golden Fashion**
@GoldenFashi

كيم كارداشيان خلال حضورها لعرض دولتشي اند غابانا وحفلة
🤍🤍 مع بعد المجموعة

Translate Tweet



2:18 AM · Sep 25, 2022 · Twitter for iPhone

**10** Retweets   **9** Quote Tweets   **124** Likes

💬   🔁   ♡   📤

P **Tweet your reply**                    Reply

**Golden Fashion**          Follow
@GoldenFashi

حساب مخصص لنقل أحدث صيحات
الموضة والمكياج صادر عن صحيفة
مرخصة من وزارة الإعلام، للإعلانات
wa.me/message/SFOULN...

**What's happening**

FIFA World Cup · Last night
**Mexico vs Poland**

#AvatarTheWayOfWater🧜
Get tickets now · In theaters December 16
🎬 Promoted by Avatar

Trending in United States
**Erection**
17.6K Tweets

Trending in California
**Costco**
5,777 Tweets

Entertainment · Trending
**Marvel**
93.3K Tweets

Show more

dark blue @sinces95 · Sep 25
Replying to @GoldenFashi

بالأسود تحفة فنية 🖤

💬   🔁   ♡   📤

||||||||| @feelnotthing111 · Sep 25
Replying to @GoldenFashi

مارح تنقطي جمال لوكاتها السنه ذي مع شعرها

💬   🔁   ♡   📤

عب.. @2v_a5 · Sep 25
Replying to @GoldenFashi

من تطلقت صارت تحنن صدق الرجال يحبب الهم للمرة

💬  1   🔁   ♡   📤

3ziz @Ambitious_32 · Sep 25
Replying to @2v_a5 and @GoldenFashi

توك تدري 😂 💔

💬   🔁   ♡   📤

سعيدة @mim8_ · Sep 25
Replying to @GoldenFashi

صايره تحنن من بعد م نحفت 😍

💬   🔁   ♡   📤

هاجر. @MGhOo5 · Sep 26
Replying to @GoldenFashi
always wooow ❤️

💬   🔁   ♡   📤

هنادي @5cCklw · Sep 25
Replying to @GoldenFashi

جابني فضول ايش بشنطتها

💬  1   🔁   ♡   📤

وليد @33i4i · Sep 25
Replying to @5cCklw and @GoldenFashi

بوزرتي

💬   🔁   ♡   📤

إيمان @iman_400 · Sep 25
Replying to @GoldenFashi

بيرفكت 👌

💬   🔁   ♡   📤

Show more replies

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
Lists
👤 Profile
● More

**Tweet**

Perkowski Legal P.C.   ···
@c_perkowski

Tweet



Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Rihanna Brasil | Fan Account**
@RNavyBrazil

💛💜

5:09 PM · Jan 21, 2022 · Twitter for iPhone

**1,495** Retweets  **488** Quote Tweets  **14.1K** Likes

Tweet your reply                Reply

**Relevant people**

Rihanna Navy Brasil |...   Follow
@RNavyBrazil
RNB 🇧🇷 Estamos online desde 2010, somos o maior e mais completo fã-clube sobre a cantora Rihanna no Brasil e em toda a América Latina.
@rnmusicbrasil

**What's happening**

NFL · 4 hours ago
49ers at Cardinals

#AvatarTheWayOfWater💧
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
7,201 Tweets

Entertainment · Trending
**Ichigo**
38.4K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** •••
@c_perkowski

**Elvisba** @m0sc4nas0pa · Jan 21
Replying to @RNavyBrazil
@quaremtenadaxx @santgucci
2    2

**helena** @santgucci · Jan 21
Replying to @m0sc4nas0pa @RNavyBrazil and @quaremtenadaxx
belissima apaixonada so esperando as canções de amor dona ex-cantora
3

