# EXHIBIT B Continued

https://twitter.com/lindaikeji/status/1402685754795388928 __ et __ 2022-11-22 16:58:08 -08:00

← **Tweet**

**Linda Ikeji**
@lindaikeji ···

Kanye west spotted with model Irina Shayk on French vacation amid dating rumours

lindaikejisblog.com/2021/6/kanye-w...



BACKGRID

10:55 AM · Jun 9, 2021 · LIB App

**2** Quote Tweets    **10** Likes

💬              ↻              ♡              ⬆️

Ⓟ  Perkowski Legal P.C. ···
@c_perkowski

Ⓟ    Tweet your reply                      Reply

**Juniee_Fx** @Lilkidv · Jun 9, 2021  ···
Replying to @lindaikeji
Wahala for who dey breathe

💬              ↻              ♡              ⬆️

## Left sidebar

🐦

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

## Right sidebar

🔍 Search Twitter

### Relevant people

**Linda Ikeji**
@lindaikeji              Follow
Blogger, CEO, LindaIkejiTV

### What's happening

NCAA Men's Basketball · Last night
**Knights at Blue Devils**

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
📢 Promoted by Avatar

Music · Trending
**Nicki**                    ···
67.2K Tweets

Sports · Trending
**College Football Playoff**   ···
1,710 Tweets

Trending in California
**Memo Ochoa**               ···
96.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/turkce/status/1459451251561819461 __ at __ 2022-11-22 02:39:31 -08:00 __
Case 22-22-0946GM Document Filed 3/11/23 Page 3 of 101 Page ID #:3270



Case 2:22-cv-09462-DMG-ADS    Document 23-3    Filed 03/13/23    Page 4 of 101    Page ID #:3271

← **Tweet**

 **Türkçe**
@turkce                                          ···

Hastane çıkışı böyle karşılandı: 8 yıl önce kansere yakalanma olasılığını ortadan kaldırmak için bıçak altına yatan ve iki göğsünü de aldıran dünyaca ünlü oyuncu Angelina Jolie, önceki gün hastaneden çıkarken...
dlvr.it/S648W8 #Türkçe #MagazinHaberleri #Magazin

Translate Tweet



9:02 AM · Aug 21, 2021 · dlvr.it

---

○         ⇄         ♡         ⇧

Ⓟ  Tweet your reply                          **Reply**

---

## Home
## Explore
## Notifications ①
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

---

Q Search Twitter

### Relevant people

 **Türkçe**
@turkce                                  **Follow**

Gazete ve dergilerden Türkçe Haberler, Son Dakika, Spor, Magazin, Teknoloji, Sinema Haberleri. İletişim ve iş birliği için: turkcemag@gmail.com

### What's happening

FIFA World Cup · 1 minute ago
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🔵
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Trending in United States                    ···
**Ochoa**
Trending with #MEXPOL, Lewandowski

Celebrities · Trending                        ···
**Anthony Mackie**

Celebrities · Trending                        ···
**Tom Hanks**
4,252 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Ⓟ **Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/skinnysel/status/1404143894010207409... et ..._2022-11-21-11-42-52-08:00    2:22-cv-08462-DMG-ADS    Document 23-3    Filed 03/13/23    Page 5 of 101    Page ID #:3272

← **Tweet**



**emrah 🇹🇷 (fan account)**
@skinnysel

there's just something about selena gomez in a suit



👤 Selena Gomez

11:26 AM · Jun 13, 2021 · Twitter for Android

**246** Retweets  **25** Quote Tweets  **2,566** Likes

○          ⟲          ♡          ⬆

📝 Tweet your reply                          Reply

**@PORSCHEXCX** · Jun 13, 2021
Replying to @skinnysel and @selenagomez
damn she looks gorgeous
○ 1        ⟲          ♡ 4        ⬆

**emrah 🇹🇷 (fan account)** @skinnysel · Jun 13, 2021
Replying to @PORSCHEXCX and @selenagomez
she always does but that day especially
○ 1        ⟲          ♡ 3        ⬆

Show replies

**@britt0xheartwxrm** · Jun 13, 2021
Replying to @skinnysel and @selenagomez
yes
○          ⟲          ♡          ⬆

**Paloma (THEY/she)** 🦋 @folklove_d · Jun 14, 2021
Replying to @skinnysel and @selenagomez
I LOVE WOMEN OMG
○          ⟲          ♡          ⬆

**Miley Cyrus Turkey** @NoahHammen9 · Jun 13, 2021
Replying to @skinnysel and @selenagomez
Fav look
○          ⟲          ♡          ⬆

**Tema 🐍** @Skylar84465716 · Jun 14, 2021
Replying to @skinnysel and @selenagomez
She's breath taking
○          ⟲          ♡          ⬆

**fern 🇵🇸 | MIDNIGHTS** @ritlcfern · Jun 13, 2021
Replying to @skinnysel and @selenagomez
SHE LOOKS SO GOOD
○          ⟲          ♡ 1        ⬆

**carina** @cattitude_girl · Jun 13, 2021
Replying to @skinnysel and @selenagomez
She served that day 🧎‍♀️
○          ⟲          ♡          ⬆

**nico** @riouvsel · Jun 13, 2021
Replying to @skinnysel and @selenagomez
wbk

○          ⟲          ♡ 5        ⬆

**Shiv Kumar Singh Dauria** @ShivKum60852808 · Jun 14, 2021
Replying to @skinnysel and @selenagomez

Happy Birthday....

○          ⟲          ♡          ⬆

ⓘ This Tweet was deleted by the Tweet author. Learn more

**emrah 🇹🇷 (fan account)** @skinnysel · Jun 13, 2021
LYTIIM release day ugh iconic
○          ⟲          ♡ 7        ⬆

**Relevant people**

**emrah 🇹🇷 (fan accou...**          Follow
@skinnysel
selena, taylor, ariana, olivia - fan account - he/him. (selena follows 🥹)

**Selena Gomez** ✓          Follow
@selenagomez
My Mind & Me out November 4th:
apple.co/selenagomezdoc The song is out now:
SelenaGomez.lnk.to/MyMindAndMe

**What's happening**

FIFA World Cup · LIVE
USA vs Wales

Trending in United States
**1-0 USA**
117K Tweets                    ···

Trending in United States
**WHAT A GOAL**
17.8K Tweets                   ···

Trending in California
**LETS GOOOOOO**
3,247 Tweets                   ···

Family drama · Trending
**#GTMcontest5**               ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@_perkowski

https://twitter.com/FUCCI/status/1560351960536072195 __ el __ 2022-11-21 18:39:56 -08:00   Case 2:22-cv-09462-DMG-ADS   Document 23-3   Filed 03/13/23   Page 6 of 101   Page ID #:3273

← **Tweet**



**AMERICA'S PROBLEM** ✔
@FUCCI

⋯

absolutely.



©Shelby NYP / BACKGRID

12:44 PM · Aug 18, 2022 · Twitter for iPhone

**132** Retweets   **24** Quote Tweets   **1,350** Likes

💬   🔁   ♡   📤

---

**Perkowski Legal P.C.**   ⋯
@c_perkowski

P | Tweet your reply          **Reply**

---

Flo @Glackhottie · Aug 18          ⋯
Replying to @FUCCI
of course!!
💬   🔁   ♡   📤

BLIGE 🧸 @scarygayblige · Aug 18          ⋯
Replying to @FUCCI
🏆👑🏆
💬   🔁   ♡   📤

the best of boffumm... @hselfehtni · Aug 18          ⋯
Replying to @FUCCI
100% here for it >>>
💬   🔁   ♡   📤

Perspicacious Mind @AYEntertainedTV · Aug 19          ⋯
Replying to @FUCCI
In a world where everybody looks and acts the same.. I'm with it! I love
someone being different, especially when you pull it off. 👌
💬   🔁   ♡ 1   📤

NABiLA @nabi_jal · Aug 18          ⋯
Replying to @FUCCI
Yes.
💬   🔁   ♡   📤

Cucuy @SerGonzales10 · Aug 19          ⋯
Replying to @FUCCI
Everybody hate me cause I always been a yes man.
💬   🔁 1   ♡ 1   📤

Name Not Found @namenutfund · Aug 18          ⋯
Replying to @FUCCI
Like, i always knew it, but tbh Idk anymore. Making me insane the same
💬   🔁   ♡   📤

---

🔍 Search Twitter

**Relevant people**

AMERICA'S PROBL... ✔          **Follow**
@FUCCI
tastemaker | ancient god | served in
the navy since 2005 pronouns:
(he/want/me) (Naija Basquiat)

**What's happening**

NFL · LIVE
**49ers at Cardinals**


Entertainment · Trending          ⋯
**Died Suddenly**
47.7K Tweets

Entertainment · Trending          ⋯
**Sinbad**
4,913 Tweets

Sports · Trending          ⋯
**Greg Dortch**
Trending with #BirdCityFootball ⬛

Events · Trending          ⋯
**#BlackFriday**
49.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

← **Tweet**

Q Search Twitter

**TheGuidance**
@guidance_the

Ya tenemos un primer vistazo a la serie live-action que CW está preparando sobre las #chicassuperpoderosas. ¿Cual es su personaje favorito de este universo?

Translate Tweet



4:27 PM · Apr 7, 2021 · Twitter for iPhone

**1** Like

Tweet your reply

Reply

### Relevant people

**TheGuidance**
@guidance_the

Follow

Todo el contenido geek al alcance de tu mano. Noticias, análisis, cómics narrados, curiosidades, etc.

### What's happening

Sports · LIVE
**2022 FIFA World Cup**

**#Disenchanted** 🎬
Original movie now streaming
Promoted by Disney+

Trending in California
**#TheWalkingDead**
Trending with #TWDFinale

Sports · Trending
**#LVvsDEN**
2,079 Tweets

Sports · Trending
**Matt Canada**
1,454 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



Perkowski Legal P.C.
@c_perkowski



Case 2:22-cv-09462-DMG-ADS    Document 23-3    Filed 03/13/23    Page 9 of 101    Page ID #:3276



## Tweet

**readsector**
@readsector

···

Hannah Ann Sluss shows off her tan during workout... days after with NFL quarterback Mason Rudolph
readsector.com/hannah-ann-slu...



© Dsanchez/CPR / BACKGRID

8:11 PM · May 1, 2020 · WordPress.com

💬          🔁          ♡          ⬆️

  Tweet your reply                    Reply

### Relevant people



**readsector**
@readsector                    Follow
Latest News

### What's happening

Television · LIVE
**Bachelor in Paradise airing on ABC**



**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
Promoted by Avatar

**Perkowski Legal P.C.**
@c_perkowski



__ https://twitter.com/cevansnation41/status/1580773190948093808 __ at __ 2022-11-19 23:28:05 -08:00 __

← **Tweet**

Q Search Twitter

**Chʀıs Evaɴs faɴ** 💙 🇧🇷 | Fã site
@cevansnation41

💙💙



0:03  15 views

9:11 PM · Oct 13, 2022 · Twitter for iPhone

**3 Likes**

## Relevant people

**Chʀıs Evaɴs faɴ** 💙 ...
@cevansnation41

**Follow**

Página dedicada ao ator @chrisevans
Twitter criado em Janeiro/2022. I'm
not Chris Evans. Fan Account.

💬   🔁   ♡   ⬆️

Ⓟ Tweet your reply   **Reply**



**Tweet**

 **Zayn Malik News**
@ZaynJMNews

#HQ | Zayn out in NYC! (#11-14)




8:22 AM · Sep 15, 2017 · Twitter for iPhone

**102** Retweets    **5** Quote Tweets    **253** Likes




Tweet your reply

Reply

## Relevant people

 **Zayn Malik News**
@ZaynJMNews    Follow

Keeping you up to date with the daily habits of @zaynmalik! | Contact: zaynjmnews@gmail.com

## What's happening

NFL · LIVE
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
48.6K Tweets

Family drama · Trending
**#GTMcontest12**

Trending in United States
**#ThingsIOftenQuestion**

Sports · Trending
**Lane Kiffin**
Trending with Auburn

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Perkowski Legal P.C.**
@c_perkowski

Perkowski Legal P.C.
@c_perkowski



**Tweet**

Las Últimas Noticias
@lun

Ben Affleck viajó a Miami para juntarse con Jennifer Lopez 👀
Nuevas imágenes muestran a la cantante feliz con el actor 💕

bit.ly/3fgCWLc

Translate Tweet

**withlopezz**
Miami

7:03 AM · May 25, 2021 · Hootsuite Inc.

2 Retweets   1 Quote Tweet   6 Likes

Tweet your reply                                    Reply

eso no es na'!! @marcoher9_soto · May 25, 2021
Replying to @lun
Me engañas mujer 😭😭😭😭😭😭😭

---

Relevant people

Las Últimas Noticias
@lun                        Follow
Cuenta oficial del Diario Las Últimas
Noticias en Twitter.

What's happening

FIFA World Cup · 3 hours ago
**Mexico vs Poland**

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in California
**Mexicans**
17.7K Tweets

Trending in United States
**Giroud**
Trending with Australia, Mbappe

Sports · Trending
**Akers**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

https://twitter.com/KUWTKWorld/status/1573406198895984641 __ et __ 2022-11-20 19:21:15 -08:00

← **Tweet**

**Kardashian World**
@KUWTKWorld

···

All Milan updates for Kim are now in the gallery!

**kardashianworld.net/gallery/**



1:17 PM · Sep 23, 2022 · Twitter Web App

**15** Retweets   **366** Likes

---

**ABBAS** @AbbasAh54041567 · Sep 23
Replying to @KUWTKWorld
Kim my love I stand straight to the right ❤️😍❤️🤗

**Andre** @Andre19643663 · Sep 24
Replying to @KUWTKWorld
Looks nice.

**Andre** @Andre19643663 · Sep 24
Replying to @KUWTKWorld
Don't even know what your wardrobe is worth ( hi )

**alannafrancis90** @alannafrancis91 · Sep 23
Replying to @KUWTKWorld
What pissed me off even more

She can't think of anyone else to follow

---

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⭕ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski
···

🔍 Search Twitter

**Relevant people**



Kardashian World
@KUWTKWorld   **Follow**
The largest fan source for everything Kardashian! #TheKardashians 📺 Season 2 | Sept 22nd on Hulu! Kim & Khloe follow ❤️ ❤️ admin@kardashianworld.net

**What's happening**

Television · 1 hour ago
The Walking Dead airing on AMC

#Disenchanted 🧹
Original movie now streaming
▶ Promoted by Disney+

Trending in United States   ···
**Disney CEO**
10.7K Tweets

Trending in United States   ···
**CEO of Disney**
2,830 Tweets

Trending in United States   ···
**Bob Iger**
Trending with **Chapek**

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← Tweet

**La Cosa Cine** ✔
@lacosacine

···

Hoy seguimos jugando a "¿Es Pamela Anderson o Lily James?" desde el set de #PamAndTommy

Translate Tweet



6:29 AM · May 17, 2021 · TweetDeck

**5** Retweets  **4** Quote Tweets  **231** Likes

💬          🔁          ♡          ⬆️

[P] Tweet your reply                                    Reply

**Vera**🦠 @VeraNessa0 · May 17, 2021
Replying to @lacosacine
Tremendo el parecido con Pamela!!! Muy logrado
💬          🔁          ♡          ⬆️

**Glorinha Romero** @glorompy · May 17, 2021
Replying to @lacosacine
Lily
💬          🔁          ♡          ⬆️

**Milena Di Scala** 💄 @mile43219 · May 17, 2021
Replying to @lacosacine
Ahi si se nota que es Lily James. Eso que hace con la boca es muy de ella, jajaja.
💬          🔁          ♡  1        ⬆️

**Wampita** @SoleAloRam · May 17, 2021
Replying to @lacosacine
Es Lily!!!
💬          🔁          ♡          ⬆️

**Reb**🥀 @RebeSilvero · May 17, 2021
Replying to @lacosacine
Lily pero me da miedo lo igual que es
💬          🔁          ♡          ⬆️

**La Foca** @focadesmayada · May 17, 2021
Replying to @lacosacine
pero.... que importa!!! jaja
💬          🔁          ♡          ⬆️

**Diegeek** @coroneldiego224 · May 17, 2021
Replying to @lacosacine
Cuando van al baño se parecen.
💬          🔁          ♡          ⬆️

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski
···

---

🔍 Search Twitter

**Relevant people**

**La Cosa Cine** ✔
@lacosacine                    Follow
🎬📽️ Cine y Series. Tu comunidad, tu revista 🎟️
web@lacosacine.com |
@guillohernandez @jessiblady
@luagosta @macareynolds
@cynthiaonfilms

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
📢 Promoted by Avatar

Entertainment · Trending        ···
**Died Suddenly**
80.8K Tweets

Trending in United States        ···
**offsides**
8,360 Tweets

Trending in United States        ···
**Argentina**
Trending with Messi, #ARGKSA

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

___ https://twitter.com/dakotajohnsonpt/status/1072417516654338048 ___ et___2022-11-21 05:08:33 -08:00

← **Thread**




## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Dakota Johnson Portugal** ✓ @dakotajohnsonpt · Dec 11, 2018
Dakota ontem, 10, a desembarcar no aeroporto LAX em Los Angeles! #DakotaJohnson



♡ 1    ⟲ 16    ♡ 63    ⬆

**Dakota Johnson Portugal** ✓
@dakotajohnsonpt

Mais algumas! #DakotaJohnson

1:07 AM · Dec 11, 2018 · Twitter for iPhone

**4** Retweets    **20** Likes

💬    ⟲    ♡    ⬆

**Perkowski Legal P.C.** ···
@c_perkowski

P  Tweet your reply                    **Reply**

**Dakota Johnson Portugal** ✓ @dakotajohnsonpt · Dec 11, 2018
Replying to @dakotajohnsonpt
Mais algumas! #DakotaJohnson

💬    ⟲ 5    ♡ 22    ⬆

🔍 Search Twitter

### Relevant people

**Dakota Johnson P...** ✓    **Follow**
@dakotajohnsonpt
A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 🎬 @DJPTMidias | Fã-Clube.

