# EXHIBIT B Continued

← **Thread**

**Próxcinemente**
@proxcinemente  ···

Robert Downey Jr. y Cillian Murphy en la grabación de "OPPENHEIMER", la nueva cinta de Christopher Nolan.
🎥 #Oppenheimer

📷 Vía: @DailyMailCeleb



5:27 AM · Apr 13, 2022 · Twitter for Android

4 Retweets   1 Quote Tweet   29 Likes

 Tweet your reply          Reply

**Próxcinemente** @proxcinemente · Apr 13  ···
Replying to @proxcinemente



♡ 1          ♡ 11

**Perkowski Legal P.C.**
@c_perkowski  ···

🔍 Search Twitter

### Relevant people

**Próxcinemente** ✓     Follow
@proxcinemente
Todas las novedades en el mundo del séptimo arte. 🎬 | Creador: @chuyRM_93 | Contacto: proxcinemente@gmail.com

**Daily Mail Celebrity** ✓     Follow
@DailyMailCeleb
✓ Official
Latest celeb and entertainment news from the Daily Mail Showbiz team. We're on Facebook too: fb.me/DailyMailCeleb

### What's happening

Television · 48 minutes ago
**The Walking Dead airing on AMC**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States  ···
**#twdspoilers**
1,097 Tweets

Trending in United States  ···
**#AMAs** 🔥
Trending with soobin, Anitta

Trending in United States  ···
**Bruins**
8,542 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



https://twitter.com/RedOneUpdates/status/1588560896689247334...

← **Thread**

### Red One Updates
@RedOneUpdates

Dwayne Johnson and Chris Evans on the set of 'Red One'



8:56 AM · Nov 4, 2022 · Twitter for iPhone

**169** Retweets    **25** Quote Tweets    **1,558** Likes

Tweet your reply                              Reply

**Red One Updates** @RedOneUpdates · Nov 4
Replying to @RedOneUpdates

> **Chris Evans Army** @Cevans_Army · Nov 4
> ⭐ Chris e The Rock no set de 'Red One'.
>
> #chrisevans #ghosted #ghostedmovie
> #thegrayman  #lloydhansen
> #captainamerica #steverogers #defendingjacob #andybarber #avengers
> #beforewego #cevans #chrisevansarmy #cevansarmy #lightyear
> #painhustlers #redone #therock #redonemovie

💬      ⟳ 9      ♡ 86      ⬆

**Julie** @Jujubicket · Nov 4                                                    ···
Replying to @RedOneUpdates
I cannot wait!! ❤️❤️❤️😊😊😊

💬      ⟳      ♡      ⬆

**best of kiernan shipka** @shipkafiles · Nov 4                                  ···
Replying to @RedOneUpdates
this duo 🙌

💬      ⟳      ♡ 3      ⬆

**Chris** @Chrisss1999 · Nov 4                                                   ···
Replying to @RedOneUpdates
🎬🎬🎬

💬      ⟳      ♡      ⬆

**Kinder!** @HerKndr · Nov 4                                                     ···
Replying to @RedOneUpdates and @cevanstylefiles    انصصصص منور الرمبل له الشرف

💬      ⟳      ♡      ⬆

**John Onnembo** @JohnOnnembo · Nov 4                                            ···
Replying to @RedOneUpdates
This duo is gonna be AWESOME!

💬      ⟳      ♡ 1      ⬆

**vimalan kanagarajan** @vimalankanagar5 · Nov 4                                 ···
Replying to @RedOneUpdates
WAITING

💬      ⟳      ♡ 2      ⬆

**redbirdgurl🐦** @redbirdgurl · Nov 4                                           ···
Replying to @RedOneUpdates and @sharebear817
So. Much. Man.

💬      ⟳      ♡ 1      ⬆

**Lisa Johnson** @LisaJohnson70 · Nov 4                                          ···
Replying to @RedOneUpdates
Two really good guys!

💬      ⟳      ♡      ⬆

**Kelvin** @KelvinHui86 · Nov 4                                                  ···
Replying to @RedOneUpdates
Yes baby! 👍

💬      ⟳      ♡      ⬆

**nic 🌙 HBD TO ME 🎂** @agrestextsurigi · Nov 4                                  ···
Replying to @RedOneUpdates
I'm on my knees

💬      ⟳      ♡      ⬆

### Perkowski Legal P.C.
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

**Red One Updates**                    Follow
@RedOneUpdates
Update Account for @AmazonStudios'
Red One, an action-adventure holiday
film starring Dwayne Johnson, Chris
Evans, Kiernan Shipka, and Lucy Liu.

**What's happening**

NBA · 2 hours ago
**Lakers at Suns**

**#AvatarTheWayOfWater**🎬
Get tickets now · In theaters December 16
🎬 Promoted by Avatar

Trending in California                 ···
**Costco**
6,108 Tweets

Trending in United States              ···
**Erection**
21.1K Tweets

Business and finance · Trending        ···
**Chesapeake**
42.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/olorisupergal/status/14817588134097141179___el___2022-11-21 01:15:40 -08:00

← **Tweet**



OSG ✓
@OloriSupergal

... 

Kim Kardashian and Pete Davidson were spotted together holding hands and cozying up to one another in Los Angeles.



2:43 PM · Jan 13, 2022 · Twitter for iPhone

**11** Retweets  **28** Quote Tweets  **135** Likes

💬  🔁  ♡  ⬆️

P  Tweet your reply                          Reply

mariam kazeem @sweeyme · Jan 14
Replying to @OloriSupergal
The way they move on so quickly with another partner you will be wondering if they have a list of who to date after break up
💬  🔁  ♡  ⬆️

izzy @izzy_cls · Jan 15
Replying to @OloriSupergal
Do nada??
💬  🔁  ♡  ⬆️

Matoooo @marrhtinz · Jan 13
Replying to @OloriSupergal
As Kanye dey do hin own na
💬  🔁  ♡  ⬆️

MAYOR KWAME🔢 @Medical1000000 · Jan 13
Replying to @OloriSupergal
41 dating 28??? Or maybe they just friends cos this is nuts
💬  1  🔁  ♡  ⬆️

💜Eburnean💜 @Eburnean15 · Jan 14
Replying to @Medical1000000 and @OloriSupergal
Is there a problem
💬  🔁  ♡  ⬆️

AsaUnited🤚 @AsaUnited · Jan 13
Replying to @OloriSupergal
To move on with another man no dey hard dis people 😁
💬  🔁  ♡  ⬆️

Prince 👑 @_iamprince27 · Jan 13
Replying to @OloriSupergal
The way the white people think it's abnormal, dating a woman that has 4 kids and way older than him, all in the name of love, Kim has no shame she didn't learn from elder sister when she divorce her own husband, the Kardashians has no patience
💬  🔁  ♡  ⬆️

R🔴ME🌀 @CaliforniaRomeo · Jan 13
Replying to @OloriSupergal
Where in LA
💬  🔁  ♡  ⬆️

Show more replies

🔍 Search Twitter

**Relevant people**

OSG ✓                    Follow
@OloriSupergal
#Spaceshost👩🏾‍🚀🩵 Entertainment / Lifestyle page Disclaimer: No copyright infringement intended. All rights and credits are reserved for the respective owner(s).

**What's happening**

FIFA World Cup · Yesterday
World Cup Qatar 2022: Opening Ceremony


Trending in United States      ...
Heisman
4,605 Tweets

90 Day Fiancé · Trending      ...
#90DayFianceHappilyEverAfter
4,741 Tweets

Music · Trending      ...
Lionel Richie
3,570 Tweets

Sports · Trending      ...
#DaParty

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
● More

Tweet

Perkowski Legal P.C.      ...
@c_perkowski

https://twitter.com/pfollowjbhelp/status/936289002981871618 __ et __ 2022-11-22 00:55:04 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-4    Filed 03/13/23    Page 6 of 101    Page ID #:3374



**Tweet**

**ProjetoFollowJB Help**
@PfollowJBHelp ···

## Meu Deus gente... Meu Deus!!!

Translate Tweet



9:41 AM · Nov 30, 2017 · Twitter for iPhone

**125** Retweets  **10** Quote Tweets  **257** Likes

Tweet your reply                         Reply

**Beatriz Nascimento** @DoBeatrizzzz · Nov 30, 2017 ···
Replying to @PfollowJBHelp
Meu casalll

**....** @iluhveu · Nov 30, 2017 ···
Replying to @PfollowJBHelp and @lalinhabelieber
Is this real?
    1

**lau👧** @lalinhabelieber · Nov 30, 2017 ···
Replying to @iluhveu and @PfollowJBHelp
It looks like it 🏠

**lo** @LoToledo_· Nov 30, 2017 ···
Replying to @PfollowJBHelp
@jubatilana
    1

---

## Search Twitter

### Relevant people

**ProjetoFollowJB Help**    Follow
@PfollowJBHelp
Ajudamos as Beliebers a conseguir o follow do @justinbieber || Fan Account. 49k sonhos realizados! 💙

### What's happening

Sports · LIVE
**2022 FIFA World Cup**

**#AvatarTheWayOfWater** 🧜
Get tickets now · In theaters December 16
📢 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
7,169 Tweets

Entertainment · Trending
**Ichigo**
39.4k Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---



Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Perkowski Legal P.C.**
@c_perkowski ···

**Tweet**



**Multiverse Analysis**
@TheAnalystOne

···

#BlueBeetle leaked set photos gives a full look at the #BlueBeetle suit.



8:17 PM · May 25, 2022 · Twitter for Android

2 Retweets   2 Likes

Tweet your reply

Reply

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

Tweet

Search Twitter

**Relevant people**



**Multiverse Analysis**
@TheAnalystOne        Follow

Fiction Addict

**What's happening**

NCAA Men's Basketball · Yesterday
**Delta Devils at Tigers**

Entertainment · Trending
**Died Suddenly**
37.8K Tweets

Only on Twitter · Trending
**#pcxqc**
1,114 Tweets

Trending in United States
**#ThingsIWouldTellMyYoungerSelf**

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,677 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



Perkowski Legal P.C.
@c_perkowski      ···



← **Tweet**

**Kate**
@girlfromaspen

Twitter is lifeless without this beauty. Thanks for this bts. I have missed this girlie! 😭



7:15 AM · Oct 7, 2022 · Twitter for Android

**4** Retweets **43** Likes

Tweet your reply

Reply

Q Search Twitter

**Relevant people**

**Kate**
@girlfromaspen

Follow

I dislike negativity so unless I follow you, your replies aren't welcome on my tweets.

**What's happening**

FIFA World Cup · 1 hour ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧙
Original movie now streaming
📣 Promoted by Disney+

Only on Twitter · Trending
**Jason David Frank**
89.2K Tweets

Trending in California
**Shakira**
102K Tweets

Trending in California
**Rigged**
40.4K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/AndyVermaut/status/1442598560621416452 __ at __ 2022-11-21 03:41:04 -08:00 __

← **Tweet**



**Andy Vermaut**
@AndyVermaut

···

Angelina Jolie and The Weeknd continue to fuel dating rumors after another night out together
foxnews.com/entertainment/...



2:14 PM · Sep 27, 2021 · dlvr.it

💬           ⇄           ♡           ⬆

  Tweet your reply          **Reply**

## Search Twitter



**Relevant people**

  **Andy Vermaut**     **Follow**
@AndyVermaut

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

**What's happening**

Television · Last night
**The Walking Dead airing on AMC**

Music · Trending                              ···
**Lionel Richie**
3,958 Tweets

Trending in United States                   ···
**Schiff**
53.5K Tweets

Music · Trending                              ···
**#DavidoAt30**
71.7K Tweets

Trending in United States                   ···
**Defunctland**
4,987 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Navigation sidebar

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
··· More

**Tweet**

**Perkowski Legal P.C.**   ···
@c_perkowski

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Perkowski Legal P.C.
@c_perkowski

← Tweet

Search Twitter

Relevant people

.
@cravemedia_    Follow
Media account for @FilmUpdates

What's happening

NFL · 3 hours ago
Chiefs at Chargers

#Disenchanted 🧙
Original movie now streaming
⬢ Promoted by Disney+

Trending in United States
Bob Iger
Trending with Disney, Chapek

Trending in United States
Hive
47.2K Tweets

Trending in United States
#AMAs 🎤
4.79M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

@cravemedia_



12:50 PM · May 23, 2021 · Twitter for iPhone

745 Retweets   7,233 Quote Tweets   7,111 Likes

Tweet your reply                                    Reply

C. 🌻 @iamcedrica · May 23, 2021
Replying to @cravemedia_
what is going on HERE??

GIF  ALT                                          6

Delnijiro @delnijiro · May 23, 2021
Replying to @cravemedia_
that is all

Earthbender @Khure_Elikhulu · May 23, 2021
Replying to @cravemedia_
Valkerie putting in that werk

GIF  ALT                                          19

Emrys Wayne @EmrysKolbeck · May 23, 2021
Replying to @cravemedia_
What one oscar does to a mf
                                                 1

dot @90sbrandy · May 23, 2021
Replying to @cravemedia_
@manisfroot @itmrmani nos 3
3                                                  1

beca @itmrmani · May 23, 2021
Replying to @90sbrandy and @manisfroot
amo vocês

sami @korradayas · May 23, 2021
Replying to @cravemedia_

(jazz music stops)

Dark Brandon Fan Account @x100blades · May 23, 2021
Replying to @cravemedia_
Hollywood been weird but this feels like a new low for some reason
                                                 1

Todo @hjpyjon · May 23, 2021
Replying to @cravemedia_
What is this???

family friendly era @BhadDhad · May 23, 2021
Replying to @cravemedia_
i wanna be him soooo bad
1                                                 62
Show replies

CUMBERPORN🎈 @cumberporn · May 23, 2021
Replying to @cravemedia_

GIF  ALT                                          1

Marc Watson @Marc_IRL · May 24, 2021
Replying to @cravemedia_
I am here for this

anti bonk helmet





— https://twitter.com/nanarude/status/1520125859201441793 __ at __ 2022-11-21 23:13:38 -0800 __

← **Tweet**



**Nana Rude**
@nanarude

···

A gente só consegue admirar a beleza de #NaomiCampbell, né manas? Os anos passam e ela segue cada vez mais bela! A modelo compareceu 'Prince's Trust Gala', em Nova York, usando um dress da grife italiana 'Valentino'...➡️Saiba mais: instagram.com/p/Cc8ZoYTLlhx/...

Translate Tweet



12:40 PM · Apr 29, 2022 · Twitter for iPhone

**7** Likes

💬          ⟲          ♡          ⬆️

 Tweet your reply                    Reply

## Relevant people

 **Nana Rude**    Follow
@nanarude

💣 Aqui o BAFO é garantido, mana! Apresentador e há 9 anos sua fonte sobre celebridades e notícias do dia. 📧: nana@mynd8.com.br

## What's happening

NFL · 2 hours ago
**49ers at Cardinals**



---

🐦

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒️ Lists

👤 Profile

⊙ More

**Tweet**

 **Perkowski Legal P.C.**    ···
@c_perkowski

🔍 Search Twitter

https://twitter.com/foochia/status/1359140560771112967 __ at __ 2022-11-22 14:28:27 -08:00

← **Tweet**



**Foochia - فوشيا** ✓
@foochia

···

رصدت عدسات البارازتزي نجمة تلفزيون الواقع "كورتني كارداشيان" بمعطف طويل من الجلد باللونين الأبيض والأسود أثناء تناولها العشاء مع ابنها مايسون وصديق العائلة المودل الفلسطيني "فاي خضرة"

#فوشيا #koutneykardashian# #كورتني_كارداشيان#

Translate Tweet



6:02 AM · Feb 9, 2021 · Hootsuite Inc.

1 Retweet   3 Likes

💬          ♻          ♡          ⬆

 Tweet your reply          Reply

---

🔍 Search Twitter

**Relevant people**

 **Foochia - فوشيا** ✓          **Follow**
@foochia

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.

**What's happening**

FIFA World Cup · Last night
**Argentina vs Saudi Arabia**




---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**



🌈 **ANDY JONNY**
@AndresJovannyMa

···

#WandaVision



10:09 AM · Jul 8, 2020 · Twitter for Android

**2** Likes

💬          ⇄          ♡          ⬆️

Tweet your reply                    Reply

---

🔍 Search Twitter

## Relevant people



🌈 **ANDY JONNY**          **Follow**
@AndresJovannyMa

EL PENSAR Y EXPRESAR 💙🩷 Tengo
un canal en YouTube ▶️ ANDY
JONNY 😋

## What's happening

FIFA World Cup · 48 minutes ago
**USA vs Wales**

Trending in United States          ···
**Trent Reznor**
7,870 Tweets

Sports · Trending          ···
**Creighton**
4,232 Tweets

Trending in United States          ···
**Mr. Fierro**

Trending in United States          ···
**Zimmerman**
16.9K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**    ···
@c_perkowski

__ https://twitter.com/damieforever48/status/1578393865882591232 __ at __ 2022-11-19 19:30:21 -08:00 __





__ https://twitter.com/KevinAnticonaa/status/1563062412299108352 __ at __ 2022-11-20 19:08:46 -08:00 __

← **Tweet**

**Kevin Anticona**
@KevinAnticonaa

Nuevas fechas oficiales de los proximos filmes de DC en 2023:

. Shazam: Furia de los Dioses (17 de marzo)
. Flash (23 de julio)
. Blue Beetle ( 18 de agosto)
. Aquaman And the Lost Kingdom (25 de diciembre)

#DCEU #DC



12:14 AM · Aug 26, 2022 · Twitter for Android

**2** Likes

Who can reply?
People @KevinAnticonaa follows or mentioned can reply

---

**Relevant people**

**Kevin Anticona**       Follow
@KevinAnticonaa

Chico carismático, manteniendo siempre la humildad y sociable, pasión por el teatro. cinefilo.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Search Twitter

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/smackgirls/status/1574858068285140224 __ at __ 2022-11-22 22:34:38 -08:00 __

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 **The Latest Celebrity News 24/7**
@smackgirls

Nicola Peltz showcases her midriff in Paris with Brooklyn for Fashion Week ahead of Victoria's...
dlvr.it/SZ5jJ2



1:26 PM · Sep 27, 2022 · dlvr.it

 Tweet your reply

**Reply**

## Relevant people

 **The Latest Celebrity ...**
@smackgirls    **Follow**

The Latest Celebrity News | Celeb news now 24/7 - The Latest Celebrity News | Celeb news now 24/7 . Manchester Unite Fan 2022 #MUFC

## What's happening



NBA · 1 hour ago
**Lakers at Suns**

**#AvatarTheWayOfWater**
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in United States
**Erection**
18.6K Tweets

Trending in California
**Costco**
5,884 Tweets

Business and finance · Trending
**Chesapeake**
33.5K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski



_ https://twitter.com/FueraPlano/status/1402348595727278087 _ at _ 2022-11-20 15:38:48 -08:00 _



← **Tweet**

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**



**Fuera de Plano**
@FueraPlano

Nuevas imágenes desde el set de 'Pam & Tommy' con Sebastian Stan y Lily James metidos en el papel de Pamela Anderson y Tommy Lee. #PamandTommy

Translate Tweet



12:35 PM · Jun 8, 2021 · Twitter for iPhone

**1** Retweet  **7** Likes

 Tweet your reply                    Reply

## Relevant people



**Fuera de Plano**
@FueraPlano                    Follow

Amantes del cine y las series. Noticias, recomendaciones, reseñas, sorteos y más! Twitch: twitch.tv/fueradeplanoli...

## What's happening

NBA · Starts at 4:00 PM
**Warriors at Rockets**

#Disenchanted 🎃
Original movie now streaming
Promoted by Disney+

Sports · Trending
**Trenton Irwin**

Trending in United States
**LGBTQ**
Trending with  Colorado Springs, AR-15

Only on Twitter · Trending
**Jason David Frank**
Trending with  Power Rangers, Tommy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.** ···
@c_perkowski

Search Twitter



← **Tweet**

 **Andy Vermaut**
@AndyVermaut

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Kendall Jenner's 'Falling For' Devin Booker 'More Every Day': What It Means For Their Future Together
hollywoodlife.com/2020/10/05/ken...



6:44 PM · Oct 5, 2020 · dlvr.it

 

 Tweet your reply

Reply

## Search Twitter

## Relevant people

 **Andy Vermaut**
@AndyVermaut

Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

NBA · LIVE
**Spurs at Lakers**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, Disney

Entertainment · Trending
**Wayne Brady**
3,374 Tweets

Sports · Trending
**Herbert**
46.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 23-4    Filed 03/13/23    Page 22 of 101    Page ID #:3390

← **Tweet**

 🌈**ANDY JONNY**
@AndresJovannyMa

Nuevas imágenes de  Dakota Johnson en el rodaje de Madame Web  #MarvelStudios

Translate Tweet



7:18 PM · Aug 7, 2022 · Twitter for Android

**3** Likes

    Tweet your reply

Reply

## Relevant people

 🌈**ANDY JONNY**    Follow
@AndresJovannyMa

EL PENSAR Y EXPRESAR 💙🍥 Tengo un canal en YouTube ▶️ ANDY JONNY 😄

## What's happening

Television · LIVE
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶️ Promoted by Uber

Trending in United States
**HE'S BACK**
128K Tweets

Music · Trending
**#BLACKPINK**
Trending with jisoo, Camila

Sports · Trending
**Hendon Hooker**
2,411 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

## Twitter sidebar

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
🗒 Lists
👤 Profile
⋯ More

**Tweet**

Search Twitter

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/misslefroy/status/1539864007120752642 __ at __ 2022-11-21 10:41:53 -08:00 __

# Twitter

← Tweet

**grace dante**
@misslefroy

· · ·

greta gerwig on set with saoirse ronan (little women) and margot robbie (barbie)



11:52 PM · Jun 22, 2022 · Twitter for Android

**6** Retweets   **4** Quote Tweets   **67** Likes

 Tweet your reply

Reply

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

### Relevant people

 **grace dante**
@misslefroy

Follow

"Il fiore che sboccia nelle avversità è il più raro e il più bello di tutti" 🌸 fan account

### What's happening

FIFA World Cup · 10 minutes ago
**Senegal vs Netherlands**

Sports · Trending
**RB Melvin Gordon**
2,733 Tweets

Family drama · Trending
**#GTMcontest4**

Trending in United States
**Senegal**
Trending with Mendy, #SENNED

Sports · Trending
**Charles Barkley**
4,620 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**

🔍 Search Twitter



**Dakoholic Official** ✨
@Dakoholic_dj                                                    ...

Dakota  on the set of **#MadameWeb**  in Boston.
October 6th,2022 [ via @/dakotajohnsonpt]



9:11 AM · Oct 6, 2022 · Twitter for Android

**10** Retweets    **56** Likes

💬          ⟲          ♡          ↑




🅿  Tweet your reply                    **Reply**

## Relevant people



**Dakoholic Official** ✨            **Follow**
@Dakoholic_dj
♡ *"You guys have completely*
*rocked my world and changed my*
*life."* ♡

## What's happening

FIFA World Cup · 4 hours ago
**World Cup Qatar 2022: Opening
Ceremony**                              

**#Disenchanted** 🧙‍♀️
Original movie now streaming
⊡ Promoted by Disney+

Trending in United States              ...
**Rest In Peace**
48K Tweets

Entertainment · Trending                ...
**Morgan Freeman**
188K Tweets

Only on Twitter · Trending              ...
**Jason David Frank**
Trending with Power Rangers, Kevin Conroy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.


**Perkowski Legal P.C.**          ...
@c_perkowski

— https://twitter.com/bso/status/1284133652071419906 __ et __ 2022-11-22 07:17:50 -08:00

← **Tweet**



**Robert Littal BSO** ✓
@BSO                                    •••

How Jordyn Woods Continues To Be There For Karl-Anthony Towns And Help Him Get Through This Rough Time (Pics-Vids) bit.ly/2CjH1xD via @BasketballguruD



7:31 AM · Jul 17, 2020 · BSO Alert

**1** Retweet    **1** Quote Tweet    **10** Likes

🗨        ⇄        ♡        ⬆

  Tweet your reply                    Reply

40 years young @EastsideCort · Jul 17, 2020     •••
Replying to @BSO and @BasketballguruD
The Kentucky niggas out here lol

🗨        ⇄        ♡        ⬆

**Perkowski Legal P.C.**        •••
@c_perkowski

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

---

🔍 Search Twitter

**Relevant people**

 **Robert Littal BSO** ✓     **Follow**
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**The Daniel Bell©**     **Follow**
@BasketballGuruD
Thunder Beat Reporter For @BSO | Contributor for the @FranchiseOK | A lot of sports tweets | dbell3220@icloud.com

**What's happening**

FIFA World Cup · 3 hours ago
**Argentina vs Saudi Arabia**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
📷 Promoted by Avatar

Entertainment · Trending                    •••
**Died Suddenly**
105K Tweets

Trending in United States                    •••
**#السعودية_الأرجنتين**
1.23M Tweets

Trending in United States                    •••
**Argentina**
Trending with #FIFAWorldCup 🏆, Herve Renard

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More •••
© 2022 Twitter, Inc.



https://twitter.com/jaymalecelebs/status/1349861385669406720 __ et __ 2022-11-20 21:11:54 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-4   Filed 03/13/23   Page 27 of 101   Page ID #:3395

**Male Celeb Hotties**
@jaymalecelebs

## The front and back tease collection



3:30 PM · Jan 14, 2021 · Twitter for Android

**38** Retweets  **339** Likes

Tweet your reply  **Reply**

**Rem** @k220034 · Jan 14, 2021
Replying to @jaymalecelebs
Justin likes to wear white underwear, why is that?

**Bottom Bitch** @alphas_slut · Jan 14, 2021
Replying to @jaymalecelebs
the underwear 😍
1

**celeb.piczz** @KitWALK02740027 · Jan 15, 2021
Replying to @jaymalecelebs
am i wrong or is he pulling his pants even more down after he spotted the camera??

**lucky napier** @thathornylad · Jan 14, 2021
Replying to @jaymalecelebs
I wanna be his bitch boy so bad
1

**Big Daddy** @Trarj2 · Jan 14, 2021
Replying to @jaymalecelebs
Just a cock tease!

Show more replies

---

### Navigation sidebar

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

**Relevant people**



**Male Celeb Hotties**
@jaymalecelebs   Follow
Just a bi guy bringing you hot male celeb content to lust over! DM's are always open! Have fun! 😜 18+

**What's happening**

NBA · 23 minutes ago
**Spurs at Lakers**

#Disenchanted 🧚
Original movie now streaming
🎬 Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, Disney

Trending in United States
**#AMAs** 🔥
4.69M Tweets

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.





You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more



https://twitter.com/AboutHerOFCL/status/1188976298307450240 __ at __ 2022-11-21 20:11:33 -08:00

Case 2:22-cv-09462-DMG-ADS    Document 23-4    Filed 03/13/23    Page 31 of 101    Page ID #:3399



**About Her** ✔
@AboutHerOFCL

...

How to make ripped jeans look classy? Dress them up like Katie Holmes did.



5:30 PM · Oct 28, 2019 · Buffer




Tweet your reply

Reply

---

Home

# Explore

🔔 Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski
...

---

🔍 Search Twitter

### Relevant people



**About Her** ✔
@AboutHerOFCL

Follow

Inside untapped territory: Pulling back the curtain on Arab women who are defining cultural trends now.
#AboutHer

### What's happening

NBA · 45 minutes ago
**Trail Blazers at Bucks**

Entertainment · Trending
**Died Suddenly**
56.7K Tweets



← **Tweet**



# Home
# Explore
# Notifications 1
# Messages
# Bookmarks
# Lists
# Profile
# More

**Tweet**

 **Clicky Sound**
@ClickySound

···


clickysound.com/chrissy-teigen... Chrissy Teigen soaks up the sun in Cabo, Rose McGowan has a new mystery man and more...



11:54 AM · Jul 6, 2020 · Clicky Sound

      


Tweet your reply

**Reply**

## Relevant people

 **Clicky Sound**
@ClickySound

**Follow**

Photography at its Best!

## What's happening

NBA · LIVE
**Lakers at Suns**



**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in California
**Costco**
5,629 Tweets
···

Trending in United States
**Erection**
15.7K Tweets
···

Business and finance · Trending
**Virginia Walmart**
10.1K Tweets
···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ···
@c_perkowski

__ https://twitter.com/turkce/status/1461966930600869888 __ at __ 2022-11-22 02:54:50 -0800 __

← **Tweet**

🔍 Search Twitter

Home

Explore

Notifications ¹

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 **Türkçe**
@turkce

···

**Relevant people**

 **Türkçe**
@turkce

**Follow**

Gazete ve dergilerden Türkçe Haberler, Son Dakika, Spor, Magazin, Teknoloji, Sinema Haberleri. İletişim ve iş birliği için: turkcemag@gmail.com

Kim Kardashian ile Pete Davidson aşkının ilk karesi!: Dört çocuğunun babası rapçi Kanye West ile boşanma aşamasında olan reality show yıldızı Kim Kardashian, komedyen Pete Davidson ile yeni bir aşka yelken açtı. dlvr.it/SCs8NM #Türkçe #MagazinHaberleri #Magazin

Translate Tweet



11:57 PM · Nov 19, 2021 · dlvr.it

💬          ⇄          ♡          ⬆

P     Tweet your reply                    **Reply**

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**



**#AvatarTheWayOfWater** 💧
Get tickets now – In theaters December 16
📣 Promoted by Avatar

Entertainment · Trending          ···
**Died Suddenly**
81.1K Tweets

Trending in United States          ···
**El VAR**
57.3K Tweets

Trending in United States          ···
**offsides**
9,109 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.


**Perkowski Legal P.C.**
@c_perkowski
···

https://twitter.com/SNEAKPEEKCA/status/1091841680679884288 _ at _ 2022-11-20 20:20:41 -08:00

← Tweet



**SneakPeek**
@SNEAKPEEKCA

···

sneakpeek.ca/2019/02/birds-…



3:31 PM · Feb 2, 2019 · Twitter Web Client

**1** Retweet   **1** Like

 Tweet your reply

Reply

Q Search Twitter

**Relevant people**

 **SneakPeek**
@SNEAKPEEKCA      Follow
Invite Only

**What's happening**

Television · 2 hours ago
**The Walking Dead airing on AMC**


#Disenchanted 🧙
Original movie now streaming
▷ Promoted by Disney+

Trending in United States            ···
**Bob Iger**
Trending with Chapek, Disney

Trending in United States            ···
**#AMAs** 🔥

**Perkowski Legal P.C.**
@c_perkowski    ···

— https://twitter.com/thenews_intl/status/1314904856314941448 — at — 2022-11-21 15:01:04 -08:00

Case 2:22-cv-09462-DMG-ADS    Document 23-4    Filed 03/13/23    Page 35 of 101    Page ID #:3403




← **Tweet**


The News ✓ ···
@thenews_intl

#MeghanMarkle's friend #KatharineMcPhee flaunts her growing baby bump for the first time

Details: thenews.com.pk/latest/727427-...

#TheNews



Meghan Markle's friend Katharine McPhee flaunts her growing baby bump for the first time

THE NEWS
WWW.THENEWS.COM.PK

5:25 AM · Oct 10, 2020 · Twitter Web App

1 Like

💬          ⇄          ♡          ⬆

P    Tweet your reply                                    Reply

**Show more replies**

### Relevant people

The News ✓ 
@thenews_intl                                          **Follow**

Where the conversations start. Follow us for special features, breaking news & in-depth analysis; more at thenews.com.pk | Instagram: thenewspak

### What's happening

FIFA World Cup · 1 hour ago
**USA vs Wales**

Trending in United States                              ···
**Tampax**
16.2K Tweets

Trending in United States                              ···
**HOW IS THAT NOT A YELLOW**
1,280 Tweets

Trending in United States                              ···
**Kareem Daniel**

Trending in United States                              ···
**Trent Reznor**
9,448 Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

Perkowski Legal P.C. ···
@c_perkowski

__ https://twitter.com/AndyVermaut/status/1245869781488970880 __ at __ 2022-11-20 18:06:13 -08:00 __

← **Tweet**



**Andy Vermaut**
@AndyVermaut                                    •••

## Leighton Meester Reveals Her Baby Bump as She Steps Out Alongside Adam Brody
eonline.com/news/1137121/l...



5:24 PM · Apr 2, 2020 · dlvr.it



 Tweet your reply                          Reply

Perkowski Legal P.C.   •••
@c_perkowski

---

🔍 Search Twitter

## Relevant people



**Andy Vermaut**          Follow
@AndyVermaut

Linked to WCPDCD, EADM,
POSTVERSA, AIDL, EUtoday, ActNow
for C, People Forests, Fundamental
rights. Whatsapp +32499357495
denktankcarmenta@gmail.com

## What's happening

NFL · 1 hour ago
**Cowboys at Vikings**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Music · Trending            •••
**Kelly Rowland**
2,604 Tweets

Music · Trending            •••
**CANYON MOON**
3,192 Tweets

Sports · Trending           •••
**Kelce**
5,429 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

https://twitter.com/ScreenMixhaita/15739292603140071426... .txt _ 2022-11-20 17:40:08 +00:00
Document 23.4  Filed 03/13/23  Page 37 of 101  Page ID
#3405



← **Tweet**

**Home**

**Explore**

🔔¹ **Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Hadid News Media**
@HadidNewsMedia

···

## March 16: Bella, Jesse Jo and Ally out in Malibu.



5:27 PM · Mar 16, 2018 · Twitter for iPhone

**13** Retweets    **87** Likes

💬    🔁    ♡    ⬆️

Tweet your reply                    **Reply**

Q Search Twitter

### Relevant people

**Hadid News Media**    **Follow**
@HadidNewsMedia
Your 1st & most reliable source on
everything Gigi & Bella Hadid; since
2013. [@HadidNews]

### What's happening

Television · 3 hours ago
**The Walking Dead airing on AMC**

**#Disenchanted** 🍎
Original movie now streaming
📀 Promoted by Disney+

Music · Trending                    ···
**harries**
4,571 Tweets

Trending in United States            ···
**Bob Iger**
Trending with Chapek, Disney

Trending in California               ···
**#Grandline2inSF**
3,351 Tweets

**Show more**

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**    ···
@c_perkowski

← **Tweet**



**Robert Littal BSO** ✓
@BSO

...

Julia Fox on Why She Doesn't Care That Kanye is Using Her to Try to Make Kim Kardashian Jealous Because Pete Davidson is in His House Eating His Snacks and Using His Account to Watch Netflix (Vids-Fox Thirst Traps) bit.ly/3tvEJnp



1:32 PM · Jan 15, 2022 · BSO Alert

**1** Retweet   **1** Quote Tweet   **9** Likes

💬   🔁   ♡   ⬆️

Ⓟ   Tweet your reply     **Reply**

## Home
## Explore
🔔 Notifications ①
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Relevant people**

 **Robert Littal BSO** ✓   **Follow**
@BSO

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**What's happening**

NFL · 4 hours ago
**49ers at Cardinals**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
7,078 Tweets

Trending in United States
**August Alsina**
Trending with Jada, #TheSurrealLife

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

 **Perkowski Legal P.C.** ...
@c_perkowski

https://twitter.com/bso/status/1295949135443570689__el__2022-11-22 07:13:41 -08:00

# Tweet

**Robert Littal BSO** ✓
@BSO

Details on Devin Booker and Kendall Jenner Living Together Post Bubble and Current RONA; Photos of Them Out and About Taking Care of Booker's Dog (Pics-Vids-IG) bit.ly/318Gjg6 via @BasketballguruD



10:02 PM · Aug 18, 2020 · BSO Alert

4 Retweets   4 Quote Tweets   4 Likes

Tweet your reply                                    Reply

**Amylynn** @MissAmyLynn124 · Aug 19, 2020
Replying to @BSO and @BasketballGuruD
So wasn't this Jordyn woods ex? So no one can touch their ex's but they can date whoever they want?

                                                    1

**Terry Woods** @TerryWoods702 · Aug 18, 2020
Replying to @BSO and @BasketballGuruD
Simp

                                                    1

**Perkowski Legal P.C.**
@c_perkowski

## Relevant people

**Robert Littal BSO** ✓        Follow
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**The Daniel Bell©**           Follow
@BasketballGuruD
Thunder Beat Reporter For @BSO | Contributor for the @FranchiseOK | A lot of sports tweets | dbell3220@icloud.com

## What's happening

FIFA World Cup · 3 hours ago
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
📽 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
105K Tweets

Trending in United States
**Argentina**
Trending with #FIFAWorldCup 🏆, Herve Renard

Trending in United States
**#السعودیه_الارجنتین**
1.23M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

**VI$H Mídia** 🟢
@vishmidia

⋯

## Rihanna e A$AP Rocky de rolê em Nova York ❤️🙏



3:40 PM · Sep 18, 2021 · Twitter for iPhone

**55** Retweets    **31** Quote Tweets    **842** Likes

💬          ↻          ♡          ⬆️

Ⓟ    Tweet your reply                                    **Reply**

**Big Sam** @Julio_ffc08 · Sep 18, 2021                    ⋯
Replying to @vishmidia
Casal estiloso da porra
💬 1          ↻          ♡          ⬆️

**Wallace** @WallacNK · Sep 19, 2021                       ⋯
Replying to @Julio_ffc08 and @vishmidia
Verdade
.
💬          ↻          ♡          ⬆️

This Tweet was deleted by the Tweet author. Learn more

**Wallace** @WallacNK · Sep 19, 2021                       ⋯
Replying to @_thecria @s0u24 and @vishmidia
kkkkkkkkk eu em todo role
💬          ↻          ♡          ⬆️

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Ⓟ    Perkowski Legal P.C.    ⋯
@c_perkowski

---

🔍 Search Twitter

### Relevant people

**VI$H Mídia** 🟢    **Follow**
@vishmidia
Site de conteúdo subversivo | +
@vishsports Contato:
contato@vishmidia.com.br

### What's happening

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater**🧑‍🦱
Get tickets now – In theaters December 16
◻ Promoted by Avatar

Entertainment · Trending                    ⋯
**Died Suddenly**
83.2K Tweets

Trending in United States                    ⋯
**Argentina**
Trending with  Messi, #ARGKSA

Trending in United States                    ⋯
**Tampax**
47K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.


**Thread**



**Próxcinemente** @proxcinemente · Jul 26
Dakota Johnson en el set de filmación de "MADAME WEB". 🕷️ ❄️
#MadameWeb #SpiderMan

☁️Vía: @dakotajohnsonpt

🗨 1    🔁 1    ♡ 4

**Próxcinemente**
@proxcinemente

2:31 PM · Jul 26, 2022 · Twitter for Android

1 Like

Tweet your reply    **Reply**

\_\_ https://twitter.com/creamorscream/status/1363628749191868420 \_\_ at \_\_ 2022-11-19 12:07:32 -08:00 \_\_





← Tweet

🔍 Search Twitter

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Relevant people**

Asshole Fucking|-/
@drsy10WSbjZ3Sho    **Follow**

я как Тони Старк только бездарь,
нищеброд, одинокий бродяга
любви, мизантроп

**What's happening**

FIFA World Cup · Last night
**England vs Iran**

Entertainment · Trending
**Died Suddenly**
37.1K Tweets

Trending in United States
**Chrisley**
7,906 Tweets

Trending in United States
**Vasy**
1,248 Tweets

Family drama · Trending
**#GTMcontest10**
Trending with #GIMOREtheMerrier

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

Asshole Fucking|-/    •••
@drsy10WSbjZ3Sho

Сэм Уилсон: он что спиздил мой щит? Пиздим его,
Баки

Translate Tweet



8:44 PM · Jan 21, 2020 · Twitter for Android

**7** Retweets   **446** Likes

Tweet your reply    **Reply**

💙 **Stella_17🌺 сыч пожилой🌺Slyt...** @Stella_... · Jan 22, 2020    •••
Replying to @drsy10WSbjZ3Sho
Это че за хер?

**Anastasia** @Anastas90035355 · Aug 28, 2021    •••
Replying to @Stella___17 and @drsy10WSbjZ3Sho
Джон Уокер, временно был Капитаном Америкой, а потом стал Агентом
США (по канону комиксов)

**lakantachis** @dein_Teufel · Jan 25, 2020    •••
Replying to @drsy10WSbjZ3Sho

[image]

**рест 🔫 mi'dori | мистэр блю скай |** @daburru · Jan 21, 2020    •••
Replying to @drsy10WSbjZ3Sho
все еще верю, что щит юудет у Баки
💬 1                      ♡ 3

**знак зодиака-девственник** @hotClarkKent · Jan 21, 2020    •••
Replying to @daburru and @drsy10WSbjZ3Sho
А чем Сэм плох?
💬 1                      ♡ 6

Show replies

**Фуфи 🟦| 🔴** @mcuismyreligion · Jan 22, 2020    •••
Replying to @drsy10WSbjZ3Sho
Блять это кто
💬 1                      ♡ 3

**Anastasia** @Anastas90035355 · Aug 28, 2021    •••
Replying to @mcuismyreligion and @drsy10WSbjZ3Sho
Джон Уокер, временно был Капитаном Америкой, а потом стал Агентом
США (по канону комиксов)

**imiss** @p92dt · Jan 21, 2020    •••
Replying to @drsy10WSbjZ3Sho
че за костюм лоха
                        ♡ 8

Perkowski Legal P.C.    •••
@c_perkowski

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/chrisevansfanuk/status/1588561555355885575 __ at __ 2022-11-22 23:17:48 -08:00 __

← **Tweet**

**Chris Evans fan page UK** 🇬🇧
@chrisevansfanuk    •••

Thank you thetrashstache on Tumblr of Chris Evans on set of red one



8:59 AM · Nov 4, 2022 · Twitter for Android

15 **Retweets**    194 **Likes**

💬        🔁        ♡        📤

P    Tweet your reply                        **Reply**

Joan @joans3627 · Nov 4    •••
Replying to @chrisevansfanuk
Thank you! ❤️

💬        🔁        ♡        📤

Q  Search Twitter

**Relevant people**



**Chris Evans fan page ...**    **Follow**
@chrisevansfanuk
Chris Evans fan page my name Vicki
🌷 age 32 🦋

**What's happening**

NBA · 1 hour ago
**Lakers at Suns**



#AvatarTheWayOfWater 🧜
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in United States                        •••
**Erection**
20.3K Tweets

Trending in California                        •••
**Costco**
6,020 Tweets

Business and finance · Trending                        •••
**Chesapeake**
40.4K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More •••
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

## Tweet

الاحداث حول العالم | 🎤
@ImexIIG

كانيي ويست في ماليبو اليوم.

Translate Tweet



1:18 PM · Jul 6, 2022 · Twitter for iPhone

**1** Retweet    **7** Likes

Tweet your reply     Reply

$ ⓢyⒾ @Op20_9 · Jul 6
Replying to @ImexIIG and @_Tedium0

حرام بروحة

### Relevant people

الاحداث حول العالم | 🎤     Follow
@ImexIIG
أجمل منصة ترفيهية لأخبار و احداث النجوم
والمشاهير حول العالم | الخاص للدعاية و
الإعلان

### What's happening

NHL · LIVE
**Senators at Sharks**

Entertainment · Trending
**Died Suddenly**
61.3K Tweets

Trending in California
**Dodger Stadium**
10.1K Tweets

Trending in United States
**Jada**
7,500 Tweets

Bachelor in Paradise · Trending
**#BachelorInParadise** 🌹
Trending with Genevieve

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski



_ https://twitter.com/empirekendall/status/1285621923725090819 __ et __ 2022-11-21 15:21:55 -08:00

← **Tweet**


@empirekendall

## Such a cute outfit



10:05 AM · Jul 21, 2020 · Twitter for iPhone

**42** Retweets    **2** Quote Tweets    **461** Likes

Tweet your reply                                    **Reply**

**ronmanley** @ronmanley9 · Aug 14, 2020
Replying to @empirekendall
Love those legs!! 🎈

### Relevant people


@empirekendall
**Follow**
all things kendall jenner • fan page

### What's happening

NFL · Yesterday
**Cowboys at Vikings**

Sports · Trending
**Mexico City**
13.2K Tweets

Trending in United States
**#JusticeForQuinton**

Trending in United States
**Hive**
145K Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,368 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Case 2:22-cv-09462-DMG-ADS   Document 23-4   Filed 03/13/23   Page 50 of 101   Page ID #:3418

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**FILM TRACK**
@filmseriefr

Dakota Johnson photographiée sur le tournage du film #MadameWeb. 📸

Translate Tweet



1:44 AM · Aug 7, 2022 · Twitter for iPhone

**18** Retweets   **1** Quote Tweet   **71** Likes

Tweet your reply

Reply

**Relevant people**

**FILM TRACK**
@filmseriefr          Follow

"Il était une fois le cinéma." ✨ — Retrouvez toutes les dernières informations sur le monde du cinéma.

**What's happening**

Television · 3 hours ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**Jason David Frank**
1,431 Tweets

Trending in California
**Ecuador**
91.7K Tweets

Sports · Trending
**Chip Kelly**
1,081 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

🔍 Search Twitter

**Relevant people**

📷 **Don't Look Up News**
@DontLookUpNews

[Follow]

📷 **Don't Look Up News**
@DontLookUpNews

Leonardo DiCaprio and Jennifer Lawrence on set in Boston, MA!

via Just Jared / BackGrid



11:59 AM · Jan 20, 2021 · Twitter Web App

55 Retweets   35 Quote Tweets   528 Likes

💬   🔁   ♡   📤

📷   Tweet your reply   [Reply]

📷 **marta 🇮🇹 | VAI VER O LOUIS** @hioopzx · Jan 20, 2021
Replying to @DontLookUpNews
I want meryl contentttttt😭😭

💬 2   🔁   ♡ 2   📤

📷 **Gretchen Keisner** @betchwithgretch · Jan 20, 2021
Replying to @hioopzx @lovingmeryls and @DontLookUpNews
If the leaked script I read is accurate, it looks like most of Meryls' scenes are indoors

💬   🔁   ♡   📤

📷 **Jeanniel** @Jeanniel_77 · Jan 22, 2021
Replying to @DontLookUpNews
Ohh how I love his "old school" style······
😭❤️ #LeonardoDiCaprio

📷 **Don't Look Up News** @DontLookUpNews · Jan 20, 2021
Leonardo DiCaprio and Jennifer Lawrence on set in Boston, MA!

via Just Jared / BackGrid

💬   🔁   ♡ 1   📤

This Tweet was deleted by the Tweet author. Learn more

📷 **MARI RANKS 💃✨** @YungPattawonski · Jan 20, 2021
Replying to @stephtoofunny and @DontLookUpNews
It kinda looks like by south station or around the downtown area

💬   🔁   ♡ 1   📤

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**



Trending in United States
**USA USA USA**
426K Tweets

Entertainment · Trending
**Julia Fox**
4,497 Tweets

Trending in United States
**National Anthem**
65K Tweets

Trending in United States
**Vamos USA**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

[Tweet]

📷 Perkowski Legal P.C. ⋯
@c_perkowski

__ https://twitter.com/turkce/status/1297145766645862407 __ at __ 2022-11-22 16:17:50 -0800 __

← **Tweet**

 

Search Twitter

○ Home

# Explore

○ Notifications ¹

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**



5:17 AM · Aug 22, 2020 · dlvr.it

**1 Like**

💬    ↻    ♡    ⬆

 Tweet your reply          **Reply**

**Türkçe**
@turkce

Artık saklanmıyor: Podyum dünyasının aranılan modeli Kendall Jenner ile NBA yıldızı Devin Booker, paparazzilerden kaçmayı bıraktı. Arkadaşlarıyla akşam yemeği için buluşan ünlü çift, Malibu'da dördüncü kez objektiflere… dlvr.it/Rf7g7Q #Türkçe #MagazinHaberleri #Magazin

Translate Tweet

**Relevant people**

**Türkçe**                **Follow**
@turkce

Gazete ve dergilerden Türkçe Haberler, Son Dakika, Spor, Magazin, Teknoloji, Sinema Haberleri. İletişim ve iş birliği için: turkcemag@gmail.com

**What's happening**



FIFA World Cup · Earlier today
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🔵
Get tickets now – In theaters December 16
⏺ Promoted by Avatar

Celebrities · Trending               ⋯
**Tom Hanks**
9,253 Tweets

Trending in United States            ⋯
**Mbappe**
Trending with Dembele

Entertainment · Trending             ⋯
**Marvel**
82.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ⋯
@c_perkowski

__ https://twitter.com/creamorscream/status/1363303107787182080 __ at __ 2022-11-20 22:00:20 -08:00 __

← **Tweet**

 **Bishop**
@BlindWanda

···

Hailee Steinfeld On the Set of Hawkeye performing her own stunts in Atlanta 20-02-2021

#Hawkeye #MarvelStudios #DisneyPlus



5:42 PM · Feb 20, 2021 · Twitter Web App

**20** Retweets    **2** Quote Tweets    **73** Likes

🗨    ⇄    ♡    ↑

P    Tweet your reply    **Reply**

## Search Twitter

### Relevant people

 **Bishop**    **Follow**
@BlindWanda

Lover of Marvel, DC, Star Wars, Comics, Hailee Steinfeld, BLACKPINK, and many other things (?)

### What's happening


FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧝
Original movie now streaming
◩ Promoted by Disney+

Trending in United States    ···
**UCLA**
14.3K Tweets

Trending in United States    ···
**#AMAs**🔥
Trending with soobin, yeonjun

Trending in United States    ···
**Bob Iger**
Trending with Chapek, Disney

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

 **Perkowski Legal P.C.**    ···
@c_perkowski

← Tweet

⊙ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

**Drew House** ···
@thehousedrew

HB x Drew House



6:09 AM · Jan 4, 2022 · Twitter for iPhone

**51** Retweets  **2** Quote Tweets  **776** Likes

💬        ⟲        ♡        ⬆

Perkowski Legal P.C.  ···
@c_perkowski

Ⓟ  Tweet your reply                    Reply

Hails my bitch😍 fan account @onlybitchhails · Jan 4 ···
Replying to @thehousedrew
Beautiful 😍😍😍😍😍😍

💬        ⟲        ♡        ⬆

Hails my bitch😍 fan account @onlybitchhails · Jan 4 ···
Replying to @thehousedrew and @MLima628
Queen 😍😍😍😍😍😍

💬        ⟲        ♡ 1        ⬆

Hails my bitch😍 fan account @onlybitchhails · Jan 4 ···
Replying to @thehousedrew
😍😍😍😍😍😍😍😍

💬        ⟲        ♡        ⬆

mckenna 🦋 @swiftlydinah · Jan 6 ···
Replying to @thehousedrew
🥺🖤🖤🖤🖤

💬        ⟲        ♡        ⬆

Search Twitter

**Relevant people**

**Drew House**    Follow
@thehousedrew
If you have any questions, contact at
whatsup@thehouseofdrew.com

**What's happening**

Sports · LIVE
**2022 FIFA World Cup**

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending                    ···
**Died Suddenly**
79.5K Tweets

Trending in United States                    ···
**#ARGvsKSA**
1,674 Tweets

Only on Twitter · Trending                    ···
**Pablo Milanés**
61.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/bso/status/1380761472112979970 ... el ... 2022-11-22 08:44:30 -08:00

← **Tweet**

**Robert Littal BSO** ✓
@BSO

Kendall Jenner and Devin Booker Hit The Club With Drake (Pics-Vids-IG) bit.ly/2PKfRH4



10:56 PM · Apr 9, 2021 · BSO Alert

**3** Retweets   **4** Likes

---


Tweet your reply                                    Reply

**VERBAL KINT** @chefghubb21 · Apr 10, 2021
Replying to @BSO
Damn Book I know you seen this movie before
                                              1

**Mr.Clean Face** @flyjetwayne · Apr 9, 2021
Replying to @BSO
NBA players lead the league in Recycling,  averaging 20 pts per kardashian.
                                              2

---

# Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

💬 More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

---

🔍 Search Twitter

**Relevant people**


**Robert Littal BSO** ✓        Follow
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**What's happening**

FIFA World Cup · 2 hours ago
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
🎟 Promoted by Avatar

Trending in United States                    ···
#السعوديه_الارجنتين
1.23M Tweets

Trending in United States                    ···
**Argentina**
Trending with #FIFAWorldCup 🏆 , Herve Renard

Trending in United States                    ···
**Died Suddenly**
102K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**



**TheGuidance**
@guidance_the

···

Just Jared compartió estas imágenes desde el set de #Spiderman3 donde podemos ver a Tom Holland con su nuevo traje y a su hermano, quien parece tendrá un cameo.

Translate Tweet



6:48 AM · Jan 17, 2021 · Twitter for iPhone

**1** Like


Tweet your reply

Reply

---

## Sidebar

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

··· More

**Tweet**

### Relevant people


**TheGuidance**
@guidance_the

Follow

Todo el contenido geek al alcance de tu mano. Noticias, análisis, cómics narrados, curiosidades, etc.

### What's happening

NFL · 42 minutes ago
**Chiefs at Chargers**



**#Disenchanted** 🍎
Original movie now streaming
📣 Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, Disney

Music · Trending
**harries**
4,602 Tweets

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski

__ https://twitter.com/harrymoonchild/status/1261229795976806401 __ at __ 2022-11-21 11:30:23 -08:00 __

Thread

dee.
@harrymoonchild

I'm absolutely living for the 70's vibe the watermelon sugar music video is about to serve. Thank you Harry.



2:39 AM · May 15, 2020 · Twitter for Android

**215** Retweets    **15** Quote Tweets    **1,008** Likes

Tweet your reply

Reply

dee. @harrymoonchild · May 15, 2020
Replying to @harrymoonchild
@Harry_Styles You did that

17

Relevant people

dee.
@harrymoonchild

Follow

#harry: starry haze crystal ball 🔮🏝️ | backup:@goldenfineline | ig:dishaxrai

What's happening

FIFA World Cup · LIVE
**USA vs Wales**



The Real Housewives of Potomac · Trending
**Robyn**
48.2K Tweets

Trending in United States
**Brandy**
6,204 Tweets

Trending in California
**Dodger Stadium**
14.1K Tweets

Sports · Trending
**Charles Barkley**
5,277 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet


Perkowski Legal P.C.
@c_perkowski

Search Twitter

**Tweet**

**Infos Séries**
@SeriesUpdateFR

### Iman Vellani sur le tournage de la série 'Ms. Marvel' de Disney+ 🎥

Translate Tweet



7:58 AM · May 1, 2021 · Twitter for Android

**37** Retweets   **9** Quote Tweets   **306** Likes

**Tweet your reply**   Reply

**piraterie** @nosheuresperdue · May 1, 2021
Replying to @SeriesUpdateFR
Kamala j'ai vraiment hâte de voir ça , ça vas être du lourd je pense

**❤️🏴‍☠️ Prince 7🏴‍☠️❤️** @SR7SP · May 1, 2021
Replying to @SeriesUpdateFR
Le costume

This Tweet was deleted by the Tweet author. Learn more

**Zag 😴** @zague__ · May 1, 2021
Musulman et pakistanaise, ils vont faire un avc
1

---

**Relevant people**

**Infos Séries**   Follow
@SeriesUpdateFR
Bienvenue sur votre premier compte
source français sur toutes vos séries,
films et plateformes de streaming
préférées. 📺
seriesupdatefr@gmail.com

**What's happening**

FIFA World Cup · 2 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🧜
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in California
**Mexico City**
19.5K Tweets

Trending in California
**LAPD**
11.1K Tweets

Celebrities · Trending
**Tom Hanks**
5,702 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS    Document 23-4    Filed 03/13/23    Page 59 of 101    Page ID #:3427

← **Tweet**

 **@empirekendall**

new york is always a treat for us

 

3:53 PM · Mar 22, 2021 · Twitter for iPhone

**76** Retweets  **1** Quote Tweet  **472** Likes



 Tweet your reply        Reply

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

 Perkowski Legal P.C.
@c_perkowski

Search Twitter

### Relevant people

 @empirekendall    Follow
all things kendall jenner • fan page

### What's happening

FIFA World Cup · 4 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California
**Mexicans**
19.7K Tweets

Trending in California
**Lucas**
152K Tweets

Celebrities · Trending
**Tom Hanks**
7,097 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.



https://twitter.com/canyonmoonblu/status/1560459493028143104

# Home
# Explore
# Notifications
# Messages
# Bookmarks
# Lists
# Profile
# More
**Tweet**

Perkowski Legal P.C.
@c_perkowski

rachel🦋
@canyonmoonblu

holy shit



7:51 PM · Aug 18, 2022 · Twitter for iPhone

**1,861** Retweets   **33** Quote Tweets   **16.2K** Likes

Tweet your reply                                    Reply

p @biancopwhite · Aug 18
Replying to @canyonmoonblu
@AleeBeelucci
  1                      1

Alee Bel⭐️ @AleeBeelucci · Aug 18
Replying to @biancopwhite and @canyonmoonblu

lynsii“.” :)*** @cherryhighhairy · Aug 18
Replying to @canyonmoonblu
me too

A lives in Johnnys Place @chasingclowns · Aug 18
Replying to @canyonmoonblu
its giving

                                      24

CC @kiwiwonderland1 · Aug 19
Replying to @canyonmoonblu
Where is that shirt from? 😭👏👏

LAURA SAW LOUIS.* 🩹💙 @lauramart91 · Aug 19
Replying to @canyonmoonblu
HEISHEREALLYIS

mary @maryali50580644 · Aug 18
Replying to @canyonmoonblu
My exact words

🌞STYLES94 🌞@Stylesp941 · Aug 19
Replying to @canyonmoonblu
OH MY FUCKING GOSH
                      1

Mary Jones @Maryjon21529914 · Aug 19
Replying to @canyonmoonblu
I wear my sunglasses at night 🕶️❤️

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more

ed @ed_montalbo · Aug 18
Replying to @cortelojaychris and @canyonmoonblu
potaca umuwi ka na uwu 😬
                      1

Search Twitter

**Relevant people**

rachel🦋
@canyonmoonblu                    Follow
"lesbian flag emoji"

**What's happening**



FIFA World Cup · 6 minutes ago
**England vs Iran**

Family drama · Trending
**#GIMMOREtheMerrier**

Gaming · Trending
**3DS Rainbow Road**
Trending with Maple Treeway

Entertainment · Trending
**Kang**
46.8K Tweets

Trending in California
**#BLACKPINK_WORLDTOUR**
59.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.



Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/ddlovatoSpain/status/1290361701314048000 __ at __ 2022-11-21 14:24:57 -08:00 __

← **Tweet**

Search Twitter

**Demi Lovato Spain**
@ddlovatoSpain

···

Demi Lovato cenando con su prometido Max Ehrich en el Nobu Restaurant de Malibu.



11:59 AM · Aug 3, 2020 · Twitter for Android

**6** Retweets   **1** Quote Tweet   **69** Likes

🗨   ⟲   ♡   ⬆

 Tweet your reply

Reply

## Relevant people

 **Demi Lovato Spain**
@ddlovatoSpain

Follow

Club de fans oficial y primera fuente de información de la artista Demi Lovato en España desde 2007 | Con apoyo de @UniversalSpain. - demilovatospain@gmail.com

## What's happening

FIFA World Cup · 53 minutes ago
**USA vs Wales**



Trending in United States
**Tampax**
12.7K Tweets

···

Sports · Trending
**Mexico City**
12.5K Tweets

···

Trending in United States
**Mr. Fierro**

···

Trending in United States
**Zimmerman**
17K Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

···

← Tweet

 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

**Dakotacandids**
@Dakotacandids

⋯

20.07 | Novas fotos da Dakota no set de 'Madame Web'
em Boston, Massachusetts #DakotaJohnson (2)



3:43 AM · Jul 26, 2022 · Twitter Web App

**4** Retweets   **1** Quote Tweet   **23** Likes

💬            ⟲            ♡            ⬆

 Tweet your reply                    Reply



🔍 Search Twitter 

## Relevant people

**Dakotacandids**            Follow
@Dakotacandids

Neste perfil irei postar somente
candids de Dakota Johnson. Para mais
info, fotos e vídeos me sigam na conta
principal: @Dakotashades | Fan
Account

## What's happening

NFL · 2 hours ago
**Browns at Bills**                    

**#Disenchanted** 🧝
Original movie now streaming
▶ Promoted by Disney+

Trending in United States            ⋯
**UCLA**
30.8K Tweets

Sports · Trending              ⋯
**Trenton Irwin**

Only on Twitter · Trending         ⋯
**Jason David Frank**
Trending with Power Rangers, Tommy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**   ⋯
@c_perkowski

https://twitter.com/tudomiley/status/1455861906652720790 ... all

**Tudo Miley | Fan Account**
@TudoMiley

Miley Cyrus com membros do grupo Måneskin em Hollywood ontem no desfile da Gucci.



4:37 AM · Nov 3, 2021 · Twitter for iPhone

**91** Retweets    **75** Quote Tweets    **745** Likes

---

Tweet your reply                                    Reply

**Felipe** @felipitttebutt · Nov 3, 2021
Replying to @TudoMiley
Queria uma música com eles

*a solidão me fez*
*emo gótica*
*vampira e rockeira*

○            ♡ 18

**@rdemonio** · Nov 3, 2021
Replying to @TudoMiley and @PortalManeskin
@alfansea

○            ♡

**stár ✰ MOTOMAMI AOTY** @finestarline · Nov 3, 2021
Replying to @TudoMiley
PERFEITOS TM

○            ♡

**Ketlen** @Ketlen60994139 · Nov 3, 2021
Replying to @TudoMiley
Tem uma cárie no dente da menina ?

○            ♡

**mau** @MauCyrusMiraj · Nov 3, 2021
Replying to @TudoMiley
Amoo

○            ♡

**Portal Måneskin Brasil | Fansite** @PortalManeskin · Nov 3, 2021
Replying to @TudoMiley
e mandaram avisar!

**ROCKSTAR CE NASCI**
**NON CE DIVENTI!**
GIF  ALT                                           ♡ 13

**Ju ᛭ C •** @manestorchio · Nov 3, 2021
Replying to @TudoMiley
avisa que são eles adm

**MAMMAMIA**
YOUTUBE.COM/MANESKINOFFICIAL

From Ju ᛭ C •
○            ♡ 3

Show more replies

— https://twitter.com/MundoGeekOF1/status/1529555541323878407 — et — 2022-11-20 23:51:11 -08:00 — Case 2:22-cv-09462-DMG-ADS   Document 23-4   Filed 03/13/23   Page 66 of 101   Page ID #:3434

← **Thread**

**Mundo Geek**
@MundoGeekOF1                                    ···

VAZOU

**SAIU AS FOTOS DO TRAJE DO BESOURO AZUL E TÁ BONITO PRA KRLHO**

Translate Tweet



1:10 PM · May 25, 2022 · Twitter for Android

**1** Retweet   **4** Likes

💬        🔁        ♡        ⬆️

---

Ⓟ   Tweet your reply                          Reply

**Mundo Geek** @MundoGeekOF1 · May 25      ···
Replying to @MundoGeekOF1
Olhem isso, tá muito foda pqp, esse traje tá literalmente impecável, tá cedo pra hypar o filme? Já tô prevendo bloquearem minha conta temporariamente dnv kkkkj

#bluebeetle

🗨️        🔁        ♡ 2        ⬆️

---

🔍 Search Twitter

**Relevant people**

**Mundo Geek**        Follow
@MundoGeekOF1
Página com todas as últimas novidades do cinema, quadrinhos, games, animes, mangás, livros e algumas opiniões e textões. Gamertag: batnathan999

**What's happening**

Television · 3 hours ago
**Last Week Tonight With John Oliver airing on HBO**

**#Disenchanted** 👸
Original movie now streaming
▶️ Promoted by Disney+

Trending in United States               ···
**Bob Iger**
Trending with Disney, Chapek

Trending in United States               ···
**#AMAs** 🔥
4.75M Tweets

Trending in United States               ···
**UCLA**
Trending with Oregon, Caleb Williams

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Ⓟ **Perkowski Legal P.C.**   ···
@c_perkowski

__ https://twitter.com/dcfunited/status/1008767200679874562 __ at __ 2022-11-22 20:05:53 -08:00 __



**Tweet**

**DC**
@DCFUnited

Close up Gal Gadot running thanks to cable system and filmed with skycam
#WW84 #WonderWoman1984 #WonderWoman84 #WonderWoman

10:43 AM · Jun 18, 2018 · Twitter for Android

152 Retweets   20 Quote Tweets   506 Likes

Tweet your reply                    Reply

**TKS ☀️** @satyr_krypt · Jun 18, 2018
Replying to @DCFUnited and @_DCWorld
No delete these! I've never seen Gal frustrated or in distraught! I've only seen her smiling or smoldering 😂

**Indie Comics Showcase** @indie_comics · Jun 18, 2018
Replying to @DCFUnited
It looks like a nice mix of the Classic & The New 52 Costume, Which I think would make it the Rebirth Costume.

4

**Relevant people**

**DC**
@DCFUnited                          Follow
#RestoreTheSnyderVerse
#ReleaseTheAyerCut

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
⬛ Promoted by Avatar

Trending in United States
**RIP Harold**

Sports · Trending
**Anthony Davis**
2,720 Tweets

Trending in California
**Hooters**
8,456 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/DakoholicsArg/status/1578398090951794690 __ et __ 2022-11-19 21:11:37 -08:00

← **Thread**





**Dakota Johnson Argentina**
@DakoholicsArg

⋯

Dakota fue fotografiada anoche (6/10) durante las grabaciones de #MadameWeb en Boston! #DakotaJohnson



7:53 AM · Oct 7, 2022 · Twitter for iPhone

**8** Retweets   **1** Quote Tweet   **46** Likes

💬   ⟲   ♡   ⬆


Tweet your reply                          **Reply**

**Dakota Johnson Argentina** @DakoholicsArg · Oct 7
Replying to @DakoholicsArg
📸: @dakotajohnsonpt

💬   ⟲   ♡ 6   ⬆

**Perkowski Legal P.C.**
@c_perkowski            ⋯

### Relevant people



**Dakota Johnson Arge...**
@DakoholicsArg                **Follow**

Tu mejor y más actualizada fuente de noticias e informacion sobre la actriz, modelo, activista, productora y directora Dakota Johnson en Argentina.

### What's happening

Television · 1 hour ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead on Uber Reserve
📷 Promoted by Uber

Trending in United States
**HE'S BACK**
143K Tweets

Sports · Trending
**Pasadena**
1,522 Tweets

Music · Trending
**Elton John**
4,855 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

Search Twitter

**Robert Littal** @BSO ✔
@BSO    ···

Kim Kardashian on How Happy She Is That Pete
Davidson Doesn't Mind She Wears Sweats and Doesn't
Have to Worry About Kanye Dressing Her Anymore; Ye
Says They Need to Stop Talking Like Will and Jada
About Their Relationship (Vids-Pics) bit.ly/3fZCCAd



9:39 AM · Jan 25, 2022 · BSO Alert

1 Retweet    5 Quote Tweets    13 Likes

💬          ⟲          ♡          ⬆

P    Tweet your reply                    Reply

🇧🇸 **Slim.Bahamian**🇧🇸 @__SlimWriter__ · Jan 25    ···
Replying to @BSO
So is her still wearing yeezys ...Ye dressing her?

💬          ⟲          ♡ 1          ⬆

**Sheebs Unfiltered** @SheebsU · Feb 2    ···
Replying to @BSO
Those are not sweats.. Those are Kanye inspired pants..

💬          ⟲          ♡          ⬆

**Kevin Standart** 🏴 @kstand40 · Jan 25    ···
Replying to @BSO

💬          ⟲          ♡          ⬆

**Relevant people**

Robert Littal BSO ✔    Follow
@BSO
BSO is a Unique take on Sports & Ent;
Tweets by The Headline King Robert
Littal; IG: BSOTV; FB:
BlackSportsOnline; Keep That Same
Energy Podcast; #BLM; 💙 AML

**What's happening**

NFL · 4 hours ago
**49ers at Cardinals**

**#AvatarTheWayOfWater**🙂
Get tickets now · In theaters December 16
⊡ Promoted by Avatar

Entertainment · Trending    ···
**Died Suddenly**
Trending with World Premiere

Trending in California    ···
**Mexicans**
7,054 Tweets

Trending in United States    ···
**August Alsina**
Trending with Jada, #TheSurrealLife

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More
Tweet

P    Perkowski Legal P.C.    ···
@c_perkowski

_ https://twitter.com/TheGeekyCast/status/1578209719390388224 _ st _ 2022-11-22 23:02:31 -08:00_
Case 2:22-cv-09462-DMG-ADS   Document 23-4   Filed 03/13/23   Page 70 of 101   Page ID
#:3438

← Tweet





The GeekyCast 🎙️ ✓
@thegeekycast

Hear me out.... What if it's a stand in for kraven.... And he has the symbiote....

7:24 PM · Oct 6, 2022 · Twitter for iPhone

**4** Retweets   **66** Likes

Tweet your reply                                     Reply

Toons @NotMrCartoon · Oct 8
Replying to @thegeekycast
Here's a theory .. It's Kaine from another universe
♡ 1

The GeekyCast 🎙️✓ @thegeekycast · Oct 8
Replying to @NotMrCartoon
Would be awesome

Cruz_Control @lawilsada · Oct 6
Replying to @thegeekycast
Interesting
♡ 1

RobertCinema @robert_cinema · Oct 6
Replying to @thegeekycast
Idk, I'll be insane and guess Knull.
♡ 1

Nathan Drake For Multiversus @NathanForMVS · Oct 8
Replying to @thegeekycast
Ezekiel Simms
♡ 1

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⚫ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Search Twitter

**Relevant people**

The GeekyCast 🎙️ ✓     Follow
@thegeekycast
Debunking Rumors regarding comics, movies and more. You post them and we provide the receipts. Just Business / Not a Scooper

**What's happening**

Sports · LIVE
Happy birthday, Navdeep Saini
🎂

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
🎟️ Promoted by Avatar

Trending in United States
**Erection**
19.7K Tweets

Trending in California
**Costco**
5,929 Tweets

News · Trending
**Tucker Carlson**
43.1K Tweets

Show more

Terms of Service   Privacy Policy
Accessibility   Ads info   More —
© 2022 Twitter, Inc.

— https://twitter.com/nostrendsbrasil/status/1346175273193058305 — at — 2022-11-21 11:15:09 -08:00

← **Tweet**

**Nos Trends BRASIL** 🇧🇷
@nostrendsbrasil

Olivia - Harry Styles e Olivia Wilde aparecem de mãos dadas em casamento. Fãs repercutem.

Translate Tweet



11:22 AM · Jan 4, 2021 · Twitter for Android

**2** Quote Tweets   **23** Likes

**Tweet your reply**                    Reply

madu 🏳️‍🌈 @maddu_lameira · Jan 4, 2021
Replying to @nostrendsbrasil
@anafurianpontes MDS E A DO FILME

Isaac Jamil @jamilicious9 · Jan 4, 2021
Replying to @nostrendsbrasil
Nem sabia que eles tavam juntos

---

# Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

## Relevant people

**Nos Trends BRASIL** 🇧🇷
@nostrendsbrasil          Follow

Siga-nos e saiba o que está acontecendo #nostrendsbrasil. Não temos nenhum envolvimento com a rede social, nem somos remunerados. Postamos para informar!

## What's happening

FIFA World Cup · 3 hours ago
**England vs Iran**

Entertainment · Trending
**Julia Fox**
4,574 Tweets

Trending in United States
**USA USA USA**
432K Tweets

Trending in United States
**National Anthem**
65.2K Tweets

Music · Trending
**Ciara**
10.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



# Tweet

- Home
- Explore
- Notifications 1
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

**DAKOTA** 💜💙
@tender_DMJ

You deserve everything and more ILYSM ❤️



3:40 PM · May 22, 2019 · Twitter for iPhone

**13** Likes


Tweet your reply                    Reply

🔍 Search Twitter

**Relevant people**


**DAKOTA** 💜💙    Follow
@tender_DMJ

Dakota Johnson is the meaning of
perfection and of course the love of
my life ❤️

**What's happening**

Formula 1 · Starts tomorrow
Abu Dhabi Grand Prix 2022    

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
▶ Promoted by Uber

__ https://twitter.com/foochia/status/1259482814124351489 __ at __ 2022-11-20 17:10:12 -0800 __

← **Tweet**

 **Foochia - فوشيا** ✔
@foochia

···

صوفي تيرنر تحاول إخفاء حملها من خلال ارتداء قميص فضفاض

#celebritynews #sophieturner #فوشيا #صوفي_تيرنر #hollywoodstars

Translate Tweet



6:57 AM · May 10, 2020 · Hootsuite Inc.

**1** Retweet   **1** Like

💬          ⇄          ♡          ⬆

Tweet your reply                    Reply

### Relevant people

 **Foochia - فوشيا** ✔          Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.

### What's happening

NFL · 4 hours ago
**Eagles at Colts**

**#Disenchanted** 🧙
Original movie now streaming
📣 Promoted by Disney+



Trending in United States          ···
**#TheWalkingDead**
Trending with #TWDFinale

Only on Twitter · Trending          ···
**Jason David Frank**
Trending with Power Rangers

Trending in United States          ···
**Auburn**
10.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ···
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 23-4    Filed 03/13/23    Page 74 of 101    Page ID #:3442

**Tweet**

**Miley Cyrus News**
@MileysCyrusNews                            ⋯

Miley filming something in Malibu, today. 👁️



4:04 PM · Jan 18, 2021 · Twitter for iPhone

25 **Retweets**  219 **Likes**

💬          ⟲          ♡          ⬆️

Ⓟ    Tweet your reply                    **Reply**

**Erwin Bertrand** @ErwinBertrand · Jan 18, 2021    ⋯
Replying to @MileysCyrusNews
youtube.com/watch?v=aQ53_y...
💬          ⟲ 1          ♡ 1          ⬆️

**nait** 👑 @reputalipa · Jan 18, 2021    ⋯
Replying to @MileysCyrusNews
Plastic Heart mv wbk
💬          ⟲          ♡          ⬆️

---

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

Ⓟ    **Perkowski Legal P.C.**    ⋯
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

    **Miley Cyrus News**    **Follow**
@MileysCyrusNews
FAN ACCOUNT

**What's happening**

FIFA World Cup · **LIVE**
**USA vs Wales**                          

Trending in United States
**Jordan Morris**
Trending with Reyna                      ⋯

Trending in United States
**1-0 USA**
19.7K Tweets                              ⋯

Trending in United States
**HOW IS THAT NOT A YELLOW**              ⋯

Trending in United States
**Zimmerman**
13.3K Tweets                             ⋯

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.



© 2022 Twitter, Inc.

__ https://twitter.com/doctorfan06/status/1580736511011479552 __ ol__ 2022-11-20 13:30:02 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-4    Filed 03/13/23    Page 76 of 101    Page ID #:3444

← **Tweet**

Page 76 of 101

🔍 Search Twitter

### Home
### Explore
### Notifications 1
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

Perkowski Legal P.C.
@c_perkowski  ...

---

**doctorfan06**
@doctorfan06  ...

Chris is trending (as expected and rightfully so) here in Australia as he starts filming Red One 😀
#ChrisEvans
#RedOne



6:45 PM · Oct 13, 2022 · Twitter Web App

**1** Retweet   **33** Likes

💬   🔁   ♡   ⬆

P   Tweet your reply                    **Reply**

This Tweet is from an account that no longer exists. Learn more

---

**doctorfan06** @doctorfan06 · Oct 14
Replying to @aussiemum80
i think my original message didn't come through, so i'll do this instead

sending virtual hug

loading...

GIF  ALT

💬 1   🔁   ♡   ⬆

Show replies

---

**Relevant people**

**doctorfan06**
@doctorfan06          **Follow**

**What's happening**

Formula 1 · This evening
**Abu Dhabi Grand Prix 2022**



**#Disenchanted** 👑
Original movie now streaming
▶ Promoted by Disney+

Trending in California          ...
**Rest In Peace**
54.3K Tweets

Sports · Trending          ...
**Fields**
Trending with Falcons, Bears

Only on Twitter · Trending          ...
**Rest in Power**
25K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ...
© 2022 Twitter, Inc.





← **Tweet**



Freetime
@BookingFreetime                              ···

## Tom Holland et Zendaya à Boston



3:28 AM · Apr 26, 2022 · Twitter Web App

**1** Retweet   **7** Likes

 Tweet your reply                           Reply

Q Search Twitter

## Relevant people

 **Freetime**
@BookingFreetime          **Follow**

Freetime est une page d'information du cinéma, du divertissement, des séries et plateformes de streaming du moment et à venir.

## What's happening

NFL · Yesterday
**Lions at Giants**



Trending in United States   ···
**UCLA**
11.5K Tweets

Adult animation · Trending   ···
**#rickandmorty** 🧠
1,635 Tweets

Music · Trending   ···
**Lionel Richie**
3,849 Tweets

Trending in California   ···
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.   ···
@c_perkowski

← **Tweet**

**Cinematizando**
@CinematizandoOf

···

Imagem da gravações de Sonic 2.

Feliz por ver o Tails e Knuckles.

#Sonic  #Tails #Knuckles #SonicTheHedgehog2 #Sonic2

Translate Tweet




8:34 AM · Apr 22, 2021 · Twitter Web App

4 Likes

## Left sidebar

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



Perkowski Legal P.C.
@c_perkowski
···

## Right sidebar

Search Twitter

**Relevant people**


Cinematizando
@CinematizandoOf

Follow

**What's happening**

FIFA World Cup · 2 hours ago
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 🧙
Original movie now streaming
▶ Promoted by Disney+

Politics · Trending
**#MassShooting**
3,974 Tweets

Entertainment · Trending
**Morgan Freeman**
165K Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with First Kevin Conroy

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Tweet your reply

Reply

← **Tweet**

jordyn
@rauhlshearts                                                    •••

justin's hair is so long



1:33 PM · Jan 14, 2021 · Twitter for iPhone

**1** Retweet   **16** Likes

k&u⁷ @jdrewxbts · Jan 14, 2021                                    •••
Replying to @rauhlshearts
yessss but love it tho

---

**Relevant people**

jordyn
@rauhlshearts                                          Follow
fan account

**What's happening**

Television · LIVE
**Bachelor in Paradise airing on ABC**

#AvatarTheWayOfWater🧜
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in United States                               •••
**RIP Harold**

Bachelor in Paradise · Trending                          •••
**#bachelorinparadiseabc** 🌹
Trending with Victoria

Politics · Trending                                     •••
**Fauci**
181K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Tweet your reply                                        Reply

Perkowski Legal P.C.                                    •••
@c_perkowski

— https://twitter.com/SourceJohnson/status/1551833886815152377 —— at —— 2022-11-20 20:06:51 -08:00

← **Thread**

**Dakota Johnson Source**
@SourceJohnson    ···

July 20th, Dakota was seen filming Madame Web in Boston! ❄️
#DakotaJohnson {1}



👤 Dakota Johnson Portugal

12:36 AM · Jul 26, 2022 · Twitter for iPhone

**11** Retweets   **64** Likes

💬          🔁          ♡          ⬆️

Ⓟ  Tweet your reply                              Reply

**Dakota Johnson Source** @SourceJohnson · Jul 26
Replying to @SourceJohnson
July 20th, Dakota was seen filming Madame Web in Boston! ❄️
#DakotaJohnson {2}



Dakota Johnson Portugal

💬 1          🔁 2          ♡ 13          ⬆️

---

**Navigation sidebar (left):**

🐦

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

Ⓟ Perkowski Legal P.C.   ···
@c_perkowski

---

**Right sidebar:**

🔍 Search Twitter

**Relevant people**

 **Dakota Johnson Source**    Follow
@SourceJohnson
Page for All News and Updates On
Dakota Johnson, Credits To Respectful
Owners. Currently in post production -
Madame Web

 **Dakota Johnson P...** ✓    Follow
@dakotajohnsonpt
A tua única e melhor fonte de
informações sobre a atriz, ativista e
produtora Dakota Johnson em
Portugal, online desde 2018! — 📷:
@DJPTMidias | Fã-Clube.

**What's happening**

NBA · LIVE
**Spurs at Lakers**

#Disenchanted 🧙
Original movie now streaming
⊡ Promoted by Disney+

Trending in United States    ···
**Bob Iger**
Trending with Chapek, #Disney

Trending in United States    ···
**Heisman**
5,824 Tweets

Trending in United States    ···
**#AMAs** 🔥
Trending with soobin, yeonjun

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/byabooks/status/1580683663078936577 __ at __ 2022-11-22 23:48:23 -08:00

← **Tweet**

bya | 📖
@byabooks

···

era só uma sentada no chris evans pra depressão ir embora

Translate Tweet



3:15 PM · Oct 13, 2022 · Twitter for iPhone

**7** Retweets    **25** Likes

Tweet your reply                    Reply

spidey. | 📖: Com Sangue @laufeyvomite · Oct 13
Replying to @byabooks
eu sentava em todos os Chris da marvel

💬 1

bya | 📖 @byabooks · Oct 13
Replying to @laufeyvomite
só homem gostoso PQP

---

## Sidebar

### Relevant people

bya | 📖
@byabooks                    Follow

eu e os irmãos winchester cantando one direction • multifandom ꒰ঌ Ψ ໒꒱ • she/her

### What's happening

FIFA World Cup · This morning
**Mexico vs Poland**

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
📷 Promoted by Avatar

Business and finance · Trending
**#massshooting**
1,392 Tweets

Trending in California
**Costco**
6,154 Tweets

Trending in United States
**Erection**
21.4K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

### Navigation

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Search Twitter

Perkowski Legal P.C.
@c_perkowski

← Tweet

**AP** ✓
@altapeli

Jennifer López y Ben Affleck tuvieron su segunda boda en Georgia. #Bennifer #BenniferWedding

Translate Tweet



1:08 PM · Aug 21, 2022 · Twitter Web App

**14** Retweets   **1** Quote Tweet   **77** Likes

Tweet your reply                                    Reply

**Gonzalo Marina** @gonza_marina · Aug 21
Replying to @altapeli
Con lo que cuesta hacer un casamiento 👰

                                                        1

**Vera**🌹 @VeraNessa0 · Aug 21
Replying to @altapeli
Bennifer más juntos que nunca!!!!

**debora argüello** @elodiabuckley · Aug 21
Replying to @altapeli
Todos de blanco👻

                                                        1

**Montevideo Foodie** @mvd_foodie · Aug 21
Replying to @altapeli
...yo vengo a ofrecer mi corazón...

Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

**Relevant people**

**AP** ✓
@altapeli                                    Follow
Cuenta oficial de AltaPeli.com - Cine / Series / Críticas / Noticias / Videojuegos

**What's happening**

FIFA World Cup · 2 hours ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🎭
Original movie now streaming
▶ Promoted by Disney+

Entertainment · Trending
**Morgan Freeman**
166K Tweets

Only on Twitter · Trending
**Rest in Power**
12.5K Tweets

Trending in California
**Shakira**
104K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/tylere2006/status/1254193062360019584 __ el __ 2022-11-22 17:57:55-08:00



**Tweet**

**Tae12**
@tylere2006

Selena in a suit is sexy



4:38 PM · Apr 25, 2020 · Twitter for iPhone

14 Retweets   157 Likes

Tweet your reply                                    Reply

**brad** @brad41836766 · Apr 26, 2020
Replying to @tylere2006
Yes

**Alex Severinski** @SevyTronPrime84 · Apr 25, 2020
Replying to @tylere2006
Selena in anything is sexy.

1        1        6

**Zachary (Zac) Brooks** @Zac_man1123 · Apr 25, 2020
Replying to @SevyTronPrime84 and @tylere2006

GIF

**Relevant people**

**Tae12**                          Follow
@tylere2006
Just a guy tweeting pics of beautiful women

**What's happening**

NBA · LIVE
Kings at Grizzlies

#AvatarTheWayOfWater
Get tickets now · In theaters December 16
📽 Promoted by Avatar

Trending in United States
RIP Harold

Competition shows · Trending
Kique

Competition shows · Trending
Devix
1,093 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**

🔍 Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒️ Lists

👤 Profile

⊙ More

**Tweet**

⇄ **@nanfixus** Retweeted

 **Hablemos De …**
@Hoy_Hablemos_De                     ···

#DakotaJohnson en el set de #MadameWeb.

Llegará a cines el 6 de octubre de 2023.



8:59 AM · Jul 29, 2022 · Twitter for Android

**5** Retweets  **23** Likes

               ⬆️

 Tweet your reply     **Reply**

 Perkowski Legal P.C.     ···
@c_perkowski

## Relevant people

 **@nanfixus**     **Follow**
@nanfixus

DJ Fan 🎡 Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🇦🇷

 **Hablemos De …**     **Follow**
@Hoy_Hablemos_De

Un proyecto, una plática y uno que
otro dato interesante.

## What's happening

FIFA World Cup · 1 hour ago
**World Cup Qatar 2022: Opening
Ceremony**



**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending     ···
**#RIPLEGEND**
3,282 Tweets

Entertainment · Trending     ···
**Morgan Freeman**
148K Tweets

Only on Twitter · Trending     ···
**Jason David Frank**
Trending with Power Rangers, Tommy

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

https://twitter.com/creamorscream/status/1363618009852620803 _ el _ 2022-11-19 21:29:13 -08:00

← **Thread**

**Bishop** @BlindWanda
···

Hailee Steinfeld standing around waiting to Film scenes for Hawkeye in Atlanta, 21-02-2021

1/2

#Hawkeye #Marvel #Disneyplus



2:34 PM · Feb 21, 2021 · Twitter Web App

**55** Retweets    **11** Quote Tweets    **298** Likes

Tweet your reply    **Reply**

**Bishop** @BlindWanda · Feb 21, 2021
···
Replying to @BlindWanda
Hailee Steinfeld standing around waiting to Film scenes for Hawkeye in Atlanta, 21-02-2021

2/2

#Hawkeye #Marvel #Disneyplus



↩    ↻ 25    ♡ 94    ⬆

**dinopesto** @dinopesto · Feb 21, 2021
···
Replying to @BlindWanda and @CreamOrScream
Look at those precious smiles 😍

↩    ↻    ♡ 1    ⬆

**Alex** @Alex_Chatman · Feb 21, 2021
···
Replying to @BlindWanda and @CreamOrScream
Hailee being chill 😍🙆‍♀️

↩    ↻    ♡    ⬆

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski
···

**Relevant people**

**Bishop** @BlindWanda    **Follow**
Lover of Marvel, DC, Star Wars, Comics, Hailee Steinfeld, BLACKPINK, and many other things ()

**What's happening**

Television · 1 hour ago
**Saturday Night Live airing on NBC**



#GetYourRideRight
**Book your ride up to 30 days ahead with Uber Reserve**
Promoted by Uber

Trending in United States
**#DreamersbyJungkook**
Trending with #FIFAWorldCup 🏆

Music · Trending
**JISOO**
Trending with #BLACKPINK', Camila

Sports · Trending
**Pasadena**
1,544 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

← **Tweet**



**Home**

**# Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Film News**
@filmnewsPL

Harry Styles na planie filmu #DontWorryDarling

3:41 PM · Dec 2, 2020 · Twitter for Android

**10** Likes

Tweet your reply                    **Reply**

**Search Twitter**

**Relevant people**

**Film News**                    **Follow**
@filmnewsPL
🎬 najnowsze wiadomości filmowe -
kino polskie i zagraniczne, popularne i
niezależne 🎟 kontakt:
filmnewspl@gmail.com

**What's happening**

NCAA Men's Basketball · Earlier today
**Explorers at Hoyas**

#Disenchanted 💃
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, Disney

Trending in United States
**#AMAs** 🏆
Trending with soobin, yeonjun

Trending in United States
**#dantherizzler**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.



Perkowski Legal P.C. ···
@c_perkowski

— https://twitter.com/1dsfamily/status/1222605953444589571 __ et __ 2022-11-22 17:42:37 -08:00

← **Tweet**

**Respaldo HSA**
@HarrySArgentina
···

(6) Harry grabando el video de "Watermelon Sugar" en la playa 😍 👌

ⓒa quien corresponda

Translate Tweet



11:42 AM · Jan 29, 2020 · Twitter for Android

**7** Retweets    **3** Quote Tweets    **79** Likes

💬        ⇄        ♡        ⬆

Tweet your reply        **Reply**

**L91 VI A LOUIS** 🇪🇸 **#FaithInTheFuture** @LZUSAN1 · Jan 29, 2020
Replying to @HarrySArgentina and @1DAFamily
😍❤️

💬        ⇄        ♡        ⬆

---

**Search Twitter**

**Relevant people**


**Respaldo HSA**      **Follow**
@HarrySArgentina
Fan Page | Updates del actor y cantante ganador de un Grammy @Harry_Styles en Argentina. • Fan Account. ¡Cuenta de respaldo de @HarryArgentina!

**What's happening**

NBA · LIVE
Kings at Grizzlies

**#AvatarTheWayOfWater**🧜‍♀️
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in United States
**#WinterizeASongOrBand**        ···

Sports · Trending
**Ronaldo**        ···
Trending with Glazers

Entertainment · Trending
**Jane Lynch**        ···

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

**Perkowski Legal P.C.**        ···
@c_perkowski

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**
**Tweet**



← **Tweet**

**Cʜʀɪs Eᴠᴀɴs ꜰᴀɴ** 💙 🇧🇷 | Fã site
@cevansnation41                                    •••

📸 | 13/010

## Chris Evans durante o set de #RedOne



1:06 PM · Oct 13, 2022 · Twitter for iPhone

**10** Likes

Tweet your reply                              Reply

## Relevant people

**Cʜʀɪs Eᴠᴀɴs ꜰᴀɴ** 💙 ...     Follow
@cevansnation41
Página dedicada ao ator @chrisevans
Twitter criado em Janeiro/2022. I'm
not Chris Evans. Fan Account.

## What's happening

Formula 1 · 38 minutes ago
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 🧚
Original movie now streaming
🅿 Promoted by Disney+

Trending in United States               •••
**Morgan Freeman**
78.6K Tweets

Only on Twitter · Trending              •••
**RIP JDF**
1,329 Tweets

Trending in United States               •••
**#DreamerFifa2022**
193K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.



Perkowski Legal P.C.     •••
@c_perkowski



**Tweet**

Perkowski Legal P.C.
@c_perkowski

inMARVEL ❄️ #MarvelStudios #Marvel #WakandaForever  ...
@inMARVEL_

Dakota Johnson hace unos días en el set de #MadameWeb 🔥 Siempre es un placer ver la trama de la peli 🥰

#SpiderMan #Spiderverse #Sony #DakotaJohnson #Venom #MCU #Marvel #MarvelStudios #Disney
Translate Tweet



6:11 AM · Oct 7, 2022 · Twitter for Android

9 Retweets    51 Likes

💬          🔁          ♡          ⬆️

P   Tweet your reply                    Reply

Senti-Ale8gambol   @Ale8gambol · Oct 7
Replying to @inMARVEL_
Ojalá al final de Secret wars unan todos los universos y se quede en uno
💬 2          🔁          ♡ 1          ⬆️

inMARVEL ❄️ #MarvelStudios #Marvel #Waka...  @inMA... · Oct 7
Replying to @Ale8gambol
Molaría, sobre todo por cosas así:



💬          🔁          ♡ 1          ⬆️

Fist of vengance 🏹💜🌸 #WakandaForever  @LlerenaMateo · Oct 7
Replying to @inMARVEL_
Yo solo quiero ver esta peli por la trama
La trama:

💬          🔁          ♡ 1          ⬆️

### Relevant people

inMARVEL ❄️ #Marv...
@inMARVEL_
Aquel que disfrute del contenido de Marvel Studios, si es digno, poseerá el poder de saber todo acerca del MCU. 🖐️😎 ¡Sígueme y sé un Nuevo Vengador!

[Follow]

### What's happening

NFL · LIVE
Browns at Bills

#Disenchanted 🧙
Original movie now streaming
▶️ Promoted by Disney+

Only on Twitter · Trending
Rest in Power
20.6K Tweets

Sports · Trending
Lamar Jackson
2,629 Tweets

Trending in California
Elton John
9,617 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

### Left navigation

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
[Tweet]

Search Twitter

← Tweet

**NAÇÃO MARVEL | fan club** ···
@nacaomarvel

O FODÃO! Wilson Fisk aka Rei do Crime de Vincent
D'Onofrio no set de ECHO.



9:32 AM · Aug 10, 2022 · Twitter for Android

**59** Retweets  **21** Quote Tweets  **1,361** Likes

○    ↻    ♡    ⬆

[P] Tweet your reply    ( Reply )

**jão** 🐺 @menezes_b01 · Aug 10
Replying to @nacaomarvel
"Mas pra cobrar eles são bons"
♡ 11

**João** 🐺 @AquinoJohn3 · Aug 10
Replying to @nacaomarvel
"você me envergonhou na frente da Vanessa"

○    ↻ 2    ♡ 33    ⬆

**kevin rosa** @kevnrsa · Aug 11
Replying to @nacaomarvel
gente esse capeta desse cara não morre nunca?

**CAPITÃO AMÉRICA** @devonblackstar · Aug 10
Replying to @nacaomarvel
kkk toda vez q vejo esse personagem so lembro da cena da porta do carro
🤣🤣🤣
♡ 1

**cold sun** @onlyforanakin · Aug 10
Replying to @nacaomarvel
amo
♡ 1

**jad** @holyfwck · Aug 10
Replying to @nacaomarvel
NM, falta só 2 eps pra eu acabar demolidor e to com tanto ódio desse
capeta. Infelizmente essa praga não morre pq eu fico o tempo todo "matem
ele" "mata logo esse capeta"
♡ 2

**jad** @holyfwck · Aug 10
Replying to @nacaomarvel
só de olhar já tenho ódio, Wilson Fisk, eu amo te odiar
♡ 3

**Sem nome TRICAMPEAO** 🏆🏆🏆 @Lima_Jhon81 · Aug 10
Replying to @nacaomarvel
Ele tá bem maior do que na série do demolidor da Netflix ou é impressão?
○ 2    ♡ 3

**Viral Guy³** 💷 @whatyoudoink · Aug 10
Replying to @Lima_Jhon81 and @nacaomarvel
tá maior sim, enchimento
♡ 1    ♡ 6

Show replies

**ali** @biebsrdj · Aug 10
Replying to @nacaomarvel
o homem tá enorme nm
♡

**mimi** @petejkk · Aug 10
Replying to @nacaomarvel
A LENDA VOLTANDO AVISA
♡ 3

**Viral Guy³** 💷 @whatyoudoink · Aug 10
Replying to @nacaomarvel
homi ta grande
♡ 1

---

## Sidebar



🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
··· More

( Tweet )

**Perkowski Legal P.C.** ···
@c_perkowski

🔍 Search Twitter

**Relevant people**

**NAÇÃO MARVEL | fa...** ( Follow )
@nacaomarvel
🔴 O maior fã-clube da Marvel no
Brasil e #2 do mundo | por @kainyall
& @thursdopper | 🛡 | @RoOcastNM |
✉ nacaomarvelofc@gmail.com

**What's happening**

NFL · Yesterday
**Cowboys at Vikings**

Entertainment · Trending
**Chrisley**
2,662 Tweets

Trending in United States
**Trent Reznor**
10.8K Tweets

Trending in United States
**Booger**

Trending in United States
**Hive**
149K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

— https://twitter.com/TheAffinityMag/status/1418111086765209602 — at — 2022-11-21 02:47:01 -08:00

← **Tweet**

**Affinity Magazine** ✓
@TheAffinityMag

···

BLACKPINK's Rosé and Jennie were recently spotted hanging out with Bella Poarch.



12:30 AM · Jul 22, 2021 · TweetDeck

**12** Retweets   **54** Likes

💬   🔁   ♡   ↥

Ⓟ   Tweet your reply   **Reply**

**Erica amaro** @Ericaamaro15 · Jul 22, 2021   ···
Replying to @TheAffinityMag
Is it real i wish i m a bella porch

💬   🔁   ♡   ↥

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**asdfghjkl** @Kirarii12 · Jul 22, 2021   ···
Replying to @kazuhaszhongli and @TheAffinityMag
o k a y

💬   🔁   ♡   ↥

---

🔍 Search Twitter

### Relevant people

**Affinity Magazine** ✓
@TheAffinityMag
NEXT GEN OF MEDIA

**Follow**

### What's happening

NFL · Yesterday
**Lions at Giants**

Trending in United States
**Maher**
22.1K Tweets

···

The Walking Dead · Trending
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

···

Music · Trending
**#DavidoAt30**
70.6K Tweets

···

Music · Trending
**Lionel Richie**
3,832 Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski
···

https://twitter.com/ClickySound/status/1193534129280835585 __ at __ 2022-11-20 18:07:37 -08:00



**Clicky Sound**
@ClickySound

···

[clickysound.com/miranda-lamber...](clickysound.com/miranda-lamber...) Did you know that Miranda Lambert is a Scorpio? She struck me more as a Gemini, but Scorpio works too. It actual...



6:21 AM · Nov 10, 2019 · Clicky Sound

 💬      ⟲      ♡      ↑

 Tweet your reply     Reply

🏠 Home
\# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

## Right sidebar

🔍 Search Twitter

**Relevant people**

 **Clicky Sound**
@ClickySound    Follow
Photography at its Best!

**What's happening**

NFL · 5 hours ago
**Commanders at Texans**


#Disenchanted 💀
Original movie now streaming


← Tweet

**Tweets**

Q Search Twitter

**Robert Littal BSO** ✓
@BSO

Real Reason 21 Savage Won't Take Amber Rose Back is Because She Cheated on Him; You Won't Believe Who She Did it With (Photos) bit.ly/2LtDrAM via @SPSportsEnt



11:48 AM · May 24, 2018 · BSO Alert

32 Retweets   80 Quote Tweets   40 Likes

💬   ⟲   ♡   ⬆

💬 Tweet your reply                    Reply

**Ozie Jackson** @OzieJackson · May 24, 2018
Replying to @BSO
He already fouled out the game when she had him at her slut walk. If someone shows you who they are, believe them.
💬        ⟲   ♡ 3      ⬆

**Almost Patti Labelle** @Chai_Bae · May 24, 2018
Replying to @BSO
Where are you getting your info from
💬        ⟲   ♡        ⬆

**Stevens** 🧃 @SplashStevens30 · May 24, 2018
Replying to @BSO
She probably sniffed his underwear too 😝😝
💬        ⟲   ♡        ⬆

**Brick Top** @Hub8i14208328 · May 24, 2018
Replying to @BSO
Captain save a hoe can't be mad now
💬        ⟲   ♡        ⬆

**B-DILL** @bdill22 · May 24, 2018
Replying to @BSO
Who? It says "This friend" typo maybe?
💬        ⟲   ♡ 1      ⬆

**Illinois Gordon** @OooHlateHim · May 24, 2018
Replying to @BSO
His lame ass was supposed to hit and run. He was in love
💬        ⟲   ♡ 2      ⬆

**Prince** @LAB_PRINCE_JR · May 28, 2018
Replying to @BSO
Who
💬        ⟲   ♡        ⬆

**Torrey Franklin** @franklin_torrey · May 24, 2018
Replying to @BSO
She a thot...period!...look up Thot in the dictionary and you gon see that bald bitch wit a gucci bag...smh
💬        ⟲   ♡ 1      ⬆

**Maj. Benson Winifred Paine🇺🇸🐈** @DaVibelmiz · May 24, 2018
Replying to @BSO
@TheDamnBrad read this bruh
💬        ⟲   ♡        ⬆

**tweezy** @SilverScorpio77 · May 24, 2018
Replying to @BSO
Well she gotta have a testimonial. Can't host the Slut Walk if you only got experience baking cookies 🤷🏽‍♂️🍪😂
💬        ⟲   ♡ 2      ⬆

**Flex Luther** @ChioraAever · May 24, 2018
Replying to @BSO
He rightfully sent her packing.



Gif
💬        ⟲   ♡        ⬆

**WatUpMoney** @Roxboy9 · May 24, 2018
Replying to @BSO
And yet bitches get mad when u call her a hoe 🤷🏽‍♂️
💬 2      ⟲ 2   ♡ 11     ⬆

This Tweet was deleted by the Tweet author. Learn more

**Robert Littal BSO** ✓ @BSO · May 24, 2018
The fact she said she has never cheated makes her story suspect lol
💬 7      ⟲      ♡ 16     ⬆

Show replies

__ https://twitter.com/foochia/status/1267803477490753536 __ at __ 2022-11-20 16:42:29 -0800 __

← Tweet

 **Foochia - فوشيا** ✔
@foochia

والد كيندال وكايلي المتحول جنسيا #كاتلين_جينر يظهر بدون كمامة في مشوار صباحي مع كلبيه!

#مشاهير #مشاهير_هوليوود #متحول #متحول_جنسي #KylieJenner #kendallJenner #CaitlynJenner

Translate Tweet



6:01 AM · Jun 2, 2020 · Hootsuite Inc.

**2** Retweets   **1** Like

💬         ⇄         ♡         ⬆

Tweet your reply

Reply

## Relevant people

 **Foochia - فوشيا** ✔   Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.

## What's happening

NFL · 3 hours ago
**Jets at Patriots**



#Disenchanted
Original movie now streaming
🅿 Promoted by Disney+

Sports · Trending
**Tomlin**
3,038 Tweets

Korean music · Trending
**soobin**
Trending with #AMAs 🔥, TOMORROW X TOGETHER

Politics · Trending
**LGBTQ**
Trending with AR-15, Colorado Springs

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

🔍 Search Twitter

 **Perkowski Legal P.C.** ···
@c_perkowski

__ https://twitter.com/Dakoholics/status/1198896807159439360 __ at __ 2022-11-19 11:54:17 -08:00 __

← **Tweet**

**Dakota Johnson Daily**
@Dakoholics

😊 #DakotaJohnson



1:30 AM · Nov 25, 2019 · Twitter for Android

**16** Retweets   **102** Likes

---

Tweet your reply                    Reply

## Search Twitter

### Relevant people



**Dakota Johnson Daily**          Follow
@Dakoholics

Fan account dedicated to actress, activist, director and producer Dakota Johnson.

### What's happening

NCAA Football · Starts at 3:30 PM
**Texas at Kansas**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Only on Twitter · Trending
**#万博体育**
2,091 Tweets

Trending in California
**Messi**
338K Tweets

Sports · Trending
**Ricky Turcios**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from an account that no longer exists. Learn more



**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/SeriesUpdateFR/status/1521589505165340675 \_\_ .pf \_\_ 2022-11-21 23:35:51 -08:00

← **Tweet**

 **Infos Séries**
@SeriesUpdateFR

Zendaya sur le tournage du film #Challengers de Luca Guadagnino.

Translate Tweet



1:36 PM · May 3, 2022 · Twitter for Android

**69** Retweets   **9** Quote Tweets   **1,030** Likes

Tweet your reply                                          Reply

**Le guide du JV** @GuideJV · May 4
Replying to @SeriesUpdateFR
Elle est toute mimi avec cette coupe de cheveux 😌

**Twitwi** @Twitwi971 · May 3
Replying to @SeriesUpdateFR
Qu'est ce que fary fout là

**Stephan Dalhem** 🇺🇦 --|-- Covid: 💉💉💉 @dalhem_s · May 3
Replying to @SeriesUpdateFR
Je vois qu'elle a prit avec elle une semaine de repas préparés.

  2

**Oden** @SunGodNika__ · May 3
Replying to @dalhem_s and @SeriesUpdateFR
hahahahahahagaaa

**쿨린티 ♡ Clinty** @Clintyyygg · May 3
Replying to @SeriesUpdateFR
@Diilawz un carré

Q Search Twitter

**Relevant people**

 **Infos Séries**          Follow
@SeriesUpdateFR

Bienvenue sur votre premier compte
source français sur toutes vos séries,
films et plateformes de streaming
préférées. 🎬:
seriesupdatefr@gmail.com

**What's happening**

NFL · 3 hours ago
49ers at Cardinals

Entertainment · Trending
**Died Suddenly**
72.6K Tweets

Trending in California
**Mexicans**
6,668 Tweets

Trending in United States
**August Alsina**
Trending with Jada, #TheSurrealLife

Trending in United States
**Jack White**
6,066 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**    ···
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

← **Tweet**

**Hot Celeb Pics**
@ElsaFanpage

···

## Dua Lipa



3:05 PM · Oct 10, 2022 · Twitter Web App

**41** Retweets   **595** Likes

💬                    🔁                    ♡                    ⬆️

**Tweet your reply**                                    **Reply**

**noto09772094** @noto097720941 · Oct 10    ···
Replying to @ElsaFanpage
Hello princess what a beautiful body congratulations 💥💥💥💥💥⭐⭐⭐
⭐👀👀👀👀👀👀 👅👅👅👅🙏

💬              🔁              ♡              ⬆️

**Relevant people**

**Hot Celeb Pics**
@ElsaFanpage                        Follow

Post pics of models and actresses. Do not own any pic. Please DM me for any pic removal and submission. For any business inquiries please DM me.
🔞

**What's happening**

NFL · LIVE
**Eagles at Colts**

#Disenchanted 🧝‍♀️
Original movie now streaming
Promoted by Disney+

Trending in California          ···
**Rest In Peace**
55.4K Tweets

Sports · Trending          ···
**Fields**
Trending with Bears, Falcons

Only on Twitter · Trending          ···
**Jason David Frank**
Trending with Power Rangers, Tommy

Show more

Terms of Service   Privacy Policy   Cookie Policy

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**