# EXHIBIT B Continued

https://twitter.com/girlfromaspen/status/1455857942633275395 __ at __ 2022-11-21 17:04:24 -08:00



**Kate**
@girlfromaspen

Everything looks good on her 😍



4:22 AM · Nov 3, 2021 · Twitter for Android

**17** Likes



Tweet your reply

Reply

- 🏠 Home
- # Explore
- 🔔 Notifications
- ✉️ Messages
- 🔖 Bookmarks
- 📋 Lists
- 👤 Profile
- ⋯ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

🔍 Search Twitter

**Relevant people**



**Kate**
@girlfromaspen

Follow

I dislike negativity so unless I follow you, your replies aren't welcome on my tweets.

**What's happening**

NCAA Men's Basketball · Yesterday
**Delta Devils at Tigers**



Entertainment · Trending
**Died Suddenly**
37.2K Tweets

Entertainment · Trending
**Sinbad**
2,885 Tweets

Trending in United States
**House of the Rising Sun**

Trending in United States
**Tampax**

— https://twitter.com/Dakoholics/status/1198887318867853313 __ at __ 2022-11-20 12:55:28 -08:00 __

← **Tweet**

🔍 Search Twitter

**Dakota Johnson Daily**
@Dakoholics                                    ...

November 24: #DakotaJohnson, Addison Timlin and Ezer at Farmers Market in Los Angeles.

👤 Dakota Johnson Brasil

12:53 AM · Nov 25, 2019 · Twitter for Android

**14** Retweets   **3** Quote Tweets   **94** Likes

💬        🔁        ♡        ⬆️

Ⓟ   Tweet your reply                          Reply

### Relevant people

**Dakota Johnson Daily**            Follow
@Dakoholics
Fan account dedicated to actress, activist, director and producer Dakota Johnson.

**Dakota Johnson Brasil**            Follow
@DakotaJBRA
Sua primeira, maior e melhor fonte sobre a atriz e produtora Dakota Johnson no Brasil. E-mail para contato: contato@dakotajohnsonbrasil.com

### What's happening

NFL · LIVE
**Eagles at Colts**

**#Disenchanted** 🧛
Original movie now streaming
▶️ Promoted by Disney+

Trending in United States
**Rest In Peace**
52.2K Tweets                              ...

Politics · Trending
**LGBTQ**                                  ...
Trending with Colorado Springs, #ClubQ

Trending in United States
**Qatar**                                  ...
Trending with Ecuador, Jungkook

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski                    ...



**Relevant people**

@cravemedia_   Follow
Media account for @FilmUpdates

**What's happening**

FIFA World Cup · 43 minutes ago
**Mexico vs Poland**

#AvatarTheWayOfWater🧜
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Trending in United States
**Ochoa**
Trending with  Poland,  #MEXPOL

Trending in California
**Mexicans**
12.8K Tweets

Trending in United States
**#coinology**
4,659 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

\_\_ https://twitter.com/AndyVermaut/status/1328824394555133952 \_\_ at \_\_ 2022-11-19 11:29:16 -08:00 \_\_

← **Tweet**

 **Andy Vermaut**
@AndyVermaut

...

## Megan Fox Details How She Saves Boyfriend MGK From His "Self-Destructive Tendencies"

eonline.com/news/1209681/m...



2:16 PM · Nov 17, 2020 · dlvr.it

   

 Tweet your reply    **Reply**

Q Search Twitter

## Relevant people

 **Andy Vermaut**
@AndyVermaut      **Follow**

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495

**Home**

**#  Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski   ...

← **Tweet**



- ⌂ Home
- # Explore
- 🔔 Notifications (1)
- ✉ Messages
- 🔖 Bookmarks
- ☰ Lists
- 👤 Profile
- ⋯ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

**Movie Crazy Planet** 🎬 🍿 🎬
@MovieCrazyP                                    ⋯

Esperando los próximos episodios de
#TheFalconAndWinterSoldier.

Translate Tweet



4:00 PM · Mar 21, 2021 · Twitter for Android

**1** Retweet   **1** Like

💬          🔁          ♡          ↥

Ⓟ   Tweet your reply                    Reply

---

🔍 Search Twitter

**Relevant people**

MCP   **Movie Crazy Planet …**          Follow
      @MovieCrazyP
      💥 Noticias, tráilers, pósters, los
      estrenos más recientes de cine, series
      y televisión.💥 Síguenos y activa la 🔔
      moviecrazyplanet@gmail.com ✉

**What's happening**

NFL · **LIVE**
**Jets at Patriots**



**#Disenchanted** 🧚
Original movie now streaming
▶ Promoted by Disney+

Trending in California                    ⋯
**Rest In Peace**
58.8K Tweets

Only on Twitter · Trending            ⋯
**#RIPLEGEND**
9,333 Tweets

Trending in United States            ⋯
**#FIFAWorldCup** 🏆
Trending with #AMAs 🔥

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

__ https://twitter.com/viewsfrance/status/1481253222367985640 __ at __ 2022-11-22 02:20:02 -08:00 __

← **Tweet**

**Views**
@viewsfrance                                    ···

Rihanna & A$AP Rocky 



5:14 AM · Jan 12, 2022 · Twitter Web App

42 Retweets   1 Quote Tweet   436 Likes

Tweet your reply                               Reply

---

**Relevant people**

**Views**                        Follow
@viewsfrance
Magazine — Who you think running
the show?

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**



Case 2:22-cv-09462-DMG-ADS    Document 23-5    Filed 03/13/23    Page 8 of 101    Page ID #:3477

← **Tweet**

**Linda Ikeji**
@lindaikeji

Loved-up video of Jennifer Lopez and Ben Affleck kissing at her sister's dinner party
lindaikejisblog.com/2021/6/loved-u...



1:25 AM · Jun 15, 2021 · LIB App

**4** Retweets   **13** Likes

💬          🔁          ♡          ⬆

P  Tweet your reply                    **Reply**

**Andy TMMI** 🧵🇲🇽🇯🇲 @nnamdi2much · Jun 15, 2021
Replying to @lindaikeji
Back to Ben again? Women!
Well, Okafor's law foretold this
💬          🔁          ♡ **2**          ⬆

**Sean Luther kvng** @Dsean_oluwaseun · Jun 15, 2021
Replying to @lindaikeji
Wetin come consign you Aunty
💬          🔁          ♡          ⬆

---

🔍 Search Twitter

**Relevant people**

**Linda Ikeji**        **Follow**
@lindaikeji
Blogger. CEO, LindaIkejiTV

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

#AvatarTheWayOfWater🧑‍🚀
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Marvel**
84.7K Tweets

Trending in United States
**RIP Harold**

Betty White · Trending
**Betty White**
3,359 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

P  **Perkowski Legal P.C.**   ···
@c_perkowski

← Tweet



Perkowski Legal P.C.
@c_perkowski

**Relevant people**



__ https://twitter.com/Dakoholics/status/1131331141972185088 __ at __ 2022-11-20 22:57:07 -08:00 __

← **Tweet**

Q Search Twitter

**Dakota Johnson Daily**
@Dakoholics
···

💛 #DakotaJohnson



3:48 PM · May 22, 2019 · Twitter for Android

**18** Retweets   **105** Likes

💬   ⟲   ♡   ⬆

P   Tweet your reply   **Reply**

**Relevant people**

 **Dakota Johnson Daily**
@Dakoholics   **Follow**
Fan account dedicated to actress, activist, director and producer Dakota Johnson.

**What's happening**

NFL · 2 hours ago
**Chiefs at Chargers**


**#Disenchanted** 🧙‍♀️
Original movie now streaming
▣ Promoted by Disney+

Sports · Trending   ···
**Sean Payton**

Music · Trending   ···
**sabrina**
72.5K Tweets

Trending in United States   ···
**#AMAs** 🔥
Trending with soobin, yeonjun

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski   ···

__ https://twitter.com/tender_DMJ/status/1088816866539601926 __ at __ 2022-11-20 19:22:37 -08:00 __

← **Tweet**



**DAKOTA** 
@tender_DMJ

Dakota at Barney's New York a concept 



5:57 PM · Jan 24, 2019 · Twitter for iPhone

**19** Retweets   **1** Quote Tweet   **80** Likes

Tweet your reply

Reply

### Relevant people

**DAKOTA**
@tender_DMJ

Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

Follow

### What's happening

NFL · 2 hours ago
**Cowboys at Vikings**



**#Disenchanted**
Original movie now streaming
Promoted by Disney+

Trending in United States
**CEO of Disney**
3,007 Tweets

Trending in California
**Dodger Stadium**
Trending with Elton John

Sports · Trending
**Calipari**
1,409 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski



__ https://twitter.com/thatssohaute/status/1325886023843405824 __ el __ 2022-11-21 12:16:10 -08:00

← **Tweet**

**that's so haute**
@thatssohaute

have you praised her today?



11:40 AM · Nov 9, 2020 · Twitter for iPhone

**481** Retweets    **61** Quote Tweets    **2,614** Likes

Tweet your reply                    Reply

**delf** 🦋 @delfigago · Nov 9, 2020
Replying to @thatssohaute
have you? @BeMaleta @agusgago 🙏🌻
1                    2

**спасибо клим саныч** @_under_wonder · Nov 9, 2020
Replying to @thatssohaute
not yet, thanks for the reminder
1

**Marina** @MarinaAlencar9 · Nov 9, 2020
Replying to @call9anne1 HAVE YOU?

**Thomas Schilleci** @SchilleciThomas · Dec 20, 2020
Replying to @thatssohaute
I love her warm smile

---

# Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
Lists
👤 Profile
⊙ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

🔍 Search Twitter

## Relevant people

**that's so haute**
@thatssohaute                    Follow
photos aren't mine unless stated.
#blm

## What's happening

FIFA World Cup · LIVE
**USA vs Wales**

Trending in United States
**#StuffingFails**

Entertainment · Trending
**Julia Fox**
5,793 Tweets

Trending in United States
**Hive**
114K Tweets

Trending in United States
**#BudweiserFWC**
Trending with Dest, McKennie

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



← **Tweet**

**Elliott Wilson** ✓
@ElliottWilson

⋯



4:04 PM · Jan 2, 2020 · Twitter Web Client

**9** Retweets    **8** Quote Tweets    **37** Likes

💬    🔁    ♡    📤



**P**  Tweet your reply                    **Reply**

**DigitalTeez** @DigitalTeez · Jan 2, 2020
Replying to @ElliottWilson
Is this Diddy'a new girl?
💬    🔁    ♡    📤

**□□□□□□□ □** @CaydenFatherCQ1 · Jan 2, 2020
Replying to @ElliottWilson
My Guy just Living Life #Vetrnstyle
💬    🔁    ♡    📤

**Big Have, hard R** @HaveRentMoney · Jan 2, 2020
Replying to @ElliottWilson
Who is that? Capricorn?
💬    🔁    ♡ 1    📤

**ATL Ty Su**✨ @ESTxx91 · Jan 2, 2020
Replying to @ElliottWilson
Diddy came thighs out! 🍑😂
💬    🔁    ♡    📤

🔍 Search Twitter

**Relevant people**

**Elliott Wilson** ✓                **Follow**
@ElliottWilson
chief content officer: @tidal co-host:
@RapRadar Podcast

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
▣ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
80.4K Tweets

Trending in United States
**offsides**
7,499 Tweets

Trending in United States
**El VAR**
40.6K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2022 Twitter, Inc.

**Home**
**#** Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
☺ More

**Tweet**



**Perkowski Legal P.C.**    ⋯
@c_perkowski

← **Tweet**

**DCVERSO**
@DCverso1

No Yahoo

Bruna Marquezine falou que ficou nervosa nos bastidores de #BlueBeetle

"Lembro no primeiro dia que fizemos algumas provas de roupa e em uma conversa com o diretor disse o quanto estava nervosa. Pensei: 'Nossa, estou aqui e vou fazer'".

Translate Tweet

6:38 AM · Oct 2, 2022 · Twitter for Android

8 Retweets   130 Likes

Tweet your reply

Reply

---

**Home**

**Explore**

**Notifications** 1

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

**Relevant people**

 **DCVERSO**
@DCverso1    Follow

Uma conta centrada nos conteúdos do universo DC. Venha para o seu hábitat natural, DCNAUTA! | 📧 Email:

https://twitter.com/mileycyrusbz/status/1526155727265570817 __ et __ 2022-11-21 21:40:37 -08:00    Document 23-5    Filed 03/13/23    Page 15 of 101    Page ID
Case 2:22-cv-09462-DMG-ADS                                                                                                          #:3484



**Miley Cyrus Updates** ☑
@MileyCyrusBz

Miley Cyrus, 2022.





4:00 AM · May 16, 2022 · Twitter for Android

**214** Retweets   **53** Quote Tweets   **3,126** Likes

   Tweet your reply                                    Reply

**Daliah Kastle** @DaliahKastle · May 16
Replying to @MileyCyrusBz
Why aren't we bffl @MileyCyrus

**ManEfacez** @lanoge6_armando · May 16
Replying to @MileyCyrusBz
🙌🙌🙌💪😎😎😎

Show additional replies, including those that may contain offensive content    Show

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

### Relevant people


**Miley Cyrus Updates** ☑    Follow
@MileyCyrusBz
Fan account | Copyright belongs to the respective owners | @MileyCyrus follows 💕

### What's happening

NFL · 1 hour ago
**49ers at Cardinals**



Entertainment · Trending
**Died Suddenly**
65.2K Tweets

Trending in United States
**Trent Reznor**
20.6K Tweets

Trending in United States
**Murder House**
1,729 Tweets

Trending in United States
**August Alsina**
Trending with Jada, #TheSurrealLife

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

← **Tweet**

## Twitter sidebar navigation
- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile

 **MAX** ✔
@ThisIsMax

···

I hold hands with my friends too … but not when I'm wearing a mask 😉 kinda luv both of them .. let people live .. 👏🏻



3:42 PM · Jan 4, 2021 · Twitter for iPhone

**3** Likes

💬  🔁  ♡  ⬆

 Tweet your reply    Reply

🔍 Search Twitter

**Relevant people**

 **MAX** ✔    Follow
@ThisIsMax
Presenter/Producer 👩 Eyes on the prize Violet! 😛 contact : Management@FlipYourWig.net

**What's happening**

FIFA World Cup · 1 hour ago
**Mexico vs Poland**

#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

_ https://twitter.com/soybvip/status/1260072491327737857 __ at __ 2022-11-22 18:49:12 -08:00

← **Tweet**



YouTube: BorrachosVIP 🤘🏻🎮
@SoyBvip

La cara de tu novio cuando ve que te tomas los shots
de tequila como si fuera agua.

Translate Tweet



10:01 PM · May 11, 2020 · Twitter for iPhone

**19** Retweets   **7** Quote Tweets   **128** Likes

Karen Delgado @Misskyds · May 11, 2020
Replying to @SoyBvip
Qué yo qué? 😕

**Relevant people**


YouTube: BorrachosV... 
@SoyBvip                          Follow

Aquí echamos desmadre y contenido
en internet 🔴🔵 #Twitch Partner:
@borrachosvip 🤘🏻 Instagram:
@BorrachosVIP 🤘🏻🐙 Contacto:
borrachosvipcrew@gmail.com 🎮🤘🏻

**What's happening**



Television · LIVE
Bachelor in Paradise airing on
ABC

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
☑ Promoted by Avatar

Trending in United States
RIP Harold

Bachelor in Paradise · Trending
Greg Grippo

Entertainment · Trending
James Woods
3,439 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Tweet**



**Foochia - فوشيا** ✔
@foochia

كايلي جينر تخفي علامات حملها في ظهورها الأخير مع ابنتها "ستورمي" وابنة شقيقتها "ترو" في إحدى المنتزهات بلوس أنجلوس

Translate Tweet



1:10 AM · Oct 10, 2021 · Hootsuite Inc.

**2** Retweets  **3** Likes

Tweet your reply

Reply

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

### Relevant people

**Foochia - فوشيا** ✔
@foochia

Follow

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.

### What's happening

NFL · 2 hours ago
**Chiefs at Chargers**

**#Disenchanted** 🧚
Original movie now streaming
▶ Promoted by Disney+

Music · Trending
**sabrina**
71.2K Tweets

Trending in United States
**Bob Iger**
Trending with Disney, Chapek

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**



  

**Kevin Anticona**
@KevinAnticonaa                                                    ···

Segun @elmayimbe de lo poco que vio de Blue Beetle
es algo increible, el disfraz, los destellos del personaje
de Jaime Reyes, parece una gran pelicula.

Translate Tweet



11:07 PM · Aug 26, 2022 · Twitter for Android

**1** Retweet   **3** Likes

💬              ⇄              ♡              ↑

👤 **Who can reply?**
People @KevinAnticonaa follows or mentioned can reply

🔍 Search Twitter

## Relevant people

 **Kevin Anticona**          **Follow**
@KevinAnticonaa
Chico carismático, manteniendo
siempre la humildad y sociable, pasión
por el teatro, cinefilo.

**Umberto Gonzalez** ✔          **Follow**
@elmayimbe 
■ Film Reporter @TheWrap ■ Ace
Scooper♠ ■ Fanboy Maven ■
Menswear Enthusiast ■ Founder &
Editor In Chief of @heroichollywood

## What's happening

NFL · 1 hour ago
**Cowboys at Vikings**                    

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                  ···
**Machine Gun Kelly**
1,740 Tweets

Sports · Trending                          ···
**Justin Herbert**
2,562 Tweets

Sports · Trending                          ···
**De'Aaron Fox**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**   ···
@c_perkowski

__ https://twitter.com/RihannaNoBrasil/status/1503008950681886720 __ at __ 2022-11-20 21:22:58 -08:00 __



← **Tweet** 

# Home

# Explore

# Notifications

# Messages

# Bookmarks

# Lists

# Profile

# More

**Tweet**

 **Rihanna.com.br** ⚓
@RihannaNoBrasil                              ...

**MEU DEEUS!!!**
Rihanna foi vista no restaurante Giorgio Baldi em Santa Monica ontem à noite (12/3) 🖤 🤷

Translate Tweet

 

6:55 AM · Mar 13, 2022 · Twitter for Android

**24** Retweets   **6** Quote Tweets   **153** Likes

 Tweet your reply                    Reply 

## Relevant people

 **Rihanna.com.br** ⚓          Follow
@RihannaNoBrasil

**Rihanna.com.br** is a genuine and registered fansite, made by fans. 🇧🇷 Fã-clube e portal de notícias brasileiro sobre a cantora Rihanna. Online desde 2008. 💎

## What's happening

NCAA Men's Basketball · This afternoon
**Terrapins at Hurricanes**                

**#Disenchanted** 🧜
Original movie now streaming
▶ Promoted by Disney+

Trending in California          ...
**Dodger Stadium**
11K Tweets

Music · Trending          ...
**harries**
4,672 Tweets

Trending in United States          ...
**Bob Iger**
Trending with Chapek, Disney

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ...
@c_perkowski

__ https://twitter.com/Info_DJJD/status/1091010133202314444 8 __ at __ 2022-11-21 08:09:31 -08:00 __

Case 2:22-cv-09462-DMG-ADS    Document 23-5    Filed 03/13/23    Page 21 of 101    Page ID
#:3490





← **Tweet**



**Rihanna Pedia (Fan Account)**
@RihannaPedia                                                              ...

Rihanna today (10/10) arriving at the SZA's show in New York.



⬜ **Media not displayed**
s image has been removed in response t
report from the copyright holder.

⬜ Media not displayed
This image has been removed in response to a
report from the copyright holder.

⬜ Media not displayed
This image has been removed in response to a
report from the copyright holder.

7:12 PM · Oct 10, 2017 · Twitter for iPhone

**141** Retweets   **39** Quote Tweets   **332** Likes

◯          ⇄          ♡          ⬆

  Tweet your reply                                **Reply**

---

### Relevant people

  **Rihanna Pedia (Fan A...**     **Follow**
@RihannaPedia
Fan Account | Follow us for Exclusive News about Rihanna | Rihanna Noticed 6x | TURN ON notification | PURCHASE Rihanna's new album #ANTI (Link Below)

### What's happening

Television · LIVE
**Bachelor in Paradise airing on ABC**





Entertainment · Trending
**Died Suddenly**                                    ...
46.6K Tweets

Trending in United States
**Trent Reznor**                                     ...
15.3K Tweets

Sports · Trending
**Greg Dortch**                                      ...

Trending in United States
**Colorado Springs**                                 ...
411K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

**Perkowski Legal P.C.**   ...
@c_perkowski

🔍 Search Twitter

← **Tweet**

**Daki_Jamie** ❤️
@damieforever48

···

New pics of Dakota on the set of Madame Web in Boston, Massachusetts (Via @dakotajohnsonpt) ❤️
#DakotaJohnson



10:50 PM · Aug 6, 2022 · Twitter for Android

**7** Retweets  **25** Likes

💬        🔁        ♡        ⬆️

Tweet your reply                    Reply

## Relevant people

**Daki_Jamie** ❤️          Follow
@damieforever48
Fan Account Jamie Dornan e Dakota Johnson ❤️

**Dakota Johnson P...** ✔️     Follow
@dakotajohnsonpt
A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷: @DJPTMidias | Fã-Clube.

## What's happening

Television · 2 hours ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Sports · Trending          ···
**Pasadena**
1,602 Tweets

Sports · Trending          ···
**Cam Rising**

Trending in United States          ···
**Jason David Frank**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



**Perkowski Legal P.C.**          ···
@c_perkowski

← **Thread**

**Nicholas Galitzine Updates**
@galitzineupdate

···

📸 Mais fotos de Nicholas Galitzine e Anne Hathaway durante as gravações da adaptação 'The Idea of You" pela Prime Vídeo.
#TheIdeaofYou
1/2

Translate Tweet

👤 Nicholas Galitzine and 6 others

4:17 AM · Oct 21, 2022 · Twitter for Android

**4** Retweets   **1** Quote Tweet   **50** Likes

💬                ⇄                ♡                ⬆

[P]  Tweet your reply                                    **Reply**

---

## Relevant people

**Nicholas Galitzine Up...**    **Follow**
@galitzineupdate
A sua melhor fonte de informações do ator e cantor Britânico Nicholas Galitzine no Brasil. @nickgaltzine

**Nicholas Galitzine** ✔    **Follow**
@nickgalitzine

**Chrystal** 🇧🇷    **Follow**
@N_GalitzineBr
#nicholasGalitzine #nicolasgalitzine #purplehearts #continenciaaoamor @nickgalitzine

## What's happening

Television · 54 minutes ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Politics · Trending
**Welcome Back**
93.6K Tweets

Sports · Trending
**Pasadena**
1,520 Tweets

Sports · Trending
**Dorian Thompson-Robinson**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

### Twitter left sidebar

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
🗒️ Lists
👤 Profile
··· More

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski
···

__ https://twitter.com/coolcrushes/status/1455171694147129346 __ at __ 2022-11-22 04:05:48 -08:00 __

← **Tweet**



Home

\# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.**  ...
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 23-5   Filed 03/13/23   Page 26 of 101   Page ID #:3495

← **Tweet**



**Chris Evans Chile**
@CapitanCevans

···

## Nuevas fotos de Chris Evans en el set de Red One 🎄



2:12 PM · Oct 13, 2022 · Twitter for iPhone

**9** Retweets   **1** Quote Tweet   **60** Likes

🔍 Search Twitter

### Relevant people



**Chris Evans Chile**   Follow
@CapitanCevans

Primera Fan Page Chilena, noticias, memes e imágenes del actor Chris Evans.

### What's happening

Formula 1 · This morning
**Abu Dhabi Grand Prix 2022**



**#Disenchanted** 🎭
Original movie now streaming
📀 Promoted by Disney+

Trending in California   ···
**Rest In Peace**
54.4K Tweets

Sports · Trending   ···
**Fields**
Trending with Falcons, Bears

Only on Twitter · Trending   ···
**Rest in Power**
25.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
▤ Lists
👤 Profile
⊙ More

**Tweet**

Tweet your reply   Reply



**Perkowski Legal P.C.**
@c_perkowski   ···

← **Tweet**

 **Nintendo Wire**
@NinWire

New set photos from the second Sonic movie have
revealed models for Sonic, Tails, and our first look at
Knuckles! nintendowire.com/news/2021/04/2...



3:27 AM · Apr 21, 2021 · Twitter Web App

**16** Retweets   **7** Quote Tweets   **137** Likes

Tweet your reply                                                    Reply

**Jake** 👤 @jakethehuman23 · Apr 21, 2021
Replying to @NinWire
The new happy meal toys look great!

**AniPup** @PuffOfDoom · Apr 21, 2021
Replying to @NinWire
Why he so tall

**racco** @immaeaturtoes · Apr 21, 2021
Replying to @NinWire
Tails got a mega ass forehead
♡ 2

**wildside** @WildsidegtSmith · Apr 21, 2021
Replying to @NinWire
I want these

**Aaron MacNaughton** @Joker13z · Apr 21, 2021
Replying to @NinWire
It was in Sonics rider that he gets a handy on the hour every hour.

**Kachow1116** @kachow1116 · Apr 21, 2021
Replying to @NinWire
All I see is a man groping sonic

**The Gingerdead Man** 💀 @DidUKnowGayming · Apr 21, 2021
Replying to @NinWire
Thats... actually a really nice Knuckles imo

**Nita E** @Nita_Nom_Nomz · Apr 21, 2021
Replying to @NinWire
@ngsilver

Show more replies

---

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
••• More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

**Relevant people**

 **Nintendo Wire**    Follow
@NinWire
The Nintendo Wire team is bringing
you late breaking Nintendo news
coverage. Participant in the Amazon
Associates Program, an affiliate
advertising system.

**What's happening**

FIFA World Cup · Earlier today
**Mexico vs Poland**

#AvatarTheWayOfWater 💧
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
**RIP Harold**

Entertainment · Trending
**Marvel**
87.4K Tweets

Entertainment · Trending
**James Woods**
3,257 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/altapeli/status/1422912042172825609 __et __ 2022-11-19 20:07:01 -08:00

← **Tweet**

**AP** ✓
@altapeli

Christian Bale, el villano de #ThorLoveAndThunder. Imagen desde el set de la nueva película de Marvel.



6:27 AM · Aug 4, 2021 · Twitter Web App

7 Retweets    1 Quote Tweet    39 Likes

Tweet your reply                                    Reply

**ADR77** 🇦🇹 @AlejoDR77 · Aug 4, 2021
Replying to @altapeli
Hace de la estatua de la virgen parece, pobre Christian...

  💬 1                            ❤️ 1

**Lionel Hutz** @LionelHutz_ · Aug 4, 2021
Replying to @AlejoDR77 and @altapeli
Pero lo va a hacer bien.

                                ❤️ 1

**Gabriel Hernandez** @gaboto1976 · Aug 4, 2021
Replying to @altapeli
Patagonia ❤️

**Perkowski Legal P.C.**
@c_perkowski

Search Twitter

**Relevant people**



**AP** ✓
@altapeli                                    Follow
Cuenta oficial de AltaPeli.com - Cine /
Series / Críticas / Noticias /
Videojuegos

**What's happening**

Television · 5 minutes ago
**Saturday Night Live airing on NBC**



#GetYourRideRight
**Book your ride up to 30 days ahead with Uber Reserve**
📺 Promoted by Uber

Trending in United States
**HE'S BACK**
133K Tweets

Trending in California
**Pasadena**
1,399 Tweets

Trending in California
**#FIFAWorldCup** 🏆
926K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Relevant people**



Las Últimas Noticias
@lun                    **Follow**

Cuenta oficial del Diario Las Últimas
Noticias en Twitter.

**What's happening**

FIFA World Cup · 1 hour ago
**Mexico vs Poland**

#AvatarTheWayOfWater
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
**Ochoa**
Trending with Australia, Giroud

Celebrities · Trending
**Tom Hanks**
5,393 Tweets

Trending in California
**Mexico City**
20.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

Las Últimas Noticias
@lun

Ahora sí: Bennifer está de vuelta 😍
Tras 17 años del fin de su romance, la pareja de Jennifer
Lopez y Ben Affleck retomó la relación 💕
bit.ly/2S5PXP3

Translate Tweet



10:00 AM · Jun 3, 2021 · Hootsuite Inc.

6 Likes

---

cristian carrillo @cristianca1000 · Jun 4, 2021
Replying to @lun

¡Que bruto
nóngale cero!

---

les puede salir un hijo como yo @algodetodoynada · Jun 3, 2021
Replying to @lun
Bennifer el otro

---

karen @ksnegrita · Jun 3, 2021
Replying to @lun
Me importan una soberana 🌺

\_\_ https://twitter.com/SeriesUpdateFR/status/1400552189291110408 \_\_ et \_\_ 2022-11-20 23:26:16 -08:00 \_\_

← **Tweet**

**Infos Séries**
@SeriesUpdateFR                                                                 ...

Premières photos de Zachary Levi sur le tournage du film 'Shazam: Fury of the Gods' ⚡



1:37 PM · Jun 3, 2021 · Twitter for Android

**34** Retweets   **7** Quote Tweets   **246** Likes

💬        🔁        ♡        📤

🅿️   Tweet your reply                                    **Reply**

**GalloRom1 #FIFA23**🇮🇹🏆 @GalloRom1_972 · Jun 3, 2021   ...
Replying to @SeriesUpdateFR
Il ont changé l'acteur ? 😱

💬 2        🔁        ♡ 2        📤

@1_PaulPaulPaul · Jun 3, 2021                              ...
Replying to @GalloRom1_972 and @SeriesUpdateFR
Non

💬 1        🔁        ♡ 1        📤

Show replies

**Jérémie** 🤓 @jrmiejak · Jun 3, 2021                      ...
Replying to @SeriesUpdateFR
J'espère qu'on la reverra dans la suite elle me faisait trop rire dans le premier film 😂

💬        🔁        ♡ 4        📤

---

**Search Twitter**

### Relevant people

**Infos Séries**                                    **Follow**
@SeriesUpdateFR
Bienvenue sur votre premier compte source français sur toutes vos séries, films et plateformes de streaming préférées. 📬: seriesupdatefr@gmail.com

### What's happening

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Music · Trending
**#DavidoAt30**
53.8K Tweets                                             ...

Trending in United States
**Maher**                                                ...
21.9K Tweets

Trending in United States
**#AMAs**                                                ...
Trending with soobin, yeonjun

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🅿️ **Perkowski Legal P.C.**   ...
@c_perkowski

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Perkowski Legal P.C.
@c_perkowski

Tweet

## Robert Littal BSO ✔
@BSO

Shockingly Amber Rose is Already Getting Tired of 21 Savage (Photos) bit.ly/2wVp7fr



7:38 AM · Sep 2, 2017 · BSO Alert

23 Retweets   78 Quote Tweets   14 Likes

💬          🔁          ♡          ⬆

Tweet your reply                    Reply

**HumbleForever** 👤 @DaRealSkeet · Sep 2, 2017
Replying to @BSO
publicity relationship now that his album been out for a while the agreement is over lol

💬          🔁 1        ♡          ⬆

**Rel** @Rel8ow79 · Sep 2, 2017
Replying to @BSO
She is a rental. You gotta return her can't cuff her. Yuck

💬          🔁          ♡          ⬆

**Waiting To Oxtail** ✔ @ThatDudeMCFLY · Sep 2, 2017
Replying to @BSO

*pretend to care*

💬          🔁          ♡ 5        ⬆

**rodell59** @rodell59 · Sep 2, 2017
Replying to @BSO
Yawn

💬 1        🔁          ♡          ⬆

**justanobody** @melvinhardynh · Sep 2, 2017
Replying to @BSO
She saw his bank balance

💬 1        🔁          ♡          ⬆

**Son of Ng'etuk** @OneSantuz · Sep 3, 2017
Replying to @melvinhardymh and @BSO
He got 1-2-3-4-5-6-7-8 Ms in his bank account

💬          🔁          ♡          ⬆

**Vince Johnson** @vince.johnson_D1 · Sep 2, 2017
Replying to @BSO
I knew the time was coming.

TICK TOCK, MUTHAFUCKA!

💬          🔁          ♡          ⬆

**mf captain** @ya_moms_fav_ · Sep 2, 2017
Replying to @BSO
We ALL knew this was coming.

💬          🔁          ♡          ⬆

**The Red Son** @TheRedSonRising · Sep 2, 2017
Replying to @BSO

💬          🔁          ♡          ⬆

**TOM SHANKS** 👻 @Tom_Shanks · Sep 2, 2017
Replying to @BSO

why am I not surprised

💬          🔁          ♡          ⬆

**Domo** @DapperDomo · Sep 2, 2017
Replying to @BSO



💬          🔁 1        ♡ 2        ⬆

### Relevant people

**Robert Littal BSO** ✔        Follow
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 🖤 #ML

### What's happening

FIFA World Cup · 58 minutes ago
Mexico vs Poland

#AvatarTheWayOfWater 🌊
In theaters December 16
📢 Promoted by Avatar

Trending in United States
#coinology
2,501 Tweets

Trending in United States
Ochoa
Trending with #MEXPOL, Lewandowski

Trending in United States
Tombstone
1,946 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

← Tweet

**Marvel News** @BRMarvelNews · Feb 7, 2019
Nova imagem promocional de Vingadores: Ultimato mostra os novos uniformes do sexteto original



38          387          337

**lúcifer** @darktfantasy · Feb 7, 2019
Replying to @BRMarvelNews
GENTE A NATASHA TA COM O CABELO RUIVO MAS A PONTA É LOIRA
KKKKKKKKKKKKK

1

**Marvel News** @BRMarvelNews · Feb 7, 2019
Replying to @darktfantasy

Ela estará no filme assim mesmo 👀

Translate Tweet

4:35 PM · Feb 7, 2019 · Twitter Web Client

1 Like

Tweet your reply          Reply

**lúcifer** @darktfantasy · Feb 7, 2019
Replying to @BRMarvelNews
ah nao gente...

**Relevant people**

**Marvel News**          Follow
@BRMarvelNews
Conta de fã dedicada ao Universo
Marvel 🇧🇷 Contato:
marvelnewsbr@outlook.com

**What's happening**

NBA · LIVE
**Lakers at Suns**

#AvatarTheWayOfWater 🎬
Get tickets now · In theaters December 16
📢 Promoted by Avatar

Trending in United States
**RIP Harold**

Sports · Trending
**Hunter Renfroe**
Trending with Mike Trout, Brewers

Family drama · Trending
**#GTMcontest37**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/filmsbymrchs/status/1199089216694093888 __ at __ 2022-11-19 20:42:16 -08:00 __



← **Thread**

🔍 Search Twitter

🔲🔲 @filmsbydelrey · Nov 25, 2019   ···
Dakota with her best friend Addison Timlin and her goddaughter Ezer in Los Angeles yesterday 😍



💬 1          🔁          ♡ 2          ⬆️

🔲🔲
@filmsbydelrey                              ···

# Dakota & Ezer 😍😍😍😍😍 So cuteee

2:15 PM · Nov 25, 2019 · Twitter Web App

💬          🔁          ♡          ⬆️

🅿️  Tweet your reply                    [ Reply ]

---

## Left sidebar

🐦

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⚪ More

**Tweet**

🅿️ Perkowski Legal P.C.   ···
@c_perkowski

---

## Right sidebar

### Relevant people

🔲 🔲
@filmsbydelrey        [ Follow ]
multifandom ✧°｡

### What's happening

Television · 41 minutes ago
**Saturday Night Live airing on NBC**



#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve

📷 Promoted by Uber

Trending in California        ···
**Blocked**
125K Tweets

Sports · Trending          ···
**#AEWFullGear**
Trending with  Keith Lee

__ https://twitter.com/candidevent/status/1578044923877679112 __ at __ 2022-11-20 13:20:20 -08:00

← **Thread**



Q Search Twitter



celebrity photos & updates
@candidevent

···

# First look at Dakota Johnson heading to the set of 'Madame Web'



8:30 AM · Oct 6, 2022 · Twitter for iPhone

**44** Retweets  **18** Quote Tweets  **206** Likes

celebrity photos & updates @candidevent · Oct 6
Replying to @candidevent
be sure to follow us and turn on our notifications for more breaking celeb news! 📰✨🖤

💬    ⟲    ♡ **3**    ⬆



Perkowski Legal P.C.
@c_perkowski

···

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Tweet your reply

**Reply**

### Relevant people



celebrity photos & u...
@candidevent

**Follow**

All media is posted under fair use with no © infringement intended. DM for removal.

### What's happening

NFL · **LIVE**
**Eagles at Colts**

**#Disenchanted** 🧚
Original movie now streaming
 Promoted by Disney+

Trending in California    ···
**Rest In Peace**
53.5K Tweets

Only on Twitter · Trending    ···
**Jason David Frank**
Trending with Power Rangers

Trending in United States    ···
**LGBTQ**
Trending with Colorado Springs, #ClubQ

**Show more**

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

https://twitter.com/raeyonmoonkks/status/1424842177287744705   2021-12-21 11:55:35, 12:55
Twitter (20)+0360-DNG-RDG   Document 22-6   Filed 03/12/23   Page 35 of 101   Page ID #2004



holy shit

rachel🦋
@craeyonmoonkks

2:17 PM · Aug 5, 2021 · Twitter for iPhone

960 Retweets   77 Quote Tweets   12.4K Likes

← **Tweet**

Search Twitter

Home

Explore

Notifications

⇄ Alex Salvatore 🧑‍🦱 Retweeted

**best of elizabeth olsen**
@eolsenarchive                              ...

## elizabeth olsen bts as wanda maximoff



4:24 PM · May 11, 2021 · Twitter for iPhone

**136** Retweets   **12** Quote Tweets   **1,793** Likes

🅟  Tweet your reply                         Reply

### Relevant people

**Alex Salvatore** 🧑‍🦱    Follow
@Alexromval
'Nadie puede juzgar desde fuera el amor'

**best of elizabeth olsen**    Follow
@eolsenarchive
fan account posting updates & daily content of emmy nominated actress, elizabeth olsen

### What's happening

FIFA World Cup · 3 hours ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending           ...
**Rest In Peace**
46.7K Tweets

Trending in California           ...
**Shakira**
110K Tweets

Music · Trending           ...
**AMAs**
3.05M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS   Document 23-5   Filed 03/13/23   Page 37 of 101   Page ID #:3506

← **Tweet**

This Tweet is from a suspended account. Learn more

**The Home Dreams Achiever** @Ritalino0701 · May 16

Replying to @MileyUpdates

a ouch...

__ https://twitter.com/ludenoid/status/1580910040873156609 __ at __ 2022-11-22 22:22:08 -08:00 __
Case 2:22-cv-09462-DMG-ADS    Document 23-5    Filed 03/13/23    Page 38 of 101    Page ID #:3507



# Tweet

**Ludenoid** 🎃 🥕
@ludenoid

Chris Evans, Prime Video'nun Dwayne Johnson ve Kiernan Shipka'lı aksiyon-macera komedisi Red One'ın setinde fotoğraflandı.

Translate Tweet



6:15 AM · Oct 14, 2022 · Twitter Web App

**1** Quote Tweet    **37** Likes



P    Tweet your reply                    Reply

**Emre izmir** @emrecen19306729 · Oct 14
Replying to @ludenoid
mont fiyatlarını görünce benim haller



Perkowski Legal P.C.
@c_perkowski

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

---

🔍 Search Twitter

**Relevant people**

**Ludenoid** 🎃 🥕
@ludenoid                    Follow
Oyun, dizi ve film evrenlerinden haber ve yorumlar 🥕 #EpicPartner - Creator Code: LUDENOID 🚨 İş Birliği & İletişim: info@ludenoid.com

**What's happening**

NBA · 56 minutes ago
**Lakers at Suns**

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
📽 Promoted by Avatar

Trending in United States
**Erection**
18K Tweets

Trending in California
**Costco**
5,822 Tweets

Bachelor in Paradise · Trending
**#bachelorinparadiseabc**🚨
Trending with Victoria

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

__ https://twitter.com/SpiderGirlsBR/status/1556086625197510913 __ at __ 2022-11-19 22:54:21 -08:00 __

← **Tweet**

Search Twitter

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

 **Spider-Girls Brasil** ❀
@SpiderGirlsBR                                    ...

🧧 | Nessas imagens é possível analisar a roupa de Dakota, identificada como paramédica do FDNY, Corpo de Bombeiros de Nova York (já visto em outros filmes da Marvel, responsável pelo combate a incêndios na cidade de NY).

Translate Tweet



4:54 PM · Aug 6, 2022 · Twitter for Android

**8** Retweets    **42** Likes

Tweet your reply                                  Reply

### Relevant people

 **Spider-Girls Brasil** ❀          Follow
@SpiderGirlsBR

Maior e única fonte de notícias sobre as mulheres aracnídeas em HQs e animações. | 🔔 ON!

### What's happening



Television · 2 hours ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
📢 Promoted by Uber

Trending in California                            ...
**#DonaldTrump**
18.1K Tweets

Trending in United States                         ...
**Blocked**
133K Tweets

Sports · Trending                                 ...
**Clark Phillips**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**   ...
@c_perkowski

https://twitter.com/RNavyBrazil/status/1505999933297131515/_el__2022-11-22 00:20:25-08:00
[22-cv-09402-DMG-AGS Document 23-5 Filed 03/13/23 Page 40 of 101 Page ID #:3509]

Tweet

**Rihanna Navy Brasil | Fan Account**
@RNavyBrazil



1:05 PM · Mar 21, 2022 · Twitter for iPhone

**1,175** Retweets   **206** Quote Tweets   **24.7K** Likes

Tweet your reply    Reply

**Ieh** @iehcbrl · Mar 22
Replying to @RNavyBrazil
Eu adoro a notícia da rihanna vindo pro Brasil prestes a parir, se isso realmente for mentira, será o ápice de como o marketing faz as pessoas de idiotas. Quantas pessoas que não sabem nem quem é Asap, estão pesquisando ou comprando ingressos pro show dele agora?
3        4

**Draco** @drakofly011 · Mar 22
Replying to @iehcbrl and @RNavyBrazil
Ela vem por causa dele mesmo, para estarem juntos em toda a questão da gravidez e contratou uma equipa para cas aconteça alguma coisa, acredito que ela quisesse ter o filho em Barbados mas o povo realmente levou as coisas a um nível muito alto

Show replies

**Vira-Latina** @ViraLatina · Mar 22
Replying to @RNavyBrazil
O bom de ser a riri é que você pode usar qqr combinação de roupa esdruxula e ainda assim ser uma diva
1        6

**jess** @dynakyy · Mar 21
Replying to @RNavyBrazil
ela é tão perfeita

**Lilh** @lilithlilii · Mar 22
Replying to @RNavyBrazil
a disposição pra usar salto fino me comove
3

**thayssa** @thayssacastro · Mar 22
Replying to @RNavyBrazil
lindíssima e guerreia, pois para usar salto alto grávida tem que ter disposição
3

**IGÃO DO HEXA 2022** @igoemidio · Mar 22
Replying to @RNavyBrazil
a cara de quem ta indo tomar uma cerveja preta porque diz a lenda que pode durante a gravidez
6

**Adalgisa Santana** @AdalgisaSanta14 · Mar 21
Replying to @RNavyBrazil
Mt top   yesss
1

**Toria_ane** @ToriaAne · Mar 22
Replying to @RNavyBrazil
Linda

**tia do filho da rihanna** @danylla · Mar 21
Replying to @RNavyBrazil
A riri de salto fino e barrigão, mds 😳
19

**andre** @unreafenty · Mar 21
Replying to @RNavyBrazil
bem brasileira
5

**Leandro Machado** @OLeandroMachado · Mar 21
Replying to @RNavyBrazil
Ela indo pegar o uber pro aeroporto... Agora sim ela vem, gente!
13

**Thámires** @thanimartinns · Mar 21
Replying to @RNavyBrazil
Tamanquinho show mirii

**Idalência Lurdes** @idalenciaLurdes · Mar 22
Replying to @RNavyBrazil
Hello Rihanna

**Douglas Cirino** @DouglasCirino7 · Mar 22
Replying to @RNavyBrazil
Achei que era, a Maysa velha.kkkkk

**Anne Ramily** @cartas_para_els · Mar 21
Replying to @RNavyBrazil
a blusa da Luísa sonza em modo turbo 🙏🙏
4

**Malu** @ghostofantii · Mar 21
Replying to @RNavyBrazil
ela nao vem mais!!!

— https://twitter.com/conexaopopsite/status/1579492220910338048 __ at __ 2022-11-19 23:29:33 -08:00



← **Tweet**

## Search Twitter

 **Conexão POP**
@conexaopopsite                    •••

Kanye West estava com a modelo brasileira Juliana Nalu na última noite, em Los Angeles 🌶️



8:21 AM · Oct 10, 2022 · Twitter for Android

**1** Like

💬          🔁          ♡          ⬆️

  Tweet your reply                    Reply

### Relevant people

 **Conexão POP**          Follow
@conexaopopsite

Conectando você ao mundo POP!

### What's happening

Television · 3 hours ago
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**          •••
@c_perkowski

Tweet

NAÇÃO MARVEL | fan club
@nacaomarvel

🤩🥰 #Hawkeye



Hailee Steinfeld Brasil

2:48 PM · Feb 21, 2021 · Twitter for Android

35 Retweets   5 Quote Tweets   369 Likes

Tweet your reply                                    Reply

Phil @ksfilipe0 · Feb 21, 2021
Replying to @nacaomarvel @steinfeldbrasil and @updatesteinfeld
Um milhão de fotos de Hawkeye e 0 de DS2

2                    1

Adriel E. Fernandes @Adriel_EF · Feb 21, 2021
Replying to @nacaomarvel @steinfeldbrasil and @updatesteinfeld
Meu hype aumenta a cada imagem q vcs da @NacaoMarvell postam, obg
❤️😢

* natan. * @blspeakstome · Feb 21, 2021
Replying to @nacaomarvel @steinfeldbrasil and @updatesteinfeld
@NacaoMarvell vê essa edição da Agatha velha 😂



From * natan. * 🏳️💙⚽😀

1

ᗪᓍᘓ丅ᓍᖇ ᗪᓍᓍᖗ @mcuflightclub · Feb 21, 2021
Replying to @nacaomarvel @steinfeldbrasil and @updatesteinfeld

GIF  ALT                                              1

This Tweet was deleted by the Tweet author. Learn more

ᗪᓍᘓ丅ᓍᖇ ᗪᓍᓍᖗ @mcuflightclub · Feb 21, 2021
Estou definitivamente animado para esse show, ao contrário de Hawkeye.
Hawkeye parece chato.

1

Show more replies

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@_c_perkowski

Relevant people

NAÇÃO MARVEL | fa...        Follow
@nacaomarvel
🇧🇷 O maior fã-clube da Marvel no
Brasil e #2 do mundo | por @kainyall
& @thunsbopper | 🎙️ : @PodcastNM |
📧 nacaomarvelofc@gmail.com

Hailee Steinfeld Brasil       Follow
@steinfeldbrasil
Sua maior e melhor fonte de notícias
sobre a atriz e cantora Hailee Steinfeld
no Brasil. | UMG | We are not Hailee.
Fan account.

What's happening

NFL · 2 hours ago
49ers at Cardinals

Entertainment · Trending
Died Suddenly
69.7K Tweets

Trending in California
Mexicans
6,274 Tweets

Trending in United States
August Alsina
Trending with Jada, #TheSurrealLife

Sports · Trending
Troy Aikman
1,053 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

__ https://twitter.com/Bey_Legion/status/938015567252000769 __ et __ 2022-11-21 14:36:07 -0800

← **Tweet**



🔍 Search Twitter

### Relevant people



**BEYONCÉ LEGION**
@BeyLegion                                    **Follow**

Beyoncé's biggest fansite.
#RENAISSANCE available now:
apple.co/3xDZm1a | Inquiries:
beyoncelegion@gmail.com

**BEYONCÉ LEGION**
@BeyLegion    ···

❤️

bit.ly/2zOFxVs



4:01 AM · Dec 5, 2017 · Twitter Web Client

**48** Retweets    **2** Quote Tweets    **146** Likes

💬          🔁          ♡          ⬆️

  Tweet your reply                    **Reply**

  mhubbard @mia_mía7881 · Dec 5, 2017    ···
Replying to @BeyLegion and @Bey_Legion
Wait! Wouldn't Beyonce "Lemonade" and Jay- Z "4:44" album make a great
Broadway play! True love really conquers!



GIF

💬          🔁          ♡ 1          ⬆️

### What's happening

FIFA World Cup · 1 hour ago
**USA vs Wales**

Trending in United States    ···
**Richard Fierro**
1,570 Tweets

Trending in United States    ···
**Zimmerman**
17.2K Tweets

Trending in United States    ···
**HOW IS THAT NOT A YELLOW**
1,167 Tweets

Sports · Trending    ···
**Mexico City**
12.7K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**



**Perkowski Legal P.C.**    ···
@c_perkowski

https://twitter.com/calebsarabick/status/13491611450795035x&__#_...__2022-11-22 03:14:23 -00:00  Document 23-5  Filed 03/13/23  Page 44 of 101  Page ID #:3513





Perkowski Legal P.C.
@c_perkowski

← Tweet

 **Foochia - فوشيا** ✓
@foochia

شوهدت الممثلة العالمية أنجيلينا جولي البالغة من العمر 45 عامًا وهي تتنزه في شوارع المدينة التي تقطنهابرفقة ابنها نوكس. وأكثر ما لفت الانتباه إلى إطلالة جولي هو قناع الوجه الذي ارتدته، والذي كان باللون الأسود اختارتها من علامة "أوف وايت"، ويُقدّر ثمنها بـ 105 دولارات.

Translate Tweet



1:01 AM · Aug 7, 2020 · Hootsuite Inc.

**1** Retweet   **12** Likes

💬   🔁   ♡   ⬆️

 Tweet your reply   [Reply]

Q Search Twitter

🏠 Home
# Explore
🔔 Notifications  ①
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

[ Tweet ]

**Relevant people**

 **Foochia - فوشيا** ✓   [ Follow ]
@foochia

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللباقة، ونتابع أخبار المشاهير والفن والثقافة.

**What's happening**

FIFA World Cup · 49 minutes ago
**Mexico vs Poland**


**#AvatarTheWayOfWater** 💧
Get tickets now - In theaters December 16
⛰️ Promoted by Avatar



Trending in United States   ⋯
**#coinology**
5,851 Tweets

Trending in California   ⋯
**Mexicans**
13K Tweets

Sports · Trending   ⋯
**Cristiano Ronaldo**
Trending with Manchester United

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ⋯
@c_perkowski

← **Tweet**

**Shawn Updates** 🌿
@ShawnUpdatesSA

⋯

Fotos de Shawn esta mañana saludando a las fans que se encontraban afuera de su hotel en Rio de Janeiro.

Translate Tweet



10:53 AM · Dec 2, 2019 · Twitter for iPhone

**44** Retweets  **4** Quote Tweets  **309** Likes

🗨    ⟳    ♡    ⬆



Tweet your reply                        **Reply**

**aariel** @shawnftaitana · Dec 2, 2019
Replying to @ShawnUpdatesSA
LPM

🗨    ⟳    ♡    ⬆

**lucia**🦋 @_luulaaa · Dec 2, 2019
Replying to @ShawnUpdatesSA
Mira me sale así al balcón y me da un infarto

🗨    ⟳ **1**    ♡ **2**    ⬆

---

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski  ⋯

---

**Relevant people**

**Shawn Updates** 🌿
@ShawnUpdatesSA    **Follow**

Fuente de información más grande en Español del dos veces nominado a los premios GRAMMY's, cantante y compositor @ShawnMendes, backup: @ShawnUpdateSA

**What's happening**



NFL · Starts at 5:15 PM
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
37.7K Tweets

Trending in United States
**Chrisley**
8,239 Tweets

Trending in United States
**Vasy**
1,252 Tweets

Trending in California
**Dodger Stadium**
12.3K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

Search Twitter

← Tweet

🔍 Search Twitter

**Spider-Man Brasil** ✓
@SpiderManBRA

🕷️ Nova imagem de Dakota Johnson no set de Madame Web:



8:57 AM · Jul 27, 2022 · Twitter for Android

17 Retweets    4 Quote Tweets    563 Likes

💬    🔁    ♡    ⬆️

Perkowski Legal P.C.
@c_perkowski

🅿️  Tweet your reply                          Reply

**Just A Boy** @JustABo14449936 · Jul 27
Replying to @SpiderManBRA



💬    🔁    ♡ 2    ⬆️

**manoel |** @manelsous · Jul 27
Replying to @SpiderManBRA
E num e que vai ter mam @KayoJovovich15

💬    🔁    ♡ 1    ⬆️

**Calo of Steel** @KayoJovovich15 · Jul 27
Replying to @manelsous and @SpiderManBRA
Essa mulher vive de bomba mds

💬    🔁    ♡ 5    ⬆️

**André F. //** 🟨🟥🟦🟥 @Andrezinhu07 · Jul 27
Replying to @SpiderManBRA
Tô perdido, ela vai interpretar qm

💬 2    🔁    ♡    ⬆️

**Lucas** @lucas_do_tt · Jul 27
Replying to @Andrezinhu07 and @SpiderManBRA
a madame teia julia carpenter

💬    🔁    ♡ 1    ⬆️

**rafo** @rafotheg0d · Jul 27
Replying to @SpiderManBRA
Dakota Johnson só faz bomba, coitada kkk

💬    🔁    ♡ 1    ⬆️

**George M.** 🍃 @MeChameDe_G · Jul 27
Replying to @SpiderManBRA
Tô apaixonado na jaqueta igual da hq

💬    🔁    ♡ 2    ⬆️

**Relevant people**

**Spider-Man Brasil** ✓
@SpiderManBRA                    Follow
Sua maior fonte de notícias sobre o
amigão da vizinhança no Brasil. Ative
as notificações! 🔔 • Fan Account

**What's happening**

FIFA World Cup · This morning
England vs Iran

Entertainment · Trending
**Died Suddenly**
39.1K Tweets

Only on Twitter · Trending
**#pcxqc**
2,960 Tweets

Trending in United States
**#ThingsIWouldTellMyYoungerSelf**

Sports · Trending
**#SFvsARI**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

https://twitter.com/bosslogic/status/1383700249924970419 ... al ... 2022-11-21 14:10:17 -08:00
00-cv-09442-DMG-DOG                Document 23-5   Filed 03/13/23   Page 50 of 101   Page ID
#:3519

Page 50 of 101   Page ID



← **Tweet**



**Daki_Jamie** ❤️
@damieforever48                                              ···

New pics of Dakota on the set of Madame Web in
Boston, Massachusetts (Via @dakotajohnsonpt) ❤️
#DakotaJohnson



10:51 PM · Aug 6, 2022 · Twitter for Android

**8** Retweets   **28** Likes

💬          ⟲          ♡          ⬆️

  Tweet your reply                              **Reply**

Dumas Françoise @DumasFranoise5 · Aug 6          ···
Replying to @damieforever48 and @dakotajohnsonpt
Madame DoRNAN est très heureuse sur ce tournage

💬          ⟲          ♡          ⬇️          ⬆️

---

🏠 Home

# Explore

🔔 Notifications  ①

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

Ⓟ **Perkowski Legal P.C.**  ···
@c_perkowski

---

🔍 Search Twitter

### Relevant people

**Daki_Jamie** ❤️                    **Follow**
@damieforever48
Fan Account Jamie Dornan e Dakota
Johnson ❤️

**Dakota Johnson P...** ✓              **Follow**
@dakotajohnsonpt
A tua única e melhor fonte de
informações sobre a atriz, ativista e
produtora Dakota Johnson em
Portugal, online desde 2018! — 📸:
@DJPTMidias | Fã-Clube.

### What's happening

NCAA Football · LIVE
**TCU at Baylor**

#GetYourRideRight
**Book your ride up to 30 days ahead with Uber
Reserve**
Ⓤ Promoted by Uber

Sports · Trending                      ···
**Dave Aranda**

Sports · Trending                      ···
**Wow TCU**
1,420 Tweets

Sports · Trending                      ···
**Sonny Dykes**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**



Hot Celebs
@HotCelebsPicss                          ...

## Alexandra Daddario 😍



11:47 AM · Sep 12, 2021 · Twitter for Android

**53** Retweets   **414** Likes

💬          🔁          ♡          ⬆️

Tweet your reply                    **Reply**

**skip yeatmanII** @yeatmanii · Sep 13, 2021    ...
Replying to @HotCelebsPicss
Shes so sexy

💬          🔁          ♡          ⬆️

---


**Perkowski Legal P.C.**                    ...
@c_perkowski

---

🔍 Search Twitter

### Relevant people



Hot Celebs                           **Follow**
@HotCelebsPicss
Hot Celebs Pics - DMs are open (no
wankchat) - IM A GUY - #NSFW
[EN/FR]

### What's happening

FIFA World Cup · 22 minutes ago
**England vs Iran**                   

Music · Trending                      ...
**#askmeek**

Trending in United States             ...
**#GilmoreTheMerrier**

Trending in United States             ...
**USA ML**

Trending in United States             ...
**Maher**
22.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/tender_DMJ/status/1041951079599095311 — at — 2022-11-21 18:21:27 -08:00

← **Tweet**

 **DAKOTA**  
@tender_DMJ                                          ...

# MY FAVORITE PERSON IN THIS WORLD ✨



12:24 AM · Sep 18, 2018 · Twitter for iPhone

**4** Retweets   **11** Likes

💬            ⟲            ♡            ⬆

  Tweet your reply                    Reply

## Relevant people

  **DAKOTA** 💜💙          Follow
@tender_DMJ

Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

## What's happening

FIFA World Cup · 2 hours ago
**USA vs Wales**

Trending in California                          ...
**TSLA**
23.7K Tweets

__ https://twitter.com/agfotosevideos/status/1388512210742390789 __ at __ 2022-11-21 00:52:06 -08:00 __

← **Tweet**

 **ATENÇÃO GEEK | Mídia**
@agfotosevideos

···

Primeiras fotos dos bastidores com Kamala com o traje oficial da #MsMarvel



8:14 AM · May 1, 2021 · Twitter for Android

**2** Retweets  **12** Likes

💬  🔁  ♡  ⬆️

P  Tweet your reply  **Reply**

---

🔍 Search Twitter

⌂ Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

··· More

**Tweet**

**Relevant people**

 **ATENÇÃO GEEK | Mídia**  **Follow**
@agfotosevideos

Conta para fotos e vídeos dos bastidores do mundo do entretenimento. Conta oficial: @atencaogeek

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Trending in United States  ···
**Bob Iger**
Trending with Disney, Chapek

Trending in United States  ···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States  ···
**Maher**
22.1K Tweets

Trending in United States  ···
**#AMAs** 🔥
Trending with sabrina

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.  ···
@c_perkowski

← **Tweet**



**Breakdown Channel Universe**
@txtdariBCU

···

Di series Ironheart The Hood dirumorkan bakal membuat perjanjian dengan Mephisto untuk mendapatkan kekuatan sihir.

#Ironheart #MarvelStudios

Translate Tweet




10:15 PM · Oct 18, 2022 · Twitter Web App

2 Likes


Tweet your reply

Reply

---

🔍 Search Twitter

**Relevant people**


**Breakdown Channel ...**
@txtdariBCU                    Follow

Wadah ngebacotnya BCU pokoknya

**What's happening**

Formula 1 · 31 minutes ago
**Abu Dhabi Grand Prix 2022**


**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in United States            ···
**Morgan Freeman**
68.5K Tweets

Trending in United States            ···
**RIP Tommy**

Only on Twitter · Trending            ···
**#SeductiveSunday**
3,630 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**

🔍 Search Twitter

⌂ Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

 **Rock, Cine y Cómics**
@RockCineyComics

···

**BLUE BEETLE, EN PRODUCCIÓN** 🎬

Chequen las primeras imágenes de la cinta sobre el héroe de DC Cómics, Blue Beetle, que es protagonizada por Xolo Maridueña. El filme se estrenará en agosto de 2023.
📷 **@JustJared**
.
.

**#bluebeetle #dccomics #XoloMariduena**



3:16 PM · May 25, 2022 · Twitter for iPhone

💬　　　⟲　　　♡　　　⬆

 **Perkowski Legal P.C.**
@c_perkowski ···

## Relevant people

 **Rock, Cine y Cómics**
@RockCineyComics
　　Aquí encontrarás noticias, entrevista y alguna locura relacionado con los temas de tu interés

**Follow**

 **JustJared.com** ✓
@JustJared
　　Your #1 Entertainment Authority Also follow @jaredeng @justjaredjr

**Follow**

## What's happening

NFL · 28 minutes ago
**Chiefs at Chargers**



**#Disenchanted** 🧙
Original movie now streaming
🄿 Promoted by Disney+

Trending in United States
**#dantherizzler**
1,353 Tweets

···

Trending in United States
**Bob Iger**
Trending with Chapek, Disney

···

Trending in United States
**#AMAs** 🔥
Trending with soobin, yeonjun

···

**Show more**

Terms of Service　Privacy Policy　Cookie Policy
Accessibility　Ads info　More ···
© 2022 Twitter, Inc.

**P** Tweet your reply

**Reply**

https://twitter.com/bso/status/1352290361734008835 __ et __ 2022-11-22 06:57:01 -08:00

← **Tweet**

**Robert Littal BSO** ✔
@BSO

Suns Fans From #NBATwitter Are Begging Devin Booker To Break Up With Kendall Jenner After His "Slow" Start To The Season & Even After Latest Good Game (Tweets-Vids) bit.ly/2KEE0ME




8:22 AM · Jan 21, 2021 · BSO Alert

**5** Retweets   **12** Likes

💬   🔁   ♡   ⬆

---

**P** | Tweet your reply | **Reply**

**The Scout** @TheScout_Report · Jan 21, 2021
Replying to @BSO
😭 😭

💬   🔁   ♡   ⬆

---

**Perkowski Legal P.C.** ···
@c_perkowski

---

## Relevant people

**Robert Littal BSO** ✔   **Follow**
@BSO

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

## What's happening

FIFA World Cup · 2 hours ago
**Argentina vs Saudi Arabia**


#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
📽 Promoted by Avatar

Trending in United States   ···
**Died Suddenly**
104K Tweets

Trending in United States   ···
#السعودية_الأرجنتين
1.23M Tweets

Trending in California   ···
**Mexico City**
25.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

← **Tweet**

**About Her** ✔
@AboutHerOFCL · · ·

Tessa Thompson looked like a real-life Cinderella with this ball gown 👠 



11:30 AM · Nov 30, 2021 · Buffer

**1** Retweet  **2** Likes

Tweet your reply                    Reply

## Relevant people

**About Her** ✔
@AboutHerOFCL          **Follow**
Inside untapped territory: Pulling back the curtain on Arab women who are defining cultural trends now.
#AboutHer

## What's happening

NFL · 2 hours ago
**Cowboys at Vikings** 

**#Disenchanted** 🧙
Original movie now streaming
■ Promoted by Disney+

Trending in United States          · · ·
**Bob Iger**
Trending with Chapek, Disney CEO

Trending in California          · · ·
**#BLACKPINK**
223K Tweets

Trending in California          · · ·
**Dodger Stadium**
Trending with Elton John

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** · · ·
@c_perkowski

**Tweet**

☀ **SpIdEr-MaN** ☀
@BallonFute

Des images de Dominique Thorme qui incarnera Riri Williams dans la série "Iron Heart" qui arrivera en 2023 sur @disneyplus ! #Marvel



2:38 PM · Aug 8, 2022 · Twitter for Android

**2** Retweets  **11** Likes

Tweet your reply    Reply

**RealSlachi** 👹 🇪🇸 **(DGM)** @RealSlachi · Aug 9
Replying to @BallonFute and @DisneyPlus
dinguerie cette armure

1

☀ **SpIdEr-MaN** ☀ @BallonFute · Aug 9
Replying to @RealSlachi and @DisneyPlus
Je sais pas quoi en penser j'ai l'impression qu'elle va aller dans l'espace

**Relevant people**

☀ **SpIdEr-MaN** ☀    Follow
@BallonFute
Paris ❤🔵 • Neymar est mon idole • fan de Spider-Man ☀ et Zendaya est ma femme ❤

**Disney+** ✓    Follow
@DisneyPlus
#DisneyPlus is your home for the holidays. 🔵❄ #SeasonsStreamings

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Trending in United States
**Maher**
22.1K Tweets

90 Day Fiancé · Trending
**#90DayFianceHappilyEverAfter**
4,795 Tweets

The Walking Dead · Trending
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Sports · Trending
**Israelites**
11.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

Perkowski Legal P.C.  ⋯
@c_perkowski

https://twitter.com/screenplus/status/1207099447286561601___el___ 2022-11-21 07:28:01 -08:00

**Home**

**Explore**

**Notifications** 1

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski ...



Search Twitter

## Recommend Mix
اقتراحات أفلام · @Recommendmix

إليزابيث أولسن في موقع تصوير مسلسل مارفل الجديد
.Wandavision



4:45 PM · Dec 17, 2019 · Twitter Web App

37 Retweets   15 Quote Tweets   774 Likes

Tweet your reply                                    Reply

**Eng.bader** @badersjohani · Dec 18, 2019
Replying to @Recommendmix and @ScreenMix
صدفه جميلة البارح تابعت فلمها ..Liberal Arts

فلم جميل و لطيف جداً و ابدعت في دورها صراحه .

**Mohamed Ali** @mo7amedalshikh6 · Jan 1, 2020
Replying to @Recommendmix
قاعدة يتحب في القنون 😂😂

**mohmad_zohud** @mohmadzohud1 · Dec 17, 2019
Replying to @Recommendmix and @ScreenMix
كانت بتطمني علي ❤️

**A🅷med** @Ahmed366759404 · Dec 17, 2019
Replying to @Recommendmix
كم

**MAHER** @immaher7 · Dec 17, 2019
Replying to @Recommendmix
اكيد المسلسل حلو

**mira** @Mirahossam_ · Dec 17, 2019
Replying to @Recommendmix
يختن ايه القمر ده يختن 😍😍😍

**🆎🅷🅼🅴🅳 🅺🅷🅰🅻🅴🅳** عبده كيدز 👑 @ahmed_kicks · Dec 17, 2019
Replying to @Recommendmix
😐

**🅿️🅿️** @illz09 · Dec 18, 2019
Replying to @Recommendmix and @ScreenMix
اجلى وحده في أحواتها ❤️❤️😍😍

## Relevant people

**Recommend Mix** اقتراحات أفلام - ...سلام ...   **Follow**
@Recommendmix
حساب لترشيحات الأفلام والمسلسلات
ونشر مقاطع منها تابع @Screenmix

## What's happening

FIFA World Cup · LIVE
**England vs Iran**

Sports · Trending
**Michael Irvin**

Trending in United States
**Hive**
67K Tweets

Trending in California
**#BLACKPINK_WORLDTOUR**
58.8K Tweets

Trending in United States
**#ENGIRN**
448K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS   Document 23-5   Filed 03/13/23   Page 61 of 101   Page ID #:3530

← **Tweet**

 Q Search Twitter



🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⦿ More

**Tweet**

 **Teleaudiencias**
@teleaudiencias                                 ···

The Weeknd y Angelina Jolie; pillados juntos de nuevo. La actriz y el cantante habían sido relacionados sentimentalmente hace unos meses. ¿Posible pareja o nuevo proyecto? wp.me/pa7l1P-7Nf

Translate Tweet



4:05 AM · Sep 28, 2021 · Twitter Web App

**2 Likes**

💬        ⟲        ♡        ⬆️

 Tweet your reply                    Reply

**Relevant people**



**Teleaudiencias**              Follow
@teleaudiencias

Audiencias, noticias, opinión, entrevistas, estrenos, tv, cine, música y deportes y +51.000 en instagram!
TvTeleaudiencias.wordpress.com

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater** 🧑
Get tickets now · In theaters December 16
▶️ Promoted by Avatar

Entertainment · Trending                    ···
**Died Suddenly**
79.7K Tweets

Trending in United States                    ···

Perkowski Legal P.C.              ···
@c_perkowski

— https://twitter.com/allinitdrews/status/1275950892047362561 __ at __ 2022-11-22 16:37:17 -08:00 __

← **Tweet**

**sam**
@allinitdrews

imagine being at a stoplight and this pulls up next to you



5:36 PM · Jun 24, 2020 · Twitter for iPhone

**9** Retweets   **27** Likes

Tweet your reply

Reply

## Relevant people

**sam**
@allinitdrews
Follow

fan account; justin followed 9.14.19

## What's happening

NCAA Men's Basketball · Last night
**Lumberjacks at Longhorns**

**#AvatarTheWayOfWater**
Get tickets now - In theaters December 16
Promoted by Avatar

Music · Trending
**Dolly Parton**
4,776 Tweets

Entertainment · Trending
**Marvel**
84.2K Tweets

Politics · Trending
**Ginni Thomas**
33.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/jaymalecelebs/status/1320216511420731392 __at __ 2022-11-22 15:07:12 -08:00



← **Tweet**

 **Male Celeb Hotties**
@jaymalecelebs

···

Shawn bringing you snacks but he's a meal!



9:11 PM · Oct 24, 2020 · Twitter for Android

**18** Retweets   **1** Quote Tweet   **315** Likes

💬        🔁        ♡        ⬆️

 Tweet your reply                              **Reply**

**EUGENE** @JIMMBEANN · Oct 25, 2020            ···
Replying to @jaymalecelebs
Not really from were I'm looking sorry, looks just like all the rest. Nothing
surprising

💬        🔁        ♡ 1        ⬆️

---

🐦

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

 **Perkowski Legal P.C.**    ···
@c_perkowski

---

🔍 Search Twitter

### Relevant people

 **Male Celeb Hotties**    **Follow**
@jaymalecelebs

Just a bi guy bringing you hot male
celeb content to lust over! DM's are
always open! Have fun! 😜 18+

### What's happening

 FIFA World Cup · 5 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🔵
Get tickets now · In theaters December 16
▶️ Promoted by Avatar

Celebrities · Trending        ···
**Chris Evans**
Trending with Blueface

Celebrities · Trending        ···
**Tom Hanks**
8,091 Tweets

Politics · Trending        ···
**Naomi Biden**
16.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Tweet

**DAKOTA**💯💯💯💯💯💯💯💯
@DAK_KOTTA

😍💋



9:48 AM · Sep 29, 2022 · Twitter for Android

**3** Retweets   **37** Likes

Dumas Françoise @DumasFranoise5 · Sep 29
Replying to @DAK_KOTTA
J adore

❤ 2


**Perkowski Legal P.C.**
@c_perkowski

---

**Relevant people**

**DAKOTA**💯💯💯💯 ...
@DAK_KOTTA
Dakota Johnson💕💕 Fã Forever 💕
💕

**What's happening**

NFL · 4 hours ago
**Eagles at Colts**

#Disenchanted 🧚
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**#AMAs** 🔥
Trending with TOMORROW X TOGETHER

Sports · Trending
**Baker Mayfield**
4,077 Tweets

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS   Document 23-5   Filed 03/13/23   Page 65 of 101   Page ID #:3534

← **Tweet**

## Navigation
- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**



**Teleaudiencias**
@teleaudiencias

Jennifer López y Ben Affleck; ¡¡están juntos❤️!! La cantante y el actor se han dado una nueva oportunidad 20 años después de su primer romance. Han sido fotografiados dándose un beso en Malibú, durante la fiesta del cumpleaños de la hermana de JLo.
wp.me/pa7I1P-4Z3

Translate Tweet



2:50 AM · Jun 16, 2021 · Twitter Web App

5 Likes

Tweet your reply

Reply

---

Search Twitter

## Relevant people



**Teleaudiencias**
@teleaudiencias

Follow

Audiencias, noticias, opinión, entrevistas, estrenos, tv, cine, música y deportes y +51.000 en instagram!
TvTeleaudiencias.wordpress.com

## What's happening

FIFA World Cup · 1 hour ago
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
📽 Promoted by Avatar

Trending in California
**Mexicans**
14.2K Tweets

Celebrities · Trending
**Tom Hanks**
5,010 Tweets

Trending in United States
**Ochoa**
Trending with Australia, Poland

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**
@c_perkowski
···

https://twitter.com/BRMarvelNews/status/1372769251068522498 _ sl _ 2022-11-20 19:03:14 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-5   Filed 03/13/23   Page 66 of 101   Page ID #:3535

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Marvel News**
@BRMarvelNews

Já fazem 6 meses desde que saíram essas fotos da Emily VanCamp gravando #TheFalconAndTheWinterSoldier e agora falta tão pouco pro retorno da Sharon Carter pro MCU 🤞😭

Translate Tweet



9:25 PM · Mar 18, 2021 · Twitter for Android

**56** Retweets  **25** Quote Tweets  **804** Likes

Tweet your reply

Reply

**Souza** @Soylivre · Mar 18, 2021
Replying to @BRMarvelNews
Amo a Emily VanCamp desde de Revenge.
Ainda bem que a personagem Sharon Carter voltou a aparecer.
E espero que ela tenha bastante destaque.
7

**tá olhando o que** 🔴🔴 @vem_vacinas · Mar 18, 2021
Replying to @BRMarvelNews
Maravilhosa 😍😍
1

**Gio** @GiovanneBatist4 · Mar 18, 2021
Replying to @BRMarvelNews
😍😍😍💕
1

**alguém** @jeonjiminS4321 · Mar 18, 2021
Replying to @BRMarvelNews
Ela é tão linda
3

**Luluzinho** @Luan40205094 · Mar 22, 2021
Replying to @BRMarvelNews
Simplesmente zero defeitos

Show more replies

Search Twitter

**Relevant people**

Marvel News
@BRMarvelNews
Follow
Conta de fã dedicada ao Universo Marvel 🇧🇷 Contato: marvelnewsbr@outlook.com

**What's happening**

NFL · 2 hours ago
Cowboys at Vikings

#Disenchanted 🧙
Original movie now streaming
Promoted by Disney+

Trending in United States
**Bob Iger**
3,865 Tweets

Trending in California
**Dodger Stadium**
9,345 Tweets

Trending in United States
**Cult of Personality**
1,085 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy.
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

— https://twitter.com/MovieCrazyP/status/1379930770949693446 __ at __ 2022-11-20 10:03:31 -0800 __
Case 2:22-cv-09462-DMG-ADS    Document 23-5    Filed 03/13/23    Page 67 of 101    Page ID #:3536

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Movie Crazy Planet**  
@MovieCrazyP

¡Bombón!

#Powerpuff



👤 Chloe Bennet

3:55 PM · Apr 7, 2021 · Twitter for Android

**2** Likes

 Perkowski Legal P.C.
@c_perkowski

Tweet your reply

Reply

**Search Twitter**

**Relevant people**

Movie Crazy Planet ...  
@MovieCrazyP    Follow

💥Noticias, tráilers, pósters, los estrenos más recientes de cine, series y televisión.💥 Síguenos y activa la 🔔 moviecrazyplanet@gmail.com 📩

Chloe Bennet ✔
@chloebennet    Follow

**What's happening**

FIFA World Cup · 2 hours ago
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 😈
Original movie now streaming
📺 Promoted by Disney+

Only on Twitter · Trending
**Jason David Frank**
Trending with  First Kevin Conroy

Entertainment · Trending
**Morgan Freeman**
162K Tweets

Trending in California
**Shakira**
102K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

← **Tweet**

**Salman** ✓
@salmaniho

كيفن هارت تعرض لحادث قوي مع اثنين من اصدقائه وعانى من اصابات قويه بالظهر

Translate Tweet



6:10 AM · Sep 2, 2019 · Twitter for iPhone

**4** Retweets  **1** Quote Tweet  **16** Likes

Tweet your reply                                    Reply

نواف @NwafLw · Sep 2, 2019
Replying to @salmaniho

قديييم

🖋 @_DOKGO · Sep 2, 2019
Replying to @NwafLw and @salmaniho

الخير له اقل من يوم ياقله

Show replies

Mo 🇵🇦 @7kmena · Sep 2, 2019
Replying to @salmaniho

ابي هذا نهاية الخاين

عبدالرحمن @7_4_1 · Sep 2, 2019
Replying to @salmaniho

مبروك كل هذا بسبت وقاحته

Abdulaziz @Abdulaz49521173 · Sep 2, 2019
Replying to @7_4_1 and @salmaniho

ليه ايش صلح ؟

---

**Relevant people**

**Salman** ✓
@salmaniho                    Follow
Only Allah Judge Me ... / رخصة
الاعلانات : 619101

**What's happening**

NBA · 43 minutes ago
Nets at 76ers

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
📢 Promoted by Avatar

Trending in United States
RIP Harold

Family drama · Trending
#GTMcontest37

Trending in United States
James Games
1,101 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski







← Tweet 

**Relevant people**

best of harry.
@theharrylibrary    Follow 
The best and latest pictures, gifs and videos of Harry Styles.

**What's happening**

FIFA World Cup · 5 hours ago
England vs Iran

Trending in United States
Sin Kliske
1,360 Tweets

Entertainment · Trending
julia fox
6,950 Tweets

Trending in United States
HOW IS THAT NOT A YELLOW

Trending in California
LETS GOOOOOO
3,068 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

**best of harry.**
@theharrylibrary

Harry Styles as Jack on set of Don't Worry Darling.

5:22 PM · Dec 1, 2020 · Twitter for iPhone

**2,789** Retweets   **1,796** Quote Tweets   **28.6K** Likes

Tweet your reply    Reply

als @ssvnflowernn · Dec 1, 2020
Replying to @theharrylibrary
fabulous

Add your name @last_user0 · Dec 1, 2020
Replying to @theharrylibrary and @melinasusa

TODA
Texas Orchestra Directors Association

aurora 🍑 @grand0vez · Dec 1, 2020
Replying to @theharrylibrary
someone send Help...please...

@MarianelaSoto_ · Dec 2, 2020
Replying to @theharrylibrary
Qué hombre

ken. @was4rlsq · Dec 2, 2020
Replying to @theharrylibrary
tp tula already got one but he's already dead 😩

zee @pisxceenssgurrl_ · Dec 1, 2020
Replying to @theharrylibrary
how the hell he can be this PERFECT?!❤️😊✨😊🥰🥰

Hashira @DiegoVerdin_18 · Dec 1, 2020
Replying to @theharrylibrary
@kenlaymp

Kenia @keniaymp · Dec 2, 2020
Replying to @DiegoVerdin_18 and @theharrylibrary
AAAAA que buenas fotos

Esraa 🐺 @Esxxmalik · Dec 1, 2020
Replying to @theharrylibrary
Wtfff

amarilloplatano :( @harrymom_ · Dec 1, 2020
Replying to @theharrylibrary
tremendo pimpollo

abril @abril_espincoaa · Dec 1, 2020
Replying to @theharrylibrary
@indi5724 es q yo no lo puedo creer

venus en capricornio 🌙 @indlm0v · Dec 1, 2020
Replying to @abril_espincoaa and @theharrylibrary
dad 🥵🥵✨✨✨✨✨

natalia kalnina @kalninanatalia · Dec 2, 2020
Replying to @theharrylibrary
@georgiaholden

G @georgiaholden · Dec 2, 2020
Replying to @kalninanatalia and @theharrylibrary
I'd shag

vicketa'🧸 @v1ckxta · Dec 2, 2020
Replying to @theharrylibrary
@izcatalina_1 🥵😍😍

MacKenzie @m_lee_anne · Dec 1, 2020
Replying to @theharrylibrary
@AudreyM16853217

IssaqueenlyvIbe @poohbivibin · Dec 2, 2020
Replying to @theharrylibrary
I'm literally shaking. I'm so excited for this movie!

Bianka aka 🌙 Lysa 🌙 @bibilowspasta · Dec 2, 2020
Replying to @theharrylibrary
So fcking hot

paulina. @paulina_DLC_ · Dec 1, 2020
Replying to @theharrylibrary
@kathyagarm 🥵🥵

K @Kathyagarm · Dec 1, 2020
Replying to @paulina_DLC_ and @theharrylibrary
🥵🥵🥵😩

jennabean @jenna54985815 · Dec 1, 2020
Replying to @theharrylibrary
the hair strand. he said "zayn im 2014 AMAs, make it happen" i am the complete opposite of mad at this. oh my

saenna @Sabry_moyano16 · Dec 1, 2020
Replying to @theharrylibrary
@Esmerozze15 le estoy llorando a lo perfecto que es, venis a acompañarme?

mg ✿❀ @MajoGaonaa · Dec 2, 2020
Replying to @theharrylibrary and @alecastrojongtz
Guenos dias @sofiaganafr88 @sofiacantu03

Sofia Cantu @sofiacantu03 · Dec 2, 2020
Replying to @MajoGaonaa and @theharrylibrary and 2 others
Guenos y deliciosos dias

Kasie Nugent @kasienugent_ · Dec 2, 2020
Replying to @theharrylibrary
this is so incredibly rude

← **Tweet**



**Stivi De Tivi** ✔
@StiviDeTivi                                                      ...

Nueva imagen de la película #DontWorryDarling, de #OliviaWilde que protagonizan #FlorencePugh y #HarryStyles 🧔 .

Translate Tweet



5:50 PM · Dec 1, 2020 from Benito Juárez, Distrito Federal · Twitter for iPhone

**1** Quote Tweet   **12** Likes

💬            ⟲            ♡            ⬆

Ⓟ   Tweet your reply                                 Reply

## Relevant people

 **Stivi De Tivi** ✔        Follow
@StiviDeTivi
Stivi De TiVi (Enrique Solorzano). AMO las series y el cine. Me encuentras en radio, TV, podcast, revistas, medios digitales y fiestas. Pronombres: Él/Su/Suyo

## What's happening

FIFA World Cup · 5 hours ago
**Mexico vs Poland**                  

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Celebrities · Trending                     ...
**Chris Evans**
Trending with Blueface

Trending in California                     ...
**Alexis Vega**
20.7K Tweets

Betty White · Trending                     ...
**Betty White**
2,887 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**   ...
@c_perkowski

https://twitter.com/bso/status/1473776388282341376__el__2022-11-22 01:00:39 -0800




← **Tweet**

# Home
# Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Robert Littal BSO** ✓
@BSO

Watch Cardi B Gift Offset a $2 Million Check For His Birthday; Videos of Mr. Set Dancing and Cardi B Twerking at His Birthday Party bit.ly/3H6imZ7



2:04 PM · Dec 22, 2021 · BSO Alert

**1** Quote Tweet    **5** Likes

💬    🔁    ♡    ⬆

**Perkowski Legal P.C.**
@c_perkowski    …

Tweet your reply                    **Reply**

**Darren** @theDarrenNelson · Dec 22, 2021
Replying to @BSO
Is this only weird to me?

💬    🔁    ♡    ⬆

**Thottimus Prime Erob** @Erob_tv · Dec 22, 2021
Replying to @BSO
Damn I gotta step my hustle up

💬    🔁    ♡    ⬆

**Real Chris** @ChrisVNfromRI · Dec 22, 2021
Replying to @BSO
First name Off, last name Set.

💬    🔁    ♡    ⬆

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**Johan Cruyff** @ACG_ATX · Dec 22, 2021
Replying to @TempeBo and @BSO
That is a King ass title



GIF  ALT

💬    🔁    ♡    ⬆

**Relevant people**

**Robert Littal BSO** ✓     **Follow**
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**What's happening**

NFL · 4 hours ago
**49ers at Cardinals**



#AvatarTheWayOfWater 👤
Get tickets now · In theaters December 16
📢 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
7,191 Tweets

Entertainment · Trending
**Ichigo**
39.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

**CZBR** 💔
@choosezaynbr                                                                                     •••

📌 INFO: Esse papai!! Nas compras de hoje Zayn estava usando um colar com o nome da Khai gravado.

**@zaynmalik** ♡
Translate Tweet



2:59 PM · Apr 24, 2021 · Twitter for Android

**54** Retweets  **32** Quote Tweets  **360** Likes

💬              🔁              ♡              ⬆️

Ⓟ   Tweet your reply                                          Reply

**bigger than tami** ❤️🍼 @TamiresFLYZEI · Apr 24, 2021  •••
Replying to @choosezaynbr and @zaynmalik
EU AMO O ZAYN PAPAI MDSSS

💬              🔁              ♡              ⬆️

**duda || muito off aqui** @xnialifuck · Apr 24, 2021  •••
Replying to @choosezaynbr and @zaynmalik
zayn papai de menina 😭😭

💬              🔁              ♡              ⬆️

**Relevant people**

**CZBR** 💔                                                       Follow
@choosezaynbr
Sua maior e melhor fonte sobre o cantor @zaynmalik no Brasil. 🇧🇷 mídias: @choosezaynbr_ e-mail para contato: choosezaynbr@live.com 🧸 | fan account

**zayn** ✓                                                        Follow
@zaynmalik
bit.ly/zaynfeedingbri...

**What's happening**

FIFA World Cup · Earlier today
**Mexico vs Poland**                                              

#AvatarTheWayOfWater🧑🏽
Get tickets now - In theaters December 16
📹 Promoted by Avatar

Entertainment · Trending                                         •••
**James Woods**
2,033 Tweets

Trending in California                                           •••
**Chicharito**
7,212 Tweets

Trending in United States                                        •••
**Mbappe**
Trending with Dembele

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

— https://twitter.com/inMARVEL_/status/1578412166390026240 — et — 2022-11-19 19:28:54 -08:00

← **Tweet**

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

 **inMARVEL ❄️ #MarvelStudios #Marvel #WakandaForever**
@inMARVEL_

···

Posible imagen de #DakotaJohnson como #MadameWeb, aunque a mí me recuerda más a Silver Sable 👀

#SpiderMan #Spiderverse #Sony #Marvel #MarvelStudios #Disney

Translate Tweet



8:49 AM · Oct 7, 2022 · Twitter for Android

**13** Retweets   **1** Quote Tweet   **61** Likes

💬   🔁   🤍   ⬆️

P  Tweet your reply                        Reply

This Tweet is from an account that no longer exists. Learn more

**Perkowski Legal P.C.**
@c_perkowski                    ···

 **inMARVEL ❄️ #MarvelStudios #Marvel #Waka...** @inMA... · Oct 8
Replying to @silverxsable
Yep, that's what I said 😂


GIF  ALT

💬   🔁   🤍   ⬆️

Search Twitter

**Relevant people**

 **inMARVEL ❄️ #Marv...**
@inMARVEL_                    Follow

Aquel que disfrute del contenido de Marvel Studios, si es digno, poseerá el poder de saber todo acerca del MCU. ¡Sígueme y sé un Nuevo Vengador! 👊🦸

**What's happening**

Television · LIVE
**Saturday Night Live airing on NBC**                    

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States              ···
**HE'S BACK**
125K Tweets

Music · Trending                      ···
**Chris Brown**
46.3K Tweets

Sports · Trending                     ···
**Hendon Hooker**
2,099 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.



← **Tweet**

⇄ **SneakPeek Retweeted**



SneakPeek
@SNEAKPEEKCA

⋯

sneakpeek.ca/2018/06/the-jo...



12:04 PM · Jun 6, 2018 · Twitter Web Client

**2** Retweets   **2** Likes

💬          ⇄          ♡          ⬆

 Tweet your reply          Reply

🔍 Search Twitter

**Relevant people**



SneakPeek
@SNEAKPEEKCA          Follow
Invite Only

**What's happening**

FIFA World Cup · LIVE
USA vs Wales

Trending in United States
WHAT A SAVE
7,693 Tweets          ⋯

Entertainment · Trending
julia fox
6,092 Tweets          ⋯

Trending in United States          ⋯

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski          ⋯

← **Tweet**

🐦

Home

# Explore

1
Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski



**Affinity Magazine** ✓
@TheAffinityMag

···

Rihanna and ASAP Rocky heading to a baby shower yesterday 💖



10:30 AM · Apr 25, 2022 · Buffer

**6** Retweets   **53** Likes



Tweet your reply

Reply

**vero** @m3cgirl · Apr 26
Replying to @TheAffinityMag
is it me or does she look displeased?

Q Search Twitter

**Relevant people**

**Affinity Magazine** ✓
@TheAffinityMag            Follow
NEXT GEN OF MEDIA

**What's happening**

NFL · 3 hours ago
**Browns at Bills**



**#Disenchanted** 😵
Original movie now streaming
▶ Promoted by Disney+

Sports · Trending
**Baker Mayfield**
4,063 Tweets                ···

Trending in California
**#TWDFinale**
Trending with #TheWalkingDead    ···

Sports · Trending
**Pickens**
Trending with Tyler Boyd          ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

# Tweet



**badgalriri**
@fentxyy

## LOOK AT RIHANNA OMG



10:15 AM · Apr 24, 2022 · Twitter for iPhone

**72** Retweets    **3** Quote Tweets    **657** Likes

Tweet your reply                                    Reply

**Liam Thompson** @LiamTho60663393 · Apr 24
Replying to @fentxyy
BBY interest me

---

**Perkowski Legal P.C.**
@c_perkowski

---

Q Search Twitter

### Relevant people

**badgalriri**                                    Follow
@fentxyy
Lift Me Up & Born Again OUT NOW!

### What's happening

NFL · 3 hours ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
73.3K Tweets

Entertainment · Trending
**Shangela**
13.5K Tweets

Trending in California
**Mexicans**
6,807 Tweets

Sports · Trending
**Gretna**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

Tweet

__ https://twitter.com/alexromval/status/1363625635218866178 __ at __ 2022-11-20 19:14:19 -0800



← **Tweet**

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

⇄ **Alex Salvatore** 👨‍💼 Retweeted

**Dani Lagi** ⚡ **Strip Marvel**
@StripMarvel                                    ⋯

🏹 💜 #KateBishop



2:51 PM · Feb 21, 2021 · Twitter for iPhone

**218** Retweets  **23** Quote Tweets  **3,324** Likes

  

 Tweet your reply                              Reply

## Relevant people



**Alex Salvatore** 👨‍💼        Follow
@Alexromval
'Nadie puede juzgar desde fuera el amor'

 **Dani Lagi** ⚡ **Strip Ma...**        Follow
@StripMarvel
Soy @Dani_Lagi de Strip Marvel en @youtube y @twitch autor de #ComoConocíAVuestraMarvel y el cómic #ElGuanteHaterDelInfinito CONTACT: stripmarveltv@gmail.com

## What's happening

NFL · 2 hours ago
**Cowboys at Vikings**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in United States        ⋯
**Bob Iger**
Trending with Chapek

Trending in United States        ⋯
**Disney CEO**
8,005 Tweets

Trending in United States        ⋯
**#AMAs** ⚠️
Trending with soobin, Favorite K-Pop Artist

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2022 Twitter, Inc.

Search Twitter

__ https://twitter.com/CineSeriesPlus/status/1552000089037088770 __ at __ 2022-11-21 03:09:10 -08:00 __

← **Tweet**



## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

 **Ciné & Séries** 
@CineSeriesPlus                                              ⋯

📸 Dakota Johnson sur le tournage du film #MadameWeb.

 

11:37 AM · Jul 26, 2022 · Twitter for iPhone

**11** Retweets   **27** Likes

🔍 Search Twitter

### Relevant people

 **Ciné & Séries** 🎬          **Follow**
@CineSeriesPlus

🎬 • Source d'actualité sur le cinéma, les séries et les acteurs ! • 🎟️ Abonne-toi pour ne rien manquer ! • 🎥 Films • 📺 Séries • 📸 Événements • 💰 Box-office

### What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Music · Trending                          ⋯
**Kelly Rowland**
Trending with Chris Brown

Trending in United States                 ⋯
**Maher**
22.1K Tweets

Trending in California                    ⋯
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Trending in United States                 ⋯
**#AMAs** 🥀
Trending with soobin, Sabrina

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**   ⋯
@c_perkowski

___https://twitter.com/RNavyBrazil/status/1503022888332546052___et___2022-11-22 00:32:51 -08:00
Case 1:22-cv-09462-DMG-ADS    Document 23-5    Filed 03/13/23    Page 81 of 101    Page ID
#:3550



**Tweet**

Rihanna Navy Brasil | Fan Account
@RNavyBrazil

RIHANNA.



7:59 AM · Mar 13, 2022 · Twitter for iPhone

**1,173** Retweets    **172** Quote Tweets    **13.5K** Likes

Tweet your reply                                    Reply

Tracy @TracyCarvalho · Mar 13
Replying to @RNavyBrazil
Eu amo

black barbie @wallaace · Mar 13
Replying to @RNavyBrazil
ela tá muito linda grávida

anna 🗨️ @annajuliaanna05 · Mar 13
Replying to @RNavyBrazil
pq tão linda?
                                                    1

lula's angel 🍎 @lubleft · Mar 13
Replying to @RNavyBrazil
Vai ser menina

Jesse Joaquin Preciado-Quitugua @yng_uni · Mar 14
Replying to @RNavyBrazil
@BruMarquezine 🖤

Mia Rubyrose @MiaRubyrose · Mar 13
Replying to @RNavyBrazil
OMG... RIHANNA 🥰💖

pedrin @pedropiccianni · Mar 13
Replying to @RNavyBrazil
afff 😘😢

**Relevant people**



Rihanna Navy Brasil |...      Follow
@RNavyBrazil
RN8 🇧🇷 | Estamos online desde 2010,
somos o maior e mais completo fã-
clube sobre a cantora Rihanna no
Brasil e em toda a América Latina.
Apoio: @umusicbrasil

**What's happening**

Sports · LIVE
2022 FIFA World Cup

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
🎬 Promoted by Avatar

Entertainment · Trending
Died Suddenly
Trending with World Premiere

Trending in California
Mexicans
7,025 Tweets

Trending in United States
August Alsina
Trending with Jada, #TheSurrealLife

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski



https://twitter.com/_Margvel/status/1363342315084001281___et___2022-11-19 20:23:10 -08:00

← **Thread**

**Margvel** 🦝 · @_Margvel · Feb 20, 2021   ···
Más fotos desde el set de #Hawkeye 🏹

(1/2)



💬 3        ⟲ 7        ♡ 162        ⬆

**Margvel** 🦝   ···
@_Margvel

(2/2)



8:18 PM · Feb 20, 2021 · Twitter for Android

**70** Likes

💬        ⟲        ♡        ⬆

Tweet your reply                                    Reply

**HelixNebulae** @cheurbi · Feb 20, 2021   ···
Replying to @_Margvel
Toda

💬        ⟲        ♡ 1        ⬆

---

Twitter sidebar:

🔍 Search Twitter

**Relevant people**

**Margvel** 🦝
@_Margvel                                    Follow
Humor, información y updates del
Universo Marvel | 🦝
contactomargvel@gmail.com |
#SheHulk #IAmGroot

**What's happening**

Television · 22 minutes ago
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber
Reserve
▶ Promoted by Uber

Sports · Trending
**#SpursUp**

Trending in California
**Blocked**
122K Tweets

Trending in California
**Pasadena**
1,444 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Left navigation:

🐦

⌂ Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

Ⓟ **Perkowski Legal P.C.**
@c_perkowski   ···

https://twitter.com/pannchoa/status/1147865780980908032 __ el __ 2022-11-21 17:40:25 -08:00
Case 1:22-cv-09462-DMG-ADS   Document 23-5   Filed 03/13/23   Page 84 of 101   Page ID #3553

← **Tweet**

Search Twitter

**pannchoa**
@pannchoa

Knets react to Shawn Mendez and Camila Cabello's dating rumors after being spotted holding hands
forms.gle/i9re8hQLdcMkuS...



6:55 AM · Jul 7, 2019 · Twitter Web Client

29 Retweets   57 Quote Tweets   92 Likes

Tweet your reply                    Reply

**MOONBOY** 🇰🇷 @moonafik · Jul 7, 2019
Replying to @pannchoa
Media play
♡ 7

**Nino.** @VirenHF · Jul 7, 2019
Replying to @pannchoa
She is racist??!!
💬 2

**Kimberley⁷** @EtmlBulletprof · Jul 11, 2019
Replying to @pannchoa
Isn't it obvious that it was a PR stunt 🤦‍♀️?

**◌zee⁷₁₃⁵¹³** @joontreasures · Jul 7, 2019
Replying to @pannchoa
Knets getting brave  twitter.com/duetkm/status/...
💬 2

**MANDA⁷** 💜 @purpletintmuse · Jul 7, 2019
Replying to @pannchoa
Oh wow... i dont know that camila is racist
💬 1

**In Wonderland💙 playing otome & 💜#kanth...** @ezy... · Jul 7, 2019
Replying to @pannchoa
I almost forgot @Camila_Cabello is a racist.
💬 1

**Nino.** @VirenHF · Jul 8, 2019
Replying to @ezy18 @pannchoa and @Camila_Cabello
What did she do ?
💬 1

Show replies

**In Wonderland💙 playing otome & 💜#kanth...** @ezy... · Jul 7, 2019
Replying to @pannchoa
Publicity stunt? Isn't he into guys?🤔
♡ 1

This Tweet was deleted by the Tweet author. Learn more

**mel in the box⁷👹🔪** @lesbiandisease · Jul 7, 2019
She dumped him not so long ago i think

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**#FreePalestine** @DuskTillCamila · Jul 11, 2019
Replying to @rh_hours and @pannchoa
She isn't.

**Relevant people**

**pannchoa**
@pannchoa                    Follow
We translate about Korean music, drama, lifestyle, and more!🐥
pannchoa.com

**What's happening**

FIFA World Cup · This morning
**England vs Iran**

Entertainment · Trending
**Died Suddenly**
41.4K Tweets

Sports · Trending
**#WWERaw**💗
Trending with Sheamus, Kevin Owens

Trending in United States
**Chrisley**
10.6K Tweets

Trending in United States
**Tampax**
27.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More —
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Perkowski Legal P.C.
@c_perkowski

**Tweet**

DAKOTA 💜💙
@tender_DMJ

## SHE'S BACK 😍



3:17 PM · May 22, 2019 · Twitter for iPhone

**11** Retweets · **1** Quote Tweet · **47** Likes

Tweet your reply                                    Reply

vilu @viandreadnnp · May 22, 2019
Replying to @tender_DMJ
Ose que no esta en cannes 😭😭😭
♡ 1

**Relevant people**

DAKOTA 💜💙
@tender_DMJ                                         Follow

Dakota Johnson is the meaning of
perfection and of course the love of
my life ❤️

**What's happening**

Formula 1 · Starts tomorrow
**Abu Dhabi Grand Prix 2022**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber
Reserve
⊡ Promoted by Uber

Trending in United States
**HE'S BACK**
152K Tweets

Music · Trending
**Elton John**
5,250 Tweets

Sports · Trending
**Cam Rising**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Perkowski Legal P.C.
@c_perkowski



__ https://twitter.com/weloveharry_1dx/status/1346155536472708099 __ at __ 2022-11-22 09:35:39 -08:00 __

← **Tweet**

**katie** 👭
@weloveharry_1Dx

···

## IVE LOST MY MIND



10:03 AM · Jan 4, 2021 · Twitter for iPhone

**6** Likes

💬   ⟲   ♡   ⬆

Ⓟ   Tweet your reply                    Reply

**Search Twitter**

### Relevant people

**katie** 👭
@weloveharry_1Dx        **Follow**

jack's housewife

Home
Explore
Notifications   1
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Ⓟ   **Perkowski Legal P.C.**    ···
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 23-5   Filed 03/13/23   Page 88 of 101   Page ID #:3557



← Tweet

Dakota Johnson | داكوتا جونسون بالعربي
@dakotainarabic

···

جديد: لقطات اثناء تصوير فيلم
"Madame Web" في بوسطن اليوم تظهر فيها الممثلة البديلة
لداكوتا 📷

#DakotaJohnson

Translate Tweet

🔲 Dakota Johnson Portugal

2:08 PM · Oct 6, 2022 · Twitter for iPhone

**1** Retweet    **5** Likes

🗨          ↻          ♡          ⬆

Ⓟ    Tweet your reply                           Reply


Perkowski Legal P.C.
@c_perkowski
···

🔍 Search Twitter

### Relevant people

داكوتا جونسون بالعربي | ...    Follow
@dakotainarabic
المصدر العربي الأول لأخبار وتحديثات
داكوتا جونسون 🆕 The First Arabic
Source For Dakota Johnson's News &
انستقرام 🆕 Updates
🔒 @dakotainarabic

Dakota Johnson P... ✓    Follow
@dakotajohnsonpt
A tua única e melhor fonte de
informações sobre a atriz, ativista e
produtora Dakota Johnson em
Portugal, online desde 2018! — 📷:
@DJPTMidias | Fã-Clube.

### What's happening

Television · Last night
**Saturday Night Live airing on NBC**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending
**Jason David Frank**
95.6K Tweets    ···

Trending in California
**Shakira**
103K Tweets    ···

Trending in United States
**#QATECU**
90.8K Tweets    ···

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Tweet**

Rihanna Navy Brasil | Fan Account
@RNavyBrazil

RIHANNA!



8:31 AM · Jan 12, 2022 · Twitter for iPhone

**313** Retweets  **37** Quote Tweets  **3,291** Likes

Tweet your reply                                    Reply

mateus @mateeusdomingos · Jan 12
Replying to @RNavyBrazil
não tem quem negue, a mulher smp é o fashion icon do momento
                                        4

mm's @marciomlabreu · Jan 12
Replying to @RNavyBrazil
VAI GRAVAR O R9, CUIDA!
                                        1

BRUNIQUE @pieceofbruno · Jan 12
Replying to @RNavyBrazil
Por onde anda os clipes que ela gravou com o A$AP Rocky
    1                                   1

sarinha maceta bct ✨ @badgalsasahh · Jan 12
Replying to @pieceofbruno and @RNavyBrazil
engavetadp ctz

QG NBA YoungBoy ‹ @QGNbaYoungboy · Jan 12
Replying to @RNavyBrazil
que mulher perfeita 🚶
                                        1

Sarbjit singh Gill @Sarbjit04844657 · Jan 13
Replying to @RNavyBrazil
Nice luckg you

edna regina camelo @ednacamelo · Jan 12
Replying to @RNavyBrazil
Linda
                                        1

ColleenMsane @ColleenKhalita · Jan 12
Replying to @RNavyBrazil
"Turally" amaGetters"(GoGetters)wenâ?

DA BLACK MAMBA @TheConnectionE1 · Jan 12
Replying to @RNavyBrazil
Can I have your number or something, we can go sit on the ocean, feed each other grapes, get on some of that stuff and make a good song. Hmu

Perkowski Legal P.C.
@c_perkowski

**Relevant people**

Rihanna Navy Brasil |...     Follow
@RNavyBrazil
RNB 🇧🇷 | Estamos online desde 2010, somos o maior e mais completo fã-clube sobre a cantora Rihanna no Brasil e em toda a América Latina. Apoio: @umusicbrasil

**What's happening**

Television · Yesterday
All American airing on The CW



#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
📽 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in United States
**#GMMTV2023**
175K Tweets

Trending in California
**Mexicans**
7,095 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

__ https://twitter.com/ThePopTingz/status/1246402937091510272 __ at __ 2022-11-21 16:42:13 -08:00 __

← **Tweet**



**Moe from Pop Tingz**
@MoeFromPopTingz

···

Kendall Jenner and her alleged boyfriend Fai were spotted driving next to her exboyfriend Harry Styles on a motorbike in Los Angeles.



4:43 AM · Apr 4, 2020 · Twitter for Android

**5** Retweets  **2** Quote Tweets  **16** Likes

Tweet your reply                                    **Reply**

---

## Relevant people



**Moe from Pop Tingz**                    **Follow**
@MoeFromPopTingz

Founder of @ThePopTingz. Pop Culture Expert. Entertainment Journalist.

## What's happening



FIFA World Cup · Yesterday
**England vs Iran**

Entertainment · Trending                    ···
**Died Suddenly**
35.6K Tweets

Trending in United States                    ···
**#JeopardyAmyChat**

Family drama · Trending                    ···
**#GTMcontest10**
Trending with #GilMOREtheMerrier

Trending in California                    ···
**Dodger Stadium**
12.3K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

### Left sidebar navigation

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter



**Perkowski Legal P.C.**
@c_perkowski    ···

__ https://twitter.com/SNEAKPEEKCA/status/1064956035804618752 __ at __ 2022-11-21 01:32:16 -08:00

← **Tweet**

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

⇄ SneakPeek Retweeted

 **SneakPeek**
@SNEAKPEEKCA                    ···

sneakpeek.ca/2018/11/georgi...



11:00 AM · Nov 20, 2018 · Twitter Web Client

**1** Retweet

💬        ⇄        ♡        ⬆️

 Tweet your reply            Reply

## Relevant people

 **SneakPeek**            **Follow**
@SNEAKPEEKCA

Invite Only

## What's happening

Television · Last night
**The Walking Dead airing on AMC**    

Trending in United States            ···
**maher**
22.1K Tweets

Trending in United States            ···
**#AMAs** 🎤
Trending with  sabrina

Trending in United States            ···
**#TheWalkingDead**
Trending with  #TWDFinale, #twdspoilers

Music · Trending            ···

**Perkowski Legal P.C.**    ···
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 23-5    Filed 03/13/23    Page 93 of 101    Page ID #:3562

← **Tweet**

 الاحداث حول العالم | 🎬
@ImexlIG

٠٠٠

الثنائي اللطيف شون مينديز وكاميلا كابيو في لوس أنجلوس بالأمس ❤️🔥

 Translate Tweet



11:41 AM · May 27, 2021 · Twitter for iPhone

**3** Retweets    **23** Likes

○            ⇄            ♡            ⬆

P    Tweet your reply                    Reply

## Relevant people

 الاحداث حول العالم | 🎬    **Follow**
@ImexlIG

أجمل منصة ترفيهية لأخبار و احداث النجوم
والمشاهير حول العالم | الخاص للدعاية و
الإعلان

## What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Music · Trending                    ٠٠٠
**#askmeek**

Music · Trending                    ٠٠٠
**Kelly Rowland**
Trending with Chris Brown

Sports · Trending                    ٠٠٠
**Charles Barkley**
2,378 Tweets

Trending in United States              ٠٠٠
**USA ML**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ٠٠٠
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

P Perkowski Legal P.C.    ٠٠٠
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 23-5   Filed 03/13/23   Page 94 of 101   Page ID
#:3563

← **Tweet**

 **The First Cowboy**
@TheFirstCowboy

⋯

Dakota Johnson in new photos from the film
#MadameWeb 🕸️



4:22 AM · Jul 26, 2022 · Twitter for iPhone

**3** Likes

 Tweet your reply                    Reply

---

🔍 Search Twitter

## Relevant people

 **The First Cowboy**          Follow
@TheFirstCowboy

Space Cowboy || Movie Lover ||
Content Creator. Insider news movie
games and TV shows all this you will
find on this channel & social media 🎙️
| @StarWars_JC

## What's happening

Sports · LIVE                          
**2022 FIFA World Cup**

Entertainment · Trending          ⋯
**Died Suddenly**
52.6K Tweets

Trending in United States          ⋯
**#maddow**
1,667 Tweets

Entertainment · Trending          ⋯
**Sinbad**
5,868 Tweets

Trending in United States          ⋯
**Tampax**
34.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

## 🏠 Home
## #️⃣ Explore
## 🔔 Notifications
## ✉️ Messages
## 🔖 Bookmarks
## 🗒️ Lists
## 👤 Profile
## ⋯ More

**Tweet**

**Perkowski Legal P.C.** ⋯
@c_perkowski

— https://twitter.com/MarvelCrave/status/1551997529784467458 __ at __ 2022-11-21 05:16:55 -08:00 __

← **Tweet**

Q Search Twitter

⇄ Marvel Focus Retweeted

 **Marvel Focus**
@TheMarvelFocus                              ···

Dakota Johnson on set of Sony's #MadameWeb.



10:42 PM · Jul 25, 2022 · Twitter for iPhone

**259** Retweets   **60** Quote Tweets   **2,926** Likes

💬          ⇄          ♡          ⬆

P   Tweet your reply                    Reply

## Relevant people

 **Marvel Focus**        Follow
@TheMarvelFocus

Your #1 fan-run source for all news and updates on Marvel — including live-action projects, comics, and more!

 **Marvel Crave**        Follow
@MarvelCrave

MARVEL News & Updates!

## What's happening

FIFA World Cup · LIVE
**England vs Iran**                      

Trending in United States              ···
**Slick Rick**

Music · Trending                      ···
**Elton John**
Trending with Dodger Stadium, Dodger Stadium

Politics · Trending                    ···
**Tragically**
15.7K Tweets

Trending in United States              ···
**Landon Donovan**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

 **Perkowski Legal P.C.**   ···
@c_perkowski



Tweet

## Infos Séries
@SeriesUpdateFR

### Margot Robbie à Hollywood.🔥

4:38 AM · Jul 22, 2021 · Twitter for Android

**94** Retweets    **17** Quote Tweets    **1,068** Likes

Tweet your reply

**MRS. E L O W** @eliooaudie84 · Jul 22, 2021
Replying to @SeriesUpdateFR
J'ai cru c'était Caroline Receveur 😂

**Nanou_tbl** @NanouTbl · Jul 23, 2021
Replying to @SeriesUpdateFR
@Geoguada Ta femme

**Geo** 🤍 🎀 @Geoguada · Jul 23, 2021
Replying to @NanouTbl and @SeriesUpdateFR
😂😂😂

♡ @RHAEWINDAENERYS · Jul 22, 2021
Replying to @SeriesUpdateFR
J'ai cru un instant que c'était Sofia Vergara 😅

3    ♡ 4    ♡ 79

**newDixton ♦ ✗** @NewDixton · Jul 23, 2021
Replying to @RHAEWINDAENERYS and @SeriesUpdateFR
Oui parei! 😂

♡ 1    ♡ 1

**yvan** @Yvanouu · Jul 22, 2021
Replying to @SeriesUpdateFR and @Mickamoustache



GIF  ALT

♡ 1

**Micka Moustache** @Mickamoustache · Jul 22, 2021
Replying to @Yvanouu and @SeriesUpdateFR

NOT TO SAY I TOLD YOU SO BUT...

GIF  ALT

♡ 1    ♡ 1

Show replies

**sam** @KebsSam · Jul 22, 2021
Replying to @SeriesUpdateFR
Elle est née pour incarner Harley quinn

♡ 4

**Donovan De Bruyne** @Dovman64 · Jul 22, 2021
Replying to @SeriesUpdateFR
Magnifique comme toujours 😍😍

♡ 1

**Dextérité** 🦖 🇫🇷 @DexteritePipa · Jul 22, 2021
Replying to @SeriesUpdateFR
@Hugooox_R

♡ 1

**Hugo Rabret** @Hugooox_R · Jul 22, 2021
Replying to @DexteritePipa and @SeriesUpdateFR
Je peux plus.. Ma frustration restera à vie

♡ 1    ♡ 1

Show replies

Show additional replies, including those that may contain offensive content    **Show**

**Relevant people**

**Infos Séries** @SeriesUpdateFR    Follow
Bienvenue sur votre premier compte source français sur toutes vos séries, films et plateformes de streaming préférées. 📺😍
seriesupdatefr@gmail.com

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
**#TheMarvels**
2,087 Tweets

Trending in California
**Mexicans**

Trending in United States
**#SeleccionMexicana** 🇲🇽
11.4K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

__ https://twitter.com/bieberinfobr/status/1486549150112100355 __ at __ 2022-11-21 22:50:01 -0800
Case 2:22-cv-09462-DMG-ADS    Document 23-5    Filed 03/13/23    Page 97 of 101    Page ID #:3566



**Bieber Info Brasil**
@bieberinfobr

···

Justin Bieber e Hailey Bieber foram vistos chegando à igreja Churchome ontem, 26 de janeiro, em Beverly Hills, na California.

Translate Tweet



7:58 PM · Jan 26, 2022 · Twitter for iPhone

**3** Retweets   **12** Likes

Tweet your reply                                          Reply

---

Search Twitter

**Relevant people**

Bieber Info Brasil        Follow
@bieberinfobr
Fan account @justinbieber

**What's happening**

NFL · 2 hours ago
**49ers at Cardinals**          

Entertainment · Trending              ···
**Died Suddenly**
70.2K Tweets

Sports · Trending                    ···
**Trey Lance**
1,355 Tweets

Trending in California                ···
**Mexicans**
6,344 Tweets

https://twitter.com/Info_DJJD/status/1092998198896066560 __at __2022-11-21 01:30:54 -0800

**Central Dakota Johnson & Jamie Dornan**
@Info_DJJD

Dakota foi fotografada saindo do Alfreed's Coffee ontem (05/02) em West Hollywood! #DakotaJohnson



Dakota Johnson Brasil
8:07 PM · Feb 5, 2019 · Twitter for Android

**3** Retweets    **5** Likes

Tweet your reply                                    Reply

**Central Dakota Johnson & Jamie Dornan** @Info_DJJD · Feb 5, 2019
Replying to @Info_DJJD
Mais fotos de Dakota saindo do Alfreed's Coffee ontem (05/02) em West Hollywood! (2) #DakotaJohnson

Dakota Johnson Brasil
💬 1        ⟲ 2        ♡ 3

**Central Dakota Johnson & Jamie Dornan** @Info_DJJD · Feb 5, 2019
Mais fotos de Dakota saindo do Alfreed's Coffee ontem (05/02) em West Hollywood! (3) #DakotaJohnson

Dakota Johnson Brasil
💬 1        ⟲ 2        ♡ 4

**Central Dakota Johnson & Jamie Dornan** @Info_DJJD · Feb 5, 2019
Mais fotos de Dakota saindo do Alfreed's Coffee ontem (05/02) em West Hollywood! (4) #DakotaJohnson

Dakota Johnson Brasil
💬          ⟲ 2        ♡ 5

---

Search Twitter

**Relevant people**

**Central Dakota Johns...**    Follow
@Info_DJJD
I Love Dakota Johnson and Jamie Dornan. ❤️ (Fan Account)

**Dakota Johnson Brasil**    Follow
@DakotaJBRA
Sua primeira, maior e melhor fonte sobre a atriz e produtora Dakota Johnson no Brasil. E-mail para contato: contato@dakotajohnsonbrasil.com

**What's happening**

NFL · Yesterday
**Commanders at Texans**

Trending in United States
**maher**
22.1K Tweets

Trending in United States
**#AMAs**🏆 
Trending with  sabrina

Music · Trending
**#DavidoAt30**
66.8K Tweets

Trending in United States
**Colorado Springs**
547K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.** ···
@c_perkowski




**Tweet**

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

**Kardashian World**
@KUWTKWorld

📸 Kim Kardashian in Milan today 🔥🔥



12:54 PM · Sep 23, 2022 · Twitter Web App

**88** Retweets   **15** Quote Tweets   **1,392** Likes

Tweet your reply                                    **Reply**

**Agnieszka Jabłońska** @AgnieszkaJabo16 · Sep 23
Replying to @KUWTKWorld
Please gallery Kendall NY!!!!!🙏🙏🙏

**Agnieszka Jabłońska** @AgnieszkaJabo16 · Sep 23
Replying to @KUWTKWorld
And please gallery Kim for my sister🙏🙏🙏

**QueeN B**❤️ @BelyReign · Sep 24
Replying to @KUWTKWorld
What happened to her right leg 😬

**TORI** @toriharper55 · Sep 25
Replying to @KUWTKWorld
Absolutely Stunning 😍

❤ 1

**Andre** @Andre19643663 · Sep 23
Replying to @KUWTKWorld
Eye Candy zzz well.

**alannafrancis90** @alannafrancis91 · Sep 23
Replying to @KUWTKWorld
Actually there is

You are the one person I actually want to meet

I know somebody big

That is not a celebrity

In the hair and beauty industry

You are my number one pick.

Show more replies

**Relevant people**



**Kardashian World**
@KUWTKWorld                    **Follow**

The largest fan source for everything
Kardashian! #TheKardashians 🎉
Season 2 | Sept 22nd on Hulu! Kim &
Khloe follow ❤️❤️
admin@kardashianworld.net

**What's happening**

NBA · LIVE
**Lakers at Suns**

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
📢 Promoted by Avatar

Trending in United States
**Erection**
14.1K Tweets

Trending in California
**Costco**
5,456 Tweets

Sports · Trending
**SDSU**
1,570 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski



https://twitter.com/nacaomarvel/status/1573783485369794593 __ el __ 2022-11-20 23:12:23 -08:00
2:22-cv-09462-DMG-ADS   Document 23-5   Filed 03/13/23   Page 101 of 101   Page ID
#:3570

**NAÇÃO MARVEL | fan club**
@nacaomarvel
📷 Picture of the day



2:16 PM · Sep 24, 2022 · Twitter for Android

**68** Retweets   **4** Quote Tweets   **1,440** Likes

---

Tweet your reply                                    Reply

**davi** @sweetgayperson · Sep 24
Replying to @nacaomarvel
Saudade da maior

1   15

**matt. 💀 chucky³** @imattwayne · Sep 24
Replying to @nacaomarvel
os maiores e a "

▶

from 📁

1   2

**futaba-chan** @fakeangelgirl · Sep 24
Replying to @imattwayne and @nacaomarvel
a patroa. isso mesmo.

8

**gil flor 🌸** @Giovann03445622 · Sep 24
Replying to @nacaomarvel
Maravilhosos ❤️😍

1

**nany 🦋** @nanyweisz · Sep 24
Replying to @nacaomarvel
saudade da Nat 😍

**Paulo** @PauloRo49222253 · Sep 25
Replying to @nacaomarvel
Show 😍

1

**JACKSON PATRIOTA 🇧🇷** @yjvsthwwrld · Sep 25
Replying to @nacaomarvel
Saudades quando a marvel fazia filmes bons

---

**Perkowski Legal P.C.**
@c_perkowski

---

**Relevant people**



**NAÇÃO MARVEL | fa...**    Follow
@nacaomarvel
🇧🇷 O maior fã-clube da Marvel no
Brasil e #2 do mundo | por @kainyall
& @thunstopper | 🎙️: @PodcastNM |
✉️ nacaomarvelofc@gmail.com

**What's happening**

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening
Ceremony**

**#Disenchanted** 👸
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Disney, Chapek

Trending in United States
**#AMAs** 🏆
Trending with soobin, yeonjun

Trending in United States
**Maher**
21.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.