# EXHIBIT B Continued

https://twitter.com/Sodakotabella2/status/1578394525260286339 __ et __ 2022-11-22 23:10:52 -08:00 Case 2:22-cv-08462-DMG-ADS Document 23-6 Filed 03/13/23 Page 2 of 101 Page ID #:3572






← **Tweet**

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Bella 🌟 🎭 aka The Cha Cha Real Smooth stan 🇫🇷
@Sodakotabella2

they tried to cover her with the umbrellas lmao
#DakotaJohnson #MadameWeb



7:39 AM · Oct 7, 2022 · Twitter Web App

**4** Retweets  **34** Likes

💬          🔁          🤍          ⬆️


Tweet your reply                                    Reply

**John Henry Irons** @Henry58979558 · Oct 7
Replying to @Sodakotabella2
You too. That person has blonde hair not Dakota. Sydney Sweeney stunt double. Pass it along.
💬          🔁 1          🤍 1          ⬆️

**Search Twitter**

**Relevant people**

Bella 🌟 🎭 aka The C...                    **Follow**
@Sodakotabella2
Fan account 🍿// Dakota Johnson ☀️,
Jenifer 🎤 Coldplay🎶, Eurovision fan
🎸, Papadakis Cizeron 🧊 💙// Series,
movies, music, television, sport
interests 💌

**What's happening**

NBA · 1 hour ago
**Lakers at Suns**

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
📢 Promoted by Avatar

Trending in United States                         ···
**Erection**
20K Tweets

Trending in California                            ···
**Costco**
5,990 Tweets

Celebrities · Trending                            ···
**Denzel Washington**
2,296 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS   Document 23-6   Filed 03/13/23   Page 3 of 101   Page ID #:3573

← **Tweet**

**Çizgi Kafe**
@cizgikafe

···

📷: Şu sıralar Black Widow tekrar çekimleri yapılıyor.

Translate Tweet





8:09 AM · Feb 9, 2020 · Twitter for Android

**5** Retweets   **2** Quote Tweets   **603** Likes

💬          ↻          ♡          ⬆

Ⓟ   Tweet your reply                          **Reply**

**hasan** @etchimpress · Feb 9, 2020   ···
Replying to @cizgikafe
Neden

💬          ↻          ♡ **1**          ⬆



**Perkowski Legal P.C.**   ···
@c_perkowski

---

**Search Twitter**

## Relevant people



**Çizgi Kafe**
@cizgikafe
**Follow**

Bir fincan kriptonit alabileceğiniz komşunuz!
instagram.com/cizgikafecom

## What's happening

FIFA World Cup · **LIVE**
**USA vs Wales**

Trending in California   ···
**Telemundo**
7,564 Tweets

Trending in United States   ···
**1-0 USA**
20.5K Tweets

Trending in United States   ···
**HOW IS THAT NOT A YELLOW**

Trending in United States   ···
**USA USA USA**
Trending with I BELIEVE THAT WE WILL WIN

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/filmsbyrmeche/status/882444749386526724 __ at __ 2022-11-21 20:19:52 -08:00 __

← **Tweet**

 🔲🔲
@filmsbydelrey                                          ···

Mi amor vive con esos short no se los saca



8:43 PM · Jul 4, 2017 · Twitter for Android

---

💬                    🔁                    ♡                    ⬆

 Tweet your reply                               Reply

### Home
### Explore
🔔 Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

🔍 Search Twitter

**Relevant people**

 🔲🔲          Follow
@filmsbydelrey
multifandom ✦*。

**What's happening**

NBA · 53 minutes ago
**Trail Blazers at Bucks**                    

Entertainment · Trending                    ···
**Died Suddenly**
57.6K Tweets

Trending in California                      ···
**Dodger Stadium**
9,920 Tweets

Entertainment · Trending                    ···
**August Alsina**

Trending in United States                   ···
**Chrisley**
20.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**    ···
@c_perkowski

— https://twitter.com/MundoGeekOF1/status/1558089101752078340 — et __ 2022-11-21 06:09:47 -08:00



## Thread

← Thread

**Mundo Geek**
@MundoGeekOF1 · · ·

## NOVOS DETALHES REVELADOS DE MADAME WEB

O Insider Cosmic Circus revelou alguns mistérios do próximo filme do aranhaverso da Sony: Madame Web, revelando os personagens principais e seus atores e atrizes, dando pistas do roteiro, confira:

Dakota Johnson é Cassandra Web

Translate Tweet



6:52 AM · Aug 12, 2022 · Twitter for Android

**2** Retweets  **1** Quote Tweet  **11** Likes

Tweet your reply                                          Reply

**Mundo Geek** @MundoGeekOF1 · Aug 12   · · ·
Replying to @MundoGeekOF1
Sdyney Sweeney é Julia Carpenter

Celeste O'Connor é Mattie Franklin

Isabela Merced é Anya Corazón

Adam Scott é Ben Parker(Tio Ben)

Emmy Roberts é Mary Parker(Mãe de Peter Parker)

♡ 11

### Relevant people

**Mundo Geek**    Follow
@MundoGeekOF1
Página com todas as últimas novidades do cinema, quadrinhos, games, animes, mangás, livros e algumas opiniões e textões. Gamertag: batnathan999

### What's happening

FIFA World Cup · LIVE
**England vs Iran**



Trending in United States
**England**
Trending with #ENGIRN, Saka

Trending in United States
**Caleb Williams**
2,469 Tweets

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour

Music · Trending
**Kelly Rowland**
20.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Left navigation

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Perkowski Legal P.C.**   · · ·
@c_perkowski

https://twitter.com/thetopcomics/status/1389298161945022465 __ el __ 2022-11-22 13:23:20 -0800 | 2:22-cv-09462-DMG-AGS | Document 23-6 | Filed 03/13/23 | Page 6 of 101 | Page ID #3576

Search Twitter

← **The Top Comics**
@TheTopComics ···

#NuevoVideo
🔴 Marvel Studios anuncia nuevos títulos.
⚫ Detalles de Ms Marvel
⚫ Chadwick Boseman y los Óscares
youtu.be/fhXfxZm0Lro

Translate Tweet

Perkowski Legal P.C.
@_c_perkowski



12:17 PM · May 3, 2021 · Twitter for iPhone

**34** Retweets   **980** Likes

💬   🔁   ❤   📤

🅿 Tweet your reply                    **Reply**

**Edison Raul** @nacholalo5320 · May 3, 2021 ···
Replying to @TheTopComics
Zmzmzmzmz
💬   🔁   ♡   📤

**D.E.P Pana Miguel (cateaggter)** @HuevosDeGato · May 3, 2021 ···
Replying to @TheTopComics
⚠️
💬   🔁   ♡   📤

**RexLP** @GBarreto18 · May 3, 2021 ···
Replying to @TheTopComics
Cuando llega la parte de los Eternals se ve al camarógrafo a la izquierda jajaja
💬   🔁   ♡   📤

**santos** @sakatadeadpool · May 3, 2021 ···
Replying to @TheTopComics
Y ninguno me llamó la atención
💬   🔁   ♡   📤

**MarZ** @SerendipityBLSG · May 3, 2021 ···
Replying to @TheTopComics
Me urge Rogue 🥵



💬   🔁   ♡ 8   📤

**Sergio A.** @arsenuit · May 3, 2021 ···
Replying to @TheTopComics
Ms Marvel, el personaje que marvel ha ha querido meternos por la garganta desde años fingiendo que es más popular que Spiderman.
💬 2   🔁   ♡ 5   📤

**Ψ Đemian Lopez** @zeroinferno · May 3, 2021 ···
Replying to @arsenuit and @TheTopComics
Yo pienso igual, quieren meterla a huevo y pues la verdad esta bien culera.
💬   🔁   ♡ 2   📤

**Sergio** @twsergiop · May 3, 2021 ···
Replying to @TheTopComics
Ojalá haya reseña de Invincible. Conste que @TheMrXOfficial la recomendó y ¡TENÍA RAZÓN!. Que JOYA
💬   🔁   ♡   📤

This Tweet is from a suspended account. Learn more

**Gustavo M Arenas** @GustavoMArenas2 · May 3, 2021 ···
Replying to @Luis_98_berserk and @TheTopComics
~El Morrito Edgy
💬 1   🔁   ♡ 2   📤

Show more replies

**Relevant people**

🔴 **The Top Comics**        Follow
@TheTopComics
Canal de Youtube donde hablamos de cómics, series, películas y más |
Contacto: thetopcomics@gmail.com

**What's happening**

FIFA World Cup · 3 hours ago
**Mexico vs Poland**

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in California        ···
**Mexicans**
18.5K Tweets

Celebrities · Trending        ···
**Tom Hanks**
6,522 Tweets

Trending in United States        ···
**Giroud**
Trending with Australia, Mbappe

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

← **Tweet**

**Paulette Kimuntu Kim**
@KimKimuntu    •••

#Balenciaga
#fashionweek👠

Kylie Jenner, Doja Cat & Khloé Kardashian! 📸

#XCX




1:10 AM · Oct 5, 2022 · Twitter for Android

**2** Likes

💬        🔁        🤍        ⬆️

Ⓟ    Tweet your reply                    Reply

---

**Search Twitter**

**Relevant people**

Paulette Kimuntu Kim            **Follow**
@KimKimuntu

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**


**#AvatarTheWayOfWater**🧑
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Trending in United States                •••
**Erection**
18.7K Tweets

Trending in California                    •••
**Costco**
5,891 Tweets

Celebrities · Trending                    •••
**Denzel Washington**
1,947 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

**Home**

\# **Explore**

🔔 **Notifications** ①

**Messages**

🔖 **Bookmarks**

**Lists**

**Profile**

••• **More**

**Tweet**

Ⓟ    **Perkowski Legal P.C.**    •••
@c_perkowski



https://twitter.com/filmsteria/status/1492216583890795553 _ el _ 2022-11-21 03:39:41 -08:00    2:22-cv-09462-DMG-ADS    Document 23-6    Filed 03/13/23    Page 9 of 101    Page ID #:3579

**Tweet**

Filmsteria!
@Filmsteria

Mientras tanto, Al Pacino se la pasa chévere caminando feliz. 🎵🎵

¿Qué estará escuchando?

Translate Tweet



11:16 AM · Feb 11, 2022 · Twitter for Android

**11** Retweets   **6** Quote Tweets   **78** Likes

Tweet your reply

Reply

Efren V. @Efenverdugo1 · Feb 11
Corridos tumbados

Raúl ꙮ λ @RiValero91 · Feb 11
Replying to @Filmsteria
Esta canción claramente.

youtube.com
Papa Loves Mambo - Perry Como (Lyrics in Descrip...
Papa loves mambo, Mama loves mamboLook at 'em
sway with itGetting so gay with itShouting ole with ...

1

EsePaps @Ese_Paps · Feb 11
Replying to @Filmsteria
Mon amour remix

1

Tio n ter @petercabo · Feb 11
Replying to @Filmsteria and @raflescabrera

youtube.com
CELSO PIÑA - REINA DE CUMBIAS (OFICIAL HD)
Management y Booking: zea@latuna.mx Dirección:
Mario VerasteguiProducción: La Tuna ...

2

Vicky GalvanPerez @VickyGalvan · Feb 11
Replying to @Filmsteria
Si soy Al Pacino

Monica Ph 🎧🎵🥁 @unys06 · Feb 11
Replying to @Filmsteria
Bad Bunny seguramente no 😂😂😂

Normiux @tlahualila · Feb 11
Replying to @Filmsteria
Ramito de violetas obvis

1

Mauricio Ortiz @mau_rice60 · Feb 11
Replying to @Filmsteria

GIF ALT   UN PINCHE CUMBION BIEN LOCO

2

Ori Ferr @Oriferrp · Feb 11
Replying to @Filmsteria

GIF ALT

axcesz @javiergr · Feb 11
Replying to @Filmsteria and @elsalonrojo
Para los haters, seguro está escuchando bad bunny

1

**Relevant people**



Filmsteria!
@Filmsteria                Follow

El podcast oficial de los ponchos |
Cine y TV | Noticias | Críticas | Podcast
| Vive el cine junto a @pennyoliva,
@alecasagui, @josue_corro y
@elsalonrojo

**What's happening**

NFL · Earlier today
Chiefs at Chargers

Trending in United States
Bob Iger
Trending with Disney, Chapek

Trending in United States
Spencer Rattler
2,541 Tweets

Music · Trending
#DavidoAt30
71.7K Tweets

Music · Trending
Lionel Richie
3,952 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C...
@c_perkowski



← **Tweet**



**Foochia - فوشيا** ✔
@foochia

الصور الأولى من حفل زفاف #جينيفر_لوبيز و #بن_أفليك في ولاية جورجيا الأميركية

#benaffleck #jenniferlopez #jlo

Translate Tweet



2:05 AM · Aug 21, 2022 · Hootsuite Inc.

**4** Retweets   **3** Likes



Tweet your reply                                    Reply

Q Search Twitter

## Relevant people



**Foochia - فوشيا** ✔                              Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.

## What's happening

NFL · LIVE
**49ers at Cardinals**



Entertainment · Trending
**Died Suddenly**
47.6K Tweets

Family drama · Trending
**#GTMcontest12**

Sports · Trending
**Lane Kiffin**
Trending with  Auburn

Sports · Trending
**Greg Dortch**
Trending with  #BirdCityFootball 🦅

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski



← **Tweet**

 **El Aragüeño**
@ElAragueno  

La cantante Jennifer López y el actor Ben Affleck se besaron públicamente por primera vez desde que reavivaron su romance reciente. #Farándula

Translate Tweet



4:10 PM · Jun 16, 2021 · TweetDeck

**1** Like

      

   Tweet your reply                                                   Reply

---

Q Search Twitter

**Relevant people**

 **El Aragüeño**
@ElAragueno                      Follow

EL PRIMER DIARIO DE ARAGUA. ¡50 años contando tu historia!

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**

**#AvatarTheWayOfWater**🎥
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California
**Mexicans**
9,195 Tweets

Trending in United States
**#SeleccionMexicana**🇲🇽
11.8K Tweets

Politics · Trending
**Dr. Fauci**
4,718 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



 **Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/saint/status/938094492040735769_el__2022-11-21 20:51:56 -08:00



__ https://twitter.com/dailyromee/status/1417093794655260677 __ el __ 2022-11-20 20:09:36 -08:00

← **Thread**

**Romee Strijd**
@dailyromee                                    ...

Romee via Laurens' instagram story. (19/07)



👤 Romee Strijd

5:07 AM · Jul 19, 2021 · Twitter for iPhone

**2** Retweets    **15** Likes

💬          ⇄          ♡          ⬆

---

**P**  Tweet your reply                          **Reply**

**Romee Strijd** @dailyromee · Jul 19, 2021   ...
Replying to @dailyromee
Romee via Laurens' instagram story. (19/07)



Romee Strijd

💬 1          ⇄ 1          ♡ 8          ⬆

---

**Search Twitter**

**Relevant people**

**Romee Strijd**
@dailyromee                                   **Follow**
Your first source about the Dutch
model Romee Strijd. | FAN ACCOUNT

**Romee Strijd**
@RomeeStrijd                                  **Follow**
Represented by IMG Worldwide

**What's happening**

NFL · 3 hours ago
Cowboys at Vikings

#Disenchanted 😵
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                     ...
Kody
2,737 Tweets

Trending in United States                     ...
#AMAs 🔥
Trending with soobin, Lionel Richie

Trending in California                        ...
Dodger Stadium
Trending with Elton John, Dodger Stadium

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

Tweet

Perkowski Legal P.C.
@i_perkowski

← Tweet

**Luis Rivas**
@lcisrivas

Pues nada pendeja Eiza 🍆🍆🍆
Translate Tweet



7:29 PM · Jun 23, 2020 · Twitter for iPhone

**19** Retweets   **2** Quote Tweets   **394** Likes

Tweet your reply                              Reply

**Yo aquí y tu ?** @elficosoyoio · Jun 23, 2020
Replying to @lcisrivas
Quien es el chavo que está en la foto?

**Villa Millares | Fotógrafo** @VillaMillares · Jun 23, 2020
Replying to @VillaMillares and @lcisrivas
Eta? El, el nada pendejo 😂

**David Cachon** @Achon_lichbi · Jun 24, 2020
Replying to @VillaMillares and @lcisrivas
al menos él no esta todo operado, pero al final los dos no son nada, el todo flacucho y ella con caerpazo, se recompensan

Show replies

**Arturo Cruz** @arthurcruz193 · Jun 24, 2020
Replying to @lcisrivas
Flaquito desnalgado pitote asegurado

**Alan Ibarra** @AronIbarra · Jun 24, 2020
Replying to @lcisrivas
Wooeeeeeey amo su tatuaje!!!
😂😂👌👌😂😂

**Alan Ibarra** @AronIbarra · Jun 24, 2020
Replying to @lcisrivas
Wooeeeeeey amo su tatuaje!!!
😂😂👌👌😂😂

**Miss Mickey** @adictoAskbal · Jun 24, 2020
Replying to @lcisrivas
Cuerpo de niño...

**Ericks Gil** @GilBricks · Jun 24, 2020
Replying to @adictoAskbal_🍆 mark and @lcisrivas
Firta de mujer perfecta 🍑🍑🍆🍆🍑🍑🍆🍆

**Fabian Chavez** @fabianchavezts · Jun 23, 2020
Replying to @lcisrivas
El niño polla 😂

**Leunam O** @JenDaf_ · Jun 23, 2020
Replying to @fabianchavezts and @lcisrivas
Pollota

**Los luchos Chile** @lostuchoschile · Jun 23, 2020
Replying to @lcisrivas
Wey no sabía que te gustaba este hermoso Timothee jajaja

**Luis Angel Bistaf** @LouisBistaf · Jun 23, 2020
Replying to @lcisrivas



Mamale el pito por mi

**Ray** @raxuam · Jun 24, 2020
Replying to @lcisrivas

**lalo jr** @lalinVK · Jun 23, 2020
Replying to @lcisrivas
Le va a chupar la juventud !

**Diego VN** @loveyhxaa · Jun 23, 2020
Replying to @lcisrivas
Nada pérdida mi mana Eiza, así hasta yo jajajá y eso que no soy tan de 🍆

**Abeja Reina** @SabiNavarro · Jun 23, 2020
Replying to @SabiNavarro · Jun 23, 2020
Jajaja en atascada

**PIRRORITICO** @PIRRORITICO · Jun 23, 2020
Replying to @lcisrivas
Pues tiene feo cuerpo ese niño, enclenque.

**alberto fernandez** @habberto007 · Jun 23, 2020
Replying to @lcisrivas
Timothée chiquito bebé ¡será como los Dicaprio o Brad Pitt en las próximas décadas 😻😻



**Tweet**

Robert Littal BSO ✔
@BSO

After Shooting His Shot on Instagram and Hitting
Nothing But Net, Panthers Christian McCaffrey Takes
Danny Amendola's Ex-GF Olivia Culpo on Cabo
Vacation (Pics-Vids) bit.ly/32jqv8P



6:51 AM · Jul 10, 2019 · BSO Alert

18 Retweets    38 Quote Tweets    64 Likes

**Relevant people**

Robert Littal BSO ✔    Follow
@BSO
BSO is a Unique take on Sports & Ent;
Tweets by The Headline King Robert
Littal; IG: BSOTV; FB:
BlackSportsOnline; Keep That Same
Energy Podcast; #BLM; 💙 AML

**What's happening**

FIFA World Cup · LIVE
Mexico vs Poland

#AvatarTheWayofWater🪦
Get tickets now - In theaters December 16
Promoted by Avatar

Events · Trending
NO ERA PENAL
3,871 Tweets

Trending in California
Mexicans
10K Tweets

Trending in United States
Ochoa
Trending with #MEXPOL, Lewandowski

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski



Tweet your reply                    Reply

ELove @ELove3000 · Jul 10, 2019
Replying to @BSO
I alwayz Wondered just How THIS "Now I'm FUCKKKing Your EX"
Phenomenon with Professional Athletes HAPPEN Thoughhh...
#ItsJustSooCOMMONPLACE 🤔🤔🤔
    ♡ 2        ↻        ♡ 7        ⬆

Pequeña's Dad🇵🇭 @RyanAdverderada · Jul 10, 2019
Replying to @ELove3000 and @BSO
They all run in the same circles 🤷
    ♡        ↻        ♡ 1        ⬆

Heir for a Day @mhcirca1984 · Jul 10, 2019
Replying to @BSO
They share thots too?
    ♡ 1        ↻        ♡ 5        ⬆

A Jektiv @Ajektiv · Jul 10, 2019
Replying to @mhcirca1984 and @BSO
It's like they share one brain. 😂
    ♡        ↻        ♡ 3        ⬆

R.E.L @TKRelz · Jul 10, 2019
Replying to @BSO
Shorty and white skill position players got a type
    ♡        ↻ 2        ♡ 9        ⬆

This Tweet was deleted by the Tweet author. Learn more

Ryan Harrell @williamharrell · Jul 10, 2019
Damn that Amendola pic looks like someone tried to draw them from
memory, after drinking.
    ♡        ↻        ♡ 1        ⬆

— https://twitter.com/famebabes/status/1509481950729232384 __ at __ 2022-11-22 01:34:01 -08:00 __

← **Tweet**

 **Celeb Pics**
@FameBabes                                    ...

### Emma Stone



3:45 AM · Mar 31, 2022 · Twitter for iPhone

**11** Retweets   **129** Likes

🔍 Search Twitter

## Relevant people

 **Celeb Pics**          **Follow**
@FameBabes

NSFW - Sharing Content of Famous Babes 😉 - Professional Horn Dog - Started 8/27/19 - BACKUP @FameBabesBACKUP ❗

## What's happening

FIFA World Cup · Starts at 2:00 AM
**Argentina vs Saudi Arabia**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
📢 Promoted by Avatar

 **Perkowski Legal P.C.**   ...
@c_perkowski

 Tweet your reply              **Reply**

__ https://twitter.com/AndyVermaut/status/1326389580157882371 __ at __ 2022-11-19 12:11:56 -08:00 __

← **Tweet**



**Andy Vermaut**
@AndyVermaut

· · ·

Beyonce & Jay Z 'So Proud' Of Blue Ivy: Why Narrating 'Hair Love' Was The Perfect Project For Her
hollywoodlife.com/2020/11/11/bey...



9:01 PM · Nov 10, 2020 · dlvr.it

 

 Tweet your reply          Reply

# Relevant people

   **Andy Vermaut**          Follow
@AndyVermaut

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

# What's happening

NCAA Football · Starts at 1:30 PM
**Texas at Kansas**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve

Promoted by Uber

Trending in United States          · · ·
**Geraldo**
23.5K Tweets

Entertainment · Trending          · · ·
**Tommyinnit**
10.8K Tweets

Music · Trending          · · ·
**Chris Brown**
29.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
≡ Lists
👤 Profile
··· More

**Tweet**

🔍 Search Twitter



**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**

**Search Twitter**

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

**best of megan fox** @meganfoxfiles  •••

megan fox ladies and gentlemen's.



1:00 PM · Jun 29, 2022 · Twitter for iPhone

**134** Retweets  **29** Quote Tweets  **1,290** Likes

💬   🔁   ♡   ⬆️

🖊️  Tweet your reply    **Reply**

**Gawdly Stroke** @GawdlyStroke · Jun 30  •••
Replying to @meganfoxfiles
She's all time sexy.
💬   🔁   ♡   ⬆️

**not that Mike (blue check here)** @realmicajones · Jun 29  •••
Replying to @meganfoxfiles
Is this the Barbie movie everyone's talking about?!?!
💬   🔁  6   ♡   ⬆️

**Sofia** #FREEBRITNEY @crazyformargot · Jun 29  •••
Replying to @realmicajones and @meganfoxfiles
No
💬   🔁   ♡   ⬆️

**Efosa Osas** @Osas5Osas · Aug 13  •••
Replying to @meganfoxfiles
Beautiful Queen 😍😘💋❤️
💬   🔁   ♡   ⬆️

**Rasal** @Rasal53048848 · Aug 15  •••
Replying to @meganfoxfiles
My favorite heroine🔥🔥❤️❤️❤️💃
💬   🔁   ♡   ⬆️

**El Dude Bro** @BroEldude · Jun 29  •••
Replying to @meganfoxfiles
Looks like a gentleman
💬   🔁   ♡   ⬆️

**David Jared Mutchler** @davidmutchler35 · Aug 3  •••
Replying to @meganfoxfiles



GIF  ALT

💬   🔁   ♡   ⬆️

**Caffiend** @CaliRumBum · Jun 29  •••
Replying to @meganfoxfiles
Gentlemen's?
💬   🔁   ♡   ⬆️

**Douglas Stone** @DouglasStone12 · Jun 29  •••
Replying to @meganfoxfiles
She's looking beautiful ❤️❤️❤️❤️❤️💋💋💋❤️❤️
💬   🔁   ♡   ⬆️

**onlyfans__promo__ 💲00** @Onlyfan42391478 · Jul 1  •••
Replying to @meganfoxfiles and @Teresachavez___
**Send me your pictures for promotion** 🥰📸
💬   🔁   ♡   ⬆️

Show additional replies, including those that may contain offensive content    **Show**

**Relevant people**

**best of megan fox** @meganfoxfiles    **Follow**
updates + daily content of @meganfox, fan account

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Sports talk · Trending
**skip and shannon**    •••

Trending in United States
**Chocolate and Chip**    •••

Music · Trending
**#askmeek**
1,421 Tweets

Gaming · Trending
**#BethesdaGiveaway**    •••

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads Info  More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**  •••
@c_perkowski

← **Tweet**

🔍 Search Twitter

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More
**Tweet**

**Relevant people**

. @cravemedia_    **Follow**
Media account for @FilmUpdates

**What's happening**



. @cravemedia_

10:54 AM · Apr 13, 2022 · Twitter for Android

116 Retweets   178 Quote Tweets   1,365 Likes

💬   🔁   ♡   📤

P  Tweet your reply    **Reply**

**Satwik** @Sat_wick · Apr 13
Replying to @cravemedia_
Can someone tell which camera Hoyte van Hoytema is using? Is it an imax camera?
💬 2    🔁    ♡ 4    📤

**Doctor flights** @hub_doc · Apr 13
Replying to @Sat_wick and @cravemedia_
It's some panavision 70mm camera
💬 1    🔁    ♡ 4    📤
Show replies

**#1 merinator** @ibuwankenobi · Apr 13
Replying to @cravemedia_
@kirminai
💬    🔁    ♡    📤
This Tweet was deleted by the Tweet author. Learn more
Show replies

NFL · 1 hour ago
**Eagles at Colts**

#Disenchanted 😈
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
58.6K Tweets

Sports · Trending
**Melvin Gordon**
Trending with #DallasCowboys ⭐, Broncos

Trending in United States
**#FIFAWorldCup** 🏆
2.46M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.  ⋯
@c_perkowski

← **Tweet**

## Twitter

- ⌂ Home
- # Explore
- 🔔 Notifications
- ✉ Messages
- 🔖 Bookmarks
- ▤ Lists
- ⚲ Profile
- ⋯ More

**Tweet**

 **Escándala**
@escandalamx ⋯

¡Mis lobas 🐾! Colton Haynes, de Teen Wolf, interpretará a dos gemelos en nueva película 👉 bit.ly/3DdBJiu



5:00 PM · Oct 26, 2022 · Hootsuite Inc.

**3 Likes**

💬    ⇄    ♡    ⬆

 Tweet your reply    **Reply**

### Relevant people

 **Escándala**
@escandalamx    **Follow**

Soy la señora @escandalamx, ama, dueña y máxima de la multiplataforma LGBTTTI #1 de Latinoamérica. Contacto: escandala@pinkbox.com.mx

### What's happening

Television · 23 minutes ago
**Saturday Night Live airing on NBC** 

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States ⋯
**HE'S BACK**
137K Tweets

Sports · Trending ⋯
**#SpursUp**

Trending in California ⋯
**Pasadena**
1,446 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

🔍 Search Twitter

https://twitter.com/LLDNofficiel/status/956640828595851264 __ at __ 2022-11-21 05:48:58 -08:00

**Tweet**

🔁 La Ligue Des Nakamas Retweeted

 **Kal-Odinson**
@V727Mr

···

Replying to @RealSlachi and @LLDNofficiel



1:09 PM · Jan 25, 2018 · Twitter Web Client

**1** Retweet    **8** Likes

🔍 Search Twitter

## Relevant people

 **La Ligue Des Nakamas**
@LLDNofficiel    **Follow**
Page officielle de La Ligue Des Nakamas Tipee : cpc.cx/oxe Twitch : m.twitch.tv/lldnofficiel/p...

 **Kal-Odinson**
@V727Mr    **Follow**

 **RealSlachi** 👑🎮 (DG...
@RealSlachi    **Follow**
artiste incompris sans talent artistique Joueur Séries X/S et PS5 ¡ Hala Madrid y nada más !

## What's happening

**FIFA World Cup · LIVE**
**England vs Iran**



Trending in United States
**England**
Trending with #ENGIRN, Saka

Trending in California
**Dodger Stadium**
Trending with Elton John, #EltonFarewellTour

Trending in United States
**Go USA**
5,970 Tweets

Trending in United States
**Spencer Rattler**
2,188 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy    Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Tweet your reply    Reply

— https://twitter.com/CinematizandoOf/status/1329527814597582851 __ at __ 2022-11-21 00:56:15 -08:00 —







← **Tweet**

🔍 Search Twitter

🏠 Home

＃ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

⋯ More

**Tweet**

🔁 **@nanfixus Retweeted**

다코타 존슨의 옷장
@DAKOTAJCLOSET  ⋯

#dakotajohnson #다코타존슨



12:12 AM · Mar 12, 2019 · Twitter for Android

**14 Retweets**   **53 Likes**

🗨    🔁    ♡    ⬆️

Ⓟ  Tweet your reply              **Reply**

**Relevant people**

@nanfixus
@nanfixus              **Follow**

DJ Fan 🌼 Sports,animals y Boca Juniors Dakota's movies 2022 #ChaChaRealSmooth 💃 #AmIOk #Persuasion Fan account 🇺🇸

다코타 존슨의 옷장
@DAKOTAJCLOSET    **Follow**

배우 다코타 존슨 스트릿 패션 올리는 계정 #dakotajohnson

**What's happening**

NBA · LIVE
**Lakers at Suns**

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Trending in United States
**Erection**
13.7K Tweets       ⋯

Trending in California
**Costco**
5,427 Tweets       ⋯

Sports · Trending
**Anthony Davis**
4,110 Tweets       ⋯

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

Ⓟ  **Perkowski Legal P.C.**
@c_perkowski   ⋯

**Tweet**

siri
@ilysmcevans

fluffy hair boyfriend vibes chris evans : new and improved 💋



12:55 PM · Oct 13, 2022 · Twitter for Android

87 Retweets    11 Quote Tweets    708 Likes

Tweet your reply                                    Reply

Joan @joans3627 · Oct 13
Replying to @ilysmcevans and @reieacevans
So cute 🧡🤎🧡🤎

Perkowski Legal P.C.
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Search Twitter

**Relevant people**

siri
@ilysmcevans
sexiest man alive chris evans' tattoo
licker first, human next 👅 fan account

Follow

**What's happening**



NBA · 2 hours ago
Lakers at Suns

#AvatarTheWayOfWater 👩
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
Erection
20.9K Tweets

Trending in California
Costco
6,074 Tweets

Business and finance · Trending
Chesapeake
41.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.



← **Tweet**



**Dakota Johnson Argentina**
@DakotaJArg

Dakota en el desfile de #GucciLoveParade en Los Ángeles. #DakotaJohnson

4:26 AM · Nov 3, 2021 · Twitter for Android

**2** Retweets   **7** Likes

Tweet your reply

Reply

## Relevant people

**Dakota Johnson Arge...**
@DakotaJArg                          Follow

Tu mejor y más actualizada fuente de información sobre la actriz, productora, directora y activista #DakotaJohnson en Español.

## What's happening

FIFA World Cup · **LIVE**
**England vs Iran**

Politics · Trending
**Tragically**
15.5K Tweets

Trending in United States
**Slick Rick**

Music · Trending
**Elton John**
Trending with Dodger Stadium, Dodger Stadium

Trending in United States
**Harry Maguire**
Trending with Saka

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



https://twitter.com/inMARVEL_/status/1556168598263156736 __ et __ 2022-11-19 19:11:18 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-6    Filed 03/13/23    Page 28 of 101    Page ID
#:3598
Case 2:22-cv-09462-DMG-ADS    Document 23-6    Filed 03/13/23    Page 28 of 101    Page ID
#:3598



inMARVEL ❄️ #MarvelStudios #Marvel #WakandaForever
@inMARVEL_

Más imágenes en mejor calidad 👀
Esta vez sólo de Dakota Johnson 🔥
#Sony #MadameWeb #SpiderMan
#Spiderverse #DakotaJohnson
#Marvel #MCU #MultiverseSaga

Translate Tweet

inMARVEL ❄️ #MarvelStudios #Marvel #WakandaF...   @inMARV... · Aug 6
Nuevas imágenes de Dakota Johnson y Adam Scott en el set de la futura
Madame Web 👀 ¿Por qué llevarán esa especie de uniforme policial? 🤔
#Sony #MadameWeb #SpiderMan
#SonyPictures #Spiderverse
#DakotaJohnson #AdamScott

11:41 PM · Aug 6, 2022 · Twitter for Android

3 Likes

Perkowski Legal P.C.    ···
@c_perkowski

Tweet your reply    Reply

inMARVEL ❄️ #MarvelStudios #Marvel #Waka...   @inMA... · Aug 6    ···
Replying to @inMARVEL_
¡Y más por aquí! 🤍 🙌
El uniforme resulta ser de una unidad médica. Sigo sin entender por qué lo
lleva, pero le queda increíble 😌
#Sony #MadameWeb #SpiderMan
#Spiderverse #DakotaJohnson
#Marvel #MCU #MultiverseSaga

6

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More
Tweet

Search Twitter

### Relevant people
inMARVEL... #Marv...    Follow
@inMARVEL_
Aquel que disfrute del contenido de
Marvel Studios, si es digno, poseerá el
poder de saber todo acerca del MCU.
¡Sígueme y sé un Nuevo Vengador!
👊🎉

### What's happening
Television · LIVE
Saturday Night Live airing on
NBC

#GetYourRideRight
Book your ride up to 30 days ahead with Uber
Reserve
Promoted by Uber

Music · Trending
Chris Brown
45.7K Tweets

Trending in United States
Kiffin
2,965 Tweets

Trending in California
HELL NO
44.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS   Document 23-6   Filed 03/13/23   Page 29 of 101   Page ID #:3599

← **Tweet**

 **El Aragüeño**
@ElAragueno                                                    ...

La cantante Jennifer López y el actor Ben Affleck se besaron públicamente por primera vez desde que reavivaron su romance reciente. #Farándula

Translate Tweet



5:31 AM · Jun 15, 2021 · TweetDeck

**1** Like

   

  Tweet your reply                                Reply

## Relevant people

 **El Aragüeño**          Follow
@ElAragueno

EL PRIMER DIARIO DE ARAGUA. ¡50 años contando tu historia!

## What's happening

FIFA World Cup · LIVE
**Mexico vs Poland**



**#AvatarTheWayOfWater**🔵
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California                    ...
**Mexicans**
9,727 Tweets

Trending in United States                 ...
**#BoycottTampax**
2,439 Tweets

Events · Trending                          ...
**NO ERA PENAL**
3,754 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**  ...
@c_perkowski

__ https://twitter.com/foochia/status/1261676767611359234 __ at __ 2022-11-22 17:03:41 -08:00 __

← **Tweet**



Foochia - فوشيا ✔
@foochia

···

سيلينا غوميز في احدث ظهور لها مع صديقتها في لوس انجلوس

Translate Tweet



8:15 AM · May 16, 2020 · Twitter for iPhone

**1** Retweet    **4** Likes

💬            ⇄            ♡            ⬆


Tweet your reply                                    Reply

**Relevant people**



Foochia - فوشيا ✔
@foochia                         Follow

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.


**Perkowski Legal P.C.** 
@c_perkowski

https://twitter.com/choosezaynbr/status/1287450098294099968...   2022-11-22 10:49:47 -08:00
Document 23-6   Filed 03/13/23   Page 31 of 101   Page ID
#:3601





___ https://twitter.com/N_GalitzineBr/status/1583301905672859648 ___ at ___ 2022-11-19 23:19:16 -08:00

← **Tweet**

**Chrystal** 🇧🇷
@N_GalitzineBr

···

📸Fotos de Nicholas Galitzine e Anne Hathaway nos bastidores de gravação do filme #TheIdeaOfYou #nickgalitzine

Translate Tweet



👤 Nicholas Galitzine and 6 others

8:39 PM · Oct 20, 2022 · Twitter for Android

**2** Retweets   **40** Likes

💬          🔁          ♡          ⬆️

   Tweet your reply          **Reply**

**Maria Gonzalez** 🏆 @mledogonzalez · Oct 21      ···
Replying to @N_GalitzineBr @nickgalitzine and 5 others
Levei até um susto

💬          🔁          ♡  **1**          ⬆️

**Perkowski Legal P.C.**   ···
@c_perkowski

---

**Home**

**Explore**

**Notifications** ①

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

---

🔍 Search Twitter

### Relevant people

 **Chrystal** 🇧🇷   **Follow**
@N_GalitzineBr
#nicholasGalitzine #nicolasgalitzine #purplehearts #continenciaaoamor @nickgalitzine

 **Nicholas Galitzine** ✓   **Follow**
@nickgalitzine

 **Nicholas Galitzine Up...**   **Follow**
@galitzineupdate
A sua melhor fonte de informações do ator e cantor Británico Nicholas Galitzine no Brasil. @nickgalitzine

### What's happening

Television · 3 hours ago
**Saturday Night Live airing on NBC**   

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
📢 Promoted by Uber

Sports · Trending   ···
**Pasadena**
1,594 Tweets

Jungkook · Trending   ···
**Jungkook**
1.73M Tweets

Trending in United States   ···
**Jason David Frank**
1,316 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

 **สมาคม Superhero**
@Thai_SuperHero

## พ่อหนุ่มโชโลได้โพสสตอรี่ไอจีขอบคุณแฟนๆที่ชอบชุด Blue Beetle หลังจากที่มีภาพจากกองถ่ายหลุดออกมานั่นเอง



8:57 PM · May 25, 2022 · Twitter for iPhone

48 Retweets   48 Likes

 Tweet your reply

Reply

Q Search Twitter

## Relevant people

 **สมาคม Superhero**
@Thai_SuperHero

Follow

สมาคมของกลุ่มบุคคลผู้ขึ้นชอบซุปเปอร์
ฮีโร่ในประเทศไทย // Twitter อย่างเป็น
ทางการของ 'สมาคมผู้คลั่งไคล่
SuperHero' *ถามข้อมูลหนัง/Comic ต่างๆ
ใน DM ได้เลยจ่า*

## What's happening

NFL · 3 hours ago
**49ers at Cardinals**



Entertainment · Trending
**Died Suddenly**
72K Tweets

Trending in California
**Mexicans**
6,552 Tweets

Entertainment · Trending
**#TheVowHBO**

Trending in United States
**Roanoke**
1,001 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/heroinadolixo/status/1539728581281819904... et ... 2022-11-21 21:15:34 -08:00 Document 23-6 Filed 03/13/23 Page 35 of 101 Page ID #3605



https://twitter.com/dailyloud/status/1518559338390642184___el___2022-11-21 23:44:10 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-6   Filed 03/13/23   Page 36 of 101   Page ID #:3606

← **Tweet**

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

**Daily Loud** ✓
@DailyLoud

···

**ASAP Rocky x Rihanna**



4:55 AM · Apr 25, 2022 · Twitter Web App

**61** Retweets   **2** Quote Tweets   **1,325** Likes

💬   🔁   ♡   ⬆️

**Relevant people**

**Daily Loud** ✓    [Follow]
@DailyLoud
#1 Source For Hip-Hop/Viral News | Follow Us & Stay Updated | Email For Promo/Business TheDailyLoud@gmail.com | Listen To Our Spotify & Follow Our IG Below👇

**What's happening**

NFL · 3 hours ago
**49ers at Cardinals**

Entertainment · Trending                      ···
**Died Suddenly**
73.1K Tweets

Trending in California                        ···
**Mexicans**
6,786 Tweets

Sports · Trending                             ···
**Gretna**

Trending in California                        ···
**Dodger Stadium**
8,344 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

P  Tweet your reply                          [Reply]

**Kar**💜 @Karmenblancoh · Apr 25
Replying to @DailyLoud
El no estaba preso? 🤣

💬         🔁         ♡         ⬆️

**astrø bøy** @SOPRANOYHG · Apr 25
Replying to @DailyLoud
hoodie crazy

💬         🔁         ♡         ⬆️

**Wunna Hendrixx** ✓ @AllgoodDamien · Apr 25
Replying to @DailyLoud
What is this brand I've been seeing them jeans around and they groovy

💬 1       🔁         ♡         ⬆️

**D.** @BucksGalore · Apr 25
Replying to @AllgoodDamien and @DailyLoud
Denim Tears x Levi's Collab👌

💬         🔁         ♡ 1       ⬆️

**Avidas Candles** @AvidasCandles · Apr 25
Replying to @DailyLoud
Yass Riri....werk it #miniriri #futureminiRirisays 'and do' #babyRiri #MamaRihanna

💬         🔁         ♡         ⬆️

**Chris Kim** @coachkim92 · Apr 25
Replying to @DailyLoud
MF out of jail already?

💬         🔁         ♡         ⬆️

**ozzyag.eth** @iamozzy · Apr 27
Replying to @DailyLoud
Good bless that baby. Even if it gets all its looks from one parent, it's fucked.

💬         🔁         ♡         ⬆️

**Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/inMARVEL_/status/1578381893061450970 _ at _ 2022-11-22 22:26:18 -08:00

← **Tweet**

**inMARVEL** ❄️ **#MarvelStudios #Marvel #WakandaForever**
@inMARVEL_

#DakotaJohnson me representa 😏

#SpiderMan #Spiderverse #Sony #Marvel #MarvelStudios #Venom



6:49 AM · Oct 7, 2022 · Twitter for Android

**8** Retweets   **1** Quote Tweet   **51** Likes

 Tweet your reply

Reply

## Relevant people

**inMARVEL** ❄️ **#Marv...**
@inMARVEL_

Follow

Aquel que disfrute del contenido de Marvel Studios, si es digno, poseerá el poder de saber todo acerca del MCU. ¡Sígueme y sé un Nuevo Vengador! 👊🦸

**What's happening**


**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**

**Bishop**
@BlindWanda                                          · · ·

Reese Witherspoon on the set of The Morning Show in LA, 09-02-2021

#TheMorningShow #ReeseWitherspoon #AppleTV

👤 Apple TV and Reese Witherspoon

12:41 PM · Feb 10, 2021 · Twitter Web App

**2** Retweets    **10** Likes

💬          ⟲          ♡          ⬆

P    Tweet your reply                    Reply


**Perkowski Legal P.C.**
@c_perkowski                        · · ·

---

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
▤ Lists
👤 Profile
⊙ More

**Tweet**

---

🔍 Search Twitter

**Relevant people**

**Bishop**                                    Follow
@BlindWanda
Lover of Marvel, DC, Star Wars, Comics, Hailee Steinfeld, BLACKPINK, and many other things ()

**Apple TV** ✓                                Follow
@AppleTV
⊘ Official
Your favorite movies, shows, and sports in one app.

**Reese Witherspoon** ✓                       Follow
@ReeseW
☀ @hellosunshine

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**

Trending in United States              · · ·
**WHAT A SAVE**
8,142 Tweets

Trending in United States              · · ·
**1-0 USA**
19.2K Tweets

Sports · Trending                      · · ·
**Charles Barkley**
6,005 Tweets

Trending in United States              · · ·
**Medford Messi**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More · · ·
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS    Document 23-6    Filed 03/13/23    Page 39 of 101    Page ID #:3609

← **Tweet**

This Tweet is from a suspended account. Learn more

**Clanka** @LLphins · Oct 6
Replying to @MultiFandomHype
Kaine?

Home

Explore

Notifications

Messages







← **Tweet**



🌈**ANDY JONNY**
@AndresJovannyMa

Tenemos las primeras imágenes #Shazam⚡ 2 y el nuevo traje se ve increíble o tú qué opinas.

🤩⚡

Translate Tweet



7:07 PM · Jun 3, 2021 · Twitter for Android



  Tweet your reply        Reply

Q Search Twitter

**Relevant people**



🌈**ANDY JONNY**      Follow
@AndresJovannyMa

EL PENSAR Y EXPRESAR 💙🧠 Tengo un canal en YouTube ▶️ ANDY JONNY 😁

**What's happening**

NFL · 40 minutes ago
**Browns at Bills**



#Disenchanted 🧙‍♀️
Original movie now streaming
Promoted by Disney+

Trending in California          ···
**Rest In Peace**
56.4K Tweets

Only on Twitter · Trending      ···
**Rest in Power**
26.1K Tweets

Trending in United States       ···
**Qatar**
Trending with Ecuador, Jungkook

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

  **Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**

**Clicky Sound**
@ClickySound

[clickysound.com/miley-cyrus-an...](clickysound.com/miley-cyrus-an...) Miley Cyrus and Cody Simpson are still going strong, Lana Del Rey's new look and more …



10:10 AM · Jun 5, 2020 · Clicky Sound

Tweet your reply

Reply

**Search Twitter**

**Relevant people**



**Clicky Sound**
@ClickySound

Follow

Photography at its Best!

**What's happening**

Entertainment · 59 minutes ago
**It's Sushmita Sen's birthday** 🎂



#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States
**Welcome Back Kotter**

Sports · Trending
**Gus Malzahn**

Sports · Trending
**Herbig**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/diorangxl/status/1523725714234966017 __ at __ 2022-11-21 20:39:22 -08:00 __

← **Tweet**

@diorangxl

Rihanna wearing the Miu Miu crystal set ✨



11:04 AM · May 9, 2022 · Twitter for iPhone

**96** Retweets   **16** Quote Tweets   **505** Likes

Tweet your reply

Reply

**Relevant people**

@diorangxl
she/her | fashion posts only

Follow

**What's happening**

NFL · 21 minutes ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
59.6K Tweets

Trending in United States
**Chrisley**
21.4K Tweets

Trending in United States
**Tristan Alvano**
Trending with Westside, Gretna

Reality TV · Trending
**August Alsina**
Trending with #TheSurrealLife

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/hotmal3cu/abs/status/1419840002704433154 ___ el ___2022-11-21 10:21:08 -08:00

← **Tweet**

Hot Male Celebrities
@Hotmal3celebs

Aaron Taylor-Johnson



7:00 PM · Jul 26, 2021 · Twitter for iPhone

**226** Retweets   **5** Quote Tweets   **1,501** Likes

---

Tweet your reply                                    **Reply**

**Joey said NMSL**🈲 @JoeyNmsl · Jul 27, 2021
Replying to @Hotmal3celebs
So fucking hot. He can swim in the water from my hole

**null.EXE** 🔞 @Voided_Null · Jul 27, 2021
Replying to @Hotmal3celebs and @damon8211
Me, every time I see this gorgeous man:

♥ 2

**rbbrdcky** @rbbrdcky1 · Jul 27, 2021
Replying to @Hotmal3celebs
I completely understand now how he keeps getting roles.

**Mat Richardson** @Classjoker21 · Jul 27, 2021
Replying to @Hotmal3celebs

GIF

**Kenneth Brancheau** @kebra1264 · Jul 26, 2021
Replying to @Hotmal3celebs
So damn beautiful.

Show more replies

---

**Search Twitter**

**Relevant people**

Hot Male Celebrities
@Hotmal3celebs        **Follow**
🔵🔵🔵

**What's happening**

FIFA World Cup · LIVE
Senegal vs Netherlands



Trending in California
**Dodger Stadium**
13.9K Tweets

Trending in United States
**Mendy**
Trending with Robyn

Sports · Trending
**Charles Barkley**
4,305 Tweets

Trending in United States
**#CreditCardMovies**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

🐦

🔍 Search Twitter

⌂ Home

# Explore

🔔 Notifications (1)

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

◯ More

**Tweet**

**Outlander Magazine**
@StreetFashion01                                    •••

### Kanye West wearing VISVIM 'Kerchief' Down Jacket! 🔍



👤 ye

2:16 PM · Nov 1, 2020 · Twitter for iPhone

**100** Retweets   **38** Quote Tweets   **951** Likes

💬      🔁      ♡      📤

🅿 | Tweet your reply                              **Reply**

**Pinned Tweet** @Syaherry · Nov 2, 2020              •••
Replying to @StreetFashion01 and @kanyewest
Mirip batik
💬      🔁      ♡      📤

**Godwin Harare** @ProjectDystopia · Nov 1, 2020    •••
Replying to @StreetFashion01 and @kanyewest
When you're a hidden Crip member.....
💬      🔁      ♡      📤

**FashionInsight13** @FInsight13 · Nov 2, 2020      •••
Replying to @StreetFashion01 and @kanyewest
Cool 💙💙💙
💬      🔁      ♡      📤

**lena** @tearsansorries · Nov 2, 2020              •••
Replying to @StreetFashion01 and @kanyewest
There is someone out there that believes they created that jacket's look
you may not be crazy ask him or whoever made it where they received the
inspiration.
💬      🔁      ♡      📤

This Tweet was deleted by the Tweet author. Learn more

**Show replies**

**Perkowski Legal P.C.**
@c_perkowski                •••

**Relevant people**

**Outlander Magazine**                **Follow**
@StreetFashion01
Keeping you Tapped in with the
Fashion World.          Turn on
Notifications & Check us on Insta
"@/OutlanderMagazine" 🧢 Contact:
Contact@outlandermag.com

**ye** ✓                              **Follow**
@kanyewest

**What's happening**

Television · LIVE
**Bachelor in Paradise airing on
ABC**

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in United States           •••
**RIP Harold**

Bachelor in Paradise · Trending    •••
**#bachelorinparadiseabc** 🌹
Trending with Victoria

Entertainment · Trending            •••
**Tarantino**
Trending with Marvel, Scorsese

**Show more**

Terms of Service  Privacy Policy  Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.




Perkowski Legal P.C.
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 23-6   Filed 03/13/23   Page 48 of 101   Page ID #:3618

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.**
@c_perkowski   ...

https://twitter.com/picshs/status/1311762056241016833 __ el __ 2022-11-22 16:05:21 -08:00

← **Tweet**

**best harry pics**
@picshs
···



1:17 PM · Oct 1, 2020 · Twitter Web App

**291** Retweets   **27** Quote Tweets   **3,929** Likes

Relevant people

**best harry pics**
@picshs
Follow

Posting daily the best pics, gifs and videos of the singer, songwriter, model, producer, and actor Harry Styles. © to owners.

What's happening

FIFA World Cup · This morning
**Mexico vs Poland**

#AvatarTheWayOfWater
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Marvel**

Betty White · Trending
**Betty White**
3,180 Tweets

Celebrities · Trending
**Tom Hanks**
9,051 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply                    Reply

**Diana** @ginrazzah · Oct 1, 2020
Replying to @picshs
Harry's wearing a vintage Chicago Cubbies t-shirt. 🧢🐻 I love that he's not afraid to mix his clothes up.  Old with new, pricey with cheap equals perfect 👌🏼
💬   🔁   ♡ 3   ⬆️

**layla¹⁸** @laylaludemannt · Oct 1, 2020
Replying to @picshs
when was that?
💬   🔁   ♡ 1   ⬆️

**iamssss** @javadd_28 · Oct 1, 2020
Replying to @picshs
es recienteee???
💬   🔁   ♡   ⬆️

**angelika** @harrycuddless · Oct 1, 2020
Replying to @picshs
how can someone look so good just walking 😍😭
💬   🔁   ♡   ⬆️

**brea** 🌙 @mbre23867741 · Oct 1, 2020
Replying to @picshs
twitter.com/brenna01645529...
This Tweet is unavailable.
💬   🔁   ♡   ⬆️

**sarah** @akobwine · Oct 2, 2020
Replying to @picshs
Amica io lo so perché hai ritwittato questo post! 😱😂😂😂 @_ribhes
💬   🔁   ♡   ⬆️

This Tweet was deleted by the Tweet author. Learn more

Show replies

**Perkowski Legal P.C.**
@c_perkowski
···

← **Tweet**



**Celeb Pics**
@FameBabes

⋯

## Megan Fox



3:36 PM · Jun 12, 2021 · Twitter for iPhone

**27** Retweets    **240** Likes

💬            ⭤            ♡            ⬆️

 Tweet your reply        Reply

🔍 Search Twitter

**Relevant people**

 **Celeb Pics**    Follow
@FameBabes

NSFW - Sharing Content of Famous Babes 😴 - Professional Horn Dog - Started 8/27/19 - BACKUP @FameBabesBACKUP ❗

**What's happening**

FIFA World Cup · 2 hours ago
**Mexico vs Poland**



**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
◻ Promoted by Avatar

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski    ⋯

← **Tweet**

Chris Evans USA ✔
@ChrisEvans_USA

This guy. Looking like that.



1:23 PM · Oct 13, 2022 · Twitter for iPhone

**60** Retweets   **767** Likes

Tweet your reply                          Reply

Julie @Jujubicket · Oct 13
Replying to @ChrisEvans_USA
Love that jacket! 💙💙

Zeus Xyruz @zeusxyruz · Oct 14
Replying to @ChrisEvans_USA
💙💙

lindaagriao da silva @lindaagriao · Oct 14
Replying to @ChrisEvans_USA
He looks  so gorgeous 😍

Gaby Kramer @GabyKramer1a · Oct 14
Replying to @ChrisEvans_USA
the hair is a bit to short...❤

Melda Dağdeviren @MeldaDadeviren1 · Oct 15
Replying to @ChrisEvans_USA and @Karo_Evans
Amazing man❤❤
                                1

Vandana Rathod @VandanaRathod23 · Oct 14
Replying to @ChrisEvans_USA
Handsomeness overloaded ❤

Jenn Antilli @jennfrombuffalo · Oct 14
Replying to @ChrisEvans_USA
It's the wardrobe that is making him in this

This Tweet was deleted by the Tweet author. Learn more

aaron.v8589@gmail.com @AV8589 · Oct 13
Replying to @KathrynTreadwe3 and @ChrisEvans_USA
I have a coat like that in black Looks sooo damn good on him too 💕

Perkowski Legal P.C. ✔
@c_perkowski

**Search Twitter**

**Relevant people**

Chris Evans USA ✔          Follow
@ChrisEvans_USA
FAN ACCOUNT 💙 Dedicated to
Dodger Evans' BEST FRIEND. No
Gossip. No Hate. You can call me Luna
🍀 I love 🌙🐶👨‍🦱🎸🚗💙🌟🌹🎅 and 💙💙

**What's happening**

FIFA World Cup · 5 hours ago
World Cup Qatar 2022: Opening
Ceremony

#Disenchanted 🧙
Original movie now streaming
Promoted by Disney+

Trending in California
**Rest In Peace**
54.5K Tweets

Sports · Trending
**Fields**
Trending with  Falcons, Bears

Sports · Trending
**Parsons**
4,617 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More —
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

← **Tweet**

**1D Updates**
@Live1DNews · · ·

Harry on the set of 'Don't Worry Darling' today (December 1)

(Via @hsdcandids)



5:48 PM · Dec 1, 2020 · Twitter for iPad

**2** Likes

Tweet your reply

Reply

Q Search Twitter

**Relevant people**

**1D Updates**
@Live1DNews
Follow
1D Updates. Paul, Andy, and more follow!

**HS Candids**
@hsdcandids
Follow
Follow for HQ candids of HS. Layout by @brightblackdsgn. (Fan Account)

**What's happening**

Television · 1 hour ago
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in California
**#AMAsFanFavorite** 🌹
1.65M Tweets

Trending in California
**Ecuador**
83.5K Tweets

Sports · Trending
**Pasadena**
1,546 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home

Explore

Notifications



https://twitter.com/coolcrushes/status/1513228136070015498 ... _ld_ 2022-11-22 01:32:37 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-6    Filed 03/13/23    Page 54 of 101    Page ID
#:3624

**Celeb Crushes 95K**
@coolcrushes

The Style Files: 🇦🇺 Margot Robbie 💃

⚡ Long: 2014
⚡ Short: 2015
⚡ Tail: 2016
⚡ Curls: 2019



11:51 AM · Apr 10, 2022 · Twitter Web App

**14** Retweets    **270** Likes

Tweet your reply                    Reply

**grahamph** @grahamph · Apr 11
Replying to @coolcrushes
Short.

**Robert Starkey** @starkey_re · Apr 10
Replying to @coolcrushes
Mila Kunis:
Long
Short
Tail
Curls

1                    1

**grahamph** @grahamph · Apr 11
Replying to @starkey_re and @coolcrushes
Long.

**Tyson Gibbs** @tygibbs01 · Apr 11
Replying to @coolcrushes
Long!

**VictorManuel357 ∴** @Manuel357Victor · Apr 11
Replying to @coolcrushes
Tail

---

**Relevant people**

**Celeb Crushes 95K**
@coolcrushes
Celebrating celebs from the past to the present. Follow for interesting debate. I do not own any of the content. A hobby page #celebs #celebrities
Follow

**What's happening**

Entertainment · LIVE
Fans wish Kartik Aaryan a happy birthday 🎉

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
7,164 Tweets

Trending in United States
**#GMMTV2023**
203K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**



**Türkçe**
@turkce

Jennifer Lopez ile kızı Emme, Vincent Van Gogh sergisinde: Şarkıcı olmak isteyen Emme, kendisini geliştirmek ve sanat dünyasıyla yakın olmak için annesi Jennifer Lopez ile sosyal aktivitelerine devam ediyor. Anne-kız... dlvr.it/S6MRYR #Türkçe #MagazinHaberleri #Magazin

Translate Tweet



4:47 AM · Aug 26, 2021 · dlvr.it

       

Tweet your reply                                    Reply

---

### Relevant people



**Türkçe**                                    Follow
@turkce

Gazete ve dergilerden Türkçe Haberler, Son Dakika, Spor, Magazin, Teknoloji, Sinema Haberleri. İletişim ve iş birliği için: turkcemag@gmail.com

### What's happening

FIFA World Cup · 1 hour ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 💧
Get tickets now – In theaters December 16
📷 Promoted by Avatar

Trending in United States
Ochoa
Trending with #MEXPOL, Lewandowski

Trending in United States
#BoycottTampax
4,702 Tweets

Trending in United States
#coinology
2,503 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

### Search Twitter

- 📷 Home
- # Explore
- 🔔 Notifications
- ✉ Messages
- 🔖 Bookmarks
- ▤ Lists
- 👤 Profile
- ⋯ More

**Tweet**



**Perkowski Legal P.C.** ⋯
@c_perkowski

__ https://twitter.com/Dakoholics/status/1198885676235837440 __ at __ 2022-11-20 16:52:11 -08:00 __

← **Tweet**



**Dakota Johnson Daily**
@Dakoholics                                          •••

November 24: #DakotaJohnson was spotted with Addison Timlin, Jeremy Allen White and her goddaughter Ezer at Farmers Market in Los Angeles.



👤 Dakota Johnson Brasil

12:46 AM · Nov 25, 2019 · Twitter for Android

**9** Retweets   **1** Quote Tweet   **63** Likes

💬          🔁          ♡          ⬆️

 Tweet your reply                    Reply

🔍 Search Twitter

**Relevant people**

**Dakota Johnson Daily**          Follow
@Dakoholics
Fan account dedicated to actress, activist, director and producer Dakota Johnson.

**Dakota Johnson Brasil**          Follow
@DakotaJBRA
Sua primeira, maior e melhor fonte sobre a atriz e produtora Dakota Johnson no Brasil. E-mail para contato: contato@dakotajohnsonbrasil.com

**What's happening**

NFL · 6 minutes ago
**Bengals at Steelers**

**#Disenchanted** 🧹
Original movie now streaming
▶️ Promoted by Disney+

Trending in United States
**UCLA**
30.8K Tweets

Politics · Trending
**LGBTQ**
Trending with AR-15, Colorado Springs

Trending in California
**#TWDFinale**
Trending with #TheWalkingDead

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski



_ https://twitter.com/mileycyrusbz/status/1455829480633635840 _ at _ 2022-11-21 02:09:38 -08:00 _

← **Tweet**

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**



Miley Cyrus Updates 🇮🇹
@MileyCyrusBz

Miley and Maneskin at #GucciLoveParade



2:29 AM · Nov 3, 2021 · Twitter for iPhone

**37** Retweets  **19** Quote Tweets  **269** Likes

Tweet your reply

Reply

## Relevant people

**Miley Cyrus Updates 🇮🇹**
@MileyCyrusBz

Follow

Fan account | Copyright belongs to the respective owners | @MileyCyrus follows 💕

## What's happening

NFL · 5 hours ago
**Chiefs at Chargers**

Music · Trending
**Kelly Rowland**
Trending with Chris Brown

Trending in United States
**Iran**
478K Tweets

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

Perkowski Legal P.C.
@c_perkowski





← **Tweet**

**Home**

**#** Explore

**Notifications** 1

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**



DRIP
@DRIPTER

3:42 AM · May 5, 2022 · Twitter for iPhone

**36** Retweets   **4** Quote Tweets   **711** Likes

Tweet your reply

Reply

**Q** Search Twitter

**Relevant people**

DRIP
@DRIPTER          Follow
FOR THE CULTURE 🌐

**What's happening**

NFL · 3 hours ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
72.4K Tweets

Trending in California
**Mexicans**
6,650 Tweets

Entertainment · Trending
**#TheVowHBO**

Trending in United States
**Trent Reznor**
23K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



Perkowski Legal P.C. ···
@c_perkowski

__ https://twitter.com/ilysmcevans/status/1580646083734433793 __ et __ 2022-11-22 23:31:42 -08:00



← **Tweet**

**siri**
@ilysmcevans

···

this is very very much romcom chris evans oh im extremely hungry



12:46 PM · Oct 13, 2022 · Twitter for Android

**21** Retweets    **1** Quote Tweet    **267** Likes

💬          🔁          ♡          ⬆️

**P**    Tweet your reply                                    Reply

**V** @V64086568 · Oct 13
Replying to @ilysmcevans

DAMNNNNN
GIF ALT

💬          🔁          ♡          ⬆️

## Relevant people

**siri** 
@ilysmcevans        **Follow**
sexiest man alive chris evans' tattoo
licker first, human next 👅 fan account

## What's happening

Sports · LIVE    
**2022 FIFA World Cup**

**#AvatarTheWayOfWater**🔵
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Trending in California
**Costco**              ···
6,085 Tweets

Trending in United States
**Erection**            ···
20.9K Tweets

Business and finance · Trending
**Chesapeake**         ···
42.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/RihanyBrasil/status/1491797141987380104 ...at ...2022 ...05:06 ... Document 23-6 Filed 03/13/23 Page 62 of 101 Page ID #:3632



← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

**Perkowski Legal P.C.**
@c_perkowski   ...

← **Tweet**

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Aaron Bastani
@AaronBastani

···

The Musk to Marx pipeline. 🙂



4:04 PM · Oct 2, 2021 · Twitter for iPhone

**49** Retweets   **3** Quote Tweets   **802** Likes

Tweet your reply                                            Reply

**Matthew Henry** @mattjohenry · Oct 2, 2021
Replying to @AaronBastani
I think you mean the Bastani to Marx pipeline.

                        8

**Aslisho Qurboniev** @aslishahqurbani · Oct 3, 2021
Replying to @AaronBastani
How long did it take? Genuinely curious abt when she posted the first.

                        1

**Dan** @Danuwry · Oct 3, 2021
Replying to @aslishahqurbani and @AaronBastani
Wasn't that long ago remember seeing it 1-2 months maybe

                        1

**The Ennuiasel** @SonOfGibbo · Oct 2, 2021
Replying to @AaronBastani
Get her to review it

**James Jackson** ✓ @derJamesJackson · Oct 2, 2021
Replying to @AaronBastani
And who laid that pipe? 😉

                        1

**Twerp** @hellscape_stuck · Oct 2, 2021
Replying to @AaronBastani
Your books so good it caused a marriage to break up...

                        9

**Graete** @Graete97 · Oct 3, 2021
Replying to @AaronBastani
admit it, this is a secret dream of youra come true

**RD Hale** @RickyDHale · Oct 3, 2021
Replying to @AaronBastani
Can't believe you radicalised Elon Musk's girlfriend

                1       7

**Beardy Von Gulag** 🌹🇵🇸🔫🧲 @BeardyTrabant · Oct 2, 2021
Replying to @AaronBastani
Jesus, thought you were referring to #craftywank for a sec there...

**pat** @patleenichols · Oct 2, 2021
Replying to @AaronBastani
Underrated era? Yo did a new era just drop or what?

**jacobin hate account** 🇺🇦 @SeanMichaelson4 · Oct 3, 2021
Replying to @AaronBastani
Wait? is this real?

Show more replies

Search Twitter

**Relevant people**

Aaron Bastani
@AaronBastani                                          Follow
Socialist abundance. Co-Founder
@novaramedia, Author of Fully
Automated Luxury Communism 🌹🌍
Next book on politics of ageing 👴👵
(He/Him) 🌹🇵🇸

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**

#AvatarTheWayOfWater 🔵
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in California
**Mexico City**
25.3K Tweets

Trending in United States
**Argentina**
Trending with Vamos Mexico, Alexis Vega

Entertainment · Trending
**Died Suddenly**
110K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

 **Fuera de Plano**
@FueraPlano    ···

Nuevas imágenes del detrás de escena de 'Madame Web'. Tenemos un primer vistazo del que parece ser el villano de la película. #MadameWeb

Translate Tweet

  

10:11 AM · Oct 6, 2022 · Twitter for iPhone

**2** Likes

💬    🔁    ♡    

**Tweet your reply**    **Reply**

Q Search Twitter

**Relevant people**

 **Fuera de Plano**    **Follow**
@FueraPlano

Amantes del cine y las series. Noticias, recomendaciones, reseñas, sorteos y más! Twitch: twitch.tv/fueradeplanoli...

**What's happening**

Television · 2 hours ago
**Saturday Night Live airing on NBC**


**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States    ···
**Blocked**
133K Tweets

Entertainment · Trending    ···
**#TheUnfaithful**

Trending in United States    ···
**Jason David Frank**
1,111 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**    ···
@c_perkowski



← Tweet

Q Search Twitter

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**



**The Latest Celebrity News 24/7**
@smackgirls

•••

Nicola Peltz puts on united front as she clasps Brooklyn's hand amid Victoria 'feud' dlvr.it/SXrbr2



3:41 AM · Sep 6, 2022 · dlvr.it

 



Tweet your reply

Reply

### Relevant people



**The Latest Celebrity …**
@smackgirls

Follow

The Latest Celebrity News | Celeb news now 24/7 - The Latest Celebrity News | Celeb news now 24/7 . Manchester Unite Fan 2022 #MUFC

### What's happening

NFL · 1 hour ago
**Cowboys at Vikings**



#Disenchanted 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Rosita**
5,941 Tweets

•••

The Real Housewives of Potomac · Trending
**John Hopkins**

•••

Trending in United States
**#AMAs** 🔥
Trending with soobin, Anitta

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.



Perkowski Legal P.C.
@c_perkowski
•••

https://twitter.com/leoninethings/status/1587125347715252230 __ at __ 2022-11-22 22:16:34 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-6   Filed 03/13/23   Page 67 of 101   Page ID #:3637

# Tweet

**sassy**
@leoninethings

···



9:52 AM · Oct 31, 2022 · Twitter for Android

**8** Retweets    **217** Likes

Tweet your reply

Reply

🐾 @thewomenb4me · Oct 31
Replying to @leoninethings
Harreh

← Tweet

Q Search Twitter

## Relevant people

**sassy**
@leoninethings    Follow

moodboards and inspo 🌟💥✨ pics
aren't mine

## What's happening

FIFA World Cup · Earlier today
**Mexico vs Poland**

**#AvatarTheWayOfWater**🧿
Get tickets now - In theaters December 16
▣ Promoted by Avatar

Trending in United States
**Erection**
17.7K Tweets

Trending in California
**Costco**
5,789 Tweets

Entertainment · Trending
**Marvel**
93.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Left Navigation
Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

_ https://twitter.com/MovieCrazyP/status/1379918261240872960 _ at _ 2022-11-20 20:34:32 -08:00 _

← **Tweet**

**Movie Crazy Planet** 🎬🍿🎥
@MovieCrazyP

🎥💥 PRIMER VISTAZO 💥🎥

¡Las Chicas Superpoderosas durante el primer día de rodaje del live action de #ThePowerpuffGirls!

Translate Tweet



3:05 PM · Apr 7, 2021 · Twitter for Android

**2** Retweets  **1** Quote Tweet  **8** Likes



Tweet your reply

Reply

## Relevant people

**Movie Crazy Planet ...**
@MovieCrazyP

💥 Noticias, tráilers, pósters, los estrenos más recientes de cine, series

Follow

**Perkowski Legal P.C.** ...
@c_perkowski

Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

— https://twitter.com/111_ir/status/888659457286320133 __ at __ 2022-11-22 20:23:58 -08:00

Twitter

← **Tweet**

**Pisces**
@111_ir
···

I'm living for this



12:18 AM · Jul 22, 2017 · Twitter for iPhone

**117** Retweets   **20** Quote Tweets   **550** Likes

Tweet your reply                                                **Reply**

**arfuro** @arturo2272 · Jul 22, 2017
Replying to @111_ir and @Lowkeybvd
Wuuut

**Julianbest** @Julianb13158322 · Aug 12, 2017
Replying to @111_ir and @Lowkeybvd
Was This Justin's Boyfriend?? 🤔🤔

**anti-hero** @alangxbriel · Jul 22, 2017
Replying to @111_ir and @Lowkeybvd
Omg a couple

**Perkowski Legal P.C.**
@c_perkowski
···

---

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

---

**Relevant people**

**Pisces**
@111_ir                                    **Follow**
Follow my natural based cosmetics
page @hypnotic_skin 🔲💅🏽💋 I'm
your favorite.

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
🎟 Promoted by Avatar

Trending in United States                  ···
**#GenshinSpecialProgram**
7,681 Tweets

Trending in California                     ···
**Hooters**
8,532 Tweets

Trending in California                     ···
**Epstein**
35K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/MovieCrazyP/status/1564869394064367617 __ at __ 2022-11-21 06:29:15 -08:00 __

← **Tweet**

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications ①

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

MCP **Movie Crazy Planet** 🎬🍿🍦
@MovieCrazyP                                         ...

#PorSiTeLoPerdiste

📸📷 💥 PRIMER VISTAZO 💥 📷📸

💥¡¡¡ Imágenes de Dominique Thorne como Riri Williams con traje de #IronHeart !!!💥



11:55 PM · Aug 30, 2022 · Hootsuite Inc.

**2** Likes

💬              ⟲              ♡              ⬆️

P   Tweet your reply                                    Reply

## Relevant people

MCP **Movie Crazy Planet ...**                      **Follow**
@MovieCrazyP

💥Noticias, tráilers, pósters, los estrenos más recientes de cine, series y televisión.💥 Síguenos y activa la 🔔 moviecrazyplanet@gmail.com ✉️

## What's happening

FIFA World Cup · LIVE
**England vs Iran**

Events · Trending
**LGBT**                                              ...
207K Tweets

Trending in United States
**Maguire**                                          ...
Trending with Luke Shaw

Gaming · Trending
**3DS RAINBOW ROAD**                                 ...

Gaming · Trending
**Maple Treeway**                                    ...

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

P   **Perkowski Legal P.C.**   ⋯
@c_perkowski

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← **Tweet**



**katie** 🙌
@weloveharry_1Dx

who said harry's can't bake ??



9:57 AM · Feb 1, 2021 · Twitter for iPhone

**3** Retweets    **13** Likes

**Tweet**

 Perkowski Legal P.C.
@c_perkowski

Tweet your reply                    **Reply**

**Underthecanyonmoon** @Underthecanyon3 · Feb 2, 2021
Replying to @weloveharry_1Dx
Hi I'm Harry.
I work in a bakery

---

## Search Twitter

### Relevant people

**katie** 🙌
@weloveharry_1Dx                    **Follow**
jack's housewife

### What's happening

FIFA World Cup · LIVE
**Mexico vs Poland**



#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
113K Tweets

Trending in United States
**Argentina**
Trending with Messi

Trending in United States
**Vogue**
47.5K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.





https://twitter.com/StrangerNews11/status/1395095688694234624... __et__ 2022-11-22 12:05:42 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-6    Filed 03/13/23    Page 74 of 101    Page ID #:3644

← 

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Stranger Things 4**
@StrangerNews11                                            ···

STEVE WORKING AT THE VIDEO STORE IS GOING TO BE
SO FUN..❤️



12:15 PM · May 19, 2021 · Buffer

**69** Retweets    **13** Quote Tweets    **1,602** Likes

💬        ↻        ♡        ⬆️

Ⓟ    Tweet your reply                          **Reply**

**johnpap1** @papad_giannis · May 20, 2021                   ···
Replying to @StrangerNews11
we all do love how Steve's character, has been changed throughout the 3
seasons. ❤️
💬      ↻      ♡ 1      ⬆️

**Maggy** @Maggy41933002 · May 19, 2021                     ···
Replying to @StrangerNews11
Steve is a mom... But the one of the normal ones... 🙌🏻
💬      ↻      ♡ 8      ⬆️

**Marius Osaland Alykkja** @MAlykkja · May 19, 2021          ···
Replying to @StrangerNews11
Excited for Season 4! 😭
💬      ↻      ♡ 4      ⬆️

**Manan Sharma** @MananSh29095983 · May 19, 2021            ···
Replying to @StrangerNews11
Yeah! It's gonna be lot of fun to see Steve working at the Video Store in
Season 4 because we see in season 3 that he and Robin work at Scoops
Ahoy! And Steve is also a funny character in Series so that is the reason
Steve is all favourite character .And Very Excited for Season 4
💬      ↻      ♡ 4      ⬆️

**Talking Nat🧛** @TalkingNat · May 20, 2021                 ···
Replying to @StrangerNews11
my local family video just closed down this month 😢
💬      ↻      ♡      ⬆️

**Michał Kwiecień** @MichaKwiecie9 · May 19, 2021           ···
Replying to @StrangerNews11
I love and miss him so much 😭😭😭
💬      ↻      ♡ 1      ⬆️

**Anitta Glows** @anittaglows_ · May 19, 2021               ···
Replying to @StrangerNews11
i love st 🌹
💬      ↻      ♡ 3      ⬆️

---

**Perkowski Legal P.C.**    ···
@c_perkowski

---

🔍 Search Twitter

### Relevant people

 **Stranger Things 4**    **Follow**
@StrangerNews11
News and Filming Updates about
Stranger Things...🎥 Photos, Videos
and Information about the Cast...📷
❤️ Fan Community. Netflix Shows &
Movies. 04/04

### What's happening

FIFA World Cup · 2 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
📢 Promoted by Avatar

Celebrities · Trending                              ···
**Tom Hanks**
5,572 Tweets

Trending in California                             ···
**Mexicans**
15.8K Tweets

Trending in California                             ···
**LAPD**
11K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

— https://twitter.com/girlfromaspen/status/1556046796388007937 __ at __ 2022-11-19 20:59:53 -08:00 __

# Tweet

Search Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists

↻ Kate Retweeted

**CM and DJ💙💜**
@__Dartin

Dakota on set today (6th august) in Boston
#MadameWeb #DakotaJohnson

Via @DakotaJArg

3:29 PM · Aug 6, 2022 · Twitter for iPhone

**18** Retweets   **2** Quote Tweets   **86** Likes

Tweet your reply

Reply

## Relevant people

**Kate**
@girlfromaspen   Follow
I dislike negativity so unless I follow you, your replies aren't welcome on my tweets.

**CM and DJ💙💜**
@__Dartin   Follow
Fan account for Chris Martin And Dakota Johnson #Dartin #ChrisMartin #DakotaJohnson

**Dakota Johnson Arge...**
@DakotaJArg   Follow
Tu mejor y más actualizada fuente de información sobre la actriz, productora, directora y activista #DakotaJohnson en Español.

## What's happening

NCAA Football · LIVE
**USC at UCLA**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**HE'S BACK**
144K Tweets

Television · 58 minutes ago
**Saturday Night Live airing on NBC**

Sports · Trending
**Dorian Thompson-Robinson**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/GoldenFashi/status/1518264611895758849 — at — 2022-11-21 09:17:22 -08:00

← **Tweet**

 **Golden Fashion**
@GoldenFashi

···

جيجي حديد تتألق بالابيض في عيد ميلادها 🤍

Translate Tweet



9:24 AM · Apr 24, 2022 · Twitter for iPhone

**3** Retweets  **6** Quote Tweets  **205** Likes

Tweet your reply

Reply

@N82il · Apr 25
Replying to @GoldenFashi

خلاقين

.أسيلّ حاف. @ii_sela_ · May 8
Replying to @GoldenFashi

الكورسيه ترننننددددد 😱❤️

Perkowski Legal P.C.
@c_perkowski  ···

---

Search Twitter

**Relevant people**

 **Golden Fashion**  Follow
@GoldenFashi

حساب مخصص لنقل أحدث صيحات
الموضة والمكياج صادر عن صحيفة
مرخصة من وزارة الإعلام، للإعلانات
wa.me/message/SFOULN...

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Trending in California  ···
**Dodger Stadium**
13.9K Tweets

Entertainment · Trending  ···
**#AntManandTheWaspQuantumania**
1,705 Tweets

The Real Housewives of Potomac · Trending  ···
**Wendy**
Trending with **Robyn**

Music · Trending  ···
**#askmeek**
2,259 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

← **Tweet** 

**MarvelStudios The Multiverse Saga**
@Marvelfan2023                                    ···

New #MadameWeb set photos show Dakota Johnson sporting the hero's white hair from the comics! #sony



3:00 PM · Oct 10, 2022 · Twitter for iPhone

**1** Retweet   **1** Quote Tweet   **29** Likes

♡   ⟲   ♡   ↑

P   Tweet your reply                          Reply

🔍 Search Twitter

**Relevant people**

**MarvelStudios The M...**         Follow
@Marvelfan2023

the multiverse saga and Spider-Man news 📰 and updates page/PlayStation fan 🎮 #marvel #disney #disneyplus #marvelstudios #D23expo #teamplaystation #ps5

**What's happening**

Formula 1 · 2 hours ago
**Abu Dhabi Grand Prix 2022**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending         ···
**#RIPLEGEND**
4,338 Tweets

Trending in California         ···
**Shakira**
101K Tweets

Only on Twitter · Trending         ···
**RIP JDF**
8,831 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

**Tweet**

 **Perkowski Legal P.C.**   ···
@c_perkowski

https://twitter.com/JenniferUpdates/status/15440147932213926121 ... at ... 2022-11-21 20:35:13 -08:00 Document 23-6 Filed 03/13/23 Page 78 of 101 Page ID #3646

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@_perkowski

**Jennifer Lawrence Updates**
@JenniferUpdates

Jennifer Lawrence has landed in New York City where production for her next film 'No Hard Feelings' should begin in the coming weeks



3:45 PM · Jul 6, 2022 · Twitter for iPhone

**38** Retweets  **6** Quote Tweets  **704** Likes

Tweet your reply                                    **Reply**

**Rick Allen** @RickAllen2020 · Jul 6
Replying to @JenniferUpdates
Who cares?
2

**Ahmad Zahir Khan** @zkk36 · Jul 11
Replying to @JenniferUpdates
Canada Actra member. Wishes to come in same frame with you or for a second ,will you fill hi wish ,then call me 6472155780 ,Actra membership 0421425 ,love your Grand father age person wish ,Imagine ,

**L王U♥** @pinongatp · Jul 6
Replying to @JenniferUpdates
🌹

**Stan account** @mtisonineflies · Jul 6
Replying to @JenniferUpdates
First time that I hear about that movie!
1

**JEN LAWRENCE COMMUNITY** @Communityfen · Jul 6
Replying to @mtisonineflies and @JenniferUpdates



variety.com
Jennifer Lawrence R-Rated Comedy 'No Hard Feelings' Lands at Sony P...
Sony Pictures has acquired "No Hard Feelings," an R-rated comedy package with Jennifer Lawrence attached to star. Gene Stupnitsky ...
3

**Amr Soliman ELaraby** @ElxElwalse · Jul 6
Replying to @JenniferUpdates

3

**Rocky Rodriques** @rockyrodriques · Jul 7
Replying to @JenniferUpdates
Hi Jenn rocky from cape carl

**Rocky Rodriques** @rockyrodriques · Jul 7
Replying to @JenniferUpdates
Cape cod lol

**Billie Kihega** @billie_kihega · Jul 7
Replying to @JenniferUpdates
@jenniferlawrence. Love babies 👶

**WarrenJ0000045** @J000045 · Jul 7
Replying to @JenniferUpdates
Love the kitty t shirt.

**Pickles Aplenty | 🇵🇸** @Comrade802 · Jul 7
Replying to @JenniferUpdates
She's filming already? That's unexpected. She seems like she'd take like a year long maternity leave

Show more replies

Relevant people

Jennifer Lawrence Up...    **Follow**
@JenniferUpdates
Your most reliable fan account for Academy Award winner Jennifer Lawrence since 2012. Not affiliated with Jen or her team.

What's happening

Television · 33 minutes ago
WWE Monday Night RAW airing on USA

Entertainment · Trending
Died Suddenly
59.2K Tweets

Trending in California
Dodger Stadium
9,972 Tweets

Sports · Trending
Trey Lance
1,207 Tweets

Reality TV · Trending
August Alsina
Trending with #TheSummerLife

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.



__ https://twitter.com/filesdakota/status/1552136677677727744 __ at __ 2022-11-21 08:27:29 -08:00 __



← **Tweet**

 **best of dakota johnson**
@johnsonfiles                                      ···

dakota johnson seen for first time on set of "madame web" in Boston ( july 20, 2022 ).

 

8:39 PM · Jul 26, 2022 · Twitter for iPhone

**7** Retweets    **57** Likes

  Tweet your reply                    Reply

---

Q Search Twitter 

### Relevant people

 **best of dakota johnson**     Follow
@johnsonfiles
■ daily news, updates, pictures, vidéos & throwbacks of the actress **dakota johnson** - ( this is a fan account ).

### What's happening

NFL · Yesterday
**Cowboys at Vikings**

Sports talk · Trending                    ···
**Skip and Shannon**

Trending in California                    ···
**Dodger Stadium**
14K Tweets

Entertainment · Trending                  ···
**#AntManandTheWaspQuantumania**
Trending with Kang

Trending in United States                 ···
**Maguire**
120K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**    ···
@c_perkowski

Perkowski Legal P.C.
@c_perkowski





__ https://twitter.com/theserfstv/status/1444768950492495872 __ el __ 2022-11-22 07:50:31 -0800 2:22-cv-09462-DMG-ADS    Document 23-6    Filed 03/13/23    Page 82 of 101    Page ID #:3652

**The Serfs** ✔
@theserfstv



1:50 PM · Oct 3, 2021 · Twitter Web App

**50** Retweets    **517** Likes

Xarris Posting His Ws, Ls and Someti...  @XarrisThe... · Oct 3, 2021
Replying to @theserfstv
OH MY GOD

HE *IS* THE MONORAIL GUY

💬 1    🔁    ♥ 6

Ian Danskin Parody Account @InnuendoStudios · Oct 3, 2021
Replying to @XarrisTheBard and @theserfstv
And the monorail guy is The Music Man, so...



GIF  ALT

💬    🔁    ♥ 3

Claire Phillips-@clairep@mastodon.so... @phillipscla... · Oct 3, 2021
Replying to @theserfstv
the uber-colonist you mean. south africa, the US, not enough. gotta take over the rest of the universe.

💬    🔁    ♥

Show additional replies, including those that may contain offensive content    **Show**

**Relevant people**

**The Serfs** ✔
@theserfstv
**Follow**
Lance (Host) - Métis / Dave / @ItIsMeKyleG (Edits) / all: He/Him
NOW GO: youtube.com/theserftimes
youtube.com/theserfstv
patreon.com/theserfs

**What's happening**

FIFA World Cup · 🔴LIVE
**Mexico vs Poland**

#AvatarTheWayOfWater🧜
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
111K Tweets

Trending in United States
**Argentina**
Trending with #WorldCup

Trending in California
**Mexico City**
25.6K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More •••
© 2022 Twitter, Inc.

https://twitter.com/Peli_Cronik/status/1219052522672148499/__al__ 2022-11-22 18:18:49 -08:00 · Document 23-6 · Filed 09/13/23 · Page 83 of 101 · Page ID #:3653



← **Tweet**

Home

Explore

Notifications

🔍 Search Twitter

 **Assiste Agora**
@assisteagora    ···

Novas imagens dos sets de gravação de 'MADAME TEIA' (Madame Web) revelam visual do que pode ser uma nova versão alternativa do "Homem-Aranha" ou algum vilão parecido

O ator nas fotos é o Tahar Rahim

#madameweb #Marvel #SpiderMan
Translate Tweet



10:20 AM · Oct 6, 2022 · Twitter for Android

**1** Retweet    **3** Likes

💬          🔁          ♡          ⬆️

Ⓟ    Tweet your reply          **Reply**

**Relevant people**

 **Assiste Agora**
@assisteagora          **Follow**

📍 Conteúdo sobre Entretenimento em Geral • Notícias de filmes e séries •



← **Tweet**

**Assiste Agora**
@assisteagora

···

Nova imagens do @ChrisEvans e @TheRock durante filmagens de 'RED ONE', no futuro filme de natal da @PrimeVideoBR

#RedOne #ChrisEvans #TheRock

2:05 PM · Nov 4, 2022 · Twitter for Android

**4** Likes

Tweet your reply

Reply

### Relevant people

**Assiste Agora**
@assisteagora
Follow

📍Conteúdo sobre Entretenimento em Geral • Notícias de filmes e séries • Críticas, Indicações de produções e mais...

**Chris Evans** ✓
@ChrisEvans
Follow

A Starting Point: @ASP

**Dwayne Johnson** ✓
@TheRock
Follow

Founder

### What's happening

NBA · 1 hour ago
**Lakers at Suns**

**#AvatarTheWayOfWater**🧿
Get tickets now - In theaters December 16
☐ Promoted by Avatar

Trending in California
**Costco**
6,037 Tweets
···

Trending in United States
**Erection**
19.8K Tweets
···

Business and finance · Trending
**Chesapeake**
38.1K Tweets
···

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

### Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter


**Perkowski Legal P.C.**
@c_perkowski
···

← **Tweet**

**Affinity Magazine** ✓
@TheAffinityMag                                                    ···

Sydney Sweeney was recently spotted in LA. 🌥️



8:30 AM · Feb 6, 2022 · TweetDeck

**4** Retweets  **5** Quote Tweets  **49** Likes

Tweet your reply                                    Reply

## Relevant people

**Affinity Magazine** ✓          Follow
@TheAffinityMag
NEXT GEN OF MEDIA

## What's happening

NFL · 1 hour ago
**Cowboys at Vikings**

**#Disenchanted** 🧟
Original movie now streaming
▶ Promoted by Disney+

The Real Housewives of Potomac · Trending          ···
**John Hopkins**

Trending in United States          ···
**#AMAs** 🔥
Trending with soobin, bebe rexha

Trending in United States          ···
**UCLA**
25.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**          ···
@c_perkowski

# Tweet

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

↺ **@nanfixus** Retweeted

♡ **DJohn**🔵 **DJ** ❄️ 👑 ♡
@AllMyloveQueenD

Ma' babe! 😍😍😍



10:00 PM · Sep 17, 2018 · Twitter for Android

**7** Retweets   **1** Quote Tweet   **43** Likes

Tweet your reply

Reply

## Search Twitter

### Relevant people

**@nanfixus**
@nanfixus                               **Follow**

DJ Fan ❄️ Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🇦🇷

### What's happening

FIFA World Cup · LIVE
**USA vs Wales**

Trending in California
**Telemundo**
7,725 Tweets

Trending in United States
**1-0 USA**
19.6K Tweets

Trending in United States
**Medford Messi**

Trending in California
**LETS GOOOOOO**
3,264 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski





NAÇÃO MARVEL | fan club
@nacaomarvel

A RAINHA 👑

Hailee Steinfeld no set de Hawkeye. (1/2)

5:39 PM · Feb 20, 2021 · Twitter for Android

**138** Retweets  **45** Quote Tweets  **1,702** Likes

Tweet your reply

---

NAÇÃO MARVEL | fan club @nacaomarvel · Feb 20, 2021
Replying to @nacaomarvel
Hailee Steinfeld no set de Hawkeye. (1/2)
(via @CrisesOrScreen)

---

NAÇÃO MARVEL | fan club @nacaomarvel · Feb 20, 2021
Replying to @nacaomarvel
essa aqui buguei kkkk era 2/2

---

tá olhando o que 😭😭 @mine_vacinas · Feb 20, 2021
Replying to @nacaomarvel
é bonita demais meu deus

---

bia @lamentojoda · Feb 20, 2021
Replying to @nacaomarvel
MEU DEUS NAÇÃO EU SU CARDIACA

▶ 0:42   1,346 views

From bia

---

Marcos P San · Billy Kaplan Bishop ... @NovoPrin... · Feb 20, 2021
Replying to @nacaomarvel
A maior de todas

---

leãozinho @leah_ribeiroo01 · Feb 20, 2021
Replying to @nacaomarvel
Você sabe quem é Kamala Khan?
#KamalaKhan
#MissMarvel
#Marvel
olharfeminino.art.blog/2021/02/20/kam...

---

pat @bigilibertydude · Feb 20, 2021
Replying to @nacaomarvel

▶

From pat

---

nathalya @XKRANISPDEY · Feb 20, 2021
Replying to @nacaomarvel
Jeliaxa essa mulher me bater, fds
twitter.com/deerhoang01/s...

---

̃ Erwin ̃ | ᵀᵂ#amake @nudkgn8o · Feb 20, 2021
Replying to @nacaomarvel
PERFEITAAAA

---

luli @luri_fotografia · Feb 20, 2021
Replying to @nacaomarvel
É o Mephisto

---

sol @thoutoyonoz · Feb 20, 2021
Replying to @nacaomarvel

▶ 826   12.4K views

From sol

---

evie @tomosante · Feb 20, 2021
Replying to @nacaomarvel
AVISA QUE É ELAAAA

---

mel ? @ssmoradoza · Feb 20, 2021
Replying to @nacaomarvel
TÔ APAIXONADA

---

**Relevant people**

NAÇÃO MARVEL | fa...
@nacaomarvel
🇧🇷 O maior fã-clube da Marvel no
Brasil e #2 do mundo | por @kaimyali
& @thsenloppw | 👤 @fhdcariihkk |
✉ nacaomarveloft@gmail.com

Follow

**What's happening**

NFL · 3 hours ago
49ers at Cardinals

Entertainment · Trending
Died Suddenly
71.8K Tweets

Trending in California
Mexicans
6,521 Tweets

Entertainment · Trending
Sinbad
8,381 Tweets

Entertainment · Trending
#TheVowHBO

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More...
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@_perkowski

← **Tweet**

ว่าไงนะคะ
@NavyO_O

## Kylie Janner เวอร์ชั่นหน้าเดิมกลับมาแล้ว เพราะคลินิคปิด😢



8:37 PM · Apr 20, 2020 · Twitter for iPhone

**793** Retweets    **7** Quote Tweets    **78** Likes

Tweet your reply                    Reply

Search Twitter

**Relevant people**

ว่าไงนะคะ
@NavyO_O                    Follow

การซื้อลิปประจะสิ้นสุดที่ตรงไหน | ติดต่องานDM เลยค่ะ |รับรีทวีต|รีวิวทุกอย่างที่อยากทำ|แคปทวีตคิด1000|afflink

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Tweet

Search Twitter

Relevant people

Shawn Mendes Upda...    Follow
@TrackingSM
Keeping you up to date on all things
Shawn Mendes! Fan account owned
by @ruinmekiwi, @cancomplain, &
@venusauras!

What's happening

NCAA Men's Basketball · Yesterday
Cowboys at Eagles

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Entertainment · Trending
James Woods
1,536 Tweets

Betty White · Trending
Betty White
3,112 Tweets

Chain restaurants · Trending
Hooters
7,219 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

Tweet

Perkowski Legal P.C.    ···
@_c_perkowski

**Shawn Mendes Updates**    ···
@TrackingSM

Like father like son LOL 😭



3:16 PM · Oct 23, 2020 · Twitter for iPhone

**188** Retweets    **47** Quote Tweets    **3,947** Likes

Tweet your reply    Reply

**Paquita Mendes** @MendesPaquita · Oct 23, 2020    ···
Replying to @TrackingSM
JAJQJIQJAJIAA

**dani** 🤎 @songfordaniela · Oct 23, 2020    ···
Replying to @TrackingSM
manny looks different here I think he grew out his hair
1    17 28

✨ @shawnimonster · Oct 23, 2020    ···
Replying to @songfordaniela and @TrackingSM
it's not shawn's dad 😂
1    2

Show replies

**Deeksha Hegde** @holy_athenaa · Oct 23, 2020    ···
Replying to @TrackingSM
That's not Manny. That's Cez
2

**amanda** @amanda2004_ · Oct 23, 2020    ···
Replying to @TrackingSM
He looks so good

**jennie** 🐸 @chayeongflo · Oct 25, 2020    ···
Replying to @TrackingSM
Wait.. WHAT??? I can't believe you're Shaw's father, it's indemnity

🇲🇽 **alo** @alondrasilvag · Oct 23, 2020    ···
Replying to @TrackingSM
last time i saw manny was different hahahah
8

**Amy** @Amy_inWonder · Oct 23, 2020    ···
Replying to @TrackingSM
Lmao! For real though

**mathieu** 💗 @wonderofcloud · Oct 23, 2020    ···
Replying to @TrackingSM
omg 😭

**L3iba° 🐰 ✨jungkookie's dreamer✨** @ARMY... · Oct 23, 2020    ···
Replying to @TrackingSM
U sure that's his dad? Lmaooooo

This Tweet is from a suspended account. Learn more

**LiliMae** @LiliMae74227186 · Oct 23, 2020    ···
Replying to @muffin_1998 and @TrackingSM
It's a joke. We all know it's not Manny. It's his tour manager
1    4

— https://twitter.com/SNEAKPEEKCA/status/1010256336347545600 _ af _ 2022-11-21 05:46:11 -08:00



# Tweet



⌂  Home

#  Explore

🔔  Notifications

✉  Messages

🔖  Bookmarks

▤  Lists

⚇  Profile

⊙  More

**Tweet**

← **SneakPeek**
@SNEAKPEEKCA

⋯

sneakpeek.ca/2018/06/wonder...



1:20 PM · Jun 22, 2018 · Twitter Web Client

**1** Retweet   **1** Like

         

  Tweet your reply                    **Reply**

### Relevant people

  **SneakPeek**
@SNEAKPEEKCA      **Follow**
Invite Only

### What's happening

  FIFA World Cup · LIVE
**England vs Iran**

Music · Trending                    ⋯
**Elton John**
Trending with Dodger Stadium, #EltonFarewellTour

Trending in United States           ⋯
**Inglaterra**
94.7K Tweets

Politics · Trending                 ⋯
**Tragically**
16.2K Tweets

Entertainment · Trending            ⋯
**Negan**
10.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

  **Perkowski Legal P.C.**  ⋯
@c_perkowski



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← Tweet



**Ryan 'All Day News' Anderson**
@Ryans_Ramblings

⋯

Sonic, Tails, and Knuckles are giving new meaning to the word 'Stand In'. #SonicTheHedgehog🦔 #SonicMovie2



6:38 PM · Apr 20, 2021 · Twitter for Android

**6** Likes



Tweet your reply

Reply

Perkowski Legal P.C.
@c_perkowski
⋯

Search Twitter

**Relevant people**



**Ryan 'All Day News' ...**
@Ryans_Ramblings

Follow

Founder, Host, and EIC of @TheNerdRagePod. As seen on @CBSThisMorning! Instagram: @RadRyGuy TikTok: @Ryans_Ramblings Casting Inquiries: NerdRagePod@gmail.com

**What's happening**



NFL · 1 hour ago
**Eagles at Colts**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
Promoted by Disney+

Trending in California ⋯
**Rest In Peace**
58.5K Tweets

Sports · Trending ⋯
**Melvin Gordon**
Trending with #DallasCowboys ★, Broncos

Trending in United States ⋯
**#FIFAWorldCup** 🏆
2.46M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/sallymayweather/status/1444800460780728320 __ st __ 2022-11-22 07:56:44 -08:00 __

← **Tweet**

## Sal the Agorist
@SallyMayweather



8:02 PM · Oct 3, 2021 · Twitter for iPad

**13** Retweets    **1** Quote Tweet    **90** Likes

**Relevant people**

**Sal the Agorist**
@SallyMayweather — Follow

Agorist. Cypherpunk.
Disintermediator. Crypto-Anarchist.
Rothbardian. pod :: The Agora. blog ::
New Libertarian. #logic #revisionism
#countereconomics

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**

#AvatarTheWayOfWater🧑
Get tickets now - In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
111K Tweets

Trending in United States
**Argentina**
Trending with #WorldCup, Otamendi

Trending in California
**Mexico City**
25.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

**querungshilfe** @querungshilfe · Oct 3, 2021
Replying to @SallyMayweather
Nice pic, rly ... but from German history learning means, Natural Order and
Libertairian Romanticism inevitably leads to fascism! (quote me for that, lol)
😴 Imho, Liberal Socialism is best choice for balancing out the weak &
strong parts of a society 😉

Show additional replies, including those that may contain offensive
content    **Show**

https://twitter.com/beyhivecmb/status/1559087713205092355 ... 2022-11-21 00:09:37 .00.00 ... Document 20.6 - Filed 03/13/23 ... Page 95 of 101 ... Page 95 of 101



Relevant people

__ https://twitter.com/liissett_/status/1588571843589738501 __ at __ 2022-11-22 23:21:58 -08:00

← **Tweet**

**Acta Non Verba** ❄️
@liissett_

· · ·

Chris 🔥



THETRASHSTACHE
tumblr

9:40 AM · Nov 4, 2022 · Twitter for Android

**1** Retweet   **2** Likes

---

Tweet your reply                    Reply

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

## Relevant people

**Acta Non Verba** ❄️   Follow
@liissett_

'fan account' •⌒💖🍒🖤
#DakotaJohnson👩‍🍳 #Dakoholic💛🐬
∞•⁓ Taylor Swift🧡 ChrisEvans💚
GiulioBerruti🖤 Blanca Suárez💜 All
my love D💙

## What's happening

Case 2:22-cv-09462-DMG-ADS   Document 23-6   Filed 03/13/23   Page 97 of 101   Page ID #:3667

← **Tweet**



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**


**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**

This Tweet is from a suspended account. Learn more

Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**



**Perkowski Legal P.C.** ⋯
@c_perkowski

https://twitter.com/cardibbr/status/1352899932770992704__el__2022-11-22 14:32:37 -08:00
22-cv-09462-DMG ADS   Document 23-6   Filed 03/13/23   Page 99 of 101   Page ID #:3569




**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Cardi B Brasil**
@CardiBBR

Com um look básico, Cardi B foi vista fazendo compras na loja Louis Vuitton.

Translate Tweet



12:44 AM · Jan 23, 2021 · Twitter for iPhone

**101** Retweets   **51** Quote Tweets   **1,550** Likes

Tweet your reply                                              Reply

reh 💀 @never58fdr · Jan 23, 2021
Replying to @CardiBBR
@marterelinho

Torulito @ToruAurelio · Jan 23, 2021
Replying to @CardiBBR
hshsahashashahhas ser artista deve ser massa

snow white 🤍 @guicantens · Jan 23, 2021
Replying to @CardiBBR
@ccondolxeli basiquinha indo na lv

1

kim·ly @ccondoixeli · Jan 23, 2021
Replying to @CardiBBR
deus abençoe 😍

1

Clarita 🥀 @clarita_ · Jan 23, 2021
Replying to @CardiBBR
Basicah 🤎

S 🕷️ @Sharmeelll · Jan 23, 2021
Replying to @CardiBBR
Que look básico né

1

chocolate @elaelindaek · Jan 23, 2021
Replying to @CardiBBR
mds achei que era desenho do vestido 💀💀💀💀💀 AMOOO

wallace cutrim @wallacecutrim · Jan 23, 2021
Replying to @CardiBBR
indo comprar pão CBBR

Medja Ndo Rodrigue Stephane @MedjaNdo · Jan 23, 2021
Replying to @CardiBBR
You are  very beautiful and sexy I like yours  dresses

Carol Tannure 🥀 @CarolinaTannure · Jan 23, 2021
Replying to @CardiBBR
Gostosaaaaaa

lᴉrmar @norminahtalent · Jan 23, 2021
Replying to @CardiBBR
perfeita demais

k @jedihealer · Jan 23, 2021
Replying to @CardiBBR
o offset representando todos nós

fran @treasureportd8 · Jan 23, 2021
Replying to @CardiBBR
bem basiquinha quase matando o povo do coração

11

Sweet-Ice @TahlleO · Jan 23, 2021
Replying to @CardiBBR
Sweet-Ice • Get out my bag

open.spotify.com
Get out my bag
Sweet-Ice · Song · 2021

Show additional replies, including those that may contain offensive content          Show

Search Twitter

Relevant people

Cardi B Brasil                    Follow
@CardiBBR
Desde 2017 sendo sua primeira e melhor fonte de notícias sobre a rapper Cardi B no Brasil. #BardiGang | Apoio @WarnerMusicBR | Fan Account

What's happening

FIFA World Cup · 4 hours ago
Mexico vs Poland

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in California
Lucas
153K Tweets

Politics · Trending
Ginni Thomas
21.5K Tweets

Trending in California
Chicharito
6,703 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.   ···
@_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 23-6    Filed 03/13/23    Page 100 of 101    Page ID
#:3670



← Tweet



**XAYLOK**
@XAYLOK1

...

Un potentiel nouveau Spider Man pour **#MadameWeb**

Translate Tweet



12:05 PM · Oct 6, 2022 · Twitter for Android

**2 Likes**

  

Tweet your reply

Reply

## Relevant people



**XAYLOK**
@XAYLOK1

Follow

Compte en lien avec ce que j'essayerai de proposer sur Youtube sur la chaîne du même nom : de l'actualité cinéma
**#marvel**

## What's happening

NFL · LIVE
**Browns at Bills**



**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Shakira**
108K Tweets
...

Sports · Trending
**Stafford**
3,062 Tweets
...

Entertainment · Trending
**Morgan Freeman**
180K Tweets
...

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski   ...

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Search Twitter

https://twitter.com/MarvelCineVerse/status/1295742598297063430 __gl __2022-11-20 19:25:24 -08:00 __
CASE 2:22-cv-09462-DMG-ADS    Document 23-6    Filed 03/13/23    Page 101 of 101    Page ID #:3671



← **Thread**

 

🔍 Search Twitter

**Relevant people**

**Marvel CinéVerse** 
@MarvelCineVerse

#TheFalconandTheWinterSoldier : Tout ou une partie du casting de la série 'Le Faucon et le Soldat de l'Hiver' devrait faire son retour à Atlanta d'ici la fin de la semaine, pouvant indiquer une reprise prochaine du tournage. (via @MultiverseMurph)

Translate Tweet



8:21 AM · Aug 18, 2020 · Twitter Web App

**5** Retweets **1** Quote Tweet **18** Likes

💬          🔁          ♡          ⬆️

P    Tweet your reply                    Reply

**Marvel CinéVerse** @MarvelCineVerse · Aug 18, 2020 ···
Replying to @MarvelCineVerse
Le @MultiverseMurph n'a pas été en mesure de déterminer si le casting pourra être opérationnel tout de suite, pour éventuellement redémarrer le tournage dès la semaine prochaine; ou …
💬 1          🔁          ♡ 2          ⬆️

**Marvel CinéVerse** @MarvelCineVerse · Aug 18, 2020 ···
… s'ils devront observer une quarantaine de deux semaines avant de pouvoir reprendre le tournage début septembre. La série est, à l'heure actuelle, toujours prévue pour "l'automne 2020".
💬          🔁          ♡ 1          ⬆️

**helena B** @helenaB55412423 · Aug 18, 2020 ···
Replying to @MarvelCineVerse and @MultiverseMurph

▶️

GIF  ALT                              GIFGARI.COM
💬          🔁          ♡          ⬆️

**RealSlachi** 🇪🇸🇲🇽 (DGM) @RealSlachi · Aug 18, 2020 ···
Replying to @MarvelCineVerse and @MultiverseMurph
Yessssss
💬          🔁          ♡          ⬆️

---

🐦 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski ···

**Marvel CinéVerse** 
@MarvelCineVerse
Follow
Actualités et encyclopédie sur le MCU
Instagram 📸 : marvelcineverse_
Associé à @swcineverse ⭐

**Murphy's Multiverse** 🏳
@MultiverseMurph
Follow
Official Twitter Account of Murphy's Multiverse Email: charlesmurphy@murphysmultiverse.com YouTube: youtube.com/c/MurphysMulti…

**What's happening**

NFL · 2 hours ago
Cowboys at Vikings

#Disenchanted 🙄
Original movie now streaming
📽 Promoted by Disney+

Trending in United States                    ···
**#AMAs** 🔥
Trending with  soobin

Sports · Trending                            ···
**Staley**
2,636 Tweets

Trending in United States                    ···
**Bob Iger**
Trending with  Chapek, Disney CEO

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.