# EXHIBIT B Continued

__ https://twitter.com/ElAragueno/status/1391588804881002497 __ at __ 2022-11-22 10:30:02 -0800 __

← Tweet



**El Aragüeño**
@ElAragueno

···

Fotos del rodaje de "Ms. Marvel" revelan el traje de Kamala Khan - is.gd/cPn0XF #EnLaButaca



8:00 PM · May 9, 2021 · TweetDeck



Tweet your reply

Reply

## Search Twitter

### Relevant people



**El Aragüeño**
@ElAragueno

Follow

EL PRIMER DIARIO DE ARAGUA. ¡50 años contando tu historia!

### What's happening

FIFA World Cup · 32 minutes ago
**Mexico vs Poland**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Sports · Trending
**Cristiano Ronaldo**
Trending with #ManchesterUnited

···

Trending in California
**Mexicans**
12.3K Tweets

···

Sports · Trending
**Viva Ronaldo**
3,864 Tweets

···

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski
···

__ https://twitter.com/chrisevansparty/status/1588563545440284672 __ at __ 2022-11-22 23:40:03 -08:00

← **Tweet**

 **Chris Evans Celebrations**💙 (fan account)💙 ···
@chrisevansparty

## Chris Evans and Dwayne Johnson on the set of Red One



9:07 AM · Nov 4, 2022 · Twitter for Android

**22** Retweets   **2** Quote Tweets   **284** Likes

💬            ↻            ♡            ⬆

 Tweet your reply                                    Reply

**Aizzy** @AislinnMonroe92 · Nov 4 ···
Replying to @chrisevansparty
Captain America and black Adam working undercover

💬         ↻         ♡  1         ⬆

**maria gabriela fernandez** @mariaga99537204 · Nov 4 ···
Replying to @chrisevansparty
So nice this picture!!😢😊🤗

💬         ↻         ♡         ⬆

**Perkowski Legal P.C.** ···
@c_perkowski

---

🔍 Search Twitter

### Relevant people

 **Chris Evans Celebrati...**    Follow
@chrisevansparty
Welcome to the party where we all
celebrate the masterpiece that is Chris
Evans ⊙ Fan account ⊙ Not
associated with any celebrity ⊙

### What's happening

FIFA World Cup · This morning
**Mexico vs Poland**

 #AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Business and finance · Trending          ···
**#massshooting**
1,256 Tweets

Trending in California                   ···
**Costco**
6,114 Tweets

Trending in United States                ···
**Erection**
21.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Sidebar navigation

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

← **Tweet**

**Rihanna.com.br** ⚓
@RihannaNoBrasil                                                    ···

Rihanna esteve presente na festa pós Oscar de Jay-Z em Los Angeles (27 de março) 🖤😍

Translate Tweet



5:08 AM · Mar 28, 2022 · Twitter for Android

**59** Retweets   **21** Quote Tweets   **837** Likes

💬        ⟲        ♡        ⬆

🅿   Tweet your reply                                    Reply

**Alvin Obi** ✅ @iam_alvin__ · Mar 28          ···
Replying to @RihannaNoBrasil
We'll def see her at the Roc Nation Grammy brunch this weekend.
💬        ⟲        ♡        ⬆

**Dêivisson** ⚡ @_deiviss0n · Mar 28           ···
Replying to @RihannaNoBrasil
será que rolou encontro dela e da Bey?
💬        ⟲        ♡        ⬆

Ⓐ  **Alzira Cardoso** @AlziraCardoso14 · Mar 29      ···
Replying to @RihannaNoBrasil
Nossa mana
💬        ⟲        ♡        ⬆

**elena** @beliel3na · Mar 28                   ···
Replying to @RihannaNoBrasil
QUERO FOTO DELA COM A BEY NA MINHA MESA AGORA
💬        ⟲        ♡        ⬆

**Relevant people**

Rihanna.com.br ⚓          Follow
@RihannaNoBrasil
Rihanna.com.br is a genuine and registered fansite, made by fans. 🇧🇷 Fã-clube e portal de notícias brasileiro sobre a cantora Rihanna. Online desde 2008. 💎

**What's happening**

NFL · Yesterday
Lions at Giants

Trending in United States            ···
Liver
11.5K Tweets

Music · Trending                      ···
#DavidoAt30
69.1K Tweets

Trending in United States            ···
#AMAs 🔥
Trending with soobin, sabrina

Trending in California                ···
#sacramentoproud 👮

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🐦

Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

● More

**Tweet**

🅿  Perkowski Legal P.C.   ···
@c_perkowski

__ https://twitter.com/thai_superhero/status/1350807492628180993 __ at __ 2022-11-21 02:11:02 -08:00 __

← **Tweet**

 สมาคม **Superhero**
@Thai_SuperHero

···

### ภาพแรกของ Tom Holland ในกองถ่าย Spider-Man 3 ซึ่งเปิดกล้องเป็นที่เรียบร้อยแล้ว !!!!



4:54 PM · Jan 16, 2021 · Twitter for Android

**1,516** Retweets    **10** Quote Tweets    **311** Likes

    ⟲    ♡    ↥

 Tweet your reply    **Reply**

### Q Search Twitter

## Relevant people

 สมาคม **Superhero**    **Follow**
@Thai_SuperHero

สมาคมของกลุ่มบุคคลผู้ชื่นชอบซุปเปอร์ฮีโร่ในประเทศไทย // Twitter อย่างเป็นทางการของ 'สมาคมผู้คลั่งไคล้ SuperHero' *ถามข้อมูลหนัง/Comic ต่างๆ ใน DM ได้เลยจ้า*

## What's happening

NCAA Men's Basketball · Yesterday
**Cowboys at Blue Demons** 

Trending in California    ···
**#sacramentoproud** 👑

Music · Trending    ···
**#DavidoAt30**
68.2K Tweets

Trending in United States    ···
**Iran**
478K Tweets

Trending in United States    ···
**Schiff**
51.1K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/lindaikejji/status/150619277420255423 __et __2022-11-22 01:18:44 -08:00  Case 2:22-cv-09462-DMG-ADS  Document 23-7  Filed 03/13/23  Page 6 of 100  Page ID #:3677

Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

**Linda Ikeji**
@lindaikeji

Pregnant Rihanna wears huge diamond ring while shopping for baby clothes
lindaikejisblog.com/2022/3/pregnan...



1:55 AM · Mar 22, 2022 · LIB App

23 Likes

Tweet your reply — Reply

**kingsley** @Nwaforkingsle20 · Mar 22
Replying to @lindaikeji
Una no see this kain news report nah Rihanna wey Una see

Citizen Steven Kefas @SKefason · 1d
They burnt our sisters, butchered our brothers, burnt down our houses and properties for no known or justifiable reason. ❤️❤️❤️❤️❤️❤️

385    2,430    1,671

**Bolatito Osoko** @teetosoko · Mar 22
Replying to @lindaikeji
Love those slippers. Always sexy on jeans.😍❤️

**MATOTO chipel** @ChipelMatoto · Mar 22
Replying to @lindaikeji
Linda, you beautiful and your huge diamonds 💎 ring ⌛ is on da way!

Perkowski Legal P.C.
@c_perkowski

Search Twitter

**Relevant people**

Linda Ikeji    Follow
@lindaikeji
Blogger, CEO, LindaIkejiTV

**What's happening**

Sports · LIVE
2022 FIFA World Cup


#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
◆ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
7,108 Tweets

Entertainment · Trending
**BLEACH**
175K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/jaymalecelebs/status/1323034132218286081 ___et___ 2022-11-22 13:09:42 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-7    Filed 03/13/23    Page 7 of 100    Page ID #:3678

← **Tweet**

**Male Celeb Hotties**
@jaymalecelebs

Hands up if you wanna see them drop 😌



2:48 PM · Nov 1, 2020 · Twitter for Android

**35** Retweets   **469** Likes



Tweet your reply                          Reply

**djnaughtyboi** @djnaughtyboi · Nov 1, 2020
Replying to @jaymalecelebs
🙌

**PeterGeorge** @PGeorge23 · Nov 1, 2020
Replying to @jaymalecelebs
🙌🙌

Perkowski Legal P.C.
@c_perkowski

🔍 Search Twitter

**Relevant people**

**Male Celeb Hotties**                 Follow
@jaymalecelebs
Just a bi guy bringing you hot male celeb content to lust over! DM's are always open! Have fun! 😝 18+

**What's happening**

FIFA World Cup · 3 hours ago
**Mexico vs Poland**

#AvatarTheWayOfWater 🎬
Get tickets now · In theaters December 16
📽 Promoted by Avatar

Trending in United States
**#MEXPOL**
71K Tweets

Sports · Trending
**Louisville**
Trending with Texas Tech

Trending in California
**Lucas**
145K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
Lists
Profile
More

**Tweet**

https://twitter.com/FilmstoFilms_/status/1418024260694593536 __ at __ 2022-11-22 11:37:58 -08:00

← **Tweet**

Q Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Films to Films 🎬📽️
@FilmstoFilms_



6:45 PM · Jul 21, 2021 · Twitter for iPhone

**22** Retweets   **2** Quote Tweets   **340** Likes

Tweet your reply                                    Reply

Garima Saini @GarimaSaini04 · Jul 22, 2021
Replying to @FilmstoFilms_
Why does she look like Sofia Vergara here

Scott M Callahan @ScottMCallahan · Jul 22, 2021
Replying to @FilmstoFilms_
💎

Perkowski Legal P.C.
@c_perkowski

**Relevant people**

Films to Films 🎬📽️          Follow
@FilmstoFilms_
This is a personal account. Films in
four frames Instagram:
instagram.com/filmstofilms_/

**What's happening**

FIFA World Cup · 1 hour ago
**Mexico vs Poland**

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Trending in United States
**#SeleccionMexicana** 🇲🇽
29.6K Tweets

Politics · Trending
**Fauci**
65.2K Tweets

Trending in United States
**Ochoa**
Trending with Australia, Rabiot

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/FilmDevotion/status/1551915195882258433 __ at __ 2022-11-21 04:28:12 -08:00 __

← **Tweet**



**Film Devotion**
@FilmDevotion

···

New set photos of Dakota Johnson on set of
#MadameWeb

(Via @MultiversalWeb)



5:59 AM · Jul 26, 2022 · Twitter for iPhone

**2** Retweets    **5** Likes

🗨    ⟲    ♡    ⬆

P   Tweet your reply                    Reply

🔍 Search Twitter

**Relevant people**



**Film Devotion**    Follow
@FilmDevotion

Devoted to delivering quick and
reliable news on all things media
related.



**Madame Web News**    Follow
@MultiversalWeb

All the latest news and updates for
'Madame Web' starring Dakota
Johnson and directed by S.J Clarkson,
set to release in July 2023

**What's happening**

FIFA World Cup · Starts at 5:00 AM
**England vs Iran**



Music · Trending                    ···
**Kelly Rowland**
20K Tweets

Trending in United States            ···
**Foden**
20.3K Tweets

Trending in United States            ···
**Negan**
9,626 Tweets

Trending in United States            ···
**Bob Iger**
Trending with Disney, Chapek

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home

Explore

① Notifications

_ https://twitter.com/bicaraboxoffice/status/1529622174793105408 __at __2022-11-21 23:27:31 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-7   Filed 03/13/23   Page 10 of 100   Page ID #:3681

**Bicara Box Office**
@bicaraboxoffice
···

Kostum BLUE BEETLE via @JustJared

Film tujuhbelasan 2023



5:35 PM · May 25, 2022 · Twitter for Android

11 Likes

Tweet your reply                  Reply

Show more replies

**Relevant people**

**Bicara Box Office**
@bicaraboxoffice    Follow
Box office data and analysis, nerd and geek stuff, occasional random stuff. Proud founder of @cinepoint_ app. Please don't ask for a rate card, there's none.

**JustJared.com** ✓
@JustJared    Follow
Your #1 Entertainment Authority Also follow @jaredeng @justjaredjr

**What's happening**

Sports · LIVE
2022 FIFA World Cup

Entertainment · Trending
Died Suddenly
72.1K Tweets

Trending in California
Mexicans
6,561 Tweets

Trending in United States
South Carolina
13.8K Tweets

Trending in United States
August Alsina
Trending with Jada, #TheSurrealLife

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

← **Tweet**

**katie** 
@weloveharry_1Dx

the suspenders … the undone tie … the open shirt … the vest… i'm crumbling

 

4:50 PM · Nov 26, 2020 · Twitter for iPhone

**1** Retweet   **6** Likes

Tweet your reply

Reply

## Relevant people



**katie** 
@weloveharry_1Dx

Follow

jack's housewife

## What's happening

NCAA Men's Basketball · Yesterday
**Mavericks at Hawkeyes**



**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Celebrities · Trending
**Chris Evans**
6,385 Tweets

Family & relationships · Trending
**For $100**
192K Tweets

Entertainment · Trending
**Jane Lynch**

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

# Home
# Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Perkowski Legal P.C.** 
@c_perkowski

— https://twitter.com/nanfixus/status/1254477248188624905 —— at —— 2022-11-21 04:47:38 -08:00 ——

# Tweet



⭋ @nanfixus Retweeted

**josh (Taylor's Version)**
@babycloudcries

About to watch fifty shades of grey for the plot:

9:25 PM · Apr 19, 2020 · Twitter for iPhone

**12** Retweets   **56** Likes

Tweet your reply

Reply

## Relevant people

**@nanfixus**
@nanfixus                          Follow

DJ Fan ⚜ Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 🕺 #AmIOk
#Persuasion Fan account 🇦🇷

**josh (Taylor's Version)**
@babycloudcries                    Follow

🏳️‍🌈

## What's happening

NFL · Yesterday
**Lions at Giants**

Music · Trending
**Lionel Richie**
4,137 Tweets

The Walking Dead · Trending
**#TheWalkingDead**
Trending with #TWDFinale, Daryl

Trending in United States
**Oregon**
18.9K Tweets

Only on Twitter · Trending
**#MotivationMonday**
1,442 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Search Twitter

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/RihannaNoBrasil/status/1530222905845587968 __ et __ 2022-11-21 22:58:22 -08:00



## Tweet

**Rihanna.com.br** @RihannaNoBrasil ⚓

Levei meu filho pra cortar o cabelo e olha oq fizeram com o coitado. Simplesmente DETONARAM o cabelo do Pedrinho... Estou chorando e tremendo de ódio vou na polícia abrir um b.o. Meu filho está chorando muito

Translate Tweet



9:22 AM · May 27, 2022 · Twitter for Android

**13** Retweets   **1** Quote Tweet   **183** Likes



Tweet your reply                                      Reply

**YU** @yurileal · May 27
Replying to @RihannaNoBrasil
😭😭😭😭😭😭😭😭😭😭                                    1

**o amor vigora** 🇧🇷✈️🇪🇺 @glandebrilhante · May 27
Replying to @RihannaNoBrasil
Sério que vcs não gostam desse Mullet? Gente, ela ficou icônica com ele
                                                     2

**denis** ☀️ @pureheroinesza · May 27
Replying to @RihannaNoBrasil and @unapoclogetic
por isso o pedrinho desmaiou e estao tentando acordar ele
                                                     1

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

### Relevant people



**Rihanna.com.br** ⚓
@RihannaNoBrasil                     Follow

Rihanna.com.br is a genuine and
registered fansite, made by fans. 🇧🇷
Fã-clube e portal de notícias brasileiro
sobre a cantora Rihanna. Online desde
2008. 💎

### What's happening

NFL · 2 hours ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
70.8K Tweets

Trending in United States
**August Alsina**
Trending with Jada, #TheSurrealLife

Trending in United States
**Chrisley**
25K Tweets

Entertainment · Trending
**Sinbad**
8,412 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/MovieCrazyP/status/1363307554290466816 — at — 2022-11-21 12:36:58 -08:00 —

← **Tweet**

**Movie Crazy Planet** 
@MovieCrazyP                                    ···

📱 💥 DESDE EL SET 💥 📱

@HaileeSteinfeld como Kate Bishop filmando la serie #Hawkeye en Atlanta.



6:00 PM · Feb 20, 2021 · Twitter for Android

**2** Retweets    **9** Likes

💬            ⟲            ♡            ↑


Tweet your reply                    Reply

## Relevant people

**Movie Crazy Planet ...**        Follow
@MovieCrazyP
💥Noticias, tráilers, pósters, los estrenos más recientes de cine, series y televisión.💥 Síguenos y activa la 🔔 moviecrazyplanet@gmail.com ✉️

**Hailee Steinfeld** ✓           Follow
@HaileeSteinfeld
haileesteinfeld.lnk.to/coast

## What's happening

FIFA World Cup · LIVE
**USA vs Wales**

Entertainment · Trending      ···
**julia fox**
6,247 Tweets

Trending in United States      ···
**WHAT A SAVE**
8,119 Tweets

Trending in United States      ···
**Medford Messi**

Sports · Trending             ···
**Charles Barkley**
6,000 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

## Left sidebar

Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
Lists
Profile
More

**Tweet**


**Perkowski Legal P.C.**        ···
@c_perkowski

Search Twitter

https://twitter.com/beyoncenow/status/1530201022605426691 _ _ et _ 2022-11-21 21:54:29 -08:00



← **Tweet**

**Beyoncé Now**
@beyoncenow

Blue Ivy no show da Olivia Rodrigo em Los Angeles



7:55 AM · May 27, 2022 · Twitter for iPhone

**2** Retweets   **4** Quote Tweets   **62** Likes

**marcos** ❤️ 🍫  @nhmarcos · May 27
Replying to @beyoncenow
Arrasou, Olivia! Agora sim a Blue vai te passar um Grammy

---

## Left sidebar

🐦

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**



Perkowski Legal P.C.
@c_perkowski

---

## Right sidebar

🔍 Search Twitter

**Relevant people**



**Beyoncé Now**   Follow
@beyoncenow
Desde 2006 sendo o maior portal de Beyoncé no Brasil

**What's happening**

NFL · 1 hour ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
66.4K Tweets

Sports · Trending
**Trey Lance**
1,314 Tweets

Trending in United States
**August Alsina**
Trending with Jada, #TheSurrealLife

Only on Twitter · Trending
**Pablo Milanés**
Trending with Auburn

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS    Document 23-7    Filed 03/13/23    Page 16 of 100    Page ID #:3687

# Tweet

Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

⮌ **Alex Salvatore 🧑** Retweeted

**rey**
@ziggybermann

i believe in sharon carter supremacy



11:35 PM · Feb 7, 2021 · Twitter for Android

**7** Retweets   **22** Likes

Tweet your reply

Reply

## Relevant people

**Alex Salvatore 🧑**
@Alexromval

Follow

'Nadie puede juzgar desde fuera el amor'

## What's happening



NBA · LIVE
**Spurs at Lakers**

**#Disenchanted 👹**
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, Disney

Trending in United States
**UCLA**
16.1K Tweets

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/electedbieber/status/1430770332500066306 __ el __ 2022-11-22 09:58:04 -08:00





← Tweet

taraneh
@electedbieber                                          ...

It's true I'm in love with a married man



10:53 PM · Aug 25, 2021 · Twitter for iPhone

28 Likes

Perkowski Legal P.C.
@c_perkowski                ...

Tweet your reply                          Reply



Sarah ♡ ✓ @sarahmaloneyxx · Aug 25, 2021                 ...
Replying to @electedbieber
You and me both

**Relevant people**

taraneh                                     Follow
@electedbieber
who needs a bra when Justin Bieber
has two hands

**What's happening**

FIFA World Cup · LIVE
Mexico vs Poland



#AvatarTheWayOfWater 🦈
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Trending in United States                   ...
Ochoa
Trending with #MEXPOL, Lewandowski

Trending in United States                   ...
Chicharito
3,457 Tweets

Celebrities · Trending                      ...
Anthony Mackie

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS    Document 23-7    Filed 03/13/23    Page 18 of 100    Page ID #:3689

← **Tweet**

This Tweet is from a suspended account. Learn more

**☠ mari l¡ young royals S2** @marigiacoia · Jan 4, 2021
Replying to @larrydetetive
mds ele tava... de roupão?

💬      🔁      ♡      ⬆

**gigi ⚡** @nialliglamouroso · Jan 4, 2021
Replying to @larrydetetive
ele foi de roupão para o casamento?

💬      🔁      ♡      ⬆

**TASHA's HOUSE 🏠 Meet me at midnig...** @louismytrea... · Jan 4, 2021
Replying to @larrydetetive
Da série "coisas que se outra pessoa fizesse seria estranho mas se o Harry faz é tranquilo": roupão no casamento

💬      🔁      ♡ 23      ⬆

**MariaGomes** @MariaGo70111177 · Jan 4, 2021
Replying to @larrydetetive
Cada dia o Harry ta mais bonito

💬      🔁      ♡      ⬆

**jessie 🏆** @sunflowiped · Jan 4, 2021
Replying to @larrydetetive
nossa oq rolou aqui KKKKKKKKK

💬      🔁      ♡ 1      ⬆

**Bia** @ops_biankaa · Jan 4, 2021
Replying to @larrydetetive
Harry de roupão no casamento,achei tendência

💬      🔁      ♡ 2      ⬆

**CaraⴸΥ é #lula13** @Lstark2825 · Jan 4, 2021
Replying to @larrydetetive
O Harry tá tipo eu nos almoços em família kkkkkkk

💬      🔁      ♡ 4      ⬆

**Belle's a fleabag** @yunglarrie_ · Jan 4, 2021
Replying to @larrydetetive
portal se sair notícia de q a olivia e o Harry tão namorando eu vô pula



💬 1      🔁      ♡ 7      ⬆

This Tweet is from a suspended account. Learn more

Show replies

---

**Perkowski Legal P.C.**
@c_perkowski

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



← **Tweet**

Robert Littal BSO ✓
@BSO                                    ···

Watch Adele Party With Boyfriend Rich Paul and Dance
to "WAP" at Savannah James' 35th Birthday Party
(Video) bit.ly/3sXRTHb via @YuriyATL



10:00 PM · Aug 28, 2021 · BSO Alert

**11** Retweets   **4** Quote Tweets   **28** Likes

💬          🔁          ❤          ⬆

P  Tweet your reply                          Reply

S  Swapty Sports @SwaptySports · Aug 29, 2021   ···
   Replying to @BSO and @YuriyATL
   How Rich Paul was looking in the Eddie Murphy outfit while dancing with
   Adele at Savannah James' birthday party.

   GIF

   💬 1          🔁          ❤ 3          ⬆

Robert Littal BSO ✓  @BSO · Aug 29, 2021        ···
   Replying to @SwaptySports and @YuriyATL
   He looks a bit like Ed

   💬          🔁          ❤ 2          ⬆

Jay R. Jones @jayjones41 · Aug 29, 2021          ···
   Replying to @BSO @SquiresRichmond and @YuriyATL
   No thanks.

   💬          🔁          ❤          ⬆

---

Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
More

**Tweet**

P  Perkowski Legal P.C.           ···
   @c_perkowski

---

🔍 Search Twitter

**Relevant people**

Robert Littal BSO ✓          Follow
@BSO
BSO is a Unique take on Sports & Ent;
Tweets by The Headline King Robert
Littal; IG: BSOTV; FB:
BlackSportsOnline; Keep That Same
Energy Podcast; #BLM; 💙 AML

Yuriy Andriyashchuk 🇺🇦        Follow
@YuriyATL
28. Ukrainian & from Atlanta. Loves
God, music & ATL Falcons, Braves,
Hawks & United. Music/Entertainment
Editor/Reporter at @HipHopVibe1.
@UNLV '17 alum. #BLM

**What's happening**

FIFA World Cup · 16 minutes ago
Mexico vs Poland

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
☐ Promoted by Avatar

Sports · Trending                    ···
Cristiano Ronaldo
Trending with #ManchesterUnited

Trending in United States            ···
Ochoa
Trending with Poland, #MEXPOL

Music · Trending                     ···
Chrisean
Trending with Blueface

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

lamascarada
@lamascarada

El dengue y el coronavirus mientras suena de fondo
"Uno, dos, ya viene por ti. Tres, cuatro, cierra bien la
puerta"
Translate Tweet



4:05 PM · Mar 3, 2020 · TweetDeck

**20** Retweets   **2** Quote Tweets   **165** Likes

Perkowski Legal P.C.
@c_perkowski

**Relevant people**

lamascarada            Follow
@lamascarada
For now, editora en @exeloina

**What's happening**

Television · LIVE
Bachelor in Paradise airing on
ABC



#AvatarTheWayOfWater
In theaters December 16
Promoted by Avatar

Trending in United States
RIP Harold

Bachelor in Paradise · Trending
#bachelorinparadiseabc 🌴
Trending with Victoria, Brittany

Sports · Trending
KD and Kyrie

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Tweet your reply                              Reply

Miss Sunshine  @AnaPrayers · Mar 3, 2020
Replying to @lamascarada
Parecen los sillones que tenía mi vieja en los ochenta
💬 1        🔁        ♡ 7        ↗

lamascarada @lamascarada · Mar 3, 2020
Replying to @AnaPrayers
que se pongan así acá si son guapas
💬         🔁        ♡ 4        ↗
Show replies

Estefanía 🎻 (Taylor's Version) @reevolucion77 · Mar 3, 2020
Replying to @lamascarada
Jajajajajajaj miedo lpm
💬         🔁        ♡         ↗

Mariel Aspitia💜😈 @MarielAspitia · Mar 3, 2020
Replying to @lamascarada



💬         🔁        ♡         ↗

Clau @Clau05234607 · Mar 3, 2020
Replying to @lamascarada
Ay nooo esa canción fue mi pesadillas d chica! 😩
💬 1        🔁        ♡ 1        ↗

Natalia @AndreaN58794398 · Mar 3, 2020
Replying to @Clau05234607 and @lamascarada
La mía también!😫 me dirán q soy una pelotuda,pero la primera vez q vi
una película de Freddy kruger,no pude dormir,me despertaba a cada
rato,tenía 11 años



💬         🔁        ♡         ↗

Natalia @AndreaN58794398 · Mar 3, 2020
Replying to @lamascarada
Dirán cualquier cosa,Pero amo a las kardassian,Jenner 😂😂
💬         🔁        ♡         ↗

MarkSGuevara 🥀🤍💙 te voy extra... @marco... · Mar 3, 2020
Replying to @lamascarada
coronavirus y dengue al bailando, imaginate ese duelo
💬         🔁        ♡ 4        ↗

Mrs. Chanandler Bong @ivanchu67 · Mar 3, 2020
Replying to @lamascarada
Mas bien, parecen el color de las diarreas que dan esos virus 😅
💬         🔁        ♡         ↗

Diegote @DiegoeFraga · Mar 4, 2020
Replying to @lamascarada
Dame un cono de chocolate y uno de ddl



💬         🔁        ♡         ↗

Alicia Azanza @ALICIAAZANZA · Mar 3, 2020
Replying to @lamascarada
Esa pilcha produce hongos
💬 1        🔁        ♡ 1        ↗

lamascarada @lamascarada · Mar 3, 2020
Replying to @ALICIAAZANZA
no se, no opino ni pensar en como se lo sacan
💬         🔁        ♡ 3        ↗

Lucía B @Lulebuza · Mar 3, 2020
Replying to @lamascarada
La cintura de Kim se deforme 😕

← Tweet



**What's on Netflix**
@whatonnetflix

Filming has started on #MuderMystery2 in Hawaii!

The sequel will see the return of Adam Sandler and Jennifer Aniston.

(via @DailyMailCeleb)

1:41 PM · Jan 17, 2022 · TweetDeck

**6** Retweets   **1** Quote Tweet   **59** Likes

Tweet your reply                                    Reply

**Shane Porter** @porter0011 · Jan 19
Replying to @whatonnetflix and @DailyMailCeleb
Where's this at?

**James Williamson** @JamesWi32387541 · Jan 20
Replying to @whatonnetflix and @DailyMailCeleb
Love her I think she's great in the equality woman
                                    1

**Josi** @JosiS_388 · Jan 17
Replying to @whatonnetflix and @DailyMailCeleb
I am so excited!

**John Haney** @han45999406 · Sep 19
Replying to @whatonnetflix and @DailyMailCeleb
Well good luck to you this is John Wayne

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Perkowski Legal P.C.**
@c_perkowski

---

Search Twitter

**Relevant people**

 **What's on Netflix**  Follow
@whatonnetflix
The independent Netflix fansite covering what's new and coming soon to Netflix. What's on Netflix is not endorsed, owned by or affiliated with Netflix.

 **Daily Mail Celebrity** ✔  Follow
@DailyMailCeleb
⊘ Official
Latest celeb and entertainment news from the Daily Mail Showbiz team. We're on Facebook too:
fb.me/DailyMailCeleb

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Trending in United States
**England**
Trending with #ENGIRN, Saka

Trending in United States
**Maguire**
Trending with Luke Shaw

Music · Trending
**Kelly Rowland**
Trending with Chris Brown

Trending in California
**#BLACKPINK_WORLDTOUR**
59.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

↻ **Multiverse Analysis Retweeted**

 **Multiverse Analysis**
@TheAnalystOne                                    ⋯

Dakota Johnson on the set of Sony's **#MadameWeb**



3:53 AM · Jul 26, 2022 · Twitter for Android

**2** Retweets   **5** Likes

| 💬 | ↻ | ♡ | ⬆ |

 Tweet your reply                          Reply

---

🔍 Search Twitter

## Relevant people

 **Multiverse Analysis**     Follow
@TheAnalystOne
Fiction Addict

## What's happening

FIFA World Cup · 16 minutes ago
**England vs Iran**

Music · Trending                                    ⋯

---

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
Lists
👤 Profile
⋯ More

**Tweet**

Perkowski Legal P.C.     ⋯
@c_perkowski

Case 1:22-cv-09462-DMG-ADS   Document 23-7   Filed 03/13/23   Page 23 of 100   Page ID #:3694

**Film News**
@filmnewsPL

Letitia Wright, Danai Gurira i Dominique Thorne (jako Ironheart) na planie filmu

#BlackPantherWakandaForever



12:49 AM · Aug 25, 2021 · Twitter for Android

22 Likes

Tweet your reply

Reply

**Relevant people**

**Film News**
@filmnewsPL

Follow

🎬 najnowsze wiadomości filmowe - kino polskie i zagraniczne, popularne i niezależne 🎟 kontakt: filmnewspl@gmail.com

**What's happening**

Television · LIVE
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States
**HE'S BACK**
116K Tweets

Sports · Trending
**Asdrubal Cabrera**
2,128 Tweets

Trending in California
**Andrew Tate**
28.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Search Twitter

Perkowski Legal P.C.
@c_perkowski



← **Tweet**

**Raúl Brindis** ✓
@raulbrindis

#Farandulazo Eiza González deja ver tatuaje íntimo al lucir sexy bikini en Hawaii.
La actriz mexicana fue captada luciendo su sexy figura en un break del rodaje de la cinta "Godzilla vs Kong".



7:57 AM · Nov 22, 2018 · Hootsuite Inc.

**4** Retweets   **52** Likes

Tweet your reply                                    [ Reply ]

**LUIS ALEJANDRE.** @LaAlejendro · Nov 22, 2018
Replying to @raulbrindis
COMO DICE LAURA ZAPATA "OSEA K NACO"  ( ÓSEA )

**Antonio Peralta** @Antonio06639377 · Nov 23, 2018
Replying to @raulbrindis
Ayyy

**Juan Alamirra** @JAlamirra · Nov 22, 2018
Replying to @raulbrindis
Que rrica esta  echa toda una mamasita

**Rosita no morirá** @UnNeorrositense · Nov 22, 2018
Replying to @raulbrindis
Nomás le falta tantito músculo.
❤ 1

**Perkowski Legal P.C.**
@c_perkowski

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

[ Tweet ]

**Relevant people**

**Raúl Brindis** ✓        [ Follow ]
@raulbrindis
Radio Host for El Show de Raúl Brindis

**What's happening**

Sports · LIVE
2022 FIFA World Cup

Entertainment · Trending
julia fox
6,415 Tweets

Trending in United States
$TSLA
15.8K Tweets

Music · Trending
soobin
220K Tweets

Entertainment · Trending
#AvatarTheWayOfWater
6,406 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

__ https://twitter.com/weloveharry_1dx/status/1356370224946311168 __ et __ 2022-11-20 11:40:43 -08:00

← **Thread**

**katie** 👫
@weloveharry_1Dx

···

dilfrry and milfrry all in one day... he's so versatile



2:33 PM · Feb 1, 2021 · Twitter for iPhone

**9** Retweets    **1** Quote Tweet    **56** Likes

    Tweet your reply    **Reply**

**katie** 👫 @weloveharry_1Dx · Feb 1, 2021
Replying to @weloveharry_1Dx
not many people can achieve both dilf and milf status but he is the blueprint

💬    🔁    ♡ 2    ⬆

**Perkowski Legal P.C.**
@c_perkowski
···

---

🔍 Search Twitter

**Relevant people**

**katie** 👫
@weloveharry_1Dx    **Follow**
jack's housewife

**What's happening**

NFL · LIVE
**Browns at Bills**

**#Disenchanted** 🧛‍♀️
Original movie now streaming
📺 Promoted by Disney+

Trending in United States
**Rest In Peace**
45.5K Tweets

Trending in California
**Shakira**
109K Tweets

Entertainment · Trending
**Morgan Freeman**
183K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



__ https://twitter.com/nanfixus/status/1551880288962597888 __ at __ 2022-11-19 18:36:04 -08:00



https://twitter.com/empirekendall/status/1294951546577465345 ___ el ___ 2022-11-22 16:24:47 -08:00 ___ Case 2:22-cv-09462-DMG-ADS Document 23-7 Filed 03/13/23 Page 29 of 100 Page ID #:3700

← **Tweet**

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

@empirekendall

so cute



3:58 AM · Aug 16, 2020 · Twitter for iPhone

**74** Retweets   **4** Quote Tweets   **546** Likes

Tweet your reply                    Reply

**Alice** @aelopresti · Aug 16, 2020
Replying to @empirekendall
Absolutely beautiful!

**Nacer Kamel** @NacerKamel10 · Aug 16, 2020
Replying to @empirekendall
Love you

**Gustave Bruno** @GustaveBruno2 · Aug 16, 2020
Replying to @empirekendall
Hello

Perkowski Legal P.C.
@c_perkowski

Search Twitter

**Relevant people**

@empirekendall
all things kendall jenner • fan page     Follow

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

#AvatarTheWayOfWater🧜
Get tickets now - In theaters December 16
📽 Promoted by Avatar

Trending in United States
**The IRS**
20.9K Tweets

Entertainment · Trending
**James Woods**
1,983 Tweets

Trending in United States
**Mbappe**
Trending with Dembele

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/ClickySound/status/1254120448402558976 __ at __ 2022-11-19 19:25:57 -08:00 __

← **Tweet**

**Clicky Sound**
@ClickySound
···

[clickysound.com/meghan-and-har...](clickysound.com/meghan-and-har...) Meghan Markle and Prince Harry have jumped from the proverbial frying pan into the paparazzi fire.



11:49 AM · Apr 25, 2020 · Clicky Sound

Tweet your reply                     Reply

## Relevant people

**Clicky Sound**
@ClickySound          Follow
Photography at its Best!

## What's happening

Television · LIVE
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in California
**Andrew Tate**
28.6K Tweets

Sports · Trending
**Hendon Hooker**
1,828 Tweets

Trending in United States
**Hope Hooker**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications 1
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

**Perkowski Legal P.C.**
@c_perkowski ···

__ https://twitter.com/cultura_blog/status/1183064086088704000 __ at __ 2022-11-21 15:49:36 -08:00 __








← **Tweet**

🔍 Search Twitter

**Marvel CinéVerse**
@MarvelCineVerse
···

#Rassemblement : Un nouvel épisode de la série documentaire 'RASSEMBLEMENT' est disponible sur @DisneyPlusFR. D'une durée d'une heure, il s'agit du making-of de la saison 1 de la série 'LOKI'.
#Assembled

Translate Tweet



12:17 AM · Jul 21, 2021 · Twitter for Android

**11** Retweets  **1** Quote Tweet  **56** Likes

Tweet your reply

Reply

### Relevant people

**Marvel CinéVerse** Follow
@MarvelCineVerse
Actualités et encyclopédie sur le MCU Instagram 📷 : marvelcineverse_ Associé à @swcineverse ⭐

**Disney+ FR** ✓ Follow
@DisneyPlusFR
⊘ Official
Tout ce que vous imaginez et encore +. Voir conditions sur DisneyPlus.com.

### What's happening

FIFA World Cup · 51 minutes ago
**USA vs Wales**

Trending in California
**Dodger Stadium**
12.9K Tweets

Trending in California
**Telemundo**
7,685 Tweets

Sports · Trending
**Mexico City**
12.5K Tweets

Trending in United States
**Tampax**
12.4K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS    Document 23-7    Filed 03/13/23    Page 33 of 100    Page ID
#:3704

← **Tweet**



✨*My Chris Evans is* 💚💛💙
@MyChrisEvanss

#Chrisevans on Set Red One 🎄🎬
Photos Fluffy Hair #Redone 🤎😊




⏸ 0:02  2,834 views

5:57 PM · Oct 14, 2022 · Twitter for Android

**27** Retweets  **2** Quote Tweets  **231** Likes

P  Tweet your reply                          Reply

### Search Twitter

## Relevant people



✨*My Chris Evan...*    Follow
@MyChrisEvanss
*The Ao Dedicado The Actor*
@Chrisevans ......... *Filme de :* Ghosted
🎥♥ Brasilin(📍 Pint LeLe

## What's happening

Formula 1 · 37 minutes ago
**Abu Dhabi Grand Prix 2022**



**#Disenchanted** 🧑
Original movie now streaming
⬛ Promoted by Disney+

Trending in United States  ···
**Morgan Freeman**
76.6K Tweets

Jungkook · Trending  ···
**Jungkook**
Trending with  Ecuador, #Dreamers2022

Trending in United States  ···
**RIP JDF**
1,289 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**



Perkowski Legal P.C.  ···
@c_perkowski

https://twitter.com/forumpandir/status/1346177336598320195 _w/_ ___ 2022-11-22 01:37:04 -08:06    Document 23-7   Filed 03/13/23   Page 34 of 100   Page ID
#3705

**PAN** @forumpandir

Tesão! Harry Styles está namorando Olivia Wilde, segundo TMZ. O casal lésbico já havia levantado rumores, mas tudo se confirmou quando foram flagrados de mãos dadas em um casamento. Ela tem 36 e ele 26. Uau! 😭

Translate Tweet



11:31 AM · 4, 2021 · TweetDeck

94 Retweets   1,698 Quote Tweets   2,398 Likes

Tweet your reply                                      Reply

**PAN** @forumpandir · Jan 4, 2021
Replying to @daylightcamila
Ele nunca disse que é bi, e sim que não vê sexualidade como algo a ser rotulado. Mamadas as escondidas te assusta? O pisão em vc que é gay mas nem homem pega!
💬 61    229    ♡ 674

**atena tarot** 👁 @atenatarott · Jan 4, 2021
Replying to @forumpandir
eu queria namorar os dois pan

[GIF / ALT video thumbnail]

**Emy ⋅ ¸'² 🌙⭐ VIU O LOUIS** @EmillyCarlaine · Jan 4, 2021
Replying to @http00s and @forumpandir
Maior tombo foi descobrir q ele tá realmente namorando com ela

**special k** @karenrulez · Jan 4, 2021
Replying to @forumpandir
Meu casal

**luis** @luisdovato · Jan 4, 2021
Replying to @forumpandir
ele é bi?
💬 6    1    ♡ 5

**mina jane°** @yewonalic · Jan 4, 2021
Replying to @forumpandir
sério vcs não tem o que fazer não? Ficar invalidando o cara e ainda chamar isso de casal LÉSBICO, pelo amor de deus
sem contar que isso não passa de um rumor que provavelmente nem é verdade, mas vocês só querem lacrar em cima de fake news
💬 1    ♡ 4

**kaique** @KaiMascarenhas · Jan 4, 2021
E Anitta foi cancelada por isso?
💬 1    ♡ 1

**tristeza do divertidamente** @ex_vegana · Jan 4, 2021
Replying to @forumpandir
fonte= mãos dadas

**Jenny Prioli** @jennyprioli · Jan 4, 2021
Aqui no:
youtu.be/bgqjt0lqYo PARTE 2 VIDEO DA GAGA
youtu.be/iIkU7m_FG33U TOP 2 PIORES VIVAS PARTE 2
youtu.be/0q1_byBKXw PODCAST EP 1
youtu.be/naEK4tiEuI6 REVIEW FOLKORE
youtu.be/_zkMuIYuk74 REVIEW DOC ANITTA

[youtube.com thumbnail]
youtube.com
TOP 5 PIORES FICS DA LADY GAGA -PARTE 2 - CHORA LIROUS

💬 2    1    ♡ 12

**dark** @vavafufin · Jan 4, 2021
Replying to @sano_manjirou and @forumpandir
JENNI avisa q a anitta não tava find om FUNCIONARIO e sim om SÓCIOS n existe hierarquia ali, bjo
💬 1    ♡

**Jenny Prioli** @jennyprioli · Jan 4, 2021
Replying to @forumpandir
CORRE HARRY
DESCOBRIRAM Q VC É HETERO
BOTA SAIAAAA
💬 25    362    ♡ 1,627

**Jenny Prioli** @jennyprioli · Jan 4, 2021
Replying to @jennyprioli and @forumpandir
youtu.be/iIkU7m_FG33U ALIÁS LINK DA LIVE OM AS 10 PIORES PESSOAS VIVAS EM QUE HARRY ESTÁ INCLUSO

[youtube.com thumbnail - TOP 10]
youtube.com
TOP 10 PIORES PESSOAS DO MUNDO VERSAO 2020

💬 1    4    ♡ 28

Show replies

**maicow** @amaicow · Jan 5, 2021
Replying to @forumpandir
e shawn e camila segue sendo o primeiro casal lésbico a se assumir

__ https://twitter.com/ClickySound/status/1265312207740571648 __ at __ 2022-11-19 18:52:12 -08:00 __

← **Tweet**



**Clicky Sound**
@ClickySound

⋯

**clickysound.com/ben-affleck-an...**  After spending part of the weekend with his kids, and letting us know that everything is all cool with Jennifer …



9:01 AM · May 26, 2020 · Clicky Sound

💬          ⟲          ♡          ⬆

  Tweet your reply          **Reply**

Q Search Twitter

**Relevant people**

  **Clicky Sound**
@ClickySound          **Follow**

Photography at its Best!

 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

Lists

👤 Profile

⋯ More

**Tweet**

  **Perkowski Legal P.C.**
@c_perkowski  ⋯

__ https://twitter.com/KimKimuntu/status/1357338112695799811 __ et __ 2022-11-21 19:56:16 -08:00

← **Tweet**

**Paulette Kimuntu Kim**
@KimKimuntu

La mode de fois , franchement

Translate Tweet



6:39 AM · Feb 4, 2021 · Twitter for Android

**1** Retweet    **24** Likes

P  Tweet your reply                                 Reply

**Mon histoire RDC** @alainkaz1 · Feb 4, 2021
Replying to @KimKimuntu
Habits de géant

**Joseph Kaboto** @JosephKaboto · Feb 4, 2021
Replying to @KimKimuntu
😂😂😂😂😂

**Claude SUMUZEDI** @Sumuzedi · Feb 4, 2021
Replying to @KimKimuntu
Eh !

**Dignité N'guizani** @NDignite · Feb 7, 2021
Replying to @KimKimuntu
Mbadi 😮 Bakosi na bango👌😁

**Perkowski Legal P.C.**
@c_perkowski

Search Twitter

**Relevant people**

**Paulette Kimuntu Kim**    Follow
@KimKimuntu

**What's happening**

NBA · 39 minutes ago
**Celtics at Bulls**

Entertainment · Trending
**Died Suddenly**
56K Tweets

Entertainment · Trending
**Sinbad**
6,393 Tweets

Sports · Trending
**#NJDevils** 💋
4,084 Tweets

Sports · Trending
**Mexico City**
19.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

← **Tweet**



**The Latest Celebrity News 24/7**
@smackgirls                                                ...

Anastasia 'Stassie' Karanikolaou dresses to impress in an eye-catching sheer ensemble dlvr.it/SXbGx7



2:54 AM · Sep 1, 2022 · dlvr.it

   

---

   Tweet your reply                          Reply

## Sidebar

Search Twitter

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

**Relevant people**



The Latest Celebrity ...    Follow
@smackgirls

The Latest Celebrity News | Celeb news now 24/7 - The Latest Celebrity News | Celeb news now 24/7 . Manchester Unite Fan 2022 #MUFC

**What's happening**

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**



**#Disenchanted** 💀
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                    ...
**Bob Iger**
Trending with Chapek, #Disney

Trending in United States                    ...
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Music · Trending                              ...
**Lionel Richie**
1,550 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.   ...
@c_perkowski

_ https://twitter.com/drayamichele/status/1395753077550050563 _ el _ 2022-11-22 13:10:53 -08:00 _

← **Tweet**

**:**
@drayamichele                                          ⋯



7:47 AM · May 21, 2021 · Twitter for iPhone

**61** Retweets   **8** Quote Tweets   **1,343** Likes

💬        ⟲        ♡        ⬆

Ⓟ  Tweet your reply                    [ Reply ]

Kennykinos @kennyhadep · May 27, 2021            ⋯
Replying to @drayamichele
❤️🤤✨
💬      ⟲      ♡      ⬆

Herve Hightower @HightowerHerve · May 22, 2021        ⋯
Replying to @drayamichele and @spicyxlatinaa
Hello there draya good Saturday afternoon are looking very beautiful
and sexy here
💬      ⟲      ♡      ⬆

getyourmoneyright @shelz103 · May 21, 2021          ⋯
Replying to @drayamichele

😌🌹

💬      ⟲      ♡      ⬆

Blackheffner14@gmail @Blackheffner14 · May 21, 2021   ⋯
Replying to @drayamichele
She's top tier 🌮🖤😘
💬      ⟲      ♡      ⬆

Perkowski Legal P.C.      ⋯
@c_perkowski

---

**Relevant people**

**:**
@drayamichele                    [ Follow ]
I'm unbothered. | Unofficial.
Commentary. Non-affiliation. Fan
account. Parody

**What's happening**

FIFA World Cup  **LIVE**
**France vs Australia**


#AvatarTheWayOfWater 💧
Get tickets now · In theaters December 16
🔲 Promoted by Avatar

Trending in California          ⋯
**LAPD**
11.9K Tweets

Trending in United States       ⋯
**Ochoa**
Trending with Poland, Lewandowski

Trending in California          ⋯
**Mexicans**
18K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

https://twitter.com/_Margvel/status/1431014390783004673 __ at __ 2022-11-22 20:48:12 -08:00 __

Case 2:22-cv-09462-DMG-ADS   Document 23-7   Filed 03/13/23   Page 39 of 100   Page ID #:3710



Margvel 🐾
@_Margvel

📸 Fotos de Dominique Thorne como Riri Williams (Ironheart) en el set de 'BLACK PANTHER: WAKANDA FOREVER' 🐾

3:03 PM · Aug 26, 2021 · Twitter for iPhone

9 Retweets   3 Quote Tweets   244 Likes

Tweet your reply                                    Reply

Rottboy @Nahu_Lucifer · Aug 26, 2021
Replying to @_Margvel
Naaaaaaaaa mira esas Wave Runneeerrrr papá, ya la ame😎

4

Show additional replies, including those that may contain offensive content                    Show

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

Relevant people

Margvel 🐾
@_Margvel                            Follow

Humor, información y updates del Universo Marvel | 🎙️
contactomargvel@gmail.com |
#SheHulk #IAmGroot

What's happening

FIFA World Cup · This morning
Mexico vs Poland

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Business and finance · Trending
Chesapeake
4,307 Tweets

Trending in United States
#GenshinSpecialProgram
13K Tweets

Entertainment · Trending
Marvel
92.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

https://twitter.com/miucciamuse/status/1521499986868830788 __el__ 2022-11-21 22:18:05 -08:00    Case 2:22-cv-09462-DMG-ADS    Document 23-7    Filed 03/13/23    Page 40 of 100    Page ID #:3711




# Tweet

**taylor russell's whore**
@MIUCCIAMUSE

bella's met after party look OH MY GOD



7:40 AM · May 3, 2022 · Twitter for iPhone

**466** Retweets  **68** Quote Tweets  **4,440** Likes

Tweet your reply

Reply

**harissaboiii** @harissaboiii · May 3
Replying to @MIUCCIAMUSE
@rosalia about to taunt another celebrity on the MET evening ... why did no one stop her ? 😂😂😂

1

**CeeCee** @yslgirl2 · May 4
Replying to @MIUCCIAMUSE
Ew

**Julien Vesper** @j_vesper · May 3
Replying to @MIUCCIAMUSE
Laughable in the bedroom, let alone on the street.

1

## Relevant people



**taylor russell's whore**
@MIUCCIAMUSE
Follow
it girl in training • hf twt • she/her • fan account

## What's happening

NFL · 2 hours ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
67.8K Tweets

Trending in United States
**Dreamers MV**
163K Tweets

Entertainment · Trending
**Sinbad**
8,061 Tweets

Trending in United States
**Jada**
9,242 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

← **Thread**

## Left sidebar

- Home
- Explore
- Notifications (1)
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@c_perkowski  ···

## Main content

**Margvel** 🐾
@_Margvel    ···

¡Fotos de hoy! 🎏

Elizabeth Olsen como Wanda Maximoff y Teyonah Parris como una versión adulta de Monica Rambeau en el set de #Wandavision! 😱



4:10 PM · Dec 16, 2019 · Twitter for iPhone

8 Retweets    2 Quote Tweets    95 Likes

💬            🔁            ♡            ⬆️

P   Tweet your reply                    **Reply**

---

**Margvel** 🐾 @_Margvel · Dec 16, 2019    ···
Replying to @_Margvel
¡CONFIRMADO! La agencia de inteligencia S.W.O.R.D formará parte de la serie de Disney+ #Wandavision

[Fotos del set]

💬        🔁        ♡ 13        ⬆️

## Right sidebar

🔍 Search Twitter

**Relevant people**

**Margvel** 🐾
@_Margvel                    **Follow**
Humor, información y updates del Universo Marvel | 🦸
contactomargvel@gmail.com |
#SheHulk #IAmGroot

**What's happening**

Television · Last night
**The Walking Dead airing on AMC**

Music · Trending            ···
**Billy Joel**
1,334 Tweets

Trending in United States    ···
**Maher**
22.2K Tweets

Music · Trending            ···
**Lionel Richie**
4,051 Tweets

Trending in United States    ···
**Bob Iger**
Trending with  Disney, Chapek

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

https://twitter.com/pradaxbby/status/1573450094225293313 __ el __ 2022-11-22 21:18:50 -08:00 Case 2:22-cv-09462-DMG-ADS   Document 23-7   Filed 03/13/23   Page 42 of 100   Page ID #:3713

← **Tweet**



✨ @PRADAXBBY

### Kim Kardashian out in Milan



4:11 PM · Sep 23, 2022 · Twitter for iPhone

**409** Retweets  **59** Quote Tweets  **4,931** Likes

Tweet your reply                                      **Reply**



**ThePerilsOfRobynJade** @RobynJadePerils · Sep 23
Replying to @PRADAXBBY
It's giving Rihanna
                                    2

**The Guilty Woman** @AllTheAbove12 · Sep 23
Replying to @PRADAXBBY
It's giving boring
                                    2        6

**memo** @xtvp9 · Sep 23
Replying to @PRADAXBBY
Iconic

---

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Search Twitter

### Relevant people


✨
@PRADAXBBY                    **Follow**
enquires: pradaxbby@gmail.com not all content is mine credits to the owners

### What's happening

NBA · LIVE
**Lakers at Suns**


**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in United States
**Erection**
14.2K Tweets

Trending in California
**Costco**
5,459 Tweets

Sports · Trending
**#LALvsPHX**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

 **Ground Breaker** Ξ
@GroundBreaker49                                    ...

Closer Look At Some New #MadameWeb Set Photos
Wich Seems to show some sort of Spider Variant on set
🕷️🕸️🔥👀
(I don't know if it's Just me But At Some Point the Guy
on the suit really looks Like Aaron Taylor Johnson 😅
🧐)



11:21 AM · Oct 6, 2022 · Twitter for Android

**1** Retweet   **2** Likes

💬              🔁              ♡              ⬆️

  Tweet your reply                          Reply

## Sidebar

🔍 Search Twitter

**Relevant people**

 **Ground Breaker** Ξ          **Follow**
@GroundBreaker49

🔥Die harder into Celebrate Movies
🎬 | Gaming /Mobile Games 🎮 &
Breakdowns🧐 including Ground
breaking News Hoping for you to
enjoy the Ride of my account😉

**What's happening**

Formula 1 · 4 hours ago
**Abu Dhabi Grand Prix 2022**                  

**#Disenchanted** 👸
Original movie now streaming
▶️ Promoted by Disney+

Trending in United States              ...
**Rest In Peace**
44.1K Tweets

Trending in California                ...
**Shakira**
108K Tweets

Entertainment · Trending              ...
**Morgan Freeman**
181K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Left Navigation

🐦

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒️ Lists

👤 Profile

⋯ More

**Tweet**

 **Perkowski Legal P.C.**  ...
@c_perkowski

https://twitter.com/loving50shades/status/1551818217572376320 ... al ... 2022-11-21 19:10:12 -08:00      Document 23-7    Filed 03/13/23    Page 44 of 100    Page ID #:3715



← **Tweet**

Q Search Twitter

**Fuera de Plano** 🎁 🇦🇷
@FueraPlano

Bombón, Burbuja y Bellota con sus trajes clásicos.
Primera foto filtrada del detrás de escena de
#Powerpuff



2:56 PM · Apr 7, 2021 · Twitter for iPhone

**3** Likes

Tweet your reply                              Reply

**Santiago** @hsantiago78 · Apr 7, 2021
Replying to @FueraPlano
No pues si, un parecido "increíble"
♡ 1

**Relevant people**

**Fuera de Plano** 🎁 🇦🇷
@FueraPlano                    Follow

Amantes del cine y las series. Noticias,
recomendaciones, reseñas, sorteos y
más! Twitch: twitch.tv/fueradeplanoli...

**What's happening**

FIFA World Cup · 35 minutes ago
**Senegal vs Netherlands**

Trending in United States
**USA USA USA**
417K Tweets

Trending in United States
**National Anthem**
64.3K Tweets

Trending in United States
**Colorado Springs**
474K Tweets

Sports · Trending
**Charles Barkley**
4,952 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 23-7   Filed 03/13/23   Page 46 of 100   Page ID #:3717



← Tweet



## Navigation

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**



**Selena Gomez News** 
@OfficialSGnews

"Always been a hoops girl." - Selena's staple accessory.



6:17 AM · Sep 13, 2020 · Twitter for iPhone

**55** Retweets   **17** Quote Tweets   **582** Likes

 Tweet your reply                          Reply

---

## Relevant people

**Selena Gomez News ...**   Follow
@OfficialSGnews

Fan account on the latest Selena Gomez news! Documentary #MyMindAndMe  coming on November 4 on @AppleTVPlus

## What's happening

FIFA World Cup · This morning
**Mexico vs Poland**



**#AvatarTheWayOfWater** 💧
Get tickets now · In theaters December 16
📽 Promoted by Avatar

Entertainment · Trending
**James Woods**
1,791 Tweets

Entertainment · Trending
**Marvel**
82K Tweets

Arts & culture · Trending
**Sagittarius**
73.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···   © 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/BRMarvelNews/status/1430573873334902897 ... nfl ... 2022-11-22 02:34:13 -08:00    Document 23-7    Filed 03/13/23    Page 47 of 100    Page ID
#:3718



← **Tweet**

 **YUCATAN AL MINUTO**
@YUCATANALMINUTO ···

Tras rompimiento amoroso, captan a JLo con Ben
Afleck ow.ly/nkZb50EEOch



8:45 PM · May 4, 2021 · Hootsuite Inc.

**1** Retweet   **12** Likes

 Tweet your reply                    Reply

🐦 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

🗐 Lists

👤 Profile

⋯ More

**Tweet**

**Relevant people**

 **YUCATAN AL MINUTO**    Follow
@YUCATANALMINUTO

Yucatán al Minuto es un medio de
comunicación que produce contenido
informativo y material audiovisual con
formatos propios en Mérida, Yucatán.

**What's happening**

FIFA World Cup · 1 hour ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
📢 Promoted by Avatar

Trending in United States                      ···
**Ochoa**
Trending with #MEXPOL, Lewandowski

Trending in United States                      ···
**#MHASpoilers**
1,917 Tweets

Celebrities · Trending                          ···
**Tom Hanks**
4,907 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🅟 **Perkowski Legal P.C.**    ···
@c_perkowski



← Tweet

Search Twitter

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

Dani Lagi ⚡ Strip Marvel
@StripMarvel

S.W.O.R.D 🤚 🤔



12:16 AM · Dec 17, 2019 · Twitter for iPhone

30 Retweets  2 Quote Tweets  379 Likes

Tweet your reply                    Reply

Lucía @Lucy_QG · Dec 18, 2019
Replying to @StripMarvel
Quienes son esos?

Dani Lagi ⚡ Strip Marvel @StripMarvel · Dec 18, 2019
Replying to @Lucy_QG
youtu.be/hcUBam-NWlg aquí te explico ;)

Rigo ha vuelto! @rodgonzalezo · Dec 17, 2019
Replying to @StripMarvel
Shuor

🇲🇽 @_german00_ · Dec 17, 2019
Replying to @StripMarvel
de que set son estas fotos?
♡ 2

✙⚙ M.bozo⚙✙ Commissions Open. @Mboz_art · Dec 17, 2019
Replying to @_german00_ and @StripMarvel
Wandavision en teoría.
♡ 4

nico @nnicozapata · Dec 17, 2019
Replying to @StripMarvel
🤔🤔



♡ 2

Leonardo18 @cheo753 · Dec 17, 2019
Replying to @nnicozapata and @StripMarvel
Que buen ojo
♡ 1

CharlzC @charlie_c18 · Dec 17, 2019
Replying to @StripMarvel
Dany que es esta organización?
♡ 1

Juan José Corral Rivera @JuanJosCorralR1 · Dec 17, 2019
Replying to @StripMarvel
De que set son?

shinigaminegro @shini2clown · Dec 17, 2019
Replying to @StripMarvel
Quien is esa organización?
♡ 1

🔥GuilleTendo🔥 @guilletendo · Dec 17, 2019
Replying to @StripMarvel
Me estas diciendo que hay un multiverso...
♡ 2

Siniestro @Riddler82739 · Dec 17, 2019
Replying to @StripMarvel
OMG

Tweet

Perkowski Legal P.C.
@c_perkowski

**Relevant people**

Dani Lagi ⚡ Strip Ma...  Follow
@StripMarvel

Soy @Dani_Lagi de Strip Marvel en @youtube y @twitch autor de #ComoConocíAVuestraMarvel y el cómic #ElGuanteHaterDelInfinito
CONTACT: stripmarveltv@gmail.com

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**


#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
🎟️ Promoted by Avatar

Trending in United States
**RIP Harold**

Sports · Trending
**Manchester United**
345K Tweets

Politics · Trending
**Epstein**
33.4K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ...
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS   Document 23-7   Filed 03/13/23   Page 50 of 100   Page ID #:3721



← **Tweet**

 OFuxico ✔
@ofuxico_oficial

Ai, papiii! #JenniferLopez mostra corpo de sereia em praia

ofuxico.com.br/noticias-sobre...

Translate Tweet

 

3:31 AM · Jan 16, 2021 · Twitter Web App

**1** Retweet  **20** Likes

💬          🔁          ♡          ⬆

 Tweet your reply                    **Reply**

## Search Twitter

### Relevant people

 OFuxico ✔          **Follow**
@ofuxico_oficial

OFuxico é um site jornalístico sobre o mundo dos famosos, da televisão, do cinema e assuntos relacionados ao entretenimento. No ar há 20 anos.

### What's happening

FIFA World Cup · 1 hour ago
**Mexico vs Poland**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
📽 Promoted by Avatar

Trending in United States          ⋯
**Francia**
68.3K Tweets

Trending in United States          ⋯
**Ochoa**
Trending with Australia, Poland

Trending in United States          ⋯
**The Aussies**
3,013 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

 Perkowski Legal P.C.   ⋯
@c_perkowski

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.**
@c_perkowski   ...

___ https://twitter.com/Starfucks93/status/1561036107860492288 ___ at ___ 2022-11-21 02:17:57 -08:00 ___

← **Tweet**

**Starfucks 57K**
@Starfucks93                                           ⋯

## Olivia Rodrigo



10:03 AM · Aug 20, 2022 · Twitter for Android

**13** Retweets  **54** Likes

💬          ⟲          ♡          ⬆

[P]  Tweet your reply                          **Reply**

---

🔍 Search Twitter

## Relevant people

**Starfucks 57K**          **Follow**
@Starfucks93
M 29 (Paid cumtributes/cocktributes requests)

## What's happening

Television · Last night
**The Walking Dead airing on AMC**    

Trending in United States                    ⋯
**Bob Iger**
Trending with Disney, Chapek

Trending in United States                    ⋯
**#AMAs** 💄
Trending with soobin, sabrina

Music · Trending                             ⋯
**Lionel Richie**
3,735 Tweets

Trending in California                       ⋯
**#sacramentoproud** 👑

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2022 Twitter, Inc.

---

🐦

🏠 Home

#️⃣ Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

[P] **Perkowski Legal P.C.**   ⋯
@c_perkowski

# Home
# Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

← **Tweet**

**sam**
@allinitdrews

...

# i'm pregnant



3:24 PM · Nov 19, 2019 · Twitter for iPhone

**3** Retweets   **48** Likes

Tweet your reply

Tweet your reply                           Reply

**Jana⁷** @bizzlemeetsevil · Nov 19, 2019      ...
Replying to @allinitdrews
SHEESHH 😡😡😡

Search Twitter

**Relevant people**

**sam**                                    Follow
@allinitdrews
fan account; justin followed 9.14.19

**What's happening**

NCAA Men's Basketball · Last night
**Knights at Blue Devils**

**#AvatarTheWayOfWater**🧜
Get tickets now · In theaters December 16
📣 Promoted by Avatar

Entertainment · Trending           ...
**James Woods**
2,313 Tweets

Sports · Trending                  ...
**Ryan Leaf**

Sports · Trending                  ...
**College Football Playoff**
1,658 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS   Document 23-7   Filed 03/13/23   Page 54 of 100   Page ID #:3725

← **Tweet**

Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

**Perkowski Legal P.C.**  ...
@c_perkowski

**Thread**

← 

inMARVEL ❄️ #MarvelStudios #Marvel #WakandaForever
@inMARVEL_

···

Si tuviera que hacerle un traje Comic Accurate a Daredevil sin meterme en el "territorio de la licra", creo que sería con el material de esa capa 👌🏻
Literal parece piel de demonio 🔥
#Ironheart #Daredevil #TheHood
#CharlieCox #AnthonyRamos
#Marvel #MCU #MarvelStudios

Translate Tweet



10:52 PM · Aug 13, 2022 · Twitter for Android

**4** Likes

💬    🔁    ♡    ⬆️

Tweet your reply                                    Reply

inMARVEL ❄️ #MarvelStudios #Marvel #Wak... @inMA... · Aug 13  ···
Replying to @inMARVEL_
Tiene sentido ya que habrá sido de uno (si respetan el origen de The Hood en los cómics claro) 🤭

💬    🔁    ♡ 4    ⬆️

Perkowski Legal P.C.
@c_perkowski
···

**Relevant people**

inMARVEL ❄️ #Marv...
@inMARVEL_

Follow

Aquel que disfrute del contenido de Marvel Studios, si es digno, poseerá el poder de saber todo acerca del MCU. ¡Sígueme y sé un Nuevo Vengador! 🤩🤙

**What's happening**

Television · Last night
The Walking Dead airing on AMC

Trending in United States
maher
22.1K Tweets
···

Trending in United States
#AMAs🔥
Trending with sabrina
···

Trending in California
#BLACKPINK_WORLDTOUR
59.2K Tweets
···

Music · Trending
#DavidoAt30
67.7K Tweets
···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

https://twitter.com/lindaikeji/status/1404565624152465410 _ et _ 2022-11-22 16:56:44 -08:00

← **Tweet**

🔍 Search Twitter

- 🏠 Home
- #️⃣ Explore
- 🔔 Notifications
- ✉️ Messages
- 🔖 Bookmarks
- 📋 Lists
- 👤 Profile
- ⊙ More

**Tweet**

**Relevant people**

**Linda Ikeji**
@lindaikeji
[ Follow ]
Blogger. CEO, LindaIkejiTV

**What's happening**

Linda Ikeji
@lindaikeji

···

Jennifer Lopez and Ben Affleck seen kissing a dinner party after reuniting lindaikejisblog.com/2021/6/jennife ...



3:25 PM · Jun 14, 2021 · LIB App

**2** Retweets   **1** Quote Tweet   **14** Likes

💬   🔁   ♡   📤

P  Tweet your reply                [ Reply ]

**Chuzee** @ChuzeeBonano · Jun 14, 2021
Replying to @lindaikeji
This is one love triangle too many. Wishing them both great taste

💬   🔁   ♡   📤

**Tweet By Austeiin** ✔ @Austeiin · Jun 14, 2021
Replying to @lindaikeji
Love don FINISH these two 😂😂😂

💬   🔁   ♡   📤

**Bisoye** @btoyob · Jun 14, 2021
Replying to @lindaikeji
Jennifer!!!!!!!!!!!!! 👑👑👑👑👑

💬   🔁   ♡   📤

NCAA Men's Basketball · Last night
**Knights at Blue Devils**

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Sports · Trending
**College Football Playoff**
1,710 Tweets                               ···

Music · Trending
**Nicki**
67K Tweets                                 ···

Entertainment · Trending
**James Woods**
2,359 Tweets                               ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski   ···

https://twitter.com/TrustMeBro18/status/1578063981765064704 _at_ 2022-11-20 08:51:32 -0800
Case 2:22-cv-09462-DMG-ADS Document 23-7 Filed 03/13/23 Page 57 of 100 Page ID #:3728

← Tweet

**BigDeePee**
@TrustMeBro18

Tahar Rahim as Ezekiel Sims?
#MadameWeb



9:45 AM · Oct 6, 2022 · Twitter for Android

**4** Retweets  **1** Quote Tweet  **31** Likes

---

**Arthur** @Arthur65381575 · Oct 6
Replying to @TrustMeBro18
Oh, I forgot the leaks of Ezekiel being a villian.

**Arthur** @Arthur65381575 · Oct 6
Replying to @TrustMeBro18
Does anyone remember those leaks for this with Ezekiel in them?
1

**Joe is traveling the nine realms** @joe_fayant · Oct 6
Replying to @TrustMeBro18
God I hope not. Only because I hate all the spider totem web of life stuff. It not what Spider-Man is suppose to be about
1                              4

**Arthur** @Arthur65381575 · Oct 6
Replying to @joe_fayant and @TrustMeBro18
Yeah, but I think that is what Sony is going for.
1

🇧🇷**Cristianô Sarkozyew**🇧🇷 @Astrofabrice42 · Oct 6
Replying to @TrustMeBro18
@boss2panam_ ça été confirmé

---

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
🗒 Lists
👤 Profile
⊙ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

**Relevant people**

BigDeePee
@TrustMeBro18
Movies | Series


**What's happening**

FIFA World Cup · 50 minutes ago
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 😡
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending
**RIP JDF**
5,428 Tweets

Trending in California
**Shakira**
96.2K Tweets

Trending in United States
**#RIPLEGEND**
1,784 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2022 Twitter, Inc.



## Thread



**Cinematizando**
@CinematizandoOf

Fotos dos bastidores de Barbie com Margot Robbie e Ryan Gosling sendo Barbie e Ken respectivamente

#Barbie #MargotRobbie #RyanGosling #Ken



11:55 AM · Jun 23, 2022 · Twitter Web App

8 Likes



Tweet your reply

Reply

**Cinematizando** @CinematizandoOf · Jun 24
Replying to @CinematizandoOf
Mais fotos dos bastidores de Barbie com Margot Robbie e Ryan Gosling sendo Barbie e Ken respectivamente

#Barbie #MargotRobbie #RyanGosling #Ken



5



**Perkowski Legal P.C.**
@c_perkowski

---

Search Twitter

### Relevant people



**Cinematizando**
@CinematizandoOf

Follow

### What's happening

NBA · LIVE
**Lakers at Suns**

**#AvatarTheWayOfWater**🧜
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in California
**Epstein**
35.3K Tweets

Trending in United States
**#GenshinSpecialProgram**
10.2K Tweets

Trending in United States
**#staywoke**
2,261 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet



← **Tweet**



## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**



**Respaldo HSA**
@HarrySArgentina

(4) Más fotos de Harry grabando el video de "Watermelon Sugar"

Ⓒa quien corresponda

Translate Tweet



11:38 AM · Jan 29, 2020 · Twitter for Android

**5** Retweets    **30** Likes

Tweet your reply                    Reply

### Relevant people



**Respaldo HSA**                  Follow
@HarrySArgentina

Fan Page | Updates del actor y cantante ganador de un Grammy @Harry_Styles en Argentina. • Fan Account. ¡Cuenta de respaldo de @HarryArgentina!

### What's happening

Television · 5 hours ago
**The Walking Dead airing on AMC**



Trending in United States
**maher**
22.1K Tweets

Trending in United States
**#AMAs** 🎤
Trending with  sabrina

Music · Trending
**#DavidoAt30**
66.6K Tweets

Trending in United States
**Colorado Springs**
547K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy    Accessibility    Ads info    More ···

© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski

Search Twitter




← **Tweet**

**Mateus Aguiar**
@mateusaguiarph                                    ···

A willow tá gravando um clipe com a avril lavigne, o
poprock 2000's tá de volta. Esse é o tweet!

Translate Tweet



1:24 PM · Jun 15, 2021 · Twitter for iPhone

**69** Retweets   **28** Quote Tweets   **524** Likes

💬        🔁        ♡        ⬆️

P     Tweet your reply                              Reply

spencer @patronumarvel · Jun 15, 2021                 ···
Replying to @mateusaguiarph
AAAA AA

💬        🔁        ♡        ⬆️

euguxtavolima @euguxtavolima · Jun 15, 2021           ···
Replying to @mateusaguiarph
Meu deussss

💬        🔁        ♡ 3      ⬆️

brubis @bruna_preisler · Jun 15, 2021                 ···
Replying to @mateusaguiarph
@luubrisaa

💬 1      🔁        ♡        ⬆️

lubrisa @luubrisaa · Jun 16, 2021                     ···
Replying to @bruna_preisler and @mateusaguiarph
nossa amei lindas

💬        🔁        ♡ 1      ⬆️

anafelix out @anyblinding · Jun 15, 2021              ···
Replying to @mateusaguiarph

MAREBARROW

From Kah 🐍

💬        🔁        ♡        ⬆️

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more

Gabi @gabsletu · Jun 15, 2021                         ···
Replying to @littleSUNbay and @mateusaguiarph
acho que ela também é reptiliana

💬        🔁        ♡ 1      ⬆️

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.                                  ···
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

Mateus Aguiar
@mateusaguiarph          Follow
tiro umas fotos e falo sobre a vida

**What's happening**

FIFA World Cup · 2 hours ago
Mexico vs Poland

#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
📽 Promoted by Avatar

Trending in United States
Ochoa
Trending with Poland, Lewandowski

Celebrities · Trending
Tom Hanks
6,089 Tweets

Trending in United States
Giroud
Trending with Australia, Mbappe

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



## Tweet

### Male Celeb Hotties
@jaymalecelebs

When you strut around in your boxers like....



2:05 PM · Nov 1, 2020 · Twitter for Android

**41** Retweets   **2** Quote Tweets   **494** Likes

---

Tweet your reply

**Reply**

---

**Sir P O R N** 👾 @mrtimdan · Nov 1, 2020
Replying to @jaymalecelebs
Doesn't beat this pic though #JustinBieber #NakedOutside

💬 1          🔁          ❤️ 6          📤

---

**Perkowski Legal P.C.**
@c_perkowski

---

🔍 Search Twitter

## Relevant people



**Male Celeb Hotties**    **Follow**
@jaymalecelebs

Just a bi guy bringing you hot male
celeb content to lust over! DM's are
always open! Have fun! 😜 18+

## What's happening

FIFA World Cup · 5 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🧔
Get tickets now · In theaters December 16
📽 Promoted by Avatar

Celebrities · Trending
**Chris Evans**
Trending with Blueface

Trending in California
**Chicharito**
6,927 Tweets

Celebrities · Trending
**Tom Hanks**
8,243 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS   Document 23-7   Filed 03/13/23   Page 62 of 100   Page ID #:3733

← **Tweet**

 **Home**

# **Explore**

🔔 **Notifications**

✉ **Messages**

🔖 **Bookmarks**

☰ **Lists**

⚇ **Profile**

⋯ **More**

**Tweet**

 **Entertainment Crave**
@ECraveWorld                                    ⋯

🎆 #VincentDOnofrio as #Kingpin on set of the #MarvelStudios' #Echo series.



9:12 AM · Aug 9, 2022 · Twitter for Android

**1** Quote Tweet    **1** Like

💬          ⟲          ♡          ⬆

 Tweet your reply          **Reply**

🔍 Search Twitter

## Relevant people

 **Entertainment Crave**  **Follow**
@ECraveWorld
A place full of entertainment that you
crave. Follow to stay connected to Pop
Culture World, Movies, Shows, Series,
Music, Celebrities, News and More

## What's happening

Television · 2 hours ago
**The Walking Dead airing on AMC**



#Disenchanted 🧚
Original movie now streaming
▶ Promoted by Disney+

Trending in United States          ⋯
**Bob Iger**
Trending with Chapek, #Disney

Trending in United States          ⋯
**Wayne Brady**
3,271 Tweets

Trending in United States          ⋯
**Kody**
Trending with #SisterWives

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**   ⋯
@c_perkowski



https://twitter.com/ScreenMix/status/1284541149451... id... 2022-11-21 07:28:35 46.49...  Document 35-1  Filed 03/13/23  Page 64 of 100  Page ID #3726  ©23cv-0846-DMG-ADS



Tweet

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Screen Mix
@ScreenMix

العالمية انجلينا جولي بإطلالة أنيقة للغاية بأخر ظهور لها مع ابنها باكس في لوس انجلوس ❤️

1:23 AM · Jul 17, 2020 · Twitter for Android

76 Retweets    26 Quote Tweets    2,642 Likes

Tweet your reply                                    Reply

Relevant people

Screen Mix
@ScreenMix                          Follow

حساب يهتم بنقل آخر ما يحدث حول العالم
من أهم أهم المناطق العربي والعالم،
تواصل منا عبر الخاص أو هذا
ScreenMix@PandoraaBooang.com

What's happening

FIFA World Cup · LIVE
England vs Iran

Trending in United States
#OurRubyWOODday
40.2K Tweets

Sports · Trending
Michael Irvin

Music · Trending
Slick Rick

Only on Twitter · Trending
#MondayMorning
4.8M Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More
© 2022 Twitter, Inc.

← **Tweet**

**1D Updates**
@Live1DNews                                    •••

Harry and Olivia Wilde at Jeff's wedding over the weekend

(Via @hsdcandids)



12:10 PM · Jan 4, 2021 · Twitter for iPad

**1** Retweet    **15** Likes

Tweet your reply                              Reply

---

**Relevant people**

**1D Updates**          Follow
@Live1DNews
1D Updates. Paul, Andy, and more
follow!

**HS Candids**          Follow
@hsdcandids
Follow for HQ candids of HS. Layout
by @brightblackdsgn. (Fan Account)

**What's happening**

Formula 1 · Starts tomorrow
**Abu Dhabi Grand Prix 2022**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
Promoted by Uber

Sports · Trending                              •••
**Andrel Anthony**

Entertainment · Trending                       •••
**Tommyinnit**
7,091 Tweets

Trending in California                          •••
**Messi**
335K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More •••
© 2022 Twitter, Inc.

Search Twitter

**Q** Home
**#** Explore
**🔔** Notifications
**✉** Messages
**🔖** Bookmarks
**☰** Lists
**👤** Profile
**•••** More

Tweet

Perkowski Legal P.C.    •••
@c_perkowski

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Perkowski Legal P.C.
@r_perkowski

**Tweet**

POPTime
@poptbr

Após jantar com seu namorado, Michael, a cantora
Lady Gaga dá a gorjeta de 700 dólares para garçom e
cede seu casaco para um little monster.



11:39 AM · Jun 17, 2020 · Twitter Web App

**641** Retweets **267** Quote Tweets **8,851** Likes

**Relevant people**

POPTime
@poptbr
Cobertura completa do Mundo, acompanhada de curiosidades, cinema, tv, música, séries, celebridades e muito humor!
to: poptime@mynds.com.br

Follow

**What's happening**

NBA World Cup · 25 minutes ago
USA vs Wales

Entertainment · Trending
Yann Demange
1,172 Tweets

Trending in United States
#USANNT85
Trending with States, tbtr

Family drama · Trending
#GTNigeridah7

Lovecraft Country · Trending
Lovecraft Country

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More...
© 2021 Twitter, Inc.

Tweet your reply                                          Reply

NTL 🍂❄️🎄 @MrDalisi · Jun 17, 2020
Replying to @poptbr
Cómo que chega na artista assim e pede a roupa dele? Eu não conseguiria nele obrigo, ng retruco 😂

T5 Tdote porque eu não era o garçom, mas tudo bem.

pop x 911 🚨 @storyplaneBlam · Jun 17, 2020
Replying to @poptbr
Usar máscara pra não transmitir o covid + + + + dar sua jaqueta pra outra pessoa sem higienizar

eh? rendana

thomaz 🏳️‍🌈 @thisdracxys · Jun 17, 2020
Replying to @poptbr
quando vê olé carinloa é dison @poonsofidiego

itudu. @poonsofidiego · Jun 17, 2020
Replying to @thisdracxys @imkevinsson and @poptbr
carahoo

vini @elorgess · Jun 17, 2020
Replying to @poptbr
hey @gdylov wheres the coat

lady gaga divulgando relógio e esquecendi... @god... · Jun 17, 2020
Replying to @poptbr
essa mulher não tem nenhum defeito pl

patrick @PAYROCKMACHADOe · Jun 17, 2020
Replying to @poptbr
o garçom recebeu de gorjeta mais do que eu recebo de salário

[video] 1,149 views

From patrick

Juliano Moreira @wfeleroco · Jun 17, 2020
Replying to @poptbr
Amo as fios das gays kkkk

Grlça @linverstc_ · Jun 17, 2020
Replying to @poptbr
Rainha drrossa

chapeuzinho roxa⁷ @meerleaschbit · Jun 17, 2020
Replying to @poptbr
E essa verte q eu não tenho @jadnivdlbcs1

gabi @Rarbles · Jun 17, 2020
Replying to @poptbr
quema ser trç pzo poder fazer isso

[media disabled] This media has been disabled in response to a report by the copyright owner.

From gabi

luis @luisbeato · Jun 17, 2020
Replying to @fecline @ladygargue and @poptbr
o edit perfeito outer banks tudo pra mim

Show replies

Ramon Azevedo @ramendremie · Jun 17, 2020
Replying to @poptbr
Queria atender ela. meu deus! Porem uma pergunta, ela ta grávida?

A @pape_lhrel · Jun 17, 2020
Replying to @poptbr
Lenda

luis @luisbeato · Jun 17, 2020
Replying to @poptbr
lenda

[video] Este vídeo é uma paródia. Não temos contato com Mr. Beyonce ou Demi Lovato.
Não leve este vídeo a sério.
1,116 views

From out of content lovatics

lalinhas targaryen ♡ @marhi_rono · Jun 17, 2020
Replying to @poptbr
lenda viva né pl

[video] TLHE BEAR

From lalinhas targaryen ♡

Jc @brunofbarnetto · Jun 17, 2020
Replying to @mahotas balta
@brunofoto balta

Lhia @stivilstex · Jun 17, 2020
Replying to @poglauasnti and @poptbr
senhos

leieezin 🦋 @leezzin_11 · Jun 17, 2020
Replying to @poptbr
Compreendi little monsters assalta Lady Gaga e roba casaco dia mesma

O entenceatu @bitouknocelotoa · Jun 17, 2020
Replying to @poptbr
fada generosa

star @brayfoto_ · Jun 17, 2020
Replying to @poptbr
Avisa que eu amo demais essa mulher pf

Uni @scu_nikt · Jun 17, 2020
Replying to @poptbr
Só eu achei ele o casa do Britney?

Lian @gcendoega · Jun 17, 2020
Replying to @poptbr
lendoaa

https://twitter.com/mileyupdates/status/1351536258326147073 — et — 2022-11-22 00:24:30 -08:00 Case 2:22-cv-09462-DMG-ADS Document 23-7 Filed 03/13/23 Page 67 of 100 Page ID #:3738



# Tweet

**Nación Marvel** 🦸
@nacionmarvel

Imágenes filtradas desde el set de Avengers 4. 😱😱😱



6:22 PM · Jan 10, 2018 · Twitter Web Client

**29** Retweets   **2** Quote Tweets   **79** Likes

---

**FangirlReice** ⭐ @ABigFanGirl7 · Jan 11, 2018
Replying to @nacionmarvel
Noooo ese traje de vuelta nooooo odio ese traje del cap, le hubieran puesto el de CA:TFA

💬 1        🔁 1        ❤️

**Nación Marvel** 🦸 @nacionmarvel · Jan 11, 2018
Replying to @ABigFanGirl7
Prefiero el traje de CA:TWS 😊



💬 1        🔁 1        ❤️ 2

Show replies

**blanquis domi** @Sk01Tania · Jan 10, 2018
Replying to @nacionmarvel
Algún paso en el tiempo !? 🤔

💬        🔁 1        ❤️

---

## Relevant people

**Nación Marvel** 🦸
@nacionmarvel
¡Wakanda por siempre! |📷|
instagram.com/nacionmarvel | Contact
o: nacionmarvelofficial@gmail.com

**Follow**

## What's happening

NBA · LIVE
Kings at Grizzlies

#AvatarTheWayOfWater 💧
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
#GenshinSpecialProgram
4,762 Tweets

Trending in United States
Non-binary
25.9K Tweets

Sports · Trending
Kevin Knox

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski



Tweet

## best justin pics
@postsjustin

🍭

Justin Bieber

8:57 PM · Mar 22, 2021 · Twitter for iPhone

**88** Retweets    **9** Quote Tweets    **678** Likes

Tweet your reply

**Reply**

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

### Search Twitter

## Relevant people

**best justin pics**
@postsjustin          **Follow**
The best of @justinbieber content.
(fan account) Ownered by
starringevelyn, brzzle and biebersnt.

**Justin Bieber** ✔
@justinbieber          **Follow**
JUSTICE the album out now

## What's happening

FIFA World Cup · 3 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California          ···
**LAPD**
12.2K Tweets

Family drama · Trending          ···
**#GTMcontest31**

Trending in United States          ···
**Ochoa**
Trending with Poland, Lewandowski

**Show more**

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.



https://twitter.com/badpostmargots/status/15397254642306423309 ... at ... 2022-11-21 21:18:21 -08:00

Document 23-7    Filed 03/13/23    Page 71 of 100    Page ID
#:3742

**best of margot**
@badpostmargots                                                ...

margot robbie on the set of 'barbie'



2:42 PM · Jun 22, 2022 · Twitter for iPhone

371 Retweets    234 Quote Tweets    4,269 Likes

---

**CeeFo Bane** 🦇 @ceefourbane · Jun 22
Replying to @badpostmargots

GIF    ALT

1    1    ♡

---

**toninho**🧤 @antonioczzz · Jun 22
Replying to @badpostmargots
@cassiaselloc

1    ♡

---

**zidane**🇭🇷 @sutorortasaha · Jun 22
Replying to @badpostmargots
Sen benim söylenmeyen sözlerim..

1    ♡

---

**carol fã do messi puta com o messi** @goatsfav · Jun 22
Replying to @badpostmargots
vou desmaiar @cuscuzy

1    1    ♡

---

**acaba de falecer a web diva carol às 19:00** @cuscuzy · Jun 22
Replying to @goatsfav and @badpostmargots
meu deus como essa mulher é tudo, até com roupa feia fica linda

1    ♡

---

**PalestineAdesanya** @LeftRussoCook · Jun 22
Replying to @badpostmargots
On 444 retweets

1    ♡

---

**Ikarus** @TheUnholyIkarus · Jun 22
Replying to @badpostmargots
Peak Cinema

1    ♡

---

**Miraç** @MiracisS · Jun 22
Replying to @badpostmargots
Her şarkının sana çıktığı saatlerdeyim. 📍

1    ♡

This Tweet is from a suspended account. Learn more

---

**▶kelli bellî🏴** @supatkelli · Jun 23
Replying to @Nijigakulove and @badpostmargots
.milk?

1    ♡

---

**bismuto** 💀 @vinteseterreais · Jun 22
Replying to @badpostmargots
@NovenoveNumero vazou vc

1    ♡

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

Show replies

---

🔍 Search Twitter

**Relevant people**

**best of margot**                            Follow
@badpostmargots
fan account posting updates & daily
posts of the aussie goddess and
academy award nominated actress,
margot robbie

**What's happening**

NFL · 1 hour ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
63.1K Tweets

Trending in United States
**Trent Reznor**
20K Tweets

Trending in California
**Dodger Stadium**
9,266 Tweets

Entertainment · Trending
**August Alsina**
Trending with #TheSurealLife

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

Tweet

Perkowski Legal P.C.   ...
@c_perkowski

Case 2:22-cv-09462-DMG-ADS Document 23-7 Filed 03/13/23 Page 72 of 100 Page ID #:3743

← Tweet

Home

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 **DISNEY FLIX FR**
@disneyflixfr

...

Le tournage des Super Nanas en live action a commencé !

Translate Tweet



8:10 AM · Apr 8, 2021 · Twitter for iPhone

**2** Retweets    **3** Quote Tweets    **8** Likes

Tweet your reply

Reply

## Relevant people

 **DISNEY FLIX FR**
@disneyflixfr

Follow

Toutes les dernières informations sur vos films et séries préférées ✨

## What's happening

Television · LIVE
**Bachelor in Paradise airing on ABC**

Trending in United States
**Died Suddenly**
43.4K Tweets

Trending in United States
**Maher**
8,353 Tweets

Trending in United States
**Tampax**
28K Tweets

Entertainment · Trending
**#DWTSFinale** 🏆
Trending with Charli, Shangela

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More •••

© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** •••
@c_perkowski

Search Twitter

__ https://twitter.com/_dccbrasil/status/1529592571219128322 __ el __ 2022-11-21 06:34:49 -08:00
2:22-cv-09462-DMG-ADS   Document 23-7   Filed 03/13/23   Page 73 of 100   Page ID #:3744

## Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

**DC Brasil**
@_DCCBRASIL

Novas imagens de Xolo Maridueña no set do filme do Besouro Azul



3:37 PM · May 25, 2022 · Twitter for iPhone

**19** Retweets   **3** Quote Tweets   **357** Likes

🗨  ♻  ♡  ⬆

🅿  Tweet your reply                                    **Reply**

**jhonnny kenji** @Eckhho · May 25
Replying to @_DCCBRASIL
@EstherVogt_

🗨  ♻  ♡ 1  ⬆

**Zaphir #TEAMBLACK** @ZaphirTheWind · May 25
Replying to @_DCCBRASIL
Amen sem boca, segue vencendo

🗨  ♻  ♡  ⬆

**sandra ⚡** @wizdcomics · May 25
Replying to @_DCCBRASIL
ai dcbr to simplesmente amando

🗨  ♻  ♡ 1  ⬆

**van | pennyworth S3** @lovintesfaye · May 25
Replying to @_DCCBRASIL
@astroxplicit notas

🗨 1  ♻  ♡  ⬆

**astro** @astroxplicit · May 25
Replying to @lovintesfaye and @_DCCBRASIL
MANO TA PERFEITO

🗨 1  ♻  ♡  ⬆

Show replies

---

**Perkowski Legal P.C.** ···
@c_perkowski

---

### Relevant people



**DC Brasil**                                    **Follow**
@_DCCBRASIL
Todas as notícias relacionadas ao mundo da #DCComics em um só lugar 🇧🇷Parcerias e Mídia Kit: contatodcbrasil@gmail.com • Siga-nos no Instagram:

### What's happening

FIFA World Cup · LIVE
**England vs Iran**


Events · Trending
**LGBT**
208K Tweets                                      ···

Gaming · Trending
**Maple Treeway**
Trending with 3DS RAINBOW ROAD              ···

Events · Trending
**ITS COMING HOME**
3,904 Tweets                                     ···

Trending in United States
**England**
Trending with #ENGIRN, Saka                  ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.




https://twitter.com/QuinteroI05/status/1583290541105905664 __ at __ 2022-11-20 07:28:44 -08:00

← **Tweet**



Isa ✨💜
@QuinteroI05

⋯

I love you Nicholas in boy band style 👬 ❤️
@nickgalitzine
Hayes (The Idea Of You) First Look
#NicholasGalitzine #annehataway



👤 Nicholas Galitzine

7:54 PM · Oct 20, 2022 · Twitter for Android

**6** Likes

💬          🔁          ♡          ⬆️

Tweet your reply                          Reply

Perkowski Legal P.C.
@c_perkowski

🔍 Search Twitter

**Relevant people**



Isa ✨💜                          Follow
@QuinteroI05
Quien no arriesga no gana 👬 Fangirl
Deportivo Cali 💚 Coldplay ✨ Carson
💜 Galitzine 💜

Nicholas Galitzine ✔️           Follow
@nickgalitzine

**What's happening**

Formula 1 · 27 minutes ago
**Abu Dhabi Grand Prix 2022**

🐦 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

**Tweet**

__ https://twitter.com/filmnewsPL/status/1385159552455397376 __ at __ 2022-11-19 20:37:51 -08:00 __

← **Tweet**

## Relevant people



**Film News**
@filmnewsPL

**Follow**

🎬 najnowsze wiadomości filmowe - kino polskie i zagraniczne, popularne i niezależne 🎦 kontakt: filmnewspl@gmail.com

## What's happening

Television · 36 minutes ago
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in California
**HELL NO**
45.5K Tweets

Politics · Trending
**Mr. President**
41.1K Tweets

Trending in California
**Andrew Tate**
28.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Twitter Navigation

🏠 Home
\# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

**Tweet**

---

 **Film News**
@filmnewsPL
···

## Zdjęcia z planu filmu #SonicTheHedgehog2

Translate Tweet




2:12 AM · Apr 22, 2021 · Twitter for Android

**13** Likes

💬    ⟲    ♡    ↥

 Tweet your reply    **Reply**

 **Perkowski Legal P.C.**
@c_perkowski    ···

https://twitter.com/soygerardcortez/status/1346110925041765867?l... WI... 2022-v1 22-cv-09462-DMG-ABS) Filed 03/13/23 Page 77 of 100 Page ID
Document 23-7                                          #:3748



https://twitter.com/creamorscream/status/1363312916460675075 __ at __ 2022-11-22 12:07:05 -08:00 __
Case 2:22-cv-09462-DMG-ADS    Document 23-7    Filed 03/13/23    Page 78 of 100    Page ID
#:3749

← **Tweet**

**Bishop**
@BlindWanda                                                          ...

The Concept Art
The filmed scene

#Hawkeye #Marvel #DisneyPlus

Marvel Studios and Disney+

6:21 PM · Feb 20, 2021 · Twitter Web App

**26** Retweets  **2** Quote Tweets  **157** Likes

P  Tweet your reply                                     Reply

---

## Relevant people

**Bishop** ⬤                                            **Follow**
@BlindWanda
Lover of Marvel, DC, Star Wars,
Comics, Hailee Steinfeld, BLACKPINK,
and many other things (ᵔ)

**Marvel Studios** ✓                                    **Follow**
@MarvelStudios
✓ Official
Marvel Studios' Black Panther:
Wakanda Forever, now playing only in
theaters. Get tickets now 🎟️

**Disney+** ✓                                           **Follow**
@DisneyPlus
✓ Official
#DisneyPlus is your home for the
holidays. 💙❄️ #SeasonsStreamings

## What's happening

FIFA World Cup · 2 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Celebrities · Trending                                   ...
**Tom Hanks**
5,592 Tweets

Trending in California                                   ...
**Mexicans**
15.8K Tweets

Trending in United States                                ...
**Ochoa**
Trending with Lewandowski, #MexVsPol

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

---

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**


Perkowski Legal P.C.
@c_perkowski

— https://twitter.com/infosseriesfr/status/1521737364309266434 — et — 2022-11-21 21:38:26 -08:00

← **Tweet**

**Relevant people**

**Infos Séries**
@InfosSeriesFR                               ···

**#PHOTOS** Bella Hadid à l'after party du **#MetGala**

Translate Tweet



11:23 PM · May 3, 2022 · Twitter for iPhone

**4** Retweets   **5** Quote Tweets   **88** Likes

| | | | | |
|---|---|---|---|---|

Tweet your reply                              **Reply**

**John Doggett** @nimour30 · May 3
Replying to @InfosSeriesFR
Vulgaire comme d'hab

♡ 3

**Lizzie Parrish Kelley** 🎗 @Maeva_Kelley · May 5
Replying to @InfosSeriesFR
Elle serais nu ça serait pareil, là c'est comme si elle portait Rien du tout

♡ 1

Show more replies

**Infos Séries**
@InfosSeriesFR                 Follow

Bienvenue sur votre source française
sur toutes vos séries, films et stars
préférées
contact:Lnfosseriesfrpro@gmail.com
@dianemarchetti1 &
@jeannepchll

**What's happening**

NFL · 1 hour ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
64.9K Tweets

Sports · Trending
**Norman Powell**

Trending in United States
**Murder House**
1,700 Tweets

Only on Twitter · Trending
**Pablo Milanés**
Trending with  Auburn

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**
**Tweet**

Perkowski Legal P.C.
@c_perkowski   ···

__ https://twitter.com/teleaudiencias/status/1417602717300641792 __ at __ 2022-11-22 09:56:40 -08:00 __

← **Tweet**



🔍 Search Twitter

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

 **Teleaudiencias**
@teleaudiencias                                                       ⋯

The Weeknd y Angelina Jolie, han sido vistos juntos saliendo de un restaurante de Los Ángeles. Algunos medios americanos señalan de una posible relación y otros de motivos profesionales (concretamente de la nueva serie de HBO que producirá el cantante).
wp.me/pa7l1P-5ud

Translate Tweet



2:50 PM · Jul 20, 2021 · TweetDeck

1 Like

💬            🔁            ♡            ↑

 **Perkowski Legal P.C.**
@c_perkowski                    ⋯

 Tweet your reply                              Reply

**Relevant people**

 **Teleaudiencias**              Follow
@teleaudiencias

Audiencias, noticias, opinión, entrevistas, estrenos, tv, cine, música y deportes y +51.000 en instagram!
TvTeleaudiencias.wordpress.com

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**





https://twitter.com/ScreenMix/status/1419795785902974926 ... 2022-11-22 00:41-08:00   Document 23-7   Filed 03/13/23   Page 81 of 100   Page ID #:3702

Case 2:22-cv-09462-DMG-ADS    Document 23-7    Filed 03/13/23    Page 82 of 100    Page ID
#:3753

← **Tweet**



🌈ANDY JONNY
@AndresJovannyMa

#DakotaJohnson desde el set de #MadameWeb

8:48 AM · Jul 26, 2022 · Twitter for Android

**2** Retweets    **10** Likes

Tweet your reply                                    Reply

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

🔍 Search Twitter

**Relevant people**



🌈ANDY JONNY
@AndresJovannyMa        **Follow**

EL PENSAR Y EXPRESAR 💙🩷 Tengo
un canal en YouTube ▶ ANDY
JONNY 😄

**What's happening**

Television · 1 hour ago
**Saturday Night Live airing on
NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
📢 Promoted by Uber

Trending in United States                    ···
**HE'S BACK**
142K Tweets

Music · Trending                              ···
**#DreamersbyJungkook**
Trending with #Dreamers2022, #DreamersOutNow

Sports · Trending                             ···
**PAC 12**
3,898 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.



Perkowski Legal P.C.    ···
@c_perkowski



**Relevant people**

rachel🦋
@canyonmoonblu
*lesbian flag emoji*

[Follow]

**What's happening**

FIFA World Cup · 2 hours ago
Mexico vs Poland

#AvatarTheWayOfWater
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in California
**Mexico City**
19.4K Tweets

Trending in United States
**Ochoa**
Trending with Poland, Lewandowski

Trending in California
**LAPD**
1.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

rachel🦋
@canyonmoonblu

we get BOTH of these in 2022



12:49 PM · Aug 9, 2021 · Twitter for iPhone

**624** Retweets  **92** Quote Tweets  **7,441** Likes

Tweet your reply                                    [Reply]

Happy mayaween @meyahenry · Aug 9, 2021
Replying to @canyonmoonblu
OKAY 2022 FINNA BE A GOOD YEAR

amie saw Harry on June 15th 🎀 @peakindiero94 · Aug 9, 2021
Replying to @canyonmoonblu
I AM NOT MENTALLY OR PHYSICALLY PREPARED

♡          ♡ 11

Erika saw Harry on 10.13 @confuxduckling · Aug 9, 2021
Replying to @canyonmoonblu
I won't survive at this omg 🌟

♡          ♡ 1

elisha 🦋 @70stoveonlour · Aug 9, 2021
Replying to @canyonmoonblu
harry and harries are booked and busy!!

♡ 3          ♡ 60

rachel🦋 @canyonmoonblu · Aug 9, 2021
Replying to @70stoveonlour
so true we love a successful king

♡          ♡ 50

Summersunhappy @summmersunhappy · Aug 10, 2021
Replying to @canyonmoonblu
Ufmm guys can we talk about his jawline.

♡          ♡ 5

*Nico | yr s2 era @versalillesyson · Aug 9, 2021
Replying to @canyonmoonblu
we staaaan

Abby Reyna @AbbbyReyna11 · Aug 9, 2021
Replying to @canyonmoonblu
And their tours!!!!!

niya @AWthoreForHoran · Aug 10, 2021
Replying to @canyonmoonblu
i choked on my coffee
HOW CAN HE BE SO PRETTY, OMG LOOK AT THAT JAWLINE 😩😭😍

Bigger Than Me | FITF 💙 @izzy · Aug 10, 2021
Replying to @canyonmoonblu
I was just eating and apple and suddenly i cannot chew any sh-
I'm not gonna survive

no longer active 🌙 @beannkharryxgf · Aug 9, 2021
Replying to @canyonmoonblu
i'm not prepared

Ann is 🔪 || out of ann's system ... @firtusLouis_d... · Aug 9, 2021
Replying to @canyonmoonblu
THANK YOU GOD, TO YOU BE THE GLORY

♡          ♡ 4

Ann is 🔪 || out of ann's system ... @firtusLouis_d... · Aug 9, 2021
Replying to @canyonmoonblu
OK BUT HOW ARE WE GONNA SURVIVE

♡          ♡ 2

Ann is 🔪 || out of ann's system ... @firtusLouis_d... · Aug 9, 2021
Replying to @canyonmoonblu
Imagine being prepared for this

♡          ♡ 2

Ann is 🔪 || out of ann's system ... @firtusLouis_d... · Aug 9, 2021
Replying to @canyonmoonblu
2022 rights mfs

loloman @2020hs_ae · Aug 10, 2021
Replying to @canyonmoonblu
AAAAAA

🌈 rheya �!! @amitheonlyone_n · Aug 9, 2021
Replying to @canyonmoonblu
And I don't think we're gonna survive. Like what do we do when the trailer drops???

♡          ♡ 2

Era Haskhiu @Giansaihiu · Aug 9, 2021
Replying to @canyonmoonblu
🥺😍😍

abby 🦋 @LUVHARDD00 · Aug 9, 2021
Replying to @canyonmoonblu
2022 is his year

♡          ♡ 4

jordyn · 100 DAYS · fan account @P4RKPRINCESS · Aug 9, 2021
Replying to @canyonmoonblu
SO HYPED FOR MP

lliana⁰ᵘ⁰⁰⁰⁵_121YearsOfLove⁰ @DrigianovaIlliana · Aug 9, 2021
Replying to @canyonmoonblu
i thought DWD would be released in the summer of 2021... so this is new

♡          ♡ 14

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

fala cmg não @falajaharo · Aug 9, 2021
Replying to @mscasetna__ and @canyonmoonblu
assists princesa 👸, q filme é esse?

♡ 1

Show more replies

---

Perkowski Legal P.C.
@_perkowski



← Tweet



**Chris Evans Celebrations**💙 **(fan account)**💙
@chrisevansparty

···

Times change but Chris Evans' smile remains pretty as ever💙



10:00 AM · Oct 16, 2022 · Twitter for Android

24 Retweets    331 Likes

🔍 Search Twitter

## Relevant people



**Chris Evans Celebrati...**
@chrisevansparty

**Follow**

Welcome to the party where we all celebrate the masterpiece that is Chris Evans ⊙ Fan account ⊙ Not associated with any celebrity ⊙

## What's happening

FIFA World Cup · This morning
**Mexico vs Poland**



**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
⬛ Promoted by Avatar

Business and finance · Trending
**#massshooting**
1,537 Tweets

···

Trending in United States
**Erection**
21.6K Tweets

···

Trending in California
**Costco**
6,178 Tweets

···

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

## Home
## Explore
🔔 Notifications ①
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Tweet your reply

**Reply**

**Perkowski Legal P.C.**
@c_perkowski

# Tweet

Margvel 📸
@_Margvel

📸 Nuevas fotos de Dakota Johnson filmando 'MADAME WEB' en Massachusetts 🇺🇸



5:03 AM · Jul 26, 2022 · Twitter for iPhone

**16** Retweets  **23** Quote Tweets  **434** Likes

Tweet your reply                                    Reply

Agustin Diaz @Agus_Diaz99 · Jul 26
Replying to @_Margvel
Quien o que se supone que sea madame web? Dieron algun indicio de la trama ya?
4                                               1

Margvel 📸 @_Margvel · Jul 26
Replying to @Agus_Diaz99
Es una mutante clarividente y precognitiva, al principio fue una aliada de Spidey y después medio que se pasó para el lado del mal (? pero como que no es villana del todo. Tampoco entra en la categoría de antihéroe, así que lo descubriremos en la película!
6

Nanu | Hablando de GH y series @goldxnmica · Jul 26
Replying to @_Margvel
Que mujerrrr
1

ya casi termino The Office siuuuu @SuperTallarín24 · Jul 26
Replying to @_Margvel
Xdon por comparar, pero le recuerda a Jessica Jones 🙂
1                                               1

This Tweet is from a suspended account. Learn more

Show replies

## Relevant people

Margvel 📸
@_Margvel                                        Follow
Humor, información y updates del Universo Marvel | 🏆
contactomargvel@gmail.com | #SheHulk #IAmGroot

## What's happening

FIFA World Cup · 1 hour ago
**England vs Iran**

Sports talk · Trending
**Skip and Shannon**

K-pop · Trending
**chenle**
202K Tweets

Trending in United States
**Chocolate and Chip**

Gaming · Trending
**#ExploreBlackreef**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 23-7   Filed 03/13/23   Page 86 of 100   Page ID #:3757

← **Tweet**

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**All Things Marvel**
@things_marvel

**ภาพใหม่ของ** Kamala Khan **ในชุด** Captain Marvel **จากกองถ่าย** Ms. Marvel



7:49 PM · Nov 19, 2020 · TweetDeck

**11** Retweets   **12** Likes


Tweet your reply

Reply 

### Relevant people



**All Things Marvel**
@things_marvel                    Follow

News update for THAI fans of @Marvel Cinematic Universe. อัปเดตข่าวของจักรวาลภาพยนตร์มาร์เวลสำหรับแฟน ๆ ชาวไทย

### What's happening

FIFA World Cup · LIVE
**England vs Iran**



Sports · Trending
**Michael Irvin**

Korean music · Trending
**#CHASE**
6,248 Tweets

Trending in California
**#BLACKPINK_WORLDTOUR**
58.6K Tweets

Trending in United States
**Schiff**
67.6K Tweets

Show more



Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski

__ https://twitter.com/mileyupdates/status/1219841364491472898 __ at __ 2022-11-21 05:42:00 -08:00

← **Tweet**

This Tweet is from a suspended account. Learn more



**DiViNa** @DiiViinA_ · Jan 22, 2020
Replying to @MileyUpdates
hoping that you'll stay the same and nothing will change  ant it'll be us just for a while 😢😭😢

💬        ⟲              ♡  1        ⬆

**Andrea Pérez** @_andreeaperez · Jan 22, 2020
Replying to @MileyUpdates
😍😍😍😍😍

💬        ⟲              ♡        ⬆

**yas** @cyrusbooxox · Jan 22, 2020
Replying to @MileyUpdates
@lucrxz chorei

💬        ⟲              ♡  1        ⬆



**Perkowski Legal P.C.**  ...
@c_perkowski

https://twitter.com/UpdatesHathaway/status/1554605105189715669 _ at _ 2022-11-20 08:23:19 -08:00



← **Tweet**



🔍 Search Twitter

**Relevant people**

Anne Hathaway UPDATES
@UpdatesHathaway

···

📸 Anne Hathaway in NY.

Anne Hathaway UPD...
@UpdatesHathaway

**Follow**

(c) dailymail

Your best, fast and most reliable source about the updates of award winning actress Anne Hathaway ⭐ FAN ACCOUNT



4:08 PM · Aug 2, 2022 · Twitter for Android

**What's happening**

FIFA World Cup · LIVE
**Qatar vs Ecuador**



**33** Retweets   **7** Quote Tweets   **421** Likes

#Disenchanted 🧹
Original movie now streaming
📀 Promoted by Disney+

💬        ↻        ♡        ⬆

Only on Twitter · Trending
**RIP JDF**
3,395 Tweets

Tweet your reply

**Reply**

Trending in United States
**Offsides**
5,330 Tweets

Norbert Tasev @OasevTasi83 · Aug 2
Replying to @UpdatesHathaway
🌹💃🐜⚗☀😘😍🥰😍🥰👌🔥💕❤️

···

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Tommy

💬        ↻        ♡        ⬆

Show more

miladin · foto galeria · lux @SafirLucio · Aug 3
Replying to @UpdatesHathaway
😂😂😂😂😂😂😂😂😂😂😂😂😂

···

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

💬        ↻        ♡        ⬆

Perkowski Legal P.C.
@c_perkowski

···

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

https://twitter.com/tender_DMJ/status/1134156818784886789 __ at __ 2022-11-22 20:57:19 -08:00

← **Tweet**



**DAKOTA** 💜💙
@tender_DMJ

···

DAKOTA 😍



10:56 AM · May 30, 2019 · Twitter for iPhone

**1** Retweet   **8** Likes

🔍 Search Twitter

## Relevant people



**DAKOTA** 💜💙
@tender_DMJ

**Follow**

Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

## What's happening

NBA · LIVE

**Lakers at Suns**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16

▶️ Promoted by Avatar

Trending in California

···

**Home**

# **Explore**

🔔 **Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

···

💬 Tweet your reply   **Reply**

__ https://twitter.com/romanticllady/status/1583421928483667968 __ at __ 2022-11-20 07:23:11 -08:00 __

← **Tweet**

**Fabi** 
@romanticllady

Simplesmente Nicholas Galitzine e Anne Hathaway nas gravações do filme The Idea of You



4:36 AM · Oct 21, 2022 · Twitter for Android

**1** Retweet   **17** Likes

Tweet your reply

Reply

---

 **Perkowski Legal P.C.** ...
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

**Fabi** 
@romanticllady

Follow

**What's happening**

Formula 1 · 21 minutes ago
**Abu Dhabi Grand Prix 2022**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
Promoted by Disney+

Trending in United States
**#MassShooting**

Trending in United States
**#FIFAWorldCup** 🏆
Trending with Ecuador, #Dreamers2022

Trending in United States
**Morgan Freeman**
57.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

https://twitter.com/photosofkanye/status/1573786498280873984 __ef __ 2022-11-20 19:53:02 -0800
Case 2:22-cv-09462-DMG-ADS Document 23-7 Filed 03/13/23 Page 91 of 100 Page ID #:3762

← **Tweet**

**Photos Of Ye** ✓
@PhotosOfKanye

Some of Ye's recent IG stories:



2:28 PM · Sep 24, 2022 · Twitter for iPhone

**36** Retweets  **7** Quote Tweets  **574** Likes

Tweet your reply                                    **Reply**

**T'** @prettylilyanna · Sep 24
Replying to @PhotosOfKanye
Not him posting Kim
💬        1        ♡        3

**Graced** @GracedNigerian · Sep 24
Replying to @prettylilyanna and @PhotosOfKanye
I think he's just doing his little bit in trying to help "divert" from the Ray J situation, but it has already circulated and her numbers have dropped significantly (check her twitter page).

She's now like a regular I.G. model who collabs with brands at a price.
💬        1        ♡        2

Show replies

**Hutch**🤎😤 @Hutch_24 · Sep 24
Replying to @PhotosOfKanye
Those clothes in the first pic go hard
💬                 ♡        2

**trice_north**🏳️🌈😷 @patricedjipoue · Sep 24
Replying to @PhotosOfKanye
I hate gab ⚡⚡⚡
💬                 ♡

**Graced** @GracedNigerian · Sep 24
Replying to @PhotosOfKanye
I understand he's trying to help her, create some buzz, but I'm sorry Kanye, she and her mother have become their own downfall.

They thought they could poke Ray J and play victim but Ray J said NOPE!.

You can't save her this time Ye, but Bless your heart for trying.
💬                 ♡        2

**DONDA** @YaserRollins3 · Sep 24
Replying to @PhotosOfKanye
Kim 🤣😍
💬        1        ♡        15

Show more replies

---

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

**Relevant people**

**Photos Of Ye** ✓
@PhotosOfKanye        Follow
Virtual museum + news source on all things @kanyewest. For fans by fans.

**What's happening**

NFL · 3 hours ago
**Cowboys at Vikings**

#Disenchanted 🪄
Original movie now streaming
▶ Promoted by Disney+

Music · Trending
**Lionel Richie**
1,334 Tweets

Trending in United States
**Bob Iger**
Trending with Chapek, #Disney

Entertainment · Trending
**Eisner**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/movielogtr/status/1584110278081318912 __ at __ 2022-11-19 20:26:07 -08:00 __

← **Tweet**



**MovieLogTR**
@movielogtr

···

Anne Hathaway ve Nicholas Galitzine, The Idea of You filminin setinde görüntülendi.



2:11 AM · Oct 23, 2022 · Twitter for iPhone

1 Like

 

Tweet your reply

Reply

🔍 Search Twitter

**Relevant people**

 **MovieLogTR**
@movielogtr

Follow

**What's happening**

Television · 24 minutes ago
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve



🐦

Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

Lists

Profile

More

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/streetfashion01/status/1465318123511369731 __et__2022-11-21 09:45:06 -08:00

 Case 2:22-cv-09462-DMG-ADS   Document 23-7   Filed 03/13/23   Page 93 of 100   Page ID #:3764

← **Tweet**

**Outlander Magazine**
@StreetFashion01                                    ···

SPOTTED: ASAP Rocky in New York rocking Y/Project🖤



5:53 AM · Nov 29, 2021 · Twitter for iPhone

**307** Retweets   **78** Quote Tweets   **2,595** Likes

💬   🔁   ♡   ⬆️

🅿️  Tweet your reply                          **Reply**

**Midas the alchemist** 🧪 💎 @senseiormaster · Nov 29, 2021   ···
Replying to @StreetFashion01
Every piece is nice but the ensemble is a mess

💬 1        🔁        ♡ 10        ⬆️

**C $tash** @iamcstash · Nov 29, 2021                          ···
Replying to @senseiormaster and @StreetFashion01
It's cold outside he probably ain't gaf

💬        🔁        ♡ 2        ⬆️

**Offlin** @Offlin17 · Nov 30, 2021                          ···
Replying to @StreetFashion01
Wow😍😊❤️

💬        🔁        ♡        ⬆️

**SERENITY CHO'ZEN** @ChoSerenity · Nov 29, 2021   ···
Replying to @StreetFashion01
It looks ugly and dysfunctional

💬 1        🔁        ♡        ⬆️

**Not Tristan Gill** @GillBabyJesus · Nov 29, 2021   ···
Replying to @ChoSerenity and @StreetFashion01
Bro do you know how cold nyc gets lmao

💬 1        🔁        ♡ 3        ⬆️

**Show replies**

**rish** @rizxsh · Nov 29, 2021                          ···
Replying to @StreetFashion01
what the fuck is this

💬        🔁        ♡ 3        ⬆️

**good for nothing, the 21st century Ronin.** @ftactivity · Nov 29, 2021   ···
Replying to @StreetFashion01
That scarf looks amazing

💬        🔁        ♡ 5        ⬆️

**BORNFROMINZEST1999** @cash__miguel · Nov 29, 2021   ···
Replying to @StreetFashion01
he do be wearing that coucoubebe75018 bomber tho

💬        🔁        ♡ 1        ⬆️

---

## Sidebar

🔍 Search Twitter

**Relevant people**

**Outlander Magazine**
@StreetFashion01                    **Follow**
Keeping you Tapped in with the Fashion World.   Turn on Notifications & Check us on Insta "@/OutlanderMagazine" 📧 Contact: Contact@outlandermag.com

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**                          

Sports · Trending                          ···
**Senegal**
Trending with #SENNED, De Jong

Sports · Trending                          ···
**AP Poll**
11.8K Tweets

Music · Trending                          ···
**#askmeek**
2,596 Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

## Left navigation

🐦

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski                    ···

# Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

🔍 Search Twitter

← Tweet

@cravemedia_



8:24 AM · Jul 26, 2021 · Twitter for iPhone

223 Retweets  737 Quote Tweets  3,688 Likes

💬  🔁  ❤️  ⬆️

P  Tweet your reply                                    Reply

**All Things Raimi Spider-Man | EARTH_...** · @EARTH_9... · Jul 26, 2021
Replying to @cravemedia_
"He's too small to play Kraven!"

💬        ❤️ 25     ⬆️

**c. 🦇** @iamcedrica · Jul 26, 2021
Replying to @cravemedia_
one day he'll be free

GIF  ALT

💬 1     🔁     ❤️ 226     ⬆️

**Shoddy** @Shoddy92 · Jul 26, 2021
Replying to @iamcedrica and @cravemedia_
I thought they split

💬 1     🔁     ❤️ 4     ⬆️

Show replies

**lara** @03sieal · Jul 26, 2021
Replying to @cravemedia_
@pomodezayn míralo 😭😍😍

💬        🔁     ❤️ 1     ⬆️

**lara⭐** @laraswidow · Jul 26, 2021
Replying to @cravemedia_
‼️‼️

🤬 🚶 **lauren** 🚶 @cosmopolis · Jul 19, 2020
sam taylor johnson groomed aaron when he was 17, she was 40 years old with a husband & two children when she abused her power as a director. instead of guiding him creatively, she manipulated a minor and then had a child with him, while he was still a teenager.
Show this thread

💬        🔁     ❤️ 24     ⬆️

**Gmork99** @gmork99 · Jul 26, 2021
Replying to @laraswidow and @cravemedia_
17 is an adult in the UK and like, they got married, lol

💬        🔁     ❤️     ⬆️

**BabyJasmin👩‍🦰** @godbritbrit · Jul 26, 2021
Replying to @cravemedia_
God, it's me again...

GIF  ALT

💬        🔁     ❤️ 7     ⬆️

@jinbeosm · Jul 26, 2021
Replying to @cravemedia_
girl i @WOLFOFWALLSTRT

💬 1     🔁     ❤️ 1     ⬆️

**iris** @WOLFOFWALLSTRT · Jul 26, 2021
Replying to @jinbeosm and @cravemedia_
pero que hombre dios miooooo

💬        🔁     ❤️     ⬆️

**#ReleaseTheVisuals #RENAISSANCE** @kike_perez_vega · Jul 26, 2021
Replying to @cravemedia_
@kotacolalight ✨🤤

💬        🔁     ❤️     ⬆️

**Kota ✨ (Taylor's Version)** @kotacolalight · Jul 26, 2021
Replying to @kike_perez_vega and @cravemedia_
🤤🤤🤤

GIF  ALT  Status update: dead.

💬        🔁     ❤️     ⬆️

**Ben** 🏳️‍🌈🇲🇽 @The_GM_is_God · Jul 26, 2021
Replying to @cravemedia_
Oh

💬 1     🔁     ❤️ 1     ⬆️

**Ben** 🏳️‍🌈🇲🇽 @The_GM_is_God · Jul 26, 2021
Replying to @The_GM_is_God and @cravemedia_
Oh wow

💬        🔁     ❤️ 1     ⬆️

**DomGotClout** @Domkon18 · Jul 26, 2021
Replying to @cravemedia_
@diegovdeleon

### Relevant people

@cravemedia_    Follow
Media account for @FilmUpdates

### What's happening

NFL · 3 hours ago
Cowboys at Vikings

#Disenchanted 🎬
Original movie now streaming
Promoted by Disney+

Trending in United States
Bob Iger
Trending with Chapek, #Disney
243K Tweets

Trending in United States
ARTIST OF THE YEAR

Trending in California
#BLACKPINK
225K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More...
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Hadid News Media**
@HadidNewsMedia  ...

March 13: Bella out in LA.



11:44 PM · Mar 13, 2018 · Twitter for iPhone

**30** Retweets   **62** Likes

Tweet your reply      **Reply**

**Search Twitter**

**Relevant people**

**Hadid News Media**
@HadidNewsMedia    **Follow**
Your 1st & most reliable source on everything Gigi & Bella Hadid; since 2013. [@HadidNews]

**What's happening**

NFL · Yesterday
**Cowboys at Vikings**

Sports · Trending
**Charles Barkley**
2,496 Tweets

Trending in California
**Dodger Stadium**
13.8K Tweets

Events · Trending
**#BlackFriday**
31.6K Tweets

Entertainment · Trending
**Kang**
46.9K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**  ...
@c_perkowski

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← **Tweet**

**Marvel Fans India**
@MarvelFansIN

⋯

Madame Web Set pics...

Spider-Man.. ❓ 🙄

#MarvelFansIndia #MadameWeb



10:45 AM · Oct 6, 2022 · Twitter for Android

**5** Retweets   **1** Quote Tweet   **15** Likes

Tweet your reply


Reply

🔍 Search Twitter

**Relevant people**

**Marvel Fans India**
@MarvelFansIN   Follow

Biggest Fan Club in India for a Comic
Book Brand, Providing Everything you
need to know about @marvel | Mail us
: marvelfansindiaofficial@gmail.com

**What's happening**

NFL · LIVE
**Browns at Bills**


**#Disenchanted** 🧙‍♀️
Original movie now streaming
Promoted by Disney+

Trending in California
**Shakira**
110K Tweets   ⋯

Trending in United States
**Rest In Peace**
47.3K Tweets   ⋯

Entertainment · Trending
**Morgan Freeman**
185K Tweets   ⋯

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.


**Perkowski Legal P.C.**
@c_perkowski   ⋯




← **Thread**

**Stella Maxwell**
@dstellamaxwell

May 15: Stella Maxwell celebrated her 30th birthday while in quarantine in Los Angeles.



4:31 AM · May 16, 2020 · Twitter for Android

**13** Retweets    **1** Quote Tweet    **96** Likes

Tweet your reply                                    Reply

**Stella Maxwell** @dstellamaxwell · May 16, 2020
Replying to @dstellamaxwell
May 15: Stella Maxwell celebrated her 30th birthday while in quarantine in Los Angeles.

1          12          55

**Bruce Vela** @nicedudeb12 · May 17, 2020
Replying to @dstellamaxwell
Happy birthday

**Nancy** @NancyNaora · May 17, 2020
Replying to @dstellamaxwell
😂😂😂😂

**Emedy Mwene'ese** @EmedyM · May 17, 2020
Replying to @dstellamaxwell
Happy belated birthday Stella

---

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

Tweet

**Perkowski Legal P.C.**
@c_perkowski

---

Search Twitter

**Relevant people**

**Stella Maxwell**
@dstellamaxwell    Follow
This account, dedicated to beautiful Stella Maxwell. #Stellars 🦋

**What's happening**

FIFA World Cup · 1 hour ago
USA vs Wales



Trending in United States
**Richard Fierro**
1,666 Tweets

Trending in United States
**Tampax**
14.1K Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,186 Tweets

Entertainment · Trending
**Julia Fox**
8,062 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

___ https://twitter.com/thai_superhero/status/1329605760361203200 ___ at ___ 2022-11-21 01:10:00 -08:00 ___

← **Tweet**

Q Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 สมาคม **Superhero**
@Thai_SuperHero

**#MsMarvel** เริ่มถ่ายทำแล้ววันนี้!!!!!  น้องขานใส่ชุดของ Captain marvel ด้วย !



6:01 PM · Nov 19, 2020 · Twitter for iPhone

**104** Retweets   **3** Quote Tweets   **81** Likes

 Tweet your reply

Reply

## Relevant people

 สมาคม **Superhero**   Follow
@Thai_SuperHero

สมาคมของกลุ่มบุคคลผู้ชื่นชอบซุปเปอร์
ฮีโร่ในประเทศไทย // Twitter อย่างเป็น
ทางการของ 'สมาคมผู้คลั่งไคล่
SuperHero' *ถามข้อมูลหนัง/Comic ต่างๆ
ใน DM ได้เลยจ่า*

## What's happening

Television · 4 hours ago
**Last Week Tonight With John Oliver airing on HBO**



Trending in California
**Dodger Stadium**
Trending with Goodbye Yellow Brick Road, #EltonFarewellTour

Trending in United States
**Defunctland**
4,442 Tweets

Music · Trending
**Lionel Richie**
3,558 Tweets

Trending in United States
**Maher**
22K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C. ···
@c_perkowski

# Tweet

**Raúl Brindis** ✓
@raulbrindis

#Farandulzo Diego Boneta disfruta de Río de Janeiro con su novia chilena Mayte Rodríguez.

Translate Tweet



6:57 AM · Sep 18, 2019 from Houston, TX · Twitter for iPhone

**2** Retweets **29** Likes

---

P Tweet your reply                    **Reply**

**EMMANUEL ALMORA** @ALMORA_JESUS · Sep 18, 2019
Replying to @raulbrindis
Más le vale al cabron hacer un buen papel en Terminator Dark Fate
1   1

**nino zamora** @zamora_nino · Sep 18, 2019
Replying to @raulbrindis
Raul Saludos para el 51  y que mande un así papi para raymundo con esa voz que cada día se le escucha mas suavecita
1   1

**King David** @Davemr52M · Sep 18, 2019
Replying to @raulbrindis
Oye Raúl es muy delicado lo de la piloto de interjet
1   1

**Juan Alamirra** @AlamirraJuan · Sep 18, 2019
Replying to @raulbrindis
Esta bien buena  la chaba
1   1

---

## Relevant people

**Raúl Brindis** ✓
@raulbrindis                        **Follow**
Radio Host for El Show de Raúl Brindis

## What's happening

NFL · 5 hours ago
**Chiefs at Chargers**

Trending in United States
**maher**
22.1K Tweets

Trending in United States
**#AMAs** 🎤
Trending with sabrina

Trending in United States
**Bob Iger**
Trending with Disney, Chapek

Trending in United States
**Hive**
49K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski



← **Tweet**

**Breakdown Channel Universe**
@txtdariBCU

···

## Dakota Johnson Madame Web New Look

**#MadameWeb**

12:59 AM · Oct 11, 2022 · Twitter for Android

🗨     ⟲     ♡     ⬆

P    Tweet your reply                              Reply

🔍 Search Twitter

### Relevant people



**Breakdown Channel ...**     Follow
@txtdariBCU

Wadah ngebacotnya BCU pokoknya

### What's happening

NBA · 55 minutes ago
**Lakers at Suns**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
📽 Promoted by Avatar

Trending in United States     ···
**Erection**
17.9K Tweets

Trending in California     ···
**Costco**
5,815 Tweets

Entertainment · Trending     ···
**Marvel**
93.8K Tweets

Show more

Terms of Service     Privacy Policy     Cookie Policy
Accessibility     Ads info     More ···
© 2022 Twitter, Inc.

🏠 Home

#️⃣ Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

··· More

**Tweet**



**Perkowski Legal P.C.**     ···
@c_perkowski