# EXHIBIT B Continued



Tweet

SneakPeek Retweeted

**SneakPeek**
@SNEAKPEEKCA

sneakpeek.ca/2018/11/georgi...



9:56 AM · Nov 25, 2018 · Twitter Web Client

**1** Retweet

**Perkowski Legal P.C.**
@c_perkowski

Tweet your reply

Reply

**Relevant people**

**SneakPeek**
@SNEAKPEEKCA
Invite Only

Follow

**What's happening**

NFL · 1 hour ago
**Chiefs at Chargers**

#Disenchanted
Original movie now streaming
Promoted by Disney+

Trending in California
**Dodger Stadium**
11.4K Tweets

Trending in United States
**#AMAs**
Trending with soobin, yeonjun

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Search Twitter





https://twitter.com/_dccbrasil/status/1529355827910592001976_... at ...... 2022-11-21 23:30:18 -08:00
2:22-cv-09462-DMG-ADS    Document 23-8    Filed 03/13/23    Page 5 of 101    Page ID
#:3776



https://twitter.com/marvelupdatesin/status/1556229002204852225 __ at __ 2022-11-20 07:55:37 -08:00

← **Tweet**



 **The Marvel Nerd**
@marvelupdatesin                                    ···

🚨 Breaking:
Madame Web set photos of Dakota Johnson in a paramedic outfit
#MadameWeb #dakotajohnson



3:41 AM · Aug 7, 2022 · Twitter for Android

**15** Retweets   **1** Quote Tweet   **89** Likes

💬          ↻          ♡          ⬆

 Tweet your reply                    Reply

## Left sidebar

🐦

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski                    ···

## Right sidebar

🔍 Search Twitter

**Relevant people**

 **The Marvel Nerd**        Follow
@marvelupdatesin

We discuss about Marvel Movies,News,Facts & Rumours. Click the follow button and be a member of our family. // Ig - THE MARVEL NERD //

**What's happening**

Television · Last night
**Saturday Night Live airing on NBC**        

 
#Disenchanted 🧹

__ https://twitter.com/NGBRSite/status/1583343791138045952 __ at __ 2022-11-19 20:56:57 -08:00 __

← **Tweet**

**Nicholas Galitzine Brasil 👑 Fã-clube**
@NGBRSite                                    ···

📸 MAIS FOTOS de Nicholas Galitzine e Anne Hathaway filmando #TheIdeaofYou na quarta-feira, 19 de outubro!



👤 Anne Hathaway Brasil • FANSITE

11:25 PM · Oct 20, 2022 · Twitter Web App

**5** Retweets    **1** Quote Tweet    **45** Likes

Tweet your reply                                    Reply

---

### Relevant people

**Nicholas Galitzine Br...**    Follow
@NGBRSite

Fã-site brasileiro dedicado ao ator e cantor inglês Nicholas Galitzine. Fan account - contact us before taking any legal action! Follow Nicholas:
@nickgalitzine

**Anne Hathaway Brasil...**    Follow
@HathawayBRA

Sua mais atualizada fonte de informações sobre a atriz Anne Hathaway. WE'RE NOT ANNE HATHAWAY! — 📷 @midiasahbr

### What's happening

Television · 56 minutes ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States                ···
**HE'S BACK**
143K Tweets

Politics · Trending                        ···
**Welcome Back**
93.7K Tweets

Trending in California                     ···
**#AMAsFanFavorite** 🍉
1.66M Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**



**Perkowski Legal P.C.**    ···
@c_perkowski

Search Twitter

← **Tweet**

**Affinity Magazine** ✓ ···
@TheAffinityMag

Lizzo and her boyfriend celebrating her 34th birthday 🥰

12:30 AM · Apr 29, 2022 · Buffer

**3** Retweets  **4** Quote Tweets  **58** Likes

Tweet your reply                          Reply

---

Q Search Twitter

**Relevant people**



**Affinity Magazine** ✓      Follow
@TheAffinityMag
NEXT GEN OF MEDIA

**What's happening**

NBA · Starts at 4:00 PM
**Grizzlies at Nets**



**#Disenchanted** 🧟
Original movie now streaming
▶ Promoted by Disney+

Trending in California                ···
**Rest In Peace**
Trending with #TheWalkingDead

Trending in United States             ···
**Spencer Rattler**
14.3K Tweets

Trending in California                ···
**#AMAs** 💅
Trending with Favorite K-Pop Artist

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.  ···
@c_perkowski

← **Tweet**

**Streaming update**
@NARESHD74273315                                    ...

New #Madameweb set photo



10:41 AM · Oct 6, 2022 · Twitter for Android

**6** Likes

Tweet your reply                                    Reply

## Relevant people

**Streaming update**        Follow
@NARESHD74273315
Marvel cinematic universe fan

## What's happening

Television · Last night
**Saturday Night Live airing on NBC**

**#Disenchanted**
Original movie now streaming
▶ Promoted by Disney+

Trending in California              ...
**Rest In Peace**
39.5K Tweets

Trending in California              ...
**#DonaldTrump**
40.7K Tweets

Only on Twitter · Trending           ...
**Rest in Power**
14.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

https://twitter.com/kelliOliviafans/status/1096215992548541568 __ at __ 2022-11-22 19:50:35 -08:00

← **Tweet**



**nate d**
@KelliOliviaFans

···

Lovely Selena



5:13 PM · Feb 14, 2019 · Twitter for Android

**3** Retweets   **18** Likes



Search Twitter

**Relevant people**

**nate d**   Follow
@KelliOliviaFans
A multi-fandom account of talented actresses but of many Disney and Nickelodeon actresses.

**What's happening**

Television · **LIVE**
**Bachelor in Paradise airing on ABC**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
⏵ Promoted by Avatar

Trending in United States   ···

**Perkowski Legal P.C.**   ···
@c_perkowski

🅿 Tweet your reply   Reply

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.**
@c_perkowski  ...

https://twitter.com/danielmarven/status/1453523597000190044....at...2021-11-01 04:57:25 -0800
22-cv-09602-DMG-ADS Documents 23 Filed 03/13/23 Page 12 of 101 Page #
4.3783

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

**Daniel Marven**
@danielmarven

It's always the dude that close to you



7:01 AM · Nov 24, 2021 · Twitter for Android

177 Retweets   17 Quote Tweets   920 Likes

**Relevant people**

**Daniel Marven**
@danielmarven
CEO of RE SHARP | kinsharp.co.za | Tel 0150010098 | Info@kesharp.co.za | construction, Civil works | Residential, commercial and industrial construct

Follow

**What's happening**

Television · Last night
**The Walking Dead airing on AMC**

Trending in United States
**Schiff**
57.6K Tweets

Music · Trending
**Elton John**
Trending with Dodger Stadium, Dodger Stadium

Trending in United States
**Oregon**
18.9K Tweets

Music · Trending
**Billy Joel**
1.27K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads Info  More
© 2022 Twitter, Inc.

← Tweet

Search Twitter

**Gaga Media 🩷💙❤️ | fan page**
@GagaMediaNet

Lady Gaga and Michael getting takeout food in Malibu yesterday!



2:22 AM · Jun 28, 2020 · Twitter Web App

**107** Retweets   **8** Quote Tweets   **1,133** Likes

💬   ⟲   ♡   ⬆️

---

**Relevant people**

**Gaga Media 🩷💙❤️...**   **Follow**
@GagaMediaNet
Fan account known as your ultimate Lady Gaga news source and the Lady Gaga version of Buzzfeed! Lady Gaga is now touring the #ChromaticaBall! (parody acc)

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Marvel**
84K Tweets

Trending in United States
**Mbappe**
193K Tweets

Politics · Trending
**Jim Justice**
3,520 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More...
© 2022 Twitter, Inc.

---

Tweet your reply   **Reply**

**Proud Pro-Choice OBGYN** @DQVuong7 · Jun 28, 2020
Replying to @GagaMediaNet
Mask, sweater and panties. Only Gaga can rock this look! 💕
💬   ⟲   ♡ 3   ⬆️

**Julia Kowal** @juliagkowal · Jun 28, 2020
Replying to @GagaMediaNet
@narles15 where can we buy the Chromatica themed masks?
💬   ⟲   ♡ 2   ⬆️

**Charlie** @narles15 · Jun 28, 2020
Replying to @juliagkowal
Omg I literally just finished listening to the album when you tweeted me this
💬   ⟲   ♡ 2   ⬆️

**🅰️Gaga's Hoe🅰️** @Pommy1122 · Jun 28, 2020
Replying to @GagaMediaNet
They so cute 😍
💬   ⟲   ♡ 2   ⬆️

**stephanie** @stephan66702041 · Feb 9, 2021
Replying to @GagaMediaNet
do u know where she got her shoes from
💬   ⟲   ♡   ⬆️

**@JoseG151070 📐** @JoseG151070 · Jun 30, 2020
Replying to @GagaMediaNet
Linda's piernas....
💬   ⟲   ♡   ⬆️

**ALFRĒD** @redtropez · Jun 28, 2020
Replying to @GagaMediaNet
Ma'am are you pregnant??
💬 1   ⟲   ♡ 3   ⬆️

**perfection!Nmotion** @bulgac · Jun 28, 2020
Replying to @redtropez
Pregnant with pizza
💬   ⟲   ♡ 1   ⬆️

**shaimaa** @shalkandarii · Jun 28, 2020
Replying to @GagaMediaNet
نملل   تهمل
💬   ⟲   ♡   ⬆️

**alice** @_rjillian · Jun 28, 2020
Replying to @GagaMediaNet
that third pic tho •• 🖤
💬   ⟲   ♡   ⬆️

**Vance Dy** @VinceDy008 · Jun 28, 2020
Replying to @GagaMediaNet
Is she selling chromatica facemask? If so, I want a dozen. 😍
💬   ⟲   ♡ 2   ⬆️

**Abraham • Pacheco** @abrahampachecos · Jun 28, 2020
Replying to @GagaMediaNet
@bryansierran y esa panza. Espero y sea de gordura y no salga que está preñada 😂
💬   ⟲   ♡   ⬆️

**The Devil Patel** @thedevilpatel · Jun 28, 2020
Replying to @GagaMediaNet
3rd picture is fantastic
💬   ⟲   ♡ 2   ⬆️

**Rossy Aldama 👧🏻📸** @RossytaRose1 · Jun 28, 2020
Replying to @GagaMediaNet
Que emoción, ahora ya puedo morir en paz, Gaga compró comida
💬   ⟲   ♡   ⬆️

This Tweet is from a suspended account. Learn more

**H is For Homo 🇵🇷🎃🇮🇹 #KBF** @FauxGeordie · Jun 28, 2020
Replying to @ripleydesign2
Her life, her money, her choice
💬 1   ⟲   ♡ 1   ⬆️

Show more replies

---

**Perkowski Legal P.C.**
@_c_perkowski

https://twitter.com/beliebinteam/status/1343725078509449216 __ et __ 2022-11-22 14:06:16 -08:00

← **Tweet**

**s**
@beliebinteam

## PRINCE AND PRINCESS OF POP TOGETHER???? MY FUCKING BRAND



5:06 PM · Dec 28, 2020 · Twitter for iPhone

**30** Retweets    **2** Quote Tweets    **177** Likes

**P** Tweet your reply                                    Reply

**val! ☻ kinda ia** @ipurplekiss · Dec 28, 2020
Replying to @beliebinteam
he's not even wearing his mask correctly

💬 1

**leah** @visionofleah · Dec 28, 2020
Replying to @ipurplekiss and @beliebinteam
because it fell.......

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**charl ♡** @vmin_joongi · Dec 28, 2020
Replying to @motivearianna and @beliebinteam
his records, music and monthly listeners say otherwise chile...

💬 1                    ♡ 2

---

**Search Twitter**

### Relevant people

**s**
@beliebinteam                    Follow
swap swap swap it out 🤝 | fan account

### What's happening

FIFA World Cup · 4 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
◈ Promoted by Avatar

Sports · Trending
**Chris Mack**

Trending in California
**LAPD**
12.4K Tweets

Trending in California
**Lucas**
149K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🐦

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒 Lists

👤 Profile

⊙ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/lacuevadelaloba/status/1552018048633903112 __ at __ 2022-11-21 19:15:58 -08:00 __

← **Tweet**



**LaCuevaDeLaLoba Oficial** 🏴‍☠️🏳️‍🌈🏳️‍⚧️🏳️‍🌈🌈
@lacuevadelaloba                                        ···

Primeras imagenes de Dakota Johnson en el set de 'MADAME WEB', la nueva película del universo de #SpiderMan 🕷 #MadameWeb



12:48 PM · Jul 26, 2022 · Twitter for Android

**1** Like

💬              ⟲              ♡              ⬆️

🅿️  Tweet your reply                          Reply

🅿️  **Perkowski Legal P.C.**  ···
     @c_perkowski

## Relevant people



**LaCuevaDeLaLoba Of...**      Follow
@lacuevadelaloba
📺Series, 🎬peliculas, 🎶musica, 🏋️deportes y contenido LGBTQ+ 🏳️‍⚧️🏳️‍🌈🌈

## What's happening

https://twitter.com/TheAffinityMag/status/1492959280904284161 __ at __ 2022-11-20 17:24:02 -08:00 __

← **Tweet**

**Affinity Magazine** ✓
@TheAffinityMag                                   ···

Chloe Bailey and Gunna are spotted holding hands in LA.



12:30 PM · Feb 13, 2022 · TweetDeck

**1** Quote Tweet        **9** Likes

P  Tweet your reply                            Reply

---

**Search Twitter**

## Relevant people

**Affinity Magazine** ✓          Follow
@TheAffinityMag
NEXT GEN OF MEDIA

## What's happening

NFL · 🔴LIVE
**Bengals at Steelers**

**#Disenchanted** 🧚
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                ···
**Wayne Brady**
1,093 Tweets

Trending in United States                ···
**Ole Miss**
11.4K Tweets

Only on Twitter · Trending                ···
**Tommy**
Trending with Jason David Frank, Power Rangers

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home
\# Explore
🔔 Notifications ①
✉ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**



**Perkowski Legal P.C.**      ···
@c_perkowski

← Tweet

 **Entertainment Crave**
@ECraveWorld                                           ···

🎇 New #MadameWeb set photos has seemingly confirmed that a new version of Spider-Man will appear in the film.



5:41 AM · Oct 7, 2022 · Twitter for Android

💬               ⟲               ♡               ⬆

 Tweet your reply                                    Reply

**Home**

# **Explore**

🔔 **Notifications** ①

**Messages**

🔖 **Bookmarks**

**Lists**

**Profile**

··· **More**

**Tweet**

🔍 Search Twitter

**Relevant people**

 **Entertainment Crave**          Follow
@ECraveWorld

A place full of entertainment that you crave. Follow to stay connected to Pop Culture World, Movies, Shows, Series, Music, Celebrities, News and More

**What's happening**

NFL · LIVE                                    
**Panthers at Ravens**

**#Disenchanted** 🧙
Original movie now streaming
🅿 Promoted by Disney+

Trending in United States                    ···
**Rest in Peace**
42.8K Tweets

Trending in California                        ···
**Shakira**
107K Tweets

Entertainment · Trending                      ···
**Morgan Freeman**
179K Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🅿 **Perkowski Legal P.C.**      ···
@c_perkowski

— https://twitter.com/miucciamuse/status/1490348625658007555 — at — 2022-11-21 01:03:10 -08:00 —

← **Tweet**

**taylor russell's whore**
@MIUCCIAMUSE                                              ···

no words



7:36 AM · Feb 6, 2022 · Twitter for iPhone

**266** Retweets    **42** Quote Tweets    **4,027** Likes

💬          🔁          ♡          ⬆️

P   Tweet your reply                          Reply

mathilda @deboutraytot · Feb 6                    ···
Replying to @MIUCCIAMUSE
le prix de l'essence ptiiiin pas cher ps cher
💬          🔁          ♡ 2          ⬆️

˚✦｡ bambi✦｡ @b0tchedlobotomy · Feb 6              ···
Replying to @MIUCCIAMUSE and @bbynic33
No gas is ever $10 😭
💬          🔁          ♡ 1          ⬆️

**Yellowjackets needs all the awards** @ladyinglady · Feb 6   ···
Replying to @MIUCCIAMUSE
Oh we love a set up paparazzi photoshoot
💬          🔁          ♡ 8          ⬆️

---

🏠 Home
\# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski                                      ···

---

Search Twitter

**Relevant people**

**taylor russell's whore**
@MIUCCIAMUSE                    Follow
it girl in training • hf twt • she/her • fan account

**What's happening**

Television · Yesterday
**The Walking Dead airing on AMC**

Trending in United States                ···
Maher
22K Tweets

Music · Trending                         ···
#DavidoAt30
63.2K Tweets

Music · Trending                         ···
Lionel Richie
3,536 Tweets

Trending in United States                ···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

— https://twitter.com/carpediemm_18/status/1588562843410264064 __ at __ 2022-11-22 23:27:32 -08:00

← **Tweet**

**Sweta**
@carpediemm_18  ···

Chris Evans' look in Red One is a fluffy blessing



9:04 AM · Nov 4, 2022 · Twitter Web App

30 Retweets  282 Likes

Tweet your reply                                    Reply

**Joan** @joans3627 · Nov 4
Replying to @carpediemm_18
So cute !!🩵🩵🤎🤎

**Joan** @joans3627 · Nov 4
Replying to @carpediemm_18
So cute 🤎🤎

Perkowski Legal P.C.
@c_perkowski  ···

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

**Relevant people**

**Sweta**    Follow
@carpediemm_18
Dosa connoisseur & overall foodie. Sleep is love. Last but not least, I love all things content! She/Her

**What's happening**

Sports · LIVE
Happy birthday, Navdeep Saini 🎂

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in United States
Erection
20.7K Tweets

Trending in California
Costco
6,057 Tweets

Business and finance · Trending
Chesapeake
41.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/joliefans/status/1200443066928091136 __ at __ 2022-11-22 18:06:14 -08:00 __

← **Tweet**

 **Angelina Jolie Fans**
@joliefans                                          ···

Angelina Jolie looks as though she's started Christmas shopping - Metro.co.uk dlvr.it/RKMpVR



7:55 AM · Nov 29, 2019 · dlvr.it

**26** Likes

💬          ⟲          ♡          ⬆

 Tweet your reply                    **Reply**

## Search Twitter

### Relevant people

 **Angelina Jolie Fans**    **Follow**
@joliefans

Unofficial and awesome news, blogs and videos about Angelina Jolie!

### What's happening

NCAA Men's Basketball · LIVE
**Wolf Pack at Wildcats**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States                    ···
**RIP Harold**

Bachelor in Paradise · Trending              ···
**Michael and Danielle**

Trending in United States                    ···
**Hooters**
7,704 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

 **Perkowski Legal P.C.**    ···
@c_perkowski





__ https://twitter.com/AndyVermaut/status/1305996077565321216 __ at __ 2022-11-20 22:52:59 -8:00 __

← **Tweet**

 **Andy Vermaut**
@AndyVermaut

...

## Cardi B Divorces Offset: Look Back at Their Relationship's Ups and Downs

eonline.com/news/1188235/c...



3:25 PM · Sep 15, 2020 · dlvr.it

### Relevant people

 **Andy Vermaut**
@AndyVermaut

**Follow**

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights, Whatsapp +32499357495

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

🔍 Search Twitter

 Tweet your reply

**Reply**

 **Perkowski Legal P.C.**
@c_perkowski



— https://twitter.com/proposito5h__/status/1196594628121767937 __ et __ 2022-11-22 16:53:58 -08:00 __

← **Tweet**

**Sarinha**
@Proposito5h__   ···

Ela de cabelinho preso
De coleirinha
Finalmente um óculos lindo
A barriguinha de fora
Ela de moletom
Eu tô muito apaixonada, Camila você e um neném, entenda

Translate Tweet



👤 camila

5:02 PM · Nov 18, 2019 · Twitter for Android

57 Retweets   189 Likes

Tweet your reply                     Reply

**eเeเ** @RafaEstrabao · Nov 18, 2019   ···
Replying to @Proposito5h__ and @Camila_Cabello
A tatuagem no dedinho😖

♡ 1

---

## Relevant people

**Sarinha** @Proposito5h__   Follow
~Nunca se sinta sozinha,eu estarei aqui quando precisar de mim~ Dinah Jane para mim 🦋 •fan account• (ela/dela)

**camila** ✔ @Camila_Cabello   Follow
Sigue bailando. FAMILIA out now

## What's happening

FIFA World Cup · Last night
**Mexico vs Poland**

**#AvatarTheWayOfWater**🧑
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Trending in United States
**RIP Harold**
Trending with Carson Steele, TO BE CLEAR

Sports · Trending
**College Football Playoff**
1,680 Tweets

Trending in California
**Chicharito**
7,309 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski   ···

Search Twitter



— https://twitter.com/RihannaNoBrasil/status/1512041030576656391 __ el__ 2022-11-22 00:09:12 -08:00
Case 2:22-cv-09462-DMG-ADS Document 23-8 Filed 03/13/23 Page 27 of 101 Page ID #:3798

← **Tweet**

Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Rihanna.com.br ⚓
@RihannaNoBrasil ···

look at that baby bump! 😍 ❤️



5:14 AM · Apr 7, 2022 · Twitter for Android

**101** Retweets  **10** Quote Tweets  **1,101** Likes

Tweet your reply                            Reply

Show additional replies, including those that may contain offensive
content                                     Show



Perkowski Legal P.C. ···
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

Rihanna.com.br ⚓         Follow
@RihannaNoBrasil
Rihanna.com.br is a genuine and
registered fansite, made by fans. 🇧🇷
Fã-clube e portal de notícias brasileiro
sobre a cantora Rihanna. Online desde
2008. 💎

**What's happening**

NFL · 3 hours ago
**49ers at Cardinals**

**#AvatarTheWayOfWater**🎥
Get tickets now - In theaters December 16
📱 Promoted by Avatar

Entertainment · Trending           ···
**Died Suddenly**
Trending with World Premiere

Trending in United States          ···
**James cameron**

Trending in California             ···
**Mexicans**
6,826 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/CineSeriesPlus/status/1521587105104859139 __ at __ 2022-11-21 04:40:40 -08:00 __

← **Tweet**

 **Ciné & Séries** 
@CineSeriesPlus

···

🎥 Zendaya a été aperçue sur le tournage du film #Challengers.

Translate Tweet



1:26 PM · May 3, 2022 · Twitter for iPhone

**1** Retweet

---

 Tweet your reply                    Reply

---

## Relevant people

 **Ciné & Séries**           **Follow**
@CineSeriesPlus

🎥 • Source d'actualité sur le cinéma, les séries et les acteurs ! • 🎟️ Abonne-toi pour ne rien manquer ! • 🎬 Films • 📺 Séries • 🎥 Événements • 💰 Box-office

## What's happening

NFL · Last night
**Chiefs at Chargers**

Music · Trending          ···
**Lionel Richie**
4,116 Tweets

Family & relationships · Trending          ···
**Thanksgiving Day**
11.9K Tweets

Trending in United States          ···
**UCLA**
11.1K Tweets

Trending in California          ···
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**

**Explore**

🔴 **Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

 **Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**

**Marvel News**
@marvelnewss

First images of Dominique Thorne and his costume in 'IRONHEART'.

#IronHeart #MarvelStudios #Marvel #MCU



1:57 PM · Aug 8, 2022 · Twitter for iPhone

**2** Retweets    **11** Likes

---

Tweet your reply

Reply

**Relevant people**

**Marvel News**
@marvelnewss          Follow

Follow for Marvel (MCU) News!!

**What's happening**

NFL · Yesterday
**Cowboys at Vikings**

Trending in California
**Dodger Stadium**
13.9K Tweets

Trending in United States
**Bellingham**
133K Tweets

Sports · Trending
**Charles Barkley**
2,546 Tweets

Entertainment · Trending
**Kang**
Trending with #AntMananTheWaspQuantumania

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/cravemedia_/status/1398129438950426029 ... at ... 2022-11-21 06:53:16-08:00
22-cv-08482-DMG-ADS     Document 23-6     Filed 03/13/23     Page 30 of 101     Page ID
#3801



Case 2:22-cv-09462-DMG-ADS   Document 23-8   Filed 03/13/23   Page 31 of 101   Page ID #:3802

← **Tweet**

🔍 Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

**ProjetoFollowJB Help**
@PfollowJBHelp ⋯

A FELICIDADE DA CRIANÇA! Justin Bieber e Selena Gomez andando de bicicleta hoje 💙



11:44 AM · Nov 1, 2017 · Twitter for iPhone

184 Retweets   8 Quote Tweets   308 Likes

💬    🔁    ♡    ↥

Ⓟ  Tweet your reply                          Reply

**Zainabo** @ZainaboMolde · Nov 1, 2017
Replying to @PfollowJBHelp
❤️ ❤️

💬    🔁    ♡    ↥

**.** @kccshavana · Nov 1, 2017
Replying to @PfollowJBHelp
serasi foi cantando bad liar

💬    🔁    ♡    ↥

**taylor** @thaylor · Nov 1, 2017
Af

💬    🔁    ♡    ↥

**Relevant people**

**ProjetoFollowJB Help**          Follow
@PfollowJBHelp
Ajudamos as Beliebers a conseguir o follow do @justinbieber || Fan Account. 49k sonhos realizados! 💙

**What's happening**

Television · 20 minutes ago
**WWE Monday Night RAW airing on USA**

Entertainment · Trending
**Died Suddenly**                           ⋯

Sports · Trending
**Giants**                                  ⋯
45.3K Tweets

Sports · Trending
**Jason Robertson**                         ⋯

Entertainment · Trending
**August Alsina**                           ⋯

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**  ⋯
@c_perkowski

Case 2:22-cv-09462-DMG-ADS Document 23-8 Filed 03/13/23 Page 32 of 101 Page ID #:3803



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← Tweet

**Word On Road**
@WordOnRd

···

Got a braid up at Matsuhisa this evening...I got plans to get everything I been dreaming...let alone get even.



4:23 PM · Sep 18, 2022 · Twitter for iPhone

**28** Retweets   **3** Quote Tweets   **164** Likes

 Tweet your reply

Reply

Search Twitter

**Relevant people**

 **Word On Road**
@WordOnRd

Follow

Official Drake Fansite || Instagram: WordOnRd || Email: WordOnRd@Gmail.Com

**What's happening**

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**



#Disenchanted 🧹
Original movie now streaming
📽 Promoted by Disney+

Trending in California   ···
**Rest In Peace**
57.8K Tweets

Trending in United States   ···
**#FIFAWorldCup** 🏆
2.45M Tweets

Sports · Trending   ···
**Melvin Gordon**
Trending with Zeke, Broncos

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet

 Perkowski Legal P.C.   ···
@c_perkowski

Case 2:22-cv-09462-DMG-ADS  Document 23-8  Filed 03/13/23  Page 33 of 101  Page ID #:3804

Tweet

**Paulette Kimuntu Kim**
@KimKimuntu

Khloe Kardashian & True a l'avant première de la nouvelle télé réalité «The Kardashian» 

#Jessica 
Translate Tweet




2:05 PM · Apr 8, 2022 · Twitter for Android

3 Likes

Tweet your reply

Reply

**Loleka Barthelemy** @LolekaBarthele1 · Apr 8
Replying to @KimKimuntu
Ba implants eza wana ya muke te.

---

**Relevant people**

Paulette Kimuntu Kim
@KimKimuntu

Follow

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States
**Defunctland**
4,311 Tweets

The Real Housewives of Potomac · Trending
**Candiace**
5,152 Tweets

Trending in United States
**Bob Iger**
Trending with Disney, Chapek

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/Diario_ElTiempo/status/1561715152386506753 __ at __ 2022-11-21 18:32:30 -08:00 __

← **Tweet**

 **El Tiempo**
@Diario_ElTiempo

**#Farándula** Ben Affleck y Jennifer López celebran boda con familia y amigos ow.ly/mv2J50KoQeS



7:01 AM · Aug 22, 2022 · Hootsuite Inc.

💬                    ↻                    ♡                    ↥

 Tweet your reply                                    **Reply**

## Relevant people

 **El Tiempo**
@Diario_ElTiempo                    **Follow**

El Tiempo, "El periódico del pueblo oriental", desde 1958 dedicado a informar el acontecer regional, nacional e internacional.
eltiempove.com

## What's happening

FIFA World Cup · This morning
**England vs Iran**                    

Entertainment · Trending
**Died Suddenly**
34.6K Tweets

Trending in California
**Dodger Stadium**
12.2K Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,593 Tweets

Trending in California
**TSLA**
23.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

 **Perkowski Legal P.C.**
@c_perkowski   ⋯

← **Tweet**

 **Dakota Johnson Argentina**
@DakotaJArg

...

Dakota Johnson fue vista el día de hoy en el set de Madame Web en Boston, Massachusetts. - 06/08. Más fotos: dakotajohnsonarg.sosugary.com/galeria/thumbn ...



3:23 PM · Aug 6, 2022 · Twitter Web App

**21** Retweets    **3** Quote Tweets    **95** Likes

♡       ⟲       ♡       ⬆

 Tweet your reply                    Reply

---

**Search Twitter**

## Relevant people

 **Dakota Johnson Arge...**    Follow
@DakotaJArg
Tu mejor y más actualizada fuente de información sobre la actriz, productora, directora y activista #DakotaJohnson en Español.

## What's happening

Television · Starts at 7:00 PM
**Saturday Night Live airing on NBC**    

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States    ...
**HE'S BACK**
119K Tweets

Music · Trending    ...
**#AMAsFanFavorite** 🎤
1.55M Tweets

Trending in California    ...
**Elton John**
4,382 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.** ...
@c_perkowski

__ https://twitter.com/win_solb/status/1552265067588108291 __ at __ 2022-11-21 19:03:29 -08:00 __

← **Tweet**

**b**
@win_solb

···

Dakota Johnson got into the lens of the paparazzi during the filming of the movie "Madame Web" in Boston.

Premiere - October 6, 2023!
#DakotaJohnson #MadameWeb #Marvel #Boston



5:10 AM · Jul 27, 2022 · Twitter for Android

**1** Retweet   **6** Likes

💬   ↻   ♡   ⬆

  Tweet your reply   **Reply**

## Relevant people

 **b**
@win_solb   **Follow**
me and marvel

## What's happening

NHL · LIVE
**Islanders at Maple Leafs**   

Entertainment · Trending   ···
**Died Suddenly**
49.9K Tweets

Sports · Trending   ···
**Lane**
Trending with Auburn

Sports · Trending   ···
**Grupo Firme**
Trending with 49ers, Kittle

Crime drama · Trending   ···
**#NCIS**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.   ···
@c_perkowski

Case 1:22-cv-09462-DMG-ADS Document 23-8 Filed 03/13/23 Page 37 of 101 Page ID #:3808

← **Tweet**

**Molusco** @Moluskein

SIGUEN LOS PAPARAZZIS DETRÁS DE JLO Y BEN AFFLECK.

Esta vez los encontraron en un hotel de Los Angeles.

#MoluscoNews
#ELMoluscoDePuertoRico 🦀
Translate Tweet



2:09 PM · Jun 1, 2021 · Twitter for Android

**5** Retweets **6** Quote Tweets **68** Likes

Tweet your reply                    **Reply**

**RonDoble** @ron_doble · Jun 5, 2021
Replying to @Moluskein
"PENDRY"?! Así es que lo tiene ella a él, con la pluma seca y sin tinta ya!!!

**Jose, the Ghost of Kyiv** @jbenitez3_jose · Jun 5, 2021
Replying to @Moluskein
Pero y donde es que esta para usar tanto "layers"

GIF  ALT

**Enid Cabrera** @Ladybugec · Jun 1, 2021
Replying to @Moluskein
Bendito déjenlos en paz

**Enid Cabrera** @Ladybugec · Jun 1, 2021
Replying to @Moluskein
Por lo menos el tema no es de Anuel

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.** @c_perkowski

---

Search Twitter

**Relevant people**

**Molusco** @Moluskein    Follow
Vivo en La Mega, La Musica App, Twitter, Instagram, Facebook, TikTok y YouTube #MoluscoTV. Mi contenido este en el link de abajo

**What's happening**

NBA · 22 minutes ago
**Spurs at Lakers**

#Disenchanted 🪄
Original movie now streaming
Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, Disney

Music · Trending
**harries**
4,614 Tweets

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More
© 2022 Twitter, Inc.



**Tweet**

← Tweet

**Rihanna Navy Brasil | Fan Account**
@RiNavyBrazil

Rihanna é vista pela primeira vez após dar à luz.

Rihanna e Rocky estiveram no Departamento de Serviços de Saúde do Condado de Los Angeles na última terça-feira (14) — ela e o bebê aguardaram no carro.

Translate Tweet



5:38 AM · Jun 16, 2022 · Twitter for iPhone

122 Retweets    135 Quote Tweets    2,349 Likes

Tweet your reply — Reply

**ninax** 🥀💐 @GutembergNina · Jun 16
Replying to @RiNavyBrazil
Saudades dela
♡ 2

**antonniaaa** @antoniaglow · Jun 16
Replying to @RiNavyBrazil
Belíssima com o batom vermelho e seu colar de pérolas
♡ 1    ♡ 28

**national fenty league** 💚 @fentylla · Jun 16
Replying to @RiNavyBrazil
E assim vamos vivendo de migalhas, mb
♡ 1

**gabz** 💐 @thishapx · Jun 16
Replying to @RiNavyBrazil
Desaparecida!

**💚** @barbrdos · Jun 16
Replying to @RiNavyBrazil
vivendo de migalhas

♡ 1

**ane || fan account.** @anittaknews · Jun 16
Replying to @barbrdos
oh amg, cadê a foto do baby fenty? 🥺
♡

Show replies

**I'm That Girl** ✨ @mynameislynn1 · Jun 16
Replying to @RiNavyBrazil
olha o nível q estamos mano... ficando feliz vendo um reflexo de uma artista
♡ 35

**Dani** @dnnyb3llo · Jun 16
Replying to @RiNavyBrazil
Rocky cheio de olheiras só o bagaço, representando todos os pais de recém nascido que passam noites em claro cuidando do filhote
♡ 5

**BABYGALRIRI** @allacenutrido_ · Jun 16
Replying to @RiNavyBrazil
vai rihanna mostra o rickon
♡ 1

**Linda Quebrada** @cinderelacubana · Jun 16
Replying to @RiNavyBrazil
Foi dar entrada no salário maternidade
♡ 9

**Bananinha latina** @bananinhaforev1 · Jun 16
Replying to @RiNavyBrazil
Não dá nem pra ver a lenda direito mds

♡ 58

**jasmine** @fentyconfident · Jun 16
Replying to @RiNavyBrazil
Pra quem era acostumado todo dia com fotos da ri de salto alto agora temos que se acostumar com fotos dentro do carro até a Rihanna querer sair de casa com o bebê
♡ 1

**Dara Daniella** @daniellanasc · Jun 16
Replying to @RiNavyBrazil

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Perkowski Legal P.C.
@c_perkowski

Search Twitter

Relevant people

Rihanna Navy Brasil |...    Follow
@RiNavyBrazil
RNB 💚💚 Estamos online desde 2010, somos o maior e mais completo fã-clube sobre a cantora Rihanna no Brasil e em toda a América Latina. Apoio: @umusic.brasil

What's happening

NFL · 1 hour ago
49ers at Cardinals

Entertainment · Trending
Died Suddenly
63.2K Tweets

Trending in United States
Chrisley
22.7K Tweets

Trending in California
Dodger Stadium
9,270 Tweets

Trending in United States
Jada
6,071 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

https://twitter.com/soygerardcortez/status/1521496346481598467 __ el __ 2022-11-21 07:50:07 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-8    Filed 03/13/23    Page 40 of 101    Page ID
#:3811

← **Tweet**

**Gerard Cortez**
@SoyGerardCortez

Estoy amandooooo el vestidito de afterparty de Blake Lively ❤️ Todo lo hizo perfecto la noche del #MetGala

Translate Tweet



7:26 AM · May 3, 2022 · Twitter for iPhone

**129** Retweets    **49** Quote Tweets    **1,986** Likes

💬    🔁    ♡    ⬆️

  Tweet your reply                    Reply

**Multivac** 🍫 @may_eremit · May 3
Replying to @SoyGerardCortez
Divinooooo, quiero quiero

💬    🔁    ♡    ⬆️

**Luna** @LunaticaPurpura · May 3
Replying to @SoyGerardCortez
Ella todo lo hizo bien 😍
A mi parecer, fue la reina del MET ayer ✨💜

💬    🔁    ♡ 4    ⬆️

**reality** @CVivescas · May 3
Replying to @SoyGerardCortez
Real life Serena Van der woodsen 💕

💬    🔁    ♡ 17    ⬆️

**Sol...** 🐘 @Sol_Eowin · May 3
Replying to @SoyGerardCortez
Qué bello está, 😍

💬    🔁    ♡    ⬆️

**Beto Alfabeto (Spooky Version)** @beto_alfabeto · May 3
Replying to @SoyGerardCortez
@feer_lunaa 👀👀 miraaaaa

💬    🔁 1    ♡ 1    ⬆️

@feer_lunaa · May 3
Replying to @beto_alfabeto and @SoyGerardCortez
Ella si es una Que reinona

💬    🔁    ♡ 2    ⬆️

**Alijuna** 🌿 @derguerra18 · May 3
Replying to @SoyGerardCortez
Ella no se cansa de servir 💅🏽

💬    🔁    ♡ 1    ⬆️

Show additional replies, including those that may contain offensive content    Show

---

**Relevant people**

**Gerard Cortez**
@SoyGerardCortez    Follow
Periodista de moda y cultura pop. TV Host y guionista. Amarás mi YouTube. No binarie. Inmigrante. Contacto Gerardcortez@gmail.com (Él-he, ella-she, elle-they)

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Music · Trending
**#askmeek**

Trending in United States
**USA ML**

Family drama · Trending
**#GilmoreTheMerrier**

Entertainment · Trending
**Kang**
47.6K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**

**Everardo Herrera**
@alpiedeldeporte

···

## Jennifer Lopez y Alex Rodríguez avivan su amor en República Dominicana (GALERÍA) ow.ly/gKPM50E45fF

Translate Tweet



9:30 AM · Mar 20, 2021 · Hootsuite Inc.

**1** Retweet   **14** Likes

Q                    ⇄                    ♡                    ⬆

Tweet your reply                              **Reply**

### Search Twitter

## Relevant people

**Everardo Herrera**    **Follow**
@alpiedeldeporte

Lo mejor del fútbol de Costa Rica y mundial. Además notas entretenidas.
facebook.com/AlPieDelDeporte
instagram.com/evergolcr

## What's happening

FIFA World Cup · **LIVE**
**Senegal vs Netherlands**

Music · Trending                    ···
**Ciara**
6,085 Tweets

Trending in United States          ···
**Senegal**
Trending with #FifainuBsc, England

YU-GI-OH! · Trending               ···
**Mystic Mine**

Sports · Trending                   ···
**Billy Wagner**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**    ···
@c_perkowski

___ https://twitter.com/lindaikeji/status/1400222004742017026 ___ et ___ 2022-11-22 16:59:31 -08:00



← **Tweet**



Linda Ikeji
@lindaikeji

Ben Affleck and Jennifer Lopez seen looking 'very affectionate' during dinner date (photos)
lindaikejisblog.com/2021/6/ben-aff...



3:45 PM · Jun 2, 2021 · LIB App

**2** Retweets  **1** Quote Tweet  **13** Likes



**Perkowski Legal P.C.**
@c_perkowski

Tweet your reply                    Reply

Amaɗi Chuƙa™ ✳️🇳🇬🦅 @chuckdeni · Jun 2, 2021
Replying to @lindaikeji
Hmmm!!! Again?

---

🔍 Search Twitter

### Relevant people

Linda Ikeji
@lindaikeji    Follow
Blogger. CEO, LindaIkejiTV

### What's happening

NCAA Men's Basketball · Last night
**Knights at Blue Devils**



#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**James Woods**
2,382 Tweets

Trending in California
**Chicharito**
7,332 Tweets

Sports · Trending
**Ryan Leaf**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

Twitter

Page 43 of 101

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@r_perkowski

---

This tweet is from a suspended account. Learn more

joao #15midnight75 @joaohonny · Sep 26, 2021
Replying to @RayZoneBr
@saranni @thiz_samara Q CASAL MDS

Show replies

barbara 🖤 style AQUI É CRUH @fromtheabs · Sep 26, 2021
Replying to @RayZoneBr
Casal improvável sempre vai se melhor do que aqueles que geral apoia

morenna 🍷 @mquelation · Sep 26, 2021
Replying to @RayZoneBr
bisexual culture pt

~ joao x vett!n eu 1 neo @l7sarynn4 · Sep 26, 2021
Replying to @RayZoneBr
juro que vi hoje a noticia de que ele foi vetn num date com a dupa

ka @fdmmncxdes · Sep 26, 2021
Replying to @l7sarynn4 and @RayZoneBr
entao é fato neee a doja esta na europa ontem mesmo estava assistindo
live dela em paris

Show replies

nando @fxrdnoo · Sep 26, 2021
Replying to @disanacxxxsds
Menina a essa hrtica edificaite @disanacxxxsds

zlana ~ midnights @dianacxxxads · Sep 26, 2021
Replying to @nvolosa and @RayZoneBr
anton

vevet 🛐 @marcgb07 · Sep 26, 2021
Replying to @RayZoneBr
jrrf to chocada

Alexandre @ofs_zvrde · Sep 26, 2021
Replying to @RayZoneBr
Foto n fo do Shawn

DaemonWho @DeronHeaks_122 · Sep 26, 2021
Replying to @RayZoneBr
amei, se quebrar a cara de novo e vir outro album inchei!
aweeeeeeeeeeeeee

Yazinha @femminaaal · Sep 27, 2021
Replying to @RayZoneBr
pior casal ever

Violet @violefinght · Sep 27, 2021
Replying to @RayZoneBr
Mds imagina ir de Brasil pro jota the weekend, mas pelo menos ele e mega
talentoso 🌚
@rollanno

anubis @iskastdde · Sep 26, 2021
Replying to @RayZoneBr
@rollanno

jaque 暗示私に感じ 5/v+ @pappaothen · Sep 27, 2021
Replying to @RayZoneBr
pior casal ever

Violet @violefinght · Sep 27, 2021
Replying to @RayZoneBr
Mds imagina ir de Brasil pro jota the weekend, mas pelo menos ele e mega
talentoso 🌚
@rollanno

anubis @iskastdde · Sep 26, 2021
Replying to @RayZoneBr
@rollanno

jaque 暗示私に感じ 5/v+ @pappaothen · Sep 27, 2021
Replying to @RayZoneBr
Por Deus, não, Angie

+eu afana · 🇧🇷 @afinamamlrn · Sep 27, 2021
Replying to @afeeimiricac

-FELIX- @FELIX0000000 · Sep 27, 2021
Replying to @FEL00000001 and @RayZoneBr
Salvem a Angelina

mya | My mind and me @eelinsaarol · Sep 27, 2021
Replying to @FEL00000001 and @RayZoneBr
porque?

GUIZERA @gahennal · Sep 26, 2021
Replying to @RayZoneBr
TOMARA QUE ELE ESTEJA BEIJANDO ESSES LABIOS

mya | My mind and me @eelinsaarol · Sep 27, 2021
Replying to @RayZoneBr
AAAAAA MEUS PAIS

mari 🌈 @fxrdlkjhh · Sep 26, 2021
Replying to @RayZoneBr
ninguém pediu pz

Felipe Lanzarini @lanzaninifelipe · Sep 26, 2021
Replying to @RayZoneBr
chh

Fabricio West @FabricioWest15 · Sep 26, 2021
Replying to @RayZoneBr
Palmitorv

CROPPED @joaomolinho · Sep 26, 2021
Replying to @RayZoneBr
Passadooooo
Com esse casal

sec/ 🖤 @channipor · Sep 26, 2021
Replying to @RayZoneBr
Eu achei que a angelina era casada



luu. @mnnxfeere · Sep 26, 2021
Replying to @RayZoneBr
Gente que coit aleatório é esse

kxi @wetifeotogrsoh · Sep 26, 2021
Replying to @RayZoneBr
GENTE???? nao sabia disso pz

rafa j' @crvdramaati · Sep 26, 2021
Replying to @RayZoneBr
Casal impossível

Beatriz Matos ☘ @bmnmcks · Sep 26, 2021
Replying to @RayZoneBr
Ai tem 😭

iy @vetrcoar · Sep 26, 2021
Replying to @RayZoneBr
UM CASAL DE RESPEITO AMORES

cams @ltthxxxsemt · Sep 26, 2021
Replying to @RayZoneBr
O QUEEEEEEE



manu. | vem hexa 😍 @ofkeafloo · Sep 26, 2021
Replying to @RayZoneBr
Que aleatório mds

karol @johleqmac · Sep 26, 2021
Replying to @RayZoneBr
daea pros dois pz aeea

lsa @mxchlee · Sep 26, 2021
Replying to @RayZoneBr
@geheelkxxrsvv

adriano @fxsdss · Sep 26, 2021
Replying to @RayZoneBr

https://twitter.com/MarvelsNews/status/1350908087555039234 ... 2021-11-21 00:13:37 -0500
Document 334    Filed 03/12/22    Page 44 of 101    Page ID



← **Tweet**



🌈 **ANDY JONNY**
@AndresJovannyMa

···

Que maravillosa se ve Margot Robbie cómo Barbie
Ryan Gosling cómo Ken ✨🤩

Translate Tweet



7:03 PM · Jun 23, 2022 · Twitter for Android

💬              ⟲              ♡              ⬆

 Tweet your reply                                    Reply

## Search Twitter

### Relevant people

 🌈 **ANDY JONNY**          Follow
@AndresJovannyMa

EL PENSAR Y EXPRESAR 💙🧠 Tengo
un canal en YouTube ▶ ANDY
JONNY 😄

### What's happening

Television · 2 hours ago
**Saturday Night Live airing on
NBC**                              

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
▣ Promoted by Uber

Sports · Trending                                      ···
**Pasadena**
1,588 Tweets

Trending in California                               ···
**Andrew Tate**
27.7K Tweets

Trending in United States                         ···
**Blocked**
129K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**    ···
@c_perkowski

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**





Perkowski Legal P.C.
@_perkowski

_ https://twitter.com/agfotosevideos/status/1350615534728077312 _ at _ 2022-11-19 18:47:47 -08:00 _



← **Tweet**

🔍 Search Twitter

**Home**

**#  Explore**

🔔 **Notifications**

✉ **Messages**

🔖 **Bookmarks**

**Lists**

**Profile**

⋯ **More**

**Tweet**

**ATENÇÃO GEEK | Mídia**
@agfotosevideos                    ⋯

**Relevant people**



**ATENÇÃO GEEK | Mídia**         **Follow**
@agfotosevideos

Conta para fotos e vídeos dos bastidores do mundo do entretenimento. Conta oficial: @atencaogeek

Bastidores de Homem-Aranha 3
#SpiderMan3 #TomHolland
Translate Tweet



5:26 PM · Jan 16, 2021 · Twitter for Android

**1** Retweet   **1** Quote Tweet   **7** Likes

💬   🔁   ♡   ⬆



Tweet your reply                    **Reply**

**What's happening**



Television · Starts at 7:00 PM
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States        ⋯
**HE'S BACK**
115K Tweets

Music · Trending             ⋯
**#AMAsFanFavorite** 🔥
1.62M Tweets

Music · Trending             ⋯
**Chris Brown**
45.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**   ⋯
@c_perkowski

← **Tweet**

**Stivi De Tivi** ✔
@StiviDeTivi                                                  ···

Su mañana necesita de #DanielRadcliffe como #WeirdAlYankovic en la película biográfica del comediante y músico: #WEIRDTheAlYankovicStory.

Translate Tweet



7:31 AM · Feb 22, 2022 from Benito Juárez, Distrito Federal · Twitter for iPhone

**2** Retweets   **10** Likes

💬            🔁            ♡            ↑

P    Tweet your reply                          Reply

---

🔍 Search Twitter

**Relevant people**

**Stivi De Tivi** ✔                    Follow
@StiviDeTivi

Stivi De TiVi (Enrique Solorzano). AMO las series y el cine. Me encuentras en radio, TV, podcast, revistas, medios digitales y fiestas. Pronombres: Él/Su/Suyo

**What's happening**

Television · 55 minutes ago
**The Walking Dead airing on AMC**

**#Disenchanted** 👸
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                ···
**#twdspoilers**
1,265 Tweets

Trending in United States                ···
**Bob Iger**
1,488 Tweets

Music · Trending                         ···
**Kelly Rowland**
6,267 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**



**Perkowski Legal P.C.**        ···
@c_perkowski

__ https://twitter.com/bso/status/1149012113907683335 __ sl __2022-11-22 09:21:43 -08:00

← **Tweet**




Robert Littal BSO ✓
@BSO                                            ···

After Shooting His Shot on Instagram and Hitting
Nothing But Net, Panthers Christian McCaffrey Takes
Danny Amendola's Ex-GF Olivia Culpo on Cabo
Vacation (Pics-Vids) bit.ly/32jqv8P



10:46 AM · Jul 10, 2019 · BSO Alert

**6** Retweets  **1** Quote Tweet  **4** Likes

💬        🔁        ♡        ⬆



Perkowski Legal P.C.                    ···
@c_perkowski

    Tweet your reply                        Reply

Uncle P ✓ @mrflorida · Jul 10, 2019           ···
Replying to @BSO
Chics stay winning 🏀

💬        🔁        ♡        ⬆

GIO @RoualtNemec · Jul 10, 2019               ···
Replying to @BSO
Why do athletes LOVE sloppy seconds?

💬        🔁        ♡        ⬆

---

🔍 Search Twitter

**Relevant people**

Robert Littal BSO ✓                  Follow
@BSO
BSO is a Unique take on Sports & Ent;
Tweets by The Headline King Robert
Littal; IG: BSOTV; FB:
BlackSportsOnline; Keep That Same
Energy Podcast; #BLM; 💙 AML

**What's happening**

FIFA World Cup · LIVE
Mexico vs Poland                     

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in United States             ···
#TheMarvels
2,244 Tweets

Events · Trending                     ···
NO ERA PENAL
3,668 Tweets

Politics · Trending                   ···
Dr. Fauci
5,616 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**Perkowski Legal P.C.** ...
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 23-8    Filed 03/13/23    Page 52 of 101    Page ID #:3823



Tweet

### The First Cowboy
@TheFirstCowboy

New photos from the filming of #MadameWeb



1:06 PM · Jul 28, 2022 · Twitter for iPhone

1 Like

---


Tweet your reply

Reply

## Relevant people



**The First Cowboy**
@TheFirstCowboy

Follow

Space Cowboy || Movie Lover ||
Content Creator. Insider news movie
games and TV shows all this you will
find on this channel & social media 🎙️
| @StarWars_JC

## What's happening



FIFA World Cup · 1 hour ago
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 🧜
Original movie now streaming
▶️ Promoted by Disney+

Only on Twitter · Trending
**#RIPLEGEND**
3,492 Tweets

Trending in California
**Shakira**
98.8K Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Tommy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter



Perkowski Legal P.C.
@c_perkowski

← **Tweet**

สมาคม **Superhero**
@Thai_SuperHero

···

เผยโฉม Anthony Ramos ในบท The Hood จาก
#ironheart  @disneyplusth



3:33 PM · Aug 8, 2022 · Twitter for iPhone

**10** Retweets    **16** Likes

💬          🔁          ♡          ⬆

P    Tweet your reply                          Reply

---

**Search Twitter**

**Relevant people**

สมาคม **Superhero**          Follow
@Thai_SuperHero

สมาคมของกลุ่มบุคคลผู้ชื่นชอบซุปเปอร์
ฮีโร่ในประเทศไทย // Twitter อย่างเป็น
ทางการของ 'สมาคมผู้คลั่งไคล้
SuperHero' *ถามข้อมูลหนัง/Comic ต่างๆ
ใน DM ได้เลยจ้า*

disney   **DisneyPlusTH** ✔          Follow
hotstar   @disneyplusth
⊘ Official

โลดแล่นสู่จินตนาการที่ไม่รู้จบ ดิสนีย์พลัส
ฮอตสตาร์ ประเทศไทย สตรีมวันนี้เลยวันนี้
เพียง 799 บาทต่อปี พร้อมแพคเกจพิเศษ
สำหรับลูกค้า AIS #DisneyPlusHotstarTH

**What's happening**

Television · Last night
**The Walking Dead airing on AMC**

Music · Trending          ···
**Billy Joel**
1,279 Tweets

Trending in United States          ···
**Heisman**
4,535 Tweets

Music · Trending          ···
**#DavidoAt30**
70.6K Tweets

Music · Trending          ···
**Lionel Richie**
3,885 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**


**Perkowski Legal P.C.**  ···
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 23-8    Filed 03/13/23    Page 54 of 101    Page ID #:3825

← **Tweet**

**b**
@win_solb

···

Jeremy Renner and Hailee Steinfeld on the set of Hawkeye. one of the best duets of recent years
#HaileeSteinfeld #JeremyRenner #Marvel #Hawkeye
@JeremyRenner



👤 Jeremy Renner and Hailee Steinfeld

10:58 PM · Aug 17, 2022 · Twitter for Android

**1** Retweet    **7** Likes

💬        🔁        ♡        ⬆️

Ⓟ    Tweet your reply                    **Reply**

---

🔍 Search Twitter

**Relevant people**

**b**
@win_solb                           Follow
me and marvel

**Jeremy Renner** ✓
@JeremyRenner                       Follow
Live For Now Out Now

**Hailee Steinfeld** ✓
@HaileeSteinfeld                    Follow
haileesteinfeld.lnk.to/coast

**What's happening**

NCAA Men's Basketball · Last night
**Delta Devils at Tigers**

Entertainment · Trending
**Died Suddenly**
38K Tweets                          ···

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,680 Tweets                        ···

Only on Twitter · Trending
**#pcxqc**
1,735 Tweets                        ···

Trending in United States
**#ThingsIWouldTellMyYoungerSelf**     ···

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

Ⓟ  **Perkowski Legal P.C.**  ···
@c_perkowski



# Home

# Explore

# Notifications

# Messages

# Bookmarks

# Lists

# Profile

# More

**Tweet**

← **Tweet**

 สมาคม Superhero
@Thai_SuperHero

ภาพจากกองถ่ายของ Spider-man3 เมื่อกี้ ยืนยันแล้วว่า น้อง
ชายของ Tom holland อย่าง Harry Holland ก็เข้าร่วมแสดง
อยู่ในหนังด้วย

หน้าคล้ายทอมมากๆ ตอนนี้ต้องรอดูว่า จะมีบทในหนัง มาเป็น
แขกรับเชิญเฉยๆ หรือ เล่น สตั้นฉากนี้ให้น้องทอมนะครับ



7:59 PM · Jan 16, 2021 · Twitter for iPhone

291 Retweets   64 Likes

   

 Tweet your reply

**Reply**

Perkowski Legal P.C.
@c_perkowski

Search Twitter

## Relevant people

สมาคม Superhero
@Thai_SuperHero   **Follow**

สมาคมของกลุ่มบุคคลผู้ชื่นชอบซุปเปอร์
ฮีโร่ในประเทศไทย // Twitter อย่างเป็น
ทางการของ 'สมาคมผู้คลั่งไคล้
SuperHero' *ถามข้อมูลหนัง/Comic ต่างๆ
ใน DM ได้เลยจ้า*

## What's happening

FIFA World Cup · 4 hours ago
**Mexico vs Poland**



#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in California
Lucas

https://twitter.com/ccamilapics/status/1324098066710974470 __ at __ 2022-11-21 15:44:05 -08:00

← **Tweet**

**camila pics**
@ccamilapics

baby 😌



🐦 camila

1:15 PM · Nov 4, 2020 · Twitter for iPhone

**186** Retweets  **31** Quote Tweets  **1,690** Likes

---

P  Tweet your reply    Reply

**Bex** 🐞 @becky30121992 · Nov 4, 2020
Replying to @ccamilapics and @Camila_Cabello
Camila in yellow 🥰

💬  🔁  ♡ 1  ⬆

**Charles Joffe** @charles_joffe · Nov 4, 2020
Replying to @ccamilapics and @Camila_Cabello
Cutie pie

💬  🔁  ♡  ⬆

**Charles Joffe** @charles_joffe · Nov 4, 2020
Replying to @ccamilapics and @Camila_Cabello
Real cutie on a bike

💬  🔁  ♡  ⬆

❤🇬🇧 @MarieMarch4 · Nov 4, 2020
Replying to @ccamilapics and @Camila_Cabello
Baby C ❤🇬🇧

💬  🔁  ♡ 2  ⬆

**Grounddovenari** @Naricutie · Nov 4, 2020
Replying to @ccamilapics and @Camila_Cabello
😍😍😍

💬  🔁  ♡  ⬆

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

**Relevant people**

**camila pics** 
@ccamilapics    Follow
Hey, turn on our notifications for daily pictures, gifs and videos of Camila Cabello!

**camila** ✓ 
@Camila_Cabello    Follow
Sigue bailando. FAMILIA out now

**What's happening**

NFL · Last night
**Cowboys at Vikings**

Trending in United States
**Chrisley**
2,931 Tweets

Music · Trending
**Datpiff**

Lovecraft Country · Trending
**Lovecraft Country**
Trending with #Blade, Yann Demange

Trending in United States
**Tory Taylor**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/miucciamuse/status/1579275714389762048 ... et ... 2022-11-20 13:48:05 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-8   Filed 03/13/23   Page 57 of 101   Page ID
#:3828

← **Thread**

**taylor russell's whore**
@MIUCCIAMUSE

···

bella's birthday looks throughout the years



6:00 PM · Oct 9, 2022 · Twitter for iPhone

**353** Retweets   **22** Quote Tweets   **4,472** Likes



---

**taylor russell's whore** @MIUCCIAMUSE · Oct 9
Replying to @MIUCCIAMUSE
she looks incredible today i hope the it girl of all it girls had an incredible day



↺ 42   ♥ 387

---

**AD!BA** @zandelionz · Oct 10
Replying to @MIUCCIAMUSE
The first one 👌

**Search Twitter**

**Relevant people**

**taylor russell's whore**    Follow
@MIUCCIAMUSE
it girl in training • hf twt • she/her •
fan account

**What's happening**

NFL · LIVE
**Eagles at Colts**



**#Disenchanted** 🧚
Original movie now streaming
Promoted by Disney+

Trending in California    ···
**Rest In Peace**
55.6K Tweets

Sports · Trending    ···
**Fields**
Trending with Bears, Falcons

Only on Twitter · Trending    ···
**Rest in Power**
25.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Perkowski Legal P.C.**   ···
@c_perkowski

__ https://twitter.com/conexaopopsite/status/1583424361700429826 __ at __ 2022-11-19 21:55:39 -08:00 __

Tweet

**Conexão POP**
@conexaopopsite

A QUÍMICA! Nicholas Galitzine e Anne Hathaway durante as gravações de #TheIdeaofYou 💙



👤 Nicholas Galitzine Brasil and Anne Hathaway Brasil

4:46 AM · Oct 21, 2022 · Twitter for Android

8 Likes

Tweet your reply                                    Reply

**Relevant people**

**Conexão POP**                    Follow
@conexaopopsite
Conectando você ao mundo POP!

**Nicholas Galitzine Br...**        Follow
@GalitzineBrasil
O primeiro e maior fã-site dedicado
ao ator e cantor Nicholas Galitzine no
Brasil! | Instagram:
@NicholasGalitzineBr

**Anne Hathaway Brasil**           Follow
@annhathawaybr
Sua melhor e maior fonte sobre a atriz
Anne Hathaway no Brasil. We are not
Anne and we don't have any contact
with her!

**What's happening**

Formula 1 · Starts tomorrow
**Abu Dhabi Grand Prix 2022**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
📷 Promoted by Uber

Trending in United States
**HE'S BACK**
149K Tweets

Trending in United States
**Waka Waka**
36.8K Tweets

Sports · Trending
**Pasadena**
1,596 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/lindaikeji/status/1273635243484831746 __ at __ 2022-11-22 18:10:25 -0800 __

← **Tweet**



**Linda Ikeji**
@lindaikeji

···

Photos of Lady Gaga's tummy sparks pregnancy speculations lindaikejisblog.com/2020/6/photos-...



8:14 AM · Jun 18, 2020 · LIB App

**4** Retweets  **13** Likes



  Tweet your reply

Reply

### Relevant people



**Linda Ikeji**
@lindaikeji

Follow

Blogger. CEO, LindaIkejiTV

### What's happening

---

Home

Explore

Notifications ①

Messages

Bookmarks

Lists

Profile

More

**Tweet**



**Perkowski Legal P.C.**  ···
@c_perkowski

Search Twitter

__ https://twitter.com/turkce/status/1213866398887350784 __ at __ 2022-11-22 17:46:47 -08:00 __

← **Tweet**

 **Türkçe**
@turkce                                                              ···

National Society Of Film Critics Ödülleri Açıklandı:
Amerika'da düzenlenen 54. National Society Film Critics
Ödülleri'nde ''Parasite'' en iyi film ödülünü kazanırken,
Great Gerwig ''Little Women'' ile en iyi yönetmen
ödülünü kazandı. Bu... dlvr.it/RMTL35 #Türkçe #Sinema

Translate Tweet



9:02 AM · Jan 5, 2020 · dlvr.it

🗨         ⟲         ♡         ⬆

 Tweet your reply                              **Reply**

### Relevant people

 **Türkçe**
@turkce                                                    **Follow**

Gazete ve dergilerden Türkçe
Haberler, Son Dakika, Spor, Magazin,
Teknoloji, Sinema Haberleri. İletişim ve
iş birliği için: turkcemag@gmail.com

### What's happening

NBA · LIVE
**Kings at Grizzlies**                         

**#AvatarTheWayOfWater** 🔵
Get tickets now – In theaters December 16
📽 Promoted by Avatar

Trending in United States                          ···
**RIP Harold**

Entertainment · Trending                          ···
**Jane Lynch**

Family drama · Trending                           ···
**B. Jess**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

#### Home
#### Explore
#### Notifications
#### Messages
#### Bookmarks
#### Lists
#### Profile
#### More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/jaymalecelebs/status/1237994131185700865 __ et __ 2022-11-21 14:44:26 -08:00

← **Tweet**

**Male Celeb Hotties**
@jaymalecelebs
···

## He's looking really hot



11:49 PM · Mar 11, 2020 · Twitter for Android

**15** Retweets  **161** Likes

---

P  Tweet your reply                         Reply

**Matt** @MattWhitekiller · Mar 11, 2020  ···
Replying to @jaymalecelebs
Love the haircut!

♡ 1

---

🔍 Search Twitter

### Relevant people



**Male Celeb Hotties**   Follow
@jaymalecelebs

Just a bi guy bringing you hot male celeb content to lust over! DM's are always open! Have fun! 😜 18+

### What's happening

FIFA World Cup · This morning
**England vs Iran**

Trending in United States   ···
**HOW IS THAT NOT A YELLOW**
1,208 Tweets

Entertainment · Trending   ···
**Julia Fox**
8,138 Tweets

Trending in United States   ···
**Zimmerman**
17.4K Tweets

Sports · Trending   ···
**Mexico City**
12.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

← **Tweet**

Home

Explore

Notifications



**Marvel CinéVerse**
@MarvelCineVerse

···

**#ThorLoveAndThunder** : Christian Bale a été aperçu sur le tournage du film 'THOR : LOVE AND THUNDER' dans son attirail du méchant Gorr, le Massacreur des Dieux. (via @DailyMailCeleb)

Translate Tweet




3:14 AM · Aug 4, 2021 · Twitter Web App

5 Retweets   24 Likes

💬   🔁   ♡   ⬆

P   Tweet your reply   **Reply**

🔍 Search Twitter

**Relevant people**

 **Marvel CinéVerse**   Follow
@MarvelCineVerse

Actualités et encyclopédie sur le MCU Instagram  : marvelcineverse_ Associé à @swcineverse ⭐

 **Daily Mail Celebrity** ✓   Follow
@DailyMailCeleb

⊘ Official

Latest celeb and entertainment news from the Daily Mail Showbiz team. We're on Facebook too:
fb.me/DailyMailCeleb

**What's happening**

FIFA World Cup · 3 hours ago
**England vs Iran**



Trending in United States   ···
**I BELIEVE THAT WE WILL WIN**

Trending in United States   ···
**USA USA USA**
407K Tweets

Trending in United States   ···
**Colorado Springs**
511K Tweets

Trending in United States   ···
**LETS GO USA**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



# Tweet



**About Her** ✓
@AboutHerOFCL

···

**#LookOfTheDay**: Heidi Klum in Pasadena.



12:30 AM · Mar 5, 2020 · Buffer

**1** Retweet   **2** Likes

## Relevant people



**About Her** ✓
@AboutHerOFCL

**Follow**

Inside untapped territory: Pulling back the curtain on Arab women who are defining cultural trends now.
**#AboutHer**

## What's happening

FIFA World Cup · 2 hours ago
**USA vs Wales**

Trending in California
**TSLA**
23.5K Tweets

🐦 **Twitter**

⌂ Home

\# Explore

🔔 Notifications ①

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

**Tweet your reply**   **Reply**

← Tweet



**YUCATAN AL MINUTO**
@YUCATANALMINUTO

Captan a Christian Bale como villano en "Thor"
ow.ly/DM3T50FKCvC



4:30 PM · Aug 4, 2021 · Hootsuite Inc.

**1** Retweet   **1** Like

🔍 Search Twitter

## Relevant people



**YUCATAN AL MINUTO**          Follow
@YUCATANALMINUTO

Yucatán al Minuto es un medio de
comunicación que produce contenido
informativo y material audiovisual con
formatos propios en Mérida, Yucatán.

## What's happening

FIFA World Cup · 5 minutes ago
**Mexico vs Poland**



**#AvatarTheWayOfWater**
Get tickets now - In theaters December 16
📷 Promoted by Avatar

Trending in United States                    ...
**Ochoa**
Trending with Poland, #MEXPOL

Trending in United States                    ...
**#MexVsPol**
3,365 Tweets

Trending in California                       ...
**Mexicans**
10.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

Tweet your reply          Reply

**Perkowski Legal P.C.**   ...
@c_perkowski

← **Tweet**

**Sher**
@myloverismalik

···

## Io però Zayn lo capisco

Translate Tweet

4:18 AM · Apr 24, 2021 · Twitter for iPhone

**16** Likes

💬          ⟲          ♡          ⬆

P    Tweet your reply          Reply

### Search Twitter

### Relevant people

**Sher**
@myloverismalik          Follow

Persona mentalmente instabile, troppo ambiziosa e fissata con personaggi che non esistono • #zayn • she/her • otaku

### What's happening

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
📢 Promoted by Avatar

Trending in United States          ···
**RIP Harold**

Entertainment · Trending          ···
**James Woods**
3,242 Tweets

Trending in United States          ···
**Hooters**
7,923 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**


Perkowski Legal P.C.
@c_perkowski          ···

← **Tweet**

🔍 Search Twitter

⌂ **Home**

# **Explore**

🔔 **Notifications**

✉ **Messages**

🔖 **Bookmarks**

☰ **Lists**

👤 **Profile**

⊙ **More**

**Tweet**

⇄ @nanfixus Retweeted



**celebvegas**
@celebvegas                                    ···

Dakota Johnson Street Style at the Earthbar in West Hollywood celebvegas.com/dakota-johnson...



6:38 AM · Sep 20, 2018 · WordPress.com

**5** Retweets   **24** Likes

💬            ⇄            ♡            ⬆

 Tweet your reply                    Reply

## Relevant people

 **@nanfixus**
@nanfixus                                      Follow

DJ Fan 🐾 Sports,animals y Boca Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk #Persuasion Fan account 🇦🇷

 **celebvegas**
@celebvegas                                    Follow

celebvegas.com is online website which give Hollywood favorite celebrities photos, gossip and daily activities.

## What's happening

NCAA Men's Basketball · Earlier today
**Terrapins at Hurricanes**

#Disenchanted 🧚
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                        ···
**Bob Iger**
Trending with Chapek, Disney

Music · Trending                                 ···
**harries**
4,638 Tweets

Music · Trending                                 ···
**Lionel Richie**
2,581 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**
@c_perkowski                                    ···

← Tweet



Foochia - فوشيا ✔
@foochia

كاتي بيري بعيد ميلادها الـ 36.. ظهرت النجمة الأمريكية كاتي
بيري بملابس فضفاضة ومريحة خلال نزهة صباحية مع خطيبها
أورلاندو بلوم وكلبهما حيث شوهدوا في محيط منزلها
katyperry# مشاهير# كاتي_بيري# عيد_ميلاد#
orlandobloom#

Translate Tweet



3:01 AM · Oct 26, 2020 · Hootsuite Inc.

1 Retweet    1 Quote Tweet    3 Likes

💬        🔁        ♡        ⬆️

Ⓟ    Tweet your reply                    Reply

🔍  Search Twitter

## Relevant people

Foochia - فوشيا ✔        Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

## What's happening

Television · 11 minutes ago
Saturday Night Live airing on
NBC

#GetYourRideRight
Book your ride up to 30 days ahead with Uber
Reserve
▶ Promoted by Uber

Trending in United States        ⋯
HE'S BACK
134K Tweets

Sports · Trending        ⋯
#SpursUp

Trending in California        ⋯
Pasadena
1,414 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

__ https://twitter.com/filmnewsPL/status/1539850592083918854 __ at __ 2022-11-22 20:53:09 -08:00


 **Film News** ❄
@filmnewsPL

**Relevant people**

 Follow

**Film News** ❄
@filmnewsPL

## Margot Robbie i Ryan Gosling na planie filmu #Barbie

🎬 najnowsze wiadomości filmowe - kino polskie i zagraniczne, popularne i niezależne 🍿 kontakt: filmnewspl@gmail.com



10:59 PM · Jun 22, 2022 · Twitter for Android

**4** Retweets    **80** Likes

**What's happening**

NBA · LIVE
**Lakers at Suns**



#AvatarTheWayOfWater 🔵
Get tickets now - In theaters December 16
🎟 Promoted by Avatar

Business and finance · Trending
**Chesapeake**
5,414 Tweets

Trending in United States
**#GenshinSpecialProgram**
14.6K Tweets

Trending in California
**Costco**
5,497 Tweets

Show more

💬          ⇄          ♡          ⬆


**P**    Tweet your reply                    Reply


**Film News** ❄ @filmnewsPL · Jun 22
Replying to @filmnewsPL
Ryan Gosling i Margot Robbie na planie filmu #Barbie



💬          ⇄          ♡ 28          ⬆

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.


**Perkowski Legal P.C.**
@c_perkowski    ···

← **Tweet**

 **Bang Tidy Celebs**
@BangTidyHQ    ...

-@SaraSampaio at #Coachella



10:49 AM · Apr 18, 2022 · Twitter Web App

10 Likes

 Tweet your reply    **Reply**

🔍 Search Twitter

## Relevant people

 **Bang Tidy Celebs**    **Follow**
@BangTidyHQ
Bringing you Bang Tidy Celebs from the UK and around the world. From TV & Film to Music & Models. Any requests feel free to tweet.

**Sara Sampaio** ✓    **Follow**
@SaraSampaio
model, actress and professional karaoke singer

## What's happening

NFL · 2 hours ago
**49ers at Cardinals**    

Entertainment · Trending    ...
**Died Suddenly**
71.3K Tweets

Trending in California    ...
**Mexicans**
6,428 Tweets

Trending in United States    ...
**Roanoke**

Entertainment · Trending    ...
**#TheVowHBO**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

**Home**

**#** Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

 **Perkowski Legal P.C.** ...
@c_perkowski

https://twitter.com/electedbieber/status/1561467673409511425 __ at __ 2022-11-21 18:37:11 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-8   Filed 03/13/23   Page 70 of 101   Page ID #:3841



taraneh
@electedbieber

··· 

WHEN I TELL YOU THIS MINE IS SO FINE



2:37 PM · Aug 21, 2022 · Twitter for iPhone

**11** Likes




Tweet your reply

Reply

🔍 Search Twitter

**Relevant people**



taraneh
@electedbieber

Follow

who needs a bra when Justin Bieber has two hands

**What's happening**

NFL · LIVE
**49ers at Cardinals**




Entertainment · Trending
**Died Suddenly**
47.4K Tweets

···

Sports · Trending
**Lane Kiffin**
Trending with  Auburn

···

Trending in United States
**Chrisley**
14.9K Tweets

···

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

← **Tweet**



**Tempo Nerd Brasil**
@TempoNerdBrasil                                     ···

Uma possivel versão alternativa do #SpiderMan foi visto no set de #MadameWeb !

Translate Tweet






10:34 AM · Oct 6, 2022 · Twitter Web App

**2** Likes

Q          ⇄          ♡          ⬆

 Tweet your reply                    Reply

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**  ···
@c_perkowski

---

Q Search Twitter

**Relevant people**



**Tempo Nerd Brasil**                      Follow
@TempoNerdBrasil

Seja Bem-Vindo ao Tempo Nerd Brasil, Página de Informações com foco principal na #Marvel então siga e ative as notificações para não perder nada sobre o UCM!

**What's happening**

Television · Last night
**Saturday Night Live airing on NBC**                        

#Disenchanted 🧙
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending                    ···
**Rest in Power**
14.7K Tweets

Trending in California                        ···
**Rest In Peace**
39.8K Tweets

Trending in California                        ···
**Shakira**
106K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet



best of margot
@badpostmargots

## Margot Robbie in Los Angeles

5:23 PM · Mar 31, 2020 · Twitter for iPhone

**268** Retweets  **58** Quote Tweets  **2,883** Likes

Tweet your reply                                    Reply

**Relevant people**

best of margot          Follow
@badpostmargots
fan account posting updates & daily
posts of the aussie goddess and
academy award nominated actress,
margot robbie

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

#AvatarTheWayOfWater
**Get tickets now** - In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Marvel**
84.5K Tweets

Trending in United States
**Mbappe**
2,171 Tweets

Entertainment · Trending
**James Woods**
2,171 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More
© 2022 Twitter, Inc.

alice 🇦🇷 🔥 ⚡ @Xioflaelizabeth · Mar 31, 2020
Replying to @badpostmargots and @margotrobbie
@sam_ruthless mira no respeto la cuarentena

Raflkhg @HittiRaflik · Mar 31, 2020
Replying to @Xioflaelizabeth @badpostmargots and @margotrobbie
Fue al supermercado

Carlos Williams @Cl_daz · Mar 31, 2020
Replying to @badpostmargots and @margotrobbie
I would love to meet her!

grêgø⚡ @g_r_e_g_o · Apr 15, 2020
Replying to @badpostmargots and @margotrobbie
@HeatRzn

NotTeaXabi @Keenan18911 · Apr 1, 2020
Replying to @badpostmargots and @margotrobbie
And to think I used to hate baggy trousers - madness.

RJ @rebornbyksg · Mar 31, 2020
Replying to @badpostmargots and @margotrobbie
These celebs are dumb man

Raflkhg @HittiRaflik · Mar 31, 2020
Replying to @rebornbyksg @badpostmargots and @margotrobbie
She's in the market, buying food, that's it, Don't judge.

felipe @felipepsps · Apr 1, 2020
Replying to @badpostmargots and @margotrobbie
@theredmathias3 teus tênis

gangster @gangste63528908 · Apr 1, 2020
Replying to @badpostmargots and @margotrobbie
She always best actor forever and ever

sasa @AllucLoiS06slfl1 · Mar 31, 2020
Replying to @badpostmargots and @margotrobbie
good morning hany

Ben Clark @BJamesC_ · Mar 31, 2020
Replying to @badpostmargots and @margotrobbie
Her stars almost look painted on, very Harley :))

ÇAÇARON 🇲🇽 @_KeyserSlozee_ · Mar 31, 2020
Replying to @badpostmargots and @margotrobbie
Stay at home amirı evladıII

ruv @ellelesaks · Apr 1, 2020
Replying to @_KeyserSlozee_ @badpostmargots and @margotrobbie
KIZ ALIŞVERİŞ YAPIO AQQQQ

notgonnabemercy @toriaella · Apr 1, 2020
Replying to @badpostmargots and @margotrobbie
She got them gloves 👏

camila @tblseven · Mar 31, 2020
Replying to @badpostmargots and @margotrobbie
woman stay home

H@SS... @hassianRajpoott · Apr 1, 2020
Replying to @badpostmargots and @margotrobbie
Crush ❤

This Tweet is from a suspended account. Learn more

best of margot @badpostmargots · Mar 31, 2020
Replying to @robbiesolea
new, from today

← Tweet



**Shekhar Dongardive**
@ShekharDongardi

···

#DakotaJohnson Ma'am on the set of Sony's #MadameWeb



9:36 AM · Oct 6, 2022 · Twitter for Android

**7** Retweets    **37** Likes

💬              ↻              ♡              ⬆

    Tweet your reply                    Reply

---

🔍 Search Twitter

**Relevant people**

    **Shekhar Dongardive**
@ShekharDongardi            Follow
Salmanic Spidy Fan

**What's happening**

Television · Last night
**Saturday Night Live airing on NBC**                    

**#Disenchanted** 💖
Original movie now streaming
▶ Promoted by Disney+

Trending in California                    ···
**Rest In Peace**
41K Tweets

Entertainment · Trending                    ···
**Morgan Freeman**
174K Tweets

Only on Twitter · Trending                    ···
**Rest in Power**
15.7K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Home**

# **Explore**

🔔 **Notifications**

✉ **Messages**

🔖 **Bookmarks**

▤ **Lists**

👤 **Profile**

⊙ **More**

**Tweet**

Ⓟ  **Perkowski Legal P.C.** ···
@c_perkowski



**Tweet**

Sole Retriever
@SoleRetriever

Kim Kardashian rocking Yeezy 700 Creams while holding Pete's hand...

7:27 AM · Nov 19, 2021 · Twitter Web App

15 Retweets   36 Quote Tweets   189 Likes

Tweet your reply

Aman Khoja @amankhoja · Nov 19, 2021
Replying to @ShaariqSk @hash_karim
Disrespectful 😂

未名 @ryan_canoe · Nov 19, 2021
Replying to @SoleRetriever
I bet he said, "let's hold hands and see how many people talk about it" as a joke

Doom @Nerd_Dreams · Nov 19, 2021
Replying to @ryan_canoe and @SoleRetriever
If you see the video it was a quick touch

Chef @Jsonmyfeet30 · Nov 19, 2021
Replying to @SoleRetriever
Pete stays pulling lol

Dr.Shoe 👟 @DrStrangeShoe · Nov 19, 2021
Replying to @SoleRetriever
Man . I feel sorry for Pete if this don't work out he finna off himself . U seen how Ariana got him feeling like after 🤦

Chris Coble @253Coble · Nov 19, 2021
Replying to @DrStrangeShoe and @SoleRetriever
I dunno man. He's a millionaire who has smashed two icons from two different generations. Feeling sorry isn't the first thing that comes mind for me 🤔
Show replies

Melt @leurys_leurys · Nov 19, 2021
Replying to @SoleRetriever
Love how everything in Kim Ks life just happens to be caught on camera!

reimagined immortality @hisaucey · Nov 19, 2021
Replying to @SoleRetriever
demon time

Jenkins Nyahn @JenkinsNyahn · Nov 19, 2021
Replying to @SoleRetriever
I guess anyone got a chance with anyone. Ppl got no more standards I guess

Jason @DubsNinja · Nov 19, 2021
Replying to @ballinninja2018
Ya boy 👏

ballinninja2018 @ballinninja2018 · Nov 19, 2021
Replying to @DubsNinja and @SoleRetriever

GIF   ALT

4K1cksnGiggles @ChesthairCheeto · Nov 19, 2021
Replying to @SoleRetriever
I just don't get it lmao

J @DrIZLecter · Nov 19, 2021
Replying to @SoleRetriever
Just. Weird.

Kellz all day #KonvictedKickz @Kelrus98 · Nov 19, 2021
Replying to @SoleRetriever
As she should.

Perkowski Legal P.C.
@c_perkowski

**Relevant people**

Sole Retriever
@SoleRetriever
Follow
We democratize access, knowledge and discovery to all of the latest sneaker drops and information - amongst other things. 👟 | Tweets may be affiliated

**What's happening**

FIFA World Cup · LIVE
Argentina vs Saudi Arabia

#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Entertainment · Trending
Died Suddenly
82.1K Tweets

Trending in United States
Argentina
Trending with Messi, #ARGKSA

Trending in California
Mexicans
7,337 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Tweet**

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Marvel News
@BRMarvelNews

Adam Scott aparece em novas fotos do set de Madame Web!

(📸: JustJared)



5:57 PM · Jul 27, 2022 · TweetDeck

14 Retweets    13 Quote Tweets    512 Likes

Tweet your reply                                    Reply

**Adam Martinsons** @AdamMartinsons · Aug 6
Replying to @BRMarvelNews
Okay,so either he is playing Spider-Man from another universe or he might be playing someone, possibly Alistair Smythe, don't know.But if he will play Spidey,then why is there 3 photos that look like they are HD.Sure it happened with Andrew in NWH but...

**Luciano A. Leidens** @LucianoLeidens · Jul 27
Replying to @BRMarvelNews
cache de ruptura tava baixo pelo jeito
5

**Douglas Sentinela** 🅱️🐝😎 @sentinela_ofc · Jul 28
Replying to @BRMarvelNews
A vontade de assistir a segunda temporada de Ruptura bateu novamente após essa pub ksksks

GIF   ALT

2

**Não Existe Segunda-feira no Comunismo** @g_brunstein · Aug 6
Replying to @sentinela_ofc and @BRMarvelNews
Melhor série de 2022
1            1

Show replies

**Brock 182** @brockmclaughlin · Aug 3
Replying to @BRMarvelNews
IS ADAM SCOTT PLAYING PETER PARKER?!

**bruno gomes da silva** @brunogo83340250 · Jul 27
Replying to @BRMarvelNews
Fujam para as colinas kkk
1

**luana** @hstmllson · Jul 27
Replying to @BRMarvelNews
@dudacarneir @lalifuc o carinha de ruptura
1

Search Twitter

**Relevant people**

Marvel News
@BRMarvelNews                Follow
Conta de fã dedicada ao Universo
Marvel 🇧🇷 Contato:
marvelnewsbr@outlook.com

**What's happening**

FIFA World Cup · LIVE
**Qatar vs Ecuador**

#Disenchanted 🔮
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**#RIPLEGEND**

Only on Twitter · Trending
**RIP JDF**
2,712 Tweets

Trending in United States
**Offsides**
2,927 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski





← **Tweet**

**Bang Tidy Celebs**
@BangTidyHQ    •••

## Olivia Rodrigo



10:58 AM · Aug 22, 2022 · Twitter Web App

**6** Retweets    **49** Likes

Tweet your reply    **Reply**

### Relevant people

**Bang Tidy Celebs**    **Follow**
@BangTidyHQ

Bringing you Bang Tidy Celebs from the UK and around the world. From TV & Film to Music & Models. Any requests feel free to tweet.

### What's happening

Formula 1 · This morning
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in California    •••
**Rest In Peace**
56K Tweets

Sports · Trending    •••
**Davante Adams**
1,479 Tweets

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More •••
© 2022 Twitter, Inc.

🐦

Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

••• More

**Tweet**

Search Twitter

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/turkce/status/1227994727414292480 __ at __ 2022-11-22 17:32:53 -08:00 __

← **Tweet**

Q Search Twitter

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

⋯ More

**Tweet**

 **Türkçe**
@turkce

⋯

Son halini kimse tanıyamıyor: Dünyaca ünlü İngiliz şarkıcı Adele, 45 kilo verdikten sonra yayınlanan her fotoğrafta daha da zayıflamış görünüyor. Spor kıyafetleri içinde görüntülenen şarkıcının son hali gündem oldu dlvr.it/RPz7Bl #Türkçe #MagazinHaberleri #Magazin

Translate Tweet



8:35 AM · Feb 13, 2020 · dlvr.it

💬          ⟲          ♡          ⬆️

P    Tweet your reply                    **Reply**

**Relevant people**

 **Türkçe**                    **Follow**
@turkce

Gazete ve dergilerden Türkçe Haberler, Son Dakika, Spor, Magazin, Teknoloji, Sinema Haberleri. İletişim ve iş birliği için: turkcemag@gmail.com

**What's happening**



FIFA World Cup · Earlier today
**Mexico vs Poland**

#AvatarTheWayOfWater ☑️
Get tickets now - In theaters December 16
◼ Promoted by Avatar

Trending in United States                    ⋯
**RIP Harold**
Trending with TO BE CLEAR

Celebrities · Trending                    ⋯
**Tom Hanks**
10.2K Tweets

Sports · Trending                    ⋯
**Ronaldo**
Trending with Glazers

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**   ⋯
@c_perkowski

__ https://twitter.com/miucciamuse/status/1519847864918233090 __ et __ 2022-11-21 08:57:30 -08:00

← **Tweet**



taylor russell's whore
@MIUCCIAMUSE · · ·

she looks so elegant



6:15 PM · Apr 28, 2022 · Twitter for iPhone

**191** Retweets    **27** Quote Tweets    **2,838** Likes

Tweet your reply                                    Reply

**Nate** @Nate0669 · Apr 28    · · ·
Replying to @MIUCCIAMUSE
Love their different styles



5

---

**Relevant people**

taylor russell's whore
@MIUCCIAMUSE                Follow

it girl in training • hf twt • she/her •
fan account

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**


Events · Trending
**LGBT**
212K Tweets

Trending in United States
**Maguire**
Trending with  Luke Shaw

Trending in California
**Dodger Stadium**
14.3K Tweets

Trending in United States
**England**
Trending with  #ENGIRN, Saka

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More · · ·
© 2022 Twitter, Inc.

← **Tweet**

Daily Loud ✔
@DailyLoud

Drake arriving at Beyonce's 41st birthday party



9:01 AM · Sep 12, 2022 · Twitter Web App

53 Retweets    15 Quote Tweets    603 Likes

🖊 Perkowski Legal P.C.
@c_perkowski

Tweet your reply                                    Reply

Wudini @WucciMane · Sep 13
Replying to @DailyLoud
@AzeemTheDream_ ya mans been doin some fly shit lately

USERNAME @Notsofriendly69 · Sep 12
Replying to @DailyLoud
Looking like a bad bitch with his pjs on

Camille @CamistheOne10 · Sep 13
Replying to @DailyLoud
Not I'm the metallic PJ's 😭 😭

daniellallen @whoda46 · Sep 12
Replying to @DailyLoud
Pimpin silky.                                              1

Phillip Bottrell @Bottrell1973 · Sep 13
Replying to @DailyLoud
Hefner would of been proud.

Alien Superstar @BuffyPeters15 · Sep 13
Replying to @DailyLoud
Drake's lipo is evaporating😂😂😂...he is spreading

Richelle Carey ✔ @RichelleCarey · Sep 13
Replying to @DailyLoud
Was it a pajama party?                                     2

Show additional replies, including those that may contain offensive
content                                                    Show

Search Twitter

**Relevant people**

Daily Loud ✔
@DailyLoud                    Follow
#1 Source For Hip-Hop/Viral News |
Follow Us & Stay Updated | Email For
Promo/Business
TheDailyLoud@gmail.com | Listen To
Our Spotify & Follow Our IG Below 👇

**What's happening**

Formula 1 · This morning
Abu Dhabi Grand Prix 2022            

#Disenchanted 🎃
Original movie now streaming
🎬 Promoted by Disney+

Trending in California
Rest In Peace
57.9K Tweets                                    •••

Trending in California
Elton John
11.2K Tweets                                    •••

Trending in United States
#FIFAWorldCup ⚽
2.43M Tweets                                    •••

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

https://twitter.com/MarvelCineVerse/status/1552305155487449088 __ st __ 2022-11-21 05:57:17 -08:00



**Marvel CinéVerse**
@MarvelCineVerse

#MadameWeb : Aperçus de Dakota Johnson sur le tournage de MADAME WEB. Sortie prévue du film le 4 octobre 2023 🇫🇷. (@CosmicMMedia)

Translate Tweet

7:49 AM · Jul 27, 2022 · Twitter for Android

12 Retweets    2 Quote Tweets    23 Likes

Tweet your reply                                    Reply

**Sedatif** @LeSedatif · Jul 27
Replying to @MarvelCineVerse and @CosmicMMedia
Scarlet Wish

**Marvel CinéVerse** @MarvelCineVerse · Jul 27
Replying to @LeSedatif and @CosmicMMedia
Juste Julia Carpenter 😒

marvel.fandom.com
Julia Carpenter (Earth-616) | Marvel Database | Fan…
Julia Cornwall was born and raised in Los Angeles,
California. The daughter of Walter and Elizabeth …

1

Show replies

### Relevant people

**Marvel CinéVerse**          Follow
@MarvelCineVerse
Actualités et encyclopédie sur le MCU
Instagram 📷 : marvelcineverse_
Associé à @swcineverse ⭐

**Cosmic Media**              Follow
@CosmicMMedia
Your #1 source for all leaks
surrounding Marvel, Star Wars, and
Disney | Backup for @cosmic_marvel

### What's happening

FIFA World Cup · LIVE
**England vs Iran**

Trending in United States
**England**
Trending with #ENGIRN, Saka

Politics · Trending
**Tragically**
16.5K Tweets

Trending in United States
**#cowboysnation**
11K Tweets

Music · Trending
**Elton John**
Trending with Dodger Stadium, #EltonFarewellTour

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Twitter sidebar

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

Tweet

**Perkowski Legal P.C.**
@c_perkowski



__ https://twitter.com/MarvelCineVerse/status/1208833821853777921 __ at __ 2022-11-21 02:49:47 -08:00__

← **Tweet**

 **Marvel CinéVerse**
@MarvelCineVerse

...

#WandaVision : De toutes nouvelles photos du tournage de la série 'WandaVision' révèlent la présence de l'organisation connue comme le S.W.O.R.D. ! Le personnage de Teyonah Parris (Monica Rambeau) semble en faire partie ! (via @JustJared)

Translate Tweet





11:08 PM · Dec 16, 2019 · Twitter for Android

3 Retweets   22 Likes

💬        🔁        ♡        ⬆️

P    Tweet your reply                    Reply

---

Q Search Twitter

**Relevant people**

 **Marvel CinéVerse**   **Follow**
@MarvelCineVerse
Actualités et encyclopédie sur le MCU
Instagram  : marvelcineverse_
Associé à @swcineverse ⭐

 **JustJared.com** ✔
@JustJared
Your #1 Entertainment Authority Also
follow @jaredeng @justjaredjr

**Follow**

**What's happening**

NFL · Yesterday
Lions at Giants


Adult animation · Trending
#rickandmorty 🧪
1,627 Tweets
...

Trending in United States
UCLA
11.5K Tweets
...

Trending in United States
#AMAs 💄
Trending with soobin, sabrina
...

The Walking Dead · Trending
#TheWalkingDead
Trending with #TWDFinale, Michonne
...

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

P **Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**



**Film News**
@filmnewsPL                                                                    ...

Harry Styles i Florence Pugh na planie filmu
#DontWorryDarling

3:40 PM · Dec 2, 2020 · Twitter for Android

11 Likes

🗨        ⟲        ♡        ⬆

Ⓟ   Tweet your reply                          **Reply**

---

Q Search Twitter

**Relevant people**

   **Film News**          **Follow**
            @filmnewsPL
            🎬 najnowsze wiadomości filmowe -
            kino polskie i zagraniczne, popularne i
            niezależne 🎟 kontakt:
            filmnewspl@gmail.com

**What's happening**

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening
Ceremony**                                  

**#Disenchanted** 🧹
Original movie now streaming
🅿 Promoted by Disney+

Trending in United States                        ...
**#AMAs** 🎤
Trending with soobin, yeonjun

Trending in United States                        ...
**Ole Miss**
Trending with Iowa

Only on Twitter · Trending                       ...
**#乐鱼体育**
222K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

Ⓟ   **Perkowski Legal P.C.**          ...
      @c_perkowski

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

_ https://twitter.com/ClickySound/status/1273777325168041987 _ at _ 2022-11-22 21:40:25 -08:00 _



← **Tweet**

# Home

# Explore

# Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



**Clicky Sound**
@ClickySound                                               ...

[clickysound.com/ariana-grande-...](clickysound.com/ariana-grande-...) She's back on her grind. View Entire Post ›



5:39 PM · Jun 18, 2020 · Clicky Sound

 

 Tweet your reply                          Reply

Q Search Twitter

**Relevant people**

**Clicky Sound**
@ClickySound                              Follow
Photography at its Best!

**What's happening**

NBA · LIVE
**Lakers at Suns**


**#AvatarTheWayOfWater** 
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California                        ...
**Costco**
5,677 Tweets

Business and finance · Trending
**Walmart in Virginia**
8,865 Tweets

Trending in United States                     ...
**Erection**
16K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.


**Perkowski Legal P.C.**                       ...
@c_perkowski

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

الاحداث حول العالم | 🎥
@ImexIIG

الفاتنة مارغوت روبي في لوس أنجلوس بالأمس. ❤️

Translate Tweet



4:30 AM · Jul 23, 2021 · Twitter for iPhone

1 Retweet   47 Likes



Tweet your reply

Reply

Perkowski Legal P.C.
@c_perkowski

Search Twitter

**Relevant people**



الاحداث حول العالم | 🎥
@ImexIIG

Follow

أجمل منصة ترفيهية لأخبار و احداث النجوم والمشاهير حول العالم | الخاص للدعاية و الإعلان

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**

**#AvatarTheWayOfWater** 💧
Get tickets now – In theaters December 16
Promoted by Avatar

Politics · Trending
**Dr. Fauci**
4,953 Tweets

Trending in United States
**#TheMarvels**
2,158 Tweets

Trending in United States
**#SeleccionMexicana** 🇲🇽
12.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/filmnewsPL/status/1526942839824953344 __ at __ 2022-11-19 11:17:31 -08:00 __

← **Tweet**

 **Film News**
@filmnewsPL                                    ...

Harry Styles o nagości w filmach:

"Nie byłem nagi w #DontWorryDarling, ale w #MyPoliceman już tak - nie ma ptaszka w ostatecznej wersji, jest tylko pupa."

Translate Tweet



8:08 AM · May 18, 2022 · Twitter for Android

**3** Retweets  **49** Likes

💬                🔁                ♡                ⬆️

  Tweet your reply                              Reply

Q Search Twitter

**Relevant people**

 **Film News**              Follow
@filmnewsPL

🎬 najnowsze wiadomości filmowe - kino polskie i zagraniczne, popularne i niezależne 🍿 kontakt: filmnewspl@gmail.com

**What's happening**

Entertainment · 45 minutes ago
**It's Sushmita Sen's birthday** 🎂

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
▶️ Promoted by Uber

Trending in United States                    ...
#FIFAWorldCup 🏆
Trending with  Qatar

Fashion & beauty · Trending              ...
**Louis Vuitton**
31.6K Tweets

Politics · Trending                        ...
**Alito**
Trending with  Hobby Lobby

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



 

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

**Tweet**

**Perkowski Legal P.C.**   ...
@c_perkowski



https://twitter.com/Peli_Comic/status/1556769818665787649 ... al ... 2022-11-21 00:15:33 -08:00  Document 23-9  Filed 03/13/23  Page 88 of 101  Page ID #3059




Case 2:22-cv-09462-DMG-ADS    Document 23-8    Filed 03/13/23    Page 89 of 101    Page ID #:3860

← **Tweet**



## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

**Blair Waldorf**
@iBlairWaldorf_

serena van der woodsen x blake lively en la after party de la gala del met



6:59 PM · May 3, 2022 · Twitter for iPhone

**36** Retweets   **6** Quote Tweets   **789** Likes

   Tweet your reply

Reply

**Relevant people**



**Blair Waldorf**
@iBlairWaldorf_

¿Que haría Blair Waldorf?

Follow

**What's happening**

NFL · 1 hour ago
**49ers at Cardinals**



Entertainment · Trending
**Died Suddenly**
67.2K Tweets

Trending in United States
**Dreamers MV**
162K Tweets

Sports · Trending
**Ty Lue**

Trending in California
**Dodger Stadium**
8,650 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter


**Perkowski Legal P.C.**
@c_perkowski

___ https://twitter.com/IsActuallyHim/status/1578386562424999938 ___ at __ 2022-11-20 11:15:48 -08:00 __

← **Tweet**



**is jack**
@IsActuallyHim

¡QUEEE! ¿¡SERÁ UNA VARIANTE DE SPIDER-MAN!?
Se filtraron estas fotos del set de grabaciones de
#MadameWeb y se ve a este actor con un traje que con
la post-producción puede que se le añadan más
detalles al mismo.

Translate Tweet



7:07 AM · Oct 7, 2022 · Twitter for iPhone

Tweet your reply

Reply

**Search Twitter**

**Relevant people**



**is jack**
@IsActuallyHim

Follow

**What's happening**

Formula 1 · 4 hours ago
**Abu Dhabi Grand Prix 2022**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Rest in Peace**
42.7K Tweets

Entertainment · Trending
**Morgan Freeman**
179K Tweets

Trending in California
**Shakira**
107K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

— https://twitter.com/FueraPlano/status/1554634387387684097 — at — 2022-11-19 23:54:29 -08:00



# Home
# Explore
# Notifications
# Messages
# Bookmarks
# Lists
# Profile
# More

**Tweet**

← **Tweet**

⟲ Fuera de Plano Retweeted



**Álvaro Luthor**
@Arrowverso   ...

Blue Beetle: Oigan, por favor Warner, no me cancelen a mí, de acuer…

Warner:

Translate Tweet



3:37 PM · Aug 2, 2022 · Twitter Web App

**54** Retweets   **1** Quote Tweet   **595** Likes



   Tweet your reply   **Reply**

**Perkowski Legal P.C.**
@c_perkowski   ...

Q Search Twitter

## Relevant people



**Fuera de Plano**
@FueraPlano   **Follow**

Amantes del cine y las series. Noticias, recomendaciones, reseñas, sorteos y más! Twitch: twitch.tv/fueradeplanoli…

**Álvaro Luthor**
@Arrowverso   **Follow**

Profe de Historia de día. Creador de contenido DC durante la noche. I'm not throwin' away my shot :)

## What's happening

Television · 3 hours ago
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States   ...
**Jason David Frank**
1,491 Tweets

Trending in United States   ...
**Blocked**
134K Tweets

Music · Trending   ...
**Adele**
54.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

← **Tweet**

**dee.**
@harrymoonchild

⋯

## Harry said: I don't know what dehydration is



9:39 AM · Feb 1, 2021 · Twitter for Android

**18** Retweets  **1** Quote Tweet  **143** Likes

💬    🔁    🤍    📤

Tweet your reply    **Reply**

Search Twitter

### Relevant people

**dee.**    Follow
@harrymoonchild
**#harry**: starry haze crystal ball 🔮🛸 | backup:**@goldenfineline** | ig:dishaxrai

### What's happening

NFL · Starts at 1:25 PM
**Bengals at Steelers**

**#Disenchanted** 🧟‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in United States    ⋯
**Rest In Peace**
51.7K Tweets

Trending in California    ⋯
**Elton John**
10.2K Tweets

Only on Twitter · Trending    ⋯
**Jason David Frank**
Trending with **Kevin Conroy**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski    ⋯

Case 2:22-cv-09462-DMG-ADS   Document 23-8   Filed 03/13/23   Page 93 of 101   Page ID #:3864

← **Tweet**

**Türkçe**
@turkce

Aşıklar gecelerde: Haiti kökenli Amerikalı şarkıcı Jason Derulo, yaklaşık dört aydır aşk yaşadığı sevgilisi Jena Frumes ile Los Angeles gecelerinde görüntülendi
dlvr.it/RYl1r1 #Türkçe #MagazinHaberleri #Magazin
Translate Tweet



6:15 AM · Jun 16, 2020 · dlvr.it

Tweet your reply

Reply

---

**Search Twitter**

### Relevant people

**Türkçe**
@turkce                    Follow

Gazete ve dergilerden Türkçe Haberler, Son Dakika, Spor, Magazin, Teknoloji, Sinema Haberleri. İletişim ve iş birliği için: turkcemag@gmail.com

### What's happening

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater** 
Get tickets now · In theaters December 16
Promoted by Avatar

Celebrities · Trending
**Tom Hanks**
9,850 Tweets

Trending in California
**Chicharito**
7,324 Tweets

Trending in United States
**RIP Harold**
Trending with Carson Steele, TO BE CLEAR

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**


**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/MovieCrazyP/status/1380371208349302784 __ et __ 2022-11-21 17:55:38 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-8    Filed 03/13/23    Page 94 of 101    Page ID #:3865

Movie Crazy Planet  
@MovieCrazyP

 💥 DESDE EL SET 💥 

Alaqua Cox como Maya Lopez / Echo en el rodaje de Hawkeye en Atlanta. (1/2)

📷 @CreamOrScream



9:05 PM · Apr 8, 2021 · Twitter for Android

1 Retweet    2 Likes

Movie Crazy Planet  · @MovieCrazyP · Apr 8, 2021
Replying to @MovieCrazyP

Alaqua Cox como Maya Lopez / Echo en el rodaje de Hawkeye en Atlanta. (2/2)

📷 @CreamOrScream



♡ 1

## Search Twitter

### Relevant people

 Movie Crazy Planet ...    **Follow**
@MovieCrazyP
💥Noticias, tráilers, pósters, los estrenos más recientes de cine, series y televisión.💥 Síguenos y activa la 🔔 moviecrazyplanet@gmail.com 📩

Cora Ventura    **Follow**
@CreamOrScream
Venting account for all things great and small such as #Marvel and #DCComics, #Netflix, #Gaming #Films, and also a Media Account. Supporter of #AmberHeard 🦦

### What's happening

NFL · LIVE
49ers at Cardinals

Trending in United States
**Died Suddenly**
43.3K Tweets

Trending in United States
**Tampax**
27.9K Tweets

Entertainment · Trending
**#DWTSFinale**🤩
Trending with Charli, Shangela

Trending in California
**Dodger Stadium**
12K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

### Home

### Explore

### Notifications

### Messages

### Bookmarks

### Lists

### Profile

### More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

# Tweet

🔍 Search Twitter

## Home
## Explore
● Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

🔁 **DAKOTA** 💜💙 Retweeted

**Estef** 🐦
@estefffxg                                    ...

Relacion madre-hija goals♡



5:49 PM · Dec 26, 2017 · Twitter for Android

**4** Retweets   **7** Likes

💬        🔁        ♡        ⬆️

ℙ   Tweet your reply                          Reply

### Relevant people

**DAKOTA** 💜💙        Follow
@tender_DMJ
Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

### What's happening

NFL · Yesterday
**Cowboys at Vikings**

Trending in United States       ...
**Maher**
22.8K Tweets

Events · Trending               ...
**#BlackFriday**
31.7K Tweets

Trending in California          ...
**Dodger Stadium**
13.8K Tweets

Sports · Trending               ...
**Charles Barkley**
2,506 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**    ...
@c_perkowski

← **Tweet**

**1D Updates**
@Live1DNews                                    ...

Harry on the set of 'Don't Worry Darling' today (December 1)

(Via @hsdcandids)



5:48 PM · Dec 1, 2020 · Twitter for iPad

**1** Retweet    **8** Likes

P    Tweet your reply                          Reply

---

Q Search Twitter

**Relevant people**

**1D Updates**
@Live1DNews                    Follow
1D Updates. Paul, Andy, and more follow!

**HS Candids**
@hsdcandids                    Follow
Follow for HQ candids of HS. Layout by @brightblackdsgn. (Fan Account)

**What's happening**

Television · 2 hours ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Politics · Trending                    ...
**HE'S BACK**
154K Tweets

Jungkook · Trending                   ...
**JUNGKOOK**
1.58M Tweets

Sports · Trending                      ...
**Saraya**
25.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**

**Explore**

**Notifications**

— https://twitter.com/mileyupdateuk/status/1227975399482777600 — at — 2022-11-21 16:50:33 -08:00 —

← **Tweet**




**Miley Cyrus UK** 🇬🇧
@MileyUpdateUK

⋯

ALL NYC PIX IN OUR GALLERY:
mileyupdateuk.com/gallery/index....







7:18 AM · Feb 13, 2020 · Twitter Web App

**6** Retweets   **27** Likes

💬      🔁      ♡      ⬆️

  Tweet your reply          Reply

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

🔍 Search Twitter

## Relevant people

 **Miley Cyrus UK** 🇬🇧      Follow
@MileyUpdateUK

The world's only @MileyCyrus fansite x @MileyCyrusBz! PlasticHearts OUT NOW 🤙

## What's happening

FIFA World Cup · This morning
**England vs Iran**



Entertainment · Trending
**Died Suddenly**
36.5K Tweets

Family drama · Trending
**#GTMcontest10**
Trending with #GilMOREtheMerrier

Trending in United States
**#JeopardyAmyChat**

Trending in United States
**Chrisley**
7,670 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**  ⋯
@c_perkowski

← **Tweet**



 **Bang Tidy Celebs**
@BangTidyHQ                                      ···

-@bellathorne

 

11:57 AM · Apr 7, 2021 · Twitter Web App

**31** Likes

   ♡   ⬆



P   Tweet your reply                          Reply

## Relevant people

 **Bang Tidy Celebs**    Follow
@BangTidyHQ
Bringing you Bang Tidy Celebs from
the UK and around the world. From TV
& Film to Music & Models. Any
requests feel free to tweet.

**BITCHIMBELLATH...** ✓   Follow
@bellathorne
number one book, number one new
movie:) wow. love u guys thank u 🔥

## What's happening

FIFA World Cup · 3 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now – In theaters December 16
📷 Promoted by Avatar

Trending in California                    ···
**LAPD**
12.4K Tweets

Trending in California                    ···
**Lucas**
151K Tweets

Trending in California                    ···
**Mexicans**
19.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**   ···
@c_perkowski

__ https://twitter.com/marvismedia/status/1431016278584594440 __ at __ 2022-11-22 09:43:58 -08:00 __

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

Perkowski Legal P.C.   ...
@c_perkowski

https://twitter.com/BarbieHarp/status/888216044028604120 ... el ... 2022-11-21 18:31:09 -08:00    Document 23-6    Filed 03/13/23    Page 100 of 101    Page ID #3871
22-cv-09462-DMG-AGS





← Tweet



## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**



**MovieLogTR**
@movielogtr

Dakota Johnson, Madame Web filminin setinde
görüntülendi.



3:48 AM · Jul 26, 2022 · Twitter for iPhone

 

 Tweet your reply

Reply

Search Twitter

### Relevant people

 **MovieLogTR**
@movielogtr

Follow

### What's happening

FIFA World Cup · 1 hour ago
**England vs Iran**



Trending in California
**Dodger Stadium**
14.1K Tweets

Sports talk · Trending
**Skip and Shannon**

Trending in United States
**Chocolate and Chip**

Entertainment · Trending
**#AntManandTheWaspQuantumania**
Trending with Kanq

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski