# EXHIBIT B Continued

__ https://twitter.com/KevinAnticonaa/status/1579548339904450816 __ at __ 2022-11-20 10:17:23 -08:00 __

← **Tweet**

**Kevin Anticona**
@KevinAconaa

Se afirma que las proyecciones de pruena de #bluebeetle donde la dinamica familiar es mas importante en Blue Beetle que en Shazam y realmente le funciono bien..

Via: @ViewerAnon



12:04 PM · Oct 10, 2022 · Twitter for Android

**3** Likes

**Who can reply?**
People @KevinAnticonaa follows or mentioned can reply

---

**Relevant people**

**Kevin Anticona**    [ Follow ]
@KevinAconaa
Chico carismático, manteniendo siempre la humildad y sociable, pasión por el teatro, cinefilo.

**ViewerAnon**    [ Follow ]
@ViewerAnon
#TransRightsAreHumanRights
#BlackLivesMatter ✊🏿 #NotMyArielTail

**What's happening**

Television · Last night
**Saturday Night Live airing on NBC**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Blocked**
151K Tweets

Entertainment · Trending
**Morgan Freeman**
166K Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with First Kevin Conroy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

**Search Twitter**

Home
Explore
Notifications

__ https://twitter.com/nostrendsbrasil/status/1296375987442257920 __ at __ 2022-11-21 13:29:34 -08:00 __



## Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

← **Tweet**



**Nos Trends BRASIL** 🇧🇷
@nostrendsbrasil

Shawn - O cantor Shawn Mendes estava na casa do produtor "Andrew Watt" junto com Justin Bieber. Fãs repercutem.

Translate Tweet





2:18 AM · Aug 20, 2020 · Twitter for Android

**3** Quote Tweets    **10** Likes

Tweet your reply          Reply

### Relevant people



**Nos Trends BRASIL** 🇧🇷
@nostrendsbrasil

Follow

Siga-nos e saiba o que está acontecendo #nostrendsbrasil. Não temos nenhum envolvimento com a rede social, nem somos remunerados. Postamos para informar!

### What's happening

FIFA World Cup · LIVE
**USA vs Wales**



Trending in United States
**Sin Kiske**
1,833 Tweets

Trending in United States
**1-0 USA**
21K Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**

Entertainment · Trending
**julia fox**
7,083 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.** ···
@c_perkowski

Case 1:22-cv-09462-DMG-ADS Document 23-9 Filed 03/13/23 Page 4 of 101 Page ID #:3876

Thread



Avengers Assemble BR
@AAssembleBR

📸 Adam Scott durante as filmagens de #MadameWeb em Boston.

Via: @JustJared



6:06 PM · Jul 27, 2022 · Twitter for Android

8 Retweets  3 Quote Tweets  25 Likes

 

Tweet your reply

Reply



Avengers Assemble BR @AAssembleBR · Jul 27
Replying to @AAssembleBR

Avengers Assemble BR @AAssembleBR · Jul 27
📄 | A nova merch de "#SpiderMan: ACROSS THE SPIDER-VERSE" provocou a aparição de Spider-Punk na sequência!
Show this thread



2

### Relevant people



Avengers Assemble BR
@AAssembleBR

Follow

🇧🇷 Fan Account | Sua mais completa fonte de informações sobre o universo Marvel no Brasil. Ativem as notificações!



JustJared.com ✔
@JustJared

Follow

Your #1 Entertainment Authority Also follow @jaredeng @justjaredjr

### What's happening

Television · 3 hours ago
Saturday Night Live airing on NBC



#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
📣 Promoted by Uber

Sports · Trending
Pasadena
1,623 Tweets

Trending in United States
Blocked
133K Tweets

Sports · Trending
Chip Kelly
1,081 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



Perkowski Legal P.C.
@c_perkowski
···

https://twitter.com/dailyrodrigo/status/1529925416713998337 ___ id ___ 2022-11-21 09:04:54 -08:00

22-cv-09462-DMG-ABS   Document 23-9   Filed 03/13/23   Page 5 of 101   Page ID
#3877

← **Thread**



__ https://twitter.com/sydneyfiles/status/1498853706313486338 __ at __ 2022-11-22 00:03:38 -08:00 __



← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

Perkowski Legal P.C.  ...
@c_perkowski

Tweet

## Lady Gaga Now ... | Fanpage ✓
@ladygaganownet

**Lady Gaga looks show-stopping leaving Jimmy Kimmel Live!** 🔥



7:36 PM · Jan 24, 2022 · Hootsuite Inc.

**1,185** Retweets    **372** Quote Tweets    **8,754** Likes

Perkowski Legal P.C.
@_perkowski

Tweet your reply    Reply

---

midnight @hulmanniftah · Jan 24
Replying to @ladygaganownet
Ahhh cantik banget

nn @NNiublee · Jan 24
Replying to @ladygaganownet
Fckn god, she is so gorgeous tbh!!!!

❀ʜ✿ʟi ❀ʀ✿iews @thexdius · Jan 24
Replying to @ladygaganownet
She looks radiant

[GIF] [ALT]

noah❤ @btxyemonster · Jan 24
Replying to @ladygaganownet
SHES THE FUCKING MOMENT AND SHE KNOWS IT

Leah Rose @leahvander_ · Jan 24
Replying to @ladygaganownet
WOW MOM 🤍😍

Oscar Garcia @im_oxg · Jan 24
Replying to @ladygaganownet

[GIF] [ALT]

justwhatever @nicholaathorneб · Jan 24
Replying to @ladygaganownet
That's Lady Gaga. Never not show-stopping.

JimmyJames @KaradeniziAjdan · Jan 24
Replying to @ladygaganownet
Gaga I'm still waiting to see your movie the second time I won't even tell you what happened the first time when i attempted to watch your flick mi cineplex still owes me a large 😭 . damn...

[GIF] [ALT]

Bob Tatham @bob_tatham · Jan 25
Replying to @ladygaganownet
So happy to see her on the show. She looked fabulous and so happy.

Jurelma Baptista @JurelmaBap6itB · Jan 25
Replying to @ladygaganownet
My Queen❤️🔥

Angel Osorio Parra @klke_angel · Jan 25
Replying to @ladygaganownet
@AngerJom thank you for inspiring my queen with your last week runway

Andy @silhouetteminд · Jan 24
Replying to @ladygaganownet
she's mother

Red Eagle @arathgabriel · Jan 25
Replying to @ladygaganownet
Queen 👑😍

MON à deux @chehroseMON · Jan 24
Replying to @ladygaganownet
MOTHER, MOMMY, MAMA

Claire ☾ @brennewclaire · Jan 24
Replying to @ladygaganownet
HOT

yuri @chromatiga1 · Jan 24
Replying to @ladygaganownet
She looks 5

HEAVY METAL LOVER @heavymetalwig · Jan 24
Replying to @ladygaganownet
WOWWW

**Relevant people**

Lady Gaga Now ... ✓    Follow
@ladygaga

Fan page. One of the first and biggest communities providing you with the latest @ladygaga news & media since 2009. Now on Discord as well!

**What's happening**

Sports · LIVE
2022 FIFA World Cup

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
Died Suddenly
78.4K Tweets

Trending in United States
#GMMTV2023
324K Tweets

Trending in California
Mexicans
7,171 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More...
© 2022 Twitter, Inc.



← **Tweet**



الاحداث حول العالم | 🌐
@ImexIG

بعد أنباء عن عودتهما معاً
شوهد النجم بين افليك وحبيبتة جينيفر لوبيز في ميامي اليوم.

Translate Tweet





© BackGrid

3:47 AM · May 25, 2021 · Twitter for iPhone

**3** Retweets   **1** Quote Tweet   **18** Likes

---

Tweet your reply                                    **Reply**

Ⓡ · @ra_n88 · May 25, 2021
Replying to @ImexIG and @aiwjaee
يادي مالكم صلاح!!

A.Basmouk @A_Basmouk · May 25, 2021
Replying to @ImexIG
مسلسل قديم وممل.

---

Perkowski Legal P.C.
@c_perkowski   ···

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

---

🔍 Search Twitter

**Relevant people**

   الاحداث حول العالم | 🌐   **Follow**
@ImexIG
أجمل منصة ترفيهية لأخبار و أحداث النجوم
والمشاهير حول العالم | الخاص للدعاية و
الإعلان

**What's happening**

FIFA World Cup · 1 hour ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
📢 Promoted by Avatar

Only on Twitter · Trending
**#MHASpoilers**
2,147 Tweets

Trending in California
**Mexicans**
13.8K Tweets

Trending in United States
**Ochoa**
Trending with  Poland, Lewandowski

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS    Document 23-9    Filed 03/13/23    Page 9 of 101    Page ID #:3881

**Tweet**

Olivia Rodrigo Daily
@DailyRodrigo

🧑‍🤝‍🧑 | Billie Eilish liked a fanpage's post of Olivia recently!

Post by @/oliviarodrigofav_ on Instagram.



5:13 PM · Aug 21, 2022 · Twitter for iPhone

54 Retweets    22 Quote Tweets    1,113 Likes

Tweet your reply                                    Reply

Ella 🇺🇦 @gglover321 · Aug 21
Replying to @DailyRodrigo
Stars... Their just like us!
                                              6

LES @LESZEK38955253 · Aug 22
Replying to @DailyRodrigo
Wooow 🦋😍😘😍

Pixel •Music Producer• @pixelyzd · Aug 22
Replying to @DailyRodrigo
Billie really loves Olivia and she cares a lot about her
                                              10

Show additional replies, including those that may contain offensive content                                      Show

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

**Relevant people**

Olivia Rodrigo Daily
@DailyRodrigo                          Follow
First and most reliable source of information about 3x Grammy winner and actress @OliviaRodrigo worldwide. Contact & Inquiries: oliviarodrigodaily@gmail.com

**What's happening**

Television · 4 hours ago
Last Week Tonight With John Oliver airing on HBO

Music · Trending
Lionel Richie
3,498 Tweets

Trending in United States
Bob Iger
Trending with  Disney, Chapek

Trending in United States
#TheWalkingDead
Trending with  #TWDFinale, Michonne

Music · Trending
Goodbye Yellow Brick Road

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/TavernaMarvel/status/1551898894400999424 __ at __ 2022-11-21 05:54:31 -08:00 __

← **Tweet**



**Taverna Marvel | Fan-Club**
@TavernaMarvel

···

💥Dakota Johnson em novas imagens dos bastidores de 'Madame Web' da Sony.



4:55 AM · Jul 26, 2022 · Twitter for Android

**5** Retweets   **22** Likes



Tweet your reply

Reply



**Perkowski Legal P.C.**
@c_perkowski

···

## Relevant people



**Taverna Marvel | Fan-...**
@TavernaMarvel

Follow

Portal focado no universo da Marvel. Todas as notícias e informações você encontra aqui. Ative as notificações🔔
📥Contato: tavernamarvel@gmail.com

## What's happening



FIFA World Cup · LIVE
**England vs Iran**

Trending in United States
**England**
Trending with #ENGIRN, Saka

···

Politics · Trending
**Tragically**
16.4K Tweets

···

Trending in United States
**Go USA**
6,052 Tweets

···

Trending in California
**#Boltup**⚡
6,046 Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Search Twitter

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**



__ https://twitter.com/foochia/status/1377214458112700420 __ at __ 2022-11-22 08:16:12 -08:00 __

← **Tweet**



**Foochia - فوشيا** ✔
@foochia

كايلي جينر تستعرض منحنيات جسمها بجمبسوت مستوحى
من شكل الفضاء.. هل ناسبها؟

#فوشيا #كايلي_جينر #KylieJenner #مشاهير_هوليوود

Translate Tweet




4:01 AM · Mar 31, 2021 · Hootsuite Inc.

**2** Retweets    **4** Likes

💬          ⟲          ♡          ⬆

    Tweet your reply                    Reply

**Relevant people**

**Foochia - فوشيا** ✔
@foochia                                Follow

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

**What's happening**

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

← **Thread**

**Cinematizando** @CinematizandoOf · Aug 29, 2021    ···

Imagens do set de Pantera Negra: Wakanda Forever mostrando as atrizes Letitia Wright e Danai Gurira

#PanterNegra #PanterNegraWakandaForever #BlackPanther 🖤
#BlackPantherWakandaForever #LetitiaWright #DanaiGurira #Marvel



💬 1    🔁    ♡ 7    ⬆️

**Cinematizando** @CinematizandoOf    ···

#PanterNegra #PanterNegraWakandaForever
#BlackPanther 🖤    #BlackPantherWakandaForever
#LetitiaWright #DanaiGurira #Marvel

7:43 AM · Aug 29, 2021 · Twitter Web App

**1** Like

💬    🔁    ♡    ⬆️

---

🅿️    Tweet your reply                    **Reply**

**Cinematizando** @CinematizandoOf · Aug 29, 2021    ···
Replying to @CinematizandoOf
#PanterNegra #PanterNegraWakandaForever #BlackPanther 🖤
#BlackPantherWakandaForever #LetitiaWright #DanaiGurira #Marvel

💬 1    🔁    ♡ 2    ⬆️

**Cinematizando** @CinematizandoOf · Aug 29, 2021    ···
#PanterNegra #PanterNegraWakandaForever #BlackPanther 🖤
#BlackPantherWakandaForever #LetitiaWright #DanaiGurira #Marvel

💬    🔁    ♡ 2    ⬆️

---

**Perkowski Legal P.C.** ···
@c_perkowski

---

## Sidebar

**Home**
**Explore**
**Notifications** 1
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

🔍 Search Twitter

**Relevant people**

**Cinematizando**    **Follow**
@CinematizandoOf

**What's happening**

Television · 1 hour ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Music · Trending
**Elton John**
4,975 Tweets

Trending in United States
**#DreamersbyJungkook**
Trending with #FIFAWorldCup 🏆

Trending in California
**Ecuador**
83.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/foochia/status/1230498105030393857 __ at __ 2022-11-22 17:23:07 -08:00

Case 2:22-cv-09462-DMG-ADS   Document 23-9   Filed 03/13/23   Page 14 of 101   Page ID
#:3886

**Foochia** فوشيا ✓
@foochia

الشقيقات #كيم، #كورتني و #كلوي_كارداشيان بأجدد إطلالة
لهن.. من الاجمل؟

#مشاهير #khloekardashian #kimkardashian
#kourtneykardashian

Translate Tweet



6:15 AM · Feb 20, 2020 · Hootsuite Inc.

**1** Retweet   **2** Likes

**Relevant people**

**Foochia** فوشيا ✓
@foochia

Follow

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

**What's happening**

FIFA World Cup · This morning
Mexico vs Poland

Tweet your reply

Reply

**Perkowski Legal P.C.**
@c_perkowski

← Tweet



🔍 Search Twitter

⌂ Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**


**Linda Ikeji**
@lindaikeji                    ···

Actress, Bella Thorne and Benjamin Mascolo throw engagement party with family and friends (photos)
lindaikejisblog.com/2021/4/actress...



2:45 PM · Apr 26, 2021 · LIB App

**1** Retweet    **1** Quote Tweet    **10** Likes

💬         ⇄         ♡         ⬆

  Tweet your reply                    **Reply**

**Relevant people**


**Linda Ikeji**              **Follow**
@lindaikeji
Blogger. CEO, LindaIkejiTV

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**                    

**#AvatarTheWayOfWater** 💧
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending               ···
**Marvel**
83.6K Tweets

Politics · Trending                    ···
**Ginni Thomas**
32.8K Tweets

Trending in California               ···
**Chicharito**
7,341 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Tweet**

**Perkowski Legal P.C.**    ···
@c_perkowski

← **Tweet**

This Tweet is from a suspended account. Learn more

---



**Perkowski Legal P.C.**   ...
@c_perkowski

__ https://twitter.com/alexromval/status/1350874022209318919 __ at __ 2022-11-20 21:27:07 -08:00 __

← **Tweet**

 **Alex Salvatore** 🧑‍🦼
@Alexromval

Mi apuesta: va a haber un salto de tiempo dentro de la propia película después de que Matt ayude a Peter a limpiar su nombre.

Quizás demostrando que el vídeo de Mysterio está trucado o a saber. Así que sólo una parte de la película va a ser sobre la persecución.

Translate Tweet



10:33 AM · Jan 17, 2021 · Twitter Web App

**4 Likes**

 Tweet your reply          **Reply**

## Search Twitter

### Relevant people

 **Alex Salvatore** 🧑‍🦼   **Follow**
@Alexromval
'Nadie puede juzgar desde fuera el amor'

### What's happening

Television · 3 hours ago
**The Walking Dead airing on AMC**


**#Disenchanted** 👹
Original movie now streaming
▶ Promoted by Disney+

Trending in United States   ...
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Music · Trending   ...
**harries**
4,688 Tweets

Trending in California   ...
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski



Case 2:22-cv-09462-DMG-ADS    Document 23-9    Filed 03/13/23    Page 19 of 101    Page ID #:3891

← **Tweet**

🔍 Search Twitter

**Infos Séries**
@SeriesUpdateFR

⋯

Danai Gurira et Letitia Wright sur le tournage du film "Black Panther: Wakanda Forever".🎥



12:11 PM · Aug 27, 2021 · Twitter for Android

**74** Retweets    **12** Quote Tweets    **760** Likes

💬          ↻          ♡          ⬆️

Ⓟ   Tweet your reply          Reply

**Style Comics Vidéos** @StyleComicsVid · Aug 27, 2021          ⋯
Replying to @SeriesUpdateFR
Ce serait un buddy movie tellement excellent ! Leurs personnalités sont
parfaites pour ça et les actrices très très talentueuses !

💬          ↻          ♡          ⬆️

**ToMiTo00**🇧🇪🇧🇪🎇🚀 @ToMiTo00 · Aug 27, 2021          ⋯
Replying to @SeriesUpdateFR
Elles ont vraiment la classe 😎😎

💬          ↻          ♡ 3          ⬆️

**stephanie 74**🇫🇷🇫🇷 @CecStephanie74 · Aug 27, 2021          ⋯
Replying to @SeriesUpdateFR
J aime..👍👍❤️❤️❤️

💬          ↻          ♡          ⬆️

**Relevant people**

**Infos Séries**          Follow
@SeriesUpdateFR
Bienvenue sur votre premier compte
source français sur toutes vos séries,
films et plateformes de streaming
préférées. 🎬:
seriesupdatefr@gmail.com

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**



**#AvatarTheWayOfWater**🧜‍♀️
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Trending in United States          ⋯
**#SeleccionMexicana**🇲🇽
7,376 Tweets

Trending in United States          ⋯
**Argentina**
Trending with Messi

Music · Trending          ⋯
**Chrisean**
Trending with Blueface

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.          ⋯
@c_perkowski

← Tweet

Search Twitter

**Kardashian World**
@KUWTKWorld

Kim Kardashian at a SKIMS shoot yesterday 🔥



6:28 AM · May 28, 2022 · Twitter for iPhone

**155** Retweets  **51** Quote Tweets  **4,193** Likes

💬  🔁  ♡  ⬆

**Relevant people**

Kardashian World  
@KUWTKWorld     Follow  
The largest fan source for everything  
Kardashian! #TheKardashians 🎀  
Season 2 | Sept 22nd on Hulu! Kim &  
Khloe follow ❤️  
admin@kardashianworld.net

**What's happening**

FIFA World Cup · LIVE  
Senegal vs Netherlands

Trending in California  
Dodger Stadium  
12.8K Tweets

Sports · Trending  
Jameson Williams  
2,341 Tweets

Sports · Trending  
Charles Barkley  
2,945 Tweets

Entertainment · Trending  
#AntManandTheWaspQuantumania  
1,816 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy  
Accessibility  Ads info  More •••  
© 2022 Twitter, Inc.

Tweet your reply                    Reply

**Julee** @Julee1963 · May 29  
Replying to @KUWTKWorld  
I LOVE SKIMS

💬  🔁  ♡  ⬆

**X•x•y** 🖤 @_sincerelyRoxy · May 29  
Replying to @KUWTKWorld  
Are her shoes a part of Skims?

💬  🔁  ♡  ⬆

**B** @TORGBL · May 28  
Replying to @KUWTKWorld  
What I would give to be in a skims shoot. One of my favorite photographers took photos for one of Kim & Shoots for skims uhh so jelly one day though one day. #dreaming #willbefriends #photo #loveyoukimk #skims #model

💬  🔁 3  ♡  ⬆

**Faduma** @fadumaG37 · May 28  
Replying to @KUWTKWorld  
Kim Kardashian's



💬  🔁  ♡ 2  ⬆

**Baby Boy C** @chione_skye · May 29  
Replying to @KUWTKWorld  
ok shrimp talk to me @KUWTKWorld

💬  🔁 1  ♡  ⬆

**Sirisaid** @Sirisaid713 · Jun 4  
Replying to @KUWTKWorld  
It's giving

💬  🔁  ♡  ⬆

**Jeremy Beeson** @JeremyBeeson8 · May 28  
Replying to @KUWTKWorld  
it's her world. We just living in it.

💬  🔁  ♡ 4  ⬆

**Harry Singh** @546789676 · May 29  
Replying to @KUWTKWorld

💬  🔁  ♡ 8  ⬆

**Bryan Guerrero** @bigguerrero_566 · May 28  
Replying to @KUWTKWorld  
She looks incredible

💬  🔁  ♡  ⬆

**musa konneh** @musakonneh11 · May 29  
Replying to @KUWTKWorld  
Nice post

💬  🔁  ♡  ⬆

**8888 🍓🍦 夏nostalgia ピーサントラベラー** @layubluek · May 29  
Replying to @KUWTKWorld  
skinny

💬  🔁  ♡  ⬆

Show more replies

Perkowski Legal P.C.  •••  
@c_perkowski

← **Tweet**

**Dakota Johnson Daily**
@Dakoholics

...

November 24: #DakotaJohnson with friends at Farmers Market in Los Angeles.

👤 Dakota Johnson Brasil

1:24 AM · Nov 25, 2019 · Twitter for Android

**13** Retweets    **62** Likes

💬          ⟲          ♡          ⬆

P    Tweet your reply                    Reply

---

🔍 Search Twitter

**Relevant people**

**Dakota Johnson Daily**    Follow
@Dakoholics
Fan account dedicated to actress, activist, director and producer Dakota Johnson.

**Dakota Johnson Brasil**    Follow
@DakotaJBRA
Sua primeira, maior e melhor fonte sobre a atriz e produtora Dakota Johnson no Brasil. E-mail para contato: contato@dakotajohnsonbrasil.com

**What's happening**

Television · Starts at 7:00 PM
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States    ...
**HE'S BACK**
109K Tweets

Trending in California    ...
**Sac State**

Trending in California    ...
**HELL NO**
45.2K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ...
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**


**Perkowski Legal P.C.**
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 23-9    Filed 03/13/23    Page 22 of 101    Page ID #:3894

← **Tweet**

This Tweet is from a suspended account. Learn more

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/loriharvy/status/130246437548011105 __ at __ 2022-11-22 18:15:02 -08:00 __

Case 2:22-cv-09462-DMG-ADS   Document 23-9   Filed 03/13/23   Page 23 of 101   Page ID #:3895



Home

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.**   ...
@c_perkowski

← Tweet

 **Foochia - فوشيا** ✔
@foochia

شوهدت نجمة تلفزيون الواقع الأمريكي كيم كارداشيان وحبيبها الجديد الممثل الكوميدي الأمريكي بيت ديفيدسون وهما يستمتعان بأشعة الشمس أمس الأربعاء في جزر الباهاما التي سافرا إليها مطلع الأسبوع الجاري لقضاء عطلة فيها.

Translate Tweet



2:01 AM · Jan 6, 2022 · Hootsuite Inc.

2 Retweets    5 Likes

Tweet your reply

Reply

---

 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

Lists

👤 Profile

⋯ More

**Tweet**

🔍 Search Twitter

### Relevant people

 **Foochia - فوشيا** ✔
@foochia     **Follow**

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.

### What's happening

NFL · 5 hours ago
**Chiefs at Chargers**

Music · Trending
**Kelly Rowland**
Trending with Chris Brown

Trending in United States
**Iran**
477K Tweets

Trending in United States
**Oregon**
Trending with Utah

Trending in United States
**Bob Iger**
Trending with Disney, Chapek

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ⋯
@c_perkowski



Tweet

← Tweet

🏠 Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**


**Robert Littal BSO** ✔
@BSO

···

Photos of Devin Booker and Kendall Jenner's Triple Date With Justin Bieber his Wife Hailey and Travis Scott and Kylie Jenner (Pics-Vids) bit.ly/3ey0lrk via @BasketballguruD



10:22 PM · May 10, 2021 · BSO Alert

**1** Quote Tweet   **6** Likes

💬        ⟲        ♡        ⬆


**Perkowski Legal P.C.**  ···
@c_perkowski


Tweet your reply        Reply

🔍 Search Twitter

**Relevant people**


**Robert Littal BSO** ✔        Follow
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML


**The Daniel Bell©**        Follow
@BasketballguruD
Thunder Beat Reporter For @BSO | Contributor for the @FranchiseOK | A lot of sports tweets | dbell3220@icloud.com

**What's happening**

FIFA World Cup · 🔴 LIVE
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🧑
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States        ···
**Argentina**
Trending with #WorldCup, Otamendi

Entertainment · Trending        ···
**Died Suddenly**
110K Tweets

Trending in California        ···
**Mexico City**
25.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

**Cosmic Media**
@CosmicMMedia · · ·

Letitia Wright and Danai Gurira on set of 'BLACK PANTHER: WAKANDA FOREVER'

(via @TMZ)



5:21 PM · Aug 24, 2021 · Twitter for iPhone

**17** Retweets   **1** Quote Tweet   **88** Likes

Tweet your reply                                    Reply

🏃 **Monkey D Luke (Linha Torta)** @Linha_TT · Aug 24, 2021   · · ·
Replying to @CosmicMMedia and @TMZ
Soooooo... they joined wicca?????

**DStyles510** @DStyles0510 · Aug 24, 2021   · · ·
Replying to @CosmicMMedia and @TMZ
Omg Shiris Hair? WTF

**Relevant people**

**Cosmic Media**    Follow
@CosmicMMedia
Your #1 source for all leaks surrounding Marvel, Star Wars, and Disney | Backup for @cosmic_marvel

**TMZ** ✔    Follow
@TMZ
⊘ Official
Breaking entertainment news as it happens.

**What's happening**

NBA · 30 minutes ago
Celtics at Bulls

Entertainment · Trending    · · ·
**Died Suddenly**
54.9K Tweets

Trending in California    · · ·
**Aztecs**

Trending in California    · · ·
**Dodger Stadium**
11K Tweets

Trending in United States    · · ·
**Sean McNeil**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.   · · ·
@c_perkowski

_ _ https://twitter.com/TheAffinityMag/status/1419953205107114024 _ et _ 2022-11-21 16:03:27 -08:00 _

← **Tweet**

**Affinity Magazine** ✓
@TheAffinityMag                                                  ...

📸 **#AaronTaylorJohnson** was spotted in Malibu the other day



2:30 AM · Jul 27, 2021 · TweetDeck

**6** Retweets   **3** Quote Tweets   **47** Likes

Tweet your reply                                    Reply

**jay** 🦥 @remsdesign · Jul 27, 2021
Replying to @TheAffinityMag

GIF  ALT

💬 1

---

**Relevant people**

**Affinity Magazine** ✓                             Follow
@TheAffinityMag
NEXT GEN OF MEDIA

**What's happening**

FIFA World Cup · 2 hours ago
**USA vs Wales**                                   

Trending in United States                          ...
**Trent Reznor**
11.4K Tweets

Trending in United States                          ...
**HOW IS THAT NOT A YELLOW**
1,503 Tweets

Trending in United States                          ...
**Combat Mode**
1,526 Tweets

Trending in United States                          ...
**Tampax**
21.2K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ...
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/planoinforma/status/1404547946125967360 __ at __ 2022-11-21 11:40:04 -08:00 __



__ https://twitter.com/AndyVermaut/status/1380024900987936769 __ at __ 2022-11-22 21:29:20 -08:00 __

← Tweet

Q Search Twitter



**Andy Vermaut**
@AndyVermaut

···

'Powerpuff Girls' Fans Go Nuts After 1st Pics From Set Show Live-Action Cast In Costume
hollywoodlife.com/2021/04/08/pow...



10:09 PM · Apr 7, 2021 · dlvr.it

        ♡    ↥

  Tweet your reply                                    Reply

### Relevant people



**Andy Vermaut**        Follow
@AndyVermaut

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

### What's happening

NBA · LIVE
**Lakers at Suns**

**#AvatarTheWayOfWater🐋**
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States
**Erection**
15.2K Tweets

Business and finance · Trending
**Virginia Walmart**
8,481 Tweets

Trending in California
**Costco**
5,568 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Twitter sidebar navigation

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
··· More

**Tweet**

**Perkowski Legal P.C.**   ···
@c_perkowski

Search Twitter



Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Perkowski Legal P.C.
@_perkowski

Tweet
@cravemedia_

2:44 PM · Jun 22, 2022 · Twitter for iPhone

1,001 Retweets   1,805 Quote Tweets   10.5K Likes

Tweet your reply   Reply

gustavo @gustandd · Jun 22
Replying to @cravemedia_
@anavsfw a gente
1

ana luisa @anavsfw · Jun 23
Replying to @gustandd and @cravemedia_
próxima festa já sabemos....

skeleton 🎃 @earlysunsetsz · Jun 22
Replying to @cravemedia_
@i5zs.bg ESSE FILME VAI TA LINDO
1

milf de pet @mariu_oliveira · Jun 22
Replying to @cravemedia_
MOVE OVER DRIVER JACKET
21

ka @kkuath_ · Jun 22
Replying to @cravemedia_
@nmnzs a gente precisa ir na estréia desse pelo nosso passado

lutalica @luizadocaos · Jun 22
Replying to @cravemedia_
Vai ser um barbie sonho de cavalos que ela vai pra fazenda passar as ferias e se apaixona pelo fazendeiro e depois tem que voltar pra vida dela na cidade, mas o coração dela ficou com os cavalos e o cowboy que tenta salvá la da selva de pedra
1

VZ🌹🍷🥀 @crashxcar6 · Jun 22
Replying to @cravemedia_
we will be watching 💯
4

Nath ⚡ @iibzwvu · Jun 22
Replying to @cravemedia_
Ryan Gosling is a good actor, but damn this wig that he's using is a truly NO

Sakura Chart @SakuraChart · Jun 22
Replying to @cravemedia_
ryan aint cute bestie @narutomakist
2

Slut for Chalamet @biossman8521 · Jun 22
Replying to @SakuraChart and @cravemedia_
Yes he is

Gale Weathers Stan Account @CarHonkNoise · Jun 22
Replying to @cravemedia_
@cybreangel LOOK

Nelson Patati @PatatiCareca · Jun 22
Replying to @cravemedia_
@danirodrigues
2

dani ;): @danirodrigues · Jun 22
Replying to @PatatiCareca and @cravemedia_
Meu Deus! Finalmente os refrescos!! 😍

Montse @malvaradoy · Jun 22
Replying to @cravemedia_
@agallmz 🤤
1

CeeFo Bane 🎲 @ceefourbane · Jun 22
Replying to @cravemedia_
Wowwww

Paschal Chinonso @PaschalChinon17 · Jun 22
Replying to @cravemedia_
Oh

• @andreairiarte · Jun 22
Replying to @cravemedia_
@victorialcd1

victorialcd @victorialcd1 · Jun 22
Replying to @andreairiarte and @cravemedia_
Me muero no puedo más

💥🦋👊 @_jurspurgvux · Jun 22
Replying to @cravemedia_
@traneudaka

yikes @TinaTheTurtle1 · Jun 22
Replying to @cravemedia_
He looks like her dad sigh
1

Marina @MarinaAlencar9 · Jun 22
Replying to @cravemedia_
@rumadeperna IRMÃ

@feverrdream777 · Jun 22
Replying to @cravemedia_
Staaaaaay

J.♠♣ TL, @QwonB · Jun 22
Replying to @cravemedia_
He's not my Ken, I'm sorry
4   10

noiralley @wantingtobeseen · Jun 22
Replying to @QwonB and @cravemedia_
But you are not barbie 😭

Show replies

Faridh @boy_bareae · Jun 22
Replying to @cravemedia_
Love her sm

danessa myricks glitter @luisapontozip · Jun 22
Replying to @cravemedia_
@laMarAlencar

shaw † 🎀 🎬 14 yrs of twilight 🧛 @twilightbtbis · Jun 23
Replying to @cravemedia_
margot is-

Relevant people
@cravemedia_
Media account for @FilmUpdates
Follow

What's happening
NFL · 59 minutes ago
49ers at Cardinals

Entertainment · Trending
Died Suddenly
82.3K Tweets

Trending in California
Zimmerman
20.9K Tweets

Sports · Trending
Troy Aikman

Entertainment · Trending
Sinbad
7,463 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

Tweet

**Relevant people**

Marvel News
@ElMundialNews    **Follow**
Conta de fã dedicada ao Universo
Marvel • Contato
marvelnewsbr@outlook.com

Marvel News
@ElMundialNews

🚨 Aló? Novas imagens das gravações de
#MadameWeb confirma a existência de alguma versão
do Homem-Aranha no filme.

Translate Tweet



10:06 AM · Oct 6, 2022 · Twitter for Android

**108** Retweets    **112** Quote Tweets    **1,929** Likes

**What's happening**

Television · Last night
**Saturday Night Live airing on**
**NBC**

#Disenchanted 🪄
Original movie now streaming
Promoted by Disney+

Politics · Trending
**#MassShooting**
3,863 Tweets

Trending in California
Jason David Frank

Trending with First Mode Comic

Trending in California
**Shakira**
90K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply    **Reply**

Robson @Robson91009582 · Oct 6
Replying to @ElMundialNews
Isso aí não é homem aranha nem fudendo
Show replies

danvers @thewintersume · Oct 6
Replying to @ElMundialNews
Ufal é o Aaron? O ator do pietro?

RYANV9S | GO SEE BLACK ADAM 🖤 @ryanibu_ · Oct 6
Replying to @ElMundialNews
por um momento eu pensei ate q fosse o Aaron Taylor Johnson, vindo da
sony pode se esperar tudo!!

Aguiar @UnkHgenfelito · Oct 6
Replying to @ryanidu_ and @ElMundialNews
Mas ta igual ele mesmo

🔥 Guilherme🧢 @GuilhermSpes · Oct 6
Replying to @ElMundialNews
Parece o Aaron taylor johnson

Lucas ☪️ @inmaproject_ · Oct 6
Replying to @GuilherSspes and @ElMundialNews
Vocês precisam MESMO rever o custo do Aaron antes de falar que aquele
cara parece com ele.

HELP GOD | #Lula13 @Filho_De_Raziel · Oct 6
Replying to @ElMundialNews
Hm, que sabor

MORTO @Mortoloween · Oct 6
Replying to @ElMundialNews
Não me parece um Homem-Aranha, provavelmente é alguma coisa q a sony
inventou e deve ter a ver com o totem da aranha, tipo um cultista sla, não
faço a menor ideia mas nem aranha no peito ele tem.

MORTO @Mortoloween · Oct 6
Replying to @ElMundialNews
Não me parece um Homem-Aranha, provavelmente é alguma coisa q a sony
inventou e deve ter a ver com o totem da aranha, tipo um cultista sla, não
faço a menor ideia mas nem aranha no peito ele tem.

alyso™ na série 🇧🇷 @klundersxcs1 · Oct 6
Replying to @Mortoloween and @ElMundialNews
Se fossem pra fazer parada com totem aranha tinham que meter um R-
rated e moviar sla

Cloud @ClosedCloud · Oct 6
Replying to @ElMundialNews
DISNEY PELO AMOR DE DEUS, COMPRA O MIRANHA DA SONY LOGO, EU
NÃO AGUENTO MAIS

matteolli de schröldinger @matteoli · Oct 6
Replying to @ElMundialNews
Meu deus a SALADA que tá sendo esse universo da Sony

J.gab15 🎃🎃 @Gabryel1325 · Oct 6
Replying to @ElMundialNews
Calma galera esse não é o ator q faz o Kraven (Aaron Johnson)
esse aí ta parecendo o Aaron Jogia q fez Leon no resident evil bem-vindo a
raccoon city

Peter Parker @spidermanxxwayh · Oct 6
Replying to @ElMundialNews
Aparentemente são os dublês, então com a marcação de pontos no rosto
para depois ser substituído pelo dito atores. Madame Teia é algum homem
aranha alternativo.

Leonardo @Leonard77862255 · Oct 6
Replying to @ElMundialNews
O traje é bonito

Foca @foca505 · Oct 6
Replying to @ElMundialNews
vai ser algum aranha do multiverso quer apostar quanto?

Victor @shangulinho · Oct 6
Replying to @ElMundialNews
Mas quem é esse gostoso

BLACK KNIGHT @_jrodrigo · Oct 6
Replying to @ElMundialNews
Não é possível Que poha é essa

Vinícius Andrade @AndrVinicias · Oct 6
Replying to @ElMundialNews
A Sony vai conseguir arrecadar 1 bilhão só por causa disso kkkkk

Cidadão de Bakura @DTORIA · Oct 6
Replying to @AndrVinicias and @ElMundialNews
Até que confirmem o contrário, esse é o Aaron Taylor e o Kraven tem um
visual meio "aranhesco" pq isso foi território da cabeça da Sony.
Show replies

🔥DarfineeBigma[3]☣ @darkmexigma · Oct 7
Replying to @ElMundialNews
Isso vai ser pior q o Morbius, provavelmente

zeino @zeroupaulo · Oct 6
Replying to @ElMundialNews
Não é mim

Ark @GareebHugo · Oct 7
Replying to @ElMundialNews
@theo_jr14

Adam 🌸 @lury_NOH · Oct 7
Replying to @ElMundialNews
Provavelmente deve ser algum tipo de "Servo da Madame Teia" que é
imortal e vem protegendo todas as que portam esse título por geração

klaus 🏳️ @villeeet16 · Oct 6
Replying to @ElMundialNews
@EaRbx7731018

🏴 @araukakinc · Oct 6
Replying to @ElMundialNews
Me lembrou muito

https://twitter.com/previouslyserie/status/1016434896758280194 ___ el _____ 2022-11-20 23:17:55 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-9   Filed 03/13/23   Page 32 of 101   Page ID #:3904

《Previously SERIES》
@PreviouslySerie

#StrangerThings

⚠️ NOVEDAD ⚠️

@Milliestopshate (Su doble a consecuencia de una lesión) y @SadieSink en el rodaje de la 3T.

Translate Tweet



2:32 PM · Jul 9, 2018 · Twitter for Android

39 Retweets    1 Quote Tweet    173 Likes

Tweet your reply    Reply

nathan @KickinBat · Jul 9, 2018
Replying to @PreviouslySerie @Milliestopshate and @SadieSink
Creo que no hay nada anunciado pero pregunto igual, se tiene una fecha estimativa para el estreno de la temporada?

《Previously SERIES》 @PreviouslySerie · Jul 9, 2018
Replying to @KickinBat @Milliestopshate and @SadieSink
Halloween 😅

2    1    3

Show replies

SheiiBlood🖤Team Black🖤 @DanyBloodMoon · Jul 11, 2018
Replying to @PreviouslySerie @Milliestopshate and @SadieSink
Que pelo llevará Once en esta temporada??!me gustó mucho el de la temporada 2

This Tweet is from a suspended account. Learn more

eva ~♥♡😍🌻 @hawahvt · Jul 10, 2018
Replying to @sarfatishelley @PreviouslySerie and 2 others
Si que es no???

1

Show replies

Perkowski Legal P.C.
@c_perkowski

Search Twitter

### Relevant people

《Previously SERIES》    Follow
@PreviouslySerie
Medio informativo en español sobre tus series de TV y plataformas favoritas desde 2015 📺
previouslyserie@gmail.com 📧 +34 633 041 734 📱

Millie Bobby Brown ✓    Follow
@Milliestopshate
I want this account to share love and positivity. let's stop bullying 🤍 -MBB

Sadie Sink ✓    Follow
@SadieSink

### What's happening

FIFA World Cup · This morning
World Cup Qatar 2022: Opening Ceremony



#Disenchanted 👹
Original movie now streaming
Promoted by Disney+

Trending in United States
#AMAs 🔥
Trending with soobin, yeonjun

Music · Trending
Kiki Dee

Trending in California
harries
4,934 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

__ https://twitter.com/tender_DMJ/status/1041950745715724294 __ at __ 2022-11-21 18:13:36 -08:00

← **Tweet**

 **DAKOTA**  
@tender_DMJ                                                    ...

## WHAT A BEAUTIFUL WAY TO WAKE UP LOOK AT HER SHE IS SO BEAUTIFUL AND PERFECT ❤️



12:23 AM · Sep 18, 2018 · Twitter for iPhone

**1** Like

💬          ⇄          ♡          ⬆️

 Tweet your reply                              Reply

---

🔍 Search Twitter

### Relevant people

 **DAKOTA**      **Follow**
@tender_DMJ

Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

### What's happening

FIFA World Cup · 4 hours ago
**USA vs Wales**

Trending in United States                                    ...
**Died Suddenly**
44.3K Tweets

---

🏠 Home
# Explore
🔔 Notifications
📨 Messages
🔖 Bookmarks
☰ Lists
👤 Profile

__ https://twitter.com/SNEAKPEEKCA/status/1004438928114348032 __ at __ 2022-11-21 14:05:35 -08:00

← **Tweet**



 

🔍 Search Twitter

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

**SneakPeek**
@SNEAKPEEKCA                                    ···

sneakpeek.ca/2018/06/the-jo...



12:04 PM · Jun 6, 2018 · Twitter Web Client

2 Retweets   2 Likes

💬          ⇄          ♡          ⬆


Perkowski Legal P.C.          ···
@c_perkowski

P   Tweet your reply                    Reply

**Relevant people**


SneakPeek                    Follow
@SNEAKPEEKCA
Invite Only

**What's happening**

FIFA World Cup · 34 minutes ago
**USA vs Wales**

Trending in United States          ···
**HOW IS THAT NOT A YELLOW**
1,029 Tweets

Trending in California          ···
**Telemundo**
7,575 Tweets

**Tweet**

← **Tweet**

**Películas y Otras Cosas**
@PeliculasYOtros
•••

Nuevas fotografías del set de filmación de "Madame Web" 📷 ❄️

#Marvel #SpiderMan #MadameWeb #SonyPictures
Translate Tweet



10:23 AM · Oct 6, 2022 · Twitter for Android

**1** Retweet  **11** Likes

💬          ⟲          ♡          ↑

  Tweet your reply                    Reply

R @jose_roddd · Oct 6
Replying to @PeliculasYOtros
Quien es ewe sujeto?

💬  1        ⟲        ♡        ↑

R @jose_roddd · Oct 6
Replying to @jose_roddd and @PeliculasYOtros
ese*

💬        ⟲        ♡        ↑


Perkowski Legal P.C.
@c_perkowski
•••

🔍 Search Twitter

### Relevant people

**Películas y Otras Cosas**    Follow
@PeliculasYOtros
Foto: @RataSube 📷 || Contacto al DM 📬 || Sigue al admin ➡️ @_Adrian7777777

### What's happening

Television · Last night
**Saturday Night Live airing on NBC**


**#Disenchanted** 🧙
Original movie now streaming
📺 Promoted by Disney+

Trending in California    •••
**Rest In Peace**
40.2K Tweets

Trending in California    •••
**Elton John**
8,665 Tweets

Trending in California    •••
**Shakira**
107K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.



__ https://twitter.com/tender_DMJ/status/1134158074086715393 __ at __ 2022-11-22 21:04:18 -0800

← **Tweet**

 **DAKOTA** 💜💙
@tender_DMJ

···

## WE LOVE A WORKING GIRL 💖



11:02 AM · May 30, 2019 · Twitter for iPhone

**5** Retweets   **21** Likes

         

 Tweet your reply    Reply

🔍 Search Twitter

**Relevant people**

 **DAKOTA** 💜💙    Follow
@tender_DMJ

Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

**What's happening**

NBA · LIVE
**Lakers at Suns**


**#AvatarTheWayOfWater**🤖
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Trending in California    ···



← Tweet

 **Male Celeb Hotties**
@jaymalecelebs ···

Boxers are overrated! Let them drop!



2:40 PM · Nov 1, 2020 · Twitter for Android

**91** Retweets   **885** Likes



 Tweet your reply

Reply

---

## Navigation sidebar

Twitter

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

P Perkowski Legal P.C.
@c_perkowski ···

---

Search Twitter

### Relevant people

 **Male Celeb Hotties**
@jaymalecelebs

Follow

Just a bi guy bringing you hot male celeb content to lust over! DM's are always open! Have fun! 😜 18+

### What's happening

Television · 4 hours ago
**Last Week Tonight With John Oliver airing on HBO** 

Music · Trending
**Goodbye Yellow Brick Road** ···

Music · Trending
**Lionel Richie** ···
3,510 Tweets

Trending in United States
**UCLA** ···
11.8K Tweets

Music · Trending
**#DavidoAt30** ···
64.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

# Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@_pertowski

---

**Kardashian World**
@KLWTXWorld46

💖 Kim Kardashian out in New York today 💕



9:41 AM · Jun 22, 2022 · Twitter for iPhone

**126** Retweets   **20** Quote Tweets   **2,991** Likes

---

Tweet your reply    **Reply**

**theresa** @theresa179 · Jun 27
I honestly love when she doesn't look dressed up in the goofy looking clothes. This looks more natural and real. I look at some of her outfits before and think she's a going Maybe Pete is good for her. As some have said she need a to dress he's disagree nooone needs a man, this is her

♡     ⟲     ♡     ⬆

**Janet bertrand** @Janetbertrand1 · Jun 24
Replying to @KLWTXWorld46
Well I think the problem is too many of us women have such negative things about other women. She is very wealthy beautiful smart and some days like all of us you just want to be comfy. She looks amazing

♡     ⟲     ♡     ⬆

**AtHomeForTheTea_** @AtHomeForThe1 · Jun 22
Replying to @KLWTXWorld46
Why are the photoshopping so bad

♡     ⟲     ♡     ⬆

**Jody Behringer** @BehringerJody · Jun 23
Replying to @KLWTXWorld46
Poor kids

♡  1     ⟲     ♡     ⬆

**Janet bertrand** @Janetbertrand1 · Jun 24
Replying to @BehringerJody and @KLWTXWorld46
Why poor kids??

♡     ⟲     ♡     ⬆

**N²** @amanyawane_ · Jun 22
Replying to @KLWTXWorld46
Bellisima

♡     ⟲     ♡     ⬆

**NKS²** @nmadaye · Jun 22
Replying to @KLWTXWorld46
You can tell she's short in these pics. Also, she needs Kanye to start styling her again

♡  1     ⟲     ♡     ⬆

**Janet bertrand** @Janetbertrand1 · Jun 24
Replying to @BehringerJody and @KLWTXWorld46
O o e needs eye to tell them how to dress

♡     ⟲     ♡     ⬆

Show replies

**N²** @amanyawane_ · Jun 22
Replying to @KLWTXWorld46
Bellisima

♡     ⟲     ♡     ⬆

**NKS²** @nmadaye · Jun 22
Replying to @KLWTXWorld46
You can tell she's short in these pics. Also, she needs Kanye to start styling her again

♡  1     ⟲     ♡     ⬆

**Janet bertrand** @Janetbertrand1 · Jun 24
Replying to @nmadaye and @KLWTXWorld46
O o e needs eye to tell them how to dress

♡     ⟲     ♡     ⬆

Show replies

**Siara** @Bogdan72596162 · Jun 23
Replying to @KLWTXWorld46
🤙🤙😂😂😂🤙👁👁💯

♡     ⟲     ♡     ⬆

**Cindy Myers** @CindyMatt79967 · Jun 22
Replying to @KLWTXWorld46
She has s much money and she wears this ?
Hair extensions are way too long
Witch look

♡  1     ⟲     ♡     ⬆

**Stephanie Pink** @stephkie · Jun 22
Replying to @CynMatt779967 and @KLWTXWorld46
Kim is frugal at times. Which is perfectly ok. Especially with 4 children

♡     ⟲     ♡  1     ⬆

**@deecheebee** @Bishitenyahoo · Jun 22
Replying to @KLWTXWorld46
This is 56 almost 60 in January I have never wore makeup. My mom forbid it! I wouldn't even know where to start or if I should? My eyes are changing the most. My skin is very soft or as my husband says soft as a feather! You always target the youth but what about the seasoned?



♡     ⟲     ♡     ⬆

**Ashley 🏁💖Michelle** @Ashley_0002_ · Jun 22
Replying to @bishitenyahoo and @KLWTXWorld46
Your beautiful 💖👏🎀👏💃

♡     ⟲  1     ♡     ⬆

Show replies

**angel🌸** @angel54877067 · Jun 23
Replying to @KLWTXWorld46
Looking beautiful Kim as always x

♡     ⟲     ♡     ⬆

**tonibop2** @1122ibeespun · Jun 23
Replying to @KLWTXWorld46
Why Soo much Black all the time
😕

♡     ⟲     ♡     ⬆

**Kolo Raphile** @koloragkhito · Jun 22
Replying to @KLWTXWorld46
That's totally my mom in 70's - W/ kid so kids think wtf. It was always about mom. 3 out of 5 are drug addicts now.

♡     ⟲     ♡     ⬆

**Chef LeeSam** @Custom_54 · Jun 22
Replying to @KLWTXWorld46
What's eating Kim?

♡     ⟲     ♡     ⬆

**In that Karen 🐾** @thatkaren · Jun 10
Replying to @KLWTXWorld46
Her waist is so big

♡     ⟲     ♡  1     ⬆

**Jumi🦋** @Jumaili · Jun 22
Replying to @KLWTXWorld46
🤣

♡     ⟲     ♡  2     ⬆

**J.L.P._** @bisonfester · Jun 23
Replying to @KLWTXWorld46
New York is So lucky 💕

♡     ⟲     ♡     ⬆

**Shawn Webb** @webbshawn552 · Jun 22
Replying to @KLWTXWorld46
Hey Kim .,,GUMEMEND UR ROCKING UR SHIT .,, U AN PETE ARE SO CUTE AN PURE TRUE LOVE .,, I WISH U THE BEST AN HONEY U KEEP DOING WHATEVER IT IS .,, CAUSE CHICA .,, YOUR KILLING THESE FUCKERS .,, LOL MUCH RESPECT
SHAWN WEBB

♡     ⟲     ♡     ⬆

**is that your owl?** @whatsmemm__ · Jun 23
Replying to @KLWTXWorld46
She looks weird in the second pic lol ok

♡     ⟲     ♡     ⬆

**Hakki Kezi** @ctwitterk · Jun 22
Replying to @KLWTXWorld46
Kimm😍😘💕

♡     ⟲     ♡     ⬆

**CECILIA F. Holland CARTEN** @HollandtenU · Jun 22
Replying to @KLWTXWorld46
U together that was a beast

♡     ⟲     ♡     ⬆

Show more replies

---

Relevant people

**Kardashian World**
@KLWTXWorld46    **Follow**
The largest fan source for everything Kardashian ♥ TheKardashians 💕 Season 2 | Sept 22nd on Hulu! Kim & #Pete follow 💗 admin@kardashianworld.net

**What's happening**

NFL · Yesterday
**Cowboys at Vikings**

Entertainment · Trending
**Chrissy**
2,801 Tweets

Entertainment · Trending
**Julia Fox**
9,647 Tweets

Trending in United States
**Booger**

Trending in United States
**HOW IS THAT NOT A YELLOW**
2,441 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads Info   More •••
© 2022 Twitter, Inc.

__ https://twitter.com/bangtidyhq/status/1461074547688548319 __ at __ 2022-11-22 02:38:09 -08:00 __



__ https://twitter.com/madwebinfo/status/1580352067411251205 __ at __ 2022-11-19 20:01:08 -0800 __

← **Tweet**



**Madame Web Info** ❄️
@MadameWebInfo

Celeste O'conner, Tahar Rahim e uma dublê de Dakota Johnson nas gravações de 'Madame Web' a algumas semanas atrás.

Translate Tweet




5:17 PM · Oct 12, 2022 · Twitter for Android

**2** Retweets    **21** Likes

Tweet your reply

Reply

## Relevant people



**Madame Web Info** ❄️
@MadameWebInfo

Follow

Sua primeira e maior fonte de informações sobre o filme Madame Web no Brasil (fan accout).

## What's happening

Television · LIVE
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Politics · Trending
**Welcome Back**
84.7K Tweets

Sports · Trending
**#AEWFullGear**
Trending with Jamie Hayter, Jeff Jarrett

Trending in United States
**#OddMuppetAddictions**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

Search Twitter

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski

# Tweet



@archivcevans

chris evans on the set of "red one" 🤍🧱



THETRASHSTACHE
tumblr

9:43 AM · Nov 4, 2022 · Twitter for iPhone

**34** Retweets   **2** Quote Tweets   **304** Likes

---

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
😶 More

**Tweet**

Perkowski Legal P.C.  ···
@c_perkowski

---

**Relevant people**

  @archivcevans   **Follow**
— safe place for chris evans stan

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
▶️ Promoted by Avatar

Business and finance · Trending   ···
**#massshooting**
1,287 Tweets

Trending in United States   ···
**Erection**
21.3K Tweets

Trending in California   ···
**Costco**
6,137 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Tweet your reply                          **Reply**

**Joan** @joans3627 · Nov 4   ···
Replying to @archivcevans
🧡🧡
💬  🔁  ❤️ 1  📤

**Joan** @joans3627 · Nov 5   ···
Replying to @archivcevans
Chris looks tired 😵 🧡🧡
💬  🔁  ❤️  📤

← **Tweet**

Home

\# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

**Perkowski Legal P.C.**  ...
@c_perkowski

← **Tweet**

**Dakota Johnson Daily**
@Dakoholics

November 24: #DakotaJohnson was spotted with Addison Timlin, Jeremy Allen White and her goddaughter Ezer at Farmers Market in Los Angeles.



👤 Dakota Johnson Brasil

1:35 AM · Nov 25, 2019 · Twitter for Android

**11** Retweets  **1** Quote Tweet  **67** Likes

Tweet your reply

Reply

---

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski

---

Search Twitter

**Relevant people**

**Dakota Johnson Daily**
@Dakoholics
Follow
Fan account dedicated to actress, activist, director and producer Dakota Johnson.

**Dakota Johnson Brasil**
@DakotaJBRA
Follow
Sua primeira, maior e melhor fonte sobre a atriz e produtora Dakota Johnson no Brasil. E-mail para contato: contato@dakotajohnsonbrasil.com

**What's happening**

Formula 1 · Starts at 8:00 PM
**Abu Dhabi Grand Prix 2022**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Sports · Trending
**Andrel Anthony**

Trending in United States
**#FIFAWorldCup** 🏆
Trending with Qatar

Sports · Trending
**#UFvsVAN**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

__ https://twitter.com/bangtidyhq/status/1525197401589530624 __ at __ 2022-11-21 21:41:59 -08:00 __

← **Tweet**



**Bang Tidy Celebs**
@BangTidyHQ

···

**-@VanessaHudgens**

 

12:32 PM · May 13, 2022 · Twitter Web App

**3** Retweets   **19** Likes

  

 Tweet your reply                    Reply

🔍 Search Twitter

**Relevant people**

 **Bang Tidy Celebs**                **Follow**
@BangTidyHQ

Bringing you Bang Tidy Celebs from
the UK and around the world. From TV
& Film to Music & Models. Any
requests feel free to tweet.

 **Vanessa Hudgens** ✔              **Follow**
@VanessaHudgens
💜

**What's happening**

NFL · 1 hour ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
65.3K Tweets

Trending in United States
**Murder House**
1,737 Tweets

Only on Twitter · Trending
**Pablo Milanés**
Trending with   Auburn

Trending in United States
**Trent Reznor**
20.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.


**Perkowski Legal P.C.**   ···
@c_perkowski

**Dani Lagi ⚡ Strip Marvel**
@StripMarvel

Imágenes del rodaje de #FalconandtheWinterSoldier

Translate Tweet



3:26 AM · Jan 11, 2020 · Twitter for iPhone

94 Retweets    8 Quote Tweets    983 Likes

Tweet your reply                                      Reply

**GingerBels** @FleckerdGirl · Jan 11, 2020
Replying to @StripMarvel
SHARON!!! 😍

**Ed_edd_eddd** @466_64 · Jan 11, 2020
Replying to @StripMarvel
Da miedo la sonrisa de Daniel Brühl

**J. Jonah Jameson** @DavidSt07652603 · Jan 11, 2020
Replying to @StripMarvel

**Él Kowalsky 👻** @el_kowalsky · Jan 11, 2020
Replying to @StripMarvel
Que pintón!

**Alessandro** @JhenaroM · Jan 11, 2020
Replying to @StripMarvel
Solo espero una buena serie , con una trama bien elaborada y que haya
desarrollo de personaje
❤ 1

**Leicester** @Leicester1989 · Jan 11, 2020
Replying to @StripMarvel
Ese Zemo me gusssssta
❤ 1

Relevant people

**Dani Lagi ⚡ Strip Ma...**
@StripMarvel                    Follow
Soy @Dani_Lagi de Strip Marvel en
@youtube y @twitch autor de
#ComoConocíAVuestraMarvel y el
cómic #ElGuanteHaterDelInfinito
CONTACT: stripmarveltv@gmail.com

What's happening

FIFA World Cup · This morning
England vs Iran

Sports · Trending
**Mexico City**
12.9K Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,313 Tweets

Trending in United States
**Zimmerman**
17.4K Tweets

Trending in United States
**Trent Reznor**
9,659 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.    ···
@c_perkowski

← **Tweet**



**Foochia - فوشيا** ✔
@foochia

···

ريهانا ترتدي معطفا أحمر خلال احتفالها بالفلانتاين مع حبيبها
آيساب روكي

Translate Tweet



9:23 AM · Feb 14, 2022 · Hootsuite Inc.

**2** Retweets  **4** Likes

   

 Tweet your reply                    Reply

### Search Twitter

## Relevant people

 **Foochia - فوشيا** ✔      Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

## What's happening

Music · LIVE
**Fans celebrate Kihyun's birthday** 🎉



**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
📢 Promoted by Avatar

Entertainment · Trending              ···
**Died Suddenly**
Trending with World Premiere

Trending in California              ···
**Mexicans**
7,100 Tweets

Trending in United States           ···
**#GMMTV2023**
176K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.



← **Tweet**

🌸
@filmsbydelrey

she looks soooo beautiful wtff 😭😍



5:28 AM · Jun 23, 2022 · Twitter for Android

Tweet your reply

Reply

**Relevant people**

🌸
@filmsbydelrey
multifandom ✧•.

Follow

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**



Trending in United States
**Chocolate and Chip**

Trending in United States
**Maguire**
Trending with #ThreeLions🏴󠁧󠁢󠁥󠁮󠁧󠁿

Trending in California
**Dodger Stadium**
14.2K Tweets

Music · Trending
**Kelly Rowland**
Trending with Chris Brown

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

Perkowski Legal P.C.
@c_perkowski

# Tweet

🔁 **La Ligue Des Nakamas Retweeted**

**Kal-Odinson**
@V727Mr                                          ...

## Captain Marvel en costume !
@LLDNofficiel



11:32 AM · Jan 25, 2018 · Twitter Web Client

**59** Retweets    **32** Quote Tweets    **122** Likes

Tweet your reply                                     Reply

## Relevant people

**La Ligue Des Nakamas**                      Follow
@LLDNofficiel
Page officielle de La Ligue Des
Nakamas Tipee : cpc.cx/oxe Twitch :
m.twitch.tv/lldnofficiel/p...

**Kal-Odinson**                                Follow
@V727Mr

## What's happening

FIFA World Cup · 6 minutes ago
**Senegal vs Netherlands**

Family drama · Trending                          ...
**#GTMcontest4**

Sports · Trending                                ...
**Charles Barkley**
4,571 Tweets

Trending in United States                        ...
**Senegal**
Trending with Mendy, #SENNED

Trending in United States                        ...
**Hive**
97.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

# Tweet

**Çizgi Kafe**
@cizgikafe

🎬: Hailee, Hawkeye setinde.



8:07 AM · Feb 21, 2021 · Twitter for Android

**1** Retweet   **3** Quote Tweets   **327** Likes

---

**Tweet your reply**                                   Reply

**Kağan** @AKaganTurkoglu · Feb 21, 2021
Replying to @cizgikafe
Süper güçsüz super kahraman görmek güzel. Yakında lazer fırlatmayan
karakter kalmayacak diye korkuyorum
                                                    ♡ 2

**Mertcan Akkaya** @GTRaven_ · Feb 21, 2021
Replying to @cizgikafe
Çizgi romandaki araba kovalamaca sahnesi gibi geldi bana

**pritchett** @badassdore · Feb 21, 2021
Replying to @cizgikafe
Heyecanlı olduğumuzdan değil de işte, hikaye kopukluğu olmasın diye
bekliyoruz
                                                    ♡ 4

**anılb** @euphorian_ · Feb 21, 2021
Replying to @cizgikafe
Sadece biz çr okurları merakla bekliyoruz bu diziyi sanırım
                                                    ♡ 1

**Berkinos** @berkinos_ · Feb 21, 2021
Replying to @cizgikafe
wandavision'ın finalini görmeden hiçbir dizi ile ilgilenmiyorum smxmms
                                                    ♡ 5

**Search Twitter**

## Relevant people

**Çizgi Kafe**                    Follow
@cizgikafe
Bir fincan kriptonit alabileceğiniz
komşunuz!
instagram.com/cizgikafecom

## What's happening

NCAA Men's Basketball · Yesterday
**Cavaliers at Fighting Illini**

Trending in United States
**Defunctland**
4,657 Tweets

Trending in United States
**#AMAs** 🎤
Trending with soobin, sabrina

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Music · Trending
**Kelly Rowland**
Trending with Chris Brown

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

← Tweet

Q Search Twitter

**🌈ANDY JONNY**
@AndresJovannyMa

Más fotos de #MsMarvel y #KamalaKhan se ve que le fascina #CapitanaMarvel ⚡😄💪

Translate Tweet



5:38 PM · Nov 19, 2020 · Twitter for Android

**2** Likes

Tweet your reply

Reply

**Relevant people**

**🌈ANDY JONNY**
@AndresJovannyMa                    Follow

EL PENSAR Y EXPRESAR 💙🩷 Tengo un canal en YouTube ▶️ ANDY JONNY 😄

**What's happening**

NFL · 1 hour ago
**Chiefs at Chargers**

#Disenchanted 🎬
Original movie now streaming
📺 Promoted by Disney+

Music · Trending
**Kelly Rowland**
Trending with Chris Brown

Trending in United States
**Bob Iger**
Trending with Chapek, Disney

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**#** Explore
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski



https://twitter.com/BallonFute/status/1556222729044500480 __ef__ 2022-11-20 07:57:01 -08:00    2:22-cv-09462-DMG-ADS    Document 23-9    Filed 03/13/23    Page 52 of 101    Page ID #:3924

**SpidEr-MaN**
@BallonFute

Des nouvelles images du plateau de tournage de Madame Web ! Je sais vraiment pas ce que ça va donner, ça de jour en jour j'ai peur 😬

Translate Tweet



3:16 AM · Aug 7, 2022 · Twitter for Android

**1** Retweet   **13** Likes

Tweet your reply                                    **Reply**

**xelo 🦇** @BIGmel00 · Aug 8
Replying to @BallonFute
C'est un film hors mcu ? Il y a des infos sur cette fameuse Madame Web, genre son histoire
1

**SpidEr-MaN** @BallonFute · Aug 9
Replying to @BIGmel00
C'est sensé être dans le mm univers que venom, morbius etc. Ya des rumeurs qui disent que ce sera un regroupement de super héroïne pour combattre quelques chose

**Jb Glm into the Multiverse** @glm_jb · Aug 7
Replying to @BallonFute
Ça va être un film oubliable comme tous les autres
1                                                   1

**SpidEr-MaN** @BallonFute · Aug 7
Replying to @glm_jb
Oui !

**TheCrimsonLord** @LordNexel · Aug 7
Replying to @BallonFute
Elle est belle la madame dis-donc
1                                                   1

**SpidEr-MaN** @BallonFute · Aug 7
Replying to @LordNexel
Elle est belle mais c'est pas la plus belle du cast
1

Show replies

**Baba** @HakimBa40361670 · Aug 7
Replying to @BallonFute
En tout cas l'actrice en sah
2                                                   2

**I'm Daredevil** @DD_Marvel14 · Aug 7
Replying to @HakimBa40361670 and @BallonFute
les actrices qui seront dans le film 😍😍😍😍😍
2                                                   2

Show replies

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

---

Search Twitter

**Relevant people**

**SpidEr-MaN**
@BallonFute                          **Follow**
Paris 💙 • Neymar est mon idole • fan de Spider-Man 🕷 et Zendaya est ma femme 💙

**What's happening**

Formula 1 · 56 minutes ago
**Abu Dhabi Grand Prix 2022**



#Disenchanted 🧚
Original movie now streaming
Promoted by Disney+

Only on Twitter · Trending
**RIP JDF**
2,128 Tweets

Jungkook · Trending
**Jungkook**
Trending with Morgan Freeman, Ecuador

Trending in United States
**#MassShooting**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.



Case 2:22-cv-09462-DMG-ADS   Document 23-9   Filed 03/13/23   Page 54 of 101   Page ID #:3926

← **Tweet**

🔍 Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒 Lists

👤 Profile

⋯ More

**Tweet**

---

**Movie Crazy Planet** 🎬🍿🍦
@MovieCrazyP

⋯

En el tráiler de #Loki, a quien vemos no es Natasha Romanoff, es la actriz Sophia Di Martino.

👤 Loki

7:40 AM · Apr 5, 2021 · Twitter for Android

**2** Retweets   **5** Likes

💬      🔁      ♡      ⬆️

P   Tweet your reply            **Reply**

---

### Relevant people

M C P   **Movie Crazy Planet ...**
@MovieCrazyP                    **Follow**

💥 Noticias, tráilers, pósters, los estrenos más recientes de cine, series y televisión. 💥 Síguenos y activa la 🔔
moviecrazyplanet@gmail.com ✉️

   **Loki** ✔️
@LokiOfficial                   **Follow**
⊘ Official
All episodes of Marvel Studios' Loki, an Original Series, are now streaming on #DisneyPlus

### What's happening

NCAA Men's Basketball · Yesterday
**Panthers at Cyclones**

Entertainment · Trending                    ⋯
**Julia Fox**
8,750 Tweets

Sports · Trending                            ⋯
**Mexico City**
13.6K Tweets

Trending in United States                    ⋯
**HOW IS THAT NOT A YELLOW**
1,507 Tweets

Trending in United States                    ⋯
**Colorado Springs**
Trending with  Richard Fierro

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**
@c_perkowski                ⋯

https://twitter.com/ThisIsMax/status/1393483923401883648 __ui __2022-11-21 08:19:32-08:00

← **Thread**

**MAX** ✓
@ThisIsMax                                      ⋯

I still don't know how I feel about #LilyJames as #PamelaAnderson I would luv to sit down with her and ask her why she chose the role .... Sidenote she looks 🔥🔥🔥 in that red costume 🙆



1:30 AM · May 15, 2021 · Twitter for iPhone

**13** Likes

💬    🔁    ♡    ⬆

P  | Tweet your reply                    | **Reply**

**MAX** ✓ @ThisIsMax · May 15, 2021            ⋯
Replying to @ThisIsMax
Can you imagine the anxiety of wearing that legendary swimsuit 😝

💬    🔁    ♡    ⬆

**OluwaDidThis** @PufffyCheeks · May 15, 2021    ⋯
Replying to @ThisIsMax
I think she wants to probably move out of her comfort zone. She usually plays sweet and nice characters.

💬    🔁    ♡ 1    ⬆

**Ronnie Walker** ✉ @Ron17W · May 15, 2021    ⋯
Replying to @ThisIsMax
Dont Know, But She Can Save Me Anytime Pleaseeeeee😝🔥 😂😂😂😂
xxxx

💬    🔁    ♡    ⬆

---

**Perkowski Legal P.C.**    ⋯
@c_perkowski

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

---

🔍 Search Twitter

**Relevant people**

**MAX** ✓
@ThisIsMax                          **Follow**
Presenter/Producer 👩 Eyes on the prize Violet! 😜 contact : Management@FlipYourWig.net

**What's happening**

FIFA World Cup · LIVE
England vs Iran



Events · Trending                   ⋯
**LGBT**
205K Tweets

Trending in United States           ⋯
**England**
Trending with #ENGIRN, Saka

Music · Trending                    ⋯
**Slick Rick**

Trending in California              ⋯
**#BLACKPINK_WORLDTOUR**
58K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

← **Tweet**

## Search Twitter

 **joyce 𝕏 scarlett bday** 
@eilishpugh_                                    ···

# CHRIS EVANS OMG



2:12 PM · Oct 13, 2022 · Twitter for Android

**6** Likes

### Relevant people

 **joyce 𝕏 scarlett bday ...**          **Follow**
@eilishpugh_
crf•marvel•obx

### What's happening

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Business and finance · Trending          ···
**#massshooting**
1,434 Tweets

Trending in California          ···
**Costco**
6,158 Tweets

Trending in United States          ···
**Erection**
21.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply          **Reply**

 **Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/envykendall/status/1302640931334569984 __el __2022-11-22 16:13:41 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-9   Filed 03/13/23   Page 57 of 101   Page ID #:3929

← **Tweet**

**not kendall**
@envykendall                                                           ···

🖤



👤 Kendall

9:12 AM · Sep 6, 2020 · Twitter for iPhone

**162** Retweets  **4** Quote Tweets  **1,049** Likes

💬          🔁          ♡          🔗

  Tweet your reply                               Reply

**Engjell LUKA** @EngjellL · Sep 7, 2020                               ···
Replying to @envykendall and @KendallJenner
Why do you use a mask when there is nobody around ?!
💬          🔁          ♡          🔗

**jon broder** @jonbrodes · Sep 6, 2020                               ···
Replying to @envykendall and @KendallJenner
Whoa Kenny
💬          🔁          ♡          🔗

**Marioo 100** @MarioJaume2 · Sep 6, 2020                             ···
Replying to @envykendall and @KendallJenner
Mi amor besos
💬          🔁          ♡  2       🔗

**Perkowski Legal P.C.**                                               ···
@c_perkowski

---

**Home**

**#** Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

---

🔍 Search Twitter

## Relevant people

**not kendall**                              **Follow**
@envykendall
fan account

**Kendall** ✓                               **Follow**
@KendallJenner
@drink818 on Instagram and Twitter

## What's happening

NCAA Men's Basketball · Last night
**Lancers at Golden Gophers**

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in United States                     ···
**The IRS**
20.4K Tweets

Entertainment · Trending                      ···
**Marvel**
82.3K Tweets

Chain restaurants · Trending                  ···
**Hooters**
7,087 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Sweta
@carpediemm_18                                    ...

oh, that gua sha routine is strong.



10:37 AM · Nov 4, 2022 · Twitter Web App

2 Likes

 Tweet your reply                                **Reply**


Perkowski Legal P.C.
@c_perkowski                                       ...

🔍 Search Twitter

**Relevant people**

 Sweta                                    **Follow**
@carpediemm_18

Dosa connoisseur & overall foodie. Sleep is love. Last but not least, I love all things content! She/Her

**What's happening**

Sports · LIVE
**Happy birthday, Navdeep Saini** 🎂



#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in California
**Costco**                                         ...
6,048 Tweets

Trending in United States
**Erection**                                       ...
20.7K Tweets

Business and finance · Trending
**Chesapeake**                                     ...
41.3K Tweets

https://hellaw.com/hst/skip/stutsius/126026/844/847383/473__id_...1  2022-11-22 04:59:50 (00:00)   Document 23-6   Filed 03/13/23   Page 59 of 101   Page ID #365)






# Tweet

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

.
@cravemedia_



4:41 PM · Jul 28, 2021 · Twitter for iPhone

**6** Retweets    **12** Quote Tweets    **194** Likes

Tweet your reply

**Reply**

Heather Nicole 💀"SKULLGIRL"🦝... @HeatherFidl... · Jul 28, 2021
Replying to @cravemedia_
She is Just Too Cute 🥰

## Search Twitter

### Relevant people

.
@cravemedia_     **Follow**
Media account for @FilmUpdates

### What's happening

NFL · 2 hours ago
Bengals at Steelers

**#Disenchanted** 🎃
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Bob Iger**
1,998 Tweets

Trending in United States
**#AMAs**🔥
Trending with soobin, Favorite K-Pop Artist

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Rosita

**Show more**

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

__ https://twitter.com/metro_fm/status/1216741716117676034 __ at __ 2022-11-22 19:04:39 -08:00



← **Tweet**

 **Search Twitter**

- **Home**
- **#** Explore
- **Notifications**
- **Messages**
- **Bookmarks**
- **Lists**
- **Profile**
- **More**

**Tweet**

**Metro FM**
@Metro_FM    ···

Amerika'nın gidişatından çok sıkıldığını söyleyen Cardi B, "Nijerya'ya vatandaşlık başvurusunda bulunacağım" dedi. Şarkıcı geçtiğimiz ay Nijerya'ya gitmiş ve çok eğlenmişti. Attığı tweete ise Nijerya'nın resmi hesabından "çok memnun oluruz" cevabı geldi. #cardiB #metrofm

Translate Tweet



7:20 AM · Jan 13, 2020 · Hootsuite Inc.

1 Like

💬          ⇄          ♡          ⬆

 Tweet your reply          **Reply**

Perkowski Legal P.C.
@c_perkowski    ···

**Relevant people**

 **Metro FM**          **Follow**
@Metro_FM
Limitsiz Hit Müzik

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater**🗣
Get tickets now - In theaters December 16
📅 Promoted by Avatar

Trending in United States          ···

← **Tweet**



**Andy Vermaut**
@AndyVermaut                                         ...

Nicki Minaj Shows Off Her Baby's New $1,200 Burberry Wardrobe & Hints At Child's Gender
hollywoodlife.com/2020/07/28/nic...



9:31 PM · Jul 27, 2020 · dlvr.it

          

 Tweet your reply                                    Reply

Q Search Twitter

**Relevant people**

 **Andy Vermaut**         Follow
@AndyVermaut
Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

**What's happening**

NFL · LIVE
**Eagles at Colts**



**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                    ...
**Rest In Peace**
52K Tweets

Trending in California                        ...
**Elton John**
10.3K Tweets

Only on Twitter · Trending                     ...
**Jason David Frank**
Trending with Power Rangers, Kevin Conroy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

 **Perkowski Legal P.C.**   ...
@c_perkowski

__ https://twitter.com/choosezaynbr/status/1375170938426249231 __ at __ 2022-11-21 07:03:03 -08:00 __

← **Tweet**

**CZBR** 💗
@choosezaynbr

Zayn hoje em Nova York.

via: zmdaily



12:41 PM · Mar 25, 2021 · Twitter for iPhone

**23** Retweets  **13** Quote Tweets  **185** Likes

P  Tweet your reply    Reply

## Relevant people

**CZBR** 💗
@choosezaynbr                                        Follow

Sua maior e melhor fonte sobre o cantor @zaynmalik no Brasil. 🇧🇷 mídias: @choosezaynbr_ e-mail para contato: choosezaynbr@live.com 🐵 | fan account

## What's happening

FIFA World Cup · LIVE
**England vs Iran**

Music · Trending
**Slick Rick**

Trending in California
**#BLACKPINK_WORLDTOUR**
57.9K Tweets

Events · Trending
**ITS COMING HOME**
4,461 Tweets

Music · Trending
**Kelly Rowland**
21.9K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Search Twitter

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/viralmaterial/status/1521585933711147008 __ at __ 2022-11-21 23:38:38 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-9   Filed 03/13/23   Page 65 of 101   Page ID #:3937

- Home
- # Explore
- Notifications 1
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

← Tweet

This Tweet is from a suspended account. Learn more

**goldenwalls 🎃 HARRYWEEN** @isitromantichow · May 3
Replying to @ViralMaterial
She cut her hair?!?

💬 1        ⟲        ♡ 1        ↥

**Merowyn** @MerowynCS · May 19
Replying to @isitromantichow @asit_was and @ViralMaterial
Seriously doubt that

💬 1        ⟲        ♡        ↥

Show replies

**cosmic lover** @eugaga · May 3
Replying to @ViralMaterial
they get so angry with this one

💬        ⟲        ♡ 1        ↥

**lei** @TENK0SHIMURA · May 3
Replying to @ViralMaterial
OMGG



GIF

💬        ⟲        ♡ 2        ↥




← **Tweet**



**NAÇÃO MARVEL | fan club**
@nacaomarvel ···

ela é tão bobinha e amável, é tão nossa, nossa Kate Bishop e nossa Hawkeye 🥰

Translate Tweet




📍 Hailee Steinfeld Brasil

6:01 PM · Feb 20, 2021 · Twitter for Android

**25** Retweets   **6** Quote Tweets   **427** Likes

💬      🔁      ♡      ⬆

  Tweet your reply                          Reply

pat @biglibertydude · Feb 20, 2021 ···
Replying to @nacaomarvel @steinfeldbrasil and @updatesteinfeld

0:58   106.9K views

From **pat**

💬      🔁      ♡ 1      ⬆

Show more replies

---

### Relevant people

**NAÇÃO MARVEL | fa...**  Follow
@nacaomarvel
🇪🇸 O maior fã-clube da Marvel no Brasil e #2 do mundo | por @kainyall & @thurstopper | 🏆 : @PodcastNM | ✉ nacaomarvelofc@gmail.com

**Hailee Steinfeld Brasil**  Follow
@steinfeldbrasil
Sua maior e melhor fonte de notícias sobre a atriz e cantora Hailee Steinfeld no Brasil. | UMG | We are not Hailee. Fan account.

### What's happening

NCAA Men's Basketball · 5 hours ago
**Bears at Seminoles**

Entertainment · Trending   ···
**Died Suddenly**
70.9K Tweets

Trending in California   ···
**Mexicans**
6,458 Tweets

Trending in California   ···
**Dodger Stadium**
8,786 Tweets

Trending in United States   ···
**August Alsina**
Trending with Jada, #TheSurrealLife

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

__ https://twitter.com/stranwberryes/status/1400560790738984984 __ at __ 2022-11-22 11:43:29 -08:00 __

← **Tweet**



**aly**
@stranwberryes                                   ···

essa foto exala tanto star quality



2:11 PM · Jun 3, 2021 · Twitter for Android

**1** Retweet   **32** Likes

🔍 Search Twitter

**Relevant people**



**aly**                                    Follow
@stranwberryes
comento sobre a vida dos outros

**What's happening**

FIFA World Cup · 1 hour ago
**Mexico vs Poland**

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

 Perkowski Legal P.C.   ···
@c_perkowski

Tweet your reply                    **Reply**

https://twitter.com/meenanoguluee/status/1409192222002491790__st__... 2022-11-22 12:57:57, 00:00
22-cv-09462-DMG-ADS Document 23-9 Filed 03/13/23 Page 68 of 151 Page ID
#3940

← This Tweet is from a suspended account. Learn more

**krissy** @ayethatskrissy · Jun 25, 2021
Replying to @MEENANOGULEE



2:16

No Older Notifications

♡ 2

ⓘ **Dhla** @bunsianspy · Jun 25, 2021
Replying to @MEENANOGULEE and @chuuzsu
Rihanna walking to the studio to delete the recorded songs after getting rejected by the bouncer
♡ 2

**move on dot org** @dirtyd0baa · Jun 24, 2021
Replying to @MEENANOGULEE
Thiiiiigh
♡ 1

ⓘ **✧ girl ♡.** @FleurDeGel · Jun 24, 2021
Replying to @MEENANOGULEE
she so fine, dawg 💕
♡ 1

**tobs** @tbtbox · Jun 26, 2021
Replying to @MEENANOGULEE
is this her walking away from the club

**roodkid** @jpshroodkid · Jun 24, 2021
Replying to @MEENANOGULEE and @themerprincess
that looks like one of those hats you can win at carnival midway games
♡ 3

**ndumiso** @ndumiso98434416 · Jun 26, 2021
Replying to @MEENANOGULEE
Love of my life

**JOGY-Ⅱ** @Nandez1998 · Jun 26, 2021
Replying to @MEENANOGULEE
That's the tweet, the whole tweet, & nothing but the tweet...& it's more than enough 🙌🔥

**D's Donuts** @jemorgasbordgie · Jun 24, 2021
Replying to @MEENANOGULEE



GIF ALT

**keithcampbell** @keithca39258204 · Jun 26, 2021
Replying to @MEENANOGULEE
Nice leg

**Just Me** @1shapetso_M · Jun 25, 2021
Replying to @MEENANOGULEE
Access Denied. Too Young to get in the club.

**Jones** @Obicones_SA · Jun 25, 2021
Replying to @MEENANOGULEE
Bo Rihanna ba tsamaya ba bele nyoo fela yotlhe ko ntle

**✿P A N A M A I N I A N✿🇵🇦** @miley_melaza · Jun 25, 2021
Replying to @MEENANOGULEE
Caribbean girls RUN IT!!! 💋

**6baby** 🇨🇦 @official_6baby · Jun 25, 2021
Replying to @MEENANOGULEE

**45 MPH IS ENOUGH JUST WAKE UP EARL...** @baro... · Jun 25, 2021
Replying to @MEENANOGULEE
preg

**Rarest Sagittarius ♐** @girly_jani · Jun 25, 2021
Replying to @MEENANOGULEE
I want a hat like this so badly. They're so cute and under appreciated 😭💕
♡

**CUCUNYA LUHUT**👼😇 @ViaKim97 · Jun 24, 2021
Replying to @MEENANOGULEE
Kirain paha saya aja yg begitu ternyata rihana juga

**valerie** @urfavbabe_ · Jun 25, 2021
Replying to @MEENANOGULEE
i need this outfit

**zen kahvesi** @radhiraluna · Jun 24, 2021
Replying to @MEENANOGULEE and @yenzayd
😍😍💙🤍💜💚💙

**CatalinaWineMixer** @OhhCatalinaGee · Jun 24, 2021
Replying to @MEENANOGULEE
Do you think she works out?
♡ 11
Show replies

**Certified Bleach Fan Page** 🎉 @can_gal · Jun 24, 2021
Replying to @MEENANOGULEE
Leaving after the bouncer said "no album, no entry"
♡ 31

**YourFavoriteChef**🔵🌈✈️ @ChefMell1 · Jun 25, 2021
Replying to @jican_gal and @MEENANOGULEE
This the one 😂😂😂
♡ 1

**Maria Elena** @Nena_GDuval · Jun 24, 2021
Replying to @MEENANOGULEE
Como el de Kanal @argelorenzo

**Ángel Lorenzo** @angelorenzo · Jun 25, 2021
Replying to @Nena_GDuval and @MEENANOGULEE
Rikanna! 😂

**Rhaenyra Targaryen Propaganda** ❤ @carodbakery · Jun 25, 2021
Replying to @MEENANOGULEE



__ https://twitter.com/Dakotacandids/status/1556052430927937536 __ at __ 2022-11-19 21:01:21 -08:00 __

← **Tweet**

**Dakotacandids**
@Dakotacandids                                    ...

06.08 | Novas fotos da Dakota durante as gravações de 'Madame Web' em Boston, Massachusetts.
#DakotaJohnson (1)



3:59 PM · Aug 6, 2022 · Twitter Web App

**9** Retweets    **1** Quote Tweet    **40** Likes

Tweet your reply                                Reply

**Relevant people**

 **Dakotacandids**
@Dakotacandids                    Follow

Neste perfil irei postar somente candids de Dakota Johnson. Para mais info, fotos e vídeos me sigam na conta principal: @Dakotashades | Fan Account

**What's happening**

Television · 1 hour ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
📣 Promoted by Uber

Trending in California                 ...
**Andrew Tate**
28.8K Tweets

Music · Trending                       ...
**Elton John**
4,941 Tweets

Sports · Trending                      ...
**#AEWFullGear**
Trending with Moxley

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski                      ...

Search Twitter



← Tweet

🔍 Search Twitter

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

 **AP** ✓
@altapeli                                                    ···

Lily James y Sebastian Stan, o Pamela Anderson y Tommy Lee. Nuevas imágenes desde el set de #PamAndTommy.

Translate Tweet



1:32 PM · Jun 8, 2021 · Twitter Web App

**11** Retweets    **2** Quote Tweets    **61** Likes

💬          ⇄          ♡          ⬆

    Tweet your reply                    Reply

## Relevant people

 **AP** ✓
@altapeli                                           Follow

Cuenta oficial de AltaPeli.com - Cine / Series / Críticas / Noticias / Videojuegos

## What's happening

Formula 1 · 5 hours ago
**Abu Dhabi Grand Prix 2022**


**#Disenchanted** 🧙‍♀️
Original movie now streaming
📺 Promoted by Disney+

Trending in United States                         ···
**Rest In Peace**
51.2K Tweets

Sports · Trending                                 ···
**The Rams**
7,416 Tweets

Trending in California                            ···
**Telemundo**
9,986 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**    ···
@c_perkowski

https://twitter.com/marvelupdatesin/status/1557038789721080002 __ et __ 2022-11-21 18:55:13 -08:00

← **Tweet**

**The Marvel Nerd**
@marvelupdatesin                                        ···

🚨 🚩 BREAKING: New #Echo set photos have revealed the first look at Vincent D'Onofrio as Kingpin in the upcoming Disney+ series



9:19 AM · Aug 9, 2022 · Twitter for Android

**6** Retweets   **8** Quote Tweets   **32** Likes

💬          ⇄          ♡          ⬆

**Tweet your reply**                                    Reply

**Caroline** @SweetSCCaroline · Aug 9            ···
Replying to @marvelupdatesin and @JanBlak73465315
Serious look there
  💬 1          ⇄          ♡ 1          ⬆

**Jan Blake** @JanBlak73465315 · Aug 9            ···
Replying to @SweetSCCaroline and @marvelupdatesin
Serious role. Wilson Fisk is a badass big time!
  💬 1          ⇄          ♡ 1          ⬆

Show replies

**Edel Binski** @EShalbinski · Aug 9            ···
Replying to @marvelupdatesin
Can't wait to watch this
  💬          ⇄          ♡ 1          ⬆

**Search Twitter**

**Relevant people**

**The Marvel Nerd**            Follow
@marvelupdatesin
We discuss about Marvel Movies,News,Facts & Rumours. Click the follow button and be a member of our family. // Ig - THE MARVEL NERD //

**What's happening**

Television · LIVE
**Bachelor in Paradise airing on ABC**

Entertainment · Trending            ···
**Died Suddenly**
49.6K Tweets

Sports · Trending            ···
**Lane**
Trending with  Auburn

Sports · Trending            ···
**Grupo Firme**
2,487 Tweets

Trending in United States            ···
**Tampax**
32.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**            ···
@c_perkowski

__ https://twitter.com/Dakoholics/status/1198886788405829632 __ at __ 2022-11-20 15:58:10 -08:00 __

← **Tweet**

**Dakota Johnson Daily**
@Dakoholics                                          ···

# Dakota & Ezer 

Translate Tweet



12:50 AM · Nov 25, 2019 · Twitter for Android

**29** Retweets **128** Likes

💬            🔁            ♡            ⬆

  Tweet your reply                    Reply

---

## Relevant people

 **Dakota Johnson Daily**        Follow
@Dakoholics

Fan account dedicated to actress, activist, director and producer Dakota Johnson.

## What's happening

NFL · 2 hours ago
**Browns at Bills**

**#Disenchanted** 😵
Original movie now streaming
Promoted by Disney+

Sports · Trending
**Kearse**
1,260 Tweets

Trending in California
**#AMAs** 🌹
1.86M Tweets

Trending in United States
**#100T** 💯
18.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

**Perkowski Legal P.C.**  ···
@c_perkowski

← **Tweet**



**Dakota Johnson Argentina**
@DakotaJArg

...

POR DIOS! Dakota Johnson fue vista el día de hoy en el set de Madame Web en Boston, Massachusetts. - 06/08. Más fotos:

dakotajohnsonarg.sosugary.com/galeria/thumbn...



3:20 PM · Aug 6, 2022 · Twitter Web App

**27** Retweets  **9** Quote Tweets  **121** Likes



Tweet your reply

Reply

## Relevant people



**Dakota Johnson Arge...**
@DakotaJArg

Follow

Tu mejor y más actualizada fuente de información sobre la actriz, productora, directora y activista #DakotaJohnson en Español.

## What's happening

Television · 2 hours ago
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve

▶ Promoted by Uber

Politics · Trending
**HE'S BACK**
154K Tweets

...

Sports · Trending
**Pasadena**
1,632 Tweets

...

Trending in United States
**Blocked**
133K Tweets

...

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Search Twitter



**Perkowski Legal P.C.**
@c_perkowski
...

⎯ https://twitter.com/TheAffinityMag/status/1442572250243387398 ⎯ at ⎯ 2022-11-21 00:38:15 -08:00 ⎯

← **Tweet**




# Home
# Explore
# Notifications
# Messages
# Bookmarks
# Lists
# Profile
# More

**Tweet**

**Affinity Magazine** ✓
@TheAffinityMag                          ···

Angelina Jolie and The Weeknd were recently spotted
together at a restaurant in Los Angeles.



12:30 PM · Sep 27, 2021 · TweetDeck

**2** Retweets   **21** Likes



Tweet your reply                          Reply

## Relevant people

**Affinity Magazine** ✓
@TheAffinityMag
NEXT GEN OF MEDIA                Follow

## What's happening

NCAA Men's Basketball · Yesterday
**Bears at Bruins**



Trending in United States          ···
**#AMAs** 🩸
4.19M Tweets

Trending in United States          ···
**Bob Iger**
Trending with Disney, Chapek

Trending in United States          ···
**Heisman**
4,688 Tweets

Trending in United States          ···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter



**Perkowski Legal P.C.**          ···
@c_perkowski

https://twitter.com/shoe0nhead/status/1379924599819690882 ... al ... 2021-11-22 19:27:09 -08:00
Document 23-9    Filed 03/13/23    Page 75 of 101    Page ID
#3947



https://twitter.com/harrymoonchild/status/1356305712821886977 __ el __ 2022-11-22 11:12:50 -0800

← **Tweet**

**dee.**
@harrymoonchild                                    ···

HE'S SO CUTE AND FOR WHAT



10:17 AM · Feb 1, 2021 · Twitter for Android

**28** Retweets   **4** Quote Tweets   **368** Likes

💬        🔁        ♡        ⬆️

Ⓟ    Tweet your reply                          **Reply**

**r.Sunflowers**🐻‍❄️🍫 @r_Sunflowers04 · Feb 1, 2021    ···
Replying to @harrymoonchild
Omg I wantt

💬        🔁        ♡        ⬆️

**Emma saw harry live**💌 @pinkrryemz · Feb 1, 2021    ···
Replying to @harrymoonchild
@irenetommo03 This actually makes me sob

💬        🔁        ♡ 2        ⬆️

**nikki.**♡ @golden_styles · Feb 1, 2021    ···
Replying to @harrymoonchild
okay i just bought one and i don't wanna talk about it.

💬        🔁        ♡        ⬆️

This Tweet was deleted by the Tweet author. Learn more

Show replies

---

**Home**
**Explore**
**Notifications** 1
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski                                    ···

---

🔍 Search Twitter

**Relevant people**

**dee.**                                    **Follow**
@harrymoonchild
#harry: starry haze crystal ball 🔮🖼️ |
backup:@goldenfineline | ig:dishaxrai

**What's happening**

FIFA World Cup · 1 hour ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🧜
Get tickets now - In theaters December 16
Ⓟ Promoted by Avatar

Celebrities · Trending                    ···
**Tom Hanks**
4,966 Tweets

Only on Twitter · Trending                 ···
**#MHASpoilers**
2,360 Tweets

Trending in United States                  ···
**Ochoa**
Trending with Poland, Lewandowski

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/girlfromaspen/status/1556053152234864640 __ at __ 2022-11-22 20:55:55 -08:00 __

← **Tweet**



**Kate**
@girlfromaspen

···

## Dakota Johnson as Madame Web 🔥



4:02 PM · Aug 6, 2022 · Twitter for Android

**4** Retweets   **2** Quote Tweets   **32** Likes



 **Who can reply?**
People @girlfromaspen follows or mentioned can reply

### Search Twitter

## Relevant people

 **Kate**
@girlfromaspen        **Follow**

I dislike negativity so unless I follow you, your replies aren't welcome on my tweets.

## What's happening

FIFA World Cup · This morning
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
◻ Promoted by Avatar

Business and finance · Trending        ···
**Chesapeake**
5,887 Tweets

Trending in United States        ···
**#GenshinSpecialProgram**
14.9K Tweets

Trending in California        ···
**Costco**
5,503 Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 23-9   Filed 03/13/23   Page 78 of 101   Page ID #:3950

← **Tweet**

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

Home

\# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**


**Perkowski Legal P.C.**
@c_perkowski
...

← **Tweet**



**katie** 🙌
@weloveharry_1Dx

···

## HE'S A SUNFLOWER BABIE

10:52 AM · Jan 29, 2020 · Twitter for iPhone

**1** Retweet   **6** Likes

Q   Search Twitter

**Relevant people**



**katie** 🙌
@weloveharry_1Dx
jack's housewife

**Follow**

Tweet your reply

**Reply**

https://twitter.com/creamorscream/status/1431348759741571074 __el__2022-11-22 08:20:22 -08:00



# Tweet

← **Tweet**

**Bishop**
@BlindWanda                                    ···

Dominique Thorne as Riri Williams is so 👉😍



1:11 PM · Aug 27, 2021 · Twitter Web App

**7** Retweets   **1** Quote Tweet   **50** Likes

💬    🔁    ♡    ⬆️

  Tweet your reply                    **Reply**

**solazo** 🍊 **(dazzler stan)** @ego_du_desir · Aug 27, 2021    ···
Replying to @BlindWanda and @CreamOrScream
it fits her so well i cant-

💬    🔁    ♡    ⬆️

This Tweet was deleted by the Tweet author. Learn more

**Stefan (The Multiverse Saga )** @Nerdpower88 · Aug 28, 2021    ···
nooo its for Black Panther Wakanda Forever

💬    🔁    ♡    ⬆️

---

## Left sidebar

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

---

## Right sidebar

🔍 Search Twitter

### Relevant people

**Bishop**
@BlindWanda          **Follow**
Lover of Marvel, DC, Star Wars, Comics, Hailee Steinfeld, BLACKPINK, and many other things ()

### What's happening

FIFA World Cup · LIVE
**Mexico vs Poland**

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Events · Trending
**Mexicans**
8,141 Tweets        ···

Entertainment · Trending
**Died Suddenly**
112K Tweets        ···

Trending in California
**Mexico City**
25.4K Tweets        ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/turkce/status/1371756011111976960 __ et __ 2022-11-22 14:03:28 -08:00 __

← **Tweet**

 **Türkçe** 
@turkce

⋯

**Relevant people**

 **Türkçe**     **Follow**
@turkce

Gazete ve dergilerden Türkçe Haberler, Son Dakika, Spor, Magazin, Teknoloji, Sinema Haberleri. İletişim ve iş birliği için: turkcemag@gmail.com

**Türkçe**
@turkce

Önce test, sonra yemek: Son dönemde rapçi eşi Kanye West'ten boşanacağına dair haberlerle gündemde olan Kim Kardashian, Los Angeles'ta objektiflere yansıdı. Akşam yemeği için bir restorana giden ünlü yıldız, mekana... dlvr.it/Rvk67H #Türkçe #MagazinHaberleri #Magazin

Translate Tweet



2:31 AM · Mar 16, 2021 · dlvr.it

          ♡     ↥

 Tweet your reply     **Reply**

**What's happening**

FIFA World Cup · 4 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🔵
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Sports · Trending     ⋯
**Chris Mack**

Chain restaurants · Trending     ⋯
**Hooters**
6,134 Tweets

Trending in California     ⋯
**Chicharito**
6,502 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

🔍 Search Twitter

Perkowski Legal P.C. ⋯
@c_perkowski

— https://twitter.com/ClickySound/status/1224370485837864980 — at — 2022-11-20 15:27:43 -08:00 —

← **Tweet**



**Clicky Sound**
@ClickySound
···

[clickysound.com/celebrities-at...](clickysound.com/celebrities-at...)  Ben Simmons and Kendall Jenner were one of many who made the game a date night.



8:34 AM · Feb 3, 2020 · Clicky Sound

   

  Tweet your reply

Reply

## Relevant people



**Clicky Sound**
@ClickySound                    Follow

Photography at its Best!

## What's happening

NFL · 2 hours ago
**Browns at Bills**



**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in California                ···
**Rest In Peace**
Trending with #TheWalkingDead

Trending in California                ···
**#AMAs** 🔥
Trending with Favorite K-Pop Artist

Sports · Trending                     ···
**Denver**
105K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/ChrisEvansArg/status/1588568432585252865 — at — 2022-11-22 23:19:11 -08:00 —



← Tweet

Chris Evans Argentina - Sitio de Fans
@ChrisEvansArg                                    ...

📸: Chris Evans en el set de Red One



9:18 AM · Nov 4, 2022 · Twitter for Android

26 Retweets   1 Quote Tweet   205 Likes

Who can reply?
People @ChrisEvansArg mentioned can reply

---

**Search Twitter**

**Relevant people**



Chris Evans Argentin...        Follow
@ChrisEvansArg
Bienvenidos al primer club de fans en
Argentina del actor @ChrisEvans .
Activa la 🔔 para recibir toda la info
en español e Inglés. Fandom acc

**What's happening**

NBA · 1 hour ago
Lakers at Suns



#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
◪ Promoted by Avatar

Trending in United States                ...
Erection
20.4K Tweets

Trending in California                   ...
Costco
6,027 Tweets

Celebrities · Trending                   ...
Denzel Washington
2,387 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home

# Explore

🔔 Notifications

Messages

🔖 Bookmarks

Lists

Profile

More

**Tweet**



Perkowski Legal P.C.        ...
@c_perkowski

__ https://twitter.com/MarvelThaiFan/status/1553247107880202240 __ at __ 2022-11-20 09:16:27 -08:00 __

← **Tweet**

 **MarvelThaiFan**
@MarvelThaiFan

คืออยากจะบอกว่าตอนนี้เห็น Easter Egg อะไรจากกองถ่าย/
ตัวอย่างหนัง SSU จะไม่สนแล้วจนกว่าจะได้เห็นมันจริงๆบนจอ
5555



10:12 PM · Jul 29, 2022 · Twitter Web App

**9** Retweets   **10** Likes

   

Tweet your reply

Reply

---

## Relevant people

 **MarvelThaiFan**
@MarvelThaiFan    **Follow**

ทุกสิ่งทุกอย่างเกี่ยวกับ MARVEL รวบรวม
มาให้คุณที่นี่แล้ว ! สำหรับแฟนมาร์เวลจาก
แฟนมาร์เวล

## What's happening

FIFA World Cup · 1 hour ago
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 🍿
**Original movie now streaming**
☑ Promoted by Disney+

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Tommy

Trending in California
**Shakira**
98.1K Tweets

Only on Twitter · Trending
**#RIPLEGEND**
3,180 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ⋯
@c_perkowski

__ https://twitter.com/tender_DMJ/status/1088602540177018881 __ at __2022-11-20 21:35:26 -08:00

← **Tweet**

**DAKOTA** 💜💙
@tender_DMJ                                    ···

Hello to the love of my life ❤️



5:00 PM · Jan 24, 2019 · Twitter for iPhone

**5** Retweets   **40** Likes

 Tweet your reply                                    Reply

---

## Relevant people

 **DAKOTA** 💜💙          Follow
@tender_DMJ

Dakota Johnson is the meaning of
perfection and of course the love of
my life ❤️

## What's happening

Television · 3 hours ago
**The Walking Dead airing on AMC**          

**#Disenchanted** 👸
Original movie now streaming
▶ Promoted by Disney+

Trending in United States          ···
**Bob Iger**
Trending with  Chapek, Disney

Trending in United States          ···
**#TheWalkingDead**
Trending with  #TWDFinale, Michonne

Trending in United States          ···
**#AMAs** 🎤
4.57M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy

__ https://twitter.com/moviedeathblows/status/1405323149982453769 __ at __ 2022-11-22 12:40:23 -08:00 __

← Tweet

**MOVIEDEATHS**
@MOVIEDEATHBLOWS

···

Behind The Scenes of the time heist In Avengers Endgame. #Avengers #Marvel #MCU #AvengersEndGame #AvengersAssemble



5:35 PM · Jun 16, 2021 · Twitter for iPhone

**4** Retweets   **58** Likes

🗨   ⇄   ♡   ↑

Ⓟ   Tweet your reply                           Reply

---

**Relevant people**

**MOVIEDEATHS**
@MOVIEDEATHBLOWS          Follow

Breaking News for Movie, TV, & ComicBook fans alike. We post news,

🔍 Search Twitter

**Home**

**#** Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

Lists

👤 Profile

··· More

**Tweet**



Perkowski Legal P.C.
@c_perkowski          ···

https://twitter.com/ScreenMix/status/1401275441705817088                   2022-11-03 16:59:44  (AM).B                   Document 23-9   Filed 03/13/23   Page 87 of 101   Page ID #2858                   (C) 2022-OWA2-OWG-ADS



__ https://twitter.com/JDrewSwaggie/status/1069481981413638144 __ at __ 2022-11-21 18:09:27 -0800 __

← **Tweet**

lina
@JDrewSwaggie

⋯

## They are so cute 😍



10:42 PM · Dec 2, 2018 · Twitter for iPhone

**109** Retweets    **5** Quote Tweets    **298** Likes

Tweet your reply                                    Reply

Nim @archiveofxnim · Dec 4, 2018    ⋯
Replying to @JDrewSwaggie
Envy aku tuh 😔

---

 Search Twitter

## Relevant people

 lina
@JDrewSwaggie                     Follow

i stan a grammy award winning artist |
saw him 22.04.13, 29.09.16, 30.09.16 &
10.06.17 | he followed 16.09.14 & he
liked 09.11.15 |Kailee forever|

## What's happening

NFL · LIVE
**49ers at Cardinals**


Trending in United States
**Died Suddenly**
43.8K Tweets

Trending in United States
**Tampax**
29.1K Tweets

Sports · Trending
**Cale Makar**
1,068 Tweets

Trending in United States
**Trent Reznor**
15.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski    ⋯



__ https://twitter.com/tender_DMJ/status/1578387816281853190 __ at __ 2022-11-19 19:31:49 -0800 __

← **Tweet**

 **DAKOTA** 💜💙
@tender_DMJ

The only thing that matters about MW is Dakota 😍



7:12 AM · Oct 7, 2022 · Twitter for iPhone

**1** Retweet   **42** Likes

🔍 Search Twitter

**Relevant people**

 **DAKOTA** 💜💙
@tender_DMJ                    Follow

Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

**What's happening**

Television · LIVE
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve

▶ Promoted by Uber

 Tweet your reply    Reply

← **Tweet**

**Beyoncé Looks**
@KnowlesLooks
···



4:54 PM · Feb 22, 2018 · Twitter for iPhone

**88** Retweets  **11** Quote Tweets  **267** Likes

💬              ⟲              ♡              ⬆

P | Tweet your reply                    **Reply**

**Cicely Thurman** @cicely_thurman · Feb 22, 2018          ···
Replying to @KnowlesLooks
Nice suit

💬              ⟲              ♡              ⬆

**kEYONE** @COUSINoso · Feb 22, 2018          ···
Replying to @KnowlesLooks
yes.'?

💬              ⟲    1         ♡              ⬆

**nono** @Orxkia · Feb 22, 2018          ···
Replying to @KnowlesLooks
@sabryajnnrs

💬              ⟲              ♡              ⬆

**Blessings** @brainbowe · Feb 22, 2018          ···
Replying to @KnowlesLooks
Woow baby i love it I have never seen an outfit quite like that. To me you
make everything look good honey.

💬              ⟲              ♡              ⬆

---

🔍 Search Twitter

**Relevant people**

 **Beyoncé Looks**            Follow
@KnowlesLooks
Your favorite pictures of Beyoncé all
on one page.

**What's happening**

FIFA World Cup · Starts at 8:00 AM
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now – In theaters December 16
□ Promoted by Avatar

Entertainment · Trending                    ···
**Died Suddenly**
107K Tweets

Trending in United States                    ···
**Argentina**
Trending with #FIFAWorldCup 🏆 , Herve Renard

Trending in United States                    ···
#السعوديه_الارجنتين
1.25M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

P **Perkowski Legal P.C.**    ···
@c_perkowski

https://twitter.com/harrymoonchild/status/1346601403004645407
2021-7-22, 07:39:05 a.m. Document 33-9 Filed 10/13/23 Page 92 of 101 Page ID
#7869 AMD ADG

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

### dee.
@harrymoonchild

## IT'S NOT A QUESTION BUT OLIVIA WON.



10:41 AM · Jan 6, 2021 · Twitter for Android

**128** Retweets  **41** Quote Tweets  **1,809** Likes

Tweet your reply                                    **Reply**

**dee.** @harrymoonchild · Jan 6, 2021
THIS WHOLE THING IS JUST SO0

You're pathetic.

**dee.** @harrymoonchild · Jan 6, 2021
Must be nice

Lols to smile about Olivia beamed as she was seen
running errands in Harry's Mercy Range Rover

**Harry Styles King TPWK** @HStylesKingTPWK · Jan 6, 2021
Replying to @harrymoonchild
No no no no

**Nina** @ninagolden_ · Jan 6, 2021
Replying to @harrymoonchild
They look so happy 😔 at first I didn't really believe all of it but I know I
definitely do

**zilm™♡y gracie** 😩 @CanyonstarsD6 · Jan 6, 2021
Replying to @harrymoonchild
So y'all are just gonna ignore her engagement ring in this picture

**zilm™♡y gracie** 😩 @CanyonstarsD6 · Jan 6, 2021
Replying to @CanyonstarsD6 and @harrymoonchild
Crop spotted again 😩😩

Replying to @harrymoonchild

**♡♡♡♡ sugar** @bridi1530633 · Jan 6, 2021
Replying to @harrymoonchild
#harrywearsamask #harrywearsamask

**mignel!!!!!! @ajfwise** @JpArtva · Jan 6, 2021
Replying to @harrymoonchild

**mya •♡✦.° · ♥♥** @mydonotInffle · Jan 6, 2021
Replying to @harrymoonchild
yeah she did "win" but so many people are losing their lives while they travel
and wear in affective masks

This Tweet is from a suspended account. Learn more

Show replies

### Relevant people
**dee.**
@harrymoonchild
**Follow**
#harry #larry #larry #crystal ball
backup @goldenflowline | goldiharoa

### What's happening
**NBA** · 17 minutes ago
**Warriors at Rockets**

#DISenchanted 🎬
Original movie now streaming
Promoted by Disney+

Sports · Trending
**Patrick Mahomes**
...

Trending in United States
**#AMAAs** 🏆
3,770 Tweets

Trending with @goldenflowline

Trending in United States
**Machine Gun Kelly**
2,031 Tweets

**Show more**

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads Info  More...
© 2021 Twitter, Inc.



← Tweet



**All Things Marvel**
@things_marvel

3 ซุปเปอร์ฮีโร่สาวใน Captain Marvel ภาค 2 ที่มีชื่อเรื่องใหม่ว่า The Marvels
● Carol Danvers/Captain Marvel
● Monica Rambeau
● Kamala Khan/Ms. Marvel



6:51 AM · May 3, 2021 · Twitter Web App

**278** Retweets   **3** Quote Tweets   **57** Likes

🔍 Search Twitter

**Relevant people**

**All Things Marvel**          Follow
@things_marvel

News update for THAI fans of @Marvel Cinematic Universe. อัปเดตข่าวยองจักรวาลภาพยนตร์มาร์เวลสำหรับแฟน ๆ ข่าวไทย

**What's happening**

FIFA World Cup · LIVE

🐦

🏠 Home

# Explore

🔔 Notifications   1

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

Perkowski Legal P.C.   ⋯
@c_perkowski

💬   ⟲   ♡   ⬆️

Tweet your reply          Reply

__ https://twitter.com/lindaikeji/status/1396998256232521729 __ at __ 2022-11-22 17:00:54 -08:00 __

← **Tweet**



**Linda Ikeji**
@lindaikeji

Singer Rita Ora, her boyfriend Taika Waititi and actress Tessa Thompson engage in group kiss after taking booze (photos)    lindaikejisblog.com/2021/5/singer-...



6:15 PM · May 24, 2021 · LIB App

**1** Like

Tweet your reply

**Reply**

---

## Search Twitter

### Relevant people



**Linda Ikeji**
@lindaikeji
**Follow**

Blogger. CEO, LindaIkejiTV

### What's happening



FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**James Woods**
2,399 Tweets

Entertainment · Trending
**Marvel**
86.2K Tweets

Trending in United States
**Obama and Clinton**
8,289 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

 **Perkowski Legal P.C.** ···
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



https://twitter.com/RNavyBrazil/status/148126956949607930... id ... 2022-11-22 02:18:39 -08:00





← **Tweet**

Search Twitter

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C. ...
@_perkowski

**Relevant people**

Rihanna Navy Brasil |...
@RNavyBrazil    **Follow**

RNB 🇧🇷 | Estamos online desde 2010, somos o maior e mais completo fã-clube sobre a cantora Rihanna no Brasil e em toda a América Latina. Apoio: @umusicbrasil

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
🔹 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
79.1K Tweets

Trending in United States
**Arabia Saudita**
54.6K Tweets

Trending in United States
**#GMMTV2023**
354K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

Rihanna Navy Brasil | Fan Account
@RNavyBrazil

Servindo looks!

Rihanna e A$AP Rocky, chegando no restaurante Giorgio Baldi, em Santa Monica, na noite passada (11).



6:20 am · Jan 12, 2022 · Twitter for iPhone

**157** Retweets  **98** Quote Tweets  **1,761** Likes

🔁  Tweet your reply  **Reply**

**john** @beyoncespirit · Jan 12
Replying to @RNavyBrazil and @rnavybrasil
parents ❤️

**Jaqueline** @jaqqi_ · Jan 12
Replying to @RNavyBrazil
Ela só sai de casa p isso msm 😍

**A** @apolo_ui · Jan 12
Replying to @RNavyBrazil
Grande novidade, ela só sai de casa pra isso

1 😍 @webdvathaty · Jan 12
Replying to @RNavyBrazil
os mais divos do mundo!

**Phe** @phepqp · Jan 12
Replying to @RNavyBrazil
Só looks msm pq nenhum dos dois estão servindo música 😭😭😭

스타퀸즈 @LayLopess · Jan 12
Replying to @RNavyBrazil
diabe isso

**QG NBA YoungBoy** @QGNBaYoungboy · Jan 12
Replying to @RNavyBrazil
meta que eu queria, adm

**PORTAL GERMANÓZA** @dhozagabriel · Jan 12
Replying to @RNavyBrazil
eu enxerguei a Grace Jones nessa foto

**nath** @unsaidthhings · Jan 12
Replying to @RNavyBrazil
levou no giorgio baldi vai dar casamento

**mateus** @mafobic · Jan 12
Replying to @RNavyBrazil
o look de milhões da manis

**Subcelebri-Cacta** 🍀🌵 @I_badga · Jan 12
Replying to @RNavyBrazil
fico imaginando no questo musical e fashionista como seria ela e kanye juntos como casal? babadô dms

**roberta** @robertasnl · Jan 12
Replying to @I_badga and @RNavyBrazil
não ia ter pra absolutamente ninguém com eles dois na moda, mas não consigo imaginá-los como casal, só irmãos mesmo, porem são meu tudo <3

Show replies

**sarinha maceta bct** ✨ @badgaisaaahh · Jan 12
Replying to @RNavyBrazil
serviam

**renny** @wayne_jis · Jan 12
Replying to @RNavyBrazil
Crih gosto muito da Rihanna e do A$ap tbm mais ultimamente eles estão agredindo a moda com força 😂

**Guio** @bigg_wx · Jan 12
Replying to @RNavyBrazil
Eles são tão estilosos

**Rafael Valentim** @kannyeWestBahia · Jan 12
Replying to @RNavyBrazil
O casal perfeito da po****

**James Doyle** @JamesDoll2774724 · Jan 12

Case 2:22-cv-09462-DMG-ADS   Document 23-9   Filed 03/13/23   Page 96 of 101   Page ID #:3968



← Tweet

**Blink Station TV**
@BlinkStationTV

Dakota Johnson no set de #MadameWeb.




6:00 AM · Jul 28, 2022 · Twitter Web App

**6** Retweets   **11** Likes





Tweet your reply

Reply

---

   Search Twitter

**Relevant people**



**Blink Station TV**
@BlinkStationTV                    Follow

📢 Nos sigam para notícias, fofocas, rumores, fanfics, fanarts e umas coisitas mais! 📩 | blinkcontato@gmail.com

**What's happening**

NFL · Yesterday
**Cowboys at Vikings**

Sports talk · Trending
**Skip and Shannon**

Trending in United States
**#MakeATrekSong**

Trending in United States
**#AntManandTheWaspQuantumania**
Trending with Kang

Trending in United States
**Maguire**
119K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**
@c_perkowski   ···

Tweet

🔍 Search Twitter

Home
Explore
Notifications ①
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**best harry pics**
@hstylespics

"Free & Easy"



◻ Harry Styles. and HSHQ

9:11 AM · Apr 1, 2020 · Twitter for iPhone

**254** Retweets   **52** Quote Tweets   **2,753** Likes

Tweet your reply    Reply

**Victoria 😊** @VictoriaHatzson · Apr 3, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
The beard 😍😍😍😍

**correspondente do choquei** @vitorialn_ · Apr 1, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
Eu tô sem medo de pegar o corona

**pauline 🧡** @artbypaulson · Apr 1, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ

11

**Deanna Birky** @Birky_D · Apr 1, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
Damn!! Smokin' hot!

**louis 🌙 🍃** @bluxnytommo · Apr 1, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
Ohmyhid he has airpods in

He can't hear us

**mar** @marleegdawg · Apr 1, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ

▶

GIF    ♡ 3

**glitter_tears 🔟½ ✨ ᵇᵒᵗ⁷ 🌈³** @souza_feh_ · Apr 1, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
mais como fica lindo com barba esse homem pqp

**cherry** @NewAngelNiall_ · Apr 1, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
He's wearing AirPods😳    ♡ 3

**Tatti** @tatti02904266 · Apr 1, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
I love his beard,looks so good 🥰

**🎄 ✨Harry's Festive Crown Princess ...** @HHRHHa... · Apr 1, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
STAHP I HAVE DADDY ISSUES

This Tweet was deleted by the Tweet author. Learn more

**Mady** @_thatweirdgurl · Apr 1, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
He ChOsE to share it

This Tweet is from a suspended account. Learn more

**Charlie is seeing YUNGBLUD** @tryingfortay · Apr 2, 2020
Replying to @fineicarus @hstylespics and 2 others

i'm SHOOK

♡ 3

## Relevant people

**best harry pics** @hstylespics   Follow
Enjoy the best & latest contents of Grammy winning artist @Harry_Styles. #BLM | © rightful owners of pictures (DM us for credits)

**Harry Styles.** ✓ @Harry_Styles   Follow

**HSHQ** ✓ @HSHQ   Follow
Official Twitter For @Harry_Styles info. HS IG: instagram.com/harrystyles || HSHQ IG: instagram.com/hshq

## What's happening

FIFA World Cup · This morning
**England vs Iran**

Entertainment · Trending
**Died Suddenly**
36.1K Tweets

Trending in United States
**#JeopardyAmyChat**

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,626 Tweets

Family drama · Trending
**#GTMcontest10**
Trending with #GBMORtheMenier

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@_c_perkowski

https://twitter.com/RihannaNoBrasil/status/1562833922253557761 __et__ 2022-11-20 15:19:25 -08:00

← **Tweet**

**Rihanna.com.br** ⚓
@RihannaNoBrasil

Rihanna e A$AP Rocky foram vistos saindo do hotel Ned, onde passaram algumas horas em uma suíte particular, em Nova York. (24/08) 👀 🧨

📸: Blayzen Photos

Translate Tweet



🏷 LORD FLACKO JODYE II

9:06 AM · Aug 25, 2022 · Twitter for Android

**16** Retweets   **3** Quote Tweets   **212** Likes

P   Tweet your reply                                        Reply

**aquelaprimadariri** @primadarihanna · Aug 25
Replying to @RihannaNoBrasil and @asvpxrocky
so precisou de agua da casa e uma porçao de salaminho

**K**   **Keith David Doss** @KeithDavidDoss2 · Aug 25
Replying to @RihannaNoBrasil and @asvpxrocky
So BEAUTIFUL and SEXY 😍

**quel** 🤏 @raquelslu · Aug 25
Replying to @RihannaNoBrasil and @asvpxrocky
Esse casal é o mais lindo do mundo genteeeeeeeeerrrrr

---

Search Twitter

**Relevant people**

Rihanna.com.br ⚓   Follow
@RihannaNoBrasil
Rihanna.com.br is a genuine and registered fansite, made by fans. 🇧🇷 Fã-clube e portal de notícias brasileiro sobre a cantora Rihanna. Online desde 2008.

LORD FLACKO JO... ✓   Follow
@asvpxrocky
AWGE! For Booking/Shows: Asap@caa.com

**What's happening**

NFL · LIVE
**Cowboys at Vikings**

#Disenchanted 🪄
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
Trending with #TheWalkingDead

Sports · Trending
**Denver**
105K Tweets

Trending in California
**#FIFAWorldCup** 🏆
Trending with #AMAs 🏆, Favorite K-Pop Artist

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Perkowski Legal P.C.   ···
@c_perkowski

https://twitter.com/cravemedia_/status/1399803414142353411 __ el __ 2022-11-22 11:54:34 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-9    Filed 03/13/23    Page 99 of 101    Page ID
#:3971

.
@cravemedia_                                                              ...



12:01 PM · Jun 1, 2021 · Twitter for iPhone

**57** Retweets    **107** Quote Tweets    **384** Likes

💬    🔁    ♡    ⬆️

🅟  Tweet your reply                                          **Reply**

🚩 **Niki** @YouDa1C_nt · Jun 1, 2021                         ...
Replying to @cravemedia_
@TwoStrongHands

💬    🔁    ♡ 2    ⬆️

**Sunshine923** @CarollB923 · Jun 9, 2021                     ...
Replying to @cravemedia_
😢😢

💬    🔁    ♡    ⬆️

**Kanye West is blonde and gone.** @NoirScale · Jun 1, 2021  ...
Replying to @cravemedia_
How can anyone look past that "dragon" tatoo?

💬    🔁    ♡    ⬆️

**Angel** @Carebear2021 · Jun 9, 2021                         ...
Replying to @cravemedia_
So is Jennifer Garner going to feel like the whole time she Was with Ben that
he was actually still in love and still wanted Jennifer Lopez? She rescued him
from a downward spiral, had his children,did everything for him, and in the
end he goes back to his ex Lopez. Wow poor kids

💬    🔁    ♡ 1    ⬆️

**valerie 🫶🫶 jlo era IS BACK** @jlosbitch · Jun 1, 2021     ...
Replying to @cravemedia_
so cute

💬    🔁    ♡ 2    ⬆️

Show additional replies, including those that may contain offensive     **Show**
content

---

🐦

🏠 **Home**

# **Explore**

🔔 **Notifications** ①

✉️ **Messages**

🔖 **Bookmarks**

📋 **Lists**

👤 **Profile**

⊙ **More**

**Tweet**

📖 **Perkowski Legal P.C.**  ...
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

.
@cravemedia_                              **Follow**
Media account for @FilmUpdates

**What's happening**

FIFA World Cup · 1 hour ago
**Mexico vs Poland**                      

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
📌 Promoted by Avatar

Trending in United States
**Australia**
Trending with Giroud, Rabiot            ...

Trending in United States
**Ochoa**
Trending with Australia, Giroud         ...

Trending in California
**Mexico City**
20.7K Tweets                             ...

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Document 334 Filed 03/13/23 Page 100 of 101

the time rihanna wore the saint laurent heart shaped coat





Marvel Latin News @MarvelLatin
Follow
🎬 NOTICIAS | RESEÑAS | ENTREVISTAS | TODO SOBRE EL ENTRETENIMIENTO | Medio #1 de TWITTER FR🎬 | @NAAII & @NOCritics MEMBER Contacto: colaboracionmln@gmail.com

**What's happening**

FIFA World Cup · LIVE
Senegal vs Netherlands

Sports · Trending
Charles Barkley
3,269 Tweets

Trending in United States
Países Bajos
29.4K Tweets

Trending in United States
Colorado Springs
517K Tweets

Sports · Trending
Maguire
123K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ...
© 2022 Twitter, Inc.

Marvel Latin News 🔵 @MarvelLatin

## Y justo aquí dices: ¿KHEEEEEE?

Translate Tweet

8:33 PM · Apr 12, 2022 · Twitter for iPhone

372 Retweets   154 Quote Tweets   9,455 Likes

Tweet your reply

Marvel Latin News 🔵 @MarvelLatin · Apr 12
Replying to @MarvelLatin
La foto es del set de rodaje de Oppenheimer

Ahora, ya que te di el contexto, sígueme en Instagram

🔗 instagram.com/marvellatinnews

Fugazi @Fugaz_RockGirl · Apr 12
Replying to @MarvelLatin
Multiverso mexicano 😭

David Miranda @DMiranda07 · Apr 12
Replying to @MarvelLatin
Se parece mucho Jeremy Irons (Alfred) de BvS

Humberto Taboada @Etaribnol · Apr 12
Replying to @DCMiranda07 and @MarvelLatin
Yo siempre había pensado eso

Show replies

EternoUsuario @Frikiosuario · Apr 12
Replying to @MarvelLatin
Justo me recordó a Robert Downey Junior, ahora se que es el, debe ser la película que estaba filmando con Netflix y de la que era director, no me acuerdo su nombre.

Alejandro García @Alejipan22 · Apr 12
Replying to @Frikiosuario and @MarvelLatin
Christopher Nolan, en Oppenheimer.

Manilow Beltran @Fvil300012 · Apr 12
Replying to @MarvelLatin
Jajaja 😂 crei que era una variante de Tony Stark que sobrevivió y ahora era viejo jejeje 😭

Navy at Midnight @HeyBabyItsMacy · Apr 12
Replying to @MarvelLatin
@aidaxtwitter QUÉDE 💀

@aidaxtwitter · Apr 12
Replying to @HeyBabyItsMacy and @MarvelLatin
NO QUE

Juan_Ma @JM_Nomada · Apr 13
Replying to @MarvelLatin
Jeremy Irons? O REIJ!!?

Oxen H. @OH_squire · Apr 13
Replying to @MarvelLatin
Casi me da un infarto, pensaba que se trataba del universo de marvel 😂😂 🤣

omaynaplua @omaynaplua · Apr 13
Replying to @OH_squire and @MarvelLatin
Siiii yo igual

wirbyland 🍊🦗 @ytosqadriisuario · Apr 12
Replying to @MarvelLatin
Siempre enfadonado porque la chikito 😭

chocolatada7 @springskydream · Apr 12
Replying to @MarvelLatin
CONTEXTO

Marvel Latin News 🔵 @MarvelLatin · Apr 12
Replying to @springskydream

Marvel Latin News 🔵 @MarvelLatin · Apr 12
La foto es del set de rodaje de Oppenheimer
Ahora, ya que te di el contexto, sígueme en Instagram
🔗 instagram.com/marvellatinnews
Show this thread

TheDad7ff 🇲🇽🔥 @TheDad7ff · Apr 12

