# EXHIBIT B Continued

← **Tweet**



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 **XAYLOK**
@XAYLOK1                                                    ⋯

NOUVELLES IMAGES : Vincent D'Onofrio en tournage à Atlanta pour la série #Echo

Translate Tweet



6:16 PM · Aug 9, 2022 · Twitter for Android

**1** Like

                        

 Search Twitter

**Relevant people**

 **XAYLOK**        Follow
@XAYLOK1

Compte en lien avec ce que j'essayerai de proposer sur Youtube sur la chaîne du même nom : de l'actualité cinéma

#marvel

**What's happening**

NFL · Yesterday
**Cowboys at Vikings**

Sports · Trending                          ⋯
**Mexico City**
13.4K Tweets

Trending in United States                 ⋯
**House of the Rising Sun**

Trending in United States                 ⋯
**Hive**
148K Tweets

Trending in United States                 ⋯
**Trent Reznor**
10.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

Tweet your reply                          Reply

**Perkowski Legal P.C.**   ⋯
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 23-10   Filed 03/13/23   Page 3 of 101   Page ID #:3976

← Tweet

**Gerard Cortez**
@SoyGerardCortez ···

Buenos días, ya llegué 🖤

Translate Tweet



5:37 AM · Feb 14, 2019 · Twitter for iPhone

**54** Retweets   **9** Quote Tweets   **451** Likes

Tweet your reply                                    Reply

**Lola** 💚💜 @MeAndMrJonas · Feb 14, 2019 ···
Replying to @SoyGerardCortez
Ya decía yo que me parecía familiar el estilo... jajajaja

♡ 2

**Maru Lares** @lamarulares · Feb 14, 2019 ···
Replying to @SoyGerardCortez
y yo que AMO a Riri y entiendo que algo es #FEO hasta que @rihanna lo usa puedo decir que> capa de corazón SI, zandalias "romanas" con piernas gordas y pies hinchados NO, no no no... lo lamento!

♡ 1

**Reinaldo Fabricio** 🇪🇨🙏 @_FabricioGS · Feb 15, 2019 ···
Replying to @SoyGerardCortez and @S4DB4RBIE
YSL ICONIC.

**Alberto Rodriguez** @Albert Rguez · Feb 14, 2019 ···
Replying to @SoyGerardCortez
G L O R I O S O Día para ti Gerard ¡¡

---

**Home**
**Explore**
**Notifications** 1
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

Tweet

**Perkowski Legal P.C.** ···
@c_perkowski

Search Twitter

**Relevant people**

**Gerard Cortez**   Follow
@SoyGerardCortez
Periodista de moda y cultura pop. TV Host y guionista. Amarás mi YouTube. No binarie. Inmigrante. Contacto Gerardcortez@gmail.com.(El-he, ella-she, elle-they)

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
🎟 Promoted by Avatar

Entertainment · Trending
**Marvel**
85.4K Tweets

Trending in United States
**RIP Harold**
Trending with TO BE CLEAR

Sports · Trending
**Ronaldo**
Trending with Glazers, Manchester United

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/wannagate/status/1099006057320534017 __el__ 2022-11-22 19:49:11 -08:00





https://twitter.com/AboutHerOFCL/status/1238155345429704704 __ at __ 2022-11-21 12:41:06 -08:00 __

← **Tweet**

 **About Her** ✓
@AboutHerOFCL

Sofia Vergara teaches us how to dress up jeans, with heels and a good jacket.



10:30 AM · Mar 12, 2020 · Buffer

**2** Likes

  

 Tweet your reply

Reply

## Relevant people

 **About Her** ✓
@AboutHerOFCL

Follow

Inside untapped territory: Pulling back the curtain on Arab women who are defining cultural trends now.
#AboutHer

## What's happening

FIFA World Cup · LIVE
**USA vs Wales**



Trending in United States
**Haji Wright**

Trending in United States
**WHAT A SAVE**
8,187 Tweets

Entertainment · Trending
**julia fox**
6,340 Tweets

Trending in United States
**Medford Messi**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

 **Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/defnoodles/status/1404545921764153349        _all__2022-11-21 19:50:45-08:00    Document 23-10    Filed 03/13/23    Page 6 of 101    Page ID #:3979

← **Tweet**



__ https://twitter.com/tender_DMJ/status/1578048343049224194 __ el __ 2022-11-20 08:55:43 -08:00

← **Tweet**

**DAKOTA** 💜💙
@tender_DMJ                                     ···

## I just want to hug her 😌😭



8:43 AM · Oct 6, 2022 · Twitter for iPhone

**4** Retweets    **76** Likes

💬            ⇄            ♡            ⬆️

P    Tweet your reply                          **Reply**

**Alexious** @vaylexious · Oct 6               ···
Replying to @tender_DMJ
Yea, she might need one.

💬            ⇄            ♡            ⬆️

**Marichely unzué Iñigo** @UnzueInigo · Oct 11   ···
Replying to @tender_DMJ
Gracias 😊

💬            ⇄            ♡            ⬆️

**BJ Lucas** @BJscats2 · Oct 6                  ···
Replying to @tender_DMJ
So do I. Want to show her and Chris we are thinking of them.

💬            ⇄            ♡ 5          ⬆️

---

### Navigation sidebar

🐦

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

P  **Perkowski Legal P.C.**  ···
@c_perkowski

---

### Right sidebar

🔍 Search Twitter

**Relevant people**

**DAKOTA** 💜💙
@tender_DMJ                        **Follow**
Dakota Johnson is the meaning of
perfection and of course the love of
my life ❤️

**What's happening**

Television · Last night
**Saturday Night Live airing on
NBC**

#Disenchanted 🧙‍♀️
**Original movie now streaming**
⊠ Promoted by Disney+

Trending in California          ···
**Shakira**
97K Tweets

Trending in United States       ···
**#RIPLEGEND**
1,961 Tweets

Only on Twitter · Trending       ···
**RIP JDF**
5,806 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/nacaomarvel/status/1363310561761591296 __el __2022-11-21 22:51:24 -08:00

Case 2:22-cv-09462-DMG-ADS    Document 23-10    Filed 03/13/23    Page 8 of 101    Page ID #:3981

**NAÇÃO MARVEL | fan club**
@nacaomarvel

Hailee Steinfeld é perfeita de todo jeito né?
Translate Tweet



6:12 PM · Feb 20, 2021 · Twitter for Android

49 Retweets    8 Quote Tweets    861 Likes

Tweet your reply                          Reply

**thess ᵐ** @know_it_falls · Feb 20, 2021
Replying to @nacaomarvel
sim nação 😂🥰

**tame van dyne** 🍩 @harpialegacy · Feb 20, 2021
Replying to @nacaomarvel
sim.

**madu** @h0rrorbody · Feb 21, 2021
Replying to @nacaomarvel



From **emy cinematic universe**

**mary 1899 ⚜ | ✨꧁♡ |** @stnudirectix · Feb 20, 2021
Replying to @nacaomarvel
Old que sim

This Tweet was deleted by the Tweet author. Learn more

**nic** @nickalve_s · Feb 20, 2021
O privilégio

**Relevant people**

**NAÇÃO MARVEL | fa...**    Follow
@nacaomarvel
🇧🇷 O maior fã-clube da Marvel no
Brasil e #2 do mundo | por @kainyall
& @thurstopper | 🎙️: @PodcastNM |
✉️ nacaomarvelofc@gmail.com

**What's happening**

NFL · 2 hours ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
70.3K Tweets

Trending in California
**Mexicans**
6,355 Tweets

Trending in United States
**Ramey**
2,038 Tweets

Sports · Trending
**Trey Lance**
1,355 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**    ···
@c_perkowski

https://twitter.com/KimKimuntu/status/1463070406062022082 _ et _ 2022-11-21 04:08:45 -08:00

← **Tweet**

**Paulette Kimuntu Kim**
@KimKimuntu

···

Les nouveaux amoureux 😍 ❤️
La baby Mama Kim Kardashian 41ans et Peter Anderson
28 ans  aperçu hier lors d'un dîner romantique à Santa
Monica
L'amour sans limite 😌

#slaybabe

Translate Tweet



1:02 AM · Nov 23, 2021 · Twitter for Android

**1** Retweet    **1** Quote Tweet    **10** Likes

💬          🔁          ♡          ⬆️

P    Tweet your reply                          Reply

**joel maloba** @JmMaloba · Nov 23, 2021
Replying to @KimKimuntu
Qui profite qui?

💬          🔁          ♡ 1          ⬆️

**Junior RAMAZANI** @Jrsha6 · Nov 23, 2021
Replying to @KimKimuntu
Néanmoins c'est entre l'homme et la femme.

💬          🔁          ♡          ⬆️

**META CHADRACK** @meta_chadrack · Nov 23, 2021
Replying to @KimKimuntu
Biso awa famille réunion chaque dimanche pona oboya mwasi wana 😂😂

💬          🔁          ♡ 2          ⬆️

**• OZYMANDIAS •** @Kitenge_raphael · Nov 23, 2021
Replying to @KimKimuntu
Si sa mère fait la même chose ... pourquoi pas elle ?

💬          🔁          ♡          ⬆️

**FRANCK 💯** @FranckMuyumba9 · Nov 23, 2021
Replying to @KimKimuntu
Pete Davidson*

💬          🔁          ♡ 1          ⬆️

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski                    ···

---

🔍 Search Twitter

**Relevant people**

Paulette Kimuntu Kim              Follow
@KimKimuntu

**What's happening**

NFL · Last night
**Chiefs at Chargers**                

Music · Trending
**Billy Joel**
1,316 Tweets                          ···

Trending in United States
**Schiff**
54.7K Tweets                          ···

Trending in United States
**#SisterWives**
3,605 Tweets                          ···

Entertainment · Trending
**Disney**
Trending with Bob Iger, Chapek       ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/All_MovieAbout/status/1556826229625482784 __ at __ 2022-11-21 03:36:54 -08:00 __



https://twitter.com/StiviDeTivi/status/1379929302183367872__el...    2022-11-20 23:20:43 -08:00



← **Tweet**

**1D Updates**
@Live1DNews

···

Harry and Olivia Wilde out and about in Santa Barbara - January 3 (via @hsdcandids)



9:52 AM · Jan 6, 2021 · Twitter for iPhone

**3** Retweets   **14** Likes

Tweet your reply

Reply

## Relevant people

**1D Updates**
@Live1DNews

Follow

1D Updates. Paul, Andy, and more follow!

**HS Candids**
@hsdcandids

Follow

Follow for HQ candids of HS. Layout by @brightblackdsgn. (Fan Account)

## What's happening

FIFA World Cup · 4 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California
**Mexico City**
18.6K Tweets

Trending in California
**Chicharito**
6,793 Tweets

Trending in California
**Lucas**
155K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Navigation sidebar

🏠 Home
#⃣ Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/foochia/status/1228919405133926400 __ et __ 2022-11-20 21:21:35 -08:00



← **Tweet**

Foochia · فوشيا ✔
@foochia

#ميغان_ماركل و #الأمير_هاري يصلان إلى كندا بعد رحلتهما في الولايات المتحدة

#US #canada #meghanmarkle #princeharry #مشاهير

Translate Tweet

9:49 PM · Feb 15, 2020 · Twitter Web App

1 Retweet    9 Likes

Tweet your reply                    Reply

Asia Mirzah Noor @AsiaAsiaNoor2 · Feb 15, 2020
Replying to @foochia

👍 ما اجمل الحرية

**Relevant people**

Foochia · فوشيا ✔
@foochia                    Follow

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

**What's happening**

NFL · 57 minutes ago
Chiefs at Chargers

#Disenchanted 💔
Original movie now streaming
Promoted by Disney+

Trending in United States
#TheWalkingDead
Trending with #TWDFinale, Michonne

Sports · Trending
Klay
Trending with Rockets

Music · Trending
harries
4,662 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/turkce/status/1460926748682375173 __ at __ 2022-11-22 03:11:34 -08:00 __

← **Tweet**

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

 **Türkçe**
@turkce

···

Eski aşıklar yeniden kol kola!: Lea adında kızları bulunan ve iki yıl önce birlikteliklerine son veren ünlü aktör Bradley Cooper ve Rus model Irina Shayk'ın barıştığı ileri sürüldü. Cooper ve Shayk, geçtiğimiz hafta...
dlvr.it/SCg1Y5 #Türkçe #MagazinHaberleri #Magazin
Translate Tweet



3:04 AM · Nov 17, 2021 · dlvr.it

        ♡    ⬆

    Tweet your reply    **Reply**

**Search Twitter**

**Relevant people**

 **Türkçe**
@turkce    **Follow**

Gazete ve dergilerden Türkçe Haberler, Son Dakika, Spor, Magazin, Teknoloji, Sinema Haberleri. İletişim ve iş birliği için: turkcemag@gmail.com

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**



#AvatarTheWayOfWater
Get tickets now - In theaters December 16
⬛ Promoted by Avatar

Entertainment · Trending    ···
**Died Suddenly**
80.5K Tweets

Trending in United States    ···
**El VAR**
90.1K Tweets

Trending in United States    ···
**Argentina**
Trending with Messi, #ARGKSA

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.    ···
@c_perkowski

Tweet

Relevant people

Pelicomic ✓
@Peli_Comic
Follow
Youtuber. Noticias, opiniones y teorías
geek. Vivo en cômic 🎬🎞️ | Contacto:
pelicomic@gmail.com | Instagram: @
ces_monge | TU VE FE 🎬

What's happening

FIFA World Cup · 4 hours ago
Mexico vs Poland

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Celebrities · Trending
Tom Hanks
7,238 Tweets

Trending in California
Lucas
149K Tweets

Trending in California
Chicharito
6,550 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Pelicomic ✓
@Peli_Comic

Tienes ojo de halcón
Translate Tweet



6:20 AM · Feb 22, 2022 · Twitter for Android

135 Retweets   9 Quote Tweets   3,484 Likes

Perkowski Legal P.C.
@c_perkowski

Tweet your reply

Reply

Franz @FranzK20190 · Feb 22, 2021
Ya anticiparon :)

Nj | C3 @Nicolas_ · Feb 22, 2021
Replying to @Peli_Comic
Que buena trama va a tener la serie

Humberto Taboada @Elanlirout · Feb 22, 2021
Replying to @Peli_Comic
Tienes ojo de halcón

roman 🖤 @nickwitch69 · Feb 23, 2021
Replying to @Peli_Comic
Zzzzzzz

ReTwitteador @Eldchtox · Feb 22, 2021
Replying to @Peli_Comic
Esta usando el protector en el brazo equivocado ? No se de arquería , pero
juraría q va en el otro brazo

Oscar Pliego 🎬 @OscarP5 · Feb 22, 2021
Replying to @Peli_Comic
Uf la nueva crush de todos. La mamasita Kate Bishop

Barik - The Master Mechanic @PaladinsBarik · Feb 22, 2021
Replying to @Peli_Comic
Spidy god 🤙🔥

Casi Panther: Freaks Forever @casifreaks · Feb 22, 2021
Replying to @Peli_Comic
¿Uta? 🤣

ACMusic🎧 @ACMusicoficial · Feb 22, 2021
Replying to @Peli_Comic
@DistortBird

Californication @navi_rhcp · Feb 22, 2021
Replying to @Peli_Comic

Pedro Isaías Infante @pedroisaias0101 · Feb 22, 2021
Replying to @navi_rhcp and @Peli_Comic
JAJAJAJAJA

0~Abby~♡ Hellanthus~♡ @Abby030512819 · Feb 22, 2021
Replying to @Peli_Comic
Simplemente hermosa... salvo por el detalle de que no tiene flecha :v

https://twitter.com/ShekharDongardi/status/1583300455077060608 __ et __ 2022-11-20 07:27:21 -08:00 __

← Tweet

**Shekhar Dongardive**
@ShekharDongardi

Latest Pic of #AnneHathaway Ma'am from the set of #TheIdeaOfYou



8:33 PM · Oct 20, 2022 · Twitter for Android

**1** Retweet  **5** Likes

   

 Tweet your reply

Reply

🔍 Search Twitter

### Relevant people

 **Shekhar Dongardive**
@ShekharDongardi
Salmanic Spidy Fan

Follow

### What's happening

Formula 1 · 25 minutes ago
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
📣 Promoted by Disney+

Trending in United States
**RIP JDF**

Jungkook · Trending
**JUNGKOOK**

https://twitter.com/feitsbarstool/status/980669953182523392 ___ at ___ 2022-11-22 20:07:16 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-10    Filed 03/13/23    Page 17 of 101    Page ID
#:3990

 feitelberg
@FeitsBarstool

Drake heard Weeknd was coming for that sad boy crown and decided like hell he is

 champagnepapi 14m
✕

**You can see the album hours under my eyes**



9:55 PM · Apr 1, 2018 · Twitter for iPhone

**125** Retweets  **5** Quote Tweets  **1,325** Likes

💬   🔁   ♡   ⬆️

 Tweet your reply   **Reply**

NoHo Job @GarbageYuppie · Apr 1, 2018
Replying to @FeitsBarstool
We need drake to get dumped again

💬   🔁   ♡ 2   ⬆️

Ed Mead @emead13 · Apr 2, 2018
Replying to @FeitsBarstool
Ugh I love feits

💬   🔁   ♡ 1   ⬆️

---

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

 feitelberg
@FeitsBarstool    **Follow**
Blogger @barstoolsports. Podcaster
@KFCRadio. Yeah I had a few
chardonnays, what of it?

**What's happening**

NBA · LIVE
Kings at Grizzlies

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
RIP Harold

Trending in California
Hooters
8,456 Tweets

Sports · Trending
Anthony Davis
2,776 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/CineHodeFR/status/1578106642998374400 __ el __2022-11-20 11:21:20 -08:00

Case 2:22-cv-09462-DMG-ADS   Document 23-10   Filed 03/13/23   Page 18 of 101   Page ID #:3991

← **Tweet**



**CineHD** 🎬
@CineHodeFR

Un nouveau Spider-Man ? Nouvelles images du projet Sony #MadameWeb

#Marvel
Translate Tweet



12:35 PM · Oct 6, 2022 · Twitter Web App

**5** Retweets   **1** Quote Tweet   **38** Likes

**Relevant people**

**CineHD** 🎬
@CineHodeFR                                    Follow

Besoins d'actualités cinoche et série ? Vous êtes à la bonne porte 🎥 📺
cine.hde@gmail.com

**What's happening**

NFL · LIVE
**Browns at Bills**

**#Disenchanted** 🧙
Original movie now streaming
💠 Promoted by Disney+

Only on Twitter · Trending
**Rest in Power**
17.9K Tweets

Trending in California
**Morgan Freeman**
180K Tweets

Trending in California
**Shakira**
108K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

**Ins.** @D14NY12 · Oct 6
Replying to @CineHodeFR
C'est Tahar Rahim qui joue Ezekiel Sims !

**Fanatik** @Fanat720p · Oct 6
Replying to @CineHodeFR
Je stream pas

**supermarc**💮❤️💙 @oussamadubarca · Oct 6
Replying to @CineHodeFR
nN c'est le film avec Aaron Taylor Johnson (kraven truc là ) c'est pas bien de donner de l'espoir comme ça 😂😂😂

**Euqen_s** @MouadNaanaa · Oct 6
Replying to @oussamadubarca and @CineHodeFR
Nan c'est des leaks du tournage de madame web

**L'Ankou (l'Unique)** @Breizh_A1984 · Oct 6
Replying to @CineHodeFR
C'est Aaron Taylor-Johnson en costume ?

**CineHD** 🎬 @CineHodeFR · Oct 6
Replying to @Breizh_A1984
Non je crois pas !

Show replies

**S A L A D I N ⚔️ ◎ ₲** @Kwdazbe606 · Oct 6
Replying to @CineHodeFR
Un cascadeur peut être?

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/harrymoonchild/status/1334058124236390405 __et__ 2022-11-20 21:28:31 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-10    Filed 03/13/23    Page 19 of 101    Page ID #:3992

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

← **Thread**

dee.
@harrymoonchild

I only believe in Jack supremacy.



12:53 AM · Dec 2, 2020 · Twitter for Android

**33** Retweets  **5** Quote Tweets  **286** Likes

P Tweet your reply                    Reply

dee. @harrymoonchild · Dec 2, 2020
Replying to @harrymoonchild
This era has given us THE best content.

1    ↻ 11    ♡ 81

johanna @brightfond · Dec 2, 2020
Replying to @harrymoonchild
butterflys in my tummy just thinking about watching this movie

Q Search Twitter

**Relevant people**

dee.                              Follow
@harrymoonchild

#harry: starry haze crystal ball 🔮🪄 |
backup:@goldenfineline | ig:dishaxrai

**What's happening**

NFL · 1 hour ago
Chiefs at Chargers

#Disenchanted 👩
Original movie now streaming
Promoted by Disney+

Music · Trending
Kelly Rowland
Trending with Chris Brown

Trending in California
Dodger Stadium
Trending with #EltonFarewellTour, Dodger Stadium

Trending in United States
#TheWalkingDead
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

**Freetime**
@BookingFreetime

Dakota Johnson photographiée sur le tournage du film #MadameWeb. 📷

Translate Tweet



2:33 AM · Aug 8, 2022 · Twitter Web App

**1** Retweet    **7** Likes

Tweet your reply                                    Reply

**Search Twitter**

**Relevant people**

**Freetime**                                        Follow
@BookingFreetime

Freetime est une page d'information
du cinéma, du divertissement, des
séries et plateformes de streaming du
moment et à venir.

**What's happening**

Television · 3 hours ago
**Saturday Night Live airing on
NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
Promoted by Uber

Politics · Trending
**Mr. President**
48.9K Tweets

Sports · Trending
**Chip Kelly**
1,078 Tweets

Trending in United States
**Jason David Frank**
1,397 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/cizgikafe/status/1540785354268999683 __ et __ 2022-11-21 2:00:15 -08:00

← **Tweet**



Çizgi Kafe
@cizgikafe

Top Gun: Maverick, Tom Cruise'un kariyerindeki en çok hasılat toplayan film oldu. ✈️

Translate Tweet



12:53 PM · Jun 25, 2022 · Twitter for iPhone

**2** Retweets  **1** Quote Tweet  **248** Likes

💬  ↻  ♡  ⬆



Perkowski Legal P.C.
@c_perkowski



Tweet your reply                          **Reply**

Berat @b5r3t · Jun 26
Replying to @cizgikafe
Enflasyonyondur o belam olda duramayız 🤣

Berat · ↻ · ♡ 1 · ⬆

meriç @sivaskangali_58 · Jun 25
Replying to @cizgikafe
Kawasaki H2, ben binsem bana da yakısırdı 🙂

💬 · ↻ · ♡ · ⬆

Arda @yukselardaa · Jun 25
Replying to @cizgikafe
MI6 bile senin kadar bu işlere bakmadı büyüksün

💬 · ↻ · ♡ 1 · ⬆

**Relevant people**

Çizgi Kafe
@cizgikafe                              **Follow**
Bir fincan kriptonit alabileceğiniz komşunuz!
instagram.com/cizgikafecom

**What's happening**

NFL · 42 minutes ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
61.7K Tweets

Trending in United States
**Jada**
7,650 Tweets

Entertainment · Trending
**Sinbad**
7,312 Tweets

Trending in California
**Dodger Stadium**
10.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

← **Tweet**



Pajaré. 🍫📷📝
@ELPAJANAVARRO

···

## Primera imagen de la película de #powerpuffgirls 🤔



3:10 PM · Apr 7, 2021 · Twitter Web App

1 Like

💬        🔁        ♡        ↥

Tweet your reply                                    Reply

zaziifer morningstar 🐢 @zaziitronik · Apr 7, 2021
Replying to @ELPAJANAVARRO
Serie, ¿no?

💬 1        🔁        ♡        ↥

Pajaré. 🍫📷📝 @ELPAJANAVARRO · Apr 7, 2021
Replying to @zaziitronik
Sorry, es cierto. Serie live action.

💬        🔁        ♡        ↥

Ivan @Ivan90710878 · Apr 7, 2021
Replying to @ELPAJANAVARRO
La de morado es Mojo Joje

💬        🔁        ♡ 1        ↥

---

**Home**

**Explore**

**Notifications** 1

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski      ···

---

Search Twitter

### Relevant people



Pajaré. 🍫📷📝                    Follow
@ELPAJANAVARRO
📷 Reportero-Fotógrafo|Río como
mecanismo de defensa
#ChinoMorenoEsMiPastor
facebook.com/elpaja.navarro
instagram.com/pajanavarro

### What's happening



NHL · LIVE
Islanders at Maple Leafs

Entertainment · Trending                    ···
**Died Suddenly**
55.6K Tweets

Trending in California                       ···
**Dodger Stadium**
11K Tweets

Sports · Trending                           ···
**Mexico City**
18.8K Tweets

Sports · Trending                           ···
**#NJDevils** 🥅
4,057 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/beyhivecombr/status/137147449979459919... Case 1:22-cv-09462-DMG-ADS Document 23-10 Filed 03/13/23 Page 23 of 101 Page ID #:3996 2022-11-21 03:18:54 -08:00



https://twitter.com/spidermanbra/status/1551962494805151747 — et — 2022-11-21 08:34:25 -08:00

# Tweet

**Spider-Man Brasil** ✳️
@SpiderManBRA

··· 

## 📸 Dakota Johnson no set de Madame Web:



9:07 AM · Jul 26, 2022 · Twitter for Android

**23** Retweets   **4** Quote Tweets   **412** Likes

Tweet your reply

Reply

**Bruno Henrique** @henrikibruno27 · Jul 26
Replying to @SpiderManBRA
Jéssica Jones

💬 1

**Yuri** @Yuri22629884 · Jul 26
Replying to @henrikibruno27 and @SpiderManBRA
Tbm pensei isso hahaha

**Igor Alves** @Igords97 · Jul 26
Replying to @SpiderManBRA
😍😍😍😍😍

♡ 1

---

Perkowski Legal P.C.
@c_perkowski

---

Q Search Twitter

## Relevant people

**Spider-Man Brasil** ✳️
@SpiderManBRA

Follow

Sua maior fonte de notícias sobre o amigão da vizinhança no Brasil. Ative as notificações! 🔔 • Fan Account

## What's happening

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Sports talk · Trending
**Skip and Shannon**

···

Trending in United States
**Maguire**
Trending with #ThreeLions🏴󠁧󠁢󠁥󠁮󠁧󠁿

···

Family drama · Trending
**#Gilmorethemerrier**

···

Trending in United States
**Chocolate and Chip**

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/dakotajarg/status/1556043032255930369 __ at __ 2022-11-19 20:33:27 -08:00

← **Tweet**

**Dakota Johnson Argentina**
@DakotaJArg

Dakota Johnson fue vista el día de hoy en el set de Madame Web en Boston, Massachusetts. - 06/08. Más fotos: dakotajohnsonarg.sosugary.com/galeria/thumbn ...



3:22 PM · Aug 6, 2022 · Twitter Web App

24 Retweets   3 Quote Tweets   90 Likes

Tweet your reply                    Reply

**Dragonball3166** @blackknightcity · Aug 7
Replying to @DakotaJArg
She playing peeka boo in second picture haha

---

## Relevant people

**Dakota Johnson Arge...**    Follow
@DakotaJArg
Tu mejor y más actualizada fuente de información sobre la actriz, productora, directora y activista #DakotaJohnson en Español.

## What's happening

Television · 32 minutes ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**HE'S BACK**
Trending with Welcome Back

Sports · Trending
**#AEWFullGear**
Trending with Jamie Hayter, Toni

Trending in California
**Blocked**
124K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

— https://twitter.com/DRIPTER/status/1483411414312263682 __ et __ 2022-11-22 02:10:18 -08:00

← **Tweet**

DRIP
@DRIPTER                                                    ···

## Madison Beer



4:10 AM · Jan 18, 2022 · Twitter for iPhone

**151** Retweets    **29** Quote Tweets    **2,654** Likes

💬    🔁    ♡    ⬆️

 Tweet your reply                          Reply

Jacopo @JaacKay · Jan 18                                   ···
Replying to @DRIPTER
💥💥
💬        🔁              ♡    1    ⬆️

A @Adeeeule · Jan 20                                        ···
Replying to @DRIPTER
@_brez DM là 💥💥
💬        🔁              ♡        ⬆️

Show more replies

---

## Sidebar

**Relevant people**

DRIP
@DRIPTER                                         Follow
FOR THE CULTURE 🌐

**What's happening**

Sports · LIVE
**2022 FIFA World Cup**

**#AvatarTheWayOfWater**🧑
Get tickets now · In theaters December 16
🎬 Promoted by Avatar

Entertainment · Trending                            ···
**Died Suddenly**
78.6K Tweets

Entertainment · Trending                            ···
**BLEACH**
176K Tweets

Trending in California                              ···
**Mexicans**
7,181 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

## Left nav

🕊️

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

Perkowski Legal P.C.    ···
@c_perkowski

🔍 Search Twitter

__ https://twitter.com/girlfromaspen/status/1556052265684852738 __ at __ 2022-11-22 20:51:45 -08:00 __

← **Tweet**

⮌ Kate Retweeted

**Dakota Johnson Updates**
@dakotaj_updates   ...

NEW: Dakota on the set of "Madame Web" today in Boston. #DakotaJohnson

3:23 PM · Aug 6, 2022 · Twitter for iPhone

**129** Retweets   **39** Quote Tweets   **641** Likes

💬   ⮌   ♡   ⬆

Tweet your reply

**Reply**

---

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**


**Perkowski Legal P.C.**
@c_perkowski   ...

---

Search Twitter

### Relevant people

**Kate**
@girlfromaspen   **Follow**
I dislike negativity so unless I follow you, your replies aren't welcome on my tweets.

**Dakota Johnson Upd...**
@dakotaj_updates   **Follow**
Your best source about the actress, activist, producer and director #DakotaJohnson — Not affiliated with Dakota or her team — FAN ACCOUNT.

### What's happening

NBA · 17 minutes ago
**Pistons at Nuggets**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California
**Costco**
5,493 Tweets

Business and finance · Trending
**Chesapeake**
5,132 Tweets

Entertainment · Trending
**Marvel**
92.6K Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/tender_DMJ/status/1134156958400045697 __ at __ 2022-11-22 21:02:54 -08:00

← **Tweet**

 **DAKOTA** 💜💙
@tender_DMJ                                    ···

## MY GIRL IS READY TO FILM 😭



10:57 AM · May 30, 2019 · Twitter for iPhone

**1** Retweet   **8** Likes

💬        🔁        ♡        📤

 Tweet your reply                    Reply

🔍 Search Twitter

## Relevant people

 **DAKOTA** 💜💙          Follow
@tender_DMJ
Dakota Johnson is the meaning of
perfection and of course the love of
my life ❤️

## What's happening

NBA · LIVE
**Lakers at Suns**



**#AvatarTheWayOfWater**🦾
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Trending in California                    ···

__ https://twitter.com/sincaminoacase/status/1578112197498208260 __ at __ 2022-11-20 09:52:25 -08:00 __

← **Tweet**

Home

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.**
@c_perkowski

NAÇÃO MARVEL | fan club
@nacaomarvel

🚨 Chloe Bennet (nossa eterna Daisy Johnson), Dove Cameron e Yana Perrault no set de #powerpuffgirls (As Meninas Superpoderosas) como Florzinha, Lindinha e Docinho. — off nm —



3:01 PM · Apr 7, 2021 · Twitter for Android

344 Retweets    558 Quote Tweets    4,136 Likes

Tweet your reply                                    Reply

NAÇÃO MARVEL | fan club @nacaomarvel · Apr 7, 2021
Replying to @nacaomarvel
O pessoal reclamando da roupa sendo que tá igual a do desenho (e deve mudar conforme os eps da série).

NAÇÃO MARVEL | fan club @nacaomarvel · Apr 7, 2021
Roupa diferente do desenho 🔴🔴🔴🔴🔴🔴🔴🔴🔴🔴🔴🔴
Roupa igual do desenho 🔴🔴🔴🔴🔴

.bia @azyzinha · Apr 7, 2021
Replying to @nacaomarvel
@heloitab zia, bateu um medo

A Bolota das bolotas @helo_cbueno · Apr 7, 2021
Replying to @azyzinha
Ah não kkkk socorro

Maa_Sther @_Bugdale · Apr 7, 2021
Replying to @nacaomarvel
>>

cacau 🦋 @nyxcahh · Apr 7, 2021
Replying to @_Bugdale
MDS SIM! Elas deveriam super ser as Meninas Super Poderosas, mas o elenco do filme tá muito bom também

JHON 🔒 @jhonniaco · Apr 7, 2021
Replying to @nacaomarvel
Não gostei, elas não tem dedos igual no desenho. Cadê a representatividade?

Elton Moraes @oEltonMoraes · Apr 7, 2021
Replying to @jhonniaco

Murilo the echidna 🔴 @Elton_Sandman_ · Apr 7, 2021
Replying to @nacaomarvel
Nem sei o que pensar disso mas só fico aliviado que eles não fizeram um uniforme super mega tecnológico

ana esta criando mundos 🌻 @AnaCarolina563 · Apr 7, 2021
Replying to @Elton_Sandman_
CW tem nem dinheiro pra isso

eli @elimight · Apr 7, 2021
Replying to @nacaomarvel
@AliieK3berlin

luan motopapi @alcoholicgoatt · Apr 7, 2021
Replying to @nacaomarvel
Usaram TNT no figurino😭

Ar Lindo @ArlindoOvdidioft · Apr 7, 2021
Replying to @nacaomarvel
@Glandbaade

Relevant people

NAÇÃO MARVEL | fa...    Follow
@nacaomarvel
O maior fã-clube da Marvel no Brasil e #2 do mundo | por @kuinyat & @thuntopper | por @PodcastNM | 📧 nacaomarvelofc@gmail.com

What's happening

NFL · 2 hours ago
49ers at Cardinals

Entertainment · Trending
Died Suddenly
69.5K Tweets

Trending in California
Mexicans
6,241 Tweets

Trending in United States
August Alsina
Trending with Jada. #TheGameIsLife

Sports · Trending
49ers
Trending with Jimmy G, Niners

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads Info  More · · ·
© 2022 Twitter, Inc.

Perkowski Legal P.C.    · · ·
@_perkowski

https://twitter.com/RNavyBrazil/status/1506395283699723457 ... at ... 2022-11-21 04:53:14 -08:00

Document 23:10 | Filed 03/13/23 | Page 31 of 101 | Page ID
22-cv-09462-DMG-ADS | #:4004



__ https://twitter.com/All_MovieAbout/status/1552155187120324608 __ at __ 2022-11-21 19:06:16 -08:00 __

← **Tweet**



**All About Movies**
@All_MovieAbout                                              ···

Dakota Johnson en el set de #MadameWeb la nueva película del universo de #SpiderMan 🕷️

9:53 PM · Jul 26, 2022 · Twitter for Android

💬          🔁          ♡          ⬆️

P    Tweet your reply                          Reply

🔍 Search Twitter

**Relevant people**

 **All About Movies**        **Follow**
@All_MovieAbout
Noticias del cine y la televisión 🎬📺
Un lugar para cinéfilos 🎥🍿 

🏠 Home

# Explore

🔔 Notifications

https://twitter.com/RihannaNoBrasil/status/1484699753875132421____et__2022-11-20 22:40:05 -08:00

← **Tweet**

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

More

**Tweet**

**Rihanna.com.br** 🌐 ⚓
@RihannaNoBrasil ···

Rihanna foi vista em momento carinhoso com seu namorado. ❤️

Translate Tweet



5:29 PM · Jan 21, 2022 · Twitter for Android

**137** Retweets   **90** Quote Tweets   **1,256** Likes

💬   🔁   ♡   📤

Ⓟ  Tweet your reply                    **Reply**

**BRASIL FELIZ DE NOVO** 🇧🇷 @luciethianaosbo · Jan 21 ···
Replying to @RihannaNoBrasil
Como assim ñ é um manequim da loja?

GIF  ALT

💬   🔁   ♡   📤

**氷MTMRF♪氷** 🧧🔫🧻🏭😬 #1 @metam0rf0 · Jan 22 ···
Replying to @RihannaNoBrasil
@ayumi_tskk

💬 1   🔁   ♡ 1   📤

**baby t** 🐶 🖇️ @Ayum1_0 · Jan 22 ···
Replying to @metam0rf0 and @RihannaNoBrasil
😍❤️

💬   🔁   ♡ 1   📤

**XTINA** @xtiinar · Jan 22 ···
Replying to @RihannaNoBrasil
A carinha dela na segunda foto. ❤️

💬   🔁   ♡   📤

**Demogracinha** @SteRibas · Jan 21 ···
Replying to @RihannaNoBrasil
O olhar de quem tá in love ❤️

💬   🔁   ♡   📤

**Perkowski Legal P.C.**
@c_perkowski ···

## Relevant people



**Rihanna.com.br** 🌐 ⚓
@RihannaNoBrasil     **Follow**

Rihanna.com.br is a genuine and registered fansite, made by fans. 🇧🇷 Fã-clube e portal de notícias brasileiro sobre a cantora Rihanna. Online desde 2008. 💎

## What's happening

NFL · 2 hours ago
**Chiefs at Chargers**

#Disenchanted 🌹
Original movie now streaming
☑ Promoted by Disney+

Music · Trending
**sabrina**
71.8K Tweets                          ···

The Walking Dead · Trending
**Negan**
7,650 Tweets                          ···

Trending in United States
**Bob Iger**
Trending with Disney, Chapek          ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Tweet**

← 

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from an account that no longer exists. Learn more


**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**



**Relevant people**

**Foochia - فوشيا** ✔
@foochia

...

كيم كارداشيان بفستان أبيض ضيق خلال توجهها لتناول
العشاء، وقال المعلقون إنها بدت أكثر تألقا بعد انتشار خبر
انفصالها عن زوجها مغني الراب كانيه ويست

#kimkardashian #إطلالات #مشاهير #كيم_كارداشيان
#kanyewest

Translate Tweet





5:02 AM · Mar 15, 2021 · Hootsuite Inc.

3 Retweets    11 Likes



💬          🔁          ♡          ⬆



Tweet your reply

Reply

Show more replies

**Foochia - فوشيا** ✔
@foochia
Follow

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🧜
Get tickets now · In theaters December 16
🎬 Promoted by Avatar

Trending in United States
**#SeleccionMexicana** 🇲🇽
7,120 Tweets

Trending in United States
**#BoycottTampax**
1,361 Tweets

Trending in United States
**Argentina**
Trending with Messi

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Perkowski Legal P.C.
@c_perkowski

Search Twitter



— https://twitter.com/filmnewsPL/status/1521590765288443137 __ at __ 2022-11-19 11:46:55 -08:00 —




## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

← **Tweet**



**Film News**
@filmnewsPL

Zendaya w krótkich włosach na planie filmu #Challengers

Translate Tweet



1:41 PM · May 3, 2022 · Twitter for Android

**1** Quote Tweet   **45** Likes

 

  Tweet your reply

Reply

### Relevant people

  **Film News**   Follow
@filmnewsPL

🎬 najnowsze wiadomości filmowe - kino polskie i zagraniczne, popularne i niezależne 🎟 kontakt: filmnewspl@gmail.com

### What's happening

Formula 1 · Starts tomorrow
**Abu Dhabi Grand Prix 2022**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in California
**Messi**
328K Tweets

Trending in United States
**Leonhard**

Trending in United States
**#FIFAWorldCup** 🏆
791K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski ···

__ https://twitter.com/nanfixus/status/1134183065085431042 __ at __ 2022-11-19 11:38:08 -08:00 __

← **Tweet**



**@nanfixus**
@nanfixus

Yes she start shoting! 🙌🙌🙌
#DakotaJohnson



11:22 AM · May 30, 2019 · Twitter for Android

**9** Retweets   **41** Likes

 Tweet your reply

Reply

---

Q Search Twitter

## Relevant people

   **@nanfixus**
@nanfixus
Follow

DJ Fan 🐾 Sports,animals y Boca Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk #Persuasion Fan account 🇦🇷

## What's happening

NCAA Football · LIVE
**TCU at Baylor**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States
**TCU and Michigan**

Trending in United States
**Welcome Back Kotter**

Sports · Trending
**Andrel Anthony**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Perkowski Legal P.C.** ···
@c_perkowski

__ https://twitter.com/AndyVermaut/status/1442656579606830401 __ at __ 2022-11-21 18:49:37 -08:00 __



← **Tweet**

 **Andy Vermaut**
@AndyVermaut                                    ...

Angelina Jolie and The Weeknd Continue Raising Eyebrows With Second Dinner Date
eonline.com/news/1304006/a...



6:05 PM · Sep 27, 2021 · dlvr.it

 Search Twitter

## Relevant people

 **Andy Vermaut**                    **Follow**
@AndyVermaut

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights, Whatsapp +32499357495

 **Perkowski Legal P.C.**    ...
@c_perkowski

Tweet your reply                              **Reply**

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

__ https://twitter.com/its_selenators/status/1187048742513283072 __ at __ 2022-11-21 17:30:43 -08:00 __

← **Tweet**

 **selenators** 💜 **(fan account)**
@Its_Selenators

···

# BOW DOWN TO YOUR QUEEN 👑

@selenagomez



👤 Selena Gomez

9:50 AM · Oct 23, 2019 · Twitter for Android

**4** Retweets   **29** Likes

💬          ⟳          ♡          ⬆️

P    Tweet your reply                    Reply

---

🔍 Search Twitter

## Relevant people

 **selenators** 💜 **(fan ac...**    **Follow**
@Its_Selenators

Fan Account | This site has no official affiliation with @selenagomez | Selenator since 2009 | We are Selena Gomez's fans ❤️

 **Selena Gomez** ✓    **Follow**
@selenagomez

My Mind & Me out November 4th: apple.co/selenagomezdoc The song is out now: SelenaGomez.lnk.to/MyMindAndMe

## What's happening

Television · LIVE
**Bachelor in Paradise airing on ABC**



Trending in United States
**Died Suddenly**
40.2K Tweets                              ···

Sports · Trending
**Bratt**
1,976 Tweets                              ···

Sports · Trending
**Lane Kiffin**
4,938 Tweets                              ···

90 Day Fiancé · Trending
**#90dayfiancethesinglelife**            ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Home
## Explore
🔔 Notifications

https://twitter.com/bso/status/1177817294208212992 ... el
2022-11-22 08:42:44 -08:00



**Tweet**

Robert Littal BSO ✓
@BSO

## Lamar Odom On How Porn Can Ruin Relationships (Video) bit.ly/2muEybL via @Drnkjarrad



© Phamous / BACKGRID

10:28 PM · Sep 27, 2019 · BSO Alert

**1** Retweet   **1** Quote Tweet   **5** Likes

Tweet your reply                              Reply

BottomFeedaPeeda @pinkdorsey · Sep 27, 2019
Replying to @BSO

GIF

Perkowski Legal P.C.
@c_perkowski

**Relevant people**

Robert Littal BSO ✓                    Follow
@BSO

BSO is a Unique take on Sports & Ent;
Tweets by The Headline King Robert
Littal; IG: BSOTV; FB:
BlackSportsOnline; Keep That Same
Energy Podcast; #BLM; 💙 AML

**What's happening**

FIFA World Cup · LIVE
Mexico vs Poland

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
🎬 Promoted by Avatar

Trending in United States           ···
Argentina
Trending with Messi

Trending in United States           ···
#BoycottTampax
1,435 Tweets

Trending in United States           ···
#SeleccionMexicana 🇲🇽
7,770 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

https://twitter.com/sallymayweather/status/1444508301870477312 __ el __ 2022-11-21 10:11:25 -08:00

Tweet

Sal the Agorist
@SallyMayweather

···



I'M RE-READING CARL MENGER'S "PRINCIPLES OF ECONOMICS".

DOES ANY PAPARAZZI FEEL LIKE FOLLOWING ME AROUND?

8:43 PM · Oct 2, 2021 · Twitter for iPhone

**9** Retweets   **97** Likes

Tweet your reply

Reply

Show more replies

Perkowski Legal P.C.
@c_perkowski
···

---

Search Twitter

**Relevant people**



Sal the Agorist          Follow
@SallyMayweather
Agorist. Cypherpunk.
Disintermediator. Crypto-Anarchist.
Rothbardian. pod :: The Agora. blog ::
New Libertarian. #logic #revisionism
#countereconomics

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Trending in California
**Dodger Stadium**
13.8K Tweets
···

Trending in United States
**Mendy**
54.8K Tweets
···

Trending in United States
**Senegal**
Trending with #FifainuBsc, #USMNT 🇺🇸
···

Sports · Trending
**Charles Barkley**
4,131 Tweets
···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/Cevans_Army/status/1580985715660942272 __ at __ 2022-11-20 09:37:12 -08:00 __

Case 2:22-cv-09462-DMG-ADS   Document 23-10   Filed 03/13/23   Page 42 of 101   Page ID #:4015



**Search Twitter**

**Chris Evans Army**
@Cevans_Army

...

⭐Chris no set de "Red One".

Chris at Red One's  set.

#chrisevans
 #thegrayman      #lloydhansen
#captainamerica #steverogers #defendingjacob
#andybarber #beforewego #cevans #chrisevansarmy
#cevansarmy #ransomdrysdale #lightyear #painhustlers
#redone #therock #redonemovie



0:07  188 views

9:56 AM · Oct 14, 2022 · Twitter for iPhone

4 Retweets   21 Likes

💬          ⟲          ♡          ↥

  Tweet your reply          Reply

### Relevant people

 **Chris Evans Army**   Follow
@Cevans_Army
Chris Evans Fan Page

### What's happening

FIFA World Cup · 1 hour ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧚
Original movie now streaming
☒ Promoted by Disney+

Trending in California
**Shakira**

← **Tweet**

**Robert Littal BSO** ✔
@BSO

···

Watch How Tyrod Taylor Reacted to His Girlfriend Draya's Latest Bikini Photos from Jamaica (IG-Pics-Vids) bit.ly/2YsDPHs via @BasketballguruD



10:07 PM · Jan 29, 2021 · BSO Alert

**2 Likes**

💬   🔁   ♡   ↥

 Tweet your reply

[ Reply ]

🔍 Search Twitter

**Relevant people**

**Robert Littal BSO** ✔
@BSO
[ Follow ]

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**The Daniel Bell©**
@BasketballGuruD
[ Follow ]

Thunder Beat Reporter For @BSO | Contributor for the @FranchiseOK | A lot of sports tweets | dbell3220@icloud.com

**What's happening**

FIFA World Cup · 2 hours ago
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States   ···
#السعوديه_الارجنتين
1.22M Tweets

Trending in United States   ···
**Died Suddenly**
104K Tweets

Trending in California   ···
**Mexico City**
25.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

[ **Tweet** ]

**Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/spidermanbra/status/1552794037400342529 2022-11-20 08:28:54-08:00 Document 23-10 Filed 03/13/23 Page 44 of 101 Page ID #:4017



**Relevant people**

**Spider-Man Brasil** ✓    Follow
@SpiderManBRA
Sua maior fonte de notícias sobre o amigão da vizinhança no Brasil. Ative as notificações! 🔔 • Fan Account

**What's happening**

Formula 1 · 1 hour ago
Abu Dhabi Grand Prix 2022

#Disenchanted 🍿
Original movie now streaming
Promoted by Disney+

Only on Twitter · Trending
RIP JDF
3,806 Tweets

Trending in United States
El VAR
43.6K Tweets

Trending in United States
Offsides
5,684 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

https://twitter.com/ScreenMix/status/1328787052918431749 ... el ... 2022-11-22 12:11:11:37-08:00
22-cv-09462-DMG-ADS Document 23-10 Filed 03/13/23 Page 45 of 101 Page ID
#:4018



Tweet

Screen Mix
@ScreenMix

سكوت ديسك (37 عامًا) مع حبيبته أمبليا هاملين (19 عامًا)
باحدث ظهور لهم خلال نزهة على شاطئ البحر في مدينة
ماليبو بأمريكا.

Translate Tweet

11:48 AM · Nov 17, 2020 · Twitter for Android

33 Retweets    87 Quote Tweets    1,466 Likes

Tweet your reply                          Reply

stranger @ibary_u · Nov 17, 2020
Replying to @Ryoiivooii and @ScreenMix
البر متين:
منى ستنفرجس 🙂                               11

@iiM7SNr · Nov 17, 2020
Replying to @ScreenMix
بعيداً عن انها مقومه بس حلوه والله

Omar @Milan3Omar · Nov 17, 2020
Replying to @ScreenMix
لو هو عندنا قالوا حيوان وهي فاجر         4

أنسل مذين @AhmedMusleh92 · Nov 17, 2020
Replying to @Milan3Omar and @ScreenMix
عندنا ابو 19 بان من شكلها 13              1

BEXLOO 🖤 @BXL50 · Nov 18, 2020
Replying to @rooor0099 and @ScreenMix
الرابط بين الغلابه وهذي المسلفه هههههه!

فــواز @l9crm · Nov 17, 2020
Replying to @ScreenMix

استغفر الله العظيم

Sara @iireall8 · Nov 17, 2020
Replying to @ScreenMix

R A Y A N 🇸🇦 @u88sm · Nov 17, 2020
Replying to @Ryoiivooii and @ibary_u and @ScreenMix
انا ما ادعم المخنثين 😂😢          3

Show replies

F A R I S @fahdalabrhim · Nov 17, 2020
Replying to @ScreenMix
وربنه متلعرف تلبس السروال          1

رؤى الناس || ظلل النوري @al_wyu · Nov 17, 2020
Replying to @ScreenMix
واضح جمعاتنه فيه ولا هذا يحب

suliman @su_122 · Nov 17, 2020
Replying to @ScreenMix
ياعيال بدون زوم

azal▐◣ٍ█▌ŽŻﭏ @azaldeath · Nov 17, 2020
Replying to @ScreenMix
منفوخ

@anfal_1s · Nov 17, 2020
Replying to @ScreenMix
ياساتر بينهم 18 سنة

Eng.🌹 @Eng_Salem1902 · Nov 17, 2020
Replying to @ScreenMix
شكل عندها Gun 👍         1

هُدٍب @hu_d01 · Nov 17, 2020
Replying to @ScreenMix
منظر مقرطف

S @aaal5y · Nov 17, 2020
Replying to @ScreenMix
بيني وبينكم فارق السن موجود



__ https://twitter.com/KevinAnticonaa/status/1569062045873541122 __ at __ 2022-11-20 15:45:42 -08:00 __





https://twitter.com/BRMarvelNews/status/1363301504015339528 ___ el___2022-11-20 19:43:22 -08:00
2:21-cv-09462-DMG-ADS    Document 23-10    Filed 03/13/23    Page 48 of 101    Page ID
#:4021

← **Thread**

**Marvel News**
@BRMarvelNews

She is the moment!!!!

Hailee Steinfeld, nossa Kate Bishop, em novas imagens do set de #Hawkeye.



5:36 PM · Feb 20, 2021 · Twitter Web App

**71** Retweets  **34** Quote Tweets  **715** Likes

**Relevant people**

**Marvel News**
@BRMarvelNews    Follow
Conta de fã dedicada ao Universo Marvel 🇧🇷 Contato: marvelnewsbr@outlook.com

**What's happening**

NFL · 3 hours ago
Cowboys at Vikings

#Disenchanted 🦋
Original movie now streaming
📀 Promoted by Disney+

Music · Trending
**Kelly Rowland**
Trending with Chris Brown

Trending in United States
**Bob Iger**
Trending with Chapek, #Disney

Entertainment · Trending
**Dove Cameron**
9,858 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Tweet your reply    Reply

**Marvel News** @BRMarvelNews · Feb 20, 2021
Replying to @BRMarvelNews
Mais algumas

(via. @CreamXnScream)



♻ 9    ♥ 123

**pat** @biglibertydude · Feb 20, 2021
Replying to @BRMarvelNews



From pat

**Babylon By Gui** @SonekaGB13 · Feb 20, 2021
Replying to @BRMarvelNews
Estou fenoticamente apaixonado pela Hailee Steinfeld fodase

**Raffs** @rafa_dprraffs · Feb 26, 2021
Replying to @BRMarvelNews
@GabrielmSann

♥ 1

**Lunga Sob Psicotrópico** ✨ @jhordan_reyson · Feb 20, 2021
Replying to @BRMarvelNews
Queria vazamento do traje da kamala

♥ 4

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**Eduardo Ramones** @a11b4ed26fe04de · Feb 20, 2021
Replying to @raphaell_f_and @BRMarvelNews
Final de 2021 (Novembro/Dezembro)

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/altapeli/status/1038429275945353217 __ et __ 2022-11-21 14:29:09 -08:00

← **Tweet**

🔍 Search Twitter

Home

Explore

Notifications ①

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**AP** ✔
@altapeli

···

Vuelven. Imágenes desde el set de los reshoots de #Avengers4

Translate Tweet



7:10 AM · Sep 8, 2018 · Twitter for Android

**13** Retweets   **1** Quote Tweet   **42** Likes

💬            ⟲            ♡            ⬆

P   **Tweet your reply**                    **Reply**

Astrid RG @Tuttifiesta · Sep 8, 2018   ···
Replying to @altapeli
@EmiAggRod checa 😴

💬            ⟲            ♡            ⬆

**Relevant people**

**AP** ✔
@altapeli                          **Follow**

Cuenta oficial de AltaPeli.com · Cine / Series / Críticas / Noticias / Videojuegos

**What's happening**

FIFA World Cup · 57 minutes ago
**USA vs Wales**

Trending in United States            ···
**Tampax**
13.3K Tweets

Music · Trending                     ···
**joon**
33.9K Tweets

Entertainment · Trending             ···
**Julia Fox**
7,927 Tweets

Trending in United States            ···
**Richard Fierro**
1,345 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

🔍 Search Twitter

⌂ Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

---

🖼 **Renata** 🇨🇱
@DrinkingCoffe_                                        ⋯

Aún ni sale la película de Anne Hathaway junto a
Nicholas Galitzine y ya estoy obsesionada con este par
😍

Translate Tweet



👤 Nicholas Galitzine

3:13 AM · Oct 21, 2022 · Twitter for Android

**11** Likes

💬          🔁          ♡          ↑

🅿 | Tweet your reply                          Reply

---

**Relevant people**

🖼 **Renata** 🇨🇱          Follow
@DrinkingCoffe_

✨JUSTIN BIEBER/LAUREN
JAUREGUI/CAMILA CABELLO/BEBE
REXHA/HARRY STYLES/FH/1D✨

🖼 **Nicholas Galitzine** ✔          Follow
@nickgalitzine

**What's happening**

Television · 3 hours ago
**Saturday Night Live airing on
NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
📷 Promoted by Uber

Trending in United States                    ⋯
**HE'S BACK**
153K Tweets

Jungkook · Trending                            ⋯
**jungkook**
1.57M Tweets

Sports · Trending                              ⋯
**Pasadena**
1,593 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2022 Twitter, Inc.

🅿 **Perkowski Legal P.C.**      ⋯
@c_perkowski

https://twitter.com/aassemblebr/status/1557047243059912707 _ et _ 2022-11-21 00:42:24 -08:00



← **Thread**

  Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski  ···

---

 **Avengers Assemble BR**
@AAssembleBR  ···

📸 Vincent D'Onofrio no set de #Echo.



9:52 AM · Aug 9, 2022 · Twitter for Android

**4** Retweets  **5** Quote Tweets  **71** Likes

💬    ↻    ♡    ⬆

  Tweet your reply          **Reply**

---

 **Avengers Assemble BR** @AAssembleBR · Aug 9
Replying to @AAssembleBR

> ⬤ **Avengers Assemble BR** @AAssembleBR · Jul 21
> •• Atriz de #Eternals Lauren Ridloff provoca se Makkari será vista em 'Echo' da Marvel
> Show this thread
>
> 
> 0:07  20.2K views          DEADLINE

💬   ↻   ♡ 1   ⬆

---

🔍 Search Twitter

## Relevant people

 **Avengers Assemble BR**
@AAssembleBR          **Follow**
🇧🇷 Fan Account | Sua mais completa fonte de informações sobre o universo Marvel no Brasil. Ativem as notificações!

## What's happening


NCAA Men's Basketball · Yesterday
**Bears at Bruins**

Music · Trending          ···
**Goodbye Yellow Brick Road**

Trending in United States          ···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States          ···
**UCLA**
11.8K Tweets

Trending in United States          ···
**#AMAs** 🔥
4.71M Tweets

**Show more**

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

__ https://twitter.com/sexyceleb69/status/1335330094185897984 __ at __ 2022-11-22 15:04:25 -08:00

← **Tweet**

 **SexyCelebs69**
@sexyceleb69

···

## Alexandra Daddario [NEW]



1:07 PM · Dec 5, 2020 · Twitter for iPhone

**1** Retweet   **55** Likes

💬   🔁   ♡   ⬆️

   Tweet your reply   **Reply**

🔍 Search Twitter

### Relevant people

 **SexyCelebs69**   **Follow**
@sexyceleb69

22 M | Showcasing celebrities/models, trying to show female beauty in all its forms!| Backup: @sexyceleb69_2 |OnlyFans PROMOTER!| (DM ME)

### What's happening

FIFA World Cup · 5 hours ago
**Mexico vs Poland**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

---

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

Lists

👤 Profile

More

**Tweet**

 **Perkowski Legal P.C.**   ···
@c_perkowski

__ https://twitter.com/lacuevadelaloba/status/1557098898077933574 __ at __ 2022-11-21 03:31:21 -08:00 __

← **Tweet**

**LaCuevaDeLaLoba Oficial** 🏳️‍🌈⚧️🌈
@lacuevadelaloba    ···

Nuevas fotos de #Ironheart .

#DominiqueThorne con el traje que lucirá en serie de #Marvel que llegará a #DisneyPlus.

#AnthonyRamos aparece como The Hood.
#MarvelStudios

Translate Tweet



1:18 PM · Aug 9, 2022 · Twitter for Android

Tweet your reply

Reply

---

## Relevant people

**LaCuevaDeLaLoba Of...**    Follow
@lacuevadelaloba

📺Series, 🎥peliculas, 🎶musica, 🏋️
deportes y contenido LGBTQ+ 🏳️‍🌈
⚧️🌈

## What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Trending in United States
**UCLA**
Trending with Oregon

Music · Trending
**#DavidoAt30**
71.3K Tweets

Entertainment · Trending
**Disney**
Trending with Bob Iger, Chapek

Trending in United States
**#AMAs** 🔥
Trending with soobin, Sabrina

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**    ···
@c_perkowski





← **Tweet**

**DC da Depressão**
@Dc_da_depressao

Primeiras imagens das gravações de Esquadrão Suicida 2!

Ok fodase eu admito:

Talvez eu esteja hypado pra Esquadrão Suicida de novo

Translate Tweet

3:42 PM · Oct 11, 2019 · Twitter for Android

45 Retweets    10 Quote Tweets    276 Likes

🖊 Tweet your reply                    [ Reply ]

**Yan Gabriel** @Yan1gam · Oct 11, 2019
Replying to @Dc_da_depressao
Essa mulher laranja...uma tamanariana? Estrela negra?

**Michael •• ** @MichaelBzar · Oct 11, 2019
Replying to @YanYgam and @Dc_da_depressao
Acho que é a Mongal

Show replies

**Leo** @Leovasc11_ · Oct 11, 2019
Replying to @Dc_da_depressao
Não liudo mais com isso

**DC da Depressão** @Dc_da_depressao · Oct 11, 2019
Replying to @Leovasc11_
Bora mandar o passinho

**Jorge Augusto** @jorgeaugusto97 · Oct 11, 2019
Replying to @Dc_da_depressao
Tá parecendo The Boys

**bru** @stanheisvoice · Oct 11, 2019
Replying to @Dc_da_depressao
O capitão bumerangue ta bonito??

**bru** @stanheisvoice · Oct 11, 2019
Replying to @Dc_da_depressao
Cadê a Arlequina?

**ph •••** @andromedaanders · Oct 11, 2019
Replying to @Dc_da_depressao
Alguém sabe me dizer quem são os personagens só pelo visual?Só reconheci o Capitão Bumerangue....

**Léo Bragança** @teoBrag · Oct 12, 2019
Replying to @Dc_da_depressao
Quais os personagens

**Matheus Marques** @pachomarques · Oct 11, 2019
Replying to @Dc_da_depressao
Ok fodase eu admito talvez eu me lasque de novo mas tô hypado com o Esquadrão Suicida 2.

**giord** @lagiotam · Oct 12, 2019
Replying to @pachomarques and @Dc_da_depressao
nao eh o segundo eh tipo um reboot

**w3bhead** @Loser36902353 · Oct 12, 2019
Replying to @Dc_da_depressao
Dessas fotos só conheci o Capitão Bumerang quem são os outros?

**Starfire ⭐👍** @Yang5Soares · Oct 11, 2019
Replying to @Dc_da_depressao
So um pouco de hype na faz mal né....

**renan** @robberpatti · Oct 11, 2019
Replying to @Dc_da_depressao
a página vai mandar foda-se pra todo mundo que criticar kjdkgjkkkkj oq o fracasso não faz com o ser humano

**jurídico primavera sound** @thebrun0r0m4nt0 · Oct 12, 2019
Replying to @Dc_da_depressao
extremamente cartoonesco, amo

**Je Felix** @hojefelix · Oct 11, 2019

__ https://twitter.com/SpoilerMister/status/1578129716430733330 __ at __ 2022-11-20 09:49:39 -08:00 __

← Tweet



**Míster Spoiler Oficial**
@SpoilerMister

···

Nuevas imágenes de las grabaciones de la película
#MadameWeb De #Sony #SpiderMan

Translate Tweet



2:06 PM · Oct 6, 2022 · Twitter for Android

 Tweet your reply

Reply

Q Search Twitter

## Relevant people



**Míster Spoiler Oficial**
@SpoilerMister                    Follow

Antigua cuenta mr spoiler

## What's happening

Formula 1 · 2 hours ago
**Abu Dhabi Grand Prix 2022**



**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending          ···
**Jason David Frank**
96.4K Tweets

Politics · Trending               ···
**#MassShooting**
3,508 Tweets

Trending in California            ···
**Shakira**
103K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski



← Tweet

 Search Twitter

Home

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**


**Respaldo HSA**
@HarrySArgentina

(3) Fotos de Harry grabando el video de "Watermelon Sugar"

©a quien corresponda




11:36 AM · Jan 29, 2020 · Twitter for Android

**8** Retweets   **4** Quote Tweets   **50** Likes

Tweet your reply

Reply

**Relevant people**


**Respaldo HSA**
@HarrySArgentina   Follow
Fan Page | Updates del actor y cantante ganador de un Grammy @Harry_Styles en Argentina. • Fan Account. ¡Cuenta de respaldo de @HarryArgentina!

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Trending in United States
**#USMNT** 🇺🇸
Trending with Iran, Wales

Dramedy series · Trending
**#TheWhiteLotus**🌊
3,398 Tweets

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Music · Trending
**Kelly Rowland**
19.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.


**Perkowski Legal P.C.**   ···
@c_perkowski

__ https://twitter.com/AndresJovannyMa/status/1350935761152061440 __    at __ 2022-11-20 18:17:19 -08:00 __

← Tweet



🌈 ANDY JONNY
@AndresJovannyMa
•••

Tenemos nuevas imágenes desde el set de
#Spiderman3 podemos ver a @Zendaya  y
@TomHolland1996  y si va estar en la época navideña

#Marvel #TomHolland 🕷️ 🎄

Translate Tweet



2:39 PM · Jan 17, 2021 · Twitter for Android

Tweet your reply

Reply

## Relevant people

🌈 ANDY JONNY
@AndresJovannyMa
Follow
EL PENSAR Y EXPRESAR 💙🧠 Tengo
un canal en YouTube ▶️ ANDY
JONNY 😁

Zendaya ✓
@Zendaya
Follow

Tom Holland ✓
@TomHolland1996
Follow

## What's happening



NFL · 5 hours ago
Eagles at Colts

#Disenchanted 🧙‍♀️
Original movie now streaming
⊡ Promoted by Disney+

Sports · Trending
Patrick Mahomes
3,471 Tweets

Trending in United States
#AMAs 🔥
Trending with soobin, bebe rexha

Trending in California
Dodger Stadium
9,049 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Search Twitter

Perkowski Legal P.C.
@c_perkowski



© 2022 Twitter, Inc.

← **Tweet**



**Bad.news**
@lvv2com

··· 

多家媒体报道，小李子莱昂纳多·迪卡普里奥和27岁的 Gigi Hadid在纽约时尚周一场派对上聊上了。其实几天前，《People》就报道了小李子在追Gigi（语气不是很确定）。最近，　bad.news/t/4252360/

Translate Tweet



12:08 PM · Sep 15, 2022 · Lvv2.com

💬            🔁            ♡            ⬆️

**Relevant people**

**Bad.news**
@lvv2com                    Follow

集 新闻资讯、热点推文、AV 、 🔞动漫、🔞漫画、最新电影🎥 、 🌙磁力搜索 等资源于一体的综合性t.me/lvv2com_chatF7... tg频道



**Perkowski Legal P.C.** ···
@c_perkowski



Tweet your reply            Reply

← **Tweet**



**Linda Ikeji**
@lindaikeji                                    ...

Kylie Jenner and Travis Scott seen getting off a private jet with daughter Stormi, 2, after fun-filled weekend getaway (photos) lindaikejisblog.com/2020/10/kylie-...



10:54 AM · Oct 27, 2020 · LIB App

**3** Retweets   **23** Likes

Tweet your reply                              Reply

**Q** Search Twitter

**Relevant people**

**Linda Ikeji**
@lindaikeji                    Follow
Blogger. CEO, LindaIkejiTV

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



Perkowski Legal P.C.
@c_perkowski                   ...

https://twitter.com/hstylespics/status/1332154807401668608...at...al...2020-11-21 05:56:28--08:00
Document 23-10    Filed 03/13/23    Page 62 of 101    Page ID
#:4035

Tweet

Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

**best harry pics**
@hstylespics



📍 Harry Styles- and HSHQ

6:50 PM · Nov 26, 2020 · Twitter for iPhone

**892** Retweets  **371** Quote Tweets  **19.5K** Likes

💬  ↻  ♡  ⬆️

Tweet your reply                    Reply

**Relevant people**

**best harry pics** 
@hstylespics                          Follow
Enjoy the best & latest contents of
Grammy winning artist @Harry_Styles.
#BLM | © rightful owners of pictures
(DM us for credits)

**Harry Styles.** ✓
@Harry_Styles                          Follow

**HSHQ** ✓
@HSHQ                                  Follow
Official Twitter For @Harry_Styles info.
IHS IG: instagram.com/harrystyles ||
HSHQ IG: instagram.com/hshq

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Trending in United States
**Ian Darke**

Trending in United States
**Hive**
58.5K Tweets

Politics · Trending
**Tragically**
59K Tweets

Trending in United States
**#ENGIRN**
Trending with Jako, England

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

**katie hawthorne** @KH_katie_ · Nov 27, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
@sophie7941 omg

💬 1    ↻    ♡ 1    ⬆️

**Sophie** @sophie7941 · Nov 28, 2020
Replying to @KH_katie_ @hstylespics and 2 others
I will be passing away after I've watch dont worry darling - confirmed

💬    ↻    ♡    ⬆️

**warszawianka** @fxckingmade · Nov 26, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
AMEN

💬    ↻    ♡    ⬆️

**warszawianka** @fxckingmade · Nov 26, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
Ojcze nasz któryś jest w niebie

💬    ↻    ♡    ⬆️

**warszawianka** @fxckingmade · Nov 26, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
Litwo ojczyzno moja

💬    ↻    ♡    ⬆️

**warszawianka** @fxckingmade · Nov 26, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
JESTEŚ PIĘKNU AMEN

💬    ↻    ♡    ⬆️

**meme** @tufankhulo · Nov 28, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
skskksk shower scene😭😭

💬    ↻    ♡    ⬆️

**Afazell** @volfury24 · Nov 26, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
Mirip Leonardo Dicaprio

💬    ↻    ♡    ⬆️

**@deashOme** · Nov 26, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
WOW CHILE HAROLD

💬    ↻    ♡    ⬆️

**Karol♡ vio a Lou** @loraKlommo · Nov 26, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
Omg

💬    ↻    ♡    ⬆️

**rafa** @yunho3000 · Nov 27, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
Esse homem e água eu passo o resto da vida de boa

💬    ↻    ♡    ⬆️

**lor** @itsrlythbrave · Nov 26, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
uy kieto



💬    ↻    ♡ 1    ⬆️

**deebreezy** @tywkurbeautiful · Nov 26, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
I knew i was gonna see this on this account

💬    ↻    ♡    ⬆️

**Kat.tpwk** @wazzhappenin93 · Nov 26, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
His braces 😭😭

💬    ↻    ♡    ⬆️

**br! 🌸 VA A VER A HARRY** @fnlnowds · Nov 26, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
ALGUIEN ME DICE DE CUANDO SON ESTAS FOTOS

💬    ↻    ♡    ⬆️

**Dianna D** @Diannasaur09 · Nov 26, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
he's gonna look so handsome

💬    ↻    ♡ 2    ⬆️

**Ummu** @ummujazmin · Nov 26, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
PHEW CHILE I HAD TO TAKE A DEEP BREATH

💬    ↻    ♡    ⬆️

**rama** @araminzega · Nov 26, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
uy kieto

💬    ↻    ♡ 2    ⬆️

**pepol** @_dadubomark · Nov 26, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
sorry sir ive been a bad boy hshsjsuuugagsgs HAHHAHAHAHAHAHHA

💬    ↻    ♡    ⬆️

**Закичиглажка** @zakali_glaza_ · Nov 26, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
Wait-wait: THIS MAN JUST...
😍😍😍😍😍 he can do both things😍😍😍😍 truly manly man.



💬    ↻    ♡ 14    ⬆️

**yaya** @yrayaaaaa · Nov 27, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
aYuDa





← **Tweet**

**Home**

**Explore**

🔔 **Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

 **OFuxico** ✔
@ofuxico_oficial

···

Sem photoshop! Jennifer Lopez usa maiô cavadão em stand-up paddle

ofuxico.com.br/noticias-sobre...

 

3:30 AM · Jan 12, 2021 · Twitter Web App

**1** Retweet    **5** Likes

        ♡    ⬆

 Tweet your reply                    **Reply**

Search Twitter

### Relevant people

 **OFuxico** ✔    **Follow**
@ofuxico_oficial

OFuxico é um site jornalístico sobre o mundo dos famosos, da televisão, do cinema e assuntos relacionados ao entretenimento. No ar há 20 anos.

### What's happening

FIFA World Cup · 🔴 LIVE
**USA vs Wales**    

Trending in United States    ···
**Jordan Morris**
Trending with Reyna, Yedlin

Trending in United States    ···
**HOW IS THAT NOT A YELLOW**

Trending in California    ···
**Telemundo**
7,467 Tweets

Trending in United States    ···
**1-0 USA**
19.7K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**    ···
@c_perkowski

← **Tweet**

 **1D Updates**
@Live1DNews                                    ···

📷| Harry with Olivia Wilde on the set of Don't Worry Darling today (November 3)

(Via @HLDHQs)



5:04 PM · Nov 3, 2020 · Twitter for iPad

**10** Likes

💬          🔁          ♡          ⬆

 Tweet your reply                          **Reply**

🔍 Search Twitter

**Relevant people**

 **1D Updates**          **Follow**
@Live1DNews

1D Updates. Paul, Andy, and more follow!

 **HLDHQs**              **Follow**
@HLDHQs

We do not claim ownership of anything posted. Content owners, please DM for content removal.

**What's happening**

Sports · LIVE
**2022 FIFA World Cup**                       

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Music · Trending                              ···
**#DavidoAt30**
55.5K Tweets

Trending in United States                     ···
**UCLA**
Trending with Oregon, Utah

Only on Twitter · Trending                     ···
**#乐鱼体育**
226K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home

# Explore

🔔 Notifications



← **Tweet**



### Home
### Explore
**1**
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**



Perkowski Legal P.C.
@c_perkowski

---



**MR. WILL WONG** 📸
@mrwillw

···

.@TomHolland1996 knows what's what. These @Uniqlo_Canada Airism oversized tees are the comfiest. Have one for every day of the week! Love that he loves lavender too!



9:49 PM · Apr 27, 2022 from Toronto, Ontario · Twitter for Android

**10** Likes

💬   🔁   ♡   ⬆

Tweet your reply                                    **Reply**

---

🔍 Search Twitter

## Relevant people

  **MR. WILL WONG** 📸          **Follow**
@mrwillw

"The iconic Blogger" - BlogTO #NowReadersChoice Best Blogger 2x Sovereign Award Winner IG mrwillwong FB mrwillwongblog Dad of beanie wong

  **Tom Holland** ✔          **Follow**
@TomHolland1996

UNI QLO  **Uniqlo Canada** ✔          **Follow**
@Uniqlo_Canada

The official Twitter account of UNIQLO Canada. Customer inquiries: wecare@uniqlo.ca | 1-866-254-4756

## What's happening

NFL · 3 hours ago
**49ers at Cardinals**



Entertainment · Trending          ···
**Died Suddenly**
Trending with World Premiere

Trending in California          ···
**Mexicans**
6,861 Tweets

Trending in United States          ···
**Trent Reznor**
23.3K Tweets

Trending in United States          ···
**August Alsina**
Trending with Jada, #TheSurrealLife

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

**Moe from Pop Tingz**
@MoeFromPopTingz

.@JLo and @ARod have joined the #BlackLivesMatter ✊🏾✊🏾 protest in Hollywood over the weekend



👤 jlo and Alex Rodriguez

1:42 PM · Jun 9, 2020 · Twitter for Android

**2** Retweets   **12** Likes

Tweet your reply                    Reply

---

## Left sidebar

🐦

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
🗒 Lists
👤 Profile
⊙ More

**Tweet**



Perkowski Legal P.C.  ...
@c_perkowski

---

## Right sidebar

🔍 Search Twitter

### Relevant people

**Moe from Pop Tingz**    Follow
@MoeFromPopTingz
Founder of @ThePopTingz. Pop Culture Expert. Entertainment Journalist.

**jlo** ✓    Follow
@JLo
Celebrating #20yearsofTHISISMETHEN ✨

**Alex Rodriguez** ✓    Follow
@AROD
Proud Father of 2

### What's happening

FIFA World Cup · 🔴 LIVE
**USA vs Wales**

Trending in United States
**USA 1**
221K Tweets

Trending in California
**Telemundo**
7,529 Tweets

Entertainment · Trending
**julia fox**
6,705 Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

**Kardashian World**
@KUWTKWorld                                    ···

📷 Kourtney Kardashian & Travis Barker's at MJ's condo in Montecito

🔗 kardashianworld.net/gallery/thumbn...



1:29 PM · May 16, 2022 · Twitter Web App

**34** Retweets   **3** Quote Tweets   **885** Likes

💬        🔁        ♡        ⬆

**Tweet your reply**                              [Reply]

**MASHILOANE HOSEA** 🅿 @MashHorsepower · May 16
Replying to @KUWTKWorld
She wear nonsense
💬        🔁        ♡   5      ⬆

**Venecia De Waal** @venecia_waal · May 18
Replying to @KUWTKWorld
Congratulations you deserve to be happy this is a good man I m so happy for both of you you looking stunning I m from S A I follow all if you
💬        🔁        ♡        ⬆

**Joy Frisbie** @joy_frisbie · May 17
Replying to @KUWTKWorld
Sweet. Thanks for sharing 💗
💬        🔁        ♡        ⬆

Show more replies

---

Q Search Twitter

**Relevant people**

 **Kardashian World**          [Follow]
@KUWTKWorld
The largest fan source for everything Kardashian! 🎀 #TheKardashians 🎀
Season 2 | Sept 22nd on Hulu! Kim & Khloe follow ❤❤
admin@kardashianworld.net

**What's happening**

NBA · 19 minutes ago
**Celtics at Bulls**

Entertainment · Trending                  ···
**Died Suddenly**
53.7K Tweets

Entertainment · Trending                  ···
**#DWTS**💃
Trending with  Charli, Gleb

Entertainment · Trending                  ···
**Sinbad**
6,050 Tweets

Sports · Trending                         ···
**Joe Buck**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
Lists
👤 Profile
More

[Tweet]

**Perkowski Legal P.C.**          ···
@c_perkowski

__ https://twitter.com/g3cafe/status/1463695861582499849 __ at __ 2022-11-22 03:07:22 -08:00 __

← **Tweet**

**g3 san diego**
@g3cafe

Saya ka ghorl?
#WhatsTheG



6:27 PM · Nov 24, 2021 · Twitter for iPhone

**4** Likes

Tweet your reply

Reply

## Relevant people

**g3 san diego**
@g3cafe

Follow

Filipina Writer, #ByG3 🖊 Host,
#LiveWithG3 📺 Columnist, #RatedG3
💻 Editor, Mega Entertainment 📒
Entertainment Journalist 📱
Entrepreneur, #FarmToFork

## What's happening

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater** 🟦
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
80.3K Tweets

Trending in United States
**El VAR**
84.1K Tweets

Trending in United States
**Argentina**
Trending with Messi, #ARGKSA

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/leguidetony/status/1578085654667329536 _ el_ 2022-11-20 13:02:23 -08:00

Case 2:22-cv-09462-DMG-ADS    Document 23-10    Filed 03/13/23    Page 70 of 101    Page ID
#:4043



**long** @leguidetony · Oct 6

Donc Dakota Johnson vient de partager ces photos sur Instagram du set du film de Sony basé sur l'univers Spider-Man : #MadameWeb et les "fans" pensent sincèrement que c'est Miles Morales. On est où là.

Translate Tweet

11:11 AM · Oct 6, 2022 · Twitter Web App

1 Quote Tweet    38 Likes

Tweet your reply                              **Reply**

**Ins.** @D14NY12 · Oct 6
Replying to @leguidetony
C'est Tahar Rahim qui joue Ezekiel Sims.

**Be Water, My Friend** @FalilouAF · Oct 6
Replying to @leguidetony
Miles Morales, Sony et Marvel vont prendre le temps avant de l'introduire et surtout pas dans ce film 😂
1

**long** @leguidetony · Oct 6
Replying to @FalilouAF
Après ils sont chauds chez Sony (dur à dire rapidement ça d'ailleurs) ! Mais nan je pense pas :p
1                                    1

Show replies

**Alex | ISHIN KIWAMI 23/02/22** @Kanakopieur · Oct 6
Replying to @leguidetony
En tout cas l'acteur on dirait Aaron Taylor-Johnson
1                                    1

**long** @leguidetony · Oct 6
Replying to @Kanakopieur
omg j'ai vu ce comm partout!
1

Show replies

**Relevant people**

**long**
@leguidetony    **Follow**
📸 instagram.com/leguidetony 47K+ |
tiktok.com/@leguidetony 328K+ |
youtube.com/leguidetony 177K+

**What's happening**

FIFA World Cup · 5 hours ago
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 🪄
Original movie now streaming
▷ Promoted by Disney+

Trending in California
**Rest in Peace**
52K Tweets

Only on Twitter · Trending
**Rest in Power**
23.9K Tweets

Trending in California
**#QATECU**
103K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/meakoopa/status/743470637702979584 _at_ 2022-11-21 16:48:15 -00:00

22-cv-09462-DMG-ADS    Document 23-10    Filed 03/13/23    Page 71 of 101    Page ID #:4044



← **Tweet**

🔍 Search Twitter

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

⬜⬜
@filmsbydelrey

😍😍😍




5:08 AM · Sep 26, 2017 · Twitter for Android

    

Tweet your reply

Reply

### Relevant people

⬜⬜
@filmsbydelrey
multifandom ◇*｡

**Follow**

### What's happening

NFL · 3 hours ago
**Cowboys at Vikings**



**#Disenchanted** 👩‍🦰
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**#BLACKPINK**
224K Tweets

Trending in United States
**Bob Iger**
Trending with Chapek, Disney CEO

Trending in United States
**#AMAs** 💃
Trending with soobin

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski   ···

← **Tweet**

Miley Cyrus Updates ⬤
@MileyCyrusBz

Miley & her boyfriend Maxx on holiday in Mexico!



4:08 AM · Feb 26, 2022 · Twitter for Android

**16** Retweets  **2** Quote Tweets  **210** Likes

Tweet your reply                    Reply

M   Morton Hitler @hitler_morton · Feb 26
Replying to @MileyCyrusBz
Let me know if you got a any problem with this Maxx guy 💀
He looks cool..

Fabian A. Salinas @Frozelio · Feb 26
Replying to @MileyCyrusBz

youtube.com
The Regrettes - I Dare You [Official Music Video]
Watch the official music video for I Dare You by The
Regrettes from the album How Do You Love? 🙏 ...

Andreas G. Jensen 🇩🇰👍 @HostileElonMusk · Feb 26
Replying to @MileyCyrusBz



GIF  ALT

---

**Search Twitter**

### Relevant people

Miley Cyrus Updates ⬤
@MileyCyrusBz
Fan account | Copyright belongs to
the respective owners | @MileyCyrus
follows 💕

Follow

### What's happening

NFL · 3 hours ago
**49ers at Cardinals**

Trending in California
**Mexicans**
6,461 Tweets

Entertainment · Trending
**Died Suddenly**
71.6K Tweets

Trending in California
**Dodger Stadium**
8,280 Tweets

Entertainment · Trending
**#TheVowHBO**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/AndyVermaut/status/1273622655984218112 __ at __ 2022-11-20 15:00:00 -08:00 __



← **Tweet**


Search Twitter



Andy Vermaut
@AndyVermaut ...

Here's the Heartwarming Reason Lady Gaga Gave Her Jacket to a Fan eonline.com/news/1162383/h...



7:24 AM · Jun 18, 2020 · dlvr.it

💬          ⟲          ♡          ⬆

 Tweet your reply          Reply

**Relevant people**



Andy Vermaut
@AndyVermaut          Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow

**Home**

**Explore**

**Notifications** 1

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**



Perkowski Legal P.C.
@c_perkowski ...

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← **Tweet**



**MuggleNet: #1 Wizarding World Resource Since 1999**
@MuggleNet

···

First pics of Daniel Radcliffe as @alyankovic have emerged thanks to @enews 😂

Wondering what this is all about? Read more:
mugglenet.com/2022/01/it-jus...



3:19 PM · Feb 19, 2022 · Twitter for iPhone

**6** Retweets   **2** Quote Tweets   **39** Likes

💬        🔁        ♡        ⬆️

   Tweet your reply                              Reply

**Jamie MacDonald** @JamieMa59230716 · Feb 19          ···
Replying to @MuggleNet @alyankovic and @enews
Madonna doing a bio pic, is one thing! But Weird Al ?

💬        🔁        ♡        ⬆️

**Perkowski Legal P.C.**
@c_perkowski       ···

**Search Twitter**

**Relevant people**

 **MuggleNet: #1 Wizar...**      Follow
@MuggleNet
The #1 Wizarding World Resource
Since 1999 ✨ RT's are not
endorsements. #WomenLed since
2017. #TransRightsAreHumanRights
🏳️‍⚧️ bit.ly/WizardingWordle

 **Al Yankovic** ✔          Follow
@alyankovic
You know... the weird one.

**E! News** ✔          Follow
@enews
⊘ Official
Your source for entertainment news,
celebrities and pop culture.

**What's happening**

Sports · LIVE
**2022 FIFA World Cup**



**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
🎬 Promoted by Avatar

Entertainment · Trending          ···
**Died Suddenly**
78.5K Tweets

Trending in California          ···
**Mexicans**
7,259 Tweets

Trending in United States          ···
**#GMMTV2023**
263K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/raulbrindis/status/1256222986568425472 __ at __ 2022-11-22 00:17:33 -08:00 __

← **Tweet**

 **Raúl Brindis** ✔
@raulbrindis

···

**#Farandulazo** Travis Scott se regalo a si mismo un lujoso Bugatti para celebrar sus 28 años de edad.

Translate Tweet



7:04 AM · May 1, 2020 · Twitter for iPhone

19 Likes

💬           ⇄           ♡           ⬆

 Tweet your reply          Reply

---

🔍 Search Twitter

**Relevant people**

 **Raúl Brindis** ✔          Follow
@raulbrindis

Radio Host for El Show de Raúl Brindis

**What's happening**

---

🏠 Home

#️⃣ Explore

🔔 Notifications (1)

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

 **Perkowski Legal P.C.** ···
@c_perkowski

— https://twitter.com/foochia/status/1302622811303927809 __ at __ 2022-11-20 09:09:32 -08:00

← **Tweet**

**Foochia · فوشيا** ✔
@foochia

تعرضت النجمة العالمية، ريهانا لحادث أليم؛ إذ سقطت من فوق دراجة كهربائية؛ ما تسبب بإصابتها بكدمات عديدة في الوجه والجبهة وبانتفاخ أسفل العين. قال المتحدث باسم ريهانا لمجلة "بيبول": "ريهانا بخير تماماً الآن لكنها انقلبت من دراجة كهربائية وأصيبت جبهتها ووجهها وهي الآن تتعافى بسرعة.

Translate Tweet



8:00 AM · Sep 6, 2020 · Hootsuite Inc.

**1** Retweet    **6** Likes

Tweet your reply

Reply

**Show more replies**

---

**Relevant people**

**Foochia · فوشيا** ✔
@foochia

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.

Follow

**What's happening**

FIFA World Cup · 1 hour ago
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 🧹
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending
**#RIPLEGEND**
2,722 Tweets

Trending in California
**Shakira**
96.9K Tweets

Trending in California
**Rigged**
39.5K Tweets

**Show more**

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2022 Twitter, Inc.

https://twitter.com/zaynsquadbrasil/status/1551766494254329856 ... id ... 2022-01-07 08:45:31 -08:00
cv-09462-DMG-ADS Document 23-10 Filed 03/13/23 Page 78 of 101 Page ID #:4051

Q Search Twitter

ZSBR • #FireInside 🔥
@ZaynSquadBrasil

**O SORRISO! Há 5 anos, Zayn foi fotografado com amigos em West Hollywood** 🤭😌

Translate Tweet



8:01 PM · Jul 25, 2022 · Twitter Web App

**89** Retweets   **57** Quote Tweets   **1,067** Likes

💬   🔁   ♡   🔗

P  Tweet your reply                          **Reply**

Paulinha pq se casou? @ana_zousa · Jul 26
Replying to @ZaynSquadBrasil
o homem mais lindo do mundo

Jaqueline @jaqqi_ · Jul 26
Replying to @ZaynSquadBrasil
Sdds 😭😭❤️❤️❤️

bigger than jezebel ✨VAI V O HARRY @malikinhoo_ · Jul 26
Replying to @ZaynSquadBrasil
nossa que saudades

alexie @zendayagirlf · Jul 26
Replying to @ZaynSquadBrasil
que saudes a 😢

jubs 🐝 @zynhire · Jul 25
Replying to @ZaynSquadBrasil
saudades dele

faith in xl's future 🌟 @xluviouis · Jul 25
Replying to @ZaynSquadBrasil
ai q sdd dele

sabs @zjcrie · Jul 25
Replying to @ZaynSquadBrasil
eu amo a amizade deles zsbr

let. @folkashe · Jul 25
Replying to @ZaynSquadBrasil
sdds

Young Royals s2🏳️‍🌈/Tay 🏳️‍🌈🏴‍☠️ @TayZquad1D · Jul 25
Replying to @ZaynSquadBrasil
Como o tempo voa

Thaís @firsttimelov · Jul 25
Replying to @ZaynSquadBrasil
daria de tudo pra poder ter uma foto atualizada dessa

faella. 🧚 @faelladozayn · Jul 25
Replying to @ZaynSquadBrasil
ai que sdd portal

tata 💚 @zainjvad · Jul 25
Replying to @ZaynSquadBrasil
saudades dele

Tai 🌈💚🏴‍☠️ @Zquad1Dmylife · Aug 1
Replying to @ZaynSquadBrasil
Neném 😭🥺😭😭

ni. @LmjEiliishz · Jul 25
Replying to @ZaynSquadBrasil
tô com tanta saudade dele zsbr 😭 queria fotinhas novas dele sorrindo assim

Maria Julia @harryxprada · Jul 26
Replying to @ZaynSquadBrasil
No próximo ano, há 6 anos zayn foi fotografado...

éri✨ VAI BR😭😭 @kcolletl · Jul 25
Replying to @ZaynSquadBrasil
amizade deles é linda ❤️❤️ amo mt

---

Perkowski Legal P.C.
@c_perkowski

---

**Relevant people**

ZSBR • #FireInside 🔥      **Follow**
@ZaynSquadBrasil
ZSBR - A melhor fonte de informações sobre o cantor, compositor e papai Zayn na América Latina. | 📧 Reserva: @zaynsquadbra | 📧 @mediazsbr | fan account

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Trending in California
**Dodger Stadium**
14.1K Tweets

Sports talk · Trending
**skip and shannon**

Trending in United States
**Chocolate and Chip**

Gaming · Trending
**#ExploreBlackreef**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

__ https://twitter.com/yucatanalminuto/status/1436049282386305033 __ at __ 2022-11-22 03:22:42 -08:00 __

← **Tweet**

 **YUCATAN AL MINUTO**
@YUCATANALMINUTO

···

Jennifer Lawrence será mamá por primera vez
ow.ly/uqUS50G7d9F



12:30 PM · Sep 9, 2021 · Hootsuite Inc.

**1** Like

 Tweet your reply

Reply

Q Search Twitter

**Relevant people**

 **YUCATAN AL MINUTO**   Follow
@YUCATANALMINUTO

Yucatán al Minuto es un medio de
comunicación que produce contenido
informativo y material audiovisual con
formatos propios en Mérida, Yucatán.

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**



**#AvatarTheWayOfWater**🔵
Get tickets now – In theaters December 16
📷 Promoted by Avatar

Entertainment · Trending                     ···
**Died Suddenly**
81.4K Tweets

Trending in United States                    ···
**Argentina**
Trending with  Messi,  #ARGKSA

Trending in California                        ···
**Mexico City**
24.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**

**# Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/RihannaNoBrasil/status/1523686991564800001 __ gt __ 2022-11-21 19:41:00 -08:00 ___
Case 2:22-cv-09462-DMG-ADS    Document 23-10    Filed 03/13/23    Page 80 of 101    Page ID #:4053

← **Tweet**

Q Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

**Rihanna.com.br** ⚓ ⌄
@RihannaNoBrasil

···

Rihanna chegando ao Giorgio Baldi, ontem à noite, em Santa Mônica. (08/05) 🤍 ✨

Translate Tweet



8:31 AM · May 9, 2022 · Twitter for Android

**30** Retweets  **19** Quote Tweets  **534** Likes

💬          ⟲          ♡          ⬆

Ⓟ    Tweet your reply                          **Reply**

**Mari** ✨ @FuckMeanGirl · May 9          ···
Replying to @RihannaNoBrasil
Eu não acredito que o baby Fenty vai ser de gêmeos

💬          ⟲          ♡ 4          ⬆

**Cris Rocco** @CrisRocco · May 9          ···
Replying to @RihannaNoBrasil
Essa baita barriga e com salto 30...que moller...

💬          ⟲          ♡          ⬆

**nath** 🇧🇷 **sofia's gf ;)** @hteever · May 9          ···
Replying to @RihannaNoBrasil
eu tenho certeza q quando ela tiver a caminho do hospital, vai passar nesse restaurante

💬          ⟲          ♡ 1          ⬆

**g a b r i 13** 🧃 @_eugabrisa · May 9          ···
Replying to @RihannaNoBrasil
essa mulher não vai parir nunk? quero ver a cara dessas criança logo

💬          ⟲          ♡ 3          ⬆

**soeazy sogood** @soeazysogood · May 9          ···
Replying to @RihannaNoBrasil
i love u RiHANNA BABY KiSS

💬          ⟲          ♡          ⬆

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**gus.marez** 🇧🇷 @gus_marez · May 9          ···
Replying to @laaisxav1ier and @RihannaNoBrasil
11

💬          ⟲          ♡ 7          ⬆

Perkowski Legal P.C.
@c_perkowski                          ···

**Relevant people**



**Rihanna.com.br** ⚓ ⌄
@RihannaNoBrasil                  **Follow**

Rihanna.com.br is a genuine and registered fansite, made by fans. 🇧🇷 Fã-clube e portal de notícias brasileiro sobre a cantora Rihanna. Online desde 2008. 💙

**What's happening**

NFL · LIVE
**49ers at Cardinals**



Entertainment · Trending
**Died Suddenly**
54.2K Tweets                          ···

Trending in United States
**NCAA 14**                          ···

Entertainment · Trending
**Sinbad**
6,133 Tweets                          ···

Family drama · Trending
**#GTMcontest13**                          ···

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.



← **Tweet**



**AP** ✔
@altapeli

...

Leonardo DiCaprio en imágenes desde el set de #DontLookUp, la nueva película de Adam McKay.



5:36 PM · Dec 1, 2020 · Twitter Web App

**8** Retweets   **10** Quote Tweets   **73** Likes

💬     ⟲     ♡     ⬆

 Tweet your reply                          Reply

## Search Twitter

### Relevant people

 **AP** ✔                    Follow
@altapeli
Cuenta oficial de AltaPeli.com - Cine / Series / Críticas / Noticias / Videojuegos

### What's happening

NFL · 1 hour ago
**Cowboys at Vikings**

**#Disenchanted** 🧹
Original movie now streaming
▪ Promoted by Disney+

Sports · Trending
**Patrick Mahomes**
3,487 Tweets

Trending in United States
**#AMAs** 🔥
Trending with  soobin, bebe rexha

Trending in California
**Dodger Stadium**
9,078 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**  ...
@c_perkowski

https://twitter.com/captmarvelnews/status/1329769367970656256__st__2022-11-22 15:41:49 -08:00    Case 2:22-cv-09462-DMG-ADS    Document 23-10    Filed 03/13/23    Page 82 of 101    Page ID #:4055

← **Tweet**

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

More

**Tweet**

☀️ **Captain Marvel NEWS / Fan Account**
@CaptMarvelNews                                          ⋯

Kamala Kahn will be representing the Carol Corps in full force on Ms.Marvel!! Can't WAIT for their team up!
#CaptainMarvel #MsMarvel



4:51 AM · Nov 20, 2020 · Twitter for iPhone

**36** Retweets   **6** Quote Tweets   **219** Likes

💬                 🔁                ♡                 ⬆

Ⓟ  Tweet your reply                              Reply

**Lily** ☀️ ⚡ @LilyPlmmr · Nov 20, 2020   ⋯
Replying to @CaptMarvelNews
Omfg I love her already 😭

💬          🔁          ♡ 1          ⬆

**Pablo Arrieta** @Arrieta_007 · Nov 21, 2020   ⋯
Replying to @CaptMarvelNews
What Is Your Opnion Carol:



GIF

💬          🔁          ♡ 2          ⬆

**cmc** @sugarchick10 · Nov 20, 2020   ⋯
Replying to @CaptMarvelNews
Iman looks so freaking adorable! I think this will be fun 😄

💬          🔁          ♡          ⬆

**Relevant people**

☀️ **Captain Marvel NE...**    Follow
@CaptMarvelNews
Since 2010, Twitter's #1 international Fan Account for EVERYTHING CAPTAIN MARVEL!! Coming up: THE MARVELS JUL 28, 2023! @brielarson @captainmarvel

**What's happening**

FIFA World Cup · 5 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
📧 Promoted by Avatar

Trending in United States       ⋯
**Storm Shadow**

Family & relationships · Trending       ⋯
**For $100**
192K Tweets

Entertainment · Trending       ⋯
**Jane Lynch**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

**Tweet**

Perkowski Legal P.C.     ⋯
@c_perkowski

__ https://twitter.com/KUWTKWorld/status/1559973271982014468 __ at __ 2022-11-20 23:53:56 -08:00 __

← **Tweet**



 **Kardashian World**
@KUWTKWorld                                    ...

📷 Kendall Jenner out in Los Angeles (15/08)

🔗 kardashianworld.net/gallery/thumbn...



11:39 AM · Aug 17, 2022 · Twitter Web App

**3** Retweets    **69** Likes

💬              ⇄              ♡              ⬆

Ⓟ   Tweet your reply                          Reply

---

### Relevant people

 **Kardashian World**     Follow
@KUWTKWorld

The largest fan source for everything
Kardashian! #TheKardashians 🎥
Season 2 | Sept 22nd on Hulu! Kim &
Khloe follow ❤️❤️
admin@kardashianworld.net

### What's happening

NFL · 3 hours ago
**Chiefs at Chargers**



**#Disenchanted** 🧛‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                     ...
**Rick Grimes**
Trending with #TheWalkingDead, #TWDFinale

Trending in United States                     ...
**#AMAs** 🎤
4.61M Tweets

Music · Trending                              ...
**#DavidoAt30**
58.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications** ¹
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

🔍 Search Twitter

 **Perkowski Legal P.C.**     ...
@c_perkowski



__ https://twitter.com/hotcelebspicss/status/1475913630638030853 __ at __ 2022-11-22 01:20:07 -08:00 __

Twitter

# Home

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Hot Celebs**
@HotCelebsPicss

Alexandra Daddario 😍



11:36 AM · Dec 28, 2021 · Twitter for Android

28 Retweets   1 Quote Tweet   235 Likes

Tweet your reply

Reply

## Relevant people



**Hot Celebs**
@HotCelebsPicss

Follow

Hot Celebs Pics - DMs are open (no wankchat) - IM A GUY - #NSFW [EN/FR]

## What's happening

NFL · 5 hours ago
**49ers at Cardinals**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
7,115 Tweets

Trending in United States
**#GMMTV2023**
180K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

Search Twitter

Tweet

https://twitter.com/harrymoonchild/status/1346894035567353858 __ at __ 2022-11-20 18:04:48 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-10   Filed 03/13/23   Page 86 of 101   Page ID #:4059



https://twitter.com/harrymoonchild/status/1323816951924207619 — 2022-11-21 08:02:37 -08:00

2-cv-09462-DMG-ADS   Document 23-10   Filed 03/23/23   Page 87 of 101   Page ID
#:4060



Tweet

Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 Пьяный Твиттер
@drunktwi

Вспомним шикарный фотошоп батл с падающим с велосипеда Джастином Бибером в главной роли.

Translate Tweet



1:25 PM · Aug 24, 2020 · Hootsuite Inc.

20 Retweets   211 Likes

Tweet your reply      Reply

Staying alive @Moryachok78rus · Aug 24, 2020
Replying to @drunktwi



Вадим @VadimBelov · Aug 24, 2020
Replying to @drunktwi
Это не велосипед

Perkowski Legal P.C.
@c_perkowski

**Relevant people**

 Пьяный Твиттер      Follow
@drunktwi
Пьяный Твиттер превращает каждый день в праздник, улучшает кровообращение и снимает стресс. Моя электропочта - adv.dimaruru@gmail.com

**What's happening**

NCAA Men's Basketball · Last night
Lancers at Golden Gophers

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Celebrities · Trending
Tom Hanks
9,225 Tweets

Trending in United States
Mbappe
Trending with Dembele

Entertainment · Trending
Tarantino
Trending with Simu Liu, Chris Evans

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/silverxsable/status/1111551216494903297 __ at __ 2022-11-21 07:29:23 -08:00 __

← **Tweet**

This Tweet is from an account that no longer exists. Learn more

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski

...



← **Tweet**

الاحداث حول العالم | 🏴 | ‌
@ImexlIG

الشقراء سيلينا غوميز بستايلها الجديد في كاليفورنيا ❤️ 🥺
Translate Tweet



5:25 PM · Apr 27, 2021 · Twitter for iPhone

**30** Likes

💬        🔁        ♡        ⬆️

Tweet your reply                    Reply

@SHMALY_Q88 · Apr 27, 2021
💕💛 / أبومريم /
Replying to @ImexlIG and @aiwjaee
اي بكاليفورنيا لو بالجهرا ولا بالافنيوو ٧٣١ رجال يمشون وراها لباب السياره 🤣🤣🤣 😂😂😂

💬        🔁        ♡        ⬆️

Perkowski Legal P.C.
@c_perkowski

**Relevant people**

الاحداث حول العالم | 🏴 | ‌          Follow
@ImexlIG
أجمل منصة ترفيهية لأخبار و احداث النجوم والمشاهير حول العالم | الخاص للدعاية و الإعلان

**What's happening**

FIFA World Cup · 3 hours ago
**Mexico vs Poland**



#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
🎬 Promoted by Avatar

Politics · Trending
**Ginni Thomas**
30.2K Tweets

Trending in California
**Tata**
41.5K Tweets

Trending in California
**LAPD**
12.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet
Search Twitter

**Tweet**

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet



Derek Allgood
@BMS_Derek

Rack Chyna Ya'll

Media not displayed
This image has been removed in response to a report from the copyright holder.

6:22 PM · May 3, 2018 · Twitter Web Client

1 Retweet   1 Quote Tweet   22 Likes

Tweet your reply                Reply

♟ Jokerbunny666♥ @jokerbunny666 · May 3, 2018
Replying to @BMS_Derek
Damn that is one ugly chick. Or is it supposed to look like a dude?

GIF

MIX789 @Basik123456inth · May 3, 2018
Replying to @BMS_Derek
More like Ratchet Chyna
♡   ⟳   ♡ 3   ⬚

dazzle me @llano_perez · May 3, 2018
Replying to @BMS_Derek
Ayymn your going to get killed bruh lol.
♡   ⟳   ♡ 2   ⬚

RobDomRoyRynn2020 @DionChondo5 · May 3, 2018
Replying to @BMS_Derek
I WISH I HAD MORE HANDS
SO I COULD GIVE THAT ASS FOUR THUMBS DOWN

Jd Dixon @EDixonLEB · May 4, 2018
Replying to @BMS_Derek
She looks 100% store bought... and I'm talking dollar store

JC @scan932 · May 3, 2018
Replying to @BMS_Derek
Does Twitter have on unlike cuz I'd hit that b***** over and over

DON'T LIKE
NETFL

matt @Saemsclesk · May 4, 2018
Replying to @BMS_Derek
The car looks better and cleaner

bma_trucker @martinaguilar1 · May 4, 2018
Replying to @BMS_Derek

#BorrachoMandoShow @Mandos_Mundo · May 3, 2018
Replying to @BMS_Derek
Never heard of her
♡   ⟳   ♡ 1   ⬚

Ice ⬛ @D70_Ice · May 3, 2018
Replying to @BMS_Derek
She looks like a south side Latina here in SA. You could pick one of those real quick
♡   ⟳   ♡ 1   ⬚

This Tweet was deleted by the Tweet author. Learn more

Show replies

Relevant people

Derek Allgood        Follow
@BMS_Derek
Co-Host of The Nationally Syndicated
Billy Madison Radio Show/ Pro NFL
Handicapper - link below/ 21-13-1
through 7 weeks 61%- All picks
documented on my podcast.

What's happening

NBA · LIVE
Celtics at Bulls

Entertainment · Trending
Died Suddenly
45.2K Tweets

Trending in California
Acosta
14.3K Tweets

Trending in United States
Tampax
30K Tweets

Trending in California
Public
40.6K Tweets

Show more

Terms of Service · Privacy Policy · Cookie Policy
Accessibility · Ads info · More ...
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@_perkowski

← **Tweet**

Home

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

Perkowski Legal P.C.
@c_perkowski
···

— https://twitter.com/proxcinemente/status/1529561281274970113 __ al __ 2022-11-21 04:19:51 -08:00 __ Case 2:22-cv-09462-DMG-ADS Document 23-10 Filed 03/13/23 Page 93 of 101 Page ID #:4066







← **Thread**

**Madame Web Info** ✳ 
@MadameWebInfo                    ···

🚨 Confira as primeiras fotos de Dakota Johnson durante as gravações de #MadameWeb no sábado (26), em Boston.

📸 créditos: @dakotajohnsonpt
Translate Tweet



10:26 PM · Jul 25, 2022 · Twitter for Android

16 Retweets   76 Likes

 💬          🔁          ♡          ⬆️

Ⓟ   Tweet your reply          **Reply**

**Madame Web Info** ✳ @MadameWebInfo · Jul 25    ···
Replying to @MadameWebInfo
+

10:26 PM · Jul 25, 2022 · Twitter for Android

 💬          🔁 2          ♡ 21          ⬆️

**GAONA** @GAONA_M1LGR4U · Aug 7    ···
Replying to @MadameWebInfo and @dakotajohnsonpt
entao quer dizer q isso realmente vai acontecer ??? ja cagaram venom, vou nem falar sobre morbius, um kraven a favor dos animais, e agr madame web, taquipariu sony só ta afim de fazer merda msm

 💬          🔁          ♡          ⬆️

**Home**

# **Explore**

🔔 **Notifications** ①

✉️ **Messages**

🔖 **Bookmarks**

📋 **Lists**

👤 **Profile**

··· **More**

**Tweet**

Ⓟ   **Perkowski Legal P.C.**   ···
@c_perkowski

🔍 Search Twitter

**Relevant people**

**Madame Web Info** ✳ 
@MadameWebInfo                    **Follow**
Sua primeira e maior fonte de informações sobre o filme Madame Web no Brasil (fan accout).

**Dakota Johnson P...** ✓ 
@dakotajohnsonpt                  **Follow**
A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷: @DJPTMidias | Fã-Clube.

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**


Sports talk · Trending          ···
**skip and shannon**

Trending in United States          ···
**Chocolate and Chip**

Trending in California          ···
**Dodger Stadium**
14.1K Tweets

Gaming · Trending          ···
**#ExploreBlackreef**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

**NAÇÃO MARVEL | fan club**
@nacaomarvel

Mais contents da nossa patroa, Hailee Steinfeld as Kate Bishop.



3:21 PM · Feb 21, 2021 · Twitter for Android

**44** Retweets **10** Quote Tweets **456** Likes

Tweet your reply    **Reply**

**•••••** @littledr3am · Feb 21, 2021
A cara machucada igual a Kate

**Eduardo** @dudz_93 · Feb 21, 2021
Replying to @nacaomarvel
Eu acho incrível como essa série é a que mais tem vazamentos e a Marvel não faz nada pra impedir

**madu** @h0rrorbody · Feb 21, 2021
Replying to @nacaomarvel
NAÇÃO FAZ UM THREAD SOBRE AS HQ DELA PRA GENTE JÁ IR FAZENDO UM ESQUENTA PRA SÉRIE
♡ 2 ♡ 6

**Marcos P San · Billy Kaplan Bishop ...** @h0rrorbody · Feb 21, 2021
Replying to @h0rrorbody
Amg, tem um guia de leitura dela aqui no Twitter, só tu procurar que tu acha

**ana 🍁 fan account** @aaloork · Feb 21, 2021
Replying to @nacaomarvel
Que sabor delicioso

**madu** @h0rrorbody · Feb 21, 2021
Replying to @nacaomarvel
ELA TÁ PERFEITA NAÇÃO SOCORRO

**leandro...?** @itsdaachf13 · Feb 21, 2021
Replying to @nacaomarvel
Os detalhes nação



**luiza** @animultist · Feb 21, 2021
Replying to @nacaomarvel
MDS ELA VAI SERVIR TANTO




0:26  29.6K views
from luiza
♡ 1

This Tweet is unavailable. Learn more

Show replies

**Tah Moré! 🍁 / titans · tw** @klarafbanks · Feb 21, 2021
Replying to @nacaomarvel
Perfeita nação
♡ 1

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.** •••
@c_perkowski

---

Search Twitter

**Relevant people**

**NAÇÃO MARVEL | fa...** **Follow**
@nacaomarvel
O maior fã-clube da Marvel no Brasil e #2 do mundo | por @kairyall & @thisnstopper | 🎙️ @PodcastNM |
📩 nacaomarvelofc@gmail.com |

**What's happening**

NHL · LIVE
**Golden Knights at Canucks**

Entertainment · Trending    •••
**Died Suddenly**

Trending in California    •••
**Mexicans**
6,246 Tweets

Only on Twitter · Trending    •••
**Pablo Milanés**
Trending with Auburn

Trending in United States    •••
**August Alsina**
Trending with Jada, #TheSunsetLife

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

__ https://twitter.com/AboutHerOFCL/status/1439491992065658884 __ at __ 2022-11-20 23:05:27 -08:00 __

← **Tweet**

 **About Her** 
@AboutHerOFCL

•••

Rihanna rings in the **#lookoftheday** with some oversized blazer inspo.



12:30 AM · Sep 19, 2021 · Buffer

**1** Like

🔍 Search Twitter

**Relevant people**

 **About Her** ✔
@AboutHerOFCL

**Follow**

Inside untapped territory: Pulling back the curtain on Arab women who are defining cultural trends now.
**#AboutHer**

**What's happening**

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**

 Tweet your reply

**Reply**

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists

← **Tweet**

Search Twitter

**Kardashian World**
@KUWTKWorld
···

📸 Kim Kardashian & Pete Davidson at a SKIMS shoot yesterday 🔥



6:30 AM · May 28, 2022 · Twitter for iPhone

**22** Retweets  **8** Quote Tweets  **513** Likes

💬  🔁  ♡  📤

P  Tweet your reply  **Reply**

$𝕭𝕭𝕭𝕭𝕭 𝒑𝒖𝒇𝒇 𝓟𝓻𝓲𝓷𝓬𝓮𝓼𝓼 👧 @ReajeahnaC · May 31  ···
Replying to @KUWTKWorld
This shot definitely on purpose to shot how Kim looks amazing but also time stamp to Pete's blonde hair

💬  🔁  ♡  📤

This Tweet was deleted by the Tweet author. Learn more

Christie @xsullengirlx · May 29  ···
Replying to @Gaga86878789 and @KUWTKWorld
It's a photo shoot for her underwear brand. That's all she was representing. It's not like this is what Hollywood stars generally wear.

💬  🔁  ♡ 2  📤

Show more replies

---

**Relevant people**



**Kardashian World**   Follow
@KUWTKWorld
The largest fan source for everything Kardashian! #TheKardashians 📺 Season 2 | Sept 22nd on Hulu! Kim & Khloe follow ❤️❤️ admin@kardashianworld.net

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Trending in California   ···
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Music · Trending   ···
**Kelly Rowland**
20.1K Tweets

Music · Trending   ···
**Billy Joel**
1,346 Tweets

Family & relationships · Trending   ···
**Thanksgiving Week**
18.9K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski   ···

__ https://twitter.com/TheFirstCowboy/status/1556770810667192322 __ at __ 2022-11-21 02:51:10 -08:00 __



← **Tweet**



**The First Cowboy**
@TheFirstCowboy                                     ···

First look at Anthony Ramos as The Hood on the set of Ironheart.

#Ironheart



3:33 PM · Aug 8, 2022 · Twitter for iPhone

   

  Tweet your reply                          Reply

## Search Twitter

### Relevant people



**The First Cowboy**          Follow
@TheFirstCowboy

Space Cowboy ‖ Movie Lover ‖ Content Creator. Insider news movie games and TV shows all this you will find on this channel & social media 🎥 | @StarWars_JC

### What's happening

NFL · This morning
**Lions at Giants**

Adult animation · Trending               ···
**#rickandmorty** 🧪
1,627 Tweets

Trending in United States               ···
**#AMAs** 🔥
Trending with soobin, sabrina

Trending in United States               ···
**UCLA**
11.5K Tweets

Only on Twitter · Trending               ···
**#乐鱼体育**
230K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

  **Perkowski Legal P.C.**          ···
@c_perkowski

← **Tweet**

**Rihanna.com.br** ⚓
@RihannaNoBrasil

Rihanna se equilibrando no salto 👆🥺



2:39 PM · May 9, 2022 · Twitter for Android

**54** Retweets    **9** Quote Tweets    **617** Likes

Tweet your reply

Reply

## Relevant people

**Rihanna.com.br** ⚓
@RihannaNoBrasil

Follow

Rihanna.com.br is a genuine and registered fansite, made by fans. 🇧🇷 Fã-clube e portal de notícias brasileiro sobre a cantora Rihanna. Online desde 2008. 💎

## What's happening

NFL · 1 hour ago
**Bengals at Steelers**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Wayne Brady**
1,604 Tweets

Sports · Trending
**De'Aaron Fox**

Politics · Trending
**AR-15**
58.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski



← **Tweet**

Home

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from a suspended account. Learn more


**Perkowski Legal P.C.** ...
@c_perkowski