# EXHIBIT B Continued



https://twitter.com/beliebinteam/status/1229180922693595139 __ et __ 2022-11-22 18:54:55 -08:00

Tweet

**S**
@beliebinteam

WHO LOOKS THIS GOOD



3:09 PM · Feb 16, 2020 · Twitter for iPhone

27 Retweets   75 Likes

Tweet your reply

Reply

**Taehyung_V** @2006Hrisi · Feb 16, 2020
Replying to @beliebinteam
Only Justin Bieber 💕💕
1

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet


Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

**Relevant people**

**S**
@beliebinteam
Follow
swap swap swap it out 🦋 | fan account

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
**RIP Harold**

Trending in California
**Hooters**
8,264 Tweets

Politics · Trending
**Epstein**
34.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/filesdakota/status/1556302971251703809 __ at __ 2022-11-19 23:38:21 -08:00 __
Case 2:22-cv-09462-DMG-ADS    Document 23-11    Filed 03/13/23    Page 4 of 101    Page ID
#:4078

 **best of dakota johnson**
@johnsonfiles                                                                    ...

dakota johnson filming "madame web" in boston (
august 06, 2022 ).



8:35 AM · Aug 7, 2022 · Twitter Web App

**14** Retweets   **4** Quote Tweets   **119** Likes

Tweet your reply                                                          Reply

FrancisO'Brien321@gmail.com @FBrien321 · Aug 8                          ...
Replying to @johnsonfiles and @filesdakota
I am looking forward to seeing Dakota Johnson in Madame Web. 🙂🙂❤️
❤️❤️❤️❤️

**Relevant people**

 **best of dakota johnson**   Follow
@johnsonfiles
■ daily news, updates, pictures,
videos & throwbacks of the actress
**dakota johnson** - ( this is a fan
account ).

**What's happening**

Television · 3 hours ago
**Saturday Night Live airing on
NBC**                                        

#GetYourRideRight
Book your ride up to 30 days ahead with Uber
Reserve
▶ Promoted by Uber

Politics · Trending                           ...
**HE'S BACK**
155K Tweets

Music · Trending                              ...
**Adele**
53.9K Tweets

Music · Trending                              ...
**Elton John**
5,454 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/BookingFreetime/status/1557310828754805782 __ at __ 2022-11-20 21:39:34 -08:00 __



← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**





**Freetime**
@BookingFreetime

···

Vincent D'Onofrio photographié sur le tournage de la série Marvel #ECHO. 📸

Translate Tweet

 

3:20 AM · Aug 10, 2022 · Twitter Web App

   

 Tweet your reply

Reply

## Relevant people



**Freetime**
@BookingFreetime

Follow

Freetime est une page d'information du cinéma, du divertissement, des séries et plateformes de streaming du moment et à venir.

## What's happening

NFL · 1 hour ago
**Chiefs at Chargers**

**#Disenchanted** 🪄
Original movie now streaming
Promoted by Disney+

Trending in United States
···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States
···
**UCLA**
14.2K Tweets

Trending in California
···
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ···
@c_perkowski

__ https://twitter.com/foochia/status/1374677747352633354 __ at __ 2022-11-22 08:23:10 -08:00



← **Tweet**



**Foochia - فوشيا** ✔
@foochia

•••

جاستن بيبر وزوجته عارضة الأزياء هايلي بالدوين بملابس السباحة في عطلة بحرية بماليبو

#جاستن_بيبر #هايلي_بالدوين #مشاهير_هوليوود

Translate Tweet



4:01 AM · Mar 24, 2021 · Hootsuite Inc.

**2** Retweets    **4** Likes

💬    🔁    ♡    ⬆

 Tweet your reply    Reply

---

Q Search Twitter

**Relevant people**

 **Foochia - فوشيا** ✔    Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.

**What's happening**

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

 **Perkowski Legal P.C.** •••
@c_perkowski

___ https://twitter.com/drakedirect_/status/1569087194786308096 ___ et ___ 2022-11-20 13:25:53 -08:00

← **Tweet**

**Drake Direct**
@DrakeDirect_ ···

Mood



👤 Drizzy

3:15 PM · Sep 11, 2022 · Twitter for iPhone

**139** Retweets  **6** Quote Tweets  **997** Likes

Tweet your reply

**Amanda** @RulelessThought · Sep 11  ···
Replying to @DrakeDirect_ and @Drake
Love you Drake 💫

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski ···

---

🔍 Search Twitter

**Relevant people**

**Drake Direct**   Follow
@DrakeDirect_
Drake Fan Account 🦉

**Drizzy** ✓   Follow
@Drake

**What's happening**

Formula 1 · This morning
**Abu Dhabi Grand Prix 2022**


#Disenchanted 😵
Original movie now streaming
Promoted by Disney+

Trending in California   ···
**Rest In Peace**
53.9K Tweets

Trending in California   ···
**#QATECU**
104K Tweets

Only on Twitter · Trending   ···
**Rest in Power**
24.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from a suspended account. Learn more


**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/screenmix/status/1238046300246978304 ... et ... 2022-11-21 05:07:09 -08:00
Document 23-11    Filed 03/13/23    Page 9 of 101    Page ID
#:4063

Search Twitter

**Recommend Mix اقتراحات أفلام**
@Recommendmix

بن أفليك يعلن رسمياً دخوله بعلاقة عاطفية مع النجمة الشابة
آنا دي ارماس بعد مشاهدتهما على شواطئ كوستا ريكا
يتبادلان القبل ويجمعون بلحظات رومانسية.

Translate Tweet



3:16 AM · Mar 12, 2020 · Twitter for Android

**34** Retweets   **63** Quote Tweets   **880** Likes

Tweet your reply                    Reply

**ali** @mzatar_1 · Mar 12, 2020
Replying to @Recommendmix and @ScreenMix
هذي اللي ما ندري من وين تجيبها 😂

**FARAH** @foufa77577545 · Mar 12, 2020
Replying to @Recommendmix and @ScreenMix
ماأعلنهم من بعض

**نون 🌙** @noura595 · Mar 12, 2020
Replying to @Recommendmix
اثنى ثاني 😭

**عقد** @3obad___ · Mar 12, 2020
Replying to @Recommendmix and @ScreenMix
She is pregnant

**Ramadan** @ram_agha · Mar 12, 2020
Replying to @Recommendmix and @ScreenMix
تراها 31 سنة ، عايس لو ابش مادخها
♡ 2                       Show replies

**sidra1998** @sidraa1990 · Mar 12, 2020
Replying to @Recommendmix and @ScreenMix
جامع jennifer !! 😂😅

**FT** @f_altabbakh · Mar 12, 2020
Replying to @Recommendmix and @ScreenMix
بافقه منها

**Essa Ahmed** @Essa_Ahmed12 · Mar 12, 2020
Replying to @Recommendmix and @ScreenMix
والله هذا اللي ما ندري من نقول له جحالة اي جحالة 😂😂

**Rose** @r_0md · Mar 12, 2020
Replying to @Recommendmix
كيوت كيوت❤️

**NotNow.** @Nidoiy · Mar 12, 2020
Replying to @Recommendmix and @ScreenMix
Batman and Catwoman 🦇

**🔥🧡🧡🧡🧡 @a** @Alllfol07 · Mar 12, 2020
Replying to @Nidoiy and @ScreenMix
Worst Batman ever
♡ 1                       Show replies

**Gee** @OpGeezi · Mar 12, 2020
Replying to @Recommendmix
باااالمضطططظهه

**Secrets** @asr_Tala · Mar 12, 2020
Replying to @Recommendmix and @ScreenMix
رنهم بس

**فينوكي** @iD7M1 · Mar 12, 2020
Replying to @Recommendmix and @ScreenMix
واضحة حامل

**A7med** @111_only · Mar 12, 2020
Replying to @Recommendmix and @ScreenMix
بن افليك ختم هوليوود خلاص

**Onpobб** @hgjf70 · Mar 12, 2020
Replying to @Recommendmix and @ScreenMix
القلوين تحيب الب نفسك فيه

**أنا هتصلبالله🇩🇿** @abdullah62510 · Mar 12, 2020
Replying to @Recommendmix and @ScreenMix
إيش إستفدنا من خبر تفهه كهذا ؟؟؟

**طيران** @jxddran · Mar 12, 2020
Replying to @Recommendmix and @ScreenMix
هنياها

**ironic** @sexy_dostoevsky · Mar 12, 2020
Replying to @Recommendmix and @ScreenMix
وانا طيب؟

**maryam** @mar9am_ · Mar 12, 2020
Replying to @Recommendmix and @ScreenMix
وشنهو خلابيه 😂

**Moath Ahmad OP** @maazvip99 · Mar 12, 2020
Replying to @Recommendmix and @ScreenMix
لا راحت علي 😭😭😭
♡ 3                       🔁

**NotNow.** @Nidoiy · Mar 12, 2020
Replying to @maazvip99 and @ScreenMix
رح علي 😭😭

**Om Omar😌🌙** @omghamd1409 · Dec 30, 2020
Replying to @Recommendmix
حطها والله هني اعلن شوفر دادي 😂😂

**Cheesecake** @229Cheesecake · Mar 12, 2020
Replying to @Recommendmix
يا بجدان الناس في إيه واتنوا في إيه 😂😂

---

Relevant people

**Recommend Mix ...فلام - @**
@Recommendmix                    Follow
حساب لترشيحات الأفلام والمسلسلات
برنت مقاطع منها تابع نا @ScreenMix

What's happening

NFL · Last night
**Bengals at Steelers**

Trending in United States
**Slick Rick**

Trending in California
**Dodger Stadium**
Trending with Elton John, Dodger Stadium

Politics · Trending
**Tragically**
15.6K Tweets

Music · Trending
**Billy Joel**
1,355 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ...
© 2022 Twitter, Inc.

---

Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Perkowski Legal P.C. ...**
@c_pierkowski

https://twitter.com/nacaomarvel/status/1383502319886957568 ... 2022-11-22 22:38:11, 10:59
Document 23-11    Filed 03/13/23    Page 10 of 101    Page ID
# 8394



__ https://twitter.com/khloedaily/status/1573790827834355712 __ at __ 2022-11-22 21:57:05 -0800



← **Tweet**

 **Khloé Kardashian Daily**
@KhloeDaily

···

## Khloé Kardashian spotted at the Dolce & Gabbana show in Milan



2:45 PM · Sep 24, 2022 · Twitter for iPhone

**1** Retweet  **12** Likes

💬   ⇄   ♡   ⬆

Ⓟ   Tweet your reply   [ Reply ]

### Sidebar

🔍 Search Twitter

**Relevant people**

 **Khloé Kardashian Daily**
@KhloeDaily   [ Follow ]

the very first and original fansite dedicated to Khloé Kardashian (original account deleted at 79k)

**What's happening**

NBA · 31 minutes ago
**Lakers at Suns**

**#AvatarTheWayOfWater** 🧊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California
**Costco**

### Left navigation

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
▤ Lists
👤 Profile
··· More

[ **Tweet** ]

Ⓟ **Perkowski Legal P.C.**
@c_perkowski   ···



## Tweet

 Home

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Starfucks 57K**
@Starfucks93

Madison Beer



8:44 AM · Sep 24, 2020 · Twitter for Android

2 Retweets   32 Likes

Tweet your reply

Reply

Perkowski Legal P.C.
@c_perkowski

Search Twitter

**Relevant people**

**Starfucks 57K**
@Starfucks93
Follow

M 29 (Paid cumtributes/cocktributes requests)

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater**
Get tickets now - In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Marvel**
81.8K Tweets

Trending in United States
**Ochoa**
458K Tweets

Business and finance · Trending
**#studentloans**

__ https://twitter.com/empirekendall/status/1256547941687540992 __ at __ 2022-11-22 16:38:40 -08:00 __

← **Tweet**

 @empirekendall

···

snatched

 

4:35 AM · May 2, 2020 · Twitter for iPhone

**31** Retweets   **1** Quote Tweet   **394** Likes



 Tweet your reply                     Reply

## Relevant people

 @empirekendall                     Follow

all things kendall jenner · fan page

## What's happening

**FIFA World Cup** · This morning
**Mexico vs Poland**



**#AvatarTheWayOfWater** 💧
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending                     ···
**James Woods**
2,145 Tweets

Entertainment · Trending                     ···
**Marvel**
84.2K Tweets

Music · Trending                     ···
**Nicki**
65.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

Search Twitter

Perkowski Legal P.C.     ···
@c_perkowski

← Tweet



**IL TEMPO**
@tempoweb

···

Effetto #cameltoe: da Nicki a Khloé l'incidente osé diventa una #moda FOTO ➡️ bit.ly/31iECtZ



4:37 AM · Aug 6, 2019 · Twitter Web App

2 Likes

        ♡    ⬆️

    Tweet your reply    Reply

🔍 Search Twitter

**Relevant people**



**IL TEMPO**    Follow
@tempoweb

Segui Il Tempo Quotidiano Indipendente 🗞️ Ultim'ora, notizie e video in un tweet

**What's happening**

NBA · **LIVE**
**Kings at Grizzlies**

#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Trending in United States    ···
**RIP Harold**

Family drama · Trending    ···
**#GTMcontest37**

Trending in California    ···
**#chainsawman**🪚
145K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

 Perkowski Legal P.C.    ···
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Q Search Twitter

## Relevant people

 الاحداث حول العالم | 🌍
@ImexIIG

Follow

أجمل منصة ترفيهية لأخبار و احداث النجوم
والمشاهير حول العالم | الخاص للدعاية و
الإعلان

**Tweet**

الاحداث حول العالم | 🌍
@ImexIIG

ذا ويكند برفقة عضوة بلاكبينك 'جيني' في لوس أنجلوس
بالأمس.

Translate Tweet



10:37 AM · Nov 5, 2021 · Twitter for iPhone

6 Likes

Perkowski Legal P.C.
@c_perkowski

Tweet your reply

Reply

mohamed mahmoud @mahmoudm18 · Nov 5, 2021
Replying to @ImexIIG and @aiwjaee
ذا ويكند اثيوابي الاصل و اسمه الاصلي هو أبيل تسفاي

## What's happening

FIFA World Cup · LIVE
Argentina vs Saudi Arabia



#AvatarTheWayOfWater
Get tickets now - In theaters December 16
📢 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
81.1K Tweets

Trending in United States
**Argentina**
Trending with Messi, #ARGKSA

Trending in California
**Jimmy G**
Trending with Deebo, 49ers

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

— et — 2022-11-21 10:54:21 -08:00
https://twitter.com/belieberpurpose/status/1133917328318578688
Case 2:22-cv-09462-DMG-ADS    Document 23-11    Filed 03/13/23    Page 16 of 101    Page ID
#:4090

← **Tweet**

@BelieberPurpose



Justin Bieber

7:05 PM · May 29, 2019 · Twitter for iPhone

**10** Retweets   **2** Quote Tweets   **45** Likes

Tweet your reply                                    Reply

@zdrappka · May 30, 2019
Replying to @BelieberPurpose and @justinbieber
He looks skinny again, im worried actually :(

1

@BelieberPurpose · May 30, 2019
Replying to @zdrappka and @justinbieber
probably because he's been working out more lately, but i hope he's eating
healthy tho

## Sidebar

Search Twitter

**Relevant people**

@BelieberPurpose                                    Follow
From the stairs of the avon theater to
the top of the world | Purpose Tour
24/04/17 | Justin followed 26/11/17
🟣 multistan

Justin Bieber ✓                                     Follow
@justinbieber
JUSTICE the album out now

**What's happening**

FIFA World Cup · 22 minutes ago
**Senegal vs Netherlands**

Trending in United States
**I BELIEVE THAT WE WILL WIN**

Sports · Trending
**Charles Barkley**
4,805 Tweets

Sports · Trending
**Melvin Gordon**
9,008 Tweets

Sports · Trending
**Maguire**
127K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More …
© 2022 Twitter, Inc.

## Left navigation

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/cizgikafe/status/1556744655670220599 __ef__    2022-11-21 18:59:20 -08:00    Case 1:22-cv-09462-DMG-ADS    Document 23-11    Filed 03/13/23    Page 17 of 101    Page ID #:4091



**Cizgi Kafe**
@cizgikafe

Ironheart setinden Riri ve zırhı. Nasıl görünüyor?

Translate Tweet

1:51 PM · Aug 8, 2022 · Twitter for Android

**2** Retweets  **10** Quote Tweets  **193** Likes

Tweet your reply                                    Reply

**Bluenchanter** @bluenchanter · Aug 9
Replying to @cizgikafe
Infinity War'daki Iron Man zırhından daha güzel
♡

**Alperen Eggson** @Bilalperen7 · Aug 8
Replying to @cizgikafe
Bilemem kardes bilemem cgi halini görmeden ne çıkacak bilemem
♡  16

**Dark-Zero1923** @Efe343krem · Aug 8
Replying to @cizgikafe
Güzel ama birde cgi halini görmek lazım.
♡  1

**Asekmaey** @Asekmaey · Aug 8
Replying to @cizgikafe
Gerekli miydi cidden bilemedim
♡  1

**Senior** 🇹🇷 @korsanlar_krali · Aug 9
Replying to @cizgikafe
Ekmekle dibini sıyır ey marvel
♡

**JonDoe297 #Bleach** @bugrailhan25 · Aug 8
Replying to @cizgikafe
Berbat
♡  5

**efegider** @EfeGider9 · Aug 8
Replying to @cizgikafe
Düşük bütçeli war machine suit i
♡  6

**bayraqk** @bayraqk · Aug 9
Replying to @cizgikafe
Bu kızın ilk zırhı zaten asıl olan değil niye millet berbat falan demiş ulan kız
araba malzemelerinden yapıyor zaten zırhı ne olacaktı ki kırlacak gidecek
♡ 1                                    ♡ 2

**Baki Kaya** @BakiKayaArt · Aug 9
Replying to @bayraqk and @cizgikafe
Bu yine gelişmiş hali. Wakanda Forever tanıtım çizimlerinde kask falan da
yok bir tür gözlük var falcon'ın ki gibi. Zaten filmde de Vibranyumdan yeni
bir zırh verilecek deniyor. Ama dizide tekrar neden bu zırh var bilmiyorum.
Belki filmden önce geçiyordur.
♡  1

**Ömer** 🌞 🛡 @benomeryesil · Aug 8
Replying to @cizgikafe
War Machine Jr.
♡  8

**O A K** @38ea111a5e264c2 · Aug 8
Replying to @cizgikafe
Çok iyi olmamış
♡  8

**doro!** 〔ﾄﾛ〕 @onlyonesklav · Aug 8
Replying to @cizgikafe
transformers filmi geliyor sandım
♡  8

**ba2🍭** @s2mshady · Aug 10
Replying to @cizgikafe
gayet iyi
♡

Show more replies

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**
**Tweet**

Perkowski Legal P.C.
@c_perkowski

Search Twitter

**Relevant people**

**Cizgi Kafe**
@cizgikafe                    Follow
Bir fincan kriptonit alabileceğiniz
komşunuz!
instagram.com/cizgikafecom

**What's happening**

NBA · Starts at 7:30 PM
**Jazz at Clippers**

Entertainment · Trending
**Died Suddenly**
50.2K Tweets

Sports · Trending
**Lane**
Trending with Auburn

Trending in United States
**Tampax**
32.9K Tweets

Sports · Trending
**Grupo Firme**
3,309 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More —
© 2022 Twitter, Inc.

https://twitter.com/Prambors/status/13460...  2021-11-21 19:47:49 -0800 ADS   Document 2D-11   Filed 03/13/21   Page 18 of 101   Page ID #:9092



https://twitter.com/AndyVermaut/status/1256725171437625345 __ at __ 2022-11-20 18:50:47 -08:00 __

← **Tweet**



**Andy Vermaut**
@AndyVermaut

Tyler Cameron Addresses Gigi Hadid Pregnancy – Says She'll Be An 'Incredible' Mom celebrityinsider.org/tyler-cameron-...



4:20 PM · May 2, 2020 · dlvr.it



Tweet your reply

Reply

---

**Q** Search Twitter

### Relevant people



**Andy Vermaut**
@AndyVermaut

Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

### What's happening

NFL · 5 minutes ago
**Bengals at Steelers**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**#100T** 💯
23.8K Tweets

Politics · Trending
**LGBTQ**
Trending with AR-15, Colorado Springs

Sports · Trending
**Hackett**
7,524 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski ···

← **Tweet**



zayn

6:21 PM · Dec 27, 2021 · Twitter for iPhone

**263** Retweets   **23** Quote Tweets   **2,193** Likes

Tweet your reply

**Reply**

**Relevant people**

zayn pics
@zaynsdetails    **Follow**
fan account for zayn javadd malik

zayn ✓
@zaynmalik       **Follow**
bit.ly/zaynfeedingbri...

**What's happening**

Sports · LIVE
**2022 FIFA World Cup**

**#AvatarTheWayOfWater**
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
79.7K Tweets

Trending in United States
**Roanoke**
1,144 Tweets

Trending in United States
**#GMMTV2023**
381K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

zayn pics
@zaynsdetails



— https://twitter.com/nanfixus/status/1380498865320746595 __ at __ 2022-11-20 14:04:41 -08:00 __



### Tweet

🔁 @nanfixus Retweeted

**moments dakota**
@momentsdakota                    ···

🍪

5:23 AM · Apr 9, 2021 · Twitter for Android

**71** Retweets   **13** Quote Tweets   **473** Likes

Tweet your reply                    Reply

**Search Twitter**

## Relevant people

**@nanfixus**                    Follow
@nanfixus
DJ Fan 🌀 Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 🦩 #AmIOk
#Persuasion Fan account 🇦🇷

**moments dakota**              Follow
@momentsdakota

## What's happening

Formula 1 · This morning
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
Ⓟ Promoted by Disney+

Trending in California
**Rest In Peace**
55.9K Tweets                    ···

Only on Twitter · Trending
**Rest in Power**
26.1K Tweets                    ···

Trending in United States
**LGBTQ**
Trending with Colorado Springs, #ClubQ    ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/mileyupdates/status/1273015881447157760 __ et __ 2022-11-20 18:30:21 -0800

**Tweet**

Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from a suspended account. Learn more

**DiViNa** @DiiViinA_ · Jun 17, 2020
Replying to @MileyUpdates
Is it me or does Miley have no real close friends at all??? Like the only real people in her life are cody and her family?

**ILOVEMILEYCYRUS** ❤️ @SmilerDiary · Jun 16, 2020
Replying to @MileyUpdates
Awwwe miley ilysm

**Bucky** @kkssoowww · Jun 16, 2020
Replying to @MileyUpdates
her boobs got bigger. we stan. ♡ 3

**Bill Irlbeck** @elvisfan05 · Jun 16, 2020
Replying to @MileyUpdates
Nice pics

**she is coming** 🍎 @MILEYDIOR · Jun 17, 2020
Replying to @MileyUpdates
queen of 👣 toes



**Emanuel (fan account)** @dinahscomeback · Jun 16, 2020
Replying to @MileyUpdates
Queen and king serving ♡ 3

Show more replies

Perkowski Legal P.C. ...
@c_perkowski

Tweet

Case 2:22-cv-09462-DMG-ADS    Document 23-11    Filed 03/13/23    Page 24 of 101    Page ID #:4098

← **Tweet**



**Cinema Solace Media**
@SOLACECINEMA

···

11:08 PM · Jun 22, 2022 · Twitter for iPhone

**3** Retweets  **2** Quote Tweets  **42** Likes

Tweet your reply

Reply

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Search Twitter

**Relevant people**

**Cinema Solace Media**
@SOLACECINEMA    Follow
media account for @CINEMASOLACE 📷

**What's happening**

FIFA World Cup · Yesterday
**Mexico vs Poland**

#WelcomeToChippendales 👯
New series. Now streaming.
▶ Promoted by Welcome to Chippendales on Hulu

Trending in United States
**Erection**
21.7K Tweets

Trending in California
**Costco**
6,150 Tweets

Business and finance · Trending
**#massshooting**
1,770 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

← **Tweet**

**mads**
@slayedjustin                                              ⋯

STOP STOP RIGHT NOW



2:18 PM · May 26, 2022 · Twitter for iPhone

**5** Retweets  **57** Likes

💬        ⟲        ♡        ⬆

🅿  Tweet your reply                    Reply

🅿  **Gigi**🌹 @childdmoonlight · May 26     ⋯
    Replying to @slayedjustin
    Omg

    💬        ⟲        ♡        ⬆

---

🐦

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

○ More

**Tweet**

🅿  **Perkowski Legal P.C.**  ⋯
    @c_perkowski

---

🔍 Search Twitter

**Relevant people**



**mads**              Follow
@slayedjustin
#1 journals stan || fan account

**What's happening**

NFL · 1 hour ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**        ⋯
63.5K Tweets

Trending in United States
**Trent Reznor**         ⋯
20.1K Tweets

Entertainment · Trending
**#DWTS**🏆              ⋯
Trending with Charli, Shangela

Trending in United States
**Chrisley**             ⋯
22.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.



← **Tweet**

**Camilo Hidalgo** 
@camilohidalgohn                                              ···

## Banda están grabando las chicas súper poderosas

Translate Tweet

7:35 AM · Apr 8, 2021 · Twitter for iPhone

**2** Retweets   **1** Quote Tweet   **69** Likes

Tweet your reply                                    Reply

---

**Search Twitter**

### Relevant people

**Camilo Hidalgo**           Follow
@camilohidalgohn
Med

### What's happening

FIFA World Cup · LIVE
**USA vs Wales** 

Trending in California                    ···
**Telemundo**
7,485 Tweets

Trending in California                    ···
**LETS GOOOOOO**
3,311 Tweets

Trending in United States                ···
**1-0 USA**
16.6K Tweets

Trending in United States                ···
**National Anthem**
69.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**



**Celeb Pics**
@FameBabes

···

# Margot Robbie 🔥



1:22 AM · Jun 17, 2021 · Twitter for iPhone

**24** Retweets    **172** Likes

Tweet your reply

Reply

---

## Relevant people

**Celeb Pics**
@FameBabes

Follow

NSFW - Sharing Content of Famous Babes 😉 - Professional Horn Dog - Started 8/27/19 - BACKUP @FameBabesBACKUP ❗

## What's happening

FIFA World Cup · LIVE
**USA vs Wales**

Trending in United States
**Brandy**
6,293 Tweets

Sports · Trending
**Charles Barkley**
5,371 Tweets

Trending in California
**Dodger Stadium**
14.1K Tweets

Trending in United States
**I BELIEVE THAT WE WILL WIN**
1,268 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Search Twitter

**Perkowski Legal P.C.**
@c_perkowski
···

Perkowski Legal P.C.
@c_perkowski



https://twitter.com/miucciamuse/status/1490162413278277634 __ et __ 2022-11-21 02:06:53 -08:00

← **Tweet**

**taylor russell's whore**
@MIUCCIAMUSE

thank u sydney for ur service



7:16 PM · Feb 5, 2022 · Twitter for iPhone

**291** Retweets   **42** Quote Tweets   **3,709** Likes

Tweet your reply                                     Reply

**andrea** @AndreaQO · Feb 6
Replying to @MIUCCIAMUSE @iknowrighhht

---

**Relevant people**

**taylor russell's whore**          Follow
@MIUCCIAMUSE
it girl in training • hf twt • she/her •
fan account

**What's happening**

NFL · Yesterday
**Commanders at Texans**

Music · Trending
**Lionel Richie**
3,704 Tweets

Trending in United States
**Iran**
476K Tweets

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Trending in United States
**Liver**
11.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

___ https://twitter.com/madwebinfo/status/1556466709044887552 ___ at ___ 2022-11-19 22:44:04 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-11   Filed 03/13/23   Page 31 of 101   Page ID #:4105

← **Thread**

**Madame Web Info** ✻
@MadameWebInfo                                    ⋯

Confira as novas fotos da Dakota Johnson nos
bastidores de #MadameWeb que está sendo gravado
em Boston.



Dakota Johnson Portugal

7:25 PM · Aug 7, 2022 · Twitter for Android

**1** Retweet   **38** Likes

 

💬          ⟲          ♡          ⬆

Ⓟ  Tweet your reply                          Reply

**Madame Web Info** ✻  @MadameWebInfo · Aug 7   ⋯
Replying to @MadameWebInfo
créditos: @dakotajohnsonpt



💬          ⟲ **1**          ♡ **11**          ⬆

---

## Relevant people

**Madame Web Info** ✻          Follow
@MadameWebInfo

Sua primeira e maior fonte de
informações sobre o filme Madame
Web no Brasil (fan accout).

**Dakota Johnson P...** ✓          Follow
@dakotajohnsonpt

A tua única e melhor fonte de
informações sobre a atriz, ativista e
produtora Dakota Johnson em
Portugal, online desde 2018! — 🎥:
@DJPTMidias | Fã-Clube.

## What's happening

Television · 2 hours ago
**Saturday Night Live airing on
NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber
Reserve
📧 Promoted by Uber

Trending in United States
**HE'S BACK**
152K Tweets

Trending in United States
**Blocked**
132K Tweets

Sports · Trending
**Cam Rising**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

---

## Sidebar Navigation

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski          ⋯

___ https://twitter.com/ShekharDongardi/status/1578389539092822533 ___ at ___ 2022-11-20 08:49:33 -08:00 ___

← **Tweet**



**Shekhar Dongardive**
@ShekharDongardi

···

#DakotaJohnson Ma'am on the set of Sony's
#MadameWeb



7:19 AM · Oct 7, 2022 · Twitter for Android

**9** Retweets   **25** Likes

💬        ⟲        ♡        ⬆

 Tweet your reply                    Reply

Perkowski Legal P.C.            ···
@c_perkowski

---

Search Twitter

**Relevant people**

 **Shekhar Dongardive**    **Follow**
@ShekharDongardi
Salmanic Spidy Fan

**What's happening**

FIFA World Cup · 37 minutes ago
**World Cup Qatar 2022: Opening
Ceremony**



**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending              ···
**RIP JDF**
4,455 Tweets

Trending in United States              ···
**Ecuador**
Trending with Valencia, Morgan Freeman

Only on Twitter · Trending              ···
**Jason David Frank**
Trending with Power Rangers, Tommy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/ofuxico_oficial/status/1349507946099707904 __ at __ 2022-11-22 12:11:15 -08:00 __



# Home

\# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← **Tweet**

 **OFuxico** ✓
@ofuxico_oficial

...

**#BruceWillis** se recusa a usar máscara em farmácia
ofuxico.com.br/noticias-sobre...

Translate Tweet



4:05 PM · Jan 13, 2021 · Twitter Web App

**2** Quote Tweets    **2** Likes



 Tweet your reply

**Reply**

## Search Twitter

### Relevant people

 **OFuxico** ✓
@ofuxico_oficial

**Follow**

OFuxico é um site jornalístico sobre o mundo dos famosos, da televisão, do cinema e assuntos relacionados ao entretenimento. No ar há 20 anos.

### What's happening



FIFA World Cup · 2 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in California
**Mexicans**
16K Tweets
...

Trending in United States
**Ochoa**
Trending with Poland, Lewandowski
...

Trending in United States
**I-77**
9,755 Tweets
...

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ...
@c_perkowski

https://twitter.com/popzonebr/status/1481044033732548592 ... et ... 2022-11-22 01:24:17 -08:00
2:22-cv-00462-DMG-ADS    Document 23-11    Filed 03/13/23    Page 34 of 101    Page ID
#:4108



https://twitter.com/raulbrindis/status/996024031928307712 __ et __ 2022-11-22 02:01:55 -08:00

Case 2:22-cv-09462-DMG-ADS    Document 23-11    Filed 03/13/23    Page 35 of 101    Page ID #:4109



**Raúl Brindis** ✓
@raulbrindis

#Farandulazo Luego de que en marzo anunciara su retiro de Hollywood parece que a Cameron Diaz la vida como civil le sienta bien, pues se le vio muy tranquila haciendo las compras el pasado sábado en Beverly Hills.

Translate Tweet



6:46 AM · May 14, 2018 from Houston, TX · Twitter Web Client

17 Likes



Tweet your reply

Reply

---

🔍 Search Twitter

**Relevant people**

 **Raúl Brindis** ✓    Follow
@raulbrindis

Radio Host for El Show de Raúl Brindis

**What's happening**

Television · Yesterday
**All American airing on The CW**



#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
78K Tweets

Trending in United States
**#GMMTV2023**
301K Tweets

Trending in California
**Mexicans**

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

__ https://twitter.com/filmnewsPL/status/1422824153179201538 __ at __ 2022-11-19 19:40:37 -08:00 __



← **Tweet**

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

 **Film News**
@filmnewsPL

...

Christian Bale bierze udział w dokrętkach filmu
#ThorLoveAndThunder

Translate Tweet



12:38 AM · Aug 4, 2021 · Twitter for Android

**2** Retweets   **1** Quote Tweet   **23** Likes

   

 Tweet your reply

Reply

### Relevant people

 **Film News**
@filmnewsPL

Follow

🎬 najnowsze wiadomości filmowe - kino polskie i zagraniczne, popularne i niezależne 🎟 kontakt: filmnewspl@gmail.com

### What's happening

Television · LIVE
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve

▶ Promoted by Uber

Trending in California
**Andrew Tate**
28.8K Tweets

...

Trending in United States
**Hope Hooker**

...

Music · Trending
**#BLACKPINK**
Trending with jisoo, Camila

...

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**
@c_perkowski   ...

__ https://twitter.com/agfotosevideos/status/1329529485052000256 __ at __ 2022-11-19 21:05:44 -08:00 __



← **Tweet**

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**ATENÇÃO GEEK | Mídia**
@agfotosevideos

...

Primeiras fotos da filmagem da série Ms. Marvel
#MsMarvel
Translate Tweet



12:58 PM · Nov 19, 2020 · Twitter for Android

**1** Retweet   **2** Likes

Tweet your reply

Reply

## Relevant people

**ATENÇÃO GEEK | Mídia**
@agfotosevideos

Follow

Conta para fotos e vídeos dos bastidores do mundo do entretenimento. Conta oficial:
@atencaogeek

## What's happening

Television · 1 hour ago
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**HE'S BACK**
142K Tweets

Sports · Trending
**Pasadena**
1,504 Tweets

Music · Trending
**#DreamersbyJungkook**
Trending with #DreamersOutNow, #Dreamers2022

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**

🐦

🏠 Home

# Explore

🔔 Notifications

**Marvel CinéVerse**
@MarvelCineVerse

#MsMarvel : Les premières photos de tournage de la série Disney+ 'Ms. Marvel' sont sorties en ligne, avec Iman Vellani sur le plateau de tournage. (via @JustJared )

Translate Tweet



11:11 AM · Nov 19, 2020 · Twitter for Android

**6** Retweets   **31** Likes

💬   ⟲   ♡   ⬆

P   Tweet your reply                      Reply

🔍 Search Twitter

## Relevant people

**Marvel CinéVerse**
@MarvelCineVerse                    Follow
Actualités et encyclopédie sur le MCU
Instagram 📷 : marvelcineverse_
Associé à @swcineverse ⭐

**JustJared.com** ✓
@JustJared                          Follow
Your #1 Entertainment Authority Also
follow @jaredeng @justjaredjr

## What's happening

NFL · 2 hours ago
**Browns at Bills**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Sports · Trending
**Sunday Ticket**
1,494 Tweets

Politics · Trending                 ⋯
**LGBTQ**
Trending with Colorado Springs, AR-15

Trending in California             ⋯
**#AMAs** 🔥
Trending with Favorite K-Pop Artist

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

__ https://twitter.com/envykendall/status/1308918355479465990 __ at __ 2022-11-22 15:32:07 -08:00 __

← **Tweet**

Search Twitter

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

**not kendall**
@envykendall

···

**Register & Vote!**



👤 Kendall

4:57 PM · Sep 23, 2020 · Twitter for iPhone

**61** Retweets    **5** Quote Tweets    **644** Likes


Tweet your reply

Reply

**Relevant people**

**not kendall**
@envykendall
fan account

Follow

**Kendall** ✔
@KendallJenner
@drink818 on Instagram and Twitter

Follow

**What's happening**

FIFA World Cup · 5 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Celebrities · Trending
**Chris Evans**
6,324 Tweets

···

Trending in United States
**Edgar Martinez**

···

Trending in California
**Mexico City**
17.7K Tweets

···

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.


**Perkowski Legal P.C.**
@c_perkowski

···

← **Tweet**



**Search Twitter**

YouTube: BorrachosVIP 👑
@SoyBvip

⋯

Ni Superman le metió tanta madriza a Batman como JLo 😲

Translate Tweet



5:03 PM · May 27, 2021 · Twitter for iPhone

**38** Retweets    **4** Quote Tweets    **314** Likes

💬    🔁    ♡    ⬆️

**Perkowski Legal P.C.**    ⋯
@c_perkowski

**Tweet your reply**    [Reply]

**angelitapava** @tatys321456783 · May 27, 2021    ⋯
Replying to @SoyBvip
Que es Madriza?
💬    🔁    ♡    ⬆️

**LEANDRO ANDRADE** @laam1983 · May 28, 2021    ⋯
Replying to @SoyBvip
No puede ni caminar quedo con sus pompones un poco inflamado rayos y centellas batman puff plop jajajajaja
💬    🔁    ♡ 1    ⬆️

**Juan Connor** @Chuffino · May 28, 2021    ⋯
Replying to @SoyBvip
Lo dejaron como limon de tejuinero y ma JLO radiante con su colágeno extraído del Batman etc.
💬    🔁    ♡ 1    ⬆️

**James Cole** @Ironinko · May 28, 2021    ⋯
Replying to @SoyBvip
Yo quiero de esas madrizas jajajajajajajajajajaja
💬    🔁    ♡ 2    ⬆️

**Romanesco!!!!** 👏 @romanesco01 · May 27, 2021    ⋯
Replying to @SoyBvip
Está en la edad JLO en preferir el colágeno puro, que el "money" de Bruce Wayne! Jajajaja
💬    🔁    ♡    ⬆️

**Wili Arriola** @wilyao79 · May 27, 2021    ⋯
Replying to @SoyBvip
Superman no tenía semejante tira maíz
💬    🔁    ♡ 1    ⬆️

### Sidebar

**Relevant people**



YouTube: BorrachosV...    [Follow]
@SoyBvip
Aquí echamos desmadre y contenido en internet 🔴⚫ #Twitch Partner: @borrachosvip 🎮 Instagram: @BorrachosVIP 📸 Contacto: borrachosvipcrew@gmail.com 🎮🎮 🤘

**What's happening**

FIFA World Cup · 1 hour ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
◻ Promoted by Avatar

Trending in United States
**Australia**
Trending with Giroud, Rablot

Celebrities · Trending
**Tom Hanks**
5,507 Tweets

Trending in United States
**Ochoa**
Trending with Australia, Giroud

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

La Casa Cine
@lacasacine

Primer vistazo a la nueva serie live-action de
#LasChicasSuperpoderosas:



5:35 PM · Apr 7, 2021 · TweetDeck

28 Retweets    87 Quote Tweets    379 Likes

Tweet your reply                                    Reply

YourkeyUrai @YourkeyUrai · Apr 7, 2021
Replying to @lacasacine
Son los típicos disfraces baratos que se consiguen las niñas cuando van de a
tres a una fiesta de disfraces
♡ 27

Tony Deciga @MonsterDeciga · Apr 7, 2021
Replying to @lacasacine
Burbuja es la Anne Taylor Joy?!

Agustín Paz @AgustinPazOk · Apr 7, 2021
Replying to @AntonioDeciga1 and @lacasacine
Esos Carmesos, Anya no estaría en esa producción
♡ 1

Jo. MaxImoff @emanuelmPRH · Apr 7, 2021
Replying to @lacasacine
Qué es esta porquería?
♡ 1

Jo. MaxImoff @emanuelmPRH · Apr 7, 2021
Replying to @lacasacine
Espero que esos vestidos sean disfraces de algún episodio de halloween que
habrá
♡ 4

Harvey Kinkle @joanilgux · Apr 7, 2021
Replying to @lacasacine
decime que son joda esos vestidos

Max Vega @Malasfar · Apr 7, 2021
Replying to @lacasacine
Innecesario

fiei @olefifinanzas · Apr 7, 2021
Replying to @lacasacine
Qué es esta porquería?

Jo. MaxImoff @emanuelmPRH · Apr 7, 2021
Replying to @lacasacine
Espero que esos vestidos sean disfraces de algún episodio de halloween que
habrá
♡ 4

Harvey Kinkle @joanilgux · Apr 7, 2021
Replying to @lacasacine
decime que son joda esos vestidos
♡ 1

Max Vega @Malasfar · Apr 7, 2021
Replying to @lacasacine
Innecesario

fiei @olefifinanzas · Apr 7, 2021
Replying to @lacasacine

López Federico @getcLab · Apr 8, 2021
Replying to @lacasacine



@gpicithbr · Apr 7, 2021
Replying to @lacasacine

Blue_flash @PhotofunhanataAvi · Apr 7, 2021
Replying to @lacasacine
parece parodia nopor xD
♡ 1

Lunnatixx · 🥀 @andreon_micufta · Apr 7, 2021
Replying to @lacasacine
Cannoli unser ☹️

Faco cabrera @imcyclay · Apr 7, 2021
Replying to @lacasacine
Decime por favor que es una versión porno, sino no se entiende
♡ 1

Carlos_de_papa @anroh_sr · Apr 7, 2021
Replying to @lacasacine
Más literal no se podía no?

María Cadenas @mencuadenas · Apr 7, 2021
Replying to @lacasacine
No se porqué siempre me imaginé orientar a Bellota

Silvina Y Eventos @silvinaivana · Apr 7, 2021
Replying to @silvinaivana and @lacasacine
Se busca a full en mza, cuando vi que pusieron a una negra, pensé que iría
mejor una adulta

Mar vs cenlundos @lacasacine · Apr 7, 2021
Replying to @lacasacine
Ya tuvimos a las chicas poderosas de niñas y luego de adolescentes, ahora
nos hizo niñas de adultas jugando importante y casadas con hijos

Cristian Navarro #ISacaciónCincaCdrN... @Cris_Sota... · Apr 7, 2021
Replying to @lacasacine
Ptff ahora por lo bajo 🤦 ... lo digo de manera sarcástica y despectiva 🤣
la producción más 🤣🤣🤣

Dinoino @Dinoino4 · Apr 7, 2021
Replying to @lacasacine
Con un presupuesto de 120 pesos argentino, esta serie promete...
Vaya eso a saber qué promete

Solo @solsquigog_ · Apr 7, 2021
Replying to @lacasacine
Que cagata ese vestuario

Joanka @Jdjkonka · Apr 7, 2021
Replying to @lacasacine
No estará por ahí atrás el niño polla

La cryontrina ma linda @LaNijadortela · Apr 8, 2021
Replying to @lacasacine
No sé cuando hace live action de todo...
Ah no, chicas superpoderosas hasta a bodrío, porqué plata para esto y no
me quieren hacer minichipater 1 temp 🤣🤣🤣

Naty Fionilla @NiveyfaNaty · Apr 7, 2021
Replying to @lacasacine
tengo una bee sospecha que esto versión es para adultos

Gustavo riper @bataroigh · Apr 7, 2021
Replying to @lacasacine
Fracasó en puerta si lo ponen en bolas como en sky rojo seguro ya tienen
esta temporada renovada

Obi Juan Shengone @obijuansh · Apr 7, 2021
Replying to @lacasacine
ni siquiera que es belleto? Más allá de los chistes, no se puede hacer live
action de todo lo que se les ocurre

Jeffina ... VIO A SEOKJIN 🥺 @JeefBooldm · Apr 8, 2021
Replying to @lacasacine
Alguien opió en joda por favor

Andrés Cameron @andrycamaron · Apr 8, 2021

https://twitter.com/dc_da_depressao/status/14005423020872227?s... 2022-11-21 11:47:03 -08:00
Thread Filed 03/13/23 Page 42 of 101 PageID #:4316 Document 23-11

🐦 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

---

**DC da Depressão**
@Dc_da_depressao

🚨 Vaza as primeiras imagens do novo traje do Shazam em Shazam! Fury of The Gods.

12:58 PM · Jun 3, 2021 · Twitter for Android

**104** Retweets   **78** Quote Tweets   **1,757** Likes

---

Perkowski Legal P.C.
@c_perkowski

---

### Relevant people

**DC da Depressão**   **Follow**
@Dc_da_depressao
Me diz, você nos segue? Vai seguir!🥰😳 Já Uma das maiores fan-pages da DC no Instagram e no Twitter! 💙

### What's happening

FIFA World Cup · LIVE
**USA vs Wales**

Trending in United States
**1-0 USA**
13.3K Tweets

Trending in California
**LETS GOOOOOO**
3,276 Tweets

Trending in California
**Telemundo**
7,181 Tweets

Events · Trending
**Black Friday**
188K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**DC da Depressão** @Dc_da_depressao · Jun 3, 2021
Replying to @Dc_da_depressao
Via:

justjared.com
Zachary Levi Suits Up in His Brand New Superhero Costume for First 'S...
See all the set pics!

---

**kauã swift** #JokerFolieADeux @ka_kau_2 · Jun 3, 2021
Replying to @Dc_da_depressao
Nossa mil vezes melhor que o primeiro traje dele



From kauã swift #JokerFolieADeux

---

**lucas** @lu_ca_sf · Jun 3, 2021
Replying to @ka_kau_2 and @Dc_da_depressao
@raphlizon

---

**Caig** @caiqqs · Jun 3, 2021
Replying to @Dc_da_depressao
lJcitei q ta sem enchimento mas acho q o raio podia ser maior e que a capa não precisava ser de CGI

---

**Zeca reça Herói do Povo : Lutando Pela ...** @Snyder... · Jun 3, 2021
Replying to @caiqqs and @Dc_da_depressao
praticamente todos os filmes de herois as capas são cgi

---

**Brian K.I.** 🏳🌈 @Brian_KI · Jun 3, 2021
Replying to @Dc_da_depressao
Quantos anos se passaram desde o lançamento do primeiro filme? Jesus...

---

**밍타스** 💛 @sagarolmelllx · Jun 3, 2021
Replying to @Dc_da_depressao



---

**is0ker** @Smrlls · Jun 3, 2021
Replying to @Dc_da_depressao
tapona agora vai

---

**BLACK KNIGHT** @_pridrigo · Jun 3, 2021
Replying to @Dc_da_depressao
Melhoraram o que já era bom

---

**logatto** 💯 @crflogatto · Jun 3, 2021
Replying to @Dc_da_depressao
sem enchimento kkkkkkkkkkhhhh pic.twitter.com/MU8N1MkkVY

---

**Breno Alexandrino** @BrenoAlexandri1 · Jun 3, 2021
Replying to @Dc_da_depressao
Inacreditável que a sra maisei vacilou,com esse cara

---

**Theus_Ponce** @MatheusPonce7 · Jun 3, 2021
Replying to @Dc_da_depressao
Tirando que o símbolo tá pequeno, ficou brabo demais!

---

**cansada mas sendo obrigada a cont...** @purgethepoi... · Jun 3, 2021
Replying to @Dc_da_depressao
Agora sim tá lindao

---

**felipe** @ufelipevnn · Jun 3, 2021
Replying to @Dc_da_depressao
fino.

---

**Joniel Carlos** @JonielCarlos1 · Jun 3, 2021
Replying to @Dc_da_depressao
MUITO FODA!! Muito melhor do que o antigo traje.

---

🇧🇷 **Filipe Brito & MEU PRESIDENTE É LU...** @Drakary... · Jun 3, 2021
Replying to @Dc_da_depressao
TAPORRA MENÓ

---

**Tr0004** @tr0004 · Jun 3, 2021
Replying to @Dc_da_depressao
Se o raio fosse maior seria 10/10.

__ https://twitter.com/lmexlIG/status/1406936136229003285 __ at __ 2022-11-22 09:37:03 -08:00 __

← Tweet

 الاحداث حول العالم | 🎬
@lmexlIG

دوا ليبا في ويست هوليوووود ليلة أمس 🔥❤️

Translate Tweet

 

4:24 AM · Jun 21, 2021 · Twitter for iPhone

20 Likes

Tweet your reply

Reply

## Relevant people

 الاحداث حول العالم | 🎬    Follow
@lmexlIG

أجمل منصة ترفيهية لأخبار و احداث النجوم والمشاهير حول العالم | الخاص للدعاية و الإعلان

## What's happening

FIFA World Cup · LIVE
**Mexico vs Poland**



#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
📷 Promoted by Avatar

Events · Trending
**NO ERA PENAL**
3,959 Tweets

Trending in United States
**Argentina**
Trending with Saudi Arabia, Messi

Trending in United States
**#TheMarvels**
2,354 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

← Tweet

Search Twitter

**Rihanna Navy Brasil | Fan Account**
@RNavyBrasil

Rihanna e A$AP Rocky saindo de um jantar em Nova York, na noite passada (22), após uma sessão de estúdio.

Translate Tweet



3:00 AM · Jan 23, 2022 · Twitter Web App

161 Retweets   55 Quote Tweets   2,694 Likes

**Relevant people**

**Rihanna Navy Brasil |...**   **Follow**
@RNavyBrasil
RNB 🇧🇷 | Estamos online desde 2010, somos o maior e mais completo fã-clube sobre a cantora Rihanna no Brasil e em toda a América Latina.
Apoio: @umusicbrasil

**What's happening**

Sports · LIVE
2022 FIFA World Cup

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
📢 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
7,154 Tweets

Trending in United States
**August Alsina**
Trending with Jada, #TheSurrealLife

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

💬 Tweet your reply                              **Reply**

**tiriça** @leeeeets_ · Jan 23
Replying to @RNavyBrasil
a bicha cas perna de fora em pleno inverno nova yorquino 😱🔫

♡ 1

**Jaqueline** @jaqqi_ · Jan 23
Replying to @RNavyBrasil
Af, lindos<3

**nathanbunes** 🌙 @nathanbunes · Jan 23
Replying to @RNavyBrasil
dps de gravar o everything is love deles

♡ 4

**Alicia Daniels** @AliciaD78801114 · Jan 23
Replying to @RNavyBrasil
Lol

**Alicia Daniels** @AliciaD78801114 · May 12
Replying to @RNavyBrasil
Lol

**Kitkat** @esxquentadinha · Jan 23
Replying to @RNavyBrasil
ela tá construindo um estádio avisa

**pedro jnr** @papumtlgd · Jan 24
Replying to @RNavyBrasil and @Tashaokenke
eles dividem as roupas 🥰

♡ 1

**raphael** @amalabutera · Jan 23
Replying to @RNavyBrasil
o ensaio da gravidez

♡ 3

**lulu ocupada se radicalizando** @soulsalvaje · Jan 23
Replying to @RNavyBrasil
porra eu AMO ELES

**Daniele** @feelarie8 · Jan 23
Replying to @RNavyBrasil
Meus pais

**Melo Amargo** @scampalops · Jan 23
Replying to @RNavyBrasil
Vive no Estúdio 😅

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**Daily Kelly** @Elly_doCarno · Jan 24
Replying to @gab1rus @RNavyBrasil and @Tashaokenke
Eu topo

♡ 1

Perkowski Legal P.C.   ···
@c_perkowski

← **Tweet**

**Rihanna.com.br** ⚓ 
@RihannaNoBrasil

⋯

OLHA QUEM APARECEU!
Rihanna foi vista no restaurante Matsuhisa em Beverly Hills ontem (09/03) 💜😍

Translate Tweet

2:21 AM · Mar 10, 2022 · Twitter for Android

**80** Retweets  **14** Quote Tweets  **814** Likes

💬          🔁          ♡          ⬆️

P   Tweet your reply                                    Reply

Artur @_arturjustino · Mar 10
Replying to @RihannaNoBrasil
MDS é o clipe de Hard versão mamães

💬 1          🔁          ♡          ⬆️

Artur @_arturjustino · Mar 10
Replying to @_arturjustino and @RihannaNoBrasil
That I, I, I, I'm so gestante (so gestante) ah yeah, yeah, yeah, I'm so gestante

💬          🔁          ♡          ⬆️

Perkowski Legal P.C.   ⋯
@c_perkowski

**Relevant people**

**Rihanna.com.br** ⚓          Follow
@RihannaNoBrasil

Rihanna.com.br is a genuine and registered fansite, made by fans. 🇧🇷 Fã-clube e portal de notícias brasileiro sobre a cantora Rihanna. Online desde 2008. 💎

**What's happening**



NFL · 1 hour ago
49ers at Cardinals

Entertainment · Trending
**Died Suddenly**
67.6K Tweets

Trending in United States
**Dreamers MV**
163K Tweets

Bachelor in Paradise · Trending
**#BachelorInParadise** 🌹
Trending with Genevieve

Trending in United States
**Jada**
9,197 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.



Search Twitter

← **Tweet**



**AP** ✓
@altapeli

Cuando te hacen salir de la cama un domingo para hacer los mandados en el super de la esquina.
#FirstMan #RyanGosling

Translate Tweet



6:22 AM · Dec 17, 2017 · Twitter Web Client

**1** Retweet  **2** Quote Tweets  **17** Likes



💬              ⟲              ♡              ⬆️

 Tweet your reply                    **Reply**



oscar manila @oscar_manila · Dec 17, 2017
Replying to @altapeli
Fuaaa alto ridiculo

💬        ⟲        ♡        ⬆️

---

**Home**
**Explore**
**Notifications** 1
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

**Relevant people**



**AP** ✓
@altapeli                    **Follow**
Cuenta oficial de AltaPeli.com - Cine / Series / Críticas / Noticias / Videojuegos

**What's happening**

NFL · 33 minutes ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
60.7K Tweets

Entertainment · Trending
**#DWTS** 🏆
Trending with Charli, Shangela

Trending in United States
**Jada**
7,321 Tweets

Entertainment · Trending
**Sinbad**
7,165 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/SNEAKPEEKCA/status/1523079192556236800 — at — 2022-11-21 17:50:08 -08:00



← **Tweet**

 Search Twitter

 SneakPeek
@SNEAKPEEKCA

...

## SNEAK PEEK : Hailee Steinfeld: "Frankies Bikinis"

sneakpeek.ca/2021/03/hailee...



4:15 PM · May 7, 2022 · Twitter Web App

1 Like

💬   🔁   🤍   ⬆️

Ⓟ   Tweet your reply            Reply

Perkowski Legal P.C.
@c_perkowski

### Relevant people

 SneakPeek            Follow
@SNEAKPEEKCA
Invite Only

### What's happening

FIFA World Cup · 4 hours ago
**USA vs Wales**

Trending in United States
**Died Suddenly**
42.6K Tweets

Trending in California
**Dodger Stadium**
12K Tweets

Trending in United States

__ https://twitter.com/NGBRSite/status/1583427888511081984 __ at __ 2022-11-22 21:54:19 -08:00 __

# Twitter sidebar

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

---

← **Tweet**

 **Nicholas Galitzine Brasil 👑 Fã-clube**
@NGBRSite

📸 MAIS FOTOS de Nicholas Galitzine e Anne Hathaway filmando #TheIdeaofYou na quarta-feira, 19 de outubro, em Atlanta, Geórgia.

Translate Tweet



5:00 AM · Oct 21, 2022 · Twitter Web App

**2** Retweets   **43** Likes

 Tweet your reply

Reply

 Perkowski Legal P.C.
@c_perkowski

---

## Relevant people

 **Nicholas Galitzine Br...**
@NGBRSite

Follow

Fã-site brasileiro dedicado ao ator e cantor inglês Nicholas Galitzine. Fan account - contact us before taking any legal action! Follow Nicholas: @nickgalitzine

## What's happening

FIFA World Cup · This morning
**Mexico vs Poland**


Trending in California
**Costco**
5,766 Tweets

Sports · Trending
**Pat Bev**
Trending with Ayton, Lakers

Trending in United States
**Erection**
16.8K Tweets

Chain restaurants · Trending
**Hooters**
8,737 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

← **Tweet**

## Relevant people

**Linda Ikeji**
@lindaikeji

Kim Kardashian and Pete Davidson arrive Bahamas for a vacation together  lindaikejisblog.com/2022/1/kim-kar ...



10:05 PM · Jan 5, 2022 · LIB App

**4** Likes

Tweet your reply

Reply

**BIGGEST ANTHONY** 😎 @ObioraAtuo · Jan 5
Replying to @lindaikeji
His be finalized

**Linda Ikeji**
@lindaikeji                              Follow
Blogger. CEO, LindaIkejiTV

## What's happening

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater**🧜
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
79.4K Tweets

Trending in California
**Mexicans**
7,244 Tweets

Trending in United States
**Ole Miss**
Trending with  Auburn

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/BRMarvelNews/status/1363517125059281988__id__2022-11-22 13:41:22 -08:00
Document 23-11    Filed 03/13/23    Page 50 of 101    Page ID #:4124

← **Thread**

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Search Twitter

**Marvel News**
@BRMarvelNews

ELA! Hailee Steinfeld hoje nas gravações de #Hawkeye.

Translate Tweet



2:30 PM · Feb 21, 2021 · Twitter for Android

**94** Retweets    **41** Quote Tweets    **1,313** Likes

Tweet your reply    **Reply**

**Marvel News** @BRMarvelNews · Feb 21, 2021
Replying to @BRMarvelNews
#Hawkeye

♡ 1    ⟳ 16    ♡ 216

**Daniel** @danielfsnunes · Feb 21, 2021
Replying to @BRMarvelNews
Imagens lindas em HD😍😍

**Kelvin Santos** @kelvi_sants · Feb 21, 2021
Replying to @BRMarvelNews
Todo dia uma foto diferente do set, até lançar dá pra fazer um álbum de
fotos

♡ 1

**P🅰️ULO** 😂🤣😭😭 @PH22775927B · Feb 21, 2021
Replying to @BRMarvelNews
Ela vai namora o homem aranha

**cintiazinha** @cintiamoreira1 · Feb 21, 2021
Replying to @BRMarvelNews
@ArturSemAgah

♡ 1    ⟳ 1    ♡ 1

**Artuzim do T.I** 🎸 @ArturSemAgah · Feb 21, 2021
Replying to @cintiamoreira1 and @BRMarvelNews
Meu deus a hailee tá fazendo minha personagem preferida eu tô feito

♡ 1

**Carlos Alvez** @CarlozZillion · Feb 21, 2021
Replying to @BRMarvelNews
A bicha é linda...Kate todinha vei!

@szacomics · Feb 21, 2021
Replying to @BRMarvelNews
gente vcs vão acabar FLOPANDO isso de "é ela", "ELA!

**Tah Mori** 💗 titans • tw @kiaralbanks · Feb 21, 2021
Replying to @BRMarvelNews
A patroa

**thai** 🍀🍀 @lavenderhaxw · Feb 21, 2021
Replying to @BRMarvelNews
ela é tudoooo

**Erika Christina Dos Santos** @ErikaCh36054004 · Feb 21, 2021
Replying to @BRMarvelNews
Quando será a estrella?

**italo** @itaalosousa_ · Feb 21, 2021
Replying to @BRMarvelNews
Ela é linda d+ 😍

This Tweet was deleted by the Tweet author. Learn more

**Daniel** @danielfsnunes · Feb 21, 2021
São só fotos do set, não fazemos a mínima ideia do que se vai passar na
série! Foi pior com o que vazou de WandaVision naqueles 2 episódios

♡ 7

This Tweet was deleted by the Tweet author. Learn more

**2 Cheesecakes** @2chzcakes · Feb 21, 2021
Thats a great shade of purple they got for her

---

**Relevant people**

**Marvel News**    Follow
@BRMarvelNews
Conta de fã dedicada ao Universo
Marvel 🇺🇸 Contato:
marvelnewsbr@outlook.com

**What's happening**

FIFA World Cup · 3 hours ago
Mexico vs Poland

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in California
**Mexicans**
19.1K Tweets

Family drama · Trending
**#GTMcontest31**

Trending in United States
**Giroud**
Trending with Australia, Mbappe

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More...
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

_ https://twitter.com/SpidermanWay/status/1578068479411994630 _ at _ 2022-11-20 13:16:11 -08:00 _

# Home

# Explore

# Notifications

# Messages

# Bookmarks

# Lists

# Profile

# More

**Tweet**

← Tweet

**Geek Central**
@SpidermanWay

#madameweb



10:03 AM · Oct 6, 2022 · Twitter for Android

**1** Like


Tweet your reply

Reply

## Relevant people


**Geek Central**
@SpidermanWay
Follow
Marvel, DC, Star Wars Fan

## What's happening

Formula 1 · This morning
**Abu Dhabi Grand Prix 2022**



**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
53.1K Tweets

Trending in California
**Elton John**
10.4K Tweets

Only on Twitter · Trending
**Rest in Power**
24.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.


**Perkowski Legal P.C.**
@c_perkowski

Search Twitter

Tweet



← Tweet

🐦

Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

**Andy Vermaut**
@AndyVermaut ⋯

True Thompson, 2, Hosts 'Tutu's Pumpkin Patch' Party With Cousins Chicago, 2 & Psalm, 1 – Watch
hollywoodlife.com/2020/10/03/tru...



1:45 PM · Oct 3, 2020 · dlvr.it



Tweet your reply

Reply

🔍 Search Twitter

## Relevant people

**Andy Vermaut** Follow
@AndyVermaut
Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

NFL · 1 hour ago
**Chiefs at Chargers**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, Disney

Trending in United States
**#AMAs** 🎤
4.7M Tweets

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

Perkowski Legal P.C. ⋯
@c_perkowski

Tweet

← Tweet

Search Twitter

**Ellen World**
@EllenO_world

A source close to the Ellen show strenuously disputed the @BuzzFeed claims as inaccurate, telling @DailyMailCeleb that the typical 12 Days format had to be radically changed due to the realities of the pandemic.

dailymail.co.uk/news/article-9...



1:29 PM · Dec 20, 2020 · Twitter for iPhone

**1** Retweet    **1** Quote Tweet    **22** Likes



Tweet your reply                                    **Reply**

**Zuzana Rennes** @ZuzanaRennes · Dec 20, 2020
Replying to @EllenO_world
But is she Covid free or not?
♡ 1

**Alexandra Smith** @AlexandraA_Smi · Dec 20, 2020
Replying to @EllenO_world @BuzzFeed and @DailyMailCeleb
What does that mean lol

**Lencsike David** @LencsikeD · Dec 21, 2020
Replying to @EllenO_world @BuzzFeed and @DailyMailCeleb
I am not a fan of @BuzzFeed 😊 They just love spreading negative rumors.
No matter if they're true or not.
The quarantine for people infected with the virus is 10 days here too. It's
been like that for more than a month.
I am happy that @TheEllenShow is feeling okay.



GIF  ALT

**Farris Flagg** @FarrisFlagg · Dec 21, 2020
Replying to @LenscikeD @EllenO_world and 3 others
@buzzfeed Has been spreading rumors about @TheEllenShow everyday!
From the show being cancelled to guests cancelling on #EllenDegeneres.

FAKE NEWS
FAKE NEWS
FAKE NEWS

GIF
♡ 4

Show replies

**Farris Flagg** @FarrisFlagg · Dec 20, 2020
Replying to @EllenO_world @BuzzFeed and @DailyMailCeleb
Thank you for the correction! These "Haters" need to stop spreading
#FakeNews on Ellen!
♡ 4

Show more replies

**Relevant people**

**Ellen World**        Follow
@EllenO_world
• A Fan Page •By A Group Of Fans•
Everything About @theellenshow |
Love | Peace | Equality • Contact
ellenworld.world@gmail.com

**BuzzFeed** ✓        Follow
@BuzzFeed
Brb, taking quizzes 🔗 some links may
be affiliate 👍

**Daily Mail Celebrity** ✓        Follow
@DailyMailCeleb
✓ Official
Latest celeb and entertainment news
from the Daily Mail Showbiz team.
We're on Facebook too:
fb.me/DailyMailCeleb

**What's happening**

Television · Starts at 7:00 PM
**Saturday Night Live airing on
NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber
Reserve
Promoted by Uber

Trending in United States
**HE'S BACK**
119K Tweets

Trending in California
**HELL NO**
46K Tweets

Trending in United States
**Trump's Twitter**
Trending with Vox Populi

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads Info  More···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@_perkowski

__ https://twitter.com/galitzineupdate/status/1583417400967692288 __ at __ 2022-11-19 19:33:17 -0800 __

← **Tweet**

Q Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

**Nicholas Galitzine Updates**
@galitzineupdate

···

📸 Mais fotos de Nicholas Galitzine e Anne Hathaway durante as gravações da adaptação 'The Idea of You" pela Prime Vídeo.
#TheIdeaofYou
2/2
Translate Tweet

👤 Nicholas Galitzine and 6 others

4:18 AM · Oct 21, 2022 · Twitter for Android

**4** Retweets   **35** Likes

💬      ⟲      ♡      ⬆

Ⓟ   Tweet your reply                    Reply

**Relevant people**

**Nicholas Galitzine Up...**    Follow
@galitzineupdate
A sua melhor fonte de informações do ator e cantor Britânico Nicholas Galitzine no Brasil. @nickgalitzine

**Nicholas Galitzine** ✓   Follow
@nickgalitzine

**Chrystal** 🇧🇷         Follow
@N_GalitzineBr
#nicholasGalitzine #nicolasgalitzine #purplehearts #continenciaaoamor @nickgalitzine

**What's happening**

Television · LIVE
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States            ···
**HE'S BACK**
127K Tweets

Sports · Trending                    ···
**Hendon Hooker**
2,240 Tweets

Trending in California              ···
**HELL NO**
45.5K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C. ...**
@c_perkowski



← Tweet

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

@cravemedia_

2:16 PM · Aug 9, 2021 · Twitter for iPhone

**54** Retweets  **323** Quote Tweets  **1,137** Likes

Tweet your reply                                    Reply

**Cam** @camidellavalle · Aug 9, 2021
Replying to @cravemedia_
R u fucking kidding me olivia wilde mi dios

**Jenni Barry** @JenniBarry11 · Aug 9, 2021
Replying to @cravemedia_
They look so happy and relaxed. A perfect fit.
♡ 1        ♡ 5

**Toto** @ToToPBel · Aug 9, 2021
Replying to @cravemedia_
Who are they? Im from Argentina.
♡ 1                ♡

**The Real Neil** @therealneil2000 · Aug 9, 2021
Replying to @ToToPBel and @cravemedia_
Look them up yourself. And nobody asked where you are from

GIF  ALT
♡        ♡ 1

**budice0** @budice0 · Aug 9, 2021
Replying to @cravemedia_
Anyone wanna guess?
♡ 1        ♡

**budice0** @budice0 · Aug 9, 2021
Replying to @budice0 and @cravemedia_
H___y S___s O___a W___e
♡ 1        ♡

Show replies

**El Saber Del Todo** @ElSaberDelTodo3 · Aug 9, 2021
Replying to @cravemedia_

GIF  ALT
♡        ♡ 50

**Mal** @dancerxwhirl · Aug 9, 2021
Replying to @cravemedia_
She's so hot
♡ 2        ♡ 2        ♡ 28

**Mal** @dancerxwhirl · Aug 9, 2021
Replying to @dancerxwhirl and @cravemedia_
Why did this get so many private replies lol
♡        ♡ 2

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**danita🧃** @flaca_dp · Aug 9, 2021
Replying to @MaJoaquinato and @cravemedia_
Dios te salve María llena eres de gracia...
♡        ♡ 1

**Perkowski Legal P.C.**
@c_perkowski

**Search Twitter**

**Relevant people**

.
@cravemedia_
Media account for @FilmUpdates

Follow

**What's happening**

NFL · 1 hour ago
Cowboys at Vikings

#Disenchanted 🍎
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Dove Cameron**
4,902 Tweets

Trending in United States
**Machine Gun Kelly**
1,533 Tweets

Trending in United States
**#AMAs** 👑
Trending with soobin, yeonjun

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2022 Twitter, Inc.

__ https://twitter.com/belxauron/status/1206903986219077632 __ at __ 2022-11-21 20:07:23 -08:00 __



https://twitter.com/TheBostoniana/status/1580668997057802240 _si_ 2022-11-20 12:20:58 -08:00

← **Tweet**

🇮🇹🇺🇸 **Trixy #TeamEvansOfficial**🎬Ⲧ🇺🇸🇮🇹
@TheBostoniana
☻ Automated                                    ···

NEW
@chrisevans arrives on the set of #RedOne
Via @justjared
More pics here
justjared.com/photo-gallery/...

#ChrisEvans #makingof



2:17 PM · Oct 13, 2022 · Twitter for iPhone

**6** Retweets  **11** Likes

💬          ↻          ♡          ↑

P    Tweet your reply                              Reply

Joan @joans3627 · Oct 13                          ···
Replying to @TheBostoniana @ChrisEvans and @JustJared
Love these set pics of Red One! 🧡💙
💬          ↻          ♡          ↑

**Relevant people**

🇮🇹 **Trixy #TeamEva...**    Follow
@TheBostoniana
☻ Automated
I am a Brazilian girl 🙋 🇧🇷. (adopted
by an Italian 🇮🇹 family) transplanted
to the USA in Boston 🇺🇸❤️ I loves
dogs 🐕💙 @chrisevans
@astartingpoint

**Chris Evans** ✔          Follow
@ChrisEvans
A Starting Point: @ASP

JUST **JustJared.com** ✔        Follow
JARED @JustJared
Your #1 Entertainment Authority Also
follow @jaredeng @justjaredjr

**What's happening**

Formula 1 · 5 hours ago
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States          ···
**Rest In Peace**
48.8K Tweets

Trending in California            ···
**Morgan Freeman**
189K Tweets

Only on Twitter · Trending          ···
**Jason David Frank**
Trending with Power Rangers, Kevin Conroy

**Show more**

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

🐦

☰ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

▣ Lists

⊙ Profile

⊙ More

**Tweet**

P  **Perkowski Legal P.C.**  ···
@c_perkowski

🔍 Search Twitter

Case 2:22-cv-09462-DMG-ADS    Document 23-11    Filed 03/13/23    Page 58 of 101    Page ID #:4132

← **Tweet**



**Próxcinemente**
@proxcinemente

···

Nuevas imágenes de Margot Robbie desde el set de "Birds Of Prey". #BirdsOfPrey

Vía: @JustJared

Translate Tweet



9:41 AM · Feb 2, 2019 · Twitter for Android





Tweet your reply

Reply

**Relevant people**



**Próxcinemente**
@proxcinemente

Follow

Todas las novedades en el mundo del séptimo arte. 🎥 | Creador: @chuyRM_93 | Contacto: proxcinemente@gmail.com



**JustJared.com** ✓
@JustJared

Follow

Your #1 Entertainment Authority Also follow @jaredeng @justjaredjr

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**



Trending in United States
**WHAT A SAVE**
7,572 Tweets

···

Trending in United States
**#YIAYrewind**

···

Politics · Trending
**AR-15**
101K Tweets

···

Trending in California
**Telemundo**
7,545 Tweets

···

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.



🐦

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

··· More

**Tweet**

🔍 Search Twitter

\_\_ https://twitter.com/BlinkStationTV/status/1549210362553196545 \_\_ at \_\_ 2022-11-21 15:37:08 -08:00 \_\_



Search Twitter

← Tweet

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**



**Blink Station TV**
@BlinkStationTV

As filmagens de **#BesouroAzul** foram oficialmente encerradas!

 

6:51 PM · Jul 18, 2022 · Twitter Web App

 



Tweet your reply

Reply

### Relevant people



**Blink Station TV**
@BlinkStationTV                    Follow

📣 Nos sigam para notícias, fofocas, rumores, fanfics, fanarts e umas coisitas mais! 💌| blinkcontato@gmail.com

### What's happening

NFL · Yesterday
**Cowboys at Vikings**

Entertainment · Trending
**Julia Fox**
8,594 Tweets

Trending in United States
**House of the Rising Sun**

Trending in United States
**$TSLA**
18.9K Tweets

Trending in California
**Netherlands**
164K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski   ···

__ https://twitter.com/BarbaraEndredy/status/1556173575620919936 __ at __ 2022-11-20 07:59:46 -08:00 __

← **Tweet**

**Barbara** ❀
@BarbaraEndredy

I can't wait to see Dakota Johnson as Madame Web 🔥 🕸️ #DakotaJohnson #MadameWeb




12:01 AM · Aug 7, 2022 · Twitter for iPhone

**1** Retweet   **7** Likes

💬   🔁   ♡   ↑

Tweet your reply                    **Reply**

**Search Twitter**

## Relevant people



**Barbara** ❀                    **Follow**
@BarbaraEndredy

My idol is Dakota Johnson. Fan of Coldplay 💛🍊

## What's happening

FIFA World Cup · LIVE
**World Cup Qatar 2022: Opening Ceremony**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Jungkook · Trending
**Jungkook**
Trending with Morgan Freeman, hobi

Sports · Trending
**#PMShowBigBrainStuff**
Trending with Bills -7.5, Commanders -3

Only on Twitter · Trending
**RIP JDF**
2,259 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Navigation

🏠 Home
# Explore
🔔 Notifications ❶
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

**Tweet**



**Perkowski Legal P.C.** ···
@c_perkowski

__ https://twitter.com/urihannacom/status/1325479792637042693 __ at __ 2022-11-22 18:47:01 -08:00 __

← **Tweet**



**Ultimate Rihanna**
@urihannacom

···

#Rihanna was spotted getting a late bite at Giorgio Baldi last night! (11.07)

Check out more: ultimate-rihanna.com/photos/thumbna...




8:46 AM · Nov 8, 2020 · Twitter Web App

**4** Retweets  **15** Likes

💬          🔁          ♡          ⬆

 Tweet your reply          Reply

---

🔍 Search Twitter

## Relevant people

 **Ultimate Rihanna**          Follow
@urihannacom

Your most reliable #Rihanna fan source, serving you since the beginning!

## What's happening

FIFA World Cup · This morning
**Mexico vs Poland**


**#AvatarTheWayOfWater** 💧
Get tickets now - In theaters December 16
📷 Promoted by Avatar

Entertainment · Trending          ···
**James Woods**
2,239 Tweets

Trending in United States          ···
**RIP Harold**

Entertainment · Trending          ···
**Hemsworth**
5,309 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

🐦

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

🗒 Lists

👤 Profile

⊙ More

**Tweet**

🅿 **Perkowski Legal P.C.** ···
@c_perkowski



← **Tweet**

 **Bang Tidy Celebs**
@BangTidyHQ                                        ⋯

-**@drayamichele**

 

12:35 PM · Dec 9, 2020 · Twitter Web App

**1** Retweet   **9** Likes

        

  Tweet your reply                    Reply

## Twitter sidebar

🔍 Search Twitter

### Relevant people

 **Bang Tidy Celebs**
@BangTidyHQ                    Follow
Bringing you Bang Tidy Celebs from the UK and around the world. From TV & Film to Music & Models. Any requests feel free to tweet.

**Draya Michele** ✔
@drayamichele                    Follow
Designer - Actress - Creative Director business inquiries:
max@artistryworldwide.com

### What's happening

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 🧙
Original movie now streaming
▶ Promoted by Disney+

Music · Trending
**harries**
4,660 Tweets                    ⋯

Trending in United States
**UCLA**
14K Tweets                      ⋯

Trending in United States
**Bob Iger**
Trending with Chapek, Disney   ⋯

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/PMaratonando/status/1400863607643070469 __ at __ 2022-11-20 12:45:48 -08:00

← **Thread**

Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Maratonando News** 🇺🇦
@PMaratonando

CHEGA DE ENCHIMENTO !!! ⚡

O site Just Jared divulgou as primeiras imagens do novo traje do Shazam! para o segundo filme do herói, intitulado 'Shazam! : Fury of the Gods'. Confira :

#ShazamFuryOfTheGods #Shazam2 ⚡



10:14 AM · Jun 4, 2021 · Twitter for Android

**1** Retweet   **1** Quote Tweet   **8** Likes

**P** Perkowski Legal P.C.
@c_perkowski

Tweet your reply                          **Reply**

**Maratonando News** 🇺🇦 @PMaratonando · Jun 4, 2021
Replying to @PMaratonando
O filme estreia dia 2 de junho de 2023 nos EUA. Ainda sem uma data definida no Brasil.
3

**Relevant people**

**Maratonando News** 🇺🇦
@PMaratonando                        **Follow**
Tudo sobre o mundo do cinema, séries e games 🎬🎮 Sigam nossos ADMs 👍👍 @1991Philipe 🧑 @rayssajoy 🧑

**What's happening**

FIFA World Cup · 4 hours ago
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 🧙
Original movie now streaming
📢 Promoted by Disney+

Trending in United States
**Rest In Peace**
51.3K Tweets

Sports · Trending
**Rapp**
1,245 Tweets

Trending in California
**Elton John**
10.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

— https://twitter.com/BallonFute/status/1552286283208212482 __ et __ 2022-11-21 05:58:41 -08:00

← **Tweet**

**SpIdEr-MaN** ☀️
@BallonFute

Dakota Johnson sur le tournage du film Madame Web ! J'ai vraiment très très peur du résultat 😬

Translate Tweet




6:34 AM · Jul 27, 2022 · Twitter for Android

**3** Likes

Tweet your reply                    Reply

🟥**AkamiGoat**🖐️❤️💙💛 @AkamiGoat · Jul 27
Replying to @BallonFute
Dans les comics elle est pas sencer etre vieille ?
💬 1        🔁        ❤️ 1

**SpIdEr-MaN** ☀️ @BallonFute · Jul 27
Replying to @AkamiGoat
Si mais il existe deux version: une vieille et une jeune
💬 1        🔁        ❤️ 1

Show replies

### Relevant people

**SpIdEr-MaN** ☀️        Follow
@BallonFute
Paris ❤️💙 • Neymar est mon idole • fan de Spider-Man ☀️ et Zendaya est ma femme ❤️

### What's happening

FIFA World Cup · LIVE
**England vs Iran**

Music · Trending
**Elton John**
Trending with Dodger Stadium, #EltonFarewellTour

Politics · Trending
**Tragically**
16.5K Tweets

Trending in United States
**England**
Trending with #ENGIRN, Saka

Entertainment · Trending
**Negan**
10.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/nacaomarvel/status/1363336931191202688 ... of ... 2022-11-21 23:05:43 -08:00  Document 23-11  Filed 03/13/23  Page 65 of 101  Page ID #:4139

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@_c_perkowski

**NAÇÃO MARVEL | fa...** ···
@nacaomarvel

🟡 Mais imagens do set de #Hawkeye (1/2)

5:55 PM · Feb 20, 2021 · Twitter for Android

**22** Retweets  **5** Quote Tweets  **356** Likes

Tweet your reply    Reply

**NAÇÃO MARVEL | fan club** @nacaomarvel · Feb 20, 2021 ···
Replying to @nacaomarvel
🟡 Mais imagens do set de #Hawkeye (2/2)

♡ 6    ♡ 108

**pat** @biglibertydude · Feb 20, 2021 ···
Replying to @nacaomarvel

From **pat**

**madu** @h0rrorbody · Feb 21, 2021 ···
Replying to @nacaomarvel
🙂

From **emy cinematic universe**

**_** @marxclus · Feb 20, 2021 ···
Replying to @nacaomarvel
Nação nem parece que o Gavião que é o protagonista.

♡ 1    ♡ 2

**lipe! 🏹** @wcskjincomics · Feb 20, 2021 ···
Replying to @marxclus
e não é



Show replies

**Deus** @matheuaaoo · Feb 20, 2021 ···
Replying to @nacaomarvel
Achei conceito esse carro

**Relevant people**

**NAÇÃO MARVEL | fa...**    Follow
@nacaomarvel
🇧🇷 O maior fã-clube da Marvel no Brasil e #2 do mundo | por @kaimyall & @thanstopper | 🎙️ @PodcastNM |
✉️ nacaomarvelofc@gmail.com

**What's happening**

NFL · 2 hours ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
70.8K Tweets

Trending in California
**Mexicans**
6,320 Tweets

Trending in United States
**August Alsina**
Trending with Jada, #TheSurrealLife

Sports · Trending
**Trey Lance**
1,345 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

https://twitter.com/docomics/status/1155992383386865665 ... al
Document 23-11   Filed 03/13/23   Page 66 of 101   Page ID
#:4140

Search Twitter

**herlina do lixo**
@heroinadolixo

Vamos falar do que realmente importa que é o nome "puddin" riscado na perna da Harley em Birds Of Prey.

5:03 PM · Jul 29, 2019 · Twitter for iPhone

623 Retweets   41 Quote Tweets   3,357 Likes

**Relevant people**

**herlina do lixo**
@heroinadolixo                               Follow

a heroína é apenas um alter-ego onde
tenho super poderes. ela/dela

**What's happening**

Television · LIVE
Bachelor in Paradise airing on
ABC

Trending in United States
RIP Harold

#AvatarTheWayOfWater
Get tickets now - In theaters December 16
Promoted by Avatar

Family drama · Trending
#GTMcontest37

Sports · Trending
Hunter Renfroe

Show more

---

Tweet your reply                              Reply

**herlina do lixo** @heroinadolixo · Jul 29, 2019
Replying to @heroinadolixo
Revivendo esse momento de quando saíram as fotos porque a gente não tem nada né, não tem nenhum poster pra surtar, então vamos ficar criando fanfics que a Hera Venenosa vai aparecer nos pôs creditos de Bop.

♡ 1          ⟳ 26          ♡ 436          ⤴

**bonnie e cleide** @wondymaximoff · Jul 29, 2019
Replying to @heroinadolixo and @dcucomics
Nossa, bem reparado. Mas me conta @dcucomics, quando vai sair pôster do filme pra eu virar um mijo e sair divulgando ele nas interwebs?

♡ 1          ⟳            ♡ 7          ⤴

**herlina do lixo** @heroinadolixo · Jul 29, 2019
Replying to @wondymaximoff
em 20170

♡ 1          ⟳            ♡ 2          ⤴

Show replies

**Luke** @lilukasgabriel · Jul 29, 2019
Replying to @heroinadolixo and @dcucomics



♡            ⟳            ♡ 8          ⤴

**isabella** @revisabews · Jul 30, 2019
Replying to @heroinadolixo and @dcucomics
meu Deus que mulher

♡            ⟳            ♡            ⤴

**victⓙr sawayamo** @visawayamo · Jul 29, 2019
Replying to @heroinadolixo and @dcucomics
amo, a lenda tá pronta pra conhecer o verdadeiro amor da sua vida que é a Pamela

From Rob

♡            ⟳            ♡ 14         ⤴

**petrova** @petrovaboucher · Jul 30, 2019
Replying to @visawayamo and @dcucomics
o gif kkkkkkkkkkkkkk

♡            ⟳            ♡ 1          ⤴

**Bambinha** @bambis_wtf · Jul 30, 2019
Replying to @heroinadolixo and @dcucomics
@Amanda_Joia

♡            ⟳            ♡            ⤴

**Quem Não Queria Estar Aqui!!** 🍫 @DanielNS5197044 · Aug 1, 2019
Replying to @heroinadolixo and @dcucomics
@danymaxim olha essa parada aqui

♡            ⟳            ♡            ⤴

**lucas** 🌈 @kylekestls · Jul 29, 2019
Replying to @heroinadolixo and @dcucomics
Amoooo

Bye bye rascunho do capeta

♡            ⟳            ♡ 5          ⤴

**alice do balacobaco** 🐈 @alicecapeta · Jul 29, 2019
Replying to @heroinadolixo and @dcucomics
pode entrar poison ivy

GIF

---

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/filmloverss/status/1359063189418311680 __ el __ 2022-11-21 12:57:43 -08:00

← **Thread**

**FilmLoverss**
@filmloverss

···

📸 David O. Russell'ın merakla beklenen yeni filminin setinden görüntüler yayınlandı.

Filmde, görüntülerdeki Christian Bale, Margot Robbie ve John David Washington'ın yanı sıra Robert De Niro, Anya Taylor-Joy, Chris Rock gibi isimler de rol alıyor.

Translate Tweet



12:54 AM · Feb 9, 2021 · Twitter Web App

77 Likes

💬        ↻        ♡        ⬆️

P    Tweet your reply                    Reply

**FilmLoverss** @filmloverss · Feb 9, 2021    ···
Replying to @filmloverss

💬        ↻        ♡ 14        ⬆️

**Tukay** @internetimyokx · Feb 9, 2021    ···
Replying to @filmloverss
John David.. baban mı olacaksın oğlum yeter artık <3

💬 1        ↻        ♡        ⬆️

**Florida man** @stevenash344 · Feb 9, 2021    ···
Replying to @internetimyokx and @filmloverss
Boynuz kulagi gecti tamamen 😂😂

💬 1        ↻        ♡        ⬆️

Show replies

**furkan** @donsterlingjr · Feb 9, 2021    ···
Replying to @filmloverss
2001-2002 milan kadrosu

💬        ↻        ♡ 2        ⬆️

**Relevant people**

L    **FilmLoverss**            Follow
     @filmloverss

**What's happening**

FIFA World Cup · LIVE
USA vs Wales

Trending in United States
**Jordan Morris**
Trending with Reyna

Trending in United States
**HOW IS THAT NOT A YELLOW**

Trending in California
**Dodger Stadium**
14.3K Tweets

Trending in United States
**Welsh**
28.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

P    **Perkowski Legal P.C.**    ···
     @c_perkowski

← **Tweet**

 **Affinity Magazine** ✔ •••
@TheAffinityMag

anya taylor joy is a mood



6:30 AM · Oct 11, 2021 · TweetDeck

**1** Retweet   **2** Quote Tweets   **13** Likes

🔍 Search Twitter

## Relevant people

 **Affinity Magazine** ✔     **Follow**
@TheAffinityMag
NEXT GEN OF MEDIA

## What's happening

Television · 5 hours ago
**The Walking Dead airing on AMC**



**#Disenchanted** 🧟
Original movie now streaming
▶ Promoted by Disney+

Music · Trending                        •••
**#DavidoAt30**
56.4K Tweets

Trending in United States               •••
**South Carolina**
22.9K Tweets

Trending in United States               •••
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Tweet your reply                          **Reply**

 **Perkowski Legal P.C.** •••
@c_perkowski

https://twitter.com/biebernovidade/status/1303498989034856448 __ov__ 2022-11-22 16:48:25 -08:00
Document 23-11   Filed 03/13/23   Page 69 of 101   Page ID
#:4143

**Bieber Novidade**
@biebernovidade

O hairflip do Justin está oficialmente de volta!

6:01 PM · Sep 8, 2020 · Twitter for iPhone

**267** Retweets   **69** Quote Tweets   **1,229** Likes

Tweet your reply   **Reply**

Relevant people

**Bieber Novidade**
@biebernovidade   **Follow**
Fan Account | Há 7 anos a ser sua melhor e mais completa fonte de informações acerca do cantor Justin Bieber. jbiebernovidade@gmail.com

What's happening

NCAA Men's Basketball · Last night
**Knights at Blue Devils**

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
**RIP Harold**

Sports · Trending
**Ryan Leaf**

Entertainment · Trending
**Marvel**
85.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

**Bru Na** @brbferreira · Sep 8, 2020
Replying to @biebernovidade
Não tenho emocional pra isso não aaaah

**Carine 13** @Justicizote · Sep 8, 2020
Replying to @biebernovidade
Amoooooo

**mari** @danimsioull · Sep 8, 2020
Replying to @biebernovidade
mamo

**mari** @danimsioull · Sep 8, 2020
Replying to @danimsioull and @biebernovidade
Amo**xxxxxxxxxx mas eu mamo também

**leticia** @unstablerevival · Sep 8, 2020
Replying to @biebernovidade
mundinho das que tão esperando um videozinho desse 🥵

**♥♥** @whoareslmj · Sep 8, 2020
Replying to @biebernovidade
vei ele eh tao lindo como pode

**♥♥** @whoareslmj · Sep 8, 2020
Replying to @biebernovidade
poxa so queria cuidar

**Jun⁰⁷** 🇧🇷PACK COPA @Bxtm · Sep 8, 2020
Replying to @biebernovidade
Ta lindooooo

**•1ad•黄** @chtkepfxf · Sep 8, 2020
Replying to @biebernovidade
vamo curtir enquanto dá pq conhecendo o justin é capaz dele raspar dnv e a gente vai ficar tudo chorando

**dani** @bazztin_ · Sep 8, 2020
Replying to @biebernovidade
ta tão lindo

**giulia silva** @giuliavilva1 · Sep 8, 2020
Replying to @biebernovidade
@vitoriariezek

**Vitória** @vitoriariezek · Sep 8, 2020
Replying to @giuliavilva1 and @biebernovidade
eu ameiii

**bia** @avengersbtini · Sep 8, 2020
Replying to @biebernovidade
E VAMOS DE SURTO

**natasha** @itsbgaspar · Sep 8, 2020
Replying to @biebernovidade
@_natthie

**jazz** @fwstcar · Sep 8, 2020
Replying to @biebernovidade
o surto das kidrauhl stans

**Mary FOLLOW ME JUSTIN** @inchangejb · Sep 8, 2020
Replying to @biebernovidade
Aaaaaaaa

**Itiale Bomfim** @PrinceOfPop4 · Sep 8, 2020
Replying to @biebernovidade
@diamondskyliez Manaaaaaa olha isso cara 😍😍😍 Justin já tem doutorado em, literalmente, abalar o meu psicológico. Eu não aguento

**Bieberzão** @isabilao1988 · Sep 8, 2020
Replying to @biebernovidade
Vocês precisam nomear essa era com urgência. Daqui a pouco ele raspa tudo e volta o Buzztin

**marina** @peacheyjus · Sep 8, 2020
Replying to @biebernovidade
preciso dele jogando o cabelo de lado de 5 em 5 segundos

**Grazi** @grazichaveges · Sep 8, 2020
Replying to @biebernovidade
Mds Amo tanto esse menino que o coração chega doer ❤️

**richard.** @kyliebuzztin · Sep 8, 2020
Replying to @biebernovidade
kidrauhl stans surtando

**joana** @jojo_mendes02 · Sep 8, 2020
Replying to @biebernovidade
😭

**maju.** @biiberdnw · Sep 8, 2020
Replying to @biebernovidade
ele tá tão lindo porra

**lu ¹ᵃᵃᵃ** @tolkbiebr · Sep 8, 2020
Replying to @biebernovidade
Eu amoooo

**baby army¹ jin's lover** @youthjinn · Sep 8, 2020
Replying to @biebernovidade
AMÉM! 😍

**Wanderson TRI CAMPEÃO DA AMÉRICA** @amaxcarrf_ · Sep 8, 2020
Replying to @biebernovidade
Olhando assim até que a tatuagem ficou maneira

__ https://twitter.com/chogieswagz/status/1492131551047729153 __ et __ 2022-11-21 09:31:16 -08:00

← **Tweet**

`ˋ. ♡ Chogie ·ˢ`
@Chogieswagz

Camila Cabello กับ Nicholas Galitzine (หรือเจ้าชายโรเบิร์ต
จากหนังเรื่อง Cinderella) ที่ LA /นิโคลัสโพสต์รูปสุดท้ายลง
ไอจีด้วย ฉันชอบเค้ามากกกก 😍




5:40 AM · Feb 11, 2022 · Twitter Web App

**268** Retweets   **12** Quote Tweets   **55** Likes

Tweet your reply                                    **Reply**

ทุกอย่างมันขึ้นอยู่กับจังหวะและเวลา @MOO00OOK · Feb 11
Replying to @Chogieswagz
อารมณ์เนี่ยยยยย

♡ 1

Perkowski Legal P.C.
@c_perkowski

---

**Relevant people**

`ˋ. ♡ Chogie ·ˢ`   **Follow**
@Chogieswagz
หรือตังหลอ-สวย | ดารา | นักร้อง | รีวิว
หนัง #ไม่อนุญาตให้นำเนชั่นแปะคลิปหรือ
ลิ้งก์ใดๆทั้งนั้น #รับงานรีวิวรีทวีต
ทักDMเลยค่า

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Trending in California
**Dodger Stadium**
14K Tweets

Entertainment · Trending
**#AntManandTheWaspQuantumania**
1,778 Tweets

Trending in United States
**Janssen**
7,521 Tweets

Sports · Trending
**AP Poll**
11.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/AndyVermaut/status/1275075865827618823 __ at __ 2022-11-20 14:12:58 -08:00 __

← **Tweet**

 **Andy Vermaut**
@AndyVermaut

···

See Cardi B and Offset's Daughter Kulture Cutely Photobomb Her Parents eonline.com/news/1163549/s...



7:39 AM · Jun 22, 2020 · dlvr.it

💬          ⇄          ♡          ⬆

 Tweet your reply                    Reply

**Search Twitter**

**Relevant people**

 **Andy Vermaut**
@AndyVermaut          Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

 **Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**

 Foochia - فوشيا ✔
@foochia

جنيفر لوبيز ببدلة رياضية ملونة من توقيع رالف لورين أثناء احضارها وجبة غذاء في بيفرلي هيلز

#فوشيا #جنيفر_لوبيز #jlo #jenniferlopez #Ralphluren

Translate Tweet



5:00 AM · Oct 11, 2020 · Hootsuite Inc.

**1** Retweet   **5** Likes

💬        🔁        ♡        ⬆

 Tweet your reply                    Reply

**Search Twitter**

### Relevant people

 Foochia - فوشيا ✔      Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

**What's happening**

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

**Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 **Stivi De Tivi** ✔
@StiviDeTivi

¡¡#Barbie y #Ken vaqueritos!!
twitter.com/StiviDeTivi/st...

Translate Tweet



This Tweet was deleted by the Tweet author. Learn more

3:31 PM · Jun 22, 2022 · Twitter for iPhone

1 Retweet    24 Likes

 **Perkowski Legal P.C.** ...
@c_perkowski

 Tweet your reply    Reply

Search Twitter

**Relevant people**

 **Stivi De Tivi** ✔    Follow
@StiviDeTivi

Stivi De TiVi (Enrique Solorzano). AMO
las series y el cine. Me encuentras en
radio, TV, podcast, revistas, medios
digitales y fiestas. Pronombres:
Él/Su/Suyo

**What's happening**

NBA · 🔴 LIVE
**Warriors at Pelicans**

__ https://twitter.com/mirreynoble/status/1397219854238711823 __ at __ 2022-11-22 11:57:20 -08:00

← **Tweet**



**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

This Tweet is from a suspended account. Learn more

**Yovany** @YovanyGaytan69 · May 25, 2021
Replying to @MirreyNoble
Lo mando al cielo de un senton

**Jesse AboLuna** 🇲🇽🇲🇽🇲🇽 @TheLittlePauper · May 25, 2021
Replying to @MirreyNoble
Mujer engañada, despechada, con ganas de venganza, tremendo culazo y ritmo latino, de milagro está de pie jajaja

♡ 4

**EL_VerDaDero.** @duronidas · May 25, 2021
Replying to @MirreyNoble
ajaja



GIF ALT



**Perkowski Legal P.C.**
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 23-11    Filed 03/13/23    Page 75 of 101    Page ID #:4149

← **Tweet**

 **1D Updates**
@Live1DNews

Harry on the set of 'Don't Worry Darling' yesterday (November 25)

(Via @hsdcandids)



6:35 PM · Nov 26, 2020 · Twitter for iPad

**16** Likes



Tweet your reply

Reply

Q Search Twitter

**Relevant people**

 **1D Updates**
@Live1DNews    Follow

1D Updates. Paul, Andy, and more follow!

 **HS Candids**
@hsdcandids    Follow

Follow for HQ candids of HS. Layout by @brightblackdsgn. (Fan Account)

**What's happening**

NCAA Men's Basketball · Earlier today
**Terrapins at Hurricanes**



**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, Disney

Trending in California
**#TWDFamily**
8,769 Tweets

Trending in United States
**#AMAs** 🔥
4.61M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



Twitter

— https://twitter.com/live1dnews/status/1346187048823238656 __ et __ 2022-11-19 18:49:15 -08:00 __

← **Tweet**

Q Search Twitter

**1D Updates**
@Live1DNews                                        ...

Harry with Jeff and Glenne at their wedding over the weekend

(Via @hsdcandids)



12:09 PM · Jan 4, 2021 · Twitter for iPad

**1** Retweet   **4** Likes

🏠 Home

# Explore

🔔 Notifications

**Relevant people**

**1D Updates**
@Live1DNews                    Follow

1D Updates. Paul, Andy, and more follow!

**HS Candids**
@hsdcandids                    Follow

Follow for HQ candids of HS. Layout by @brightblackdsgn. (Fan Account)

**What's happening**

Television · Starts at 7:00 PM
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States                    ...
**HE'S BACK**
115K Tweets

Politics · Trending                    ...
**Mr. President**
30.7K Tweets

Trending in California                    ...
**Messi**
430K Tweets

Show more

Tweet your reply                    Reply

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/lindaikeji/status/1541933287970549700 __ et __ 2022-11-21 20:58:52 -0800 __

← **Tweet**

Search Twitter

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Linda Ikeji**
@lindaikeji

"God save me" Travis Barker hospitalised; Kourtney
Kardashian arrives hospital to be with him
lindaikejisblog.com/2022/6/god-sav...



4:55 PM · Jun 28, 2022 · LIB App

8 Likes

Tweet your reply

Reply

Show additional replies, including those that may contain offensive content

Show

**Perkowski Legal P.C.**
@c_perkowski

**Relevant people**



**Linda Ikeji**
@lindaikeji
Blogger. CEO, LindaIkejiTV

Follow

**What's happening**

NHL · LIVE
Senators at Sharks



Entertainment · Trending
**Died Suddenly**
61.6K Tweets

Entertainment · Trending
**August Alsina**
Trending with #TheSurrealLife

Trending in California
**Gio Reyna**
6,923 Tweets

Trending in United States
**Jada**
7,622 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS   Document 23-11   Filed 03/13/23   Page 79 of 101   Page ID
#:4153

← **Tweet**

**ATENÇÃO GEEK | Mídia**
@agfotosevideos

⋯

Fotos dos bastidores da série #Loki, com os membros
do TVA e possivelmente o visual da Lady Loki

Translate Tweet



9:00 AM · Mar 4, 2020 · Twitter for Android

**2** Retweets   **12** Likes

💬   🔁   ♡   ⬆️

 **P** Tweet your reply                    Reply

**Bifrostz**🤴 @tri_ick · Mar 4, 2020   ⋯
Replying to @agfotosevideos
@JJacyntho omggg

💬 1   🔁   ♡ 1   ⬆️

**●||Tarzan-Skeleton//●** @jjacyntho · Mar 4, 2020   ⋯
Replying to @tri_ick
MANO DO CÉU

💬   🔁   ♡ 1   ⬆️

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski   ⋯

---

🔍 Search Twitter

**Relevant people**

 **ATENÇÃO GEEK | Mídia**   Follow
@agfotosevideos
Conta para fotos e vídeos dos
bastidores do mundo do
entretenimento. Conta oficial:
@atencaogeek

**What's happening**

Television · Last night
**Saturday Night Live airing on
NBC**

#Disenchanted 🧝
Original movie now streaming
📺 Promoted by Disney+

Only on Twitter · Trending
**Jason David Frank**
Trending with First Kevin Conroy

Trending in California
**Shakira**
102K Tweets

Entertainment · Trending
**Morgan Freeman**
157K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

__ https://twitter.com/AndyVermaut/status/1312888499316558848 __ at __ 2022-11-20 20:58:04 -08:00 __

← **Tweet**



**Andy Vermaut**
@AndyVermaut

···

Kendall Jenner & BF Devin Booker Hold Hands On Romantic Dinner Date In L.A. — See Pics
hollywoodlife.com/2020/10/04/ken...



3:53 PM · Oct 4, 2020 · dlvr.it

 Tweet your reply

**Reply**

 **Relevant people**



**Andy Vermaut**
@AndyVermaut    **Follow**

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

**What's happening**

Television · 2 hours ago
**The Walking Dead airing on AMC**



**#Disenchanted** 😍
Original movie now streaming
▶ Promoted by Disney+

Trending in United States    ···
**Bob Iger**
Trending with Chapek, Disney

Trending in United States    ···
**#AMAs** 💃
Trending with #BLACKPINK, soobin

Trending in California    ···
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/TrustMeBro18/status/1579950889057429000__et__2022-11-20 10:54:59 -08:00
2:2v-09402-DMG-ADS    Document 23-11    Filed 03/13/23    Page 81 of 101    Page ID
#:4155

**BigDeePee**
@TrustMeBro18

New #MadameWeb set photos



9:33 AM · Oct 6, 2022 · Twitter for Android

**29** Retweets   **17** Quote Tweets   **154** Likes

Tweet your reply                                            Reply

**BigDeePee** @TrustMeBro18 · Oct 6
Replying to @TrustMeBro18
Dakota Johnson, Celeste O'Connor and Tahar Rahim stunt double
   1            17

**BigDeePee** @TrustMeBro18 · Oct 6

                                                     2            18

**BigDeePee** @TrustMeBro18 · Oct 6
Replying to @TrustMeBro18
Tahar Rahim as Ezekiel Sims?
#MadameWeb

                                              3            19

**Dominic Matteo** @MatteoDominic · Oct 8
Replying to @TrustMeBro18
Riku possessed Ansem vibes

**AnonymousVigilante** @AnonymousVigi84 · Oct 9
Replying to @TrustMeBro18
No one else gets Kaine Parker vibes from the back of the suit?

**Jasonnnn** @Jason_infinity · Oct 6
Replying to @TrustMeBro18 and @Blacklight_21
Who tf is tht

**Blacklight** 📍 @Blacklight_21 · Oct 6
Replying to @Jason_infinity and @TrustMeBro18
   **BigDeePee** @TrustMeBro18 · Oct 6
   twitter.com/TrustMeBro18/s...
   Show this thread
      1
Show replies

**AngryOldDad** @AngryOldDad1 · Oct 6
Replying to @TrustMeBro18
From far away, the stunt guy looked like Jack Harlow

**Relevant people**

**BigDeePee**          Follow
@TrustMeBro18
Movies | Series

**What's happening**

NFL · LIVE
Browns at Bills

#Disenchanted 🧹
Original movie now streaming
⊡ Promoted by Disney+

Trending in California          ⋯
**Rest in Peace**
41.1K Tweets

Only on Twitter · Trending     ⋯
**Rest in Power**
15.9K Tweets

Only on Twitter · Trending     ⋯
**Jason David Frank**
140K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2022 Twitter, Inc.

__ https://twitter.com/chogieswagz/status/1266183091267055616 __ at __ 2022-11-22 18:41:02 -08:00 __

← **Tweet**

Home

Home

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



` . ♡ Chogie ·°
@Chogieswagz    ···

## โอ๊ยยยย หวานนนน 😌❤️
## หวานเกินไปมาก ลี่ย์สวยมากแง
## พวกนางเหมือนวัยรุ่นอีกครั้งเลย

Translate Tweet



6:42 PM · May 28, 2020 · Twitter Web App

**494** Retweets  **3** Quote Tweets  **118** Likes

💬        ⟲        ♡        ⬆️

  Tweet your reply                    Reply

## Search Twitter

### Relevant people

  ` . ♡ Chogie ·°
@Chogieswagz              **Follow**

หวีดฝรั่งหล่อ-สวย | ดารา | นักร้อง | รีวิว
หนัง #ไม่อนุญาตให้เมนชั่นแปะคลิปหรือ
ลิงค์ใดๆทั้งนั้น #รับงานรีวิวรีทวีต
ทักDMเลยค่า

### What's happening

Television · LIVE
**Bachelor in Paradise airing on ABC**


**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Trending in United States                ···
**RIP Harold**

Trending in United States                ···
**Hooters**
8,125 Tweets

Trending in California                   ···
**#chainsawman** 🪚
144K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

 Perkowski Legal P.C.  ···
@c_perkowski

← **Tweet**

## Home

## Explore

## Notifications

## Messages

This Tweet is from a suspended account. Learn more

This Tweet is from a suspended account. Learn more

# Home

# Explore

# Notifications

# Messages

# Bookmarks

# Lists

# Profile

# More

**Tweet**

← **Tweet**

⇅ Alex Salvatore 🧑‍🎄 Retweeted

**Spider-Lucas** ❄️
@lucvalli

¿Podemos hablar de lo hermoso que es este traje? Y lo que resalta entre el fondo invernal.

Translate Tweet



5:45 PM · Jan 16, 2021 · Twitter for Android

**16** Retweets   **4** Quote Tweets   **134** Likes

Tweet your reply

**Reply**

## Relevant people

**Alex Salvatore** 🧑‍🎄
@Alexromval                    **Follow**

'Nadie puede juzgar desde fuera el amor'

**Spider-Lucas** ❄️
@lucvalli                      **Follow**

Hablo de cine y series en @caminoheroe 🎥 | Productor en @sosheroe | Análisis en hilos | Adicto a hacer listas 📝 y al café ☕ | Padre de Katara 🐱

## What's happening

Sports · LIVE
**2022 FIFA World Cup**

**#Disenchanted** 😈
Original movie now streaming
▶ Promoted by Disney+

Music · Trending
**#DavidoAt30**
55K Tweets

Trending in United States
**Maher**
22K Tweets

Trending in United States
**#AMAs** 💄
Trending with soobin, yeonjun

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/SPIMarvelNews/status/1431015809892340480
22-cv-08462-DMG-ADS    Document 23-11    Filed 03/13/23    Page 85 of 101    Page ID #:4159

**Marvel News**
@BRMarvelNews

Gente?

## Martin Freeman como Everett Ross no set de Black Panther: Wakanda Forever

3:25 PM · Aug 26, 2021 · TweetDeck

**87** Retweets    **203** Quote Tweets    **2,399** Likes

Tweet your reply                                                         Reply

**BigJster** @mormonksuke · Aug 26, 2021
Replying to @BRMarvelNews
levando em consideração que os filmes se passam em 2023 e que talvez o personagem não tenha sumido com o estalar de dedos do Thanos, faz sentido
                                                      38

**Luan de Oliveira** @Luan_Strange · Aug 26, 2021
Replying to @BRMarvelNews
Envelheceu muito durante os 5 anos kkkkk

From Luan de Oliveira
                                                      15

**LUÍ** @captsmiler · Aug 26, 2021
Replying to @BRMarvelNews

GIF  ALT

**ana luiza** 🎧 ⭐ @analu_aboveall · Aug 26, 2021
Replying to @BRMarvelNews
@magsterie
                                                      1

**daniel molloy's ex-wife** @morgan03fae · Aug 26, 2021
Replying to @analu_aboveall and @BRMarvelNews
afff marvel não me faz querer dar pra um senhor de idade com menos de 1,70 de novo pelo amor de deus
                                                      3

**bigger than sun** @babycakesweet · Aug 27, 2021
Replying to @BRMarvelNews
gente...

**Igor N.** @izHHw11 · Aug 26, 2021
Replying to @BRMarvelNews
Martin Freeman brabo demais

**Janine** ● ▢ ▢ @Janine_lks · Aug 26, 2021
Replying to @BRMarvelNews
Nsl, famoso Diff?
                                                      1

**Gabriel_Chaver°** @GG_Chaves17 · Aug 26, 2021
Replying to @BRMarvelNews

I'll never forget the sweet way you proposed to me when you said,
GIF  ALT
                                                      1

**g i a** @vogueripier · Aug 26, 2021
Replying to @BRMarvelNews
tá um gostoso

**_lory_** @batcapfck · Aug 26, 2021
Replying to @BRMarvelNews
Jesus

**gobi. moved** @sheqxlock · Aug 26, 2021
Replying to @BRMarvelNews
kevin feige faça o everett conhecer o stephen e eu digo se espaova ou não



__ https://twitter.com/vsvp6ix/status/1198186930875320464 __ at __ 2022-11-22 19:14:24 -08:00 __



← **Tweet**


@vsvp6ix                                      ...

**Relevant people**


@vsvp6ix
fresh                                          Follow

**What's happening**



2:30 AM · Nov 23, 2019 · Twitter Media Studio

**21** Retweets  **5** Quote Tweets  **276** Likes

---

🔍 Search Twitter

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**


**Perkowski Legal P.C.**  ...
@c_perkowski

 Tweet your reply      Reply

__ https://twitter.com/harrymoonchild/status/1333995495249698817 __ at __ 2022-11-20 22:50:14 -08:00 __

← **Tweet**

dee.
@harrymoonchild

This is such a boyfriend hold I'm going to go cry bye



8:44 PM · Dec 1, 2020 · Twitter for Android

**24** Retweets   **15** Quote Tweets   **350** Likes

Tweet your reply

 Tweet your reply                    Reply

**BJ** @bevvy9518 · Dec 6, 2020
Replying to @harrymoonchild
This suit, who does it look **Better** on??
💬 1      1♡ 1

**Rainberry Sugar** 🖤 @rainberrrysugar · Dec 6, 2020
Replying to @bevvy9518 and @harrymoonchild
They are just a perfect match🥰
💬      ♡ 1

---

🔍 Search Twitter

**Relevant people**

dee.                      Follow
@harrymoonchild
**#harry**: starry haze crystal ball 🔮🛹 | backup:@goldenfineline | ig:dishaxrai

**What's happening**

NFL · 2 hours ago
**Chiefs at Chargers**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Sports · Trending
**Sean Payton**

Trending in United States
**#AMAs** 🔥
Trending with soobin, yeonjun

Trending in United States
**UCLA**
13.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

---

**Home**

**#** Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

**Lists**

**Profile**

⊙ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

aly @strawberryxs

mds a anitta belissima sendo clikada pelo paparazzi do the daily stardust



5:21 AM · Aug 29, 2021 · Twitter for Android

137 Retweets    35 Quote Tweets    1,722 Likes

Tweet your reply                                    Reply

aly @strawberryxs · Aug 29, 2021
Replying to @strawberryxs
engajem o vídeo:

youtube.com
Anitta is pretty in pink Batman & Valentino arriving ...
Anitta is pretty in pink Batman and Valentino
arriving to dinner as she dominates the music ...

instagram.com/p/CTdFVVNlknFU...

alê @alefromio · Aug 29, 2021
Replying to @strawberryxs
o cabelo dela tá perfeito

Teuzin @mrcalhackdorole · Aug 29, 2021
Replying to @strawberryxs
Manda o link pra gente engajar AMG 🥰

aly @strawberryxs · Aug 29, 2021
Replying to @mrcalhackdorole
aqui amg

aly @strawberryxs · Aug 29, 2021
engajem o vídeo:
youtu.be/xpaOJORhbfAE
Show this thread

@whydougryy · Aug 29, 2021
Replying to @strawberryxs
A beleza dela fora do brasil é superior

aly @strawberryxs · Aug 29, 2021
engajem o vídeo:
youtu.be/xpaOJORhbfAE
Show this thread

@whydougryy · Aug 29, 2021
Replying to @strawberryxs
A beleza dela fora do brasil é superior

aly @strawberryxs · Aug 29, 2021
Replying to @whydougryy
o old amg ficar longe da toxicidade dos brasileiros é essencial

veezoeo or sosoooe @imfalari · Aug 29, 2021
Replying to @strawberryxs
Manda o link

aly @strawberryxs · Aug 29, 2021
Replying to @imfalari
aqui amor

aly @strawberryxs · Aug 29, 2021
engajem o vídeo:
youtu.be/xpaOJORhbfAE
Show this thread

vinicius @cadelinhagh · Aug 29, 2021
Replying to @strawberryxs
ele falando da música e do sucesso 💜💜💜

wel="" @anittótaya · Aug 29, 2021
Replying to @strawberryxs
o cabelo veyy 😍😍

aly @strawberryxs · Aug 29, 2021
Replying to @perfotidaya and @makalromio
perfeita se

Brena @baidgalntimo · Aug 29, 2021
Replying to @strawberryxs and @cigrhehamatos

CHEIO DE TESAO • 10&Parody accou... @como_n_... · Aug 29, 2021
Replying to @strawberryxs
O bronze em dia

꧁ ✦ ✦ ꧂ @Aj_rinin · Aug 29, 2021
Replying to @strawberryxs
passo mal com a beleza dessa mulher

kendall @bitmdafatka · Aug 29, 2021
Replying to @strawberryxs
Bora engajar galera

JUNIOR @laaunittta · Aug 29, 2021
Replying to @strawberryxs
amooo

Victoria Moronho @VictriaMorenho2 · Aug 29, 2021
Replying to @strawberryxs
Tá a cara da perfeição kkkkkkkkkkkkkkk

Vivian Abreu 🦋 @vivianvivi · Aug 29, 2021
Replying to @strawberryxs
Ela ta no auge da beleza! Maravilhosa!! 😍😍😍

wii°'ꞵ' @wellonweelmeon · Aug 29, 2021
Replying to @strawberryxs
A maior

@crientno021 · Aug 29, 2021
Replying to @strawberryxs and @suuuritta
É sobre isooooo

꧁ @i_m_a_r_a · Aug 29, 2021
Replying to @strawberryxs
aff a any ta lindissima, auge da beleza

anyiha boys don't cry @baitunneis · Aug 29, 2021
Replying to @strawberryxs
Ela ta belissima

Show additional replies, including those that may contain offensive content          Show

https://livlobar.com/dixpeyton/status/14064360750693489580 __ ai __ 2020-11-21 06:18:08 -08:00  
22-cv-09462-DMG-ADS   Document 23-11   Filed 03/13/23   Page 89 of 101   Page ID
#:4163

Search Twitter

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Homo Honey**
@DixPeyton

"Are you wearing the-"
"the Chanel boots? Yeah I am."



7:25 PM · Jun 19, 2021 from Brooklyn, NY · Twitter for iPhone

**296** Retweets   **38** Quote Tweets   **4,762** Likes

♡   ⟲   ♡   ⬆

Tweet your reply                                    **Reply**

**Ryan Jamaal Swain** @RyanJamaal · Jun 19, 2021
Replying to @DixPeyton and @dancingofpens
My baby Lucas

♡   ⟲   ♡ 3   ⬆

**diego** @laegous · Jun 19, 2021
Replying to @DixPeyton
I want to see more of this omg

♡   ⟲   ♡   ⬆

**AK Chauhan** @_akchauhan · Jun 20, 2021
Replying to @DixPeyton
Whats this shit?

♡   ⟲   ♡ 5   ⬆

**Heaux** @plumppussybish · Jun 19, 2021
Replying to @DixPeyton
Lmfaooo those are AliExpress boots  don't gas her up like that

star.aliexpress.com
Let's shop together on AliExpress with new user
coupons

♡ 2   ⟲   ♡ 9   ⬆

**Melle** @Sharmel05774304 · Jun 20, 2021
Replying to @plumppussybish and @DixPeyton
WOW OUT THERE no cap

♡   ⟲   ♡   ⬆

**@swimlyy** · Jun 20, 2021
Replying to @DixPeyton
Those are loeffler Randall boots in case anyone's wondering lol

♡   ⟲   ♡ 2   ⬆

**Sidewayz** @Frankohairy · Jun 19, 2021
Replying to @DixPeyton
Smashing

♡   ⟲   ♡ 1   ⬆

**Melle** @Sharmel05774304 · Jun 20, 2021
Replying to @DixPeyton
WTH

♡   ⟲   ♡   ⬆

**Meghna Bose** ✨ @MeghnaBose13 · Jun 20, 2021
Replying to @DixPeyton
The Devil Wears Prada!! ❤

♡   ⟲   ♡ 2   ⬆

**Ritvika** @itabitribe · Jun 20, 2021
Replying to @DixPeyton
I swear I've seen them at H&M

♡   ⟲   ♡   ⬆

**Saundra Parker** @HoiDivalnc · Jun 21, 2021
Replying to @DixPeyton
They don't flatter him at all.

♡   ⟲   ♡   ⬆

**Aarushi** @aarushiii_iii · Jun 20, 2021
Replying to @DixPeyton
Sir😭💗

♡   ⟲   ♡   ⬆

**Casper** @BPVFM · Jun 20, 2021
Replying to @DixPeyton
Cough.

♡   ⟲   ♡   ⬆

**Jade In NM on Tribel** @Jadeinnm · Jun 20, 2021
Replying to @DixPeyton
Nice boots!

♡   ⟲   ♡   ⬆

**Joshua** @The_RoyalJoshua · Jun 19, 2021
Replying to @DixPeyton
Ok then.👏👏👏👏👏👏👏

♡   ⟲   ♡ 1   ⬆

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more

**san** @sansuckerino · Jun 20, 2021
Replying to @Saima05225761 and @DixPeyton
ok

♡   ⟲   ♡ 2   ⬆

**Perkowski Legal P.C.** ...
@c_perkowski

**Relevant people**

**Homo Honey**    Follow
@DixPeyton
"a sellout" ~ my dad
peytondix@gmail.com

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Events · Trending
**LGBT**
205K Tweets

Trending in California
**#boltup** ⚡
5,985 Tweets

Trending in United States
**New Week**
109K Tweets

Trending in United States
**England**
Trending with #ENGIRN, Saka

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

← **Tweet**

**Rihanna Indonesia**
@RihannaIndo                                                    ···

Killa 🔥 #NYC



11:05 PM · Jan 29, 2022 · Twitter for iPhone

**12** Likes

💬          ↻          ♡          ↑

Tweet your reply                                      Reply

---

Search Twitter

**Relevant people**

**Rihanna Indonesia**                    Follow
@RihannaIndo

Rihanna biggest fanbase in Asia.
Followed by @Rihanna.
#IndonesiaWantsRihanna

**What's happening**

NFL · 1 hour ago
**49ers at Cardinals**

Entertainment · Trending                    ···
**Died Suddenly**
64.2K Tweets

Only on Twitter · Trending                    ···
**Pablo Milanés**
Trending with Auburn

Trending in United States                    ···
**Murder House**
1,678 Tweets

Trending in United States                    ···
**August Alsina**
Trending with #TheSurrealLife

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Perkowski Legal P.C.**   ···
@c_perkowski

__ https://twitter.com/AndyVermaut/status/1299070455593095168 __ at __ 2022-11-19 21:33:37 -08:00 __

← **Tweet**



**Andy Vermaut**
@AndyVermaut

Angelina Jolie Takes Vivienne, 12, Back To School Shopping In $700 Valentino Sandals — See Pics
hollywoodlife.com/2020/08/27/ang...

12:45 PM · Aug 27, 2020 · dlvr.it

Tweet your reply

Reply

## Relevant people

**Andy Vermaut**
@AndyVermaut                    Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

Television · 1 hour ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Music · Trending
**JISOO**
Trending with #BLACKPINK, Camila

Music · Trending
**#DreamersbyJungkook**
Trending with #FIFAWorldCup

Trending in United States
**Blocked**
128K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

# Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

**Tweet**

**inMARVEL** ❄️ **#MarvelStudios #Marvel #WakandaForever**
@inMARVEL_

Adam Scott en el set de **#MadameWeb**

Vía: JustJared
**#SpiderMan #SpiderVerse #Sony**



12:10 AM · Jul 28, 2022 · Twitter for Android

**2** Quote Tweets     **3** Likes

**Tweet your reply**     Reply

**minertz** @minertz_ · Jul 28
Replying to @inMARVEL_
No parece alguien d vrd, parece un npc de algún videojuego wtf

💬 1        ❤️ 1

**inMARVEL** ❄️ **#MarvelStudios #Marvel #Waka...** @inMA... · Jul 28
Replying to @minertz_
Jajaja, a unas malas lo tomamos como un leak de GTAVI en vez de uno de Madame Web 😏

💬        ❤️ 1

**Perkowski Legal P.C.**
@c_perkowski

---

Search Twitter

### Relevant people

 **inMARVEL** ❄️ **#Marv...**     **Follow**
@inMARVEL_
Aquel que disfrute del contenido de Marvel Studios, si es digno, poseerá el poder de saber todo acerca del MCU. ¡Sígueme y sé un Nuevo Vengador! 🤙🥀

### What's happening

Formula 1 · 15 minutes ago
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 💃
Original movie now streaming
📀 Promoted by Disney+

Trending in United States
**RIP JDF**

FIFA World Cup · LIVE
**World Cup Qatar 2022: Opening Ceremony**



Only on Twitter · Trending
**#SeductiveSunday**
3,413 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**



**FILM TRACK**
@filmseriefr

Margot Robbie et Ryan Gosling sur le tournage du film
#Barbie. 📷

3:01 PM · Jun 22, 2022 · Twitter for iPhone

**4** Likes

Tweet your reply                    Reply

## Relevant people

**FILM TRACK**    Follow
@filmseriefr

"Il était une fois le cinéma." ✨ —
Retrouvez toutes les dernières
informations sur le monde du cinéma.

## What's happening

Television · 4 hours ago
**Last Week Tonight With John Oliver airing on HBO**

Trending in United States
**maher**
22.1K Tweets

Trending in United States
**#AMAs** 🎤
Trending with sabrina

Trending in United States
**Friendsgiving**
12.5K Tweets

Music · Trending
**#DavidoAt30**
67.2K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/cravemedia_/status/1539729570068418560 _ of _ 2022-11-21 19:34:03 -08:00

← **Tweet**

.
@cravemedia_



2:58 PM · Jun 22, 2022 · Twitter for iPhone

291 Retweets   448 Quote Tweets   3,368 Likes

Tweet your reply                                    Reply

**kyle nemecek** @halcyonmyron · Jun 23
Replying to @cravemedia_

1

**Don't Die Wondering** @ddw · Jun 23
Replying to @cravemedia_
Very pretty! ✨🫡

1

---

**Home**

**Explore**

**Notifications** 1

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

**Relevant people**



.
@cravemedia_                Follow
Media account for @FilmUpdates

**What's happening**

NBA · LIVE
Warriors at Pelicans

Entertainment · Trending
**Died Suddenly**
53.4K Tweets

Entertainment · Trending
**#DWTS** 🤎
Trending with Charli, Gleb

Trending in United States
**Givens**

Family drama · Trending
**#GTMcontest13**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Tweet**

**Dani Lagi ⚡ Strip Marvel**
@StripMarvel

Estoy TAN feliz de que haya vuelto @vincentdonofrio y Charlie.

Translate Tweet



7:15 AM · Aug 10, 2022 · Twitter for iPhone

**215** Retweets    **27** Quote Tweets    **4,107** Likes

🅿 Tweet your reply                                    Reply

**Carlos Emmanuel** @ceal107 · Aug 10
Replying to @StripMarvel and @vincentdonofrio
Estás tan hermoso como el día en que te fuiste 😍
1

**C\Adri\** @adrsfm · Aug 10
Replying to @StripMarvel and @vincentdonofrio
Bof

**Valerio** @valequero19 · Aug 10
Replying to @StripMarvel and @vincentdonofrio
Kingpin pudo resurgir xq Daredevil se fue con el chasquido demostrando que Thanos estaba equivocado, eliminar a la mitad por azar mantiene el numero de malos y buenos...
♡   1

**junior💀 #AntManandTheWaspQuantumania** @kllrjnr · Aug 10
Replying to @StripMarvel and @vincentdonofrio
El futuro presidente de NY jugará un papel importante en el ucm si llega a ocurrir eso
♡   1

**Ivan** @albxrnez · Aug 10
Replying to @kllrjnr @StripMarvel and @vincentdonofrio
Alcalde*
1           ♡   3
Show replies

**Humberto Treviño A.** @YoSoyHumber · Aug 10
Replying to @StripMarvel and @vincentdonofrio
... yo sí le doy oportunidad a todos los de Netflix, hasta a Finn para que se reivindique

**Alvaro** @arococificial · Aug 10
Replying to @StripMarvel and @vincentdonofrio
De los mejores villanos de Marvel y actorazo🙌‼

**Prolix12** @Prolix121 · Aug 10
Replying to @StripMarvel and @vincentdonofrio
Marvel Studios consiguió lo que Netflix no se podía permitir: un traje con buenas hombreras xd.

**ANDRYUX** @Salinasiniesta1 · Aug 10
Replying to @StripMarvel and @vincentdonofrio
Tío soy yo o cada vez lo hacen mas grande? Porque me flipa
♡   3

**Pablo Morono** @PabloMorono33 · Aug 11
Replying to @StripMarvel and @vincentdonofrio
Es una beeeestiaaaaaaa grande vincent

**ElJesse42_Andrés ⚡ #Rebemandys** @ElJesse42 · Aug 10
Replying to @StripMarvel and @vincentdonofrio
Está cabreado por el bataio que le metió Maya xD
Que bueno que regresaron

**Vicente Agüera** @VicenteAguera · Aug 10
Replying to @StripMarvel and @vincentdonofrio
🎵No estaba muerto, andaba de parranda...🎵

**Luis Camargo Salcedo** @LuisSalcedomon · Aug 10
Replying to @StripMarvel and @vincentdonofrio
Simplemente magnífico!

**Reistmas🐺** @ItsReiValentine · Aug 11
Replying to @StripMarvel and @vincentdonofrio
No tiene nada que ver con el post pero tengo la teoría de que, ¿Y si los mutantes en el MCU están en el reino cuántico por alguna razón?

**Alvaro Wasabi 🥢** @alvaro_wasabi · Aug 10
Replying to @StripMarvel and @vincentdonofrio
Cuando interpreta a ese personaje su cuello desaparece.
1           ♡   65

**Nel** @CorrePlatanó · Aug 10
Replying to @alvaro_wasabi @StripMarvel and @vincentdonofrio
Debe llevar una protección o dentro o algo para caracterizarse en el personaje
♡   3

**Joel** @Jaue07 · Aug 10
Replying to...

**Relevant people**

**Dani Lagi ⚡ Strip Ma...**  [Follow]
@StripMarvel
Soy @Dani_Lagi de Strip Marvel en @youtube y @twitch autor de #ComoConociAVuestraMarvel y el cómic #ElGuanteHaterDelInfinito CONTACT: stripmarveltv@gmail.com

**Vincent D'Onofrio** ✓  [Follow]
@vincentdonofrio
Official Account of Actor, Producer, Director and Writer, Vincent D'Onofrio

**What's happening**

NHL · LIVE
Islanders at Maple Leafs

Entertainment · Trending
**Died Suddenly**
49.5K Tweets

Sports · Trending
**Lane**
Trending with Auburn

Sports · Trending
**Grupo Firme**
1,972 Tweets

Trending in United States
**#ThingsIOftenQuestion**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.


Perkowski Legal P.C.
@c_perkowski

https://twitter.com/AhoyBieber/status/1375415535096931276 __ __ __ 2022-11-22 12:18:12 -08:00

← **Thread**                                                    ···

@AhoyBieber

Someone was definitely shooting down low



🔵 **Hailey Bieber Outfits** @haileysoutfits2 · Mar 26, 2021
(Video) Justin rightfully calling out paps for trying to take photos of Hailey underneath her skirt as they left dinner out in LA.

4:45 AM · Mar 26, 2021 · Twitter for iPhone

75 Retweets    24 Quote Tweets    427 Likes

🔲 **Tweet your reply**                                    **Reply**

... @AhoyBieber · Mar 26, 2021
Replying to @AhoyBieber
lying to my mans face

6          38

prin @highachieber · Mar 26, 2021
Replying to @AhoyBieber
Parece no video que ele n percebeu mas ela ficou mt incomodada e qnd entraram na van falou pra ele, ai ele foi tirar satisfação 😢

🔲 **Searching4Kidrauhl**🦋 @Searchin4Justin · Mar 26, 2021
Replying to @AhoyBieber
#JusticeforHailey #ArrestThePap

**Relevant people**

@AhoyBieber    **Follow**
I loved bieber before it was cool.
@justinbieber

**Hailey Bieber Outfits**    **Follow**
@haileysoutfits2
Posting @haileysoutfits media on
here. I do not own any of the content I
post, all credits go to their respective
owners. If specific credit is required,
DM me.

**What's happening**

FIFA World Cup · 2 hours ago
**Mexico vs Poland**

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Tarantino**
Trending with  Scorsese, Anthony Mackie

Trending in California
**LAPD**
11.2K Tweets

Trending in California
**Mexicans**
163K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More...
© 2022 Twitter, Inc.

Perkowski Legal P.C.    ···
@c_perkowski

__ https://twitter.com/nanfixus/status/1093086465662300160 __ at __ 2022-11-19 19:09:50 -08:00

← **Tweet**

🔁 @nanfixus Retweeted

 ♡ DJohn 💙 DJ ❄️ 👑 ♡
@AllMyloveQueenD

That lip 😍



7:24 PM · Feb 5, 2019 · Twitter for Android

**10** Retweets    **40** Likes



Tweet your reply          Reply

---

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**


Perkowski Legal P.C.
@c_perkowski

---

🔍 Search Twitter

### Relevant people

 @nanfixus
@nanfixus                    Follow
DJ Fan ❄️ Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🇦🇷

### What's happening

Television · LIVE
**Saturday Night Live airing on
NBC**


**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
📷 Promoted by Uber

← **Tweet**

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Marvel CinéVerse**
@MarvelCineVerse

···

**#BlackPantherWakandaForever** : Photos de Dominique Thorne en Riri Williams sur le tournage de 'BLACK PANTHER : WAKANDA FOREVER'. (via @CreamOrScream)

3:05 PM · Aug 26, 2021 · Twitter for Android

**13** Retweets   **1** Quote Tweet   **53** Likes

Tweet your reply

**Reply**


**Perkowski Legal P.C.**
@c_perkowski
···

Search Twitter

**Relevant people**

**Marvel CinéVerse**
@MarvelCineVerse          **Follow**
Actualités et encyclopédie sur le MCU
Instagram 📷 : marvelcineverse_
Associé à @swcineverse ⭐

**Cora Ventura**
@CreamOrScream           **Follow**
Venting account for all things great and small such as #Marvel and #DCComics, #Netflix, #Gaming #Films, and also a Media Account. Supporter of #AmberHeard 🍃

**What's happening**

Television · Last night
**Saturday Night Live airing on NBC**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in California      ···
**Rest In Peace**
41.1K Tweets

Entertainment · Trending  ···
**Morgan Freeman**
176K Tweets

Trending in California      ···
**#DonaldTrump**
41K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

← Tweet

Search Twitter

. 
@cravemedia_

•••



3:47 AM · Oct 15, 2022 · Twitter for iPhone

**6** Retweets  **3** Quote Tweets  **85** Likes

💬      ⟲      ♡      ⬆️

[P] Tweet your reply                          Reply

**Relevant people**

.
@cravemedia_                    Follow
Media account for @FilmUpdates

**What's happening**

FIFA World Cup · LIVE
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧟
Original movie now streaming
▶ Promoted by Disney+

Trending in United States              •••
**Morgan Freeman**
73.4K Tweets

Trending in United States              •••
**RIP JDF**
1,234 Tweets

Trending in United States              •••
**#DonaldTrump**
37.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Home
Explore
🔔 Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

[P] Perkowski Legal P.C.     •••
@c_perkowski



__ https://twitter.com/jaymalecelebs/status/1312166365629874178 __ at __ 2022-11-21 03:07:48 -08:00 __

← **Tweet**

**Male Celeb Hotties**
@jaymalecelebs

...

## When you strut around knowing you're a stud



4:03 PM · Oct 2, 2020 · Twitter for Android

**83** Retweets  **1** Quote Tweet  **572** Likes



Tweet your reply

Reply

**dirtyhornyalex** @dirtyhornyalex · Oct 2, 2020
Replying to @jaymalecelebs
I wish he was naked there

1    1

**Shi** @stubbs234 · Oct 3, 2020
Replying to @dirtyhornyalex and @jaymalecelebs
Definitely
We need to see skinny dipping pics again

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski
...

Search Twitter

### Relevant people

**Male Celeb Hotties** 
@jaymalecelebs

Follow

Just a bi guy bringing you hot male celeb content to lust over! DM's are always open! Have fun! 😝 18+

### What's happening



Television · Last night
**The Walking Dead airing on AMC**

Trending in United States
**Carr**
31K Tweets
...

Trending in United States
**#AMAs** 🎤
Trending with soobin, Sabrina
...

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium
...

Music · Trending
**Billy Joel**
1,264 Tweets
...

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.