# EXHIBIT B Continued

← Tweet                                           Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

Lists

👤 Profile

⊙ More

**Tweet**

---

mes #TeamPinky
@OH_mes2

MONSTA X is reportedly filming their comeback music video in Los Angeles

n.news.naver.com/entertain/now/...



BACKGRID

2:02 AM · Sep 25, 2019 · TweetDeck

**695** Retweets  **245** Quote Tweets  **2,168** Likes

---

Perkowski Legal P.C.   ...
@c_perkowski

## Relevant people

mes #TeamPinky         Follow
@OH_mes2
Hello 👋

## What's happening

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater**
Get tickets now · In theaters December 16
🎟 Promoted by Avatar

Trending in United States
**RIP Harold**                    ...

Trending in United States
**#StayWoke**                     ...

Sports · Trending
**#OUohyeah**                     ...

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads Info  More ···
© 2022 Twitter, Inc.



---

🗨 Tweet your reply                              Reply

---

ureungzu @deobjjeu · Sep 25, 2019
loona oec did it first tho 😌
🗨 10      ↻      ♡ 1      ⬆

⋈ @gyuna89 · Sep 25, 2019
Replying to @deobjjeu @wuudst and @OH_mes2
I'm confused, they did first what 😭
🗨      ↻      ♡      ⬆

lily 🧅 @rrfysnd · Sep 25, 2019
Replying to @OH_mes2
YAS

1:33 · 1,870 views

From lily 🧅
🗨      ↻      ♡      ⬆

👩‍🎤 @Anaaiifrm · Sep 25, 2019
Replying to @OH_mes2
yahhhhh
🗨      ↻      ♡      ⬆

closel @softleily · Sep 25, 2019
Replying to @OH_mes2
kings
🗨      ↻      ♡      ⬆

MOVED @WONHOLATINO · Sep 25, 2019
Replying to @OH_mes2
aaaaa
🗨      ↻      ♡      ⬆

사라의 @WiMonhee · Sep 25, 2019
Replying to @OH_mes2
😭😭😭 COMEBACK!! REALLY
🗨      ↻      ♡      ⬆

Bun @bunylbo · Sep 25, 2019
Replying to @OH_mes2
Ofc they are
twitter.com/baekhole/statu...
🗨      ↻      ♡      ⬆

nat ☓ @linobinie · Sep 25, 2019
Replying to @OH_mes2
@kyunlvr
🗨 2      ↻      ♡ 1      ⬆

julia 🍙 @kyunlvr · Sep 25, 2019
Replying to @linobinie @MINHO93 and @OH_mes2
SIS IVE TWEETED AB THIS SKDKSKDMMS
🗨      ↻      ♡ 1      ⬆

itsEspresso @itsEspr3sso · Sep 25, 2019
Replying to @OH_mes2
I don't know if this is a domestic comeback? Or this a special collab with a latin artist
🗨      ↻      ♡ 5      ⬆

❀ @99kimyohan · Sep 25, 2019
Replying to @OH_mes2
Omg

2:39 · 270.3K views

From ❀
🗨      ↻      ♡ 1      ⬆

MILKLOVE SERIE @sapphicyz · Sep 25, 2019
Replying to @OH_mes2

__ https://twitter.com/LLDNofficiel/status/1556764613898903558 __ el __ 2022-11-21 04:03:14 -08:00
2:22-cv-09462-DMG-ADS    Document 23-12    Filed 03/13/23    Page 3 of 101    Page ID
#:4178



## Tweet



La Ligue Des Nakamas
@LLDNofficiel

Les premières images de tournage de la série
#IronHeart

Translate Tweet

3:09 PM · Aug 8, 2022 · Twitter for Android

1 Retweet   49 Likes

Tweet your reply                    Reply

Axel @GreenAristote · Aug 9
Replying to @LLDNofficiel
Elle est vraiment classe l'armure !

TotoZ @TotoZ51241080 · Aug 8
Replying to @LLDNofficiel
J'aime bien ça fait écho à cette armure

9

Kal @Kal50403707 · Aug 9
Replying to @LLDNofficiel
On dirait l'armure de luthor dans superman et lois.

ZAX @ZAX7366 · Aug 8
Replying to @LLDNofficiel
Giga stylé l'armure

Fariss BenRix 🇲🇦 فارس بنريكس ❂ Ж∞O£O∞ΘIIO£X @FBenrix · Aug 8
Replying to @LLDNofficiel
the Hood en vilain, cool.

RealSlachi 🇮🇹🇪🇸🇩🇪 (DGM) @RealSlachi · Aug 8
Replying to @LLDNofficiel
elle a bcp plus de flow que les amure de stark on dirait une putin de doom
slayer avec ca xd

RealSlachi 🇮🇹🇪🇸🇩🇪 (DGM) @RealSlachi · Aug 8
Replying to @LLDNofficiel
Waaaa son armoire est TROP STYLÉ BORDEL 🤩🤩
La série ca sera technologie vs Magie ca me hype énormément sur le papier

GIF   ALT

Q Search Twitter

### Relevant people

La Ligue Des Nakamas              Follow
@LLDNofficiel
Page officielle de La Ligue Des
Nakamas Tipee : cpc.cx/oxe Twitch :
m.twitch.tv/lldnofficiel/p...

### What's happening

Television · Last night
The Walking Dead airing on AMC

Music · Trending
Kelly Rowland
19.4K Tweets

The Walking Dead · Trending
#TheWalkingDead
Trending with #TWDFinale, Michonne

Trending in United States
Heisman
4,553 Tweets

Entertainment · Trending
Disney
Trending with Bob Iger, Chapek

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski







https://twitter.com/HLDHQs/status/1323790948107657216 ... el ... 2022-11-21 08:04:00 -08:00; 1:22-cv-09462-DMG-ADS    Document 23-12    Filed 03/13/23    Page 6 of 101    Page ID #:4181



← **Tweet**


🖤 **RICARDO³** 🖤
@HorrorFiend_                                          ···

Dakota Johnson is so beautiful.

Filming for Madame Web.



2:21 PM · Jul 26, 2022 · Twitter for Android

**14** Retweets   **1** Quote Tweet   **33** Likes

💬                    🔁                    ♡                    ⬆️

  Tweet your reply                                    Reply

🔍 Search Twitter

## Relevant people


🖤 **RICARDO³** 🖤
@HorrorFiend_                           **Follow**
Love - Horror Movies 🎬 Horror Art
🧟 The Paranormal 👻

## What's happening

NBA · Starts at 7:30 PM
**Jazz at Clippers**



Entertainment · Trending
**Died Suddenly**
50.8K Tweets                                    ···

Trending in California
**Dodger Stadium**
10.7K Tweets                                    ···

Sports · Trending
**Grupo Firme**
Trending with #NFLMexicoGame 🏈        ···

Entertainment · Trending
**#DWTS** 🤡
Trending with Charli, Gleb              ···

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
\# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

Ⓟ **Perkowski Legal P.C.**   ···
@c_perkowski

__ https://twitter.com/hotcelebspicss/status/1401907379281743875 __ at __ 2022-11-21 11:45:37 -08:00 __

← **Tweet**

 **Hot Celebs**
@HotCelebsPicss

•••

# Alexandra Daddario 😍



7:22 AM · Jun 7, 2021 · Twitter for Android

**58** Retweets  **1** Quote Tweet  **357** Likes

💬     🔁     ♡     ⬆️

[P] Tweet your reply                    **Reply**

---

**Search Twitter**

## Relevant people

 **Hot Celebs**                **Follow**
@HotCelebsPicss

Hot Celebs Pics - DMs are open (no
wankchat) - IM A GUY - #NSFW
[EN/FR]

## What's happening

FIFA World Cup · LIVE
**USA vs Wales**

Trending in United States          •••
**1-0 USA**
13.1K Tweets

Trending in California             •••
**LETS GOOOOOO**
3,264 Tweets

Trending in United States          •••
**WHAT A GOAL**
17.9K Tweets

Family drama · Trending            •••
**#GTMcontest5**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

 **Perkowski Legal P.C.**  •••
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 23-12    Filed 03/13/23    Page 9 of 101    Page ID #:4184

← **Tweet**

 **Linda Ikeji**
@lindaikeji                                                    ...

Rihanna sparkles as she steps out in glittery outfit for Motherâ™s Day dinner with A$AP Rocky (photos)
lindaikejisblog.com/2022/5/rihanna...



11:45 AM · May 9, 2022 · LIB App

**3** Retweets   **11** Likes

💬            ⟲            ♡            ⬆

  Tweet your reply                                **Reply**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 **Perkowski Legal P.C.**  ...
@c_perkowski

🔍 Search Twitter

**Relevant people**

 **Linda Ikeji**          **Follow**
@lindaikeji
Blogger. CEO, LindaIkejiTV

**What's happening**

NBA · 21 minutes ago

**Rihanna Navy Brasil | Fan Account**
@RNavyBrasil

Rihanna fez compras de roupas de bebê, ontem (20), em Kitson, Los Angeles.

Translate Tweet



9:17 AM · Mar 21, 2022 · Twitter for iPhone

**99** Retweets **23** Quote Tweets **2,112** Likes

**Perkowski Legal P.C.**
@c_perkowski

Tweet your reply                                    Reply

**Qui Tistreza** @barbriiiinha · Mar 21
Replying to @RNavyBrazil
Xiii ela não vem mais

♡ 1

**PRISS** @Priss123456789 · Mar 21
Replying to @RNavyBrazil
Vcs não disse que ela estava a caminho do Brasil ?

**FRANCIELE** @fran_santos · Mar 21
Replying to @Priss123456789 and @RNavyBrazil
É o metaverso dela

⚘@loudanii · Mar 21
Replying to @RNavyBrazil
habla um pouco sobre vcs dizerem que ela tava vindo e iludirem um monte de gay

GIF  ALT

♡ 15

**nana⁴⁴** @feelzt · Mar 21
Replying to @RNavyBrazil
ué gente mas e o rolê q ela tava virido k

♡ 13

**rbweeknd elon mosk ñ sou bey mas que...** @desassunta... · Mar 21
Replying to @RNavyBrazil
Comprando as últimas roupinhas do bebê antes de vim pra cá.

**yury** @yurysw · Mar 21
Replying to @RNavyBrazil
segundo vcs ela não era pra estar aqui no Brasil? kkkk

♡ 2        ♡ 20

**Draco** @drakofly011 · Mar 22
Replying to @yurysw and @RNavyBrazil
Se ela vier é uns dos 2 dias antes do concerto e ASAP provavelmente

**tiquito** @TIQUITO_O · Mar 21
Replying to @RNavyBrazil
Vai terminar as compras na 25 de março RNB

**LÅZ00** @LAZOOPOCKET · Mar 21
Replying to @RNavyBrazil
Eu acho que o asap e os médicos recomendou a ela não vir pro Brasil por causa da segurança do bebê:
Realidade: Ela ficou sabendo que o filho dela iria ser brasileiro e comer o cuscuz da tu

**show de cacau** @psanasantos · Mar 22
Replying to @RNavyBrazil
Mulher, deixa pra fazer no Braz

♡ 1

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more

**janafenty** @fentyjanaa_ · Mar 22
Replying to @amyzinh44 and @RNavyBrazil
Roupas de menininoh, minha vida...

♡ 1

Show additional replies, including those that may contain offensive
content                                                                Show

__ https://twitter.com/archivcevans/status/1580648961807781888 __ at __ 2022-11-22 23:41:26 -08:00 __



← **Tweet**

 @archivcevans                                                      ···

more photos of chris evans recording "one red" pls he looks SO handsome 🤍🪶

 

12:49 PM · Oct 13, 2022 · Twitter for iPhone

**13** Retweets  **1** Quote Tweet  **57** Likes

      

 Tweet your reply                                    Reply

**Q** Search Twitter

## Relevant people

 @archivcevans          Follow
— safe place for chris evans stan

## What's happening

FIFA World Cup · This morning
**Mexico vs Poland**


#AvatarTheWayOfWater🧑‍🦲
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Business and finance · Trending                    ···
**#massshooting**
1,263 Tweets

Trending in United States                          ···
**Erection**
21.2K Tweets

Trending in California                             ···
**Costco**
6,124 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.



## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Perkowski Legal P.C.    ···
@c_perkowski

__ https://twitter.com/thai_superhero/status/1216251833905106945 __ at __ 2022-11-21 15:03:51 -08:00 __



← **Tweet**

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**



สมาคม **Superhero**
@Thai_SuperHero

···

**ภาพเบื้องหลังการถ่ายทำซีรี่ส์** Falcon and the Winter Soldier **ที่มีทั้ง** Bucky, Sharon Carter **และ** Zemo (Sebastian Stan, Emily Vancamp, Daniel Brühl)

**ที่สำคัญโลเคชั่นไม่ได้อยู่ที่อเมริกาแล้วด้วย**



10:53 PM · Jan 11, 2020 · Twitter Web App

**549** Retweets    **4** Quote Tweets    **132** Likes

💬    🔁    ♡    ↥

    Tweet your reply    **Reply**

Q Search Twitter

## Relevant people



สมาคม **Superhero**
@Thai_SuperHero    **Follow**

สมาคมของกลุ่มบุคคลผู้ชื่นชอบซุปเปอร์ฮีโร่ในประเทศไทย // Twitter อย่างเป็นทางการของ 'สมาคมผู้คลั่งไคล้ SuperHero' *ถามข้อมูลหนัง/Comic ต่างๆ ใน DM ได้เลยจ้า*

## What's happening

FIFA World Cup · 1 hour ago
**USA vs Wales**



Sports · Trending
**Mexico City**
12.9K Tweets

···

Trending in United States
**Tampax**
16.4K Tweets

···

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,297 Tweets

···

Trending in United States
**Trent Reznor**
9,574 Tweets

···

**Show more**

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski    ···

← **Tweet**

**Andy Vermaut**
@AndyVermaut
···

Kendall Jenner & Devin Booker Get Into Some Serious PDA On Romantic Beach Date — Pics
hollywoodlife.com/2020/08/20/ken...



3:28 PM · Aug 20, 2020 · dlvr.it

**1** Like

Tweet your reply

Reply

**Search Twitter**

## Relevant people

**Andy Vermaut**
@AndyVermaut                    Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

FIFA World Cup · 1 hour ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending
**#RIPLEGEND**
2,722 Tweets
···

Entertainment · Trending
**Morgan Freeman**
145K Tweets
···

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Tommy
···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski   ···

https://twitter.com/alexromval/status/1350850542088708100 _at _ 2022-11-20 22:03:07 -08:00
Case 2:22-cv-09462-DMG-ADS Document 23-12 Filed 03/13/23 Page 14 of 101 Page ID #:4189



https://twitter.com/MESSYMONDAY/status/1230222216492613635___st___2022-11-21 14:47:13 -08:00___

← **Tweet**

**MessyMonday**
@MESSYMONDAY                                                    ⋯

After @tanamongeau and @LoganPaul were caught on which seemed to be a date, people started speculating they were dating. Come to find out it was a SETUP! So were you FOOLED TEACUPS & would you be here for the ship?



12:06 PM · Feb 19, 2020 · Twitter for iPhone

**13** Retweets   **3** Quote Tweets   **382** Likes

💬    🔁    ♡    ⬆

  Tweet your reply                           **Reply**

**Olivia** ⚫ **is missing skz** @oliviafrank22 · Feb 19, 2020   ⋯
Replying to @MESSYMONDAY @tanamongeau and @LoganPaul
but they kinda cute doe 🥺

💬    🔁    ♡ 5    ⬆

**Avery** 🧸 @babieaves · Feb 19, 2020                         ⋯
Replying to @MESSYMONDAY @tanamongeau and @LoganPaul
Money hungry just like me hehe

💬    🔁    ♡    ⬆

**Nini Boo**🇵🇭 @boo_nini2 · Feb 19, 2020                      ⋯
Replying to @MESSYMONDAY @tanamongeau and @LoganPaul
Nah I figured it was just friends chillin. But they really out here doing ANYTHING to be seen...sad

💬    🔁    ♡ 23    ⬆

**Heather** @hjfine7 · Feb 19, 2020                            ⋯
Replying to @MESSYMONDAY @tanamongeau and @LoganPaul
Another case of " mess for money" Next Caaassseee.🤷

▶ GIF

💬    🔁    ♡ 15    ⬆

**Alba** @AlbaBoudett · Feb 19, 2020                           ⋯
Replying to @MESSYMONDAY @tanamongeau and @LoganPaul
Omfg of course it was

💬    🔁    ♡ 2    ⬆

---

🔍 Search Twitter

**Relevant people**

**MessyMonday**                                    Follow
@MESSYMONDAY
New team, New Tea!!! DM us ALL the tea of your favorite YouTubers, Social Media influencers & Celebrities. You brew the tea & we'll serve IT.

**Tana Mongeau** ✔              Follow
@tanamongeau
not bad for a 5 with no talent. DRINK DIZZY 💃

**Logan Paul** ✔               Follow
@LoganPaul
Creator @OriginalsDAO, Founder @PrimeHydrate

**What's happening**

FIFA World Cup · This morning
**England vs Iran**

Trending in United States                          ⋯
**South Carolina**
14.4K Tweets

Trending in United States                          ⋯
**HOW IS THAT NOT A YELLOW**
1,225 Tweets

Trending in United States                          ⋯
**Hive**
140K Tweets

Trending in California                             ⋯
**Dodger Stadium**
13K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Perkowski Legal P.C.
@c_perkowski

— https://twitter.com/live1dnews/status/1333950250231492810 — at — 2022-11-20 20:16:31 -08:00 —



__ https://twitter.com/harrymoonchild/status/1356294346052562944 __ et__ 2022-11-20 14:10:14 -08:00

← **Thread**

dee.
@harrymoonchild                                    ···

## JACK CONTENT AND HE SAID ' I CAN COOK I CAN CLEAN'



9:32 AM · Feb 1, 2021 · Twitter for Android

**55** Retweets   **5** Quote Tweets   **331** Likes

💬        ⇄        ♡        ⬆

Ⓟ   Tweet your reply                           Reply

dee. @harrymoonchild · Feb 1, 2021            ···
Replying to @harrymoonchild
THE FIRST PICTURES OF 27 YEAR OLD HARRY 😍

💬 3        ⇄ 7        ♡ 34        ⬆

dee. @harrymoonchild · Feb 1, 2021            ···
I ONLY BELIEVE IN JACK SUPREMACY

💬 1        ⇄ 6        ♡ 38        ⬆

dee. @harrymoonchild · Feb 1, 2021            ···
It's so weird to see his without his tatts

💬 1        ⇄ 1        ♡ 7        ⬆

Ⓟ  Perkowski Legal P.C.                    ···
   @c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Q Search Twitter

**Relevant people**

dee.                          Follow
@harrymoonchild
#harry: starry haze crystal ball 🔮🛹 |
backup:@goldenfineline | ig:dishaxrai

**What's happening**

NFL · 51 minutes ago
**Browns at Bills**

#Disenchanted 🧹
Original movie now streaming
▶ Promoted by Disney+

Trending in California            ···
**Rest In Peace**
56.3K Tweets

Only on Twitter · Trending          ···
**Rest in Power**
26.4K Tweets

Sports · Trending              ···
**McVay**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.






Case 2:22-cv-09462-DMG-ADS   Document 23-12   Filed 03/13/23   Page 19 of 101   Page ID #:4194

← **Tweet**

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

Search



**Perkowski Legal P.C.** ...
@c_perkowski

https://twitter.com/creamorscream/status/1400542597132563402 __ el__ 2022-11-22 02:02:13 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-12    Filed 03/13/23    Page 20 of 101    Page ID #:4195

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

**Bishop**
@BlindWanda

Zachary Levi in his new Shazam suit on set of Shazam 2, 03-06-2021

#Shazam ⚡ #Shazam2 ⚡

1/3



12:59 PM · Jun 3, 2021 · Twitter Web App

**17** Retweets  **1** Quote Tweet  **56** Likes

Tweet your reply                                                            **Reply**

**Bishop** @BlindWanda · Jun 3, 2021
Replying to @BlindWanda
Zachary Levi in his new Shazam suit on set of Shazam 2, 03-06-2021

#Shazam ⚡ #Shazam2 ⚡

2/3

1          2          18

**Bishop** @BlindWanda · Jun 3, 2021
Zachary Levi in his new Shazam suit on set of Shazam 2, 03-06-2021

#Shazam ⚡ #Shazam2 ⚡

3/3

15

**Mark T. Sneed** @marktsneed · Jun 3, 2021
Replying to @BlindWanda and @CreamOrScream
Definite upgrade.

**Relevant people**

**Bishop**
@BlindWanda                    **Follow**
Lover of Marvel, DC, Star Wars, Comics, Hailee Steinfeld, BLACKPINK, and many other things 😍

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Music · Trending
**Devil In A New Dress**

Politics · Trending
**Naomi Biden**
2,112 Tweets

Trending in United States
**#SeleccionMexicana**🇲🇽
10.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/raulbrindis/status/1238466298956386306 __ at __ 2022-11-22 00:18:56 -08:00 __

← **Tweet**



**Raúl Brindis** ✔
@raulbrindis

···

**#Farandulazo** Después de filmar la película "Deep Water", cupido los flechó y Ana de Armas y Ben Afleck comenzaron un romance que los mantiene unidos como pareja. Así se les vio paseándose en Costa Rica.

Translate Tweet



7:05 AM · Mar 13, 2020 · Twitter for iPhone

**1** Retweet   **10** Likes

💬          🔁          ♡          ⬆️

 Tweet your reply                    Reply

   Search Twitter

**Relevant people**

 **Raúl Brindis** ✔
@raulbrindis                 Follow

Radio Host for El Show de Raúl Brindis

**What's happening**

NFL · 4 hours ago
**49ers at Cardinals**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

__ https://twitter.com/RockCineyComics/status/1379936730778890240 __ at __ 2022-11-21 02:27:38 -08:00 __

← **Tweet**



 **Rock, Cine y Cómics**
@RockCineyComics    ···

Azúcar, flores y muchos colores 💐🌈📺

Salen las primeras imágenes del live action de #powerpuffgirls que está produciendo #TheCW #CloeBennet #YanaPerrault #DoveCameron

Translate Tweet



4:18 PM · Apr 7, 2021 · Twitter for iPhone

💬            🔁            ♡            ⬆

 Tweet your reply                    Reply

---

Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

---

🔍 Search Twitter

## Relevant people

 **Rock, Cine y Cómics**    Follow
@RockCineyComics
Aquí encontrarás noticias, entrevista y alguna locura relacionado con los temas de tu interés

## What's happening

NFL · Yesterday
**Lions at Giants**


Trending in United States    ···
**Iran**
Trending with  Wales

Music · Trending    ···
**#DavidoAt30**
69.4K Tweets

Music · Trending    ···
**Lionel Richie**
3,761 Tweets

Trending in United States    ···
**Bob Iger**
Trending with  Disney, Chapek

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

**Perkowski Legal P.C.**    ···
@c_perkowski

https://twitter.com/RNavyBrazil/status/1487374905072822020... of ... 2022-11-22 00:42:35 -08:00
cv-09462-DMG-AGS Document 23-12 Filed 03/13/23 Page 23 of 101 Page ID #:4196

**Rihanna Navy Brasil | Fan Account**
@RNavyBrazil

Rihanna vai às compras na Tiffany & Co, em Nova York, na noite passada (28).

Translate Tweet



2:39 AM · Jan 29, 2022 · Twitter for iPhone

**242** Retweets   **119** Quote Tweets   **3,632** Likes

**Relevant people**

**Rihanna Navy Brasil |...**   Follow
@RNavyBrazil
RNB 🇧🇷 | Estamos online desde 2010, somos o maior e mais completo fã-clube sobre a cantora Rihanna no Brasil e em toda a América Latina.
Apoio: @rimusicbrasil

**What's happening**

Television · 4 hours ago
**WWE Monday Night RAW airing on USA**

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
7,082 Tweets

Bachelor in Paradise · Trending
**#BachelorInParadise** 🌹
14.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Tweet your reply**   Reply

**Versão em Português** @versacemport · Jan 29
Replying to @RNavyBrazil
Foi comprar o que será? E Fly em Português? Já ouviram?

youtube.com
**Fly em Português - Nicki Minaj (feat. Rihanna)** 🎵
Versão em Português Cover da música Fly por Nicki Minaj & Rihanna."Fly" é uma canção da rapper e ...
Promoted by Versão em Português

🌻💚💛 @barbrdos · Jan 29
Replying to @RNavyBrazil and @rnavybrasil
a mais linda
3

**Rauane** 🇧🇷 @irauanee · Jan 29
Replying to @RNavyBrazil
ai que mulher gata
2

**DRIKA** 🏳️‍🌈💚🇧🇷 @drikaduarte · Jan 29
Replying to @RNavyBrazil
Comprou as alianças do casamento
3

**AlexxiaBeatrixx** @AlexxiaBeatrix2 · Jan 29
Replying to @RNavyBrazil
Merecedora

**lu** @LUAD777 · Jan 29
Replying to @RNavyBrazil
trem mais lindo

**Karoline Oliveira** @karoliine_go · Jan 29
Replying to @RNavyBrazil
Tô achando que tá grávida mam...

**Didi dos Santos** @digalaine · Jan 29
Replying to @RNavyBrazil
Riri de cabelo preto cacheado é a que mais amo
1

🥀🌹🦋 @beeab5 · Jan 29
Replying to @digalaine and @RNavyBrazil
Tbm

**Josi** 🇧🇷 @_heyjosi · Jan 29
Replying to @RNavyBrazil

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**Netto** @eunettosouza · Jan 29
Replying to @_distratbi4 and @RNavyBrazil
Kkkkk pode até ser, mas em NY ta nevando kkkkkk oq mais ela usaria?
2

Show additional replies, including those that may contain offensive content.   Show

**Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/beliebinteam/status/1329658690872708137?... _nf__ 2022-11-22 15:08:35 -08:00
__nf__ 22-cv-09462-DMG-ADS Document 23-12 Filed 03/13/23 Page 24 of 101 Page ID #:4199

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Search Twitter

**Relevant people**

s
@beliebinteam
Follow
swap swap swap it out 😭 | fan account

**What's happening**

FIFA World Cup · 5 hours ago
Mexico vs Poland

#AvatarTheWayofWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Celebrities · Trending
Chris Evans
Trending with #laeface

Trending in United States
UofL

Trending in California
Alexis Vega
207K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

s
@beliebinteam

"what if i what if i trip what if i what if i fall"



9:31 PM · Nov 19, 2020 · Twitter for iPhone

117 Retweets   15 Quote Tweets   462 Likes

@rhodespeaks · Nov 19, 2020
Replying to @beliebinteam
JSKSKSKSKSKSJ

sammy @thesalwayscinema · Nov 19, 2020
Replying to @beliebinteam
HAHAHA STOP

jp @jrehhernandezp · Nov 19, 2020
Replying to @beliebinteam and @Biebah09Justin
@JulietteCerrato JAJAJAJAJA
1      1

Julie @JulietteCerrato · Nov 19, 2020
Replying to @jrehhernandezp @beliebinteam and @Biebah09Justin
JAJAJAJAJAJAJAJAJAJA

WDODE¹ 🥺 proud of @biebovibe @buzztinwille · Nov 19, 2020
Replying to @beliebinteam
HELPPPPPPPPP

sofifraiman @sofifraiman · Nov 19, 2020
Replying to @beliebinteam
AHAHAHAHHAHHSHHXJSJDJ

joey @biebovibe · Nov 19, 2020
Replying to @beliebinteam and @flatlinejailey

<!-- video gif thumbnail -->
GIF ALT
2

mac @biebspeachestin · Nov 19, 2020
Replying to @beliebinteam
😭😭😭😭😭

Carina @carinaabh · Nov 20, 2020
Replying to @beliebinteam and @Biebah09Justin
Stop 😭😭
1

BuzztInEra @JusticesHoe · Nov 19, 2020
Replying to @beliebinteam and @Biebah09Justin
NOT THIS 😭😭😭

jens🦋 @daaerealjessica · Nov 19, 2020
Replying to @beliebinteam and @RaulIIPerfect
💀💀
1

J🥺 like my pinned pls ily @soureverytime · Nov 19, 2020
Replying to @beliebinteam
WE

fefy @fefydiazz · Nov 19, 2020
Replying to @beliebinteam and @PraiseSeraúhl
HAHAHAHAHA I CANT 😭

irene🥺 exam week😭 @biallstinz · Nov 19, 2020
Replying to @beliebinteam
STOP KAJHS

Tweet your reply
Reply



← Tweet

## Home

# Explore

✉ Notifications **1**

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊕ More

**Tweet**

**Sole Strike**
@SoleStrike

Who's ready for the Yeezy 350 Boost V3 "Alien"
COMING SOON 👀⚡





4:35 AM · Jul 9, 2019 · Twitter for iPhone

**9** Retweets   **2** Quote Tweets   **70** Likes

💬        ⇄        ♡        ⬆

🅿 Perkowski Legal P.C.
@c_perkowski        ...

🅿  Tweet your reply                    **Reply**

**Robb rose** @Robbrose41537 · Jul 9, 2019                    ...
Replying to @SoleStrike
Everyone is ready and if your not there's definitely something wrong with
you lol
💬        ⇄        ♡ 1        ⬆

**Feitan** @K3vv3K · Jul 9, 2019                    ...
Replying to @SoleStrike
🤔
💬        ⇄        ♡        ⬆

🔍 Search Twitter

### Relevant people

**Sole Strike**        **Follow**
@SoleStrike
#1 Add To Cart Service On The Market
| Currently Supporting Adidas, Nike,
Footsites, Supreme & Shopify | We
Have The Highest Success Rates &
Cheapest Prices! ⚡

### What's happening

Television · **LIVE**
**Bachelor in Paradise airing on
ABC**

#AvatarTheWayOfWater🧜
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in United States        ...
**RIP Harold**

Family drama · Trending        ...
**#GTMcontest37**

Sports · Trending        ...
**Hunter Renfroe**
Trending with Janson Junk

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Tweet**



**taraneh**
@electedbieber

I love this outfit even with the fact he's wearing those seashell looking shoes



3:54 PM · Oct 22, 2020 · Twitter for iPhone

1 Like

Tweet your reply

Reply

**Perkowski Legal P.C.**
@c_perkowski

Q Search Twitter

### Relevant people



**taraneh**
@electedbieber
Follow

who needs a bra when Justin Bieber has two hands

### What's happening

FIFA World Cup · 5 hours ago
**Mexico vs Poland**



#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**James Woods**

← Tweet

# Home
# Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Celeb Pics
@FameBabes

## Olivia Rodrigo



2:26 AM · Apr 28, 2022 · Twitter for iPhone

5 Retweets    46 Likes

Tweet your reply

Reply

## Search Twitter

### Relevant people

Celeb Pics
@FameBabes

Follow

NSFW - Sharing Content of Famous Babes 😉 - Professional Horn Dog - Started 8/27/19 - BACKUP @FameBabesBACKUP ❗

### What's happening

Television · 4 hours ago
Last Week Tonight With John Oliver airing on HBO

Music · Trending
Goodbye Yellow Brick Road

Trending in United States
#AMAs 🩸
Trending with sabrina

Trending in United States
Maher
22.1K Tweets

Trending in United States
#TheWalkingDead
Trending with #TWDFinale, Michonne

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.



Perkowski Legal P.C.
@c_perkowski

https://twitter.com/kit_haringtcn/status/1440484025788112902 __ et __ 2022-11-21 07:16:54 -08:00

**Kit Harington**
@Kit_Haringtcn

Kit Harington and Tim Daly in New York City.



4:52 PM · Sep 21, 2021 · Twitter for Android

**6** Retweets   **99** Likes

P  Tweet your reply                                    Reply

**Sohan Sourya R** @sohan_sourya · Oct 4, 2021
Replying to @Kit_Haringtcn
Sir I love u sir

Search Twitter

**Relevant people**



**Kit Harington**    Follow
@Kit_Haringtcn
All the latest updates and pics of Kit
Harington. (Fan Account, not affiliated
with Kit Harington)

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Korean music · Trending
**#CHASE**
5,750 Tweets

Sports · Trending
**Michael Irvin**

Trending in United States
**Callum Wilson**
2,998 Tweets

Trending in United States
**#andTEAM**
38.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

https://twitter.com/SpiderGirlsBR/status/1551803136838438914 — at — 2022-11-21 19:28:29 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-12    Filed 03/13/23    Page 29 of 101    Page ID #:4204

**Spider-Girls Brasil** ❄️
@SpiderGirlsBR ···

🚨 | NOVAS imagens de Dakota Johnson, no set de gravações de #MadameWeb.



10:34 PM · Jul 25, 2022 · Twitter for Android

**5** Retweets  **49** Likes

Tweet your reply    Reply

**Spider-Girls Brasil** ❄️ @SpiderGirlsBR · Jul 25
Replying to @SpiderGirlsBR
MAIS:



🔁 1    ❤️ 7

**Perkowski Legal P.C.**
@c_perkowski

### Relevant people

**Spider-Girls Brasil** ❄️    Follow
@SpiderGirlsBR
Maior e única fonte de notícias sobre as mulheres aracnídeas em HQs e animações. | 🔥 ON!

### What's happening

NHL · LIVE
Avalanche at Stars

Entertainment · Trending
**Died Suddenly**
52.6K Tweets

Trending in United States
**Maher**
7,872 Tweets

Bachelor in Paradise · Trending
**#BachelorInParadise** 🌹
Trending with Genevieve, Serene

Entertainment · Trending
**#DWTS** 🏆
Trending with Charli, Gleb

Show more

Terms of Service · Privacy Policy · Cookie Policy
Accessibility · Ads info · More ···
© 2022 Twitter, Inc.

__ https://twitter.com/ClickySound/status/1260572839977025543 __ at __ 2022-11-19 19:06:52 -08:00 __



← Tweet



**Clicky Sound**
@ClickySound · · ·

[clickysound.com/pregnant-sophi...](clickysound.com/pregnant-sophi...) This will be their first child together.



7:09 AM · May 13, 2020 · Clicky Sound

  



Tweet your reply

 Reply

Q Search Twitter

### Relevant people



**Clicky Sound**    Follow
@ClickySound
Photography at its Best!

### What's happening



Television · LIVE
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States    · · ·
**Juice Wells**

Trending in California    · · ·
**Andrew Tate**
28.4K Tweets

Music · Trending    · · ·
**#AMAsFanFavorite** 🥀
1.61M Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More · · ·
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski    · · ·

__ https://twitter.com/jenniferupdates/status/1351974000151420932 __ et __ 2022-11-21 01:23:57 -08:00

← **Tweet**



**Jennifer Lawrence Updates**
@JenniferUpdates   ···

Jennifer Lawrence and Leonardo DiCaprio in action on the set of Adam McKay's 'Don't Look Up'



11:24 AM · Jan 20, 2021 · Twitter for iPhone

**47** Retweets   **8** Quote Tweets   **422** Likes

Tweet your reply   **Reply**

**Alister** @Muddyw2 · Jan 20, 2021   ···
Replying to @JenniferUpdates
Can't wait to see this movie

---

## Relevant people



**Jennifer Lawrence Up...**   **Follow**
@JenniferUpdates
Your most reliable fan account for Academy Award winner Jennifer Lawrence since 2012. Not affiliated with Jen or her team.

## What's happening

Television · 4 hours ago
**Last Week Tonight With John Oliver airing on HBO**

Trending in United States
**Defunctland**
4,509 Tweets

Trending in United States
**#AMAs** 🔥
4.6M Tweets

Music · Trending
**sabrina**
77.5K Tweets

Only on Twitter · Trending
**#乐鱼体育**
226K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS   Document 23-12   Filed 03/13/23   Page 32 of 101   Page ID #:4207

← **Tweet**



**@nanfixus**
@nanfixus

Babeee !!😍😍😍



5:10 PM · Jan 24, 2019 · Twitter for Android

**4** Retweets   **24** Likes

Perkowski Legal P.C.
@c_perkowski


Tweet your reply

Reply

Search Twitter

## Relevant people

 **@nanfixus**
@nanfixus                    Follow

DJ Fan 🌐 Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🇦🇷

## What's happening

NFL · 1 hour ago
**Eagles at Colts**


#Disenchanted 👹
Original movie now streaming

Case 2:22-cv-09462-DMG-ADS    Document 23-12    Filed 03/13/23    Page 33 of 101    Page ID
#:4208



← **Tweet**

# Home

# Explore

# Notifications

# Messages

# Bookmarks

# Lists

# Profile

# More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

**Perkowski Legal P.C.**
@c_perkowski    ...

← **Tweet**



 🕸 🕷
@cawtwomen

THE UNIFORM #DakotaJohnson

3:25 PM · Aug 6, 2022 · Twitter for iPhone

**10** Retweets   **68** Likes

💬        🔁        ♡        ⬆️

P  Tweet your reply                              Reply

Q Search Twitter

**Relevant people**

 🕸 🕷
@cawtwomen        Follow
batman (2022) dir. matt reeves

**What's happening**

FIFA World Cup · 🔴 LIVE
Qatar vs Ecuador



#Disenchanted 👸
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending          ···
RIP JDF
2,639 Tweets

Trending in United States          ···
#MassShooting
1,085 Tweets

Only on Twitter · Trending          ···
Jason David Frank
Trending with Power Rangers, Tommy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.


Perkowski Legal P.C.  ···
@c_perkowski

__ https://twitter.com/PMaratonando/status/1206742925918588929 __ at __ 2022-11-21 00:59:01 -08:00 __

← **Tweet**

**Maratonando News** 🇺🇦
@PMaratonando

ESTAMOS ANIMADOS ! 🤩

Saíram as primeiras fotos de Elizabeth Olsen e Teyonah Parris (Monica Rambeau) no set de filmagens da série WandaVision. Confira :

#WandaVision #ElizabethOlsen #TeyonahParris



5:08 PM · Dec 16, 2019 · Twitter for Android

**2** Likes

Tweet your reply

Reply

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

---

Search Twitter

**Relevant people**

**Maratonando News** 🇺🇦
@PMaratonando

Follow

Tudo sobre o mundo do cinema, séries e games 🎮📺 Sigam nossos ADMs 👍👍 @1991Philipe 🧑
@rayssajoy 🧑

**What's happening**

Television · 4 hours ago
**Last Week Tonight With John Oliver airing on HBO**

Trending in United States
**Bob Iger**
Trending with Disney, Chapek

Trending in United States
**UCLA**
11.8K Tweets

Music · Trending
**Goodbye Yellow Brick Road**

Music · Trending
**Lionel Richie**
3,533 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Perkowski Legal P.C.** ···
@c_perkowski

__ https://twitter.com/rrno110/status/1415261165530370054 __ et __ 2022-11-21 12:32:48 -08:00 __

**Tweet**



**RRNO1**
@RRNO110

Jennifer Lopez



3:45 AM · Jul 14, 2021 · Twitter for iPhone

**3** Retweets   **26** Likes


Tweet your reply

Reply

## Navigation (sidebar)

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet


Perkowski Legal P.C.
@c_perkowski

## Search Twitter

Search Twitter

**Relevant people**




**RRNO1**
@RRNO110          Follow

I'm a guy that love celebs and beautiful amateurs. DO NOT tag me in with celebs or it's an instant block. Happy to promote amateurs with their content

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**

Trending in United States
**WHAT A SAVE**
8,002 Tweets

Trending in United States
**Medford Messi**

Entertainment · Trending
**julia fox**



← **Tweet**

Zayn Malik News
@ZaynJMNews

**#HQ** | Zayn out and about in NYC! (#8-9) via celebsofcolor

6:06 PM · Jan 10, 2018 · Twitter for iPhone

**206** Retweets   **42** Quote Tweets   **476** Likes

Tweet your reply

Reply

lisa⁷ @filterari · Jan 11, 2018
Replying to @ZaynJMNews
@pinkypignoli look at ur hubby

sarah 💗 @gilmcredgirl · Jan 10, 2018
Replying to @ZaynJMNews
HE LOOKS SO GOOD OMG 😍😍😍😍

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski



Search Twitter

**Relevant people**



Zayn Malik News
@ZaynJMNews
Follow
Keeping you up to date with the daily habits of @zaynmalik! | Contact: zaynjmnews@gmail.com

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**

Trending in California
**Telemundo**
7,750 Tweets

Trending in United States
**$TSLA**
16K Tweets

Entertainment · Trending
**#AvatarTheWayOfWater**
6,511 Tweets

Trending in United States
**Jordan Morris**
1,314 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



**DISNEY FLIX FR**
@disneyflixfr

D'après certaines rumeurs Kathryn Hahn apparaîtrait dans la série "#Ironheart" en tant qu'Agatha Harkness pour donner des conseils de magies au méchant de la série, The Hood.

Translate Tweet




1:53 AM · Aug 9, 2022 · Twitter for iPhone

16 Likes

Tweet your reply                                    Reply

**Relevant people**



**DISNEY FLIX FR**
@disneyflixfr                     Follow

Toutes les dernières informations sur vos films et séries préférées ✨

**What's happening**



Television · Last night
**The Walking Dead airing on AMC**

Adult animation · Trending
**#RickAndMorty** 👑
1,644 Tweets

Trending in United States
**#AMAs** 💅
Trending with soobin, sabrina

Trending in United States
**Defunctland**
4,870 Tweets

Music · Trending
**#DavidoAt30**
71.5K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

Perkowski Legal P.C.    ⋯
@c_perkowski

___ https://twitter.com/shadesofdaklana/status/1578385943270227968 ___ at ___ 2022-11-22 23:18:25 -08:00 ___

← **Tweet**

Q Search Twitter

c.
@shadesofdaklana

⋯

IS THAT A GREY WIG????? 👀

#madameweb



7:05 AM · Oct 7, 2022 · Twitter for Android

**2** Retweets    **2** Quote Tweets    **8** Likes

💬              🔁              ♡              ⬆️



Tweet your reply

Reply

John Henry Irons  @Henry58979558 · Oct 7
Replying to @shadesofdaklana
It is not meant to be Dakota's character most likely Sudney Sweeney stunt double.

💬        🔁 1        ♡ 1        ⬆️

---

Perkowski Legal P.C.  ⋯
@c_perkowski

### Relevant people

c.
@shadesofdaklana

Follow

I feel free when I see no one and nobody knows my name.

### What's happening

Television · This evening
**Below Deck Mediterranean airing on Bravo**

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
📣 Promoted by Avatar

Trending in United States
**Erection**
20.3K Tweets

Trending in California
**Costco**
6,016 Tweets

Business and finance · Trending
**Chesapeake**
40.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

← **Tweet**

**Home**
**Explore**
**Notifications** 1
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**



**Relevant people**

**Pop Tingz**
@ThePopTingz
Pop Culture Expert. Updates & Opinions. DM for business inquiries. Turn notifications on!
**Follow**

**What's happening**

NFL · 1 hour ago
**Browns at Bills**

#Disenchanted
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest in Peace**
57.5K Tweets

Sports · Trending
**Melvin Gordon**
1,147 Tweets

Sports · Trending
**Crosby**
2,847 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

**Pop Tingz**
@ThePopTingz

Khloe Kardashian shares new photo with Doja Cat and Kylie Jenner.



8:54 PM · Oct 4, 2022 · Twitter for iPhone

**8** Retweets  **7** Quote Tweets  **104** Likes

**Perkowski Legal P.C.**
@c_perkowski

Tweet your reply  **Reply**

**Juancho** @juananto017 · Oct 4
Replying to @ThePopTingz
Who's this

1    2

**Homemade Pudaynamite** @MILFfish · Oct 5
Replying to @juananto017 and @ThePopTingz
That's Khadija Jenner
1

**Nicki Minaj's twerk wind ™** (fan account, paro... @Muslis... · Oct 5
Replying to @ThePopTingz
Kylie is serving face

**Neesh** @queen__Neesh · Oct 5
Replying to @ThePopTingz
Get these yt people away from me
1

**M** @selsduv · Oct 5
Replying to @ThePopTingz
kylie is black?
3

__ https://twitter.com/AndyVermaut/status/1376280327635656710 __ at __ 2022-11-22 21:25:08 -08:00 __

← **Tweet**



 Search Twitter

 **Andy Vermaut**
@AndyVermaut

...

## Kourtney Kardashian and Travis Barker Heat Up UFC Fight Alongside Megan Fox and Machine Gun Kelly

eonline.com/news/1253322/k...



2:09 PM · Mar 28, 2021 · dlvr.it

 Tweet your reply

Reply

**Relevant people**

**Andy Vermaut**
@AndyVermaut

Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski
...

Case 2:22-cv-09462-DMG-ADS    Document 23-12    Filed 03/13/23    Page 42 of 101    Page ID #:4217

← **Tweet**

This Tweet is from a suspended account. Learn more

**sheree comiska** @ComiskaSheree · Oct 26, 2019
Replying to @MileyUpdates
They look great together

— https://twitter.com/dizfilms/status/1275571849263370240 — at — 2022-11-22 18:15:58 -08:00 —

← **Tweet**

 **⩔ DIZ ⩔**
@DIZfilms                                                    ···

ティモシーシャラメ、元気そうでよかったー！

Translate Tweet



4:30 PM · Jun 23, 2020 · Twitter for iPhone

**14** Retweets   **433** Likes

💬                    ⟲                    ♡                    ⬆

 Tweet your reply                                    Reply

🔍 Search Twitter

**Relevant people**

 **⩔ DIZ ⩔**          Follow
@DIZfilms

人生が豊かになる映画•ドラマの最新ニュースや作品紹介を自分軸で厳選してお届け🎪 1人でも多くの映画好きを増やすため、色々な映画の楽しみ方を発信中。フリーランス2年目📝
instagram.com/diz2049/ 📷

**What's happening**

Television · LIVE
**Bachelor in Paradise airing on ABC**



**#AvatarTheWayOfWater**🗨
Get tickets now - In theaters December 16
⬛ Promoted by Avatar

Trending in United States                    ···
**RIP Harold**

Sports · Trending                              ···
**Leipold**
1,298 Tweets

Medical drama · Trending                       ···
**#NewAmsterdam**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.          ···
@c_perkowski

__ https://twitter.com/PMaratonando/status/1556482873623977984 __ et __ 2022-11-19 21:24:48 -08:00



← **Thread**

**Maratonando News** 🇺🇦
@PMaratonando                                          ···

PRONTA PARA BRILHAR ! 😍

Nesta cena de Madame Teia, é possível ver também
Dakota Johnson ao lado de Adam Scott, que entrou
recentemente para o elenco.

Confira :

#MadameWeb #DakotaJohnson
#Marvel #SonyPictures
Translate Tweet

8:30 PM · Aug 7, 2022 · Twitter for Android

**3** Likes

Tweet your reply                                    Reply

**Maratonando News** 🇺🇦 @PMaratonando · Aug 7   ···
Replying to @PMaratonando
O filme, previsto para outubro de 2023, fará parte do Aranhaverso que está
sendo construído pelo estúdio.

♡ 2

**Perkowski Legal P.C.**
@c_perkowski                    ···

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

---

🔍 Search Twitter

**Relevant people**

**Maratonando News** 🇺🇦          Follow
@PMaratonando
Tudo sobre o mundo do cinema,
séries e games 🎬🎮 Sigam nossos
ADMs 👍👍 @1991Philipe 🧑
@rayssajoy 🧑

**What's happening**

Television · 1 hour ago
**Saturday Night Live airing on
NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber
Reserve
Promoted by Uber

Trending in California          ···
**Andrew Tate**

Sports · Trending            ···
**#AEWFullGear**
Trending with Regal, #AndNew

Sports · Trending            ···
**Pasadena**
1,537 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

← **Tweet**

🐦

Home

# Explore

🔔 Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**


Perkowski Legal P.C. ...
@c_perkowski

 geek 🤓 news
@GeekNews21 ⋯

Imagen de frente del actor en el set de #MadameWeb



11:21 AM · Oct 6, 2022 · Twitter for Android

💬          🔁          ♡          📤

 Tweet your reply          **Reply**

🔍 Search Twitter

## Relevant people

 geek 🤓 news          **Follow**
@GeekNews21

🇲🇽En este perfil se darán noticias al
día del mundo del cine de súper
héroes tanto Marvel como DC de Star
wars y de Disney y cine en general🇲🇽

## What's happening

NBA · 1 hour ago
**Lakers at Suns**                         

#AvatarTheWayOfWater🧑
Get tickets now - In theaters December 16
📽 Promoted by Avatar

Trending in United States                ⋯
**Erection**
19.8K Tweets

Trending in California                   ⋯

← **Tweet**

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Search Twitter

**Relevant people**

Nintendo Wire
@NinWire                   **Follow**
The Nintendo Wire team is bringing
you late breaking Nintendo news
coverage. Participant in the Amazon
Associates Program, an affiliate
advertising system.

**What's happening**

NBA · LIVE
Kings at Grizzlies

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
🎬 Promoted by Avatar

Entertainment · Trending
Tarantino
Trending with Marvel, Simu Liu

Celebrities · Trending
Tom Hanks
10.6K Tweets

Trending in United States
#WinterizeASongOrBand

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Nintendo Wire
@NinWire

ICYMI - New set photos from the second Sonic movie
have revealed models for Sonic, Tails, and our first look
at Knuckles! nintendowire.com/news/2021/04/2...



8:00 PM · Apr 21, 2021 · TweetDeck

**15** Retweets  **2** Quote Tweets  **91** Likes

Tweet your reply    **Reply**

**DenEbony** @DenEbony · Apr 21, 2021
Replying to @NinWire

Smash @smashpro1 · Apr 21, 2021
Replying to @NinWire
Are these supposed to help the actors know where to look?
💬 1    1

jacob @jacobed25 · Apr 21, 2021
Replying to @smashpro1 and @NinWire
Helps more with lighting for when they make the cg

froppy💜 jack @lack_meloetta · Apr 22, 2021
Replying to @NinWire

Ramon Macias @LuckyMacias · Apr 21, 2021
Replying to @NinWire
On one hand I like that knuckles is confirmed but on the other I hate that it
ruins any surprise of it happening. Guess you gotta motivate people to
watch it somehow..

Flamesof24™ @Flamesof24 · Apr 21, 2021
Replying to @NinWire
That guy grabbing Sonic's junk needs to watch a Sonic Sez.

5

← **Tweet**

**BigDeePee**
@TrustMeBro18 · · ·

Man for a second I thought it is Miles Morales
#MadameWeb



9:34 AM · Oct 6, 2022 · Twitter for Android

**1** Like

Tweet your reply                                  Reply

## Relevant people

**BigDeePee**
@TrustMeBro18        Follow
Movies | Series

## What's happening

FIFA World Cup · LIVE
**Qatar vs Ecuador**

**#Disenchanted** 🧑‍🦰
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending        · · ·
**#RIPLEGEND**
4,503 Tweets

Trending in California        · · ·
**Shakira**
101K Tweets

Trending in United States        · · ·
**RIP to the GOAT**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
🗒 Lists
👤 Profile
⋯ More

**Tweet**

Search Twitter



Perkowski Legal P.C.
@c_perkowski        ···





← Tweet





Robert Littal BSO ✓
@BSO

•••

Floyd Mayweather Allegedly Engaged To This New Instagram Model; Photos of Them Shoe Shopping in Beverly Hills (IG-Pics-Vids) bit.ly/336qYLR



8:15 AM · Nov 1, 2019 · BSO Alert

___

1 Retweet    1 Quote Tweet    2 Likes

💬          ⟲          ♡          ⬆

P    Tweet your reply                                    Reply

Q   Search Twitter

**Relevant people**



Robert Littal BSO ✓
@BSO

Follow

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**What's happening**

FIFA World Cup · Starts at 8:00 AM
**Mexico vs Poland**

#AvatarTheWayOfWater🐳
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in United States                •••
**Argentina**

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

≡ Lists

👤 Profile

⋯ More

**Tweet**



Perkowski Legal P.C.
@c_perkowski

•••

← **Tweet**

### Hadid News Media
@HadidNewsMedia                                    ...

## March 14: Bella at Soho House in LA.



7:27 PM · Mar 14, 2018 · Twitter for iPhone

**28** Retweets   **1** Quote Tweet   **78** Likes

### Relevant people

**Hadid News Media**          [ Follow ]
@HadidNewsMedia

Your 1st & most reliable source on everything Gigi & Bella Hadid; since 2013. [@HadidNews]

### What's happening

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 🪄
Original movie now streaming
▶ Promoted by Disney+

Trending in United States       ...
**Maher**
22.1K Tweets

Music · Trending                ...
**sabrina**
72.7K Tweets

Trending in United States       ...
**Bob Iger**
Trending with Disney, Chapek

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

🔍 Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Tweet your reply                          [ Reply ]



**Perkowski Legal P.C.**          ...
@c_perkowski



← **Tweet**

**Robert Littal BSO** ✓
@BSO

···

## Iggy Azalea Celebrates Getting in a Relationship With Her 30th Athlete-Entertainer Playboi Carti (Photos)
bit.ly/2Nh6agw



10:40 AM · Sep 15, 2018 · BSO Alert

**11** Retweets   **15** Quote Tweets   **18** Likes

💬   🔁   ♡   ⬆️


Tweet your reply                    **Reply**

**Vernest Brown** @DallasTXholdin · Sep 15, 2018
Replying to @BSO
Is 30 a verified number 😂😂😂
💬   🔁   ♡   ⬆️

**james💤sleep** @junglejamesatx · Sep 15, 2018
Replying to @BSO
🤣
💬   🔁   ♡   ⬆️

**1stamemdment** @1stamemdment · Sep 15, 2018
Replying to @BSO
Dirty 30!
💬   🔁   ♡   ⬆️

**Uncle P** ✓ @mrflorida · Sep 15, 2018
Replying to @BSO
Smitten like a muuuuuuuuug 😂😂
💬   🔁   ♡   ⬆️

**Perkowski Legal P.C.**
@c_perkowski
···

---

🐦 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

---

🔍 Search Twitter

### Relevant people


**Robert Littal BSO** ✓
@BSO                      **Follow**
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

### What's happening

FIFA World Cup · 51 minutes ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🧝
Get tickets now - In theaters December 16
📢 Promoted by Avatar

Celebrities · Trending
**Tom Hanks**
4,732 Tweets

Trending in United States
**#coinology**
4,520 Tweets

Trending in United States
**Ochoa**
Trending with #MEXPOL, Lewandowski

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/rrno110/status/1409768150586044416 __ at __ 2022-11-21 14:13:52 -08:00 __



← **Tweet**

 **RRNO1**
@RRNO110 ···

## Rihanna



11:58 PM · Jun 28, 2021 · Twitter for iPhone

**2** Retweets  **40** Likes

🔍 Search Twitter

### Relevant people

 **RRNO1**
@RRNO110    **Follow**

I'm a guy that love celebs and beautiful amateurs. DO NOT tag me in with celebs or it's an instant block. Happy to promote amateurs with their content

### What's happening

FIFA World Cup · 42 minutes ago
**USA vs Wales**

Trending in California
**Dodger Stadium**
12.8K Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,071 Tweets

Music · Trending
**Ciara**
16.7K Tweets

Sports · Trending
**Mexico City**
12.4K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Home · Explore · Notifications · Messages · Bookmarks · Lists · Profile · More · Tweet

 **Perkowski Legal P.C.**
@c_perkowski ···

\_ https://twitter.com/spiderman0801/status/1552080891408568320 \_ at \_ 2022-11-21 08:28:52 -08:00 \_



## Twitter

-  Home
- Explore
- Notifications ¹
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

← Tweet

 **Spider-Man**
@spiderman0801                                      ⋯

NEW set photos of 'Madame Web' with Dakota
Johnson in Boston

#MadameWeb
#DakotaJohnson



4:58 PM · Jul 26, 2022 · Twitter for iPhone

**1** Retweet   **6** Likes



Tweet your reply                               Reply 

🔍 Search Twitter

### Relevant people

 **Spider-Man**      Follow
@spiderman0801

it's your friendly neighborhood
Spider-Man | this is a fan account
where I'll be posting Spider-Man stuff
& other related things

### What's happening

FIFA World Cup · LIVE
**Senegal vs Netherlands**              

Sports talk · Trending                        ⋯
**Skip and Shannon**

Entertainment · Trending                      ⋯
**#AntManandTheWaspQuantumania**
Trending with Kang

Trending in United States                     ⋯
**Maher**
22.9K Tweets

Trending in California                        ⋯
**Dodger Stadium**
14K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

Perkowski Legal P.C.    ⋯
@c_perkowski

← **Tweet**

Robert Littal BSO ✓
@BSO

Details How Much Lamar Odom Pawned NBA Championship Ring Is Going For at Auction (Pics) bit.ly/2MLxYro via @IAmKelvin201



10:07 PM · Dec 30, 2019 · BSO Alert

**3** Quote Tweets    **3** Likes

Tweet your reply                                      Reply

Marcus Graham @MKGraham66 · Dec 30, 2019
Replying to @BSO and @IAmKelvin201
Love the shirt

---

Perkowski Legal P.C.
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

Robert Littal BSO ✓        Follow
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

No Limit                   Follow
@IAmKelvin201
"I feel that luck is a product of hard work."- Nipsey Hussle IG:iamkelvin201

**What's happening**

FIFA World Cup · Starts at 8:00 AM
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
108K Tweets

Trending in United States
**Argentina**
Trending with #FIFAWorldCup🏆 , Herve Renard

Trending in California
**Mexico City**
25.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

https://twitter.com/DCverso1/status/1582876595093532672 __ el __ 2022-11-20 07:31:30 -0800
Case 2-22-cv-09462-DMG-ADS  Document 23-12  Filed 03/13/23  Page 54 of 101  Page ID #:4229

← **Tweet**

🔍 Search Twitter



**DCVERSO** @DCverso1

"#BlueBeetle teve sua exibição de teste no lote da WB hoje, e o consenso imediato foi que a maioria do público adorou a versão live-action de Angel Manuel Soto. Aparentemente Xolo Maridueña arrasa, e é absolutamente incrível"

Translate Tweet



**Undercover Audience** @UndercoverCine · Oct 19

#TestScreening Alert!

#BlueBeetle had its test screening at the WB lot y'day, and the immediate consensus was that the majority of the audience absolutely loved @angelmanuelsoto's live-action version. Apparently @Xolo_Maridueña doesn't miss a beat, and absolutely kills it.



4:29 PM · Oct 19, 2022 · Twitter for Android

16 Retweets   1 Quote Tweet   141 Likes

💬  🔁  ♡  ⬆

  Tweet your reply     Reply

Show more replies

**Relevant people**

**DCVERSO** @DCverso1  Follow
Uma conta centrada nos conteúdos do universo DC. Venha para o seu hábitat natural, DCNAUTA! | ✉Email: dcverso45@gmail.com

**Undercover Audience** @UndercoverCine  Follow
Avid Cinephile. Undercover Audience. Nameless Leaker.

**Ángel Manuel Soto** @angelmanuelsoto  Follow
filmmaker™

**What's happening**

FIFA World Cup · LIVE
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 🎃
Original movie now streaming
Promoted by Disney+

Trending in United States
**Morgan Freeman**
67.4K Tweets

Trending in United States
**RIP Tommy**

Trending in United States
**RIP JDF**
1,014 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.** @c_perkowski



**Tweet**

**About Her** ✔
@AboutHerOFCL

Gwyneth Paltrow just recreated her famous Gucci red velvet suit moment from the 1996 MTV Video Music Awards 🔥

12:30 PM · Nov 4, 2021 · Buffer

1 Like

Tweet your reply

Reply

**Relevant people**

**About Her** ✔
@AboutHerOFCL

Follow

Inside untapped territory: Pulling back the curtain on Arab women who are defining cultural trends now.
#AboutHer

**What's happening**

NFL · 41 minutes ago
Chiefs at Chargers

#Disenchanted 🧙
Original movie now streaming
Promoted by Disney+

Trending in United States
Bob Iger
Trending with Chapek, Disney

Music · Trending
harries
4,598 Tweets

Trending in United States
#TheWalkingDead
Trending with #TWDFinale, Michonne

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Search Twitter

Perkowski Legal P.C.
@c_perkowski



— https://twitter.com/agfotosevideos/status/1209245583988404225 — at — 2022-11-20 15:06:57 -08:00 —





Perkowski Legal P.C.
@_c_perkowski

__ https://twitter.com/nanfixus/status/1463648602753015809 __ at __ 2022-11-19 18:53:39 -08:00 __



← **Tweet**

Q Search Twitter

**@nanfixus**
@nanfixus                                         ...

Two years ago we had this iconic pictures of Dakota
and her goddaughter Ezer Billie 😍😍
#DakotaJohnson

3:19 PM · Nov 24, 2021 · Twitter for Android

**14** Retweets   **1** Quote Tweet   **111** Likes

Tweet your reply                                Reply

### Relevant people

**@nanfixus**    Follow
@nanfixus

DJ Fan 🎧 Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🇦🇷

### What's happening

Television · Starts at 7:00 PM
**Saturday Night Live airing on
NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
▶ Promoted by Uber

Trending in United States                    ...
**HE'S BACK**
117K Tweets

Trending in United States                    ...
**Trump's Twitter**
Trending with Vox Populi

Music · Trending                             ...
**#AMAsFanFavorite** 🌺
1.63M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**    ...
@c_perkowski




__ https://twitter.com/KimKimuntu/status/1481557685054805314 __ at __ 2022-11-21 02:45:38 -08:00 __

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Paulette Kimuntu Kim**
@KimKimuntu

···

## Rihanna et Asap Rocky sortant de la maison de Asap hier à Los Angeles où le couple vit désormais

Translate Tweet



1:24 AM · Jan 13, 2022 · Twitter for Android

**10** Likes

Tweet your reply

Reply

Search Twitter

**Relevant people**

**Paulette Kimuntu Kim**
@KimKimuntu

Follow

**What's happening**

NFL · Yesterday
**Lions at Giants**



Music · Trending
**Billy Joel**
1,256 Tweets

Trending in United States
**UCLA**
11.5K Tweets

Music · Trending
**#DavidoAt30**
70.6K Tweets

The Walking Dead · Trending
**Negan**
8,941 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.


Perkowski Legal P.C.
@c_perkowski
···

← **Tweet**

**La Ligue Des Nakamas**
@LLDNofficiel

Nouvelles images du tournage du film #MadameWeb de Sony

Translate Tweet



12:27 PM · Oct 6, 2022 · Twitter for Android

**2** Retweets   **21** Likes

**lucha-man** @luchaman2 · Oct 7
Replying to @LLDNofficiel
C'est qui ce mec ? J'espère qu'il n'est pas sensé remplacer spider-man d'une certaine façon

**CALVIN** 🇫🇷 @Calvin_Sbny · Oct 6
Replying to @LLDNofficiel
Ils ont White Washer Miles Morales ses fous 😭

    2                                    1

**KeviN_Dj** @kevin42600299 · Oct 6
Replying to @Calvin_Sbny and @LLDNofficiel
ptdrrrr c'est qui même le boug ??

    1                                    1

Show replies

**Henseu** @Henseeu · Oct 7
Replying to @LLDNofficiel
@SpideyNewsFR

**RealSlachi** 👑🇪🇸 (DGM) @RealSlachi · Oct 6
Replying to @LLDNofficiel
Ils ont fait un Spider wish ,

                                         3

---

Home

Explore

Notifications 1

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

**Relevant people**

**La Ligue Des Nakamas**
@LLDNofficiel                Follow
Page officielle de La Ligue Des
Nakamas Tipee : cpc.cx/oxe Twitch :
m.twitch.tv/lldnofficiel/p...

**What's happening**

NFL · LIVE
Browns at Bills

#Disenchanted 🧚
Original movie now streaming
▶ Promoted by Disney+

Entertainment · Trending
**Morgan Freeman**
180K Tweets

Trending in United States
**Rest In Peace**
43.4K Tweets

Trending in California
**Shakira**
108K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.





This Tweet is from a suspended account. Learn more



← **Tweet**

**Tempo Nerd Brasil**
@TempoNerdBrasil    ···

Ezekiel Sims estará em #MadameWeb e será interpretado por Tahar Rahim(o mesmo desse vazamento⬇️) !
Fonte:@DanielRPK



7:38 AM · Oct 10, 2022 · Twitter Web App

**12** Likes

Tweet your reply    Reply


Perkowski Legal P.C.
@c_perkowski    ···

**Relevant people**

**Tempo Nerd Brasil**    Follow
@TempoNerdBrasil
Seja Bem-Vindo ao Tempo Nerd Brasil, Página de Informações com foco principal na #Marvel então siga e ative as notificações para não perder nada sobre o UCM!

**Daniel Richtman #Bla...**    Follow
@DanielRPK
''A Twitter influencer and writer'' - CNBC. Contact/Business inquiries: DanielRPK10@gmail.com patreon.com/DanielRPK Youtube: bit.ly/32dYZOB

**What's happening**

NBA · 1 hour ago
**Lakers at Suns**

#AvatarTheWayOfWater🧑
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States    ···
**Erection**
20.1K Tweets

Trending in California    ···
**Costco**
5,994 Tweets

Business and finance · Trending    ···
**Chesapeake**
39.6K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

https://twitter.com/tylere2006/status/1287891642834472963 _ et _ 2022-11-22 16:33:07 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-12   Filed 03/13/23   Page 65 of 101   Page ID
#:4240

**Tweet**

**Tae12**
@tylere2006

Kendall and Bella





👤 Gorgeous Girls and Hot Celebs Page

4:24 PM · Jul 27, 2020 · Twitter for iPhone

22 Retweets   199 Likes

Tweet your reply                                    Reply

**HIGH🇵🇷** @HIGH68 · Jul 27, 2020
Replying to @tylere2006 @CelebsPretty and @HotCelebsPage

                                                             1

**Hot Celebs Page** @HotCelebsPage · Jul 27, 2020
Replying to @tylere2006 and @CelebsPretty
The underboob is strong with this one 😍
                                                             2

---

**Perkowski Legal P.C.**
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

   **Tae12**                    Follow
                       @tylere2006
                       Just a guy tweeting pics of beautiful
                       women

   **Gorgeous Girls**            Follow
                       @CelebsPretty
                       Celebs, Models, occasional softcore
                       porn, and frequent bad jokes. 😃 | Fan
                       account for entertainment only. I am
                       not, nor am I affiliated with, anyone I
                       post.

   **Hot Celebs Page**           Follow
                       @HotCelebsPage
                       NSFW | Celebrity Fan Page

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**                         

**#AvatarTheWayOfWater**🧜
Get tickets now - In theaters December 16
🎟 Promoted by Avatar

Politics · Trending
**Ginni Thomas**
33.2K Tweets

Entertainment · Trending
**Marvel**
83.7K Tweets

Trending in United States
**Mbappe**
193K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

← **Tweet**

 **Marvel CinéVerse**
@MarvelCineVerse                                          ···

#FatWS : Premières photos de tournage de la série 'The Falcon and the Winter Soldier' avec Sebastian Stan ! (via @JustJared)

Translate Tweet



3:25 PM · Nov 14, 2019 · Twitter Web App

**3** Retweets  **15** Likes

💬            🔁            ♡            ⬆️

 Tweet your reply                      Reply

🔍 Search Twitter

**Relevant people**

 **Marvel CinéVerse**               Follow
@MarvelCineVerse
Actualités et encyclopédie sur le MCU
Instagram 📷 : marvelcineverse_
Associé à @swcineverse ⭐

 **JustJared.com**      Follow
@JustJared
Your #1 Entertainment Authority Also
follow @jaredeng @justjaredjr

**What's happening**

NCAA Men's Basketball · Yesterday
**Wildcats at Bulldogs**                      

Trending in California                            ···
**TSLA**
23.5K Tweets

Trending in United States                         ···
**HOW IS THAT NOT A YELLOW**
1,548 Tweets

Sports · Trending                                 ···
**Mexico City**
13.8K Tweets

Entertainment · Trending                          ···
**Sinbad**
2,265 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**            ···
@c_perkowski

← Tweet

 •BELEN• <br>
@belxauron

Dakota Johnson de paramedica en Madame Web, UNA DIOSA  🔥

 

4:55 PM · Aug 9, 2022 · Twitter for Android

**1** Retweet   **29** Likes

   

   Tweet your reply      Reply

Q Search Twitter

**Relevant people**

 •BELEN•       Follow
@belxauron

🟦 booktw | auron/biyín | marvel | dc |
star wars | house of the dragon |
dakota johnson | fan account -
@biyingifs - @_aurongifs

**What's happening**

FIFA World Cup · LIVE
**World Cup Qatar 2022: Opening
Ceremony**                                    

**#Disenchanted** 🧙‍♀️
Original movie now streaming
🎬 Promoted by Disney+

Trending in United States              ···
**#MassShooting**

Trending in United States              ···
**Morgan Freeman**
87.7K Tweets

Only on Twitter · Trending             ···
**RIP JDF**
1,571 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ···
@c_perkowski

_ https://twitter.com/ChrisEvansArg/status/1588568032879980544 _ at _ 2022-11-22 22:04:02 -08:00 _

← **Tweet**

← Home
# Explore
🔔 Notifications ¹
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

**Tweet**

 **Chris Evans Argentina - Sitio de Fans**
@ChrisEvansArg                                                    ⋯

📷: Chris Evans y Dwayne Johnson en el set de Red One



9:25 AM · Nov 4, 2022 · Twitter for Android

**22** Retweets   **4** Quote Tweets   **165** Likes

💬          🔁          ♡          ⬆

 **Who can reply?**
People @ChrisEvansArg mentioned can reply

🔍 Search Twitter

## Relevant people

 **Chris Evans Argentin...**    **Follow**
@ChrisEvansArg

Bienvenidos al primer club de fans en Argentina del actor @ChrisEvans . Activa la 🔔 para recibir toda la info en español e Inglés. Fandom acc

## What's happening

NBA · 38 minutes ago
**Lakers at Suns**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
📽 Promoted by Avatar

Trending in California                    ⋯
**Costco**
5,719 Tweets

Trending in United States                 ⋯
**Erection**
17.1K Tweets

Chain restaurants · Trending               ⋯
**Hooters**
8,613 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

**Tweet**

 **Perkowski Legal P.C.**   ⋯
@c_perkowski



← Thread

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Stranger Things Brasil
@strangerbr

ELES VIERAM Al!
Primeiras imagens de Natalia, Gaten e Sadie no set de
gravação da 4ª temporada de Stranger Things!

6:19 PM · Oct 1, 2020 · Twitter for iPhone

393 Retweets    614 Quote Tweets    7,851 Likes

Tweet your reply                                    Reply

nick. de @fangodart · Oct 1, 2020
Replying to @strangerbr
PASSANDO MAL/AKUSOSH 😭😭

8** @_EujinhaAti · Oct 1, 2020
Replying to @strangerbr
Gente a terceira ft, é só uma mera coincidência o Gaten e Sadie estarem juntos assim??? (Eu digo pelos personagens)

@Xerflorez · Oct 1, 2020
Replying to @strangerbr
Ptksss 🤣🤣🤣🤣🤣🤣🤣🤣

Puyó @_PUYIFI.B · Oct 2, 2020
Replying to @strangerbr and @bleaygma_@FCRM.A?

central de reclamações guilherme @whatabts_gui · Oct 1, 2020
Replying to @strangerbr
sinto ql estão os personagens principais em set! vou ficar muito webtriste se não tiver aquela ligeração perdida da terceira temporada e for que nem season 2 que o colégio era todo vazio 😂😂😂😂

gi @ricenotaller · Oct 1, 2020
Replying to @strangerbr
AAHA

Moisés Amancio @moisousamancio · Oct 1, 2020
Replying to @strangerbr
Gente, olhem o HELLFIRE CLUB escrito na camiseta do dustin!!

luiz @ivanpewel · Oct 1, 2020
Replying to @strangerbr
tô tão ansioso meu deus

mariana @lovelipin · Oct 1, 2020
Replying to @strangerbr
@loverfimine
nada preparado

priscila @moondlewgns · Oct 1, 2020
Replying to @loverlipin @loverwitch and @strangerbr
MAAIAAAAAAAAAA KJDKSDSKJ VIDO Al

Leticinha 🖤 @leticoré · Oct 1, 2020
Replying to @strangerbr
Vou infartar

cams @Samloll · Oct 1, 2020
Replying to @strangerbr
MEU DEUS DO CEU

John ** @wholeloadcucao · Oct 1, 2020
Replying to @strangerbr
Dustin falario kkkkkkkkkkkkkkkkkkkk

aria moved @elexolis · Oct 1, 2020
Replying to @strangerbr
SERIO TEM GENTE Q MORRE TEM GENTE Q SURTAAAA

anajo @sohemarings · Oct 1, 2020
Replying to @strangerbr
MEU DEUS EU TÔ SONHANDO???!!?
SHSKSKJSUSU

•ella @spdallort · Oct 1, 2020
Replying to @strangerbr
MUUUSUA AAAAAAAAAAAA

miranda @VAL2t8 · Oct 1, 2020
Replying to @strangerbr
MUUOSUA AAAAAAAAAAAAA

From miranda

yezz 2(3(2 @fc_pdhi · Oct 1, 2020
Replying to @yayzhts o ultima foto veer, eh nao

yago 🐢 @yagittv · Oct 1, 2020
Replying to @fc_pdhi and @strangerbr
Vlahhh

Thiago ou Dilson 🖤 @woodilson · Oct 1, 2020
Replying to @strangerbr
Gente é ilusão de otica, ela tá na andando de skate e ele olhando, eles ni tão frente a frente de chamgo

**s @littledclass · Oct 1, 2020
Não estão de mão dadas não kkkkkkk

**s @littledclass · Oct 1, 2020
pra mim não estão de mãos dadas

#LULOU @fleitolikevirg · Oct 1, 2020
São mon kkkkkkkk

something about flavia @flvdfanlaaaaa · Oct 2, 2020
Replying to @strangerbr
Whats said ??

ca @gondetailc · Oct 1, 2020

Relevant people

Stranger Things Brasil          Follow
@strangerbr
Sua melhor fonte de notícias sobre a
série #StrangerThings no Brasil e no
mundo! Para parcerias, nos chame no
DM! Fan Account.

What's happening

FIFA World Cup   LIVE
USA vs Wales

Sports · Trending
Charles Barkley
4,740 Tweets

Trending in United States
Senegal

Trending with Wendy, #SENKO2

Trending in United States
#senvwad
1,052 Tweets

Trending in United States
I BELIEVE THAT WE WILL WIN

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads Info   More ...
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

___ https://twitter.com/electedbieber/status/1428006298923089447 ___ at ___ 2022-11-22 11:39:20 -08:00 ___



← **Tweet**

 Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⚫ More

**Tweet**

 Perkowski Legal P.C.
@c_perkowski  ...

 **taraneh**
@electedbieber                                        ...

Yes I do the cooking
Yes I do the cleaning
Yes I keep the nana real sweet for your eating



7:50 AM · Aug 18, 2021 · Twitter for iPhone

**11** Likes

💬       🔁       ♡       ⬆️ 

  Tweet your reply                                   Reply 

### Relevant people

 **taraneh**   Follow
@electedbieber

who needs a bra when Justin Bieber has two hands

### What's happening

FIFA World Cup · 1 hour ago
**Mexico vs Poland**



#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States                          ...
#SeleccionMexicana🇲🇽
29.6K Tweets

__ https://twitter.com/ImexIIG/status/1420109307878776837 __ at __ 2022-11-22 09:00:48 -08:00 __

← **Tweet**



 الاحداث حول العالم | 🎥
@ImexIIG

بيلا حديد مع حبيبها مارك في نيويورك

Translate Tweet



12:50 PM · Jul 27, 2021 · Twitter for iPhone

3 Likes

🔍 Search Twitter

**Relevant people**

 الاحداث حول العالم | 🎥     **Follow**
@ImexIIG
أجمل منصة ترفيهية لأخبار و احداث النجوم
والمشاهير حول العالم | الخاص للدعاية و
الإعلان

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**



 **Perkowski Legal P.C.** ...
@c_perkowski

 Tweet your reply     **Reply**



https://twitter.com/DCComicsARG/status/1578909629370990592 _ _ at _ _ 2022-11-20 13:50:52 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-12   Filed 03/13/23   Page 73 of 101   Page ID
#:4248



**DCU Argentina** 🇦🇷
@DCComicsARG

🎌 **ATENCIÓN** 🎌

@bigscreenleaks dio más detalles sobre la primera proyección de prueba de #BlueBeetle:

"Todos con los que hablé dijeron que las escenas que involucran a la familia Reyes eran algunas de sus partes favoritas de la película y que George López es él más destacado".

Translate Tweet



👤 Xolo Mariduena and DC

5:46 PM · Oct 8, 2022 · Twitter for iPhone

**5** Retweets   **101** Likes

💬   🔁   🤍   ⬆️

   Tweet your reply                    Reply

Show more replies

## Relevant people



**DCU Argentina** 🇦🇷        Follow
@DCComicsARG
De la casa más importante de
superhéroes. Noticias e información
las 24 horas sobre el universo DC. 🦇🦸
Contacto:
detectivecomicsarg@gmail.com 🦹‍♂️🦹
🦹⚡

**BSL** ✔️                    Follow
@bigscreenleaks
Gaming, Star Wars and Comics
Historian | Unapologetic Ms. Marvel
stan | Founder & EIC of
@OneTakeNews | #LeafsForever 🍁
#WeTheNorth 🏀 | 📧:
theonetakenews@gmail.com

**Xolo Mariduena** ✔️           Follow
@Xolo_Mariduena
Off-key singer. IG: Xolo_Mariduena

## What's happening

NFL · LIVE
Eagles at Colts

#Disenchanted 🧙
Original movie now streaming
📺 Promoted by Disney+

Trending in California              ···
**Rest In Peace**
55.8K Tweets

Only on Twitter · Trending          ···
**Jason David Frank**
Trending with Power Rangers, Tommy

Trending in United States            ···
**Qatar**
Trending with Ecuador, Jungkook

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/chrisevansfanuk/status/1588564182064328704 — at — 2022-11-22 22:47:12 -08:00

← **Tweet**

**Chris Evans fan page UK** 🇬🇧
@chrisevansfanuk
···

At last they set together Dwayne Johnson and Chris Evans, look at Chris fluffy hair 😍 ☺️



9:09 AM · Nov 4, 2022 · Twitter for Android

14 Retweets   104 Likes

💬          🔁          ♡          ⬆️

Ⓟ    Tweet your reply                                    Reply

**Aizzy** @AislinnMonroe92 · Nov 4          ···
Replying to @chrisevansfanuk
Captain America and black Adam

💬          🔁          ♡          ⬆️

**Joan** @joans3627 · Nov 4          ···
Replying to @chrisevansfanuk
Love this 💕

💬          🔁          ♡          ⬆️

**Christa Pellicci** @ChristaPellic18 · Nov 4          ···
Replying to @chrisevansfanuk
Cool

💬          🔁          ♡          ⬆️

## Sidebar

**Relevant people**

**Chris Evans fan page ...**
@chrisevansfanuk          Follow
Chris Evans fan page my name Vicki
🌷 age 32 🦋

**What's happening**

NBA · 1 hour ago
**Lakers at Suns**

#AvatarTheWayOfWater 🌊
Get tickets now – In theaters December 16
Ⓟ Promoted by Avatar

Trending in United States          ···
**Erection**
19.2K Tweets

Trending in California          ···
**Costco**
5,956 Tweets

Business and finance · Trending          ···
**Chesapeake**
36K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Left navigation

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Perkowski Legal P.C.**
@c_perkowski          ···

https://twitter.com/XavierDLeau/status/101087071407375647... 2020-11-02 02:33:06 -0600 Document 251 12 Filed 03/13/23 Page 76 of 101 Page ID #4350



__ https://twitter.com/NinWire/status/1386454980643872069 __ at __ 2022-11-22 17:37:03 -08:00 __

← **Tweet**

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

**Nintendo Wire**
@NinWire    •••

ICYMI - Check it out! New set photos from the second Sonic movie have revealed models for Sonic, Tails, and our first look at Knuckles!



4:00 PM · Apr 25, 2021 · TweetDeck

**9** Retweets   **1** Quote Tweet   **58** Likes

💬        🔁        ♡        ⬆

Ⓟ   Tweet your reply                    Reply

**M a t** @Matelgato · Apr 25, 2021    •••
Replying to @NinWire
Why is this guy making sonic pee ?

💬        🔁        ♡        ⬆

**Ωmegα_2 - Unrestrained Masked Meo...** @Dr_Vulp... · Apr 25, 2021    •••
Replying to @NinWire
"Oh hey, Knux got his body back."

💬        🔁        ♡        ⬆

**Perkowski Legal P.C.**    •••
@c_perkowski

## Relevant people

**Nintendo Wire**
@NinWire        Follow
The Nintendo Wire team is bringing you late breaking Nintendo news coverage. Participant in the Amazon Associates Program, an affiliate advertising system.

## What's happening

Television · LIVE
**Bachelor in Paradise airing on ABC**

**#AvatarTheWayOfWater**🌊
Get tickets now – In theaters December 16
📢 Promoted by Avatar

Entertainment · Trending        •••
**Jane Lynch**

Sports · Trending        •••
**Ronaldo**
Trending with Glazers

Chain restaurants · Trending        •••
**Hooters**
7,551 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

← **Tweet**

 **Türkçe**
@turkce

**Hangi ünlü nerede görüldü? (4-10 Nisan 2022):** Kırmızı
halıda ve davetlerde modaya yön veren elbiseleriyle
görüntülenen ünlü isimler, günlük hayatlarında ise
doğal halleriyle objektiflere takılıyor. İşte objektifler...
dlvr.it/SNFyyn #Türkçe #MagazinHaberleri #Magazin
Translate Tweet



12:25 AM · Apr 9, 2022 · dlvr.it

 

 Tweet your reply                                    Reply

## Relevant people

 **Türkçe**    Follow
@turkce

Gazete ve dergilerden Türkçe
Haberler, Son Dakika, Spor, Magazin,
Teknoloji, Sinema Haberleri. İletişim ve
iş birliği için: turkcemag@gmail.com

## What's happening

NFL · 1 hour ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
67.2K Tweets

Trending in United States
**Dreamers MV**
162K Tweets

Sports · Trending
**Ty Lue**

Trending in California
**Dodger Stadium**
8,657 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski



← **Tweet**



**Hadid News Media**
@HadidNewsMedia                    ...

January 22: Gigi at Nobu in Soho.
📷: Backgrid



10:53 PM · Jan 22, 2018 · Twitter for iPhone

**20** Retweets   **41** Likes

Tweet your reply                              Reply

### Relevant people



**Hadid News Media**
@HadidNewsMedia        Follow

Your 1st & most reliable source on
everything Gigi & Bella Hadid; since
2013. [@HadidNews]

### What's happening



FIFA World Cup · This morning
**England vs Iran**



Entertainment · Trending
**Died Suddenly**
46K Tweets

Sports · Trending
**Greg Dortch**

Trending in United States
**Hive**
173K Tweets

Entertainment · Trending
**Charli**
85.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**
@c_perkowski  ...

— https://twitter.com/MovieCrazyP/status/1380034121474304928 __ et _____ 2022-11-20 09:01:16 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-12    Filed 03/13/23    Page 80 of 101    Page ID
#:4255

← **Tweet**

**Movie Crazy Planet** 🎬🍿🎥
@MovieCrazyP                                                    ···

#PorSiTeLoPerdiste

Esperando los próximos episodios de
#TheFalconAndWinterSoldier.
Translate Tweet



10:45 PM · Apr 7, 2021 · Twitter for Android

**1** Like

💬        🔁        ♡        ⬆️

P    Tweet your reply                          Reply

**Goblin girl** @fredseel · Apr 7, 2021                    ···
Replying to @MovieCrazyP

💬        🔁        ♡ 1        ⬆️

🔍 Search Twitter

**Relevant people**

M C P  **Movie Crazy Planet ...**    Follow
        @MovieCrazyP
        💥Noticias, tráilers, pósters, los
        estrenos más recientes de cine, series
        y televisión.💥 Síguenos y activa la 🔔
        moviecrazyplanet@gmail.com ✉️

**What's happening**

Television · Last night
**Saturday Night Live airing on
NBC**

**#Disenchanted** 🧙
Original movie now streaming
📺 Promoted by Disney+

Only on Twitter · Trending            ···
**#RIPLEGEND**
2,223 Tweets

Only on Twitter · Trending            ···
**Jason David Frank**
Trending with  Power Rangers, Tommy

Only on Twitter · Trending            ···
**RIP JDF**
6,268 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

← **Tweet**

**Margvel** 🐾
@_Margvel

···

Nuevas fotos del set de #TheFalconandtheWinterSoldier muestran a Bucky y Sam peleando contra Baron Zemo. ¡Y está Sharon Carter!

Translate Tweet



4:28 PM · Dec 23, 2019 · Twitter for iPhone

**6** Retweets   **1** Quote Tweet   **78** Likes

💬   🔁   ♡   📤

Ⓟ  **Tweet your reply**   Reply

**Federico**🐾 @Federicox22 · Dec 23, 2019   ···
Replying to @_Margvel
Emily ❤️❤️

💬   🔁   ♡ 1   📤

## Relevant people

**Margvel** 🐾   Follow
@_Margvel
Humor, información y updates del Universo Marvel | 🦸
contactomargvel@gmail.com |
#SheHulk #IAmGroot

## What's happening

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
📺 Promoted by Disney+

Music · Trending   ···
**Kiki Dee**

Trending in United States   ···
**UCLA**
12.2K Tweets

Trending in United States   ···
**#AMAs** 🔥
Trending with soobin, yeonjun

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
Ⓛ Lists
👤 Profile
More

**Tweet**

🔍 Search Twitter



Tweet

@crowmedia_

10:55 AM · Feb 11, 2022 · Twitter for Android

**1,663** Retweets   **1,092** Quote Tweets   **11.9K** Likes

Tweet your reply                                                Reply

m3mo: it's decorative gourd season, mofos · @m3mo · Feb 11
Replying to @crowmedia_
U.S. adaptation of Squid Game

GIF   ALT

Patrick Brennan @plmpcaker · Feb 11
Replying to @crowmedia_

One Perfect Page @One_PerfectPage · Feb 11
Replying to @crowmedia_

monday @sunday2164624 · Feb 11
Replying to @crowmedia_
what a legend. literally.

Anton @spokojnik · Feb 11
Replying to @crowmedia_
the Dunkaccino jingle

 زهـراء @7ahraa_almalki · Feb 12
@najwrtb
فو لو مو فو؟

نجوى @najwatb · Feb 12
Replying to @7ahraa_almalki and @crowmedia_
وهو رايق

maha @mahaalhwaa · Feb 11
Replying to @crowmedia_
@mvdetodestroy morgen tijdens hardlopen na al die suikers gfgskaloloks

hopi @mvdetodestroy · Feb 11
Replying to @mahashwaa and @crowmedia_
hahahaha go you

victor @morningstarsse · Feb 11
Replying to @crowmedia_
a happy man

Whoremione Granger @BuzzFeedObi · Feb 11
Replying to @crowmedia_
not gonna hold you I thought this was Kevin Costner

Nikhil Bisoi @Nikhil_twt · Feb 12
Replying to @crowmedia_

youtube.com
Rick Astley - Never Gonna Give You Up (Official Mu...
The official video for "Never Gonna Give You Up" by
Rick AstleyTaken from the album 'Whenever You...

Jase W @jayemmdubblu · Feb 11
Replying to @crowmedia_
That's so gotta be Weapon of Choice by Fatboy Slim, surely?

Pia Guerra @PiaGuerra · Feb 11
Replying to @crowmedia_ and @EvilGalFoods
Well, clearly it's Weapon of Choice by Fatboy Slim.

K I M M Y @frozenoverhoth · Feb 11
Replying to @crowmedia_ and @skBerlsa_
I love that he is using ear buds with a wire. 😂 a whole ass mood.

Simon @bennett_im · Feb 12
Replying to @crowmedia_
"Digital Bath" / Deftones

Hijanah - Ted Lasso's personal dilemma squad @unrealthrill · Feb 12
Replying to @crowmedia_
It me @Enthropal

Liam 🏴󠁧󠁢󠁳󠁣󠁴󠁿 @SpartanOutlaw · Feb 11
Replying to @crowmedia_
Defo listening to Push It To the Limit here 👍

Clara @clataralii · Feb 11
Replying to @crowmedia_
Lo quiero mucho

Daniel Vila @DanielVila27 · Feb 12
Replying to @crowmedia_
@pacopeco24

Melquiades @pacopeco24 · Feb 12
Replying to @DanielVila27 and @crowmedia_
🤣🤣 no sé quién dijo que estaba escuchando la de Chanel o no recuerdo bien

Show replies

Batholomew Simpson @BatholomewSimp · Feb 12
Replying to @crowmedia_
The Simpsons theme song.

Santino Laboranti 🇮🇹 @santlaboranti · Feb 11
Replying to @crowmedia_
El 1

Micah Mann @MICAHMANN · Feb 11
Replying to @crowmedia_
Al Pacino prancercizing.

Relevant people

@crowmedia_
Media account for @FilmUpdates
Follow

What's happening

Television · Yesterday
The Walking Dead airing on AMC

Music · Trending
Billy Joel
1,272 Tweets

Trending in United States
Defunctland
4,901 Tweets

Trending in United States
South Carolina
21.7K Tweets

Trending in California
Dodger Stadium
Trending with #KlonhaweelTour, Dodger Stadium

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads Info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@_perkowski

__ https://twitter.com/AndyVermaut/status/1443000480322318343 __ at __ 2022-11-21 07:05:47 -08:00 __

← **Tweet**

Q Search Twitter

 **Andy Vermaut**
@AndyVermaut                    ...

## Kanye West Removes Chris Brown's Vocals from Donda
consequence.net/2021/09/kanye-...



4:51 PM · Sep 28, 2021 · dlvr.it

        ♡    

 Tweet your reply                    Reply

### Relevant people

 **Andy Vermaut**          Follow
@AndyVermaut

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

### What's happening

NCAA Men's Basketball · Yesterday
**Delta Devils at Tigers**          

Entertainment · Trending
**Died Suddenly**                    ...
37.4K Tweets

Trending in California
**Dodger Stadium**                   ...
11.8K Tweets

Lovecraft Country · Trending
**Lovecraft Country**                ...
Trending with Blade

Entertainment · Trending
**#DWTSFinale** 🏆                    ...
1,596 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ...
@c_perkowski

← Tweet

**YouTube: BorrachosVIP** 🖤
@SoyBvip

Si Jennifer López y Ben Affleck volvieron después de 17 años, ¡Ánimo! Tu y tu ex pueden regresar también. 😂

Translate Tweet



6:53 PM · May 11, 2021 · Twitter for iPhone

**68** Retweets    **30** Quote Tweets    **466** Likes

Tweet your reply                                    Reply

**angelitapava** @tatys321456783 · May 12, 2021
Replying to @SoyBvip
🤣🤣🤣

**Damián Obando** @ObandoDamian · May 11, 2021
Replying to @SoyBvip

GIF | ALT

1

**APS** @alixsury · May 11, 2021
Replying to @SoyBvip
@CaroPSchuldt

1

**Carolina** @CarolinaPincay_ · May 11, 2021
Replying to @alixsury and @SoyBvip
No, gracias... NEXT

1

**Joss** @TuChicaCursi · May 11, 2021
Replying to @SoyBvip
Nos vemos en unos años mi amor.

**Jessy Alvarado** @jessemi78323468 · May 11, 2021
Replying to @SoyBvip
Jajaja jajaja jajaja 💔💔noooo

**cristy** @Cristy_Dut · May 11, 2021
Replying to @SoyBvip
Jajaja 🤣

This Tweet was deleted by the Tweet author. Learn more

**Olga Vera Alfonso** @olgui_vanessa · May 11, 2021
No gracias, aplicable a ambas jajajajaj

Show more replies

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Perkowski Legal P.C.**
@c_perkowski

Search Twitter

**Relevant people**

**YouTube: BorrachosV...** 🖤
@SoyBvip                                    Follow
Aquí echamos desmadre y contenido
en internet 🔴🎥 #Twitch Partner:
@borrachosvip 💜🎮 Instagram:
#BorrachosVIP 🖤 💿 Contacto:
borrachosvipcrew@gmail.com 🎮🖤
🔥

**What's happening**

FIFA World Cup · 3 hours ago
Mexico vs Poland



#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
🎬 Promoted by Avatar

Trending in California
Mexicans
18.2K Tweets

Trending in United States
Giroud
Trending with Australia, Mbappe

Celebrities · Trending
Tom Hanks
6,408 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.



Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@r_perkowski

Tweet

**Cris Parker**
@XCFilms

New Madame Web Set Photos appear to show some
sort of Spider Variant on set 🕷

9:02 AM · Oct 6, 2022 · Twitter for iPhone

852 Retweets   407 Quote Tweets   10K Likes

Relevant people

Cris Parker
@XCFilms
🎬 Always 3 Celebrating Movies 🎬 Full
Time YouTuber 153k Subs 🎬 TikToker
160k Followers 🎬 Latino 🇲🇽

Follow

What's happening

Formula 1 · This evening
Abu Dhabi Grand Prix 2022

#Disenchanted 🎬
Original movie now streaming
Promoted by Disney+

Trending in California
Rest in Peace
55.6K Tweets

Trending in California
#2JATECU
155K Tweets

Trending in United States
LGBTQ
Trending with Colorado Springs, #LGBQ

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

Tweet your reply                          Reply

**Champ** @ChampBoi11 · Oct 6
Replying to @XCFilms
Jack Harlow?

**Jx3** @Jxp3xThree · Oct 6
Replying to @XCFilms
Quickspider

**papi** @shanefellonson · Oct 6
Replying to @XCFilms
HES HOT AND THICK

**Stevee Bo Bevee** @SteveeMaanStuff · Oct 6
Replying to @XCFilms
Yeah I'm almost positive that's Aaron Taylor Johnson's Kraven

**Ethan M** @EthanM82967188 · Oct 6
Replying to @XCFilms
Man, who knew Jack Harlow was secretly Spider-Man?

Show replies

**Stefan** 🍃 @Stefan_FortNJ · Oct 6
Replying to @XCFilms
I swear to god if this is actually the Spider-Man of the Sony universe, I'm
gonna be so disappointed, wouldn't even be surprised at this stage with the
way Sony are handling things, making film El Muerto before TASM3, SM4,
2099 or literally any Spider-Man film the majority want.

Show replies

**RPIZY** @mrsfampac · Oct 6
Replying to @XCFilms
That's Peter Parkour

**TNX.** @TNxxix · Oct 6
Replying to @XCFilms
Aaron Taylor Johnson? If not then damn, dude has striking resemblance for
a side profile

**Operation Georgefall DESTROY GEORGEG** @simpylogologi · Oct 6
Replying to @XCFilms
why he kinda got a dumpy tho

**Stone Cold Jane Austen** 🧡🤍💜 @SweetSadSinic · Oct 6
Replying to @simpylogologi and @XCFilms
I know, like so turn around we just need to see... if there's a logo on your
back

Show replies

**Exil** @backupexil · Oct 6
Replying to @XCFilms
is that kick ass?

**AHOT** @GrilledWater_ · Oct 6
Replying to @XCFilms
Maybe superior spider man?

**Dinky Scent** @DinkyScent · Oct 6
Replying to @XCFilms
looks like aaron taylor johnson to me, maybe a variant of kraven that is a
spider guy

**Magnogno** @webnasty · Oct 7
Replying to @DinkyScent and @XCFilms
Definitely this.

**steeley** @ghanottenmad · Oct 6
Replying to @XCFilms
That's Aaron Taylor Johnson

**EsaUcbae** @esukUee2 · Oct 6
Replying to @XCFilms
My brain told me this was Jack Harlow for a second

**Kris** @kcaken_ · Oct 6
Replying to @XCFilms
this is crazy level of leaks

**BigDeePee** @TrustMeBro16 · Oct 6
Replying to @XCFilms

**BigDeePee** @TrustMeBro16 · Oct 6
Tahar Rahim as Ezekiel Sims?
#MadameWeb

**Los** @_MelanchoJyXD · Oct 6
Replying to @XCFilms and @iridiumsims
is that Jack Harlow??

**Enrique Cervantes** @EnriqueCerverb · Oct 6
Replying to @XCFilms
Why is he caked??

**Sagar Kumar** @_sagar_0994 · Oct 6
Replying to @XCFilms
Some people are calling it Kaine. And those lines seems like him

__ https://twitter.com/marveluniversar/status/1552003116429676546 __ at __ 2022-11-21 19:20:06 -08:00 __



**Tweet**

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**



**Marvel Universe Argentina**
@marveluniversar

Nuevas fotos de Dakota Johnson en el set de 'MADAME WEB' !




11:49 AM · Jul 26, 2022 · Twitter Web App

**1** Retweet   **7** Likes



Tweet your reply

Reply

### Relevant people



**Marvel Universe Arg...**
@marveluniversar

Follow

Información, novedades y teorías sobre el universo Marvel en un solo lugar. Contacto: marveluniverse.arg@gmail.com
#SheHulk #IAmGroot 🇦🇷

### What's happening

NFL · LIVE
**49ers at Cardinals**



Entertainment · Trending
**Died Suddenly**
51.7K Tweets

Trending in United States
**Chrisley**
17.6K Tweets

Trending in United States
**Tampax**
34.2K Tweets

Entertainment · Trending
**#DWTS** 🤩
Trending with Charli, Gleb

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.** ···
@c_perkowski

___ https://twitter.com/filmsbymecha/status/1539948812147593216 ___ at ___ 2022-11-21 06:22:18 -08:00 ___



← **Tweet**




🐶
@filmsbydelrey                                                    ...

greta wearing pink to match the theme 🥹💖



5:29 AM · Jun 23, 2022 · Twitter for Android

   


Tweet your reply                                               Reply

Perkowski Legal P.C.    ...
@c_perkowski

**Relevant people**


🐶
@filmsbydelrey                                              Follow
multifandom ✧*｡

**What's happening**



FIFA World Cup · LIVE
**England vs Iran**

Gaming · Trending                                              ...
**3DS RAINBOW ROAD**

← **Tweet**

 **Stivi De Tivi** ✓
@StiviDeTivi                                    ⋯

Sigue el rodaje de la miniserie #PamAndTommy con #LilyJames y #SebastianStan interpretando a #PamelaAnderson y #TommyLee.

Translate Tweet



1:20 PM · Jun 8, 2021 from Benito Juárez, Distrito Federal · Twitter for iPhone

**2** Retweets  **1** Quote Tweet  **34** Likes



💬          ⟲          ♡          ⬆

[P]   Tweet your reply                              Reply


lukaslukatero @lukaslukateroM · Jun 8 2021    ⋯
Replying to @StiviDeTivi
Y si tendrá los "tamaños" que tenía #TommyLee él? 🤔😂😂😂😂📸

💬          ⟲          ♡          ⬆

---

🔍 Search Twitter

**Relevant people**

 **Stivi De Tivi** ✓    **Follow**
@StiviDeTivi
Stivi De TiVi (Enrique Solorzano). AMO las series y el cine. Me encuentras en radio, TV, podcast, revistas, medios digitales y fiestas. Pronombres: Él/Su/Suyo

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**                               

Trending in United States                ⋯
**1-0 USA**
12.2K Tweets

Trending in California                   ⋯
**LETS GOOOOOO**
3,261 Tweets

Trending in United States                ⋯
**WHAT A GOAL**
17.8K Tweets

Family drama · Trending                  ⋯
**#GTMcontest5**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**#** Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

← Tweet

**Linda Ikeji**
@lindaikeji

···

Jennifer Lopez sparks engagement rumors with massive ring lindaikejisblog.com/2022/4/jennife...



11:28 PM · Apr 7, 2022 · LIB App

**7** Likes

Tweet your reply

Reply

### Relevant people

**Linda Ikeji**
@lindaikeji
Blogger. CEO, LindaIkejiTV

Follow

### What's happening

NFL · 1 hour ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
67.4K Tweets

Trending in United States
**Dreamers MV**
162K Tweets

Entertainment · Trending
**Sinbad**
8,015 Tweets

Sports · Trending
**Ty Lue**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/urihannacom/status/1407933232023285505 _el _ 2022-11-22 18:21:34 -08:00
Case 2:22-cv-09462-DMG-ADS Document 23-12 Filed 03/13/23 Page 90 of 101 Page ID #:4265





**Search Twitter**

**Ultimate Rihanna**
@urihannacom

**Relevant people**

**Ultimate Rihanna**
@urihannacom    Follow
Your most reliable #Rihanna fan source, serving you since the beginning!

Rihanna and ASAP Rocky spotted in #NYC heading to Barcade (06.23)

•

PHOTOS📷: Ultimate-Rihanna.com



**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Trending in United States
**RIP Harold**

Trending in United States
**Ole Miss**
5,306 Tweets

Bachelor in Paradise · Trending
**#bachelorinparadiseabc** 👻
3,172 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

10:22 PM · Jun 23, 2021 · Twitter for iPhone

**Perkowski Legal P.C.**
@c_perkowski

**56** Retweets  **19** Quote Tweets  **555** Likes

Tweet your reply    **Reply**

¿ @fentysnavi · Jun 23, 2021
Replying to @urihannacom
Not ASAP again
❤ 3

𝕽𝖆𝖌𝖚𝖒𝖎 🏹 @kazumichinn · Jun 23, 2021
Replying to @urihannacom
i kno it must suck being famous
❤ 2

kim @_Kim_12345 · Jun 24, 2021
Replying to @urihannacom
With that dress
❤ 1

The Style Diaspora @LeStyleDiaspora · Jun 24, 2021
Replying to @_Kim_12345 and @urihannacom
Yes she is

kim @_Kim_12345 · Jun 24, 2021
Replying to @urihannacom
She's killing that hat🔥
❤ 2

The Style Diaspora @LeStyleDiaspora · Jun 24, 2021
Replying to @_Kim_12345 and @urihannacom
Yes she is



← Tweet

**Sole Retriever**
@SoleRetriever

Me and those Burgundy 1s

5:47 PM · Nov 19, 2021 · Twitter for iPhone

9 Retweets   2 Quote Tweets   158 Likes

Tweet your reply                                      Reply

**Curtis Low** @the_lost_hallo · Nov 19, 2021
Replying to @SoleRetriever
They just have that sophisticated look.

**Ayanda** @Phateyanda · Nov 20, 2021
Replying to @SoleRetriever
This is not funny.



@Typebeastsuprem · Nov 19, 2021
Replying to @SoleRetriever
Downgrade

1                    1

**The 4 Connoisseur** @mikefrank2020 · Nov 19, 2021
Replying to @Typebeastsuprem and @SoleRetriever
I would say so, plus she cannot be single for more than a few days...
shoutout to Kris Humphries & Pete Davidson for making the most average
of men think they have a shot with any woman, myself included.
👍

1                    1

**dante 🕺** @Dante_GBE · Nov 19, 2021
Replying to @SoleRetriever
that's not kanye

**shaifer2pc(UGS)** @instoreDon · Nov 19, 2021
Replying to @SoleRetriever
kanye better fuck her sister
                     6

**PYREX PRIME MINISTER** @jesxg83ny · Nov 19, 2021
Replying to @SoleRetriever

This Tweet is from a suspended account. Learn more

**The 4 Connoisseur** @mikefrank2020 · Nov 19, 2021
Replying to @Cryst96462638 and @SoleRetriever
She goes through guys like we go through shoes... I think. That's my best
guess bc I'm confused too
                     3

This Tweet was deleted by the Tweet author. Learn more

This Tweet is from a suspended account. Learn more

Show replies

**Relevant people**

**Sole Retriever**
@SoleRetriever                    Follow
We democratize access, knowledge
and discovery to all of the latest
sneaker drops and information –
amongst other things. 👟 | Tweets
may be affiliated

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
**El VAR**
72.9K Tweets

Entertainment · Trending
**Died Suddenly**
79.9K Tweets

Trending in California
**Mexicans**
7,225 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 23-12   Filed 03/13/23   Page 92 of 101   Page ID #:4267

← **Tweet**

## Home

\# Explore

Notifications

✉ Messages

🔖 Bookmarks

▣ Lists

Profile

⊙ More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.**
@c_perkowski   ...

__ https://twitter.com/agfotosevideos/status/1552631464436662273 __ at __ 2022-11-20 17:32:20 -08:00 __

← **Tweet**



**ATENÇÃO GEEK | Mídia**
@agfotosevideos

···

Fotos da Dakota Johnson nos bastidores de
#MadameWeb



5:26 AM · Jul 28, 2022 · Twitter for Android

**7** Retweets    **28** Likes

    

 Tweet your reply    **Reply**

## Relevant people

 **ATENÇÃO GEEK | Mídia**    **Follow**
@agfotosevideos

Conta para fotos e vídeos dos
bastidores do mundo do
entretenimento. Conta oficial:
@atencaogeek

## What's happening

NFL · 46 minutes ago
**Bengals at Steelers**



**#Disenchanted** 🧑‍🦰
Original movie now streaming
▶ Promoted by Disney+

Trending in United States    ···
**Dove Cameron**
4,699 Tweets

Trending in United States    ···
**Machine Gun Kelly**
1,421 Tweets

Trending in United States    ···
**Wayne Brady**
1,259 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

Search Twitter



**Perkowski Legal P.C.** ···
@c_perkowski

← Tweet

Search Twitter

 **Clicky Sound**
@ClickySound                                      •••

**clickysound.com/selena-gomez-e...**  Selena Gomez looks chic amid her new single's drama, Kim Kardashian heads to Ulta after her birthday and more...



10:39 AM · Oct 23, 2019 · Clicky Sound

## Relevant people

 **Clicky Sound**
@ClickySound                        Follow
Photography at its Best!

## What's happening

NFL · 2 hours ago
**Cowboys at Vikings**                

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States            •••
**Bob Iger**
Trending with Chapek

Trending in United States            •••
**Disney CEO**
7,133 Tweets

Trending in United States            •••
**Cult of Personality**
1,111 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

 Tweet your reply            Reply

Perkowski Legal P.C.            •••
@c_perkowski

← **Tweet**

☐ Home

# Explore

🔔 Notifications  ¹

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

 **Türkçe**
@turkce    ⋯

Karaman sohbeti: Beyaz perdede boy gösterecek olan Don't Worry Darling filminin çekimleri sürüyor. Filmde rol alan Harry Styles, önceki gün sette rol arkadaşı Olivia Wilde'ın karavanına yaptığı ziyaret objektiflere...
dlvr.it/Rl393B #Türkçe #MagazinHaberleri #Magazin

Translate Tweet



4:45 AM · Nov 5, 2020 · dlvr.it

💬          🔁          ♡          ⬆

 Tweet your reply          **Reply**

### Relevant people

 **Türkçe**
@turkce          **Follow**

Gazete ve dergilerden Türkçe Haberler, Son Dakika, Spor, Magazin, Teknoloji, Sinema Haberleri. İletişim ve iş birliği için: turkcemag@gmail.com

### What's happening

FIFA World Cup · 5 hours ago
**Mexico vs Poland**



#AvatarTheWayOfWater 
Get tickets now – In theaters December 16
📢 Promoted by Avatar

Entertainment · Trending          ⋯
**Jane Lynch**

Food · Trending          ⋯
**Reddi Whip**

Entertainment · Trending          ⋯
**#GTMcontest33**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

P **Perkowski Legal P.C.**   ⋯
@c_perkowski

— https://twitter.com/farangsuoy/status/1329012100199399426 — et — 2022-11-21 13:06:04 -08:00

← **Tweet**

**Just girls+**
@farangsuoy

···

#CandiceSwanepoel 16/11/2020 ที่หาดไมอามี่ เห็นแล้ว
ขอกราบหุ่นคุณแม่ลูกสองไว้ ณ ที่นี้เลยจ้าแม่ 🧎

Translate Tweet



2:42 AM · Nov 18, 2020 · Twitter Web App

**345** Retweets   **11** Quote Tweets   **266** Likes

💬          ⟲          ♡          ⬆

Tweet your reply          **Reply**

pakahoo_xoxo @pakahoo_xoxo · Nov 18, 2020   ···
Replying to @farangsuoy
อื้อหืออออ หุนนาง

💬          ⟲          ♡          ⬆


**Perkowski Legal P.C.**
@c_perkowski          ···

---

🔍 Search Twitter

**Relevant people**

**Just girls+**          Follow
@farangsuoy
If you can't be kind, just be quiet.
Thank you :)

**What's happening**

FIFA World Cup · **LIVE**
USA vs Wales

Trending in United States          ···
**Jordan Morris**
Trending with Acosta, Reyna

Trending in United States          ···
**1-0 USA**
20K Tweets

Entertainment · Trending          ···
**julia fox**
6,666 Tweets

Trending in California          ···
**Telemundo**
7,501 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

Q Search Twitter

 **Blessed**
@ID6ix                                    ···



12:15 PM · Nov 25, 2019 · TweetDeck

**238** Retweets    **10** Quote Tweets    **2,077** Likes

💬          ⇄          ♡          ⬆

 Tweet your reply                    Reply

**Relevant people**

 **Blessed**        Follow
@ID6ix
🌐 WORLD CULTURE 🌐

**What's happening**

FIFA World Cup · Earlier today
**Mexico vs Poland**                    

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in United States            ···
**RIP Harold**

Trending in California               ···
**Hooters**
8,249 Tweets

Sports · Trending                    ···
**Manchester United**
346K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home

# Explore

🔔 Notifications ①

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**



← Tweet



Foochia - فوشيا ✓
@foochia

بعد شائعة انفصالهما.. الباباراتزي يصورون لقطات رومانسية
تجمع جنيفر لوبيز مع خطيبها اليكس رودريغز

#مشاهير #باباراتزي #جنيفر_لوبيز #أليكس_رودريغز

Translate Tweet



3:01 AM · Mar 18, 2021 · Hootsuite Inc.

2 Retweets    9 Likes

Tweet your reply                                    Reply

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

Tweet

Q  Search Twitter

### Relevant people



Foochia - فوشيا ✓          Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

### What's happening

FIFA World Cup · LIVE
**Mexico vs Poland**

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
114K Tweets

Trending in United States
**Argentina**
Trending with Messi

Music · Trending
**WayV**
126K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.


Perkowski Legal P.C.  ···
@c_perkowski

https://twitter.com/filmsbyrneche/status/1088618009713885189 __ at __ 2022-11-20 10:06:18 -08:00 __

← Tweet

Q Search Twitter

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

🧸 **☐☐**
@filmsbydelrey

···

## Dakota en Beverly Hills 😍



6:02 PM · Jan 24, 2019 · Twitter for Android

**1** Retweet   **5** Likes

💬          ⟲          ♡          ⬆️

Ⓟ   Tweet your reply                    Reply

**Relevant people**

🧸 **☐☐**
@filmsbydelrey
multifandom ✦•.

Follow

**What's happening**

Television · Last night
**Saturday Night Live airing on NBC**

**#Disenchanted** 👸
Original movie now streaming
▶️ Promoted by Disney+

Trending in United States          ···
**#MassShooting**
3,808 Tweets

Trending in United States          ···
**Morgan Freeman**
163K Tweets

Only on Twitter · Trending          ···
**Jason David Frank**
Trending with  First Kevin Conroy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Ⓟ   **Perkowski Legal P.C.**   ···
@c_perkowski

__ https://twitter.com/BookingFreetime/status/1556944349832921088 __ at __ 2022-11-20 22:12:48 -08:00 __

← **Tweet**

**Freetime**
@BookingFreetime

Premières images d'Anthony Ramos dans le rôle de The Hood sur le tournage de la série Marvel #Ironheart. 📸

Translate Tweet



3:03 AM · Aug 9, 2022 · Twitter Web App

Tweet your reply

Reply

---

**Relevant people**

**Freetime**
@BookingFreetime

Follow

Freetime est une page d'information du cinéma, du divertissement, des séries et plateformes de streaming du moment et à venir.

**What's happening**

NFL · 1 hour ago
**Chiefs at Chargers**

#Disenchanted 🧚
Original movie now streaming
Promoted by Disney+

Trending in California
**#Raiders**
Trending with Broncos, #RaiderNation 🏴‍☠️

Music · Trending
**#BLACKPINK_WORLDTOUR**
56.7K Tweets

Trending in United States
**#AMAs** 💋
Trending with soobin, yeonjun

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/StrangerNews11/status/1388503816949760121/...  2022-11-23 17:37:50 -06:00    Filed 03/11/23    Document 23:10    Page 101 of 101    Page ID #4278

Q Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⚫ More

**Tweet**

**Stranger Things 4**
@StrangerNews11

FROM SEASON 2 TO SEASON 4... ❤️ 😍
#MaxMayfield



11:00 AM · May 1, 2021 · Buffer

**71** Retweets   **7** Quote Tweets   **1,387** Likes

♡  ⟳  ♡  ⬆

Tweet your reply                    **Reply**

**Daniel WILD (gatito de Sadie Sink (**+a...** @danielp... · May 1, 2021
Replying to @StrangerNews11
El mejor personaje femenino, le pese a quien le pese.

Sadie tiene un cabello tan hermoso, bueno, todo su ser es hermoso 🥰

Aquí dejo un pequeño dibujo de la linda Max, no sé quien es el autor, pero merezco crédito de 10



**Relevant people**

**Stranger Things 4**            **Follow**
@StrangerNews11
News and Filming Updates about
Stranger Things... 🎥 Photos, Videos
and Information about the Cast. 👥
🧡 Fan Community. Netflix Shows &
Movies. 04/04

**What's happening**

FIFA World Cup · 2 hours ago
**Mexico vs Poland**

**#AustarTheWayOfWater** 🎬
#AvatarTheWayOfWater
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in California
**Mexicans**
19.6K Tweets

Trending in California
**Lucas**
148K Tweets

Trending in United States
**#BoycottTampax**
7.931 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ...
© 2022 Twitter, Inc.

♡  ⟳  ♡ 2  ⬆

**Daniel WILD (gatito de Sadie Sink (**+a...** @danielp... · May 1, 2021
Replying to @StrangerNews11
Siempre soy agradecido por fotos nuevas de Sadie Sink, aunque en esta ocasión esta junto a una persona que no es agradable para mi 😩

♡  ⟳  ♡  ⬆

**💛💚 @j_maddie__11** @danielp... · May 1, 2021
Replying to @StrangerNews11
👐👐

♡  ⟳  ♡  ⬆

**Daniel WILD (gatito de Sadie Sink (**+a...** @danielp... · May 1, 2021
Replying to @StrangerNews11
Sadie tiene la misma cara que yo pongo cuando me tomo una foto más a fuerzas que de ganas 😂😂

Show replies

**PERLA MARTINEZ** @princessemoti... · May 2, 2021
Replying to @StrangerNews11
Hell of a glow up baby~💖💖💖💖💖

▶

♡  ⟳  ♡  ⬆

**Luiz Ricardo** @LuizRic1377105... · May 1, 2021
Replying to @StrangerNews11
😍😍😍😍

♡  ⟳  ♡ 1  ⬆

**Fleubs Jonathan** @Fleubs1 · May 9, 2021
Replying to @StrangerNews11
Very nice lady 😍

♡  ⟳  ♡  ⬆

**Naileth Martínez** @NailethMartin1b · May 1, 2021
Replying to @StrangerNews11

▶

♡  ⟳  ♡ 1  ⬆

This Tweet was deleted by the Tweet author. Learn more

**ben** @ben66027837 · May 1, 2021
season 3 when they're looking at billy at the pool

♡  ⟳  ♡  ⬆

Perkowski Legal P.C.        ...
@c_perkowski