# EXHIBIT B Continued

https://twitter.com/StrangerNews11/status/1388503830849761321... 2020-11-20 13:21:00 GMT 04:20 | Filed 03/13/23 | Page 2 of 101 | Page ID #6278

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Q Search Twitter

Stranger Things 4
@StrangerNews11                                    **Follow**

FROM SEASON 2 TO SEASON 4... ❤️ 😍
#MaxMayfield



11:00 AM · May 1, 2021 · Buffer

**71** Retweets   **7** Quote Tweets   **1,367** Likes

♡          💬          🔁          📤

Tweet your reply                                   **Reply**

Daniel WILD @(edilio de Sadie Sink )**•... @danielp...   May 1, 2021
Replying to @StrangerNews11
El mejor personaje femenino, le pesa a quien le pese.

Sadie tiene un cabello tan hermoso, bueno, todo su ser es hermoso 😍

Aquí dejo un pequeño dibujo de la linda Max, no se quien es el autor, pero le quedo de 10

[drawing image]

♡          💬          ♡ 2          📤

Daniel WILD @(edilio de Sadie Sink )**•... @danielp...   May 1, 2021
Replying to @StrangerNews11
Siempre soy agradecido por fotos nuevas de Sadie Sink, aunque en esta ocasión esta junto a una persona que no es agradable para mi 😅

[photo of person in sunglasses]

♡          💬          ♡          📤

0595 @_maddie__11 @dani0p...   May 1, 2021
Replying to @StrangerNews11
🥺🥺

[photo of two people]

♡          💬          ♡          📤

Daniel WILD @(edilio de Sadie Sink )**•... @danielp...   May 1, 2021
Replying to @_maddie__11 and @StrangerNews11
Sadie Sink se pone la misma cara que yo pongo cuando me tomo una foto más a fuerza que de ganas 😅

♡          💬          ♡          📤

Show replies

PERLA MARTINEZ @princessemal_... May 2, 2021
Replying to @StrangerNews11
Hell of a glow up baby🥺🥺❤️❤️



♡          💬          ♡          📤

Luiz Ricardo @LuizRic13777595 · May 5, 2021
Replying to @StrangerNews11
😍😍😍😍

♡          💬          ♡ 1          📤

Fleubs Jonathan @fifikato · May 9, 2021
Replying to @StrangerNews11
Very nice lady 😍

♡          💬          ♡          📤

Naileth Martinez @NailnthMartin1b · May 1, 2021
Replying to @StrangerNews11

[video: OH MY GOD]

♡          💬          ♡ 1          📤

This Tweet was deleted by the Tweet author. Learn more

ben @ben6032787 · May 1, 2021
season 3 when they're looking at billy at the pool

♡          💬          ♡          📤

**Relevant people**

Stranger Things 4
@StrangerNews11                **Follow**
News and Filming Updates about
Stranger Things. 📷 Photos, Videos
and Information about the Cast. 🎬
❤️ Fan Community. Netflix Shows &
Movies. 04/04

**What's happening**

FIFA World Cup · 2 hours ago
Mexico vs Poland

#AsiatarTheWayOfWater🐳
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in California
Mexicano
10.6K Tweets

Trending in California
Lucas
148K Tweets

Trending in United States
#BoycottTampax
7.931 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

← **Tweet**

Search Twitter

🏠 Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

**Robert Littal BSO** ✓ ⋯
@BSO

Suns Fans From #NBATwitter🧑‍🦽 Are Begging Devin Booker To Break Up With Kendall Jenner After His "Slow" Start To The Season & Even After Latest Good Game (Tweets-Vids) bit.ly/2KEE0ME via @BasketballguruD



10:21 PM · Jan 20, 2021 · BSO Alert

**3** Retweets   **2** Quote Tweet   **12** Likes

💬            🔁            ♡            ⬆

**Perkowski Legal P.C.** ⋯
@c_perkowski

Ⓟ  Tweet your reply                           Reply

Sandra Morales @SandraM45397963 · Jan 21, 2021   ⋯
Replying to @BSO and @BasketballGuruD
He went after her and she's a Jenner

💬            🔁            ♡            ⬆

Star-Girl @RebelHebrew · Jan 20, 2021   ⋯
Replying to @BSO and @BasketballGuruD
There's no one in the world more privileged than sports fanatics! They dictate these players love lives. Can we go back to the time where we'd mind our own business?

💬 1          🔁          ♡ 1          ⬆

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

Show replies

Show more replies

### Relevant people

 **Robert Littal BSO** ✓
@BSO                                    Follow
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 🖤 AML

**The Daniel Bell©**
@BasketballGuruD                         Follow
Thunder Beat Reporter For @BSO | Contributor for the @FranchiseOK | A lot of sports tweets | dbell3220@icloud.com

### What's happening

FIFA World Cup · 2 hours ago
**Argentina vs Saudi Arabia**                

**#AvatarTheWayOfWater**🧑
Get tickets now · In theaters December 16
📣 Promoted by Avatar

Trending in United States                    ⋯
**Died Suddenly**
105K Tweets

Trending in United States                    ⋯
**#السعودية_الأرجنتين**
1.2M Tweets

Trending in United States                    ⋯
**Argentina**
Trending with #FIFAWorldCup 🏆 . Herve Renard

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

Home

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 **Türkçe**
@turkce

Film aşkı gerçek oldu: Deep Water filminde evli bir çifti canlandıran Ben Affleck ile Ana De Armas, gerçek hayatta da aşk yaşamaya başladı. İkili, birlikte çıktıkları Costa Rica tatilinde objektiflere yansıdı dlvr.it/RRpPbr #Türkçe #MagazinHaberleri #Magazin

Translate Tweet



3:38 AM · Mar 13, 2020 · dlvr.it

**1** Like

 

 Tweet your reply    Reply

Search Twitter

## Relevant people

 **Türkçe**
@turkce    Follow

Gazete ve dergilerden Türkçe Haberler, Son Dakika, Spor, Magazin, Teknoloji, Sinema Haberleri. İletişim ve iş birliği için: turkcemag@gmail.com

## What's happening

Television · LIVE
**Bachelor in Paradise airing on ABC**


#AvatarTheWayOfWater
Get tickets now - In theaters December 16
🎬 Promoted by Avatar

Trending in United States
**RIP Harold**
Trending with TO BE CLEAR

Sports · Trending
**Ronaldo**
Trending with Glazers, Manchester United

Politics · Trending
**Naomi Biden**
23.8K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/skinnysel/status/1501285064922972161 __el__ 2022-11-21 09:27:06 -08:00

← Tweet

**emrah 🏳️ (fan account)** ···
@skinnysel

## selena looks SO good



👤 Selena Gomez

11:53 AM · Mar 8, 2022 · Twitter for Android

**83** Retweets   **2** Quote Tweets   **940** Likes

💬    ↻    ♡    ⬆

🅿 Tweet your reply      **Reply**

**mcbrack'sthecomedianKE254** @Owino9Barack · Mar 10
Replying to @skinnysel and @selenagomez
Hi
💬    ↻    ♡    ⬆

**John Williams Arambarri Lizana** @JohnArambarri · Mar 15
Replying to @skinnysel and @selenagomez
Linda
💬    ↻    ♡    ⬆

**josh** @jdav8457 · Mar 8
Replying to @skinnysel and @selenagomez
i hope she's happy :)
💬    ↻    ♡    ⬆

**veli** @sweetenerplace · Mar 8
Replying to @skinnysel and @selenagomez
face card never declines



💬 1    ↻    ♡ 7    ⬆

**emrah 🏳️ (fan account)** @skinnysel · Mar 8
Replying to @sweetenerplace and @selenagomez
her lips so pretty 😍
💬    ↻    ♡ 1    ⬆

**fran (fan account)** @SELSREP · Mar 8
Replying to @skinnysel and @selenagomez
you look better
💬 1    ↻    ♡ 1    ⬆

**aouu** @divineesgomez · Mar 8
Replying to @SELSREP @skinnysel and @selenagomez
And you wish
💬 1    ↻    ♡ 4    ⬆

Show replies

**♥** @selcutie_ · Mar 8
Replying to @skinnysel and @selenagomez
IKR


GIF

💬    ↻    ♡    ⬆

### Left sidebar

🐦

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
··· More

**Tweet**

🅿 **Perkowski Legal P.C.** ···
@c_perkowski

### Right sidebar

🔍 Search Twitter

**Relevant people**



**emrah 🏳️ (fan accou...**   **Follow**
@skinnysel
selena, taylor, ariana, olivia · fan account - he/him. (selena follows 🥺)

**Selena Gomez** ✓   **Follow**
@selenagomez
My Mind & Me out November 4th: apple.co/selenagomezdoc The song is out now: SelenaGomez.lnk.to/MyMindAndMe

**What's happening**



FIFA World Cup · LIVE
**Senegal vs Netherlands**

Trending in California ···
**Dodger Stadium**
14K Tweets

Trending in United States ···
**Senegal**
Trending with #SENNED, De Jong

Trending in United States ···
**Janssen**
7,370 Tweets

Sports · Trending ···
**AP Poll**
11.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



__ https://twitter.com/lovPTfsf4ever/status/1578078493929357325 __ at __ 2022-11-20 14:19:52 -08:00 __

← **Tweet**



**Tom!! Silly Potterhead**
@lovPTfsf4ever

···

## HOLY COW #MadameWeb



10:43 AM · Oct 6, 2022 · Twitter for iPhone



Tweet your reply

Reply

Q Search Twitter

## Relevant people



**Tom!! Silly Potterhead**
@lovPTfsf4ever

Follow

"Mr.Stark i don't feel so good" | Real steel fav film| POTTERHEAD 4EVER |Star Wars| |Bnha fan| |Musicals| |Marvel| Comics\#twitteroweksiazkary

## What's happening

Formula 1 · This morning
**Abu Dhabi Grand Prix 2022**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
▣ Promoted by Disney+

Only on Twitter · Trending
**Rest in Power**
26.7K Tweets

···

Trending in California
**Rest In Peace**
56.9K Tweets

···

Sports · Trending
**McVay**

···

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski
···

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**



https://twitter.com/proxcinemente/status/1539724365668963457 — at — 2022-11-19 20:14:22 -08:00 —



← Tweet



 **Marvel Universe Argentina**
@marveluniversar ...

## ¡Adam Scott en el set de 'MADAME WEB'!

 

9:46 AM · Jul 28, 2022 · Twitter for iPhone

**1** Like

Tweet your reply                                    Reply

---

🔍 Search Twitter

## Relevant people

 **Marvel Universe Arg...** Follow
@marveluniversar
Información, novedades y teorías sobre el universo Marvel en un solo lugar. Contacto: marveluniverse.arg@gmail.com
#SheHulk #IAmGroot 🇦🇷

## What's happening


FIFA World Cup · 1 hour ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🙋‍♀️
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending ...
**#RIPLEGEND**
3,697 Tweets

Trending in California ...
**Shakira**
99.2K Tweets

Trending in California ...
**Rigged**
39.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---





**Stranger Things 4**
@StrangerNews11

Joe Keery has confirmed he has finished filming Stranger Things 4.

"I just wrapped up my own stuff, so we are getting close. We are still going but we are getting there. I think it is going to be worth the wait."

7:05 AM · Apr 7, 2021 · Buffer

229 Retweets    332 Quote Tweets    3,396 Likes

**Relevant people**

**Stranger Things 4**
@StrangerNews11                                    Follow
News and Filming Updates about
Stranger Things. 💜 Photos, Videos
and Information about the Cast.. ❤️
Fan Community, Netflix Shows &
Movies. 04/04

**What's happening**

FIFA World Cup · 1 hour ago
**Mexico vs Poland**
Promoted by Avatar

Trending in United States
**#AvatarTheWayOfWater**
2,926 Tweets

Trending in United States
**Ochoa**
Trending with LewandowskI, #Messinhist

Celebrities · Trending
**Tom Hanks**
4,967 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

Tweet your reply                                    Reply

**Madmax751300** @madhizmachass1 · Aug 7, 2021
Replying to @StrangerNews11
Even maya hawke has finished filming

🦋 **No ❌ ↗️** @murankliln · Aug 6, 2021
Replying to @StrangerNews11
Is it there were more episodes, like 13-20 :-)

🦋 **No ❌ ↗️** @murankliln · Aug 6, 2021
Replying to @StrangerNews11
Doesn't mean he is gonna die, ugh

💜 **omg diy loves the color blue** 💙 @shy(k)... · Aug 6, 2021
Replying to @StrangerNews11
I hope they got him the same makeup artist for this season, I wanna see
them lashes and glossy lips!

**Gabby :)** @WordsLunar · Aug 6, 2021
Replying to @StrangerNews11
If Dingus dies :c

**trashmyguy** @xaggyblaggybb · Aug 7, 2021
Replying to @StrangerNews11
nice 👍

**oz** @ahojmoOra · Aug 7, 2021
Replying to @StrangerNews11
it just can not be(_:)

**PERLA MARTÍNEZ** @pmmonserrat_ · Aug 7, 2021
Replying to @StrangerNews11
HELL YEAH, CANT WAIT!!👏❤️

**ciara 🤍** @clarascosta · Aug 7, 2021
Replying to @StrangerNews11
Pfv q o Steve não morra nessa temporada

**Chrys Melo** @ChrysMelo7 · Aug 7, 2021
Replying to @StrangerNews11
aaa i really want to see the new season !!

**miss royale | royale high** 💜 @missroyalex · Aug 7, 2021
Replying to @StrangerNews11
OMG

**miss royale | royale high** 💜 @missroyalex · Aug 7, 2021
Replying to @StrangerNews11
I FEEL LIKE STEVE IS GONNA DIE NOOOO

**stranger things season 4**🍂 @TMelisaxxx · Aug 7, 2021
Replying to @StrangerNews11
Dude is he gonna die in this season

**Roses002** @Roses0021 · Aug 5, 2021
Replying to @StrangerNews11
wait, I dont think the others confirmed that they were done, oh no, I think
he's dies this season
I hope so

**Robert Richards** @Robert95586247118 · Aug 6, 2021
Replying to @StrangerNews11
Wow!!

**~zohel1)** @ashey2006 · Aug 7, 2021
Replying to @StrangerNews11
I know that we don't want to admit it but come on, Steve probably will die
this season. Which sucks bc he's my favourite character. Filming stranger
things takes a LONG TIME because it requires alot of takes and all the scene
setting. And they only started filming not long ago :(

**Eileen Gulley-Ryan** @gulley_eileen · Aug 6, 2021
Replying to @ashey2006 and @StrangerNews11
They've been filming for 12 months~

Show replies

**Özgür #Skywalker&Bishop** @bugrathewise · Aug 7, 2021
Replying to @StrangerNews11
Please don't die this season
Please don't die this season
Please don't die this season
Please don't die this season
Please don't die this season
Please don't die this season
Please don't die this season
Please don't die this season
Please don't die this season

**Ebimon** @Ebimon6 · Aug 7, 2021
Replying to @bugrathewise and @StrangerNews11
Never

**romanoff** @welndppf · Aug 6, 2021
Replying to @StrangerNews11
pls dont die, pls dont die 🙏🥺

**liz | ❤️ewart shippe** 🌙 @Hollehllett_ · Aug 7, 2021
Replying to @StrangerNews11
pfvr Steve não morra nessa temporada

**mariah** @IamMariahAIID · Aug 13, 2021
Replying to @StrangerNews11
Oh good! Steve got the job (:

**robin** @brdnicklieiy · Aug 7, 2021
Replying to @StrangerNews11
deus do céu

**Yui-Lee Harrington: Open Commissio...** @GothicNoi... · Aug 7, 2021
My reaction if Steve dies

← **Tweet**

**ATENÇÃO GEEK | Mídia**
@agfotosevideos
···

Fotos dos bastidores da série #IronHeart, com
Dominique Thorne como Riri Williams com um novo
traje depois do filme #WakandaForever🖤
📷: @JustJared

Translate Tweet

2:13 PM · Aug 8, 2022 · Twitter for Android

**5** Likes

💬    🔁    ♡    📤

🅿️  Tweet your reply                          Reply

## Left sidebar

🐦

🏠 Home

\# Explore

🔔 Notifications  ①

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**


**Perkowski Legal P.C.**
@c_perkowski  ···

## Right sidebar

🔍 Search Twitter

**Relevant people**

**ATENÇÃO GEEK | Mídia**    Follow
@agfotosevideos
Conta para fotos e vídeos dos
bastidores do mundo do
entretenimento. Conta oficial:
@atencaogeek

**JustJared.com** ✓    Follow
@JustJared
Your #1 Entertainment Authority Also
follow @jaredeng & @justjaredjr

**What's happening**

Television · 2 hours ago
**Saturday Night Live airing on
NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
▶ Promoted by Uber

Trending in California                          ···
**Andrew Tate**
27.7K Tweets

Trending in United States                          ···
**Blocked**
129K Tweets

Trending in United States                          ···
**Waka Waka**
38.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

**Home**

\# **Explore**

🔔 **Notifications** ①

✉ **Messages**

🔖 **Bookmarks**

**Lists**

**Profile**

⋯ **More**

**Tweet**

🔍 Search Twitter

Cosmic Media
@CosmicMMedia                                        ⋯



9:06 AM · Aug 9, 2022 · Twitter for iPhone

**93** Retweets   **70** Quote Tweets   **1,125** Likes

💬        🔁        ♡        ⬆

**Relevant people**

Cosmic Media                     **Follow**
@CosmicMMedia
Your #1 source for all leaks
surrounding Marvel, Star Wars, and
Disney | Backup for @cosmic_marvel

**What's happening**

NFL · 1 hour ago
**Chiefs at Chargers**

#Disenchanted 🧙
Original movie now streaming
⊡ Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, Disney

Trending in United States
**UCLA**
14.2K Tweets

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

🅿 Tweet your reply                          **Reply**

Phoenix with Bread ✪ @foxwithalatte · Aug 9      ⋯
Replying to @CosmicMMedia
Wonder why they beefed him up
💬 1            🔁            ♡            ⬆

Nawras.W @Nawras_98 · Aug 9                       ⋯
Replying to @foxwithalatte and @CosmicMMedia
Kingpin from comics is T H I C C
💬 1            🔁            ♡ 16         ⬆
Show replies

DarthThan0s @DarthThanos5 · Aug 9                 ⋯
Replying to @CosmicMMedia
@kcroyalsfanatic
💬            🔁            ♡ 1          ⬆

Alex @Alexonfilms · Aug 9                          ⋯
Replying to @CosmicMMedia
Does he have the cuff links though.....
💬            🔁            ♡ 1          ⬆

Mel @Ixaac_11 · Aug 9                              ⋯
Replying to @CosmicMMedia
That's old
💬 2            🔁            ♡            ⬆

Rebecca CEO of Benedict Bridgerton's vests @whiskeyslasso · Aug 9   ⋯
Replying to @Ixaac_11 and @CosmicMMedia
Not it's not. It's from Echo filming. atlanta_filming posted it to IG
💬 2            🔁            ♡ 78         ⬆
Show replies

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more

shelton @Nomad9223 · Aug 9                         ⋯
Replying to @Syke_13 and @CosmicMMedia
These got to be for flashback episodes. There's no way he gets shot in the
face and doesn't have a scar.
💬 1            🔁            ♡ 7          ⬆

Show additional replies, including those that may contain offensive
content                                                     **Show**

Perkowski Legal P.C.   ⋯
@c_perkowski

← **Tweet**

🔍 Search Twitter

🏠 Home

\# Explore

🔔 Notifications ①

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

🖼 🎄 **Spider_Man_Agro** 🎄  ⋯
@SpiderAgro

Tenemos nuevas imágenes filtradas de #MadameWeb

Translate Tweet



1:18 PM · Oct 6, 2022 · Twitter for Android

💬          ⟲          ♡          ⬆

🅿 Tweet your reply                    **Reply**

**Relevant people**

🎄 **Spider_Man_Agro** 🎄    **Follow**
@SpiderAgro

Hola soy su amigo Spider-Man de la Agro y este es mi Twitter oficial

**What's happening**

NFL · LIVE
**Browns at Bills**



**#Disenchanted** 👩
Original movie now streaming
▶ Promoted by Disney+

Trending in California    ⋯
**Shakira**
107K Tweets

Entertainment · Trending    ⋯
**Morgan Freeman**
179K Tweets

Trending in United States    ⋯
**Rest In Peace**
43.1K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

← Tweet



**Kardashian Brasil #TheKardashians**
@kardashibrasil

···

Kylie Jenner, Khloé Kardashian e Doja Cat na after party da Balenciaga em Paris, ontem (02).




6:56 AM · Oct 3, 2022 · Twitter for iPhone

**6** Retweets    **44** Likes

 Tweet your reply

Reply

---

## Relevant people



**Kardashian Brasil #Th...**
@kardashibrasil    Follow

O primeiro e melhor portal de notícias no Brasil sobre a família Kardashian e Jenner desde 2010 | **@KBRMidia** **@KBRBackup**. — We don't have contact with them.

## What's happening

Television · Last night
**Saturday Night Live airing on NBC**


**#Disenchanted** 👸
Original movie now streaming
▶ Promoted by Disney+

Trending in California    ···
**Rest In Peace**
41.8K Tweets

Only on Twitter · Trending    ···
**Rest in Power**
16.3K Tweets

Trending in California    ···
**Shakira**
108K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski    ···

https://twitter.com/seriestwbz/status/1071059041805795328 __ et __ 2022-11-22 19:56:07 -08:00

← Tweet

**Séries TV Show BR**
@SeriesTWBZ

#AvengersEndgame

Será que essas cenas com a viúva no trailer são no começo do filme ou é edição gráfica ?

Lembrando que vazaram várias imagens dela ruiva com cabelo mais comprido.

Para não dar spoiler do possível salto temporal será ???

Translate Tweet



7:11 AM · Dec 7, 2018 · Twitter for Android

25 Retweets    143 Likes

**rick** @rickmagnu · Dec 7, 2018
Replying to @SeriesTWBZ
Provavelmente é no começo do filme. Os vingadores devem se reunir na base pra discutirem o que aconteceu com o universo e tals

1

**Séries TV Show BR** @SeriesTWBZ · Dec 7, 2018
Replying to @rickmagnu
Sim provavelmente. Mas nesse possível começo de filme Capitão já tem novo uniforme Clint Barton já é Ronin, Scott já saiu do reino quântico, aí fica essa dúvida.

1                                    3

Show replies

**Perkowski Legal P.C.**
@c_perkowski

Q Search Twitter

**Relevant people**


**Séries TV Show BR**        Follow
@SeriesTWBZ
contato: stvshowbr@gmail.com

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

#AvatarTheWayOfWater
Get tickets now - In theaters December 16
Promoted by Avatar

Sports · Trending
**Hunter Renfroe**
Trending with Brewers, Janson Junk

Trending in United States
**RIP Harold**

Entertainment · Trending
**Marvel**
91.2K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

__ https://twitter.com/creamorscream/status/1381707288159879173 __ at __ 2022-11-22 09:28:42 -08:00 __

← **Tweet**

**Bishop**
@BlindWanda

···

The Powerpuff Girls only wear the costumes in flashbacks to their teenage years. The pilot will focus on the girls as adults, as seen in the first-look image.

Source:tinyurl.com/949uuppr

#PowerpuffGirls



1:34 PM · Apr 12, 2021 · Twitter Web App

2 Retweets    20 Likes



Tweet your reply

Reply

**Relevant people**

**Bishop**
@BlindWanda

Follow

Lover of Marvel, DC, Star Wars, Comics, Hailee Steinfeld, BLACKPINK, and many other things 💙

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

Lists

👤 Profile

··· More

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski   ···





__ https://twitter.com/KevinAnticonaa/status/1581079731927015425 __ at __ 2022-11-20 09:02:38 -08:00 __

← **Tweet**



**Kevin Anticona**
@KevinAnticonaa

The Rock confirmó que habrá un cruce entre #BLACKADAM ⚡ y #Shazam ⚡

Ambos están conectados. El crossover va a suceder.

Translate Tweet



5:29 PM · Oct 14, 2022 · Twitter for Android

**1** Retweet  **2** Likes

Who can reply?
People @KevinAnticonaa follows or mentioned can reply

## Relevant people


**Kevin Anticona**
@KevinAnticonaa    Follow

Chico carismático, manteniendo siempre la humildad y sociable, pasión por el teatro, cinefilo.

## What's happening

Formula 1 · 2 hours ago
**Abu Dhabi Grand Prix 2022**



**#Disenchanted** 🍎
Original movie now streaming
Promoted by Disney+

Only on Twitter · Trending
**#RIPLEGEND**
2,259 Tweets

Trending in United States
**#QATECU**
69.5K Tweets

Trending in California
**Shakira**
95.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C. ···
@c_perkowski

__ https://twitter.com/Nerd_Talks_Show/status/1520879503821967873 __ at __ 2022-11-21 02:55:20 -08:00 __

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from a suspended account. Learn more



**Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**

 **sam**
@allinitdrews

···

he's so pretty 😴



5:52 AM · Aug 18, 2020 · Twitter for iPhone

**4** Likes

💬     🔁     ♡     ⬆️

 Tweet your reply     Reply

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski
···

Search Twitter

**Relevant people**

 **sam**
@allinitdrews     Follow
fan account; justin followed 9.14.19

**What's happening**

FIFA World Cup · Earlier today
**Mexico vs Poland**

**#AvatarTheWayOfWater🌊**
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Trending in United States     ···
**The IRS**
20.8K Tweets

___ https://twitter.com/weloveharry_1dx/status/1346890922213985282 ___ at ___ 2022-11-22 08:53:52 -08:00 ___

← **Tweet**



katie 🙌
@weloveharry_1Dx

i love being right

---

katie 🙌 @weloveharry_1Dx · Jan 6, 2021

i wonder if he took her sunglasses 😔

10:44 AM · Jan 6, 2021 · Twitter for iPhone

3 Likes

Tweet your reply

Reply

---

🔍 Search Twitter

### Relevant people



katie 🙌
@weloveharry_1Dx

jack's housewife

**Follow**

### What's happening

FIFA World Cup · LIVE
**Mexico vs Poland**



#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16

📣 Promoted by Avatar



Politics · Trending
**Naomi Biden**
1,927 Tweets

Trending in United States
**#MexVsPol**

Music · Trending
**Devil In A New Dress**

---

Home

# Explore

🔔 Notifications

Messages

🔖 Bookmarks

Lists

Profile

More

**Tweet**

https://twitter.com/FUCCI/status/1481295593481994133 _ef_ 2022-11-22 02:15:03 -08:00    Document 23-13    Filed 03/13/23    Page 23 of 101    Page ID
#27cv-09462-DMG-ADS    #:4299

← **Tweet**

# Twitter

- **Home**
- **Explore**
- **Notifications**
- **Messages**
- **Bookmarks**
- **Lists**
- **Profile**
- **More**

**Tweet**

Perkowski Legal P.C. ...
@_perkowski



**AMERICA'S PROBLEM** ✓
@FUCCI

8:02 AM · Jan 12, 2022 · Twitter for iPhone

**3,374** Retweets  **306** Quote Tweets  **26.3K** Likes

Tweet your reply                                    **Reply**

Bonnie Bigguns 🚨 @Rebb_91 · Jan 12
Replying to @FUCCI
she look like she finna name the next album "here damn"
❤ 6

Edd @EddLover · Jan 13
Replying to @FUCCI and @jackieaina
So when Gunna have this on are y'all still gonna love it ???

GIF  ALT
♡ 1

Ed Hupa @Hupaed4Ed · Jan 13
Replying to @EddLover and @jackieaina
Good time TT to err TT r rt too RR Martin rd

Gaybriel Payton @gaybrielpayton · Jan 12
Replying to @FUCCI and @dalacey_
Nobody's doing pregnant better than Rih
❤ 12

natu @aminatu_audi · Jan 12
Replying to @FUCCI
her outfits are always so cohesive and they just work omg 😩
❤ 11

Cooladepapi @sameol_gee · Jan 12
Replying to @FUCCI
When you here look at her vest from the other side of the classroom

CeCe @superficialrolie · Jan 12
Replying to @FUCCI
Every time I see RiRi this my reaction in my head.

I LOVE IT! I LOVE THIS!
GIF  ALT
❤ 6

Duke @duukegamble · Jan 12
Replying to @FUCCI and @BrockTheTaylor
Oh, RiRi 😍

NYGEL @NYGELSARTORIAL · Jan 12
Replying to @FUCCI
ONLY SHE.
♡ 2   ❤ 11

smh @4mtnshy · Jan 27
Replying to @FUCCI and @jackieaina
Rihanna inspired by Gunna

joão vitor @jvit_ · Jan 12
Replying to @FUCCI
she knows exactly what she does
❤ 31

Xavier @lastbornworld · Jan 12
Replying to @FUCCI
Yep.

Erika @ERI_placeable · Jan 12
Replying to @FUCCI
👏👏
❤ 1

seven 30 @7Qpie_730 · Jan 13
Replying to @FUCCI
She starting to look like ASAP
♡ 2

Oc desboy @Desboy68434954 · Jan 13
Replying to @FUCCI
❤❤

nahaliday @nahaliday · Jan 13
Replying to @FUCCI
Issa boy
❤ 1

GIRL MOM 🏳️‍🌈❤🌍 @brultopia · Jan 12
Replying to @FUCCI
😂😂😂

**Relevant people**

AMERICA'S PROBL... ✓        **Follow**
@FUCCI
tastemaker | ancient god | served in
the navy since 2005 pronouns:
(he/want/me) (Naija Basquiat)

**What's happening**

FIFA World Cup · LIVE
Argentina vs Saudi Arabia

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
⭐ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
70K Tweets

Trending in California
**Mexicans**
7,202 Tweets

Sports · Trending
**Grupo Firme**
Trending with #NFLMexicoGame 🏈

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More —
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS   Document 23-13   Filed 03/13/23   Page 24 of 101   Page ID #:4300

← **Tweet**

 **@empirekendall**                                                                    ...

♥



9:22 AM · Sep 24, 2020 · Twitter for iPhone

**58** Retweets    **4** Quote Tweets    **446** Likes

💬                    🔁                    ♡                    ⬆

  Tweet your reply                                        Reply

## Search Twitter

### Relevant people

  **@empirekendall**          Follow

all things kendall jenner • fan page

### What's happening

FIFA World Cup · 3 minutes ago
**USA vs Wales**

Video games · Trending                    ...
**Sin Kiske**
2,079 Tweets

Trending in United States                    ...
**Tampax**
7,433 Tweets

Trending in California                    ...
**Dodger Stadium**
14.1K Tweets

TV stars · Trending                    ...
**#MyFamilyIsWeird**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Twitter navigation (left sidebar)

- Home
- # Explore
- Notifications (1)
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

  **Perkowski Legal P.C.**          ...
@c_perkowski

← Tweet

This Tweet is from a suspended account. Learn more

**JENNIE KIM** @jenniebruhae_ · Nov 4, 2021
Replying to @ViralMaterial
Anyways Jennie always win!

Show replies

**webisility** @jiaxolinlorelibro · Nov 4, 2021
Replying to @ViralMaterial
Jennie is always in the MF AREA! 💕 Not three icons



**indigo** @jhpz_ · Nov 4, 2021
Replying to @ViralMaterial
JENNIE???

**Justin Bieber trivia (parody)** @justin_trivia · Nov 5, 2021
Replying to @ViralMaterial
What is Justin Bieber's best friend doing here? Maybe collaboration?

**Nelix'M** @confusedhell · Nov 4, 2021
Replying to @ViralMaterial
Allezz! Oùù est son daddy? 😩

**🍊rbara beim #MyMindAndMe💙💙** @ohinbarbara · Nov 4, 2021
Replying to @ViralMaterial
O Abel, a jennie e o jaden smith

**J.** @jidriquezz · Nov 5, 2021
Replying to @lkmfarbara and @ViralMaterial
@mrrebecat3 @kcfsci @aenags

**J.** @jidriquezz · Nov 5, 2021
Replying to @lkmfarbara and @ViralMaterial
@mrrebecat3 @kcfsci @aenags

· @baelaa · Nov 4, 2021
Replying to @ViralMaterial
IS THAT ME JENNIE KIM

· 🐆🐆 @tanoxemibombao · Nov 4, 2021
Replying to @ViralMaterial

From · 🐆🐆

@saeheartaceNgv · Nov 4, 2021
Replying to @ViralMaterial
Naaasss 🖤🖤🖤

**D** @kilnny201 · Nov 4, 2021
Replying to @ViralMaterial
Jennie

@paradoliaa · Nov 4, 2021
Replying to @ViralMaterial
omg

**luhde II Midnight Era** @rubyjaneswift · Nov 4, 2021
Replying to @ViralMaterial
OMG my baby Jennie Ruby Jane here

**Desata 🦋 is back** @onisolcotrey · Nov 4, 2021
Replying to @ViralMaterial
JENNIE BESTIE

**its over.** @blondedpoole · Nov 4, 2021
Replying to @ViralMaterial
omg

**Mawizawiza** @MawLawizz1 · Nov 4, 2021
Replying to @ViralMaterial
JENNIEEEEEE

**pat** @pt4c7yg · Nov 4, 2021
Replying to @ViralMaterial
oh god

**STREAM SOLO And SHUTDOWN** @TheJennieKimz · Nov 4, 2021
Replying to @ViralMaterial
@blackpinkhalia

**(mi1tnight)🌙🌙** @btaylboin · Nov 4, 2021
Replying to @ViralMaterial
I ONLY FUCK YOU WHEN ITS AAAALFF PASTTT FIVE

This tweet was deleted by the Tweet author. Learn more

**(+)** @killerseok · Nov 4, 2021
Replying to @ViralMaterial
@lhoayu amiga tus iakios juntos

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

Show replies

This Tweet is from a suspended account. Learn more

**Miima** @itfanCynai · Nov 4, 2021
Replying to @abebiacktions and @ViralMaterial
😂😂😂

Show more replies

← **Tweet**



Hmm...this page doesn't exist. Try searching for something else.

**Search**

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

🗐 Lists

👤 Profile

⊙ More

**Tweet**


**Perkowski Legal P.C.** ...
@c_perkowski

Tweet

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Perkowski Legal P.C.
@c_perkowski

Screen Mix ✔
@ScreenMix

البرياديسية الجميلة ريانا بأحدث ظهور لها في ليس أنجلوس
بأمريكا.



12:12 PM · Nov 20, 2020 · Twitter Web App

4 Retweets   7 Quote Tweets   306 Likes

Tweet your reply                                    Reply

@1leen_r · Nov 20, 2020
Replying to @ScreenMix
شاهد فضيحة السعودي حسن جمل و ريانا

youtu.be/-5q5mZbe3V0

💬 4          ♡ 1

IBRAHIM #41 @fut6041 · Nov 20, 2020
Replying to @1leen_r @7VTAEHYUNG and @ScreenMix
مثل البعوض في كل مكان

💬 1          ♡ 1

سلود @saud_alzarouni · Nov 20, 2020
Replying to @ScreenMix
ريحانة"

ثائل @Dalia_chean · Nov 20, 2020
Replying to @ScreenMix
محد مهتم

ضاهود❤ @maryyy · Nov 20, 2020
Replying to @ScreenMix
وين الجمال بالموضوع
الصورة تحت تمشيني وانا ابحث عن الجمال 😂



💬          ♡ 1

مجد @Abdulmajed_Ali · Nov 20, 2020
Replying to @ScreenMix
أنور الجمال وينه



💬 2          ♡ 1

caffeineadiction @mi_nasir · Nov 21, 2020
Replying to @ScreenMix
من بعيد كأنه نورس ريدبيز

_@917_lil · Nov 20, 2020
Replying to @ScreenMix
وش مكين اول كلمه!

Marwa Mahmoud @MarwaMa00322399 · Nov 21, 2020
Replying to @ScreenMix
ماها خير

Sam ⚡️ @klloya · Nov 21, 2020
Replying to @ScreenMix
وين حبيها السعودي

خديجة41💜 @zzuz_1 · Nov 20, 2020
Replying to @ScreenMix
اوكسسسس



💬          ♡

بلال @hasonaazu · Nov 20, 2020
Replying to @ScreenMix
هنا   youtu.be/-5q5mZbe3V0

💬          ♡ 1

bawano · Nov 20, 2020
Replying to @ScreenMix
والو



Search Twitter

Relevant people

Screen Mix ✔        Follow
@ScreenMix
حساب يهتم بنقل كل ما يحدث حول العالم
من أهم أهم المنابع العربي. للإطلاق.
نواصل معكم عبر الخاص او فلس
ScreenMix@PandoraBoxeg.com

What's happening

FIFA World Cup · 47 minutes ago
Mexico vs Poland

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
#coinology
3,694 Tweets

Sports · Trending
Cristiano Ronaldo
Trending with #ManchesterUnited

Trending in California
Mexicans
13K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More
© 2022 Twitter, Inc.

← **Tweet**

**Películas y Otras Cosas**
@PeliculasYOtros

Imagen del Kingpin de Vincent Donofrio en el rodaje de la serie "Echo" 📸 📸

#Marvel #Kingpin #Echo #DisneyPlus



11:40 AM · Aug 9, 2022 · Twitter for Android

**9** Retweets  **94** Likes

Tweet your reply                                    Reply

**Mauricio Sanhueza-Celsi** 🕺 @msanhuezacelsi · Aug 10
Replying to @PeliculasYOtros
Igual al kingpin de la serie animada de spiderman cuando era niño...

1

## Sidebar

**Relevant people**

**Películas y Otras Cosas**       Follow
@PeliculasYOtros
Foto: @RataSube 🎬 || Contacto al DM 📩 || Sigue al admin ➡️ @_Adrian7777777

**What's happening**

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**


**#Disenchanted** 🎃
Original movie now streaming
Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, #Disney

Music · Trending
**Lionel Richie**
1,679 Tweets

Sports · Trending
**Troy Reeder**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

## Left navigation

🐦
Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

Search Twitter

← **Tweet**

Search Twitter

This Tweet from @BSO has been withheld in response to a report from the copyright holder. Learn more.

## Relevant people

 **Robert Littal BSO** ✔
@BSO

**Follow**

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

## What's happening

FIFA World Cup · 2 hours ago
**Argentina vs Saudi Arabia**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States                     ···
**Argentina**
Trending with #FIFAWorldCup 🏆, Herve Renard

Trending in United States                     ···
**Died Suddenly**
101K Tweets

Trending in United States                     ···
**#السعوديه_الارجنتين**

1.24M Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

### Navigation (left sidebar)

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

Search Twitter

← Tweet

🔁 Kate Retweeted

**💙CM and DJ💜**
@__Dartin · · ·

Dakota on set today (6th august) in Boston
#MadameWeb #DakotaJohnson

3:30 PM · Aug 6, 2022 · Twitter for iPhone

**7** Retweets  **30** Likes

Tweet your reply

Reply

## Relevant people

**Kate**                                          Follow
@girlfromaspen
I dislike negativity so unless I follow
you, your replies aren't welcome on
my tweets.

**💙CM and DJ💜**                          Follow
@__Dartin
Fan account for Chris Martin And
Dakota Johnson #Dartin #ChrisMartin
#DakotaJohnson

## What's happening

Television · LIVE
**Saturday Night Live airing on
NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
▶ Promoted by Uber

Trending in United States
**HE'S BACK**
127K Tweets

Music · Trending
**#BLACKPINK**
Trending with jisoo, Camila

Sports · Trending
**Hendon Hooker**
2,347 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.** ···
@c_perkowski

___ https://twitter.com/bso/status/1361514903660552194 ___ at ___ 2022-11-22 06:48:40 -08:00

← **Tweet**



**Robert Littal BSO** ✓
@BSO

···

How Dr. Dre Was Trying to Keep His New Relationship Apryl Jones With Lowkey & Away From His Wife Who is Trying to Break The Prenup, But How Jones' Friend Leaked The News (Video) bit.ly/3u3gPx5



7:17 PM · Feb 15, 2021 · BSO Alert

**4** Quote Tweets    **9** Likes

💬          ↻          ♡          ⬆️



**Perkowski Legal P.C.** ···
@c_perkowski

Ⓟ  Tweet your reply          Reply

**Relevant people**



**Robert Littal BSO** ✓    **Follow**
@BSO

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

__ https://twitter.com/movielogtr/status/1556693768178368515 __ at __ 2022-11-20 07:48:06 -08:00

← **Tweet**



**MovieLogTR**
@movielogtr                                                                    ···

Dakota Johnson ve Adam Scott, Madame Web filminin setinde görüntülendi.



10:28 AM · Aug 8, 2022 · Twitter for iPhone

💬          🔁          ♡          ⬆

    Tweet your reply                                    Reply

---

🐦

🏠 Home

# Explore

🔔 Notifications

📧 Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

P Perkowski Legal P.C.    ···
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

    **MovieLogTR**                Follow
@movielogtr

**What's happening**

Formula 1 · 47 minutes ago
**Abu Dhabi Grand Prix 2022**                

**#Disenchanted** 🧙
Original movie now streaming
📺 Promoted by Disney+

Trending in United States                    ···
**Morgan Freeman**
90.5K Tweets

Home

Explore

Notifications

← **Tweet**

⤶ Kate Retweeted

**Dakota Johnson Updates**
@dakotaj_updates                                        •••

NEW: Dakota was seen on the set of "Madame Web" on
July 20 in Boston. #DakotaJohnson



2:30 AM · Jul 26, 2022 · Twitter for iPhone

**128** Retweets   **32** Quote Tweets   **524** Likes

Tweet your reply                                        Reply

Search Twitter

**Relevant people**

Kate
@girlfromaspen                    Follow
I dislike negativity so unless I follow
you, your replies aren't welcome on
my tweets.

Dakota Johnson Upd...
@dakotaj_updates                  Follow
Your best source about the actress,
activist, producer and director
#DakotaJohnson — Not affiliated with
Dakota or her team — FAN ACCOUNT.

**What's happening**

Television · Last night
**The Walking Dead airing on AMC**

Trending in United States                •••
**defense**
195K Tweets

Trending in United States                •••
**Bob Iger**
Trending with  Disney, Chapek

Music · Trending                         •••
**#DavidoAt30**
71.7K Tweets

Trending in United States                •••
**Schiff**
53.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

https://twitter.com/StrangerNews11/status/1336789274244429188 ... et ... 2022-11-21 13:18:30 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-13    Filed 03/13/23    Page 34 of 101    Page ID #:4310

# Tweet

**Stranger Things 4**
@StrangerNews11

## CANNOT WAIT TO DISCOVER MORE ABOUT ROBIN...
❤️ 📸 🏳️‍🌈



1:30 PM · Dec 9, 2020 · Buffer

**71** Retweets   **15** Quote Tweets   **1,898** Likes

---

Tweet your reply                              Reply

**enola holmes' cousin** @lynlovesmbb · Dec 9, 2020
Replying to @StrangerNews11
i ship nancy & robin 😭😭
💬 6            ♡ 10

This Tweet is from an account that no longer exists. Learn more

**Show replies**

**Daniel WiLD (gatito de Sadie Sink (^•ェ...** @danielps... · Dec 9, 2020
Replying to @StrangerNews11
Odio su nuevo atuendo, espero que lo cambie conforme pasa la temporada

**kari☆♡ Faith In The Future** @home_lou28 · Dec 15, 2020
Replying to @StrangerNews11
Amo su nuevo atuendo. Es tan alucinante diría Once

**Spooky beans** @shelbysessler · Dec 9, 2020
Replying to @StrangerNews11
I love her aesthetic
                ♡ 3

**??** @hearthell0kitty · Dec 9, 2020
Replying to @StrangerNews11
HONESTLY SAME!!!
                ♡ 1

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

---

Search Twitter

## Relevant people

**Stranger Things 4**
@StrangerNews11                    Follow
News and Filming Updates about
Stranger Things... 🎥 Photos, Videos
and Information about the Cast... 📺
❤️ Fan Community. Netflix Shows &
Movies. 04/04

## What's happening

FIFA World Cup · **LIVE**
**USA vs Wales**



Trending in United States
**Sin Kiske**
1,406 Tweets

Entertainment · Trending
**julia fox**
6,875 Tweets

Trending in California
**Telemundo**
7,654 Tweets

Trending in United States
**Tampax**
6,540 Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

__ https://twitter.com/ccamilapics/status/962149617461850112 __ at __ 2022-11-21 20:47:44 -08:00



← **Tweet**

**camila pics**
@ccamilapics

···

If she's happy then we're happy.

👤 camila

6:21 PM · Feb 9, 2018 · Twitter for Android

**862** Retweets   **117** Quote Tweets   **1,930** Likes

💬        ⟲        ♡        ⬆

---

Tweet your reply                    **Reply**

**cawon** @apsundazed · Feb 9, 2018      ···
Replying to @ccamilapics and @Camila_Cabello
Who is that man?

💬        ⟲        ♡        ⬆

@kimsoul · Feb 9, 2018      ···
Replying to @ccamilapics and @Camila_Cabello
apois

💬        ⟲        ♡        ⬆

---

🏠 Home

#️⃣ Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski                    ···

🔍 Search Twitter

**Relevant people**

**camila pics**       **Follow**
@ccamilapics
Hey, turn on our notifications for daily
pictures, gifs and videos of Camila
Cabello!

**camila** ✓       **Follow**
@Camila_Cabello
Sigue bailando. FAMILIA out now

**What's happening**

NHL · LIVE
**Golden Knights at Canucks**

Entertainment · Trending      ···
**Died Suddenly**
60.4K Tweets

Trending in United States      ···
**Jada**
7,206 Tweets

Trending in United States      ···
**Chrisley**
21.7K Tweets

Bachelor in Paradise · Trending      ···
**#BachelorInParadise** 🌹
Trending with  Genevieve

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/blkgirlculture/status/1363214342477541376 __ at __ 2022-11-22 18:28:30 -08:00 __

← **Tweet**

**Blk Girl Culture**
@blkgirlculture

Rihanna 🤝 mullets #HappyBirthdayRihanna



11:50 AM · Feb 20, 2021 · Twitter for iPhone

**114** Retweets    **8** Quote Tweets    **934** Likes

Tweet your reply

Reply

## Relevant people

**Blk Girl Culture**
@blkgirlculture

Follow

Your digital hotspot for culture conversations relevant to and curated by Black girls since 2014. | INQUIRIES: info@blkgirlculture.com

## What's happening

Television · LIVE
**Bachelor in Paradise airing on ABC**

**#AvatarTheWayOfWater**🔵
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in United States
**RIP Harold**

Trending in United States
**Hooters**
7,984 Tweets

Bachelor in Paradise · Trending
**#bachelorinparadiseabc**🌹
3,450 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/noticias24/status/1228081283745849344 __ at __ 2022-11-22 17:41:14 -08:00 __

## Tweet

 **Noticias 24**
@noticias24                                                                          ...

**#13Feb** | La cantante estadounidense Miley Cyrus compartió una foto que le tomaron los paparazzi en su cuenta de Instagram en la que dejó ver su pezón sin temor a Dios.

Translate Tweet



1:00 PM · Feb 13, 2020 · TweetDeck

**8** Likes

 Tweet your reply                                              Reply

### Left sidebar

 Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski

### Right sidebar

Search Twitter

**Relevant people**

 **Noticias 24**
@noticias24                                                                          Follow

Noticias de Venezuela, Latinoamerica y el mundo

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**



**#AvatarTheWayOfWater** 💧
Get tickets now - In theaters December 16
▶ Promoted by Avatar

# Tweet

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More
Tweet

Perkowski Legal P.C. ⋯
@c_perkowski

**prambors** ✓
@Prambors

Kawula Muda @JessieJ sama @channingtatum makin mesra aja nih! Setelah sempet ngepost foto masing masing di akunnya, kmrn si channing tertangkap paparazi nganterin jessie pulang ihiw perhatian bgt! di angkatin pula kopernya

btw seberapa perhatian atau cuek si pacar lo?!?
#DGITM

Translate Tweet



4:00 PM · Jan 27, 2019 · Twitter Web Client

**5** Retweets    **2** Quote Tweets    **1** Likes

💬    🔁    ❤️    📤

💬 Tweet your reply    Reply

RSNKYO @candasheyeng · Jan 27, 2019
Replying to @Prambors @JessieJ and @channingtatum
perhatian. dulu awal pacaran setiap gue nangisin mantan, dia lgsg ngajak pergi biar lupa, trs gue uring2an karena kgn mantan, dia lgsg kerumah bawain makanan, ga ngerti knp dia bisa stay saat itu. but now, he is the only one. lucky im in love with my bestfriend. 😄
💬    🔁    ❤️    📤

Terlalu Baik Untuk Kamu @ajengaryanti · Jan 27, 2019
Replying to @Prambors @JessieJ and @channingtatum
perhatian parah sih dia sampe betabelain ijin kantor 2 hari cuma buat nganterin gue ngurus kelengkapan berkas cpns kemaren tuh seharian, dari bikin skck, ngurus legalisir ijazah ke kampus, terus nyerahin berkasnya. padahal gue nga minta dianterin, inisiatif dia aja gitu #DGITM
💬    🔁    ❤️    📤

Sassay ! @kiranembe · Jan 27, 2019
Replying to @Prambors @JessieJ and @channingtatum
Cowo gw kayanya masuk yg tipikal perhatian sih, guenya yang cuek. Kalo dia bilang lagi sakit aja gue yang jawab depan dia langsung "bodo." Gitu 😅 Padahal dia ke guenya perhatian banget banget. Mungkin dia juga kesel kali ya, tapi yaudah gitu.

#DGITM
💬    🔁    ❤️    📤

ᔕᕮᒪᔑᕮᒪ @mamapaaja · Jan 27, 2019
Replying to @Prambors
Hmm,cuek bgt!tiap pen bahas msih nikahan ga pernah mau,selalu jwb TERSERAH tp udahannya bilang "aku udah trEbuat Dp" kan uwu 😭 #DGITM
💬    🔁    ❤️    📤

re ✨ @ranger_pingk · Jan 27, 2019
Replying to @Prambors @JessieJ and @channingtatum
I love him Masyaallah ❤️❤️❤️
💬    🔁    ❤️    📤

fiyraaa @chocopirr · Jan 27, 2019
Replying to @Prambors @JessieJ and @channingtatum
Bilang lg makan, mesti ngepap makanannya. Bilang lg jalan pulang sendirian, lgsg dividcall cuma buat liat situasinya abistu lgsg dimatiin, gps hp dimatiin lgsg dipasm chat syuh idapin, seposesif itu huha
💬    🔁 1    ❤️    📤

Dadadadadadayu @jhodayu · Jan 27, 2019
Replying to @Prambors @JessieJ and @channingtatum
Jomblo pak, gimana jawabnya yak ?
💬    🔁    ❤️    📤

luvina @dilanaema14 · Jan 27, 2019
Replying to @Prambors @JessieJ and @channingtatum
cowok ku tu kalo aku mau pulang kampung naek motor, psti dihalangin. karena dia fkut aku naek mtor ugal2 an. kalo cuek sih ktika aku kyak anak kecil #DGITM
💬    🔁    ❤️    📤

Mhf @Muhifatunumroh · Jan 27, 2019
Replying to @Prambors @JessieJ and @channingtatum
Kemarin abis ngebersihin bakal calon rumah setelah nikah. Doi cuman ngeliatin sambil nyengirin cireng.
Ini kategori cuek atau kejam ya. Haha
💬    🔁    ❤️    📤

it's dwi🌸 @dwiayu1?_ · Jan 27, 2019
Replying to @Prambors @JessieJ and @channingtatum
Hari Sabtu gue abis di massage, malah sakit-sakit gegara mbanya mijit kekencengan. Terus gue bilang ke doi.
Eh doi ke rumah bawain koyo wkwkwk
Berasa gue lagi encok gitu tuh😂 #DGITM
💬    🔁    ❤️    📤

This Tweet was deleted by the Tweet author. Learn more

LINN! @HelinsaRasputri · Jan 27, 2019
Kok aku merasakan hal yang sama?
💬    🔁    ❤️    📤

**Relevant people**

prambors ✓
@Prambors
For youngsters on the move, Prambors is Indonesia No.1 Hit Music Station.
Follow

Jessie J ✓
@JessieJ
The one that sings really loud
Follow

Channing Tatum ✓
@channingtatum
I just want to be on an adventure.
Follow

**What's happening**

FIFA World Cup · 33 minutes ago
USA vs Wales

Trending in United States
HOW IS THAT NOT A YELLOW
1,018 Tweets

Entertainment · Trending
Julia Fox
7,525 Tweets

Sports · Trending
Mexico City
12.2K Tweets

Lovecraft Country · Trending
Lovecraft Country
Trending with #Bitdo, Veni Demande

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More···
© 2022 Twitter, Inc.

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.**  ...
@c_perkowski

https://twitter.com/hsfashionarchive/status/1347300393705191792 ... ⋈  2022-11-22 11:42:45-08:00    Document 23-13   Filed 03/13/23   Page 40 of 101   Page ID #:4316

🔍 Search Twitter

🐦

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

••• More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

**Harry Styles Fashion Archive**
@hsfashionarchive

Harry wore a pair of Éliou grey sweatpants ($150) out in Santa Barbara.

eliou-eliou.com/collections/me...



2:17 PM · Jan 7, 2021 · TweetDeck

**70** Retweets  **181** Quote Tweets  **3,068** Likes

Tweet your reply                          **Reply**

**Rebeka** 🦋 @ohoney.Lou · Jan 7, 2021
Replying to @hsfashionarchive

**nics** @adoneyouwanda · Jan 8, 2021
Replying to @hsfashionarchive
i can't even afford a college textbook

**bee** ✪ @yoonginry · Jan 7, 2021
Replying to @hsfashionarchive
i want the beanie tho 😭😭

**E. the golf dad** @dontlouisdarlin · Jan 7, 2021
Replying to @hsfashionarchive
How is it necessary lolll

**E** @ErinSinceNew9rk · Jan 8, 2021
Replying to @hsfashionarchive
boy just go to primark-

**sara** 🌙 · @LomBabyjames · Jan 7, 2021
Replying to @hsfashionarchive
150...for sweatpants

**MJ** ⁷⁷⁷ @91dieselclouds · Jan 7, 2021
Replying to @hsfashionarchive
150 dollar for basic sweatpants 🤮

**Shannon** @rejp_3 · Jan 7, 2021
Replying to @hsfashionarchive
Why tho

**meka** @icaruszynn · Jan 8, 2021
Replying to @hsfashionarchive
why did i think they were target sweats for like $15 👁👄👁
❤ 1

**c0uCou!** 🌟 @myaakad · Jan 8, 2021
Replying to @hsfashionarchive
@Knjou20 grey sweatpants plus cher que ma maison

**karisa** @billieshoax · Jan 7, 2021
Replying to @hsfashionarchive
just go to walmart harry they have lots of colors too
❤ 2

**meg⑧** @otbsupremacyyy · Jan 8, 2021
Replying to @hsfashionarchive
these were literally 15 euros from my school's 2020 merch.

### Relevant people

**Harry Styles Fashion ...**
@hsfashionarchive                    **Follow**
HSFA is your best resource for clothing, shoes, and accessories worn by Harry Styles.
instagram.com/hsfashionarchi...

### What's happening

FIFA World Cup · 3 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
📷 Promoted by Avatar

Trending in California
**Mexicans**
19.2K Tweets

Trending in California
**Chicharito**
6,380 Tweets

Trending in California
**Lucas**
150K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

__ https://twitter.com/khloedaily/status/1532918749853913088 __ at __ 2022-11-21 21:21:07 -08:00

← **Tweet**



Search Twitter



**Khloé Kardashian Daily**
@KhloeDaily

**Khloé Kardashian spotted having a night out in West Hollywood**



7:54 PM · Jun 3, 2022 · Twitter for iPhone

36 Likes



P | Tweet your reply                                    Reply

Show additional replies, including those that may contain offensive content        Show

## Sidebar

**Relevant people**



**Khloé Kardashian Daily**
@KhloeDaily                                              Follow

the very first and original fansite dedicated to Khloé Kardashian (original account deleted at 79k)

**What's happening**

NFL · 1 hour ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
63.4K Tweets

Entertainment · Trending
**Sinbad**
7,515 Tweets

Trending in California
**Dodger Stadium**
9,276 Tweets

Sports · Trending
**Grupo Firme**
Trending with #NFLMexicoGame 🏈

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Left navigation

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

Tweet

Case 2:22-cv-09462-DMG-ADS   Document 23-13   Filed 03/13/23   Page 42 of 101   Page ID #:4318





← **Tweet**

## Home

# Explore

Notifications

✉ Messages

🔖 Bookmarks

Lists

Profile

More

**Tweet**



**Bishop**
@BlindWanda                    ⋯

Jeremy Renner On the Set of Hawkeye in Atlanta 20-02-2021

#Hawkeye #DisneyPlus #Marvel



5:36 PM · Feb 20, 2021 · Twitter Web App

**15** Retweets   **1** Quote Tweet   **67** Likes

💬          ↻          ♡          ⬆

P    Tweet your reply                    **Reply**

🔍 Search Twitter

**Relevant people**



**Bishop**                **Follow**
@BlindWanda
Lover of Marvel, DC, Star Wars, Comics, Hailee Steinfeld, BLACKPINK, and many other things ()

**What's happening**



NFL · Yesterday
**Lions at Giants**

Trending in United States          ⋯
**UCLA**
11.4K Tweets

Trending in United States          ⋯
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States          ⋯
**Iran**
Trending with Wales

Music · Trending          ⋯
**#DavidoAt30**
69.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**          ⋯
@c_perkowski

← **Tweet**

**Search Twitter**

⟲ 🔲🔲 Retweeted



**Danitza**🌻🦋😂
@SGxMultifandom                                    •••

## THE MOST BEAUTIFUL PHOTO SEQUENCE YOU WILL SEE TODAY




9:06 AM · Nov 16, 2017 · Twitter for Android

**20** Retweets    **1** Quote Tweet    **22** Likes

💬          ⟲          ♡          ↑

Ⓟ    Tweet your reply                          Reply

**Relevant people**

🔲🔲
@filmsbydelrey                              Follow
multifandom ◇∗。

**What's happening**

Formula 1 · 5 hours ago
**Abu Dhabi Grand Prix 2022**



**#Disenchanted** 🧝‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                    •••
**Rest In Peace**
50.7K Tweets

Entertainment · Trending                     •••
**Morgan Freeman**
192K Tweets

Trending in California                       •••
**Elton John**
10.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.



Perkowski Legal P.C.    •••
@c_perkowski

← **Tweet**

⇄ Multiverse Analysis Retweeted

 **Multiverse Analysis**
@TheAnalystOne ···

#BlueBeetle leaked set photos gives a full look at the #BlueBeetle suit.



8:17 PM · May 25, 2022 · Twitter for Android

**2** Retweets   **2** Likes

💬                    ⇄                    ♡                    ⬆️

 Tweet your reply                                    Reply

---

## Search Twitter

### Relevant people

 **Multiverse Analysis**     Follow
@TheAnalystOne
Fiction Addict

### What's happening

NFL · Yesterday
**Cowboys at Vikings**

Trending in United States                ···
**HOW IS THAT NOT A YELLOW**
1,407 Tweets

Entertainment · Trending                ···
**Julia Fox**
8,563 Tweets

Lovecraft Country · Trending            ···
**Lovecraft Country**
Trending with #Blade, Yann Demange

Trending in United States                ···
**House of the Rising Sun**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



🐦 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

← **Tweet**

## Home
## Explore
## Notifications 1
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

 **TheGuidance**
@guidance_the

Así lucirá uno de los trajes de Riri Williams en la serie
de #IronHeart !!!!
¿Qué les parece?

Translate Tweet



2:45 PM · Aug 8, 2022 · Twitter Web App

**3** Retweets    **23** Likes

Tweet your reply

Reply

### Relevant people

 **TheGuidance**    Follow
@guidance_the
Todo el contenido geek al alcance de
tu mano. Noticias, análisis, cómics
narrados, curiosidades, etc.

### What's happening

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening
Ceremony**



**#Disenchanted** 🤷
Original movie now streaming
▣ Promoted by Disney+

Music · Trending
**#DavidoAt30**
56.8K Tweets

Trending in United States
**#AMAs** 🔥
4.61M Tweets

Trending in United States
**Bob Iger**
Trending with Disney, Chapek

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Search Twitter

**Perkowski Legal P.C.** ···
@c_perkowski



https://twitter.com/FilmstoFilms_/status/1514579306797842441 ___ at ___2022-11-21 22:25:00 -08:00

← **Tweet**

Films to Films 🎬🎥
@FilmstoFilms_

Cillian Murphy and Robert Downey Jr. on the set of
Christopher Nolan's 'OPPENHEIMER'



5:20 AM · Apr 14, 2022 · Twitter for iPhone

**250** Retweets   **59** Quote Tweets   **1,964** Likes

Tweet your reply                                    Reply

**Mr.Shelby** @laludeni_ · Apr 14
Replying to @FilmstoFilms_
Shelby and stark in one movie

**Alan Kean** @Alankean2 · Apr 14
Replying to @FilmstoFilms_
"Doctor Robert Oppenheimer's
Optimism fell
At the first hurdle "
(Billy Bragg - Waiting For The Great Leap Forwards)
                                    1        1

**Ajaz Ahmed**❤️ @king_ajaz786 · Apr 14
Replying to @FilmstoFilms_
Great Director his movies are brilliant buts movie names are hard never
heard these words

**A.J Threet** 👨‍🦱 🇺🇦 @AjthreetJ · Apr 14
Replying to @FilmstoFilms_
Robert has gone grey? 🤨
                    1

**Andrew Wells** @wellsab · Apr 14
Replying to @FilmstoFilms_
Between all the smoking for Peaky Blinders and now playing Oppenheimer,
Murphy should be getting hazard pay and weekly chest scans.
                                    1

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

**Relevant people**

Films to Films 🎬🎥
@FilmstoFilms_            Follow
This is a personal account. Films in
four frames Instagram:
instagram.com/filmstofilms_/

**What's happening**

NFL · 2 hours ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**

Entertainment · Trending
**Sinbad**
8,155 Tweets

Trending in United States
**Murder House**
1,870 Tweets

Trending in United States
**Trent Reznor**
21.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

← **Tweet**

**Bicara Box Office**
@bicaraboxoffice

Coba yang kanan itu udah vaksin belom?

Okoye dan Shuri dari set Black Panther: Wakanda Forever.

Translate Tweet



2:15 AM · Aug 26, 2021 · Twitter Web App

**6** Retweets  **2** Quote Tweets  **22** Likes

Tweet your reply                                    **Reply**

**Adi Nugroho** @AdiWriter · Aug 26, 2021
Replying to @bicaraboxoffice
Already done... By Disney's PR team 😂
💬 1

**Bicara Box Office** @bicaraboxoffice · Aug 26, 2021
Replying to @AdiWriter
Shuri nurut daripada kena SP3 ...

**Schlacker** @schlacker_ · Aug 26, 2021
Replying to @bicaraboxoffice
For a moment kirain a Kid n Play remake lol...

**KAI** @ajiirawaan · Aug 26, 2021
Replying to @bicaraboxoffice
Wawww rambut baru Shuri

**Omen Abrahams** 🌿 @omen28_abrahams · Aug 26, 2021
Replying to @bicaraboxoffice
Shuri ktnya cidera yah min?

**Perkowski Legal P.C.**
@c_perkowski

Q Search Twitter

**Relevant people**

**Bicara Box Office**
@bicaraboxoffice                 **Follow**
Box office data and analysis, nerd and geek stuff, occasional random stuff. Proud founder of @cinepoint_ app. Please don't ask for a rate card, there's none.

**What's happening**

FIFA World Cup · 1 hour ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
📹 Promoted by Avatar

Trending in California
**Mexicans**
13.6K Tweets

Music · Trending
**Chrisean**
Trending with Blueface

Betty White · Trending
**Betty White**
1,493 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS    Document 23-13    Filed 03/13/23    Page 51 of 101    Page ID #:4327







__ https://twitter.com/RihannaNoBrasil/status/1537398468234432512 __ at __ 2022-11-20 17:15:45 -08:00 __

← **Tweet**

**Rihanna.com.br** ⚓ 
@RihannaNoBrasil

⋯

Rihanna e Rocky estiveram no Departamento de Serviços de Saúde do Condado de Los Angeles na última terça-feira (14).

\*Olhem a cadeirinha de bebê no banco de trás 😌

Translate Tweet




4:35 AM · Jun 16, 2022 · Twitter for Android

**14** Retweets    **7** Quote Tweets    **195** Likes

💬          🔁          ♡          ↑

[P]  Tweet your reply                    **Reply**

---

## Navigation (sidebar)

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

⋯ More

**Tweet**

---

## Relevant people



**Rihanna.com.br** ⚓          **Follow**
@RihannaNoBrasil

Rihanna.com.br is a genuine and registered fansite, made by fans. 🇧🇷 Fã-clube e portal de notícias brasileiro sobre a cantora Rihanna. Online desde 2008. 💎

## What's happening

NFL · 4 hours ago
**Jets at Patriots**

#Disenchanted 👧
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Wayne Brady**
⋯

Politics · Trending
**AR-15**
54.1K Tweets
⋯

Trending in United States
**#AMAs** 💄
Trending with TOMORROW X TOGETHER, Favorite K-Pop Artist
⋯

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

🔍 Search Twitter


**Perkowski Legal P.C.**    ⋯
@c_perkowski

— https://twitter.com/JeffEisenband/status/1458835173852778500 __ at __ 2022-11-22 02:31:10 -08:00 __

← **Tweet**



**Jeff Eisenband** ✓
@JeffEisenband

···

## Cam Newton and the Panthers reuniting



8:33 AM · Nov 11, 2021 · Twitter for iPhone

**1** Retweet    **12** Likes

💬          ⟲          ♡          ⬆

P    Tweet your reply                    Reply

---

Q Search Twitter

### Relevant people



**Jeff Eisenband** ✓          **Follow**
@JeffEisenband

Sometimes sports, sometimes esports, sometimes other stuff; 🎙️:
@PGATOURLIVE, @MSGNetworks,
@NBA2KLeague; Email:

---

🐦

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**


**Perkowski Legal P.C.**    ⋯
@c_perkowski

https://twitter.com/harrymoonchild/status/1260621257801781249 __ et __ 2022-11-21 16:30:40 -08:00



**dee.**
@harrymoonchild

When I say Harry's best music video yet, you say #WatermelonSugar

10:21 AM · May 13, 2020 · Twitter for Android

**132** Retweets  **18** Quote Tweets  **740** Likes

Tweet your reply    Reply

**MAD FVN** @madfvn · May 13, 2020
Replying to @harrymoonchild
"And the crowd goes wild"

**someone👁** @1d_thingss · May 13, 2020
Replying to @harrymoonchild
#WatermelonSugar
#WatermelonSugar
#WatermelonSugar
🍉
#WatermelonSugar
#WatermelonSugar
#WatermelonSugar
🍉
#WatermelonSugar
#WatermelonSugar
🍉
#WatermelonSugar
#WatermelonSugar
#WatermelonSugar
🍉
#WatermelonSugar
#WatermelonSugar
🍉
1

**Gigi** @Gigi_mote · May 13, 2020
Replying to @harrymoonchild
@giselereyes15

**Kayla** @kiwixcherry · May 13, 2020
Replying to @harrymoonchild
The diversity though👏🏽😍

**emily❦** @finelinehoax · May 13, 2020
Replying to @harrymoonchild
#WatermelonSugar

**frankie⁸¹** @28onlyyangel · May 13, 2020
Replying to @harrymoonchild
#WatermelonSugar

تامينو لحسن دماغ امي @missmiseryfalls · May 13, 2020
Replying to @harrymoonchild
#WatermelonSugar #WatermelonSugar #WatermelonSugar
#WatermelonSugar #WatermelonSugar #WatermelonSugar
#WatermelonSugar #WatermelonSugar #WatermelonSugar
#WatermelonSugar #WatermelonSugar #WatermelonSugar
#WatermelonSugar

**Perkowski Legal P.C.**
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

**Relevant people**



**dee.**
@harrymoonchild    Follow
#harry: starry haze crystal ball 🔮🎨 |
backup:@goldenfineline | ig:dishaxrai

**What's happening**

FIFA World Cup · 3 hours ago
USA vs Wales

Entertainment · Trending
Died Suddenly
35K Tweets

Trending in United States
#JeopardyAmyChat

Family drama · Trending
#GTMcontest10

TV stars · Trending
Todd and Julie
2,426 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

← **Tweet**

**Margvel** 🏵️
@_Margvel                                      ···

🤩AHORA: La producción de #BlackWidow vuelve a grabar tomas en Los Ángeles

Translate Tweet



11:15 AM · Feb 8, 2020 · Twitter for iPhone

**3** Retweets    **1** Quote Tweet    **56** Likes

💬          🔁          ♡          ⬆️

Tweet your reply                          **Reply**

Emanuel's @Sordolli416 · Feb 8, 2020     ···
Replying to @_Margvel
cortesito nuevoooo (?

💬          🔁          ♡ **1**          ⬆️



**Perkowski Legal P.C.**              ···
@c_perkowski

---

**Search Twitter**

### Relevant people

**Margvel** 🏵️                        **Follow**
@_Margvel
Humor, información y updates del
Universo Marvel | 🧍
contactomargvel@gmail.com |
#SheHulk #IAmGroot

### What's happening

NFL · 3 hours ago
**Browns at Bills**

#Disenchanted 👩
Original movie now streaming
📣 Promoted by Disney+

Trending in California                ···
**Elton John**
12.8K Tweets

Sports · Trending                     ···
**Tomlin**
2,679 Tweets

Sports · Trending                     ···
**Cooper Rush**
1,463 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/agfotosevideos/status/1216053352263495680 __ at __ 2022-11-20 12:38:53 -08:00 __

← Tweet

**ATENÇÃO GEEK | Mídia**
@agfotosevideos                                              ...

Emily VanCamp, Daniel Bruhl e Sebastian Stan nos
bastidores de #TheFalconAndTheWinterSoldier

9:44 AM · Jan 11, 2020 · Twitter for Android

**1** Retweet    **4** Likes

Tweet your reply                                    Reply

## Relevant people

**ATENÇÃO GEEK | Mídia**                       Follow
@agfotosevideos
Conta para fotos e vídeos dos
bastidores do mundo do
entretenimento. Conta oficial:
@atencaogeek

## What's happening

NFL · LIVE
**Browns at Bills**



**#Disenchanted** 🧚
Original movie now streaming
⬇ Promoted by Disney+

Trending in United States                        ...
**Rest In Peace**
50.7K Tweets

Trending in California                           ...
**Elton John**
10.1K Tweets

Entertainment · Trending                         ...
**Telemundo**
9,947 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

**Perkowski Legal P.C.**   ...
@c_perkowski

https://twitter.com/Diario_ElTiempo/status/1561484584042303490 __ at __ 2022-11-21 18:35:47 -08:00 __



← **Tweet**

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**



**El Tiempo**
@Diario_ElTiempo · · ·

**#Farándula** Ben Affleck y Jennifer López celebran boda con familia y amigos ow.ly/mv2J50KoQeS



3:45 PM · Aug 21, 2022 · Hootsuite Inc.

**1** Quote Tweet

💬          🔁          ♡          ⬆

P   Tweet your reply                              Reply

### Relevant people


**El Tiempo**
@Diario_ElTiempo                    Follow

El Tiempo, "El periódico del pueblo oriental", desde 1958 dedicado a informar el acontecer regional, nacional e internacional.
eltiempove.com

### What's happening

Television · LIVE
**Bachelor in Paradise airing on ABC**


Entertainment · Trending
**Died Suddenly**
47.2K Tweets                           · · ·

Trending in United States
**Chrisley**
14.8K Tweets                           · · ·

Sports · Trending
**Greg Dortch**
Trending with #BirdCityFootball 👋    · · ·

Family drama · Trending
**#GTMcontest12**                       · · ·

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.


**Perkowski Legal P.C.** · · ·
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 23-13   Filed 03/13/23   Page 60 of 101   Page ID #:4336

← **Tweet**

This Tweet is from a suspended account. Learn more

**Angelo** 🔮 @hts_angelo · Mar 26, 2021
Replying to @MileyUpdates and @MartaGuedes_21
Have you ever wonder if Hanna and Miley are the same person?

💬          ⟲          ♡          ⬆

**yung m0th** @Moth_Broth · Apr 8, 2021
Replying to @MileyUpdates
How about mind ya damn business and be glad she didnt end up like
Brittney because Billy respected her as a human

💬          ⟲          ♡          ⬆

**Mads** 🇩🇪 @MadsTweetedThis · Mar 26, 2021
Replying to @MileyUpdates
Kinda sad she's not sober anymore just hope it doesn't become a spiral
again like it was before

💬  2        ⟲  2        ♡  15        ⬆

**LALY** @spacemileyz · Mar 26, 2021
Replying to @MadsTweetedThis and @MileyUpdates
she said for months (like October) that she has been drinking, but it is not a
problem because she has never had a problem with alcohol.

💬          ⟲          ♡  5        ⬆

**Bastii** @brobastii · Mar 26, 2021
Replying to @MileyUpdates
best of both worlds

💬          ⟲          ♡  1        ⬆

🌈 **scotteepunk** 🌈 @scotteepunk · Mar 26, 2021
Replying to @MileyUpdates
Tacos & Tequila & super rad tats

💬          ⟲          ♡  3        ⬆



**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/allinitdrews/status/1296247481546805248 __ at __ 2022-11-21 12:24:30 -08:00

← **Tweet**

**sam**
@allinitdrews · · ·

he's so perfect



5:47 PM · Aug 19, 2020 · Twitter for iPhone

**3** Retweets  **14** Likes

💬    ⟲    ♡    ⬆



Tweet your reply          **Reply**

**bri** 🤍 @biebahbos · Aug 19, 2020  · · ·
Replying to @allinitdrews
Ikr 😍 💕💕❤️



0:01  10 views                    ♪ TikTok
                                   @rickthebizzler

💬    ⟲    ♡ 1    ⬆

---

🔍 Search Twitter

**Relevant people**

**sam**
@allinitdrews          **Follow**
fan account; justin followed 9.14.19

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**

Trending in United States          · · ·
**#YIAYrewind**

Trending in United States          · · ·
**1-0 USA**
18.5K Tweets

Trending in California          · · ·
**Mane**
137K Tweets

Politics · Trending          · · ·
**AR-15**
101K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More · · ·
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



← **Tweet**

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

**Dakota_chris**❤️
@Dakotachris1

Dakota and Chris filming their movies 😍😍

#dakotajohnson #chrisevans

1:03 PM · Oct 13, 2022 · Twitter for Android

**13** Retweets  **114** Likes

Tweet your reply

**Reply**

**Relevant people**

**Dakota_chris**❤️
@Dakotachris1                    Follow

Dakota johnson Chris evans

**What's happening**

Formula 1 · This morning
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
54.7K Tweets

Sports · Trending
**Fields**
Trending with Falcons, Bears

Sports · Trending
**Parsons**
Trending with #BroncosCountry 🏔, #DALvsMIN

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ⋯
@c_perkowski



**Tweet**

 **Teleaudiencias**
@teleaudiencias

···

Ben Affleck y Jennifer López se apoyan en sus momentos más duros. Ambos han roto hace poco con sus parejas (Ana de Armas y Álex Rodríguez). En los últimos días se rumorea sobre una posible relación…

wp.me/pa7I1P-3OY

Translate Tweet



3:50 AM · May 25, 2021 · TweetDeck

**1** Like

  

 Tweet your reply

Reply

**Relevant people**

 **Teleaudiencias**
@teleaudiencias

Follow

Audiencias, noticias, opinión, entrevistas, estrenos, tv, cine, música y deportes y +51.000 en instagram!
TvTeleaudiencias.wordpress.com

**What's happening**

FIFA World Cup · 3 hours ago
**Mexico vs Poland**



Perkowski Legal P.C.  ···
@c_perkowski

— https://twitter.com/foochia/status/1531577485976125443 __ at __ 2022-11-21 00:05:02 -08:00

← **Tweet**

**Foochia - فوشيا** ✔
@foochia

#كيندال_جينر تقضي وقتا برفقة والدها المتحول
#كاتلين_جينر في كاليفورنيا، بعد أيام من عودتها من حفل
زفاف شقيقتها #كورتني_كارداشيان في #إيطاليا

#CaitlynJenner #KendallJenner #إيطاليا#

Translate Tweet




3:05 AM · May 31, 2022 · Hootsuite Inc.

**2** Retweets   **2** Likes

Tweet your reply

Reply

**مريم الياسي** @ma_bint · Jun 1
Replying to @foochia

الله المستعان

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

**Relevant people**

**Foochia - فوشيا** ✔
@foochia

Follow

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Sports · Trending
**Toney**
14.8K Tweets

Trending in United States
**#AMAs** 🔥
4.65M Tweets

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Music · Trending
**#DavidoAt30**
57.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/bangtidyhq/status/1490779955764113417 __ at __ 2022-11-21 05:01:34 -08:00

← **Tweet**

🔍 Search Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

**Bang Tidy Celebs**
@BangTidyHQ                                    ...

-@sydney_sweeney



12:10 PM · Feb 7, 2022 · Twitter Web App

**4** Retweets   **43** Likes

💬     🔁     ♡     ⬆️

 Tweet your reply                    **Reply**

Show additional replies, including those that may contain offensive content                    **Show**

**Tweet**

### Relevant people

**Bang Tidy Celebs**                    **Follow**
@BangTidyHQ
Bringing you Bang Tidy Celebs from
the UK and around the world. From TV
& Film to Music & Models. Any
requests feel free to tweet.

**Sydney Sweeney** ✓                    **Follow**
@sydney_sweeney
🐶

### What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening
Ceremony**

Music · Trending                    ...
**Elton John**
Trending with Dodger Stadium, Dodger Stadium

Politics · Trending                    ...
**Tragically**
15.7K Tweets

Music · Trending                    ...
**Billy Joel**
1,378 Tweets

Science · Trending                    ...
**#Orion**
1,806 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

← **Tweet**

 **Madame Web Info** ❄
@MadameWebInfo ···

📸 Adam Scott durante as filmagens de #MadameWeb em Boston!



3:38 PM · Aug 1, 2022 · Twitter for Android

18 Likes

💬　　　⟲　　　♡　　　↥

 Tweet your reply　　　　　　　　Reply

## Search Twitter

### Relevant people

 **Madame Web Info** ❄
@MadameWebInfo　　**Follow**

Sua primeira e maior fonte de informações sobre o filme Madame Web no Brasil (fan accout).

### What's happening

FIFA World Cup · 57 minutes ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🔮
Original movie now streaming
⬛ Promoted by Disney+

Only on Twitter · Trending
**RIP JDF**
6,126 Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Tommy

Trending in California
**Shakira**
97.4K Tweets

Show more

Terms of Service　Privacy Policy　Cookie Policy
Accessibility　Ads info　More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

 **Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/domislivenews/status/1464346999873056768 _ _ _ w/ _ _ _ 2022-11-22 01:22:54 -08:00

← **Tweet**

Search Twitter

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**DomisLive NEWS** ✓
@domislivenews · · ·

#KanyeWest Says God Will Bring Him and #KimKardashian Back Together Again



1:35 PM · Nov 26, 2021 · Twitter for iPhone

**13** Retweets   **6** Quote Tweets   **247** Likes

Tweet your reply            **Reply**

**CATTRONIC** @Cattronicc · Nov 27, 2021 · · ·
Replying to @domislivenews
KANYE CUCK 😭

**LiL Flyer**🎤🎤 @LilFlyer_YT · Nov 26, 2021 · · ·
Replying to @domislivenews
😂😂😂😂

1   6

**J O S E G U Z M A N** @lmjoseguzman · Nov 26, 2021 · · ·
Replying to @domislivenews
You mean Kris Jenner

1   1

**Psaratt** @Sunshineonetwo · Nov 28, 2021 · · ·
Replying to @lmjoseguzman and @domislivenews
These filters and photoshop trends created  by the Kardashians are ripping our youths' self image and self esteem apart. They destroy everything and everyone around them.

**Kevin Flocks** @ONEnONLY_KF · Nov 26, 2021 · · ·
Replying to @domislivenews
Y he want her back 🤦

1

**K** @legpits · Nov 26, 2021 · · ·
Replying to @domislivenews
Uh

Show more replies

**Perkowski Legal P.C.** · · ·
@c_perkowski

### Relevant people

**DomisLive NEWS** ✓              **Follow**
@domislivenews
Hip Hop Commentator🎤 1 Million Subscribers on Youtube

### What's happening

Music · LIVE
Fans celebrate Kihyun's birthday


#AvatarTheWayOfWater
Get tickets now - In theaters December 16
🎬 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
7,122 Tweets

Trending in United States
**#GMMTV2023**
183K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

https://twitter.com/soygerardcortez/status/1133769640633618432 ___ ul ___ 2022-11-22 17:16:11 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-13   Filed 03/13/23   Page 68 of 101   Page ID #:4344

Search Twitter



**Gerard Cortez**
@SoyGerardCortez

Bella Hadid en Mónaco con un vestido de piel amarillo de Ronald Van Der Kemp 💛 Amo que para estas dos no se acabó la fiesta después de #Cannes2019 😂 Las odio 🖤

Translate Tweet

9:18 AM · May 29, 2019 · Twitter for iPhone

**12** Retweets   **1** Quote Tweet   **145** Likes

---

**Bri ⭐** @briandaariola · May 29, 2019
Replying to @SoyGerardCortez
@AlejandraOlv así despreocupadas de la vida jajajaja

**Bimbaaaa!!!💚** @AletzValenzuela · May 29, 2019
Replying to @SoyGerardCortez
No me encanto, no sé si por cómo se ve el material, pero de qué se la están pasando súper divertido no hay duda. De ambas soy Kendall, esta hermoso su Tommy

♡ 1

**Bimbaaaa!!!💚** @AletzValenzuela · May 29, 2019
Replying to @AletzValenzuela and @SoyGerardCortez
Siento que si tuviera el vestido amarillo trataría de estar como robot, se ve grueso y no tan flexible y kendall me está dando un Selena en altamar 😍💚

♡ 1

**Marco A. González G.** @marcogonzalezga · May 29, 2019
Replying to @SoyGerardCortez
Sería un bígamo irredento con estas dos mujeres.

---

**Perkowski Legal P.C.** ...
@c_perkowski

Tweet your reply                    **Reply**

**Relevant people**

Gerard Cortez
@SoyGerardCortez    **Follow**
Periodista de moda y cultura pop. TV Host y guionista. Amarás mi YouTube. No binarie. Inmigrante. Contacto Gerardcortez@gmail.com (Él-he, ella-she, elle-they)

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Bachelor in Paradise · Trending
**#bachelorinparadiseabc** 🌹
1,582 Tweets

Trending in United States
**RIP Harold**
Trending with TO BE CLEAR, Betty White

Entertainment · Trending
**Marvel**
84.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

__ https://twitter.com/noticias24/status/1229398956082453760 __ at __ 2022-11-22 17:17:33 -08:00 __

← **Tweet**

**Noticias 24**
@noticias24

#Farándula| Desde diciembre pasado, Adele se ha vuelto tendencia en búsquedas de Internet al mostrar que logró adelgazar más de 70 kilos. Ante la radical transformación que tuvo, se han filtrado nuevas fotografías de la nueva figura de la cantante #17feb #Viral

Translate Tweet



5:35 AM · Feb 17, 2020 · Hootsuite Inc.

**3** Retweets  **1** Quote Tweet  **25** Likes

---

### Search Twitter

**Relevant people**

**Noticias 24**
@noticias24    Follow

Noticias de Venezuela, Latinoamerica y el mundo

**What's happening**

FIFA World Cup · Earlier today
**Mexico vs Poland**

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

Tweet your reply

**Reply**



Tweet

Daniel Marven
@danielmarven

Kim went to fetch Kanye-West at Kwa-Joe 🤣🤣😂😂
😭

7:01 AM · Oct 6, 2019 · Twitter for Android

123 Retweets   25 Quote Tweets   768 Likes

Tweet your reply   Reply

PoisonSWine @ModdjiMOse · Oct 6, 2019
Replying to @danielmarven

kevy_lol @your_boy_Kev · Oct 10, 2019
Replying to @danielmarven
Hahahahaha

Tshepo Tee @TshepoTee16 · Oct 6, 2019
Replying to @danielmarven
Hahahahaha

Tshepo Tee @TshepoTee16 · Oct 6, 2019
Replying to @danielmarven and @MehriThickness
Owner of Kwa-Hoe...😂

Pebetsi @MehriThickness · Oct 6, 2019
Replying to @TshepoTee16 and @danielmarven
Stylish 😂😂😂😂😂😂😂😂

Joseph_Minde @Joseph_Minde · Oct 6, 2019
Replying to @danielmarven
@AlphucAltitime

Alphuric Acid @AlphucAltitime · Oct 6, 2019
Replying to @Joseph_Minde and @danielmarven
It's #1 will Kwa-Joe bro. Lol When you coming back to SA bro? So we check out the place?

Bhur George @George_Galluza · Oct 6, 2019
Replying to @danielmarven
The mister was there too😂😂😂

SabeModi @SiphiwModingaene1 · Oct 6, 2019
Replying to @danielmarven
Guys this 'kwa-joe' thing is everywhere and I still don't know where leave joe is

H.A.N @Sina_monkey · Oct 6, 2019
Replying to @SiphiwModingaene1
It's in P.E Bro in Kwazakhele Near New Brighton.

Ritchie @ThaMpofu7 · Oct 6, 2019
Replying to @danielmarven
@ShimgoMarlon @MpondoEdSM mxit shows up at bowling to take @francieminaja home😊😊

SaveDzhio @ThokpofoS7 · Oct 6, 2019
Replying to @danielmarven and 2 others
😂😂😂

Bo Lglt @iz_rexon · Oct 6, 2019
Replying to @danielmarven
The spandex on point

vusi @Comrade_SAsiyo · Oct 6, 2019
Replying to @danielmarven
😂😂😂😂😂

Sean-Vincent Mofakeng @PhokaTSV · Oct 6, 2019
Replying to @danielmarven
Did Kim fetch him? The Police were looking for him at Kwa Joe and couldn't find him.

Relevant people

Daniel Marven
@danielmarven   Follow
CEO of KE SHARP ( keshasp.co.za ) Tel 0150010066 ( info@kehasp.co.za ) construction, Civil works ( Residential, commercial and industrial construct

What's happening

Selection   Live
Bachelor in Paradise airing on ABC

#AvatarTheWayOfWater 💧
Get tickets now · In theaters December 16
🟦 Promoted by Avatar

Trending in United States
RIP Harold

Trending in United States
#StayWoke

Trending in United States
NitroRad

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/DAK_KOTTA/status/1575527826782310401 __ at __ 2022-11-20 18:27:15 -08:00 __

← **Tweet**

**DAKOTA**💯💯💯💯💯💯💯💯
@DAK_KOTTA

🌻😎🌻😎🌻😎🌻😎




9:48 AM · Sep 29, 2022 · Twitter for Android

**3** Retweets   **39** Likes

 Tweet your reply    **Reply**

---

## Relevant people



**DAKOTA**💯💯💯💯 ...   **Follow**
@DAK_KOTTA
Dakota Johnson💕💕 Fã Forever 💕
💕

## What's happening

NFL · LIVE
**Chiefs at Chargers**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶️ Promoted by Disney+

Gaming · Trending
**#100T** 😈
29K Tweets

Trending in California
**Dodger Stadium**
9,184 Tweets

The Real Housewives of Potomac · Trending
**John Hopkins**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/mileyupdates/status/1351327936213897216 ___ et __ 2022-11-20 14:11:34 -08:00

← **Tweet**



This Tweet is from a suspended account. Learn more

**DiViNa** @DiiViinA_ · Jan 18, 2021
Replying to @MileyUpdates
She is beautifullll my sunshine

**Miley Cyrus Promo** 💕 @MileyPromoter · Jan 18, 2021
Replying to @MileyUpdates
This look is so Lady Di 👰 😭

**valeria ~vi a lou~**🇮🇹 @httpvalv · Jan 18, 2021
Replying to @MileyUpdates and @icaruzroad
dioa esta una diosa

**matheus philippe lula da silva** @matheusphsr · Jan 18, 2021
Replying to @MileyUpdates
Ela tá tão linda vou morre

**Massimo Pallavicini** @MassimoPallavi1 · Jan 18, 2021
Replying to @MileyUpdates
Stai molto bene

**nɪnaᵗ** @xxradiatelove · Jan 18, 2021
Replying to @MileyUpdates
Hopefully in hq!

♡ 1



**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/CinematizandoOf/status/1389236838682672905 __ at __ 2022-11-20 09:06:47 -08:00 __

← **Tweet**

**Cinematizando**
@CinematizandoOf

···

Imagens dos bastidores da vindoura série da Ms Marvel com a atriz Iman Vellani usando o uniforme da heroína

#MsMarvel #ImanVellani #MarvelStudios #MCU



8:14 AM · May 3, 2021 · Twitter Web App

**7** Likes

  

Tweet your reply

Reply

## Relevant people

**Cinematizando**
@CinematizandoOf    Follow

## What's happening

Television · Last night
**Saturday Night Live airing on NBC**

#Disenchanted 🦹
Original movie now streaming
Promoted by Disney+

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Tommy

Trending in California
**Shakira**
96.7K Tweets

Only on Twitter · Trending
**#RIPLEGEND**
2,533 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

Search Twitter

https://twitter.com/rotten_movie/status/1092430222526316544 ... et ... 2022-11-22 19:53:21 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-13    Filed 03/13/23    Page 74 of 101    Page ID #:4350

Search Twitter

**Rotten Movie**
@Rotten_movie

もう少しでマーゴットロビーの「ハーレイクイン」が見れるよ😊

Translate Tweet



6:30 AM · Feb 4, 2019 · Twitter for iPhone

**502** Retweets    **11** Quote Tweets    **2,269** Likes

---

**Rotten Movie** @Rotten_movie · Feb 4, 2019
Replying to @Rotten_movie
生活感溢れるハーレイクインだね😊

5        301        1,808

---

☆karin☆★ @karidori942 · May 4, 2019
Replying to @Rotten_movie
カワイイ〜💕

---

シン👹脳魔神 KILLVEARN* @KILL_VEARN · Feb 15, 2019
Replying to @Rotten_movie
ゴミをポイ捨てしているように見える。( 3枚目... 笑)

6

---

シキ(崎) @SweetJunkyShiki · Feb 4, 2019
Replying to @Rotten_movie
So sweet!

---

Tweet your reply

Reply

**Relevant people**

**Rotten Movie**
@Rotten_movie
THE BRIDE(2024)
Action,Crime,Romance,Thriller
Rating:R (Strong Brutal Bloody
Violence |Language|Some
Sexuality/Nudity)

Follow

**What's happening**

NBA · LIVE
**Lakers at Suns**

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
**RIP Harold**

Sports · Trending
**Hunter Renfroe**
Trending with Brewers, Janson Junk

Trending in California
**Hooters**
8,534 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More …
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/nostrendsbrasil/status/1275600151541882883 __ at __ 2022-11-21 14:55:32 -08:00 __

← **Tweet**

**Nos Trends BRASIL** 🇧🇷
@nostrendsbrasil

···

Eiza González - Timothée Chalamet e a atriz mexicana Eiza Gonzalez estão namorando. #NosTrendsBrasil



TIMOTHEE CHALAMET MAKES OUT WITH GF EIZA GONZALEZ

6:22 PM · Jun 23, 2020 · Twitter for Android

**6** Quote Tweets   **12** Likes

💬   🔁   ♡   ⬆️

---

🅿️   Tweet your reply   **Reply**

---

**isa.** @Pessoa_Isabella · Jun 23, 2020   ···
Replying to @nostrendsbrasil
@jupitereestrela @fortes_jullia meu homem não é mais meu homem :(

💬 1   🔁   ♡ 1   ⬆️

**jujuba** @fortes_jullia · Jun 23, 2020   ···
Replying to @Pessoa_Isabella @nostrendsbrasil and @jupitereestrela
Puts amiga,ele que tá perdendo...uma beldade dessa kkkkkkk

💬   🔁   ♡   ⬆️

---

**Search Twitter**

**Relevant people**

**Nos Trends BRASIL** 🇧🇷   **Follow**
@nostrendsbrasil
Siga-nos e saiba o que está acontecendo #nostrendsbrasil. Não temos nenhum envolvimento com a rede social, nem somos remunerados. Postamos para informar!

**What's happening**

Sports · LIVE
**2022 FIFA World Cup**

Sports · Trending
**Anthony Black**   ···

Trending in United States
**#TheFive**   ···

Sports · Trending
**Mexico City**   ···
13K Tweets

Music · Trending
**soobin**   ···
221K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

🅿️ **Perkowski Legal P.C.**   ···
@c_perkowski

https://twitter.com/GabyMeza/status/976300949043010450?...   1d--xx-0660-04558   # 402



Page ID #402

## Sidebar

**Relevant people**

Gaby Meza • 📸✌️✅    **Follow**
@GabyMezaB
Cinéfila | #LlamadeForo YouTuber | TV
Host | Locutora #¡QuéFelicidelVer |
Team Cinépolis | EXA FM
contacto@llamadeforo.com.mx

**What's happening**

FIFA World Cup · Live
USA vs Wales

Trending in California
Dodger Stadium
14.3K Tweets

Music · Trending
Ciara
Trending with Chris Brown

Trending in United States
Senegal
Trending with #Mandy #SENNED

Trending in United States
I BELIEVE THAT WE WILL WIN

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

## Main content

Gaby Meza • 📸✌️✅
@GabyMezaB

#BrieLarson luce el traje en el set de #CapitanaMarvel,
¿qué les parece?

Translate Tweet

**Media not displayed**

Media not displayed

This image has been removed in response to a report from the copyright holder.

9:10 PM · Mar 20, 2018 · Twitter for Android

**35** Retweets   **7** Quote Tweets   **576** Likes

Tweet your reply    **Reply**

---

Oscar Herrera @oskar017 · Mar 20, 2018
Replying to @GabyMezaB
Hermosa 😍😍😍
🗨   🔁   ♡ 1

Jano @Izandorela · Mar 20, 2018
Replying to @GabyMezaB
Que le queda grande
🗨   🔁   ♡ 1

Alam @EduardoAlamG · Mar 17, 2018
Replying to @GabyMezaB
Pues no se que decirte... yo la amo (^-^)
🗨   🔁   ♡

Jonathan Rico @JonathanRicoF · Mar 20, 2018
Replying to @GabyMezaB
Me gusta que sea tipo armadura, ojalá le pongan casco o algún tipo de
peinado que trae en los cómics sería muy cool

Carlitos Mendoza @vicaracapri06 · Mar 20, 2018
Replying to @GabyMezaB
Luce genial, es muy agradable visualmente...
🗨   🔁   ♡

Jorge Jiménez @georgetgeva2 · Mar 20, 2018
Replying to @GabyMezaB
Me gusta, pero me agradaría mas en rojo 😄
🗨   🔁   ♡

Óscar @yoscyquiemssyy1 · Mar 21, 2018
Replying to @GabyMezaB
Se me hace gorda
🗨   🔁   ♡

Daniel Wick @blackwick17 · Mar 20, 2018
Replying to @GabyMezaB
Prefiero el clásico pero este verde se ve bien
🗨   🔁   ♡

Santiago Foster @santiagoFoster · Mar 20, 2018
Replying to @santiagoFoster
Uuuy pero si esto fuera d una película de DC seguro ya la estarían
reventando. "Pinche traje culero" le queda grande bla bla bla
🗨   🔁   ♡

Danny Boy @Dannythehommi · Mar 20, 2018
Replying to @santiagoFoster and @GabyMezaB
Jajajaja pues si le queda grande y se medio pinza a ver como sale en la
pelicula
🗨   🔁   ♡

Hector Salgado @hekth0r · Mar 20, 2018
Replying to @GabyMezaB
En principio no me convenca, pero como decirle no a esa sonrisa!

GIF

🗨   🔁   ♡ 3

Giovanni @GiovanniS4594895 · Mar 20, 2018
Replying to @GabyMezaB
😍😍😍
🗨   🔁   ♡

Humberto @Humbertohlorlega · Mar 20, 2018
Replying to @GabyMezaB
Una puta mierda, el traje de Quake en agentes de shield le da mil vueltas.
🗨   🔁   ♡

Just another Nancy Boy @RichyVonDoom · Mar 20, 2018
Replying to @GabyMezaB
¡No había uno más justo?
🗨   🔁   ♡ 6

Oswaldo @Oswaldo33Zapata · Mar 20, 2018
Replying to @RichyVonDoom and @GabyMezaB
Tranquilo, eso se arregla con el cgi!
🗨   🔁   ♡ 1

Robert Stark @tetroBalher · Mar 20, 2018
Replying to @GabyMezaB
Es perfecta para este personaje. No se porque se fijan en el físico de la actriz

---

Perkowski Legal P.C. ...
@_perkowski

__ https://twitter.com/nanfixus/status/1030180881601130497 __ at __ 2022-11-21 16:24:13 -08:00 __

← **Tweet**

Q Search Twitter

🏠 Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

⇄ **@nanfixus** Retweeted

KI ❤️
@swiftly_gucci

| —



8:53 AM · Aug 16, 2018 · Twitter for iPhone

**2** Retweets  **11** Likes

💬          ⇄          ♡          ⬆

Ⓟ  Tweet your reply                    Reply

**Relevant people**

**@nanfixus**    Follow
@nanfixus
DJ Fan 🎵 Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🇦🇷

**What's happening**

Television · Starts at 5:00 PM
**All American airing on The CW**

Trending in California
**TSLA**
23.7K Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,574 Tweets

Entertainment · Trending
**Julia Fox**
8,920 Tweets

Trending in United States
**Maher**
8,711 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More …
© 2022 Twitter, Inc.



Perkowski Legal P.C. …
@c_perkowski

← **Tweet**

**Twitter** (logo)

Home
# Explore
🔔 Notifications ①
Messages
🔖 Bookmarks
Lists
Profile
More

**Tweet**



Bastidores 🎬
@SiteBastidores4

···

AAAAAH! 🥰

Margot Robbie e Ryan Gosling no set de gravação de
#Barbie




2:44 PM · Jun 22, 2022 · Twitter for Android

**11** Retweets  **5** Quote Tweets  **72** Likes

💬          ↻          ♡          ↑

P    Tweet your reply                    Reply

**Relevant people**



Bastidores 🎬          Follow
@SiteBastidores4

Conta oficial do site Bastidores:
Cinema, Games, Televisão, Livros e
Cultura Pop em um só lugar | ✉
email: matheus@nosbastidores.com.br

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Gaming · Trending          ···
**3DS RAINBOW ROAD**

Gaming · Trending          ···
**Maple Treeway**

Trending in United States          ···
**Maguire**
Trending with #ThreeLions🏴󠁧󠁢󠁥󠁮󠁧󠁿, Luke Shaw

Trending in United States          ···
**England**
Trending with #ENGIRN, Saka

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



Perkowski Legal P.C.          ···
@c_perkowski

__ https://twitter.com/nanfixus/status/1321974486229463042 __ at __ 2022-11-21 11:24:50 -08:00 __

← **Tweet**



⟲ **@nanfixus** Retweeted

**Exotic Beings**
@exoticbeings                                    •••

## Dakota Johnson



5:28 PM · Oct 29, 2020 · Twitter Web App

**9** Retweets   **23** Likes



🅿  Tweet your reply                           **Reply**

Q Search Twitter

## Relevant people



**@nanfixus**                                   **Follow**
@nanfixus
DJ Fan 🌸 Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🇦🇷

**Exotic Beings**                               **Follow**
@exoticbeings
Daily post of the hottest female
celebrities and athletes. #celebrities
#dakotajohnson #actresses

## What's happening



FIFA World Cup · LIVE
**USA vs Wales**



Entertainment · Trending                        •••
**Julia Fox**
4,802 Tweets

Trending in California                          •••
**Dodger Stadium**
14K Tweets

Trending in United States                       •••
**Senegal**
Trending with Mendy, Holanda

Trending in United States                       •••
**Neco Williams**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Home

Explore

Notifications ①

__ https://twitter.com/filmnewsPL/status/1578067012088286468 __ at __ 2022-11-22 22:29:04 -08:00 __



← **Tweet**

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

 **Film News ❄**
@filmnewsPL ···

Dakota Johnson na planie filmu **#MadameWeb**



9:57 AM · Oct 6, 2022 · Twitter for Android

**9** Retweets   **1** Quote Tweet   **115** Likes

 Tweet your reply

Reply

 **Perkowski Legal P.C.**
@c_perkowski ···

---

Search Twitter

### Relevant people

 **Film News ❄**
@filmnewsPL

Follow

🎬 najnowsze wiadomości filmowe - kino polskie i zagraniczne, popularne i niezależne 🏛 kontakt: filmnewspl@gmail.com

### What's happening

NBA · 1 hour ago
**Lakers at Suns**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Trending in United States ···
**Erection**
18.3K Tweets

Trending in California ···
**Costco**
5,856 Tweets

Chain restaurants · Trending ···
**Hooters**
8,713 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/zaynjmalikarg/status/1026787934991773696 ___ el ___ 2022-11-22 20:03:06 -08:00

**Tweet**

Search Twitter

- Home
- Explore
- Notifications 1
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

**Zayn Argentina**
@ZaynJMalikARG

(3) 📸| Zayn junto a Gigi ayer en New York💕 —6/8.

#MTVHottest Zayn Malik



zayn

4:11 AM · Aug 7, 2018 · Twitter for iPhone

46 Retweets    116 Likes

Tweet your reply

Reply

**too much ♡** @superiorityzayn · Aug 7, 2018
Replying to @ZaynJMalikARG @zaynmalik and @GiGiHadid
vosotras poneis mal el hastag a posta o como va la vaina #MTVHottest ZAYN

**Cami ✨** @anywherexlou · Aug 7, 2018
Replying to @ZaynJMalikARG @zaynmalik and @GiGiHadid
#MTVHottest ZAYN

**Perkowski Legal P.C.**
@c_perkowski

## Relevant people

**Zayn Argentina**
@ZaynJMalikARG
Fan Page | Updates & Promo de @zaynmalik en Argentina. Reconocidos por @inZAYN & @SonyMusicArg • #PAYNTBYZAYN ll: payntbyzayn.com • Fan Account

Follow

**zayn** ✔
@zaynmalik
bit.ly/zaynfeedingbri...

Follow

## What's happening

NBA · LIVE
Lakers at Suns



#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
📢 Promoted by Avatar

Sports · Trending
**Anthony Davis**
2,634 Tweets

Entertainment · Trending
**Marvel**
89.2K Tweets

Trending in United States
**RIP Harold**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/aassemblebr/status/1556776473184423937 _el _ 2022-11-21 17:12:44 -08:00 Case 2:22-cv-09462-DMG-ADS Document 23-13 Filed 03/13/23 Page 82 of 101 Page ID #:4358

**Avengers Assemble BR**
@AAssembleBR                                    ···

📸 Bastidores das filmagens de #Ironheart.



3:56 PM · Aug 8, 2022 · Twitter for Android

**2** Quote Tweets    **44** Likes

Tweet your reply                                **Reply**

**Avengers Assemble BR** @AAssembleBR · Aug 8    ···
Replying to @AAssembleBR
📸 Bastidores das filmagens de #Ironheart.

💬 1              ⟲              ♡ 12              ⬆

**Avengers Assemble BR** @AAssembleBR · Aug 9    ···

> **Avengers Assemble BR** @AAssembleBR · Aug 8
> 📸 Mais imagens das filmagens de #Ironheart.
>
> Temos o primeiro vislumbre em Anthony Ramos - que possivelmente está interpretando The Hood na série.
> Show this thread

💬              ⟲              ♡ 1              ⬆

---

### Relevant people

**Avengers Assemble BR**                         **Follow**
@AAssembleBR
🇧🇷 Fan Account | Sua mais completa fonte de informações sobre o universo Marvel no Brasil. Ativem as notificações!

### What's happening

NCAA Men's Basketball · Yesterday
**Delta Devils at Tigers**

Entertainment · Trending
**Died Suddenly**                                ···

Only on Twitter · Trending
**#pcxqc**                                       ···
38.2K Tweets

Trending in United States
**#ThingsIWouldTellMyYoungerSelf**               ···

All American · Trending                          ···
**#AllAmerican**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
Lists
👤 Profile
··· More

**Tweet**

**Perkowski Legal P.C.**                         ···
@c_perkowski

← **Tweet**



**Bang Tidy Celebs**
@BangTidyHQ

-@Camila_Cabello



11:03 AM · Oct 16, 2020 · Twitter Web App

**7** Retweets    **49** Likes

Tweet your reply    Reply

Q Search Twitter

## Relevant people

**Bang Tidy Celebs**
@BangTidyHQ    Follow
Bringing you Bang Tidy Celebs from the UK and around the world. From TV & Film to Music & Models. Any requests feel free to tweet.

**camila** ✓
@Camila_Cabello    Follow
Sigue bailando. FAMILIA out now

## What's happening

NCAA Men's Basketball · Yesterday
**Aggies at Ramblers**

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States
**#AMAs** 🔥
4.2M Tweets

Music · Trending
**#DavidoAt30**
64.5K Tweets

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/beyhivecombr/status/1522037709824483328 __ et __ 2022-11-21 01:07:19 -08:00

# Tweet



Perkowski Legal P.C.
@c_perkowski

**Relevant people**

BEYHIVE.com.br ✓
@beyhivecombr        Follow
Fan account. #RENAISSANCE Em todas as plataformas de streaming | Notícias, fotos e vídeos da Beyoncé para a #BEYHIVE!

David Chappelle          Follow
@DaveChappelle

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Trending in United States
**#SisterWives**
Trending with Kody

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Trending in United States
**#AMAs** 🏆
4.57M Tweets

Trending in United States
**Defuncfland**
4,429 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/SNEAKPEEKCA/status/1073016158477928400 __ at __ 2022-11-20 21:00:51 -08:00 __

← Tweet

⮌ SneakPeek Retweeted

**SneakPeek**
@SNEAKPEEKCA                          ⋯

sneakpeek.ca/2018/12/wonder...



2:28 PM · Dec 12, 2018 · Twitter Web Client

**1** Retweet

💬          ⮌          ♡          ⬆

P     Tweet your reply                    Reply

Perkowski Legal P.C.
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

   **SneakPeek**          Follow
                        @SNEAKPEEKCA
                        Invite Only

**What's happening**

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧜‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in United States          ⋯

---

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
≣ Lists
👤 Profile
⊙ More

**Tweet**

← **Tweet**

🔍 Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

**Nicholas Galitzine Brasil** 👑 Fã-clube
@NGBRSite

···

📸 MAIS FOTOS de Nicholas Galitzine e Anne Hathaway filmando #TheIdeaofYou na quarta-feira, 19 de outubro, em Atlanta, Geórgia.

Translate Tweet



👤 Anne Hathaway Brasil • FANSITE

12:28 AM · Oct 21, 2022 · Twitter Web App

**8** Retweets  **63** Likes

💬           ⇄           ♡           ⬆️

Ⓟ   Tweet your reply                    **Reply**

## Relevant people

**Nicholas Galitzine Br...**
@NGBRSite                              **Follow**

Fã-site brasileiro dedicado ao ator e cantor inglês Nicholas Galitzine. Fan account - contact us before taking any legal action! Follow Nicholas: @nickgalitzine

**Anne Hathaway Brasil...**
@HathawayBRA                           **Follow**

Sua mais atualizada fonte de informações sobre a atriz Anne Hathaway. WE'RE NOT ANNE HATHAWAY! — 📸: @midiasahbr

## What's happening

Formula 1 · Starts tomorrow
**Abu Dhabi Grand Prix 2022**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶️ Promoted by Uber

Only on Twitter · Trending             ···
**#万博体育**
2,931 Tweets

Entertainment · Trending             ···
**Tommyinnit**
9,972 Tweets

Trending in United States             ···
**#FIFAWorldCup** 🏆
Trending with Qatar, Messi

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**   ···
@c_perkowski



← **Tweet**

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

matheus
@whomath

👈👋 eu



im sorry for the person i will become when the barbie movie comes out

7:09 AM · Jun 23, 2022 · Twitter for iPhone

**136** Retweets   **7** Quote Tweets   **814** Likes

Tweet your reply      **Reply**

eumatheus @harry_sempotter · Jun 23
Replying to @whomath
@rebolamare

marina TROPA DOS SNK LOUCO @rebolamare · Jun 23
Replying to @harry_sempotter and @whomath
🥴

Tonhão™ @jvtonha · Jun 23
Replying to @whomath
Vou começar a renovar o guarda roupa de agora pra só ter roupa rosa
quando sair.

murilo @paiermurilo · Jun 23
Replying to @whomath

Two tickets for *Barbie* please.

🗨️ 1    🔁    ♡ 5    ⬆️

vini @lowv1n1 · Jun 23
Replying to @whomath
a gente amor
🗨️ 1

matheus @whomath · Jun 23
Replying to @lowv1n1
vai ser o melhor filme já feito

ana rocha @ipsofaccto · Jun 23
Replying to @whomath
@elvisa sim!

junior @NOTthatjunior · Jun 23
Replying to @whomath
@GabiMGouvea estou obcecado
🗨️ 1    ♡ 1

Gabriella Manzano @NOTthatjunior and @whomath · Jun 23
Replying to @NOTthatjunior and @whomath
O Barbieverso vai mudar tudo
🗨️ 1

sari @folkgirls · Jun 23
Replying to @whomath
a gente vida

hillsongueiro secular 🌿 @hillsonguete · Jun 23
Replying to @whomath
Eu TB

tô mto no hype desse filme

hillsongueiro secular 🌿 @hillsonguete · Jun 23
Replying to @whomath
Vai ser o melhor filme de 23 eu sinto isso

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more

henrique 🏳️‍🌈 @henriquebruno · Jun 23
Replying to @pietraranna_ @whomath and @josevgodoy
simplesmente insuportável só de pensar na roupa que vou usar no tapete
vermelho do kinoplex
🗨️ 1    🔁    ♡ 1    ⬆️

Show replies

Q Search Twitter

**Relevant people**

matheus    **Follow**
@whomath
vivo de momentos. | manda jobs:
whomath@outlook.com 📩 | conta
reserva: @whomath2

**What's happening**

NFL · 47 minutes ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
61.7K Tweets

Entertainment · Trending
**August Alsina**
Trending with #TheSurrealLife

Bachelor in Paradise · Trending
**#BachelorInParadise** 🌹
Trending with Genevieve

Entertainment · Trending
**Sinbad**
7,336 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

https://twitter.com/ChrisEvans_USA/status/1580983264655077376 _at_ 2022-11-22 22:49:59 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-13   Filed 03/13/23   Page 88 of 101   Page ID #:4364



← **Tweet**

**Chris Evans USA** 💙
@ChrisEvans_USA                                          ···

Chris Evans keeps Chris Evansing and the world is
better for it. 🥹 #ChrisEvans



11:05 AM · Oct 14, 2022 · Twitter for iPhone

**44** Retweets   **3** Quote Tweets   **554** Likes

💬                🔁                ♡                ⬆️



Tweet your reply                                 **Reply**

**Zeus Xyruz** @zeusxyruz · Oct 14                        ···
Replying to @ChrisEvans_USA
💙💙💙

💬             🔁             ♡             ⬆️

🔍 Search Twitter

### Relevant people



**Chris Evans USA** 💙          **Follow**
@ChrisEvans_USA
FAN ACCOUNT 💙 Dedicated to
Dodger Evans' BEST FRIEND. No
Gossip. No Hate. You can call me Luna
🦙 I love 🐘🐶🐼🦒🐪🐮 and 🐕💙

### What's happening

NBA · 1 hour ago
**Lakers at Suns**

#AvatarTheWayOfWater🧝
Get tickets now · In theaters December 16
▶️ Promoted by Avatar

Trending in United States                              ···
**Erection**
19.3K Tweets

Trending in California                                ···
**Costco**
5,966 Tweets

Celebrities · Trending                                ···
**Denzel Washington**
2,092 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**          ···
@c_perkowski

_ https://twitter.com/ElAragueno/status/1400867445724827655 _ at _ 2022-11-22 12:01:31 -08:00 _

← **Tweet**

 **El Aragüeño**
@ElAragueno
···

Jennifer López y Ben Affleck parecen confirmar con su último encuentro que están de vuelta. Varias imágenes publicadas en exclusiva por el portal Page Six así lo demuestran. #Farándula

Translate Tweet



10:30 AM · Jun 4, 2021 · TweetDeck

💬                    🔁                    ♡                    ⬆️

 Tweet your reply                                          Reply

---

**Relevant people**

 **El Aragüeño**                    Follow
@ElAragueno
EL PRIMER DIARIO DE ARAGUA. ¡50 años contando tu historia!

**What's happening**

FIFA World Cup · 2 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California
**Mexicans**
15.6K Tweets                    ···

Celebrities · Trending
**Tom Hanks**
5,536 Tweets                    ···

Trending in United States
**Australia**
Trending with Giroud, Rabiot                    ···

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
Lists
👤 Profile
··· More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski    ···

Q Search Twitter

__ https://twitter.com/tender_DMJ/status/1578050970679902209 __ at __ 2022-11-22 22:33:15 -08:00

← **Tweet**



**DAKOTA** 💜💙
@tender_DMJ

I'm so happy to see her, I have missed her so much 😭



8:54 AM · Oct 6, 2022 · Twitter for iPhone

**1** Retweet   **56** Likes



Tweet your reply

Reply

**Relevant people**

**DAKOTA** 💜💙
@tender_DMJ

Follow

Dakota Johnson is the meaning of perfection and of course the love of my life ❤️



**Tweet**




Search Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

**Bieber Info Brasil**
@bieberinfobr

Justin Bieber e Hailey Bieber foram vistos chegando à igreja Churchome ontem, 26 de janeiro, em Beverly Hills, na California.

Translate Tweet



7:58 PM · Jan 26, 2022 · Twitter for iPhone

**3** Retweets   **7** Likes



Tweet your reply

Reply

**Relevant people**



**Bieber Info Brasil**
@bieberinfobr
Follow

Fan account @justinbieber

**What's happening**

NFL · 2 hours ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
70.4K Tweets

Trending in California
**Mexicans**
6,373 Tweets

Entertainment · Trending
**Sinbad**
8,378 Tweets

https://twitter.com/screwerplus/status/1187483971598372864 ... el 2023-11-21 15:09:25 -08:00
22-cv-09402-DMG-AGR Document 23-13 Filed 03/13/23 Page 92 of 101 Page ID #:4368



___ https://twitter.com/vishmidia/status/1410959524261990400 ___ et ___ 2022-11-22 10:20:20 -08:00

← **Tweet**

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

○ More

**Tweet**

🔍 Search Twitter

VI$H Mídia 🇧🇷
@vishmidia

---

VI$H Mídia 🇧🇷
@vishmidia    ···

### Angelina Jolie e The Weeknd flagrados juntos em Los Angeles 👀 📸



6:52 AM · Jul 2, 2021 · Twitter for iPhone

**6** Retweets   **9** Quote Tweets   **206** Likes

💬        ⟲        ♡        ⬆

[P] Tweet your reply        Reply

🖼 **Daniel.exe** 💃💋 · @danieldani38RJ · Jul 2, 2021    ···
Replying to @vishmidia
Eita bixo...

💬        ⟲        ♡        ⬆

---

## Relevant people

VI$H Mídia 🇧🇷        Follow
@vishmidia
Site de conteúdo subversivo | +
@vishsports Contato:
contato@vishmidia.com.br

## What's happening

FIFA World Cup · 22 minutes ago
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🌊
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Sports · Trending        ···
**Viva Ronaldo**
3,553 Tweets

Sports · Trending        ···
**Cristiano Ronaldo**
Trending with #ManchesterUnited

Celebrities · Trending        ···
**Anthony Mackie**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Perkowski Legal P.C.    ···
@c_perkowski

__ https://twitter.com/filmsbymeche/status/1196574136224665600 __ at __ 2022-11-19 22:51:25 -08:00 __

← Tweet



🔘🔘
@filmsbydelrey

**Lily ya regreso a LA**

3:41 PM · Nov 18, 2019 · Twitter Web App

1 Like

Tweet your reply

Reply

## Relevant people



🔘🔘
@filmsbydelrey
multifandom ✦*₊

Follow

## What's happening

Television · 2 hours ago
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Sports · Trending
**Pasadena**
1,627 Tweets

Trending in United States
**Jason David Frank**
1,035 Tweets

Trending in United States
**Blocked**
133K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter



Perkowski Legal P.C.
@c_perkowski

https://twitter.com/MCU Source/status/ТНЕЕЕЕЕЕЕЕЕЕЕ...   2022-11-22 22:14:17 ... Document 22-12   Filed 05/13/23   Page 96 of 101   Page ID #4833



**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

MCU Source
@MCUSource

BREAKING: A new #SpiderMan has been spotted on set of MADAME WEB:

8:44 AM · Oct 7, 2022 · Twitter for iPhone

5,230 Retweets    641 Quote Tweets    24K Likes

**Tweet your reply**    Reply

Aaakesh @aaelk_04 · Oct 7
Replying to @MCUSource
That dudes r not gonna make it to the actual movie. Sony probably leaked that themselves to make us go watch it. some way Spider-Man was in the Morbius Trailer. I'm not watching it. not getting mocked two times. i'll wait for access the spiderverse (and El Muerto to laugh at it)

The Weekend Man Account 🎃 @akirt_r · Oct 7
@theweekend_ Wahala oh
@twombud Wahala oh

Nerd without Fear @NerdWithoutFear · Oct 7
If it is Ezekiel Sims they heavily missed the mark on that suit tho

Aidan Perris @AidanMick · Oct 7
Replying to @MCUSource
If that is 2099 then that's some wack lookin for his costume. Then again, it's just a blurry still, so my mind may be blown by the time I actually see it

Jeff @JA7DO · Oct 7
Replying to @MCUSource
I wish they made 2099 Spider-Man

Jay Freeman88 @JayFreeman88 · Oct 7
Replying to @MCUSource
That isn't a Spider-Man, it's Ezekiel Sims

This Tweet is from an account that no longer exists. Learn more

FreedomDarcy @FreedomDarcy · Oct 7
Replying to @MarlanMLT1K and @MCUSource
what ?

@RoselDisplaystiOff · Oct 7
Replying to @MCUSource
it's Kaine prolly

C-Guy @cgthebrand · Oct 7
Replying to @MCUSource
Scarlet Spider 🕷️🕷️

Ryan the marvel man @Ryanfenfying · Oct 7
Replying to @MCUSource
Bruh if that's not Aaron Taylor Johnson

Miguel Ríos DeLeon @M_Miers_n_Live · Oct 7
Replying to @RyanfenfyIng and @MCUSource
Could that be kain from that clone saga shit lmao

mercy 🩵 @Queenzanax · Oct 7
Replying to @MCUSource
wait, spider-weaver was just revealed in the newest edge of spider-verse, and this looks a hell of a lot like aaron taylor johnson

Luis JoHnson Salios @johnson_salios · Oct 7
Replying to @MCUSource
Maginato?

XL_XlxstIceLeague @XL_Xlxsague · Oct 7
Replying to @MCUSource
That looks like Aaron Taylor Johnson

MovicxSite @rShoutelon · Oct 7
Replying to @MCUSource
Looks like the guy that played lock ass and quicksilver

Satoru 🥀 @satorisspitza · Oct 7
Replying to @MCUSource
Tarantula new desing

John Henry Irons @HenryJohRYGB · Oct 7
Replying to @MCUSource
That is Tahar Rahim doubt double as Ezekiel Sims

Wiz 🧙 @wozznown · Oct 7
Replying to @MCUSource
Lame

I'm Batman @RedboaWayne95 · Oct 7
Replying to @MCUSource
Maybe him?

Relevant people

MCU Source
@MCUSource
The best source of Marvel Cinematic Universe news, comics, games, movies and more! Associated with @DRC Source
Follow

What's happening

NBA · 1 hour ago
Lakers at Suns

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
Erection
10.8K Tweets

Trending in California
Costco
5,916 Tweets

Business and finance · Trending
Chesapeake
2435 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ...
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/aassemblebr/status/1556769829104881667 __ et __ 2022-11-20 23:09:37 -08:00

Twitter

- Home
- Explore
- Notifications ¹
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

← **Thread**

**Avengers Assemble BR**
@AAssembleBR

📸 Novas imagens das filmagens de #Ironheart.



3:30 PM · Aug 8, 2022 · Twitter for Android

**2** Retweets   **3** Quote Tweets   **68** Likes

Tweet your reply                                    **Reply**

**Avengers Assemble BR** @AAssembleBR · Aug 8
Replying to @AAssembleBR

**Avengers Assemble BR** @AAssembleBR · Aug 6
📰 | RUMOR: Anthony Ramos está supostamente interpretando The Hood, um vilão feiticeiro místico, na série #Ironheart!

Via: @MyCosmicCircus
Show this thread

MARVEL STUDIOS
IRONHEART

♡ 5

**Relevant people**

 **Avengers Assemble BR**   **Follow**
@AAssembleBR
🇧🇷 Fan Account | Sua mais completa fonte de informações sobre o universo Marvel no Brasil. Ativem as notificações!

**What's happening**

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**

▶ Promoted by Disney+

Trending in United States
**#AMAs** 🔥
Trending with  soobin, yeonjun

Sports · Trending
**Sean Payton**

Trending in United States
**#TheWalkingDead**
Trending with  #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



Search Twitter

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

**Miley Cyrus Updates** ✅
@MileyCyrusBz

# EVERYBODY PLEASE LOOK AT MILEY CYRUS!!!



8:11 PM · May 15, 2022 · Twitter for Android

**524** Retweets   **80** Quote Tweets   **6,994** Likes

Tweet your reply                                    **Reply**

**Bonnie L. Peluso** @BonniePeluso1 · May 16
Replying to @MileyCyrusBz
I love Miley and I'm 74 years old. She's very talented and the best voice ever.
My son loves her a lot.
                                    9

**Miley Cyrus Updates** ✅ @MileyCyrusBz · May 17
Replying to @BonniePeluso1
you're so tasteful, Bonnie ❤️
                                    1

**ILOVEMILEYCYRUS** ❤️ @SmilerDiary · May 16
Replying to @MileyCyrusBz
Wow😍😍😍

**Mister_Tree** @PapiBigTree · May 17
Replying to @MileyCyrusBz
why?   All those drugs caused puberty to skip her.

**Dark Angel** @TankManXO · May 16
Replying to @MileyCyrusBz
beautiful !!!!

**ESX** @ESX2005 · May 16
Replying to @MileyCyrusBz
Omgggggg bruh 😂😂

✝️ **Da'Vawn** 💎 @DaWavic1 · May 16
Replying to @MileyCyrusBz
 Bih betta workin!!!! 🙌🙌

**Harry Kritis** @HarryKritis · May 16
Replying to @MileyCyrusBz



08203615717122/photo/1

**Emma holguin** @Emmaholguin3 · May 16
Replying to @MileyCyrusBz
¡¡Miley Cyrus beautiful woman!!

**Fátima** 😊 @SarahiC301 · May 17
Replying to @MileyCyrusBz
@marcelopez23
                                    1

**Gerald Hickman** @GeraldHickman14 · May 16
Replying to @MileyCyrusBz
Great gams!

**james j gatto** @jjjimg · May 16
Replying to @MileyCyrusBz
Absolutely gorgeous!!!!

**michael le'mon daniel** @michaellemonda5 · May 16
Replying to @MileyCyrusBz
shit shit shit can i get a mo mo

**michael le'mon daniel** @michaellemonda5 · May 16
Replying to @MileyCyrusBz
so lucky that we arent still in las vegas love ya kido

**Portal Damiano David** @PortalDamiano · May 16
Replying to @MileyCyrusBz
😍😍😍😍😍

**Jürgen** @JuergenHoenig · May 15
Replying to @MileyCyrusBz

## Relevant people

**Miley Cyrus Updates** ✅
@MileyCyrusBz
Fan account | Copyright belongs to
the respective owners | @MileyCyrus
follows 💕

**Follow**

## What's happening

NFL · 1 hour ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
66.5K Tweets

Trending in United States
**Dreamers MV**
166K Tweets

Trending in United States
**#ATEEZinAtlanta_Day1**

Trending in United States
**August Alsina**
Trending with Jada, #TheSurrealLife

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

← **Tweet**

 **Noticias 24**
@noticias24 ···

#Farándula| Desde diciembre pasado, Adele se ha vuelto tendencia en búsquedas de Internet al mostrar que logró adelgazar más de 70 kilos. Ante la radical transformación que tuvo, se han filtrado nuevas fotografías de la nueva figura de la cantante #17feb #Viral

Translate Tweet




6:00 PM · Feb 17, 2020 · Hootsuite Inc.

**3** Retweets  **1** Like

💬        🔁        ♡        ⬆️

 Perkowski Legal P.C.
@c_perkowski  ···

Ⓟ  Tweet your reply                    **Reply**

**David Moreno Díaz** @daframodizo · Feb 18, 2020 ···
Replying to @noticias24
Ya me imagino el pellejero gindando q asco

💬        🔁        ♡        ⬆️

---

## Relevant people

 **Noticias 24**
@noticias24          **Follow**
Noticias de Venezuela, Latinoamerica y el mundo

## What's happening

NBA · LIVE
Nets at 76ers

#AvatarTheWayOfWater 🌊
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Celebrities · Trending
**Tom Hanks**
9,913 Tweets         ···

Politics · Trending
**Naomi Biden**
23.2K Tweets         ···

Entertainment · Trending
**Tarantino**
Trending with Simu Liu, Chris Evans   ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Sidebar navigation:**
Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
**Tweet**

← **Tweet**



**Home**

# **Explore**

🔔 **Notifications** ①

**Messages**

🔖 **Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

 **Clicky Sound**
@ClickySound       ...

clickysound.com/celebrity-soci... Because it is Thanksgiving in the US, there's a lot of social media posts about food. It's too bad that turkey i...



12:04 PM · Nov 28, 2019 · Clicky Sound

💬        ↻        ♡        ⬆

  Tweet your reply        **Reply**

Perkowski Legal P.C.
@c_perkowski       ...

🔍 Search Twitter

**Relevant people**

 **Clicky Sound**
@ClickySound       **Follow**
Photography at its Best!

**What's happening**

NFL · 3 hours ago
**Browns at Bills**


**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Elton John**
12.7K Tweets       ...



← **Tweet**



© 2022 Twitter, Inc.



**Perkowski Legal P.C.**
@c_perkowski