# EXHIBIT B Continued

__ https://twitter.com/desienelcine/status/1552072842526789638 __ at __ 2022-11-21 19:10:24 -08:00 __

← **Tweet**

 **Desi en el cine** 🎬
@desienelcine                                    ···

## Primera imagen de Dakota Johnson en el set de Madame Web 😍



4:26 PM · Jul 26, 2022 · Twitter for Android

💬          ⇄          ♡          ⬆

P   Tweet your reply                          Reply

🔍 Search Twitter

**Relevant people**

 **Desi en el cine** 🎬          Follow
@desienelcine

Noticias de cine curiosidades y
recomendaciones de pelis

Home

Explore

Notifications

__ https://twitter.com/BookingFreetime/status/1521821486427873282 __ at __ 2022-11-21 00:45:10 -08:00 __



← Tweet

**Freetime**
@BookingFreetime

Zendaya sur le tournage du film « challengers »

Translate Tweet



4:58 AM · May 4, 2022 · Twitter Web App

   

 Tweet your reply

Reply

## Home
## Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

**Relevant people**

 **Freetime**
@BookingFreetime
Follow

Freetime est une page d'information du cinéma, du divertissement, des séries et plateformes de streaming du moment et à venir.

**What's happening**

Sports · LIVE
**2022 FIFA World Cup**


Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States
**UCLA**
11.8K Tweets

Music · Trending
**Goodbye Yellow Brick Road**

Trending in United States
**Bob Iger**
Trending with Disney, Chapek

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

← Tweet



**Marvel CinéVerse**
@MarvelCineVerse                                    ...

#FatWS : De nouvelles photos de tournage ont été révélées avec notamment un premier aperçu de Daniel Brühl dans son costume du Baron Zemo !

Translate Tweet





9:31 AM · Dec 18, 2019 · Twitter Web App

**6** Retweets   **29** Likes



 P

Tweet your reply                                    Reply

Perkowski Legal P.C.   ...
@c_perkowski

## Sidebar

🔍 Search Twitter

⌂ Home

# Explore

🔔 Notifications ●¹

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

**Relevant people**

**Marvel CinéVerse**        Follow
@MarvelCineVerse

Actualités et encyclopédie sur le MCU
Instagram 📷 : marvelcineverse_
Associé à @swcineverse ⭐

**What's happening**

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 🌹
Original movie now streaming
🅿 Promoted by Disney+

Sports · Trending                          ...
**Mike Williams**
6,114 Tweets

Trending in California                     ...
**#TWDFamily**
9,643 Tweets

Trending in United States                  ...
**#AMAs** 🔥
Trending with soobin, yeonjun

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/fentystats/status/1413983150127433466 ... etc. 2022-11-22 02:59:15 -08:00    Document 23-14    Filed 03/13/23    Page 5 of 101    Page ID #:4382



__ https://twitter.com/mileyupdates/status/1183261088446491648 __ at __ 2022-11-21 15:48:12 -08:00 __

← **Tweet**

This Tweet is from a suspended account. Learn more

**sheree comiska** @ComiskaSheree · Oct 13, 2019
Replying to @MileyUpdates
You two look great for each other!

**sheree comiska** @ComiskaSheree · Oct 13, 2019
Replying to @MileyUpdates
Mom looks awesome!

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski

← Thread

**Maratonando News** 🇧🇷🇺🇦
@PMaratonando                                      ...

ALERTA MISS MARVEL !!!!! 🎇🎇🎇🎇

Confira as primeiras imagens de Iman Vellani (Kamala
Khan) fantasiada de Capitã Marvel no set de 'Ms.
Marvel'. Tudo ! ❤️💛💙

A série ainda não tem previsão de estreia.

Via : (@BRMarvelNews) / via : (Just Jared) #MsMarve

Translate Tweet



2:41 PM · Nov 19, 2020 · Twitter for Android

1 Quote Tweet    3 Likes

💬            🔁            ♡            ⬆️

Tweet your reply                              Reply

**Maratonando News** 🇧🇷🇺🇦 @PMaratonando · Nov 19, 2020
Replying to @PMaratonando

💬            🔁            ♡ 2          ⬆️

---

**Perkowski Legal P.C.**
@c_perkowski                    ...

Q Search Twitter

**Relevant people**



**Maratonando News** 🇺🇦
@PMaratonando                          Follow

Tudo sobre o mundo do cinema,
séries e games 🎮 Sigam nossos
ADMs 👍👍 @1991Philipe 🧑
@rayssajoy 🧑

**Marvel News**
@BRMarvelNews                         Follow

Conta de fã dedicada ao Universo
Marvel 🇧🇷 Contato:
marvelnewsbr@outlook.com

**What's happening**

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening
Ceremony**

#Disenchanted 🧙
Original movie now streaming
📺 Promoted by Disney+

Trending in United States              ...
**Bob Iger**
Trending with  Chapek, Disney CEO

Music · Trending                        ...
**Kelly Rowland**
Trending with  Chris Brown

Trending in United States              ...
**ARTIST OF THE YEAR**
22.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/BookingFreetime/status/1496124360928883014 __ at __ 2022-11-21 06:07:01 -08:00 __



← **Tweet**

**Freetime**
@BookingFreetime

...

## Daniel Radcliffe sur le tournage du biopic sur Weird Al Yankovic



6:07 AM · Feb 22, 2022 · Twitter Web App

   

Tweet your reply

Reply

**Perkowski Legal P.C.**
@c_perkowski
...

## Relevant people

 **Freetime**
@BookingFreetime    **Follow**

Freetime est une page d'information du cinéma, du divertissement, des séries et plateformes de streaming du moment et à venir.

## What's happening

FIFA World Cup · LIVE
**England vs Iran**



Trending in United States
**England**
Trending with #ENGIRN, Saka

Trending in California
**Dodger Stadium**
Trending with Elton John, #EltonFarewellTour

The Walking Dead · Trending
**#TheWalkingDead**
104K Tweets

Events · Trending
**ITS COMING HOME**
3,491 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

— https://twitter.com/ArishemPC/status/1578222781611012096 — at __ 2022-11-20 09:44:07 -08:00 __

← **Tweet**

🔍 Search Twitter

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

 **Arishem** ⭐
@ArishemPC

···

Set photos of #MadameWeb



8:16 PM · Oct 6, 2022 · Twitter for Android

**7** Likes

💬          ⟲          ♡          ⬆️

🅿️  Tweet your reply                    **Reply**

**Relevant people**

 **Arishem** ⭐
@ArishemPC                    **Follow**
Prime Celestial

**What's happening**

FIFA World Cup · 1 hour ago
**World Cup Qatar 2022: Opening Ceremony** 

**#Disenchanted** 🧙
Original movie now streaming
▶️ Promoted by Disney+

Trending in California                ···
**Shakira**
102K Tweets

Only on Twitter · Trending              ···
**Jason David Frank**
91.4K Tweets

Events · Trending                      ···
**Rigged**
40.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🅿️ **Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**



**El Paladín Rojo**
@Elpaladin_rojo

· · ·

Se han filtrado más fotos del set de Madame Web y parece que hay un personaje misterioso en las escenas de acción.
#MadameWeb
#SpiderMan
Translate Tweet



11:11 AM · Oct 6, 2022 · Twitter for Android

**2 Likes**

💬          ⇄          ♡          ⬆

 Tweet your reply                    Reply

---

🔍 Search Twitter

## Relevant people

 **El Paladín Rojo**          Follow
@Elpaladin_rojo

YouTuber,Creador de Contenido Comics,Películas,Noticias ,Lego,Cosplay Marvelita,Dcita,Riverdale, Pasa a mi Canal El Paladín Rojo 🎬 También en TikTok.

## What's happening

Television · Last night
**Saturday Night Live airing on NBC**


**#Disenchanted** 🧚
Original movie now streaming
🅿 Promoted by Disney+

Only on Twitter · Trending
**Rest in Power**
13.8K Tweets

· · ·

Trending in California
**#DonaldTrump**
40.6K Tweets

· · ·

Trending in California
**Shakira**
105K Tweets

· · ·

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

---

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Perkowski Legal P.C.** · · ·
@c_perkowski

__ https://twitter.com/WeLoveSF/status/9761309588582241128 __ at __ 2022-11-21 18:23:18 -08:00 __

← **Tweet**



SF Cinema ✓
@WeLoveSF

ภาพชุดใหม่ บรี ลาร์สัน ในชุดเต็มยศจากกองถ่าย Captain
Marvel
ยอดหญิงพลังมหากาฬเตรียมมาขึ้นจอให้แฟนๆได้ฟินกัน เรียก
ว่าเป็นหนังเดี่ยวฮีโร่พลังหญิงเรื่องแรกของ MCU เลยด้วย จะ
มันส์ จะแซ่บแค่ไหน รอชม 8 มีนาคมปีหน้า

📷 **Media not displayed**          📷 **Media not displayed**
This image has been removed in response    This image has been removed in response
to report from the copyright holder.        to report from the copyright holder.

9:18 AM · Mar 20, 2018 from Samsen Nok, Thailand · Twitter for iPhone

**75** Retweets  **27** Likes

💬          ⟲          ♡          ⬆

P   Tweet your reply                                    **Reply**

---

**Relevant people**

SF Cinema ✓                    **Follow**
@WeLoveSF

ชอบดูหนังในโรง ชอบโมเม้นในโรงหนัง
ชอบกิน 🍿

**What's happening**

FIFA World Cup · This morning
**England vs Iran**

Trending in United States
**Died Suddenly**
45.6K Tweets

Trending in California
**Acosta**
14.3K Tweets

Entertainment · Trending
**#DWTS** 😵
Trending with Shangela, Selma

Trending in United States
**Spencer Rattler**
1,447 Tweets

**Show more**

Terms of Service · Privacy Policy · Cookie Policy
Accessibility · Ads info · More ···
© 2022 Twitter, Inc.

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

P   Perkowski Legal P.C.  ···
@c_perkowski

https://twitter.com/SpiderGirlsBR/status/1556060392706670592 __ et __ 2022-11-20 08:06:43 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-14    Filed 03/13/23    Page 12 of 101    Page ID
#:4389



← Tweet



**AP** ✓
@altapeli

···

Zendaya y Tom Holland en imágenes desde el set de #SpiderMan3.




10:39 AM · Jan 17, 2021 · Twitter Web App

**6** Retweets  **1** Quote Tweet  **72** Likes

♡  ⟲  ♡  ⬆

 Tweet your reply        **Reply**

## Navigation

🏠 Home

#️⃣ Explore

🔔 Notifications ①

✉️ Messages

🔖 Bookmarks

🗒️ Lists

👤 Profile

⊙ More

**Tweet**

Q Search Twitter

**Relevant people**



**AP** ✓        **Follow**
@altapeli

Cuenta oficial de AltaPeli.com - Cine / Series / Críticas / Noticias / Videojuegos

**What's happening**

NFL · LIVE
**Cowboys at Vikings**



**#Disenchanted** 🧙
Original movie now streaming
▣ Promoted by Disney+

Trending in California        ···
**Rest In Peace**
59.4K Tweets

Trending in California        ···
**#FIFAWorldCup** 🏆
Trending with Favorite K-Pop Artist, #AMAs 💧

Politics · Trending        ···
**LGBTQ**
Trending with Colorado Springs, AR-15

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.        ···
@c_perkowski

__ https://twitter.com/tylerma11743155/status/1580654882675040256 __ at __ 2022-11-20 13:35:34 -08:00 __

← **Tweet**



**Tyler Madison**
@tylermadisonnn                                    ...

THE WAY I THOUGHT CHRIS EVANS WAS CHRIS PRATT FOR A SECOND 💀 BUT LOOK AT HANDSOME ON SET 😫



1:21 PM · Oct 13, 2022 · Twitter for iPhone

                            💙                    ↑

    Tweet your reply                    **Reply**

**Search Twitter**

## Relevant people



**Tyler Madison**                    **Follow**
@tylermadisonnn

tiktok: ty.romanoff | insta: ty.madisonnn

## What's happening

Formula 1 · This morning
**Abu Dhabi Grand Prix 2022**



**#Disenchanted** 🧚
Original movie now streaming
▶ Promoted by Disney+

Trending in California                    ...
**Rest In Peace**
54.7K Tweets

Sports · Trending                    ...
**Fields**
Trending with Falcons, Bears

Sports · Trending                    ...
**Parsons**
4,919 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**    ...
@c_perkowski

# Twitter

- Home
- Explore
- Notifications 1
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

← **Tweet**

**The-Flow.ru**
@theflowmag
···

Когда вернулся из отпуска и разгребаешь все, что накопилось за это время

Translate Tweet



1:00 AM · Jan 26, 2021 · Amplifr

**6** Retweets    **111** Likes

💬    🔁    ♡    ⬆️

**Perkowski Legal P.C.**
@c_perkowski
···

🅿️  Tweet your reply                                   **Reply**

⚫ **Реймейкер** @EvgenyRainmaker · Jan 26, 2021    ···
Replying to @theflowmag
Опухлик на Зе Флоу. Локимин таки добился своего.

💬    🔁    ♡ **3**    ⬆️

**Maksat Baigunagov** @MaksimusBAY · Jan 26, 2021    ···
Replying to @theflowmag
Бендос без Анны уже пошел в разгул

💬    🔁    ♡    ⬆️

## Relevant people


**The-Flow.ru**
@theflowmag                **Follow**
паблик: vk.com/theflow инстаграм:
instagram.com/theflow.ru/ телеграм:
t.me/superslowflow

## What's happening

Television · LIVE
**Bachelor in Paradise airing on ABC**

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
📣 Promoted by Avatar

Entertainment · Trending
**Marvel**
87.8K Tweets                ···

Trending in United States
**RIP Harold**                ···

Bachelor in Paradise · Trending
**#bachelorinparadiseabc** 🌹    ···
3,573 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS    Document 23-14    Filed 03/13/23    Page 16 of 101    Page ID
#:4393

← Tweet

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

 **Nicholas Galitzine Brasil** 👑 **Fã-clube**
@NGBRSite

📸 MAIS FOTOS de Nicholas Galitzine e Anne Hathaway filmando #TheIdeaofYou na quarta-feira, 19 de outubro, em Atlanta, Geórgia.

Translate Tweet



5:30 AM · Oct 21, 2022 · Twitter Web App

**5** Retweets    **1** Quote Tweet    **38** Likes

 Tweet your reply

Reply 

---

### Relevant people

 **Nicholas Galitzine Br...**
@NGBRSite                    Follow 

Fã-site brasileiro dedicado ao ator e cantor inglês Nicholas Galitzine. Fan account - contact us before taking any legal action! Follow Nicholas: @nickgalitzine

### What's happening

NBA · 25 minutes ago
**Lakers at Suns**


**#AvatarTheWayOfWater**🔵
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States
**Erection**
16.7K Tweets

Trending in California
**Costco**
5,753 Tweets

Sports · Trending
**Pat Bev**
Trending with Ayton, Lakers

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski

Search Twitter

**Tweet**

_ https://twitter.com/ArishemPC/status/1579785612009566208 _ at _ 2022-11-19 23:39:49 -08:00 _

← Tweet



**Arishem** ⭐ ✔
@ArishemPC

New #MadameWeb set photos show Dakota Johnson in white hair





3:46 AM · Oct 11, 2022 · Twitter for Android

**1** Retweet   **2** Likes

Tweet your reply

Reply

## Relevant people

**Arishem** ⭐ ✔
@ArishemPC

Prime Celestial

Follow

## What's happening

Television · 3 hours ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Politics · Trending
**HE'S BACK**
155K Tweets

Trending in United States
**Blocked**
133K Tweets

Sports · Trending
**Elite**
144K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Twitter navigation

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Search Twitter

__ https://twitter.com/BallonFute/status/1552595188358447104 __ at __ 2022-11-20 09:26:08 -08:00 __

← **Tweet**



🕷 **SpIdEr-MaN** ❄
@BallonFute

···

## Autre photo de tournage de Madame Web !

Translate Tweet



3:01 AM · Jul 28, 2022 · Twitter for Android

**1** Quote Tweet   **2** Likes

💬          🔁          ♡          ⬆

   Tweet your reply          **Reply**


🔍 Search Twitter

## Relevant people


🕷 **SpIdEr-MaN** ❄
@BallonFute                              **Follow** 

Paris 🖤💙 • Neymar est mon idole • fan de Spider-Man 🕷 et Zendaya est ma femme ❤️

Home
Explore
Notifications (1)
Messages
Bookmarks
Lists
Profile
More

**Tweet**


Perkowski Legal P.C.
@c_perkowski   ···

Case 2:22-cv-09462-DMG-ADS     Document 23-14     Filed 03/13/23     Page 19 of 101     Page ID #:4396

← **Tweet**

⇅ **Alex Salvatore 👨‍💼 Retweeted**

**Daily Spectacular Spider-Man!**
@EARTH_26496 ···

## The similarities



11:19 AM · Apr 16, 2021 · Twitter for iPhone

**51** Retweets **4** Quote Tweets **535** Likes

💬  ⇅  ♡  ⬆

Ⓟ   Tweet your reply                    **Reply**

---

## Relevant people

**Alex Salvatore 👨‍💼**     **Follow**
@Alexromval
'Nadie puede juzgar desde fuera el amor'

**Daily Spectacular Spi...**     **Follow**
@EARTH_26496
Daily stuff on The Spectacular Spider-Man • Nothing is owned by us unless stated • Founders of
#SaveSpectacularSpiderMan

## What's happening

NFL · 3 hours ago
**Browns at Bills**

**#Disenchanted 🧝‍♀️**
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Hive**
35.2K Tweets

Trending in United States
**Heisman**
9,308 Tweets

Music · Trending
**soobin**
Trending with #AMAs 🏆, TOMORROW X TOGETHER

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



Tweet

‹ Infos Series
@SeriesUpdateFR

Premier aperçu du tournage de la série 'Les Supers Nanas'.

Translate Tweet

2:59 PM · Apr 7, 2021 · Twitter for Android

85 Retweets   95 Quote Tweets   679 Likes

Tweet your reply                    Reply

W. @weienna · Apr 7, 2021
Replying to @SeriesUpdateFR
@Turbanistaaa guette ce désastre

Fb @Turbanistaaa · Apr 7, 2021
Replying to @weienna and @SeriesUpdateFR
Mdr ça va être épouvantable 🤣

Show replies

C Harlequin @c_Harles_Quin · Apr 7, 2021
Replying to @SeriesUpdateFR
Aïe.. Voir Chloe Benett ainsi... après l'avoir suivie autant de temps incarnant Skye/Quake...

GIF   ALT

daisyIhusion @daisyIhusion · Apr 7, 2021
Replying to @c_Harles_Quin and @SeriesUpdateFR
Même moi j'ai du vérifier sur Google voir si c'était bien elle

Show replies

Zag 🙃 @zagiae__ · Apr 7, 2021
Replying to @SeriesUpdateFR
Quelle catastrophe

Mr IPanda @Mr_IPandaa · Apr 7, 2021
Replying to @SeriesUpdateFR
Ca promet. 😭

W. @weienna · Apr 7, 2021
Replying to @SeriesUpdateFR

I'M GOING TO SAY NO TO THAT
GIF   ALT                    NETFLIX

Juui de ¢! @Gamjys · Apr 7, 2021
Replying to @SeriesUpdateFR
Purée !! Ils vont aussi massacrer cette licence 😔

mel 💙 allison argent evil era 🔪 @madshollreed · Apr 7, 2021
Replying to @SeriesUpdateFR
hum ham *tousse*

Music🎶 #SaveFateTheWinxSaga #Rennee... @MusiK... · Apr 8, 2021
Replying to @madshollreed and @SeriesUpdateFR
Elles auraient été parfaites

Show replies

linaloool @_Crupky · Apr 7, 2021
Replying to @SeriesUpdateFR
Espérons que ce n'est pas leurs vraies tenues mais juste pour un épisode où elles doivent aller à une fête 😭

Minado @MinadoLc · Apr 7, 2021
Replying to @SeriesUpdateFR

GIF

🦋 Prince 7 🌟 @SK7SP · Apr 8, 2021
Replying to @SeriesUpdateFR
Comment tu va me dire qu'on va pas avoir des jeans veste en cuire de couleurs en guise de costume impossible 👔👖

Dracarys. HOTG 🐉 @ounenday · Apr 8, 2021

Relevant people

Infos Series    Follow
@SeriesUpdateFR
Bienvenue sur votre premier compte source français sur toutes vos séries, films et plateformes de streaming préférées. 🎬|
seriesupdatefr@gmail.com

What's happening

FIFA World Cup · 3 hours ago
Mexico vs Poland

#AvatarTheWayOfWater🐉
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in California
Mexicans
19.4K Tweets

Family drama · Trending
#GTMcontest31

Trending in United States
Giroud
Trending with Australia, Mbappe

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

Perkowski Legal P.C.  •••
@c_perkowski





← **Tweet**



**Türkçe**
@turkce

...

Yine genç sevgili buldu: Kocasından boşandıktan sonra hep kendisinden genç erkeklerle flört eden ünlü oyuncu yine kuralı bozmadı. 46 yaşındaki oyuncu aşk defterine 22 yaşında bir isim daha yazdı. BACKGRID USA, BACKGRID UK dlvr.it/RTksL2 #Türkçe #Haberler #Haber

Translate Tweet



1:50 AM · Apr 14, 2020 · dlvr.it

💬        🔁        ♡        ⬆️

Tweet your reply                                    **Reply**

---

🔍 Search Twitter

**Relevant people**



**Türkçe**
@turkce                                              **Follow**

Gazete ve dergilerden Türkçe Haberler, Son Dakika, Spor, Magazin, Teknoloji, Sinema Haberleri. İletişim ve iş birliği için: turkcemag@gmail.com

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**



**#AvatarTheWayOfWater**🌊
Get tickets now – In theaters December 16
📢 Promoted by Avatar

Trending in United States
**#ThankskillingWithArt**

Sports · Trending
**Ronaldo**
Trending with Glazers, Manchester United

Bachelor in Paradise · Trending
**#bachelorinparadiseabc**🌹
1,556 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

**Affinity Magazine** ✔
@TheAffinityMag

···

Jennie and The Weeknd were recently spotted together.



12:30 AM · Nov 6, 2021 · TweetDeck

180 Retweets   8 Quote Tweets   682 Likes

💬          ⟲          ♡          ⬆

P   Tweet your reply                    **Reply**

Kay @_randomBP_ · Nov 6, 2021            ···
Replying to @TheAffinityMag
Jennie 🥰

💬          ⟲          ♡ 1          ⬆

jenkkkoie @Jasmine30762413 · Nov 6, 2021   ···
Replying to @TheAffinityMag
My faves

💬          ⟲          ♡ 1          ⬆

Show additional replies, including those that may contain offensive content                  Show

**Relevant people**

**Affinity Magazine** ✔
@TheAffinityMag
NEXT GEN OF MEDIA

**Follow**

**What's happening**

NFL · 1 hour ago
**Chiefs at Chargers**

#Disenchanted 🧙‍♀️
Original movie now streaming
⬇ Promoted by Disney+

Trending in California            ···
**#Raiders**
Trending with Broncos, #RaiderNation 🏴‍☠️

Trending in United States        ···
**#AMAs** 🔥
Trending with soobin, yeonjun

Trending in California            ···
**Dodger Stadium**
11.5K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski
···

**Tweet**

— https://twitter.com/raulbrindis/status/1111636579037122560 __ at __ 2022-11-21 05:43:23 -08:00



Show more

← **Tweet**

 **Clicky Sound**
@ClickySound

···

[clickysound.com/kourtney-karda...](clickysound.com/kourtney-karda...) "Wait so no one ever apologizes to you? Lol please."



5:22 AM · Mar 27, 2020 · Clicky Sound

   

 Tweet your reply                    Reply

🔍 Search Twitter

**Relevant people**

 **Clicky Sound**            Follow
@ClickySound

Photography at its Best!

**What's happening**

Television · 43 minutes ago
**Saturday Night Live airing on NBC**                    

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in California                    ···
**HELL NO**
45.7K Tweets

Sports · Trending                    ···
**#AEWFullGear**
Trending with Keith Lee

Trending in California                    ···
**Andrew Tate**
28.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···

© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**    ···
@c_perkowski

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

__ https://twitter.com/CitLobaOficial/status/1552017972822245376 __ at __ 2022-11-21 19:17:20 -08:00 __

← **Tweet**

**La Cueva De La Loba (Oficial)** 🐺 🐺 🐺
@CitLobaOficial

···

Primeras imagenes de Dakota Johnson en el set de 'MADAME WEB', la nueva película del universo de #SpiderMan 🕷
#MadameWeb



12:48 PM · Jul 26, 2022 · Twitter for Android

**1** Like

💬        🔁        ♡        ⬆️



**Perkowski Legal P.C.**        ···
@c_perkowski

🔍 Search Twitter

**Relevant people**

**La Cueva De La Loba ...**        Follow
@CitLobaOficial

📺Series, 🎥peliculas, 🎶musica, 🏋️deportes y contenido LGBTQ+ 🏳️‍🌈
📼 🌈 Redactora Web Blogger
nndx.com.mx.

**What's happening**

P   Tweet your reply        Reply

# Tweet

**Margvel** 🐾
@_Margvel

📸 Danai Gurira (Okoye) y Letitia Wright (Shuri) en el set de 'BLACK PANTHER: WAKANDA FOREVER' 🐾



👤 TMZ

7:14 PM · Aug 24, 2021 · Twitter for iPhone

**15** Retweets   **9** Quote Tweets   **319** Likes

Tweet your reply

Reply

---

## Relevant people

**Margvel** 🐾
@_Margvel                                    Follow

Humor, información y updates del Universo Marvel | 🏆 contactomargvel@gmail.com | #SheHulk #IAmGroot

**TMZ** ✓
@TMZ                                          Follow
⊘ Official

Breaking entertainment news as it happens.

## What's happening

Entertainment · 43 minutes ago
**It's Sushmita Sen's birthday** 🎂

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Fashion & beauty · Trending
**Louis Vuitton**
30.9K Tweets

Sports · Trending
**Quentin Johnston**

Trending in United States
**Welcome Back Kotter**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/BRMarvelNews/status/1557211587174959880 ... at ... 22-cv-09462-DMG-ADS

**Marvel News**
@BRMarvelNews

FISK! Vincent D'Onofrio, o Rei do Crime, em mais imagens das gravações de #Echo.

Translate Tweet



8:45 PM · Aug 9, 2022 · Twitter for Android

**64** Retweets  **21** Quote Tweets  **1,281** Likes

Tweet your reply                                        **Reply**

**K 🍕** @karynelica · Aug 9
Replying to @BRMarvelNews

#internal screaming

♡ 1       ⟲       ♡ 1

**Maycon Robson 🔵VEM HEXA🔵** @MayconRobson5l2 · Aug 9
Replying to @BRMarvelNews
OLHA O TAMANHO DO BRABO! Tá idêntico as hqs

♡        ⟲        ♡ 9

**D.re** @dreLusou · Aug 10
Replying to @BRMarvelNews
😍

♡        ⟲        ♡

**the.o** @Theocrha · Aug 9
Replying to @BRMarvelNews
Ele não morreu?

♡ 1       ⟲        ♡ 1

**Pedro Jackson** @pedro_jackson · Aug 9
Replying to @Theocrha and @BRMarvelNews
Não

♡        ⟲        ♡ 8

**rico prado || LEIA YOHANE NO TAPAS** @rikodrawing · Aug 9
Replying to @BRMarvelNews
Era isso que eu queria ver

♡        ⟲        ♡ 1

**celle** @luanacelle · Aug 10
Replying to @BRMarvelNews
Ele não morreu, ou pelo menos estaria cego MV?

♡ 1       ⟲        ♡ 1

**Sellen Coutinho** @sellencoutinho · Aug 10
Replying to @luanacelle and @BRMarvelNews
Pode ser um flashback

♡ 1       ⟲        ♡

Show replies

**M E R C U R Y · 13 🏴‍☠️🇧🇷** @fixYr · Aug 11
Replying to @BRMarvelNews
mas não tinha morrido???

♡        ⟲        ♡ 1

**Frederico Oliveira** @fredoliveira031 · Aug 10
Replying to @BRMarvelNews
Cadê o pescoço

♡ 1       ⟲        ♡ 1

**Douglas Sentinela 🔴⚫️** @sentinela_ofc · Aug 10
Replying to @fredoliveira031 and @BRMarvelNews
cadê o pescoço?



♡ 1       ⟲        ♡ 1

Show additional replies, including those that may contain offensive content       **Show**

---

**Relevant people**

**Marvel News**
@BRMarvelNews                      **Follow**
Conta de fã dedicada ao Universo
Marvel 🎬 Contato:
marvelnewsbr@outlook.com

**What's happening**

NFL · 1 hour ago
Browns at Bills

#Disenchanted 🎬
Original movie now streaming
📺 Promoted by Disney+

Trending in California
**Rest In Peace**
58.7K Tweets

Trending in United States
**#FIFAWorldCup** 🏆
Trending with #AMAs 🎤

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Tommy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads Info   More···
© 2022 Twitter, Inc.

Perkowski Legal P.C., ···
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

__ https://twitter.com/wheres1d/status/1346158830837784576 __ et __ 2022-11-21 11:16:32 -08:00

← **Tweet**



cheesefries
@Wheres1D

···

### Harry & Olivia at Jeff's wedding



10:17 AM · Jan 4, 2021 · Twitter for iPhone

**1** Retweet   **5** Quote Tweets   **36** Likes

💬      🔁      ♡      ⬆️

🅿️  Tweet your reply                    **Reply**

ana cecilia @cecilia8a · Jan 4, 2021                    ···
Replying to @Wheres1D
@Jessicariasg la novia de la Marissa cooper

💬 1      🔁      ♡ 1      ⬆️

Jessica @jessicariasg · Jan 4, 2021                    ···
Replying to @cecilia8a and @Wheres1D
Jajajajaja miralaaa

💬      🔁      ♡      ⬆️

🅿️  Perkowski Legal P.C.   ···
@c_perkowski

---

🐦

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

---

🔍 Search Twitter

### Relevant people



cheesefries              **Follow**
@Wheres1D
occasionally a 1D & solo update
account | secretly paul higgins

### What's happening

FIFA World Cup · LIVE
**USA vs Wales**

Entertainment · Trending                    ···
**Julia Fox**
4,606 Tweets

Trending in United States                    ···
**USA USA USA**
436K Tweets

Trending in United States                    ···
**National Anthem**
65.4K Tweets

Trending in United States                    ···
**Vamos USA**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/Dakoholic_dj/status/1556068218934026247 __ at __ 2022-11-19 22:52:53 -08:00 __

← **Tweet**



**Dakoholic Official** ✨
@Dakoholic_dj                                              ...

NEW: Dakota on the set of #MadameWeb in Boston.
August 6th,2022 [ via dakotajohnsonpt] 💛



5:02 PM · Aug 6, 2022 · Twitter for Android

**10** Retweets   **1** Quote Tweet   **69** Likes

 Tweet your reply                                **Reply**

## Relevant people

**Dakoholic Official** ✨          **Follow**
@Dakoholic_dj
♡ "You guys have completely
rocked my world and changed my
life." ♡

## What's happening

Television · 2 hours ago
**Saturday Night Live airing on
NBC**                                 

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
◧ Promoted by Uber

Trending in United States          ...
**Jason David Frank**
1,052 Tweets

Trending in United States          ...
**Blocked**
133K Tweets

Music · Trending                   ...
**Elton John**
5,337 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski







— https://twitter.com/pysirada/status/1530489941406502913 __ et __ 2022-11-21 21:48:55 -08:00

Case 2:22-cv-09462-DMG-ADS   Document 23-14   Filed 03/13/23   Page 35 of 101   Page ID #:4412



# Twitter

## Tweet

**bezh**
@pYSLrada



3:03 AM · May 28, 2022 · Twitter for iPhone

**186** Retweets   **12** Quote Tweets   **2,215** Likes

Tweet your reply                                    Reply

**Om Namah Shivay** @OmNamah72363141 · May 28
Replying to @pYSLrada
I love you

---

**Perkowski Legal P.C.**
@c_perkowski

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

---

Search Twitter

### Relevant people

**bezh**
@pYSLrada                              Follow
•25 •tweeting my favorite high end
items + giving styling tips •for promo
& collaborations and working
together dm 🏷️

### What's happening

NFL · 1 hour ago
**49ers at Cardinals**



Entertainment · Trending
**Died Suddenly**
66K Tweets

Trending in United States
**August Alsina**
Trending with Jada, #TheSurrealLife

Only on Twitter · Trending
**Pablo Milanés**
Trending with Auburn

Sports · Trending
**Trey Lance**
1,301 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/thatssohaute/status/1490408194732175361 __ et __ 2022-11-21 04:54:36 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-14   Filed 03/13/23   Page 36 of 101   Page ID #:4413

# Tweet

←

## that's so haute
@thatssohaute

···

she is the moment



11:32 AM · Feb 6, 2022 · Twitter for iPhone

**322** Retweets   **54** Quote Tweets   **3,531** Likes

Tweet your reply

Reply

**in the zone** @lorys_sampaio · Feb 6   ···
Replying to @thatssohaute and @petitemandie
ela com o carro que ELA mesma reformou

**Adamas Nemesis** @AdamasNemesis · Feb 6   ···
Replying to @thatssohaute and @pradasunset
Pretty.

This Tweet was deleted by the Tweet author. Learn more

**Na** @iammedc · Feb 7   ···
The moment...

1

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski   ···

---

### Right sidebar

Search Twitter

**Relevant people**

that's so haute
@thatssohaute
Follow
photos aren't mine unless stated.
#blm

**What's happening**

Television · Last night
The Walking Dead airing on AMC



Music · Trending
Elton John
Trending with Dodger Stadium, Dodger Stadium   ···

Trending in United States
Oregon
18.9K Tweets   ···

Music · Trending
Billy Joel
1,374 Tweets   ···

Only on Twitter · Trending
#MotivationMonday
1,468 Tweets   ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



← Tweet

**Chris Evans Brasil | Fã site**
@chrisevansbrcom

SÃO ELES!!

Chris Evans e The Rock durante filmagens de 'Red One', novo filme de natal da @PrimeVideoBR 🎄 ✨

9:21 AM · Nov 4, 2022 · Twitter Web App

127 Retweets    54 Quote Tweets    1,293 Likes

Tweet your reply                                    Reply

**Jhocy Macedo** 🔒✅ @Jhocy_Macedo · Nov 4
Replying to @chrisevansbrcom and @PrimeVideoBR
Oxii, Evans é lindo viu 😍

**Vana** 🌙✨ @ juridicic idosos✅ @chwplin · Nov 4
Replying to @chrisevansbrcom and @PrimeVideoBR
O Evans tá cabeludo! Tá compensando o cabelo pelos dois kkkkk

         5

**iais** @nolasrice · Nov 4
Replying to @chwplin @chrisevansbrcom and @PrimeVideoBR
KKKKKKKKKKKKKKKKKKKK 😭😭😭😭

**as vezes Maria as vezes Tereza** @mariaterezaqs · Nov 4
Replying to @chrisevansbrcom and @PrimeVideoBR
Nossa, eu já preciso desse filme.

         1

**yulla ★彡🏴‍☠️** @cevanssgirlf · Nov 4
Replying to @chrisevansbrcom and @PrimeVideoBR
o cabelo 😍

**julis jogando injustice** @julischanel · Nov 4
Replying to @chrisevansbrcom and @PrimeVideoBR
como é lindo esse chris evans

**bims** @bimsanttt · Nov 4
Replying to @chrisevansbrcom and @PrimeVideoBR
Nossa mas ele ta um gostoso

         1

@antilhwros · Nov 4
Replying to @chrisevansbrcom and @PrimeVideoBR
personagem dele so tem essa roupa?

         1

**paola** @paolaaresende · Nov 4
Replying to @antilhwros @chrisevansbrcom and @PrimeVideoBR
KKKKKKKKKK tó com a mesma dúvida

         1

Show replies

**FiuzaMayol** @SrfaFiuza · Nov 4
Replying to @chrisevansbrcom and @PrimeVideoBR
🧡

**Harry Potter - Morsmordre Brasil | Fan Ac...** @Morsmordr... · Nov 4
Replying to @chrisevansbrcom and @PrimeVideoBR
kkkkkk o the rock não perde uma câmera kkkkk

**jheny | wakanda forever** @jhenycriss_ · Nov 7
Replying to @chrisevansbrcom and @PrimeVideoBR
o cabelo tá perfeito

---

**Perkowski Legal P.C.**
@c_perkowski

---

Search Twitter

**Relevant people**

**Chris Evans Brasil | Fã...**    Follow
@chrisevansbrcom
Sua principal fonte de notícias e mídia sobre o ator norte-americano @ChrisEvans. | FAN ACCOUNT, we are NOT Chris Evans! — 📧 @midiascebr

**Prime Video Brasil** ✓    Follow
@PrimeVideoBR
⊙ Official
🚨 VAI EMOCIONAR: Tessa e Hardin tão voltando. After: Depois Da Promessa estreia dia 25/11

**What's happening**

FIFA World Cup · Earlier today
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Trending in California
**Costco**
5,727 Tweets

Trending in United States
**Erection**
17.2K Tweets

Entertainment · Trending
**Marvel**
92.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More —
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS   Document 23-14   Filed 03/13/23   Page 38 of 101   Page ID #:4415

← **Tweet**

**Everardo Herrera**
@alpiedeldeporte
···

Bruce Willis se disculpa tras ser expulsado de una tienda por negarse a usar mascarilla:
ow.ly/XeLs50D9zaR



7:07 AM · Jan 15, 2021 · Hootsuite Inc.

**1** Retweet   **4** Likes

💬     ⟲     ♡     ⬆



Tweet your reply    **Reply**

**Luis** @Luis83774900 · Jan 15, 2021   ···
Replying to @alpiedeldeporte
El mae sabe que el virus no lo afecta, porque el es "duro de matar " 😄 😄

💬     ⟲     ♡     ⬆

---

### Navigation (sidebar)

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski   ···

---

### Relevant people

**Everardo Herrera**
@alpiedeldeporte    **Follow**
Lo mejor del fútbol de Costa Rica y mundial. Además notas entretenidas.
facebook.com/AlPieDelDeporte
instagram.com/evergolcr

### What's happening

FIFA World Cup · Last night
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
☑ Promoted by Avatar

Trending in California    ···
**Lucas**
154K Tweets

Trending in California    ···
**Mexico City**
18.5K Tweets

Trending in United States    ···
**Griezmann**
24.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**



**La Cueva De La Loba (Oficial)** 🐺🐺🐺
@CitLobaOficial

Nuevas fotos de #Ironheart .

#DominiqueThorne con el traje que lucirá en serie de #Marvel que llegará a #DisneyPlus.

#AnthonyRamos aparece como The Hood.
#MarvelStudios

Translate Tweet



1:17 PM · Aug 9, 2022 · Twitter for Android

💬          🔁          🤍          ⬆️

 Tweet your reply                    Reply

🔍 Search Twitter

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Relevant people**

**La Cueva De La Loba ...** Follow
@CitLobaOficial
📺Series, 🎬peliculas, 🎵musica, 🏋️
deportes y contenido LGBTQ+ 🏳️‍🌈📱
👾 🌈 Redactora Web Blogger
nndx.com.mx.

**What's happening**

FIFA World Cup · Yesterday

**World Cup Qatar 2022: Opening Ceremony**

Music · Trending
**Lionel Richie**
3,925 Tweets

Entertainment · Trending
**Defunctland**
4,959 Tweets

Music · Trending
**#DavidoAt30**
71.3K Tweets

Trending in United States
**Schiff**
53.2K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

 Perkowski Legal P.C. ···
@c_perkowski

— https://twitter.com/creamorscream/status/1363617446402396166 — at — 2022-11-20 08:16:25 -08:00

← **Tweet**

**Bishop**
@BlindWanda                                                                ···

Jeremy Renner Filming scenes for Hawkeye in Atlanta, 21-02-2021

#Hawkeye #Marvel #Disneyplus



2:31 PM · Feb 21, 2021 · Twitter Web App

**15** Retweets   **3** Quote Tweets   **98** Likes

💬                    ⟲                    ♡                    ⬆

   Tweet your reply                                    Reply

**Anna Reid** @DameHawkeye · Feb 21, 2021                    ···
Replying to @BlindWanda and @CreamOrScream
I am stupid levels of excited for this show!

💬                    ⟲                    ♡ 1                    ⬆

---

## Relevant people

**Bishop**
@BlindWanda                                    Follow
Lover of Marvel, DC, Star Wars, Comics, Hailee Steinfeld, BLACKPINK, and many other things (')

## What's happening

Formula 1 · 1 hour ago
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                    ···
**#MassShooting**
1,219 Tweets

Trending in United States                    ···
**Offsides**
4,271 Tweets

Only on Twitter · Trending                    ···
**RIP JDF**
2,941 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



← **Tweet**

Foochia - فوشيا ✓
@foochia

كيندال جينر تستعرض بطنها الممشوق وقوامها الرشيق أثناء شرائها شراب "سموثي" برفقة كلبها "بايرو"

#فوشيا #كيندال_جينر #KendallJenner

Translate Tweet



4:01 AM · Sep 24, 2020 · Hootsuite Inc.

**4** Retweets   **10** Likes

💬              ↻              ♡              ⬆️

Ⓟ   Tweet your reply                    Reply

Show more replies

🔍 Search Twitter

**Relevant people**

Foochia - فوشيا ✓                Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.

**What's happening**

Television · 3 hours ago
**Saturday Night Live airing on NBC**                       

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶️ Promoted by Uber

Politics · Trending                        •••
**HE'S BACK**
154K Tweets

Trending in United States               •••
**Blocked**
130K Tweets

Trending in California                  •••
**Ecuador**
88.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More …
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal PC

— https://twitter.com/foochia/status/1316333228261131266 __ at __ 2022-11-22 09:30:06 -08:00 —

← Tweet

 **Foochia - فوشيا** ✔
@foochia ···

كاميلا كابيو تعرض خصرها الممشوق في شوارع هوليوود
مرتدية حمالة صدر رياضة سوداء مع بنطلون ليغينغز

#shawnmendess #camilacabello# فوشيا# كاميلا_كابيو#

Translate Tweet



4:01 AM · Oct 14, 2020 · Hootsuite Inc.

1 Retweet   4 Likes

💬            ⇄            ♡            ⬆

 Tweet your reply                    Reply

### Relevant people

 **Foochia - فوشيا** ✔
@foochia                          Follow

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

### What's happening

**Perkowski Legal P.C.** ···
 @c_perkowski

__ https://twitter.com/SNEAKPEEKCA/status/1066752553705062400 __ at __ 2022-11-20 22:58:31 -08:00 __

← Tweet

 **SneakPeek**
@SNEAKPEEKCA                                               ...

[sneakpeek.ca/2018/11/georgi...](sneakpeek.ca/2018/11/georgi...)



9:56 AM · Nov 25, 2018 · Twitter Web Client

**1** Retweet



 Tweet your reply                              Reply

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More
**Tweet**

Perkowski Legal P.C.
@c_perkowski

🔍 Search Twitter

### Relevant people

 **SneakPeek**
@SNEAKPEEKCA                    Follow
Invite Only

### What's happening

NFL · 2 hours ago
**Chiefs at Chargers**                  

**#Disenchanted** 🧙
Original movie now streaming
📷 Promoted by Disney+

Sports · Trending
**Sean Payton**

Music · Trending
**sabrina**
72.6K Tweets

Trending in United States

__ https://twitter.com/bangtidyhq/status/1297983127277711360 __ at __ 2022-11-21 13:33:43 -08:00 __







__ https://twitter.com/sexytvboys/status/1242255528081022208 __ at __ 2022-11-22 16:42:52 -08:00 __



← **Tweet**

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

 **Mis Famosos Favoritos** 🔥
@Sexytvboys                    ···

## Shawn Mendes



6:02 PM · Mar 23, 2020 · Twitter for Android

**39** Retweets   **1** Quote Tweet   **235** Likes

  Tweet your reply                        **Reply**

### Relevant people

 **Mis Famosos Favorito...**   **Follow**
@Sexytvboys
Instagram:
instagram.com/igsexytvboys?i...

### What's happening

FIFA World Cup · This morning
**Mexico vs Poland**                    

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending              ···
**Marvel**
84.6K Tweets

Entertainment · Trending              ···
**James Woods**
2,186 Tweets

Trending in United States             ···
**RIP Harold**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**  ···
@c_perkowski



← **Tweet**

**AMERICA'S PROBLEM** ✓
@FUCCI

···

**Relevant people**

**AMERICA'S PROBL...** ✓    **Follow**
@FUCCI
tastemaker | ancient god | served in
the navy since 2005 pronouns:
(he/want/me) (Naija Basquiat)



**What's happening**

FIFA World Cup · 2 minutes ago
**England vs Iran**

Gaming · Trending                    ···
**3DS Rainbow Road**
Trending with  Maple Treeway

Trending in California                ···
**Dodger Stadium**
14.1K Tweets

Trending in United States            ···
**England**
Trending with  #FifainuBsc, #ENGIRN

Trending in United States            ···
**Hive**
67.7K Tweets

Show more

6:30 AM · Aug 26, 2022 · Twitter for iPhone

**150** Retweets  **6** Quote Tweets  **1,359** Likes

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

♡   ⟲   ♡   ⬆

Tweet your reply                     **Reply**

**kiddo** 🦍 🩸 @kidd0_Fresh · Aug 30   ···
Replying to @FUCCI
Lol not the crop lol

♡   ⟲   ♡   ⬆

**backyard prince** @stillbackyard · Aug 26   ···
Replying to @FUCCI
Goodbye dream

♡   ⟲   ♡   ⬆

Perkowski Legal P.C.   ···
@c_perkowski



Thread

← Marvel News
@BRMarvelNews

Zendaya e Tom Holland durante as gravações de
#SpiderMan3
Translate Tweet

8:29 AM · Jan 17, 2021 · Twitter for Android

535 Retweets    1,676 Quote Tweets    8,974 Likes

Tweet your reply    Reply

Marvel News @BRMarvelNews · Jan 17, 2021
Replying to @BRMarvelNews
Eles 👀 #SpiderMan3

7    191    1,142

~Gira soul💫 @emilykauanyfo1 · Dec 21, 2021
Fiquei tão feliz sem saber o contexto 💞

Gabriel do Carmo @Gabriel_carmo97 · Jan 17, 2021
Replying to @BRMarvelNews
@patrickcsa98

1

Liz PJO STAN @drownedtear · Dec 22, 2021
Replying to @BRMarvelNews
esse tweet envelheceu tão mal

AH É @lag007_ · Dec 21, 2021
Replying to @BRMarvelNews
Ai gente q agonia o pessoal nos comets de meses atrás kkk pq n tá nada
bem

Caloteira Academica @loboprofeta · Dec 21, 2021
Replying to @BRMarvelNews
@renatapires essa cena

1

Tá com o Koo apertadinho? @_Gustavo_GF · Jan 17, 2021
Replying to @BRMarvelNews
Peter preparando seu discurso para pedir a MJ em Namoro 👀

17    13    72

LULU💜🌙 @Rekkerevelyn · Dec 20, 2021
Replying to @_Gustavo_GF and @BRMarvelNews
Dor

1    2

Show replies

Wesley @iamwes · Jan 17, 2021
Replying to @BRMarvelNews
Ele tá decorando as falas dele? Ou é gravação?

1    5

leticia @Leticia11122 · Jan 17, 2021
Replying to @iamwes and @BRMarvelNews
Acho que é cena, como se o Peter tivesse decorando o que dizer pra MJ

6    26

Show replies

happy⁰¹⁰⁹¹¹ )²( @tourleid · Dec 22, 2021
Replying to @BRMarvelNews
Isso envelheceu tão mal

1

ac @alicefpin · Dec 21, 2021
Replying to @BRMarvelNews
😭😭😭😭😭😭😭😭😭😭😭 pq pq pq

1

sam @sam_r_r · Dec 21, 2021
Replying to @BRMarvelNews
Quem o tom holland ta interpretando?

2    16

São Paulo só me faz sofrer @ViuvaDoCrespo · Dec 21, 2021
Replying to @sam_r_r and @BRMarvelNews
acho que é um figurante mano

3

Perkowski Legal P.C.
@c_perkowski

Relevant people

Marvel News
@BRMarvelNews
Conta de fã dedicada ao Universo
Marvel ⚡ Contato:
marvelnewsbr@outlook.com

Follow

What's happening

NFL · 2 hours ago
Chiefs at Chargers

#Disenchanted 🎬
Original movie now streaming
Promoted by Disney+

The Walking Dead · Trending
Negan
7,596 Tweets

Trending in United States
UCLA
13.1K Tweets

Only on Twitter · Trending
#乐鱼体育
222K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2022 Twitter, Inc.

https://twitter.com/TheFirstCowboy/status/1556248068781412354 __ at __ 2022-11-19 22:05:54 -08:00 __



← **Tweet**



**The First Cowboy**
@TheFirstCowboy

...

New photos from the filming of the film "Madame Web".

#MadameWeb



4:57 AM · Aug 7, 2022 · Twitter for iPhone

**1** Like

Tweet your reply

Reply



**Search Twitter**

## Relevant people



**The First Cowboy**
@TheFirstCowboy

Follow

Space Cowboy || Movie Lover || Content Creator. Insider news movie games and TV shows all this you will find on this channel & social media 🎙️ | @StarWars_JC

## What's happening

Television · 2 hours ago
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**HE'S BACK**
146K Tweets

Trending in United States
**Waka Waka**
37.6K Tweets

Trending in California
**Andrew Tate**
27.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

— https://twitter.com/soygerardcortez/status/1508630094016913408 __ el __ 2022-11-22 01:31:14 -08:00

Twitter

← **Tweet**

**Gerard Cortez**
@SoyGerardCortez

···

Que hermosa Rihanna en el after de los #Oscars 🖤



7:20 PM · Mar 28, 2022 · Twitter for iPhone

**27** Retweets   **7** Quote Tweets   **543** Likes

💬   🔁   ♡   ⬆️

Ⓟ   Tweet your reply                                    **Reply**

**mi escena final** @miescenafinal · Mar 28           ···
Replying to @SoyGerardCortez
cuantos meses tiene mi riri? dios me la bendiga
💬   🔁   ♡   ⬆️

**Isaelia Rojas Tattá** @IsaeliaRojas · Mar 28         ···
Replying to @SoyGerardCortez
Todas las mujeres embarazadas agotadas porque la barriga no las deja
dormir y RiRi en una 🎉 party con su madre panza 🤣
💬   🔁   ♡ 1   ⬆️

**Maira Susana Paez** @Paezinocente · Mar 28           ···
Replying to @SoyGerardCortez
Es la embarazada más sexy que he visto en mi vida 🧡
💬   🔁   ♡   ⬆️

Show additional replies, including those that may contain offensive content     **Show**

---

Q Search Twitter

**Relevant people**

**Gerard Cortez**                          **Follow**
@SoyGerardCortez
Periodista de moda y cultura pop. TV
Host y guionista. Amarás mi YouTube.
No binarie. Inmigrante. Contacto
Gerardcortez@gmail.com (Él-he, ella-
she, elle-they)

**What's happening**

FIFA World Cup · Starts at 2:00 AM
**Argentina vs Saudi Arabia**

#AvatarTheWayOfWater 🧑
Get tickets now · In theaters December 16
📣 Promoted by Avatar

Entertainment · Trending                   ···
**Died Suddenly**
Trending with World Premiere

Trending in California                     ···
**Mexicans**
7,155 Tweets

Trending in United States                  ···
**#GMMTV2023**
199K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Ⓟ   Perkowski Legal P.C.   ···
@c_perkowski

— https://twitter.com/Ryans_Ramblings/status/1184561875696017408 __ at __ 2022-11-21 01:57:10 -08:00 __

← **Tweet**



**Ryan 'All Day News' Anderson**
@Ryans_Ramblings

···

New pics of James Gunn's The Suicide Squad!
#TheSuicideSquad



1:08 PM · Oct 16, 2019 · Twitter for Android

**4** Likes



  Tweet your reply          Reply

Q Search Twitter

**Relevant people**



**Ryan 'All Day News' ...**   Follow
@Ryans_Ramblings

Founder, Host, and EIC of
@TheNerdRagePod. As seen on
@CBSThisMorning! Instagram:
@RadRyGuy TikTok:
@Ryans_Ramblings Casting Inquiries:
NerdRagePod@gmail.com

**What's happening**

NCAA Men's Basketball · Yesterday
**Cavaliers at Fighting Illini**



Trending in United States       ···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States       ···
**Hive**
50.4K Tweets

Music · Trending             ···
**Kelly Rowland**
Trending with Chris Brown

Music · Trending             ···
**Lionel Richie**
3,694 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**

**Explore**

**Notifications** 1

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**



**Perkowski Legal P.C.**   ···
@c_perkowski

← Tweet

**Home Honey**
@DixPeyton                                                    ···

rihanna will never lift her foot off of our necks and thank god for that



🔁 **Home Honey** @DixPeyton · Feb 27
rihanna rihinvented pregnancy.

9:35 AM · Mar 13, 2022 · Twitter for iPhone

**6** Retweets   **1** Quote Tweet   **230** Likes

💬        🔁        ♡        📤

Ⓟ   Tweet your reply                                  Reply

---

**Home**

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

··· More

**Tweet**

Ⓟ **Perkowski Legal P.C.**  ···
@c_perkowski

🔍 Search Twitter

**Relevant people**

Ⓟ **Home Honey**    Follow
@DixPeyton
"a sellout" - my dad
peytondix@gmail.com

**What's happening**

Sports · LIVE
2022 FIFA World Cup



**#AvatarTheWayOfWater** 🫐

← **Tweet**

**Andy Vermaut**
@AndyVermaut

Chrissy Teigen's Best Maternity Looks Of All Time: See Her Stunning Outfits Throughout Her 3 Pregnancies
hollywoodlife.com/feature/chriss...



5:25 AM · Aug 24, 2020 · dlvr.it

Q Search Twitter

## Relevant people

**Andy Vermaut**                    Follow
@AndyVermaut

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

FIFA World Cup · LIVE
**World Cup Qatar 2022: Opening Ceremony**



#Disenchanted 👹
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**#LaTri** 🇪🇨
5,524 Tweets

Trending in California
**Elton John**
6,363 Tweets

Sports · Trending
**#PMShowBigBrainStuff**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Tweet your reply

Reply

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/anyafiles/status/1446210980899049987 __ at __ 2022-11-22 03:58:52 -08:00 __



# Tweet

← Tweet

This Tweet is from a suspended account. Learn more

**erin** @lmfaoerinn · Oct 8, 2021
Replying to @anyafiles
yes hello kitty energy us very accurate

**mari** @taylorist · Oct 7, 2021
Replying to @anyafiles
i love her



0:31  1,578 views

From 

Perkowski Legal P.C.
@c_perkowski

— https://twitter.com/chogieswagz/status/1320651003033904096 __ el __ 2022-11-22 15:52:53 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-14    Filed 03/13/23    Page 56 of 101    Page ID #:4433

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 ˋ. ♡ Chogie ·ˎˊ
@Chogieswagz

มีคนเห็น Cole Sprouse กอดกับ Reiña Jacinta Silva นางแบบอายุ 22 ปี หรือว่าจะเป็นผู้สาวคนใหม่ของโคล 🥺



1:58 AM · Oct 26, 2020 · Twitter Web App

271 Retweets    23 Quote Tweets    67 Likes

Tweet your reply

Reply

ว่างค่อมปีนะ♪ @Hi_Artkk · Oct 26, 2020
Replying to @Chogieswagz
เด็กกับตอนไหน🤧

vivienne🍃 @ViVienne__045 · Oct 26, 2020
Replying to @Chogieswagz
สดใสไปสามสิบฃ 😱

@iambitchlevel99 · Oct 26, 2020
Replying to @Chogieswagz
ฆแง ชอบโคลกับลิลี่มากเลยอ่ะ
🔁 1        1

ป๋อจ๋านชักกระมีไปบ้านเสี่ยคิหน่ 👹⚔️王肖… @Plenge... · Oct 26, 2020
Replying to @Chogieswagz
เอ๋ เด็กกับลิลลี่เนื้อไหร 🤨🙄😕


Perkowski Legal P.C.
@c_perkowski

Search Twitter

**Relevant people**

ˋ. ♡ Chogie ·ˎˊ
@Chogieswagz                    Follow
หรือดังรังเหลอ·สวย | ดารา | นักร้อง | รีวิวหนัง #ไม่อนุญาตให้เมนชันแปะคลิปหรือลิ้งค์ใดๆทั้งนั้น #รับงานรีวิวรัหวัด ทักDMเลยคา

**What's happening**

NCAA Men's Basketball · Yesterday
Greyhounds at Tigers

#AvatarTheWayOfWater🌊
Get tickets now – In theaters December 16
Promoted by Avatar

Entertainment · Trending
Jane Lynch
Trending with #GTMcontest33

Food · Trending
Reddi Whip
Trending with Cool Whip

Trending in California
Chicharito
7,089 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS   Document 23-14   Filed 03/13/23   Page 57 of 101   Page ID #:4434

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from a suspended account. Learn more



**Perkowski Legal P.C.** ...
@c_perkowski

← Tweet

🔍 Search Twitter

🏠 Home

**Infos Séries**
@SeriesUpdateFR

**Relevant people**

# Explore

🔔 Notifications

Cillian Murphy et Robert Downey Jr sur le tournage du
film #Oppenheimer de Christopher Nolan 🎬

**Infos Séries**
@SeriesUpdateFR    **Follow**

✉️ Messages

🔖 Bookmarks

Bienvenue sur votre premier compte
source français sur toutes vos séries,
films et plateformes de streaming
préférées. 📩: 
seriesupdatefr@gmail.com



📋 Lists

👤 Profile

⊙ More

**What's happening**

**Tweet**

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening
Ceremony**

10:09 PM · Apr 12, 2022 · Twitter for Android

#Disenchanted 😠
Original movie now streaming
📺 Promoted by Disney+

263 **Retweets**    52 **Quote Tweets**    2,696 **Likes**

Trending in United States
**Bob Iger**
Trending with Chapek, Disney

💬        ↻        ♡        ⬆

Music · Trending
**harries**
4,648 Tweets

P   Tweet your reply        **Reply**

Sports · Trending
**Sean Payton**

**LoïcM** @loic_m8515 · Apr 12
Replying to @SeriesUpdateFR
@ZedouP12 j'aime bien j'aime bien

Show more

💬 1      ↻       ♡       ⬆

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

**ZedouP12** @ZedouP12 · Apr 12
Replying to @loic_m8515 and @SeriesUpdateFR
Ils l'ont rendu si vieux waaa

💬 1      ↻       ♡ 27       ⬆

Show replies

**ламшт** @julia974 · Apr 13
Replying to @SeriesUpdateFR
casting rempli de pepites 😍✨

💬       ↻       ♡ 1       ⬆

**Asonips** @Asonips301 · Apr 13
Replying to @SeriesUpdateFR
ce que j'ai haïe !

💬       ↻       ♡       ⬆

**Justine Cl** @Justine_cl_17 · Apr 13
Replying to @SeriesUpdateFR
@Anna93164653 tu vois qui c'est celui en bleu ?

💬 1      ↻       ♡       ⬆

Perkowski Legal P.C.
@c_perkowski    ···

**Anna** @Anna93164653 · Apr 13
Replying to @Justine_cl_17 and @SeriesUpdateFR
Je vois pas

💬 1      ↻       ♡       ⬆

Show replies

**AssaZino** @legrandZboque · Apr 13
Replying to @SeriesUpdateFR
Hâte d'aller au ciné voir cette future frappe

💬       ↻       ♡       ⬆

**Stephane Henri** @Henri5Stephane · Apr 13
Replying to @SeriesUpdateFR
Le tour No0 le veau-tour.nage œuvrer k mère  fer mai LESs frond-ty-R

💬       ↻       ♡       ⬆

**Stephane Henri** @Henri5Stephane · Apr 13
Replying to @SeriesUpdateFR
Meurt fille et R0+B.E route rohte rate  &tsais tes rats

💬 1      ↻       ♡       ⬆

**Stephane Henri** @Henri5Stephane · Apr 13
Replying to @Henri5Stephane and @SeriesUpdateFR
WT'C t'hais-R.A

💬       ↻       ♡       ⬆

**Stephane Henri** @Henri5Stephane · Apr 13
Replying to @SeriesUpdateFR
Il sais tera

💬 1      ↻       ♡       ⬆

**Stephane Henri** @Henri5Stephane · Apr 13
Replying to @Henri5Stephane and @SeriesUpdateFR
OkTête

💬       ↻       ♡       ⬆



← **Tweet**


**Film News**
@filmnewsPL                                                  ···

Helen Mirren i Zachary Levi na planie filmu
#ShazamFuryOfTheGods



11:08 PM · Jun 21, 2021 · Twitter for Android

**1** Retweet   **14** Likes

      ♡   ↥

 Tweet your reply                        **Reply**

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

🔍 Search Twitter

### Relevant people

 **Film News**
@filmnewsPL                    **Follow**

🎬 najnowsze wiadomości filmowe -
kino polskie i zagraniczne, popularne i
niezależne 🍿 kontakt:
filmnewspl@gmail.com

### What's happening

Television · 8 minutes ago
**Saturday Night Live airing on
NBC**                          

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
▶ Promoted by Uber

Trending in United States                    ···
**HE'S BACK**
134K Tweets

Trending in California                       ···
**Pasadena**
1,405 Tweets

Trending in California                       ···
**HELL NO**
44.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**   ···
@c_perkowski

https://twitter.com/harrymoonchild/status/1347260564351844355 __ at __ 2022-11-20 15:23:35 -08:00

← Tweet



**dee.**
@harrymoonchild                                      ···

That's it



🟣 **HS Candids** @hsdcandids · Jan 7, 2021
More of Harry and Olivia Wilde out and about in Santa Barbara - January 3

11:15 AM · Jan 7, 2021 · Twitter for Android

**7** Retweets   **2** Quote Tweets   **59** Likes

💬          🔁          ♡          ⬆

P   Tweet your reply                          Reply

Search Twitter

## Relevant people

 **dee.**
@harrymoonchild                          Follow
#harry: starry haze crystal ball 🔮🏞 |
backup:@goldenfineline | ig:dishaxrai

🔴 **HS Candids**
@hsdcandids                              Follow
Follow for HQ candids of HS. Layout
by @brightblackdsgn (Fan Account)

## What's happening

NFL · 2 hours ago
**Browns at Bills**


**#Disenchanted** 👰
Original movie now streaming
▶ Promoted by Disney+

Trending in California          ···
**Rest In Peace**
Trending with #TheWalkingDead

Sports · Trending          ···
**Cousins**
21.4K Tweets

Trending in California          ···
**#AMAs** 🎤
Trending with Favorite K-Pop Artist

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Twitter sidebar

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
🗒 Lists
👤 Profile
··· More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski          ···

_____ https://twitter.com/CinematizandoOf/status/1329553488104329217 ___ at ___ 2022-11-20 22:25:16 -08:00 ___

← **Thread**

🔍 Search Twitter

**Cinematizando** @CinematizandoOf · Nov 19, 2020    •••
Primeiras imagens de Iman Vellani nas gravações da série da Ms. Marvel.

#MsMarvel #ImanVellani



💬 1    🔁    ♡ 4    ⬆️

**Cinematizando**
@CinematizandoOf    •••

## Olha ela fantasiada de Capitã Marvel

#MsMarvel #ImanVellani
Translate Tweet

2:33 PM · Nov 19, 2020 · Twitter Web App

**3** Likes

💬    🔁    ♡    ⬆️

Perkowski Legal P.C.    •••
@c_perkowski

P   Tweet your reply    **Reply**

**Relevant people**

**Cinematizando**    **Follow**
@CinematizandoOf

**What's happening**

NFL · 2 hours ago
**Chiefs at Chargers**



#Disenchanted 🧙
Original movie now streaming
📺 Promoted by Disney+

Trending in California    •••
**#Raiders**
Trending with Broncos, #RaiderNation 🏴‍☠️

Music · Trending    •••
**#BLACKPINK_WORLDTOUR**
57.3K Tweets

Trending in United States    •••



# Twitter

← Tweet

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**


**Robert Littal BSO** ✔
@BSO

Kanye Explains Why He Bought a House Right Next to Kim Kardashian's Mansion (Video) bit.ly/3FBoDuU



6:48 PM · Jan 14, 2022 · BSO Alert

1 Quote Tweet

💬          ⟲          ♡          ⬆


Tweet your reply

Reply

## Search Twitter

### Relevant people


**Robert Littal BSO**
@BSO                                    Follow

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

### What's happening

Sports · LIVE
**2022 FIFA World Cup**



#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
7,142 Tweets

Trending in United States
**August Alsina**
Trending with Jada, #TheSurrealLife

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.


**Perkowski Legal P.C.** ···
@c_perkowski

← Tweet

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**femme fatale 2.0**
@ellessaalds

When u marry ur crush



7:49 AM · Dec 1, 2018 · Twitter for iPhone

**4,981** Retweets   **378** Quote Tweets   **22.7K** Likes

**Relevant people**

**femme fatale 2.0**   **Follow**
@ellessaalds
if you see beauty is something, don't
wait for others to agree. A curation of
fashion, film, art & aesthetics, fan
account.

**What's happening**

NBA · LIVE
**Lakers at Suns**

**#AvatarTheWayOfWater**
Get tickets now - In theaters December 16
• Promoted by Avatar

Sports · Trending
**Renfroe**
Trending with **Ewwers**, **Lessss Look**
15.3K Tweets

Politics · Trending
**Epstein**

Trending in United States
**RIP Harold**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads Info   More
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@_perkowski

♡   ↻   ♡   ⬆

↻   **Tweet your reply**   **Reply**

**Mermaid** @thajidajimmy · Dec 3, 2018
Replying to @ellessaalds
❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️
❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️
❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️
❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️

♡   ↻   ♡ 1   ⬆

**kim** @nsmamhkn · Dec 3, 2018
Replying to @ellessaalds
@yasmin 😂

♡   ↻   ♡   ⬆

**monelle** @monellels · Dec 1, 2018
Replying to @ellessaalds and @ellessaalds
@SK_Wela_ 😂😂😂 this caption is so ambitious. sounds like me.

♡   ↻   ♡   ⬆

**Wela's World** 🌎 @Wela_SA · Dec 1, 2018
Replying to @monellels @minnefena and 2 others
😂😂😂 definitely 100% YOU

♡   ↻   ♡   ⬆

**renata** @_alj.aha · Dec 1, 2018
Replying to @ellessaalds and @ellessaalds
@young_cosmonaut olha as unhas dela que coisa mais linda as minhas
estão assim

♡   ↻   ♡ 1   ⬆

**amyy** @AmyleaferJayana · Dec 1, 2018
Replying to @ellessaalds
@infqm_

♡   ↻   ♡   ⬆

**الدكتور أحمد الصباغ** @alisarie_ahmed · Dec 1, 2018
Replying to @ellessaalds and @ellessaalds
50% of couples they divorce within the first 25 years and it's within 10 years
when it comes to celebrities. Wish them all the happiness and joy in the
world but he needs to mature and she needs too .

♡   ↻   ♡ 2   ⬆

**Jailey** @marriedJailey · Dec 1, 2018
Replying to @ellessaalds
When you marry your best friend too*

♡   ↻   ♡   ⬆

**Jailey** @marriedJailey · Dec 1, 2018
Replying to @ellessaalds
They deserve endless love and happiness. Best friends for years turned to
lovers.

♡   ↻   ♡ 10   ⬆

**M A I** 🖤 @Mfhtherealme · Dec 1, 2018
Replying to @ellessaalds and @ellessaalds



♡   ↻   ♡ 5   ⬆

**noon.** @dilleuddkoshi · Dec 2, 2018
Replying to @ellessaalds and @flatlineyailey
Best friend*

♡   ↻   ♡   ⬆

**b** @sursabella · Dec 1, 2018
Replying to @ellessaalds
@itsindyxex I genuinely thought this was you

♡   ↻   ♡ 1   ⬆

**CH Hassan** @CHHassan64 · Dec 1, 2018
Replying to @ellessaalds
🤚

♡   ↻   ♡   ⬆

**lil amj** @itsliliamj · Dec 1, 2018
Replying to @ellessaalds and @ellessaalds
Goals

♡   ↻   ♡   ⬆

**carla** @derforyyou · Dec 1, 2018
Replying to @ellessaalds
❌⭕❌✨✨

♡   ↻   ♡ 1   ⬆

**ixceexa** @_morenabellisd · Dec 1, 2018
Replying to @sofirubare

♡   ↻   ♡ 1   ⬆

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more

Show replies



**Tweet**

← 

This Tweet is from a suspended account. Learn more

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

**CALACAS** ⭐ @CALACAS_MEX · Jul 28
Replying to @MarvelNews4u
@3CFilmss

__ https://twitter.com/mileyupdates/status/1187988981943808002 __ at __ 2022-11-22 01:29:48 -08:00 __

← **Tweet**

This Tweet is from a suspended account. Learn more

**Tiagan Walker** 👑 @twalkerxo · Oct 26, 2019
Replying to @MileyUpdates
This doesn't appeal to me 😉

**Rhy ~ I met Cody ~** @daybreakcody · Oct 26, 2019
Replying to @MileyUpdates
I love how they wear matching outfits

**Jana** 🇳🇬 @SwiftlySmiler · Oct 26, 2019
Replying to @MileyUpdates and @MyFabulousMiley
I'm confused
💬 1    ♡ 1

**nykolas** @gustavonykolas_ · Oct 26, 2019
Replying to @MileyUpdates
❤️

Show more replies

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

← **Tweet**

## Home
## Explore
## Notifications 1
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Perkowski Legal P.C. ...
@c_perkowski

that's so haute
@thatssohaute

truly no better google search than "dakota johnson farmers market"



10:58 AM · May 26, 2020 · Twitter for iPhone

**755** Retweets  **100** Quote Tweets  **4,106** Likes

Tweet your reply                              **Reply**

effie ☆ @stonereff__ · May 26, 2020
Replying to @thatssohaute
i live for this
♡ 1

avery | yvonne strahovski emmy cam... @pruehalli... · May 26, 2020
Replying to @thatssohaute
truly

CAMERA1        SOURCE
PLAY ▶          IPHONE
00:00:00

▶

22:27
09.05.1992 SAT

From **avery | yvonne strahovski emmy campaign**
💬  ⟲ 2  ♡ 16

andrea rios @andreaariios · May 26, 2020
Replying to @thatssohaute
i bet that strawberry isn't soaked
💬 1  ⟲  ♡ 3
Show replies

This Tweet is from a suspended account. Learn more

Show replies

## Search Twitter

### Relevant people

that's so haute          **Follow**
@thatssohaute
photos aren't mine unless stated.
#blm

### What's happening

FIFA World Cup · 9 minutes ago
**USA vs Wales**

Entertainment · Trending
**julia fox**
7,295 Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**

TV stars · Trending
**#MyFamilyIsWeird**

Trending in California
**Telemundo**
7,866 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🔍 Search Twitter

### JAY-Z in LA last night



JAY-Z Daily
@JAY_Z_Daily

3:38 AM · Mar 31, 2021 · Twitter Web App

**105** Retweets   **105** Quote Tweets   **873** Likes

Tweet your reply

JAY-Z Daily @JAY_Z_Daily · Mar 31, 2021
Replying to @JAY_Z_Daily
More Mo



AlphaMale-KHUMALO @9544PROF · Mar 31, 2021
Replying to @JAY_Z_Daily
He is a Black man, Rolling with some BB status! Owning Black Legacy

k.g.agoelo. 😅 @kgagoelo_xili · Mar 31, 2021
Replying to @JAY_Z_Daily and @Hov_Hefner
That jacket is fuego.

Sherri‼️ @sherri1 · Mar 31, 2021
Replying to @JAY_Z_Daily
The Jacket is insane.

32 @monnikexsa · Mar 31, 2021
Replying to @JAY_Z_Daily
@FreeMaryBonne 🙏

👤 @FreeMaryBonne · Mar 31, 2021
Replying to @monnikexsa @32Assist and @JAY_Z_Daily
Don't play with him!

Ray Daniels @Rjcityray · Mar 31, 2021
Replying to @JAY_Z_Daily
🔥🔥🔥🔥

ALSY FENTY @FentyRobin5 · Apr 1, 2021
Replying to @JAY_Z_Daily
Why is everyone going there lately? their food must be good enough to
attract Rihanna and Jay-Z three times in row

Monopoly Ace @monopolyace · Mar 31, 2021
Replying to @JAY_Z_Daily
    music.apple.com
    God Sent Pt. 2 by Monopoly Ace
    Listen to God Sent Pt. 2 by Monopoly Ace on Apple
    Music. 2021. Duration: 3:36

bluemilints @bluemilints · Mar 31, 2021
Replying to @JAY_Z_Daily and @ThotOfGotham
He went out just to show off that jacket lol

Rodhendo @rtlhendeson · Mar 31, 2021
Replying to @bluemilints @JAY_Z_Daily and @ThotOfGotham
😂😂😂 that's the first thing I notice..all in my land with that piece on

Just call me Sir @thfirekeeper · Mar 31, 2021
Replying to @JAY_Z_Daily
Alexa! Play ether by Nas

🔴 Just call me Sir @thfirekeeper · Mar 31, 2021
Finna Slide Text BEATS to (213) 251-4805



@Zeeeeee__ · Mar 31, 2021
Replying to @JAY_Z_Daily
Jacket

🔥 🔥 😍 😂 @LnFlavLady · Mar 31, 2021
Replying to @JAY_Z_Daily
Jay got some pretty legs 😍

Karen Brittingham-Ed @123sbwhat · Mar 31, 2021
Replying to @JAY_Z_Daily



    echonewstv.com
    Mr. Donald Winn Williams II Tells The Truth And Sh...
    Donald Winn Williams II, A mixed martial arts fighter
    and prosecution witness, shared his testimony ...

This Tweet was deleted by the Tweet author. Learn more

Fe Knowles @Felenowknzki · Mar 31, 2021
Replying to @JAY_Z_Daily
He was leaving Giorgio Baldi (Italian restaurant in Santa Monica)



Show more replies

**Relevant people**

JAY-Z Daily
@JAY_Z_Daily                    Follow
JAY-Z fan account // Follow and turn
on post notifications // Backup 💙
@JAY_Z_Daily

**What's happening**

FIFA World Cup · LIVE
USA vs Wales

Trending in California
Dodger Stadium
133K Tweets

Trending in California
LETS GOOOOOO
3,313 Tweets

Sports · Trending
Charles Barkley
3,694 Tweets

Trending in California
Telemundo
7,167 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C. ···
@_perkowski

__ https://twitter.com/Info_DJJD/status/1551884212269203456 __st __ 2022-11-21 17:25:12 -08:00

**Thread**

← 



Central Dakota Johnson & Jamie Dornan
@Info_DJJD    ...

Dakota foi fotografada no último sábado (23/07), no set de 'Madame Web' em Chelsea, Massachusetts.
#DakotaJohnson #MadameWeb

3:56 AM · Jul 26, 2022 · Twitter for Android

**9** Retweets   **2** Quote Tweets   **55** Likes

🗨   🔁   ♡   ⬆

Ⓟ   Tweet your reply                                    Reply

Central Dakota Johnson & Jamie Dornan @Info_DJJD · Jul 26    ...
Replying to @Info_DJJD
Mais fotos de Dakota no último sábado (23/07), no set de 'Madame Web' em Chelsea, Massachusetts. (2) #DakotaJohnson #MadameWeb

🗨 2      🔁 8      ♡ 39      ⬆

Central Dakota Johnson & Jamie Dornan @Info_DJJD · Jul 26    ...
Mais fotos de Dakota no último sábado (23/07), no set de 'Madame Web' em Chelsea, Massachusetts. (3) #DakotaJohnson #MadameWeb

🗨 1      🔁 5      ♡ 25      ⬆

Central Dakota Johnson & Jamie Dornan @Info_DJJD · Jul 26    ...
📷: @dakotajohnsonpt

🗨      🔁 1      ♡ 7      ⬆

Perkowski Legal P.C.
@c_perkowski    ...

## Relevant people



Central Dakota Johns...    Follow
@Info_DJJD
I Love Dakota Johnson and Jamie Dornan. ❤ (Fan Account)

## What's happening

NBA · LIVE
Hawks at Cavaliers

Entertainment · Trending    ...
**Died Suddenly**
39.5K Tweets

Sports · Trending    ...
**Lane Kiffin**
4,600 Tweets

Only on Twitter · Trending    ...
**#pcxqc**
3,213 Tweets

Sports · Trending    ...
**#WWERaw**🎤💥
Trending with Kevin Owens

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS    Document 23-14    Filed 03/13/23    Page 70 of 101    Page ID #:4447

← **Tweet**



**Rock, Cine y Cómics**
@RockCineyComics                                    ···

#RyanGosling y #MargotRobbie en el set de filmación de la cinta live action de la famosa muñeca de #Mattel, #Barbie

Translate Tweet



5:38 PM · Jun 22, 2022 · Twitter for iPhone

**1** Like

        ♡    ↑

    Tweet your reply                          Reply

## Search Twitter

**Relevant people**



**Rock, Cine y Cómics**          Follow
@RockCineyComics
Aquí encontrarás noticias, entrevista y alguna locura relacionado con los temas de tu interés

**What's happening**

NBA · LIVE
**Spurs at Lakers**



**#Disenchanted** 🧙
Original movie now streaming
⊞ Promoted by Disney+

Trending in United States
**Kody**
Trending with #SisterWives              ···

Trending in United States
**Bob Iger**
Trending with Chapek, #Disney          ···

Dramedy series · Trending
**#TheWhiteLotus**🌺                      ···
2,090 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski          ···

Twitter

**best justin pics**
@postsjustin

he looks so happy



Justin Bieber

7:14 PM · Mar 14, 2021 · Twitter for iPhone

283 Retweets   12 Quote Tweets   1,731 Likes

Tweet your reply

Reply

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

## Relevant people

**best justin pics**
@postsjustin
The best of @justinbieber content. (fan account) Owered by starringevelyn, brzzle and biebersnt.
Follow

**Justin Bieber** ✔
@justinbieber
JUSTICE the album out now
Follow

## What's happening

FIFA World Cup · LIVE
**USA vs Wales**

Trending in California
**Dodger Stadium**
13.8K Tweets

Entertainment · Trending
**Julia Fox**
5,607 Tweets

Trending in United States
**National Anthem**
69.8K Tweets

Trending in United States
**#BudweiserFWC**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/HathawayBRA/status/1583287605377966080 __ at __ 2022-11-19 23:23:40 -08:00 __

← **Thread**

🔍 Search Twitter

**Anne Hathaway Brasil • FANSITE** ···
@HathawayBRA

Anne Hathaway e Nicholas Galitzine  filmando The Idea of You na quarta-feira (19).

Thanks for @UpdatesHathaway. 💕




7:42 PM · Oct 20, 2022 · Twitter for Android

13 Retweets    6 Quote Tweets    86 Likes

💬    🔁    ♡    📤

  Tweet your reply                          Reply

**Anne Hathaway Brasil • FANSITE** @HathawayBRA · Oct 20    ···
Replying to @HathawayBRA
Veio ai, @NGBRSite! 💕

💬        🔁 1        ♡ 3        📤

**kalinka fox** @kalinkafox3 · Oct 21    ···
Replying to @HathawayBRA and @UpdatesHathaway
who ? her son or husband

💬        🔁        ♡        📤

Show more replies

---

### Relevant people

**Anne Hathaway Brasi...**    Follow
@HathawayBRA
Sua mais atualizada fonte de informações sobre a atriz Anne Hathaway. WE'RE NOT ANNE HATHAWAY! — 📷 @midiasahbr

**Anne Hathaway UPD...**    Follow
@UpdatesHathaway
Your best, fast and most reliable source about the updates of award winning actress Anne Hathaway ⭐ FAN ACCOUNT

### What's happening

Television · 3 hours ago
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
📢 Promoted by Uber

Sports · Trending
**Pasadena**
1,598 Tweets

Jungkook · Trending
**jungkook**
1.72M Tweets

Trending in United States
**Jason David Frank**
1,339 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
● More

Tweet

Perkowski Legal P.C.    ···
@c_perkowski

← Tweet



**Linda Ikeji**
@lindaikeji

···

Lizzo steps out with her new man
lindaikejisblog.com/2022/4/lizzo-s...



12:25 AM · Apr 28, 2022 · LIB App

**1** Retweet   **4** Likes




Tweet your reply                                    Reply

🔍 Search Twitter

**Relevant people**

 **Linda Ikeji**      Follow
@lindaikeji
Blogger. CEO, LindaIkejiTV

**What's happening**

NFL · 2 hours ago
**49ers at Cardinals**


🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

 **Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from a suspended account. Learn more


**Perkowski Legal P.C.**
@c_perkowski
···

https://twitter.com/madamewebinfo/status/1579520885961273344 __ el __ 2022-11-19 20:58:25 -0800

Case 2:22-cv-09462-DMG-ADS   Document 23-14   Filed 03/13/23   Page 75 of 101   Page ID
#:4452

**Madame Web Info** ✽
@MadameWebInfo

Dakota Johnson  em novas fotos no set de 'Madame Web' em Boston (06).

Reparem que a mesma está loira... 👀



10:14 AM · Oct 10, 2022 · Twitter for Android

**5** Retweets   **1** Quote Tweet   **70** Likes

Tweet your reply

Reply

**Madame Web Info** ✽ @MadameWebInfo · Oct 10
Replying to @MadameWebInfo
Ⓒ: @dakotajohnsonpt

**Larissa / fan account** @Larissa67929917 · Oct 10
Replying to @MadameWebInfo
Acho que piruca portal, madame web é loira?
💬 1

**Madame Web Info** ✽ @MadameWebInfo · Oct 10
Replying to @Larissa67929917
Provavelmente é peruca, mas Madame Web/Julia Carpenter são conhecidas por serem ruivas....
💬 1

**Lillian Maan Sverige** @Elisabeth_2009 · Oct 10
Replying to @MadameWebInfo
Silver grey

---

Q Search Twitter

**Relevant people**

 **Madame Web Info** ✽
@MadameWebInfo                    Follow
Sua primeira e maior fonte de informações sobre o filme Madame Web no Brasil (fan account).

**What's happening**

Television · 56 minutes ago
**Saturday Night Live airing on NBC**         

#GetYourRideRight
**Book your ride up to 30 days ahead with Uber Reserve**
⊞ Promoted by Uber

Politics · Trending
**Welcome Back**
93.8K Tweets

Sports · Trending
**Dorian Thompson-Robinson**

Sports · Trending
**Pasadena**
1,527 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**

Q Search Twitter



**katie** 🙌
@weloveharry_1Dx                    ...

he's so dainty and delicate



10:53 AM · Jan 4, 2021 · Twitter for iPhone

**11** Likes

💬            ⟲            ♡            ⬆

Tweet your reply                    Reply

**Relevant people**

**katie** 🙌
@weloveharry_1Dx                    **Follow**

jack's housewife

Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski                    ...






## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

← **Tweet**

**CBM SCENE🇮🇳**
@mcuscene

Madame web set photos
#madameweb #SpiderMan



10:19 AM · Oct 6, 2022 from Haveli, India · Twitter for Android

**3** Likes




Tweet your reply

Reply

## Search Twitter

**Relevant people**



**CBM SCENE🇮🇳**
@mcuscene                    **Follow**

Follow @cbmscene on Instagram for
Marvel & Dc Daily updates.
News/Rumours/Reviews/Trailers/Leaks
/Theory/Concept arts/Spoilers. JOIN
DISCORD server link in bio..

**What's happening**

Television · Last night
**Saturday Night Live airing on
NBC**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
40.3K Tweets

Trending in California
**Shakira**
107K Tweets

Entertainment · Trending
**Morgan Freeman**
173K Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/biebernovidade/status/1529941392532946963 __o/__ 2022-11-20 20:24:50 -08:00
Case 1:22-cv-09462-DMG-ADS    Document 23-14    Filed 03/13/23    Page 79 of 101    Page ID #:4456

← **Tweet**

**Bieber Novidade**
@biebernovidade                                              ···

MARAVILHOSO! Justin no México.



2:43 PM · May 26, 2022 · Twitter for iPhone

**134** Retweets  **42** Quote Tweets  **1,254** Likes

**Search Twitter**

**Relevant people**

**Bieber Novidade**              Follow
@biebernovidade
Fan Account | Há 7 anos a ser sua
melhor e mais completa fonte de
informações acerca do cantor Justin
Bieber. jbiebernovidade@gmail.com

**What's happening**

Television · 2 hours ago
The Walking Dead airing on AMC     

#Disenchanted 🧚
Original movie now streaming
▶ Promoted by Disney+

Trending in United States           ···
**Bob Iger**
Trending with Chapek, Disney

Trending in United States           ···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States           ···
**#AMAs** 🔥
4.39M Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
≣ Lists
👤 Profile
● More

**Tweet**

**Perkowski Legal P.C.**          ···
@c_perkowski

Tweet your reply                    **Reply**

**gabi⁷ 𝕏** 🔒 @kookchanges · May 26   ···
Replying to @biebernovidade
voltamos pra 2017 bn??

♡ 1

**poly** @seabrapolly · May 26          ···
Replying to @biebernovidade
GATO

**Bruno Clezar** @bruno_clezar · May 26   ···
Replying to @biebernovidade
barriga de cerveja

**Júlia que viu o Justin no RiR** @pickcoaster23 · May 26   ···
Replying to @biebernovidade
Amo ele de bermudinha roxa 🥰😍

**yp🦋** @picyl_ · May 27          ···
Replying to @biebernovidade
@dani1ela4 todo tatuado

1

**larissa** @bieberxsavinon · May 26   ···
Replying to @biebernovidade
o méxico entregando tudo bn

**larissa** @bieberxsavinon · May 26   ···
Replying to @biebernovidade
coisa lindaaa

**anny** @povsarian · May 26          ···
Replying to @biebernovidade
o México só tá entregando mimos bons, quero isso no Brasil tbm em

♡ 2

**manu** @canellesweet · May 26          ···
Replying to @biebernovidade
lindo demais mdsss

**Keven López** @Keven86057851 · May 26   ···
Replying to @biebernovidade
Amo que ele seja Hétero

__ https://twitter.com/slayedjustin/status/1561272707542654978 __ et __ 2022-11-21 06:30:30 -08:00

← **Tweet**



mads
@slayedjustin                                    ···

this is a yes from me!!



1:43 AM · Aug 21, 2022 · Twitter for iPhone

**13** Retweets  **2** Quote Tweets  **200** Likes

💬        🔁        ♡        📤

📄  Tweet your reply                          Reply

😎  @bieberseta · Aug 22                      ···
Replying to @slayedjustin
i actually thought this from 2016

💬        🔁        ♡        📤

---

🐦  Home
#  Explore
🔔  Notifications
✉️  Messages
🔖  Bookmarks
📋  Lists
👤  Profile
⊙  More

**Tweet**

📄  Perkowski Legal P.C.   ···
@c_perkowski

🔍 Search Twitter

**Relevant people**



mads                                Follow
@slayedjustin
#1 journals stan || fan account

**What's happening**

NFL · Yesterday
**Commanders at Texans**

Events · Trending                        ···
**LGBT**
208K Tweets

Trending in United States                 ···
**Maguire**
Trending with  #ThreeLions🦁, Luke Shaw

Gaming · Trending                        ···
**3DS RAINBOW ROAD**
Trending with  Maple Treeway

Trending in United States                 ···
**New Week**
111K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



← **Tweet**

**Tweet**

🔍 Search Twitter

**Home**

# **Explore**

🔔 **Notifications** ①

✉ **Messages**

🔖 **Bookmarks**

▤ **Lists**

👤 **Profile**

⊙ **More**

**Tweet**

**Male Celeb Hotties**
@jaymalecelebs

These pics of Shawn are 🔥




3:27 PM · Mar 24, 2020 · Twitter for Android

**198** Retweets    **4** Quote Tweets    **1,149** Likes

💬    ⟲    ♡    ⬆

P | Tweet your reply          **Reply**

djnaughtyboi @djnaughtyboi · Mar 25, 2020
Replying to @jaymalecelebs
I liked him better with shorter hair... but he is still sexy
💬    ⟲    ♡ 1    ⬆

**Relevant people**

**Male Celeb Hotties**    **Follow**
@jaymalecelebs

Just a bi guy bringing you hot male
celeb content to lust over! DM's are
always open! Have fun! 😜 18+

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**

Sports · Trending
**Charles Barkley**
5,305 Tweets

Trending in United States
**I BELIEVE THAT WE WILL WIN**
1,243 Tweets

Trending in California
**Dodger Stadium**
14.1K Tweets

Trending in United States
**Hive**
108K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

P | **Perkowski Legal P.C.**   •••
@c_perkowski

__ https://twitter.com/joliefans/status/1199126893510844416 __ at __ 2022-11-22 19:11:37 -08:00 __

← Tweet

 **Angelina Jolie Fans**
@joliefans                                              ...

## Angelina Jolie looks as though she's started Christmas shopping - Metro.co.uk dlvr.it/RK5SPV



4:45 PM · Nov 25, 2019 · dlvr.it

**32** Likes

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

💬          🔁          ♡          ⬆️

 Tweet your reply                    **Reply**

## Relevant people

 **Angelina Jolie Fans**    **Follow**
@joliefans
Unofficial and awesome news, blogs and videos about Angelina Jolie!

## What's happening

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Trending in United States                    ...
**RIP Harold**

Trending in United States                    ...
**NitroRad**

Trending in California                       ...
**Hooters**
8,237 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More •••
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**    ...
@c_perkowski

https://twitter.com/RNavyBrasil/status/1512801553... id    2022-11-21 02:05:30 -08:00

**Tweet**



**Relevant people**

Rihanna Navy Brasil |... 
@RNavyBrazil    **Follow**

RNB 🇧🇷 | Estamos online desde 2010, somos o maior e mais completo fã-clube sobre a cantora Rihanna no Brasil e em toda a América Latina. Apoio: @umsolcbrasil

**What's happening**

NFL · 5 hours ago
Chiefs at Chargers

Music · Trending
**Kelly Rowland**
Trending with Chris Brown

Trending in United States
**UCLA**
Trending with Ole Miss, Auburn

Trending in California
**#BLACKPINK_WORLDTOUR**
57.2K Tweets

Trending in United States
**#AMAs** 🏆
Trending with xochin, sabrina

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Rihanna Navy Brasil | Fan Account
@RNavyBrazil

O barrigão tá lindo demais ❤️

Translate Tweet

7:44 AM · Apr 9, 2022 · Twitter for Android

**571** Retweets   **80** Quote Tweets   **5,875** Likes

Tweet your reply    **Reply**

**Anna** 😊 @970707_anna · Apr 10
Replying to @RNavyBrazil
Quantos meses será que é la? Parece que ontem era uma barriguinha e hje já tá um barrigão 😍
1

**alexandrew** @alexan_drew · Apr 9
Replying to @RNavyBrazil
Acredito q seja um menino pela lista bem visível ao meio ❤️
1

**alexandrew** @alexan_drew · Apr 9
Replying to @RNavyBrazil
Gosto de ver Rihanna caminhando sempre,isso ajuda a mulher ter um parto normal
1

**kah** @Mql_arte · Apr 9
Replying to @RNavyBrazil
mas gente ja vai fazer 2 anos que ela ta gravida kkk cade esse bb que nervoso :3
1

**Jr** @rrroiruj · Apr 9
Replying to @RNavyBrazil
@zonnealkrla_ essa mulher vai parir a caminho de algum restaurante, senão dentro do mesmo KKKKKKK
1    9

**. @Anirahots · Apr 9
Replying to @RNavyBrazil
A esperança de dias melhores tá nesse ventre RNB
1

**Malu** 🐢 @almostmalu · Apr 9
Replying to @RNavyBrazil
total de zero estria a propaganda da fenty beauty para mulheres grávidas ta pesadaaa

**Dé** @denittse · Apr 9
Replying to @RNavyBrazil
@ERIGUI olha a diferença das barrigas da Rihanna pra greeicy, a da rih é bem mais redondinha ou seja= menina já a da outra é bem mais achatada e pontuda= menino
1

**du ~** @badudixxo · Apr 9
Replying to @RNavyBrazil
pera a rihanna ta usando sutiã????
1    4

**sasha** @povfreak · Apr 9
Replying to @RNavyBrazil
acho que deve ser por causa da lactação, o peito pesa

**🦁 C6r⁴** 🐯 🐶 🦊 ⁴v⁴ 5l⁴ @Corabolola · Apr 9
Replying to @RNavyBrazil
@mynameandress
1

**Jesse Joaquim Preciado-Quituigua** @yng_uni · Apr 9
Replying to @RNavyBrazil
@EruMarquezine ❤️❤️

**Morena Dhultra** @rany_dhultra · Apr 9
Replying to @RNavyBrazil
É menina

**A** @ylaninha_ · Apr 9
Replying to @RNavyBrazil
Meu Deus

**Glinda Targaryen** @andrelagng · Apr 9
Replying to @RNavyBrazil
Ela anda tanto que quando sumir a gente vai saber que o baby nasceu kkkkkmm
13

**Karen mafra avila** @MafraAvila · Apr 9
Replying to @RNavyBrazil
Tá linda!

This Tweet was deleted by the Tweet author. Learn more

**ana** @louistargirl · Apr 9
Replying to @RNavyBrazil
ela tá no final da gestação

Perkowski Legal P.C. ...
@_jc_perkowski

— https://twitter.com/bso/status/1295225863349374976 __ et __ 2022-11-22 10:36:57 -08:00

← **Tweet**

Robert Littal BSO ✔
@BSO · · ·

Photos of Devin Booker at Nobu With Kendall Jenner After Immediately Leaving the Disney Bubble; How Kylie Jenner Was Involved as Well (Pics-Tweets)
bit.ly/31X7dXM



10:08 PM · Aug 16, 2020 · BSO Alert

**2** Retweets   **3** Quote Tweets   **8** Likes

---

 Tweet your reply                                    **Reply**

Trend Yoda 🧘 @gefull · Aug 17, 2020
Replying to @BSO
She is dressed for a fine dining experience.  He is dressed for going to a fast food restaurant.

gigi hadid and zayen malik @hR5JsMtJ7xYeWru · Aug 16, 2020
Replying to @BSO
Ben simmons and kendall jenner lové couple

---

**Relevant people**

 Robert Littal BSO ✔
@BSO                                    Follow

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**What's happening**

FIFA World Cup · 39 minutes ago
Mexico vs Poland

#AvatarTheWayOfWater🧜
Get tickets now · In theaters December 16
Promoted by Avatar

Celebrities · Trending
Anthony Mackie                          · · ·

Sports · Trending
Cristiano Ronaldo                       · · ·
Trending with #ManchesterUnited

Trending in California
Mexicans                                · · ·
12.6K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More · · ·
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.  · · ·
@c_perkowski

https://twitter.com/tender_DMJ/status/1050609712931061760 __ at __ 2022-11-21 05:44:47 -08:00



← **Tweet**



**Hadid News Media**
@HadidNewsMedia

March 13: Bella leaving the London Hotel in LA.

11:43 PM · Mar 13, 2018 · Twitter for iPhone

**33** Retweets   **3** Quote Tweets   **87** Likes

### Relevant people

**Hadid News Media**
@HadidNewsMedia        [ Follow ]

Your 1st & most reliable source on everything Gigi & Bella Hadid; since 2013. [@HadidNews]

### What's happening

FIFA World Cup · LIVE
**USA vs Wales**

Trending in California
**Telemundo**
7,741 Tweets

Trending in United States
**Jordan Morris**

Trending in California
**LETS GOOOOOO**
3,266 Tweets

Trending in United States
**$TSLA**
16K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**

**Explore**

🔔 **Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

[ **Tweet** ]

🔍 Search Twitter

**Tweet your reply**

[ Reply ]

**Perkowski Legal P.C.**
@c_perkowski

**Tweet**

**Bunker Friki / Marvel DCComics**
@BunkerFriki

**#marvel** : Madre del amor hermoso!!! 😱 se Que sera un prototipo que llevara al comenzar para luego acabar con el producto final pero ... vaya pinta **#IronHeart** (y que no sea tanto CGI se agradece)

Translate Tweet



2:29 PM · Aug 8, 2022 · Twitter for iPhone

**1** Retweet    **5** Likes

Tweet your reply                    Reply

**Joker** @AwA_joker · Aug 9
Replying to @BunkerFriki
Ojito

**Perkowski Legal P.C.**
@c_perkowski

Search Twitter

**Relevant people**

**Bunker Friki / Marvel...**    Follow
@BunkerFriki
¡Hablo y opino de cualquier producto de fantasía y superhéroes! Siempre con respeto. ¡HAKUNA MATATA! 🖐
¡Sígueme en YouTube para estar siempre informado!

**What's happening**

NFL · Yesterday
**Cowboys at Vikings**

Sports · Trending
**Charles Barkley**
2,542 Tweets

Trending in California
**Dodger Stadium**
13.9K Tweets

Trending in United States
**#FifainuBsc**
Trending with #ENGIRN, Senegal

Only on Twitter · Trending
**#andTEAM**
Trending with #Under_the_skin, #FirstHowling_ME

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**



สมาคม Superhero
@Thai_SuperHero

···

เทียบเกราะของป๋า กับน้อง riri  นี่มันแค่เริ่มต้น รอดูเกราะเต็ม
เลย #ironheart #IronMan @disneyplusth



3:34 PM · Aug 8, 2022 · Twitter for iPhone

**27** Retweets   **1** Quote Tweet   **28** Likes

💬          ⟲          ♡          ⬆

 Tweet your reply                    **Reply**

## Relevant people

 สมาคม Superhero          **Follow**
@Thai_SuperHero

สมาคมของกลุ่มบุคคลผู้ชื่นชอบซุปเปอร์
ฮีโร่ในประเทศไทย // Twitter อย่างเป็น
ทางการของ 'สมาคมผู้คลั่งใคล้
SuperHero' *ถามข้อมูลหนัง/Comic ต่างๆ
ใน DM ได้เลยจ๋า*

 DisneyPlusTH ✔          **Follow**
@disneyplusth

⊘ Official

โดดแดนสู่จินตนาการไม่รู้จบ ดิสนีย์พลัส
ฮอตสตาร์ ประเทศไทย สตรีมได้เลยวันนี้
เพียง 799 บาทต่อปี พร้อมแพคเกจพิเศษ
สำหรับลูกค้า AIS #DisneyPlusHotstarTH

## What's happening

NBA · Starts at 7:30 PM
**Jazz at Clippers**



Entertainment · Trending
**Died Suddenly**
50K Tweets                    ···

Sports · Trending
**Mexico City**
17.7K Tweets                  ···

Trending in United States
**Tampax**
32.8K Tweets                  ···

Sports · Trending
**Grupo Firme**
2,894 Tweets                  ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

 Perkowski Legal P.C. ···
@c_perkowski

https://twitter.com/teamofrihanna/status/1592820992249024513   al   2023-11-21 02:01:20 -08:00   Document 23-14   Filed 03/13/23   Page 90 of 101   Page ID
#:4467





← **Tweet**

الاحداث حول العالم | 🎥
@ImexlIG · · ·

يقال بأن ذا ويكند وأنجلينا جولي يتواعدان بعد او شاهدوا وهما يغادران أحد المطاعم في لوس أنجلوس بالأمس.

Translate Tweet

🖼 Media not displayed          🖼 Media not displayed

s image has been removed in response  s image has been removed in response
report from the copyright holder.        report from the copyright holder.

11:18 AM · Sep 27, 2021 · Twitter for iPhone

**9** Likes

Search Twitter

**Relevant people**

الاحداث حول العالم | 🎥          Follow
@ImexlIG

أجمل منصة ترفيهية لأخبار و احداث النجوم
والمشاهير حول العالم | الخاص للدعاية و
الإعلان

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
📢 Promoted by Avatar

Entertainment · Trending          · · ·
**Died Suddenly**
80.2K Tweets

Trending in United States          · · ·
**Argentina**
Trending with Messi, #ARGKSA

Trending in United States          · · ·
**offsides**
6,178 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.


Perkowski Legal P.C. ···
@c_perkowski

← **Tweet**

🔍 Search Twitter

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

⇄ **@nanfixus Retweeted**

**MarvelFlix** ✓
@MarvelFlix                                    ⋯

ADAM SCOTT en el set de 'MADAME WEB'.

SERA UN SPIDER-MAN ACASO? BEN REILLY TU ME ESCUCHAS?

6:59 AM · Jul 28, 2022 · Twitter Web App

**68** Retweets    **8** Quote Tweets    **856** Likes

💬          ⇄          ♡          ⬆️

Ⓟ    Tweet your reply                          **Reply**

## Relevant people

**@nanfixus**
@nanfixus                          **Follow**
DJ Fan ❄️ Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🇦🇷

**MarvelFlix** ✓
@MarvelFlix                        **Follow**
Todas las novedades del multiverso
Marvel. Contacto:
marvelflixarg@gmail.com
#WakandaForever 🐾 Desde 🇦🇷📷IG:
marvelflix_arg

## What's happening

FIFA World Cup · 26 minutes ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 👸
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending            ⋯
**RIP JDF**
3,735 Tweets

Trending in United States            ⋯
**The VAR**
29.9K Tweets

Trending in United States            ⋯
**#RIPLEGEND**
1,001 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**    ⋯
@c_perkowski

https://twitter.com/mileyarmy/status/1526309081820106754 __ et __ 2022-11-21 21:58:39 -08:00

← **Tweet**

**Miley Cyrus News**
@MileyArmy

## Miley is TAKING IT 🔥🔥🔥



2:10 PM · May 16, 2022 · Twitter for iPhone

**23** Retweets   **1** Quote Tweet   **166** Likes

Tweet your reply                                    Reply

**josefina (midnights' version)** @josemayrr · May 16
Replying to @MileyArmy
she looks so beautiful i can't get over it
                                                        1

**MAXWELL MBAVARIRE** @05MAX · May 16
Replying to @MileyArmy
PRINCESS

**Lauthier** @Lauthier4 · May 16
Replying to @MileyArmy
Forza Miley.

---

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

🔍 Search Twitter

### Relevant people

**Miley Cyrus News**
@MileyArmy                          Follow
FAN ACCOUNT | Welcome to the
Biggest source for all things Miley
Cyrus 🔥 #ATTENTION: MILEY LIVE
out everywhere now!

### What's happening

NFL · 1 hour ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
66.8K Tweets

Trending in United States
**Dreamers MV**
167K Tweets

Trending in United States
**#ATEEZinAtlanta_Day1**

Trending in California
**Dodger Stadium**
9,373 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



__ https://twitter.com/ElliottWilson/status/1378395842332164098 __ at __ 2022-11-22 01:28:27 -08:00 __
Case 2:22-cv-09462-DMG-ADS    Document 23-14    Filed 03/13/23    Page 95 of 101    Page ID #:4472

🐦

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

Elliott Wilson ✓
@ElliottWilson                                    •••



10:15 AM · Apr 3, 2021 · Twitter for iPhone

**11** Retweets   **1** Quote Tweet   **55** Likes

💬        🔁        🤍        📤

Ⓟ  Tweet your reply                           Reply

Perkowski Legal P.C.          •••
@c_perkowski

Ju-ju Juice @JuniorMafia808 · Apr 3, 2021    •••
Replying to @ElliottWilson
I love uzi

💬        🔁        🤍 **1**        📤

## Relevant people

Elliott Wilson ✓                  Follow
@ElliottWilson
chief content officer: @tidal co-host:
@RapRadar Podcast

## What's happening

FIFA World Cup · Starts at 2:00 AM
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
📽 Promoted by Avatar

Entertainment · Trending          •••
**Died Suddenly**
Trending with World Premiere

Trending in United States          •••
**Roanoke**
1,107 Tweets

Trending in United States          •••
**#GMMTV2023**
195K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

https://twitter.com/tender_DMJ/status/1092981895237910528 __ at __ 2022-11-20 11:03:20 -08:00

← **Tweet**

**DAKOTA** 💜 💙
@tender_DMJ

···

# 2019 // 2018 🔝



7:02 PM · Feb 5, 2019 · Twitter for iPhone

**10** Retweets   **59** Likes

💬          ↻          ♡          ⬆

Tweet your reply                Reply

---

🔍 Search Twitter

## Relevant people

**DAKOTA** 💜 💙        Follow
@tender_DMJ
Dakota Johnson is the meaning of
perfection and of course the love of
my life ❤️

## What's happening

Television · Last night
**Saturday Night Live airing on
NBC**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
📀 Promoted by Disney+

Trending in California
**Rest In Peace**
41.1K Tweets                        ···

Entertainment · Trending
**Morgan Freeman**
176K Tweets                         ···

Trending in California
**#DonaldTrump**
41K Tweets                          ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.


**Perkowski Legal P.C.**        ···
@c_perkowski

← **Tweet**

**Linda Ikeji**
@lindaikeji

Police and helicopters swarm Marilyn Manson's Hollywood home over 'concerns for his safety' following abuse and assault allegations from 11 womenÂ (Photos) lindaikejisblog.com/2021/2/police-...



1:45 PM · Feb 4, 2021 · LIB App

**6** Retweets   **6** Likes

---

Tweet your reply                    Reply

**Times2020.** @Times20201 · Feb 4, 2021
Replying to @lindaikeji
So no concern for the safety of the abused women?! Hmmm 🤔

---

**Perkowski Legal P.C.**
@c_perkowski

---

Q Search Twitter

**Relevant people**

**Linda Ikeji**    Follow
@lindaikeji
Blogger. CEO, LindaIkejiTV

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater**🧜
Get tickets now – in theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Marvel**
84.5K Tweets

Trending in United States
**RIP Harold**
Trending with TO BE CLEAR, Betty White

Reality TV · Trending
**#bachelorinparadiseabc**💔
1,522 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

← **Tweet**

**AP** ✓
@altapeli

···

Brad Pitt en imágenes desde el set de #BulletTrain,
nueva película de David Leitch.

Translate Tweet



5:20 PM · Mar 3, 2021 · Twitter for Android

**9** Retweets   **58** Likes

---

Tweet your reply                                    **Reply**

**Lau** @LAURALOPEZ2010 · Mar 3, 2021        ···
Replying to @altapeli
Hasta todo roñosoooo sigue siendo lindoooooooo jajaja

**Valeria** @ValeLemos · Mar 3, 2021        ···
Replying to @altapeli
😔

**Perkowski Legal P.C.**    ···
@c_perkowski

## Relevant people

**AP** ✓                    **Follow**
@altapeli
Cuenta oficial de AltaPeli.com - Cine /
Series / Críticas / Noticias /
Videojuegos

## What's happening

Television · 3 hours ago
**Saturday Night Live airing on
NBC**

#GetYourRideRight
**Book your ride up to 30 days ahead with Uber
Reserve**
⬛ Promoted by Uber

Politics · Trending        ···
**HE'S BACK**
156K Tweets

Sports · Trending        ···
**Pasadena**
1,627 Tweets

Trending in California        ···
**Ecuador**
92.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Search Twitter**

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**



_ https://twitter.com/FueraPlano/status/1388508965349306370 _ at _ 2022-11-20 11:36:33 -08:00 _

← **Tweet**

**Fuera de Plano**
@FueraPlano · · ·

SPOILER ALERT
SPOILER ALERT
SPOILER ALERT

Primeras imágenes de Iman Vellani como Ms. Marvel!!!
#MsMarvel

8:01 AM · May 1, 2021 · Twitter for iPhone

**8** Likes

Tweet your reply

Reply

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

---

**Relevant people**

**Fuera de Plano**
@FueraPlano
Follow
Amantes del cine y las series. Noticias, recomendaciones, reseñas, sorteos y más! Twitch: twitch.tv/fueradeplanoli...

**What's happening**

FIFA World Cup · 3 hours ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧙
Original movie now streaming
Promoted by Disney+

Entertainment · Trending
**Morgan Freeman**
182K Tweets

Trending in United States
**Rest In Peace**
45K Tweets

Trending in California
**Shakira**
109K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

Search Twitter

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

 **SneakPeek**
@SNEAKPEEKCA                                                        ⋯

[sneakpeek.ca/2018/02/captai...](sneakpeek.ca/2018/02/captai...)



3:02 PM · Feb 10, 2018 · Twitter Web Client

**2** Retweets   **3** Likes

💬           ⇄           ♡           ⬆

 Tweet your reply                                 Reply

---

🐦 (Twitter)

🏠 Home

# Explore

🔔 Notifications

💬 Messages

🔖 Bookmarks

📋 Lists

👤 Profile

💬 More

**Tweet**

 **Perkowski Legal P.C.** ⋯
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

 **SneakPeek**                    Follow
@SNEAKPEEKCA
Invite Only

**What's happening**

NFL · 27 minutes ago          
**49ers at Cardinals**

Entertainment · Trending                         ⋯
**Died Suddenly**
60.1K Tweets

Trending in United States                         ⋯
**Chrisley**
21.6K Tweets