# EXHIBIT B Continued

__ https://twitter.com/Lezgirlstore/status/1556260323421732864 __ at __ 2022-11-19 23:44:13 -08:00 __

 Q Search Twitter



🏠 Home

\# Explore

🔔 Notifications ¹

✉ Messages

🔖 Bookmarks

≡ Lists

👤 Profile

⋯ More

**Tweet**

 **lezgirlstore**
@lezgirlstore ⋯

dakota johnson no set madame web

 

5:45 AM · Aug 7, 2022 · Twitter for iPhone

**3** Retweets  **1** Quote Tweet  **56** Likes

            ♡      ↑

 Tweet your reply        Reply

**Relevant people**



 **lezgirlstore**
@lezgirlstore        Follow

Loja de séries e filmes lésbicos, com conteúdo do universo lésbico, legenda de filmes e séries lésbicas no Telegram. — for internacional shipping DM

**What's happening**

Television · 3 hours ago
**Saturday Night Live airing on NBC**

SATURDAY NIGHT LIVE

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States ⋯
**Blocked**
133K Tweets

Sports · Trending ⋯
**Pasadena**
1,622 Tweets

Karim Benzema · Trending ⋯
**Benzema**
290K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski ⋯

← **Tweet**

 **1D Updates**
@Live1DNews                                                                 ...

More photos of Harry and Olivia Wilde at Jeff's wedding over the weekend

(Via **@hsdcandids**)



12:11 PM · Jan 4, 2021 · Twitter for iPad

**1** Retweet    **1** Quote Tweet    **10** Likes

         ○                  ⇄                  ♡                  ⬆

[P]  Tweet your reply                                      Reply

---

🐦

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

[P] **Perkowski Legal P.C.**
@c_perkowski                ...

---

🔍 Search Twitter

**Relevant people**

 **1D Updates**
@Live1DNews                Follow
1D Updates. Paul, Andy, and more follow!

🔴 **HS Candids**
@hsdcandids                Follow
Follow for HQ candids of HS. Layout by **@brightblackdsgn**. (Fan Account)

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**        

**#AvatarTheWayOfWater**🌊
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Events · Trending              ...
**NO ERA PENAL**
3,858 Tweets

Trending in California          ...
**Mexicans**
9,977 Tweets

Trending in United States       ...
**Ochoa**
Trending with **#MEXPOL**, Lewandowski

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

https://twitter.com/cravemedia_/status/1398139447620673539 __ el __ 2022-11-21 02:04:07 -08:00

Case 2:22-cv-09462-DMG-ADS    Document 23-15    Filed 03/13/23    Page 4 of 101    Page ID
#:4482

# Twitter

🔍 Search Twitter

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

← Tweet

.
@cravemedia_



9:22 AM · May 22, 2021 · Twitter for iPhone

**7** Retweets   **13** Quote Tweets   **58** Likes

Tweet your reply

Reply

**Adrian Giles** @Kenny_Obscure · May 25, 2021
Replying to @cravemedia_
En la foto que van en una silla de ruedas...¿es Mel Gibson quien empuja?
💬 4        ♡ 2

**Jorge** @jorge14m1978 · May 26, 2021
Replying to @Kenny_Obscure
A mi me ha parecido Yors cluni
💬 1

Show replies

**Perkowski Legal P.C.**
@c_perkowski

**Pablo580** @pbordoni580 · May 27, 2021
Replying to @cravemedia_
Si es Mel Gibson.

**krakkencbaok** @krakkencbaok · Jun 1, 2021
Replying to @cravemedia_
Si veo los brazos. No veo que concurde con la cara y con el bulto en la
panza. Para mi es todo artificial. Y es mel Gibson el que lleva la silla
💬 1

**krakkencbaok** @krakkencbaok · Jun 1, 2021
Replying to @krakkencbaok
A parte. Entren a su instagram. Van a ver que lp que digo es cierto

**Darck XD** @DarckXD4 · May 24, 2021
Replying to @cravemedia_
Omg

Show more replies

## Relevant people



.
@cravemedia_
Media account for @FilmUpdates

**Follow**

## What's happening



NFL · 5 hours ago
**Chiefs at Chargers**

Music · Trending
**Kelly Rowland**
Trending with Chris Brown

Trending in United States
**Ole Miss**
Trending with UCLA, Auburn

90 Day Fiancé · Trending
**#90DayFianceHappilyEverAfter**
4,766 Tweets

Music · Trending
**Lionel Richie**
3,692 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



← **Tweet**



**Player 1**
@skeetsofficial

···

## Is this the new Halo character?



5:58 AM · Aug 9, 2022 · Twitter for Android

**6** Likes

Search Twitter

### Relevant people



**Player 1**
@skeetsofficial

Follow

Comic | Films | Sports

### What's happening



FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Music · Trending
**#askmeek**
···

Gaming · Trending
**3DS Rainbow Road**
Trending with Maple Treeway
···

Music · Trending
**Slick Rick**
···

Family drama · Trending
**#GilmoreTheMerrier**
···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Tweet your reply

Reply

Perkowski Legal P.C.
@c_perkowski

_ https://twitter.com/beliebinteam/status/1238170162974658565 _ at _ 2022-11-20 23:37:20 -08:00 _

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← **Tweet**

 s
@beliebinteam

take off the hat sir i'm tryna see sumn



11:29 AM · Mar 12, 2020 · Twitter for iPhone

**4** Retweets  **26** Likes

Tweet your reply

Reply

 Perkowski Legal P.C.
@c_perkowski

Search Twitter

**Relevant people**

 s
@beliebinteam

Follow

swap swap swap it out 🥤 | fan
account

**What's happening**

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening
Ceremony**



**#Disenchanted** 🧝‍♀️
Original movie now streaming
▶ Promoted by Disney+

Music · Trending
**#DavidoAt30**
55.8K Tweets

Trending in United States
**Bob Iger**
Trending with Disney, Chapek

Trending in United States
**Sandy Hook**
31.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/FictionFeedback/status/1556886232625385472 __ at __ 2022-11-21 18:56:33 -08:00 __

← Tweet

**Multiverse Analysis**
@TheAnalystOne

···

First look at Anthony Ramos as 'The Hood' in #IronHeart!



11:12 PM · Aug 8, 2022 · Twitter for Android

**1** Retweet    **2** Likes

Tweet your reply

Reply

Perkowski Legal P.C.
@c_perkowski

···

Search Twitter

**Relevant people**

Multiverse Analysis
@TheAnalystOne
Fiction Addict

Follow

**What's happening**

NBA · Starts at 7:30 PM
Jazz at Clippers

Entertainment · Trending
Died Suddenly
49.9K Tweets

···

Case 2:22-cv-09462-DMG-ADS   Document 23-15   Filed 03/13/23   Page 9 of 101   Page ID #:4487

← **Tweet**


**Kevin Anticona**
@KevinAnticonaa

···

La quimica de Xolo Maridueña y Bruna Marquezina que se vio en la proyeccion de prueba de BlueBeetle, era increible.

En el ultimo acto se vive el romance sellando con la ultima escena.

[ Via: **@UndercoverCine** ]

**#DC #bluebeetle #dccomics #FelizViernesATodos**

Translate Tweet



6:09 PM · Oct 19, 2022 · Twitter for Android

**1** Like

💬          🔁          ♡          ⬆️

👤 **Who can reply?**
People @KevinAnticonaa follows or mentioned can reply

---

🔍 Search Twitter

**Relevant people**


**Kevin Anticona**                    Follow
@KevinAnticonaa

Chico carismático, manteniendo siempre la humildad y sociable, pasión por el teatro, cinefilo.

**Undercover Audience**              Follow
@UndercoverCine

Avid Cinephile. Undercover Audience. Nameless Leaker.

**What's happening**

Television · 2 hours ago
**Saturday Night Live airing on NBC**


**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
📷 Promoted by Uber

Trending in United States
**HE'S BACK**                         ···
152K Tweets

Sports · Trending                    ···
**Bennett Williams**

Sports · Trending                    ···
**Clark Phillips**

Show more

Terms of Service  Privacy Policy  Cookie Policy  Accessibility  Ads info  More ···  © 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
··· More

**Tweet**


**Perkowski Legal P.C.**  ···
@c_perkowski

__ https://twitter.com/AndyVermaut/status/1298246764026159105 __ at __ 2022-11-19 23:03:07 -08:00 __

← **Tweet**

**Andy Vermaut**
@AndyVermaut

⋯

Cardi B Defends 'WAP's Sexual Lyrics — But Says She Wouldn't Want Kulture, 2, 'Listening To It'
hollywoodlife.com/2020/08/25/car...



6:12 AM · Aug 25, 2020 · dlvr.it

💬   🔁   ♡   ⬆

P   Tweet your reply                    Reply

---

Q  Search Twitter

**Relevant people**

**Andy Vermaut**
@AndyVermaut                        Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

**What's happening**

Television · 3 hours ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States                ⋯
**Blocked**
130K Tweets

Trending in United States                ⋯
**Jason David Frank**
1,188 Tweets

Trending in United States                ⋯
**Waka Waka**
46.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

P  **Perkowski Legal P.C.**  ⋯
@c_perkowski

___ https://twitter.com/wheres1d/status/1260617188374913026 __ at __ 2022-11-21 16:38:03 -08:00

← **Tweet**

 **cheesefries**
@Wheres1D

are you ready for this???? 🍉 **#WatermelonSugar**



10:05 AM · May 13, 2020 · Twitter for iPhone

**2** Retweets   **1** Quote Tweet   **16** Likes

💬          🔁          ♡          ⬆️

 P    Tweet your reply                              **Reply**

Q  Search Twitter

**Relevant people**

 **cheesefries**    **Follow**
@Wheres1D

occasionally a 1D & solo update
account | secretly paul higgins

**What's happening**

FIFA World Cup · 3 hours ago
**USA vs Wales**

Entertainment · Trending                    ···
**Died Suddenly**
35.2K Tweets

Trending in United States                    ···
**#JeopardyAmyChat**

Trending in California                       ···
**Dodger Stadium**
12.2K Tweets

Trending in United States                    ···
**HOW IS THAT NOT A YELLOW**
1,611 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

P **Perkowski Legal P.C.**    ···
@c_perkowski



Perkowski Legal P.C.
@c_perkowski

## Tweet

**Rihanna.com.br** ⚓
@RihannaNoBrasil

Vai comprar o Giorgio Baldi? Na noite passada (28), Rihanna foi vista novamente indo ao seu restaurante favorito.

O look PERFEITO!

via: @DailyMailCeleb

dailymail.co.uk/tvshowbiz/arti...

Translate Tweet

4:23 AM · Mar 29, 2021 · Twitter for Android

4 Retweets    3 Quote Tweets    65 Likes

Tweet your reply                                Reply

**euPHorico🔞** @pedrohiagoph · Mar 29, 2021
Replying to @RihannaNoBrasil and @DailyMailCeleb
@Susu_gsilva vc não sabendo lidar com a máscara
1                                        1

**Susu** @Susu_gsilva · Mar 29, 2021
Replying to @pedrohiagoph @RihannaNoBrasil and @DailyMailCeleb
Kkkkkkkkkkk

## Relevant people

 **Rihanna.com.br** ⚓
@RihannaNoBrasil                          Follow
Rihanna.com.br is a genuine and registered fansite, made by fans. 🇧🇷
Fã-clube e portal de notícias brasileiro sobre a cantora Rihanna. Online desde 2008. 💎

 **Daily Mail Celebrity** ✓
@DailyMailCeleb                          Follow
⊘ Official
Latest celeb and entertainment news from the Daily Mail Showbiz team. We're on Facebook too:
fb.me/DailyMailCeleb

## What's happening

FIFA World Cup · 52 minutes ago
**France vs Australia**

**#AvatarTheWayOfWater**🧑
Get tickets now – In theaters December 16
▫ Promoted by Avatar

Trending in California
**Mexicans**
19.6K Tweets

Family drama · Trending
**#GTMcontest31**

Trending in United States
**Giroud**
Trending with Poqba, Australia

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**



← **Tweet**

**Home**

# **Explore**

🔔 **Notifications** 1

✉ **Messages**

🔖 **Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski



**sam** •••
@allinitdrews

SOMEONE PLEASE TELL ME THIS IS REAL



5:26 PM · Dec 28, 2020 · Twitter for iPhone

**3** Retweets  **1** Quote Tweet  **22** Likes

💬  🔁  ♡  ⬆

  Tweet your reply    **Reply**

🔍 Search Twitter

**Relevant people**

  **sam**  **Follow**
@allinitdrews
fan account; justin followed 9.14.19

**What's happening**

FIFA World Cup · 5 hours ago
**Mexico vs Poland**





**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California  •••
**Alexis Vega**
20.6K Tweets

Betty White · Trending  •••
**Betty White**
2,813 Tweets

Politics · Trending  •••
**Catturd**
10.3K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

— https://twitter.com/teamdemilovato/status/1227696561867689984 __ at __ 2022-11-22 16:27:32 -08:00 __



← Tweet

**Team Demi Lovato**
@TeamDemiLovato

Demi shooting for Fabletics!

12:50 PM · Feb 12, 2020 · Twitter for iPhone

**2** Retweets   **20** Likes

Tweet your reply

Reply

Search Twitter

**Relevant people**

**Team Demi Lovato**
@TeamDemiLovato                Follow
Demi Lovato fan account ❣️

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Trending in California
**Mexico City**
17K Tweets

Trending in United States
**Mbappe**
Trending with Dembele

Trending in California
**Chicharito**
7,197 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**



Perkowski Legal P.C.
@c_perkowski

https://twitter.com/kardashibrasil/status/1493276595322236169 ... at ... 2022-11-21 09:29:53 -08:00

Tweet

← Search Twitter

**Kardashian Brasil #TheKardashians**
@kardashibrasil

Kanye West citou Kim Kardashian em um novo post no seu Instagram!

(via: @kanyewestBR)



9:30 AM · Feb 14, 2022 · Twitter for iPhone

4 Retweets   45 Quote Tweets   152 Likes

**Relevant people**

**Kardashian Brasil #Th...**    Follow
@kardashibrasil
O primeiro e melhor portal de notícias no Brasil sobre a família Kardashian e Jenner desde 2010 | @KBMidia @KBRBackup — We don't have contact with them.

**What's happening**

FIFA World Cup · LIVE
Senegal vs Netherlands

Trending in California
Dodger Stadium
14K Tweets

Sports · Trending
AP Poll
11.5K Tweets

Trending in United States
Hive
84.3K Tweets

Entertainment · Trending
#AntManandTheWaspQuantumania
1,776 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

---

Tweet your reply    Reply

**Pimentel** @euppimenta · Feb 14
Replying to @kardashibrasil and @kanyewestBR
@marialaax1 mano xxxxxxxxxxxxxxxxxxxxxxxx

**CPI da grimes** @fckingmdina · Feb 14
Replying to @kardashibrasil and @kanyewestBR
que homem doenteeee momma kris por favor tome alguma atitude drástica

**"ssa.". mulher de militar** @Armyllu92330888 · Feb 14
Replying to @kardashibrasil and @kanyewestBR
"tenho fé q vamos voltar" mano 💀💀💀

**Athrieto** @jsantos455 · Feb 14
Replying to @kardashibrasil and @kanyewestBR
Essa obsessão me dá um pouco de medo, porém se eu terminasse um namoro e a pessoa saísse com alguém com a roupa que dei a ela eu também ficaria puto

**Pedro** @pedr0rn · Feb 14
Replying to @kardashibrasil and @kanyewestBR
@CrystalDuarte_ kdjeiahd

**Tamy** @tamyyoliver · Feb 14
Replying to @kardashibrasil and @kanyewestBR
Por isso o surto, ela saiu com o casaco que ele deu com o atual namorado 😂 esse Kanye é uma piada de Chernobyl

**juju tavs** @tavsjulia · Feb 14
Replying to @kardashibrasil and @kanyewestBR
ele não cansa

**" @ryandshian** · Feb 14
Replying to @kardashibrasil and @kanyewestBR
q saco

**@ryandshian** · Feb 14
Replying to @kardashibrasil and @kanyewestBR
a pior escolha dela

**Vitória Vasconcellos** @vitoriavascon_ · Feb 14
Replying to @kardashibrasil and @kanyewestBR
Se não fosse por causa dos filhos ela se arrependeria amargamente de ter se relacionado com o Kanye

**inny** @hidditsluv · Feb 14
Replying to @kardashibrasil and @kanyewestBR
mano ele precisa realmente de ajuda de algum psicólogo ou psiquiatra pq meu Deus, ta passando dos limites ja

**yago** @kyllwjk · Feb 14
Replying to @kardashibrasil and @kanyewestBR
Sério alguém tira o celular dele💯

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

Show replies

Show more replies

---

**Perkowski Legal P.C.**  ···
@c_perkowski

__ https://twitter.com/AndyVermaut/status/1293284350931345409 __ at __ 2022-11-20 10:24:19 -08:00 __

← **Tweet**






**Andy Vermaut**
@AndyVermaut

···

## Beyonce Cradles Twins Rumi & Sir, 3, While On Rare Family Outing In The Hamptons
hollywoodlife.com/2020/08/11/bey...



1:33 PM · Aug 11, 2020 · dlvr.it

  

  Tweet your reply                    Reply

## Relevant people



**Andy Vermaut**                 Follow
@AndyVermaut

Linked to WCPDCD, EADM,
POSTVERSA, AIDL, EUtoday, ActNow
for C, People Forests, Fundamental
rights. Whatsapp +32499357495
denktankcarmenta@gmail.com

## What's happening

Television · Last night
**Saturday Night Live airing on
NBC**

**#Disenchanted** 🧚
Original movie now streaming
▶ Promoted by Disney+

Trending in California        ···
**Shakira**
105K Tweets

Entertainment · Trending       ···
**Morgan Freeman**
168K Tweets

Trending in United States      ···
**#QATECU**
98.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

# Home
# Explore
# Notifications
# Messages
# Bookmarks
# Lists
# Profile
# More

**Tweet**

**Perkowski Legal P.C.**  ···
@c_perkowski

← Tweet

Cosmic Media
@CosmicMMedia



1:50 PM · Aug 8, 2022 · Twitter for iPhone

**42** Retweets   **8** Quote Tweets   **329** Likes

---

Tweet your reply                                    Reply

Eugen Patilio @EugenPatilio · Aug 8
Replying to @CosmicMMedia
Looks pretty cool actually
                                             ♡ 2

WJ @williamjp118 · Aug 8
Replying to @CosmicMMedia
Who?
                                          ♡ 1

HamJam @hammyej · Aug 8
Replying to @williamjp118 and @CosmicMMedia
Hood probably
                                          ♡ 1

هذه @Mehdii012475600 · Aug 8
Replying to @CosmicMMedia
Parker Robbins (Hood)
                                          ♡ 3

Jimmy Ramos @jimmylegends34 · Aug 8
Replying to @CosmicMMedia
Yo I like it 👍👏👏⚡❤💯🙌🙌

GIF  ALT
                                          ♡ 1

Show additional replies, including those that may contain offensive
content                                                         Show

---

## Left sidebar

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

---

## Right sidebar

Search Twitter

**Relevant people**

Cosmic Media
@CosmicMMedia          Follow
Your #1 source for all leaks
surrounding Marvel, Star Wars, and
Disney | Backup for @cosmic_marvel

**What's happening**

NFL · 1 hour ago
Chiefs at Chargers

#Disenchanted 🪄
Original movie now streaming
◻ Promoted by Disney+

Music · Trending
#BLACKPINK_WORLDTOUR
56.9K Tweets

Trending in California
#Raiders
Trending with Broncos, #RaiderNation ☠

Trending in California
Dodger Stadium
Trending with #EltonFarewellTour, Dodger Stadium

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

__ https://twitter.com/MarvelCineVerse/status/1329550586343761925 __ et __ 2022-11-20 13:28:39 -08:00 __

← **Tweet**

🔍 Search Twitter

☐ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

**Marvel CinéVerse**
@MarvelCineVerse

⋯

#MsMarvel : De nouvelles photos de tournage avec Iman Vellani (Ms. Marvel) déguisée en Captain Marvel pour la série 'Ms. Marvel' ! (via @BRMarvelNews)

Translate Tweet

2:22 PM · Nov 19, 2020 · Twitter Web App

**2** Retweets   **29** Likes

💬        ⟳        ♡        ⬆

Ⓟ  Tweet your reply                    **Reply**

## Relevant people

**Marvel CinéVerse**          **Follow**
@MarvelCineVerse
Actualités et encyclopédie sur le MCU
Instagram 📷 : marvelcineverse_
Associé à @swcineverse ⭐

**Marvel News**              **Follow**
@BRMarvelNews
Conta de fã dedicada ao Universo
Marvel 🏳️‍🌈 Contato:
marvelnewsbr@outlook.com

## What's happening

FIFA World Cup · 5 hours ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
⊡ Promoted by Disney+

Trending in California                ⋯
**Rest In Peace**
54.2K Tweets

Sports · Trending                     ⋯
**Jeff Saturday**
5,087 Tweets

Trending in California                ⋯
**MMPR**
3,994 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.


**Perkowski Legal P.C.**   ⋯
@c_perkowski

← **Tweet**

🐦



🏠 Home

**La Cosa** ✓
@lacosacine

Las imágenes de #PamAndTommy de cada día.

Translate Tweet

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

1:30 PM · Jun 9, 2021 · TweetDeck

13 Retweets   16 Quote Tweets   414 Likes

💬          🔁          ♡          📤

🅿  Perkowski Legal P.C.    ⋯
    @c_perkowski

P  Tweet your reply                              Reply

**Señorita Anhedonia** @srta_anhedonia · Jun 9, 2021
Replying to @lacosacine
Sebastian

💬          🔁          ♡ 4          📤

**Silvina** @Silnari · Jun 9, 2021
Replying to @lacosacine
Es Lily James ?

💬 2        🔁          ♡          📤

**Pau** @PauDigilio · Jun 9, 2021
Replying to @Silnari and @lacosacine
Sip

💬          🔁          ♡ 1          📤

🎗🍷 @tamu_agre · Jun 9, 2021
Replying to @lacosacine
Podría decir tantas cosas de Sebastian pero me bloquearía la cuenta 😂

💬          🔁          ♡ 1          📤

**Estefi Dell'Olio** @Teffi1023 · Jun 9, 2021
Replying to @lacosacine
Creo que no hablamos lo suficiente de lo buenazo que está Sebastian Stan...
Hace unos días vi Monday, diosssssss

💬          🔁          ♡ 3          📤

**GP** @gcm182 · Jun 9, 2021
Replying to @lacosacine
Cuando piensas que no podía estar más buena lily james pasan estas cosas

💬          🔁          ♡          📤

**Hernán Huarte** @HernanN_N · Jun 9, 2021
Replying to @lacosacine
Esa Pamela Anderson se parece a una Goldie Hawn joven jajaja 😂😂

💬          🔁          ♡ 15        📤

**Emanuel F.** @emanfabian · Jun 9, 2021
Replying to @lacosacine
Este es uno d esos proyectos q poco interes me da. La vida de los
integrantes de Motley Crue no es interesante, para un proyecto
exclusivamente del baterista, q solo tiene fama de grabar una porno en un
yate y q veamos a Pam desnuda...aah, entiendo. El inicio del porno
"amateur".

💬          🔁          ♡          📤

**Teresita Siniga** @TeteSiniga · Jun 9, 2021
Replying to @lacosacine
no entiendo esta serie

💬          🔁          ♡          📤

**Relevant people**

COSA  **La Cosa** ✓    Follow
      @lacosacine
      🎬📽 Cine y Series. Tu
      comunidad, tu revista ⚡
      web@lacosacine.com | 🖊
      @guillohernandez @jessiblady
      @luagosta @macareynolds
      @cynthiaonfilms

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
🔺 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
80.7K Tweets

Trending in United States
**El VAR**
47.4K Tweets

Trending in United States
**offsides**
8,175 Tweets

Show more

Terms of Service  Privacy Policy   Cookie Policy
Accessibility   Ads info   More...
© 2022 Twitter, Inc.

🔍 Search Twitter

← **Tweet**

**Miley Smiler News**
@MileySmilerNews                                                    ···

## 📸| Miley and Kaitlynn Carter out in LA



🔁 wacky and Miley Cyrus

4:21 PM · Aug 14, 2019 · Twitter for iPhone

**67** Retweets   **25** Quote Tweets   **498** Likes

---

**Tweet your reply**                                    Reply

---

**emily** @eilishilomilo · Aug 14, 2019                          ···
Replying to @MileySmilerNews and @MileyCyrus
😞😞

---

**Bill** @billnudist · Aug 14, 2019                              ···
Replying to @MileySmilerNews and @MileyCyrus
Miley --- Keep smiling be happy.

---

@MissMichelleKu · Aug 15, 2019                                   ···
Replying to @MileySmilerNews and @MileyCyrus
How close are you to a mental breakdown?
Me:



🔁                               ♡ 7

---

**Paula Alexandra De Matos** @paulademato56 · Aug 15, 2019       ···
Replying to @MileySmilerNews and @MileyCyrus
Que asco

---

### Relevant people

**Miley Smiler News**                          Follow
@MileySmilerNews

**wacky** ✔                                    Follow
@wacky__ali
Client Partnerships @ TikTok | Ex-
Google, YouTube & RCA Records UK |
all opinions are my own

**Miley Cyrus** ✔                              Follow
@MileyCyrus
M-CEO of Twitter 💙🎤

### What's happening

Television · LIVE
**WWE Monday Night RAW airing
on USA**

Trending in United States
**Died Suddenly**
41.3K Tweets

Sports · Trending
**#WWERaw**❤️❤️
Trending with Dominik, Sheamus

Sports · Trending
**Lane Kiffin**
5,646 Tweets

Trending in United States
**John Sutcliffe**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

### Navigation sidebar

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski                                   ···

← **Tweet**

**not kendall**
@envykendall

...

the prettiest



👤 Kendall and amina

2:29 PM · Sep 29, 2021 · Twitter for iPhone

**153** Retweets    **4** Quote Tweets    **1,013** Likes

💬    🔁    ♡    ⬆️

P    Tweet your reply                    Reply

**Hawa Camara** @HawaCam51844401 · Sep 30, 2021
Replying to @envykendall @KendallJenner and @kendallssmeow
Beautiful 👌🥰
💬        🔁        ♡ 1        ⬆️

## Relevant people

**not kendall**                    Follow
@envykendall
fan account

**Kendall** ✔️                    Follow
@KendallJenner
@drink818 on Instagram and Twitter

**amina**                    Follow
@kendallssmeow
"...i hope you're well, sending all the love in these dark times 🤍🙏🤍" -Kendall

## What's happening

FIFA World Cup · LIVE
**Mexico vs Poland**

**#AvatarTheWayOfWater**🧑🏽
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Music · Trending
**Devil In A New Dress**

Trending in United States
**#SeleccionMexicana**🇲🇽
9,488 Tweets

Politics · Trending
**Naomi Biden**
1,905 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More •••
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



\_\_ https://twitter.com/framestan/status/1556429401201451008 \_\_ at \_\_ 2022-11-19 23:35:25 -08:00 \_\_

← **Tweet**



**Frame Stan**
@framestan

### Dakota Johnson filming Madame Web (2023)



4:57 PM · Aug 7, 2022 · Twitter Web App

**15** Retweets   **47** Likes



  Tweet your reply                    Reply

---

Q Search Twitter

**Relevant people**

  **Frame Stan**          Follow
@framestan
Covering entertainment, pop culture, music & everything internet.

**What's happening**

Television · 3 hours ago
**Saturday Night Live airing on NBC**                        

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber                                            

Trending in California                        ···
**#DonaldTrump**
Trending with Vox Populi

Trending in California                        ···
**Elite**
144K Tweets

Music · Trending                              ···
**Elton John**
5,443 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski



← **Tweet**

 **AP** ✓
@altapeli                                                    •••

Zendaya en imágenes desde el set de #Challengers, nueva película de Luca Guadagnino.



6:38 AM · May 9, 2022 · Twitter Web App

**9** Retweets  **31** Likes



 Tweet your reply                    Reply



# Home
# Explore
# Notifications
# Messages
# Bookmarks
# Lists
# Profile
# More

**Tweet**

## Search Twitter

### Relevant people

 **AP** ✓        Follow
@altapeli
Cuenta oficial de AltaPeli.com - Cine / Series / Críticas / Noticias / Videojuegos

### What's happening

Television · Starts at 7:00 PM
**Saturday Night Live airing on NBC**


**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▷ Promoted by Uber

Trending in United States        •••
**HE'S BACK**
113K Tweets

Music · Trending              •••
**#AMAsFanFavorite** 🔥
1.62M Tweets

Music · Trending              •••
**Chris Brown**
45.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**    •••
@c_perkowski

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/jaymalecelebs/status/1230028406567395329 __ at __ 2022-11-22 18:53:31 -08:00 __



← **Tweet**



## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

**Male Celeb Hotties**
@jaymalecelebs

···

When you can't decide what to wear



11:16 PM · Feb 18, 2020 · Twitter for Android

**8** Retweets   **1** Quote Tweet   **111** Likes

 Tweet your reply                           Reply

 Search Twitter

## Relevant people

 **Male Celeb Hotties**   Follow
@jaymalecelebs

Just a bi guy bringing you hot male celeb content to lust over! DM's are always open! Have fun! 😜 18+

## What's happening

Television · LIVE
**Bachelor in Paradise airing on ABC**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in United States
**RIP Harold**                    ···

Trending in California
**Hooters**                       ···
8,240 Tweets

Bachelor in Paradise · Trending
**Greg Grippo**                   ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**   ···
@c_perkowski

https://twitter.com/lacosacine/status/1551968378802218498 __ et __ 2022-11-21 18:41:21 -08:00

# Tweet

**La Cosa Cine** ✔
@lacosacine

❄️ ¡Primer vistazo a #DakotaJohnson en el set de #MadameWeb!



11:30 AM · Jul 26, 2022 · Twitter for Android

**14** Retweets    **4** Quote Tweets    **189** Likes

Tweet your reply | Reply

**Nina** 🎀 @giannina2m · Jul 26
Replying to @lacosacine
Tiene un lejos a Demi Moore 😍

1

**Adrián**🦋💙🤍 🛸GFRIEND FOREVER @AdriBuddy · Jul 26
Replying to @lacosacine
:v

1

**Aldi** 💚🍃 @Aldy__ok · Jul 26
Replying to @lacosacine
Tan diosa

---

## Navigation (sidebar)

- Home
- Explore
- Notifications 1
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

---

Search Twitter

### Relevant people

**La Cosa Cine** ✔
@lacosacine
Follow

🎞️🎬🍿 Cine y Series. Tu comunidad, tu revista 🎞️ web@lacosacine.com | ✒️
@guillohernandez @jessiblady @lluagosta @macareynolds @cynthiaonfilms

### What's happening

NBA · LIVE
Trail Blazers at Bucks

Entertainment · Trending
**Died Suddenly**
47.9K Tweets

Sports · Trending
**Greg Dortch**
Trending with #BirdCityFootball 🐦

Family drama · Trending
**#GTMcontest12**

Sports · Trending
**Lane Kiffin**
Trending with Auburn

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**



This Tweet is from a suspended account. Learn more

**Erwin Bertrand** @ErwinBertrand · Jan 19, 2021
Replying to @MileyUpdates
Gucci ! @KylieJenner ! ;)

💬          ⟳ 1                    ♡ 1                    ⬆

**Miley Cyrus Promo** 💕 @MileyPromoter · Jan 19, 2021
Replying to @MileyUpdates
Share king!!

**Miley Cyrus Promo** 💕 @MileyPromoter · Jan 19, 2021
'This is Miley Cyrus' Spotify playlist has 356.7k likes 🎶

Make sure to liked and share it!!!

open.spotify.com/playlist/37i9d...
Show this thread

💬          ⟳                      ♡ 2                    ⬆



**Perkowski Legal P.C.**  ...
@c_perkowski

🐦 Search Twitter

**← Thread**

**🏠 Home**

**# Explore**

**🔔 Notifications**

**✉ Messages**

**🔖 Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Homo Honey
@DisPeyton

ok hear me out, what if we replaced ken and gave
Barbie another Barbie...



4:36 PM · Jun 27, 2022 · Twitter for iPhone

63 Retweets   10 Quote Tweets   908 Likes

Tweet your reply                          Reply

Homo Honey @DisPeyton · Jun 28
Replying to @DisPeyton
OK! PLOT! TWIST!

America Ferrera

♡ 1        ⟲ 3        ♡ 73

Homo Honey @DisPeyton · Jun 28
Not me forgetting to crop the just Jared screenshot OH GOD
♡ 1        ⟲         ♡ 11

Ryan @ThatsSoRyannn · Jun 27
Replying to @DisPeyton
Ok and somehow we bring K stew into the mix and we have a lesbian Barbie
love triangle... hear me out
♡ 1        ⟲         ♡ 11

Homo Honey @DisPeyton · Jun 27
Replying to @ThatsSoRyannn
Oh you know I'm already ten steps ahead of you here baby !!

♡          ⟲         ♡ 12

Lewis Dix, SR. @EDixSR · Jun 27
Replying to @DisPeyton
THAT WOULD WORK 👌👌
♡          ⟲         ♡ 1

Angel Payne Author @AngelPayneWrtr · Jun 27
Replying to @DisPeyton
So down for this idea.
♡          ⟲         ♡

wry dyke! @Cbsqrvations · Jun 27
Replying to @DisPeyton
I think you may already have the most realistic picture for that scenario 👍
♡          ⟲         ♡ 1

Fu Cookies20 @FCookies20 · Jun 27
Replying to @DisPeyton and @WrittenByHanna
Taste 🍷
♡          ⟲         ♡

Relevant people

Homo Honey
@DisPeyton                    Follow
"a sellout" - my dad
peytondix@gmail.com

What's happening

FIFA World Cup · LIVE
Senegal vs Netherlands

Trending in United States
Chocolate and Chip                ···

Trending in United States
Sarr                               ···
6,125 Tweets

Gaming · Trending
#ExploreBlackreef                  ···

Trending in California
Dodger Stadium                     ···
14.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/khloedaily/status/1512487837446279169 __ at __ 2022-11-22 00:02:15 -08:00



← **Tweet**

 Search Twitter

**Khloé Kardashian Daily**
@KhloeDaily                                    ···

Khloé Kardashian at the Los Angeles premiere of Hulu's
#TheKardashians 



10:49 AM · Apr 8, 2022 · Twitter for iPhone

**2** Retweets   **10** Likes

    ⟲           ♡           ↑

P    Tweet your reply                          Reply

## Relevant people

 **Khloé Kardashian Daily**          Follow
@KhloeDaily

the very first and original fansite
dedicated to Khloé Kardashian
(original account deleted at 79k)

## What's happening

NFL · 3 hours ago
**49ers at Cardinals**

---

🐦

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks



← **Tweet**

**Chris Evans Content**
@CevansContents                                    ···

📸| New Chris Evans filming 'Red One' in Atlanta.



12:44 PM · Oct 13, 2022 · Twitter for Android

**39** Retweets  **3** Quote Tweets  **320** Likes

Tweet your reply                                    Reply

**Anju Khanna** @AnjuKha00887048 · Oct 13      ···
Replying to @CevansContents
Wow lost Wright more dashing

**Joan** @joans3627 · Oct 13                        ···
Replying to @CevansContents
Wish I was there 💕🖤

---

### Sidebar

🔍 Search Twitter

**Relevant people**

**Chris Evans Content**          Follow
@CevansContents
Chris Evans Content / photos / gifs / videos | fan account

**What's happening**

Formula 1 · 5 hours ago
**Abu Dhabi Grand Prix 2022**



#Disenchanted 🧹
Original movie now streaming
⬇ Promoted by Disney+

Trending in United States            ···
**Rest In Peace**
49.3K Tweets

Only on Twitter · Trending            ···
**Jason David Frank**
Trending with Power Rangers, Kevin Conroy

Entertainment · Trending              ···
**Morgan Freeman**
189K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

### Left navigation

🏠 Home
#️⃣ Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**


**Perkowski Legal P.C.**
@c_perkowski                          ···

# Tweet



**@nanfixus**
@nanfixus

Her back 🔥🔥
#dakotajohnson



5:15 PM · Jan 24, 2019 · Twitter for Android

**4** Retweets   **22** Likes

---

🔍 Search Twitter

 

### Relevant people



**@nanfixus**   [ Follow ]
@nanfixus

DJ Fan ⚪ Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🇦🇷

### What's happening

Television · 1 hour ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

🐦

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

⋯ More

[ Tweet ]



Perkowski Legal P.C.
@c_perkowski

https://twitter.com/Chatterboxfilm/status/141869495539404712 _ _ et _ _2022-11-21 18:51:02 -08:00
Document 23-15    Filed 03/13/23    Page 35 of 101    Page ID
#4513

← **Tweet**    🔍 Search Twitter

🏠 Home

\# Explore

🔔 Notifications ①

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

Justaregulargone. for a while @feelingjaunty · Jul 23, 2021
900 TYSM never would I have expected to be this far

💬 4        ↻        ♡ 8        ⬆️

Justin Blvck @weyrauch35 · Jul 23, 2021
Replying to @feelingjaunty
AYO WHAT



💬 1        ↻        ♡ 1        ⬆️

Justaregulargone. for a while @feelingjaunty · Jul 23, 2021
Replying to @weyrauch35
Yup he is cameoing

💬 1        ↻        ♡ 1        ⬆️

Justin Blvck @weyrauch35 · Jul 23, 2021
Replying to @feelingjaunty
DRUG DEALER?!?!?!?

💬 2        ↻        ♡ 1        ⬆️

Chatter Box Film @Chatterboxfilm
@Chatterboxfilm
Replying to @weyrauch35 and @feelingjaunty

That's him on set as the Drug Dealer



3:10 PM · Jul 23, 2021 · Twitter for Android

**2 Likes**

💬        ↻        ♡        ⬆️

Perkowski Legal P.C. ...
@_c_perkowski

📷 Tweet your reply                    **Reply**

Justin Blvck @weyrauch35 · Jul 23, 2021
Replying to @Chatterboxfilm @spidermanworld and @feelingjaunty
he looks more like a college boy dissapointed that ramem costs 1$ not 99c cuz he poor

💬        ↻        ♡ 1        ⬆️

Justin Blvck @weyrauch35 · Jul 23, 2021
Replying to @Chatterboxfilm @spidermanworld and @feelingjaunty
yes

💬        ↻        ♡ 2        ⬆️

Justin Blvck @weyrauch35 · Jul 23, 2021
Replying to @Chatterboxfilm @spidermanworld and @feelingjaunty
spiderman makes me go yes

💬        ↻        ♡ 2        ⬆️

Show more replies

### Relevant people


Chatter Box Film        **Follow**
@Chatterboxfilm
Pop culture & entertainment news | discussions | reviews for Movie & TV.
@chatterBFilmDC @ChatterMarvel
Business email:
chatterboxfilm(at)hotmail(dot)com

Justin Blvck        **Follow**
@weyrauch35


Justaregulargone. for...        **Follow**
@feelingjaunty
Ra ra Rasputin Spider-Man fan,SSBU,
priv @jauntyrent Rent??
#amagicfamily
#MrDitkovichForDSITMOM
@amagicmantv #rent mr ditkovich is
BACK!!

### What's happening

NFL · LIVE
49ers at Cardinals

Entertainment · Trending
**Died Suddenly**
49.1K Tweets                ...

Sports · Trending
**Lane**
Trending with Auburn            ...

Family drama · Trending
**#GTMcontest12**                ...

Events · Trending
**#BlackFriday**                ...
49.8K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ...
© 2022 Twitter, Inc.

🐦 Twitter

__ https://twitter.com/ImexIIG/status/1401593882673127431 __ el __ 2022-11-22 10:32:48 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-15    Filed 03/13/23    Page 36 of 101    Page ID
#:4514

الاحداث حول العالم | 🎖️
@ImexIIG

النجم هاري ستايلز (27 عامًا) في علاقته مع الممثلة اوليفيا
وايلد (37 عامًا). 😍

Translate Tweet



10:36 AM · Jun 6, 2021 · Twitter for iPhone

1 Retweet    16 Likes

Tweet your reply                                    Reply

The Eman 🦋.. @emandinz · Jun 6, 2021
Replying to @ImexIIG
No I don't ship...

Relevant people

الاحداث حول العالم | 🎖️      Follow
@ImexIIG
أجمل منصة ترفيهية لأخبار و احداث النجوم
والمشاهير حول العالم | الخاص للدعاية و
الإعلان

What's happening

FIFA World Cup · 35 minutes ago
Mexico vs Poland

#AvatarTheWayOfWater 🌊
Get tickets now – In theaters December 16
Promoted by Avatar

Trending in United States          ···
Ochoa
Trending with  Poland,  #MEXPOL

Sports · Trending                   ···
Cristiano Ronaldo
Trending with  #ManchesterUnited

Trending in California              ···
Mexicans
12.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.    •••
@c_perkowski

__ https://twitter.com/girlfromaspen/status/1402962868371431426 __ at __ 2022-11-21 18:52:24 -08:00 __

← **Tweet**



⇄ **Kate Retweeted**



**grace dante**
@misslefroy                                   ...

## henry golding and dakota johnson i agree

 

5:05 AM · Jun 10, 2021 · Twitter for Android

**45** Retweets   **6** Quote Tweets   **398** Likes

 

 Tweet your reply                    **Reply**

🔍 Search Twitter

## Relevant people

 **Kate**
@girlfromaspen                              **Follow**

I dislike negativity so unless I follow you, your replies aren't welcome on my tweets.

**grace dante**
@misslefroy                                 **Follow**

"Il fiore che sboccia nelle avversità è il più raro e il più bello di tutti" 🌸 fan account

## What's happening

NHL · Starts at 8:30 PM
**Golden Knights at Canucks**



Entertainment · Trending
**Died Suddenly**
49.3K Tweets                                  ...

Sports · Trending
**Lane**
Trending with  Auburn                        ...

Family drama · Trending
**#GTMcontest12**                            ...

Trending in United States
**Chrisley**
16K Tweets                                    ...

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**
@c_perkowski                                 ...

__ https://twitter.com/AndyVermaut/status/1313858910994931712 __ at __ 2022-11-19 20:43:43 -08:00 __

← **Tweet**



**Andy Vermaut**
@AndyVermaut

···

Bella Hadid Rocks Mesh Crop Top For Early Bday Celebration: Plus 40 More Stars Wearing Trendy Look
hollywoodlife.com/2020/10/07/bel...



8:09 AM · Oct 7, 2020 · dlvr.it

   

 Tweet your reply                           Reply

## Search Twitter

## Relevant people

 **Andy Vermaut**    Follow
@AndyVermaut

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

Television · 41 minutes ago
**Saturday Night Live airing on NBC**




**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in California        ···
**HELL NO**
45.7K Tweets

Trending in United States     ···
**Best of 7**
7,243 Tweets

Trending in California        ···
**Blocked**
125K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**    ···
@c_perkowski

__ https://twitter.com/dstellamaxwell/status/1419381540585447434 __ at __ 2022-11-21 03:47:59 -08:00 __

← **Tweet**

**Stella Maxwell**
@dstellamaxwell

···

July 24: Stella Maxwell in Los Angeles.



12:38 PM · Jul 25, 2021 · Twitter for iPhone

**6** Retweets  **3** Quote Tweets  **43** Likes

Tweet your reply

Reply

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

---

## Relevant people

**Stella Maxwell**
@dstellamaxwell

Follow

This account, dedicated to beautiful Stella Maxwell. #Stellars 🦋

## What's happening

NFL · Last night
**Chiefs at Chargers**

Entertainment · Trending
**Disney**
Trending with Bob Iger, Chapek

Trending in United States
**Schiff**
53.9K Tweets

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Trending in United States
**Spencer Rattler**
2,541 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Perkowski Legal P.C.**
@c_perkowski   ···

Search Twitter

__ https://twitter.com/AndyVermaut/status/1256083690538807298 __ at __ 2022-11-20 17:21:17 -08:00 __



https://twitter.com/inMARVEL_/status/1556745385724547072 __ et __ 2022-11-21 04:15:41 -08:00



← Thread

 inMARVEL ❄️ #MarvelStudios #Marvel #Waka... @inMA... · Aug 8 ···

Primer vistazo a Dominique Thorne en Iron Heart y con un traje puesto 🔥
La parte del casco se parece bastante a Iron-Man, el resto es muy tosco, más similar a War Machine incluso 👀

#IronHeart #DominiqueThorne
#IronMan #RobertDowneyJr
#Marvel #MCU #DisneyPlus
#MarvelStudios

💬 1          🔁          ♡ 8          ⬆️

inMARVEL ❄️ #MarvelStudios #Marvel #WakandaForever
@inMARVEL_                                              ···

Otras dos por aquí 👇🏻
#IronHeart #DominiqueThorne
#IronMan #RobertDowneyJr
#Marvel #MCU #DisneyPlus
#MarvelStudios

Translate Tweet

1:53 PM · Aug 8, 2022 · Twitter for Android

**5** Likes

💬          🔁          ♡          ⬆️

Tweet your reply                    Reply

Perkowski Legal P.C.  ···
@c_perkowski

https://twitter.com/cravemedia_/status/1551996506349117441 __el__ 2022-11-20 17:04:40 -08:00
Case 2:22-cv-09462-DMG-ADS Document 23-15 Filed 03/13/23 Page 42 of 101 Page ID #:4520

.
@cravemedia_



11:22 AM · Jul 26, 2022 · Twitter for Android

**92** Retweets   **112** Quote Tweets   **1,121** Likes

Tweet your reply                                    Reply

J2KO @JSPIDEY015 · Jul 26
Replying to @cravemedia_ and @216_TheOne

7

@popstylefor30 · Jul 28
Replying to @cravemedia_
@zachdreams look at our girl :3

1                    1

Zach ƒ0 @zachdreams · Jul 28
Replying to @popstylefor30 and @cravemedia_
I don't like this.

1

Show replies

# Relevant people

.
@cravemedia_                    Follow
Media account for @FilmUpdates

# What's happening

NCAA Men's Basketball · LIVE
**Panthers at Cyclones**



#Disenchanted 🌸
Original movie now streaming
▶ Promoted by Disney+

Sports · Trending
**Hackett**
7,764 Tweets

Trending in United States
**Hive**
34.8K Tweets

Trending in United States
**Utah**
Trending with Oregon

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

Search Twitter

← **Tweet**

🔍 Search Twitter

Home

Explore
1

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**TRAVIS SCOTT FANS** 🔥 ✓
@LaflameScott    ···

Unreleased color way ✔️ 👀



📍 Jordan

11:50 AM · Feb 17, 2021 · Twitter for iPhone

**174** Retweets   **32** Quote Tweets   **3,134** Likes

💬    🔁    ♡    ⬆️

Ⓟ  Tweet your reply                    Reply

**21ᴠɪᴛ³ɪɴ** @trvis_vv · Feb 17, 2021    ···
Replying to @LaflameScott and @Jumpman23
firts

💬    🔁    ♡    ⬆️

**through the late night** @Sffbjpg · Feb 18, 2021    ···
Replying to @LaflameScott and @Jumpman23
currently over analyzing all his outfits to correlate style evolution to musical evolution with utopia

💬    🔁    ♡    ⬆️

**Kristofer Pendra** @PendraKristofer · Feb 18, 2021    ···
Replying to @LaflameScott and @Jumpman23
They look fire ngl

💬    🔁    ♡    ⬆️

**Too late ●** @T00_Late__ · Feb 17, 2021    ···
Replying to @LaflameScott and @Jumpman23

trabis

💬    🔁 2    ♡ 14    ⬆️

**Diddler From Da 9** @blightset · Feb 24, 2021    ···
Replying to @LaflameScott and @Jumpman23
YEAH! YEAH!

💬    🔁    ♡    ⬆️

**perc30** @percTecs · Feb 17, 2021    ···
Replying to @LaflameScott and @Jumpman23
niceeeeee

💬    🔁    ♡    ⬆️

**otis** @otis63175548 · Feb 17, 2021    ···
Replying to @LaflameScott and @Jumpman23
Is the skin coming back for fortnite

💬    🔁    ♡    ⬆️

This Tweet was deleted by the Tweet author. Learn more

Show replies

**Perkowski Legal P.C.**    ···
@c_perkowski

**Relevant people**



**TRAVIS SCOTT FA...** ✓       Follow
@LaflameScott
Official Fan Page Of: @trvisXX • La
Flame Follows

**Jordan** ✓       Follow
@Jumpman23
☑ Official
#JUMPMAN

**What's happening**

FIFA World Cup · Last night
**Argentina vs Saudi Arabia**

#AvatarTheWayOfWater 🎬
Get tickets now - In theaters December 16
☑ Promoted by Avatar

Trending in California    ···
**Lucas**
152K Tweets

Chain restaurants · Trending    ···
**Hooters**
6,376 Tweets

Trending in United States    ···
**Francia**
107K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

**Infos Séries**
@SeriesUpdateFR                                    •••

Sebastian Stan, Anthony Mackie et Emily VanCamp sur le tournage de la série #TheFalconandtheWinterSoldier de Disney+.



1:50 PM · Dec 23, 2019 · Twitter for Android

**104** Retweets  **17** Quote Tweets  **340** Likes

💬            ⟲            ♡            ⬆

[P] Tweet your reply                              Reply

⚡ @freguzia · Dec 26, 2019                        •••
Replying to @SeriesUpdateFR
J'arrive pas à croire que c'est entrain de se faire 😍😍😭
💬            ⟲            ♡            ⬆

J_Hunt_76 @J_Hunt_76 · Dec 23, 2019               •••
Replying to @SeriesUpdateFR
C'est pas plutôt Captain America and the winter soldier ^^
💬            ⟲            ♡ 1            ⬆

🔍 Search Twitter

**Relevant people**

**Infos Séries**
@SeriesUpdateFR              Follow

Bienvenue sur votre premier compte source français sur toutes vos séries, films et plateformes de streaming préférées. 📺:
seriesupdatefr@gmail.com

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**

Entertainment · Trending
**Julia Fox**
5,721 Tweets                   •••

Trending in United States
**1-0 USA**
17.9K Tweets                   •••

Trending in United States
**#BudweiserFWC**
Trending with  Dest, McKennie  •••

Trending in United States
**$TSLA**
14.7K Tweets                   •••

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

https://twitter.com/altapeli/status/951445351575191552 __ at __ 2022-11-21 01:59:56 -08:00

← **Tweet**

**AP** ✔
@altapeli
···

¿Flashback? ¿Viajes en el tiempo? Nuevas imágenes desde el set de #Avengers #InfinityWar

Translate Tweet



5:27 AM · Jan 11, 2018 · Twitter for Android

**3** Retweets  **1** Quote Tweet  **32** Likes

💬    🔁    ♡    ↥

Tweet your reply                    Reply

**Papá Nata** 💚 @Natasiete · Jan 11, 2018    ···
Replying to @altapeli
El peor traje del Capi en el MCU.

💬    🔁    ♡    ↥

---

🔍 Search Twitter

**Relevant people**

**AP** ✔                    Follow
@altapeli
Cuenta oficial de AltaPeli.com - Cine / Series / Críticas / Noticias / Videojuegos

**What's happening**

Television · 5 hours ago
**Last Week Tonight With John Oliver airing on HBO**

Sports · Trending                    ···
**#kcvslac**
Trending with Kelce, Chargers

Trending in United States          ···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States          ···
**Hive**
50.5K Tweets

Trending in United States          ···
**Maher**
22.2K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

__ https://twitter.com/ahoybieber/status/1371267309382291458 __ at __ 2022-11-21 12:34:11 -08:00 __

← **Tweet**



**...**
@AhoyBieber

Why is he the most precious person to ever bless this earth 



6:09 PM · Mar 14, 2021 · Twitter for iPhone

**5** Retweets    **13** Likes

        

    Tweet your reply                    Reply

## Relevant people



**...**
@AhoyBieber                            Follow

I loved bieber before it was cool.
@justinbieber

## What's happening

FIFA World Cup · LIVE
**USA vs Wales**



Trending in United States
**WHAT A SAVE**
8,043 Tweets

Sports · Trending
**Charles Barkley**
5,964 Tweets

Trending in United States
**Medford Messi**

Entertainment · Trending
**julia fox**
6,189 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Q Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski ...

... https://twitter.com/El_loco_series/status/1552225612982636545 ... at ... 2022-11-21 19:04:52 -08:00 ...



# Tweet



Search Twitter

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

 **El loco de las series**
@El_loco_series

Dakota Johnson en el set de "Madame Web".



2:33 AM · Jul 27, 2022 · Twitter Web App

2 Likes



 Tweet your reply

Reply

### Relevant people

 **El loco de las series**
@El_loco_series

Follow

Recomendaciones de películas y series. Cubrimos el día a día de la cultura geek. En Instagram tienen reseñas!

### What's happening

NBA · Starts at 7:30 PM
**Jazz at Clippers**

Entertainment · Trending
**Died Suddenly**
50.2K Tweets

Sports · Trending
**Lane**
Trending with Auburn

Sports · Trending
**Grupo Firme**
Trending with #NFLMexicoGame

Trending in United States
**EA Sports**
1,861 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

02-cv-09462-DMG-ADS

🔍 Search Twitter

← Tweet

**Bieber Novidade**
@biebernovidade

Há 2 anos acontecia o jantar de ensaio de casamento do Justin Bieber e Hailey Bieber. 👰



8:14 PM · Sep 28, 2021 · Twitter for iPhone

**334** Retweets   **107** Quote Tweets   **3,607** Likes

**Relevant people**

**Bieber Novidade**  Follow
@biebernovidade
Fan Account | Há 7 anos a ser sua melhor e mais completa fonte de informações acerca do cantor Justin Bieber. jbiebernovidade@gmail.com

**What's happening**

FIFA World Cup · LIVE
Mexico vs Poland

#AvatarTheWayOfWater
Get tickets now - In theaters December 16
Promoted by Avatar

Betty White · Trending
**Betty White**

Trending in California
**Mexicans**
9,452 Tweets

Events · Trending
**NO ERA PENAL**
3,461 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply   Reply

**Ju⁵⁷ 🇧🇷|PACK COPA** · @jbxtm · Sep 29, 2021
Replying to @biebernovidade
😊

From Ju⁵⁷ 🇧🇷|PACK COPA

**sabriina** @jbhdrew · Sep 29, 2021
Replying to @biebernovidade
O Justin 😍🥺🤍🥰
A Hailey. 🤯🥰🥰💖💖💖💞

**@zaindisco** · Sep 28, 2021
Replying to @biebernovidade
meus!!

**ella** @estrlka · Sep 28, 2021
Replying to @biebernovidade
passou muito rápido

**nalu viu o ju** @drewflover · Sep 29, 2021
Replying to @biebernovidade
Eu amo tanto eles

**Alan** @Alan60777909 · Sep 29, 2021
Replying to @biebernovidade
Não gosto deles juntos, sério prefiro até a Kendall com JB, ranço da Hailey

**maria eduarda** @shxmhistory · Sep 28, 2021
Replying to @biebernovidade
2 ANOS?? MEU DEUS

**Isabel** @isabel98063601 · Sep 29, 2021
Replying to @biebernovidade
como ha pasado ya el tiempo orgulosa de donde esta mi justin ahora en su vida esta con hailey es es una increíble persona y nos les va a cuidar y hacer feliz viva jailey

**Stefany~13** @srdsdsjb · Sep 28, 2021
Replying to @biebernovidade
APAGA! NÃO FOI COMIGO QUE ELE ENSAIOU PARA O NOSSO CASAMENTO

**bea** @haizxtin · Sep 28, 2021
Replying to @biebernovidade
eu surtei tanto nesse dia hn

**Karoline Fonseca** @k_fonseca · Sep 28, 2021
Replying to @biebernovidade
😭😭😭😭😭 quanto tempo, parece que esse surto foi ontem. 🖤

**Karen || WC** @k_unstable · Sep 29, 2021
Replying to @biebernovidade
que saudades 😍

**lua** @diefonv · Sep 28, 2021
Replying to @biebernovidade
Os maiores

**Brendinha** @ghostbieber27_ · Sep 28, 2021
Replying to @biebernovidade
MEUS BABYS

**@fvzcarti** · Sep 28, 2021
Replying to @biebernovidade
meus pais

**Lmarie420** @Lmarie4201 · Sep 28, 2021
Replying to @biebernovidade
Can you put that in English

**filha do loki 🔪|| 🖤 Ari e Dante 🏳️‍🌈** @crownorminah · Sep 28, 2021
Replying to @biebernovidade
parece que foi ontem

__ https://twitter.com/allinitdrews/status/1323401404212531201 __ at __ 2022-11-21 10:32:12 -08:00

← **Tweet**

**sam**
@allinitdrews

i have so many questions



3:07 PM · Nov 2, 2020 · Twitter for iPhone

7 Likes

Tweet your reply                                            Reply

· @agg1998_ · Nov 2, 2020
Replying to @allinitdrews
lmao whats this 😂

---

🔍 Search Twitter

**Relevant people**

**sam**                    Follow
@allinitdrews
fan account; justin followed 9.14.19

**What's happening**

FIFA World Cup · 1 minute ago
**Senegal vs Netherlands**

Trending in United States
**Mendy**
Trending with Robyn

Trending in California
**Dodger Stadium**
14K Tweets

Trending in United States
**#TeamUSA**🇺🇸
1,185 Tweets

Sports · Trending
**Pettitte**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

__ https://twitter.com/movies_popcorn/status/1016744069324734465 __ at __ 2022-11-21 10:55:44 -08:00 __

← **Tweet**

🔍 Search Twitter

**Home**

**# Explore**

**Notifications** ①

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

 **Movie News**
@movies_popcorn

الصور الاولى من موقع تصوير الموسم الثالث من مسلسل
Stranger Things



11:00 AM · Jul 10, 2018 · TweetDeck

**10** Retweets   **8** Quote Tweets   **25** Likes

💬          ⇄          ♡          ⬆

P  Tweet your reply                    **Reply**

**Relevant people**

 **Movie News**        **Follow**
@movies_popcorn

اخر اخبار الفن السابع ونجوم هوليود و
مشاهير العالم لحظة بلحظة

**What's happening**

FIFA World Cup · 24 minutes ago
**Senegal vs Netherlands**

Sports · Trending                    ···
**Charles Barkley**
4,836 Tweets

Trending in United States            ···
**Senegal**
Trending with Mendy, #SENNED

Trending in United States            ···
**Hive**
102K Tweets

Music · Trending                    ···
**#askmeek**
3,819 Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/nacaomarvel/status/1363617486539816908 _et _ 2022-11-21 22:47:16 -08:00






## Relevant people

NAÇÃO MARVEL | fa... **Follow**
@nacaomarvel

🇧🇷 O maior fã-clube da Marvel no Brasil e #2 do mundo | por @kainyall & @thurstopper | 🎙️ @PodcastNM |
✉️ nacaomarvelofc@gmail.com



Cora Ventura **Follow**
@CreamOrScream

Venting account for all things great and small such as #Marvel and #DCComics, #Netflix, #Gaming #Films, and also a Media Account. Supporter of #AmberHeard 🦋

NAÇÃO MARVEL | fan club ⋯
@nacaomarvel

KATE BISHOP 🗣️: Hailee Steinfeld no set de #Hawkeye (via: @CreamOrScream)

## What's happening

Sports · LIVE
**2022 FIFA World Cup**

Entertainment · Trending ⋯
**Died Suddenly**
70K Tweets

Trending in United States
**Ramey**
2,027 Tweets

Trending in California
**Mexicans**
6,312 Tweets

Trending in United States ⋯
**August Alsina**
Trending with Jada, #TheSurrealLife

Show more



2:31 PM · Feb 21, 2021 · Twitter for Android

**65** Retweets   **29** Quote Tweets   **554** Likes

💬   🔁   ♡   📤

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More —
© 2022 Twitter, Inc.

Tweet your reply     **Reply**

NAÇÃO MARVEL | fan club @nacaomarvel · Feb 21, 2021 ⋯
Replying to @nacaomarvel
mais fotinhas da nossa pinxesa Hailee Steinfeld

💬   🔁 21   ♡ 126   📤

Marcos P San · Billy Kaplan Bishop ... @NovoPrín... · Feb 21, 2021 ⋯
Replying to @nacaomarvel and @CreamOrScream
Ela tá perfeita, combinou muito como a Kate

💬   🔁 1   ♡ 3   📤

c. @nebcarinae · Feb 21, 2021 ⋯
Replying to @nacaomarvel and @CreamOrScream
Será que vai ter o Clint trocando de roupa no carro e a Kate observando julgando igual nas hqs? Kakakaka

💬   🔁   ♡ 1   📤

xulin 🅟 @ojuliocvl · Feb 23, 2021 ⋯
Replying to @nacaomarvel and @CreamOrScream
@Leticiamgc__

💬   🔁   ♡   📤

Perkowski Legal P.C. ⋯
@c_perkowski

https://twitter.com/pfollowjbhelp/status/966131475188090094 __ et __ 2022-11-22 00:43:57 -08:00

← **Tweet**



ProjetoFollowJB Help
@PfollowJBHelp                                    ⋯

## AAAAAAAAAAAAA



6:04 PM · Feb 20, 2018 · Twitter for iPhone

**130** Retweets    **24** Quote Tweets    **269** Likes

🔍 Search Twitter

**Relevant people**

ProjetoFollowJB Help    [ Follow ]
@PfollowJBHelp

Ajudamos as Beliebers a conseguir o
follow do @justinbieber || Fan
Account. 49k sonhos realizados! 💙

**What's happening**

Entertainment · LIVE
**Fans wish Kartik Aaryan a happy
birthday** 🎉



#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending    ⋯
**Died Suddenly**
Trending with World Premiere

Trending in California    ⋯
**Mexicans**
7,090 Tweets

Trending in United States    ⋯
**Maher**
8,205 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

[ Tweet ]

lua @lualbf · Feb 20, 2018    ⋯
Replying to @PfollowJBHelp
Essa foto deles sorrindo agarradinhos meu deus tão linda

jú ☡☲ @journalz_ · Feb 20, 2018    ⋯
Replying to @PfollowJBHelp
vocês não tem direito de fazer isso com meu coração @selenagomez
@justinbieber

Perkowski Legal P.C.    ⋯
@c_perkowski

Tweet your reply

[ Reply ]

← **Tweet**

**Recommend Mix - أفلام اقتراحات**
@Recommendmix

The سيباستان ستان في موقع تصوير مسلسل مارفل الجديد
Falcon And The Winter Soldier.



2:02 AM · Nov 16, 2019 · Twitter Web App

**18** Retweets   **10** Quote Tweets   **292** Likes

---

Tweet your reply                                    Reply

---

ire @1itsire · Nov 16, 2019
Replying to @Recommendmix and @ScreenMix
Seb :( ❤️❤️❤️❤️❤️❤️



💬        ↻        ♡ 3        ⬆️

---

@SO727 · Nov 16, 2019
Replying to @Recommendmix
😭😭😭😭

💬        ↻        ♡

---

عبدالعالي @itsjustelfakhry · Nov 16, 2019
Replying to @Recommendmix and @ScreenMix
بعد أفلام يوقفوا مفروض the end game 👏

💬 1        ↻        ♡

---

**Relevant people**

**Recommend Mix - سلام...**      Follow
@Recommendmix
حساب لترشيحات الأفلام والمسلسلات
ونشر مقاطع منها تابع لـ @Screenmix

**What's happening**

FIFA World Cup · 2 hours ago
**England vs Iran**

Trending in United States
**Mendy**
47.8K Tweets

YU-GI-OH! · Trending
**Mystic Mine**

Sports · Trending
**Charles Barkley**
4,055 Tweets

Trending in United States
**Senegal**
Trending with De Jong, Gakpo

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

---

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/things_marvel/status/1431058829307912194 __ at __ 2022-11-20 22:39:08 -08:00 __



## Tweet





 

### Home

### Explore

### Notifications

### Messages

### Bookmarks

### Lists

### Profile

### More

**Tweet**

---

**All Things Marvel**
@things_marvel

## ภาพล่าสุดของมาร์ติน ฟรีแมน (Everett Ross) จากกองถ่าย Black Panther: Wakanda Forever

 

5:59 PM · Aug 26, 2021 · Twitter Web App

**96** Retweets    **3** Quote Tweets    **34** Likes



**Tweet your reply**

**Reply**

---

## Relevant people



**All Things Marvel**
@things_marvel          **Follow**

News update for THAI fans of
@Marvel Cinematic Universe. อัปเดต
ข่าวของจักรวาลภาพยนตร์มาร์เวลสำหรับ
แฟน ๆ ชาวไทย

## What's happening

NFL · 2 hours ago
**Chiefs at Chargers**

**#Disenchanted** 🧙
Original movie now streaming
🎬 Promoted by Disney+

The Walking Dead · Trending
**Negan**
7,581 Tweets

Trending in United States
**UCLA**
13.3K Tweets

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Perkowski Legal P.C.**
@c_perkowski  ···



← Tweet



### Relevant people

SUMC Direct
@SUMCDirect

**SUMC Direct**   [Follow]
@SUMCDirect

SUMC Direct, the home of Sony's Marvel characters news. Reliable news and one of a kind content for everything Sony's Universe of Marvel Characters.

New set photos of Madame Web herself Dakota Johnson!



12:11 AM · Jul 26, 2022 · Twitter for iPad

7 Retweets   2 Quote Tweets   35 Likes

💬    🔁    ♡    ⬆

[P]   Tweet your reply                    [Reply]

opHIMus prime @OAFskywalker · Jul 26
Replying to @SUMCDirect
Waiting for the Sydney Sweeney set pics
💬 1    🔁    ♡ 1    ⬆

SUMC Direct @SUMCDirect · Jul 26
Replying to @OAFskywalker
We will report if any show up!
💬    🔁    ♡ 2    ⬆

Venom 3 News @StripeX30 · Jul 26
Replying to @SUMCDirect
Waiting for Isabela Merced set pics
💬    🔁    ♡ 1    ⬆

Andrew Joseph Italian @andrew_italian · Jul 26
Replying to @SUMCDirect
So Julia is not blind yet in this scene
💬    🔁    ♡    ⬆

roronoa solo @GriceSolomon · Jul 26
Replying to @SUMCDirect
Dope dope 🙌🏿🙌🏿🙌🏿🙌🏿
💬    🔁    ♡    ⬆

### What's happening

NFL · LIVE
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
48.5K Tweets

Family drama · Trending
**#GTMcontest12**

Trending in United States
**Tampax**
31.9K Tweets

Trending in United States
**#ThingsIOftenQuestion**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

[Tweet]

Perkowski Legal P.C. ···
@c_perkowski



Search people

__ https://twitter.com/ClickySound/status/1239601126984515584 __ at __ 2022-11-19 23:04:36 -08:00 __

← **Tweet**

 **Clicky Sound**
@ClickySound

···

clickysound.com/celebrities-st...  Stars are stocking up on supplies.

 

10:15 AM · Mar 16, 2020 · Clicky Sound

      ♡   ↑

 Tweet your reply                    **Reply**

## Relevant people

 **Clicky Sound**      **Follow**
@ClickySound
Photography at its Best!

## What's happening

Television · 3 hours ago
**Saturday Night Live airing on NBC**       

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States                ···
**Jason David Frank**
1,205 Tweets

Trending in United States                ···
**HE'S BACK**
152K Tweets

Jungkook · Trending                      ···
**jungkook**
1.61M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Twitter sidebar navigation
⌂ Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
··· More

**Tweet**

Search Twitter

**Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**



**Film News** ···
@filmnewsPL

Letitia Wright trafiła do szpitala po tym, jak doznała drobnych obrażeń w wyniku incydentu kaskaderskiego na planie #BlackPantherWakandaForever. Aktorka niedługo ma wrócić do pracy.

Translate Tweet



11:15 AM · Aug 25, 2021 · Twitter for Android

**1** Retweet **21** Likes


Tweet your reply
Reply

---

Q Search Twitter

## Relevant people


**Film News** Follow
@filmnewsPL

🎬 najnowsze wiadomości filmowe - kino polskie i zagraniczne, popularne i niezależne 🎪 kontakt: filmnewspl@gmail.com

## What's happening

Television · Starts at 8:00 PM
**Saturday Night Live airing on NBC**


**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States ···
**HE'S BACK**
114K Tweets

Trending in California ···
**Messi**
429K Tweets

Trending in California ···
**#FIFAWorldCup** 🏆
903K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---


**Perkowski Legal P.C.** ···
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 23-15   Filed 03/13/23   Page 59 of 101   Page ID #:4537



← Tweet

DISNEY FLIX FR
@disneyflixfr                                          •••

Félicitations à Jennifer Lawrence qui est enceinte de son premier enfant 😍✨

Translate Tweet




3:19 AM · Sep 9, 2021 · Twitter for iPhone

**4** Retweets   **53** Likes

Tweet your reply                                    Reply

## Relevant people

DISNEY FLIX FR          Follow
@disneyflixfr

Toutes les dernières informations sur vos films et séries préférées ✨

## What's happening

FIFA World Cup · This morning
**England vs Iran**

Trending in United States                    •••
**Trent Reznor**
11.4K Tweets

Trending in United States                    •••
**Combat Mode**
1,517 Tweets

Music · Trending                              •••
**soobin**
200K Tweets

Trending in United States                    •••
**Tampax**
21.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.



Perkowski Legal P.C.   •••
@c_perkowski

\_\_ https://twitter.com/win_solb/status/1556296480897617921 \_\_ at \_\_ 2022-11-19 23:42:45 -08:00 \_\_

← **Tweet**



**b**
@win_solb                                                                        ...

Dakota Johnson was spotted on the set of the movie "Madame Web" in Boston.
Premiere — October 6, 2023!
#DakotaJohnson #MadameWeb #Marvel #Boston #MCU



8:09 AM · Aug 7, 2022 · Twitter for Android

**1** Retweet   **10** Likes

🔍 Search Twitter

### Relevant people



**b**                                          Follow
@win_solb
me and marvel

### What's happening

Television · 3 hours ago
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
📷 Promoted by Uber

Sports · Trending                              ...
**Chip Kelly**
1,080 Tweets

Sports · Trending                              ...
**Pasadena**
1,622 Tweets

Trending in United States                      ...
**Blocked**
133K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

💬

Tweet your reply                               Reply

**Perkowski Legal P.C.**   ...
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 23-15    Filed 03/13/23    Page 61 of 101    Page ID #:4539

← Tweet

Movie Crazy Planet 🎬🍿🎞️
@MovieCrazyP

...

📸💥 DESDE EL SET 💥📸

## Primeras imágenes de James Marsden y Tika Sumpter en el rodaje de #SonicTheHedgehog2.

👤 Sonic the Hedgehog

6:40 PM · Apr 20, 2021 · Twitter for Android

**1** Retweet    **4** Likes

💬          🔁          ♡          ⬆️

P   Tweet your reply                    Reply

Q Search Twitter

## Relevant people

MCP  **Movie Crazy Planet ...**     Follow
     @MovieCrazyP
💥Noticias, tráilers, pósters, los estrenos más recientes de cine, series y televisión.💥 Síguenos y activa la 🔔 moviecrazyplanet@gmail.com ✉️

**Sonic the Hedgehog** ✓    Follow
@SonicMovie
⊘ Official
Watch #SonicMovie2 at home 2DAY! Now on 4K UHD & Blu-ray, Digital, and streaming on Paramount+.

## What's happening

Television · 2 hours ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States                    ...
**HE'S BACK**
153K Tweets

Sports · Trending                            ...
**Pasadena**
1,626 Tweets

Trending in United States                    ...
**Jason David Frank**
1,005 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ...
© 2022 Twitter, Inc.

## Navigation menu

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**


Perkowski Legal P.C.
@c_perkowski    ...



__ https://twitter.com/FueraPlano/status/1235226264750049800 __ at __ 2022-11-21 00:57:39 -08:00

← **Thread**

**Fuera de Plano** 🎁 🇦🇷
@FueraPlano

Primeras imágenes desde el set de 'Loki'. #Loki

Translate Tweet



7:31 AM · Mar 4, 2020 · Twitter for iPhone

**1** Retweet

Tweet your reply                              Reply

**Fuera de Plano** 🇦🇷 🇦🇷 @FueraPlano · Mar 4, 2020
Replying to @FueraPlano
Own Wilson y Tom Hiddleston #Loki



**Perkowski Legal P.C.**
@c_perkowski

## Navigation (sidebar)

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

## Search Twitter

**Relevant people**

**Fuera de Plano** 🇦🇷 🇦🇷
@FueraPlano
Follow
Amantes del cine y las series. Noticias, recomendaciones, reseñas, sorteos y más! Twitch: twitch.tv/fueradeplanoli...

**What's happening**

Television · Yesterday
**The Walking Dead airing on AMC**

Music · Trending
**Goodbye Yellow Brick Road**

Music · Trending
**sabrina**
77.1K Tweets

Trending in United States
**UCLA**
11.8K Tweets

Music · Trending
**Lionel Richie**
3,526 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← **Tweet**

**Multiverse Analysis**
@TheAnalystOne

First look at Dominique Thorne's Riri Williams in her #Ironheart suit!



11:14 PM · Aug 8, 2022 · Twitter for Android

**1** Retweet    **3** Likes

Tweet your reply

Reply

Search Twitter

**Relevant people**

**Multiverse Analysis**
@TheAnalystOne    Follow
Fiction Addict

**What's happening**

Television · Last night
**The Walking Dead airing on AMC**

Music · Trending
**Billy Joel**
1,292 Tweets

Trending in United States
**Iran**
Trending with England, Wales

Trending in United States
**Bob Iger**
Trending with Disney, Chapek

The Walking Dead · Trending
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C. ···
@c_perkowski



← Tweet

**1D Updates**
@Live1DNews
···

Harry and Florence Pugh with their characters' wedding rings on the set of 'Don't Worry Darling' (via @bestofpugh)

3:21 AM · Nov 4, 2020 · Twitter for iPad

**1** Quote Tweet   **22** Likes

💬          🔁          ♡          ⬆

P   Tweet your reply                              Reply

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**


Perkowski Legal P.C.
@c_perkowski
···

🔍 Search Twitter

## Relevant people

**1D Updates**   Follow
@Live1DNews
1D Updates. Paul, Andy, and more follow!

**Florence Pugh Daily**   Follow
@bestofpugh
Fan account for Academy Award nominee Florence Pugh. Follow us for daily posts & updates about Hollywood's rising megastar! #TheWonder — Backup: @FPDMedia

## What's happening

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States   ···
**Bob Iger**
Trending with Disney, Chapek

Trending in United States   ···
**UCLA**
13.3K Tweets

Trending in United States   ···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

🔍 Search Twitter

🐦

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

**Ⓜ** **TheMCUtimes**
@themcutimes                    ⋯

**#MadameWeb** set photos:

(via:instagram.com/p/CjYNUE4Dxi1/...)



10:19 AM · Oct 6, 2022 · Twitter Web App

**7** Likes

💬          ⇄          ♡          ⬆️

**Ⓟ**   Tweet your reply                    **Reply**

## Relevant people

**Ⓜ** **TheMCUtimes**              **Follow**
@themcutimes

Building a community of Marvel
Cinematic Universe fans! 🌍 Get MCU
News, Behind the Scenes, and Updates
here.

## What's happening

Formula 1 · This morning
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 🧑
Original movie now streaming
◨ Promoted by Disney+

Trending in California              ⋯
**Rest In Peace**
57K Tweets

Sports · Trending                    ⋯
**McVay**

Only on Twitter · Trending          ⋯
**Jason David Frank**
Trending with **Power Rangers**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.



**Ⓟ**   **Perkowski Legal P.C.**    ⋯
@c_perkowski

https://twitter.com/RNavyBrazil/status/1523832544227119108 ... et ... 2022-11-21 00:03:36 -08:00    22-cv-09462-DMG-ADS    Document 23-15    Filed 03/13/23    Page 69 of 101    Page ID    #:4547

← **Tweet**

Search Twitter

🏠 **Home**

# **Explore**

🔔 **Notifications**

✉️ **Messages**

🔖 **Bookmarks**

☰ **Lists**

👤 **Profile**

⊙ **More**

**Tweet**

**Rihanna Navy Brasil | Fan Account**
@RNavyBrazil

Uma rainha 👑



6:09 PM · May 9, 2022 · Twitter for iPhone

**227** Retweets  **22** Quote Tweets  **3,698** Likes

💬    ⟲    ♡    ⬆️

Perkowski Legal P.C.
@c_perkowski

🅿️  Tweet your reply                          **Reply**

🔲 **@babeboy07** · May 10
Replying to @RNavyBrazil
já poderia ser a capa do #R9 😍💖
💬        ⟲        ♡ 1        ⬆️

**RADI📷** @radiradioativo · May 9
Replying to @RNavyBrazil
Parece uma foto dos anos 90'... essa mulher é uma obra de arte
💬        ⟲        ♡ 3        ⬆️

**Maycon Viana,🏳️ #SimBobinha** @MayconVinaa · May 9
Replying to @RNavyBrazil
Amooooo 🏆🏆
💬        ⟲        ♡        ⬆️

**Belatto 🍷** @JoohnReal · May 9
Replying to @RNavyBrazil
Amoo ❤️
💬        ⟲        ♡        ⬆️

**Leonilda Francisco** @LeonildaFranci7 · May 11
Replying to @RNavyBrazil
Linda
💬        ⟲        ♡        ⬆️

**marcela.** @marcelatuita · May 9
Replying to @RNavyBrazil
rihanna mulher coloca uma havaianas nesse teu pé

💬        ⟲        ♡ 7        ⬆️

**marcela.** @marcelatuita · May 9
Replying to @RNavyBrazil
deusa maravilhosa 💕💕
💬        ⟲        ♡ 1        ⬆️

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**elsi 🌟❤️** @neryelsi · May 9
Replying to @samarona_ and @RNavyBrazil
Ela deve tá segurando pra não nascer taurino, não tem outra explicação
💬        ⟲        ♡ 1        ⬆️

**Relevant people**

**Rihanna Navy Brasil |...**    **Follow**
@RNavyBrazil
RNB ✅ | Estamos online desde 2010, somos o maior e mais completo fã-clube sobre a cantora Rihanna no Brasil e em toda a América Latina.
Apoio: @umusicbrasil

**What's happening**

Television · 4 hours ago
**The Walking Dead airing on AMC**

Trending in United States
**Bob Iger**
Trending with Disney, Chapek

Trending in United States
**Auburn**
6,471 Tweets

Sports · Trending
**Toney**
14.8K Tweets

The Real Housewives of Potomac · Trending
**#RHOP**
Trending with Wendy, Robyn

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/allinitdrews/status/1238176917200736256 __ at __ 2022-11-21 13:55:52 -08:00 __

← **Tweet**



sam
@allinitdrews

### HIS!!!! HAIR!!!!

11:55 AM · Mar 12, 2020 · Twitter for iPhone

**40** Retweets  **1** Quote Tweet  **158** Likes

Tweet your reply

Reply

## Relevant people

**sam**
@allinitdrews

Follow

fan account; justin followed 9.14.19

## What's happening

FIFA World Cup · 24 minutes ago
**USA vs Wales**



Entertainment · Trending
**julia fox**
7,573 Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**

Entertainment · Trending
**Yann Demange**
Trending with Lovecraft Country, #Blade

Sports · Trending
**Mexico City**
12.2K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More …
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter



Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/guidance_the/status/1529574623943217154 __ at __ 2022-11-20 15:02:46 -08:00 __

← **Tweet**



**TheGuidance**
@guidance_the

···

**PRIMER VISTAZOOO!!!**
Just Jared lo hizo de nuevo y nos trae imágenes desde el set de grabación de #bluebeetle donde podemos ver a Xolo Maridueña con el traje completo. Por supuesto, aún le falta su mejoramiento con CGI, pero nos da una idea de como lucirá en la película.

Translate Tweet





2:26 PM · May 25, 2022 · Twitter Web App

**1** Quote Tweet    **1** Like

💬          🔁          ♡          ⬆️

 Tweet your reply                    Reply

Q Search Twitter

**Relevant people**

**TheGuidance**            Follow
@guidance_the

Todo el contenido geek al alcance de tu mano. Noticias, análisis, cómics narrados, curiosidades, etc.

**What's happening**

NFL · 1 hour ago
**Browns at Bills**


**#Disenchanted** 🧙‍♀️
Original movie now streaming
📣 Promoted by Disney+

Trending in California          ···
**Rest In Peace**
58.7K Tweets

Trending in United States      ···
**#FIFAWorldCup** 🏆
Trending with #AMAs 🎤

Sports · Trending            ···
**Romo**
2,870 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.



← **Tweet**

This Tweet is from a suspended account. Learn more

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

**La Ale** @aleprclmfz · Jan 2, 2021
Replying to @Giovanni0217 and @MirreyNoble
@Giovanni0217 saluz, bye.

♡ 1

---

**chobani** 🐾 @aleprclmfz and @MirreyNoble · Jan 2, 2021
Replying to
Pésimo momento para NO estar en Tulum 😢

---

**Van Der Isma_NL** @ACcerrato · Jan 3, 2021
Replying to @MirreyNoble
Poooooww que lujo ver eso.

---

**Karen García** @Karen_gr02 · Jan 2, 2021
Replying to @MirreyNoble
@val_loagui fuimos arrastradas por las mismas olas que está pisando Dua
Lipa q bendición

♡ 2           ♡ 10

---

**Tony Parra🦁** @TonyParra09? · Jan 2, 2021
Replying to @Karen_gr02 @MirreyNoble and @val_loagui
Jajajajajajaj

---

**Ashley** @ashashqm · Jan 2, 2021
Replying to @MirreyNoble
@fg_roxa

---

**fefé** @fg_roche · Jan 2, 2021
Replying to @ashashqm and @MirreyNoble
Ahora préstame para que pueda ir a Tulum, porfis 😍

♡ 1

Show replies

---

**Karla García** @GMaanzanitha · Jan 3, 2021
Replying to @MirreyNoble
@luisggranadosv

♡ 1

---

**Luis Hinojosa** 🍃 @Luinoj1 · Jan 2, 2021
Replying to @MirreyNoble
Esa del fondo con pelo negro y mechón wero en Tulum se me hace
conocida @fridaarvayo 🤣🤣🤣🤣

♡ 1

---

**fridamaria.** @fridaarvayo · Jan 3, 2021
Replying to @Luinoj1 and @MirreyNoble
Yo estuve ahí eeee JAJAJAJA

♡ 1

Show replies

---

**eneyma👺** @emrata06 · Jan 3, 2021
Replying to @MirreyNoble
@Yerushigo

♡ 1

---

**D A N I E L A 🦋☘️🌸🌺🍓🍒🥂🌮🌯** @Daanniieeeeeaa · Jan 3, 2021
Replying to @MirreyNoble
COVIDIOTA😷

♡ 1

---

**TheVuduQueen** @PamiArredondo24 · Jan 2, 2021
Replying to @MirreyNoble
@RichileGM

♡ 1

---

**Ricardo Gonzalez** @RichileGM · Jan 2, 2021
Replying to @PamiArredondo24 and @MirreyNoble
De vdd ?

♡ 1

---

**Estefano González** @estefano_go · Jan 2, 2021
Replying to @MirreyNoble and @Favorit0
Chucha era de haber ido fin de año veeeeeeeeeeew @carlos199617

---

**pola ⚓** @PaolaFalcn_ · Jan 2, 2021
Replying to @MirreyNoble
@JorgeCuenk

♡ 1

---

**Zaid TB** @zaidTB · Jan 2, 2021
Replying to @MirreyNoble
@ErickLabraG

♡ 1

---

**Erick 🦁** @ErickLabraG · Jan 2, 2021
Replying to @zaidTB and @MirreyNoble
Muchacha irresponsable que se vaya a encerrar... pero a mi cuarto 🏠

♡ 1

---

**Sebssss** @sebastianmtmrs · Jan 2, 2021
Replying to @MirreyNoble and @Favorit0
NOOOOOOO PTM Y ACABO DE ESTAF AHI 😭

♡ 1

---

**The coolest licenciada in town** @twcittalli · Jan 2, 2021
Replying to @MirreyNoble
@fridaarvayo ya t descubrí que eres íntima de la dua lipa

♡ 1

---

**fridamaria.** @fridaarvayo · Jan 3, 2021
Replying to @twcittali and @MirreyNoble
Mi secreto fue revelado .. jajajajaja

♡ 1

---

**L E X I** ✨ @alexia_torrees · Jan 2, 2021
Replying to @MirreyNoble
@julioea0

♡ 1

---

**Irving GMo** @irvinggmo · Jan 3, 2021
Replying to @MirreyNoble
.

♡ 1

---

**Jacko 🐶** @jack_danniels · Jan 3, 2021
Replying to @MirreyNoble
alguien sabe si estará en octubre? 🤔

---

**Oswaldo.** @Alaanvegat · Jan 2, 2021
Replying to @MirreyNoble
@jajuico

♡ 1

---

**Diana** @dianelenc · Jan 3, 2021
Replying to @MirreyNoble and @Javier_Vab
@marianagglez salúdame a Dua pls

♡ 1

---

**🦉Huguinho #90🦉** @huguinhogaucho · Jan 2, 2021
Replying to @MirreyNoble
Con quien tengo que hacer pacto para estar allí?

♡ 1

---

**Daniel R** @SJUINSMENT · Jan 2, 2021
Replying to @MirreyNoble
@lavohdzc

♡ 1

https://twitter.com/pfollowjbhelp/status/953068186701993932 __et __  2022-11-22 00:49:31 -08:00

← **Tweet**

ProjetoFollowJB Help
@PfollowJBHelp

#iHeartAwards #BestFanArmy #Beliebers



4:55 PM · Jan 15, 2018 · Twitter for iPhone

72 Retweets    33 Likes

Tweet your reply    **Reply**

carlos @askhalsey · Jan 15, 2018
Replying to @PfollowJBHelp
twitter.com/OnTheEdgeV/sta...

VOTEM NA STEPHANY quem puder obrigado ♡

PLEASEEE

This Tweet is unavailable.

---

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**



Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

**Relevant people**

ProjetoFollowJB Help
@PfollowJBHelp                    Follow
Ajudamos as Beliebers a conseguir o
follow do @justinbieber || Fan
Account. 49k sonhos realizados! 💙

**What's happening**

Sports · LIVE
**2022 FIFA World Cup**

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
7,127 Tweets

Trending in United States
**August Alsina**
Trending with Jada, #TheSurrealLife

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS    Document 23-15    Filed 03/13/23    Page 74 of 101    Page ID #:4552



← Tweet

**sam**
@allinitdrews

his smile makes me so happy

6:14 PM · Mar 14, 2021 · Twitter for iPhone

5 Likes

Tweet your reply

Reply

**Relevant people**

**sam**
@allinitdrews    Follow
fan account; justin followed 9.14.19

**What's happening**

FIFA World Cup · 4 hours ago
**Mexico vs Poland**

#AvatarTheWayOfWater 🌊
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Celebrities · Trending
**Tom Hanks**
7,380 Tweets

Trending in California
**Lucas**
151K Tweets

Trending in California
**Mexico City**
18.4K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More …
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/cravemedia_/status/1591235413561155586 __ ell __ 2022-11-19 23:26:38 -08:00

22-cr-09462-DMG-ADS    Document 23-15    Filed 03/13/23    Page 75 of 101    Page ID
#:4553



**Tweet**

@cravemedia_



3:47 AM · Oct 15, 2022 · Twitter for iPhone

**56** Retweets    **59** Quote Tweets    **737** Likes

Tweet your reply                                      Reply

**Christina** @cryptstlina · Oct 17
Replying to @cravemedia_
SHPLOOSH

@fishSalmon5 · Oct 15
Replying to @cravemedia_
jumpscare
♡ 1              ⟲ 1              ♡ 1

**Anthony** @sithsrevng_ · Oct 15
Replying to @fishSalmon5 and @cravemedia_
nicki
♡ 1

Show replies

**seth travis** @sethtravis · Oct 15
Replying to @cravemedia_
2003?

**Lizgit** @lizgit · Oct 15
Replying to @cravemedia_



GIF

**Anthony** @sithsrevng_ · Oct 15
Replying to @cravemedia_
he needs me
♡ 3

**jett** @eillibeilish · Oct 15
Replying to @cravemedia_
hot
♡ 2

**jett** @eillibeilish · Oct 15
Replying to @cravemedia_
he needs to top me
♡ 1

**rie's bff eric is back !!** @jhstancy · Oct 15
Replying to @cravemedia_
jumpscare
♡ 1              ⟲ 2              ♡ 7

Show replies

**jett** @eillibeilish · Oct 15
Replying to @cravemedia_
he can top me
♡ 2

Show more replies

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

---

**Relevant people**

@cravemedia_                    Follow
Media account for @FilmUpdates

**What's happening**

Television · 3 hours ago
Saturday Night Live airing on
NBC

#GetYourRideRight
Book your ride up to 30 days ahead with Uber
Reserve
Promoted by Uber

Sports · Trending
**Pasadena**
1,602 Tweets

Music · Trending
**Adele**
53.5K Tweets

Trending in United States
**Jason David Frank**
1,358 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@_perkowski

DC da Depressão
@Dc_da_depressao

**Relevant people**

DC da Depressão          Follow
@Dc_da_depressao
Me diz, você nos segue? Vai seguir de
|| Uma das maiores fan-pages da DC
no Instagram e no Twitter 🐧

**What's happening**

FIFA World Cup · 1 hour ago
Mexico o Poland

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16

Trending in United States
#FRAAUS
Trending with  Mbappe, Australia

Celebrities · Trending
Tom Hanks
4,832 Tweets

Trending in California
Mexicans
13.5K Tweets

Show more

**DC da Depressão**  @Dc_da_depressao
⭐ Fotos do set de Shazam! Fury of The Gods revelam o
visual de Helen Mirren como Hespera, uma das filhas
de Atlas.



3:13 PM · Jun 21, 2021 · Twitter for Android

55 Retweets   15 Quote Tweets   1,109 Likes

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Tweet your reply          Reply

DC da Depressão  @Dc_da_depressao · Jun 21, 2021
Replying to @Dc_da_depressao
Via @JustJared
♡ 1   ⇄ 1   ♥ 21

Vinícius @Vinícius05452381 · Jun 21, 2021
Replying to @Dc_da_depressao
Tá TD muito lindo nesse filme... Que venham tempos de glória para nós, os
óceaútas
♡   ⇄   ♥ 1

felipe @sifelipenn · Jun 21, 2021
Replying to @Dc_da_depressao
hmm... ok
♡   ⇄   ♥

Jurídico Robin Buckley 🖤 @DanielaLimaChy · Jun 21, 2021
Replying to @Dc_da_depressao
ADM, avisa que se vazar Lucy Liu no suit eu vou morrer de surtos...
♡   ⇄   ♥

Caio of Steel @KayoUosovich15 · Jun 21, 2021
Replying to @Dc_da_depressao
As roupas perfeitas meu pai, sc? 😍
♡   ⇄   ♥ 1

⚡ ricardo ⚡ @8Canary45 · Jun 21, 2021
Replying to @Dc_da_depressao
Ela já fez um filme DC né, aquele RED
♡   ⇄   ♥

Scorsese ratiador @Scorsese_Careca · Jun 21, 2021
Replying to @Dc_da_depressao
isso vai ser uma bomba radioativa, vão transformar as salas de cinema em
Chernobyl
♡   ⇄ 2   ♥ 2

DC da Depressão  @Dc_da_depressao · Jun 21, 2021
Replying to @Scorsese_Careca



GIF  ALT
♡   ⇄ 1   ♥ 49

Zyc @zvictor123 · Jun 21, 2021
Replying to @Dc_da_depressao
Esse filme vai ser muito legal vei sjsksksksksk
♡   ⇄   ♥

Valdomiro Cobblepot @DCnauta33 · Jun 21, 2021
Replying to @Dc_da_depressao
Já tem 300 mil fotos vazadas de Shazam mas n tem nenhuma do Adão
Negro
♡   ⇄   ♥ 12

Tah Mori 💀 / titana · tw @karaflanks · Jun 21, 2021
Replying to @Dc_da_depressao
O lanchinho
♡   ⇄   ♥ 1

Nocturnal @nodig91 · Jun 21, 2021
Replying to @Dc_da_depressao
ela comendo um hamburgao kkk
♡   ⇄ 1   ♥ 1

cattuzzo 🌙 @dani_cattuzzo · Jun 21, 2021
Replying to @Dc_da_depressao
a placa do peitoral dela lembra a armadura da diana
♡ 1   ⇄   ♥ 4

This Tweet is from a suspended account. Learn more

joao gabriel @johnddkent · Jun 21, 2021
Replying to @roboheveue and @Dc_da_depressao
Ela havia aparecido em umas fotos antes. Ela tava com uma armadura
dourada.
♡ 1   ⇄   ♥ 1

This Tweet was deleted by the Tweet author. Learn more

Snow @Snow_shio · Jun 21, 2021
Replying to @Dc_da_depressao
Tomara q tenha, seria incrível e combina pra caramba com a personalidade
do Shazam kk
♡   ⇄ 1   ♥ 22

Show more replies

__ https://twitter.com/vishmidia/status/1481271681880580104 __ et __ 2022-11-22 02:17:15 -0800

← **Tweet**

VI$H Mídia 
@vishmidia

···

## Rihanna & A$AP Rocky 📸💙



6:27 AM · Jan 12, 2022 · Twitter for iPhone

**45** Retweets   **15** Quote Tweets   **575** Likes

Tweet your reply                                   Reply

@Indigos_ · Jan 12
Replying to @vishmidia
Agrediu

❤ 1

Gustavo Kozlowski @iamcoursin · Jan 12
Replying to @vishmidia
@esquadraodamoda manda prender

---

### Sidebar

Search Twitter

**Relevant people**



VI$H Mídia 
@vishmidia                              Follow

Site de conteúdo subversivo | +
@vishsports Contato:
contato@vishmidia.com.br

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending                ···
**Died Suddenly**
79.1K Tweets

Politics · Trending                      ···
**Deplorable**
14.7K Tweets

Entertainment · Trending                ···
**BLEACH**
177K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

### Left navigation

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet


Perkowski Legal P.C.
@c_perkowski                ···

← Tweet

**katie** 🙌
@weloveharry_1Dx                                                                    …

i'm ready for my housewife era 😌 dinner will be on the table before he gets home



4:57 PM · Nov 26, 2020 · Twitter for iPhone

**1** Retweet   **10** Likes

   Tweet your reply                                    Reply

Q Search Twitter

**Relevant people**

**katie** 🙌
@weloveharry_1Dx                    Follow
jack's housewife

**What's happening**

FIFA World Cup · 3 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Celebrities · Trending                      …
**Tom Hanks**
6,347 Tweets

Trending in California                      …
**Mexicans**
17.9K Tweets

Trending in United States                   …
**Giroud**
Trending with  Australia, Mbappe

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

← **Tweet**



**Spider-Man**
@spiderman0801                                                        ...

NEW #MadameWeb set photos

I really can't tell of what that dude is wearing but don't get me wrong, it kinda looks like another Spider-Man. So a variant?



10:49 AM · Oct 7, 2022 · Twitter for iPhone

**1** Like

💬          ⇄          ♡          ⬆

P    Tweet your reply                              Reply

---

🔍 Search Twitter

## Relevant people

   **Spider-Man**                    Follow
                       @spiderman0801

it's your friendly neighborhood Spider-Man | this is a fan account where I'll be posting Spider-Man stuff & other related things

## What's happening

NFL · LIVE
**Bears at Falcons**                    

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Entertainment · Trending                                    ...
**Morgan Freeman**
178K Tweets

Only on Twitter · Trending                                  ...
**Rest in Power**
17K Tweets

Trending in California                                      ...
**Shakira**
107K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

---

### Left sidebar

🐦

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

P    Perkowski Legal P.C.                    ...
     @c_perkowski

— https://twitter.com/agfotosevideos/status/1464294862216433665 __ at __ 2022-11-21 03:05:01 -08:00 __

← **Tweet**



**ATENÇÃO GEEK | Mídia**
@agfotosevideos

Ms Marvel nem estreou no MCU e já tem 3 uniformes!
A terceira foto é das gravações o filme The Marvels.

Translate Tweet



10:07 AM · Nov 26, 2021 · Twitter for Android

**2** Retweets    **5** Likes

Tweet your reply

Reply

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Search Twitter

### Relevant people



**ATENÇÃO GEEK | Mídia**
@agfotosevideos

Follow

Conta para fotos e vídeos dos bastidores do mundo do entretenimento. Conta oficial:
@atencaogeek

### What's happening

Television · Yesterday
**The Walking Dead airing on AMC**

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Trending in United States
**utah**
13.2K Tweets

Trending in United States
**#AMAs** 🔥
Trending with soobin, Sabrina

Gaming · Trending
**Daily Quordle 301**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.** ···
@c_perkowski



← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from a suspended account. Learn more



**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/SeriesUpdateFR/status/1350745411473043457 _ _gt _ _2022-11-22 14:14:35 -08:00 _ _

← **Tweet**

 **Infos Séries**
@SeriesUpdateFR    ⋯

## Tom Holland sur le tournage de Spider-Man 3. 🕸️



2:02 AM · Jan 17, 2021 · Twitter for Android

**210** Retweets    **31** Quote Tweets    **1,750** Likes

💬          🔁          ♡          ⬆️

---

🅿️  **Tweet your reply**                                    **Reply**

**Ken Kaneki** 🜚 @Kenzo_2211_ · Jan 17, 2021    ⋯
Replying to @SeriesUpdateFR
Y a même plus d'effort sur le costume
💬 1         🔁         ♡ 1         ⬆️

**Nandry** @cpasDryNa · Jan 19, 2021    ⋯
Replying to @Kenzo_2211_ and @SeriesUpdateFR
ptdrr comment ça il y a plus d'effort sur le costume wesh xD il est bien la
💬 1         🔁         ♡         ⬆️
Show replies

**Ihsan** @manulekokoff · Jan 17, 2021    ⋯
Replying to @SeriesUpdateFR
Donc c'est officiel du coup ?
💬 1         🔁         ♡         ⬆️

**audrey** @sadgrey · Jan 17, 2021    ⋯
Replying to @manulekokoff and @SeriesUpdateFR
Non
💬 1         🔁         ♡         ⬆️
Show replies

**Amina Mina** 🇲🇦 @minouna87 · Jan 17, 2021    ⋯
Replying to @SeriesUpdateFR
On veux voir #CharlieCoxIsDaredevil 😈
💬         🔁         ♡         ⬆️

**Ermes Persephone** 🎭🦇 @Fugo_PurpleHaez · Jan 17, 2021    ⋯
Replying to @SeriesUpdateFR
Nous on veut voir Andrew Garfield et Tobey Mcguirre en costume !
💬 1         🔁         ♡ 10         ⬆️

**Capitão Marqui** @bg_mere · Jan 20, 2021    ⋯
Replying to @Fugo_PurpleHaez and @SeriesUpdateFR
Y'a que moi qui aime pas le Spiderman Garfield ?
💬         🔁         ♡         ⬆️

**MilieChannel_27** @MilieChannel_27 · Jan 17, 2021    ⋯
Replying to @SeriesUpdateFR
😍
💬         🔁         ♡         ⬆️

**Bastien** @Bastien_BB · Jan 17, 2021    ⋯
Replying to @SeriesUpdateFR
Le costume a le même effet que celui acheté sur wish 😱
💬         🔁         ♡         ⬆️

---

## Relevant people

 **Infos Séries**
@SeriesUpdateFR                    **Follow**
Bienvenue sur votre premier compte
source français sur toutes vos séries,
films et plateformes de streaming
préférées. 📩:
seriesupdatefr@gmail.com

## What's happening

FIFA World Cup · 4 hours ago
**Mexico vs Poland**

 **#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
⚡ Promoted by Avatar

Trending in California
**Lucas**
150K Tweets                                    ⋯

Trending in California
**Chicharito**
6,573 Tweets                                    ⋯

Celebrities · Trending
**Tom Hanks**
7,299 Tweets                                    ⋯

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

🐦 Home
Explore
Notifications 1
Messages
Bookmarks
Lists
Profile
More

**Tweet**

🔍 Search Twitter

**Perkowski Legal P.C.**    ⋯
@c_perkowski

← **Tweet**

Search Twitter

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**All Things Marvel**
@things_marvel                                    ...

ภาพล่าสุดจากกองถ่าย Black Panther: Wakanda Forever
เผยให้เห็นนักแสดงดาไน กูริรา (Okoye) และลิทีเชีย ไรต์
(Shuri)

6:00 PM · Aug 24, 2021 · Twitter Web App

**380** Retweets   **7** Quote Tweets   **113** Likes

Tweet your reply

Reply

### Relevant people

**All Things Marvel**                    Follow
@things_marvel

News update for THAI fans of
@Marvel Cinematic Universe. อัปเดต
ข่าวของจักรวาลภาพยนตร์มาร์เวลสำหรับ
แฟน ๆ ชาวไทย

### What's happening

FIFA World Cup · 1 hour ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in United States                    ...
**Ochoa**
Trending with #MEXPOL, Lewandowski

Trending in United States                    ...
**#FRAAUS**
Trending with Mbappe, Australia

Family drama · Trending                    ...
**#GTMcontest28**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.


Perkowski Legal P.C.                    ...
@c_perkowski

https://twitter.com/jaymalecelebs/status/1529936042291347468 __ at __ 2022-11-21 09:03:29 -0800

← **Tweet**

**Male Celeb Hotties**
@jaymalecelebs

⋯

## Justin chilling on a yacht 😏 😛



2:22 PM · May 26, 2022 · Twitter for Android

**45** Retweets    **1** Quote Tweet    **294** Likes

💬                 🔁                 ♡                 ⬆️

**P**  | Tweet your reply                          **Reply**

**david** @BigDaveLondon · May 27                          ⋯
Replying to @jaymalecelebs
Nice

💬                 🔁                 ♡                 ⬆️



**Perkowski Legal P.C.**    ⋯
@c_perkowski

🔍 Search Twitter

## Relevant people



**Male Celeb Hotties**        **Follow**
@jaymalecelebs
Just a bi guy bringing you hot male
celeb content to lust over! DM's are
always open! Have fun! 🤤 18+

## What's happening

FIFA World Cup · LIVE

**Senegal vs Netherlands**

Trending in California        ⋯
**Dodger Stadium**
13.8K Tweets

Entertainment · Trending        ⋯
**#Disney**
11.2K Tweets

Sports · Trending        ⋯
**Jameson Williams**
2,453 Tweets

Family drama · Trending        ⋯
**#GTMcontest2**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

🏠 Home
\# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

**Tweet**

— https://twitter.com/live1dnews/status/1346108886840913026 _ et _ 2022-11-19 19:43:34 -08:00



← **Tweet**

**1D Updates**
@Live1DNews

Harry and Olivia Wilde at Jeff's wedding over the weekend

(Via @hsdcandids)

12:08 PM · Jan 4, 2021 · Twitter for iPad

**1** Retweet    **7** Likes

Tweet your reply

Reply

**Relevant people**

**1D Updates**  Follow
@Live1DNews
1D Updates. Paul, Andy, and more follow!

**HS Candids**  Follow
@hsdcandids
Follow for HQ candids of HS. Layout by @brightblackdsgn. (Fan Account)

**What's happening**

Television · LIVE
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**HE'S BACK**
130K Tweets

Music · Trending
**#AMAsFanFavorite** 🏆
1.64M Tweets

Trending in California
**HELL NO**
45.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications

Search Twitter

Case 2:22-cv-09462-DMG-ADS    Document 23-15    Filed 03/13/23    Page 87 of 101    Page ID #:4565

← **Tweet**

**Teleaudiencias**
@teleaudiencias
···

#CINE🎬: Primeras imágenes del rodaje de la película 'Oppenheimer' de Christopher Nolan. Cillian Murphy, Emily Blunt, Matt Damon, Florence Pugh, Rami Malek y Robert Downey Jr formarán parte del reparto del film. Estreno en verano del 2023. wp.me/pa7I1P-d2M



© BlayzenPhotos / BACKGRID

10:00 AM · Jul 23, 2022 · TweetDeck

**4** Likes

Tweet your reply                                    Reply

Show additional replies, including those that may contain offensive content    Show

Perkowski Legal P.C.
@c_perkowski
···

---

🔍 Search Twitter

**Relevant people**

**Teleaudiencias**                  Follow
@teleaudiencias
Audiencias, noticias, opinión, entrevistas, estrenos, tv, cine, música y deportes y +51.000 en instagram!
TvTeleaudiencias.wordpress.com

**What's happening**

NBA · LIVE
**Warriors at Pelicans**



Entertainment · Trending                  ···
**Died Suddenly**
52.8K Tweets

Sports · Trending                         ···
**Grupo Firme**
Trending with #NFLMexicoGame🌎

Trending in United States                 ···
**#maddow**
1,712 Tweets

Entertainment · Trending                  ···
**Sinbad**
5,915 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



# Tweet

**siri**
@ilysmcevans

stay with me



1:40 PM · Oct 13, 2022 · Twitter for Android

**33** Retweets   **8** Quote Tweets   **288** Likes

Tweet your reply                                    Reply

**Moogiiiii** @faltiatia · Oct 14
Replying to @ilysmcevans
yeah, im with you

**Sweta** @carpediemm_18 · Oct 13
Replying to @ilysmcevans
Jake Peralta and his long lost brother Blake Peralta who is Judy's bestie - not Doug but Trudy!!
1

•Lexi• @LovesickLexi9 · Oct 13
Replying to @carpediemm_18 and @ilysmcevans
This is amazing
1                                          1

Show replies

**Sexiest Man Alive Fan Account** @chaosmagicevans · Oct 13
Replying to @ilysmcevans
Detective Chris😍

Perkowski Legal P.C.
@c_perkowski

🔍 Search Twitter

**Relevant people**

siri
@ilysmcevans                    Follow
sexiest man alive chris evans' tattoo licker first, human next 💋 fan account

**What's happening**

NBA · 3 hours ago
Kings at Grizzlies

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California
Costco
6,069 Tweets

Trending in United States
Erection
20.8K Tweets

Business and finance · Trending
Chesapeake
41.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

__ https://twitter.com/ClickySound/status/1239180041304367104 __ at __ 2022-11-20 07:12:05 -08:00

← **Tweet**

 **Clicky Sound**
@ClickySound

···

clickysound.com/angelina-jolie...  I felt attacked yesterday when I expressed my confusion about whether I should overreact or underreact to the co...



5:04 AM · Mar 15, 2020 · Clicky Sound



 Tweet your reply

Reply

Search Twitter

**Relevant people**

 **Clicky Sound**
@ClickySound
Follow
Photography at its Best!

**What's happening**

Formula 1 · 10 minutes ago
**Abu Dhabi Grand Prix 2022**

#Disenchanted 🧑

Home

Explore

Notifications

Messages

Bookmarks

Lists

__ https://twitter.com/ClickySound/status/1229484787990644736 __ at __ 2022-11-20 11:43:30 -08:00 __

← **Tweet**

**Clicky Sound**
@ClickySound

···

[clickysound.com/meghan-markle-...](clickysound.com/meghan-markle-...) It's home sweet (new) home for Meghan Markle and Prince Harry.



11:16 AM · Feb 17, 2020 · Clicky Sound

Tweet your reply

Reply

---

**Home**

**#** Explore

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Q Search Twitter

### Relevant people



**Clicky Sound**
@ClickySound
Photography at its Best!

Follow

### What's happening

Formula 1 · 4 hours ago
**Abu Dhabi Grand Prix 2022**



**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Rest In Peace**
45.9K Tweets
···

Trending in California
**Shakira**
109K Tweets
···

Only on Twitter · Trending
**Jason David Frank**
Trending with Kevin Conroy
···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**
@c_perkowski   ···



Tweet

**Captain Marvel NEWS / Fan Account** @CaptMarvelNews

OMG!! Brie on the Avengers 4 set! I'm DEAD! Thanks @brielarsoncom

1:31 PM · Jan 24, 2018 · Twitter for iPhone

134 Retweets  60 Quote Tweets  336 Likes

Tweet your reply

**Captain Marvel NEWS / Fan Acc...** @CaptMarvel... · Jan 24, 2018
She is a big part of that one :)

1

**Jay Soppe** @JaySoppe · Jan 24, 2018
Replying to @CaptMarvelNews @KerstetterJohn and @brielarsoncom
perhaps she will take the Adam Warlock role in the movies and be the hero the other hero rallies around?

1

Show replies

**Captain Marvel NEWS / Fan Acc...** @CaptMarvel... · Jan 24, 2018
Hypeee

1

**Lori Hyrup** @LoriHyrup · Jan 24, 2018
Replying to @CaptMarvelNews @AtlantaFilming and @brielarsoncom
I just want to sit there and watch. 😍

2

**chris** @chrismgl · Jan 25, 2018
Replying to @CaptMarvelNews and @brielarsoncom

**Mekto** @Tomipoje · Jan 24, 2018
Replying to @CaptMarvelNews and @brielarsoncom
she looks GOOD!!!

1

**The Cave Man** @troglodyte22 · Jan 25, 2018
Replying to @CaptMarvelNews and @brielarsoncom
Brie 👍👍

1

**Stephen Browning** @sabrowning1996 · Jan 24, 2018
Replying to @CaptMarvelNews and @brielarsoncom

1

**Jess 🎃** @teamgeeks91 · Jan 24, 2018
Replying to @CaptMarvelNews and @brielarsoncom
OMG! 🔒❤️

**Rurii** @Rurillarson · Jan 24, 2018
Replying to @CaptMarvelNews and @brielarsoncom
SO EXCITED 😍😍 2019 will be a great year !!

1  3

**Maca Danvers** @MacaMaldd93 · Jan 24, 2018
Replying to @CaptMarvelNews and @brielarsoncom
I can't handle so much hype.
OH WAIT ! MINUTE

1  10

**Relevant people**

**Captain Marvel NE...** @CaptMarvelNews  Follow
Since 2010, Twitter's #1 international Fan Account for EVERYTHING CAPTAIN MARVEL!! Coming up: THE MARVELS JUL 28, 2023! @brielarson @captainmarvel

**Brie Larson Archives** @brielarsoncom  Follow
Your fan source for everything about the Academy Award Winner Brie Larson. 📩 contact@brie-larson.com. Tweets by @directorbrie

**What's happening**

NBA · LIVE
Kings at Grizzlies

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
#GenshinSpecialProgram
4,037 Tweets

Trending in California
Hooters
8,485 Tweets

Entertainment · Trending
Marvel
90K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ...
© 2022 Twitter, Inc.

___ https://twitter.com/dakotajohnsonpt/status/1088615123470766000 ___ at ___ 2022-11-20 21:58:57 -08:00 ___

← **Thread**

🔍 Search Twitter

**Dakota Johnson Portugal** ✓ @dakotajohnsonpt · Jan 24, 2019
Dakota foi vista ontem, 24, a chegar à loja Barney's New York em Beverly Hills! #DakotaJohnson
📷: @DakotaJBRA



💬 1          🔁 16          ♡ 57          ⬆️

**Dakota Johnson Portugal** ✓
@dakotajohnsonpt

## Mais algumas! #DakotaJohnson

| | |
|---|---|
| 🖼 Media not displayed<br>This image has been removed in response to a report from the copyright holder. | 🖼 Media not displayed<br>This image has been removed in response to a report from the copyright holder. |
| 🖼 Media not displayed<br>This image has been removed in response to a report from the copyright holder. | 🖼 Media not displayed<br>This image has been removed in response to a report from the copyright holder. |

5:50 PM · Jan 24, 2019 · Twitter Web Client

**14** Retweets    **42** Likes

💬          🔁          ♡          ⬆️

[P] Tweet your reply                    Reply

## Sidebar

🐦

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
🗒 Lists
👤 Profile
⊙ More

**Tweet**

[P] **Perkowski Legal P.C.** ...
@c_perkowski

### Relevant people

**Dakota Johnson P...** ✓        Follow
@dakotajohnsonpt
A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷: @DJPTMidias | Fã-Clube.

### What's happening

NFL · 1 hour ago
**Chiefs at Chargers**

**#Disenchanted** 🧹
Original movie now streaming
📺 Promoted by Disney+

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States

← **Tweet**

**s**
@beliebinteam

i literally cannot believe i was able to witness all of this in person



9:02 AM · Feb 28, 2020 · Twitter for iPhone

**15** Retweets   **4** Quote Tweets   **110** Likes

Tweet your reply

Reply

**arielle** @toomuchkeh · Feb 28, 2020
Replying to @beliebinteam
i'm so happy for you!

## Relevant people

**s**
@beliebinteam
swap swap swap it out 🫧 | fan account

Follow

## What's happening

NFL · Yesterday
**Commanders at Texans**


Trending in United States
**Bob Iger**
Trending with Disney, Chapek

Trending in United States
**UCLA**
11.8K Tweets

Trending in United States
**#AMAs** 🔥
4.8M Tweets

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/larrydetetive/status/1333942184920424450 __ at __ 2022-11-22 08:24:33 -08:00



Case 2:22-cv-09462-DMG-ADS    Document 23-15    Filed 03/13/23    Page 98 of 101    Page ID #:4576



← **Tweet**

**Ryan 'All Day News' Anderson**
@Ryans_Ramblings

Kamala dressing up as her hero!
#MsMarvel #MarvelStudios



1:32 PM · Nov 19, 2020 · Twitter for Android

**1** Like

Tweet your reply

Reply

## Relevant people

**Ryan 'All Day News' …**
@Ryans_Ramblings

Follow

Founder, Host, and EIC of @TheNerdRagePod. As seen on @CBSThisMorning! Instagram: @RadRyGuy TikTok: @Ryans_Ramblings Casting Inquiries: NerdRagePod@gmail.com

## What's happening

NFL · 2 hours ago
**Browns at Bills**

**#Disenchanted** 🧙
Original movie now streaming
Promoted by Disney+

Korean music · Trending
**taehyun**
32K Tweets

Trending in United States
**UCLA**
30.2K Tweets

Trending in California
**Elton John**
12.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski

← Tweet

**Harry Styles Updates.**
@TheHSUpdate

**Jack and Alice for 'Don't Worry Darling'.**



5:21 PM · Dec 1, 2020 · Twitter for iPhone

**435** Retweets   **355** Quote Tweets   **8,222** Likes

**Relevant people**

Harry Styles Updates.
@TheHSUpdate            [ Follow ]
Daily updates on the singer,
songwriter, and actor Harry Styles —
Fan account | photos & videos posted
are not ours unless stated otherwise.
credit to owners.

**What's happening**

Sports · LIVE
2022 FIFA World Cup

Trending in California
LETS GOOOOOO
3,943 Tweets

Trending in California
Dodger Stadium
745 Tweets

Trending in United States
1-0 USA
3,556 Tweets

Trending in United States
Sir Kicke
1,531 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply                              [ Reply ]

---

**lia ¹⁷ VAI VER O HARRY** @biscoxaswolf · Dec 1, 2020
Replying to @TheHSUpdate
@okah_gamori olha que lindos oké, já te marco em um vídeo dae graaaçôes

---

**mohi⁷ heartstopper** @wolfheaather · Dec 1, 2020
Replying to @TheHSUpdate
#newsolelad enrruela

---

**SEEING HARRY TOMORROW** @JDICKHRRY · Dec 1, 2020
Replying to @TheHSUpdate
THERE SO THERSLOK SO IM MY GOD IM GONNA DIE

---

**taylor lee** @taylor66190724 · Dec 1, 2020
Replying to @TheHSUpdate
they both look so good

---

**gfenijun** · Dec 1, 2020
Replying to @TheHSUpdate
HOTTT

---

**su ⁴ᵏ HARRY EN MÉXICO 🇲🇽** @moonswaliften · Dec 1, 2020
Replying to @TheHSUpdate
BISEXUAL CULTURE

---

**Vanessa 🦋** @forent914 · Dec 1, 2020
Replying to @TheHSUpdate
In situations like you are, I wish with all my soul to be the girl there in the
suitcase

---

**estreca** @randomboxingirl · Dec 1, 2020
Replying to @TheHSUpdate
HOTTT

---

**su ⁴ᵏ HARRY EN MÉXICO 🇲🇽** @moonswaliften · Dec 1, 2020
Replying to @TheHSUpdate
BISEXUAL CULTURE

---

**Vanessa 🦋** @forent914 · Dec 1, 2020
Replying to @TheHSUpdate
In situations like you are, I wish with all my soul to be the girl there in the
suitcase

---

**estreca** @randomboxingirl · Dec 1, 2020
Replying to @TheHSUpdate

From estreca

---

**emma's house** @itiswaterey · Dec 1, 2020
Replying to @TheHSUpdate
ok my off

From emma's house

---

**styxsel 🌙** @styxsal0 · Dec 1, 2020
Replying to @TheHSUpdate
WOWOWOWOWOWOW

---

**gail ❤️** @harrybabyspher · Dec 1, 2020
Replying to @TheHSUpdate
YES PERFECT MATCH

---

**Melissa** @mmmmelissa · Dec 1, 2020
Replying to @TheHSUpdate
STUNNING

---

**Ava 🌸** @okhhaho · Dec 1, 2020
Replying to @TheHSUpdate
gorgeous

---

**🦋** @theherolovee · Dec 1, 2020
Replying to @TheHSUpdate
FUCK THEY LOOK SO GOOD

---

**liz · 🦋** @cubssall · Dec 1, 2020
Replying to @TheHSUpdate
FAAUK

---

**liz · 🦋** @cubssall · Dec 1, 2020
Replying to @TheHSUpdate
they're so hot

---

**liz · 🦋** @cubssall · Dec 1, 2020
Replying to @TheHSUpdate
how can i marry both of them

---

**suzi 🎄🍷** @cubssall · Dec 1, 2020
Replying to @TheHSUpdate
is it just me or he looks kinda skinny ? is he eating / sleeping well ? Drinking
water? 🥺

---

**sylsa | MAXXIDENT ERA ☺︎⁷** @sexynomahistan · Dec 1, 2020
Replying to @TheHSUpdate
GODDAMN

---

**shea** @shhapos · Dec 1, 2020
Replying to @TheHSUpdate
wow im dead

---

**porpdhead** @Ebbeedo · Dec 1, 2020
Replying to @TheHSUpdate
wow im dead

---

**elle ★ is kinda la** @changhmovlovewanabl... · Dec 1, 2020
Replying to @TheHSUpdate
twitter.com/changhmovlovew...

---

**joss** @joss · Dec 1, 2020
Replying to @TheHSUpdate
😍😍😍

---

**kayn ⁷** @okshoshoory · Dec 1, 2020
Replying to @TheHSUpdate
MY FRIENDS

---

**abby ★** @wahlfreakk · Dec 1, 2020
Replying to @TheHSUpdate
SEXES

---

**Ila** @GOLDENRUNUX · Dec 1, 2020
Replying to @TheHSUpdate
WE ARENT READY

This Tweet is from a suspended account. Learn more

**lady viu o louis vai ver o harry 💗💙** · @18H9 · Jan 4, 2021
Replying to @larrydrbrlve
Ainda n entendi pq ele ta de roupão em um casamento
???????????

Thayla Tomlinson · @thay_tomlinson6 · Jan 4, 2021
Replying to @18hbl and @larrydrbrlve
Estilo e pra poucos kakakkaka

mafeh ✈️ /fan account/ · @Louilisun · Jan 4, 2021
Replying to @larrydrbrlve
Kkkkkkkkkk nds nte tá de roupão mesmo

clara · @Olxixar · Jan 4, 2021
Replying to @larrydrbrlve
pq ele tá de roupão?????

MiaCla 🌈 · @miahamacobbrbia · Jan 4, 2021
Replying to @larrydrbrlve
MANGA 3kkKkKSKSJE

C 🐝 · @fenyafirst · Jan 4, 2021
Replying to @larrydrbrlve
eu ti "no rio de janeiro" QUE SUSTO

sxx. 💗🌈💙 · @MehydDoubleN · Jan 4, 2021
Replying to @larrydrbrlve
Nossa! Achei que ele tivesse casado de novo

Ju · @medcmemadbn · Jan 4, 2021
Replying to @larrydrbrlve
Pq caralhos ele tá de roupão em um casamento?

11 years of one direction · @zapimpiens_ · Jan 4, 2021
Replying to @larrydrbrlve
pq ele ta c um hero na maxi? seria q foi ele q celebrou o casamento?

MariaGomes · @Maria1a70111177 · Jan 4, 2021
Replying to @larrydrbrlve
Porque será que ele tá de roupão

SIYZA.⁷ 🌈 · @solonelybylou · Jan 4, 2021
Replying to @larrydrbrlve
Achei super conceitual o roupão kkkkkk

anabid · @tinallorana · Jan 4, 2021
Replying to @larrydrbrlve
meu deus???? kkkkkkkkk

Thay · @fanputrofha · Jan 4, 2021
Replying to @larrydrbrlve
ele é fudoKKKKK

elle · @flafiiknd · Jan 4, 2021
Replying to @larrydrbrlve
pera pq ele estava com um macacão em um casamento??

Callie ⁷ · @Honey_Tkb · Jan 4, 2021
Replying to @larrydrbrlve
Harry 🌈✈️ 🌈 só quem pode usar branco no casamento é a noiva

ka·⁷ · @crazyinxthug · Jan 4, 2021
Replying to @larrydrbrlve
pq o Harry estava de roupão? KKKKKKK será que foi uma aposta entre ele e o casal?

Boobah ♡⁷ /ᵇᵉᵗ⁾⁾ · @Nubiya_MAili · Jan 4, 2021
Replying to @larrydrbrlve
Será se ele tava usando alguma coisa por baixo do roupão 😂

out of clara's system 🌈 /fan account/ · @styclaralik · Jan 4, 2021
Replying to @larrydrbrlve
Perfeito como sempre

thacy · @eookeate_ · Jan 4, 2021
Replying to @larrydrbrlve
homi vc é padrinho ai vista direto

analu 🌈🔥🌈 · @flowerforliou · Jan 4, 2021
Replying to @larrydrbrlve
pq ele tá de roupão? KKKKKKKKKKK

amanda · @AmandaVictcha14 · Jan 4, 2021
Replying to @larrydrbrlve
quando vu precisoi sair de casa mas não tó afim

Desativado · @desicouci · Jan 4, 2021
Replying to @larrydrbrlve
Ele tá de roupão mds

maria'♡' · @maraletystyles_ · Jan 4, 2021
Replying to @larrydrbrlve
U4kvjk8rgjvjh eu amo esse homem mano

maria'♡' · @maraletystyles_ · Jan 4, 2021
Replying to @larrydrbrlve
A pergunta é:
PQ HARRY STYLES ESTAVA DE ROUPÃO EM UM CASAMENTO??????

Carol ✨ #lula13 · @UstarkJ3025 · Jan 4, 2021
Replying to @larrydrbrlve
Pq c idiota tava de roupão??? Kkjkkjkkk

vyada salander-romanoff · @oyadanababtista · Jan 4, 2021
Replying to @enarabee lisa... o que foi que aconteceu aqui?

out of heló's system ·⁷ ☁️ /⁷/+fan ac... · @Helosfri... · Jan 4, 2021
Replying to @larrydrbrlve
Ele tá de em um CASAMENTO KKKKKKKKKK

Manu Rapozo · @mnmnmanll · Jan 4, 2021
Replying to @larrydrbrlve
Naill o fotógrafo



bad liar · @hley_girl8 · Jan 4, 2021
Replying to @larrydrbrlve
gemeri bu e fotos do Harry de mãos dadas com a Olivia do filme que ele filmou tá fazendo/está que eles estão juntos????

T x ⁷ 💙🌈💗 · @el_flower28 · Jan 4, 2021
Replying to @larrydrbrlve
Harry não inventa noda, daqui a pouco vai tá eu querendo ir pros lugares de roupão?



lia V #SDOL · @filhoueh · Jan 4, 2021
Replying to @larrydrbrlve
SÉRIO kkkkkkkkkkkkkkkkkk

Theos Labies · @MesoplutMutth · Jan 5, 2021
Replying to @larrydrbrlve
@mhzxwno Me replica pq ele fói com um roupão para um casamento?
KKKKKKK

__ https://twitter.com/ClickySound/status/1253007791096291332 __ at __ 2022-11-19 19:49:25 -08:00 __

← **Tweet**



**Clicky Sound**
@ClickySound

···

clickysound.com/dax-shepard-ge... Kristen Bell gets a butt squeeze from her husband, Demi Moore shows off her art skills and more...



10:08 AM · Apr 22, 2020 · Clicky Sound

   

 Tweet your reply    Reply

## Relevant people

 **Clicky Sound**
@ClickySound    Follow
Photography at its Best!

## What's happening

Television · LIVE
**Saturday Night Live airing on NBC**


**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States ···
**HE'S BACK**
129K Tweets

Sports · Trending ···
**CM Punk**
10.8K Tweets

Music · Trending ···
**Adele**
56.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Search Twitter**

🐦 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski