# EXHIBIT B Continued

__ https://twitter.com/MintMovie/status/1305992724557877248 __ at ___ 2022-11-21 15:12:12 -08:00

← Thread



**Mint Movie™** 🏳️‍🌈
@MintMovie

เอมิลี่ แวนแคมป์ ผู้รับบท ชารอน คาร์เตอร์/เอเจนท์สิบสาม ใน
ภาพเบื้องหลังกองถ่ายซีรีส์
#TheFalconAndTheWinterSoldier ที่กลับมาถ่ายทำอีกครั้ง
ส่วนตัวซีรีส์จะลง Disney+



7:19 PM · Sep 14, 2020 · Twitter for iPhone

**55** Retweets    **1** Quote Tweet    **33** Likes



P    Tweet your reply                                                 Reply

**Mint Movie™** 🏳️‍🌈 @MintMovie · Sep 14, 2020
Replying to @MintMovie
ส่วนทางด้านเขมาตเตียน ดแดนนักแชร์เบื้องหลังภาพหนืออมาก



💬    🔁 3    ♡ 3    ⬆

**Elite Gray** @EliteGray66 · Sep 14, 2020
Replying to @MintMovie and @wondermaphew
นางเอก Revenge หรือเปล่าคะ? แงงง ชอบๆ

💬 1    🔁    ♡    ⬆

**Mint Movie™** 🏳️‍🌈 @MintMovie · Sep 14, 2020
Replying to @EliteGray66
ใช่ครับ

💬    🔁    ♡ 1    ⬆

Perkowski Legal P.C.
@c_perkowski

**Relevant people**



**Mint Movie™** 🏳️‍🌈
@MintMovie                                    Follow
สวัสดี เราชื่อมิ้น Film | Series | Disney |
Game | #MovieTwitᵀᴹ | #ยกเล็ก112 ❌
#สมรสเท่าเทียม 🏳️‍🌈 ⚠️ เราวันนะอะกาาวัด
เนือ

**What's happening**

NFL · Yesterday
**Cowboys at Vikings**

Sports · Trending
**Mexico City**
13.1K Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,334 Tweets

Lovecraft Country · Trending
**Lovecraft Country**
Trending with #Blade, Yann Demange

Music · Trending
**Ciara**
18.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**



**Relevant people**

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

**taylor russell's whore**
@MIUCCIAMUSE

how does she just look so pretty in a candid photo



7:59 AM · Feb 6, 2022 · Twitter for iPhone

**241** Retweets  **31** Quote Tweets  **5,977** Likes

Perkowski Legal P.C.
@c_perkowski

💬 Reply  Tweet your reply  **Reply**

**maryemma s middlebrook** @maryemmaaa · Feb 6
Replying to @MIUCCIAMUSE
Because she has that body. Phew chile.
💬 1      ♡ 6

**bella🧿recoverytwt** @vintagexrecovry · Feb 6
Replying to @maryemmaaa and @MIUCCIAMUSE
& the face card
💬      ♡ 4

**Shams · شمس** @YrsTrulytheSun · Feb 6
Replying to @MIUCCIAMUSE
Angelic queen @iandthemoon_
💬      ♡ 1

**Preston Durham** @PrestonDurham4 · Feb 7
Replying to @MIUCCIAMUSE
Because she's a bad mfr
💬

**jpg's heiress** @dreamangel · Feb 6
Replying to @MIUCCIAMUSE
she's the prettiest girl alive
💬      ♡ 10

**DON CARL** @_carlio · Feb 6
Replying to @MIUCCIAMUSE
cause im sure she saw the cam
💬

**Karyn Zen** 🏳️‍🌈🇲🇽 @UnreadDatum · Feb 6
Replying to @MIUCCIAMUSE
I think it's like a real effort for most people. People like her, she got the whole equation set on her head. It just...flows, baby.
💬      ♡ 6

Show more replies

**Relevant people**

**taylor russell's whore**
@MIUCCIAMUSE    Follow

it girl in training · hf twt · she/her · fan account

**What's happening**

NFL · 2 hours ago
49ers at Cardinals

Entertainment · Trending
**Died Suddenly**
70.7K Tweets

Trending in United States
**August Alsina**
Trending with Jada, #TheSurrealLife

Trending in California
**Mexicans**
6,315 Tweets

Entertainment · Trending
**Sinbad**
8,450 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.



← **Tweet**

Search Twitter

**best of elizabeth olsen**
@eolsenarchive

⋯

**Relevant people**



**best of elizabeth olsen**
@eolsenarchive

Follow

fan account posting updates & daily content of emmy nominated actress, elizabeth olsen

4:03 AM · May 13, 2022 · Twitter for iPhone

433 Retweets   65 Quote Tweets   3,885 Likes

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**



Trending in California
**Dodger Stadium**
13.8K Tweets

⋯

Entertainment · Trending
**#AntManandTheWaspQuantumania**
1,662 Tweets

⋯

Trending in United States
**Sadio Mane**
Trending with #SENNED, Senegal

⋯

Music · Trending
**Kelly Rowland**
Trending with Chris Brown

⋯

Show more

Tweet your reply                                    Reply

**kartik** @1012Quartic · May 13
Replying to @eolsenarchive
what a queen.

♡ 1

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

**Festive Bluffy** @BLUFFYY20 · May 13
Replying to @eolsenarchive
"And that man said that he cand destroy me with one mouth and i was like what mouth 😂 can you believe it, and the other said that she could do that all day and i sliced her five second later ✨ oh and there was a bald guy who i made him a neck massage and died😂

♡ 7

**your lizzie olsen** @wndamaximoff_ · May 13
Replying to @eolsenarchive
Hi! pls support and follow me, this is my fan acc. I have been a marvel fan since 2016 but my 1st time making a fan acc. *delete this if its not allowed thank you

**Kronky** @ChiCity91 · May 13
Replying to @eolsenarchive
😍

**Sultan Su** @SultanS75334929 · May 13
Replying to @eolsenarchive
Beautiful and nice pic

**Sultan Su** @SultanS75334929 · May 13
Replying to @eolsenarchive
I want you married  I ❤️

**Sultan Su** @SultanS75334929 · May 13
Replying to @eolsenarchive
Beby I love u

**Sultan Su** @SultanS75334929 · May 13
Replying to @eolsenarchive
Please

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

⋯

← **Tweet**

### Relevant people



Rihanna Navy Brasil |...  **Follow**
@RNavyBrazil

RNB 🇧🇷 | Estamos online desde 2010, somos o maior e mais completo fã-clube sobre a cantora Rihanna no Brasil e em toda a América Latina. Apoio: @umusicbrasil

### What's happening



FIFA World Cup · 3 hours ago
**USA vs Wales**

Entertainment · Trending
**Died Suddenly**
39.9K Tweets

Sports · Trending
**Lane Kiffin**
4,582 Tweets

Sports · Trending
**#WWERaw**💖
Trending with Kevin Owens

Sports · Trending
**Bratt**
1,952 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



Rihanna Navy Brasil | Fan Account  ···
@RNavyBrazil

✨



12:49 PM · May 10, 2022 · Twitter for iPhone

**225** Retweets   **34** Quote Tweets   **3,196** Likes

Perkowski Legal P.C.  ···
@c_perkowski

Tweet your reply                                **Reply**

Lays Morais @laysmorais_ · May 10  ···
Replying to @RNavyBrazil
😍😍

Djipsony @utalldjipsony · May 16  ···
Replying to @RNavyBrazil
Aí vê outra beleza dentro dela 😍

Bernardo Ferreira @Bernard60152667 · May 11  ···
Replying to @RNavyBrazil
Boa tarde princesa tudo bem com você meu amor você é linda maravilhosa

🌊 RISOS DO OCEANO 🌊 @aline_prr · May 10  ···
Replying to @RNavyBrazil
A mãe do Anooo 🥰🥰🥰

Show more replies

Search Twitter



← **Tweet**





Search Twitter

**Home**

**Explore**

**Notifications** ●

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

---

**Posta Magazin**
@PostaMgzn                                    ···

Gates ailesinin çifte düğünü posta.com.tr/5-dakikada-dun...

Translate Tweet



11:50 PM · Oct 17, 2021 · TweetDeck

**3** Likes

💬          ⇄          ♡          ⬆️





Tweet your reply                              Reply

---

**Relevant people**

**Posta Magazin**                             Follow
@PostaMgzn
Aktif habercilik

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**



#AvatarTheWayOfWater 💧
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States                     ···
**Argentina**
Trending with Messi, #ARGKSA

Entertainment · Trending                       ···
**Died Suddenly**
83.7K Tweets

Trending in California                        ···
**Mexico City**
24.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**    ···
@c_perkowski

__ https://twitter.com/g3cafe/status/1433679500185784324 __ at __ 2022-11-22 10:11:58 -08:00 __



← **Tweet**

  

Search Twitter

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

**g3 san diego**
@g3cafe

···

The whole world is going on dates and falling in love, meanwhile tayo nakaface shield pa rin at patuloy na niloloko ng gobyerno. Ano gurl? Channing yan gurl!

#GetItGirl
#MJKNB
#WhatsTheG



11:33 PM · Sep 2, 2021 · Twitter for iPhone

**3** Retweets  **1** Quote Tweet  **23** Likes

 Tweet your reply

Reply

### Relevant people

 **g3 san diego**
@g3cafe          Follow

Filipina Writer, #ByG3 ✍️ Host, #LiveWithG3 🔊 Columnist, #RatedG3 💻 Editor, Mega Entertainment 📔 Entertainment Journalist Entrepreneur, #FarmToFork

### What's happening

FIFA World Cup · 14 minutes ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🟦
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Sports · Trending
**Cristiano Ronaldo**
Trending with #ManchesterUnited        ···

Betty White · Trending
**Betty White**
1,092 Tweets        ···

Trending in United States
**Ochoa**
Trending with Poland, #MEXPOL        ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**  ···
@c_perkowski

← **Thread**





**SciFiLOL**
@SciFiLOL

Behind the scenes photos of the Madame Web movie have been leaked. The question is, who do you think this suited character is?
#Marvel #SpiderMan #MadameWeb



11:37 AM · Oct 6, 2022 · Twitter for iPhone

💬          🔁          ♡          ⬆️

P   Tweet your reply                          Reply

**SciFiLOL** @SciFiLOL · Oct 6
Replying to @SciFiLOL
More photos have been leaked, getting a slightly better view of this suit



💬          🔁          ♡          ⬆️

🔍 Search Twitter

**Relevant people**



**SciFiLOL**                    Follow
@SciFiLOL
Just a nerd doing nerd stuff and enjoying it

**What's happening**

Formula 1 · 4 hours ago
**Abu Dhabi Grand Prix 2022**

#Disenchanted 🧚
Original movie now streaming
▶️ Promoted by Disney+

Trending in United States
**Rest In Peace**
44K Tweets

Trending in California
**Shakira**
108K Tweets

Entertainment · Trending
**Morgan Freeman**
181K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

__ https://twitter.com/teamdemilovato/status/1227692152584646656 __ at __ 2022-11-21 14:48:35 -08:00 __

← **Tweet**

 **Team Demi Lovato**
@TeamDemiLovato

Not the best quality but demi is looking SO good! Apparently shooting for Fabletics!



12:33 PM · Feb 12, 2020 · Twitter for iPhone

**6** Retweets   **1** Quote Tweet   **56** Likes

Tweet your reply                                    Reply

---

**Q** Search Twitter

**Relevant people**

 **Team Demi Lovato**   Follow
@TeamDemiLovato
Demi Lovato fan account ❣️

**What's happening**


FIFA World Cup · 1 hour ago
**USA vs Wales**

Sports · Trending
**Mexico City**
12.9K Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,234 Tweets

Sports · Trending
**Anthony Black**

Trending in United States
**Tampax**
15K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** •••
@c_perkowski

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**



← **Tweet**



🔍 Search Twitter

**Relevant people**



Noticias 24
@noticias24

**Noticias 24**
@noticias24                                   Follow

Noticias de Venezuela, Latinoamerica
y el mundo

🏠 Home

**#13Feb** | La cantante estadounidense Miley Cyrus
compartió una foto que le tomaron los paparazzi en su
cuenta de Instagram en la que dejó ver su pezón sin
temor a Dios.

# Explore

🔔 Notifications

Translate Tweet

✉ Messages

🔖 Bookmarks

**What's happening**

FIFA World Cup · Earlier today
**Mexico vs Poland**

📋 Lists



**#AvatarTheWayOfWater**🏴‍☠️
Get tickets now · In theaters December 16
🎬 Promoted by Avatar

👤 Profile

○ More

Trending in United States
**RIP Harold**

**Tweet**

Trending in California
**Memo Ochoa**
99.4K Tweets

Chain restaurants · Trending
**Hooters**
7,793 Tweets

Show more

11:00 AM · Feb 13, 2020 · TweetDeck



Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

**4** Retweets    **25** Likes

💬    ↻    ♡    ⬆

P  Tweet your reply                          Reply

**Heli Gomez** @Gomez7Heli · Feb 13, 2020
Replying to @noticias24
Está formidable

💬    ↻    ♡    ⬆

**Adriana Lozano** @Adrylulozano · Feb 13, 2020
Replying to @noticias24
Cuando leo noticias como estas me pregunto Si Vale la pena estudiar 5 años
para ser periodista y publicar semejante tontería?

💬    ↻    ♡    ⬆

← **Tweet**



taylor russell's whore
@MIUCCIAMUSE

...

### SHES IN MIU MIU FW22 OMG MOTHER





11:32 AM · May 9, 2022 · Twitter for iPhone

**222** Retweets   **79** Quote Tweets   **3,301** Likes

Perkowski Legal P.C.
@c_perkowski

...

🔍 Search Twitter

### Relevant people

taylor russell's whore
@MIUCCIAMUSE          **Follow**
it girl in training • hf twt • she/her •
fan account

### What's happening

NBA · 22 minutes ago
**Celtics at Bulls**



Entertainment · Trending
**Died Suddenly**
54K Tweets

Trending in United States
**Tampax**
35.4K Tweets

Trending in California
**Dodger Stadium**
10.9K Tweets

Family drama · Trending
**#GTMcontest13**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Tweet your reply          **Reply**

---

Amleld @amleld · May 9
Replying to @MIUCCIAMUSE
@philippine12345 😐

💬      🔁      ♡ 1      ⬆️

---

Tam @_tamerahardy · May 9
Replying to @MIUCCIAMUSE
Rihanna starting to get on my nerves lmaooooooooo

💬      🔁      ♡ 6      ⬆️

---

rachel @chromaticcash · May 9
Replying to @MIUCCIAMUSE
I want her to have twins. Imagine not one off spring but two offspring from
Rihanna ohhhhhh my

💬 1      🔁      ♡ 6      ⬆️

---

Max @houseofgaga21 · May 9
Replying to @chromaticcash and @MIUCCIAMUSE
Those babies would be the most fashionable babies ever lmao

💬 1      🔁      ♡ 1      ⬆️

Show replies

__ https://twitter.com/conexaopopsite/status/1577747208050510643 __ at __ 2022-11-20 07:45:20 -08:00 __

← **Tweet**



Q Search Twitter

**Conexão POP**
@conexaopopsite

···

SURREAL! Khloe Kardashian com Doja Cat e Kylie Jenner em nova foto 🔥



6:33 PM · Oct 4, 2022 · Twitter for Android

**2** Likes

💬 ⟲ ♡ ↑



Tweet your reply          Reply

**Relevant people**



**Conexão POP**        Follow
@conexaopopsite

Conectando você ao mundo POP!

**What's happening**

Formula 1 · 44 minutes ago
Abu Dhabi Grand Prix 2022



#Disenchanted 🥀
Original movie now streaming

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**



**Perkowski Legal P.C.**  ···
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 23-16   Filed 03/13/23   Page 15 of 101   Page ID #:4594



## Relevant people

**Kate**
@girlfromaspen

I dislike negativity so unless I follow you, your replies aren't welcome on my tweets.

**Madame Web News**
@MultiversalWeb

All the latest news and updates for 'Madame Web' starring Dakota Johnson and directed by S.J Clarkson, set to release in July 2023

## What's happening

Television · Yesterday
**The Walking Dead airing on AMC**

Music · Trending
**Chris Brown**
Trending with Kelly Rowland

Only on Twitter · Trending
**#乐鱼体育**
225K Tweets

Trending in United States
**Colorado Springs**
546K Tweets

Music · Trending
**#DavidoAt30**
65.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/dakotajohnsonpt/status/1050677714812731393 __ at __ 2022-11-21 17:07:11 -08:00 __

← **Tweet**

**Dakota Johnson Portugal** ✔
@dakotajohnsonpt

···

Dakota ontem (11) chegando ao estúdio de Jimmy Kimmel! #DakotaJohnson



2:21 AM · Oct 12, 2018 · Twitter Web Client

2 Likes

💬          ⇄          ♡          ⬆

  Tweet your reply                          **Reply**

## Relevant people

 **Dakota Johnson P...** ✔    **Follow**
@dakotajohnsonpt

A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷: @DJPTMidias | Fã-Clube.

## What's happening

NCAA Men's Basketball · Yesterday
**Delta Devils at Tigers**



Entertainment · Trending      ···
**Died Suddenly**
37.6K Tweets

Trending in United States      ···
**Tampax**
25.2K Tweets

Trending in United States      ···
**HOW IS THAT NOT A YELLOW**
1,663 Tweets

Entertainment · Trending      ···
**#DWTSFinale** 😭
1,639 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Twitter
Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
**Tweet**

Search Twitter

 **Perkowski Legal P.C.**    ···
@c_perkowski

← **Tweet**

Q Search Twitter



Home

# Explore

🔔 Notifications

Messages

🔖 Bookmarks

Lists

Profile

More

**Tweet**

---



สมาคม **Superhero**
@Thai_SuperHero
···

## ภาพใหม่จากกองถ่ายของ #ShazamFuryOfTheGods

Translate Tweet

1:30 PM · Jun 3, 2021 · Twitter for iPhone

**33** Retweets    **19** Likes

💬            ⇄            ♡            ⬆️

P   Tweet your reply            **Reply**

## Relevant people



สมาคม **Superhero**        **Follow**
@Thai_SuperHero

สมาคมของกลุ่มบุคคลผู้ชื่นชอบซุปเปอร์
ฮีโร่ในประเทศไทย // Twitter อย่างเป็น
ทางการของ 'สมาคมผู้คลั่งไคล่
SuperHero' *ถามข้อมูลหนัง/Comic ต่างๆ
ใน DM ได้เลยจ้า*

## What's happening

NFL · 2 hours ago
**Chiefs at Chargers**



**#Disenchanted** 🎬
Original movie now streaming
▶️ Promoted by Disney+

Trending in United States        ···
**UCLA**
13.3K Tweets

Trending in United States        ···
**Bob Iger**
Trending with Disney, Chapek

Music · Trending        ···
**sabrina**
71.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

P   **Perkowski Legal P.C.**   ···
@c_perkowski

← Tweet

**JAY-Z Daily**
@JAY_Z_Daily                                        …

JAY-Z and Beyoncé after attending @trvisXX concert at @theforum last night



10:14 AM · Dec 20, 2018 · Twitter for Android

**39** Retweets    **16** Quote Tweets    **249** Likes

Tweet your reply                                    Reply

**PM** @Pam62786944 · Dec 20, 2018       …
Replying to @JAY_Z_Daily and @trvisXX
BADDEST COUPLE ON THA PLANET!!!!!

**Renaissance** 🥂 @ja2_02 · Dec 20, 2018       …
Replying to @JAY_Z_Daily @BeyonceVibe and @trvisXX
I love her shoes !! Does anyone know the brand?
   1                    1

**februarybaby, PMP, CSM** @HernameisO · Dec 20, 2018       …
Replying to @ja2_02 @JAY_Z_Daily and 2 others
Alaia
   1                    1

Show replies

**Diddassolire** @diddassolire · Dec 21, 2018       …
Replying to @JAY_Z_Daily and @trvisXX
Respect jigga man and Beyonce

**shaheem718** @shaheem7181 · Dec 30, 2018       …
Replying to @JAY_Z_Daily and @trvisXX
They don't look happy

Search Twitter

**Relevant people**

**JAY-Z Daily**        Follow
@JAY_Z_Daily
JAY-Z fan account || Follow and turn
on post notifications || Backup 👉
@JAY_Z_Daily2

**TRAVIS SCOTT** ✓        Follow
@trvisXX
UTOPIA

**What's happening**

Sports · LIVE
2022 FIFA World Cup

Trending in United States              …
**Tampax**
12.9K Tweets

Entertainment · Trending              …
**Julia Fox**
7,867 Tweets

Trending in California              …
**Dodger Stadium**
12.9K Tweets

Trending in United States              …
**HOW IS THAT NOT A YELLOW**
1,117 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**       •••
@c_perkowski

← Tweet

**Freetime**
@BookingFreetime

Anne Hathaway et Nicholas Galitzine photographiés sur le tournage du film 'THE IDEA OF YOU'. 📸

3:15 AM · Oct 21, 2022 · Twitter for Android

**2** Likes

Tweet your reply

Reply

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

Search Twitter

**Relevant people**

**Freetime**
@BookingFreetime

Follow

Freetime est une page d'information du cinéma, du divertissement, des séries et plateformes de streaming du moment et à venir.

**What's happening**

Television · 1 hour ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**Jason David Frank**

Trending in United States
**Waka Waka**
37.1K Tweets

Trending in United States
**Trump's Twitter**
Trending with Vox Populi

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/RNavyBrazil/status/1501893981332033538___et___2022-11-21 22:13:55 -08:00
22-cv-09462-DMG-ADS  Document 23-16  Filed 03/13/23  Page 20 of 101  Page ID #:4599

← **Tweet**

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⚪ More

**Tweet**

**Rihanna Navy Brasil | Fan Account**
@RNavyBrazil

Rihanna, ontem (09), indo ao restaurante Matsuhisa, em Beverly Hills.



4:13 AM · Mar 10, 2022 · Twitter for iPhone

**294** Retweets   **103** Quote Tweets   **4,573** Likes

💬       🔁       ♡       📤

**Perkowski Legal P.C.** ···
@c_perkowski

Tweet your reply                          **Reply**

**gift me up/fan account🎀** @badbwoyju · Mar 10
Replying to @RNavyBrazil
Toda venenosa nessa pele de cobra "falsa" 👀🐍🔥

💬       🔁       ♡       📤

**veia na testa da anitta** @viadagi · Mar 10
Replying to @RNavyBrazil
a rihanna não tem uma panela in casa né rnb (certa ela

💬       🔁       ♡ 23       📤

**Ian** @IardessonI · Mar 10
Replying to @RNavyBrazil and @rnavybrasil
A barriga de bilhões de dólares

💬       🔁       ♡ 5       📤

**jean LULA 13** @diasjeanluca · Mar 10
Replying to @RNavyBrazil
a grávida mais linda 😭

💬       🔁       ♡ 2       📤

**La palmiteira 🇵🇹🇵🇹** @Maay_Barros · Mar 10
Replying to @RNavyBrazil
Riri formando um ser humano dentro dela tem mais disposição pra sair do que eu kkkkkk desde que ela anunciou a gravidez,já foram qntos eventos gente. A energia de milhões kkkkk

💬       🔁       ♡ 6       📤

**Hiten shah** @DJHDOG · Mar 10
Replying to @RNavyBrazil and @Jesslim11809072
Always here for you sis message me if you want anything from me no matter what time or day

💬       🔁       ♡       📤

**Relevant people**

**Rihanna Navy Brasil |...**
@RNavyBrazil        **Follow**
RNB 🇧🇷 | Estamos online desde 2010, somos o maior e mais completo fã-clube sobre a cantora Rihanna no Brasil e em toda a América Latina. Apoio: @umusicbrasil

**What's happening**

FIFA World Cup · This afternoon
**USA vs Wales**



Entertainment · Trending
**Died Suddenly**
67.5K Tweets                    ···

Trending in United States
**Dreamers MV**
163K Tweets                     ···

Trending in United States
**Jada**
9,152 Tweets                    ···

Bachelor in Paradise · Trending
**#BachelorInParadise** 🌹
Trending with Genevieve         ···

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

— https://twitter.com/girlfromaspen/status/1556046864788717568 — at — 2022-11-19 18:55:07 -08:00 —



← **Tweet**

↺ **Kate** Retweeted



**grace dante**
@misslefroy

···

### dakota johnson spotted on the set of madame web



3:31 PM · Aug 6, 2022 · Twitter for Android

**30** Retweets  **6** Quote Tweets  **219** Likes

  Tweet your reply                                    **Reply**

---

Search Twitter

**Relevant people**


**Kate**                                    **Follow**
@girlfromaspen

I dislike negativity so unless I follow
you, your replies aren't welcome on
my tweets.


**grace dante**                             **Follow**
@misslefroy

"Il fiore che sboccia nelle avversità è il
più raro e il più bello di tutti" 🌸 fan
account

**What's happening**

Television · Starts at 7:00 PM
**Saturday Night Live airing on
NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber
Reserve
▶ Promoted by Uber

Trending in United States            ···
**HE'S BACK**
118K Tweets

Music · Trending                     ···
**Chris Brown**
45.4K Tweets

Trending in California               ···
**HELL NO**
45.9K Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.


**Perkowski Legal P.C.**  ···
@c_perkowski



**Tweet**



Search Twitter

- 🏠 Home
- #️⃣ Explore
- 🔔 Notifications
- ✉️ Messages
- 🔖 Bookmarks
- 📋 Lists
- 👤 Profile
- ⋯ More

**Tweet**



**Robert Littal BSO** ✓
@BSO

Details on Dr. Dre Dating "Love and Hip-Hop: Hollywood" Star and Omarion's Baby Mama, Apryl Jones; Dre's Wife Nicole Young is Trying to Interview His Alleged Mistresses to Help Break Her Prenup Because She Can't Live Off $300k a Month (Pics-IG)
bit.ly/2LKovTS





11:39 AM · Feb 11, 2021 · BSO Alert

**4** Retweets   **3** Quote Tweets   **8** Likes

💬   🔁   ♡   ⬆️

**Relevant people**



**Robert Littal BSO** ✓
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**Follow**

**What's happening**

FIFA World Cup · 2 hours ago
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in United States
#السعوديه_الارجنتين
1.21M Tweets

Trending in United States
**Died Suddenly**
103K Tweets

Trending in United States
**Argentina**
Trending with #FIFAWorldCup 🏆, Herve Renard

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.



**Perkowski Legal P.C.** ⋯
@c_perkowski

📋 Tweet your reply        **Reply**

**Willie Anderson** ✓ @BigWillie7179 · Feb 11, 2021
Replying to @BSO
Damn I just happy Dre is straight 🙏🙏💯🐐
💬   🔁   ♡ 1   ⬆️

**Terry Gomez** @TerryGomezLV · Feb 11, 2021
Replying to @BSO
I ain't saying she's a gold digger.....
💬   🔁 1   ♡ 1   ⬆️

__ https://twitter.com/bso/status/1355563454766198784 __ at __ 2022-11-22 06:54:14 -08:00



← **Tweet**



🔍 Search Twitter



🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

Lists

👤 Profile

⊙ More

**Tweet**

Robert Littal BSO ✓
@BSO

···

Watch How Tyrod Taylor Reacted to His Girlfriend Draya's Latest Bikini Photos from Jamaica (IG-Pics-Vids)
bit.ly/2YsDPHs



9:08 AM · Jan 30, 2021 · BSO Alert

**1** Retweet   **3** Quote Tweets   **5** Likes



💬   🔁   ♡   ⬆️

 Tweet your reply                          Reply

### Relevant people

 Robert Littal BSO ✓    Follow
@BSO

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

### What's happening

 Perkowski Legal P.C. ···
@c_perkowski

← Thread

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Q Search Twitter

**Gerardo Sessa**
@Inovagerry

#MadameWeb - I think the new character is Kaine.
Evidences: he is a Spider-Man clone and matching the
poses from latest videos, he has a veined costume and
long hair and Sony needs a spider-sona. Also he is a
totem, so have a connection with Madame Web.

10:44 AM · Oct 6, 2022 · Twitter Web App

6 Retweets   1 Quote Tweet   43 Likes

Tweet your reply                                   **Reply**

**Gerardo Sessa** @Inovagerry · Oct 6
Replying to @Inovagerry
‹I know that Mayday Parker isn't in the movie but Kaine in the Spider-Girl
comic is a recent character, and we know that #MadameWeb is
trying to be a "Spider-Girls" movie

**Gerardo Sessa** @Inovagerry · Oct 6
‹Aside veins, the suit is black and red, like the Kaine's Scarlet Spider one. It
could be some sort of hybrid design
‹Kaine is also a recent rival of Kraven, so this two could fight each other in
future plans of Sony

**Gerardo Sessa** @Inovagerry · Oct 7
tiktok.com/@Inova_video...
Part 2 soon! #ScarletSpider #Kaine) in #MadameWeb? #MarvelMCU
#SUMC #SPUMC #VENOM #MORBIUS #TheAmazingSpiderman
#Spiderman #Marvelitalia #SientroBand #AndrewGarfield #TobeyMaguire



tiktok.com
Gerardo on TikTok
#MadameWeb - Theory (Sorry for bad english, I'm italian) |
#ForYou#Spiderman#Venom#MarvelMCU#My#Marvel#Studios#The...

**Gerardo Sessa** @Inovagerry · Oct 7
tiktok.com/@Inova_video... Here we're #MadameWeb

tiktok.com
Gerardo su TikTok
#MadameWeb - My Theory Part 2
|#ForYou#Spiderman#Venom#MarvelMCU#My...

**John Henry Irons** @Henry5897955B · Oct 7
Replying to @Inovagerry
Wrong.

**Gerardo Sessa** @Inovagerry · Oct 7
Replying to @HenryS897955B
Yeah, they tell me who he probably is.
I'm sorry to trying to make a Sony movie interesting

**Ins.** @D1HD0712 · Oct 6
Replying to @Inovagerry
Nope. Ezekiel Sims.

**Gerardo Sessa** @Inovagerry · Oct 8
Replying to @D1HD0712
Why Sony, why.

**Perkowski Legal P.C. ...**
@_c_perkowski

**Relevant people**

**Gerardo Sessa**        **Follow**
@Inovagerry
Comic📙, movies🎬, memes and
more! 🎭 · Instagram
instagram.com/guardiani_del... · FB
facebook.com/Inovablog

**What's happening**

FIFA World Cup · Yesterday
**Mexico vs Poland**

#AvatarTheWayOfWater📽️
**Erection**
1698 Tweets

Trending in United States
**Erection**
5,861 Tweets

Trending in California
**Costco**

News · Trending
**Tucker Carlson**
43.3K Tweets

**Show more**

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More...
© 2022 Twitter, Inc.

__ https://twitter.com/AndyVermaut/status/1260666887769219073 __ at __ 2022-11-20 18:23:07 -08:00 __

← Tweet



**Andy Vermaut**
@AndyVermaut

...

# Sophie Turner Shows Off Her Growing Baby Bump During Stroll With Joe Jonas

celebrityinsider.org/sophie-turner-...



1:23 PM · May 13, 2020 · dlvr.it



Tweet your reply

Reply

Search Twitter

## Relevant people



**Andy Vermaut**
@AndyVermaut

Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

NFL · 3 hours ago
**Browns at Bills**



**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Sports · Trending
**Cooper Rush**
1,285 Tweets

...

Trending in United States
**#AMAs** 🎤
Trending with TOMORROW X TOGETHER, Favorite K-Pop Artist

...

Trending in United States
**UCLA**
30.3K Tweets

...

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

## Twitter sidebar

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski    ···

← **Tweet**

**Film News**
@filmnewsPL

Obsada na planie drugiej części #TheSuicideSquad (@JustJared)

Translate Tweet



12:51 AM · Oct 12, 2019 · Twitter for Android

**2 Likes**

☐ Home

# Explore

🔔 Notifications

🔍 Search Twitter

## Relevant people



**Film News** **Follow**
@filmnewsPL

🎬 najnowsze wiadomości filmowe - kino polskie i zagraniczne, popularne i niezależne 🍿 kontakt: filmnewspl@gmail.com



**JustJared.com** ✓ **Follow**
@JustJared

Your #1 Entertainment Authority Also follow @jaredeng @justjaredjr

## What's happening

NFL · Yesterday
**Lions at Giants**

Trending in United States
**UCLA**
11.5K Tweets

Music · Trending
**Lionel Richie**
3,859 Tweets

Music · Trending
**Kelly Rowland**
Trending with Chris Brown

Adult animation · Trending
**#RickAndMorty** 👽
1,645 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply

**Reply**

__ https://twitter.com/tudomiley/status/1456023001082830849 __ at __ 2022-11-22 02:52:04 -0800 __

← **Tweet**

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

⋯ More

**Tweet**

**Tudo Miley | Fan Account**
@TudoMiley                                     ⋯

O sorriso dela 🫠👉🏻



3:18 PM · Nov 3, 2021 · Twitter Web App

**46** Retweets   **11** Quote Tweets   **425** Likes

💬        🔁        ♡        ⬆️

 Tweet your reply                    Reply

## Relevant people

**Tudo Miley | Fan Acc...**        Follow
@TudoMiley
Sua fonte da Miley Cyrus no Brasil l
Your Miley's source in Brasil. Fan
Account. @MediaTudoMiley
@TudoMileyBrasil |
equipetudomiley@gmail.com

## What's happening

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater**🫐
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Entertainment · Trending                ⋯
**Died Suddenly**
81K Tweets

Trending in United States               ⋯
**Argentina**
Trending with  Messi,  #ARGKSA

Trending in United States               ⋯
**offsides**
8,786 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**   ⋯
@c_perkowski

__ https://twitter.com/AndyVermaut/status/1297655113960448000 __ at __ 2022-11-20 08:17:47 -08:00 __

← Tweet



**Andy Vermaut**
@AndyVermaut

···

Diddy Hangs Out With Travis Scott, Quavo & More At Gorgeous Malibu Beach — See Pic
hollywoodlife.com/2020/08/23/did...



3:01 PM · Aug 23, 2020 · dlvr.it

 

 Tweet your reply

Reply

## Home

## Explore

## Notifications ①

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski ···

Search Twitter

## Relevant people

 **Andy Vermaut**
@AndyVermaut

Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

FIFA World Cup · 16 minutes ago
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 😍
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending
**RIP JDF**
3,043 Tweets

···

Trending in United States
**Offsides**
4,579 Tweets

···

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Tommy

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



**El Aragüeño**
@ElAragueno

Fotos del rodaje de "Ms. Marvel" revelan el traje de Kamala Khan - is.gd/cPn0XF #EnLaButaca



5:40 PM · May 5, 2021 · TweetDeck

**1** Like



Tweet your reply

Reply

**Relevant people**



**El Aragüeño**
@ElAragueno    Follow

EL PRIMER DIARIO DE ARAGUA. ¡50 años contando tu historia!

**What's happening**

FIFA World Cup · 1 hour ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States
**#MHASpoilers**
1,864 Tweets

Trending in United States
**Ochoa**
Trending with #MEXPOL, Lewandowski

Trending in California
**Mexicans**
13.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski    ···

...://twitter.com/CelebsArabic/status/1573788737300415073...al...2022-11-22 20:14:55--08:00    Document 23-16    Filed 03/13/23    Page 30 of 101    Page ID
Bronx-8M42-DMG-ADS    #:4609



__ https://twitter.com/KimKimuntu/status/1552323547804176386 __ at __ 2022-11-20 23:04:04 -08:00 __



← **Tweet**

**Paulette Kimuntu Kim**
@KimKimuntu                                    ...

Dakota Johnson sur le tournage du film Madame Web.

#Cinema




9:02 AM · Jul 27, 2022 · Twitter for Android

**9** Likes

♡        ⟲        ♡        ⬆

  Tweet your reply                    **Reply**

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski                   ...

---

Search Twitter

**Relevant people**

  **Paulette Kimuntu Kim**    **Follow**
@KimKimuntu

**What's happening**


NFL · 2 hours ago
**Chiefs at Chargers**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in United States              ...
**#TheWalkingDead**
Trending with  #TWDFinale, Michonne

Trending in United States              ...
**#AMAs** 🎤
Trending with  soobin, yeonjun

Sports · Trending                        ...
**Ben Simmons**
9,972 Tweets

Show more



Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← Tweet

**Dispara Margot**
@disparamargot

···

Kim Kardashian llora en un estacionamiento tras discusión con Kanye West en un Wendy's



8:54 AM · Jul 28, 2020 · TweetDeck

**3** Retweets  **3** Quote Tweets  **51** Likes

○  ⇄  ♡  ⬆

Ⓟ  Tweet your reply          Reply

**Marcousrx** @marcousrx · Jul 28, 2020
Replying to @disparamargot
Es un matrimonio es normal 🤣👏

○  ⇄  ♡  ⬆

**S a g r a r i o V i t a l i a** @sagrariovitalia · Jul 28, 2020
Replying to @disparamargot
Siempre congruente. Siempre elegante

○  ⇄  ♡ 1  ⬆

**Remedios SinVaro** @SinvaroRemedios · Jul 28, 2020
Replying to @disparamargot
Yo tmb lloraría aunque no me dijera nada...

○  ⇄  ♡  ⬆

**Mario Arturo Cortes** @MarioArturoCor7 · Jul 28, 2020
Replying to @disparamargot
Ya comprobó Kim que su agua especial ya no le hace efecto a kanye y xq quien la va a dejar este guey

○  ⇄  ♡  ⬆

**Itzel Romero** @lucitadebunbury · Jul 28, 2020
Replying to @disparamargot
😂😂

○  ⇄  ♡  ⬆

**Raul Perez** @raulkalebp · Jul 28, 2020
Replying to @disparamargot
cosa que me viene valiendo 3 hectáreas de verga...

○  ⇄  ♡  ⬆

**Carola Bernal** @bernallopez0681 · Jul 28, 2020
Replying to @disparamargot
Jajajajaja así o más planeado que los vieran! Esa doñita es más falsa que sus nalgas!

○  ⇄  ♡ 1  ⬆

**Felix Montero** @FxKewl · Jul 28, 2020
Replying to @disparamargot
@padecimosotros siono?

○  ⇄  ♡  ⬆

**XulaLove** 🔴 @avoh28 · Jul 28, 2020
Replying to @disparamargot
Se las está viendo negra con el negro que se agarro

○  ⇄  ♡ 1  ⬆

**Eliza** @eligirl2002 · Jul 30, 2020
Replying to @disparamargot
Y de cuándo a acá discuten en un wendy's jajaja. Obvio querían que los vieran 🤣🤣

○  ⇄  ♡  ⬆

This Tweet was deleted by the Tweet author. Learn more

**BENEDICTUS1021** @YoTecoman · Jul 28, 2020
Hay cajita feliz en Wendy's??

○  ⇄  ♡  ⬆

Show more replies

**Relevant people**

**Dispara Margot**
@disparamargot    Follow
De lunes a viernes, 19:00 a 21:00 de la noche por MVS Radio.

**What's happening**

NFL · Yesterday
Cowboys at Vikings

Trending in United States
#JusticeForQuinton    ···

Sports · Trending
Mexico City    ···
13.2K Tweets

Trending in California
Dodger Stadium    ···
12.5K Tweets

Trending in United States
$TSLA    ···
18.5K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**  ···
@c_perkowski



Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Tweet

**LONGUE VIE A TOUS MENNÉS** 🖤
@CaminoTV

On avait tant d'espoirs

et Justin Bieber est venu tout ruiné. 😔

Translate Tweet

8:51 AM · Nov 9, 2021 · Twitter for iPhone

48 Retweets  73 Quote Tweets  583 Likes

Relevant people

**LONGUE VIE A TOUS ...**        Follow
@CaminoTV
Lifestyle Media n°1 référence des bons plans, actus streetwear et sneakers en france 🎥 youtube.com/caminotv

What's happening

FIFA World Cup · LIVE
Senegal vs Netherlands

Trending in California
Dodger Stadium
1,586 Tweets

Trending in United States
Mendy
49.2K Tweets

Trending in United States
Senegal
Trending with #SENNED, #Sarmed02 🇸🇳

Sports · Trending
Charles Barkley
4,074 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply                    Reply

0 Abonné @Gaz_de_Calin · Nov 9, 2021
Replying to @CaminoTV
Même pantalon que Messi

Wettam. @Wettam_ · Nov 9, 2021
Replying to @CaminoTV
Faut leur rendre hein même eux ils sont outrés

Teamtrone2 @teamtrone2 · Nov 9, 2021
Replying to @CaminoTV
Il vous a chiez dans les bottes

Le Garçon Solitaire| graphiste @julierdeqii · Nov 9, 2021
Replying to @CaminoTV
Ça c'est l'influence de kanye West

Angélique @CloverShop · Nov 9, 2021
Replying to @CaminoTV
Des panards de Diplodocus !

tracy ✨ @ogtracy_ · Nov 9, 2021
Replying to @CaminoTV
Des grosses chaussures sous 30 degrés air

Florian Megy @florianmegy · Nov 9, 2021
Replying to @CaminoTV
Des giga moonboots pour faire de la luge

Audreyanna @Audretyannah · Nov 9, 2021
Replying to @CaminoTV
Des gigas chaussures · Nov 9, 2021

KC Qwadzor 🇫🇷🇬🇭 @Qwadzor · Nov 9, 2021
Replying to @CaminoTV
OH LES GANTS DE BOXE 😂

salocin @nclsnog · Nov 9, 2021
Replying to @CaminoTV
@Vincenh_ montre lui comment on peut porter ça

NU3VE @kabe_nueve · Nov 9, 2021
Replying to @CaminoTV
on dirait elles ont pas chargé

conizuka @conixupens · Nov 9, 2021
Replying to @CaminoTV
On dirait des souliers dans les rpg

Sneek'Up @sneakup_app · Nov 10, 2021
Replying to @CaminoTV
il en a rien à cire c'est indécent hein 😤

Maxime | 🔥 @Grimvv · Nov 9, 2021
Replying to @CaminoTV
et qu'est ce qu'elle fait sa meuf ??? elle a mis le moral dans les chaussettes premier degrés la

PezPez @PezPez_ · Nov 9, 2021
Replying to @CaminoTV
Mais quelle merde sérieux... Elles sont affreuses.

Malik NEDIR @KingMaalik · Nov 9, 2021
Replying to @CaminoTV
Tronc d'arbre... etron d'arbre ??

laracinecarrédemoinsunesfégalà | @alrich_al · Nov 9, 2021
Replying to @CaminoTV
La paire elle flingue wsh j'ai ce que vous avez

kamiss black @Princefansss · Nov 9, 2021
Replying to @CaminoTV
C'est de la hagra ça, la chaussure était déjà ruinée il a juste ajouter son grain de sel dans la sauce

noah| @Hishkiah · Nov 9, 2021
Replying to @CaminoTV
"On avait tant d'espoirs"

ll        Tu        Je

J| @Asim945 · Nov 9, 2021
Replying to @mhAbisah and @CaminoTV
Probablement sa prochaine utilisation de ce meme gif

thisbanq @BanqMomo · Nov 9, 2021
Replying to @CaminoTV
Non pour vrai, qui a validé ça ? Qui a dit ouais c'est beau ?

Ohce @CronicaEV · Nov 9, 2021
Replying to @CaminoTV
Il les rock pas comme le 😭 c'est sur

___ https://twitter.com/Dakoholics/status/1131326533979844609 ___ et ___ 2022-11-21 00:32:43 -08:00

← **Tweet**

**Dakota Johnson Daily**
@Dakoholics                                                             ...

May 22: #DakotaJohnson out in Los Angeles.

via: PicturePub



3:30 PM · May 22, 2019 · Twitter for Android

43 Retweets    1 Quote Tweet    200 Likes

Tweet your reply                                          Reply

**karenp57** @karenp571 · May 22, 2019                              ...
Replying to @Dakoholics
What store is that

---

**Search Twitter**

### Relevant people

**Dakota Johnson Daily**                                      Follow
@Dakoholics
Fan account dedicated to actress,
activist, director and producer Dakota
Johnson.

### What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening
Ceremony**

Trending in United States                                          ...
**Bob Iger**
Trending with Disney, Chapek

Trending in United States                                          ...
**UCLA**
11.8K Tweets

Trending in United States                                          ...
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States                                          ...
**#AMAs** 🔺
4.62M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

#### Home
#### Explore
#### Notifications
#### Messages
#### Bookmarks
#### Lists
#### Profile
#### More

**Tweet**

__ https://twitter.com/altapeli/status/1333788835893768195 __ et __ 2022-11-20 18:54:57 -08:00



__ https://twitter.com/PMaretonando/status/1539785717085356032 __ at __ 2022-11-20 08:13:38 -08:00 __

← **Tweet**

**Maratonando News** 🇺🇦
@PMaratonando                                    •••

IMPECÁVEIS ! 🤠👌

Margot Robbie e Ryan Gosling aparecem como caubóis em fotos do set de Barbie

Confira :

Barbie estreia nos cinemas em 21 de julho de 2023.

#Barbie #BarbieMovie #RyanGosling #MargotRobbie



6:41 PM · Jun 22, 2022 · Twitter for Android

**3** Likes

💬            🔁            🤍            ⬆️

P    Tweet your reply                    Reply

---

🔍 Search Twitter

**Relevant people**

**Maratonando News** 🇺🇦            Follow
@PMaratonando

Tudo sobre o mundo do cinema, séries e games 🎮📺 Sigam nossos ADMs 👍👍 @1991Philipe 🧑
@rayssajoy 👩

### Home
### Explore
### Notifications
### Messages

← **Tweet**



Home

Explore

Notifications 1

Messages

Bookmarks

Lists

Profile

More

**Tweet**



**Foochia - فوشيا** ✔
@foochia

#جوليا_روبرتس بملابس السباحة خلال تواجدها في المكسيك،
حيث ظهر تاتو موجود أسفل ظهرها بوضوح!

#مشاهير #إطلالات_النجمات #نجمات_هوليوود
#juliaroberts

Translate Tweet



12:53 AM · Feb 5, 2020 · Hootsuite Inc.

**1** Retweet  **1** Like

💬          ↻          ♡          ⬆

P  Tweet your reply          **Reply**

---

Search Twitter

**Relevant people**

  **Foochia - فوشيا** ✔          **Follow**
@foochia

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

**What's happening**

NFL · 1 hour ago
**Chiefs at Chargers**                                        

**#Disenchanted** 💃
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                                    ···
**Bob Iger**
Trending with Chapek, Disney

Trending in United States                                    ···
**#AMAs** 🔥
Trending with soobin, yeonjun

Trending in United States                                    ···
**UCLA**
14.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



← **Tweet**

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

Lists

Profile

More

**Tweet**

**DISNEY FLIX FR**
@disneyflixfr

•••

Margot Robbie et Ryan Gosling sur le tournage du film "Barbie" de Greta Gerwig.

10:36 AM · Jun 23, 2022 · Twitter for iPhone

17 Likes

💬          ⟲          ♡          ⬆

Tweet your reply                                    **Reply**

🔍 Search Twitter

**Relevant people**



**DISNEY FLIX FR**
@disneyflixfr                    Follow

Toutes les dernières informations sur vos films et séries préférées ✨

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**



Trending in California                    •••
**Dodger Stadium**
14.2K Tweets

Trending in United States                •••
**Chocolate and Chip**

Trending in United States                •••
**The Dutch**
11.9K Tweets

Trending in United States                •••
**Sarr**
6,262 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More •••
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**
@c_perkowski                    •••

__ https://twitter.com/AndyVermaut/status/1428913135126138882 __ at __ 2022-11-22 21:20:59 -08:00 __

← **Tweet**

 **Andy Vermaut**
@AndyVermaut                                              ···

## Angelina Jolie Hugs Shiloh Jolie Pitt, 15, As She & Sisters Warmly Meet Mom After Hospital Visit
hollywoodlife.com/2021/08/20/ang...



7:53 PM · Aug 20, 2021 · dlvr.it

          

 Tweet your reply                              Reply

## Search Twitter

### Relevant people

 **Andy Vermaut**         Follow
@AndyVermaut
Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

### What's happening

FIFA World Cup · Last night
**Mexico vs Poland**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States        ···
**Erection**
14.6K Tweets

Trending in California           ···
**Costco**
5,482 Tweets

Sports · Trending              ···
**#LALvsPHX**

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

 **Perkowski Legal P.C.**   ···
@c_perkowski

__ https://twitter.com/damieforever48/status/1556156220314189824 __ at __ 2022-11-19 11:36:38 -08:00 __

← **Tweet**

**Daki_Jamie** 🖤
@damieforever48                                    ...

New pics of Dakota on the set of Madame Web in Boston, Massachusetts (Via @dakotajohnsonpt) 🖤
#DakotaJohnson



10:52 PM · Aug 6, 2022 · Twitter for Android

**7** Retweets   **22** Likes

🗨      ⇄      ♡      ⬆

Tweet your reply                          Reply

🔍 Search Twitter

**Relevant people**

**Daki_Jamie** 🖤                    Follow
@damieforever48
Fan Account Jamie Dornan e Dakota Johnson 🖤

**Dakota Johnson P...** ✓        Follow
@dakotajohnsonpt
A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷: @DJPTMidias | Fã-Clube.

**What's happening**

NCAA Football · LIVE
**TCU at Baylor**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
📣 Promoted by Uber

Sports · Trending        ...
**Andrel Anthony**

Trending in United States  ...
**TCU and Michigan**

Events · Trending        ...
**Qatar**
812K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.    ...
@c_perkowski

__ https://twitter.com/raulbrindis/status/1032995195409899520 __ at __ 2022-11-22 00:27:16 -08:00 __

← **Tweet**

 **Raúl Brindis** ✓
@raulbrindis

Shakira está en Miami como parte de su gira de conciertos El Dorado y decidió tomarse un break para divertirse con un paseo en yate a lado de sus pequeños hijos, Milan y Sasha. #Farandulazo

Translate Tweet



7:17 AM · Aug 24, 2018 · Hootsuite Inc.

**14** Likes

💬        🔁        ♡        ⬆️

 Tweet your reply                    Reply

---

## Search Twitter

### Relevant people

 **Raúl Brindis** ✓    Follow
@raulbrindis
Radio Host for El Show de Raúl Brindis

### What's happening


NFL · 4 hours ago
**49ers at Cardinals**

**#AvatarTheWayOfWater** 🐋
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending                    ···
**Died Suddenly**
Trending with World Premiere

Trending in California                    ···
**Mexicans**
6,975 Tweets

Trending in United States                    ···
**Chrisley**
26.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

 **Perkowski Legal P.C.**   ···
@c_perkowski

https://twitter.com/nanfixus/status/1072341655586508802 __et__ 2022-11-20 15:13:52 -08:00



← Tweet

**@nanfixus**
@nanfixus

That  litle smirk 😍😍😍😍



8:05 PM · Dec 10, 2018 · Twitter for Android

**13** Retweets  **55** Likes



Tweet your reply                          Reply

DJohn 💙 DJ 🎧 😀♡ @AllMyloveQueenD · Dec 10, 2018
Replying to @nanfixus
❤️❤️❤️

♡ 1

## Search Twitter

### Relevant people

**@nanfixus**                            Follow
@nanfixus
DJ Fan 🎧 Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🎬

### What's happening

NFL · 1 hour ago
**Panthers at Ravens**



#Disenchanted 🧹
Original movie now streaming
📀 Promoted by Disney+

Trending in California
**Rest In Peace**
59.5K Tweets

Trending in United States
**#FIFAWorldCup** 🏆
Trending with #AMAs 🔥, Favorite K-Pop Artist

Sports · Trending
**Denver**
104K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.



Perkowski Legal P.C.
@c_perkowski



Perkowski Legal P.C. ...
@c_perkowski

https://twitter.com/electedbieber/status/1349922570439561217 __ at __ 2022-11-22 14:40:54 -08:00

← **Tweet**

 **taraneh**
@electedbieber                                                    ...

## His hair is getting so long I can barely see his face



7:33 PM · Jan 14, 2021 · Twitter for iPhone

 Tweet your reply                                      Reply

**Relevant people**

 **taraneh**          Follow
@electedbieber

who needs a bra when Justin Bieber has two hands

**What's happening**

FIFA World Cup · This morning
**Argentina vs Saudi Arabia**          

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Celebrities · Trending                 ...
**Chris Evans**

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.    ...
@c_perkowski

Search Twitter

__ https://twitter.com/cmurphyfans/status/1514349708388447385 __ at __ 2022-11-21 22:26:24 -08:00 __

← **Tweet**

 **Cillian Murphy Fans**
@CMurphyFans                                      ...

## Cillian Murphy and Robert Downey Jnr on the set of #Oppenheimer



2:08 PM · Apr 13, 2022 · Twitter for iPhone

**23** Retweets  **10** Quote Tweets  **270** Likes



Tweet your reply                                Reply

### Relevant people

 **Cillian Murphy Fans**          Follow
@CMurphyFans

Fan account. Not Cillian Murphy (
obviously) Views are my own.
#PeakyBlinders S6 is now streaming
on @netflix.

### What's happening

NFL · 2 hours ago
**49ers at Cardinals**


Entertainment · Trending          ...
**Died Suddenly**
68.4K Tweets

Trending in California          ...
**Dodger Stadium**
8,696 Tweets

Entertainment · Trending          ...
**Sinbad**
8,172 Tweets

Trending in United States          ...
**August Alsina**
Trending with Jada, #TheSurrealLife

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

 **Perkowski Legal P.C.**    ...
@c_perkowski

https://twitter.com/musictrendscol/status/1540008184450105344 _ _ at _ 2022-11-21 21:01:38 -08:00

**Tweet**



**MUSICTRENDS Colombia**
@musictrendscol

#EsTendencia: Una nueva imagen de Margot Robbie y Ryan Gosling como Barbie y Ken en la película live-action de 'Barbie' que estrena en 2023 🎬



9:25 AM · Jun 23, 2022 · Twitter for iPhone

5 Retweets    122 Likes

**Relevant people**

**MUSICTRENDS Colo...**    Follow
@musictrendscol
Conciertos, música, entretenimiento y actualidad. Bogotá, CO 📍 Contacto:
musictrendscol@gmail.com

**What's happening**

NFL · 44 minutes ago
49ers at Cardinals

Entertainment · Trending
**Died Suddenly**
61.8K Tweets

Entertainment · Trending
**August Alsina**
Trending with #TheSurrealLife

Trending in California
**Dodger Stadium**
10.1K Tweets

Entertainment · Trending
**Sinbad**
7,318 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**    ···
@c_perkowski

Tweet your reply    Reply

c a m m 🍭 @neilquexn · Jun 24
Replying to @musictrendscol
@ashemusic that could easily be you. i actually though it was you before reading the description

## Left navigation

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Case 2:22-cv-09462-DMG-ADS   Document 23-16   Filed 03/13/23   Page 47 of 101   Page ID #:4626

← **Tweet**

🔍 Search Twitter

## Navigation

- 🏠 Home
- # Explore
- 🔔 Notifications
- ✉️ Messages
- 🔖 Bookmarks
- 🗂 Lists
- 👤 Profile
- ⊙ More

**Tweet**


**สมาคม Superhero**
@Thai_SuperHero        •••

ภาพหลุดล่าสุดจากกองถ่ายของ LOKI

ว่าแต่ นั้น LADY LOKI งั้นเหรอ ????




7:31 AM · Mar 4, 2020 · Twitter Web App

**1,369** Retweets  **10** Quote Tweets  **491** Likes

💬        🔁        ♡        ⬆️

P  Tweet your reply                    Reply

👤 **มิสเอ III เทพนัมเบอร์ไม่ใช่นัมเบอร์** @saijoog · Mar 4, 2020        •••
   Replying to @Thai_SuperHero
   คิดว่าใช่แต่ทำไมผมมองอยด์😖

   💬        🔁        ♡        ⬆️

### Relevant people


**สมาคม Superhero**            Follow
@Thai_SuperHero
สมาคมของกลุ่มบุคคลผู้ชื่นชอบซุปเปอร์
ฮีโร่ในประเทศไทย // Twitter อย่างเป็น
ทางการของ 'สมาคมผู้คลั่งไคล์
SuperHero' *ถามข้อมูลหนัง/Comic ต่างๆ
ใน DM ได้เลยจ้า*

### What's happening

FIFA World Cup · LIVE
**USA vs Wales**


Entertainment · Trending          •••
**Julia Fox**
5,695 Tweets

Trending in United States          •••
**1-0 USA**
17.8K Tweets

Trending in United States          •••
**#BudweiserFWC**

Trending in United States          •••
**National Anthem**
70.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

https://twitter.com/SNEAKPEEKCA/status/1556373236929159168 __ at __ 2022-11-20 07:50:05 -08:00 __

Case 2:22-cv-09462-DMG-ADS    Document 23-16    Filed 03/13/23    Page 48 of 101    Page ID
#:4627

 **SneakPeek**
@SNEAKPEEKCA

**SNEAK PEEK : "Madame Web" Leaked Set Images**
sneakpeek.ca/2022/08/madame... #dakotajohnson
#madameweb #sonypictures #marvelstudiios



1:14 PM · Aug 7, 2022 · Twitter Web App

**2** Retweets   **31** Likes

                         

 Tweet your reply                               Reply

Q Search Twitter

**Relevant people**

 **SneakPeek**        Follow
@SNEAKPEEKCA
Invite Only

**What's happening**

FIFA World Cup · LIVE
**World Cup Qatar 2022: Opening
Ceremony**                               

#Disenchanted 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States           ···
**#MassShooting**

Trending in United States           ···
**#FIFAKOOK**
32.8K Tweets

**Twitter**

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
··· More

**Tweet**

P **Perkowski Legal P.C.** ···
@c_perkowski

__ https://twitter.com/HadidNewsMedia/status/973812881185677312 __ at __ 2022-11-21 01:33:37 -08:00 __

← **Tweet**

**Hadid News Media**
@HadidNewsMedia

...

March 13: Bella out in LA.



| | |
|---|---|
| 📷 Media not displayed<br>This image has been removed in response to a<br>report from the copyright holder. | 📷 Media not displayed<br>This image has been removed in response to a<br>report from the copyright holder. |
| 📷 Media not displayed<br>This image has been removed in response to a<br>report from the copyright holder. | 📷 Media not displayed<br>This image has been removed in response to a<br>report from the copyright holder. |

11:46 PM · Mar 13, 2018 · Twitter for iPhone

**71** Retweets    **7** Quote Tweets    **154** Likes

💬              🔁              ♡              ↑

Tweet your reply                                    Reply

**Relevant people**

**Hadid News Media**     Follow
@HadidNewsMedia

Your 1st & most reliable source on
everything Gigi & Bella Hadid; since
2013. [@HadidNews]

**What's happening**

NCAA Men's Basketball · Yesterday
**Hornets at Panthers**

Trending in United States          ...
**maher**
22.1K Tweets

Trending in United States          ...
**Bob Iger**
Trending with  Disney, Chapek

Trending in United States          ...
**#AMAs** 🔥
Trending with  sabrina

Trending in United States          ...
**Colorado Springs**
547K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**   ...
@c_perkowski

← **Tweet**

**Affinity Magazine** ✓
@TheAffinityMag

···

Happy anniversary to this special moment



👤 Taylor Swift FR | Fan Account and 3 others

8:37 PM · Jul 4, 2021 · Twitter for iPhone

**3** Retweets  **2** Quote Tweets  **16** Likes

💬          🔁          ♡          ⬆️

Ⓟ  Tweet your reply                    **Reply**

**Search Twitter**

**Relevant people**

**Affinity Magazine** ✓          **Follow**
@TheAffinityMag
NEXT GEN OF MEDIA

**Taylor Swift FR | Fan ...**          **Follow**
@TSwiftNewsFR
Retrouvez sur ce compte source
français les dernières actualités sur
l'auteure-compositrice-interprète
Taylor Alison Swift détentrice de 11
Grammy Awards.

**Taylor Swift Updates**          **Follow**
@TSwiftLA
Your go-to update fan account for
Taylor Swift news. Turn on
notifications for all news &
announcements. 📩:
TSwiftLA2@gmail.com
#TSMidnights 🎵 #TSTheErasTour

**What's happening**

FIFA World Cup · Last night
**England vs Iran**

Trending in United States
**Died Suddenly**
43K Tweets                    ···

Trending in California
**Dodger Stadium**
12K Tweets                    ···

Entertainment · Trending
**Selma**
4,411 Tweets                    ···

Sports · Trending
**Lane Kiffin**
6,723 Tweets                    ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
··· More

**Tweet**

Ⓟ  Perkowski Legal P.C.          ···
@c_perkowski

← **Tweet**

**Home**

# **Explore**

**Notifications** ¹

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

▽ *DIZ* ▽
@DIZfilms

ルビーローズの私服好きだなー。
サメTシャツを着こなしてる。
華奢で顔小さいからこの髪型が最高に似合っててかっ
こいい。

Translate Tweet



8:15 AM · Aug 7, 2018 · Twitter for iPhone

**15** Retweets   **133** Likes

Tweet your reply

Reply

## Relevant people


▽ *DIZ* ▽
@DIZfilms

**Follow**

人生が豊かになる映画•ドラマの最新
ニュースや作品紹介を自分軸で厳選し
てお届け🎬1人でも多くの映画好きを
増やすため、色々な映画の楽しみ方を
発信中。フリーランス2年目📝
instagram.com/diz2049/ 📷

## What's happening

NBA · LIVE
**Lakers at Suns**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in United States
**RIP Harold**

Sports · Trending
**Renfroe**
Trending with Brewers, Janson Junk

Trending in California
**Hooters**
8,434 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter


Perkowski Legal P.C. ···
@c_perkowski

__ https://twitter.com/dixpeyton/status/1396620768482502059 __ at __ 2022-11-21 11:52:35 -08:00 __

← **Tweet**



**Homo Honey**
@DixPeyton

• • •

never thought I'd say this but I want what Rita Ora has



5:15 PM · May 23, 2021 from Brooklyn, NY · Twitter for iPhone

**7** Retweets    **1** Quote Tweet    **198** Likes

    Tweet your reply    Reply

Q Search Twitter



**Relevant people**

**Homo Honey**                  Follow
@DixPeyton

"a sellout" - my dad
peytondix@gmail.com

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**



Trending in United States          • • •
**1-0 USA**
14.8K Tweets

Trending in California          • • •
**Telemundo**
7,307 Tweets

Trending in California          • • •
**LETS GOOOOOO**
3,291 Tweets

Trending in United States          • • •
**#USMNT**🇺🇸
Trending with Weah, Wales

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More •••
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**          • • •
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 23-16   Filed 03/13/23   Page 53 of 101   Page ID
#:4632

← **Tweet**



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

Search



**Perkowski Legal P.C.**   ...
@c_perkowski

Case 2:22-cv-09462-DMG-ADS  Document 23-16  Filed 03/13/23  Page 54 of 101  Page ID #:4633

← **Tweet**

 **@nanfixus**
@nanfixus

Ohh babe !! #DakotaJohnson
😍😍😍



6:31 PM · Nov 10, 2018 · Twitter for Android

**14** Retweets  **50** Likes

Tweet your reply

Reply

Q Search Twitter

**Relevant people**

 **@nanfixus**  Follow
@nanfixus

DJ Fan 🐾 Sports,animals y Boca Juniors Dakota's movies 2022 #ChaChaRealSmooth 💃 #AmIOk #Persuasion Fan account 

**What's happening**

NFL · 2 hours ago
**Cowboys at Vikings**



**#Disenchanted** 👸
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Bob Iger**
2,639 Tweets

Trending in United States
**Chapek**
2,461 Tweets

Trending in United States
**#TheWalkingDead**
Trending with Negan, #TWDFinale

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

 **Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/allinitdrews/status/1371269291132264448 __ at __ 2022-11-21 07:59:49 -08:00

← **Tweet**

**sam**
@allinitdrews

u smile, i smile



6:17 PM · Mar 14, 2021 · Twitter for iPhone

**5** Likes

Tweet your reply

**Reply**

### Relevant people

**sam**
@allinitdrews
**Follow**
fan account; justin followed 9.14.19

### What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Sports · Trending
**Charles Barkley**
2,389 Tweets

Music · Trending
**#askmeek**

Trending in California
**Dodger Stadium**
14.3K Tweets

Trending in United States
**#USAvWAL**
1,421 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**

**Films to Films 🎬🎞️**
@FilmstoFilms_

···



6:09 PM · Jul 21, 2021 · Twitter for iPhone

**30** Retweets   **7** Quote Tweets   **484** Likes

💬   🔁   ♡   ⬆️

🅿️ Tweet your reply                    Reply

**Rehan** @Rehanbelike · Jul 22, 2021     ···
Replying to @FilmstoFilms_



GIF  ALT

💬   🔁   ♡ 1   ⬆️

**Nina Wergner** 🏹🎌🏳️‍🌈🇪🇸 @lach_da · Jul 22, 2021     ···
Replying to @FilmstoFilms_
What the fuck, are you alright?

💬   🔁   ♡   ⬆️

**⚓Kentucky Fried Foghorn Leghorn** ✔️ @ItsSimberg · Jul 21, 2021     ···
Replying to @FilmstoFilms_
Sebastian, you good?

💬   🔁   ♡   ⬆️

**IM THE LEFT EYE** @Hitecreview · Jul 21, 2021     ···
Replying to @FilmstoFilms_

💬   🔁   ♡   ⬆️

---

**Search Twitter**

**Relevant people**

**Films to Films 🎬🎞️**
@FilmstoFilms_                    Follow
This is a personal account. Films in
four frames Instagram:
instagram.com/filmstofilms_/

**What's happening**

FIFA World Cup · 2 hours ago
**Mexico vs Poland**

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
📢 Promoted by Avatar

Celebrities · Trending          ···
**Tom Hanks**
5,907 Tweets

Trending in United States        ···
**Ochoa**
Trending with Poland, Lewandowski

Politics · Trending              ···
**Ginni Thomas**
27.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**   ···
@c_perkowski

←    Tweet

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C. ...
@c_perkowski

**NAÇÃO MARVEL | fan club**
@nacaomarvel

Novas imagens do set de #Hawkeye mostram a
Tracksuit Mafia, vilões da série. (via: @CreamOrScream)

Translate Tweet

9:45 AM · Feb 21, 2021 · Twitter for Android

12 Retweets    16 Quote Tweets    349 Likes

Tweet your reply     **Reply**

matheus, um anti-herói. @iamtetheus · Feb 21, 2021
Replying to @nacaomarvel and @CreamOrScream
a tokyo o rio e o berlim 🤣🤣🤣🤣🤣

@marscius · Feb 21, 2021
Replying to @nacaomarvel and @CreamOrScream
Falta muito pra sexta?

ana°·, moved to oisenvstan @FAWICKSEN · Feb 21, 2021
Replying to @nacaomarvel and @CreamOrScream
Parece La Casa de Papel

0:26 · 6,832 views
From ana°·, moved to oisenvstan

wanda ♡!! @clonents · Feb 21, 2021
Replying to @nacaomarvel and @CreamOrScream
Lá casa de papel e vcs?

Manu? @emansarloumanu · Feb 21, 2021
Replying to @nacaomarvel and @CreamOrScream
nação marvel, eu tenho uma teoria forte, queria saber se vocês podem me
chamar na dm pra eu falar ela diretinho pra vocês

Ryan Campos @ryan20trek · Feb 21, 2021
Replying to @nacaomarvel and @CreamOrScream
Demorou pra acontecer esse cosolver com Lá Casa de Papel kkkk

Tah Mort 🖤 titans · tw @klaraflanks · Feb 21, 2021
Replying to @nacaomarvel and @CreamOrScream
Hawkeye em La casa de papel

Sam @perleydaevers · Feb 21, 2021
Replying to @nacaomarvel and @CreamOrScream
La Casa de Papel fazendo uns bicos em Hawkeye



0:04 · 9,054 views
From Sam

sam O**** @parlerstyls · Feb 21, 2021
Replying to @nacaomarvel and @CreamOrScream
Aff a vilã podia ser a madame máscara



Mundo Geek @MundoGeekOF1 · Feb 21, 2021
Replying to @nacaomarvel and @CreamOrScream
Eu olhei rápido demais e achei que era a gangue do La Casa de Papel

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more



anyone @rynhzz · Feb 21, 2021
Replying to @nacaomarvel and @CreamOrScream
XXXXXXXXXXXX mano

Relevant people

NAÇÃO MARVEL | fa...   Follow
@nacaomarvel
O maior clube da Marvel no
Brasil e #2 do mundo | por @kainyall
& @thuntropee | @iPodcastNMM |
nacaomarvelofc@gmail.com

Cora Ventura   Follow
@CreamOrScream
Venting account for all things great
and small such as #Marvel and
#DCComics, #Netflix, #Gaming #Film,
and also a Media Account. Supporter
of #Amberheard 💙

What's happening

NFL · 2 hours ago
49ers at Cardinals

Entertainment · Trending
Died Suddenly
70.1K Tweets

Trending in California
Mexicans
6,228 Tweets

Only on Twitter · Trending
Pablo Milanés
Trending with Autism

Sports · Trending
Trey Lance
1,354 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/solacecinema/status/1539852654452539392 __ at __ 2022-11-23 00:03:38 -08:00 __

← **Tweet**

**Cinema Solace Media**
@SOLACECINEMA                    ...



11:07 PM · Jun 22, 2022 · Twitter for iPhone

**8** Retweets    **9** Quote Tweets    **34** Likes

🔍 Search Twitter

### Relevant people

**Cinema Solace Media**          Follow
@SOLACECINEMA
media account for @CINEMASOLACE 📷

### What's happening

FIFA World Cup · Yesterday
**Mexico vs Poland**

**#WelcomeToChippendales** 🙌
New series. Now streaming.
▶ Promoted by Welcome to Chippendales on Hulu

Trending in United States                    ...
**Erection**
21.7K Tweets

Trending in California                    ...
**Costco**
6,156 Tweets

Sports · Trending                    ...
**Charles Barkley**
Trending with Pat Bev, Ayton

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

🖊 Tweet your reply    Reply

**Perkowski Legal P.C.** ...
@c_perkowski

https://twitter.com/creamorscream/status/1363016955557359727__d__2021-11-20 10:16:01 -08:00
Tlinkd CV-09462-DMG-ADS   Document 23:16   Filed 03/13/23   Page 59 of 101   Page ID #:4638

Tlinkd

**Bishop** @BlindWanda

Hailee Steinfeld Filming scenes for Hawkeye in Atlanta, 21-02-2021

1/2

#Hawkeye #Marvel #Disneyplus



2:28 PM · Feb 21, 2021 · Twitter Web App

133 Retweets   36 Quote Tweets   1,055 Likes

Tweet your reply                                          Reply

**Bishop** @BlindWanda · Feb 21, 2021
Replying to @BlindWanda
Hailee Steinfeld Filming scenes for Hawkeye in Atlanta, 21-02-2021

2/2

#Hawkeye #Marvel #Disneyplus

1   36   151

**Armaced** @Armaced · Feb 27, 2021
Replying to @BlindWanda and @CreamOrScream
It's Kate Silver of the Five-Thirty-Kate blog!

**The Boss** @ChristmasBoss · Feb 27, 2021
Replying to @BlindWanda and @CreamOrScream
Weird that her and Kathryn Hahn both voiced in Spiderman Into the Spiderverse, and are now starring in a Disney+ show!
2        7

**Armaced** @Armaced · Feb 27, 2021
Replying to @ChristmasBoss and @CreamOrScream
Both are pretty awesome.
1   1

Show replies

**ExTeachersUnion** @teachers_ex · Feb 27, 2021
Replying to @BlindWanda and @CreamOrScream
exteachersunion.com

**ct** @Christo02141713 · Feb 27, 2021
Replying to @BlindWanda and @CreamOrScream
No offense but the actor katinras would also do good

**laurel** @laurel_tibbitts · Feb 27, 2021
Replying to @BlindWanda and @CreamOrScream
i don't know about anyone else but i am so hype for this!
1        5

**Codeman** @Codeman43447853 · Feb 27, 2021
Replying to @laurel_tibbitts and @CreamOrScream
Wow. Really?

**Anthony D. Hopkins** @Ahop7286 · Feb 27, 2021
Replying to @BlindWanda and @CreamOrScream
Kate Bishop? ♥♥
2

**Isaac** @MovemanStudios · Feb 27, 2021
Replying to @BlindWanda and @CreamOrScream
To those of you wondering, Jeremy Renner will be in the Hawkeye series. They're just introducing the character of Kate Bishop
1        3

**Codeman** @Codeman43447853 · Feb 27, 2021
Replying to @MovemanStudios and @CreamOrScream
I know. I wonder how much

**Codeman** @Codeman43447853 · Feb 27, 2021
Replying to @BlindWanda and @CreamOrScream
She looks cool but could look better. Where is Clint?

**NJ Green what comes next?** @Gwar56 · Feb 27, 2021
Replying to @BlindWanda and @CreamOrScream
Not Clint? Nope
2

**Armaced** @Armaced · Feb 27, 2021
Replying to @Gwar56 and @CreamOrScream
He's in it, too. But come on, she's better.

**Atom the Icon** @atomicddt · Feb 27, 2021
Replying to @BlindWanda and @CreamOrScream
Stop spoiling shit!
1

**Descent into Maelstrom** @kevinowenslittt · Feb 27, 2021
Replying to @BlindWanda and @CreamOrScream
#WeStandWithGinaCarano

---

**Perkowski Legal P.C.** ...
@_perkowski

---

**Relevant people**

**Bishop** @BlindWanda                    Follow
Lover of Marvel, DC, Star Wars, Comics, Hailee Steinfeld, BLACKPINK, and many other things 🖤

**What's happening**

Television · Last night
Saturday Night Live airing on NBC

#Disenchanted 💫
Original movie now streaming
Promoted by Disney+

Trending in United States
**Morgan Freeman**
165K Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with Pwr Kevin Conroy

Trending in California
**Shakira**
104K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

← **Tweet**

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Movie Crazy Planet** 🎬 🍿 🎞️
@MovieCrazyP

···

📸 💥 PRIMER VISTAZO 💥 📸

### ¡Así luce Iman Vellani con el traje de #MsMarvel!

Translate Tweet

8:17 AM · May 1, 2021 · Twitter for Android

**3** Retweets   **7** Likes

Tweet your reply

Reply

### Relevant people

**Movie Crazy Planet ...**    Follow
@MovieCrazyP
💥Noticias, tráilers, pósters, los
estrenos más recientes de cine, series
y televisión.💥 Síguenos y activa la 🔔
moviecrazyplanet@gmail.com 📧

### What's happening

Television · 2 hours ago
**Saturday Night Live airing on
NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
▶ Promoted by Uber

Trending in United States     ···
**HE'S BACK**
149K Tweets

Trending in United States     ···
**#DreamersbyJungkook**
614K Tweets

Trending in California     ···
**Ecuador**
84.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter


**Perkowski Legal P.C.** ···
@c_perkowski

— https://twitter.com/FueraPlano/status/1400548025571987461 — at — 2022-11-20 10:13:15 -08:00 —

← **Tweet**

 **Fuera de Plano**
@FueraPlano

⚡LOCURA!!!⚡

Primer vistazo al nuevo traje de Shazam!!
#ShazamFuryOfTheGods

Translate Tweet



1:20 PM · Jun 3, 2021 · Twitter for iPhone

**4** Likes

## Relevant people

 **Fuera de Plano**  **Follow**
@FueraPlano

Amantes del cine y las series. Noticias, recomendaciones, reseñas, sorteos y más! Twitch: twitch.tv/fueradeplanoli...

## What's happening

Formula 1 · 3 hours ago
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 🧙
Original movie now streaming
📣 Promoted by Disney+

Trending in United States
**#MassShooting**
3,937 Tweets

Only on Twitter · Trending
**Jason David Frank**

🔍 Search Twitter

https://twitter.com/GabyMeza/status/951239033458442240 2022-11-21 12:53:36 -08:00 Document 23-16 Filed 03/11/23 Page 62 of 101 Page ID #4641



__ https://twitter.com/Dakoholics/status/1456018019165210630 __ at __ 2022-11-21 19:48:33 -08:00 __

← **Tweet**



**Dakota Johnson Daily**
@Dakoholics

···

November 2: #DakotaJohnson at the #GucciLoveParade in Los Angeles.



👤 Dakota Johnson Portugal

3:02 PM · Nov 3, 2021 · Twitter for Android

**24** Retweets    **1** Quote Tweet    **130** Likes

    


Tweet your reply    **Reply**

## Search Twitter

### Relevant people

    **Dakota Johnson Daily**    **Follow**
@Dakoholics
Fan account dedicated to actress, activist, director and producer Dakota Johnson.

    **Dakota Johnson P...** ✔    **Follow**
@dakotajohnsonpt
A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷: @DJPTMidias | Fã-Clube.

### What's happening

Television · LIVE
**WWE Monday Night RAW airing on USA**    

Entertainment · Trending    ···
**Died Suddenly**
54.9K Tweets

Trending in California    ···
**Dodger Stadium**
11K Tweets

Entertainment · Trending    ···
**#DWTS** 🏆
Trending with Charli, Gleb

Sports · Trending    ···
**#WWERaw** 🚩
Trending with Rebel Heart, Omos

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

### Sidebar navigation

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
▤ Lists
👤 Profile
··· More

**Tweet**


**Perkowski Legal P.C.**    ···
@c_perkowski



— https://twitter.com/dakotajohnsonpt/status/1198846521015459841 __ el __ 2022-11-19 21:14:33 -08:00 —

← **Tweet**

**Dakota Johnson Portugal** ✔
@dakotajohnsonpt

···

📷 Dakota foi fotografada ontem, 24, a passear pelo Farmers Market com a sua afilhada Ezer, com a Addison Timlin e o Jeremy Allen White em Los Angeles!
#DakotaJohnson

Confiram: bit.ly/2KRuOkH

10:10 PM · Nov 24, 2019 · Twitter for iPhone

**20** Retweets    **5** Quote Tweets    **130** Likes

💬        ⟲        ♡        ⬆

P  Tweet your reply                    **Reply**

**Slinn Jeanne** @JeanneSlinn · Nov 30, 2019
Replying to @dakotajohnsonpt and @AdoringDJ
Ça lui va très bien de porter un bébé dans les bras dakota sera une bonne maman elle reflète dans de choses son visage candide un sourire  et un regarda désarmer n'importe qui  oui dakota est un bijou

💬        ⟲        ♡        ⬆

**Perkowski Legal P.C.**    ···
@c_perkowski

---

🔍 Search Twitter

**Relevant people**



**Dakota Johnson P...** ✔    **Follow**
@dakotajohnsonpt

A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷: @DJPTMidias | Fã-Clube.

**What's happening**

Television · 1 hour ago
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States    ···
**HE'S BACK**
141K Tweets

Sports · Trending    ···
**Pasadena**
1,524 Tweets

Music · Trending    ···
**#DreamersbyJungkook**
Trending with #Dreamers2022, #DreamersOutNow

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
Lists
Profile
··· More

**Tweet**

← **Tweet**





Катавасия
@ktvsktvs · · ·

Когда вдоволь накупили и ты ведешь свою барышню в свою любимую шаурмечную, чтобы она оценила пищу богов

Translate Tweet



5:10 AM · Aug 11, 2021 · ContentPosting

**7** Retweets   **66** Likes



P   Tweet your reply                          Reply

Andrei @AndrushaVlasov · Aug 11, 2021 · · ·
Replying to @ktvsktvs
Ведешь свою барышню по «главной» набережной города

---

P   Perkowski Legal P.C.          · · ·
@c_perkowski

---

**What's happening**

FIFA World Cup · 2 hours ago
**Mexico vs Poland**



**#AvatarTheWayOfWater**
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in California          · · ·
**Deebo**
13.6K Tweets

Trending in California          · · ·
**Mexicans**
16.4K Tweets

Trending in United States          · · ·
**I-77**
9,943 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Relevant people**

Катавасия          Follow
@ktvsktvs

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Search Twitter

Case 2:22-cv-09462-DMG-ADS    Document 23-16    Filed 03/13/23    Page 67 of 101    Page ID #:4646

← **Tweet**

This Tweet is from an account that no longer exists. Learn more

**Waytron** 🔮 @Waytron2 · Apr 1, 2021
Replying to @AlphaBieber and @SpuriousMorals
It's Small that's why Selena left him 💀

💬      🔁      ♡      ⬆

**Rakesh Borakunta** @RakeshBorakunt9 · Mar 26, 2021
Replying to @AlphaBieber and @SpuriousMorals
Hi

💬      🔁      ♡      ⬆

**skibug** @skibuggie · Mar 27, 2021
Replying to @AlphaBieber and @SpuriousMorals
🔥 Strong, Fit, Powerful, Swag, Style, Handsome!!😊👍👍

💬 2      🔁      ♡ 4      ⬆

**london wizard** @londonbreaking · Mar 27, 2021
Replying to @skibuggie @AlphaBieber and @SpuriousMorals
He has  semi in these pics

💬      🔁      ♡ 3      ⬆

**deanthony** @deantho19625789 · Mar 26, 2021
Replying to @AlphaBieber and @SpuriousMorals
Love his feet

💬      🔁      ♡ 2      ⬆

**Miro delphine** @MiroDelphine · Mar 27, 2021
Replying to @AlphaBieber and @SpuriousMorals
This is why I always was a big fan on Justin because his bulge is super big
😂✨❤️🏆

💬      🔁      ♡ 2      ⬆



**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/creemorscreem/status/1363303953346265093 __ at __ 2022-11-20 21:24:22 -08:00

Tweet

**Bishop**
@BlindWanda                                      ...

Hailee struggling to shoot an arrow 🤡

#Hawkeye #Marvel #DisneyPlus



5:46 PM · Feb 20, 2021 · Twitter Web App

**9** Retweets    **3** Quote Tweets    **65** Likes

  Tweet your reply                    Reply

---

Tweet

🔍 Search Twitter

**Relevant people**

  **Bishop**                    Follow
@BlindWanda

Lover of Marvel, DC, Star Wars, Comics, Hailee Steinfeld, BLACKPINK, and many other things ()

**What's happening**

NCAA Men's Basketball · Earlier today
**Terrapins at Hurricanes**

#Disenchanted 🧚
Original movie now streaming
▶️ Promoted by Disney+

Trending in United States                    ...
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

  Perkowski Legal P.C.    ...
@c_perkowski

https://twitter.com/drakedirect_/status/1571476026617278464 __ et __ 2022-11-20 19:54:24 -08:00

Tweet

**Drake Direct**
@DrakeDirect_

Got braid up at Matsuhisa this evening... I got plans to
get everything I been dreaming...let alone get even.



Drizzy

5:29 AM · Sep 18, 2022 · Twitter for iPhone

52 Retweets   8 Quote Tweets   330 Likes

Tweet your reply                    **Reply**

**Lynn Clark** @LynnCla37717096 · Sep 18
Replying to @DrakeDirect_ and @Drake
Down right Hot ...

**Pure Aurah** @aurah_pure · Sep 18
Replying to @DrakeDirect_ and @Drake
😍

**Pure Aurah** @aurah_pure · Sep 18
Replying to @DrakeDirect_ and @Drake
😍😍😍😍😍👌🤗

**Amanda** @RulelessThought · Sep 18
Replying to @DrakeDirect_ and @Drake
Love you Drake 👋

Show additional replies, including those that may contain offensive
content                                                        Show

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

---

**Relevant people**

**Drake Direct** Follow
@DrakeDirect_
Drake Fan Account 🟤

**Drizzy** ✓ Follow
@Drake

**What's happening**

NFL · 3 hours ago
**Cowboys at Vikings**

**#Disenchanted** 🟣
Original movie now streaming
📺 Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, #Disney

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Music · Trending
**Lionel Richie**
1,372 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



← **Tweet**



**Robert Littal BSO** ✔
@BSO

···

How Draya Helped Tyrod Taylor Get Over The Chargers Worst Loss In Team History Hours After The Patriots Beat Them 45-0 (Pics-Vid-IG) bit.ly/3mVxvmd via @BasketballguruD



10:28 PM · Dec 7, 2020 · BSO Alert

2 Retweets   7 Quote Tweets   8 Likes

   


**Perkowski Legal P.C.**   ···
@c_perkowski

P   Tweet your reply   **Reply**

---

🔍 Search Twitter

### Relevant people


**Robert Littal BSO** ✔   **Follow**
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM 💙 AML


**The Daniel Bell©**   **Follow**
@BasketballguruD
Thunder Beat Reporter For @BSO | Contributor for the @FranchiseOK | A lot of sports tweets | dbell3220@icloud.com

### What's happening

FIFA World Cup · 2 hours ago
**Argentina vs Saudi Arabia**


**#AvatarTheWayOfWater**🌊
Get tickets now – In theaters December 16
📷 Promoted by Avatar

Trending in United States   ···
#السعوديه_الارجنتين
1.21M Tweets

Entertainment · Trending   ···
**Died Suddenly**
103K Tweets

Trending in United States   ···
**Argentina**
Trending with #FIFAWorldCup 🏆 , Herve Renard


Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**



**OhMyGeek!**
@OhMyGeek

···

#GeekGram 🤓 Aparecen las primeras fotos de los actores del #SuicideSquad de James Gunn con sus respectivos uniformes. ¿Los reconocen? Nosotros al menos a Jai Courtney como Captain Boomerang.

🎬 (ohmygeek.net)

Translate Tweet



10:51 AM · Oct 14, 2019 · Twitter Web App


Tweet your reply                                    **Reply**

## Relevant people

 **OhMyGeek!**
@OhMyGeek                                           **Follow** 

🤓📰 Somos un medio de tecnología, innovación, juegos y cultura Geek/Pop en Web, y con shows en 📺 @Canal_13C y 🎙 @TXSPlus.

## What's happening

Television · LIVE
**Bachelor in Paradise airing on ABC**


Trending in United States
**Died Suddenly**
40.6K Tweets                                        ···

Sports · Trending
**Lane Kiffin**
5,132 Tweets                                        ···

Sports · Trending
**#WWERaw**🔥
Trending with Kevin Owens                           ···

90 Day Fiancé · Trending
**#90dayfiancethesinglelife**                        ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

🏠 Home
# Explore
🔔 Notifications    1
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**


**Perkowski Legal P.C.**
@c_perkowski                                        ···

__ https://twitter.com/lindaikeji/status/1171300436671811588 __ at __ 2022-11-22 19:31:05 -08:00 __

← **Tweet**

 **Linda Ikeji**
@lindaikeji                                    ...

Diddy, 49 and 'girlfriend' Lori Harvey, 22, spark
pregnancy rumors as the rap mogul is spotted rubbing
her belly on vacation in Mexico (Photos)
lindaikejisblog.com/2019/9/diddy-4...



10:52 PM · Sep 9, 2019 · LIB App

**1** Quote Tweet     **9** Likes





**Search Twitter**

**Relevant people**

 **Linda Ikeji**              **Follow**
@lindaikeji
Blogger. CEO, LindaIkejiTV

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**                    

#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States            ...
**RIP Harold**

Trending in United States            ...
**#StayWoke**

Trending in United States            ...
**NitroRad**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

 **Perkowski Legal P.C.**   ...
@c_perkowski

__ https://twitter.com/harrymoonchild/status/1332178225254993921 __ et __ 2022-11-21 03:53:44 -08:00 __

← **Thread**

🔍 Search Twitter

## Left sidebar

- 🏠 Home
- # Explore
- 🔔 Notifications
- ✉️ Messages
- 🔖 Bookmarks
- 🗒 Lists
- 👤 Profile
- ⊙ More

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski ⋯

## Main content

dee. ⋯
@harrymoonchild

No but the fact that harry styles is the only man ever.



8:23 PM · Nov 26, 2020 · Twitter for Android

**56** Retweets   **16** Quote Tweets   **853** Likes

💬   🔁   ♡   ⬆️

P  Tweet your reply                    **Reply**

dee. @harrymoonchild · Nov 26, 2020 ⋯
Replying to @harrymoonchild
The suspenders, the unbutton shirt, the tank top, the tie undone, HIS hair. Does he even know the power he holds even if it's through a blurry pic ?!

💬 1    🔁 5    ♡ 55    ⬆️

## Right sidebar

### Relevant people



dee.   **Follow**
@harrymoonchild
#harry: starry haze crystal ball 🔮🏖 | backup:@goldenfineline | ig:dishaxrai

### What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Trending in United States
**Iran**
Trending with Wales, England

Trending in United States
**UCLA**
Trending with Utah, Oregon

Music · Trending
**Kelly Rowland**
19.3K Tweets

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

← Tweet

**Bieber Novidade**
@biebernovidade

LINDOS! Justin e Hailey juntos hoje.



4:27 PM · Aug 20, 2022 · Twitter for iPhone

**184** Retweets   **59** Quote Tweets   **1,580** Likes

---

Tweet your reply                                              Reply

**viai** @offthefableslfe · Aug 21
Replying to @biebernovidade
twitter.com/offthefableslfe...

*This Tweet is unavailable.*

**evelyn** @coldembieber · Aug 20
Replying to @biebernovidade
a camiseta do kanye
                                                      6

**Miih dom dois i** @klicbaul623 · Aug 21
Replying to @biebernovidade
🚨 VENDO INGRESSO PISTA PREMIUM VERDE INTEIRA 14/09 🚨 —> preço
que paguei, chama DM

**Crislayne 🦋 (taylor's version)** @swiftledohazza · Aug 20
Replying to @biebernovidade
pra foto ser perfeita só faltou ele estar sem essa camisa.
                                                      2

**suzi** @swizanabizzle · Aug 20
Replying to @swiftledohazza and @biebernovidade
aí amg nao adianta ele n usar uma camisa do kanye mas continuar
idolatrando kkkkk....

Show replies

**Thai | fan account** @moodbizzle · Aug 20
Replying to @biebernovidade
Acabei de ler o comentário em um vídeo " Hailey é tão linda que parece um
anjo" eu tô chorando,pq faz tanto sentido

**~N₂ fã do Ju** @_anafs_ · Aug 20
Replying to @biebernovidade
🚨VENDO MEIA ENTRADA PISTA DIA 14/09 🚨

- valor que paguei

motivo: não vou conseguir ir
                                                      1

**grazi** 🐇 @posagraalll · Aug 20
Replying to @biebernovidade
@dulalokii a blusa dele
                                                      1

**mari** @marivaleriano15 · Aug 20
Replying to @biebernovidade
🚨 VENDO INGRESSO DIA 14 🚨
Vendo 1 ingresso meia, cadeira inferior
Dia 14 de setembro no Allianz Parque, SP

Motivo: minha irmã e cunhado compraram pra ir cmg e meus pais, porém
por causa do trabalho deles não vão conseguir ir.

Quem tiver interesse me chama que passo o contato.

**ray ☁️🏆🏆** @tiattarayanne · Aug 20
Replying to @biebernovidade
lindos❣️💕💕

**ray ☁️🏆🏆** @tiattarayanne · Aug 20
Replying to @biebernovidade
BN ME SEGUIEEEE

**Patrik Barreto** @PatrikBarreto6 · Aug 20
Replying to @biebernovidade
Eles são fofos demais!! 🧡❤️❤️

**GATIN DO PT🇧🇷** @2Heartstopper · Aug 20
Replying to @biebernovidade
🚨GENTE🚨
Vendo um ingresso inteira pista/chão pra o show do justin dia 15 em
SP

motivo: Sou do ES e consegui comprar para o Rock in Rio

Quem tiver interesse me chama e a gente resolve tudo q precisar, vendo
valor a baixo do q paguei para n ter prejuízo total.

*This Tweet was deleted by the Tweet author. Learn more*

**lyra** @neondraufl · Aug 23
Replying to @bineviifeesRaquel and @biebernovidade
Ainda tem?

*You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more*

**gugs** @gustaxov_ramos · Aug 20
Replying to @isabcruzz and @biebernovidade
negros apoiando negros!
                                                      1

---

🏠 Home
🔍 Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
Lists
👤 Profile
More
**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

---

Search Twitter

**Relevant people**

**Bieber Novidade**        Follow
@biebernovidade
Fan Account | Há 7 anos a ser sua
melhor e mais completa fonte de
informações acerca do cantor Justin
Bieber. jbiebernovidade@gmail.com

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening
Ceremony**


Gaming · Trending
**3DS Rainbow Road**
Trending with Maple Treeway

Trending in United States
**England**
Trending with #ENGIRN_Saka

Trending in United States
**#OurRubyWOOZIday**
50.5K Tweets

Music · Trending
**Slick Rick**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.



https://twitter.com/urihannacom/status/1376461490088109191 __ at __ 2022-11-21 12:03:41 -08:00 __

Case 2:22-cv-09062-MCS-DFM Document 1-13 Filed 12/30/22 Page 77 of 101 Page ID #:4656



# Search Twitter



**Ultimate Rihanna**
@urihannacom                              ...

PHOTOS: Rihanna was spotted leaving dinner at Giorgio Baldi.

MORE: ultimate-rihanna.com/photos/thumbna...



2:09 AM · Mar 29, 2021 · Twitter Web App

**3** Retweets   **28** Likes


Tweet your reply

Reply

## Relevant people



**Ultimate Rihanna**       Follow
@urihannacom

Your most reliable #Rihanna fan source, serving you since the beginning!

## What's happening

 

FIFA World Cup · LIVE
**USA vs Wales**

Trending in United States           ...
**Oregon**
18K Tweets

Trending in California              ...
**Dodger Stadium**
13.8K Tweets

Trending in United States           ...
**1-0 USA**
17.3K Tweets

Sports · Trending                   ...
**Charles Barkley**
5,621 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Perkowski Legal P.C.**  ...
@c_perkowski

← **Tweet**

🔍 Search Twitter

---

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

 **OSG** ✔
@OloriSupergal

⋯

The SKIMS founder, Kim Kardashian, 41, and the "Saturday Night Live" star, Pete Davidson, 28, are reportedly dating.

Read more on wwwolorisupergal.com

#OSG #OloriSupergal



2:16 AM · Nov 19, 2021 · Twitter for iPhone

**3** Retweets  **4** Quote Tweets  **13** Likes

💬          🔁          ♡          ⬆

🅿 Tweet your reply                    Reply

**Oyinloye** @Oyinloyegleek · Nov 19, 2021        ⋯
Replying to @OloriSupergal
Wahala

💬          🔁          ♡ 1          ⬆

**Tweet**

🅿 **Perkowski Legal P.C.** ⋯
@c_perkowski

---

**Relevant people**

 **OSG** ✔
@OloriSupergal                    Follow

#Spaceshost 💥 💙 Entertainment / Lifestyle page Disclaimer: No copyright infringement intended. All rights and credits are reserved for the respective owner(s).

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Trending in California
**Dodger Stadium**
14.2K Tweets                ⋯

Sports · Trending
**AP Poll**
11.8K Tweets                ⋯

Sports · Trending
**Maguire**
Trending with #ThreeLions🏴󠁧󠁢󠁥󠁮󠁧󠁿        ⋯

Sports · Trending
**Billy Wagner**                ⋯

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

— https://twitter.com/dakotajarg/status/1551826145640714240 __ at __ 2022-11-21 15:55:08 -08:00

← **Thread**

**Dakota Johnson Argentina**
@DakotaJArg

La chaqueta que usa Dakota Johnson en las recientes fotos en el set de Madame Web parece confirmar que no interpretará la versión original del personaje de Madame Web, sino Julia Carpenter.



12:05 AM · Jul 26, 2022 · Twitter for iPhone

**13** Retweets   **1** Quote Tweet   **57** Likes

Tweet your reply

Reply

**Dakota Johnson Argentina** @DakotaJArg · Jul 26
Replying to @DakotaJArg
Según la descripción de los candids, "en la escena, Dakota es una taxista, ya que se sube al asiento del conductor de un taxi y se marcha."

💬    🔁 3    ♡ 14

---

**Relevant people**

 **Dakota Johnson Arge...**  **Follow**
@DakotaJArg
Tu mejor y más actualizada fuente de información sobre la actriz, productora, directora y activista #DakotaJohnson en Español.

**What's happening**

FIFA World Cup · 2 hours ago
**USA vs Wales**


Trending in United States
**Chrisley**
3,772 Tweets

Trending in United States
**Hive**
152K Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,475 Tweets

Trending in United States
**Combat Mode**
1,433 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski

Search Twitter

__ https://twitter.com/assisteagora/status/1583587657510113280 __ at __ 2022-11-20 07:21:48 -08:00 __

← **Tweet**

🔍 Search Twitter

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**


**Assiste Agora**
@assisteagora
⋯

Anne Hathaway e Nicholas Galitzine nos sets de 'THE IDEA OF YOU'

Segue uma mãe divorciada que desencadeia um caso de amor apaixonado com uma estrela pop que ela conhece depois de levar sua filha a um festival de música

#AnneHathaway #nicholasgalitzine #TheIdeaofYou

Translate Tweet

3:34 PM · Oct 21, 2022 · Twitter for Android

**4 Likes**

💬          ⟲          ♡          ⬆

P  Tweet your reply          Reply

## Relevant people


**Assiste Agora**
@assisteagora
**Follow**

📍 Conteúdo diário sobre Entretenimento em Geral • Notícias de filmes e séries • Críticas, Indicações de

**Perkowski Legal P.C.**
@c_perkowski    ⋯

https://twitter.com/AboutHerOFCL/status/1552723089747302408 __ at __ 2022-11-21 08:23:21 -08:00 __

← **Tweet**

**About Her**  ✓
@AboutHerOFCL                                          ...

Dakota Johnson spotted on set of #MadameWeb  



11:30 AM · Jul 28, 2022 · Buffer

**9** Retweets  **65** Likes

                     

  Tweet your reply                    Reply

Q Search Twitter

**Relevant people**

 **About Her** ✓
@AboutHerOFCL                  Follow

Inside untapped territory: Pulling back the curtain on Arab women who are defining cultural trends now.
#AboutHer

**What's happening**

NFL · Yesterday
**Cowboys at Vikings**

Entertainment · Trending                ...
**Kang**
Trending with #AntManandTheWaspQuantumania

Trending in California                   ...
**Dodger Stadium**

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

https://twitter.com/ScreenMix/status/1333998333287913474_at_all__2022-11-22 11:02:40 -08:00
Document 23-16    Document 313/1303    Page 82 of 101    Page ID
#:4881

Search Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@_c_perkowski

Screen Mix
@ScreenMix

ليوناردو دي كابريو و جينيفر لورانس من موقع تصوير فيلمهما
الجديد .Don't Look Up

2:18 PM · Dec 1, 2020 · Twitter for Android

27 Retweets   42 Quote Tweets   1,128 Likes

Tweet your reply                                    **Reply**

سُمّيّ @SOMI_ · Dec 1, 2020
Replying to @ScreenMix
الله اجتمعهم

KHALID. @SalidHimself · Dec 1, 2020
Replying to @labdra7man_04
@labdra7man_04 can't wait wallahi 🔥🔥

Faten @FnlliB · Dec 1, 2020
Replying to @ScreenMix
انتجع

أسيّة @March05_ · Dec 1, 2020
Replying to @ScreenMix
الؤسكارية الجل ممثلة في العصر الحديث ميشو لورانس "

محمد الشمراني 🐪 @niv_64 · Dec 1, 2020
Replying to @March05_ and @ScreenMix
يتأملك هي سدنه ، لكن انشكال زي هم اش يكرهوه في كل شي، الي بخفون فيهم ، الفضل ممثلة ابش فاههم الحديث ها ؟؟؟
حههههههههههههههههههههههه
من تعرف غيرها عشان تقرر ؟؟؟ 🤍❤️

Shady @ShadyJK · Dec 1, 2020
Replying to @ScreenMix
والق تماما ان رح يعجبني فيلمه لأني أكو ناشباته ودي الجو مع ميشو مكس رعب

ريما @doooto_ · Dec 1, 2020
Replying to @ScreenMix
حماس

مٌخُمُص @moamen71454598 · Dec 1, 2020
Replying to @ahmedrdnasr155
@ahmedrasr155

Ahmed Nasr 🇸🇦🇪🇬 @ahmedrdnasr155 · Dec 2, 2020
Replying to @moamen71454598 and @ScreenMix
بانا هنا ؟ ❤️❤️❤️

نايل @0oeir · Dec 1, 2020
Replying to @ScreenMix
اشتقت لبو

نورين @ORQ090 · Dec 1, 2020
Replying to @ScreenMix


GIF   ALT

أصيل @am_aj93 · Dec 1, 2020
Replying to @ScreenMix
هذي من لحب عليها وقضي لها شغرها كذا

ع 🌸 @MrAlliot · Dec 1, 2020
Replying to @ScreenMix
انجع هم الانين فد علم واحد 🖤🖤🖤🖤🖤

Saad || @QS_10 · Dec 1, 2020
Replying to @ScreenMix
انا ميرن سترب و كيت بلانشيت موضوعات ماضه ماضه بالنسبة لي لمينفم

glo.bal @global30429883 · Dec 2, 2020
Replying to @ScreenMix
😍❤️ هشان لبو بشوفه

toka @t_t_o_k_a · Dec 2, 2020
Replying to @ScreenMix
قلم فيه لبو ديكابريو اكيد ينجح

زۆن @A08RQb1rq624xm · Dec 1, 2020
Replying to @ScreenMix
واضح ان هيدا مسلك المخص زي جيداتنا 😂 واضح ان هيدا

نصرية @zxiiekiao · Dec 1, 2020
Replying to @ScreenMix
ليوناردو اطامه لتها بلاثة

Adham @Adham__ · Dec 1, 2020
Replying to @ScreenMix
💙؟؟؟؟؟؟

arwa @w7lk4 · Dec 1, 2020
Replying to @ScreenMix
واضحه الشبعه

GIF   ALT

Ahmed chaoukl @Ahmed44482220 · Dec 1, 2020
Replying to @ScreenMix
مين المخرج ومش سيمهنز

North 🔥 @70O1154 · Dec 1, 2020
Replying to @ScreenMix
@Majid25_

Relevant people

Screen Mix
@ScreenMix    **Follow**

حساب يهتم بنقل كل ما يحدث حول العالم من أمور فهم المثابة الترفيس للقائلين.
تواصل معنا عبر الخاص او عبر
ScreenMix@Pandora&0veg.com

What's happening

FIFA World Cup · Last night
Argentina vs Saudi Arabia

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Celebrities · Trending
Tom Hanks
7,172 Tweets

Trending in California
Lucas
1406 Tweets

Trending in California
LAPD
11,4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS    Document 23-16    Filed 03/13/23    Page 83 of 101    Page ID #:4662

← **Tweet**



**popgek**
@popgek

Chris Evans, Red One filminin setinde fotoğraflandı.

Kendisine Kiernan Shipka ve Dwayne Johnson'ın eşlik edeceği Noel temalı aksiyon komedi filmi Prime Video üzerinden izleyiciyle buluşacak.

Translate Tweet




4:19 AM · Oct 14, 2022 · Twitter for Android

**2** Retweets    **4** Quote Tweets    **200** Likes

💬        🔁        ♡        ⬆️

 Tweet your reply        Reply

**Ayça kara** @aycacakakara · Oct 14
Replying to @popgek
42 yaşındasın be adama hala böyle gözükmekte şov 😊

💬        🔁        ♡ 1        ⬆️

**Nevrotik danışman** @nevrotikpdrci · Oct 14
Replying to @popgek
E bu adam yakışıklıymış

💬        🔁        ♡ 1        ⬆️

Show more replies

---

🔍 Search Twitter

### Relevant people



**popgek**
@popgek                    **Follow**
Film ve dizi haberleri için 1 numaralı kaynağınız. • Instagram
instagram.com/popgek • Discord: discord.gg/zaKsrju

### What's happening

NBA · 58 minutes ago
**Lakers at Suns**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
☆ Promoted by Avatar

Trending in United States
**Erection**
18.1K Tweets

Trending in California
**Costco**
5,838 Tweets

Business and finance · Trending
**Chesapeake**
31.1K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

Search Twitter

← Tweet



**Ultimate Rihanna**
@urihannacom

Rihanna spotted outside of the Bowery Hotel in New York City (06.28)

• PHOTOS📸: Ultimate-Rihanna.com

#Rihanna #Fenty #FentyBeauty #Puma #FentyXPuma #RihSurface #Rih #Queen #Legend#Billboard #Anti #WildThoughts #SavageXFenty #Fashion #ASAP #asaprocky



8:26 PM · Jun 28, 2021 · Twitter for iPhone

17 Retweets   180 Likes



Perkowski Legal P.C.
@c_perkowski

Tweet your reply                    Reply

chiagoziem✅ @a_chiagoziem · Jun 29, 2021
Replying to @urihannacom
Let this lady be

Abdallah Yaawumya @Dallas88812951 · Jul 5, 2021
Replying to @urihannacom
So gorgeous 🥰😍



**Relevant people**

 Ultimate Rihanna    Follow
@urihannacom
Your most reliable #Rihanna fan source, serving you since the beginning!

**What's happening**

NBA · LIVE
Kings at Grizzlies



#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Trending in United States
RIP Harold                          ···

Sports · Trending
Ronaldo                             ···
Trending with Glazers

Trending in United States
#WinterizeASongOrBand               ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

https://twitter.com/wannamovie/status/1514232310179305477 __el__ 2022-11-21 22:27:48 -08:00
22-cr-09462-DMG-ADS   Document 23-16   Filed 03/13/23   Page 85 of 101   Page ID #:4664

← **Tweet**

Moviewa
@wannamovie

Oppenheimer çekimlerinden Robert Downey Jr. ve Cillian Murphy.



6:25 AM · Apr 13, 2022 · Twitter for Android

23 Retweets    33 Quote Tweets    2,504 Likes

Tweet your reply                                    **Reply**

**Y Kuşağı** @murat_atasoy · Apr 13
Replying to @wannamovie
Ulan Nolan sinema tarihinin en iyi 10 filminden 2 sini sen yaptın ama son 3
filmdir büyük sıçıyorsun. Haydi bakayım kalk ve silkeni O IMAX kameralarının
hakkını ver, bu sefer senden yeni bir sinema şöleni bekliyoruz.
♡ 16

**Ege** @egeuysaal · Apr 13
Replying to @wannamovie
Reis rolden çıkamamış. Sadece atı ve sigarası eksik
♡ 9

**Zişan** @ztrksyr · Apr 13
Replying to @wannamovie
Şu kadırda nasıl Tom Hardy olmaz ya
♡ 4

**ank böke** @isimsizkisizade · Apr 13
Replying to @wannamovie
Adam burda da shelby olmuş yürüyüşe bak aq
♡ 25

**bedbahtım** @ervakuruoglu · Apr 13
Replying to @wannamovie
Hayret benedict bundan nasil geri kalmiss ama heyecanlandim bakalim
♡

**Kerem** @kerem_akkn · Apr 13
Replying to @wannamovie
Bu filme gidilir
♡

**tani** @9596THINKER · Apr 13
Replying to @wannamovie
cillian💕😍❤️❤️💜💜❤️💛💚💙💜❤️🖤❤️🖤
♡

**Ozan Hacışahinoğulları** 🎬 @ahmetozannn · Apr 13
Replying to @wannamovie
manyak olacak
♡

Show more replies

Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

**Relevant people**

Moviewa
@wannamovie                        Follow
🔗 apple.co/3okBe09n &
bit.ly/3EuLg8f

**What's happening**

Television · 2 hours ago
WWE Monday Night RAW airing
on USA

Entertainment · Trending
Died Suddenly
68.6K Tweets

Sports · Trending
Troy Aikman
1,045 Tweets

Sports · Trending
Trey Lance
1,337 Tweets

Entertainment · Trending
#AvatarTheWayOfWater 🌊
Trending with James Cameron

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

__ https://twitter.com/win_solb/status/1580788322234138625 __ at __ 2022-11-22 22:38:51 -08:00 __

Tweet

**b**
@win_solb

New shots of Chris Evans on the set of Red One. glad to see him happy! #ChrisEvans #RedOne




10:11 PM · Oct 13, 2022 · Twitter for Android

**3** Retweets    **25** Likes

Tweet your reply

Reply

**Relevant people**



**b**
@win_solb
me and marvel

Follow

**What's happening**

NBA · 1 hour ago
**Lakers at Suns**



**#AvatarTheWayOfWater**
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in California
**Costco**
5,907 Tweets

Trending in United States
**Erection**
18.7K Tweets

Chain restaurants · Trending
**Hooters**
8,755 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/captmarvelnews/status/9559899893346461569 __al__ 2022-11-22 20:12:51 -08:00
22-cv-09462-DMG-ADS   Document 23-16   Filed 03/13/23   Page 87 of 101   Page ID
#:4666

← **Tweet**

🔍 Search Twitter

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

❋ **Captain Marvel NEWS / Fan Account**
@CaptMarvelNews

SHE'S HEREEEE! My hero **#CaptainMarvel** is aliveee

12:39 PM · Jan 26, 2018 · Twitter for iPhone

**120** Retweets   **28** Quote Tweets   **278** Likes

Tweet your reply                               **Reply**

**Slebo Nikos: Auror/Wandmaker** @bibelotsbygones · Jan 27, 2018
Replying to @CaptMarvelNews
The costume looks great, I just wonder why they gave up the red and gold?
💬 1      ⟲      ♡      ⬆

❋ **Captain Marvel NEWS / Fan Acc...** @CaptMarvel... · Jan 27, 2018
Replying to @bibelotsbygones
Nooooo! Of course not! Don't even worry! Her colors are her colors. They
are coming!
💬 1      ⟲      ♡ 2      ⬆
**Show replies**

**Sankin** @OOlmeda · Jan 26, 2018
Replying to @CaptMarvelNews
I'm in love
💬      ⟲      ♡      ⬆

**Jeremy Dobrick** @JeremyDobrick · Jan 26, 2018
Replying to @CaptMarvelNews
@brielarson looking amazing as Captain Marvel. Can't wait to see her in
action. One of my favorite super heros
💬      ⟲ 1      ♡ 5      ⬆

**Chris Tressler** ❄☀❋ @tresslacoll · Jan 26, 2018
Replying to @CaptMarvelNews
Turns out that the feels have not been diminished since yesterday.
💬      ⟲      ♡      ⬆

**Richard** @Richard30670944 · Jan 28, 2018
Replying to @CaptMarvelNews
Damm
Now i really want to fuck her..i feel for her in kong now she is killing me
💬      ⟲      ♡      ⬆

**Jinn** @Toguro_gym · Jan 26, 2018
Replying to @CaptMarvelNews
She is amazing...!!!
💬      ⟲ 1      ♡ 5      ⬆

**K. R. Dunn** @motonut34 · Jan 27, 2018
Replying to @CaptMarvelNews
I am assuming that is her 90's hairdo as well along with more Kree based
uniform? Still looks decent, but can't wait to see the final outfit and hair. ;)
💬      ⟲      ♡ 4      ⬆

**John M Grote** @JohnG1798 · Jan 26, 2018
Replying to @CaptMarvelNews
Can't wait for the movie
💬      ⟲      ♡ 1      ⬆

**Donald Walraven Jr** @raven1066 · Jan 26, 2018
Replying to @CaptMarvelNews
Looking good!!
💬      ⟲      ♡ 1      ⬆

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more

❋ **Captain Marvel NEWS / Fan Acc...** @CaptMarvel... · Jan 28, 2018
Replying to @Mr_Johnson1991
It won't be for SURE! :)
💬      ⟲      ♡      ⬆

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

**Relevant people**

❋ **Captain Marvel NE...** 
@CaptMarvelNews                **Follow**
Since 2010, Twitter's #1 international
Fan Account for EVERYTHING
CAPTAIN MARVEL!! Coming up: THE
MARVELS JUL 28, 2023! @brielarson
@captainmarvel

**What's happening**

NBA · 🔴 LIVE
Kings at Grizzlies

**#AvatarTheWayOfWater🌊**
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in United States          ···
**RIP Harold**

Trending in United States          ···
**#GenshinSpecialProgram**
3,667 Tweets

Trending in California            ···
**Epstein**
34.6K Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

__ https://twitter.com/AleRebollo27/status/1578133406139187200 __ at __ 2022-11-20 11:18:34 -08:00 __

← **Tweet**

 **Ale Rebollo** 🎭
@AleRebollo27

···

Tenemos imágenes desde el set de la cinta
#MadameWeb

Translate Tweet



2:21 PM · Oct 6, 2022 · Twitter Web App

**1** Retweet   **2** Likes

🗨           ⇄           ♡           ⬆

 Tweet your reply                    Reply

## Relevant people

 **Ale Rebollo** 🎭
@AleRebollo27                    Follow

Noticias Geek todos los días 📰🎮
Youtuber/Blogger 📷✏️ Mis Redes
Sociales✌️ : linktr.ee/ale_rebollo27
Contacto🤙:
alerebollo.oficial@gmail.com

## What's happening

Formula 1 · 4 hours ago
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 👹
Original movie now streaming
▶ Promoted by Disney+

Trending in California                    ···
**Shakira**
107K Tweets

Trending in United States                 ···
**Rest In Peace**
42.9K Tweets

Entertainment · Trending                   ···
**Morgan Freeman**
179K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**  ···
@c_perkowski

**Tweet**

← Tweet

**Dani Lagi** ⚡ Strip Marvel
@StripMarvel ···

Filtraciones 🚨 Emily VanCamp (Agente 13) y Georges St-Pierre (Batroc, personaje que salió en Winter Soldier) vistos en el set de #FalconandtheWinterSoldier ❤️

3:17 PM · Sep 14, 2020 · Twitter for iPhone

43 Retweets   2 Quote Tweets   561 Likes

🌎 Tweet your reply                    Reply

**Drake** @ladensolo1999 · Sep 14, 2020
Replying to @StripMarvel
George St Pierre mi peleador favorito

**Drake** @ladensolo1999 · Sep 14, 2020
Replying to @StripMarvel
A Michael Bisping no le gustó esta noticia

**Barik - The Master Mechanic** @PaladinsBarik · Sep 14, 2020
Replying to @StripMarvel

**Mily | spidermanno marvel** 🕷️💜🥀 @Privyetmarvel · Sep 14, 2020
Replying to @StripMarvel
Pinta a cierto villano Frances...hmmm

**EmilioMontesofficial** @emiliomontes94 · Sep 14, 2020
Replying to @StripMarvel
Ojalá y tenga más protagonismo Batroc

**javide_3006** @havie3006 · Sep 14, 2020
Replying to @StripMarvel
Batroc era un meme en la serie de ultimate Spiderman , todos se reían de el xd

💬 1

**Rockhirrim** 🔒 @RokhirimR · Sep 14, 2020
Replying to @havie3006 and @StripMarvel
Pero este batroc te hace una llave de sumisión UFC y te arranca la cabeza. XD

💬   ♡ 5

**Jesus Enrique #BlackPantherWakan...** @JesusEn32... · Sep 14, 2020
Replying to @StripMarvel
Sharon Carter se ve muy hermosa 😍❤️❤️❤️ al Capitán América le gusta esto 😳❤️

💬 1

**Jesus Enrique #BlackPantherWakan...** @JesusEn32... · Sep 14, 2020
Replying to @StripMarvel
George St-Pierre es un gran luchador de la UFC 💪🤙

💬   ♡ 2

**Luiggi Daniel** @17Problemz__ · Sep 14, 2020
Replying to @StripMarvel
Emily 😍

**Retr0** @Nomad1619 · Sep 14, 2020
Replying to @StripMarvel
LA QUIERO VER YAAAAAAAAAAAAAAAAAAAA

**Perkowski Legal P.C.** ···
@c_perkowski

**Relevant people**

**Dani Lagi** ⚡ Strip Ma...    Follow
@StripMarvel
Soy @Dani_Lagi de Strip Marvel en @youtube y @twitch autor de el #ComoConociAVuestraMarvel y el cómic #ElGuanteHaterDelInfinito
CONTACT: stripmarveltv@gmail.com

**What's happening**

FIFA World Cup · 1 minute ago
USA vs Wales



Video games · Trending
**Sin Kiske**
1,890 Tweets

Trending in United States
**Tampax**
7,215 Tweets

Trending in California
**Dodger Stadium**
14.1K Tweets

TV stars · Trending
**#MyFamilyIsWeird**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.





This Tweet is from a suspended account. Learn more

https://twitter.com/alpiedeldeporte/status/1155498849059921920 __ at __ 2022-11-22 19:40:50 -08:00 __

← **Tweet**

**Everardo Herrera**
@alpiedeldeporte

···

El Porsche que Alex Rodríguez le regaló a Jennifer López para su cumpleaños (GALERÍA)
ow.ly/JCZN50veqxL

Translate Tweet

8:22 AM · Jul 28, 2019 · Hootsuite Inc.

**2** Retweets  **3** Likes

Tweet your reply

Reply

---

## Search Twitter

### Relevant people

**Everardo Herrera**
@alpiedeldeporte          Follow

Lo mejor del fútbol de Costa Rica y
mundial. Además notas entretenidas.
facebook.com/AlPieDelDeporte
instagram.com/evergolcr

### What's happening

NBA · **LIVE**
**Kings at Grizzlies**

**#AvatarTheWayOfWater** 🌊
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Trending in United States          ···
**RIP Harold**

Sports · Trending          ···
**Hunter Renfroe**

Family drama · Trending          ···
**#GTMcontest37**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**


Perkowski Legal P.C.
@c_perkowski

← **Tweet**

**taraneh**
@electedbieber

He a runner he a track star



8:48 PM · Jul 2, 2021 · Twitter for iPhone

**1** Retweet   **8** Likes

---

**Relevant people**



**taraneh**   **Follow**
@electedbieber
who needs a bra when Justin Bieber
has two hands

---

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**


**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**

**Dakota_chris**❤️
@Dakotachris1

···

Dakota last nigh 😍😍

#dakotajohnson

8:13 AM · Oct 7, 2022 · Twitter for Android

**8** Retweets    **28** Likes

💬    🔁    ♡    ⬆️

Ⓟ    Tweet your reply    **Reply**

🔍 Search Twitter

## Relevant people

**Dakota_chris**❤️    **Follow**
@Dakotachris1

Dakota johnson Chris evans

## What's happening

FIFA World Cup · 56 minutes ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 👹
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending    ···
RIP JDF
5,971 Tweets

Only on Twitter · Trending    ···
**#RIPLEGEND**
2,049 Tweets

Trending in California    ···
**Shakira**
97.2K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

## Twitter Navigation

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**



**Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**

**Harry Styles México**
@HarryMexOficial  ···

El vídeo de Watermelon Sugar va a SALVAR este 2020, tengo 0 dudas.

1:12 PM · Apr 29, 2020 · Twitter for Android

**190** Retweets  **18** Quote Tweets  **935** Likes

Tweet your reply   **Reply**

**Julio López** @JulioLopezJL · Apr 29, 2020  ···
Replying to @HarryMexOficial
Parece la Casa de Papel Jajajaja amooo
♡ 4

**j u l i** @twoghostx_style · Apr 30, 2020  ···
Replying to @HarryMexOficial
Seria cagadisimo que lo estrene el día del aniversario de los jotos

**agos** @AgoosDiaazz · Apr 29, 2020  ···
Replying to @HarryMexOficial
sin dudas

**⁷Dya ☩ Shoto my beloved** @sho_ily · Apr 29, 2020  ···
Replying to @HarryMexOficial
Ya va salir ??

**iris** @agustwlls · Apr 29, 2020  ···
Replying to @HarryMexOficial
cuándo sale aA

**glasst91 Louis # FAITH IN THE FUTUR...** @gladistoli... · Apr 29, 2020  ···
Replying to @HarryMexOficial
Cuando sale

**Anna** @Hanlin_1d8 · Apr 29, 2020  ···
Replying to @HarryMexOficial
Temazo 👌

**Mical J.** @_itsMical · Apr 29, 2020  ···
Replying to @HarryMexOficial
Por fin algo bueno

**Hɪɫdα Oɾҽɳdαιɳ** @Hilda_Orendain · Apr 29, 2020  ···
Replying to @HarryMexOficial
Yo opino que debería ya subir para alegrarnos en esta cuarentena
♡ 2

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
**Tweet**

Perkowski Legal P.C.
@c_perkowski  ···

Search Twitter

**Relevant people**

Harry Styles México
@HarryMexOficial   **Follow**
🇲🇽 Fan Club del ganador al Grammy
@Harry_Styles 🎞️@HSHQ 🏵️
@HarryStylesMex2 TREAT PEOPLE
WITH KINDNESS #FMO ‖
harrystylesmex@gmail.com

**What's happening**

FIFA World Cup · 2 hours ago
USA vs Wales

Trending in California
**TSLA**
23.4K Tweets

Trending in California
**Dodger Stadium**
12.1K Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,526 Tweets

Sports · Trending
**Mexico City**
13.7K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

— https://twitter.com/SourceJohnson/status/1578056017342078976 _ at _ 2022-11-22 23:09:28 -08:00



← Tweet

**Dakota Johnson Source**
@SourceJohnson                                              ···

October 6th, Dakota seen on set of Madame Web in Boston, Massachusetts ❄️ #DakotaJohnson





👤 Dakota Johnson Portugal

9:14 AM · Oct 6, 2022 · Twitter for iPhone

**11** Retweets   **120** Likes

💬          ⇄          ♡          ⬆️

🅿️  Tweet your reply                          Reply

debora torres @deborat11242341 · Oct 6          ···
Replying to @SourceJohnson and @dakotajohnsonpt
Happyto see Dakota

💬          ⇄          ♡          ⬆️

 Perkowski Legal P.C.          ···
@c_perkowski

**Search Twitter**

**Relevant people**

 **Dakota Johnson Source**   Follow
@SourceJohnson
Page for All News and Updates On Dakota Johnson, Credits To Respectful Owners. Currently in post production - Madame Web

 **Dakota Johnson P...** ✓   Follow
@dakotajohnsonpt
A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷: @DJPTMidias | Fã-Clube.

**What's happening**

NBA · 1 hour ago
**Lakers at Suns**                          

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
📌 Promoted by Avatar

Trending in United States          ···
**Erection**
20K Tweets

Trending in California          ···
**Costco**
5,988 Tweets

Fashion & beauty · Trending          ···
**Balenciaga**
74.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/bieberflatlines/status/1238581130183442433 __ at __ 2022-11-21 16:49:09 -08:00 __

# Tweet

**@bieberflatlines**

hair down >>>> quiff

hope your feelings are ok

2:42 PM · Mar 13, 2020 · Twitter for iPhone

**2** Retweets    **28** Likes

Tweet your reply

Reply

## Relevant people

**@bieberflatlines**

Follow

non bieber fans don't interact

## What's happening

FIFA World Cup · This morning
**England vs Iran**

Entertainment · Trending
**Died Suddenly**
36.4K Tweets

Trending in United States
**#JeopardyAmyChat**

Family drama · Trending
**#GTMcontest10**
Trending with #GilMOREtheMerrier

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,628 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More …
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

This Tweet is from a suspended account. Learn more



←

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Perkowski Legal P.C.
@c_perkowski

Kiwi Dançante💃 sour @Keikeidancarino · Dec 1, 2020
Replying to @larrydetetive
Gente, olha a pose, A POSE✨✨✨✨

katz. @nakedlouie · Dec 1, 2020
Replying to @larrydetetive
af ele tá perfeito !

From katz.

katz. @nakedlouie · Dec 1, 2020
Replying to @larrydetetive
a perninha👏👏👏👏

From katz.

Amanda @onlykiwie · Dec 1, 2020
Replying to @larrydetetive
ESSA FOTO TÁ PERFEITA

@louvlwt · Dec 1, 2020
Replying to @larrydetetive
ai papai eu não tô bem

elola @wallflowerr · Dec 1, 2020
Replying to @larrydetetive
harry chegando assim em casa o louis late

eve | migrei!!! @withlvtolouis · Dec 1, 2020
Replying to @larrydetetive
to fraca

@noahurrqs · Dec 1, 2020
Replying to @larrydetetive
algm avisa pro Harry q tem gnt q morre

alanis | fan account 🇧🇷 @povnourry · Dec 1, 2020
Replying to @larrydetetive @apuhjefferson

Maisa 🍊 (fan account) @mah_h28 · Dec 1, 2020
Replying to @larrydetetive
TO PRESTES A ENTRAR EM UM COLAPSO!

QUE HOMEM PERFEITO, MEU DEUS 🥺💖

← Tweet

Search Twitter

🏠 Home

**Relevant people**

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⚙️ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Screen Mix ✓ 
@ScreenMix

أحدث ظهور للشقراء سيلينا غوميز بستايلها الجديد في
كاليفورنيا 💗😷

Translate Tweet


Screen Mix ✓
@ScreenMix
Follow

حساب يهتم بنقل كل ما يحدث حول العالم
من أمور تهم المتابع العربي. للإعلان،
تواصل معنا عبر الخاص أو على
ScreenMix@PandorasBoxeg.com

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
☑ Promoted by Avatar

Politics · Trending
**Naomi Biden**
1,985 Tweets

Trending in United States
**#TheMarvels**
1,967 Tweets

Music · Trending
**Devil In A New Dress**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

10:04 AM · Apr 27, 2021 · Twitter for Android

**16** Retweets   **55** Quote Tweets   **1,105** Likes

🗨 Tweet your reply                                    Reply

Eisa @Ifvxa2 · Apr 27, 2021
Replying to @ScreenMix
الي يشوفها حلوة نقطة ايلك
🗨 16

@luvjimie · Apr 27, 2021
Replying to @ScreenMix
ليثها بس مستخيرة قبل لا تصيح
🗨 1

reema_sely @Selenahiop · Apr 27, 2021
Replying to @luvjimie and @ScreenMix
مالك دخل فيها
🗨 1

reema_sely @Selenahiop · Apr 27, 2021
Replying to @ScreenMix
ليثني رد بول
🗨

فَاطمه @Gls8l · Apr 27, 2021
Replying to @ScreenMix
السمن مكبرها
🗨

Farag🦅 @AlhershhFarag · Apr 27, 2021
Replying to @ScreenMix
تمام هكي مش مزبوط @justinbieber
🗨

bofaa🇰🇼 @bofaareibi · Apr 27, 2021
Replying to @ScreenMix
😬
🗨 1

الأضيـع @sallo3a · Apr 28, 2021
Replying to @bofaareibi and @ScreenMix
إع يالاضغر
🗨 2

Abdulrahman @O12S11 · Apr 27, 2021
Replying to @ScreenMix
شذا القبح 🤍
🗨 1

D.faaad⭐|🎬|📱 @F2HD___ · Apr 27, 2021
Replying to @ScreenMix
عندها شاربنقان

🗨 5

OBAID @obd66 · Apr 27, 2021
Replying to @ScreenMix
كثرت لقيمات الأخت 😂

← **Tweet**



**Expo Comics News** ✦➤
@ComicsExpo                                    ···

❗ SPOILERS: Nuevas imágenes del personaje de Tahar Rahim en las grabaciones de 'Madame Web'.

Translate Tweet



6:12 AM · Oct 7, 2022 · Twitter for Android

**4** Likes

💬          ↻          ♡          ⬆️

Ⓟ    Tweet your reply                    Reply

## Relevant people



**Expo Comics News** ✦➤          Follow
@ComicsExpo

Me apasiona hablar sobre Cine, cómics y superhéroes | Noticias de Marvel, DC, Star Wars, videojuegos y más | Siempre con respeto⚠️💼

## What's happening

FIFA World Cup · 1 hour ago
**World Cup Qatar 2022: Opening Ceremony**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶️ Promoted by Disney+

Only on Twitter · Trending                ···
**Jason David Frank**
90.5K Tweets

Trending in California                    ···
**Shakira**
102K Tweets

Trending in United States                 ···
**#QATECU**
87.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Ⓟ   **Perkowski Legal P.C.**   ···
     @c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 23-16   Filed 03/13/23   Page 101 of 101   Page ID #:4680



← **Tweet**

This Tweet is from a suspended account. Learn more

**ILOVEMILEYCYRUS** ❤️ @SmilerDiary · Jan 21, 2020
Replying to @MileyUpdates
Awww ily baby

**lels** 🍒 @rosesformiley · Jan 22, 2020
Replying to @MileyUpdates
GOALA

**Roberto Manuel De Je** @RobertoManuelD2 · Jan 22, 2020
Replying to @MileyUpdates
Amor de fã também doi 🏆

**jiji uy** @JACTF · Jan 22, 2020
Replying to @MileyUpdates
❤️❤️❤️

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⦿ More

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski