# EXHIBIT B Continued

← **Tweet**

**Séptimo Proyector** 
@SeptimoProyecto

···

Fotos de Dakota Johnson en el set de #MadameWeb 🔥🎬




3:14 PM · Jul 26, 2022 · Twitter for Android

**8** Retweets    **1** Quote Tweet    **46** Likes

    Tweet your reply

    Reply

🔍 Search Twitter

### Relevant people

**Séptimo Proyector** 
@SeptimoProyecto

**Follow**

Revista Digital de Cine 🎬 | ¿Que se puede hacer salvo ver películas? 🎥 Nuestros artículos en la web ✍️🍿

### What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**



Music · Trending
**Lionel Richie**
4,032 Tweets

Trending in United States
**#raidernation** 🏴
10.1K Tweets

Music · Trending
**Billy Joel**
1,329 Tweets

Trending in United States
**Schiff**
55.1K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

## Navigation sidebar

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

__ https://twitter.com/ludenoid/status/1556960751302098945 __ at __ 2022-11-21 07:44:35 -08:00 __



← Tweet

**Ludenoid** 🎃 🪐 
@ludenoid

···

Anthony Ramos'a **#Ironheart** dizisinde The Hood olarak ilk bakış.

Translate Tweet

 

4:09 AM · Aug 9, 2022 · Twitter Web App

**1** Retweet   **11** Likes

💬      🔁      ♡      ⬆️

P   Tweet your reply                    Reply

🔍 Search Twitter

## Relevant people



**Ludenoid** 🎃 🪐
@ludenoid                           **Follow**

Oyun, dizi ve film evrenlerinden haber ve yorumlar 🪐 **#EpicPartner** - Creator Code: LUDENOID 💌 İş Birliği & İletişim: info@ludenoid.com

## What's happening

**FIFA World Cup · Yesterday**
**World Cup Qatar 2022: Opening Ceremony** 

Music · Trending                    ···
**#askmeek**

Gaming · Trending                    ···
**3DS Rainbow Road**
Trending with Maple Treeway

Family drama · Trending              ···
**#GilmoreTheMerrier**

Trending in California              ···
**Dodger Stadium**
14.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**   ···
@c_perkowski

← **Tweet**

🔍 Search Twitter

⚪ : @drayamichele    ⋯

Getting money outta town I LIKE IT



5:11 PM · Dec 7, 2020 · Twitter for iPhone

**52** Retweets   **3** Quote Tweets   **900** Likes

💬   🔁   ♡   ⬆

P   Tweet your reply    **Reply**

⚪ Spare Time Novels @NovelsTime · Dec 28, 2020    ⋯
Replying to @drayamichele
Xox
💬   🔁   ♡   ⬆

⚪ Daniel @Daniel17103311 · Dec 9, 2020    ⋯
Replying to @drayamichele
And I like you
💬   🔁   ♡   ⬆

⚪ Andre Coleman @AndreCo83239685 · Dec 8, 2020    ⋯
Replying to @drayamichele
Very lovely woman. 💯😍
💬   🔁   ♡   ⬆

⚪ SlabJ @slab1slab · Dec 7, 2020    ⋯
Replying to @drayamichele
Yes I know that's right
💬   🔁   ♡   ⬆

⚪ Black Thunder 56904313 @authorkelly69 · Dec 18, 2020    ⋯
Replying to @drayamichele
Absolutely beautiful
💬   🔁   ♡   ⬆

⚪ MARK BROWN @MAB1526 · Dec 13, 2020    ⋯
Replying to @drayamichele
I buy 100$ worth of powerball and mega million tickets every week. And will gladly give you the winning ticket. For a life time of DRAYA. DRAYA4EVER
💬   🔁   ♡   ⬆

⚪ Henry Byrd @Byrdone10 · Dec 9, 2020    ⋯
Replying to @drayamichele
Beautiful
💬   🔁   ♡   ⬆

⚪ Bellzworth @Bellzworth81 · Dec 7, 2020    ⋯
Replying to @drayamichele
Classy 💯
💬   🔁   ♡   ⬆

**Relevant people**

⚪ : @drayamichele    **Follow**
I'm unbothered. | Unofficial. Commentary. Non-affiliation. Fan account. Parody

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**


Entertainment · Trending
**Julia Fox**
4,653 Tweets

Trending in United States
**Vamos USA**

Trending in United States
**LETS GO BOYS**

Trending in United States
**National Anthem**
65.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

---

🐦

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

Perkowski Legal P.C.    ⋯
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 23-17    Filed 03/13/23    Page 5 of 101    Page ID #:4685

← **Tweet**



**Desi en el cine** 🎬
@desienelcine

NUEVAS FOTOS DE MADAME WEB 😍

Translate Tweet



5:08 PM · Aug 7, 2022 · Twitter for Android

## Relevant people

**Desi en el cine** 🎬
@desienelcine

Noticias de cine curiosidades y recomendaciones de pelis

**Follow**

## What's happening

Television · 2 hours ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
■ Promoted by Uber

Trending in United States
**Blocked**
128K Tweets

Trending in United States
**Waka Waka**
37.1K Tweets

Trending in California
**Andrew Tate**
27.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

Tweet your reply

**Reply**

**Perkowski Legal P.C.**
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 23-17   Filed 03/13/23   Page 6 of 101   Page ID #:4686



← **Tweet**

 🌈**ANDY JONNY**
@AndresJovannyMa                                    •••

Yo creo que ya no sale la serie live action de "Las Chicas Super Poderosas" 😔🧡💙💚

Translate Tweet



10:14 PM · May 18, 2022 · Twitter for Android

**1** Like

💬          🔁          ♡          ⬆️

  Tweet your reply                                    **Reply**

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

Q Search Twitter

**Relevant people**

 🌈**ANDY JONNY**              **Follow**
@AndresJovannyMa

EL PENSAR Y EXPRESAR 💙🩷 Tengo un canal en YouTube ▶️ ANDY JONNY 🤑

**What's happening**

FIFA World Cup · 3 hours ago
**World Cup Qatar 2022: Opening Ceremony**


**#Disenchanted** 🧙‍♀️
Original movie now streaming
🅿️ Promoted by Disney+

Trending in United States                •••
**Rest In Peace**
44.9K Tweets

Trending in California                    •••
**Shakira**
109K Tweets

Entertainment · Trending               •••
**Morgan Freeman**
182K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**              •••
@c_perkowski

_ https://twitter.com/movielogtr/status/1556918128590090881 __ at __ 2022-11-21 06:11:10 -08:00 __

← **Tweet**



**MovieLogTR**
@movielogtr

Ironheart dizisinin setinden Dominique Thorne'un hayat verdiği Riri Williams ve kostümüne ilk bakış.

Translate Tweet

1:19 AM · Aug 9, 2022 · Twitter for iPhone

Tweet your reply

Reply

Q Search Twitter

**Relevant people**



**MovieLogTR**
@movielogtr                        Follow

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Gaming · Trending
**daily quordle 301**

Trending in United States
**Maguire**
Trending with Luke Shaw

Trending in California
**#BLACKPINK_WORLDTOUR**
57.7K Tweets

Music · Trending
**Kelly Rowland**
20.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



**Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**

**Bang Tidy Celebs**
@BangTidyHQ                          ...

-@SaraSampaio



12:29 PM · Apr 12, 2021 · Twitter Web App

**15** Likes

Tweet your reply                          Reply

---

Search Twitter

**Relevant people**

**Bang Tidy Celebs**          Follow
@BangTidyHQ
Bringing you Bang Tidy Celebs from
the UK and around the world. From TV
& Film to Music & Models. Any
requests feel free to tweet.

**Sara Sampaio** ✓          Follow
@SaraSampaio
model, actress and professional
karaoke singer

**What's happening**

NFL · 2 hours ago
**Cowboys at Vikings**

**#Disenchanted** 🧑‍🦰
Original movie now streaming
▶ Promoted by Disney+

Trending in United States          ...
**Bob Iger**
3,481 Tweets

Trending in United States          ...
**#TheWalkingDead**
Trending with  #TWDFinale, Rosita

Music · Trending          ...
**Machine Gun Kelly**
2,665 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**          ...
@c_perkowski

# Twitter

## Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

**DCU Argentina** 🇦🇷
@DCComicsARG
···

**¡GRAN NOTICIA!**

@bigscreenleaks confirmó que la primera proyección de #BlueBeetle fue muy positiva.

"A BLUE BEETLE le fue bastante bien en la proyección de la semana pasada. Zaslav no lo está tocando".

Translate Tweet



🎬 DC

4:41 PM · Oct 4, 2022 · Twitter for iPhone

**12** Retweets    **2** Quote Tweets    **222** Likes

💬    🔁    ♡    ⬆️

**Tweet your reply**    **Reply**

**Cris Geek** ⚡ @Cristogeek · Oct 4
Replying to @DCComicsARG @bigscreenleaks and @DCComics
🙂
💬    🔁    ♡ 2    ⬆️

**CHRIS**👑 @Christianbv99 · Oct 5
Replying to @DCComicsARG @bigscreenleaks and @DCComics
Zaslav sabe lo que está haciendo al menos con DC.
💬 1    🔁    ♡    ⬆️

**7|7** @Alejandr82869021 · Oct 5
Replying to @Christianbv99 @DCComicsARG and 2 others
El truco está en no hacer nada
Solo dejar a los directores con su visión del personaje
💬    🔁    ♡    ⬆️

**Danny Rodriguez** @DannyBoy2687 · Oct 4
Replying to @DCComicsARG @bigscreenleaks and @DCComics
Le estoy teniendo tirria a este Zaslav y su incompetencia con la marca DC.
💬    🔁    ♡    ⬆️

**César Ramirez** @elcesar1997 · Oct 5
Replying to @DCComicsARG @bigscreenleaks and @DCComics
¿Quien es el director?
💬 1    🔁    ♡    ⬆️

**DCU Argentina** 🇦🇷 @DCComicsARG · Oct 5
Replying to @elcesar1997 @bigscreenleaks and @DCComics
Ángel Manuel Soto
💬    🔁    ♡    ⬆️

**Onokroli** @onokroli · Oct 4
Replying to @DCComicsARG @bigscreenleaks and @DCComics
La verdad no tengo idea de sobre este personaje, pero por ahora todo se escucha muy bien y me gusta mucho el DCEU, así que espero con ansias el 1er trailer.
💬    🔁    ♡    ⬆️

**Maestro del Sur** @sur_maestro · Oct 4
Replying to @DCComicsARG @bigscreenleaks and @DCComics
Xolo es muy carismático y nació para hacer ese papel. A pesar de que no es mi Blue Beetle preferido, puedo ver a DC finalmente teniendo a Spider Man.
💬    🔁    ♡ 1    ⬆️

**Batfleck #RestoreTheSnyderverse** @EJ68801220 · Oct 4
Replying to @DCComicsARG @bigscreenleaks and @DCComics
Si lo toca, es porque tiene basura para quitar. Por eso cancelo Batgirl
💬 1    🔁    ♡    ⬆️

**pablo villarroel** @pabloIB5363832 · Oct 4
Replying to @EJ68801220 @DCComicsARG and 2 others
Que raro, yo creía que los fans de Snyder estaban en contra de toda las peliculas de DC en donde Snyder no esté involucrado?😅
💬    🔁    ♡    ⬆️

**Uriel Juárez** @UrielJa25653270 · Oct 4
Replying to @DCComicsARG @bigscreenleaks and @DCComics
Pues no,porque el quiere calidad
💬    🔁    ♡    ⬆️

**Bruno Vicepresidente** 🐭 @BrunoElamo · Oct 4
Replying to @UrielJa25653270 @DCComicsARG and 2 others
Y Blue Beetle nos dará esto
💬    🔁    ♡ 2    ⬆️

Show more replies

**Perkowski Legal P.C.**
@c_perkowski
···

🔍 Search Twitter

### Relevant people

**DCU Argentina** 🇦🇷 
@DCComicsARG    Follow
De la casa más importante de superhéroes. Noticias e información las 24 horas sobre el universo DC. 🎬 Contacto: detectivecomicsarg@gmail.com 📩👤

**BSL** 🎮 ✔️ 
@bigscreenleaks    Follow
Gaming, Star Wars and Comics Historian | Unapologetic Ms. Marvel stan | Founder & EIC of @OneTakeNews | #LeafsForever ⚽ #WeTheNorth🍁 | 📩: theonetakenews@gmail.com

**DC** ✔️ 
@DCComics    Follow
The official home of Batman, Superman, Wonder Woman, Green Lantern, The Flash and the rest of The World's Greatest Super Heroes! BLACK ADAM now playing.

### What's happening

NFL · 2 hours ago
**Cowboys at Vikings** 

#Disenchanted 🪄
Original movie now streaming
Promoted by Disney+

Trending in United States
**Bob Iger**
4,332 Tweets

Sports · Trending
**Toney**
10.2K Tweets

Trending in United States
**#AMAs** 
Trending with socialx, Favorite K-Pop Artist

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

← **Tweet**

⟲ **Entertainment News** Retweeted

 **Page Six** ✔
@PageSix                                  ⋯

Ben Affleck won't let a protective coronavirus mask stop him from smoking trib.al/2fZMJEF



6:57 AM · Apr 24, 2020 · SocialFlow

**58** Retweets   **104** Quote Tweets   **252** Likes

💬                ⟲                ♡                ⬆

 Tweet your reply                          Reply

---

**Home**

**#** Explore

🔔 Notifications ①

✉ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

⋯ More

**Tweet**

---

Q Search Twitter

### Relevant people

 **Entertainment News**    Follow
@15MinuteNewsEnt
#Entertainment #News covering #Movies, #Music, #Celebrities, #Gossip, #Gaming, #Television and Series News from @15MinuteNews

 **Page Six** ✔    Follow
@PageSix
If you don't want it on Page Six, don't do it.

### What's happening

NFL · LIVE
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
56.2K Tweets

Trending in California
**Dodger Stadium**
9,863 Tweets

Sports · Trending
**Brock Purdy**

Trending in California
**Pulisic**
41.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/RihanyBrasil/status/1503069791820017152 ... 2022-11-23 15:30:05 08:06
Document 23-17   Filed 03/13/23   Page 12 of 101
# A8682

Search Twitter

← Tweet

**Rihanna Navy Brasil | Fan Account**
@RNavyBrasil

BADGALRIRI. 🖤



7:07 AM · Mar 13, 2022 · Twitter for Android

**2,476** Retweets   **441** Quote Tweets   **37.1K** Likes

**Relevant people**

**Rihanna Navy Brasil |…**    Follow
@RNavyBrasil
RNB 🇧🇷 | Estamos online desde 2010, somos o maior e mais completo fã-clube sobre a cantora Rihanna no Brasil e em toda a América Latina. Apoio: @amoricbrasil

**What's happening**

NFL · 4 hours ago
**49ers at Cardinals**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
RNB 🇧🇷 | Estamos online desde 2010, somos o maior e mais
Trending with World Premiere

Trending in California
**Mexicans**
1,362 Tweets

Trending in United States
**August Alsina**
Trending with Jada #TheSumofUs

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

💬 Tweet your reply                    Reply

**Perkowski Legal P.C.**  ···
@c_perkowski

**madu** 💚 @a_madux · Mar 13
Replying to @RNavyBrasil
O salto finíssimo ela quer me infartar
💬        ♡ 16        ⬆

**A tal da Amandinha** @peachpie_me · Mar 13
Replying to @a_madux and @RNavyBrasil
se ela me cai num negócio desse, mds
Show replies

**Diego** 🇧🇷 @Di_nota · Mar 13
Replying to @RNavyBrasil
Perfeita
💬        ⬆

**sexy e muy rrsata** @ros2indy · Mar 14
Replying to @RNavyBrasil
Amo q os seios dela parece q ela já teve 3 filhos, gente da gente;
Alguma coisa tenho a parecer com ela
💬        ♡ 2        ⬆

**2023** @CoxinhaMutante3 · Mar 14
Replying to @RNavyBrasil
Gente o que a Rihanna ta fazendo comendo fermento a cada foto a barriga dela tá maior
💬        ⬆

**Leeh** @inehtuta · Mar 13
Replying to @RNavyBrasil
Queria ser o médico que tá acompanhando essa mulher de perto grávida 😍
💬        ♡ 10        ⬆

**。.¨ Vegeta** 🍃 @atlinee · Mar 14
Replying to @RNavyBrasil
😂😂😂😂
💬        ⬆

**Neguinha besta** @ktalvicete · Mar 13
Replying to @RNavyBrasil
Look para mamães metaleiras
💬        ⬆

**Luís Arnaldo** @Luis_Arnaldo · Mar 14
Replying to @RNavyBrasil
ta tomando cerveja pra caramba hein
💬        ⬆

**tete** 🌹 @tatapprincess2 · Mar 13
Replying to @RNavyBrasil
o oclin e a jaqueta 😮
💬        ⬆

**Ewerton Dias de Moura** @ewertonintemac · Mar 13
Replying to @RNavyBrasil
E
💬        ⬆

**nan** @asirazdevc · Mar 13
Replying to @RNavyBrasil
As coisas sem conseguir respirar, mulher gostosa
💬        ♡ 5        ⬆

**luanacarla** @luanacarla21b · Mar 13
Replying to @RNavyBrasil
Eu tô amando os looks grávida da riri 💚💚
💬        ♡ 2        ⬆

**Mia Rubyrose** @MiaRubyrose · Mar 13
Replying to @RNavyBrasil
A true baddie 🖤🔥🔥🔥
💬        ⬆

**needy** 🖤 | fan account @glawfenty · Mar 13
Replying to @RNavyBrasil
a maior q existe RNB
💬        ♡ 1        ⬆

**94** @Reksises1 · Mar 13
Replying to @RNavyBrasil
@1990ponyboy
💬 1        ♡ 1        ⬆

**r** @1990ponyboy · Mar 13
Replying to @Reksises1 and @RNavyBrasil
chic demais
💬        ⬆

**a mais mais** @ghabrimpo · Mar 13
Replying to @RNavyBrasil
m—mommy 😩
💬        ♡ 1        ⬆

**TopShots PhotoBooth** @TopShotsBooth · Mar 13
Replying to @RNavyBrasil
Yep when I become pregnant the belly will be out!!!!!! Looking good #riri
💬        ⬆

**nycalas** @demonf4R · Mar 13
Replying to @RNavyBrasil
q mulher horrorosa
💬        ♡ 1        ⬆

**Petkovic Costa** @Petkovicosta · Mar 14
Replying to @RNavyBrasil
Quem é essa viria?
💬        ⬆

**Mestre dos Mestres** @paivxbsc · Mar 13
Replying to @RNavyBrasil
Que porra é essa?
💬        ⬆

**pantera do lula** @poopatric · Mar 13
Replying to @RNavyBrasil
@merguilhinho_ pqp sabe
💬        ⬆

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

Show replies

Show additional replies, including those that may contain offensive content        Show

Case 2:22-cv-09462-DMG-ADS    Document 23-17    Filed 03/13/23    Page 13 of 101    Page ID #:4693





https://twitter.com/updatecharts/status/1391872380072030465/p

# Twitter

UpdateCharts ✓
@UpdateCharts

Segundo o site E! News, Jennifer Lopez e Ben Affleck
teriam reatado o namoro, 17 anos após término. O
casal estaria aproveitando uma viagem juntos em
Montana, nos EUA.



1:49 PM · May 10, 2021 · Twitter for Android

**19** Retweets   **17** Quote Tweets   **180** Likes

Tweet your reply                                      [ Reply ]

Anderson @AndreasEAnder... · May 10, 2021
Replying to @updatecharts
Realidade gerando filme

**x 9XV.. [Ler] Membraoa ✕** @papuerPadWood · May 11, 2021
Replying to @updatecharts
ce ale o linha terminado com a dor de arma nós passado???

x 9XV.. [Ler] Membroaa ✕ · May 10, 2021

doda @reglunfuo68 · May 10, 2021
Replying to @updatecharts
esse homem é faz estranho meu deus q coragem dele
Show replies

Hora ✓ @Revelehzvz · May 10, 2021
Replying to @updatecharts
Eu jurando que ele fava quase casando com a Ana de Armas

x 9XV.. [Ler] Membroaa ✕ · May 10, 2021

doda @reglunfuo68 · May 10, 2021
Replying to @updatecharts
esse homem é faz estranho meu deus q coragem dele
Show replies

Hora ✓ @Revelehzvz · May 10, 2021
Replying to @updatecharts
Eu jurando que ele fava quase casando com a Ana de Armas

Lucas Souza @abdot_maax · May 10, 2021
Replying to @updatecharts
Esta berenco gostuoso

nAnda @nagniviuk · May 10, 2021
Replying to @updatecharts
ache q ele ainda tava c a ana

fac @Ro_tica · May 10, 2021
Replying to @updatecharts
pura Jennifer lopez ju fol methor,,

cami @imfallchuziun · May 10, 2021
Replying to @updatecharts
jenitn que caat mais ??? nem sabia deles kkkkkk

ipi | @dinnamopo · May 10, 2021
Replying to @updatecharts
o ipeeeeeee ??? nem sabia deses ntfi doa disis

333 @connavipipv · May 10, 2021
Replying to @updatecharts
Naiseo nos anos Ella? Porca est coał mais hypado, Angélica e brad. brfntu
e justo, tenfer Andrton e brad e ben e J0 esse e o bpó 4 toa favorites dos
tablōeas nesse tempo so se feunam nesee perna

Urz 🌼 @perrschas · May 10, 2021
Replying to @updatecharts
é batman?

Trux @dukfelserdz · May 10, 2021
Replying to @updatecharts
uma cena descartada de garota exemplar

jo midnights @hiawdor · May 10, 2021
Replying to @updatecharts
coliel us
ninguém merece namorar com ele

rai' - 2XWXC @OOdRtGMCrEH · May 10, 2021
Replying to @updatecharts
penset que ele ainda tava a ana de armas

John Reinherz @clusferitwect · May 10, 2021
Replying to @updatecharts
esse homem é faz estranho nao de consiqmo

chrys.á @lobofinefetion · May 10, 2021
Replying to @updatecharts
Nao sabia nem que linha terminado e casamento

Lulli @oluldorola,,, · May 10, 2021
Replying to @updatecharts
imagina a filho desses dois

@PGROTW · May 10, 2021
Replying to @updatecharts
Gke
eles so terminaram pelo pressado d mídia naquela época

jo 🌙 @veromambigages · May 10, 2021
Replying to @updatecharts
oh homem gostoso

Allson @Alluvenmee1984 · May 10, 2021
Replying to @updatecharts
A J é muito rannicadaina. Adorei Klek

Sofeca; indigo 🌼 @frijuzos · May 10, 2021
Replying to @updatecharts
Ele bota gato nela a?

Toh Non' 🌼 / Xiara - ba @lacehrobrots · May 10, 2021
Replying to @updatecharts
Batman passando o rodo

Relevant people

UpdateCharts ✓
@UpdateCharts                    [ Follow ]
Notícias com uma dose diária de
update sempre na sua timeline. 📊
publi: updatecharts@hynd9.com.br

What's happening

Film World Cup · 1h
Mexico in Poland

FIFA World Cup · In theaters December 16
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in California
Mexicans
16.8K Tweets

Trending in California
LAPD
6.472 Tweets

Celebrities · Trending
Tom Hanks
6.472 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2021 Twitter, Inc.

# Tweet

**sexycelebs**
@CelebSexycelebs

Sexy



6:29 PM · May 11, 2021 · Twitter for iPhone

**13** Retweets   **254** Likes

This Tweet was deleted by the Tweet author. Learn more

**sexycelebs** @CelebSexycelebs · May 11, 2021
😘

## Relevant people



**sexycelebs**
@CelebSexycelebs

Follow

Love hot celebs (I'm a guy)

## What's happening

FIFA World Cup · 3 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in California
**Mexicans**
18.2K Tweets

Celebrities · Trending
**Tom Hanks**
6,421 Tweets

Trending in California
**Mexico City**
18.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

← **Tweet**

This Tweet is from a suspended account. Learn more

**Reynita** @Natalysanchezs · Apr 23, 2020
Replying to @MileyUpdates
@AbdelRodriguezC cómprame uno así

💬 1        ⟲        ♡ 1        ⬆

**Abdel** @AbdelRodriguezC · Apr 23, 2020
Replying to @Natalysanchezs and @MileyUpdates
😂😂😂 le dire a que vende en facebook

💬        ⟲        ♡        ⬆

**manion burtt** @manion_burtt · Apr 24, 2020
Replying to @MileyUpdates
Very sad Miley.

💬        ⟲        ♡        ⬆

**Katrina** @piscesmiley32 · Apr 23, 2020
Replying to @MileyUpdates
Am I weird that I still want that dress she wore when she was 16 at the
Oscars

💬        ⟲        ♡ 5        ⬆

**marta (taylor's version)** @watchselgo · Apr 23, 2020
Replying to @MileyUpdates
stylish couple

💬        ⟲        ♡        ⬆

**Miss Zac** @Oshes · Apr 23, 2020
Replying to @MileyUpdates
I need those pants where can I find them lol

💬 1        ⟲        ♡ 1        ⬆

This Tweet is from a suspended account. Learn more

Show replies

Show additional replies, including those that may contain offensive content        Show

### Sidebar

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⚫ More

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/coolcrushes/status/1571182318110244864 _at_ 2022-11-21 07:32:10 -08:00
Case 3:22-cv-09462-DMG-ADS    Document 23-17    Filed 03/13/23    Page 17 of 101    Page ID #:4697

# Twitter

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

**Celeb Crushes 95K**
@coolcrushes

Part II - The best of 2️⃣0️⃣2️⃣2️⃣ so far!

⚡ Jodie Comer (2022)
🔥 Katharine McPhee (2022)
⚡ Blake Lively (2022)
⚡ Ann Hathaway (2022) 👠

twitter.com/coolcrushes/st...



**Celeb Crushes 95K** @coolcrushes · Sep 17
🔴 Another Masterclass Challenge! 🙆
Theme: The best of 2️⃣0️⃣2️⃣2️⃣ so far!

⚡ Sydney Sweeney (2022)
⚡ Jennifer Lopez (2022)
⚡ Megan Fox (2022)
⚡ Vanessa Hudgens (2022)

The challenge (if you choose to accept it):
Can you match or better the assembled excellence? 👍

10:00 AM · Sep 17, 2022 · Twitter Web App

**9** Retweets    **91** Likes

Tweet your reply                                    **Reply**

**lifesurfer** @lifesurfer11 · Sep 17
Replying to @coolcrushes
Very nice!! 😍🔥

**Raymundo Islas** @RaymundoIslas7 · Sep 17
Replying to @coolcrushes
Anne forever ❤️😍

**sexy boy** @mosoriog27 · Sep 17
Replying to @coolcrushes
Todas son unos ángeles ❤️

**Relevant people**

**Celeb Crushes 95K**
@coolcrushes    **Follow**
Celebrating celebs from the past to the present. Follow for interesting debate. I do not own any of the content. A hobby page #celebs
#celebrities

**What's happening**

FIFA World Cup · 1 minute ago
England vs Iran

Gaming · Trending
3DS Rainbow Road
Trending with Maple Treeway

Trending in United States
England
Trending with #ENGIRN, Saka

Trending in California
Dodger Stadium
14.1K Tweets

Events · Trending
#BlackFriday
31.2K Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet

**camila pics**
@ccamilapics

my heart is melting



camila

7:39 PM · Oct 31, 2020 · Twitter for iPhone

155 Retweets    9 Quote Tweets    1,171 Likes

Tweet your reply    Reply

## Relevant people

**camila pics**    Follow
@ccamilapics

Hey, turn on our notifications for daily pictures, gifs and videos of Camila Cabello!

**camila** ✓    Follow
@Camila_Cabello

Sigue bailando. FAMILIA out now

## What's happening

FIFA World Cup · This morning
**England vs Iran**

Trending in United States
**Died Suddenly**
40K Tweets

Sports · Trending
**Lane Kiffin**
4,748 Tweets

Sports · Trending
**#WWERaw**
Trending with Kevin Owens

90 Day Fiancé · Trending
**#90dayfiancethesinglelife**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

Search Twitter

https://twitter.com/tomhollandbr/status/1350746403291729920 _ at _ 2022-11-21 13:01:52 -08:00

Case 2:22-cv-09462-DMG-ADS  Document 23-17  Filed 03/13/23  Page 19 of 101  Page ID
#:4699

**Tom Holland Brasil | Fã site**
@tomhollandbr ···

Tom Holland foi fotografado ontem à tarde no set de "Homem-Aranha 3" em Atlanta.

Translate Tweet



2:06 AM · Jan 17, 2021 · Twitter Web App

**90** Retweets  **17** Quote Tweets  **1,199** Likes

---

Tweet your reply                                    Reply

**LucasHitoshi** @LucasHitoshii · Jan 17, 2021 ···
Replying to @tomhollandbr
Q posso disser ne bom dia THBR

**lala.** @petergfz · Jan 17, 2021 ···
Replying to @tomhollandbr
bom dia, THBR

🛸 @lamanyworld · Jan 17, 2021 ···
Replying to @tomhollandbr
bom dia, THBR!!

**ari** @ariadna3_ · Jan 17, 2021 ···
Replying to @tomhollandbr
Ainda bem que acordei cedo, é tão bom acordar e ve-lo
♡ 1

This Tweet was deleted by the Tweet author. Learn more

**Tom Holland Brasil | Fã site** @tomhollandbr · Jan 17, 2021 ···
Bom dia! 🕷
♡ 1

---

**Perkowski Legal P.C.**
@c_perkowski ···

---

**Relevant people**

**Tom Holland Brasil | ...**
@tomhollandbr                    Follow
Twitter do primeiro e melhor fã site
sobre o ator Tom Holland! Your first
and the BEST fan account about
@TomHolland1996 🕷 from Brazil to
the whole world!

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**



Trending in United States
**Jordan Morris**
Trending with Reyna

Trending in United States
**1-0 USA**
19.7K Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**

Trending in United States
**Hive**
123K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

__ https://twitter.com/AndyVermaut/status/1327084548362944515 __ at __ 2022-11-19 11:51:22 -0800 __



← **Tweet**

**Andy Vermaut**
@AndyVermaut

...

### Kendall Jenner Reveals Her Secret to Overcoming ''Brutal'' Acne Struggles eonline.com/news/1208095/k...



7:03 PM · Nov 12, 2020 · dlvr.it

Tweet your reply

Reply

---

**Search Twitter**

### Relevant people

**Andy Vermaut**
@AndyVermaut

Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

 
**Perkowski Legal P.C.** ...
@c_perkowski

__ https://twitter.com/Dakoholics/status/1197058314338754561 __ at __ 2022-11-20 19:17:05 -08:00



**Dakota Johnson Daily**
@Dakoholics

  ···

her street style is always on point



11:45 PM · Nov 19, 2019 · Twitter for Android

**69** Retweets   **6** Quote Tweets   **311** Likes

💬    ↻    ♡    ⬆

Tweet your reply    **Reply**

**Karen Bourne** @KarenBourne10 · Nov 20, 2019   ···
Replying to @Dakoholics
I mean the third picture.

💬    ↻    ♡    ⬆

**🌙Wildflower🌙** @CuteCat66388178 · Nov 20, 2019   ···
Replying to @Dakoholics



GIF

💬    ↻    ♡ 1    ⬆

Search Twitter

**Relevant people**


**Dakota Johnson Daily**    **Follow**
@Dakoholics
Fan account dedicated to actress, activist, director and producer Dakota Johnson.

**What's happening**

NFL · 2 hours ago
**Cowboys at Vikings**

**#Disenchanted** 🧚
Original movie now streaming
▶ Promoted by Disney+

Trending in United States   ···
**Disney CEO**
9,058 Tweets

Trending in United States   ···
**#TheWalkingDead**
Trending with #TWDFinale, Rosita

Sports · Trending   ···
**Calipari**
1,379 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski   ···

__ https://twitter.com/yucatanalminuto/status/1404533283138978948 __ at __ 2022-11-22 12:00:08 -08:00 __

← Tweet



**YUCATAN AL MINUTO**
@YUCATANALMINUTO

...

JLo y Ben Affleck comparten romántico beso
ow.ly/3jLc50FaaFB

Translate Tweet



1:16 PM · Jun 14, 2021 · Hootsuite Inc.

**3** Retweets  **1** Quote Tweet  **2** Likes

  Tweet your reply

Reply

---

## Relevant people

 **YUCATAN AL MINUTO**    Follow
@YUCATANALMINUTO

Yucatán al Minuto es un medio de
comunicación que produce contenido
informativo y material audiovisual con
formatos propios en Mérida, Yucatán.

## What's happening

FIFA World Cup · 2 hours ago
**Mexico vs Poland**


**#AvatarTheWayOfWater**
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Trending in California
**Mexicans**
15.8K Tweets

Trending in United States
**Ochoa**
Trending with Poland, Lewandowski

Trending in United States
**#BoycottTampax**
Trending with Adam Kinzinger

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski



← **Tweet**

**Film Updates Back-Up** ···
@TheFilmUpdates

"Harry Styles is an absolute delight. He's one of the most professional people I've ever met. Couldn't be kinder, more gracious, I mean, really, I was stunned by this kid. He's off-the-charts cool." - Chris Pine

(etonline.com/chris-pine-on-...)



11:29 PM · Dec 16, 2020 · Twitter for iPhone

**37** Retweets   **15** Quote Tweets   **472** Likes

💬          🔁          ♡          ⬆️

🅿️  Tweet your reply                              Reply

**Kenny** @kennysroys · Dec 16, 2020
Replying to @TheFilmUpdates and @FilmUpdates
SHUT UP CHRIS PINE X HARRY STYLES COLLAB COMING SOON

💬          🔁          ♡          ⬆️

**Miguel** @SelsGraceful · Dec 16, 2020
Replying to @TheFilmUpdates and @FilmUpdates
exactly

💬          🔁          ♡          ⬆️

**nessa (Taylor's Version)** @thenessanetwork · Dec 16, 2020
Replying to @TheFilmUpdates and @FilmUpdates
so true mr.pine

💬          🔁          ♡          ⬆️

**renata** @unfabulousqueen · Dec 17, 2020
Replying to @TheFilmUpdates and @FilmUpdates
😍❤️

💬          🔁          ♡          ⬆️

**Kayla** @kaylatalks2much · Dec 16, 2020
Replying to @TheFilmUpdates and @FilmUpdates
me trying to take harry styles seriously in a brown business suit like

▶️

GIF  ALT

💬          🔁          ♡ 1          ⬆️

🔶🔵 @adoreeflorence · Dec 16, 2020
Replying to @TheFilmUpdates and @FilmUpdates
LOVE THEM BOTH

💬          🔁          ♡          ⬆️

---

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

🅿️ **Perkowski Legal P.C.** ···
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

**Film Updates Back-Up**    Follow
@TheFilmUpdates
Back-up account for @FilmUpdates

**What's happening**

FIFA World Cup · 5 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
📽️ Promoted by Avatar

Celebrities · Trending                              ···
**Chris Evans**
Trending with Blueface

Trending in California                              ···
**Alexis Vega**
20.6K Tweets

Trending in California                              ···
**Mexico City**
17.6K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2022 Twitter, Inc.

__ https://twitter.com/AndyVermaut/status/1452345158494687233 __ at __ 2022-11-21 15:30:14 -08:00 __

← **Tweet**



**Andy Vermaut**
@AndyVermaut

···

Alec Baldwin meets with Halyna Hutchins' husband, son in emotional meeting following accidental shooting
foxnews.com/entertainment/...



11:44 AM · Oct 24, 2021 · dlvr.it

      

 Tweet your reply        **Reply**

## Relevant people



**Andy Vermaut**        **Follow**
@AndyVermaut

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

NFL · Yesterday
**Cowboys at Vikings**



Trending in California                    ···
**Netherlands**
163K Tweets

Trending in United States                 ···
**HOW IS THAT NOT A YELLOW**
1,396 Tweets

Trending in United States                 ···
**#USAvWAL**
46.1K Tweets

Trending in United States                 ···
**$TSLA**
18.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Search Twitter

Home
# Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**   ···
@c_perkowski

___ https://twitter.com/beliebinteam/status/1233283127314976769 ___ el ___ 2022-11-21 02:35:57 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-17   Filed 03/13/23   Page 26 of 101   Page ID #:4706




__ https://twitter.com/proxcinemente/status/1558243397288203392 __ at __ 2022-11-21 06:08:24 -08:00 __

← **Tweet**

 **Próxcinemente**
@proxcinemente

···

Vincent D'Onofrio como Kingpin en la grabación de la serie "ECHO", spin-off de "Hawkeye". #Echo #Daredevil

📷Vía: @JustJared



5:05 PM · Aug 12, 2022 · Twitter for Android

**1 Like**

💬   🔁   🤍   ⬆️

P   Tweet your reply                    Reply

---

🔍 Search Twitter

## Relevant people

 **Próxcinemente**
@proxcinemente                        Follow

Todas las novedades en el mundo del séptimo arte. 🎬 I Creador: @chuyRM_93 I Contacto: proxcinemente@gmail.com

 **JustJared.com** ✔
@JustJared                            Follow

Your #1 Entertainment Authority Also follow @jaredeng @justjaredjr

## What's happening

FIFA World Cup · LIVE
**England vs Iran**

Trending in United States
**England**
Trending with #ENGIRN, Saka

News · Trending
**Schiff**
63K Tweets

Music · Trending
**Kelly Rowland**
20.3K Tweets

Music · Trending
**Elton John**
Trending with Dodger Stadium, #EltonFarewellTour

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/TheFirstCowboy/status/1556770347856367621 __ at __ 2022-11-21 04:14:17 -0800 __

# Tweet

**The First Cowboy** 
@TheFirstCowboy

A new take on Riri Williams on the set of Ironheart.

#Ironheart



3:32 PM · Aug 8, 2022 · Twitter for iPhone

---

Tweet your reply

Reply

## Relevant people



**The First Cowboy**    Follow
@TheFirstCowboy

Space Cowboy || Movie Lover ||
Content Creator. Insider news movie
games and TV shows all this you will
find on this channel & social media 🎙️
| @StarWars_JC

## What's happening

NFL · Last night
**Chiefs at Chargers**



The Walking Dead · Trending
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Music · Trending
**Kelly Rowland**
19.7K Tweets

Music · Trending
**Lionel Richie**
4,021 Tweets

Trending in United States
**#raidernation** 🏴‍☠️
10.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**  ···
@c_perkowski

https://twitter.com/coutureisbeyond/status/1521503802070867971 __ at __ 2022-11-21 22:16:40 -08:00

← **Tweet**

**Couture is Beyond**
@CoutureIsBeyond

···

Bella Hadid in custom Dilara Fındıkoğlu at the #MetGala after party

Translate Tweet



7:55 AM · May 3, 2022 · Twitter for iPhone

**163** Retweets   **46** Quote Tweets   **1,047** Likes

**CEREN** @cerenbyrktn · May 3
Replying to @CoutureIsBeyond and @bellahadid
🇹🇷

Show more replies

**Perkowski Legal P.C.**
@c_perkowski
···

**Search Twitter**

## Relevant people

**Couture is Beyond**
@CoutureIsBeyond    **Follow**

The leading source for updates on fashion shows, red carpets, and fashion related news.
@CoutureIsBeyond on Instagram

## What's happening

NFL · 1 hour ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
67.7K Tweets

Trending in United States
**Dreamers MV**
163K Tweets

Trending in United States
**Jada**
9,224 Tweets

Trending in United States
**August Alsina**
Trending with #TheSurrealLife

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Tweet your reply    **Reply**

← **Tweet**



**Bang Tidy Celebs**
@BangTidyHQ                                              ...

-@bellathorne



11:18 AM · Apr 26, 2021 · Twitter Web App

**2** Retweets **38** Likes

        



**Perkowski Legal P.C.**
@c_perkowski

---

Search Twitter

**Relevant people**

 **Bang Tidy Celebs**    **Follow**
@BangTidyHQ
Bringing you Bang Tidy Celebs from
the UK and around the world. From TV
& Film to Music & Models. Any
requests feel free to tweet.

 **BITCHIMBELLATH...** ✓   **Follow**
@bellathorne
number one book, number one new
movie:) wow. love u guys thank u 🔥

**What's happening**

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted
Original movie now streaming
Promoted by Disney+

Sports · Trending                    ...
**Tomlin**
3,006 Tweets

Trending in California           ...
**#TWDFinale**
Trending with #TheWalkingDead

Politics · Trending              ...
**LGBTQ**
Trending with Colorado Springs, AR-15

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/inside/friends/status/1359851878813753344 __ at __ 2022-11-21 10:48:49 -08:00

← **Tweet**

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Inside Friends
@insidefriends    ···

### Back on set "The Morning Show"



5:08 AM · Feb 11, 2021 · Twitter for iPhone

46 Retweets    28 Quote Tweets    1,229 Likes

Tweet your reply                    **Reply**

Os @simplyOz_ · Feb 11, 2021    ···
Replying to @insidefriends
@athena_ls mira ay ❤️❤️

Alejandra @SoyAleAleja · Feb 11, 2021    ···
Replying to @insidefriends
Que flow

Lynn @ladyedlynn23 · Feb 11, 2021    ···
Replying to @insidefriends
When are they coming back for fiming?

Perkowski Legal P.C.
@c_perkowski    ···

Search Twitter

**Relevant people**

Inside Friends
@insidefriends    **Follow**
236 episodes. 10 seasons. 10 years. 6 unforgettable characters. 1 iconic show. ✨🎬

**What's happening**

FIFA World Cup · **LIVE**
USA vs Wales

Sports · Trending    ···
Charles Barkley
4,715 Tweets

Trending in United States    ···
#senvsned
1,049 Tweets

Trending in United States    ···
Hive
100K Tweets

Trending in United States    ···
De Jong
53.5K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

— https://twitter.com/SNEAKPEEKCA/status/1004445944287379456 __ at __ 2022-11-21 10:38:21 -08:00 __

Tweet



**SneakPeek**
@SNEAKPEEKCA                                                    ···

sneakpeek.ca/2018/06/the-jo...



12:32 PM · Jun 6, 2018 · Twitter Web Client

**2** Retweets    **2** Likes

## Relevant people

  **SneakPeek**                     Follow
@SNEAKPEEKCA
Invite Only

## What's happening

FIFA World Cup · 5 minutes ago
**Senegal vs Netherlands**                    

Family drama · Trending                        ···
**#GTMcontest4**

Trending in United States                      ···
**Senegal**
Trending with Mendy, #SENNED

Sports · Trending                              ···
**Charles Barkley**
4,537 Tweets

Sports · Trending                              ···
**Pettitte**

Show more

← **Thread** 

# Home
# Explore
# Notifications
# Messages
# Bookmarks
# Lists
# Profile
# More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Cosmic Media
@CosmicMMedia

### Dominique Thorne as Riri Williams on set of 'BLACK PANTHER: WAKANDA FOREVER'



2:55 PM · Aug 26, 2021 · Twitter for iPhone

614 Retweets   234 Quote Tweets   6,084 Likes

## Relevant people

Cosmic Media
@CosmicMMedia      **Follow**
Your #1 source for all leaks
surrounding Marvel, Star Wars, and
Disney | Backup for @cosmic_marvel

## What's happening

Sports · LIVE
**2022 FIFA World Cup**

Music · Trending
**Lionel Richie**
4,046 Tweets

Trending in United States
**South Carolina**
20.9K Tweets

Trending in United States
**Bob Iger**
Trending with Disney, Chapek

Music · Trending
**Billy Joel**
1,531 Tweets

**Show more**

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ...
© 2022 Twitter, Inc.

Tweet your reply          **Reply**

Cosmic Media @CosmicMMedia · Aug 26, 2021
Replying to @CosmicMMedia
Follow us @CosmicMMedia, and put notifications on, to stay updated 🔔

Nikko Venturini @MeetMrMayhemMG · Aug 27, 2021
Replying to @CosmicMMedia
She's not very attractive

BobbyVeneers @FriminosTeethLa · Aug 26, 2021
Replying to @CosmicMMedia and @DanielRPK
Feels too soon tbh I wish they would have at least put her with Tony for at
least one film

irrelevant 🤔 @ @jimeemij · Aug 27, 2021
Replying to @FriminosTeethLa and @DanielRPK
Honestly, if anything they should bring that kid from Iron man 3

Show replies

The Rob @therob006 · Aug 26, 2021
Replying to @CosmicMMedia
Is this in Worcester or Cambridge?

jojo 💜 @jojoswar · Aug 27, 2021
Replying to @CosmicMMedia
Ahh the Iron Heart, I wonder how they're gonna bring how to the bring
screen 💜💙

kaz 🇺🇸 @kazfortyfour · Aug 26, 2021
Replying to @CosmicMMedia
Who will be cast as Ichala?

Cole @Colebucket_ · Aug 26, 2021
Replying to @CosmicMMedia
Why introduce her in Wakanda forever tho why not armor wars?

Aqua @LiL_aqquaa · Aug 26, 2021
Replying to @Colebucket_
I think armor wars comes out first

Show replies

Cooper Rae Blankenship @Cooper_RaeBlank · Aug 26, 2021
Replying to @CosmicMMedia @Cooper_RaeBlank and @CosmicWonderYT
Whaaaaaaa???

CR-L0n @TheVoid64 · Aug 26, 2021
Replying to @CosmicMMedia and @BRIANMBEEN26
Um, how old is she?

Black Biro @BlackBiroYT · Aug 26, 2021
Replying to @CosmicMMedia and @MaxtorTainment
Now will Trevor Noah reprise his role as black Jarvis maybe for Riri's suit?

Johnny @Kenkelinke · Aug 27, 2021
Replying to @CosmicMMedia
No films on?  Oh no

Zeke @z3K3! · Aug 26, 2021
Replying to @CosmicMMedia
I wonder will she just be introduced or have a full suit in this one.

Tay-Tay (Spoopy Era) @TayTaysMusings · Aug 26, 2021
Replying to @CosmicMMedia
I hope we get some collections of her comics released in time for her first
MCU appearance. 😍

Jonathan DeMoscovaki @DeMoscovaki · Aug 26, 2021
Replying to @CosmicMMedia
Nice! She's gonna rock Yeezy 👟

Anne-Marie @AMIPdDesigns · Aug 26, 2021
Replying to @CosmicMMedia
Is this why they're in Boston?

valkyrie @crystarius · Aug 26, 2021
Replying to @CosmicMMedia
already!? wow

Patrick @LPWoods_ · Aug 26, 2021
Replying to @CosmicMMedia
LOVE IT!!

Hail Vaughn💥 @The_Vaughn_ · Aug 26, 2021
Replying to @CosmicMMedia
I still don't understand

misty @TheLifeOfM1sty · Aug 27, 2021
Replying to @CosmicMMedia
it doesn't feel right without a mentor, sadge tony ded

BadVibesWhere ⚡@BadVibesWhere · Aug 28, 2021
Replying to @TheLifeOfM1sty
Peter & Shuri could be her mentors that would be really good.

L☺☺ @shusssss024 · Aug 26, 2021
Zdk,

Mr Bitches (ironically of course) @Dr_Dre_Bandz · Aug 26, 2021
Replying to @CosmicMMedia and @DanielRPK
Can't wait to see her suit up

🤍TOMMY🤍 @tommy_3_3_3 · Aug 26, 2021
Replying to @CosmicMMedia
Wave runners ‼️

🖤MattMeeo🖤 @square_matthew · Aug 26, 2021
Replying to @CosmicMMedia
Ayo she got waverunners on 😳

Ryan Leslie @RyanLeo21403848 · Aug 26, 2021
Replying to @CosmicMMedia and @DanielRPK
@Graceflandolph

Tweet

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 **Türkçe**
@turkce

Kylie Jenner'a özel jet tepkisi: Realty show yıldızı Kylie Jenner ve kızının babası rapçi Travis Stott, Palm Springs'te Şükran Günü'nü iki yaşındaki kızları Stormi ile geçirdikten sonra Los Angeles'a döndü. Ancak...
dlvr.it/Rmbkm8 #Türkçe #MagazinHaberleri #Magazin
Translate Tweet




8:29 AM · Nov 28, 2020 · dlvr.it

Tweet your reply

Reply

**Relevant people**

 **Türkçe**
@turkce                                    Follow

Gazete ve dergilerden Türkçe Haberler, Son Dakika, Spor, Magazin, Teknoloji, Sinema Haberleri. İletişim ve iş birliği için: turkcemag@gmail.com

**What's happening**

FIFA World Cup · 5 hours ago
**Mexico vs Poland**



**#AvatarTheWayOfWater**
Get tickets now – In theaters December 16
▣ Promoted by Avatar

Celebrities · Trending                    ···
**Chris Evans**
Trending with Blueface

Trending in California                     ···
**Alexis Vega**
20.7K Tweets

Betty White · Trending                    ···
**Betty White**
2,900 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.





https://twitter.com/nacaomarvel/status/1363309054970494977 __el__2022-11-21 22:54:11 -08:00   Case 2:22-cv-09462-DMG-ADS   Document 23-17   Filed 03/13/23   Page 36 of 101   Page ID #:4716

← **Tweet**

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



**NAÇÃO MARVEL | fan club**
@nacaomarvel                    ...

🔥 A PATROA!!! Hailee Steinfeld linda, bela, maravilhosa e perfeita no set de #Hawkeye. (via: @CreamOrScream)

6:06 PM · Feb 20, 2021 · Twitter for Android

**40** Retweets   **11** Quote Tweets   **459** Likes

Tweet your reply                                    Reply

pat @biglibertydude · Feb 20, 2021                    ...
Replying to @nacaomarvel and @CreamOrScream

1:00 | 106.9K views

From **pat**

madu @h0rrorbody · Feb 20, 2021                    ...
Replying to @nacaomarvel and @CreamOrScream
É ELAAAA                                        ♡ 1

madu @h0rrorbody · Feb 21, 2021                    ...
Replying to @nacaomarvel and @CreamOrScream

0:35 | 8,521 views

From **emy cinematic universe**

mel I @workslauren · Feb 20, 2021                    ...
Replying to @nacaomarvel and @CreamOrScream
kate bishop supremacy 🙏🏼                          ♡ 2

Tweet

Perkowski Legal P.C.
@c_perkowski                    ...

Search Twitter

**Relevant people**



NAÇÃO MARVEL | fa...        Follow
@nacaomarvel
🇧🇷 O maior fã-clube da Marvel no Brasil e #2 do mundo | por @kainyall & @thurstopper | 🎙️: @PodcastNM | ✉️ nacaomarvelofc@gmail.com

Cora Ventura        Follow
@CreamOrScream
Venting account for all things great and small such as #Marvel and #DCComics, #Netflix, #Gaming #Films, and also a Media Account. Supporter of #AmberHeard 👏🏻

**What's happening**

NFL · 2 hours ago
**49ers at Cardinals**

Entertainment · Trending        ...
**Died Suddenly**
70.5K Tweets

Trending in California        ...
**Dodger Stadium**
8,773 Tweets

Trending in California        ...
**Mexicans**
6,393 Tweets

Trending in United States        ...
**Chrisley**
24.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🐦 **Tweet**

← **Tweet**

🔍 Search Twitter

**Relevant people**

**Infos Séries**
@SeriesUpdateFR    **Follow**

Bienvenue sur votre premier compte source français sur toutes vos séries, films et plateformes de streaming préférées. 📺
seriesupdatefr@gmail.com

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Infos Séries**
@SeriesUpdateFR

Lily James et Sebastian Stan dans les rôles de Pamela Anderson et Tommy Lee sur le tournage de la série 'Pam & Tom'.

Prochainement sur Disney+.

Translate Tweet



11:59 AM · Jun 8, 2021 · Twitter for Android

**73** Retweets    **30** Quote Tweets    **547** Likes

Tweet your reply    **Reply**

**Shellgame76** @justformetwit · Jun 8, 2021
Replying to @SeriesUpdateFR
Sur Disney + ? 😭

**Infos Séries** @SeriesUpdateFR · Jun 8, 2021
Replying to @justformetwit
Oui, c'est diffusé sur Hulu aux USA et sur Disney+ en France

**Mister John** @MrJohnV · Jun 8, 2021
Replying to @SeriesUpdateFR
J'aimais bien le faucon, mais là faut reconnaitre tout de même que notre bucky est bien accompagné 😍 #FalconAndWinterSoldier @DCMarvelFr

GIF | ALT

**Anna** @anounette_ · Jun 9, 2021
Replying to @SeriesUpdateFR
Je suis contente que le film soit sur Disney+

**Amo'** @__amoriiie__ · Jun 8, 2021
Replying to @SeriesUpdateFR
Cette homme est un dieu je veux rien savoir 😍😍😍    ♡ 10

**Aly** 🌙 | 🧩 @stars_trek · Jun 8, 2021
Replying to @SeriesUpdateFR
@lazycaitlin_

**alex | faith in the future week** 🏳️‍🌈✨ @lazycaitlin_ · Jun 8, 2021
Replying to @stars_trek and @SeriesUpdateFR
Help- 😭

**dobic.** @izainye · Jun 8, 2021
Replying to @SeriesUpdateFR
ça a changé disney ••    ♡ 2

**Anadora Black** 🇮🇹🔴🇨🇦 @AnadoraBlack · Jun 9, 2021
Replying to @SeriesUpdateFR
@CocoMA03 MAIS OÙ SONT SES BEAUX YEUX BLEUS??? 😱😱😱    ♡ 1

**Coralie** 🇮🇹 LOVE est un gros mot au Qat... @CocoM... · Jun 9, 2021
Replying to @AnadoraBlack and @SeriesUpdateFR
Sous les lentilles 🙄😂

**Meg Simagrée** ✖️ @M_e_gg_y · Jun 8, 2021
Replying to @SeriesUpdateFR
@Audreynunua    ♡ 1

**TOSLG** @TOSLGG · Jun 8, 2021
Replying to @SeriesUpdateFR
Bucky est parti en couille    ♡ 5

**Jérémie** 🦔 @jimiejak · Jun 9, 2021
Replying to @SeriesUpdateFR
youtu.be/NrOemQaEjGU j'étais obligé pour rester dans l'ambiance 😅😍 (cette musique est tellement incroyable ❤️)

**What's happening**

FIFA World Cup · LIVE
Mexico vs Poland

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
🎟️ Promoted by Avatar

Trending in United States
#TheMarvels
2,213 Tweets

Trending in California
Mexicans
9,384 Tweets

Politics · Trending
Dr. Fauci
5,333 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More...
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski    ...

← **Tweet**

🔍 Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

⇄ SneakPeek Retweeted



**SneakPeek**
@SNEAKPEEKCA

···

sneakpeek.ca/2019/02/birds-...
#BirdsofPrey #MargotRobbie #LeakedSetImages
#SneakPeekCa





10:14 AM · Mar 12, 2019 · Twitter Web Client

**2** Retweets   **2** Likes

💬   ⇄   ♡   ⬆️

 Tweet your reply                                    Reply

**Relevant people**



**SneakPeek**        Follow
@SNEAKPEEKCA
Invite Only

**What's happening**



NFL · 1 hour ago
**Cowboys at Vikings**

#Disenchanted 🧹
Original movie now streaming
📺 Promoted by Disney+

Trending in United States                ···
**Wayne Brady**
1,740 Tweets

Trending in United States                ···
**Machine Gun Kelly**
2,119 Tweets

Sports · Trending                        ···
**Klay Thompson**
5,198 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**   ···
@c_perkowski

__ https://twitter.com/wociety/status/1518616399945805127 __ at __ 2022-11-21 23:42:46 -08:00 __

 

← **Tweet**

**Wociety**
@wociety

...

## Gigi Hadid'in doğum günü görünümü.

Translate Tweet



8:42 AM · Apr 25, 2022 · Twitter Web App

**5** Retweets   **4** Quote Tweets   **300** Likes



 Tweet your reply                              Reply

### Relevant people

**Wociety**          Follow
@wociety

Moda, yaşam, iç mimari ve
dekorasyondan ilham alan görsel
içerik platformu. 
:apple.co/3okBe09Y & bit.ly/3EuLgBf

### What's happening

NFL · 3 hours ago

Perkowski Legal P.C.   ...
@c_perkowski

___ https://twitter.com/HarryMexOficial/status/1262386489125670913 ___ el ___ 2022-11-22 18:20:10 -08:00

Case 2:22-cv-09462-DMG-ADS    Document 23-17    Filed 03/13/23    Page 40 of 101    Page ID #:4720

← **Tweet**

**Harry Styles México**
@HarryMexOficial

···

## HARRY TIENE MÍNIMO CUATRO CAMBIOS DE VESTUARIO!!

#WatermelonSugar

Translate Tweet



7:16 AM · May 18, 2020 · Twitter for Android

**126** Retweets    **7** Quote Tweets    **512** Likes

💬    🔁    ♡    ⬆

P    Tweet your reply                              Reply

☀18☀ @ThaChonce · May 18, 2020    ···
Replying to @HarryMexOficial
Jajaja es que cuando hay dinero y buen presupuesto los videos de este hombre son geniales

💬    🔁    ♡    ⬆

---

**Q** Search Twitter

## Relevant people

**Harry Styles México**    Follow
@HarryMexOficial

🇲🇽 Fan Club del ganador al Grammy
@Harry_Styles 🎤@HSHQ 🎤
@HarryStylesMex2 TREAT PEOPLE
WITH KINDNESS #FMO ||
harrystylesmex@gmail.com

## What's happening

Television · LIVE
**Bachelor in Paradise airing on ABC**



#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in United States    ···
**RIP Harold**

Trending in United States    ···
**#ATEEZinAtlanta_Day2**
4,820 Tweets

Politics · Trending    ···
**AIDS**
20.5K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

**Home**
**#** Explore
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

__ https://twitter.com/demetriaaalove/status/1410389825010683909 __ et __ 2022-11-21 05:04:21 -08:00

← Tweet

**Demi Lovato News**
@demetriaaalove

...

Demi Lovato Leaving the Space Jam Premiere at Six Flags Magic Mountain with Noah Cyrus 💖



5:08 PM · Jun 30, 2021 · Twitter for iPhone

16 Retweets    1 Quote Tweet    111 Likes

💬          ⟲          ♡          ⬆️

P    Tweet your reply                           Reply

*beamergirl* @eilishKells · Jun 30, 2021    ...
Replying to @demetriaaalove
😊

💬          ⟲          ♡          ⬆️

**Search Twitter**

**Relevant people**



**Demi Lovato News**    Follow
@demetriaaalove
The "HOLY FVCK" album ft. "29", "Substance" & "Skin Of My Teeth" is out NOW 🖤🚀 The "HOLY FVCK TOUR" is on the road now.

**What's happening**

Television · Last night
**The Walking Dead airing on AMC**

Trending in United States
**Slick Rick**

Politics · Trending
**Tragically**
15.5K Tweets

Music · Trending
**Elton John**
Trending with Dodger Stadium, Dodger Stadium

Trending in United States
**#SisterWives**
3,647 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**


Perkowski Legal P.C.
@c_perkowski

Home

Explore

Notifications 1

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← Tweet

**Dakota Johnson Daily Pics**
@DailyDJPics                                              ...

🕸🕷🕸🕷🕸 **#DakotaJohnson #MadameWeb**



10:29 AM · Oct 6, 2022 · Twitter for iPhone

**13** Retweets  **77** Likes

💬          ⇄          ♡          ⬆

[P]  Tweet your reply                        **Reply**

## Relevant people

**Dakota Johnson Dail...**
@DailyDJPics                    **Follow**

## What's happening

FIFA World Cup · 5 hours ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧚
Original movie now streaming
▶ Promoted by Disney+

Trending in California                    ...
**Rest In Peace**
52.5K Tweets

Trending in United States                 ...
**MARCUS JONES**
2,277 Tweets

Only on Twitter · Trending               ...
**Rest in Power**
24.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

**Tweet**

← **Tweet**

VISH Mídia 
@vishmidia

⋯

## Kanye West e a modelo brasileira Juliana Nalu 🇺🇸 🇧🇷



7:40 AM · Oct 10, 2022 · Twitter for iPhone

**21** Retweets    **38** Quote Tweets    **560** Likes

💬        🔁        ♡        ⬆️

Perkowski Legal P.C.    ⋯
@c_perkowski

🅿️  Tweet your reply                    Reply

Senna @lucasse2 · Oct 10
Replying to @vishmidia
L7 deve ta doido
💬    🔁    ♡    ⬆️

BB & PP @xandin_on · Oct 10
Replying to @vishmidia
Caiu na rede e peixe
💬    🔁    ♡    ⬆️

Porsche @Indiesfleur · Oct 10
Replying to @vishmidia
24yr old Juliana Nalu is a Brazilian Celeb Model known by most..also worked
with KIM. Posted wearing  YZY SHDZ on her IG. Juliana was in #ChrisBrown
"HEAT" video too! @bigsean @TeamVic @bellahadid @MetroBoomin
@JayeDeBlack
💬    🔁    ♡    ⬆️

RN' @reinaldonvss · Oct 10
Replying to @vishmidia
L7 fica doido
💬    🔁    ♡    ⬆️

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more

Songo mongo @Gutaguto · Oct 10
Replying to @pollyrodriguezs and @vishmidia
Ihhhhhh
💬    🔁    ♡    ⬆️

---

🔍 Search Twitter

### Relevant people

VISH Mídia     Follow
@vishmidia
Site de conteúdo subversivo | +
@vishsports Contato:
contato@vishmidia.com.br

### What's happening

Formula 1 · 42 minutes ago
Abu Dhabi Grand Prix 2022



#Disenchanted 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
Morgan Freeman
84K Tweets

Trending in United States
#MassShooting

Trending in United States
RIP JDF
1,462 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/ClickySound/status/1203016303797248002 __ at __ 2022-11-20 15:56:47 -08:00 __

← **Tweet**



Search Twitter

**Home**

**#** Explore

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Clicky Sound**
@ClickySound

...

clickysound.com/selma-blair-st... Selma Blair wears a ring on that finger, Post Malone gets his jewelry verified and more...



10:20 AM · Dec 6, 2019 · Clicky Sound

Tweet your reply

**Reply**

**Relevant people**

**Clicky Sound**
@ClickySound
Photography at its Best!

**Follow**

**What's happening**

NFL · 2 hours ago
**Browns at Bills**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in United States · · ·
**Kearse**
1,250 Tweets

Trending in California · · ·
**#AMAs** 🔥
1.84M Tweets

Trending in United States · · ·
**UCLA**
30.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski   · · ·

← **Tweet**

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**



**Andy Vermaut**
@AndyVermaut

···

Megan Fox & Machine Gun Kelly Cozy Up On Dinner Date After Getting Pulled Over On His Motorcycle
hollywoodlife.com/2021/06/02/meg...



12:40 PM · Jun 2, 2021 · dlvr.it



Tweet your reply

Reply

## Relevant people



**Andy Vermaut**
@AndyVermaut

Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

NBA · LIVE
**Lakers at Suns**

**#AvatarTheWayOfWater**
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in United States
**Erection**
15.1K Tweets

Business and finance · Trending
**Virginia Walmart**
8,106 Tweets

Trending in California
**Costco**
5,557 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

**Perkowski Legal P.C.**
@c_perkowski   ···

__ https://twitter.com/theflowmag/status/1408058624727871497 __ et __ 2022-11-21 05:21:07 -08:00

← **Tweet**





**The-Flow.ru**
@theflowmag

...

### Рианна и A$AP Rocky в Нью-Йорке



6:45 AM · Jun 24, 2021 · Amplifr

**27** Retweets   **12** Quote Tweets   **449** Likes

Tweet your reply

Reply

**fckncl** @fckncll · Jun 25, 2021
Replying to @theflowmag

## Search Twitter

### Relevant people



**The-Flow.ru**   Follow
@theflowmag
паблик: vk.com/theflow инстаграм:
instagram.com/theflow.ru/ телеграм:
t.me/superslowflow

### What's happening

FIFA World Cup · LIVE
**England vs Iran**

Trending in United States
**Ole Miss**
5,181 Tweets

Music · Trending
**Elton John**
Trending with Dodger Stadium

Trending in United States
**Landon Donovan**

Trending in United States
**Ian Darke**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

Search Twitter

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Rihanna Navy Brasil | Fan Account
@RNavyBrazil

A FRANJA RATED R VOLTANDO! Rihanna esteve em seu restaurante favorito, Giorgio Baldi, na noite passada (30).



2:56 AM · Oct 1, 2022 · Twitter for iPhone

**138** Retweets    **44** Quote Tweets    **1,615** Likes

🖼 **Tweet your reply**                                    Reply

@kisstBetter · Oct 1
Replying to @RNavyBrazil
ela deve estar cansada de ter que carregar toda beleza do mundo
♡ 1

Carlos Jesus @eucarlosroberto · Oct 1
Replying to @RNavyBrazil
@Camiilisa 😍
♡ 1

sereia @Camiilisa · Oct 1
Replying to @eucarlosroberto and @RNavyBrazil
Espero que volte a minha Riri cantora

marininito | FAN ACCOUNT @anittomari · Oct 1
Replying to @RNavyBrazil
Isso é um sinal!

😍🔮💥 @Rafaixcrazy · Oct 1
Replying to @RNavyBrazil
seloko boy, a mulher é um LUXO 🫶😭😭😭😭

day ✨ @wtfdaay · Oct 1
Replying to @RNavyBrazil
Aff tão maravilhosa

B r e n o. D @eubrenox · Oct 1
Replying to @RNavyBrazil



♡ 1

juno laufeyson @iojuno · Oct 1
Replying to @RNavyBrazil
Franja rated r, jamais jantar em casa, maquiagem e roupa "gótica" MDS É ELAAAA

♡ 2

@ZAINCRF · Oct 1
Replying to @RNavyBrazil
queria n esse giorgio uma vez na vida
♡ 11

karen @aguiarkb · Oct 1
Replying to @RNavyBrazil
Hahahah eu ouvindo rated r ontem ☺
♡

Show more replies

Perkowski Legal P.C.
@c_perkowski

**Relevant people**

Rihanna Navy Brasil | ...    Follow
@RNavyBrazil
RNB 🇧🇷 | Estamos online desde 2010, somos o maior e mais completo fã-clube sobre a cantora Rihanna no Brasil e em toda a América Latina. Apoio: @umusicbrazil

**What's happening**

Formula 1 · This morning
**Abu Dhabi Grand Prix 2022**

#Disenchanted
Original movie now streaming
Promoted by Disney+

Trending in California
**Rest In Peace**
57.6K Tweets

Sports · Trending
**Melvin Gordon**
Trending with Zeke, Ekeler

Trending in United States
**LGBTQ**
Trending with Colorado Springs, Mt. 15

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More...
© 2022 Twitter, Inc.



https://twitter.com/search/xxxxx/status/1022045007101110193_all_2020-11-21 16:49:26-08:00
Document 23-17  Filed 03/13/23  Page 50 of 101  Page ID #4730

← Thread

🐦

| | |
| --- | --- |
| 🏠 | Home |
| 🔍 | Explore |
| 🔔 | Notifications |
| ✉️ | Messages |
| 🔖 | Bookmarks |
| 📋 | Lists |
| 👤 | Profile |
| ⋯ | More |

**Tweet**

Perkowski Legal P.C.
@r_perkowski

🔍 Search Twitter



This Tweet from @demetrisaaliove has been withheld in response to a report
from the copyright holder. Learn more.

Demi Lovato News @demetrisaaliove · Jul 25, 2018
Replying to @demetrisaaliove
"E! News has learned that Wilmer arrived (to visit Demi) at approximately
1pm on Wednesday and a security ushered him into a staff parking lot on
site." An eyewitness says of his demeanor, "He was serious, intense and
seemed distant, but very calm at the same time."
♡ 1    ⟲    ♡ 120    ⤴

ViNii @siniciaxxxc · Jul 25, 2018
Replying to @demetrisaaliove
@apjsrxnce
♡    ⟲    ♡ 162    ⤴

mel @neline_matou · Jul 26, 2018
Replying to @demetrisaaliove
he needs it!
♡    ⟲    ♡    ⤴

Chaotic Gay @chaoticgaygoth · Jul 25, 2018
Replying to @demetrisaaliove
He looks awful (sad);
♡    ⟲    ♡ 19    ⤴

gabriel @wopeslage · Jul 25, 2018
Replying to @demetrisaaliove
que lindo Wilmer Vasconcelos
♡    ⟲    ♡ 2    ⤴

Im Trash @EeAcfhflo · Jul 25, 2018
Replying to @demetrisaaliove
FINALLY
♡    ⟲    ♡ 5    ⤴

IvettgMarie @ivettgsaba2 · Jul 25, 2018
Replying to @demetrisaaliove
Bruh this is beautiful 💕 he's always there for her
♡    ⟲    ♡ 5    ⤴

ana @anabbdi · Jul 25, 2018
Replying to @demetrisaaliove
Não me fala que é fake por favor kajajaja💔💔💔
♡    ⟲    ♡    ⤴

ana @anabbdi · Jul 25, 2018
Replying to @demetrisaaliove
Omg jajajajka trás god
♡    ⟲    ♡ 1    ⤴

greci. 💙 @thankxfyetjosh · Jul 25, 2018
Replying to @demetrisaaliove
I just don't understand... why can't they be together.
♡    ⟲    ♡ 2    ⤴

Eb_lover @bblover_1 · Jul 25, 2018
Replying to @demetrisaaliove
This guy little bit look like @S1rdhartfiM
♡    ⟲    ♡ 1    ⤴

Denisse Aguirre @Denisse17496420 · Jul 26, 2018
Replying to @demetrisaaliove
This is love💙💙
I need this two together
♡    ⟲    ♡ 1    ⤴

❂ inês 🌙 @GagaMonster24 · Jul 25, 2018
Replying to @demetrisaaliove
He always did take care of her♡
♡    ⟲    ♡ 7    ⤴

iss frndo @Fnestoys · Jul 26, 2018
Replying to @demetrisaaliove
@fernandoiou
♡ 1    ⟲    ♡ 1    ⤴

Lou ⚓ @Fernando.Lou · Jul 26, 2018
Replying to @fernandoiou @fernando_ixes and @demetrisaaliove
Et avec sa peut être le retour de Dilmer
♡    ⟲    ♡ 2    ⤴

boh @styleediana94 · Jul 26, 2018
Replying to @demetrisaaliove
OH FINALLYY
♡    ⟲    ♡    ⤴

NeverForgetNxxx!🎀 @NeverForgetDemi · Jul 25, 2018
Replying to @demetrisaaliove
They were so in love 💙💙
♡    ⟲    ♡ 6    ⤴

Jasflower TJR chik @csimako · Jul 26, 2018
Replying to @demetrisaaliove
He so fine!! hey wilmer
♡    ⟲    ♡ 1    ⤴

❤ DEMI PERRY ❤ @DemiPerrycharts · Jul 25, 2018
Replying to @demetrisaaliove
Finally💔
♡    ⟲    ♡    ⤴

Bethany 🦋 @bethany_pace · Jul 25, 2018
Replying to @demetrisaaliove
Yes he always cared and loved Demi
♡    ⟲    ♡ 6    ⤴

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more

leona @leonaaaaaaaaa · Jul 25, 2018
😂😂😂😂😂
♡    ⟲    ♡    ⤴

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more

DANGLADA @mama22xx · Jul 26, 2018
Replying to @marcoogsartz and @demetrisaaliove
I noticed that too
♡    ⟲    ♡    ⤴

This Tweet was deleted by the Tweet author. Learn more

$! ✦ i live so i love* @nippleshut · Jul 25, 2018
Replying to @mutthewgroteh56 and @demetrisaaliove
her ex boyfriend
♡    ⟲    ♡    ⤴

Show replies

Tara @uacasy_johrey · Jul 26, 2018
Replying to @demetrisaaliove
The hospital treating him as a VIP is ridiculous. He was 32 when he started
dating a teenage Demi. More like a father figure than a "savior."
♡ 1    ⟲    ♡ 1    ⤴

This Tweet is from a suspended account. Learn more

Show replies

**Relevant people**

Demi Lovato News    **Follow**
@demetrisaaliove

**What's happening**

NBA · LIVE
Celtics at Bulls

Entertainment · Trending
Died Suddenly
44.5K Tweets

Trending in California
Acosta
14.2K Tweets

Bachelor in Paradise · Trending
#BachelorInParadise 🌹
Trending with Genevieve, Shanae

Trending in California
Public
90.6K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2022 Twitter, Inc.

← **Tweet**

**Linda Ikeji**
@lindaikeji                                                    ···

Jennifer Lopez and Fiancee  Alex Rodriguez pictured kissing on a balcony days after their rumoured break up (photos) lindaikejisblog.com/2021/3/jennife...



1:15 PM · Mar 18, 2021 · LIB App

**4** Retweets   **1** Quote Tweet   **12** Likes

💬              🔁              ♡              ⬆️



Tweet your reply                                    **Reply**

**MEDIA INFORMERS** @HEARTOFGOLD2 · Mar 18, 2021    ···
Replying to @lindaikeji
Love to do that to you too one day.

💬              🔁              ♡              ⬆️

---

**Search Twitter**

**Relevant people**

**Linda Ikeji**                                          Follow
@lindaikeji
Blogger. CEO, LindaIkejiTV

**What's happening**

FIFA World Cup · Earlier today
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
☐ Promoted by Avatar

Entertainment · Trending                          ···
**James Woods**
2,432 Tweets

Trending in United States                         ···
**#TheWinchesters**
1,871 Tweets

Trending in United States                         ···
**RIP Harold**
Trending with Carson Steele, TO BE CLEAR

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**                    ···
@c_perkowski

Case 2:22-cv-09462-DMG-ADS Document 23-17 Filed 03/13/23 Page 52 of 101 Page ID #:4732

← **Tweet**

**Mundo Geek**
@MundoGeekOF1

OLHA AS MENINAS SUPER PODEROSAS AÍ

#powerpuffgirls

Translate Tweet



3:04 PM · Apr 7, 2021 · Twitter for Android

**1** Retweet   **1** Quote Tweet   **8** Likes

Tweet your reply                    Reply

**Nathan Pinheiro** @NathanP38636576 · Apr 7, 2021
Replying to @MundoGeekOF1
É... kkkkkk

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

**Perkowski Legal P.C.**
@c_perkowski

---

Search Twitter

**Relevant people**

**Mundo Geek**
@MundoGeekOF1                    Follow

Página com todas as últimas
novidades do cinema, quadrinhos,
games, animes, mangás, livros e
algumas opiniões e textões. Gamertag:
batnathan999

**What's happening**

Television · LIVE
WWE Monday Night RAW airing
on USA                          

Entertainment · Trending
**Died Suddenly**
55.7K Tweets

Sports · Trending
**Rudy Gobert**

Sports · Trending
**#NJDevils** 🚀
4,064 Tweets

Entertainment · Trending
**Sinbad**
6,356 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More …
© 2022 Twitter, Inc.

https://twitter.com/jontaoht/status/1234287247647570066__srl__ 2022-11-21 16:13:10 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-17    Filed 03/13/23    Page 53 of 101    Page ID #:4733



Perkowski Legal P.C.
@c_perkowski

**Tweet**

**Jontá** ✔
@jontaoht

At this point give Kim the entire collection 😂😂😍🔥

5:19 PM · Mar 1, 2020 · Twitter for iPhone

78 Retweets    73 Quote Tweets    390 Likes

Tweet your reply                    **Reply**

**Nami⁷** @half_illegirl · Mar 2, 2020
Replying to @jontaoht
Why is she in chanclas?
♡ 3

**ave383** @ave383 · Mar 2, 2020
Replying to @jontaoht
She needs shoes that match
♡ 3

**Jamee** @Jameeyme · Mar 1, 2020
Replying to @jontaoht
How the f do she get them pants on

**JaliBeans** 🧸🍯❤ @KajaliGumbs · Mar 1, 2020
Replying to @jontaoht
Lmao right...but chances are she probably already has it.

♡ 1

This Tweet was deleted by the Tweet author. Learn more

**Jontá** ✔ @jontaoht · Mar 1, 2020

♡ 6

This Tweet was deleted by the Tweet author. Learn more

**Kayo** ⚡ @aleyvion · Mar 2, 2020
Lmfao right

**Relevant people**

**Jontá** ✔
@jontaoht                    Follow
Digital Creator. Influencer.
Entrepreneur. instagram.com/jontaoht

**What's happening**

FIFA World Cup · 2 hours ago
**USA vs Wales**



Trending in California
**TSLA**
23.5K Tweets

Trending in California
**LAFC**
8,627 Tweets

Sports · Trending
**Mexico City**
13.7K Tweets

Music · Trending
**soobin**
201K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

___ https://twitter.com/UpdatesHathaway/status/1583279776135278593 ___ at ___ 2022-11-19 22:24:58 -0600 ___

← **Tweet**

 **Anne Hathaway UPDATES**
@UpdatesHathaway                                    ···

🎥 Anne Hathaway and Nicholas Galitzine filming " The Idea of you" in LA.

(c)



7:11 PM · Oct 20, 2022 · Twitter for Android

**41** Retweets  **55** Quote Tweets  **347** Likes

💬    🔁    ♡    ⬆️

  Tweet your reply                    Reply

divahhh @_divahhh · Oct 20                          ···
Replying to @UpdatesHathaway
They're in Atlanta!

💬        🔁 1        ♡ 3        ⬆️

teknoman @teknoman125 · Oct 21                      ···
Replying to @UpdatesHathaway
So she plays a cougar in this movie?

💬        🔁        ♡ 1        ⬆️

Show additional replies, including those that may contain offensive content                    Show

---

**Search Twitter**

### Relevant people

 **Anne Hathaway UPD...**
@UpdatesHathaway        **Follow**
Your best, fast and most reliable source about the updates of award winning actress Anne Hathaway ⭐
FAN ACCOUNT

### What's happening

Television · 2 hours ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
📢 Promoted by Uber

Trending in United States                    ···
**Jason David Frank**

Trending in United States                    ···
**Blocked**
130K Tweets

Sports · Trending                             ···
**Addison**
16.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

Perkowski Legal P.C.    ···
@c_perkowski

Thread

Home

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

**Dakota Johnson Portugal** ✓
@dakotajohnsonpt

···

Dakota ontem, 10, a desembarcar no aeroporto LAX em
Los Angeles! #DakotaJohnson



1:07 AM · Dec 11, 2018 · Twitter for iPhone

**16** Retweets    **63** Likes

💬          🔁          ♡          ⬆



Tweet your reply                              **Reply**

**Dakota Johnson Portugal** ✓ @dakotajohnsonpt · Dec 11, 2018
Replying to @dakotajohnsonpt
Mais algumas! #DakotaJohnson

···

💬 1       🔁 4       ♡ 20       ⬆

**Dakota Johnson Portugal** ✓ @dakotajohnsonpt · Dec 11, 2018
Mais algumas! #DakotaJohnson

···

💬        🔁 5       ♡ 22       ⬆

🔍 Search Twitter

## Relevant people



**Dakota Johnson P...** ✓        **Follow**
@dakotajohnsonpt

A tua única e melhor fonte de
informações sobre a atriz, ativista e
produtora Dakota Johnson em
Portugal, online desde 2018! — 🎬
@DJPTMídias | Fã-Clube.

## What's happening

FIFA World Cup · 13 minutes ago
**USA vs Wales**

Trending in United States
**HOW IS THAT NOT A YELLOW**
···

Family drama · Trending
**#GTMcontest7**
···

Trending in California
**Dodger Stadium**
14.2K Tweets
···

TV stars · Trending
**#MyFamilyIsWeird**
···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/Peli_Comic/status/1388521856836243499 ... af ... 2022-11-22 13:30:18 -08:00    Document 23-17    Filed 03/13/23    Page 56 of 101    Page ID
02-cv-09462-DMG-ADS    #:4796





← **Thread**

**Relevant people**



https://twitter.com/dakotajohnsonpt/status/1134155425723670530 __ at __ 2022-11-20 14:53:04 -08:00 __

← **Tweet**

**Dakota Johnson Portugal** ✓
@dakotajohnsonpt

Dakota foi fotografada hoje, 30, a chegar no set do seu novo filme 'Covers' em Hollywood! #DakotaJohnson

📷 dakotajohnsonportugal.com/galeria/thumbn...

Translate Tweet




10:51 AM · May 30, 2019 · Twitter Web Client

**46** Retweets    **11** Quote Tweets    **124** Likes

Tweet your reply                    Reply

---

## Relevant people

**Dakota Johnson P...** ✓          Follow
@dakotajohnsonpt

A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷: @DJPTMidias | Fã-Clube.

## What's happening

NFL · 1 hour ago
**Browns at Bills**

**#Disenchanted** 🧚
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
59K Tweets

Trending in United States
**#FIFAWorldCup** 🏆
Trending with #AMAs 💄

Trending in United States
**#100T** 💯
13.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

Search Twitter

Case 2:22-cv-09462-DMG-ADS    Document 23-17    Filed 03/13/23    Page 59 of 101    Page ID #:4739

← **Tweet**

This Tweet is from an account that no longer exists. Learn more

**Ricardo Robledo** @RicarRobledo · Mar 24, 2021

Replying to @AlphaBieber

I would like him to own this bitch 🙇🏻‍♀️😍😌

← **Tweet**

**katie** 👏
@weloveharry_1Dx

i wonder if he took her sunglasses 😖



9:58 AM · Jan 6, 2021 · Twitter for iPhone

**1** Retweet   **1** Quote Tweet   **4** Likes

Tweet your reply

Reply

Search Twitter

**Relevant people**

**katie** 👏
@weloveharry_1Dx
jack's housewife

Follow

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**

#AvatarTheWayOfWater 💧
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California
**Mexicans**
9,223 Tweets

Trending in United States
**#TheMarvels**
2,136 Tweets

Politics · Trending
**Dr. Fauci**
4,843 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/JenniferUpdates/status/1396199749386935881... et... 2022-11-22 08:34:22 -08:00

← **Tweet**

**Jennifer Lawrence Updates**
@JenniferUpdates                                    ···

Jennifer Lawrence. That's it, that's the tweet.



1:22 PM · May 22, 2021 · Twitter for iPhone

**72** Retweets   **19** Quote Tweets   **895** Likes

💬            🔁            ♡            📤

🅿  Tweet your reply                              Reply

**Currently in My Obsessed with Tang ...** @RafaSem... · May 22, 2021   ···
Replying to @JenniferUpdates

💬            🔁            ♡ 2            📤

**Periya Sami** @Periya510845178 · May 23, 2021   ···
Replying to @JenniferUpdates

💬            🔁 1            ♡ 2            📤

**Mayank** @iMayanks_ · May 22, 2021   ···
Replying to @JenniferUpdates
Beauty ❤️

💬            🔁            ♡ 1            📤

**Star De Souza** @StarDeSouza1 · May 23, 2021   ···
Replying to @JenniferUpdates
There seems to be trouble

💬            🔁            ♡            📤

---

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
≡ Lists
👤 Profile
⋯ More

**Tweet**

🅿 Perkowski Legal P.C.
@c_perkowski                    ···

---

🔍 Search Twitter

**Relevant people**

**Jennifer Lawrence Up...**
@JenniferUpdates        Follow

Your most reliable fan account for Academy Award winner Jennifer Lawrence since 2012. Not affiliated with Jen or her team.

**What's happening**

FIFA World Cup · LIVE
Mexico vs Poland                          

#AvatarTheWayOfWater
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in United States                    ···
**#BoycottTampax**
1,331 Tweets

Entertainment · Trending                     ···
**Died Suddenly**
114K Tweets

Trending in United States                    ···
**#SeleccionMexicana** 🇲🇽
6,487 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/streetfashion01/status/976108075538108416 __ at __ 2022-11-21 18:24:42 -08:00 __



← Tweet



## Home

## Explore

**1** Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

**Outlander Magazine**
@StreetFashion01 ···

### Kanye And Kim Spotted out in Calabasas🦋



7:47 AM · Mar 20, 2018 · Twitter for iPhone

**98** Retweets   **32** Quote Tweets   **536** Likes

  

 Tweet your reply         **Reply**

### Search Twitter

## Relevant people



**Outlander Magazine**
@StreetFashion01    **Follow**
Keeping you Tapped in with the
Fashion World.    Turn on
Notifications & Check us on Insta
"@/OutlanderMagazine" 📧 Contact:
Contact@outlandermag.com

## What's happening

FIFA World Cup · This morning
**England vs Iran**



Entertainment · Trending           ···
**Died Suddenly**
45.7K Tweets

Sports · Trending           ···
**Greg Dortch**

Trending in United States           ···
**Hive**
172K Tweets

Sports · Trending           ···
**ALL HAIL CALE**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**

Twitter

# Home

## Explore

Notifications 1

Messages

Bookmarks

Lists

Profile

More

**Tweet**


katie 👐
@weloveharry_1Dx
...

### The home where I live



3:57 PM · Nov 20, 2019 · Twitter for iPhone

**2** Likes


Tweet your reply

**Reply**

Search Twitter

## Relevant people


katie 👐
@weloveharry_1Dx
jack's housewife

**Follow**

## What's happening

FIFA World Cup · This morning
**Mexico vs Poland**



#AvatarTheWayOfWater 🧑‍🦰
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Jane Lynch**

Sports · Trending
**Ronaldo**
Trending with Glazers

Trending in United States
**RIP Harold**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.


Perkowski Legal P.C.    ···
@c_perkowski

__ https://twitter.com/SUMCDirect/status/1581499729174814017 __ at __ 2022-11-19 21:58:34 -08:00 __

← **Tweet**

**SUMC Direct**
@SUMCDirect

New set photos of Madame Web!




9:18 PM · Oct 15, 2022 · Twitter for Android

**2** Retweets   **17** Likes

  

 Tweet your reply          Reply

## Relevant people



**SUMC Direct**          Follow
@SUMCDirect
SUMC Direct, the home of Sony's
Marvel characters news. Reliable news
and one of a kind content for
everything Sony's Universe of Marvel
Characters.

## What's happening

Television · 1 hour ago
**Saturday Night Live airing on
NBC**


**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
Promoted by Uber

Trending in United States
**HE'S BACK**
150K Tweets

Sports · Trending
**Pasadena**
1,602 Tweets

Trending in United States
**#DreamersbyJungkook**
Trending with #FIFAWorldCup 🏆

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/CineSeriesPlus/status/1539982932592545794 __ at __ 2022-11-21 18:35:17 -08:00 __

← **Tweet**



**Ciné & Séries** 🎬
@CineSeriesPlus

🎥 Margot Robbie et Ryan Gosling sur le tournage du film #Barbie.



7:45 AM · Jun 23, 2022 · Twitter for iPhone

🔍 Search Twitter

## Relevant people



**Ciné & Séries** 🎬
@CineSeriesPlus

Follow

🎬 • Source d'actualité sur le cinéma, les séries et les acteurs ! • 🛎 Abonne-toi pour ne rien manquer ! • 🎥 Films • 📺 Séries • 🎞 Événements • 💰 Box-office

## What's happening

FIFA World Cup · This morning
**England vs Iran**



Entertainment · Trending
**Died Suddenly**
34.9K Tweets

Trending in California
**Dodger Stadium**
12.2K Tweets

TV stars · Trending
**Todd and Julie**
2,405 Tweets

Trending in United States
**#JeopardyAmyChat**

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply

Reply

**Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/AndresN4VY/status/13799944489080198400 ... w/ ... 2022-11-21 00:32:03 -08:00
20-cv-09482-DMG-ADS | Document 23-17 | Filed 03/13/23 | Page 66 of 101 | Page ID
#:4746

Tweet

ANDRÉS NAVY ✓
@AndresN4VY

AMO EL CASTING #POWERPUFFGIRLS 😍



8:08 PM · Apr 7, 2021 · Twitter for iPhone

**105** Retweets  **12** Quote Tweets  **1,357** Likes

Tweet your reply                                    Reply

MarcasGamerAriel1998 @marcas1990game1 · Apr 7, 2021
Replying to @AndresN4VY
creo que descargue la película equivocada xD

Eril Castelán 🖤 @BarcaftCeín · Apr 7, 2021
Replying to @AndresN4VY
Se ven hermosamente divinas 💜💙💚💛

Malte Gutiérrez @Mai_designs · Apr 8, 2021
Replying to @AndresN4VY
Amo a Chloe Bennet, en un universo es otro es héroe =3

Mr. Midnight @EriiMarTre · Apr 8, 2021
Replying to @AndresN4VY
Yo vi a algunos por ahí jeje...

David Wayne @DavidCIf21034681 · Apr 8, 2021
Replying to @EriiMarTre and @AndresN4VY
Si bro pero en Wandavision solo se utilizó el traje de modo humorístico y de un solo capitulo aqui espero que sea lo mismo por qué si no me las podré tomar enserio con ese traje

Show replies

💖Ansela Navarro💖 @AnselNavy · Apr 7, 2021
Replying to @AndresN4VY
Bombon y bellota nada me agradan

Megan 🇲🇽 @Meganjaimes2 · Apr 7, 2021
Replying to @AnselNavy and @AndresN4VY
Por?

El Bizcocho Oliva @Olivadebokita · Apr 12, 2021
Replying to @AndresN4VY
Déjenme adivinar. El conflicto de la película es que la sociedad las oprime por ser mujeres con superpoderes.

El Bizcocho Oliva @Olivadebokita · Apr 12, 2021
Replying to @Olivadebokita and @AndresN4VY
Bombón es discriminada por ser la líder, Burbuja es discriminada por ser dulce y Bellota es discriminada por ser ruda.

Show replies

David Wayne @DavidCIf21034681 · Apr 8, 2021
Replying to @AndresN4VY
El cast está chido los trajes están de la madre parecen cosplay y no de los buenos

Está horrible.

Aragon @ByIwwo · Apr 7, 2021
Replying to @AndresN4VY
La voy a ver solo por burbuja 😍😍😍

V🥺 @auaw21 · Apr 9, 2021
Replying to @AndresN4VY and @riverdaleescena
Le tuvieron miedo al éxito 😅

— https://twitter.com/ElAraguero/status/1401632485138583552 __ at __ 2022-11-22 09:45:23 -08:00 __

← **Tweet**



El Aragüeño
@ElAragueno    •••

**El Aragüeño**
@ElAragueno

La revista People reveló fotografías de Jennifer López y el actor Ben Affleck que presuntamente fueron tomadas  en las afueras del hotel Pendry, ubicado en Los Ángeles, Estados Unidos, donde disfrutaron de una cena con amigos. #Farándula

Translate Tweet



1:10 PM · Jun 6, 2021 · TweetDeck

💬          ⟲          ♡          ⬆️

      Tweet your reply          Reply

## Relevant people

   **El Aragüeño**    Follow
@ElAragueno
EL PRIMER DIARIO DE ARAGUA. ¡50 años contando tu historia!

## What's happening

FIFA World Cup · LIVE
**Mexico vs Poland**

**#AvatarTheWayOfWater**🔵
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Trending in United States    •••
**Ochoa**
Trending with  #MEXPOL, Lewandowski

Trending in United States    •••
**#SeleccionMexicana** 🇲🇽
18.8K Tweets

Politics · Trending    •••
**#JFKassassination**
Trending with  President Kennedy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

__ https://twitter.com/bso/status/1323935241296334848 __ at __ 2022-11-22 07:03:58 -08:00 __

← Tweet



**Robert Littal BSO** ✓
@BSO

···

Jordyn Woods Sends Everyone A Message While Out On A Date Night With Karl Anthony-Towns (Pics-Vid)
bit.ly/3kVBw9j



2:28 AM · Nov 4, 2020 · BSO Alert

**1** Quote Tweet   **4** Likes

💬          🔁          ♡          ⬆️


**Perkowski Legal P.C.**  ···
@c_perkowski


Tweet your reply          Reply

🔍 Search Twitter

**Relevant people**



**Robert Littal BSO** ✓          Follow
@BSO

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**What's happening**

FIFA World Cup · 2 hours ago

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

__ https://twitter.com/tender_DMJ/status/1050540130285519872 __ at __ 2022-11-21 12:48:39 -08:00

← **Tweet**

 **DAKOTA** 💜💙
@tender_DMJ                    ···

## ESA SONRISA 😍



5:14 PM · Oct 11, 2018 · Twitter for iPhone

**3** Likes

         

   Tweet your reply                    Reply

🔍 Search Twitter

**Relevant people**

 **DAKOTA** 💜💙      Follow
@tender_DMJ

Dakota Johnson is the meaning of
perfection and of course the love of
my life ❤️

**What's happening**

Sports · LIVE          
**2022 FIFA World Cup**

Entertainment · Trending          ···
**julia fox**
6,458 Tweets

Trending in United States          ···
WHAT A SAVE

__ https://twitter.com/1dafamily/status/1222603815477792769 __ at __ 2022-11-23 13:14:22 -08:00 __

← **Tweet**

 **Respaldo HSA**
@HarrySArgentina


Fotos de Harry grabando el video de "Watermelon Sugar"

Ⓒa quien corresponda



11:33 AM · Jan 29, 2020 · Twitter for Android

**6** Retweets   **27** Likes

## Relevant people

 **Respaldo HSA**
@HarrySArgentina  **Follow**

Fan Page | Updates del actor y cantante ganador de un Grammy @Harry_Styles en Argentina. • Fan Account. ¡Cuenta de respaldo de @HarryArgentina!

## What's happening

FIFA World Cup · **LIVE**
**USA vs Wales**

Trending in California
**Telemundo**
7,598 Tweets

Entertainment · Trending
**julia fox**
6,791 Tweets

Trending in United States
**South Carolina**
15.8K Tweets

Trending in California
**National Anthem**
73.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/drakedirect_/status/1569038031559459904 __ ... __ 2022-11-20 14:39:13 -08:00
22-cv-09462-DMG-ADS  Document 23-17  Filed 03/13/23  Page 71 of 101  Page ID #:4751

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

## Main Tweet

**Drake Direct**
@DrakeDirect_

Drake spotted at Beyoncés birthday party



Drizzy

11:51 AM · Sep 11, 2022 · Twitter for iPhone

118 Retweets   32 Quote Tweets   1,120 Likes

Tweet your reply                    **Reply**

---

**HuStleMan** 🖤 @LecheBrasi · Sep 11
Replying to @DrakeDirect_ and @Drake
@1KCAM with it on
1                                    2

**KamOrKujo** 👏💜👏 @1KCAM · Sep 11
Replying to @LecheBrasi @DrakeDirect_ and @Drake
The tooth pick so you kno he keepin it 🅿️
1                                    4

Show replies

**.** @qlthegenie · Sep 12
Replying to @DrakeDirect_ and @Drake
He tryna smash queen b or what

**KEN** @cucu_eric · Sep 11
Replying to @DrakeDirect_ and @Drake
What in the world is he wearing???
2

**Fezz__** @Fezz_6ix · Sep 11
Replying to @cucu_eric @DrakeDirect_ and @Drake
Idk lemme ask him...🤔

**TIME TO GO HOME** @xoulmusik · Sep 12
Replying to @DrakeDirect_ and @Drake
Over the knocking the boots sample soundcloud.com/xavierkemp-xou...

**Pure Aurah** @aurah_pure · Sep 12
Replying to @DrakeDirect_ and @Drake
😍😍😍👌

**Pure Aurah** @aurah_pure · Sep 12
Replying to @DrakeDirect_ and @Drake
Looking very much a superstar at the party.

**takeoff** @theboysebi · Sep 11
Replying to @DrakeDirect_
what is he wearing? 😩
1

Show more replies

## Right Sidebar

Search Twitter

**Relevant people**

**Drake Direct** ✓
@DrakeDirect_
Drake Fan Account 🦍          Follow

**Drizzy** ✓
@Drake                       Follow

**What's happening**

NFL · 1 hour ago
**Browns at Bills**



#Disenchanted 🍿
Original movie now streaming
💿 Promoted by Disney+

Trending in California
**Rest In Peace**
58.1K Tweets

Sports · Trending
**Melvin Gordon**
Trending with Zeke, Broncos

Trending in United States
**#FIFAWorldCup** 🏆
2.44M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ∨
© 2022 Twitter, Inc.




https://twitter.com/DanielVirgenSG/status/157859570907700000  2021-11-23 16:03:03   Document 23-17   Filed 09/13/23   Page 73 of 101   Page ID   #:0840-0940-ADS

Tweet

Daniel Virgen
@DanielVirgenSG

Más imágenes filtradas del #MadameWeb con el aparente villano de la cinta ¿Quién es?

Translate Tweet

11:00 AM · Oct 6, 2022 · Twitter Web App

63 Retweets   Quotes Tweets   1,066 Likes

Tweet your reply

MaskedMan @KevinMaskedMan · Oct 6
Replying to @DanielVirgenSG
¿Que es eso?!

El Reyes @ElliasReyes1 · Oct 6
Replying to @DanielVirgenSG
Knull XD

https://twitter.com/RockCineyComics/status/1400564090076713063S___ at ___ 2022-11-20 23:30:27 -08:00

← Tweet

 **Rock, Cine y Cómics**
@RockCineyComics                                              ···

Desde el set de filmaciones en Atlanta, tenemos la primera imagen de @ZacharyLevi enfundado en el traje del héroe de #DC. Al parecer esta vez la capa estará hecha en CGI. #Shazamfuryofthegods

Translate Tweet



2:24 PM · Jun 3, 2021 · Twitter for iPhone

1 Like

Tweet your reply                                    Reply

## Search Twitter

### Relevant people

 **Rock, Cine y Cómics**    Follow
@RockCineyComics
Aquí encontrarás noticias, entrevista y alguna locura relacionado con los temas de tu interés

 **Zachary Levi** ✓    Follow
@ZacharyLevi
That guy who plays that one guy in that thing you love. Dreamer of dreams. Co-founder of @FLOWSupps #RadicalLoveBook out now.

### What's happening

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**


#Disenchanted 🧙
Original movie now streaming
▶ Promoted by Disney+

Music · Trending
**#DavidAt30**
54.5K Tweets

Trending in United States
**Maher**
22K Tweets

Trending in United States
**#AMAs** 🎄
Trending with soobin, yeonjun

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski   ···

← **Thread**

| | Home |
| | Explore |
| | Notifications |
| | Messages |
| | Bookmarks |
| | Lists |
| | Profile |
| | More |

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

**inMARVEL** ❄️ **#MarvelStudios #Marvel #WakandaForever**
@inMARVEL_                                                    ...

Y un primer vistazo también al actor Anthony Ramos
como The Hood 🔥
#IronHeart #AnthonyRamos
#Marvel #MCU #DisneyPlus
#MarvelStudios #MultiverseSaga
Translate Tweet



1:55 PM · Aug 8, 2022 · Twitter for Android

6 Likes

💬          🔁          ♡          ⬆️

Tweet your reply                                    Reply

---

**inMARVEL** ❄️ **#MarvelStudios #Marvel #Waka...** @inMA...  · Aug 8    ...
Replying to @inMARVEL_
Un par más 👏
#IronHeart #AnthonyRamos
#Marvel #MCU #DisneyPlus
#MarvelStudios #MultiverseSaga



💬          🔁          ♡ 5          ⬆️

---

Q Search Twitter

**Relevant people**

inMARVEL ❄️ #Marv...                    Follow
@inMARVEL_

Aquel que disfrute del contenido de
Marvel Studios, si es digno, poseerá el
poder de saber todo acerca del MCU.
¡Sígueme y sé un Nuevo Vengador!
👏🙏

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**

Trending in United States
**Jordan Morris**
Trending with  Reyna                       ...

Trending in United States
**HOW IS THAT NOT A YELLOW**                ...

Trending in California
**Telemundo**                              ...
7,774 Tweets

Entertainment · Trending
**julia fox**                              ...
6,611 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



← **Tweet**



**Marvel Universe Argentina**
@marveluniversar                                    ...

## TENEMOS IMÁGENES DE VICENT D'ONOFRIO COMO #Kingpin EN EL SET DE 'ECHO'

Translate Tweet



9:54 AM · Aug 9, 2022 · Twitter for iPhone

**1** Retweet    **6** Likes

        

    Tweet your reply                    Reply

Q Search Twitter

### Relevant people



**Marvel Universe Arg...**          Follow
@marveluniversar

Información, novedades y teorías sobre el universo Marvel en un solo lugar. Contacto: marveluniverse.arg@gmail.com
#SheHulk #IAmGroot 🇦🇷

### What's happening

FIFA World Cup · 17 minutes ago
**USA vs Wales**                    

Trending in United States
**HOW IS THAT NOT A YELLOW**        ...

Family drama · Trending
**#GTMcontest7**                    ...

Lovecraft Country · Trending
**Lovecraft Country**               ...

Trending in United States
**Hive**                            ...
131K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



**Perkowski Legal P.C.**    ...
@c_perkowski

_ https://twitter.com/lsogoood/status/1519021973040672768 _ at _ 2022-11-21 23:53:55 -08:00 _

← **Tweet**

 I
@lsogoood

···

ポッケの中で手繋いでるトムホゼンデイヤかわいい〜
ずっと幸せでいてほしい

Translate Tweet



11:33 AM · Apr 26, 2022 · Twitter for iPhone

**65** Retweets   **6** Quote Tweets   **1,907** Likes

💬          🔁          ♡          ⬆

@  **Who can reply?**
   People @lsogoood mentioned can reply

🔍 Search Twitter

**Relevant people**

 I
@lsogoood
いつかの追憶                    Follow

**What's happening**

NFL · 3 hours ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

···

Home

# Explore

🔔 Notifications

Messages

🔖 Bookmarks

Lists

Profile

··· More

**Tweet**

 **Perkowski Legal P.C.**   ···
@c_perkowski

Tweet



**siri**
@ilysmcevans · · ·

## NO WAAYYY omg this just got too toit



will be playing the wife of Chris Evans' character in 'Red One.'

 **siri** @ilysmcevans · Oct 13

stay with me



9:32 PM · Oct 13, 2022 · Twitter for Android

**10** Likes



Perkowski Legal P.C.
@c_perkowski

Tweet your reply                                    Reply

---

**Relevant people**



**siri**                                    Follow
@ilysmcevans

sexiest man alive chris evans' tattoo licker first, human next 💋 fan account

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

Search Twitter

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

Perkowski Legal P.C.
@c_perkowski

— https://twitter.com/ScubaSt3219/status/1542502355576524800 — at __ 2022-11-21 20:36:35 -08:00

← **Tweet**



**Best of C~Lovin'**
@ScubaSt3219

···

## Megan Fox



6:36 AM · Jun 30, 2022 · Twitter for Android

**15** Retweets    **131** Likes



 Tweet your reply                    Reply

---

Q Search Twitter

### Relevant people

 **Best of C~Lovin'**      Follow
@ScubaSt3219

**MALE** Faves are Camila & Selena
NOT any of the celebs posted **DO
NOT TAG ANY CELEB** DM's open to
followers

### What's happening

Television · 35 minutes ago
**WWE Monday Night RAW airing
on USA**



Entertainment · Trending      ···
**Died Suddenly**
59.3K Tweets

Reality TV · Trending

---

**Perkowski Legal P.C.**      ···
@c_perkowski

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 **inMARVEL** ❄️ #MarvelStudios #Marvel #WakandaForever
@inMARVEL_

Dakota Johnson en el set de la nueva #MadameWeb
¿Que piensas del futuro proyecto de #Sony para su
peculiar #Spiderverse ? 🤔
#SpiderMan #Marvel

Translate Tweet





5:48 AM · Jul 26, 2022 · Twitter for Android

2 Likes

Tweet your reply                    Reply

Search Twitter

**Relevant people**

 **inMARVEL** ❄️ #Marv...
@inMARVEL_                    Follow

Aquel que disfrute del contenido de
Marvel Studios, si es digno, poseerá el
poder de saber todo acerca del MCU.
¡Sígueme y sé un Nuevo Vengador!
👊🦸

**What's happening**

FIFA World Cup · 1 hour ago
**England vs Iran**

Sports · Trending
**Charles Barkley**
2,741 Tweets

Trending in United States
**Colorado Springs**
538K Tweets

Sports talk · Trending
**Skip and Shannon**

Trending in California
**Dodger Stadium**
14K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/_Margvel/status/1363342141464977411 _ et _ 2022-11-19 22:08:51 -08:00

Case 2:22-cv-09462-DMG-ADS   Document 23-17   Filed 03/13/23   Page 81 of 101   Page ID
#:4761

← **Thread**

**Margvel** 🏹
@_Margvel · · ·

Más fotos desde el set de #Hawkeye 🏹

(1/2)
Translate Tweet



8:17 PM · Feb 20, 2021 · Twitter for Android

**5** Retweets   **2** Quote Tweets   **162** Likes

💬            🔁            ♡            ⬆️

🅿️  Tweet your reply                              Reply

**Margvel** 🏹 @_Margvel · Feb 20, 2021   · · ·
Replying to @_Margvel
(2/2)

♡ 1                           ♡ 70

bob @armandofaso0 · Feb 20, 2021   · · ·
Replying to @_Margvel
Nuevo crush

💬      🔁      ♡ 1      ⬆️

Francø @Francox5_ · Feb 20, 2021   · · ·
Replying to @_Margvel
Que ganas de ver a kate Bishop en accion 😍

💬      🔁      ♡ 1      ⬆️

---

Perkowski Legal P.C.   · · ·
@c_perkowski

---

**Relevant people**

**Margvel** 🏹
@_Margvel                    Follow
Humor, información y updates del
Universo Marvel | 🦸
contactomargvel@gmail.com |
#SheHulk #IAmGroot

**What's happening**

Television · 2 hours ago
**Saturday Night Live airing on
NBC**                     

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
📱 Promoted by Uber

Sports · Trending                        · · ·
**Pasadena**
1,575 Tweets

Trending in United States                 · · ·
**Blocked**
129K Tweets

Trending in United States                 · · ·
**#DreamersbyJungkook**
610K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

https://twitter.com/bieberinfobr/status/1486548955555143680 __ at __ 2022-11-21 22:55:34 -08:00



← Tweet

Q Search Twitter



 Bieber Info Brasil
@bieberinfobr

···

Justin Bieber e Hailey Bieber foram vistos chegando à igreja Churchome ontem, 26 de janeiro, em Beverly Hills, na California.

Translate Tweet

7:57 PM · Jan 26, 2022 · Twitter for iPhone

1 Retweet   9 Likes


Tweet your reply

Reply

## Relevant people

 Bieber Info Brasil
@bieberinfobr

Follow

Fan account @justinbieber

## What's happening



NFL · 2 hours ago
49ers at Cardinals

Entertainment · Trending
Died Suddenly
70.6K Tweets

···

Trending in California
Mexicans
6,402 Tweets

···

Trending in United States
Ramey
2,042 Tweets

···

https://twitter.com/ScreenMix/status/1276234117016492289 __al __ 2022-11-21 13:38:19 -08:00
22-cv-09462-DMG-ADS    Document 23-17    Filed 03/13/23    Page 83 of 101    Page ID #:4763

Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

Tweet

Perkowski Legal P.C.
@c_perkowski

Search Twitter

**Tweet**

Screen Mix ✓
@ScreenMix

تيموثي شالاميه يستمتع بوقته في كابو مع حبيبته الجديدة
الممثلة المكسيكية إيزا جونزاليس.

Translate Tweet



12:21 PM · Jun 25, 2020 · Twitter Web App

7 Retweets   13 Quote Tweets   309 Likes

Tweet your reply                                          Reply

LuFFy @O_F_O · Jun 25, 2020
Replying to @ScreenMix

0:01 296 views

bad person @20bad_ · Jun 25, 2020
Replying to @ScreenMix
وُج

Abdullah @x_isco23 · Jun 25, 2020
Replying to @ScreenMix

3

Abdullah @iAbd_9 · Jun 25, 2020
Replying to @ScreenMix
امااااا هذا الخبر !!!!!!                                3

عزام @cutandlose · Jun 26, 2020
Replying to @ScreenMix
خلصات صغيره

farah @_lilaccsky · Jun 25, 2020
Replying to @RanaAnsary78

ebtisam. @bsmh_56 · Jun 25, 2020
Replying to @ScreenMix
سلامات كبيره عليه 😌

jeje @wjdann · Jun 25, 2020
Replying to @bsmh_56 and @ScreenMix
بينهم ٩ سنوات بس .
هو٢٤ وهي ٣٠

@iiraya6 · Jun 25, 2020
Replying to @ScreenMix
يستمتع"                                                1

Inés _Mu @inanna_Mu · Jun 25, 2020
Replying to @ScreenMix
وتحنا مانا                                              1

من نسل سعد أبن عباده @ox11990 · Jun 25, 2020
Replying to @ScreenMix
ما يقدر يواصل معها
المكسيك بلد خار
بعد شهر تحصل دبوة في فمة وهو هارب
"خبير في المناطق الحارة 🌶                               1

أفنان @Afnan97y · Jun 25, 2020
Replying to @ScreenMix
@AseelAlyad2 جيتونك 💔                                  1

Aseel @alrightynot_ · Jun 25, 2020
Replying to @Afnan97y and @ScreenMix
لاي لاي لاي 💔💔                                         1

صالح @all_22ah · Jun 25, 2020
Replying to @ScreenMix
الثانو لحقه

colsed for now @202002Ray · Jun 25, 2020
Replying to @ScreenMix
أما حبيبالي انه ياي 😭                                   1

ken @humaneffbgy01 · Jun 26, 2020
Replying to @ScreenMix
يستمتع بلوح خشب كيف؟!

إسلام @Alalmii__59· Jun 25, 2020
Replying to @ScreenMix

← **Tweet**

🔍 Search Twitter

🐦

🏠 **Home**

# **Explore**

🔔 **Notifications** ①

✉ **Messages**

🔖 **Bookmarks**

📋 **Lists**

👤 **Profile**

⋯ **More**

**Tweet**

**Robert Littal BSO** ✔
@BSO ⋯

Julia Fox on Why She Doesn't Care That Kanye is Using Her to Try to Make Kim Kardashian Jealous Because Pete Davidson is in His House Eating His Snacks and Using His Account to Watch Netflix (Vids-Fox Thirst Traps) bit.ly/3tvEJnp



9:32 AM · Jan 15, 2022 · BSO Alert

**10** Retweets  **3** Quote Tweets  **28** Likes

💬    🔁    ♡    📤

🅿 Tweet your reply    **Reply**

**Edmond Dantès** @seatownWin · Jan 15 ⋯
Replying to @BSO
😂 Pete is disrespecting Ye's Netflix profile algorithm as we speak
💬    🔁    ♡ 2    📤

**Peter Wu** @Liverpotlian · Jan 15 ⋯
Replying to @BSO
Hollywood need to film a Pete Davidson movie....
💬    🔁    ♡    📤

**Ché D** @chedilli · Jan 15 ⋯
Replying to @BSO
Top tier headline sir...
💬    🔁    ♡    📤

**Steven Babb** @StevenBabbActs · Jan 15 ⋯
Replying to @BSO
Pete Davidson looks like a junkie, yet somehow still living his best life 😂🤣
💬    🔁    ♡ 2    📤

**BroRilla** @baddnewsbrandon · Jan 15 ⋯
Replying to @BSO
@w0wlaurensucks
💬 1    🔁    ♡ 1    📤

**Green Lighter Bitch** @uhheyitslauren · Jan 15 ⋯
Replying to @baddnewsbrandon and @BSO
NOOOOOO JULIA
💬    🔁    ♡    📤

**maybe or not** @ChiefTyler89 · Jan 15 ⋯
Replying to @BSO
Kanye upgraded if we being honest.
💬    🔁    ♡    📤

🏛 **Perkowski Legal P.C.** ⋯
@c_perkowski

**Relevant people**

**Robert Littal BSO** ✔   **Follow**
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**What's happening**

NFL · 4 hours ago
**49ers at Cardinals** 

**#AvatarTheWayOfWater**🐋
Get tickets now - In theaters December 16
🔲 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
7,116 Tweets

Trending in United States
**August Alsina**
Trending with Jada, #TheSurrealLife

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS    Document 23-17    Filed 03/13/23    Page 85 of 101    Page ID #:4765



__ https://twitter.com/beliebinteam/status/1371267094021599235 __ at __ 2022-11-20 20:53:55 -08:00

← **Tweet**

s
@beliebinteam

## omg my happy little baby



6:08 PM · Mar 14, 2021 · Twitter for iPhone

**69** Retweets    **7** Quote Tweets    **338** Likes

Tweet your reply                                    Reply

**Jas🦋** @jaslaspina · Mar 14, 2021
Replying to @beliebinteam
I love to see him smiling

---

Search Twitter

**Relevant people**

s
@beliebinteam                    Follow
swap swap swap it out 🥞 | fan account

**What's happening**

NFL · This afternoon
**Jets at Patriots**



**#Disenchanted** 🧚
Original movie now streaming
Promoted by Disney+

Trending in United States
**#dantherizzler**
1,408 Tweets

Trending in United States
**#AMAs** 🔺
Trending with soobin, yeonjun

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

https://twitter.com/theflowmag/status/1442493351941459975_... el___2022-11-21 01:12:40 -08:00
Document 23-17    Filed 03/13/23    Page 87 of 101
PX767

# Home
# Explore
# Notifications
# Messages
# Bookmarks
# Lists
# Profile
# More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

**The-Flow.ru**
@theflowmag

Похоже, The Weeknd встречается с Анджелиной Джоли.

Певца и акртису заметили вместе в престижном ресторане в Лос-Анджелесе, а после свидания они уехали в его особняк.

the-flow.ru/news/sluh-the-...



7:16 AM · Sep 27, 2021 · Amplifr

**14** Retweets   **51** Quote Tweets   **375** Likes

Tweet your reply                                    **Reply**

**Relevant people**

The-Flow.ru
@theflowmag                                    **Follow**

паблик vk.com/theflow инстаграм:
instagram.com/theflow.ru телеграм:
t.me/superfslowflow

**What's happening**

Television · Yesterday
**The Walking Dead airing on AMC**

Music · Trending
**Lionel Richie**
3,582 Tweets

Trending in United States
**Carr**
31.1K Tweets

Trending in United States
**#AMAs🥇**
4.47M Tweets

Trending in United States
**Defunctland**
4,483 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

**всепросто** @Hrostoerutro · Sep 28, 2021
Replying to @theflowmag
>>>>>>>

**лиза** @Ibodieva · Sep 28, 2021
Replying to @theflowmag
😱

**Виктор** @ShibaykinVictor · Sep 28, 2021
Replying to @theflowmag
А туфли, в которых Weeknd, не оценили...                2

**липинская** @Blipinskayaaa · Sep 28, 2021
Replying to @theflowmag
Ну а чего бы и нет, собственно

**Marlia** @mashannnchrm · Sep 27, 2021
Replying to @theflowmag
чиво блять                                    1        45

**_perhaps1** @_perhaps1 · Sep 27, 2021
Replying to @mashannnchrm and @theflowmag
- Анджелина, как умерла прошел?
- откуда вы *ля узнали                           7        97

**スギキ** @suoooki · Sep 27, 2021
Replying to @theflowmag
Милратантер                                           6

**финкельштольнц** @Paviupoher · Sep 28, 2021
Replying to @theflowmag
Был бы я котом, я бы нассал в эти туфли с особым удовольствием. Хотя
и в человеческом обличии я к такого рода "педалям" крайне презрителен.

**Доктор Ливси** @dr_leavsey · Sep 27, 2021
Replying to @theflowmag
Скорее она его сталкерит.                              5

**the baddest witch in town** 🔮😊 @Akuma_Kodomo · Sep 27, 2021
Replying to @theflowmag
Он знал знаменитым и известным только чтобы однажды замутить с
ней 💙                                            7

**RealRippley** @RealRippley · Sep 27, 2021
Replying to @theflowmag
Пугачева и Галкин                                2

**Фермер в эвакуации**🏕️ @andrei_kutaflev · Sep 27, 2021
Replying to @theflowmag
А где Белла???                                   1

**Ковш** @m_kovsh · Sep 29, 2021
Replying to @theflowmag
Они все под старость хотят перебраться со сникерсами ?

**Алик Садыков** @alik_s17 · Sep 28, 2021
Replying to @theflowmag and @great_lazinass
Зе флоу только в жёлтые заголовки может                1

**Команда кан Говно** @khodlack · Sep 27, 2021
Replying to @theflowmag
Усыновляет африканца. Что не так?              1        108

**winter is here** @ykshv · Sep 27, 2021
Replying to @khodlack and @theflowmag
вложилась так сказать                                 2

**rap patriot** @balica_96 · Oct 11, 2021
Replying to @theflowmag
Этой новости уже больше недели! До вас кто-то до мельницы доходит
?!

__ https://twitter.com/misslefroy/status/1539738897747427330 __ at __ 2022-11-21 14:09:44 -08:00 __



← **Tweet**

## Navigation

  Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

---



**grace dante**
@misslefroy                                    ···

margot robbie is ready to win an oscar for barbie

 

3:35 PM · Jun 22, 2022 · Twitter for Android

**2** Retweets   **1** Quote Tweet   **24** Likes

💬          ⇄          ♡          ⬆️

  Tweet your reply                        **Reply**

---

### Relevant people

 **grace dante**
@misslefroy                                    **Follow**

"Il fiore che sboccia nelle avversità è il
più raro e il più bello di tutti" 🌱 fan
account

### What's happening

FIFA World Cup · 38 minutes ago
**USA vs Wales**



Trending in United States                      ···
**Zimmerman**
16.7K Tweets

Trending in United States                      ···
**HOW IS THAT NOT A YELLOW**
1,048 Tweets

Entertainment · Trending                       ···
**julia fox**
7,608 Tweets

Trending in California                         ···
**Telemundo**
7,600 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Tweet**

Perkowski Legal P.C.   ···
@c_perkowski

— https://twitter.com/ThePopTingz/status/1280277124159545345 — at — 2022-11-21 08:08:10 -06:00 —

← **Tweet**

**Moe from Pop Tingz**
@MoeFromPopTingz

Pregnant Katy Perry and her husband Orlando Bloom strolling on the beach in Santa Barbara, California yesterday!

Watch my Katy video here:
youtu.be/fDQ2NHOPpLg



👤 KATY PERRY

4:07 PM · Jul 6, 2020 · Twitter for Android

**11** Retweets   **2** Quote Tweets   **85** Likes

💬                    ↻                    ♡                    ↑

Ⓟ   Tweet your reply                                    Reply

@polishrealnice · Jul 6, 2020
Replying to @MoeFromPopTingz @ThePopTingz and @katyperry
hUSBAND? since when

💬                ↻                ♡                ↑

Show more replies

---

**Search Twitter**

**Relevant people**

**Moe from Pop Tingz**                    Follow
@MoeFromPopTingz
Founder of @ThePopTingz. Pop Culture Expert. Entertainment Journalist.

**KATY PERRY** ✓                    Follow
@katyperry
LOVE is the key that unlocks every door 🗝️ ❤️

**What's happening**

NFL · Yesterday
Cowboys at Vikings

Sports · Trending
**Charles Barkley**
2,444 Tweets

Entertainment · Trending
**Kang**
46.6K Tweets

Trending in California
**Dodger Stadium**
13.8K Tweets

Trending in United States
**Foden**
41.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

Twitter

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

Perkowski Legal P.C. •••
@c_perkowski

← **Tweet**

🔍 Search Twitter

- 🏠 Home
- #️⃣ Explore
- 🔔 Notifications
- ✉️ Messages
- 🔖 Bookmarks
- 🗒️ Lists
- 👤 Profile
- ⋯ More

**Tweet**

**Zayn Malik News**
@ZaynJMNews ⋯

#NEW | Zayn out and about in NYC! (#1-4) via @JustJared

4:28 PM · Jan 13, 2018 · Twitter for iPhone

**134** Retweets **20** Quote Tweets **309** Likes

Tweet your reply

Reply

**Relevant people**

**Zayn Malik News**
@ZaynJMNews    Follow
Keeping you up to date with the daily habits of @zaynmalik! | Contact: zaynjmnews@gmail.com

**JustJared.com** ✔
@JustJared    Follow
Your #1 Entertainment Authority Also follow @jaredeng @justjaredjr

**What's happening**

FIFA World Cup · 27 minutes ago
**Senegal vs Netherlands**

Trending in United States
**USA USA USA**
418K Tweets

Sports · Trending
**Charles Barkley**
4,854 Tweets

Trending in United States
**LETS GO USA**

Trending in United States
**I BELIEVE THAT WE WILL WIN**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ⋯
@c_perkowski

Tweet

— https://twitter.com/BRMarvelNews/status/1093678437309599744 — at — 2022-11-22 18:14:35 -08:00 —

← **Tweet**

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**Marvel News** 
@BRMarvelNews  ···

Replying to @Guilherm1015

Ela já foi vista no set com as mesmas pontas

Translate Tweet



5:10 PM · Feb 7, 2019 · Twitter Web Client

**1** Like

Tweet your reply

Reply

Perkowski Legal P.C.
@c_perkowski

Q Search Twitter

**Relevant people**

**Marvel News**
@BRMarvelNews   Follow

Conta de fã dedicada ao Universo Marvel 🏳️‍🌈 Contato: marvelnewsbr@outlook.com

**What's happening**

Entertainment · LIVE
Happy birthday, Naga Chaitanya 🎂

#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in United States
RIP Harold

Fashion & beauty · Trending
Balenciaga
63.5K Tweets

Entertainment · Trending

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Case 2:22-cv-09462-DMG-ADS     Document 23-17     Filed 03/13/23     Page 92 of 101     Page ID
#:4772



___ https://twitter.com/SNEAKPEEKCA/status/1206758686787620864 __ at __ 2022-11-21 20:08:47 -08:00 ___

← **Tweet**

 **SneakPeek**
@SNEAKPEEKCA

...

sneakpeek.ca/2019/11/scarle...
#ScarletWitch #ElizabethOlsen #WandaVision
#DinsetPlus #Georgia #MarvelStudios  #TheVision



6:11 PM · Dec 16, 2019 · Twitter Web App

**2** Retweets   **3** Likes

💬          🔁          ♡          ⬆

 Tweet your reply                    Reply

🔍 Search Twitter

**Relevant people**

 **SneakPeek**    Follow
@SNEAKPEEKCA
Invite Only

**What's happening**

NBA · 34 minutes ago
**Heat at Timberwolves**                

Entertainment · Trending          ...
**Died Suddenly**
56.4K Tweets

Sports · Trending               ...
**Jason Robertson**

Sports · Trending               ...
**Brock Purdy**

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.   ...
@c_perkowski

___ https://twitter.com/bso/status/1283997752997945345 ___ at ___ 2022-11-22 07:23:24 -08:00 ___

← **Tweet**

**Robert Littal BSO** ✔
@BSO

How Jordyn Woods Continues To Be There For Karl-Anthony Towns And Help Him Get Through This Rough Time (Pics-Vids) bit.ly/2CjH1xD via @BasketballguruD

10:31 PM · Jul 16, 2020 · BSO Alert

**5** Retweets    **7** Likes

### Relevant people

**Robert Littal BSO** ✔    Follow
@BSO

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**The Daniel Bell©**    Follow
@BasketballGuruD

Thunder Beat Reporter For @BSO | Contributor for the @FranchiseOK | A lot of sports tweets | dbell3220@icloud.com

### What's happening

FIFA World Cup · Starts tomorrow
**Mexico vs Poland**

**#AvatarTheWayOfWater**🔵
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States
**Delphi**
2,226 Tweets

Trending in United States
**Argentina**
Trending with #FIFAWorldCup 🏆, Herve Renard

Entertainment · Trending
**Died Suddenly**
106K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More···
© 2022 Twitter, Inc.


**Perkowski Legal P.C.**
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

Tweet your reply    Reply



https://twitter.com/CorridosYBandas/status/1459287829957434880 __el__2022-11-22 04:04:26 -08:00 __

← **Tweet**



Corridos & Bandas
@CorridosYBandas

···

Mi novia bien arreglada para ir a los tacos // yo saliendo del jale

*Translate Tweet*



IG:@corridosybandasoficial

2:31 PM · Nov 12, 2021 · Twitter for iPhone

**728** Retweets   **94** Quote Tweets   **3,778** Likes

---

Perkowski Legal P.C.
@c_perkowski   ···

💬  Tweet your reply                          **Reply**

---

**Carolina** @hellodirection8 · Nov 12, 2021
Replying to @CorridosYBandas
si he visto parejas asi jajaja
                                                ♡ 2

**Squidwardo G.** @Evil_Dr_Prkchop · Nov 12, 2021
Replying to @CorridosYBandas
@AlinaCanales 🤣🤣
                                                ♡ 1

**Ceezzz** @Cesarrr00 · Nov 13, 2021
Replying to @CorridosYBandas
@kimmberlyy13

**Quan** @JuanDeLaRosaDZ · Nov 13, 2021
Replying to @CorridosYBandas
@Daisymfflower
                                                ♡ 1

**Diana Aguilar** @dianaaguilaar · Nov 12, 2021
Replying to @CorridosYBandas
@carlosparraj
                                                ♡ 1

**CarlosParra** 💬 @carlosparraj · Nov 13, 2021
Replying to @dianaaguilaar and @CorridosYBandas
Jajajajaajajaj todo puteado
                                                ♡ 1

**720Pedro** @720peddi · Nov 12, 2021
Replying to @CorridosYBandas
🤣
                                                ♡ 2

---

**Relevant people**

Corridos & Bandas           **Follow**
@CorridosYBandas
Pura Música Regional Mexicana. (DM for Promo)
instagram.com/corridosybandas

**What's happening**

FIFA World Cup · 🔴LIVE
Argentina vs Saudi Arabia

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
🎬 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
83.4K Tweets

Trending in United States
**Argentina**
Trending with  Messi, #ARGKSA

Trending in California
**Mexico City**
24.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/Chatterboxfilm/status/1479571204692496384 __ at __2022-11-21 17:03:01 -08:00 __





zz-xv-09482-DMC-ADS

Tweet

**Trap Midias**
@Trapmidias

Travis Scott foi visto com Fragment x Cactus Jack 1 Highs



1:01 PM · Feb 17, 2021 · Twitter for iPhone

**208** Retweets    **64** Quote Tweets    **2,537** Likes

Tweet your reply                                              Reply

**Caixa** @Caixa2308 · Feb 17, 2021
Replying to @Trapmidias and @qeutglck
Esse é bonito aquela porra daquele sapatenis marrom é horrivel, odeio highbeast
♡ 1

**Jiao marinho** @Jaoomarinho · Feb 17, 2021
Replying to @Caixa2308 and @qeutglck
Eiz.
Show replies

**Jm'7** @_JoaoMarc0s_ · Feb 17, 2021
Replying to @Trapmidias and @qeutglck
Meu deus 🙏

**, @JvSalthes12 · Feb 17, 2021
Replying to @Trapmidias and @qeutglck
@jvleall

**忠美** @wjdleall · Feb 17, 2021
Replying to @JvSalthes12 and @qeutglck
que lindão meu deus
♡ 1

This reply was hidden by the original Tweet author. Learn more

**José** @Joaefacooo · Feb 17, 2021
Replying to @carolinukjkk and @qeutglck
Kkkkk

**Nayla** @naylasantos · Feb 17, 2021
Replying to @Trapmidias and @qeutglck
A aflição do simbolo ao contrário

**Bitcoin** @guilhermenogr · Feb 17, 2021
Replying to @Trapmidias and @qeutglck
@daniloOnogueira encomenda esse aqui pra mim ze
♡ 1

**Danilo Nogueira** @ST0XB0YYY · Feb 17, 2021
Replying to @guilhermenogr and @qeutglck
Ok, esse vai ser baratih mesmo 😍

**@arcalls · Feb 17, 2021
Replying to @Trapmidias and @qeutglck
o famoso triple hype

**dmz** @dmzz013 · Feb 18, 2021
Replying to @Trapmidias and @qeutglck
o famoso tênis que não posso comprar

**kyo** @1hopez · Feb 17, 2021
Replying to @Trapmidias and @qeutglck
@patatristinho
♡ 1

**😎 Angel In Agbada** @bigbenny_ent · Feb 17, 2021
Replying to @Trapmidias and @qeutglck
Follow me and I'll gladly follow back

**Real Muthaphuckkin G** @Lewandowski_I · Feb 17, 2021
Replying to @Trapmidias and @qeutglck
Na tlt ele é feio, no pé do travis fica bnt
♡ 3

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more
Show replies

**José** @Joaefacooo · Feb 17, 2021
Replying to @Trapmidias and @qeutglck
Esse en feio
Pprt
♡ 1

This Tweet was deleted by the Tweet author. Learn more

Show replies

Show additional replies, including those that may contain offensive content                                              Show

Perkowski Legal P.C.
@c_perkowski

---

**Search Twitter**

**Relevant people**

**Trap Midias**                                   Follow
@Trapmidias
TRAP NACIONAL entertainment ✝️

**What's happening**

FIFA World Cup · Last night
**Mexico vs Poland**

**#AvatarTheWayOfWater 🌊**
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
**#GenshinSpecialProgram**
9,517 Tweets

Trending in California
**Epstein**
33.2K Tweets

Trending in United States
**#staywoke**
2,218 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ...
© 2022 Twitter, Inc.

__ https://twitter.com/SNEAKPEEKCA/status/1065363121315023616 __ at __ 2022-11-20 23:38:44 -08:00

← Tweet

⇄ SneakPeek Retweeted



**SneakPeek**
@SNEAKPEEKCA    · · ·

sneakpeek.ca/2018/11/brie-l...



1:55 PM · Nov 21, 2018 · Twitter Web Client

**1** Retweet    **1** Like

💬          ⇄          ♡          ⬆

    Tweet your reply          Reply

**Relevant people**

    **SneakPeek**          Follow
@SNEAKPEEKCA
Invite Only

**What's happening**

NFL · 3 hours ago
**Chiefs at Chargers**

#Disenchanted 💃
Original movie now streaming
▶ Promoted by Disney+

Music · Trending          · · ·
**#DavidoAt30**
55.9K Tweets

--- Twitter navigation ---
🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

Perkowski Legal P.C.          · · ·
@c_perkowski

__ https://twitter.com/guidance_the/status/1183027974900932513 __ at __ 2022-11-20 23:08:14 -08:00 __

← **Tweet**

 **TheGuidance**
@guidance_the                                                                    ...

Just Jared compartió estas imágenes exclusivas desde
el set de filmación de #TheSuicideSquad, donde
podemos ver a varios actores en personaje. Que les
parece ??



7:33 AM · Oct 12, 2019 · Twitter for iPhone

♡          ↻          ♡          ↥

  Tweet your reply                                    **Reply**

Q Search Twitter

### Relevant people

 **TheGuidance**
@guidance_the                          **Follow**

Todo el contenido geek al alcance de
tu mano. Noticias, análisis, cómics
narrados, curiosidades, etc.

### What's happening

NFL · 2 hours ago
**Chiefs at Chargers**                              

**#Disenchanted** 🧝
Original movie now streaming
🅿 Promoted by Disney+

Music · Trending                                      ...
**sabrina**
72.4K Tweets

Trending in United States                             ...
**#TheWalkingDead**
Trending with Negan, #TWDFinale

Trending in United States                             ...
**#AMAs** 💅
Trending with soobin, yeonjun

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🅿 **Perkowski Legal P.C.**   ...
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

https://twitter.com/bso/status/1336495805553840128 __ et __ 2022-11-22 06:59:47 -08:00

