# EXHIBIT B Continued

## Twitter

**Home**
**Explore**
**Notifications** 1
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

### Tweet

**Robert Littal BSO** ✓
@BSO

Kristin Cavallari Alerted Paparazzi to Take Photos of Her Twerking on Her New Man to Troll MAGA Jay Cutler
bit.ly/2K1QNYT via @NathanAddison24



2:20 PM · Dec 8, 2020 · BSO Alert

**3** Retweets **2** Quote Tweets **11** Likes

Tweet your reply                                    **Reply**

**T-Y** @Tyrand_dquan · Dec 8, 2020
Replying to @BSO
She about to start a 😂😂😂

**Sir James** @theSJ40 · Dec 8, 2020
Replying to @BSO

GIF  ALT                                                     1

**31** @Moxter3 · Dec 8, 2020
Replying to @BSO
Scottie needs to take the Cutler approach. Move the hell on.

**Eric Green** @GreenDbcoach18 · Dec 8, 2020
Replying to @BSO
Jay could careless lol 😂

**Kevin Standart** 🏀 @kstand40 · Dec 8, 2020
Replying to @BSO
She really thinks this would bother him? 😂                    2

**Ya boi Ced** @ceddie_stl · Dec 8, 2020
Replying to @BSO
Man, that girl better gon' somewhere. My boy Jay Cutler at home like......

GIF  ALT AN BARELY CONTAIN MYSELF

**Emma Goldman Sachs** @pacifistHULK · Dec 8, 2020
Replying to @BSO
MAGA QB VS. VAX DENIER.....

**Perkowski Legal P.C.**
@c_perkowski

### Search Twitter

**Relevant people**

**Robert Littal BSO** ✓          **Follow**
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**What's happening**

FIFA World Cup · 2 hours ago
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
105K Tweets

Trending in United States
#السعودية_الأرجنتين
1.23M Tweets

Trending in United States
**Argentina**
Trending with #FIFAWorldCup 🏆 · Herve Renard

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.



https://twitter.com/soygerardcortez/status/978690793252810702_ol_2022-11-22 17:02:21 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-18   Filed 03/13/23   Page 3 of 101   Page ID #:4784



Page 3 of 101

https://twitter.com/CosmicMMEdia/status/1578070853643911182 __et__ 2022-11-20 12:01:29 -08:00

← **Tweet**

**Cosmic Media**
@CosmicMMedia

Sony and Marvel's #MadameWeb



10:13 AM · Oct 6, 2022 · Twitter for iPhone

**45** Retweets   **22** Quote Tweets   **367** Likes

💬   ⟲   ♡   ⬆

P   Tweet your reply                    **Reply**

**mad_dox** @Ox46Mad · Oct 6
Replying to @CosmicMMedia
Who knew Jack Harlow can act.
💬        ⟲        ♡ 1        ⬆

**KayGrimes** @KayGrime · Oct 6
Replying to @CosmicMMedia
Who is that?
💬 1      ⟲        ♡        ⬆

**saul alanis** @detexxt · Oct 6
Replying to @KayGrime and @CosmicMMedia
Logan Lerman I'm pretty sure
💬        ⟲        ♡ 1        ⬆

**Mwa c flyyyyynn** @flynnwhitejr · Oct 6
Replying to @CosmicMMedia
jack harlow
💬        ⟲        ♡ 1        ⬆

**Andy Jaymes Pirie** @justandy93 · Oct 6
Replying to @CosmicMMedia
Thought that was Aaron Taylor Johnson.
💬        ⟲        ♡ 14        ⬆

---

**Home**
**# Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

Q Search Twitter

**Relevant people**

Cosmic Media        Follow
@CosmicMMedia
Your #1 source for all leaks surrounding Marvel, Star Wars, and Disney | Backup for @cosmic_marvel

**What's happening**

NFL · LIVE
Browns at Bills

#Disenchanted 🧙‍♀️
Original movie now streaming
📺 Promoted by Disney+

Trending in California
**Shakira**
111K Tweets

Sports · Trending
**Lamar Jackson**
2,756 Tweets

Only on Twitter · Trending
**Rest in Power**
20.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**DC da Depressão**
@Dc_da_depressao

## Arte conceitual vs Foto do set



5:46 PM · May 25, 2022 · Twitter for Android

**190** Retweets   **68** Quote Tweets   **5,175** Likes

Tweet your reply                                    **Reply**

---

**Sociedade dos leitores de HQS** @LendoHQ · May 25
Replying to @Dc_da_depressao
Será que recebe indicação ao Oscar de melhor figurino??? Não sei se fidelidade à HQ é levando em conta
♡ 1          ♡ 67

Show replies

**Porto S.P.F.C** @DiegoPortoSanti2 · May 25
Replying to @Dc_da_depressao
Eu achei que o farol de milha do carro fazia parte da fantasia kkkk
♡ 1          ♡

**FANLAB** @fanlab · May 26
Replying to @Dc_da_depressao
Isso tá bom demais!!!

GIF  ALT

**O Din** @jackbrunoreflex · May 25
Replying to @Dc_da_depressao
Esse "vs" ficou meio estranho né
♡ 2          ♡ 28

**KARAOKãJ** 🎤💜🐨💙🦋 🐯@YouTube #3kcr... @AzInter... May 25
Replying to @JackBrunoreflex and @Dc_da_depressao
Só pode tá brincando, ficou incrível
♡ 1          ♡ 40

Show replies

**ArtUH** @ArthurVieira40 · May 26
Replying to @Dc_da_depressao
Espero que a fotografia do filme seja esse neon "tecno-brega" igual do poster
♡          ♡ 10

**vitão HEXADO** ⭐⭐⭐⭐⭐ @al_vitim · May 25
Replying to @Dc_da_depressao
krl muito lindo
♡          ♡ 1

**Adan** @adan_juny · May 25
Replying to @Dc_da_depressao
Besouro Azul é calvo?
♡ 1          ♡ 5

**victoria ✨ juridico Barry Allen** @feh_... · May 26
Replying to @Dc_da_depressao
Com a pós produção vai ficar perfeito
♡ 1          ♡ 3

**Marcelin777** @Marcelo_HEYC · May 26
Replying to @Dc_da_depressao
Espero...ta muito escuro assim oia,achei estranho
♡          ♡ 1

**Hokage da Vila do Taboão** @_DaniloSam · May 25
Replying to @Dc_da_depressao
@stimho01 brabo em
♡          ♡

**Vitinho** @vitinhoo01 · May 25
Replying to @_DaniloSam and @Dc_da_depressao
Ficou lindão, ansioso pro filme, tem potencial
♡          ♡

**Não pensa krl** @mdspenavel · May 26
Replying to @Dc_da_depressao
Tá foda
♡          ♡

**jorgin curioso** @jigbuk · May 26
Replying to @Dc_da_depressao
Só marvete cissando
♡ 1          ♡

**wonderdog** @Wond3rdog · May 26
Replying to @Dc_da_depressao
Ta parecendo aqueles vendedores ambulantes que vendem pipa na praia
♡ 1          ♡ 4

LuLzf 🙏🙏🙏 **#scaloneta #arsulomufa** @casa_lendao · May 26
Replying to @Dc_da_depressao
Aí já tá palifando no caraikkkkkk ficou foda
♡ 1          ♡ 4

Show replies

**renaissandy** @cinelyboyandy · May 27
Replying to @Dc_da_depressao
tomara q tenha mt luz neon no filme
♡          ♡

**Gustavo 😎** @PefenomGus · May 26
Replying to @Dc_da_depressao
Muito bom
♡          ♡

**Sidney🧊🎬** @htaworu · May 26
Replying to @Dc_da_depressao
Cabeção da muleta
♡          ♡

**Mr Rena** @Mr_Rena77 · May 26
Replying to @Dc_da_depressao
Tá foda
♡          ♡

♡ @bravetakeru · May 26
Replying to @Dc_da_depressao
Infelizmente a gente só vai ver o brilho quando sair trailer
♡          ♡ 73

**bruno🥵** @Dukaa · May 26
Replying to @Dc_da_depressao
@Cacefops
♡          ♡

**Laura Costa** @Lauracosta00 · May 26
Replying to @Dc_da_depressao
Ficou perfeita 😍
♡          ♡

**Carapaco 🎮** @caricodewayoz · May 26
Replying to @Dc_da_depressao
Tô até vendo o ted sendo o gênio bilionário cômico que estuda o jamie e ajuda ele a entender os poderes em um lugar controlado,provavelmente em alguma cena no fim do filme ele vai revelr o traje dos quadrinhos de forma cômica
♡          ♡

**wwwolf.com** @mardzavilla · May 26
Replying to @Dc_da_depressao
VIVENDO PRA VER O BRILHO LIGADO
♡          ♡

**Edu Xavier** @eduxavier_ · May 26
Replying to @Dc_da_depressao
Essa roupa da um certo medo kk
♡ 1          ♡ 1

**#FãDoTsé 🔮 10praum** @moiseirodrigo_7 · May 25
Replying to @Dc_da_depressao
♡          ♡

**Relevant people**

**DC da Depressão**          Follow
@Dc_da_depressao
Me diz, você nos segue? Vai seguindo 🙏 Uma das maiores fan-pages da DC no Instagram e no Twitter ❤️

**What's happening**

Sports · LIVE
2022 FIFA World Cup

Entertainment · Trending
**Died Suddenly**
35.9K Tweets

Trending in California
**Mexicans**
6,341 Tweets

Trending in United States
**Safaree**
Trending with #crime41

Entertainment · Trending
**Sinbad**
8,464 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

__ https://twitter.com/weloveharry_1dx/status/135630003446208208112 __ at __ 2022-11-22 14:31:14 -08:00 __

← **Tweet**



**katie** 🙌
@weloveharry_1Dx

···

THE APRON?????????????????????? A VERY SPECIFIC FANTASY OF MINE PLUCKED RIGHT FROM MY BRAIN????????????



9:56 AM · Feb 1, 2021 · Twitter for iPhone

**2** Likes

   



Tweet your reply

 Reply

**Relevant people**



**katie** 🙌
@weloveharry_1Dx

Follow

jack's housewife

**What's happening**

FIFA World Cup · 4 hours ago
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🧑
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California
**Lucas**
153K Tweets

···

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski
···

Search Twitter



← **Tweet**

🐦

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

 **El Aragüeño**
@ElAragueno

⋯

Jennifer López y Ben Affleck parecen confirmar con su último encuentro que están de vuelta. Varias imágenes publicadas en exclusiva por el portal Page Six así lo demuestran. #Farándula

Translate Tweet



6:32 AM · Jun 3, 2021 · TweetDeck

💬            ⟲            ♡            ⬆

 Tweet your reply                    Reply

🔍 Search Twitter

**Relevant people**

 **El Aragüeño**
@ElAragueno                      Follow

EL PRIMER DIARIO DE ARAGUA. ¡50 años contando tu historia!

**What's happening**

FIFA World Cup · 4 minutes ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🦋
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States         ⋯
**Ochoa**
Trending with  Poland,  #MEXPOL

Celebrities · Trending            ⋯
**Tom Hanks**
4,228 Tweets

Trending in California            ⋯
**Mexicans**
10.7K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.   ⋯
@c_perkowski

https://twitter.com/g3cafe/status/1346285856953274368 _ et _ 2022-11-22 14:47:50 -08:00

← Tweet

**g3 san diego**
@g3cafe

So Olivia Wilde is dating Harry Styles.
She's 36, he's 26.

If Olivia Wilde really left her husband Jason Sudeikis for
Harry Styles, then who am i to judge?

#GetItGirl
#[2][0][2][1][2][0][2][1]
#WhatsTheG



6:42 PM · Jan 4, 2021 · Twitter for iPhone

**1** Retweet    **15** Likes

💬    🔁    🤍    📤

**Perkowski Legal P.C.**    ⋯
@c_perkowski

Ⓟ  Tweet your reply                    Reply

> You're unable to view this Tweet because this account owner limits who can view
> their Tweets. Learn more

✨ @pusangbalbon17 · Jan 4, 2021    ⋯
Replying to @VinnoGarcia and @g3cafe
Wala yan sis. Di ako pag tataksilan nyan. Char

💬 1    🔁    🤍    📤

Home

# Explore

🔔 Notifications ①

✉ Messages

🔖 Bookmarks

Lists

Profile

More

**Tweet**

🔍 Search Twitter

**Relevant people**



**g3 san diego**    Follow
@g3cafe
Filipina Writer, #ByG3 ✍ Host,
#LiveWithG3 🎙 Columnist, #RatedG3
📺 Editor, Mega Entertainment
Entertainment Journalist 📰
Entrepreneur, #FarmToFork

**What's happening**

FIFA World Cup · 4 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Betty White · Trending    ⋯
**Betty White**
2,718 Tweets

Trending in California    ⋯
**Chicharito**
6,811 Tweets

Business and finance · Trending    ⋯
**#studentloans**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2022 Twitter, Inc.



**Tweet**

 **MarvelStudios The Multiverse Saga**
@Marvelfan2023

New Madame Web Set Photos appear to show some sort of Spider Variant on set 😢 #Madameweb #sony #Marvel

 

10:04 AM · Oct 6, 2022 · Twitter for iPhone

**1** Retweet  **2** Quote Tweets  **23** Likes

Tweet your reply

Reply

 **Sun Eater** @MugiwaSam · Oct 7
Replying to @Marvelfan2023
That's Arachno-Dude right there

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski

---

**Relevant people**

 **MarvelStudios The M...**
@Marvelfan2023    Follow

the multiverse saga and Spider-Man news 🎬 and updates page/PlayStation fan 🎮 #marvel #disney #disneyplus #marvelstudios #D23expo #teamplaystation #ps5

**What's happening**

NFL · LIVE
Raiders at Broncos

#Disenchanted 🧙
Original movie now streaming
📽 Promoted by Disney+

Trending in California
**Rest In Peace**
53.1K Tweets

Only on Twitter · Trending
**Rest in Power**
24.4K Tweets

Trending in United States
**LGBTQ**
Trending with Colorado Springs, #ClubQ

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/_Margvel/status/1350861606150930438__at__2022-11-21 14:23:35 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-18   Filed 03/13/23   Page 11 of 101   Page ID #:4792

← **Tweet**

Margvel 🌸 @_Margvel   •••

🚨 **AHORA: Nuevas fotos del set de Spider-Man 3!**

Translate Tweet



9:44 AM · Jan 17, 2021 · Twitter for iPhone

**19** Retweets   **4** Quote Tweets   **430** Likes

P  Tweet your reply                    Reply

anakin Skywalker @anakinjedi_ · Jan 17, 2021
Replying to @_Margvel
No me conteiner que van a seguir cona novela amorosa de Peter y mj
♡ 1

Margvel 🌸 @_Margvel · Jan 17, 2021   •••
Replying to @anakinjedi_
Yyyy
♡ 1   ♡ 1

Show replies

J4NO ⭐ @J4NOHyper · Jan 18, 2021   •••
Replying to @_Margvel
Las zapatillas del primero la foto desentonan total

MarcosH @tetracsmender · Jan 17, 2021   •••
Replying to @_Margvel
Vi la primera foto desde lejos y pensé que todo era Toby maguire
♡ 1

mate 🇦🇹💥 @mateemire · Jan 17, 2021   •••
Replying to @_Margvel
El collar de mj
♡ 1

drunk lover @Gzpaperboy · Jan 17, 2021   •••
Replying to @_Margvel
Esa pareja no encaja nooo

This Tweet is from a suspended account. Learn more

honey @IanniHelgero5 · Jan 17, 2021   •••
Replying to @martinpaezf and @_Margvel
wow

---

Q Search Twitter

**Relevant people**


Margvel 🌸 @_Margvel   Follow
Humor, información y updates del
Universo Marvel | 🎃
contactomargvel@gmail.com |
#SheHulk #IAmGroot

**What's happening**

FIFA World Cup · 52 minutes ago
**USA vs Wales**

Trending in California
**Dodger Stadium**
12.9K Tweets   •••

Trending in United States
**Trent Reznor**
7,985 Tweets   •••

Trending in California
**Telemundo**
7,696 Tweets   •••

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,106 Tweets   •••

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski   •••

← **Tweet**

**Marvel Universe Argentina**
@marveluniversar

···

AYAYAY. Se filtraron fotos del set de 'IRON HEART' y finalmente tenemos un primer vistazo a Dominique Thorne como Riri Williams.



3:08 PM · Aug 8, 2022 · Twitter for iPhone

**1** Like

## Relevant people

**Marvel Universe Arge...**
@marveluniversar

Follow

Información, novedades y teorías sobre el universo Marvel en un solo lugar. Contacto: marveluniverse.arg@gmail.com
#SheHulk #IAmGroot 🇦🇷

## What's happening

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Trending in California          ···
**Dodger Stadium**
13.8K Tweets

Sports · Trending          ···
**Charles Barkley**
2,522 Tweets

Entertainment · Trending          ···
**Kang**
Trending with #AntManandTheWaspQuantumania

Trending in United States          ···
**#SENNED**
22.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply                    Reply

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

Search Twitter

**Perkowski Legal P.C.**
@c_perkowski          ···

— https://twitter.com/teleaudiencias/status/1450398819556806661 __ at __ 2022-11-22 01:04:48 -08:00 —

← **Tweet**

 **Teleaudiencias**
@teleaudiencias

The Weeknd y Angelina Jolie; pillados juntos de nuevo. La actriz y el cantante habían sido relacionados sentimentalmente hace unos meses. ¿Posible pareja o nuevo proyecto? wp.me/pa7l1P-7Nf

Translate Tweet



2:50 AM · Oct 19, 2021 · TweetDeck

**2** Likes

🔍 Search Twitter

### Relevant people

 **Teleaudiencias**
@teleaudiencias          Follow

Audiencias, noticias, opinión, entrevistas, estrenos, tv, cine, música y deportes y +51.000 en instagram!
TvTeleaudiencias.wordpress.com

### What's happening

NFL · 4 hours ago
49ers at Cardinals

#AvatarTheWayOfWater 🧿
Get tickets now - In theaters December 16
📢 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Entertainment · Trending

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

 Perkowski Legal P.C. ...
@c_perkowski



💬     🔁     ♡     ⬆️

Ⓟ Tweet your reply          Reply

https://twitter.com/brandyjensen/status/1492295313068317188...al  2022-11-22 01:54:37 -08:00
CV-v-09462-DMG-ADS  Document 23-18  Filed 03/13/23  Page 14 of 101  Page ID
#:4795

**Brandy Jensen**
@BrandyLJensen

when i hear the dulcet tones of Melvyn Bragg saying "Hello. In 541 AD the Byzantine historian Procopius first reported an outbreak of plague…"



2:52 PM · Feb 11, 2022 · Twitter for iPhone

37 Retweets  5 Quote Tweets  486 Likes

**Perkowski Legal P.C.**
@c_perkowski

Tweet your reply                    Reply

**Aaron Kirschenfeld** @kirschrubjustice · Mar 7
Replying to @BrandyLJensen
I finally compiled a spreadsheet of all 933 In Our Time episodes to this point (less the 5 "Written Word" eps.), with links to download here:

docs.google.com
In Our Time
Episodes
Listened,Date,Title,Summary_1,Summary_2,Link,Lin...

**miles stauffer** @miles_stauffer · Feb 12
Replying to @BrandyLJensen
Great podcast!

**Mike Klein** @mjklein64 · Feb 11
Replying to @BrandyLJensen
On board the Bragg train.
1

**Claire** 🦋 @isolinearchip_ · Feb 11
Replying to @BrandyLJensen
I got in trouble at work once for listening to too much In Our Time because it made me "unapproachable by my coworkers"
2

**Biff Flanagan** @424Zearl · Feb 11
Replying to @BrandyLJensen
When i hear the nice lady introduce the bonus extended chat.
6

**Matt Macdonald** @MattInTyne · Feb 11
Replying to @BrandyLJensen
I can't believe I'm not the only one. Thank you.
4

**Noam** @NoamRadcliffe · Feb 11
Replying to @BrandyLJensen
was just listening to the walter benjamin episode. great pod
2

**Official Antifa Mascot Dog™ ℠ ©** @BadDadJokes816 · Feb 12
Replying to @BrandyLJensen
Thanks for turning me on to this podcast!

**Marcus Smart** @QuentinMahoney · Feb 12
Replying to @BrandyLJensen
"And now, a little bonus time with Melvyn and his guests..."
1

**Kyle Peters** @kpeters13 · Feb 11
Replying to @BrandyLJensen
Hard same
1

This Tweet was deleted by the Tweet author. Learn more

**salvage calumny** @aworkingmann · Feb 22
It's been on so long that you can google "in our time + (whatever topic)" and have at least one or two relevant episodes turn up.

Also if you download the BBC Sounds app they have the full archive going back to the late nineties, most podcast apps only go back 5 or 6 years

**Relevant people**

**Brandy Jensen**
@BrandyLJensen            Follow

See that she chews her food well, and sets her foot down firmly on the ground when she walks, and you're all right.

**What's happening**

NFL · 5 hours ago
49ers at Cardinals

#AvatarTheWayOfWater 📽️
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
Died Suddenly
78.9K Tweets

Trending in United States
#GMMTV2023
276K Tweets

Trending in United States
Argentina
Trending with Messi

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⌄
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Search Twitter

__ https://twitter.com/RihannaNoBrasil/status/1569058727348654082 __ el __ 2022-11-20 12:43:02 -08:00 __

← **Tweet**

**Rihanna.com.br** 
@RihannaNoBrasil

···

## RIHANNA in jeans!!! 🤩



1:22 PM · Sep 11, 2022 · Twitter for Android

**32** Retweets    **1** Quote Tweet    **325** Likes

💬            ⇄            ♡            ⬆️

 Tweet your reply                    Reply

**Carlos** @Carlos15731630 · Sep 11
Replying to @RihannaNoBrasil
Hermosa 😍

💬            ⇄            ♡            ⬆️

---

Home

# Explore

🔔 Notifications ①

✉️ Messages

🔖 Bookmarks

Lists

Profile

More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski    ···

---

🔍 Search Twitter

### Relevant people

 **Rihanna.com.br**     **Follow**
@RihannaNoBrasil

Rihanna.com.br is a genuine and
registered fansite, made by fans. 🇧🇷
Fã-clube e portal de notícias brasileiro
sobre a cantora Rihanna. Online desde
2008. 💎

### What's happening

NFL · LIVE
**Eagles at Colts**

**#Disenchanted** 👸
Original movie now streaming
🦄 Promoted by Disney+

Trending in United States    ···
**Rest In Peace**
51.1K Tweets

Trending in California    ···
**Morgan Freeman**
192K Tweets

Only on Twitter · Trending    ···
**Rest in Power**
23.1K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More

← **Tweet**

## Home
## Explore
## Notifications (1)
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**



**ATENÇÃO GEEK | Mídia**
@agfotosevideos

Fotos dos bastidores da Elizabeth Olsen como Wanda, Teyonah Parris como Monica Rambeau e a confirmação da criação da organização SWORD. #WandaVision

Translate Tweet

5:17 PM · Dec 16, 2019 · Twitter for Android

**3** Likes

Tweet your reply

Reply

### Relevant people

**ATENÇÃO GEEK | Mídia**
@agfotosevideos — Follow

Conta para fotos e vídeos dos bastidores do mundo do entretenimento. Conta oficial: @atencaogeek

### What's happening

NFL · 1 hour ago
**Chiefs at Chargers**

**#Disenchanted** 🧙
Original movie now streaming
Promoted by Disney+

Music · Trending
**#BLACKPINK_WORLDTOUR**
57.2K Tweets

Trending in United States
**UCLA**
13.2K Tweets

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski



— https://twitter.com/hemxli/status/1490368853410525190 __ at __ 2022-11-21 22:30:34 -0800 __

← Tweet

❀ hemali ❀
@hemxli

···

i wanna be her



8:56 AM · Feb 6, 2022 · Twitter for iPhone

**36** Likes

Tweet your reply

Reply

## Relevant people

❀ hemali ❀
@hemxli
Follow

welcome to my online diary

## What's happening

NFL · 2 hours ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
68.8K Tweets

Only on Twitter · Trending
**Pablo Milanés**
Trending with Auburn

Trending in California
**Dodger Stadium**
8,712 Tweets

Trending in United States
**Chrisley**
24.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

Search Twitter

Perkowski Legal P.C.
@c_perkowski
···



__ https://twitter.com/consequence/status/1329536778156519429 __ at __ 2022-11-20 09:30:16 -08:00 __

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.** ···
@c_perkowski



https://twitter.com/popsorabr/status/15459844429937104?... _t/... s/... 2022-11-21 20:51:00 -08:00
Document 23-18    Filed 03/13/23    Page 22 of 101    Page ID
#4603

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C. ...
@c_perkowski

This Tweet is from a suspended account. Learn more



**Leooo** @CanadasLeonel · Jul 7
Replying to @PopZonebr
Quem é ele gente? Tenho a impressão que eu conheço, mas não lembro de onde

**blue** • @asouyumii · Jul 8
Replying to @CanadasLeonel and @PopZonebr
Aquele filme lá, cidade de papel

**j.** @rLmassycevlc · Jul 7
Replying to @PopZonebr
Meus pais PZ ❤️

**ju midnights** @favabel · Jul 7
Replying to @PopZonebr
divos, q delícia viu

**Igoor** @everyywehre · Jul 7
Replying to @PopZonebr
que lindoo

**sampaia** @educrrilve · Jul 8
Replying to @PopZonebr
apaga isso pz

**Ali | Midnights** @taylorsleman · Jul 7
Replying to @PopZonebr
Quem é!!

**Mentos** @mentosru · Jul 7
Replying to @PopZonebr
Queria ser a janta deles pop

**mya | My mind and me** @selenaxoid · Jul 7
Replying to @mentosru and @PopZonebr
boatos q ela foi a sobremesa amg

Show replies

**andy MIDNIGHTS** @cxremonalmindss · Jul 7
Replying to @PopZonebr
fofos

**KellySuperCorpMeMcgeek_Leigh** @LeelaEmison · Jul 8
Replying to @PopZonebr
O justin  reagiu kkkkkk .... postou no story musica d  Avril  complicad  kkkkk . não sei se ainda está lá... para a mulher dele que não foi...

**caroline** @wftycyosg · Jul 7
Replying to @PopZonebr
tô shippando mesmo talvez não sendo casal 💃

**ryan MY MIND AND ME** @itschicatto · Jul 7
Replying to @PopZonebr
mano! finalmente minha nenê com um novo affair

**Pétala - Me and My Mind at Midnight** @KarmaisTaylorSG · Jul 7
Replying to @PopZonebr

GIF  ALT

**Nathi** @nathmanc · Jul 7
Replying to @PopZonebr
Nossa sim pelo amor de Deus Selena você

**dany** @mytargelcorhet · Jul 7
Replying to @PopZonebr
fofos

**TK parker** @TK_pet · Jul 7
Replying to @PopZonebr
como tá feia pz

**j.** @rLmassycevlc · Jul 7
Replying to @TK_pet and @PopZonebr
Maior selenator de todos ❤️❤️❤️❤️❤️❤️

This Tweet was deleted by the Tweet author: Learn more

**Selenamarie13** @selenamarieout · Jul 7
Replying to @PopZonebr
Fa da Luiza falando de quantidades de machos.. kkk

__ https://twitter.com/nanfixus/status/892153767101161473 __ at __ 2022-11-21 20:17:08 -08:00 __

← **Tweet**

**@nanfixus**
@nanfixus

···

She's so beautiful 😍😍😍



3:43 PM · Jul 31, 2017 · Twitter for Android

**10** Retweets  **36** Likes

💬   🔁   ♡   ⬆️

**Tweet your reply**   Reply

---

### Relevant people

**@nanfixus**   Follow
@nanfixus

DJ Fan 🎧 Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🇦🇷

### What's happening

Television · 15 minutes ago
**WWE Monday Night RAW airing on USA**

Entertainment · Trending
**Died Suddenly**
57.3K Tweets

Trending in United States
**August Alsina**

Sports · Trending
**Jason Robertson**

Sports · Trending
**Trey Lance**
1,131 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 23-18    Filed 03/13/23    Page 24 of 101    Page ID #:4805

← **Tweet**

**Ryan 'All Day News' Anderson**
@Ryans_Ramblings                                    ···

Monica Rambeau is all grown up and an agent of
S.W.O.R.D! #DisneyPlus #WandaVision




5:42 PM · Dec 18, 2019 · Twitter for Android

**2** Retweets    **2** Likes

## Navigation

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**


Tweet your reply

Reply

🔍 Search Twitter

## Relevant people


**Ryan 'All Day News' ...**
@Ryans_Ramblings

Follow

Founder, Host, and EIC of
@TheNerdRagePod. As seen on
@CBSThisMorning! Instagram:
@RadRyGuy TikTok:
@Ryans_Ramblings Casting Inquiries:
NerdRagePod@gmail.com

## What's happening

NFL · LIVE
**Chiefs at Chargers**


**#Disenchanted** 🔮
Original movie now streaming
📺 Promoted by Disney+

Trending in United States                    ···
**#twdspoilers**
1,234 Tweets

Trending in United States                    ···
**#AMAs** 🌋
Trending with soobin, Favorite K-Pop Artist

Trending in United States                    ···
**Bob Iger**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**    ···
@c_perkowski



CR-ex-0982-DMG-ADS # 4807



Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

Tweet

Perkowski Legal P.C.
@c_perkowski

**TWD▾** @TvTWD

🤩 || الكاست بحلة جديدة اثناء تصوير الموسم التاسع
#TheWalkingDead

Translate Tweet



3:25 AM · May 4, 2018 · Twitter for Android

**19** Retweets  **13** Quote Tweets  **40** Likes

Tweet your reply

Relevant people

TWD▾ @TvTWD   Follow
المصدر العربي الأول لكل ما يتعلق بعالم
الموتى السائرين ● The Walking Dead
أخبار - صور - مقاطع و مقابلات مترجمة
حلقات ● شارك بالهاشتاغ #TWDFamily

What's happening

FIFA World Cup · This morning
World Cup Qatar 2022: Opening Ceremony

#Disenchanted 🧙
Original movie now streaming
Promoted by Disney+

Music · Trending
Kiki Dee

Trending in United States
#AMAs ▪
Trending with xxxbbc_zenque

Trending in United States
UCLA
12.3K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads Info  More •••
© 2022 Twitter, Inc.

@jpall · May 4, 2018
Replying to @TvTWD
ج ب ل نا سنثثل ريك وكارول 😢

غادة @SajGHADA · May 4, 2018
Replying to @TvTWD
دارل ليش حاطق

@iHraShhh · May 4, 2018
Replying to @TvTWD
مسلسل حنابس نتأسف 😭

h7m_47 @animwed6 · May 4, 2018
Replying to @TvTWD
هاتموسم راح يكون دمار 👏👏

@Fl_el4 · May 4, 2018
Replying to @TvTWD
Daryl ma booy

@leightz · May 4, 2018
Replying to @TvTWD
اخيراا تنظفوو!!؟

HJ @r_shtk_ · May 10, 2018
Replying to @TvTWD
الحب كان كل حلوطو عندهم حوال وبرفان ليش حاطقهم غيما بدويون اكن 😭

ibra @ibra15 · May 4, 2018
Replying to @TvTWD
اولاه وراه الزومبي مايطشش

Walid🌹 @_wk13 · May 4, 2018
Replying to @ibra7t and @TvTWD
##############################
*###############################

Show replies

H or NothingToSay_ @_obc_ · May 4, 2018
Replying to @TvTWD
🔥😷🔥

fallout wastelander @Generals_road · May 4, 2018
Replying to @TvTWD
منى يجي الموسم التاسع على بنظفكمين؟

Mo_tt @Mahmoud15946336 · May 4, 2018
Replying to @TvTWD
منى يعرض

لول @Noof_afh7r · May 7, 2018
Replying to @TvTWD
اخيراً صاروا نظيفين 😂

FHD86 @fahood_192_7 · May 4, 2018
Replying to @TvTWD
هذا ينزل..!

سرجو @rnd4_ · May 4, 2018
Replying to @TvTWD
بلله الدكون الموسمم الون 😭

سرجو @rnd4_ and @TvTWD · May 4, 2018
Replying to @rnd4_ and @TvTWD
تاكلرت"

This Tweet was deleted by the Tweet author. learn more

@jpal71 · May 4, 2018
Replying to @TvTWD
حلوو مووت ❤️❤️❤️

This Tweet is from a suspended account. Learn more

As you want. @Lol_ba · May 4, 2018
Replying to @mibee8t and @TvTWD
وين الدمنمة الطيب

This Tweet was deleted by the Tweet author. Learn more

● @yqa_1 · May 4, 2018
ايه

Case 3:22-cv-09462-DMG-ADS    Document 23-18    Filed 03/13/23    Page 27 of 101    Page ID #:4808

← **Tweet**

**karla**
@koredakota                                          •••

dakota johnson as a badass paramedic/superhero.
umm give me madame web nowwww



3:33 PM · Aug 6, 2022 · Twitter for iPhone

**13** Retweets   **66** Likes

💬            🔁            ♡            ⬆️

Ⓟ   Tweet your reply                        Reply

**Alexious** @vaylexious · Aug 7                      •••
Replying to @koredakota
This paramedic is so FINE 😍

💬            🔁            ♡            ⬆️

**lightlycoqui** @lightlycoqui · Aug 6               •••
Replying to @koredakota
Yeah I'm thinking the same thing.

💬            🔁            ♡            ⬆️

**Glaucia** @Glaucia2833 · Aug 8                     •••
Replying to @koredakota
Madame Web tem  dono não adianta cobiçar. E é um pedaço de mal
caminho Dakota tá bem servida.

💬            🔁            ♡            ⬆️

**Relevant people**

**karla**                                    Follow
@koredakota
fan account. multi-fandom: lore
olympus, fifty shades, twilight saga,
sen çal kapımı, aşk mantık intikam,
marvel, star wars, game of thrones,
booktwt. ~ 23

**What's happening**

Television · Last night
**Saturday Night Live airing on
NBC**


**#Disenchanted** 🧹
Original movie now streaming
📷 Promoted by Disney+

Only on Twitter · Trending           •••
**RIP JDF**
2,522 Tweets

Only on Twitter · Trending           •••
**Jason David Frank**
Trending with Power Rangers, Tommy

Trending in United States             •••
**#RIPLEGEND**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

https://twitter.com/lacosacine/status/1422890467623546681... all ... 2022-11-22 02:45:09 -08:00





__ https://twitter.com/farangsuoy/status/715443417082257408 __ at __ 2022-11-22 20:26:44 -08:00 __

← **Tweet**

 **Just girls★**
@farangsuoy                                    •••

#KarlieKloss #StreetStyle 29/3/2016 in New York City.
หันมายิ้มให้กล้องปาปา น่ารัก :)



12:39 AM · Mar 31, 2016 · Twitter Web Client

**6** Retweets   **5** Likes

         

  Tweet your reply                    Reply

🔍 Search Twitter

**Relevant people**

 **Just girls★**               Follow
@farangsuoy

If you can't be kind, just be quiet.
Thank you :)

**What's happening**


FIFA World Cup · This morning
**Mexico vs Poland**

#AvatarTheWayOfWater🫧
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Trending in United States        •••
**#GenshinSpecialProgram**
8,244 Tweets

Trending in California            •••
**Epstein**
35K Tweets

Entertainment · Trending          •••
**Marvel**
90.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

🅿 **Perkowski Legal P.C.**   •••
@c_perkowski

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

— https://twitter.com/alexromval/status/1350612778114019331 __ at __ 2022-11-21 02:33:10 -08:00

← **Tweet**

🔁 **Alex Salvatore 👨‍⚖️ Retweeted**

**ori,, ME MUDO**
@0reocarpenter                                        ...

# ESTOY GRITANDO EN MIL IDIOMAS✨💕💕💕💕💕✨
💕💕💕💕💕✨💕💕✨💕✨💕💕💕✨

Translate Tweet



5:15 PM · Jan 16, 2021 · Twitter for Android

**2** Retweets    **3** Likes

💬          🔁          ♡          ⬆️

P   Tweet your reply                        Reply

---

Search Twitter

## Relevant people

Alex Salvatore 👨‍⚖️          Follow
@Alexromval
'Nadie puede juzgar desde fuera el
amor'

ori,, ME MUDO          Follow
@0reocarpenter
aceptando the pains of growing,
sabiendo que life goes on⁷ y amando
a sabrina carpenter y tom holland

## What's happening

NFL · Yesterday
**Lions at Giants**

Music · Trending          ...
**Lionel Richie**
3,789 Tweets

Trending in United States          ...
**Hive**
50.8K Tweets

Trending in United States          ...
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Music · Trending          ...
**#DavidoAt30**
69.7K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

P   Perkowski Legal P.C.          ...
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 23-18   Filed 03/13/23   Page 32 of 101   Page ID #:4813

← **Tweet**

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

 **Movie Crazy Planet** 🎬 🍿 🎥
@MovieCrazyP

Dakota Johnson en el Gucci Love Parade Fashion Show en los Ángeles.



8:50 PM · Nov 3, 2021 · Twitter for Android

**11** Retweets   **43** Likes

Tweet your reply

**Reply**

## Relevant people

**Movie Crazy Planet ...**
@MovieCrazyP   **Follow**

💥Noticias, tráilers, pósters, los estrenos más recientes de cine, series y televisión.💥 Síguenos y activa la 🔔 moviecrazyplanet@gmail.com 📧

## What's happening

NBA · LIVE
**Lakers at Suns**



**#AvatarTheWayOfWater**💧
Get tickets now - In theaters December 16
📽 Promoted by Avatar

Trending in United States
**Erection**
14.3K Tweets

Sports · Trending
**SDSU**
1,586 Tweets

Sports · Trending
**#LALvsPHX**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/aassemblebr/status/1557495030981476352 __ el __ 2022-11-20 23:47:02 -08:00 __

← **Thread**

 

🔍 Search Twitter

**Home**

**Explore**

**Notifications** 1

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

Avengers Assemble BR
@AAssembleBR                              ⋯

📷 Vincent D'Onofrio no set de #Echo.



3:32 PM · Aug 10, 2022 · Twitter for Android

**8** Retweets   **3** Quote Tweets   **95** Likes

💬   🔁   ♡   ⬆

Tweet your reply                          **Reply**

Avengers Assemble BR @AAssembleBR · Aug 10    ⋯
Replying to @AAssembleBR

> Avengers Assemble BR @AAssembleBR · Aug 9
> 📷 Vincent D'Onofrio no set de #Echo.
> Show this thread
>
> 
>
> 💬   🔁   ♡ 5   ⬆

---

**Relevant people**

Avengers Assemble BR        **Follow**
@AAssembleBR

🇧🇷 Fan Account | Sua mais completa
fonte de informações sobre o universo
Marvel no Brasil. Ativem as
notificações!

**What's happening**



FIFA World Cup · This morning
**World Cup Qatar 2022: Opening
Ceremony**

**#Disenchanted** 🧑
Original movie now streaming
▶ Promoted by Disney+

Music · Trending
**#DavidoAt30**
57.2K Tweets                    ⋯

Trending in United States
**Rick Grimes**
22.5K Tweets                    ⋯

Trending in United States
**Maher**
22K Tweets                      ⋯

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.



__ https://twitter.com/nanfixus/status/1088618162919227392 __ at __ 2022-11-19 21:16:00 -0800 __

# Tweet



ⓣ @nanfixus Retweeted

**DAKOTA** 💜 💙
@tender_DMJ

···

## Dakota at Barney's New York a concept 💁🏻

5:57 PM · Jan 24, 2019 · Twitter for iPhone

**19** Retweets   **1** Quote Tweet   **80** Likes

Tweet your reply

← Tweet

**male celebs**
@boysclxb

milo ventimiglia



8:17 PM · May 11, 2022 · Twitter for Android

104 Retweets   8 Quote Tweets   1,740 Likes

Tweet your reply                    Reply

**CosmicDick** @cosmicdicklove · May 12
Replying to @boysclxb
What he doesn't have. twitter.com/cosmicdicklove...

This Tweet is unavailable.

**Fluox Trix** @TrixFluox · May 12
Replying to @boysclxb
A testa ja ta toda desgastada putz .. aos 40 vai aparecer com 100

1

**Whatever** @Whateve37309131 · May 12
Replying to @TrixFluox and @boysclxb

Youtuber lifestyle e bem estar ✊

🔗 Photographer   youtube.com/fluoxtrix
📅 Joined April 2022

36 Following   6 Followers

Not followed by anyone you're following

Tweets   Tweets & replies   Media   Likes

**Fluox Trix** @TrixFluox · 3h
Bruxo ou santo tanto faz o
Importante e respeitar aos outros
E viver bem com a natureza
#wicca #magia #frases  #2022

⟲ Fluox Trix Retweeted
o poeta @24horasrap · May 10
O maior inimigo do pensador..

O MAIOR

1

**Secrets Of Dumbledore**🏳️‍🌈🏳️‍⚧️ /*⚡🪄📲 🔞 ... @_Potter_Hea... · May 12
Replying to @boysclxb

AWOOGA!

GIF   ALT

🐦 Perkowski Legal P.C.
@c_perkowski

**Relevant people**

male celebs
@boysclxb          Follow
male celebs daily source

**What's happening**

NFL · 3 hours ago
49ers at Cardinals



Entertainment · Trending
Died Suddenly
73.3K Tweets

Trending in California
Mexicans
6,819 Tweets

Trending in United States
August Alsina
Trending with Jada, #TheSurrealLife

Sports · Trending
Gretna

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski     ...



**Tweet**

**Robert Littal BSO** ✓
@BSO

How Many People Kanye ALLEGEDLY Has Told Pete Davidson Has AIDS in the Hopes the Message Gets to Kim Kardashian and She Breaks Up With Him (Vids-IG-Pics) bit.ly/3rS5YWw via @samuelenoku

7:13 AM · Jan 28, 2022 · BSO Alert

**5** Retweets  **10** Quote Tweets  **12** Likes

Tweet your reply                    Reply

**Christopher Evans** @chrisevans937 · Jan 28
Replying to @BSO
Petty level = 10
♡ 2

**Robert Littal BSO** @BSO · Jan 28
Replying to @chrisevans937
My guy is HURTING
♡ 3
Show replies

**zaldiv oster** @Zaldiv09 · Jan 28
Replying to @BSO
Manic moods lol

**MakaBELLI** @mrb70 · Jan 28
Replying to @BSO
By any means lol

**Darren** @theDarrenNelson · Jan 28
Replying to @BSO

♡ 2

**Jonathan Vazquez** @Wick_SWayZe · Jan 28
Replying to @BSO
Bro he really losing it over a plastic doll!! Shit is wild
♡ 3

**Richard** 🦾🏀🎱 @YungNeptune300 · Jan 28
Replying to @BSO
Kanye trippin he suppose to let her get the AIDS first.

**GAMBLE NYCT DOB** @gamanima · Jan 28
Replying to @BSO
You tell people that you can be sued maybe take off those Batman boots and move on. Those Kardasians must have snatch well at least for all the blk guys. Except for Tristan but then again that's OJ's daughter.

**Uncle Lud** 🇺🇸 @UncleLud5 · Jan 28
Replying to @BSO
Better hope Peterson don't sue for defamation

**Ty** @Ty67521954 · Jan 28
Replying to @BSO
I'm sure Kanye ain't the 1st person that's said this 😂

**Hug** @HugoLakeshow · Jan 28
Replying to @BSO
lmao what?

Show more replies

**Relevant people**

**Robert Littal BSO** ✓
@BSO                          Follow
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 🖤 AML

**What's happening**

NFL · 4 hours ago
49ers at Cardinals

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
🎬 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
6,967 Tweets

Business and finance · Trending
**Chrisley**
26.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More...
© 2022 Twitter, Inc.

🔍 Search Twitter

🏠 Home
🔍 Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More
Tweet

← **Tweet**

**Thiego Novais** ✔ @thiegonovais ···

Na vida eu só queria ser de boa igual o Daniel Radcliffe escolhendo os filmes que ele vai gravar.

Translate Tweet



5:28 AM · Feb 20, 2022 · Twitter for iPhone

**27** Retweets  **4** Quote Tweets  **669** Likes

💬  🔁  ♡  ↥

P  Tweet your reply  Reply

**barbara🍒style AQUI É 🇧🇷 CRLH** @fromthexile · Feb 20 ···
Replying to @thiegonovais
acho que ele tenta tirar a imagem de harry potter mas olhando pra essa foto eu penso "meu deus cara manera na pedra filosofal"
💬  🔁  ♡ 26  ↥

**ANGEL** @im_your_angel01 · Feb 20 ···
Replying to @thiegonovais
Harry Potter voltando do role em 2022
💬  🔁  ♡ 1  ↥

**Tiago Oliveira** @tiagoliverg · Feb 20 ···
Replying to @thiegonovais
Os papéis do Daniel são bem peculiares kkkk
💬  🔁  ♡ 13  ↥

**bruxa do 13** @Clarulitas · Feb 20 ···
Replying to @thiegonovais
Daniel cristalizinho 🔮🔮🔮
💬  🔁  ♡ 1  ↥

**Thiago Bertolino** @thbertolino · Feb 20 ···
Replying to @thiegonovais
É o cara mais feliz profissionalmente que existe. Ganhou tudo que tinha pra ganhar em 10 anos, e agora só se diverte com uns filmes tosqueira.
💬  🔁  ♡ 21  ↥

**VinnyPotter** @VinnyPotter12 · Feb 20 ···
Replying to @thiegonovais
Ele deve escolher os papéis mais por diversão né? Porque ele vai chegar aos 100 anos e não vai ter gasto todo dinheiro que ganhou em Harry Potter.
💬  🔁  ♡ 43  ↥

**Santhi em situação de vitória** @ASF_Fernandes · Feb 20 ···
Replying to @thiegonovais
Eu olhei rápido e pensei que fosse Tainan, @ca_michelly
💬 1  🔁  ♡ 1  ↥

---

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

 **Thiego Novais** ✔
@thiegonovais  Follow
Jornalista e criador do Observatório Potter, o primeiro canal sobre a série Harry Potter do Brasil no YouTube. Desde 2004 informando sobre o Wizarding World.

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
78.4K Tweets  ···

Trending in United States
**Ole Miss**  ···
Trending with Auburn

Trending in California
**Mexicans**  ···
7,252 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

— https://twitter.com/filmsbymeche/status/882472401497403394 __ at __ 2022-11-20 22:23:52 -08:00 __

← Tweet


🇲🇽
@filmsbydelrey                                    ···

## 2 outfit el mismo día 😻😻😻

Translate Tweet



10:33 PM · Jul 4, 2017 · Twitter for Android

💬            ⇄            ♡            ⬆️

 Tweet your reply                    Reply

---

### Search Twitter

**Relevant people**


🇲🇽                                    Follow
@filmsbydelrey
multifandom ✧*.

**What's happening**

NFL · 1 hour ago
**Chiefs at Chargers**

#Disenchanted 👹
Original movie now streaming
▶ Promoted by Disney+

Sports · Trending                        ···
**Sean Payton**

Music · Trending                        ···
**#BLACKPINK_WORLDTOUR**
57.3K Tweets

Trending in United States                ···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

#### Home
#### Explore
#### Notifications
#### Messages
#### Bookmarks
#### Lists
#### Profile
#### More

**Tweet**

 **Perkowski Legal P.C.**   ···
@c_perkowski

— https://twitter.com/creamorscream/status/1363620170686754817 __ at __ 2022-11-19 19:42:05 -08:00



← **Tweet**

**Bishop**
@BlindWanda  ⋯

Hailee Steinfeld taking a break from filming scenes for Hawkeye in Atlanta, 21-02-2021

#Hawkeye #Marvel #DisneyPlus




2:42 PM · Feb 21, 2021 · Twitter Web App

**85** Retweets  **4** Quote Tweets  **442** Likes

💬          ⟲          ♡          ⬆

  Tweet your reply          Reply

**onsii #polkadotman** @alfonsean · Feb 21, 2021  ⋯
Replying to @BlindWanda and @CreamOrScream
must be exhausting but other than these shots she's such a ray of sunshine

💬          ⟲          ♡          ⬆

---

**Search Twitter**

### Relevant people

  **Bishop**
@BlindWanda    Follow

Lover of Marvel, DC, Star Wars, Comics, Hailee Steinfeld, BLACKPINK, and many other things (')

### What's happening

Television · LIVE
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**HE'S BACK**
129K Tweets  ⋯

Music · Trending
**Elton John**
4,428 Tweets  ⋯

Trending in United States
**Hope Hooker**  ⋯

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

https://twitter.com/enigmaticgaga/status/1485837191356035073 _ at _ 2022-11-22 02:08:08 -08:00

**LG**
@EnigmaticGaga

···

## LADY GAGA OH MY GOD



8:49 PM · Jan 24, 2022 · Twitter for iPhone

**294** Retweets  **36** Quote Tweets  **1,764** Likes

💬          ↻          ♡          ⬆

---

P  Tweet your reply                          **Reply**

🎀 **heather** 🎀🏳️ @HeatherG3733 · Jan 25    ···
Replying to @EnigmaticGaga
She is getting younger I swear
💬          ↻          ♡          ⬆

**random dude** @0jkidk · Jan 25    ···
Replying to @EnigmaticGaga
She looks great holy shit
💬          ↻          ♡          ⬆

**anney•debbie♡blondie band** @countessgucci · Jan 24    ···
Replying to @EnigmaticGaga
sweet 16
💬 1          ↻          ♡ 3          ⬆

**LG** @EnigmaticGaga · Jan 24    ···
Replying to @countessgucci
she looks so young
💬          ↻          ♡ 1          ⬆

🦋 @pedroiriarte_ · Jan 24    ···
Replying to @EnigmaticGaga
the energy that brings me the second pic like so youthful
💬          ↻          ♡          ⬆

**Jada**💮 @HausOfJada · Jan 24    ···
Replying to @EnigmaticGaga
Oh my Gaga A COLLAPSE
💬          ↻          ♡ 3          ⬆

**christmas** 🎄 @softlilworm · Jan 25    ···
Replying to @EnigmaticGaga
i just know that she wore her hair down bc of all the edited pics of her with her long hair down to her shoulders lmaoo
💬          ↻          ♡          ⬆

Show additional replies, including those that may contain offensive content          **Show**

— https://twitter.com/dakotajohnsonpt/status/1169072060055709016 __ at __ 2022-11-20 10:27:05 -08:00 __

← **Tweet**

**Dakota Johnson Portugal** ✔
@dakotajohnsonpt

···

Dakota foi fotografada ontem, 03, a chegar num salão de beleza em Los Angeles! #DakotaJohnson

 dakotajohnsonportugal.com/galeria/thumbn...

Translate Tweet





7:17 PM · Sep 3, 2019 · Twitter for iPhone

**20** Retweets   **69** Likes

Tweet your reply

Reply

---

**Perkowski Legal P.C.** ···
@c_perkowski

Search Twitter

## Relevant people

**Dakota Johnson P...** ✔   Follow
@dakotajohnsonpt

A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — : @DJPTMidias | Fã-Clube.

## What's happening

Television · Last night
**Saturday Night Live airing on NBC**


**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending
**Rest in Power**
13.5K Tweets
···

Entertainment · Trending
**Morgan Freeman**
168K Tweets
···

Trending in California
**Elton John**
8,414 Tweets
···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/cfrvxw/status/1578085982231554049 __ et __ 2022-11-20 14:17:07 -08:00

← **Tweet**

 **Christopher**
@cfrvxw                                      ···

#MadameWeb ,en el set de grabación.

(Vía en Instagram Dakota Portugal)



11:13 AM · Oct 6, 2022 · Twitter for iPhone

💬          ⇄          ♡          ⬆

 Tweet your reply                    Reply

---

Search Twitter

### Relevant people

 **Christopher**
@cfrvxw                          Follow
Feliz, pero no tanto.

### What's happening

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**          

**#Disenchanted** 🧙‍♀️
Original movie now streaming
⬚ Promoted by Disney+

__ https://twitter.com/DiarioTiempo/status/1402838298528206854 __ at __ 2022-11-22 12:52:54 -08:00 __



← Tweet



**Diario Tiempo, HN**
@DiarioTiempo                                    ···

bit.ly/3v7D7xi - ¡Adiós Kim! Kanye West celebra su cumpleaños con la bella modelo, Irina Shayk. #EsTiempo #Honduras



9:01 PM · Jun 9, 2021 · Twitter Web App

**4** Likes

    💬          ⟲          ♡          ⬆

P    Tweet your reply                          Reply

---

🐦

⌂ Home

# Explore

🔔 Notifications ¹

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

---

Q Search Twitter

**Relevant people**



**Diario Tiempo, HN**    Follow
@DiarioTiempo

Diario TIEMPO de Honduras. Noticias actualizadas las 24 horas

**What's happening**

FIFA World Cup · 2 hours ago
**Mexico vs Poland**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California                    ···
**Mexicans**
17.8K Tweets

Trending in United States              ···
**Giroud**
Trending with  Australia, Mbappe

Betty White · Trending                    ···
**Betty White**
2,360 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

P    **Perkowski Legal P.C.**    ···
     @c_perkowski

__ https://twitter.com/MCUTheories1/status/1556745049240702977 __ at __ 2022-11-21 08:20:33 -08:00 __

**Tweet**



This Tweet is from a suspended account. Learn more

**Darf Vader** @DarfVader9 · Aug 8
Replying to @MarvelNews4u
This looks like a cw show

💬 1        🔁        ♡ 1        ⬆

Show replies

**TΘNY TΘNE** 7 @DefTones_B · Aug 8
Replying to @MarvelNews4u
Tf is this bruh 💀

💬 1        🔁        ♡ 1        ⬆

**Fahim Al Faisal** @FahimAlFaisal6 · Aug 9
Replying to @DefTones_B
The Hood ?Parker Robbins ?

💬        🔁        ♡        ⬆

**FredSan Anderson** @FredAnd06996403 · Aug 9
Replying to @MarvelNews4u
Awesome

💬        🔁        ♡        ⬆

https://twitter.com/jenniferupdates/status/1333527300727325793____w___2020-11-21 05:30:05 -08:00

← **Thread**

CV-09462-DMG-ADS

Q Search Twitter

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
● More

**Tweet**

**Jennifer Lawrence Updates**
@JenniferUpdates

### FIRST LOOK at Jennifer Lawrence on the set of Adam McKay's 'Don't Look Up'



1:44 PM · Nov 30, 2020 · Twitter for iPhone

**122** Retweets    **207** Quote Tweets    **1,497** Likes

Tweet your reply                                                Reply

Jennifer Lawrence Updates @JenniferUpdates · Nov 30, 2020
Replying to @JenniferUpdates
This marks Jennifer's big return to a film set, more than a year after wrapping up on a a still untitled war drama for A24. #DontLookUp is a Netflix satirical comedy co-starring Leonardo DiCaprio, Rob Morgan, Meryl Streep, Cate Blanchett, Timothée Chalamet and more!
    3                    182

diana ● @_diana67 · Nov 30, 2020
Replying to @JenniferUpdates
@vera92 e tornataaaa é vivaaaaaa
                    1

Pheebs● @vera92 · Nov 30, 2020
Replying to @_diana67 and @JenniferUpdates
PIANGO DI GIOAAAAAAA LA NOSTRA BIMBAAAA😭😭😭😍😍😍😍

GIF  ALT                                  it's been 84 years...
    1                    1

Show replies

valentina @peakyjenn · Nov 30, 2020
Replying to @JenniferUpdates
their hAIR

from valentina
                    6

rut @drmetraart · Nov 30, 2020
Replying to @JenniferUpdates
E ELA CARALHO

Michael Powell @Michael30123853 · Nov 30, 2020
Replying to @JenniferUpdates
Wow ! Is She Emulating Emma ?

ax @aldrin_ax · Nov 30, 2020
Replying to @JenniferUpdates
Hair 😭😂😂

Meleth en Gilith 💜💜💜 @MrsColgateTotal · Nov 30, 2020
Replying to @JenniferUpdates
She's back💜

Diva @flyingcamel_ · Nov 30, 2020
Replying to @JenniferUpdates
THE HAIR

Raul Velasco @RaulVel53826386 · Dec 6, 2020
Replying to @JenniferUpdates
Is this Jennifer Lawrence what up how you been love I miss you we haven't talked for a few days ready to talk

mills X @Just4minr0r · Dec 1, 2020
Replying to @JenniferUpdates
the hair omG IM SO EXCITEDDD

alexa hugged louis ● @itsalexaloz · Nov 30, 2020
Replying to @JenniferUpdates
the hair omg

James kirkpatrick @jmk61676_james · Nov 30, 2020
Replying to @JenniferUpdates
Kills me she has a Michigan state hoodie on 😂

Peperoncino @posmalo03 · Nov 30, 2020
Replying to @JenniferUpdates

GIF                                      CAN'T WAIT

Perkonski Legal P.C.
@_perkowski

**Relevant people**
Jennifer Lawrence Up...        Follow
@JenniferUpdates
Your most reliable fan account for Academy Award winner Jennifer Lawrence since 2012. Not affiliated with Jen or her team.

**What's happening**
FIFA World Cup · LIVE
England vs Iran

Music · Trending
Elton John
Trending with Dodger Stadium, #FarewellYellowBrickRoad

Trending in United States
Go USA
3,800 Tweets

Trending in United States
Ian Darke

Trending in United States
Schiff
60.5K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2022 Twitter, Inc.

https://twitter.com/BRMarvelNews/status/1380261439756238855___el___2022-11-21 09:50:39 -08:00 Case 2:22-cv-09462-DMG-ADS Document 23-18 Filed 03/13/23 Page 47 of 101 Page ID #:4828

← **Tweet**

🔍 Search Twitter

- 🏠 Home
- #️⃣ Explore
- 🔔 Notifications
- ✉️ Messages
- 🔖 Bookmarks
- 📋 Lists
- 👤 Profile
- ⊙ More

**Tweet**

**Relevant people**

Ⓜ️ **Marvel News**
@BRMarvelNews · · ·

🚨 Alaqua Cox (Echo) e o Fra Fee (Palhaço) aparecem em novas imagens do set de #Hawkeye (via. JustJared)

Translate Tweet



1:49 PM · Apr 8, 2021 · Twitter Web App

**31** Retweets  **12** Quote Tweets  **391** Likes

💬   🔁   ♡   ⬆️

Ⓜ️ **Marvel News**
@BRMarvelNews
[Follow]
Conta de fã dedicada ao Universo Marvel 🇧🇷 Contato: marvelnewsbr@outlook.com

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Sports · Trending
**Billy Wagner**
· · ·

Trending in United States
**Mendy**
16.8K Tweets
· · ·

Trending in United States
**Senegal**
Trending with De Jong, #SENNED
· · ·

Trending in California
**Dodger Stadium**
14.2K Tweets
· · ·

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More · · ·
© 2022 Twitter, Inc.

📝 Tweet your reply                    [Reply]

Ⓟ **Perkowski Legal P.C.**
@c_perkowski
· · ·

**wanda 🌀🥀** @c0oments · Apr 8, 2021 · · ·
Replying to @BRMarvelNews
Gente eles não vão adaptar a marca no rosto dela ?
💬 1    🔁    ♡ 1    ⬆️

**J.V.R.** 🕷️🇪🇸 @gailanunes22 · Apr 8, 2021 · · ·
Replying to @c0oments @C0m3Ntand0 and @BRMarvelNews
Talvez ela ganhe durante a série
💬    🔁    ♡    ⬆️

**vini** @evertrench · Apr 8, 2021 · · ·
Replying to @BRMarvelNews
nossa que palhaço hein...
💬    🔁    ♡    ⬆️

This Tweet is from a suspended account. Learn more

**Lucas🕸️** @Lucas_hsantoss · Apr 8, 2021 · · ·
Replying to @TFMachado and @BRMarvelNews
Pior kkkkk
💬    🔁    ♡    ⬆️

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**DD😈** @DDWV2077 · Apr 8, 2021 · · ·
Replying to @MSpector_JM and @BRMarvelNews
No that's clown
💬    🔁    ♡    ⬆️

Show additional replies, including those that may contain offensive content    [Show]

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.**
@c_perkowski    ...

Document 23-18 OMG-ADS

Tweet

| Home
| Explore
| Notifications
| Messages
| Bookmarks
| Lists
| Profile
| More

**Tweet**

WRLD ✔
@wrld_mag

🚨 A$AP Rocky et Rihanna étaient au studio ensemble cette nuit !

Ils ont été aperçu en train de le quitter.

Translate Tweet



6:18 AM · Jul 8, 2021 · Twitter for iPhone

**168** Retweets   **50** Quote Tweets   **1,659** Likes

Tweet your reply                              Reply

DADDY PLUTO @Satan10447538 · Jul 8, 2021
Replying to @wrld_mag
Pute visite , tuer l'ennuie même si ils s'ennuient pas eux

Groupe Achour @GroupeAchour · Jul 8, 2021
Replying to @wrld_mag
Deux finito
1            57

ATL TRAE ✔ 🇸🇪 @Laflame_World · Jul 8, 2021
Replying to @GroupeAchour @CentauD and @wrld_mag
Oh le mensonge
1            57

b @babouwithlove · Jul 8, 2021
Replying to @wrld_mag
Fashion Killa

GIF  ALT
11

Volentun @NotValentin_ · Jul 8, 2021
Replying to @wrld_mag
Pour y aller avec Rihanna y'a du monde mais pour faire le Feat avec Tyler ça lâche des vues ...
3

shadow @fs00237 · Jul 8, 2021
Replying to @wrld_mag
C sur que c'était pour se faire soulever sa table de mixage à voir avec la musique
60

Skyoff @Skyoff29 · Jul 8, 2021
Replying to @wrld_mag
Ils vont parler de comment un videur de boîte les a refusé de rentrer
1            2

Skyoff @Skyoff29 · Jul 8, 2021
Replying to @Skyoff29 and @wrld_mag
En boîte

noah @noahclemen · Jul 8, 2021
Replying to @wrld_mag
D'accord

Doggfather @yoraaaammm · Jul 8, 2021
Replying to @wrld_mag
eux la seulement on sait que c'est pas son ils sont partit faire 😂

Coralie @coraliechrino · Jul 8, 2021
Replying to @wrld_mag
oh la classique en vue
1

This Tweet was deleted by the Tweet author. Learn more

@leninjapasnet · Jul 9, 2021
Comment sa « elle »

ATL TRAE ✔ 🇸🇪 @Laflame_World · Jul 8, 2021
Replying to @wrld_mag
On oublie pas qu'il a abandonner Tyler...
1            47

This Tweet is from a suspended account. Learn more

Show replies

Perkowski Legal P.C.
@c_perkowski

Relevant people

WRLD ✔
@wrld_mag                Follow
🇫🇷 | Média US/FR | Actualités | Vidéos | Interviews

What's happening

FIFA World Cup · 2 hours ago
Mexico vs Poland

#AvatarTheWayOfWater🗿
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in California
Mexicans
16.9K Tweets

Betty White · Trending
Betty White
2,246 Tweets

Celebrities · Trending
Anthony Mackie

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**



**Infos Séries**
@InfosSeriesFR

•••

**#PHOTOS** Vanessa Hudgens à l'ouverture de l'hôtel Hard Rock

3:50 AM · May 13, 2022 · Twitter for iPhone

**21** Retweets   **239** Likes

💬          ⟲          ♡          ⬆️

**P**   Tweet your reply                    Reply

**Obi-Wan** @Doctavius94 · May 14
Replying to @InfosSeriesFR
🥰



GIF

💬          ⟲          ♡          ⬆️

🔍 Search Twitter

**Relevant people**

**Infos Séries**          Follow
@InfosSeriesFR
Bienvenue sur votre source française sur toutes vos séries, films et stars préférées
contact:l.nfosseriesfrpro@gmail.com
@dianemarchetti1 &
@jeannepchll

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**          

Trending in California                    •••
**Dodger Stadium**
13.8K Tweets

Sports · Trending                         •••
**Maguire**
123K Tweets

Family drama · Trending                   •••
**#GTMcontest2**

Trending in United States                 •••
**Países Bajos**
28.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

https://twitter.com/BRMarvelNews/status/15780738202059849534



Tweet

Marvel News
@BRMarvelNews

Sem mistérios!

O rapaz na imagem é duble do ator Tahar Rahim, o vilão ainda desconhecido do filme.

Segundo rumores, o personagem faria parte do Multiverso e está tentando impedir o nascimento do Peter Parker 🤫🕷️

Translate Tweet

Marvel News · Oct 6
Aí? Novas imagens das gravações de #MadameWeb confirma a existência de alguma versão do Homem-Aranha no filme.

10:25 AM · Oct 6, 2022 · Twitter for Android

21 Retweets    15 Quote Tweets    301 Likes

Tweet your reply

CrystianAs @AsCrystian · Oct 6
Replying to @BRMarvelNews
Ele parece bastante tentando salvar a madame, empedindo os vilões chegarem perto dela que tá em uma situação muito agradavel

Mas sei lá

CrystianAs @AsCrystian · Oct 6
Replying to @AsCrystian and @BRMarvelNews
Agradavel não, erro de digitação, KKKKKKK

R3 @C0H4P · Oct 6
Replying to @C0H4P and @BRMarvelNews
Mas pera, qual Peter Parker seria?

Vinizzz @AVALON19666014 · Oct 6
Replying to @C0H4P and @BRMarvelNews
É provável que seja o do Tom, já que o Kevin feige é um dos produtores desse filme, mesmo não fazendo parte do MCU

zemo @zemopaulo · Oct 6
Replying to @BRMarvelNews
Parece vilão do flash, ele ate volta no tempo kkkkkkk

Vitoria Coga 🌊 O Tatuador de Auschwitz @ladynorte_ · Oct 6
Replying to @BRMarvelNews
que duble lindo

@whenistheoffoc · Oct 6
Replying to @BRMarvelNews
a história agora ficou mais interessante

Robson @Robson91009582 · Oct 6
Replying to @whenistheoffoc and @BRMarvelNews
Também achei legal meio exterminador do futuro,mas vamo ver né como vão fazer isso

Tentando Ser Nerd @NerdTentando · Oct 6
Replying to @BRMarvelNews
Menos mau, eu acho que terem OUTRO Peter agr seria bem confuso, algum palpite de quem seja?

david @davidfem_ · Oct 6
Replying to @BRMarvelNews
Nossa, ta a cara do Aaron

murdock @guerraas_ · Oct 6
Replying to @BRMarvelNews
e sabemos que ele falhou em impedir né

gui @izguilherme · Oct 6
Replying to @BRMarvelNews
aquela ali a dakota !!!

carol (fan account) @adanverstark · Oct 6
Replying to @izguilherme and @BRMarvelNews
sim, ela é a madame web

Show replies

luan @fenbova1 · Oct 6
Replying to @BRMarvelNews
que duble gostoso

Leonhart @KZu_67 · Oct 6
Replying to @BRMarvelNews
Tá começando a ficar interessante.

Search Twitter

Relevant people

Marvel News
@BRMarvelNews
Follow
Conta de 🅽️ dedicada ao Universo Marvel 🇧🇷 Contato:
marvelneesbr@outlook.com

What's happening

Television · 1 hour ago
Saturday Night Live airing on NBC

#GetYourRideRight
Promoted by Uber

Sports · Trending
Trending with Royal, Moxley

Sports · Trending
Pasadena
1,537 Tweets

Trending in California
Andrew Tate
28.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/AndyVermaut/status/1320914127489908738 __ at __ 2022-11-19 18:50:44 -08:00 __

← **Tweet**

**Andy Vermaut**
@AndyVermaut

···

## Inside Katy Perry's First Birthday Celebration Since Becoming a Mom to Daughter Daisy

eonline.com/news/1202318/i...



7:24 PM · Oct 26, 2020 · dlvr.it

○        ⇄        ♡        ⬆

Tweet your reply                    Reply

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



Perkowski Legal P.C.
@c_perkowski    ···

Search Twitter

## Relevant people



**Andy Vermaut**    Follow
@AndyVermaut

Linked to WCPDCD, EADM,
POSTVERSA, AIDL, EUtoday, ActNow
for C, People Forests, Fundamental
rights, Whatsapp +32499357495

https://twitter.com/miuccaimuse/status/151809907026652274s__el Case 2:22-cv-09462-DMG-ADS  Document 23-18  Filed 03/13/23  Page 53 of 101  Page ID #:4834  2022-11-21 22:56:58 -08:00

**taylor russell's whore**
@MIUCCIAMUSE

oh she knows she's eating this vivienne look up



10:26 PM · Apr 23, 2022 · Twitter for iPhone

**492** Retweets  **30** Quote Tweets  **8,273** Likes

Tweet your reply

Reply

**Helena** @__helenalopes__ · Apr 24
Replying to @MIUCCIAMUSE
Are the boots from them too?

♡ 1

**blumarine whore** @angel_kween69 · Apr 24
Replying to @MIUCCIAMUSE
she is the vw queen

♡ 2

🦋 @kayszn · Apr 23
Replying to @MIUCCIAMUSE
Eats up every look

♡ 1

**DeadPoolzNutz** @deadpoolznutz · Apr 28
Replying to @MIUCCIAMUSE
Look up in the sky, it's a bird, it's a plane
Nah, it's just me, ain't a damn thing changed
Live in hotels, swing on plane
Blessed to say, money ain't a thing

☼ ·˚ ✧ ✦ ❖ ✦ ✧ ˚· @BLUCRIZ · Apr 24
Replying to @MIUCCIAMUSE
she eats everything

Perkowski Legal P.C.
@c_perkowski

**Search Twitter**

**Relevant people**

taylor russell's whore
@MIUCCIAMUSE
Follow
it girl in training • hf twt • she/her • fan account

**What's happening**

NCAA Men's Basketball · 5 hours ago
Bears at Seminoles

Entertainment · Trending
**Died Suddenly**
70.6K Tweets

Trending in United States
**Carr**
17.1K Tweets

Trending in United States
**Safaree**

Trending in California
**Mexicans**
6,424 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

__ https://twitter.com/kellioliviafans/status/1519511509797330944 __ at __ 2022-11-21 22:22:14 -08:00





← **Tweet**

Search Twitter

 nate d
@KelliOliviaFans

•••

Olivia Rodrigo



7:59 PM · Apr 27, 2022 · Twitter for Android

**20** Retweets   **181** Likes

💬        ⟲        ♡        ⬆️

**Relevant people**

 nate d
@KelliOliviaFans

Follow

A multi-fandom account of talented actresses but of many Disney and Nickelodeon actresses.

**What's happening**

NFL · 2 hours ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
68.1K Tweets

•••

Sports · Trending
Ty Lue

•••

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

•••

Tweet your reply

Reply

https://twitter.com/bso/status/1361454500725329921 __ e! ___ 2022-11-22 08:50:04 -08:00

← Tweet

Robert Littal BSO ✓
@BSO
· · ·

How Dr. Dre Was Trying to Keep His New Relationship Apryl Jones With Lowkey & Away From His Wife Who is Trying to Break The Prenup, But How Jones' Friend Leaked The News (Video) bit.ly/3u3gPx5 via @NathanAddison24



3:17 PM · Feb 15, 2021 · BSO Alert

2 Retweets    2 Quote Tweets    4 Likes

💬              🔁              ♡              ⬆️

Perkowski Legal P.C.    · · ·
@c_perkowski

Ⓟ    Tweet your reply                    Reply

PierréG ✓ @PierreHoward · Feb 15, 2021
Replying to @BSO
Choose the messiest female on the Western Hemisphere

💬              🔁              ♡              ⬆️

DevinATL💯💯💯 ✓ @Blac_Knight007 · Feb 15, 2021
Replying to @BSO
First of all why did he start dating this chic before the divorce is final. Now he's gotta worry about the wife trying to get even more in prenup. 🤦🏿‍♂️

💬              🔁              ♡ 1            ⬆️

joe brown @faustjoe · Feb 15, 2021
Replying to @BSO
Dude just had a brain aneurysm a few weeks ago now he is on a date.  And I perfectly healthy and can't find a good woman

💬              🔁              ♡              ⬆️

Terry Gomez @TerryGomezLV · Feb 15, 2021
Replying to @BSO
Looks like Dre may be trading one problem for another

💬              🔁 2            ♡ 2            ⬆️

October's Finest! @Bighempin · Feb 15, 2021
Replying to @BSO
Tiddies out damn!!

💬              🔁              ♡              ⬆️

🔍 Search Twitter

**Relevant people**

Robert Littal BSO ✓    Follow
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**What's happening**

Sports · LIVE
2022 FIFA World Cup

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States    · · ·
Died Suddenly
103K Tweets

Trending in United States    · · ·
Argentina
Trending with #FIFAWorldCup 🏆 , Herve Renard

Trending in United States    · · ·
#السعودية_الارجنتين
1.21M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

— https://twitter.com/misslefroy/status/1402060101548437505 __ el __ 2022-11-21 19:52:07 -08:00 __

← **Tweet**

Search Twitter

**grace dante** @misslefroy ···

henry golding and dakota johnson i agree



5:05 AM · Jun 10, 2021 · Twitter for Android

45 Retweets   6 Quote Tweets   398 Likes

**Relevant people**

**grace dante** @misslefroy   Follow

"Il fiore che sboccia nelle avversità è il più raro e il più bello di tutti" 🌸 fan account

**What's happening**

Music · LIVE
**Fans celebrate Kihyun's birthday** 🥳

Entertainment · Trending
**Died Suddenly**
55.5K Tweets

Trending in California
**Dodger Stadium**

Sports · Trending
**#NJDevils** 🚀
4,051 Tweets

Sports · Trending
**Rudy Gobert**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply          Reply

**Ana Lúcia** @AnaLuci07870029 · Jun 10, 2021 ···
Replying to @misslefroy
Lindo bebê 😍
                                                        1

**ke** @mrobb1e · Jun 10, 2021 ···
Replying to @misslefroy
i totally agree
                          1                             1

**grace dante** @misslefroy · Jun 11, 2021 ···
Replying to @mrobb1e and @adorehems
🫶🫶

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
🗒 Lists
👤 Profile
⊙ More

**Tweet**

**Perkowski Legal P.C.** @c_perkowski ···

\_\_ https://twitter.com/AndyVermaut/status/1316092985914785792 \_\_ at \_\_ 2022-11-19 19:24:29 -08:00 \_\_

← **Tweet**

 **Andy Vermaut**
@AndyVermaut

···

## Here's Proof Megan Fox and Machine Gun Kelly See Themselves as "Life Partners"

eonline.com/news/1197758/h...



12:06 PM · Oct 13, 2020 · dlvr.it

                  ♡            ⬆

  Tweet your reply                    Reply

 **Perkowski Legal P.C.**
@c_perkowski    ···

🔍 Search Twitter

## Relevant people

 **Andy Vermaut**     Follow
@AndyVermaut

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights, Whatsapp +32499357495

__ https://twitter.com/dakjfan/status/1578077642904903680 __ at __ 2022-11-20 11:58:43 -08:00 __

← **Tweet**

**Dakjfan**
@dakjfan

···

#Madameweb I can't wait for this Movie!!😲🥳
#DakotaJohnson



10:40 AM · Oct 6, 2022 · Twitter for Android

**2** Retweets    **29** Likes

💬    🔁    ♡    ⬆️

 Tweet your reply                        Reply

## Relevant people

 **Dakjfan**            Follow
@dakjfan

DAKOTA JOHNSON FAN❤️❤️ I Love
astronomy 💜 FAN ACCOUNT ✨
Dakota Johnson ✨ ✨Chris Martin✨

## What's happening

FIFA World Cup · 3 hours ago
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 
Original movie now streaming
🏰 Promoted by Disney+

Trending in California          ···
**Shakira**
111K Tweets

Trending in United States       ···
**Rest In Peace**
47.5K Tweets

Entertainment · Trending        ···
**Morgan Freeman**
186K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🔍 Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

 **Perkowski Legal P.C.**   ···
@c_perkowski

← Tweet

**@nanfixus**
@nanfixus                                    ...

Babe 😍😍😍



5:58 PM · Oct 11, 2018 · Twitter for Android

**5** Retweets  **16** Likes

Tweet your reply                              Reply

## Search Twitter

### Relevant people


**@nanfixus**                    Follow
@nanfixus
DJ Fan 🎛 Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🇦🇷

### What's happening

NFL · 21 minutes ago
**Chiefs at Chargers**              

**#Disenchanted** 👩‍🦰
Original movie now streaming
▶ Promoted by Disney+

Trending in United States          ...
**#dantherizzler**
1,105 Tweets

Trending in United States          ...
**#AMAs**🔥
Trending with soobin, yeonjun

Trending in United States          ...
**Bob Iger**
Trending with Chapek, Disney

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.    ...
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 23-18    Filed 03/13/23    Page 60 of 101    Page ID #:4841

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.**
@c_perkowski    ...

__ https://twitter.com/Dakoholics/status/1198890078027183104 __ at __ 2022-11-19 23:06:04 -08:00 __

← **Tweet**



**Dakota Johnson Daily**
@Dakoholics                                          ···

Girls 🌻



1:04 AM · Nov 25, 2019 · Twitter for Android

**11** Retweets   **1** Quote Tweet   **57** Likes

💬          ⇄          ♡          ↥

 Tweet your reply                              Reply

## Relevant people



**Dakota Johnson Daily**          Follow
@Dakoholics

Fan account dedicated to actress,
activist, director and producer Dakota
Johnson.

## What's happening

Television · 3 hours ago
**Saturday Night Live airing on
NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
⏩ Promoted by Uber

Politics · Trending                              ···
**HE'S BACK**
152K Tweets

Sports · Trending                               ···
**Pasadena**
1,588 Tweets

Jungkook · Trending                             ···
**jungkook**
1.62M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**   ···
@c_perkowski

**Rihanna Navy Brasil | Fan Account**
@RNavyBrasil

Você acredita em milagres, fenty?

Rihanna e ASap Rocky foram vistos saindo de um estúdio de gravação ontem a noite em Nova York. 🎤



8:57 AM · Aug 25, 2022 · Twitter for iPhone

196 Retweets    255 Quote Tweets    2,494 Likes

Tweet your reply

---

**Dracarys** @baunilhadourada · Aug 25
Replying to @RNavyBrasil
N qria falar n, mas a vida da nossa deusa agora se resume a ficar atrás desse macho...Q fase viu

**thalia VIU DEMI** 🐉 @dontfallinline · Aug 25
Replying to @RNavyBrasil
ela indo ver ele gravar 😍

**millionária, mas não de dinheiro** @dandaranunez · Aug 25
Replying to @RNavyBrasil
Era o Asap gravando o novo álbum dele

**a tal da anny** @ataldaanny00 · Aug 25
Replying to @RNavyBrasil
Mds, como pode essa safada agredir tanto a lei da física 📿

**moreninhodojp** 🍑 @futofenty · Aug 25
Replying to @RNavyBrasil
Ela acompanhando ele gravar o álbum dele 😂😂😂😂😂

**Gustavo Freitas** @gustavofire · Aug 25
Replying to @RNavyBrasil
Ela passa pela grade de propósito, não é possível.

**Camila** @camiirrado · Aug 25
Replying to @gustavofire and @RNavyBrasil
Jesus andou sobre as águas tal qual Riri anda de salto sobre as grades

**Tom** @Sucodefrutaxx · Aug 25
Replying to @RNavyBrasil
O nome da música é Dream

Pois vai acontecer somente em nossos sonhos

**filhinho de MaxTul** @ManuhRoss · Aug 25
Replying to @RNavyBrasil
Realidade: ASap gravando

**MilPrazeres** 😈 @MilPrazeris · Aug 25
Replying to @ManuhRoss and @RNavyBrasil
Eu tava com o dedinho já digitando isso kkk

Show replies

**2° Ministério do Tribunal de Haia** @henviltoon · Aug 25
Replying to @RNavyBrasil
ela foi conhecer como funciona um estúdio de gravação

**@apolo_ul** · Aug 25
Replying to @RNavyBrasil
Ai que não seja um álbum em conjunto... Ngm pediu

**Luanna** 🌙 @thequeenNafel · Aug 25
Replying to @RNavyBrasil
ele tá como colete a prova de balas??? 🤔🤨😂

**SATURada** @pcar4host · Aug 26
Replying to @RNavyBrasil

---

**Relevant people**

**Rihanna Navy Brasil |...**
@RNavyBrasil
⭐ Estamos online desde 2010, somos o maior e mais completo fã-clube sobre a cantora Rihanna no Brasil e em toda a América Latina. Apoio: @rmusicbrasil

**What's happening**

NFL · 2 hours ago
Chiefs at Chargers

#Disenchanted 🌹
Original movie now streaming
Promoted by Disney+

Music · Trending
sabrina
71.1K Tweets

Trending in United States
UCLA
13.3K Tweets

Music · Trending
#BLACKPINK_WORLDTOUR
57.8K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

← **Tweet**

**1D Updates**
@Live1DNews
···

📸| Harry on the set of 'Don't Worry Darling' recently

(Via @HLDHQs)



3:01 PM · Feb 1, 2021 · Twitter for iPad

**9** Likes

💬          🔁          ♡          ⬆

P    Tweet your reply          Reply

---

🔍 Search Twitter

**Relevant people**

**1D Updates**          Follow
@Live1DNews
1D Updates. Paul, Andy, and more follow!

**HLDHQs**          Follow
@HLDHQs
We do not claim ownership of anything posted. Content owners, please DM for content removal.

**What's happening**

NFL · 2 hours ago
**Jets at Patriots**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Sports · Trending          ···
**Jeff Saturday**
5,751 Tweets

Sports · Trending          ···
**Trenton Irwin**

Sports · Trending          ···
**Chandler Jones**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski
···

__ https://twitter.com/DakoholicsArg/status/1556046205821542408 __ at __ 2022-11-19 19:52:21 -08:00 __

← **Tweet**



**Dakota Johnson Argentina**
@DakoholicsArg                                      ...

Nuevas fotos de Dakota durante las grabaciones de #MadameWeb hoy (6/8) en Boston, Massachusetts. #DakotaJohnson

Translate Tweet



3:35 PM · Aug 6, 2022 · Twitter for iPhone

**13** Retweets   **48** Likes

💬          ↻          ♡          ↑

   Tweet your reply                          Reply

---

🔍 Search Twitter

**Relevant people**

 **Dakota Johnson Arge...**     Follow
@DakoholicsArg

Tu mejor y más actualizada fuente de noticias e informacion sobre la actriz, modelo, activista, productora y directora Dakota Johnson en Argentina.

**What's happening**

Television · LIVE
**Saturday Night Live airing on NBC**                          

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
◩ Promoted by Uber

Trending in United States                  ...
**HE'S BACK**
130K Tweets

Sports · Trending                          ...
**Jamie Hayter**
1,361 Tweets

Trending in California                      ...
**Andrew Tate**
29K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**   ...
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 23-18   Filed 03/13/23   Page 65 of 101   Page ID #:4846

← **Tweet**

This Tweet is from a suspended account. Learn more



**ILOVEMILEYCYRUS** ❤️ @SmilerDiary · Feb 13, 2020
Replying to @MileyUpdates
Ily miley

← **Tweet**



**Geek Central**
@SpidermanWay

⋯

I think this is the villain in madame Web



10:19 AM · Oct 6, 2022 · Twitter for Android



🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications  1

✉ Messages

🔖 Bookmarks

Lists

👤 Profile

⋯ More

**Tweet**


**Perkowski Legal P.C.** ⋯
@c_perkowski

P Tweet your reply                    Reply

**Relevant people**


**Geek Central**    **Follow**
@SpidermanWay
Marvel, DC, Star Wars Fan

**What's happening**

Formula 1 · 5 hours ago
**Abu Dhabi Grand Prix 2022**





— https://twitter.com/empirekendall/status/1325877353059332098 — at — 2022-11-21 12:14:47 -08:00 —



← **Tweet**



@empirekendall

···

## mother and child



11:06 AM · Nov 9, 2020 · Twitter for iPhone

**32** Retweets   **2** Quote Tweets   **385** Likes

  Tweet your reply        **Reply**

🔍 Search Twitter

### Relevant people

  @empirekendall        **Follow**
all things kendall jenner · fan page

### What's happening

FIFA World Cup · LIVE
**USA vs Wales**

Trending in California
**Telemundo**
7,419 Tweets                          ···

Trending in United States
**1-0 USA**
18K Tweets                            ···

Trending in United States
**Hive**
114K Tweets                           ···

Music · Trending
**Ciara**
12.8K Tweets                          ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski   ···

https://twitter.com/Dakoholics/status/1088661791956258817 __ et __ 2022-11-21 12:25:53 -08:00

Case 2:22-cv-09462-DMG-ADS    Document 23-18    Filed 03/13/23    Page 69 of 101    Page ID
#:4850




Search Twitter

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

---

**Dakota Johnson Daily**
@Dakoholics                                                    ···

New pictures of Dakota at Barneys New York in Beverly
Hills - January 24. #DakotaJohnson



📷 Dakota Johnson Brasil

8:56 PM · Jan 24, 2019 · Twitter for Android

**38** Retweets   **3** Quote Tweets   **218** Likes

💬        🔁        ♡        ⬆️

---


Tweet your reply                                    Reply

**Dakota Johnson Daily** @Dakoholics · Jan 25, 2019   ···
Replying to @Dakoholics
🐾 #DakotaJohnson



💬 1        🔁 16        ♡ 92        ⬆️

---

**vickiel2r** @Alive_USTx · Jan 24, 2019           ···
Replying to @Dakoholics @liissett_ and @DakotaJBRA
She should be in Park City, Utah Sundance Festival for Wounds world
premiere on Saturday Jan. 26th.

💬        🔁        ♡        ⬆️

---

**Relevant people**

 **Dakota Johnson Daily**
@Dakoholics                        **Follow**
Fan account dedicated to actress,
activist, director and producer Dakota
Johnson.

**Dakota Johnson Brasil**
@DakotaJBRA                        **Follow**
Sua primeira, maior e melhor fonte
sobre a atriz e produtora Dakota
Johnson no Brasil. E-mail para contato:
contato@dakotajohnsonbrasil.com

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**                    

Trending in United States              ···
**$TSLA**
15.2K Tweets

Entertainment · Trending             ···
**julia fox**
6,026 Tweets

Trending in United States              ···
**#StuffingFails**

Trending in California                 ···
**LETS GOOOOOO**
3,192 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Perkowski Legal P.C.**           ···
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 23-18    Filed 03/13/23    Page 70 of 101    Page ID #:4851



← **Tweet**

 สมาคม Superhero
@Thai_SuperHero

···

ภาพแรกของเกราะ Ironheart จากกองถ่าย **#ironheart**
**@disneyplusth**



3:32 PM · Aug 8, 2022 · Twitter for iPhone

**19** Retweets    **35** Likes

 Tweet your reply    Reply

---

Search Twitter

### Relevant people

 สมาคม Superhero    Follow
@Thai_SuperHero

สมาคมของกลุ่มบุคคลผู้ชื่นชอบซุปเปอร์
ฮีโร่ในประเทศไทย // Twitter อย่างเป็น
ทางการของ 'สมาคมผู้คลั่งไคล
SuperHero' *ถามข้อมูลหนัง/Comic ต่างๆ
ใน DM ได้เลยจ้า*

 DisneyPlusTH ✓    Follow
@disneyplusth

✓ Official

โลดแล่นสู่จินตนาการไม่รู้จบ ดิสนีย์พลัส
ฮอตสตาร์ ประเทศไทย สตรีมได้เลยวันนี้
เพียง 799 บาทต่อปี พร้อมแพคเกจพิเศษ
สำหรับลูกค้า AIS **#DisneyPlusHotstarTH**

### What's happening



Television · 23 minutes ago
**WWE Monday Night RAW airing on USA**

Entertainment · Trending    ···
**Died Suddenly**
58.1K Tweets

Sports · Trending    ···
**Jason Robertson**

Trending in United States    ···
**#ItOughtToBeACrimeTo**

Entertainment · Trending    ···
**Sinbad**
6,804 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

 Perkowski Legal P.C.
@c_perkowski
···



__ https://twitter.com/dstellamaxwell/status/1321379630255902720 __ et __ 2022-11-21 08:05:23 -08:00 __

← **Thread**

Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Stella Maxwell**
@dstellamaxwell

Stella ⭐



2:13 AM · Oct 28, 2020 · Twitter for Android

**6** Retweets  **2** Quote Tweets  **57** Likes

Tweet your reply                                    **Reply**

**Stella Maxwell** @dstellamaxwell · Oct 28, 2020
Replying to @dstellamaxwell
Stella ⭐



1    **3**    38

Perkowski Legal P.C.
@c_perkowski

**Relevant people**

**Stella Maxwell**    Follow
@dstellamaxwell
This account, dedicated to beautiful
Stella Maxwell. #Stellars 🦋

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Sports · Trending
**Charles Barkley**
2,420 Tweets

Trending in California
**Dodger Stadium**
13.7K Tweets

Entertainment · Trending
**Kang**
46.4K Tweets

Trending in United States
**Colorado Springs**
527K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/SpiderMan3news/stelsha/1579071932112715809... se... s... 2022-11-20 10:49:18-08:00
Document 23-18    Document 23/13/23    Page 73 of 101    Page ID
#:4854



___ https://twitter.com/SiteBastidores4/status/1529572419903574017 ___ et ___ 2022-11-21 15:50:32 -08:00

# ← Tweet

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski

---

**Bastidores** 
@SiteBastidores4    •••

CGI pra quê?

Imagens diretamente do set de gravação de
#BesouroAzul revela traje do personagem.

Translate Tweet




2:17 PM · May 25, 2022 · Twitter for Android

**10** Retweets    **90** Likes

💬          🔁          ♡          ⬆

🅿  Tweet your reply                    **Reply**

**Rodrigo Vieira** 👍 @Rodrigo_relamp · May 25    •••
Replying to @SiteBastidores4
tá igual dos quadrinhos perfeito

💬          🔁          ♡          2          ⬆

**BLACK KNIGHT** @_zrodrigo · May 25    •••
Replying to @SiteBastidores4
Assim já tá perfeito, imagine com a pós produção 😌

💬          🔁          ♡          4          ⬆

---

🔍 Search Twitter

## Relevant people



**Bastidores** 
@SiteBastidores4    **Follow**

Conta oficial do site Bastidores:
Cinema, Games, Televisão, Livros e
Cultura Pop em um só lugar | ✉
email: matheus@nosbastidores.com.br

## What's happening

FIFA World Cup · This afternoon
**England vs Iran**

Entertainment · Trending    •••
**Chrisley**
3,918 Tweets

Trending in United States    •••
**HOW IS THAT NOT A YELLOW**
1,479 Tweets

Trending in United States    •••
**Trent Reznor**
11.3K Tweets

Trending in United States    •••
**Iran**
Trending with England

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More •••
© 2022 Twitter, Inc.

← **Tweet**

**Stivi De Tivi** ✓
@StiviDeTivi                                    ···

Primeras imágenes del reboot de la serie #GossipGirl que prepara #HBOMax . Me encanta ver ahí a #ZionMoreno

Translate Tweet



7:14 PM · Nov 10, 2020 from Coyoacán, Distrito Federal · Twitter for iPhone

**6** Retweets    **8** Quote Tweets    **55** Likes

💬          ⟲          ♡          ⬆

---

P   Tweet your reply                          Reply

**Carlos Miramontes** @CarlosAlonsoSM · Nov 10, 2020    ···
Replying to @StiviDeTivi
¿Habrá reboot de Gossip Girl Acapulco? 😂

💬          ⟲          ♡ 1          ⬆

**Eduardo Gutiérrez Borges** ✓ @YayoGutierrez · Nov 10, 2020    ···
Replying to @StiviDeTivi
Espera, ¿esa güera es la de 'Doctor Sleep'?

💬 1          ⟲          ♡ 9          ⬆

**Stivi De Tivi** ✓ @StiviDeTivi · Nov 10, 2020    ···
Replying to @YayoGutierrez
Justo es ella, #EmilyAlynLind. Es la protagonista.



GIF  ALT                          SH*T        NETFLIX

💬          ⟲          ♡ 2          ⬆

**Ɽarelɥ** ⚡ @karelysmusic · Nov 10, 2020    ···
Replying to @StiviDeTivi @ezamudior

💬          ⟲          ♡          ⬆

**Its me, im the problem.** @mcbrendah · Nov 10, 2020    ···
Replying to @StiviDeTivi @melinabirds

💬 1          ⟲          ♡ 1          ⬆

**Pumpkin Pie** 🥧🎃🙌🏼 @melinabirds · Nov 10, 2020    ···
Replying to @mcbrendah and @StiviDeTivi
•• omg

💬          ⟲          ♡          ⬆

**Carlos M. Valdivia R** @carlosvalrom · Nov 10, 2020    ···
Replying to @StiviDeTivi
Renunció a control z por irse a eso?

💬          ⟲          ♡ 2          ⬆

---

**Search Twitter**

**Relevant people**

**Stivi De Tivi** ✓
@StiviDeTivi                          Follow

Stivi De Tivi (Enrique Solorzano). AMO las series y el cine. Me encuentras en radio, TV, podcast, revistas, medios digitales y fiestas. Pronombres: Él/Su/Suyo

**What's happening**

FIFA World Cup · 5 hours ago
**Mexico vs Poland**

#AvatarTheWayOfWater 🙇
Get tickets now - In theaters December 16
Promoted by Avatar

Entertainment · Trending      ···
**Jane Lynch**

Trending in California        ···
**Chicharito**
7,077 Tweets

Family & relationships · Trending    ···
**For $100**
Trending with Happy Thanksgiving

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**    ···
@c_perkowski

← **Tweet**



**SUMC Direct**
@SUMCDirect

···

## Adam Scott on the set of Madame Web!




9:11 PM · Jul 28, 2022 · Twitter for iPad

**2** Retweets   **14** Likes



   Tweet your reply

Reply

### Relevant people



**SUMC Direct**   Follow
@SUMCDirect

SUMC Direct, the home of Sony's
Marvel characters news. Reliable news
and one of a kind content for
everything Sony's Universe of Marvel
Characters.

### What's happening

Television · Last night
**Saturday Night Live airing on
NBC**



**#Disenchanted** 🧚
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending   ···
**#RIPLEGEND**
3,352 Tweets

Entertainment · Trending   ···
**Morgan Freeman**
148K Tweets

Trending in California   ···
**Shakira**
98.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🔍 Search Twitter

🐦

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

\_\_ https://twitter.com/rrno110/status/1342044250288975872 \_\_ et \_\_ 2022-11-21 19:59:02 -08:00

← **Tweet**

**RRNO1**
@RRNO110

···

## Jennifer Lopez



1:47 AM · Dec 24, 2020 · Twitter for iPhone

**4** Retweets  **28** Likes

---

Tweet your reply

**Reply**

**andy1267** @andy12671 · Dec 24, 2020
···
Replying to @RRNO110
Booty

---

🔍 Search Twitter

### Relevant people



**RRNO1**
@RRNO110                    **Follow**

I'm a guy that love celebs and beautiful amateurs. DO NOT tag me in with celebs or it's an instant block. Happy to promote amateurs with their content

### What's happening

Television · LIVE
**WWE Monday Night RAW airing on USA**

Entertainment · Trending
**Died Suddenly**
56.3K Tweets

Trending in California
**Dodger Stadium**
11K Tweets

Sports · Trending
**Rudy Gobert**

Trending in California
**Pulisic**
41.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/patronlar/status/1396542728712860513 __ et __ 2022-11-22 11:53:11 -08:00 ·



← Tweet

Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⚪ More

**Tweet**



Perkowski Legal P.C.
@c_perkowski





**Patronlar Dünyası**
@patronlar                                        ···

Rekor boşanma haberiye gündeme gelen Bill Gates
günler sonra ortaya çıktı! Göbek bağlamış...
Gates'in evlilik yüzüğünü hala çıkarmadığı görüldü. Bu
'boşanmak isteyen taraf Bill Gates değil' yorumlarının
yapılmasına neden oldu.
patronlardunyasi.com/haber/Bill-Gat...
Translate Tweet



12:05 PM · May 23, 2021 · Crowdfire App

**1** Retweet    **1** Quote Tweet    **18** Likes

💬          ↻          ♡          ⬆️

 Tweet your reply                              Reply

Rüştü @Rt20140120 · May 23, 2021              ···
Replying to @patronlar
Şu adamı ne zaman görsem sövesim geliyor

💬          ↻          ♡          ⬆️

**Relevant people**

**Patronlar Dünyası**
@patronlar                          Follow

Türkiye'nin en çok okunan
Twitter hesabı. Güncel haberler için
bizi takip edin #Digital işbirlikleri için
05326717500

**What's happening**

FIFA World Cup · 1 hour ago
**Mexico vs Poland**

#AvatarTheWayOfWater
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
**Australia**                              ···
Trending with Giroud, Rabiot

Celebrities · Trending
**Tom Hanks**                              ···
5,459 Tweets

Trending in United States
**Ochoa**                                  ···
Trending with Australia, Giroud

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from a suspended account. Learn more



**Perkowski Legal P.C.** ...
@c_perkowski

← **Tweet**

Foochia - فوشيا ✔
@foochia

أحدث ظهور لجنيفر لوبيز بصحبة حبيبها الجديد/ القديم بن أفليك، هل تؤيدين عودتهما لبعضهما بعض سنوات القطيعة؟

#جنيفر_لوبيز #بن_آفليك #حب #BenAfflick #Jlo

Translate Tweet



12:12 AM · Jul 4, 2021 · Twitter Web App

**2** Retweets  **3** Likes

---

**Tweet your reply**                    Reply

**Aya Fadel** @ayafadel1111 · Jul 4, 2021
Replying to @foochia

شو مبين سعيد بحياتو 😂😂😂 كل القصة ما خربط مشطبي

**⬛🔞⬛Othm11n** @o8680o · Jul 4, 2021
Replying to @foochia

عجيب لسنا مستشارين لنحدد مسارها العاطفي
اذا كان تعطينا صلاحية التدخل فلتكن في شؤون أكبر من هذه

---

**Relevant people**

Foochia - فوشيا ✔
@foochia                    Follow

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.

**What's happening**

FIFA World Cup · Starts at 4:00 PM
**Mexico vs Poland**

**#AvatarTheWayofWater**🌊
Get tickets now - In theaters December 16
◻ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
108K Tweets

Trending in United States
**Argentina**
Trending with #FIFAWorldCup 🏆 , Herve Renard

Trending in United States
**#السعوديه_الارجنتين**
1.25M Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

https://twitter.com/soygerardcortez/status/140488215329342257... ef.... 2022-11-21 10:30:51 -08:00
22-cv-09462-DMG-ADS    Document 23-18    Filed 03/13/23    Page 81 of 101    Page ID
#4862



https://twitter.com/cmurphyfans/status/1514350767846682145 __ el __ 2022-11-21 21:37:50 -08:00



← Tweet



**Cillian Murphy Fans**
@CMurphyFans

Even in that outfit 💯 😂



2:12 PM · Apr 13, 2022 · Twitter for iPhone

24 Retweets   7 Quote Tweets   426 Likes



**Perkowski Legal P.C.**
@c_perkowski   ...

Tweet your reply                              Reply



**Craftyhands** 🏖️🇬🇧 @craftyhand · Apr 13
Replying to @CMurphyFans
I would! 😋😉 even in that outfit 🔥



Search Twitter

**Relevant people**



**Cillian Murphy Fans**        Follow
@CMurphyFans

Fan account. Not Cillian Murphy (
obviously) Views are my own.
#PeakyBlinders S6 is now streaming
on @netflix.

**What's happening**

NFL · 1 hour ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
65K Tweets

Trending in United States
**Murder House**
1,713 Tweets

Trending in United States
**August Alsina**
Trending with #TheSurrealLife

Entertainment · Trending
**Sinbad**
7,691 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

← **Thread**





**Próxcinemente**
@proxcinemente

···

Margot Robbie y Ryan Gosling en el rodaje del live action de "BARBIE". 😍😮 #Barbie

📷 Vía: @DailyMailCeleb



2:37 PM · Jun 22, 2022 · Twitter for Android

**1** Like

💬   🔁   ♡   ⬆️



P   Tweet your reply                    **Reply**

**Próxcinemente** @proxcinemente · Jun 22   ···
Replying to @proxcinemente



💬   🔁   ♡ 1   ⬆️

---

🐦

🏠 Home

\# Explore

🔔 Notifications ①

✉️ Messages

🔖 Bookmarks

🗒 Lists

👤 Profile

◎ More

**Tweet**


Perkowski Legal P.C.
@c_perkowski   ···

---

🔍 Search Twitter

**Relevant people**



**Próxcinemente**   **Follow**
@proxcinemente
Todas las novedades en el mundo del séptimo arte. 🎬 | Creador: @chuyRM_93 | Contacto: proxcinemente@gmail.com

**Daily Mail Celebrity** ✓   **Follow**
@DailyMailCeleb
⊘ Official
Latest celeb and entertainment news from the Daily Mail Showbiz team. We're on Facebook too: fb.me/DailyMailCeleb

**What's happening**

NFL · LIVE
**Browns at Bills**

#Disenchanted 🪄
Original movie now streaming
📣 Promoted by Disney+

Entertainment · Trending   ···
**Morgan Freeman**
181K Tweets

Trending in United States   ···
**Rest In Peace**
44.3K Tweets

Only on Twitter · Trending   ···
**Jason David Frank**
Trending with Kevin Conroy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**



**Kevin Anticona**
@KevinAnticonaa                                                      ...

Para la actriz Bruna Marquezine fue una experiencia muy emotiva, desafiante y a la cez genial estar en en la filmaciones de Blue Beetle.

#BlueBeetle #BrunaMarquezine #DC #dccomics #HBOMax #FelizMiercoles




12:44 PM · Aug 31, 2022 · Twitter for Android

**1** Retweet   **2** Likes

💬         ⟲         ♡         ⬆


**Who can reply?**
People @KevinAnticonaa follows or mentioned can reply

🔍 Search Twitter

**Relevant people**


**Kevin Anticona**
@KevinAnticonaa                          Follow

Chico carismático, manteniendo siempre la humildad y sociable, pasión por el teatro, cinefilo.

**What's happening**

NFL · 3 hours ago
**Browns at Bills**



**#Disenchanted** 🎃
Original movie now streaming
⬛ Promoted by Disney+

Trending in United States                    ...
**UCLA**
30.6K Tweets

Sports · Trending                              ...
**Sam Webb**

Sports · Trending                              ...
**Tomlin**
3,092 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**   ...
@c_perkowski

← Tweet



**katie** 🙌
@weloveharry_1Dx

···

## NIBBLE NIBBLE



5:03 PM · Nov 26, 2020 · Twitter for iPhone

**1** Like

      

 Tweet your reply                     Reply

---

🐦

🏠 Home

# Explore

🔔 Notifications ①

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

🔍 Search Twitter

### Relevant people

 **katie** 🙌
@weloveharry_1Dx          Follow

jack's housewife

### What's happening

FIFA World Cup · 1 hour ago
**Mexico vs Poland**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Celebrities · Trending                    ···
**Tom Hanks**
5,428 Tweets

Trending in United States                 ···
**Ochoa**
Trending with Australia, Giroud

Trending in United States                 ···
**#BoycottTampax**
6,044 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ···
@c_perkowski

← Tweet



**DAKOTA** 💜💙
@tender_DMJ

···

# Dakota doing her nails 💅

 

8:09 PM · May 22, 2019 · Twitter for iPhone

**4** Retweets  **18** Likes

💬          🔁          ♡          ⬆️

 Tweet your reply          Reply

🔍 Search Twitter

## Relevant people

 **DAKOTA** 💜💙
@tender_DMJ                    Follow

Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

## What's happening

NCAA Men's Basketball · Yesterday
**Bisons at Fighting Irish**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶️ Promoted by Uber

Trending in California          ···
**Messi**
327K Tweets

Trending in United States          ···
**Welcome Back Kotter**

Sports · Trending          ···
**Andrel Anthony**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

 **Perkowski Legal P.C.**   ···
@c_perkowski



← **Tweet**

🔍 Search Twitter

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

**Ellen World**
@EllenD_world

Ellen DeGeneres finishes her COVID-19 quarantine and is being tested regularly

vk.com/album-17289590...



12:10 PM · Dec 20, 2020 · Twitter for iPhone

**3** Retweets   **2** Quote Tweets   **39** Likes

Tweet your reply                                    Reply

**Justus Salazar** @justus1974 · Dec 24, 2020 ···
Replying to @EllenD_world
Ellen you know the ultimate feeling of finally knowing how it feels to finally be truly open and honest with yourself, let alone with others. I am a gay male in Salt Lake City Utah, the most concervitiveMormon place on the planet.imagine growing up as a minorty and gay

**Toya Wilson** @ToyaWil94671147 · Dec 22, 2020 ···
Replying to @EllenD_world
Thank God!

**Jane_Roberts** @jane101roberts · Dec 20, 2020 ···
Replying to @EllenD_world
Oh my lord 😭😭😭😭😭😭 so happy to see her better
♡ 2

**Lee** @ny_phalla · Dec 20, 2020 ···
Replying to @EllenD_world
❤️❤️❤️
♡ 2

**Brittany Taylor** @Brittan21552311 · Dec 20, 2020 ···
Replying to @EllenD_world
I'm so happy that she's doing so much better! 🇨🇦🇨🇦
♡ 6

**M** @autumnpumpin26 · Dec 22, 2020 ···
Replying to @EllenD_world
So much for 2 week quarantine!!
♡ 1

**AAGG** @AuroraG76215880 · Dec 20, 2020 ···
Replying to @EllenD_world
!!Que Inmensa Alegría Verte Ellen y que Todo vaya Bien.Sigan Cuidandose Mucho las Dos.
Con Muchisimo Amor desde España a mis Seres Humanos Favoritos les Envío los más Hermosos y Positivos Deseos de Salud,Fuerza y Felicidad!!
❤️ELLEN
❤️PORTIA
😘😘😘😘😘
♡ 3

**Perkowski Legal P.C.**
@c_perkowski

**Relevant people**

**Ellen World**     Follow
@EllenD_world
• A Fan Page •By A Group Of Fans•
Everything About @theellenshow• |
Love | Peace | Equality| • Contact
:ellend.world@gmail.com

**What's happening**

Television · LIVE
**Saturday Night Live airing on NBC**

#GetYourRideRight
**Book your ride up to 30 days ahead on Uber Reserve**
Promoted by Uber

Trending in United States
**HE'S BACK**
Trending with Mr. President

Trending in United States
**Sam Horn**

Sports · Trending
**Matt Campbell**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc

__ https://twitter.com/weloveharry_1dx/status/1346888199679967232 __ at __ 2022-11-22 08:59:25 -08:00 __



← **Tweet**

## Left sidebar



- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

## Main column



**katie** 👐
@weloveharry_1Dx
···

scoot over lemme get in on that



10:35 AM · Jan 6, 2021 · Twitter for iPhone

**5** Likes


Tweet your reply

**Reply**

## Right sidebar

Search Twitter

**Relevant people**

**katie** 👐
@weloveharry_1Dx
jack's housewife

**Follow**

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**


**#AvatarTheWayOfWater** 💧
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States
**#TheMarvels**
1,990 Tweets
···

Politics · Trending
**Naomi Biden**
2,063 Tweets
···

Music · Trending
**Devil In A New Dress**
···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



Perkowski Legal P.C.
@c_perkowski
···

https://twitter.com/filmsbymeche/status/1463854008443265029 __ at __ 2022-11-19 19:18:37 -08:00

Case 2:22-cv-09462-DMG-ADS   Document 23-18   Filed 03/13/23   Page 89 of 101   Page ID #:4870



## Relevant people

🐶🐶 @filmsbydelrey
multifandom ✦*∗
**Follow**

@nanfixus @nanfixus
DJ Fan ❄ Sports,animals y Boca Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk #Persuasion Fan account 🇦🇷
**Follow**

## What's happening

Television · LIVE
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
▣ Promoted by Uber

Sports · Trending
**CM Punk**
10.3K Tweets

Sports · Trending
**Matt Campbell**

Trending in United States
**#BlockTrump**
1,496 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/TavernaMarvel/status/1556746968087702790 __ at __ 2022-11-21 04:04:35 -08:00





← **Thread**

Search Twitter

**Relevant people**

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

**Taverna Marvel | Fan-Club**
@TavernaMarvel

···

🎌 Mais imagens de Anthony Ramos como o vilão 'The Hood' no set de #Ironheart

Translate Tweet



1:59 PM · Aug 8, 2022 · Twitter Web App

5 Retweets    31 Likes

💬          ⟲          ♡          ⬆

P  Tweet your reply                    **Reply**

Taverna Marvel | Fan-Club @TavernaMarvel · Aug 8    ···
Replying to @TavernaMarvel
Via: Just Jared

💬          ⟲          ♡ 2          ⬆


Perkowski Legal P.C.
@c_perkowski

···

**Taverna Marvel | Fan-...** 
@TavernaMarvel    **Follow**

Portal focado no universo da Marvel. Todas as notícias e informações você encontra aqui. Ative as notificações🔔
📧Contato: tavernamarvel@gmail.com

**What's happening**

Television · Yesterday
**The Walking Dead airing on AMC**

Music · Trending
**Billy Joel**
1,306 Tweets

···

Sports · Trending
**nick bolton**
3,237 Tweets

···

Trending in United States
**#USMNT**🇺🇸
Trending with Iran, England

···

Music · Trending
**Cardi**
51.4K Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

**Movie Crazy Planet** 🎬🍿🎥
@MovieCrazyP

···

📸💥 DESDE EL SET 💥📸

@JoeyKing interpretando a su personaje Prince en el rodaje de #BulletTrain en Los Ángeles.

Translate Tweet



8:30 PM · Mar 5, 2021 · Twitter for Android

💬          ⟲          ♡          ⬆

Tweet your reply                    Reply

---

## Relevant people

**Movie Crazy Planet ...**                    Follow
@MovieCrazyP
💥Noticias, tráilers, pósters, los estrenos más recientes de cine, series y televisión.💥 Síguenos y activa la 🔔 moviecrazyplanet@gmail.com ✉

**Joey King** ✔                    Follow
@JoeyKing

## What's happening

NFL · 2 hours ago
**Browns at Bills**

#Disenchanted 🧙
Original movie now streaming
▶ Promoted by Disney+

Sports · Trending                    ···
**Cousins**
Trending with Vikes

Trending in California                    ···
**#AMAs** 🥀
Trending with Favorite K-Pop Artist

Sports · Trending                    ···
**Chandler Jones**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

**Perkowski Legal P.C.**    ···
@c_perkowski

https://twitter.com/hslytkepics/status/1295881430988377603 _et _ _ 2022-11-21 13:10:14 -0800

← Tweet

Search Twitter

**best harry pics**
@hsfylepics



👤 Harry Styles, and HSHQ

2:20 PM · May 13, 2020 · Twitter for iPhone

**714** Retweets   **106** Quote Tweets   **6,600** Likes

♡   ⟳   ♡   ⬆

📝  Tweet your reply          Reply

**mackenzie | GOT TICKETS TO HSLOT** @HSchemryberry · May 13, 2020
Replying to @hsfylepics @Harry_Styles and @HSHQ
we stan a diverse, body positive, 60's/70's vibe king
♡ 714    ⟳    ♡ 7    ⬆

**faith in lou's future** @onlythemoona · May 13, 2020
Replying to @hsfylepics @Harry_Styles and @HSHQ
qué clase de teen beach movie es esto? jajajs lo amo
♡    ⟳    ♡    ⬆

**J - Matt** @jjeevas_ · May 13, 2020
Replying to @hsfylepics @Harry_Styles and @HSHQ
@clacciss CON LA COLLANA DI PERLE AHHSHAHDHSH
♡    ⟳    ♡ 1    ⬆

**Cla** @claccjss · May 13, 2020
Replying to @jjeevas_ @Harry_Styles and 2 others
HAHAHAHAHHA MA XHE È
♡    ⟳ 2    ♡    ⬆

**Eun the banished** @justusyncs · May 13, 2020
Replying to @hsfylepics @Harry_Styles and @HSHQ
💛💛💛
♡    ⟳    ♡    ⬆

**Cla** @claisdred · May 14, 2020
Replying to @hsfylepics @Harry_Styles and @HSHQ
Giving me massive Hugh Hefner vibes...
♡    ⟳    ♡    ⬆

**grace** @itgracecouldfly · May 13, 2020
Replying to @hsfylepics @Harry_Styles and @HSHQ
The yellow pants is backkk
♡    ⟳    ♡    ⬆

**harryswatersugar** @harryswatersug1 · May 13, 2020
Replying to @hsfylepics @Harry_Styles and @HSHQ
so excited !
♡    ⟳    ♡    ⬆

**Sofie** 🦋 @sofiebernards · May 13, 2020
Replying to @hsfylepics @Harry_Styles and @HSHQ
those sunglasses are everything
♡ 1    ⟳    ♡ 4    ⬆

**Agata** @Agata28893411 · May 13, 2020
Replying to @hsfylepics @Harry_Styles and @HSHQ
Waiting for your tweet the whole day!
♡    ⟳    ♡    ⬆

**Carolina** 🇪🇸🇪🇸 @harrysbootslhr · May 13, 2020
Replying to @hsfylepics @Harry_Styles and @HSHQ
Woman Around Harry Is Uncomfortable!

♡    ⟳    ♡ 3    ⬆

**Wemissonedirection** @Wemissonedirect · May 14, 2020
Replying to @hsfylepics @howafraids and 2 others
the fact that there's people all colours, shapes, and sizes 😭
♡    ⟳    ♡    ⬆

**paris rae** @parisrae13 · May 13, 2020
Replying to @hsfylepics @Harry_Styles and @HSHQ
r u srs
♡    ⟳    ♡    ⬆

**vic** 🔪 🗡 **NUMBER ONE BABY** @silverstreetvic · May 13, 2020
Replying to @hsfylepics @Harry_Styles and @HSHQ
its gonna be so aesthetically pleasing and 60s/ 70s themed im not ready 😍
but i am
♡    ⟳ 1    ♡ 21    ⬆

**julie** 🤍 **FITF** @itsfkloevsfulan · May 13, 2020
Replying to @hsfylepics @Harry_Styles and @HSHQ
what is this what makes you beautiful? 🌹🌹🌹
♡    ⟳    ♡ 7    ⬆

---

🐦 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

Lists

Profile

⊙ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

**Relevant people**

👤 **best harry pics** ✓        Follow
@hsfylepics
Enjoy the best & latest contents of
Grammy winning artist @Harry_Styles.
#BLM | ☺ rightful owners of pictures
(DM us for credits)

**Harry Styles.** ✓           Follow
@Harry_Styles

**HSHQ** ✓                    Follow
@HSHQ
Official Twitter For @Harry_Styles info.
HS IG: instagram.com/harrystyles ||
HSHQ IG: instagram.com/hshq

---

**What's happening**

FIFA World Cup  Live
USA vs Wales

Trending in United States
USA 1
224K Tweets

Trending in California
Dodger Stadium
13.9K Tweets

Trending in United States
1-0 USA
20.3K Tweets

Trending in United States
HOW IS THAT NOT A YELLOW

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS Document 23-18 Filed 03/13/23 Page 93 of 101 Page ID #:4874

Tweet

**Diario Tiempo, HN**
@DiarioTiempo

bit.ly/2S1h1Pk - El vídeo familiar que demostró el fuerte amor que hay entre JLo y Ben Affleck. #EsTiempo #Honduras

Translate Tweet



7:49 PM · Jun 16, 2021 · Twitter Web App

2 Likes

Tweet your reply

Reply

Show more replies

Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

**Relevant people**

**Diario Tiempo, HN**
@DiarioTiempo — Follow
Diario TIEMPO de Honduras. Noticias actualizadas las 24 horas

**What's happening**

FIFA World Cup · 1 hour ago
**Mexico vs Poland**

#AvatarTheWayOfWater
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in California
**Mexico City**
20.6K Tweets

Trending in United States
**#SeleccionMexicana**
Trending with Ochoa, Australia

Celebrities · Trending
**Tom Hanks**
5,317 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

https://twitter.com/CinematizandoOf/status/1431991120188293127___gl__2022-11-19 19:37:43 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-18    Filed 03/13/23    Page 94 of 101    Page ID
#:4875

🔍 Search Twitter

**Relevant people**



**Cinematizando** @CinematizandoOf · Aug 29, 2021

Imagens do set de Pantera Negra: Wakanda Forever mostrando as atrizes Letitia Wright e Danai Gurira

#PanterNegra #PanterNegraWakandaForever #BlackPanther 🐾
#BlackPantherWakandaForever #LetitiaWright #DanaiGurira #Marvel

💬 1    🔁     ♡ 7

**Cinematizando** @CinematizandoOf · Aug 29, 2021

#PanterNegra #PanterNegraWakandaForever #BlackPanther 🐾
#BlackPantherWakandaForever #LetitiaWright #DanaiGurira #Marvel

💬 1    🔁     ♡ 1

**Perkowski Legal P.C.**
@c_perkowski   ···

**Cinematizando**
@CinematizandoOf   ···

#PanterNegra #PanterNegraWakandaForever
#BlackPanther 🐾 #BlackPantherWakandaForever
#LetitiaWright #DanaiGurira #Marvel

7:44 AM · Aug 29, 2021 · Twitter Web App

**2** Likes

💬    🔁    ♡    📤

P   Tweet your reply                      Reply

**Cinematizando** @CinematizandoOf · Aug 29, 2021
Replying to @CinematizandoOf
#PanterNegra #PanterNegraWakandaForever #BlackPanther 🐾
#BlackPantherWakandaForever #LetitiaWright #DanaiGurira #Marvel

💬    🔁    ♡ 2    📤

**Cinematizando**
@CinematizandoOf

Follow

**What's happening**

Television · LIVE
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Sports · Trending
**Hendon Hooker**
2,510 Tweets

Music · Trending
**#BLACKPINK**
Trending with jisoo, Camila

Trending in United States
**Hope Hooker**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/lacosacine/status/1388576456612229129 __ at __ 2022-11-22 02:53:27 -08:00

← **Tweet**



**La Cosa Cine** ✔
@lacosacine

···

Así luce Iman Vellani con el traje de Kamala Khan en el
ser de #MsMarvel.



12:30 PM · May 1, 2021 · TweetDeck

**7** Retweets   **1** Quote Tweet   **126** Likes

🏠 Home

# Explore

🔔 Notifications ①

✉ Messages

🔖 Bookmarks

🗐 Lists

👤 Profile

··· More

**Tweet**


Perkowski Legal P.C. ···
@c_perkowski

🔍 Search Twitter

**Relevant people**


**La Cosa Cine** ✔
@lacosacine

 Follow

🎬 📰 🎞 Cine y Series. Tu
comunidad, tu revista 📨
web@lacosacine.com | 🖊
@guillohernandez @jessiblady
@luaqosta @macareynolds

💬      ⟲      ♡      ⬆

P   Tweet your reply      **Reply**

__ https://twitter.com/candidevent/status/1578045132196175873 __ at __ 2022-11-20 10:59:09 -08:00 __

← Tweet

**celebrity photos & updates**
@candidevent

···

First look at Celeste O'Connor heading to the set of 'Madame Web'



8:30 AM · Oct 6, 2022 · Twitter for iPhone

**6** Retweets   **21** Likes

 Tweet your reply

Reply

---

## Navigation

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

---

🔍 Search Twitter

### Relevant people

 **celebrity photos & u...**
@candidevent    Follow

All media is posted under fair use with no © infringement intended. DM for removal.

### What's happening

NFL · LIVE
**Bears at Falcons**



**#Disenchanted** 🧹
Original movie now streaming
⊡ Promoted by Disney+

Trending in California    ···
**Rest In Peace**
41.7K Tweets

Trending in California    ···
**#DonaldTrump**
41.2K Tweets

Entertainment · Trending    ···
**Morgan Freeman**
176K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Perkowski Legal P.C.**
@c_perkowski    ···

← Tweet

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

Bieber Novidade
@biebernovidade

SÃO ELES! Justin e Hailey no México.



2:15 PM · May 26, 2022 · Twitter for iPhone

**221** Retweets   **86** Quote Tweets   **2,441** Likes

Tweet your reply                          Reply

gabie 🥺 @lonelyrz · May 26
Replying to @biebernovidade
bn me ajuda a divulgar meu link do it pra eu comprar ingresso pro rir com uma menina q ta vendendo

malu ☆ fan account @hsbailarina · May 26
Replying to @biebernovidade
mt fofos

Clara viu o justin @clarinhosa_ · May 26
Replying to @biebernovidade
preciso deles turistando assim aqui no br
                                            5

duda. @rhodecult · May 26
Replying to @biebernovidade
bn olha a dm por favor 😭

h @tudoalright · May 26
Replying to @biebernovidade
@laarissabenini @anaaajc_ acho q ele vai ficar calvo um dia
  1                      2

laris 🕊 @laarissabenini · May 26
Replying to @tudoalright @biebernovidade and @anaaajc_
um dia? kkkkkkk amiga tenho uma notícia ele já tá 😭😭😭
  1                      

Show replies

yp🍷 @picyl_ · May 26
Replying to @biebernovidade
@dani1ela4 meta com essas roupas

↘ @777imood · May 26
Replying to @biebernovidade
ela falando pa ele: si tu me joga tu vai ve
ele: fala duvido rs
                                            3

ani 🇧🇷 @anicrf · May 26
Replying to @biebernovidade
tao lindos 😍😍

Juliana @juli_liuj · May 26
Replying to @biebernovidade
@nathaliamcarlos
                                            1

analu @analuquerida · May 27
Replying to @biebernovidade
😊😊😊

### Relevant people

Bieber Novidade
@biebernovidade                    Follow
Fan Account | Há 7 anos a ser sua
melhor e mais completa fonte de
informações acerca do cantor Justin
Bieber. jbiebernovidade@gmail.com

### What's happening

NFL · 1 hour ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
63.7K Tweets

Entertainment · Trending
**August Alsina**
Trending with #TheSurrealLife

Sports · Trending
**Trey Lance**
1,267 Tweets

Trending in California
**Dodger Stadium**
9,282 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More…
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/ScreenMix/status/1449402082344615936 ... at ... 2022-11-20 07:30:22 -08:00
22-cv-09402-DMG-JDE    Document 23-18    Filed 03/13/23    Page 98 of 101    Page ID #:4879



← Tweet



**МАЙБУТНЄ КВМ** 🇺🇦
@mcunewsukr

...

Нові фото зі зйомок фільму «Мадам Павутиння»!

#МарвелУкр #УкрТві #МадамПавутиння #ЛюдинаПавук #Україна #Марвел #SpiderMan #MadameWeb #Sony #MarvelStudios

Translate Tweet



7:20 AM · Oct 7, 2022 · Twitter for iPhone

**1** Retweet  **15** Likes





🔍 Search Twitter

**Relevant people**

**МАЙБУТНЄ КВМ** 🇺🇦    Follow
@mcunewsukr
Дізнавайтесь найсвіжіші новини КВМ українською мовою! 🇺🇦

**What's happening**

FIFA World Cup · 1 hour ago
**World Cup Qatar 2022: Opening Ceremony**



#Disenchanted 🧟‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in California           ...
**Shakira**
102K Tweets

Only on Twitter · Trending           ...
**Jason David Frank**
87.7K Tweets

Trending in California           ...
**Rigged**
40.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**


**Perkowski Legal P.C.** ...
@c_perkowski

# Tweet

**Dakota Johnson Daily**
@Dakoholics

Babies 😍



1:19 AM · Nov 25, 2019 · Twitter for Android

**37** Retweets  **212** Likes

Tweet your reply

Reply

## Relevant people



**Dakota Johnson Daily**
@Dakoholics

Follow

Fan account dedicated to actress, activist, director and producer Dakota Johnson.

## What's happening

Television · LIVE
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
◻ Promoted by Uber

Trending in United States
**HE'S BACK**
132K Tweets

Trending in California
**Andrew Tate**
29K Tweets

Trending in United States
**Dear Jack**
2,130 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Search Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

— https://twitter.com/girlfromaspen/status/1578392517086773248 __ at __ 2022-11-20 07:52:51 -08:00



← Tweet

**Kate**
@girlfromaspen

She's all that matters.

7:31 AM · Oct 7, 2022 · Twitter for Android

21 Likes

Tweet your reply    Reply

**jean🦋💙** @jeansoft15 · Oct 7
Replying to @girlfromaspen

**Relevant people**

**Kate**
@girlfromaspen    Follow

I dislike negativity so unless I follow you, your replies aren't welcome on my tweets.

**What's happening**

Formula 1 · 51 minutes ago
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 🤯
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**#MassShooting**

Jungkook · Trending
**Jungkook**
Trending with Morgan Freeman, Ecuador

Only on Twitter · Trending
**RIP JDF**
1,923 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

Search Twitter