**Lays Morais** @laysmorais_ · Jan 21
Replying to @RNavyBrazil
😍

**MLK NERVOSO** @klapthis · Jan 21
Replying to @RNavyBrazil
eu sou a rihanna olhando pra @HICIRIBEIRO
1

**Biancê** 🦋 @biaahrodrigues · Jan 22
Replying to @RNavyBrazil
O sorrisinho de uma mulher apaixonada é tudo 😍
1

**Felips** @feliiperas · Jan 21
Replying to @RNavyBrazil
é golpe
1

**dourado** 🤍 @jvdouraado · Jan 21
Replying to @RNavyBrazil
queria estar assim

**angie ☀ danke seb** @wisteriacoeur · Jan 21
Replying to @RNavyBrazil
meus pais



12

**jake & yoongi⁷ ♂. bem off** @ygswgar · Jan 21
Replying to @RNavyBrazil
MEU DEUS LINDOS

**ana ☁** @ladysweetener_ · Jan 21
Replying to @RNavyBrazil
and everybody's watching her but she's looking at you
1    10

**william S.** @mrsnoopysweet · Jan 21
Replying to @ladysweetener_and @RNavyBrazil
She's definitely looking at me
2

**menor desacompanhada** 😈 @liooracsa · Jan 22
Replying to @RNavyBrazil
a carinha dela aaaa 😭💞
2

**Subcelebri-Cacta** 💃🏾 @l_badga · Jan 21
Replying to @RNavyBrazil
é pedir demais um relacionamento assim mb?
5

**Kitkat** 🍫 @esxquenladinha · Jan 21
Replying to @RNavyBrazil
ela merece tanto ta com essa carinha de feliz e apaixonada
25

**Flavio** @hoometwn · Jan 21
Replying to @RNavyBrazil
Lindos RNB, a carinha de santa que de santa não tem nada😭😍
1

**Familka** @queensblack · Jan 21
Replying to @RNavyBrazil
Ela toda apaixonadinha iti malia
6

**luckissimo** @almelda_lucas · Jan 21
Replying to @RNavyBrazil
a carinha de safadaaaa 😭🤍
1

**Jeremy Angelo** @Jeremy15134 · Jan 21
Replying to @RNavyBrazil
🌈❤️
1

__ https://twitter.com/BraaMarvel/status/1578090823060783105 __ at __ 2022-11-20 09:59:20 -08:00 __

← **Tweet**

Q Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Marvel_Braa**
@BraaMarvel

···

🎇NOVAS IMAGENS DO SET DE **#MADAMEWEB** 🎇



11:32 AM · Oct 6, 2022 · Twitter for Android

**2** Retweets  **7** Likes

🗨  ⇄  ♡  ⬆

Tweet your reply        Reply

**Relevant people**

**Marvel_Braa**    Follow
@BraaMarvel
•Falamos sobre Marvel e mais
algumas coisinhas •Chegamos no
twitter galera 😍

**What's happening**

Television · Last night
**Saturday Night Live airing on
NBC**


**#Disenchanted** 🧙‍♀️
Original movie now streaming
🅿 Promoted by Disney+

Only on Twitter · Trending    ···
**Jason David Frank**
Trending with  First Kevin Conroy

Entertainment · Trending    ···
**Morgan Freeman**
161K Tweets

Trending in California    ···
**Shakira**
104K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.    ···
@c_perkowski

https://twitter.com/GAFollowers/status/1563484391205994939_all_...&t__02=0.00482-DMG-AUSC Document 23-7 Filed 03/13/23 Page 91 of 101 Page ID #3267

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@_perkowski

Relevant people

Everything Georgia
@GAFollowers          Follow
Tweets for Georgians and other lovers of the Peach State. 🍑 DM FOR PROMO 🍑 DM YOUR CONTENT

VANITY FAIR 🎩          Follow
@VanityFair
✪ Official
Vanitas vanitatum.

What's happening

NFL · LIVE
49ers at Cardinals

Entertainment · Trending
Died Suddenly
46.7K Tweets

Sports · Trending
Greg Dortch
Trending with #WindCityFootball

Sports · Trending
Lane Kiffin
Trending with Auburn

Trending in United States
Chrisley
14.9K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

Everything Georgia
@GAFollowers

Jennifer Lopez and Ben Affleck celebrated their marriage over the weekend near Savannah, Georgia.

🎩 @VanityFair



9:58 AM · Aug 24, 2022 · Twitter Web App

55 Retweets   40 Quote Tweets   695 Likes

♡          ⟲          ♡          ⬆

Tweet your reply                                    Reply

MONEYBAGS 100% OFF OnlyFans @MoneyGod1968 · Aug 24
Replying to @GAFollowers and @VanityFair
I wonder who will secure the best Divorce Attorney First....

COUPLES COURT  Dana Cutler        Judge Keith Cutler
GIF  ALT

♡ 1        ⟲        ♡ 6        ⬆

Not So Slimm Fitted @SlimmFitted · Aug 24
Replying to @GAFollowers and @VanityFair
Huh?

♡ 1        ⟲        ♡ 7        ⬆

E The Key 🗝 @ethekey1 · Aug 25
Replying to @SlimmFitted @GAFollowers and @VanityFair
That's Ryan Reynolds

♡ 1        ⟲        ♡ 7        ⬆

MOBUTU🇨🇩 @mcibutu_stan · Aug 24
Replying to @GAFollowers and @VanityFair
I give it a month

♡ 1        ⟲        ♡ 1        ⬆

MONEYBAGS 100% OFF OnlyFans @MoneyGod1968 · Aug 24
Replying to @mobutu_stan @GAFollowers and @VanityFair



YOU ARE BEING WAY TOO OPTIMISTIC
GIF  ALT

♡ 1        ⟲        ♡ 1        ⬆

Breast of the Wild @Kirke_weeps · Aug 25
Replying to @GAFollowers and @VanityFair
Is that a plantation???

♡ 1        ⟲        ♡ 1        ⬆

July 15th @jerome01996 · Aug 25
Replying to @Kirke_weeps @GAFollowers and @VanityFair
Isn't this whole country a plantation fr?

♡ 1        ⟲        ♡ 1        ⬆

Show replies

Daphne H @Daphne_Latte · Aug 25
Replying to @GAFollowers and @VanityFair
Everyone looks preoccupied

♡ 1        ⟲        ♡        ⬆

Adelaide Henderson @adelaidehendo · Aug 25
Replying to @GAFollowers and @VanityFair
Hampton Island. That's where they were- not Savannah. I've been there- it's beautiful.

♡ 1        ⟲        ♡        ⬆

Cointel Bro 🧢 @cointel_bro · Aug 24
Replying to @GAFollowers and @VanityFair
At Ben's family slave plantation. Don't forget that part

♡ 1        ⟲        ♡ 1        ⬆

Ashlee 🍷 @Ashraah1027 · Aug 25
Replying to @GAFollowers and @VanityFair
On a plantation...and he had the nerve to tell Finding Your Roots to not post his episode cuz his ancestors were slave owners 😂😂😂

♡ 1        ⟲        ♡ 19        ⬆

Show replies

← Thread

Q Search Twitter

**Relevant people**

MEFeater Magazine ✓
@mefeater                    Follow

MEF Music 💗 Entertainment 💗 Fashion
"Where the IT GIRLS get their news"
📣

Skai ✓
@skaijackson                 Follow

buy my book Reach For The Skai
available on Amazon, Target, and
Barnes & Nobles. link in bio

M  **MEFeater Magazine**              ...
   @mefeater

This denim look is EVERYTHING @skaijackson 💙

📸: IG shotbynyp



9:44 AM · May 30, 2021 · Twitter for iPhone

**177** Retweets  **15** Quote Tweets  **1,724** Likes

**What's happening**

FIFA World Cup · Earlier today
**Mexico vs Poland**

#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Betty White · Trending
**Betty White**
3,367 Tweets                ...

Entertainment · Trending
**Marvel**
84.8K Tweets                ...

Politics · Trending
**Naomi Biden**
21.7K Tweets                ...

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

P  Tweet your reply                          Reply

M  **MEFeater Magazine** @mefeater · May 30, 2021   ...
   Replying to @mefeater
   Styled by IG zadriansmith
   Hair: @hair4kicks
   💬 1        ⇄ 2        ♡ 6

**a virgo grooving.** @didi_manale · May 30, 2021   ...
Replying to @mefeater and @skaijackson
okay. she killed it 🚀🔥

**Bryon Bosley** @BosleyBryon · May 30, 2021   ...
Replying to @mefeater and @skaijackson
Gorgeous!💯🌹👏💙🔥

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

Tweet

P Perkowski Legal P.C.   ...
  @c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 23-2    Filed 03/13/23    Page 93 of 101    Page ID #:3259

← **Thread**



**Avengers Assemble BR**
@AAssembleBR                                    ···

📷 Dakota Johnson nos bastidores de #MadameWeb.



9:21 PM · Oct 7, 2022 · Twitter for Android

**7** Retweets   **2** Quote Tweets   **84** Likes

💬          🔁          ♡          ⬆️

 | Tweet your reply          **Reply**

**Avengers Assemble BR** @AAssembleBR · Oct 7    ···
Replying to @AAssembleBR

> **Avengers Assemble BR** @AAssembleBR · Oct 7
> 📷 Nova imagem do set de #MadameWeb.
> Show this thread
>
> 
>
> 💬          🔁          ♡ 3          ⬆️

---

## Left sidebar

- 🏠 Home
- # Explore
- 🔔 Notifications
- ✉️ Messages
- 🔖 Bookmarks
- ☰ Lists
- 👤 Profile
- ⊙ More

**Tweet**


Perkowski Legal P.C.
@c_perkowski                ···

---

## Right sidebar

🔍 Search Twitter

### Relevant people

**Avengers Assemble BR**        **Follow**
@AAssembleBR
🇧🇷 Fan Account | Sua mais completa fonte de informações sobre o universo Marvel no Brasil. Ativem as notificações!

### What's happening

Television · 1 hour ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States        ···
**HE'S BACK**
144K Tweets

Sports · Trending        ···
**Pasadena**
1,533 Tweets

Sports · Trending        ···
**#AEWFullGear**
Trending with Regal, Moxley

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More

← **Thread**

**Jennifer Lawrence Updates**
@JenniferUpdates

···

### Jennifer Lawrence looks pretty as ever on a stroll with her husband in New York City



2:40 PM · Sep 5, 2020 · Twitter for iPhone

**73** Retweets   **53** Quote Tweets   **1,050** Likes

○   ⟲   ♡   ⬆

[P] **Tweet your reply**          Reply

**Jennifer Lawrence Updates** @JenniferUpdates · Sep 6, 2020   ···
Replying to @JenniferUpdates
I've been receiving a lot of comments regarding the dress she's wearing in those pictures, so here it is! hvnlabel.com/products/tenni...

○ 1      ⟲ 4      ♡ 33      ⬆

**MynameisAlex** @jose_cannon · Sep 5, 2020   ···
Replying to @JenniferUpdates
Como es que nunca te has encontrado a esta reina en la calle @Javierogea

○      ⟲      ♡      ⬆

**Richard Tar** @RichardTar1 · Sep 8, 2020   ···
Replying to @JenniferUpdates
from Me super ... thumbs up

○      ⟲      ♡      ⬆

Show more replies

---

**Perkowski Legal P.C.**
@c_perkowski
···

🔍 Search Twitter

### Relevant people

**Jennifer Lawrence Up...**        Follow
@JenniferUpdates
Your most reliable fan account for Academy Award winner Jennifer Lawrence since 2012. Not affiliated with Jen or her team.

### What's happening

NFL · Yesterday
**Cowboys at Vikings**

Sports · Trending                    ···
**Mexico City**
13.1K Tweets

Trending in United States             ···
**HOW IS THAT NOT A YELLOW**
1,335 Tweets

Trending in United States             ···
**$TSLA**
18.4K Tweets

Trending in California                ···
**Mendy**
91.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Thread**

**Thread**

**Cinematizando**
@CinematizandoOf
···

Imagens dos bastidores da série Gavião Arqueiro e podemos ver a atriz Alaqua Cox como Maya Lopez, a Eco

#AlaquaCox #MayaLopez #Eco #GaviãoArqueiro #Hawkeye

Translate Tweet



9:46 AM · Apr 10, 2021 · Twitter Web App

5 Likes

💬        ⟲        ♡        ⬆

  Tweet your reply        Reply

**Cinematizando** @CinematizandoOf · Apr 10, 2021    ···
Replying to @CinematizandoOf
#AlaquaCox #MayaLopez #Eco #GaviãoArqueiro #Hawkeye



💬        ⟲        ♡ 2        ⬆

**Perkowski Legal P.C.**    ···
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

**Cinematizando**
@CinematizandoOf        Follow

**What's happening**

NFL · 3 hours ago
**Browns at Bills**

#Disenchanted 🧙
Original movie now streaming
▣ Promoted by Disney+

Sports · Trending
**Tomlin**
2,794 Tweets
···

Politics · Trending
**LGBTQ**
Trending with  Colorado Springs, AR-15
···

Sports · Trending
**Cooper Rush**
1,498 Tweets
···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

← **Tweet**

Nanda Tambasco 💙
@Nandatambasco

···

Wow, I'm going to love this movie a lot. 😍
@nickgalitzine



👤 Nicholas Galitzine

2:55 AM · Oct 21, 2022 · Twitter for Android

21 Likes

---

## Relevant people

Nanda Tambasco 💙
@Nandatambasco
@leonytambasco 💍 / Libriana ♎ /
Mãe ❤️ / @nickgalitzine 💙
@galitzineupdate @sicholas4ever 💜

**Follow**

Nicholas Galitzine ✔️
@nickgalitzine

**Follow**

## What's happening

Formula 1 · 23 minutes ago
**Abu Dhabi Grand Prix 2022**



https://twitter.com/Mamafih365/status/1349167055258490163 __ et __ 2022-11-22 14:42:17 -08:00

← **Tweet**

**Mamafih365**
@Mamafih365 · · ·

Bruce Willis, uyarılara rağmen maskesiz bir şekilde girdiği eczaneden kovuldu.
pic.twitter.com/4xHU7U7ba4

Translate Tweet

5:31 PM · Jan 12, 2021 · Twitter for iPhone

**7** Retweets   **7** Quote Tweets   **145** Likes

Tweet your reply                                    **Reply**

**Levent** @leventcyr · Jan 12, 2021 · · ·
Replying to @Mamafih365
Zor Ölüm 4

**Talha Acar** @TalhaAcarr · Jan 12, 2021 · · ·
Replying to @Mamafih365
Amerikada yaşayıp nasıl cahil kalabiliyorsunuz

**serkan** @1903srkn_ · Jan 12, 2021 · · ·
Replying to @Mamafih365



GIF   ALT

**eniz aslan** @easlan1980 · Jan 12, 2021 · · ·
Replying to @Mamafih365
Yippee-ki-yay-motherfucker demiştir .
1

**Baran Erkol 📈** @baran_erkol · Jan 13, 2021 · · ·
Replying to @Mamafih365
Zor Ölüm 5

**Relevant people**

**Mamafih365**          Follow
@Mamafih365
Dünyanın dört bir yanından hayat
hikayeleri ✍️

**What's happening**

FIFA World Cup · This morning
**Argentina vs Saudi Arabia**

#AvatarTheWayOfWater 🧑
Get tickets now · In theaters December 16
✦ Promoted by Avatar

Betty White · Trending
**Betty White**
2,698 Tweets

Trending in California
**Chicharito**
6,772 Tweets

Entertainment · Trending
**Tarantino**
Trending with  Simu Liu, Anthony Mackie

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**  · · ·
@c_perkowski

← **Tweet**



**Robert Littal BSO** ✔ ⋯
@BSO

Photos of Draya and Tyrod Taylor Out in Malibu; Why It's Looking Like Taylor Will Be Starting QB of Texans This Season (Pics-IG) bit.ly/3cLzSFP



9:08 AM · Apr 3, 2021 · BSO Alert

**2** Retweets  **1** Quote Tweet  **3** Likes

Tweet your reply                                    Reply

**Martin Jones** @BackPackJones · Apr 3, 2021                ⋯
Replying to @BSO
What's more likely for Watson next season

Plays for Texans
Plays for another team
Doesn't play at all

💬 1        ⟲        ♡        ⬆

**Robert Littal BSO** ✔ @BSO · Apr 3, 2021                ⋯
Replying to @BackPackJones
Suspension to start the season while on Texans

💬        ⟲        ♡        ⬆

**Perkowski Legal P.C.**    ⋯
@c_perkowski

Search Twitter

**Relevant people**

**Robert Littal BSO** ✔        Follow
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**What's happening**

FIFA World Cup · 2 hours ago
**Argentina vs Saudi Arabia**

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in United States                ⋯
#السعودية_الارجنتين
1.25M Tweets

Trending in United States                ⋯
**Died Suddenly**
103K Tweets

Trending in United States                ⋯
**Argentina**
Trending with #FIFAWorldCup 🏆 , Herve Renard

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/altapeli/status/1431725793156153344 __ at __ 2022-11-21 04:42:04 -08:00 __

← **Tweet**

**AP** ✔
@altapeli

···

Martin Freeman en imágenes desde el set de
#BlackPanther2 #WakandaForever 🐈‍⬛



2:10 PM · Aug 28, 2021 · Twitter for Android

**3** Retweets   **1** Quote Tweet   **55** Likes

💬   🔁   ♡   ⬆️

 Tweet your reply   Reply

---

**Search Twitter**

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒️ Lists

👤 Profile

⊙ More

**Tweet**

**Relevant people**

**AP** ✔
@altapeli                    Follow

Cuenta oficial de AltaPeli.com - Cine /
Series / Críticas / Noticias /
Videojuegos

**What's happening**

Television · Last night
The Walking Dead airing on AMC

Music · Trending                    ···
**Lionel Richie**
4,121 Tweets

Family & relationships · Trending    ···
**Thanksgiving Day**
11.9K Tweets

Trending in California               ···
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Trending in United States            ···
**Oregon**
18.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.   ···
@c_perkowski

— https://twitter.com/cawtwomen/status/1578062974933155841 __ at __ 2022-11-20 14:22:38 -08:00

← **Tweet**

 
@cawtwomen

Look at my girl 😍😍😍



9:41 AM · Oct 6, 2022 · Twitter for iPhone

**5** Retweets  **33** Likes

 

 Tweet your reply                    Reply

---

Search Twitter

**Relevant people**


@cawtwomen                    Follow

batman (2022) dir. matt reeves

**What's happening**

Formula 1 · This morning
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
57.1K Tweets

__ https://twitter.com/KimKimuntu/status/1540110220541796352 __ at __ 2022-11-21 10:40:30 -08:00 __



← Tweet

## Relevant people



Search Twitter

**Paulette Kimuntu Kim**
@KimKimuntu

···

Aperçu de Margot Robbie et Ryan Gosling sur le plateau de tournage du film "BARBIE".

#MrSilas

Translate Tweet



4:11 PM · Jun 23, 2022 · Twitter for Android

**4** Likes

Tweet your reply



Reply

**Paulette Kimuntu Kim**
@KimKimuntu

Follow

## What's happening



FIFA World Cup · 9 minutes ago
**Senegal vs Netherlands**

Sports · Trending
**RB Melvin Gordon**
2,642 Tweets

···

Family drama · Trending
**#GTMcontest4**

···

Trending in California
**Dodger Stadium**
14.1K Tweets

···

Trending in United States
**Welsh**
16K Tweets

···

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**





**Perkowski Legal P.C.**
@c_perkowski

···