### What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**



Trending in United States
**Slick Rick**    ···

Music · Trending    ···
**Elton John**
Trending with Dodger Stadium, Dodger Stadium

Trending in United States    ···
**Schiff**
58K Tweets

Trending in United States    ···
**Ole Miss**
5,164 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

__ https://twitter.com/nanfixus/status/1551880556845191169 __ at __ 2022-11-19 11:57:14 -08:00 __

← **Tweet**

↻ **@nanfixus Retweeted**

**Marvel Focus**
@TheMarvelFocus                          ...

# Dakota Johnson on set of Sony's #MadameWeb.



10:42 PM · Jul 25, 2022 · Twitter for iPhone

**259** Retweets   **60** Quote Tweets   **2,929** Likes

---

P   Tweet your reply                          **Reply**

---

## Relevant people

**@nanfixus**
@nanfixus                          **Follow**
DJ Fan 🌼 Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🇦🇷

**Marvel Crave**
@MarvelCrave                          **Follow**
MARVEL News & Updates!

## What's happening

NCAA Football · Starts at 12:30 PM
**Ohio State at Maryland**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
▶ Promoted by Uber

Only on Twitter · Trending                          ...
**#万博体育**
2,376 Tweets

Sports · Trending                          ...
**Harbaugh**
1,477 Tweets

NFL · Trending                          ...
**Peter Burns**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications

Search Twitter

https://twitter.com/mikeyupdates/status/1351316580099223129... all 2022-11-22 00:34:55-08:00

← Tweet

This Tweet is from a suspended account. Learn more

**O onironauta** 🩸 @oonironauta · Jan 19, 2021
Replying to @MileyUpdates and @ANDREEEDIXAS
Omg. I WANT IT

**andrei.** @ANDREEEDIXAS · Jan 19, 2021
Replying to @MileyUpdates
meu sonho

**BETTER MISTAKES BY BEBE REXHA OU...** @therealck... · Jan 19, 2021
Replying to @MileyUpdates
Omg plastic hearts fragrance yupp

**SmilerGirl** 🌻 @TheSmilergirl03 · Jan 18, 2021
Replying to @MileyUpdates
I WILL BUY
○              ♡ 3

**SmilerGirl** 🌻 @TheSmilergirl03 · Jan 18, 2021
Replying to @MileyUpdates
It looks more like a shampoo
○              ♡ 3

**Sally Ellis** @Sally0271284671 · Jan 19, 2021
Replying to @MileyUpdates
I come to wonder to.

**a n d r e a h** 🖤 @selftletird1 · Jan 19, 2021
Replying to @MileyUpdates
Hope it doesn't smell like RASPBERRIES

**@idfkrthanks** · Jan 19, 2021
Replying to @MileyUpdates
it reminds me hanna montana's episode where miley don't like her parfum 😩

**miley is my destiny** @mileysdestiny · Jan 19, 2021
Replying to @MileyUpdates
i'm okay with that but girl we want a mv for angels like u @mileycyrus 😍😍

○ 1              ♡ 3

**Mileysbian** 🇦🇷 @she_is1123 · Jan 19, 2021
Replying to @mileysdestiny @MileyUpdates and @MileyCyrus
Plot twist: the perfume is named 'Angels Like You'
○ 1              ♡ 3

Show replies

**diana** 🎀 @wineformight · Jan 18, 2021
Replying to @MileyUpdates
🎀



○              ♡ 8

**Robbie** @sheisAC23 · Jan 19, 2021
Replying to @MileyUpdates
not me getting excited about a mv

GIF
○              ♡ 32

**patri** 🩸 @patriciacc10_ · Jan 18, 2021
Replying to @MileyUpdates
Omg 😍😍😍😍
○              ♡ 2

**paulis** @paaaufwr · Jan 18, 2021
Replying to @MileyUpdates
@issacicip @silvisvh
○              ♡ 5

**Katrina** @pincemoley32 · Jan 18, 2021
Replying to @MileyUpdates
I wonder if it's Raspberry scented
○              ♡ 4

**ew** @mileydonbead_ · Jan 19, 2021
Replying to @MileyUpdates
a dream!

**TUMANAKO - NZ** @Gjergj_MiCy · Jan 19, 2021
Replying to @MileyUpdates
If so, ive been waiting for this for like 10 years
○              ♡ 1

**Nazanin** 🦋 @skondebieber · Jan 19, 2021
Replying to @MileyUpdates
OH MY GODDD

**🖤 PLASTIC HEARTS 🖤** @SMILERSDR · Jan 18, 2021
Replying to @MileyUpdates
Plop 😭

**lindsay lohan agenda** @druggonfdem · Jan 18, 2021
Replying to @MileyUpdates
It's a Gucci perfume campaign
○              ♡ 19

**nisa** @partyinlnusa · Jan 18, 2021
Replying to @MileyUpdates
pretty sure it's for a brand... I'm gonna say gucci or saint laurent but the way she is dressing gucci. she is like a female version of harry styles
○              ♡ 2

Show more replies

18 of 101

— https://twitter.com/NGBRSite/status/1583355594952214336 __ at __ 2022-11-19 18:39:00 -08:00

← **Tweet**

**Nicholas Galitzine Brasil 👑 Fã-clube**
@NGBRSite

···

📸 MAIS FOTOS de Nicholas Galitzine e Anne Hathaway filmando #TheIdeaofYou na quarta-feira, 19 de outubro, em Atlanta, Geórgia.

Translate Tweet



👤 Anne Hathaway Brasil • FANSITE

12:14 AM · Oct 21, 2022 · Twitter Web App

**5** Retweets   **41** Likes

💬          🔁          ♡          ⬆️



Tweet your reply

Reply

**Continência ao Amor**❤️ / on Netflix 29/0... @PurpleHe... · Oct 21   ···
Replying to @NGBRSite and @HathawayBRA
😍

💬          🔁          ♡          ⬆️

**Perkowski Legal P.C.**
@c_perkowski
···

---

### Relevant people

**Nicholas Galitzine Br...**  Follow
@NGBRSite
Fã-site brasileiro dedicado ao ator e cantor inglês Nicholas Galitzine. Fan account - contact us before taking any legal action! Follow Nicholas: @nickgalitzine

**Anne Hathaway Brasi...**  Follow
@HathawayBRA
Sua mais atualizada fonte de informações sobre a atriz Anne Hathaway. WE'RE NOT ANNE HATHAWAY! — 📷: @midiasahbr

### What's happening

Television · Starts at 7:00 PM
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
📱 Promoted by Uber

Trending in United States       ···
**HE'S BACK**
112K Tweets

Music · Trending       ···
**jisoo**
Trending with #BLACKPINK¹, Camila

Music · Trending       ···
**Chris Brown**
44.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



#2 - 2945-2945-2945-4D5c



https://twitter.com/SeriesUpdateFR/status/1336316242221131394___at___2022-11-21 03:21:40 -08:00

← **Tweet**

**Infos Séries**
@SeriesUpdateFR

···

Selena Gomez sur le tournage de la série 'Only Murders in the Building' pour Hulu.

Trois inconnus, obsédés par les affaires criminelles, se retrouvent liés à un meurtre dans la vie réelle et décident de résoudre le cas.

Translate Tweet



6:26 AM · Dec 8, 2020 · Twitter for Android

**47** Retweets   **17** Quote Tweets   **525** Likes

💬        ↻        ♡        ⬆

---

**P**  Tweet your reply                    **Reply**

**Jane Doe** @JaneDoNothing · Dec 8, 2020              ···
Replying to @SeriesUpdateFR
Le synopsis donne plutôt envie

💬        ↻        ♡ **2**        ⬆

> You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**She** 📍 @Shelyann_2503 · Dec 9, 2020              ···
Replying to @coline_marcou and @SeriesUpdateFR
Ooh mais ça peut être pas mal !

💬        ↻        ♡ **1**        ⬆

---

## Sidebar

🔍 Search Twitter

**Relevant people**

**Infos Séries**
@SeriesUpdateFR          **Follow**
Bienvenue sur votre premier compte source français sur toutes vos séries, films et plateformes de streaming préférées. 📺 : seriesupdatefr@gmail.com

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Music · Trending            ···
**Billy Joel**
1,279 Tweets

Trending in California            ···
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Trending in United States            ···
**Defunctland**
4,924 Tweets

Trending in United States            ···
**Schiff**
52.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

## Left navigation

🏠 Home
#  Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski        ···

← **Tweet**

**Starfucks 57K**
@Starfucks93

...

Dua Lipa



9:53 AM · Jan 2, 2021 · Twitter for Android

5 Retweets    53 Likes



Tweet your reply                              Reply

**Zachary (Zac) Brooks** @Zac_man1123 · Jan 2, 2021
Replying to @Starfucks93 and @SexyJChechick
🔥🔥

1

---

## Sidebar

🔍 Search Twitter

**Relevant people**

**Starfucks 57K**        Follow
@Starfucks93
M 29 (Paid cumtributes/cocktributes requests)

**What's happening**

FIFA World Cup · 4 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Trending in California
**Alexis Vega**
20.6K Tweets

Celebrities · Trending
**Chris Evans**
Trending with Blueface

Trending in California
**Mexico City**
18.6K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ...
© 2022 Twitter, Inc.

---

## Left navigation

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Marvel/DC comics**
@MarvelDCcomic15

🎆 Des nouvelles images pour le film #MadameWeb !!!! #Marvel #SpiderMan #Sony

Translate Tweet



3:45 PM · Oct 6, 2022 · Twitter for iPhone

**1** Retweet   **3** Likes

Tweet your reply

Reply

Search Twitter

**Relevant people**

**Marvel/DC comics**
@MarvelDCcomic15                    Follow

Toute l'actualité sur nos univers bien-aimés. Films- série-Jeux Vidéo.

**What's happening**

Formula 1 · 2 hours ago
**Abu Dhabi Grand Prix 2022**

#Disenchanted 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Shakira**
103K Tweets

Only on Twitter · Trending
**Jason David Frank**
94.3K Tweets

Only on Twitter · Trending
**Rest in Power**
9,762 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**

**Cinematizando**
@CinematizandoOf

···

Imagens do Daniel Radcliffe caracterizado como o Weird Al Yankovic no vindouro filme sobre ele

#WeirdAlYankovic #DanielRadcliffe



5:46 PM · Feb 23, 2022 · Twitter Web App

**2** Likes

Tweet your reply

Reply

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

## Relevant people

**Cinematizando**
@CinematizandoOf

Follow

## What's happening

Formula 1 · Starts tomorrow
**Abu Dhabi Grand Prix 2022**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**Welcome Back Kotter**

Sports · Trending
**#ILLvsMICH**

Fashion & beauty · Trending
**Louis Vuitton**
Trending with #FIFAWorldCup 🏆 , Qatar

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Search Twitter



**Perkowski Legal P.C.** ···
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 23-3   Filed 03/13/23   Page 26 of 101   Page ID #3293



← **Tweet**

Dani Lagi ⚡ Strip Marvel
@StripMarvel                                    ···

Nuevas imágenes de #FalconandtheWinterSoldier
Translate Tweet



1:48 AM · Sep 20, 2020 · Twitter for iPhone

**99** Retweets   **2** Quote Tweets   **1,008** Likes

---

Tweet your reply                              **Reply**

Jesus Enrique #BlackPantherWakan...  @JesusEn32... · Sep 20, 2020   ···
Replying to @StripMarvel
El brazo de Wakanda se ve Brutal 😍🔥💪

Jesus Enrique #BlackPantherWakan...  @JesusEn32... · Sep 20, 2020   ···
Replying to @StripMarvel
Bucky con el pelo corto se parece a Hugh Jackman y tiene la cara parecida a Jeremy Renner
                                                        💬 3

jojo :v @SaberSoi · Sep 20, 2020                       ···
Replying to @StripMarvel
Veo esas fotos y me dan ganas de comprar una Suzuki , 🤣

Dead_CeA @Rojo_CeA · Sep 20, 2020                     ···
Replying to @StripMarvel
winter soldier sin su estrella roja en el brazo no es winter soldier... esta decisión de quitarle su estrella parecia que tuviese mas que ver con política que con estética...
                                                        💬 2

El Matty 😈 @MattoncioN · Sep 20, 2020                 ···
Replying to @Rojo_CeA and @StripMarvel
Pol que ahola es sumel soldiel blodel, no sabes que han ido al Costa Rica?
                                                        💬 2
   Show replies

JaviiOsto @TheFury9 · Sep 20, 2020                    ···
Replying to @StripMarvel
@CarlosPerBel 😬
                                                        💬 1

🔥🔥ミリ tAtAkaE🖤❤️ @Nekom4izawa · Sep 20, 2020        ···
Replying to @StripMarvel
Cómo que tengo ganas de pesearme en moto aunque odié las motocicletas en fin la hipocresía

SCRICTUS @scrictus · Sep 20, 2020                     ···
Replying to @StripMarvel
A ver si todo va bn y podemos disfrutarla prontito

_Beth_Jess @_beth_jess · Sep 20, 2020                ···
Replying to @StripMarvel
¿Se puede estar más...... metido en el papel?

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.   ···
@c_perkowski

---

Search Twitter

**Relevant people**

Dani Lagi ⚡ Strip Ma...   **Follow**
@StripMarvel
Soy @Dani_Lagi de Strip Marvel en @youtube y @twitch autor de #ComoConocíAVuestraMarvel y el cómic #ElGuanteHaterDelInfinito
CONTACT: stripmarveltv@gmail.com

**What's happening**

FIFA World Cup · **LIVE**
**England vs Iran**


Korean music · Trending
**#CHASE**
6,665 Tweets

Sports · Trending
**Michael Irvin**

Music · Trending
**Kelly Rowland**
22.6K Tweets

Trending in California
**Dodger Stadium**
14K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

\_\_ https://twitter.com/SiteBastidores4/status/1578495321532878848 \_\_ at \_\_ 2022-11-20 12:26:28 -08:00 \_\_

← Tweet

## Bastidores 🎬
@SiteBastidores4

···

MEU DEUS!

Segundo afirma o @RPK_NEWS1, Tahar Rahim está interpretando o vilão Ezekiel Sims em 'Madame Web'

O ator apareceu recentemente em fotos do set de gravação. 👀

Translate Tweet




2:19 PM · Oct 7, 2022 · Twitter for Android

4 Retweets    33 Likes



Tweet your reply

Reply



**Perkowski Legal P.C.**
@c_perkowski
···

---

🔍 Search Twitter

### Relevant people



**Bastidores 🎬**
@SiteBastidores4                Follow

Conta oficial do site Bastidores: Cinema, Games, Televisão, Livros e Cultura Pop em um só lugar | ✉️ email: matheus@nosbastidores.com.br

**RPK**
@RPK_NEWS1                Follow

'A Twitter influencer and writer' - CNBC. Contact/Business inquiries: DanielRPK10@gmail.com
patreon.com/DanielRPK Youtube:
bit.ly/32dYZOB

### What's happening



NFL · LIVE
**Browns at Bills**

#Disenchanted 🧙‍♀️
Original movie now streaming
▶️ Promoted by Disney+

Trending in United States
**Rest In Peace**
49.4K Tweets

···

Entertainment · Trending
**Morgan Freeman**
190K Tweets

···

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Kevin Conroy

···

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.



← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

**Perkowski Legal P.C.**  ...
@c_perkowski

__ https://twitter.com/ClickySound/status/1278018440222121986 __ at __ 2022-11-22 21:37:39 -08:00 __

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



**Clicky Sound**
@ClickySound

clickysound.com/lady-gaga-went...  Ariana, you've got some competition.



10:31 AM · Jun 30, 2020 · Clicky Sound

Tweet your reply

Reply

**Perkowski Legal P.C.**
@c_perkowski

Search Twitter

**Relevant people**



**Clicky Sound**
@ClickySound

Follow

Photography at its Best!

**What's happening**

NBA · LIVE
**Lakers at Suns**

**#AvatarTheWayOfWater**
Get tickets now - In theaters December 16
Promoted by Avatar

Business and finance · Trending
**Virginia Walmart**
10.7K Tweets

Trending in California
**Costco**
5,653 Tweets

Trending in United States
**Erection**
15.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/_dccbrasil/status/1529509290569633792 __ et __ 2022-11-21 23:02:31 -08:00

← **Tweet**

**DC Brasil**
@_DCCBRASIL                                                    ···

Bruna Marquezine via Instagram Stories!



4:04 PM · May 25, 2022 · Twitter for Android

**30** Retweets    **12** Quote Tweets    **640** Likes

Tweet your reply                                    Reply

**ohenriquepr #100kCola,Fiel** @PauloHe10274157 · May 25    ···
Replying to @_DCCBRASIL
MDS, tô amando mais essa mulher
                                                              ♡ 1

**andrey** 🔥 @AndreyAragP8 · May 25                           ···
Replying to @_DCCBRASIL
ela toda animada é tudo pra mim
                                                              ♡ 2

**Wayne De Gotham** @WayneDeGotham1 · May 25                   ···
Replying to @_DCCBRASIL
Mds isso tá muito FODAAAAAAA
                                                              ♡ 2

**Itsbrulei** @itsBrulei · May 25                             ···
Replying to @_DCCBRASIL
😍😍😍😍😍
                                                              ♡ 2

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

Search Twitter

**Relevant people**

DC Brasil                    Follow
@_DCCBRASIL

Todas as notícias relacionadas ao mundo da #DCComics em um só lugar! ✉️Parcerias e Midia Kit: contatodcbrasil@gmail.com • Siga-nos no Instagram:

**What's happening**

NFL · 2 hours ago
49ers at Cardinals

Entertainment · Trending           ···
Died Suddenly
71K Tweets

Trending in United States           ···
Ramey
2,046 Tweets

Trending in California              ···
Mexicans
6,288 Tweets

Only on Twitter · Trending          ···
Pablo Milanés
Trending with Auburn

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/bso/status/1151253995769516032 __ el __ 2022-11-22 09:07:46 -08:00

← **Tweet**





**Robert Littal BSO** ✔
@BSO

···

Photos of Tom Brady and Gisele Take a Quick Costa Rica Vacation Before Training Camp Starts bit.ly/2lPjw73



3:15 PM · Jul 16, 2019 · BSO Alert

**2** Retweets  **4** Quote Tweets  **5** Likes

💬            🔁            ♡            ⬆️

---

**Perkowski Legal P.C.**
@c_perkowski          ···

Tweet your reply                          Reply

**Ryan Kilgore** @KillaTwitta · Jul 16, 2019          ···
Replying to @BSO
Shoutout to Tom kissing someone other than his kids for a minute...I'm sure they needed a break

💬            🔁            ♡            ⬆️

**damián** @xygonz · Jul 16, 2019          ···
Replying to @BSO
She grabbing his ass?

💬 1            🔁            ♡            ⬆️

**Bastos** @melbas100 · Jul 21, 2019          ···
Replying to @BSO
😂😂😂😍😍

💬            🔁            ♡            ⬆️

---

🔍 Search Twitter

**Relevant people**



**Robert Littal BSO** ✔          Follow
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**

#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
📷 Promoted by Avatar

Politics · Trending          ···
**Naomi Biden**
2,343 Tweets

Trending in United States          ···
**#SeleccionMexicana** 🇲🇽
11.6K Tweets

Trending in United States          ···
**#TheMarvels**
2,103 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet





← **Tweet**

## Relevant people



**WebWarriorLeaks**
@web_leaks    · · ·

🚨🚨 A SPIDER-MAN HAS BEEN SPOTTED ON SET OF MADAME WEB! 🚨🚨 HOLY SHIT! LOOKS LIKE KAINE PARKER?

#SpiderMan #MadameWeb #ScarletSpider #KaineParker #Marvel #Sony





12:34 PM · Oct 6, 2022 · Twitter for iPhone

**2** Retweets   **11** Likes

🔍 Search Twitter

## Relevant people

 

**WebWarriorLeaks**    **Follow**
@web_leaks

This Is WebWarriorLeaks! Follow For Marvel And DC News as well as Transformers! 📰 Leaks! 🚨 And Rumors! 💯 I love to interact with everyone!

## What's happening

Formula 1 · 2 hours ago
**Abu Dhabi Grand Prix 2022**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶️ Promoted by Disney+

Only on Twitter · Trending    · · ·
**Jason David Frank**
Trending with First Kevin Conroy

Trending in California    · · ·
**Shakira**
104K Tweets

Politics · Trending    · · ·
**#MassShooting**
3,596 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

## Twitter navigation

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**



__ https://twitter.com/agfotosevideos/status/1400572036641132546 __ at __ 2022-11-19 11:21:55 -0800 __

Case 2:22-cv-09462-DMG-ADS   Document 23-3   Filed 03/13/23   Page 35 of 101   Page ID #:3302

← Tweet



**ATENÇÃO GEEK | Mídia**
@agfotosevideos

···

Zachary Levi gravando Shazam 2 com o novo uniforme ⚡





2:56 PM · Jun 3, 2021 · Twitter for Android

**2** Retweets   **2** Quote Tweets   **16** Likes

🔍 Search Twitter

**Relevant people**



**ATENÇÃO GEEK | Mídia**            Follow
@agfotosevideos

Conta para fotos e vídeos dos bastidores do mundo do entretenimento. Conta oficial: @atencaogeek

**What's happening**

Entertainment · 51 minutes ago
**It's Sushmita Sen's birthday** 🎂

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Music · Trending          ···
**Chris Brown**
Trending with AMAs

Trending in United States   ···
**Welcome Back Kotter**

Sports · Trending          ···
**Herbig**

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



Tweet your reply

Reply



Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**   ···
@c_perkowski

← Tweet

**manuzinha**
@beeslyes

⋯

que chique o meu amooor

Translate Tweet



4:51 AM · Mar 26, 2022 · Twitter for iPhone

**2** Retweets   **1** Quote Tweet   **34** Likes

💬    🔁    ♡    ⬆️

---

💬   Tweet your reply                              Reply

---

**bia ¹ ₴ ☆ SAW LEA AND ZANDY** @groffsarfatis · Mar 26   ⋯
Replying to @beeslyes and @leamichele
ela de branco >>> 😭😭😭

💬 1          🔁          ♡          ⬆️

**manuzinha** @beeslyes · Mar 26   ⋯
Replying to @groffsarfatis
fica perfeita!

💬          🔁          ♡ 1          ⬆️

**angel ₴ ☆** @wonderlandlts · Mar 26   ⋯
Replying to @beeslyes and @leamichele
uma mulher de negócios

💬 2          🔁          ♡          ⬆️

**manuzinha** @beeslyes · Mar 26   ⋯
Replying to @wonderlandlts
PARECE

💬          🔁          ♡          ⬆️

---

**Home**
# Explore
🔔 Notifications ①
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski
⋯

---

🔍 Search Twitter

**Relevant people**

**manuzinha**
@beeslyes                    Follow

**What's happening**

Sports · LIVE
**2022 FIFA World Cup**

**#AvatarTheWayOfWater** 🧑
Get tickets now · In theaters December 16
▶️ Promoted by Avatar

Entertainment · Trending                    ⋯
**Died Suddenly**
Trending with World Premiere

Trending in California                       ⋯
**Mexicans**
7,194 Tweets

Trending in United States                    ⋯
**#GMMTV2023**
219K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

__ https://twitter.com/dizfilms/status/1275569989249314304 __ .tif __ 2022-11-21 12:18:57 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-3    Filed 03/13/23    Page 37 of 101    Page ID #:3304



▽ DIZ ▽
@DIZfilms

ティモシーシャラメとエイザゴンザレスのカップルは
予想外だった！
ベイビードライバーのダーリン役。ギター弾いてるテ
ィモシーシャラメいいなあ。

Translate Tweet

4:22 PM · Jun 23, 2020 · Twitter for iPhone

147 Retweets    29 Quote Tweets    1,811 Likes

Perkowski Legal P.C. ...
@c_perkowski

P    Tweet your reply                Reply

Nanamatsu @robnana892 · Jun 26, 2020
Replying to @DIZfilms
こと2人のもっとすごい写真流れてきてしまって立ち直れません😢
                                        1

▽ DIZ ▽ @DIZfilms · Jun 26, 2020
Replying to @robnana892
サブアカウントの方で嘆きました😭
                                        1
Show replies

平井めぐみ（村上恵）@megc5neko · Jun 23, 2020
Replying to @DizFilms
たまりませんね...それにしても彼の好みが掴めません（；；）
                                        4

▽ DIZ ▽ @DIZfilms · Jun 24, 2020
Replying to @megc5neko
確かに今回は6歳年上の彼女で、今までと好みも違う気がしますね😊
                                        2

BTTF_MCU_DCT @BttfMcu · Jun 24, 2020
Replying to @DIZfilms
女優さん調べたらこんな画像出てきたけど左気どうなってるんだ？



                                        1

▽ DIZ ▽ @DIZfilms · Jun 24, 2020
Replying to @BttfMcu
！？

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from a suspended account. Learn more



**Perkowski Legal P.C.** ...
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Perkowski Legal P.C.
@c_perkowski

← Tweet

**Film Daze**
@filmdaze

The yee-haw agenda lives on 🤠



3:09 PM · Jun 22, 2022 · Twitter for iPhone

64 Retweets    45 Quote Tweets    972 Likes

Tweet your reply                                    Reply

**Juan 🇲🇽** @ObiJuan714 · Jun 22
Replying to @filmdaze

1    ♡ 1

**Rayvo** @Mz_is_behaving · Jun 22
Replying to @filmdaze @BriMalandro
@BriMalandro

1    ♡ 1

**BRI** @BriMalandro · Jun 22
Replying to @Mz_is_behaving and @filmdaze
The fit. Need that.

♡ 1

**GaymerCam** @GaymerCam · Jun 23
Replying to @filmdaze
@trixiemattel deserves royalties, at the very least they need to do a
photoshoot in the Yeehaw Cowgirl Room in the @trixiemotel

♡ 1

**پاریمو** @mmjok161 · Jun 23
Replying to @filmdaze

نتوان کلمات را در وصف این‌همه زیبایی به صف کرد

**Rachel Tall** @faerierachel · Jun 22
Replying to @filmdaze
I need this outfit

♡

**A Cinephile Lost in World of Dreams, and …** @Cinemam… · Jun 22
Replying to @filmdaze
This film will transcend soul, oh my God!

♡ 1

Show additional replies, including those that may contain offensive
content                                              Show

**Relevant people**

**Film Daze**                        Follow
@filmdaze
Substack, monthly cinema club and
new reads here:
filmdaze.substack.com/p/film-daze-ci
… letterboxd: boxd.it/26Kih

**What's happening**

NFL · 52 minutes ago
49ers at Cardinals

Entertainment · Trending
**Died Suddenly**
62.2K Tweets

Entertainment · Trending
**Sinbad**
7,390 Tweets

Trending in California
**Dodger Stadium**
9,231 Tweets

Trending in California
**Argentina**
424K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

__ https://twitter.com/RihannaNoBrasil/status/1506751347697364995 __ at __ 2022-11-21 21:33:40 -08:00 __



← **Tweet**

 **Rihanna.com.br** ⚓
@RihannaNoBrasil

···

A beleza de milhões da futura mamãe 💖

Translate Tweet



2:54 PM · Mar 23, 2022 · Twitter for Android

**119** Retweets  **5** Quote Tweets  **1,662** Likes

      

 Tweet your reply   Reply

---

# Home
# Explore
# Notifications
# Messages
# Bookmarks
# Lists
# Profile
# More

Tweet

Q Search Twitter

## Relevant people

 **Rihanna.com.br** ⚓   Follow
@RihannaNoBrasil

Rihanna.com.br is a genuine and registered fansite, made by fans. 🇧🇷 Fã-clube e portal de notícias brasileiro sobre a cantora Rihanna. Online desde 2008. 💎

## What's happening

NFL · 1 hour ago
**49ers at Cardinals**



Entertainment · Trending
**Died Suddenly**
64.5K Tweets

···

Only on Twitter · Trending
**Pablo Milanés**

···

__ https://twitter.com/thai_superhero/status/1307529632682405888 __ at __ 2022-11-21 10:00:19 -08:00 __

← **Tweet**

สมาคม **Superhero**
@Thai_SuperHero

ภาพใหม่จากกองถ่ายซีรี่ย์ The Falcon and The Winter Soldier (แชมบัค) ที่เราจะเห็นแขนของบัคกี้แบบชัดๆ

Source: justjared.com/photo-gallery/...



8:58 PM · Sep 19, 2020 · Twitter for Android

**145** Retweets   **2** Quote Tweets   **64** Likes

Tweet your reply

Reply

---

**Relevant people**

สมาคม **Superhero**
@Thai_SuperHero    Follow

สมาคมของกลุ่มบุคคลผู้ซึ่งชอบซุปเปอร์
ฮีโร่ในประเทศไทย // Twitter อย่างเป็น
ทางการของ 'สมาคมผู้คลั่งไคล่
SuperHero' *ถามข้อมูลหนัง/Comic ต่างๆ
ใน DM ได้เลยจ้า*

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Music · Trending
**Ciara**
6,411 Tweets

YU-GI-OH! · Trending
**Mystic Mine**

Trending in California
**Dodger Stadium**
14.3K Tweets

Trending in United States
**Senegal**
Trending with #FifainuBsc, England

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C. ···
@c_perkowski

← Tweet



**Foochia - فوشيا** ✔
@foochia

عدسات الباباراتزي ترصد بن أفليك وجنيفر لوبيز معاً خلال
عطلة في مونتانا، بعد مرور 17 عاماً على انفصالهما.. برأيك
هل يعودان لبعضهما؟

#فوشيا #Jlo #benaffleck# #بن_افليك #جنيفر_لوبيز

Translate Tweet

 

11:01 AM · May 11, 2021 · Hootsuite Inc.

3 Likes

Tweet your reply                                    Reply

---

🔍 Search Twitter

## Relevant people

 **Foochia - فوشيا** ✔    Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

## What's happening

FIFA World Cup · LIVE
**Mexico vs Poland**

**#AvatarTheWayOfWater** 💧
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Trending in California
**Mexico City**
25.3K Tweets

Entertainment · Trending
**Died Suddenly**
111K Tweets

Trending in California
**Mexicans**
8,019 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

 **Perkowski Legal P.C.** ···
@c_perkowski

---

## Left sidebar navigation

- Home
- Explore
- Notifications ①
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**



Case 2:22-cv-09462-DMG-ADS   Document 23-3   Filed 03/13/23   Page 44 of 101   Page ID #:3311

← **Tweet**

**NAÇÃO MARVEL | fan club**
@nacaomarvel

ELA SORRINDO 🥺 Hailee Steinfeld no set de Hawkeye.



2:36 PM · Feb 21, 2021 · Twitter for Android

**47** Retweets   **31** Quote Tweets   **555** Likes

Tweet your reply

Reply

**ana ⚅ fan account** @aaloork · Feb 21, 2021
Replying to @nacaomarvel
Maravilhosa, perfeita

1

**Tah Mori** 📍/ titans · tw @kiarafbanks · Feb 21, 2021
Replying to @nacaomarvel
Tão pitica

---

**Search Twitter**

## Relevant people

**NAÇÃO MARVEL | fa...**
@nacaomarvel

Follow

🇧🇷 O maior fã-clube da Marvel no Brasil e #2 do mundo | por @kainyall & @thurstopper | 🎙 : @PodcastNM | ✉️ nacaomarvelofc@gmail.com

## What's happening

NFL · 2 hours ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
69.9K Tweets

Trending in United States
**Ramey**
2,024 Tweets

Trending in California
**Mexicans**
6,283 Tweets

Only on Twitter · Trending
**Pablo Milanés**
Trending with Auburn

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/filmnewsPL/status/1356294850384195588 __ at __ 2022-11-20 15:05:33 -08:00 __

← **Tweet**



**Film News**
@filmnewsPL

Florence Pugh i Harry Styles na nowych zdjęciach z planu #DontWorryDarling

Translate Tweet





9:34 AM · Feb 1, 2021 · Twitter for Android

**2** Retweets   **19** Likes

Tweet your reply

Reply

## Relevant people

**Film News**
@filmnewsPL

Follow

🎬 najnowsze wiadomości filmowe - kino polskie i zagraniczne, popularne i niezależne 🍿 kontakt: filmnewspl@gmail.com

## What's happening

NFL · 1 hour ago
**Lions at Giants**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
📢 Promoted by Disney+

Trending in California
**Rest In Peace**
58.9K Tweets

Trending in United States
**#FIFAWorldCup** 🏆
Trending with #AMAs 🔥

Sports · Trending
**Hackett**
3,878 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter



**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/things_marvel/status/1329569890666042369 __ at __ 2022-11-22 15:22:26 -0800 __

← **Tweet**

Search Twitter



**All Things Marvel**
@things_marvel                                           •••

## ภาพเซ็ตแรกจากกองถ่าย Ms. Marvel



3:39 PM · Nov 19, 2020 · TweetDeck

**16** Retweets




Tweet your reply

Reply

### Relevant people

**All Things Marvel**                     Follow
@things_marvel
News update for THAI fans of
@Marvel Cinematic Universe. อัปเดต
ข่าวของจักรวาลภาพยนตร์มาร์เวลสำหรับ
แฟน ๆ ชาวไทย

### What's happening

FIFA World Cup · 5 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🔵
Get tickets now - In theaters December 16
📢 Promoted by Avatar

Celebrities · Trending                    •••
**Chris Evans**
Trending with  Blueface

Betty White · Trending                    •••
**Betty White**
2,947 Tweets

Sports · Trending                         •••
**Hard Knocks**
Trending with  Cardinals

**Show more**

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More •••
© 2022 Twitter, Inc.


**Perkowski Legal P.C.**    •••
@c_perkowski



← **Tweet**



**DAKOTA** 💜💙
@tender_DMJ
···

DAKOTA 😍



10:56 AM · May 30, 2019 · Twitter for iPhone

**1** Retweet    **8** Likes

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**


Perkowski Legal P.C.
@c_perkowski    ···

🔍 Search Twitter

### Relevant people

  **DAKOTA** 💜💙    Follow
@tender_DMJ
Dakota Johnson is the meaning of
perfection and of course the love of
my life ❤️

### What's happening

NBA · LIVE
**Lakers at Suns**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California    ···



💬    🔁    🤍    ⬆️

Tweet your reply    **Reply**

https://twitter.com/dakotaj_updates/status/15516825847825428150___et___2022-11-20 17:49:17 -08:00
Case 1:22-cv-09462-DMG-ADS   Document 23-3   Filed 03/13/23   Page 48 of 101   Page ID
#:3315

← **Thread**

**Dakota Johnson Updates**
@dakotaj_updates

···

NEW: Dakota was seen on the set of "Madame Web" on July 20 in Boston. #DakotaJohnson



2:30 AM · Jul 26, 2022 · Twitter for iPhone

128 Retweets    32 Quote Tweets    524 Likes

---

Tweet your reply                                    Reply

**Dakota Johnson Updates** @dakotaj_updates · Jul 26
Replying to @dakotaj_updates
🙏 Thank you @DakotaJBRA
💬          ⟲          ♡ 10          ⬆

**Fwompomp** @fwompomp · Jul 26
Replying to @dakotaj_updates
This is just Jessica Jones without the black leather jacket. Where's the red hair and the sunglasses?
💬          ⟲ 1          ♡ 5          ⬆

**Linda Boland** @9zytbpqchw · Aug 8
Replying to @dakotaj_updates
I think she is so adorable
💬          ⟲          ♡          ⬆

**Matthew** @wolfsburgfl · Aug 2
Replying to @dakotaj_updates
Interesting. What on earth is this movie about I wonder... 🤔
💬          ⟲          ♡          ⬆

**Matthew** @wolfsburgfl · Aug 2
Replying to @dakotaj_updates
This is an interesting project for Dakota. I think there must be an opportunity to really showcase her acting chops with this part. 🤔
💬          ⟲          ♡          ⬆

**Matthew** @wolfsburgfl · Aug 2
Replying to @dakotaj_updates
Also, like the prominently featured red coat. Similar to how Jessica Jones definitely had a preferred coat in that series.
💬          ⟲          ♡          ⬆

**Matthew Cutter** @MatthewCutter2 · Jul 29
Replying to @dakotaj_updates
Great costume. Reminds me of some random woman on the street.
💬          ⟲          ♡          ⬆

Show more replies

**Perkowski Legal P.C.**   ···
@c_perkowski

**Relevant people**

**Dakota Johnson Upd...**    Follow
@dakotaj_updates
Your best source about the actress, activist, producer and director #DakotaJohnson — Not affiliated with Dakota or her team — FAN ACCOUNT.

**What's happening**

NFL · 1 hour ago
**Bengals at Steelers**



#Disenchanted 🧙
Original movie now streaming
📺 Promoted by Disney+

Trending in United States
**Machine Gun Kelly**
1,853 Tweets

Sports · Trending
**De'Aaron Fox**

Trending in United States
**#AMAs 🎤**
Trending with soobin, yeonjun

Show more

Terms of Service   Privacy Policy   Cookie Policy.
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
○ More
Tweet

__ https://twitter.com/damieforever48/status/1556156400358854659 __ at __ 2022-11-22 21:45:59 -08:00 __





https://twitter.com/electedbieber/status/1430769504024289281 _ e! _ 2022-11-22 10:24:30 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-3   Filed 03/13/23   Page 50 of 101   Page ID
#:3317





← **Tweet**

### Relevant people



taraneh
@electedbieber          **Follow**

who needs a bra when Justin Bieber
has two hands

### What's happening

FIFA World Cup · 27 minutes ago
**Mexico vs Poland**

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
⏵ Promoted by Avatar

Sports · Trending          ···
**Viva Ronaldo**
3,702 Tweets

Trending in United States          ···
**#BoycottTampax**
3,877 Tweets

Sports · Trending          ···
**Cristiano Ronaldo**
Trending with #ManchesterUnited

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



taraneh
@electedbieber          ···

If I saw him on the streets like that I'd give him the best
suck of his life



10:50 PM · Aug 25, 2021 · Twitter for iPhone

**8** Likes



💬          🔁          ♡          ⬆

Tweet your reply          **Reply**

abby @yoloxbieber · Aug 25, 2021          ···
Replying to @electedbieber
LMFAOOOO

💬          🔁          ♡  1          ⬆

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski          ···

https://twitter.com/BRMarvelNews/status/1327276444457701099/ ...
2022-11-22 15:47:21 -08:00
Document 23-2
Filed 03/13/23
Page 51 of 101
Page ID
#3318

**Marvel News**
@BRMarvelNews

Parece que as gravações de #Loki estão chegando ao fim!

Em entrevista para o Clarín, a Victoria Alonso, vice-presidente da Marvel Studios, disse que restam apenas 4 à 5 semanas para a produção ser concluída.

Translate Tweet



7:45 AM · Nov 13, 2020 · Twitter for Android

**82** Retweets    **100** Quote Tweets    **1,604** Likes

Tweet your reply                                    Reply

**S°J** JJ @yaltermoon · Nov 13, 2020
Replying to @BRMarvelNews
Ele uniformizado-

**Matheus Campos** @matheuscmoraes1 · Nov 13, 2020
Replying to @BRMarvelNews
@GMartins98

**ana** 🇧🇷 @articfools · Nov 13, 2020
Replying to @BRMarvelNews
MDS FOI TÃO RÁPIDO AMOOOO

**joanaaa** ꒰🧸꒱ @jhooninewoz · Nov 13, 2020
Replying to @BRMarvelNews
ui que nervosismo 🙈😍🥺

**BOLA** @originallbola · Nov 14, 2020
Replying to @BRMarvelNews
youtu.be/pun00yhtjRc sera que vcs podem conferir minha primeira música ? sei que vão gostar muito e muito obrigado 🙏 Deus abençoe ❤️🙏

**roqueirinha** @AkanthaNicbody · Nov 13, 2020
Replying to @BRMarvelNews
Queria um novo teaser, é pedir muito?

**cinthia** @janefoster · Nov 13, 2020
Replying to @BRMarvelNews
MEU DEUSSSSSSS ACHO QUE ANO QUE VEM TA VINDO AI

**Mundinho Amon Tomaz** ♡ @ofabriciobispo · Nov 13, 2020
Replying to @BRMarvelNews
Nem sabia q tava gravando

**acervo lipe** @jrsjocyoon · Nov 13, 2020
Replying to @BRMarvelNews
AMOOOOOO VEM AÍ EM JUNHO/ JULHO

**Lúcio** @RhodolEonMusk · Nov 13, 2020
Replying to @jrsjocyoon and @BRMarvelNews
Quem vem em junho/julho/agosto é Falcão e o Soldado invernal, Loki acho que estreia em outubro/novembro.

Show replies

**Diego Linhares** @DLA781227 · Nov 13, 2020
Replying to @BRMarvelNews
Caramba, ainda bem! Tinha até me esquecido dessa série. Não tava ouvindo falar nada sobre.

**ritch.** ☝️ @kindajickson · Nov 13, 2020
Replying to @BRMarvelNews
omg

**BufaloDesigner** @BufaloDdesigner · Nov 13, 2020
Replying to @BRMarvelNews
É tão rapido assim?

**wandperalta**ᵇˢ ✕ @WTFisluke · Nov 13, 2020
Replying to @BRMarvelNews
eu nem sabia que tava gravando

**Lu** @luan_glemos · Nov 13, 2020
Replying to @WTFisluke and @BRMarvelNews
Eu tbm não sabia! Kkkkkkk... Estou tão ansioso para #WandaVision.

**Ítalo** @Vicenttltalo · Nov 13, 2020
Replying to @BRMarvelNews
@atequandomeupai

Show additional replies, including those that may contain offensive content    Show

**Perkowski Legal P.C.** ...
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Search Twitter

**Relevant people**

**Marvel News**      Follow
@BRMarvelNews
Conta de fã dedicada ao Universo
Marvel 📩 Contato:
marvelnewsbr@outlook.com

**What's happening**

NCAA Men's Basketball · Yesterday
**Cowboys at Eagles**

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Jane Lynch**

Family & relationships · Trending
**For $100**
130K Tweets

Food · Trending
**Reddi Whip**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/hitmansystem/status/1171069270966456321 _at_ 2022-11-22 19:32:29 -08:00 Case 2:22-cv-09462-DMG-ADS Document 23-3 Filed 03/13/23 Page 52 of 101 Page ID #:3319

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**



**Buku baru: Glossy Gentlemen Guide**
@hitmansystem

3 kaos yang wajib dimiliki oleh pria:
1. Basic T Shirt
2. The Henley Shirt
3. Polo Shirt

Cukup punya 3 T-shirt ini, kalian bisa mix and match dengan beragam outer dan alas kaki.

Translate Tweet



7:34 AM · Sep 9, 2019 · Twitter for iPhone

**6** Retweets **4** Quote Tweets **35** Likes

P Tweet your reply **Reply**

**henry** @henrxyz · Sep 9, 2019
Replying to @hitmansystem
gak begitu suka polo min. btw sepatu nomer 3 bagus juga
1

**Buku baru: Glossy Gentlemen Guide** @hitmansystem · Sep 9, 2019
Replying to @henrxyz
Dan mahal pula 😂
1

Show replies

**Noi** @toomband · Sep 11, 2019
Replying to @hitmansystem
Polo ada bbrp & itu dapet dari acara, berlogo semua 😂

**Perkowski Legal P.C.**
@c_perkowski

**Relevant people**



**Buku baru: Glossy Ge...** Follow
@hitmansystem
Pusat Edukasi Percintaan Professional Pertama di 🇮🇩 | ✉️ contact@hitmansystem.com | IG: hitmansystem_official

**What's happening**

NBA · 41 minutes ago
Nets at 76ers

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
**RIP Harold**

Sports · Trending
**Manchester United**
348K Tweets

Politics · Trending
**Epstein**
34.5K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Search Twitter

__ https://twitter.com/ClickySound/status/1198088199258337280 __ at __ 2022-11-20 16:53:33 -08:00 __

← **Tweet**

**Clicky Sound**
@ClickySound

···

[clickysound.com/16-pictures-th...](clickysound.com/16-pictures-th...) 📷📷📷.View Entire Post ›



7:49 PM · Nov 22, 2019 · Clicky Sound

  🤍 ↥

 Tweet your reply    Reply

## Relevant people

**Clicky Sound**
@ClickySound    Follow

Photography at its Best!

## What's happening

NFL · 3 hours ago
**Browns at Bills**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Politics · Trending    ···
**LGBTQ**
Trending with AR-15, Colorado Springs

Yeonjun · Trending    ···
**yeonjun**
Trending with soobin, #AMAs 🔥

Sports · Trending    ···
**Sam Webb**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski



← **Tweet**



**Foochia - فوشيا** ✔
@foochia

جنيفر لوبيز تعرض جسدها الرشيق بملابس سباحة بلون النيون الزهري، وذلك خلال يوم رومانسي على الشاطئ بصحبة خطيبها أليكس رودريغز

Translate Tweet



2:00 AM · Sep 22, 2020 · Hootsuite Inc.

**1** Retweet   **6** Likes

  Tweet your reply    Reply

---

**Relevant people**

 **Foochia - فوشيا** ✔   **Follow**
@foochia

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللباقة، ونتابع أخبار المشاهير والفن والثقافة.

**What's happening**

Television · 3 hours ago
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Politics · Trending
**HE'S BACK**
157K Tweets

Sports · Trending
**Pasadena**
1,626 Tweets

Trending in United States
**Blocked**
134K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Search Twitter**

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

___ https://twitter.com/bso/status/1148821772021706752 __et __ 2022-11-22 09:53:53 -08:00

← **Tweet**



Robert Littal BSO ✓
@BSO

After Shooting His Shot on Instagram and Hitting Nothing But Net, Panthers Christian McCaffrey Takes Danny Amendola's Ex-GF Olivia Culpo on Cabo Vacation (Pics-Vids) bit.ly/32jqv8P via @brittrenee04



10:10 PM · Jul 9, 2019 · BSO Alert

**2** Retweets   **7** Likes

Tweet your reply                                    Reply

Johnny Socko @jaycrooklyn · Jul 9, 2019
Replying to @BSO
No drummys, all flats...
💬          ♡ 1

brian @brianbufford · Jul 9, 2019
Replying to @BSO
@PardonMyTake @BarstoolBigCat @PFTCommenter @hen_ease expect another meltdown from amendola for future Monday readings 😭

SUUQ-YARE @Bel22_Aziz · Jul 9, 2019
Replying to @BSO
all i see is 1,500 rushing and 1k recivein plus 15 total TDs this year

---

Perkowski Legal P.C.
@c_perkowski

---

**Relevant people**

Robert Littal BSO ✓
@BSO
Follow
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**

#AvatarTheWayOfWater🪦
Get tickets now · In theaters December 16
☑ Promoted by Avatar

Trending in United States
**Ochoa**
Trending with #MEXPOL, Lewandowski

Trending in United States
**Chicharito**
3,338 Tweets

Trending in United States
**#BoycottTampax**
3,085 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

Tweet

Gerard Cortez
@SoyGerardCortez

Un poco de Milo Ventimiglia para el día de hoy no cae nada mal



8:21 AM · Apr 7, 2021 · Twitter for iPhone

52 Retweets   22 Quote Tweets   4,955 Likes

Gerard Cortez
@SoyGerardCortez
Follow
Periodista de moda y cultura pop. TV Host y guionista. Amado en YouTube. No binarie. Inmigrante. Contacto: GerardoCortez@gmail.com :D he, ellx, she, ale #byx

What's happening
FIFA World Cup · LIVE
USA vs Wales

Trending in California
Dodger Stadium
14.5K Tweets

Trending in United States
Oregon
33.5K Tweets

Trending in United States
Colorado Springs
55K Tweets

Trending in United States
Spencer Rattler
1.47K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads Info   More ...
© 2022 Twitter, Inc.

Tweet your reply    Reply

La Habra 🐸 @jahebra_ · Apr 7, 2021
Replying to @SoyGerardCortez
asuuuudo nobleho...



Julieta Márquez @MaryJulieta · Apr 6, 2021
Replying to @SoyGerardCortez
aaaay! No me habia percatado de ese perfil de "Jack Pearson"! 

Estafina 💕 @meninalabba · Apr 6, 2021
Replying to @MaryJulieta and @SoyGerardCortez
Qué carro será el de la derecha @CaramevoX 🤣🤣🤣

Isabel @mermildabla and @SoyGerardCortez
Hijole, según yo una camioneta pero no me deja hacer Más zoom

Show replies

sam @samsmoodz · Apr 7, 2021
Replying to @SoyGerardCortez



Julieta Márquez @MaryJulieta · Apr 6, 2021
Replying to @SoyGerardCortez
aaaay! No me habia percatado de ese perfil de "Jack Pearson"! 

Estafina 💕 @meninalabba · Apr 6, 2021
Replying to @MaryJulieta and @SoyGerardCortez
Qué carro será el de la derecha @CaramevoX 🤣🤣🤣

Isabel @mermildabla and @SoyGerardCortez
Hijole, según yo una camioneta pero no me deja hacer Más zoom

Show replies

sam @samsmoodz · Apr 7, 2021
Replying to @SoyGerardCortez
@temippupe ali

Lisa Gómez @lisylisel · Apr 6, 2021
Replying to @SoyGerardCortez
@temepuluberro 💕💕💕

Cata Serrano🇻 @lizietscheli and @SoyGerardCortez
Replying to @lizietscheli and @SoyGerardCortez
Chino se sus fuii parti jsjsjsjaja

Ari The Astronaut @arasen_midth · Apr 6, 2021
Replying to @SoyGerardCortez
@justinsecing 🦋

leticia núñez @leto1573 · Apr 6, 2021
Replying to @SoyGerardCortez
Good morning Mr Pearson

Señora Karla @karalalaga · Apr 6, 2021
Replying to @SoyGerardCortez
Lo what

Obeyrn M. @AdariFati7 · Apr 6, 2021
Replying to @SoyGerardCortez
El señor Pearson me pone muy inquieto 😳🔥

@bit_nidedita @AdariFati7 and @SoyGerardCortez
Replying to @AdariFati7 and @SoyGerardCortez



Isabel Beltrán @belfran_baa · Apr 7, 2021
Replying to @SoyGerardCortez
@katavictova_ 😍

Katherinne Vargas @Katherinneic · Apr 7, 2021
Replying to @belfran_baa and @SoyGerardCortez
Que buena forma de alegrar el día 😍

xoff @confineding2 · Apr 6, 2021
Replying to @SoyGerardCortez
@abelmavricka siempre voy a estar enamorada de él

danielme @alaemavrade · Apr 6, 2021
Replying to @confineding2 and @SoyGerardCortez
@gmexananih 🔥

👤 @amaby_ · Apr 6, 2021
Replying to @SoyGerardCortez
@gmexananih 🔥

delamar @alalamar240 · Apr 6, 2021
Replying to @SoyGerardCortez
olejjpracias 🥰

Carolina Martínez @GKHXcarolina · Apr 6, 2021
Replying to @SoyGerardCortez
@mexanmw_977 @clientefillar buen marino, salu2

@_hineirddd_ @_hineirddd · Apr 6, 2021
Replying to @SoyGerardCortez

Carmen Ancona 🌙 @photopupe_ · Apr 6, 2021
Replying to @SoyGerardCortez
@LuisaOttoper

gabriela @gkelagala · Apr 6, 2021
Replying to @SoyGerardCortez



Suspiro de cajeta
(150 g)

María. @__MissMary · Apr 6, 2021
Replying to @SoyGerardCortez
@ipiro_oir 🤣

@ipiro_oir · Apr 6, 2021
Replying to @__MissMary and @SoyGerardCortez

https://twitter.com/harrymoonchild/status/1425089705033441280 __ el __ 2022-11-19 23:55:58 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-3   Filed 03/13/23   Page 58 of 101   Page ID
#:3325

← **Thread**

**dee.**
@harrymoonchild

I want what THEY have 🙄



6:40 AM · Aug 10, 2021 · Twitter for Android

**32** Retweets  **12** Quote Tweets  **232** Likes

Tweet your reply                                    Reply

**dee.** @harrymoonchild · Aug 10, 2021
Replying to @harrymoonchild
I'm at my limit

5   43

**Margreet Wassink** @margie1992 · Aug 10, 2021
Replying to @harrymoonchild
Wow! Harry is almost unrecognisable i had to look twice before i saw that is
was Harry

1

@Lotharia_ · Aug 10, 2021
Replying to @harrymoonchild
I really like them as couple

**sarina** @little_bee___ · Aug 10, 2021
Replying to @harrymoonchild
I'm so happy for them!😊😊

1

**Perkowski Legal P.C.**
@c_perkowski

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⦿ More

**Tweet**

Search Twitter

**Relevant people**

**dee.**
@harrymoonchild          Follow
#harry: starry haze crystal ball 🔮🔒 |
backup:@goldenfineline | ig:dishaxrai

**What's happening**

Television · 3 hours ago
**Saturday Night Live airing on
NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
⬛ Promoted by Uber

Trending in United States
**Blocked**
134K Tweets

Sports · Trending
**KYLE FORD**

Trending in California
**Ecuador**
92.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

**Dakota Johnson Brasil**
@DakotaJBRA

•••

Dakota Johnson e Adam Scott foram fotografados hoje, 06, no set de Madame Web em Boston!

dakotajohnsonbrasil.com/galeria/thumbn...



3:21 PM · Aug 6, 2022 · Twitter Web App

**44** Retweets   **32** Quote Tweets   **241** Likes



Tweet your reply                               Reply

**Dhuliane Monteiro** 🧡🍑💐🧘‍♀️ @DhulyMonte · Aug 6
Replying to @DakotaJBRA
A perfeição dessa mulher 💙

Show more replies

**Perkowski Legal P.C.** •••
@c_perkowski

---

**Home**
**Explore**
**Notifications** 1
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

---

**Relevant people**

**Dakota Johnson Brasil**    Follow
@DakotaJBRA
Sua primeira, maior e melhor fonte sobre a atriz e produtora Dakota Johnson no Brasil. E-mail para contato: contato@dakotajohnsonbrasil.com

**What's happening**

Television · 1 hour ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**Blocked**
129K Tweets

Trending in United States
**#DreamersbyJungkook**
Trending with #FIFAWorldCup 🏆

Music · Trending
**JISOO**
Trending with #BLACKPINK 🖤, Camila

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

https://twitter.com/TavernaMarvel/status/1552459377021427713 _ at _ 2022-11-20 08:33:04 -08:00 _



← Tweet



**Taverna Marvel | Fan-Club**
@TavernaMarvel

···

Adam Scott é destaque em novas imagens do set de 'Madame Web' da Sony.

 JustJared

Translate Tweet





6:02 PM · Jul 27, 2022 · Twitter for Android

**2** Retweets   **14** Likes

Tweet your reply

Reply

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@c_perkowski
···

## Relevant people



**Taverna Marvel | Fan-...**
@TavernaMarvel

Follow

Portal focado no universo da Marvel. Todas as notícias e informações você encontra aqui. Ative as notificações🔔
📥Contato: tavernamarvel@gmail.com

## What's happening

FIFA World Cup · LIVE
**Qatar vs Ecuador**



#Disenchanted 😊
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending
**RIP JDF**
4,127 Tweets

···

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Tommy

···

Trending in United States
**El VAR**
45.5K Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter



https://twitter.com/jay_z_daily/status/1224547402318798849 __ st __ 2022-11-22 19:01:53 -08:00
Case 1:22-cv-09462-DMG-ADS   Document 23-3   Filed 03/13/23   Page 61 of 101   Page ID #:3328

← **Tweet**

**JAY-Z Daily**
@JAY_Z_Daily                    •••

Jay-Z was spotted leaving the Roc Nation offices in NYC earlier today.

#Unbothered



8:17 PM · Feb 3, 2020 · Twitter for Android

**57** Retweets   **8** Quote Tweets   **450** Likes

○              ⟲              ♡              ⬆



Ⓟ  Tweet your reply                          **Reply**

**Allenvenne** @Allenvenne1 · Feb 4, 2020
Replying to @JAY_Z_Daily
Was he standing!!!! Lol

○              ⟲              ♡              ⬆

**Purple Smoke** @PurpleSmoke12 · Feb 4, 2020
Replying to @JAY_Z_Daily
Ok and what 🤔

○              ⟲              ♡              ⬆

**Nads** @LasseWeiskvist · Feb 4, 2020
Replying to @JAY_Z_Daily
And?

○              ⟲              ♡              ⬆

**#TrellFrmUptown** @HardbodySg · Feb 4, 2020
Replying to @JAY_Z_Daily

▶  youtube.com
   Sometimes prod.by Range RoVahh
   HardBody

○              ⟲              ♡              ⬆

This Tweet was deleted by the Tweet author. Learn more

**GMcomeback** @Jesse_hov · Feb 4, 2020
Replying to @daydelgadillo and @JAY_Z_Daily
Woooo what is that

○              ⟲              ♡              ⬆

---

**Search Twitter**

**Relevant people**

**JAY-Z Daily**        Follow
@JAY_Z_Daily
JAY-Z fan account || Follow and turn on post notifications || Backup 👉
@JAY_Z_Daily2

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**



#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
📽 Promoted by Avatar

Trending in United States
**RIP Harold**

Sports · Trending
**Manchester United**
345K Tweets

Bachelor in Paradise · Trending
**#bachelorinparadiseabc** 🌹
Trending with Victoria, Serene

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Ⓟ  **Perkowski Legal P.C.**   •••
   @jc_perkowski

__ https://twitter.com/weloveharry_1dx/status/1222594418441641985 __ at __ 2022-11-22 17:12:01 -0800 __

← **Tweet**





katie 🙌
@weloveharry_1Dx

···

Oh to be a harry styles frolicking on the beach with a watermelon



10:56 AM · Jan 29, 2020 · Twitter for iPhone

**2** Likes



Tweet your reply

Reply

## Relevant people



katie 🙌
@weloveharry_1Dx

Follow

jack's housewife

## What's happening

FIFA World Cup · This morning
**Mexico vs Poland**



#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Celebrities · Trending
**Tom Hanks**

Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



Perkowski Legal P.C.
@c_perkowski

← Tweet

⌂ Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
More

**Tweet**

🔍 Search Twitter

**Dani Lagi ⚡ Strip Marvel**
@StripMarvel                    •••

Pues sí 🔥SWORD CONFIRMADO🔥 en el UCM. Se merece Videaso ¿no?

Translate Tweet



12:39 AM · Dec 17, 2019 · Twitter for iPhone

**81** Retweets    **789** Likes

💬      🔁      ♡      ⬆

📝 Tweet your reply          Reply

**loubss** @loubss87 · Dec 17, 2019          •••
Replying to @StripMarvel
Que demonios es SWORD?😂😂😂
💬 1      🔁      ♡ 1      ⬆

**Sebastian** 📚🎸🎥 @falcon_Style · Dec 17, 2019   •••
Replying to @loubss87 and @StripMarvel
Así muy rápido y simple.. Es como una división especializada de SHIELD, se encarga de antiterrorismo e inteligencia sobre temas de seguridad nacional relacionados con amenazas extraterrestres.
💬      🔁 2      ♡      ⬆

**Kike** @kikedevera · Dec 17, 2019          •••
Replying to @StripMarvel
Pero Mónica no sería más mayor? Ósea han pasado años desde capitana marvel no?
💬 1      🔁      ♡      ⬆

**Dani Lagi ⚡ Strip Marvel** @StripMarvel · Dec 17, 2019   •••
Replying to @kikedevera
Si contamos que Capitana Marvel transcurre en el 95 y tenía 5 años, tiene 30 y pico años, en 2023, que es donde ocurrirá esta historia.
💬 2      🔁      ♡ 6      ⬆

Show replies

**Pôru Eckerström** @poruekerstrom14 · Dec 17, 2019   •••
Replying to @StripMarvel
@StripMarvel una Enciclopedia Strip Marvel no estaría mal, la vedad
💬      🔁      ♡      ⬆

**Diego** @0achm197 · Dec 17, 2019          •••
Replying to @StripMarvel
Si, lo necesito 😍😍
💬      🔁      ♡      ⬆

**Jesús Adrián🤍** @jesusianrgg · Dec 17, 2019   •••
Replying to @StripMarvel
Ya nos spoilearon el final de agentes de SHIELD xD
💬      🔁      ♡      ⬆

**Hiro Yui** @ProfesorYui · Dec 17, 2019          •••
Replying to @StripMarvel
Porsupoyo, ni idea que es sword
💬      🔁      ♡      ⬆

**Isaac Sancho Sánchez** @isaacdesdejapon · Dec 17, 2019   •••
Replying to @StripMarvel
Sip, esperando videaso en 3, 2, 1...
💬      🔁      ♡      ⬆

**Danny #ARG🇦🇷** @DannyChaves57 · Dec 17, 2019   •••
Replying to @StripMarvel
Creo que el director va a ser Nick Güey y por eso aparece al final de far from home en el espacio
💬      🔁      ♡      ⬆

This Tweet is from a suspended account. Learn more

**Luis De Araujo 👑** @Luis_Deaa · Dec 18, 2019   •••
Replying to @bormeg4 and @StripMarvel
Como?
💬      🔁      ♡      ⬆

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**jordi_pu** @N1TR0099 · Dec 17, 2019          •••
Replying to @romannchu and @StripMarvel
😂😂😂
💬      🔁      ♡      ⬆

**Perkowski Legal P.C.**
@c_perkowski

**Relevant people**

**Dani Lagi ⚡ Strip Ma...**
@StripMarvel        Follow
Soy @Dani_Lagi de Strip Marvel en @youtube y @twitch autor de #ComoConocíAVuestraMarvel y el cómic #ElGuanteHaterDelInfinito CONTACT: stripmarveltv@gmail.com

**What's happening**

FIFA World Cup · This morning
**England vs Iran**          

Entertainment · Trending
**Died Suddenly**
37.2K Tweets                  •••

Trending in United States
**Vasy**
1,249 Tweets                  •••

Entertainment · Trending
**Sinbad**
2,778 Tweets                  •••

Trending in United States
**Tampax**
24.6K Tweets                  •••

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More…
© 2022 Twitter, Inc.

← **Tweet**

This Tweet is from a suspended account. Learn more



**kevin** @alrightkoko · Mar 26, 2021
Replying to @MileyUpdates

wait i thought she was fully sober

💬 1          🔁 1          ♡

**santi(cyrus-swift)** @sssantiago__ · Mar 26, 2021
Replying to @alrightkoko @filmlore and @MileyUpdates

she said that she only drinks light beer a few months ago and she doesn't
like to be tagged as a "sober" person all the time.

💬 1          🔁          ♡ 2

Show replies

**jay** ▽ @jxvintage · Mar 26, 2021
Replying to @MileyUpdates

she looks so good

💬          🔁          ♡ 1



**Perkowski Legal P.C.**
@c_perkowski    ...

__ https://twitter.com/SeriesUpdateFR/status/1334044833698103299 __ at __ 2022-11-21 05:05:44 -08:00

← **Tweet**

**Infos Séries**
@SeriesUpdateFR

...

Harry Styles et Florence Pugh sur le tournage du film "Don't Worry Darling".




12:00 AM · Dec 2, 2020 · Twitter Web App

**85** Retweets    **46** Quote Tweets    **855** Likes

Tweet your reply    **Reply**

**blandine** @sandriine27 · Dec 4, 2020
Replying to @SeriesUpdateFR
Classe

---

Search Twitter

**Relevant people**

**Infos Séries**    **Follow**
@SeriesUpdateFR

Bienvenue sur votre premier compte source français sur toutes vos séries, films et plateformes de streaming préférées. 🎬:
seriesupdatefr@gmail.com

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**



Trending in United States
**Slick Rick**
...

Trending in United States
**Inglaterra**
60.8K Tweets
...

Trending in United States
**Schiff**
57.8K Tweets
...

Music · Trending
**Elton John**
Trending with Dodger Stadium, Dodger Stadium
...

Show more

Terms of Service    Privacy Policy    Cookie Policy    Accessibility    Ads info    More ...

© 2022 Twitter, Inc.

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski  ···

**Infos Séries**
@SeriesUpdateFR   ···

## Iman Vellani sur le tournage de la série 'Mrs Marvel' de Disney+.

Translate Tweet



2:06 PM · Nov 19, 2020 · Twitter Web App

**7** Retweets **4** Quote Tweets **115** Likes

Tweet your reply                                      **Reply**

**Ha Snow🇫🇷** @KamiKcm · Nov 19, 2020   ···
Replying to @SeriesUpdateFR
Son costume éclatai là.
♡

**Lucas** @Lucas_Keeper918 · Nov 19, 2020   ···
Replying to @KamiKcm and @SeriesUpdateFR
C'est un déguisement.
♡ 1

**Luca** @Luvanght · Nov 19, 2020   ···
Replying to @SeriesUpdateFR
Les bouffons dans les commentaires qui comprennent pas que c'est juste un costume comme les magasins de jouets, et que c'est une ado fan de CM
♡ 10

**Nico** 🔴 @drassisang · Nov 19, 2020   ···
Replying to @SeriesUpdateFR
Ça se voit c'est nul avant même d'en voir plus 😭
♡ 2   ♡ 6

**Lucas** @Lucas_Keeper918 · Nov 19, 2020   ···
Replying to @drassisang and @SeriesUpdateFR
C'est une enfant, qui porte un costume ...
♡ 1

**loulou (Taylor's version)** @lou_lem_ · Nov 19, 2020   ···
Replying to @SeriesUpdateFR
Captain marvel de wish
♡ 1

**Kylo** 💡 @Krakatoen · Nov 19, 2020   ···
Replying to @lou_lem_ and @SeriesUpdateFR
C'est un déguisement, c'est pas le vrai costume
♡

**J'u** ✨🦋 @lupin_guardian · Nov 20, 2020   ···
Replying to @SeriesUpdateFR
À quoi sert cette série ? Elle essaie de copier CM ?
♡ 3

**Hella** 🐉 @Moonypers · Nov 20, 2020   ···
Replying to @lupin_guardian and @SeriesUpdateFR
C'est un déguisement
♡

This Tweet was deleted by the Tweet author. Learn more

**C Harlequin** @c_Harles_Quin · Nov 19, 2020   ···
Replying to @JaneDoNothing and @SeriesUpdateFR
Vous n'avez définitivement pas lu les comics... 😂

Je vais faire de la pub gratuite pour Marvel tiens!
Leur service unlimited est en promo: 60$/an pour tout lire 😏 (code: HOLIDAY60, dites que vous habitez en Afghanistan, sinon 21% de TVA iront dans les poches de la France)

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**Kylo** 💡 @Krakatoen · Nov 19, 2020   ···
Replying to @britneyPetasse and @SeriesUpdateFR
C'est pas le vrai costume hein, la c'est un déguisement
♡

**Relevant people**

**Infos Séries**
@SeriesUpdateFR     Follow
Bienvenue sur votre premier compte source français sur toutes vos séries, films et plateformes de streaming préférées. 📺:
seriesupdatefr@gmail.com

**What's happening**

FIFA World Cup  LIVE
**England vs Iran**

Korean music · Trending
**#CHASE**
6,514 Tweets

Sports · Trending
**Michael Irvin**

Trending in United States
**England**
Trending with #FIFaIndisc, #ENGIRN

Trending in California
**Dodger Stadium**
14K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



← Tweet

**Steven**
@BieberCanada

She don't like the lights



3:03 AM · Mar 26, 2021 · Twitter for iPhone

**3** Retweets  **34** Likes

Tweet your reply                    Reply



**sabrina** @BiebersPassion · Mar 26, 2021
Replying to @BieberCanada
Why does he look so upset 😭

1

**Steven** @BieberCanada · Mar 26, 2021
Replying to @BiebersPassion
You know he dont like paparazzi

**Perkowski Legal P.C.**
@c_perkowski

---

Search Twitter

**Relevant people**

**Steven**                    Follow
@BieberCanada
He/Him | canadian | traveller | belieber |

**What's happening**

Sports · LIVE
**2022 FIFA World Cup**

**#AvatarTheWayOfWater** 🌊
Get tickets now – In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
79K Tweets

Trending in United States
**#ArgentinU**
Trending with Messi

Trending in United States
**Ole Miss**
Trending with Auburn

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.




← **Tweet**


Search Twitter



**Freetime**
@BookingFreetime    •••

Margot Robbie et Ryan Gosling sur le tournage du film #Barbie. 📸



3:00 AM · Jun 23, 2022 · Twitter for Android

      

  Tweet your reply    Reply

## Relevant people



**Freetime**    **Follow**
@BookingFreetime

Freetime est une page d'information du cinéma, du divertissement, des séries et plateformes de streaming du moment et à venir.

## What's happening

Television · Yesterday
**The Walking Dead airing on AMC**



Music · Trending    •••
**Lionel Richie**
4,032 Tweets

Trending in United States    •••
**#SisterWives**
3,611 Tweets

Entertainment · Trending    •••
**Disney**
Trending with Bob Iger, Chapek

Trending in United States    •••
**#raidernation** ☠️
10.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.


**Perkowski Legal P.C.**    •••
@c_perkowski

← **Thread**

Q Search Twitter

**MAX** ✓
@ThisIsMax

Sidenote I like this coupling .:. #PeteDavidson has somethin special feels like everyone falls for his charms .. cute, funny, unpredictable and vulnerable is attractive 🥰



12:31 AM · Nov 19, 2021 · Twitter for iPhone

**2** Likes

💬          🔁          ♡          📤

P   Tweet your reply                    **Reply**

**MAX** ✓ @ThisIsMax · Nov 19, 2021
Replying to @ThisIsMax
Luv that Kim has him rocking #skims

💬          🔁          ♡          📤

**OluwaDidThis** @PufffyCheeks · Nov 19, 2021
Replying to @ThisIsMax
He's way too young for her. He's 28 and she's 41. He's also been out with everyone lol He went out with Kate bekingsale and the lady from Bridgerton recently. I think Kim is just enjoying dating him but it's probably nothing serious...

💬          🔁          ♡          📤

### Navigation (left sidebar)

- 🏠 Home
- # Explore
- 🔔 Notifications
- ✉️ Messages
- 🔖 Bookmarks
- 📋 Lists
- 👤 Profile
- ⊙ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

### Relevant people



**MAX** ✓
@ThisIsMax                    **Follow**

Presenter/Producer 🎙 Eyes on the prize Violet! 😜 contact : Management@FlipYourWig.net

### What's happening



FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

#AvatarTheWayOfWater🧜
Get tickets now · In theaters December 16
☑ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
82.2K Tweets

Trending in United States
**Argentina**
Trending with Messi, #ARGKSA

Trending in California
**Mexico City**
24.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**



El Aragüeño
@ElAragueno

··· 

Jennifer Lawrence está embarazada de su primer hijo -
is.gd/1tPe8n #Farándula

Translate Tweet



4:30 PM · Sep 13, 2021 · TweetDeck



Tweet your reply

Reply

## Relevant people

El Aragüeño
@ElAragueno

Follow

EL PRIMER DIARIO DE ARAGUA. ¡50
años contando tu historia!

## What's happening

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**



---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



Perkowski Legal P.C.   ···
@c_perkowski

Search Twitter

— https://twitter.com/live1dnews/status/1346187704569049092 __ at __ 2022-11-22 09:16:08 -08:00



**Tweet**





### Relevant people



**1D Updates**
@Live1DNews

Harry and Olivia Wilde at Jeff's wedding over the weekend

(Via @hsdcandids)



12:12 PM · Jan 4, 2021 · Twitter for iPad

**1** Retweet   **5** Likes

    



Tweet your reply

Reply

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Search Twitter

### Relevant people



**1D Updates**
@Live1DNews
1D Updates. Paul, Andy, and more
follow!

Follow



**HS Candids**
@hsdcandids
Follow for HQ candids of HS. Layout
by @brightblackdsgn. (Fan Account)

Follow

### What's happening



FIFA World Cup · LIVE
**Mexico vs Poland**

**#AvatarTheWayOfWater** 💧
Get tickets now · In theaters December 16
🎬 Promoted by Avatar

Trending in United States
**#TheMarvels**
2,199 Tweets

Trending in California
**Mexicans**
9,328 Tweets

Trending in California
**Mexico City**
23.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/filmsbymecha/status/1027025009187028225 __ at __ 2022-11-20 23:16:32 -08:00 __



← **Tweet**

🔍 Search Twitter

Home

Explore

Notifications ①

Messages

Bookmarks

Lists

Profile

More

**Tweet**

⇄ 🔒 Retweeted

**CARAUPDATES**
@US_CARA ···

Ashley Benson and Cara Delevingne enjoy a spa day together in West Hollywood on August. 07.

7:36 PM · Aug 7, 2018 · TweetDeck

28 **Retweets**   7 **Quote Tweets**   164 **Likes**

💬   ⇄   ♡   ⬆

[P] Tweet your reply   **Reply**

**Relevant people**

🔒🔒
@filmsbydelrey   Follow
multifandom ✦*₊

**CARAUPDATES**
@US_CARA   Follow
Daily Source of Cara Jocelyn Delevingne news. Provide latest news, pictures and exclusives. ◆ If you would like any media removed, DM me! ◆ (Fan Account)

**What's happening**

NFL · 2 hours ago
**Chiefs at Chargers**

**#Disenchanted** 🧑
Original movie now streaming
📺 Promoted by Disney+

Trending in United States   ···
**Bob Iger**
Trending with Disney, Chapek

Trending in United States   ···
**#AMAs** 🔥
Trending with soobin, yeonjun

Trending in United States   ···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**



**Ryan 'All Day News' Anderson**
@Ryans_Ramblings

•••

Birds of Prey looks all sorts of strange and I love it!
#BirdsOfPrey  #DCFilms  #DCComics



3:09 PM · Apr 6, 2019 · Twitter for Android

**2** Retweets  **5** Likes




Tweet your reply                                    Reply

🔍 Search Twitter

## Relevant people



**Ryan 'All Day News' ...**        Follow
@Ryans_Ramblings

Founder, Host, and EIC of
@TheNerdRagePod. As seen on
@CBSThisMorning! Instagram:
@RadRyGuy TikTok:
@Ryans_Ramblings Casting Inquiries:
NerdRagePod@gmail.com

## What's happening

FIFA World Cup · This morning
**England vs Iran**



Trending in California
**TSLA**
23.6K Tweets

•••

Sports · Trending
**Mexico City**
13.8K Tweets

•••

Trending in California
**Dodger Stadium**
12.1K Tweets

•••

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,559 Tweets

•••

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.


**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

__ https://twitter.com/bangtidyhq/status/1525197318433255424 __ at __ 2022-11-21 22:02:49 -08:00 __

← **Tweet**

 **Bang Tidy Celebs**
@BangTidyHQ                                    ···

# Nina Agdal



12:32 PM · May 13, 2022 · Twitter Web App

**1** Retweet   **8** Likes

## Relevant people

 **Bang Tidy Celebs**          **Follow**
@BangTidyHQ

Bringing you Bang Tidy Celebs from the UK and around the world. From TV & Film to Music & Models. Any requests feel free to tweet.

## What's happening

NFL · 1 hour ago
**49ers at Cardinals**



Entertainment · Trending
**Died Suddenly**
66.6K Tweets

Trending in United States
**Dreamers MV**
168K Tweets

Trending in United States
**Jada**
8,948 Tweets

Trending in United States
**#ATEEZinAtlanta_Day1**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Search Twitter**

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Tweet your reply                    **Reply**

**Perkowski Legal P.C.**
@c_perkowski



https://twitter.com/cizgikafe/status/1350770370014556161___et___2022-11-22 00:57:51 -08:00
Case 3:22-cv-09462-DMG-ADS    Document 23-3    Filed 03/13/23    Page 76 of 101    Page ID #:3343

← **Thread**

🐦 **Home**

# **Explore**

🔔 **Notifications** ①

✉️ **Messages**

📑 **Lists**

👤 **Profile**

⚪ **More**

**Tweet**

**Çizgi Kafe**
@cizgikafe

...

📸: Tom Holland, Spider-Man 3 setinde



3:42 AM · Jan 17, 2021 · Twitter for Android

**26** Retweets  **11** Quote Tweets  **1,171** Likes

💬  ⟲  ♡  ⬆️

**Çizgi Kafe** @cizgikafe · Jan 17, 2021
Replying to @cizgikafe
📸: Daha fazla Spidey. pic.twitter.com/DWi1nBcYp8

💬 2   ⟲ 2   ♡ 444   ⬆️

**Çizgi Kafe** @cizgikafe · Jan 17, 2021
📸: Spider-Man 3 setinden yeni kareler pic.twitter.com/LVIFNrZbLS

💬 4   ⟲ 2   ♡ 262   ⬆️

**deus ex machina** @mechakenji · Jan 17, 2021
Replying to @cizgikafe and @ekspresdergi
@SonyPictures teaser nerede ALOOOOOOOO

💬   ⟲   ♡ 1   ⬆️

**ba2**🇨🇴 @s2mshady · Jan 17, 2021
Replying to @cizgikafe and @ekspresdergi
tobey ver

💬   ⟲   ♡   ⬆️

This Tweet was deleted by the Tweet author. Learn more

This Tweet is from a suspended account. Learn more

:    Show replies

Show more replies

**Perkowski Legal P.C.**
@c_perkowski
...

🔍 Search Twitter

### Relevant people

**Çizgi Kafe**
@cizgikafe        **Follow**
Bir fincan kriptonit alabileceğiniz komşunuz!
instagram.com/cizgikafecom

### What's happening

Sports · LIVE
**2022 FIFA World Cup**

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
📣 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
7,180 Tweets

Sports · Trending
**Grupo Firme**
Trending with #NFLMexicoGame 🟢

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Tweet your reply**    **Reply**

https://twitter.com/sexytvboys/status/1242571371789647873 __ at __ 2022-11-21 14:43:03 -08:00



# Tweet

← **Tweet**



**Mis Famosos Favoritos** 🔥
@Sexytvboys

...

## Shawn Mendes

2:57 PM · Mar 24, 2020 · Twitter for Android

**59** Retweets    **4** Quote Tweets    **382** Likes

💬    🔁    ♡    ⬆️

P    Tweet your reply    **Reply**

Gabriel Lopez @gabi_lopez1 · Mar 24, 2020    ...
Replying to @Sexytvboys
So sexy

💬    🔁    ♡ 1    ⬆️

## Search Twitter

### Relevant people

 **Mis Famosos Favorito...**    **Follow**
@Sexytvboys
Instagram:
instagram.com/igsexytvboys?i...

### What's happening


FIFA World Cup · 1 hour ago
**USA vs Wales**

Trending in California    ...
**Dodger Stadium**
13K Tweets

Trending in United States    ...
**HOW IS THAT NOT A YELLOW**
1,203 Tweets

Trending in United States    ...
**Tampax**
14.6K Tweets

Sports · Trending    ...
**Anthony Black**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

https://twitter.com/hstyledaily/status/135020027140705289?s=20&t=...   Documents 19.4   Filed 03/13/23   Page 78 of 101   Page ID #3346



__ https://twitter.com/AndyVermaut/status/1379211763648929798 __ at __ 2022-11-22 21:26:32 -08:00 __

← **Tweet**



**Andy Vermaut**
@AndyVermaut

⋯

## Kourtney Kardashian Bonds With Travis Barker's Family in New Photos From Snowy Getaway

eonline.com/news/1255773/k...



4:18 PM · Apr 5, 2021 · dlvr.it

      ♡   ⬆

   Tweet your reply   Reply

Q Search Twitter

**Relevant people**



**Andy Vermaut**   
@AndyVermaut

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights, Whatsapp +32499357495



Perkowski Legal P.C.
@c_perkowski   ⋯

__ https://twitter.com/things_marvel/status/1206784502153957376 __ at __ 2022-11-21 12:10:37 -08:00 __

← **Tweet**

 **All Things Marvel**
@things_marvel    · · ·

ภาพแรกของอลิซาเบธ โอลเซ่นในบท Wanda Maximoff และเทโยนาห์ พาร์ริสในบท Monica Rambeau เป็นเจ้าหน้าที่หน่วย S.W.O.R.D. หน่วยป้องกันภัยจากนอกโลก จากกองถ่ายซีรีส์ WandaVision

justjared.com/2019/12/16/eli...



7:53 PM · Dec 16, 2019 · TweetDeck

**225** Retweets    **42** Likes

💬          🔁          ♡          ⬆️

    Tweet your reply           Reply

### Search Twitter

## Relevant people

 **All Things Marvel**         Follow
@things_marvel
News update for THAI fans of @Marvel Cinematic Universe. อัปเดตข่าวของจักรวาลภาพยนตร์มาร์เวลล่าสำหรับแฟน ๆ ชาวไทย

## What's happening

FIFA World Cup · LIVE
**USA vs Wales**


Trending in California
**Telemundo**
7,364 Tweets    · · ·

Trending in United States
**#BudweiserFWC**        · · ·

Trending in California
**Dodger Stadium**
13.9K Tweets    · · ·

Entertainment · Trending
**Julia Fox**
5,666 Tweets    · · ·

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More · · ·
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

__ https://twitter.com/RihannaNoBrasil/status/1512019323476492289 __ al __ 2022-11-20 20:13:45 -08:00

← **Tweet**

**Rihanna.com.br** ⚓
@RihannaNoBrasil

···

Rihanna foi vista no restaurante Nobu em Los Angeles na noite passada (06/04). 🍸💕

📷: Khrome Zanotti/BACKGRID



3:47 AM · Apr 7, 2022 · Twitter for Android

**46** Retweets  **15** Quote Tweets  **421** Likes

💬    🔁    ♡    ⬆️

🅿️ Tweet your reply                          Reply

**Mari** ✨ @FuckMeanGirl · Apr 7    ···
Replying to @RihannaNoBrasil
Finalmente a mulher botou um tênis AMÉM

💬    🔁    ♡    ⬆️

## Search Twitter

### Relevant people

**Rihanna.com.br** ⚓                Follow
@RihannaNoBrasil

Rihanna.com.br is a genuine and registered fansite, made by fans. Fã-clube e portal de notícias brasileiro sobre a cantora Rihanna. Online desde 2008. 💎

### What's happening

NBA · LIVE
**Spurs at Lakers**

**#Disenchanted** 🧙
Original movie now streaming
📢 Promoted by Disney+

Trending in United States    ···
Trending with #TWDFinale, Michonne

Entertainment · Trending    ···
**Wayne Brady**
3,349 Tweets

Trending in United States    ···
**Bob Iger**
Trending with Chapek, #Disney

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**    ···
@c_perkowski

← **Tweet**

**Male Celeb Hotties**
@jaymalecelebs                                              ···

## More beach fun



4:55 PM · Mar 22, 2021 · Twitter for Android

**23** Retweets   **137** Likes

---

 Tweet your reply                          **Reply**

**elgumball** @elgumballxd · Mar 22, 2021        ···
Replying to @jaymalecelebs
Como me encantaria verlos cogee

**UnderConstruction** 🔞 @FetishistLiam · Mar 22, 2021    ···
Replying to @jaymalecelebs
Damn look at that foot on the second pic.
                                             💬 **3**

---

🔍 Search Twitter

### Relevant people

**Male Celeb Hotties**               **Follow**
@jaymalecelebs
Just a bi guy bringing you hot male
celeb content to lust over! DM's are
always open! Have fun! 😝 18+

### What's happening

NFL · 3 hours ago
**Browns at Bills**

**#Disenchanted** 🧹
Original movie now streaming
◻ Promoted by Disney+

Sports · Trending                        ···
**Tomlin**
2,754 Tweets

Sports · Trending                        ···
**Cooper Rush**
1,490 Tweets

Trending in California                   ···
**Elton John**
12.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

**Perkowski Legal P.C.**                  ···
@c_perkowski

__ https://twitter.com/noticias24/status/1228091481254174728 __ at __ 2022-11-22 17:27:19 -08:00 __

← **Tweet**

 **Noticias 24**
@noticias24 ···

**#13Feb** | La cantante estadounidense Miley Cyrus compartió una foto que le tomaron los paparazzi en su cuenta de Instagram en la que dejó ver su pezón sin temor a Dios.

Translate Tweet



3:00 PM · Feb 13, 2020 · TweetDeck

**10** Likes

💬          🔁          ♡          ⬆️

 Tweet your reply          Reply

 **Perkowski Legal P.C.**
@c_perkowski ···

---

🔍 Search Twitter

## Relevant people

 **Noticias 24**          Follow
@noticias24
Noticias de Venezuela, Latinoamerica y el mundo

## What's happening

FIFA World Cup · Earlier today
**Mexico vs Poland**                    

**#AvatarTheWayOfWater** 🪦
Get tickets now · In theaters December 16
▶️ Promoted by Avatar

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

← **Tweet**

**Bang Tidy Celebs**
@BangTidyHQ                    ...

-@KendallJenner



12:44 PM · Aug 24, 2020 · Twitter Web App

**5** Retweets  **36** Likes

Tweet your reply                    Reply

---

## Relevant people

**Bang Tidy Celebs**                    Follow
@BangTidyHQ

Bringing you Bang Tidy Celebs from the UK and around the world. From TV & Film to Music & Models. Any requests feel free to tweet.

**Kendall** ✓                    Follow
@KendallJenner

@drink818 on Instagram and Twitter

## What's happening

FIFA World Cup · 2 hours ago
**England vs Iran**

Music · Trending                    ...
**Ciara**
Trending with Kelly Rowland, Chris Brown

Trending in United States                    ...
**Senegal**
Trending with #FifainuBsc, England

YU-GI-OH! · Trending                    ...
**Mystic Mine**

Sports · Trending                    ...
**Billy Wagner**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Perkowski Legal P.C.**    ...
@c_perkowski

— https://twitter.com/inMARVEL_/status/1556743917470613505 — at — 2022-11-21 08:15:20 -08:00

22-cv-09462-DMG-ADS  Document 23-3  Filed 03/13/23  Page 85 of 101  Page ID #:3352

**inMARVEL** ❄️ **#MarvelStudios #Marvel #WakandaForever** •••
@inMARVEL_

Primer vistazo a Dominique Thorne en Iron Heart y con un traje puesto 🔥
La parte del casco se parece bastante a Iron-Man, el resto es muy tosco, más similar a War Machine incluso 👀

#IronHeart #DominiqueThorne
#IronMan #RobertDowneyJr
#Marvel #MCU #DisneyPlus
#MarvelStudios

Translate Tweet




1:47 PM · Aug 8, 2022 · Twitter for Android

8 Likes



Tweet your reply                                    Reply

---

Perkowski Legal P.C.
@c_perkowski

**inMARVEL** ❄️ **#MarvelStudios #Marvel #Waka...** @inMA... · Aug 8 •••
Replying to @inMARVEL_
Otras dos por aquí 👋
#IronHeart #DominiqueThorne
#IronMan #RobertDowneyJr
#Marvel #MCU #DisneyPlus
#MarvelStudios



♡ 5

---

**Relevant people**

**inMARVEL** ❄️ **#Marv...**    Follow
@inMARVEL_

Aquel que disfrute del contenido de Marvel Studios, si es digno, poseerá el poder de saber todo acerca del MCU. ¡Sígueme y sé un Nuevo Vengador! 👊🤖

**What's happening**

FIFA World Cup · LIVE
England vs Iran

Events · Trending      •••
LGBT
205K Tweets

Music · Trending       •••
Kelly Rowland
20.5K Tweets

The Walking Dead · Trending   •••
#TheWalkingDead
104K Tweets

Science · Trending     •••
#Orion
2,309 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Search Twitter

← **Tweet**



**Margvel** 🐿️
@_Margvel                                                              ⋯

Fotos del set de #WandaVision, muestran a Teyonah
Parris como Monica Rambeau (Captain Marvel) y a
Randall Park retomando su papel de Jimmy Woo (Ant-
Man and the Wasp) 👀 🔍

Monica está usando una campera de SWORD. Las
afiliaciones de Jimmy son ATLAS y SHIELD 🧐🤔



9:18 AM · Feb 25, 2020 · Twitter for iPhone

**1** Retweet   **48** Likes

💬        🔁        ♡        ⬆️

🅿️   Tweet your reply                          Reply

**Esteban** @Adrian_Boca_12 · Feb 25, 2020   ⋯
Replying to @_Margvel
Es la nenita?

💬 1        🔁        ♡        ⬆️

**Margvel** 🐿️ @_Margvel · Feb 25, 2020   ⋯
Replying to @Adrian_Boca_12
Sí, ya creció (?)

💬 1        🔁        ♡ 1        ⬆️

Show replies

Show more replies

---

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒️ Lists

👤 Profile

⋯ More

**Tweet**

🅿️ **Perkowski Legal P.C.**   ⋯
@c_perkowski

---

🔍 Search Twitter

**Relevant people**



**Margvel** 🐿️        Follow
@_Margvel
Humor, información y updates del
Universo Marvel | 🦸
contactomargvel@gmail.com |
#SheHulk #IAmGroot

**What's happening**

NBA · Starts at 4:00 PM
**Grizzlies at Nets**

#Disenchanted 🧙
Original movie now streaming
✅ Promoted by Disney+

Trending in California      ⋯
**#AMAs** 🔥
Trending with Favorite K-Pop Artist

Sports · Trending      ⋯
**Denver**
106K Tweets

Only on Twitter · Trending      ⋯
**Jason David Frank**
Trending with Power Rangers, Tommy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

**rita** @nickgstan

**nicholas galitzine and anne hathaway. TWO LEGENDS.**



📍 Nicholas Galitzine

6:25 AM · Oct 21, 2022 · Twitter for iPhone

**57** Retweets   **64** Quote Tweets   **631** Likes

Ⓟ Tweet your reply                                    Reply

**lolgeselle** @lolgeselle · Oct 21
Replying to @nickgstan and @nickgalitzine
OMG

**Whitney Andrews** @AndrewsChamone · Oct 21
Replying to @nickgstan and @nickgalitzine
I bet she says his the sweatst guy 😭 💜😌

**selena's day !!!! lady bridgerton** @Eva_Crn_ · Oct 21
Replying to @nickgstan and @nickgalitzine
@MariieQuinnVino

                                                                    ♡ 1

**alyssa lovato** @skinofmyteethxo · Oct 21
Replying to @nickgstan and @nickgalitzine
Wait they dating?

        💬 1                                                    ♡

**guada 🧳 People we meet on vacation** @rainbowallsx · Oct 21
Replying to @skinofmyteethxo
they're making a movie

                                                                    ♡ 6

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**may** @callmemayara · Oct 21
Replying to @giuliaschnr @nickgstan and @nickgalitzine
SENHOR

---

Search Twitter

### Relevant people

**rita** @nickgstan                                    Follow
nicholas galitzine's favorite kiddo.

**Nicholas Galitzine** ✓ @nickgalitzine          Follow

### What's happening

Television · 50 minutes ago
**Saturday Night Live airing on NBC**                    

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Ⓟ Promoted by Uber

Trending in United States
**HE'S BACK**
142K Tweets

Sports · Trending
**Pasadena**
1,506 Tweets

Trending in California
**HELL NO**
45.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Perkowski Legal P.C.** @c_perkowski ···

← **Tweet**

**Ellen World**
@EllenD_world  ···

Ellen DeGeneres & Kevin Hart Meet Up for Lunch at a beachfront restaurant on Saturday afternoon (August 15) in Santa Monica, Calif.

vk.com/album-17289590...



7:04 PM · Aug 15, 2020 · Twitter for iPhone

**6** Retweets  **2** Quote Tweets  **42** Likes

Tweet your reply                                    Reply

**emagenjam** @emagenjam · Aug 16, 2020  ···
Replying to @EllenD_world
❤️❤️❤️❤️❤️❤️😈😈😈
💬   ♻️ 1   ♡ 4   ⬆️

**Jane_Roberts** @jane101roberts · Aug 15, 2020  ···
Replying to @EllenD_world
I love seeing her out
💬   ♻️ 2   ♡ 6   ⬆️

**Milly Daniel Wonderz** @MillyWonderz · Aug 16, 2020  ···
Replying to @EllenD_world
❤️❤️My queen
💬   ♻️   ♡ 4   ⬆️

**lindadowney060** @lindadowney060 · Aug 16, 2020  ···
Replying to @EllenD_world
And where is your lovely wife Portia Ellen
💬   ♻️ 1   ♡ 3   ⬆️

**Ruthie Como** @RuthieComo · Aug 16, 2020  ···
Replying to @EllenD_world
#IStandByEllen #IStandwithEllen WOW, @KevinHart4real your a true friend!
💬 1   ♻️ 1   ♡ 7   ⬆️

Show replies

Show more replies

---

**Home**
**Explore**
**Notifications** 1
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

---

Search Twitter

**Relevant people**

**Ellen World**   Follow
@EllenD_world
• A Fan Page •By A Group Of Fans•
Everything About @theellenshow •
Love | Peace | Equality• | Contact
:ellend.world@gmail.com

**What's happening**

Television · 39 minutes ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in California
**Blocked**
125K Tweets

Trending in United States
**Best of 7**
7,204 Tweets

Politics · Trending
**Mr. President**
41.3K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

← **Tweet**

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

**Пьяный Твиттер**
@drunktwi
···

Уровень физической подготовки к лету — Леонардо ДиКаприо



1:22 PM · Apr 26, 2021 · Buffer

46 Retweets  8 Quote Tweets  386 Likes

💬          ⟲          ♡          ⬆️

P  Tweet your reply                    Reply

**Сибирский кот** @Sibirskykot · Apr 26, 2021
Replying to @drunktwi
С такой зарплатой как у Лёнички можно дурачиться от души и даже толстеть.
💬          ⟲          ♡ 6          ⬆️

**GariK** @RazzhivaykinGrk · Apr 26, 2021
Replying to @drunktwi
Зато дед на фоне в порядке
💬          ⟲          ♡ 3          ⬆️

**Жизанутая** @agula2558 · Apr 26, 2021
Replying to @drunktwi
Он хотя-бы звезда, а я...
💬          ⟲          ♡ 1          ⬆️

---

**Relevant people**

 **Пьяный Твиттер**
@drunktwi                    Follow
Пьяный Твиттер превращает каждый день в праздник, улучшает кровообращение и снимает стресс. Моя электропочта - adv.dimaruru@gmail.com

**What's happening**

FIFA World Cup · 3 hours ago
**Mexico vs Poland**


#AvatarTheWayOfWater🟦
Get tickets now - In theaters December 16
🟦 Promoted by Avatar

Trending in United States          ···
**Hooters**
5,957 Tweets

Trending in United States          ···
**Giroud**
Trending with Australia, Mbappe

Trending in California          ···
**LAPD**
12.2K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

— https://twitter.com/tender_DMJ/status/1134157612822308816 __ at __ 2022-11-22 21:01:31 -08:00

← **Tweet**

 **DAKOTA** 💜💙
@tender_DMJ                                      ···

## I'M SO EXCITED FOR THIS NEW PROJECT 🤔



11:00 AM · May 30, 2019 · Twitter for iPhone

**12** Likes

💬            🔁            ♡            ⬆️

   Tweet your reply                    [ Reply ]

🔍 Search Twitter

### Relevant people

 **DAKOTA** 💜💙            [ Follow ]
@tender_DMJ

Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

### What's happening

NBA · LIVE
**Lakers at Suns**                         

**#AvatarTheWayOfWater**🪐
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Trending in California            ···

← **Tweet**

**Dakotacandids**
@Dakotacandids
···

06.08 | Novas fotos da Dakota durante as gravações de 'Madame Web' em Boston, Massachusetts.
#DakotaJohnson (3)



4:00 PM · Aug 6, 2022 · Twitter Web App

**5** Retweets    **22** Likes

Tweet your reply    **Reply**

### Relevant people

**Dakotacandids**
@Dakotacandids    **Follow**

Neste perfil irei postar somente candids de Dakota Johnson. Para mais info, fotos e vídeos me sigam na conta principal: @Dakotashades | Fan Account

### What's happening

Formula 1 · Starts tomorrow
**Abu Dhabi Grand Prix 2022**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Entertainment · Trending    ···
**Tommyinnit**
10.2K Tweets

Only on Twitter · Trending    ···
**#万博体育**
3,192 Tweets

Trending in United States    ···
**Geraldo**
23.3K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski    ···

__ https://twitter.com/AboutHerOFCL/status/1350163403684401157 __ at __ 2022-11-20 23:42:53 -08:00 __

← **Tweet**



**About Her** ✓
@AboutHerOFCL

···

Days away from her due date, Kelly Rowland rocked a chic grey jumpsuit while running errands.



11:30 AM · Jan 15, 2021 · Buffer



Tweet your reply

Reply

🔍 Search Twitter

**Relevant people**



**About Her** ✓
@AboutHerOFCL

Follow

Inside untapped territory: Pulling back the curtain on Arab women who are defining cultural trends now.
#AboutHer

**What's happening**

FIFA World Cup · This morning

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



Perkowski Legal P.C.
@c_perkowski
···

← **Tweet**

**Cнrıs Evaηs faη** 💙 🇧🇷 | Fã site
@cevansnation41

Chris Evans durante o set de #RedOne

Créditos na imagem



9:22 AM · Nov 4, 2022 · Twitter for iPhone

**5** Likes

Tweet your reply

Reply

## Relevant people

**Cнrıs Evaηs faη** 💙 ...
@cevansnation41                    Follow

Página dedicada ao ator @chrisevans
Twitter criado em Janeiro/2022. I'm
not Chris Evans. Fan Account.

## What's happening

NBA · 2 hours ago
**Lakers at Suns**

**#AvatarTheWayOfWater**🧿
Get tickets now - In theaters December 16
Promoted by Avatar

Business and finance · Trending
**#massshooting**
1,267 Tweets

Trending in California
**Costco**
6,128 Tweets

Trending in United States
**Erection**
21.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

Search Twitter

https://twitter.com/SeriesUpdateFR/status/1352350345339559940 ... et ... 2022-11-21 01:08:44 -08:00
2:22-cv-09462-DMG-ADS    Document 23-3    Filed 03/13/23    Page 94 of 101    Page ID #3361



← **Tweet**

**Infos Séries** 🔵
@SeriesUpdateFR
⋯

Leonardo DiCaprio et Jennifer Lawrence sur le tournage du film "Don't Look Up" pour Netflix.

12:20 PM · Jan 21, 2021 · Twitter for Android

**90** Retweets    **26** Quote Tweets    **904** Likes

Tweet your reply                                    **Reply**

**Junior**🔵 @Un_Portista · Jan 22, 2021    ⋯
Replying to @SeriesUpdateFR

0:01  32 views

**Val** @ValentineLoyer · Jan 21, 2021    ⋯
Replying to @SeriesUpdateFR
C'est Dwight et Meredith c'est pas possible

                                        ♡ 6

**Carolo_Geek** 🇧🇪1️⃣9️⃣❤️ @Vador_Knight · Jan 21, 2021    ⋯
Replying to @SeriesUpdateFR
@SnakeQueenM

                                        ♡ 1

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**Tib's** @tibohipie · Jan 21, 2021    ⋯
Replying to @garance3000 and @SeriesUpdateFR
c'est le film qui demande cette dégaine, salle folle que t'es vaaaaa

                                        ♡ 15

This Tweet was deleted by the Tweet author. Learn more

**Angèle** @angele_hl · Jan 21, 2021    ⋯
Tu trouve 😂😂😂😂 je suis plus rousse hein

**KCDQ69** @Yoda_869 · Jan 21, 2021    ⋯
Replying to @SeriesUpdateFR and @TOSLGG
C'est Cyprien le mec 😂

         ♡ 1

This Tweet is from a suspended account. Learn more

Show replies

---

**Relevant people**

**Infos Séries** 🔵
@SeriesUpdateFR                    **Follow**
Bienvenue sur votre premier compte source français sur toutes vos séries, films et plateformes de streaming préférées. 📧:
seriesupdatefr@gmail.com

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Trending in United States
**Defunctland**
4,433 Tweets

Music · Trending
**sabrina**
76.6K Tweets

Trending in United States
**Maher**
22K Tweets

Music · Trending
**#DavidoAt30**
64K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**    ⋯
@c_perkowski

← Tweet

**ProjetoFollow/JB Help**
@PfollowJBHelp

Eu não consigo pensar em outra expressão que não seja: "AAAAAAAAAAAAAAAAAAAH"

Translate Tweet



11:04 AM · Nov 1, 2017 · Twitter for iPhone

547 Retweets    88 Quote Tweets    699 Likes

Tweet your reply                                    Reply

**ceci** @Bifrostsclm · Nov 1, 2017
Replying to @PfollowJBHelp
AAAAAAAAAAAAA

**lana** @lanaashely · Nov 1, 2017
Replying to @PfollowJBHelp
SOCORRO EU TO FELIZ DEMAIS OLHA OS SORRISOS
AAAAAAAAAAAAAAAAAA
♡ 1

**Gabriela** @eugaybiss · Nov 1, 2017
Replying to @PfollowJBHelp
EU TAMBÉM AAAAAAAAAAAAAAAAAAAAAH MEU CASAL #MPN #JustinBieberShow
♡ 1

**Leticia** 🥺 @melittlearmy · Nov 1, 2017
Replying to @PfollowJBHelp
Eu vou ali gritar rapidinho e já  voltooo❤️❤️😍😍💕💕 Aaaiiin é  muito amor  envolvido cara😍😍😍😘 Que eles voltem a namorar e fiquem juntos para SEMPRE ❤️❤️
♡ 1

**jennifer_** @clueless_ail · Nov 1, 2017
Replying to @PfollowJBHelp
@rickthsizzleirh eu só queria o all star do Justin

**Laris //** @Lar_reiis · Nov 1, 2017
Replying to @PfollowJBHelp
Eu tou gritando mt, jelena is real AAAAAAAA
♡ 1

**salese;** @salesecunha · Nov 1, 2017
Replying to @PfollowJBHelp
não sei explicar o que eu tô sentindo, é bom demais  <3

**UmaAriana** @oxevivian_ · Nov 1, 2017
Replying to @PfollowJBHelp
Eu mesma

**júlia** @jsefragni · Nov 1, 2017
Replying to @PfollowJBHelp
AAAAAAAAAAA EU TÓ TÃO FELIZ
♡ 1

**O pai tá On!** @drugs_e_batatas · Nov 1, 2017
Replying to @PfollowJBHelp
Eae voltaram ou não voltaram?
Nunca shippei jelena mais confesso q agr tô shippando vendo q ele fica MT bem com ela❤️❤️
♡ 2

**Crente sapatao** ✨ @ellyyss17 · Nov 1, 2017
Replying to @PfollowJBHelp
Sim

**gabi** @malanoski · Nov 1, 2017
Replying to @PfollowJBHelp
o bom que da pra ver na foto o quanto que o kindrahul ta feliz own
♡ 1

**Relevant people**

**ProjetoFollow/JB Help** ✔
@PfollowJBHelp                    Follow

Ajudamos as Beliebers a conseguir o follow do @justinbieber || Fan Account, 49k sonhos realizados! 💙

**What's happening**

FIFA World Cup · LIVE
Argentina vs Saudi Arabia


#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
☑ Promoted by Avatar

Entertainment · Trending
Died Suddenly
79.8K Tweets

Trending in United States
Ole Miss
Trending with  Auburn

Politics · Trending
Deplorable
14.8K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy ·
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski ···

Search Twitter

__ el __ https://twitter.com/cravemedia_/status/1396200261748609026 2022-11-21 01:00:24 -08:00

Case 2:22-cv-09462-DMG-ADS   Document 23-3   Filed 03/13/23   Page 96 of 101   Page ID #:3363



.
@cravemedia_

1:24 PM · May 22, 2021 · Twitter for iPhone

98 Retweets   182 Quote Tweets   1,985 Likes

Tweet your reply

Reply

On the moon we spoke a soft liquid t...  @Annesov...  · May 23, 2021
Replying to @cravemedia_
WHERE DO I GET THESE PANTS?
1        5

pufeduck @pufeduck · May 23, 2021
Replying to @Annesoverstory
This isn't a "your mom" joke but a serious recommendation - your mom's closet.
3

ry @projectslay · May 23, 2021
Replying to @cravemedia_
I am in love

star-lord🚀 @FS1283 · May 22, 2021
Replying to @cravemedia_
Aşk kadın

This Tweet was deleted by the Tweet author. Learn more

adil. @cvberpvnk · May 22, 2021
Replying to @coilereys and @BIGPRRDDD
?

Perkowski Legal P.C.
@c_perkowski

Relevant people


.
@cravemedia_
Media account for @FilmUpdates
Follow

What's happening

FIFA World Cup · Yesterday
World Cup Qatar 2022: Opening Ceremony


Music · Trending
Goodbye Yellow Brick Road

Trending in United States
Defunctland
4,416 Tweets

Music · Trending
#DavidoAt30
65.4K Tweets

Trending in United States
#AMAs 🏆
Trending with sabrina

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

← **Tweet**



**Foochia - فوشيا** ✔
@foochia

ضجّت وسائل التواصل الاجتماعي بتهنئة لوبيز بميلادها الـ 50 حيث قدم خطيبها لاعب البيسبول السابق #أليكس_رودريغز لها هديّة ثمينة للغاية عبارة عن سيارة بورش 2019 من طراز "911 TS"G باللون العنّابي يبدأ سعرها من 120 ألف دولار!

#فوشيا #مشاهير #alerodriguez #jenniferlopez

Translate Tweet



12:15 PM · Jul 25, 2019 · Hootsuite Inc.

**3** Retweets   **1** Quote Tweet   **4** Likes

💬        🔁        ♡        ↑

  Tweet your reply                    Reply

Q Search Twitter

**Relevant people**



**Foochia - فوشيا** ✔      Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.

**What's happening**



FIFA World Cup · LIVE
**USA vs Wales**

Entertainment · Trending
**julia fox**
6,840 Tweets

Trending in United States
**1-0 USA**
20.6K Tweets

Trending in California
**Telemundo**
7,607 Tweets

Music · Trending
**Ciara**
15K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

 **Perkowski Legal P.C.** ···
@c_perkowski



— https://twitter.com/filmsbymeche/status/1507842408469438473 — at — 2022-11-21 01:48:52 -08:00 —

← **Tweet**

🏠 Home

# Explore

🔔 Notifications ①

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**


🔲🔲
@filmsbydelrey
⋯



3:10 PM · Mar 26, 2022 · Twitter for Android

💬      🔁      ♡      ⬆️   


Tweet your reply

Reply

**Search Twitter**

### Relevant people


🔲🔲
@filmsbydelrey
multifandom ✧*。   **Follow**

### What's happening

NCAA Men's Basketball · Last night
**Cavaliers at Fighting Illini**

Trending in United States   ⋯
**Hive**
50K Tweets

Trending in United States   ⋯
**#AMAs** 💄
Trending with soobin, sabrina

Trending in California   ⋯
**#BLACKPINK_WORLDTOUR**
59.8K Tweets

Music · Trending   ⋯
**#DavidoAt30**
68.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

Perkowski Legal P.C.   ⋯
@c_perkowski

__ https://twitter.com/nanfixus/status/1134185017958528977 __ at __ 2022-11-22 21:00:07 -08:00 __

← **Tweet**

**@nanfixus**
@nanfixus

Good luck babe!! 🙌🙌
**#DakotaJohnson** **#Covers**

11:29 AM · May 30, 2019 · Twitter for Android

**6** Retweets    **39** Likes

💬    🔁    ♡    ⬆

P    Tweet your reply    **Reply**

**Search Twitter**

**Relevant people**

**@nanfixus**
@nanfixus    **Follow**

DJ Fan 🌼 Sports,animals y Boca Juniors Dakota's movies 2022 **#ChaChaRealSmooth** 💃 **#AmIOk** **#Persuasion** Fan account 🇦🇷

**What's happening**

NBA · LIVE
**Lakers at Suns**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
📽 Promoted by Avatar

Trending in California
**Costco**
5,533 Tweets

Trending in California
**#chainsawman** 🪚
148K Tweets

Trending in California
**Hooters**
8,685 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.



Perkowski Legal P.C. ⋯
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

___ https://twitter.com/FueraPlano/status/1425518582545457157 ___ at ___ 2022-11-21 14:20:47 -0800 ___

← **Tweet**



**Fuera de Plano** 🎟️ 🇦🇷
@FueraPlano

Chloe Bennet se baja de 'Powerpuff', la serie live-action de 'Las Chicas Superpoderosas' en la que interpretaba a Bombón.



11:04 AM · Aug 11, 2021 · Twitter for iPhone

**1** Retweet    **1** Quote Tweet    **3** Likes


Tweet your reply

Reply

### Relevant people

**Fuera de Plano** 🎟️ 🇦🇷
@FueraPlano

Follow

Amantes del cine y las series. Noticias, recomendaciones, reseñas, sorteos y más! Twitch: twitch.tv/fueradeplanoli...

### What's happening

FIFA World Cup · 49 minutes ago
**USA vs Wales**



Trending in United States
**Tampax**
12.2K Tweets

Trending in California
**Dodger Stadium**
12.9K Tweets

Trending in United States
**Mr. Fierro**

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,092 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···

© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski