# EXHIBIT B Continued

__ https://twitter.com/koredakota/status/1578055822566752258 __ at __ 2022-11-20 12:11:12 -08:00

← **Tweet**

 

**karla**
@koredakota

···

finally dakota johnson resurfaced. missed seeing her😍



9:13 AM · Oct 6, 2022 · Twitter for iPhone

**12** Retweets  **1** Quote Tweet  **46** Likes

💬   🔁   ♡   ⬆️

P  | Tweet your reply  | **Reply**

**Dumas Françoise** @DumasFranoise5 · Oct 6  ···
Replying to @koredakota and @JDDJ13882191
Mais quel jour ? Personne ne sait

💬   🔁   ♡   ⬆️

## Sidebar

🔍 Search Twitter

**Relevant people**



**karla**
@koredakota                    **Follow**

fan account. multi-fandom: lore olympus, fifty shades, twilight saga, sen çal kapımı, aşk mantık intikam, marvel, star wars, game of thrones, booktwt. ~ 23

**What's happening**

Formula 1 · 5 hours ago
**Abu Dhabi Grand Prix 2022**

#**Disenchanted** 🧙
Original movie now streaming
📺 Promoted by Disney+

Trending in United States
**Rest In Peace**
47.9K Tweets                    ···

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Kevin Conroy    ···

Entertainment · Trending
**Morgan Freeman**
187K Tweets                    ···

Show more

Terms of Service   Privacy Policy   Cookie Policy

## Left navigation

🐦

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski                    ···









Tweet

Search Twitter

**@nanfixus**
@nanfixus

She bless us with those outfits 💫👑🎤



1:18 PM · Feb 6, 2019 · Twitter for Android

**13** Retweets   **34** Likes

Tweet your reply

Reply

### Relevant people

**@nanfixus**
@nanfixus

Follow

DJ Fan 🐾 Sports,animals y Boca Juniors Dakota's movies 2022 #ChaChaRealSmooth 💃 #AmIOk #Persuasion Fan account 🇦🇷

### What's happening

NCAA Football · LIVE
**TCU at Baylor**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Sports · Trending
**Wow TCU**
1,334 Tweets

Entertainment · Trending
**Tommyinnit**
11.1K Tweets

Sports · Trending
**Sonny Dykes**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

← **Tweet**



🔍 Search Twitter

## Home

## Explore

## Notifications ●1

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**



**t2** ✓
@t2telegraph

Glimpses from Jennifer Lopez and Ben Affleck's wedding that took place on Saturday



11:04 PM · Aug 20, 2022 · Twitter Web App

**1** Quote Tweet    **23** Likes

Tweet your reply                    **Reply**

### Relevant people

**t2** ✓                              **Follow**
@t2telegraph

The official Twitter account for t2, the entertainment tabloid of The Telegraph Instagram.com/t2telegraph facebook.com/thetelegrapht2

### What's happening

NFL · Earlier today
**Chiefs at Chargers**                

Music · Trending
**Lionel Richie**
3,914 Tweets

Entertainment · Trending
**Disney**
Trending with Bob Iger, Chapek

Trending in United States
**Hive**
52.3K Tweets

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C. ···
@c_perkowski



__ https://twitter.com/filmnewsPL/status/1551834700284857664 __ at __ 2022-11-19 22:48:29 -08:00 __

← **Tweet**



🏠 Home

# Explore

🔔 Notifications ❶

✉ Messages

🔖 Bookmarks

🗐 Lists

👤 Profile

⋯ More

**Tweet**



**Film News** ⋯
@filmnewsPL

Dakota Johnson na planie filmu #MadameWeb, w którym zagra główną rolę

Translate Tweet

 

12:39 AM · Jul 26, 2022 · Twitter for Android

**4** Retweets   **74** Likes

💬      ⇄      ♡      ⬆

      Tweet your reply      **Reply**

🔍 Search Twitter

**Relevant people**

 **Film News**      **Follow**
@filmnewsPL

🎬 najnowsze wiadomości filmowe - kino polskie i zagraniczne, popularne i niezależne 🎦 kontakt: filmnewspl@gmail.com

**What's happening**

NBA · 4 hours ago
**Raptors at Hawks**      

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Sports · Trending      ⋯
**Bo Nix**
2,290 Tweets

Sports · Trending      ⋯
**Reimer**

Sports · Trending      ⋯
**Rod Gilmore**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ⋯
@c_perkowski

__ https://twitter.com/AboutHerOFCL/status/1463771956797390852 __ at __ 2022-11-21 05:55:54 -08:00 __

← **Tweet**

 **About Her** ✓
@AboutHerOFCL                                    ...

**#LookOfTheDay**: Kim Kardashian opts for an all-black outfit on a night out with Pete Davidson in Santa Monica.



11:30 PM · Nov 24, 2021 · Buffer

**2** Likes

💬          🔁          ♡          ⬆️

 Tweet your reply                    Reply

🔍 Search Twitter

**Relevant people**

 **About Her** ✓          Follow
@AboutHerOFCL

Inside untapped territory: Pulling back the curtain on Arab women who are defining cultural trends now.
#AboutHer

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**



---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

 **Perkowski Legal P.C.**          ...
@c_perkowski

← **Tweet**

**Foochia - فوشيا** ✔
@foochia

عدسات الباباراتزي تنشر صوراً لـ "هاري ستايلز" برفقة حبيبته الجديدة الممثلة الأمريكية أوليفيا وايلد التي تكبره بـ 10 أعوام

**#فوشيا #مشاهير_هوليوود #هاري_ستايلز #وان_دايركشن #OneDirection #Harrystyles** 

Translate Tweet



3:20 AM · Jan 6, 2021 · Twitter Web App

**2** Retweets   **3** Likes

💬   🔁   ♡   ⬆

**Perkowski Legal P.C.** ...
@c_perkowski

Tweet your reply   **Reply**

**Relevant people**

**Foochia - فوشيا** ✔ 
@foochia    **Follow**

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.

**What's happening**

FIFA World Cup · 1 hour ago
**Mexico vs Poland**

← **Tweet**

**Music Mundial** ✓
@MusicMundial                                                      •••

Camila Cabello was pictured with rumored boyfriend
Matthew Hussey in México for the first time.



👤 camila and Camila Cabello México 🇲🇽

6:34 PM · Feb 9, 2018 · Twitter for Android

66 Retweets    7 Quote Tweets    184 Likes

💬            🔁            ♡            ↥

---

🅿  Tweet your reply                              **Reply**

Angélica @angelicayisbeth · Feb 9, 2018    •••
Replying to @MusicMundial @Camila_Cabello and 3 others
@Alejandro_0617

💬 1        🔁        ♡ 2        ↥

POV @AlejoTerraza17 · Feb 9, 2018    •••
Replying to @angelicayisbeth @MusicMundial and 4 others
OMG!!!!!

💬        🔁        ♡ 1        ↥

---

**Relevant people**

**Music Mundial** ✓
@MusicMundial                              **Follow**
Entertainment agency

**camila** ✓
@Camila_Cabello                            **Follow**
Sigue bailando. FAMILIA out now

**Camila Cabello Méxic...**
@CCabelloMEX                               **Follow**
1° Club de Fans Oficial y fuente
mexicana sobre la cantautora/actriz,
nominada al GRAMMY y ganadora del
Latin GRAMMY @Camila_Cabello |
#CCMX | #FMO |

**What's happening**

NFL · 28 minutes ago
**49ers at Cardinals**

Entertainment · Trending                    •••
**Died Suddenly**
60.2K Tweets

Entertainment · Trending                    •••
**Sinbad**
7,097 Tweets

Trending in United States                   •••
**Jada**
7,175 Tweets

Trending in United States                   •••
**Chrisley**
21.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications ①
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

🅿 **Perkowski Legal P.C.**    •••
@c_perkowski

🔍 Search Twitter

Tweet

**Rihanna Indonesia**
@RihannaIndo

Killa 🔥



7:15 AM · Jan 12, 2022 · Twitter for iPhone

**2** Retweets   **1** Quote Tweet   **16** Likes

Tweet your reply

Reply

## Relevant people

**Rihanna Indonesia**
@RihannaIndo
Follow

Rihanna biggest fanbase in Asia.
Followed by @Rihanna.
#IndonesiaWantsRihanna

## What's happening

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Trending in California
**Dodger Stadium**
14.1K Tweets

Trending in United States
**Senegal**
Trending with De Jong, #SENNED

Sports · Trending
**Rolen**

Trending in United States
**Janssen**
7,689 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.** ···
@c_perkowski

__ https://twitter.com/beliebinteam/status/1235456487742414849 __ at __ 2022-11-22 15:36:16 -08:00 __

← **Tweet**

s
@beliebinteam

...

he's too gorgeous 😍

10:45 PM · Mar 4, 2020 · Twitter for iPhone

**6** Retweets    **1** Quote Tweet    **28** Likes

Tweet your reply

Reply

## Relevant people

s
@beliebinteam

**Follow**

swap swap swap it out 🍵 | fan account

## What's happening

FIFA World Cup · 5 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🧿
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Celebrities · Trending
**Chris Evans**
6,371 Tweets

Family & relationships · Trending
**For $100**
192K Tweets

Trending in United States
**Cool Whip**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More •••
© 2022 Twitter, Inc.



Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/selenastroye/status/979860247744454656 __ at __ 2022-11-21 18:21:55 -08:00 __



__ https://twitter.com/coolcrushes/status/1404196884047007744 __ at __ 2022-11-22 12:48:41 -08:00 __

← **Tweet**



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

Perkowski Legal P.C.
@c_perkowski




### Home

### Explore

### Notifications

### Messages

### Bookmarks

### Lists

### Profile

### More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

**Kim Kardashian Fan**
@KimK_Community



12:49 PM · Sep 6, 2019 · Twitter for iPhone

**10** Retweets   **102** Likes

Tweet your reply

**Reply**

## Relevant people

**Kim Kardashian Fan**
@KimK_Community     **Follow**

Now a grown up man. Living in a small city but still a very big fan of the Kardashians/Jenners Klan. Followed by Kris and Kylie Jenner 💌

## What's happening

https://twitter.com/tudomiley/status/1497533170991966282 __ el __ 2022-11-21 09:28:20 -0800
Case 1:22-cv-09462-DMG-ADS    Document 23-19    Filed 03/13/23    Page 19 of 101    Page ID #:4901

# Tweet

**Tudo Miley | Fan Account**
@TudoMiley

Miley Cyrus e seu namorado, Maxx, estão no México passando férias.

Translate Tweet



3:25 AM · Feb 26, 2022 · Twitter for iPhone

**16** Retweets  **19** Quote Tweets  **466** Likes

**Will Smithinho** @LuanCunha19 · Feb 26
Replying to @TudoMiley
@lopesss_heloisa

♡ 1

**Libriana** @araujoelenn · Feb 26
Replying to @TudoMiley
Meu Deus muito gostosa

**fagner fã de diamantadas** ✨ @mariahxmiley · Feb 26
Replying to @TudoMiley
a Miley tirando férias apos 1 ano sem trabalhar, amamos ver

♡ 24

**cainho** @caiocostx · Feb 26
Replying to @TudoMiley
ue voltaram ja?

**Ana Lúcia Navegantes** @kikonavegantes1 · Feb 26
Replying to @TudoMiley
férias... mas com um semblante triste.

**Jürgen** @JuergenHoenig · Feb 26
Replying to @TudoMiley



**malu 13🇧🇷** @malu_carvlemos · Feb 26
Replying to @TudoMiley
Essa mulher é muito linda mesmo

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

---

Search Twitter

**Relevant people**

**Tudo Miley | Fan Acc...**
@TudoMiley    Follow
Sua fonte da Miley Cyrus no Brasil ! Your Miley's source in Brazil. Fan Account. @MediaTudoMiley | @TudoMileyBrasil | equipetudomiley@gmail.com

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Sports · Trending
**AP Poll**
11.5K Tweets

Trending in California
**Dodger Stadium**
14K Tweets

Sports · Trending
**Beltran**
2,858 Tweets

Entertainment · Trending
**#AntManandTheWaspQuantumania**
1,775 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

← **Tweet**

**Search Twitter**



## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**c.**
@shadesofdaklana

•••

finally!! i missed you so much 😍🖤



9:03 AM · Oct 6, 2022 · Twitter for Android

**4** Retweets   **15** Likes

Tweet your reply

**Reply**

### Relevant people

**c.**
@shadesofdaklana

**Follow**

I feel free when I see no one and nobody knows my name.

### What's happening

NFL · 1 hour ago
**Browns at Bills**



**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
57.2K Tweets

•••

Sports · Trending
**McVay**

•••

Trending in United States
**LGBTQ**
Trending with Colorado Springs, AR-15

•••

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

•••

 **Tweet**

← **Tweet**



**Taverna Marvel | Fan-Club**
@TavernaMarvel

···

EITAA!! 🚨 Novas imagens do Set de 'Madame Web' da Sony, aparentemente confirmaram uma versão alternativa do Homem-Aranha no filme

Translate Tweet

10:09 AM · Oct 6, 2022 · Twitter Web App

**3** Retweets    **1** Quote Tweet    **39** Likes

💬    🔁    ♡    🔗

🅿 **Tweet your reply**    **Reply**

**P.A da Shoppe** @TuribioMiguel · Oct 6    ···
Replying to @TavernaMarvel
É o ator do kraven
💬 1    🔁    ♡    🔗

**Taverna Marvel | Fan-Club** @TavernaMarvel · Oct 6    ···
Replying to @TuribioMiguel
Na verdade não.
💬    🔁    ♡ 1    🔗

**Luke Targaryen #Brasil** 🇧🇷 @lwildsl · Oct 6    ···
Replying to @TavernaMarvel
Pareceu o Aaron
💬 1    🔁    ♡    🔗

**Taverna Marvel | Fan-Club** @TavernaMarvel · Oct 6    ···
Replying to @lwildsl
Na primeira olhada pensei o mesmo, mas tem alguns traços diferentes.
💬    🔁    ♡ 1    🔗

---

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
··· More

**Tweet**

🅿 **Perkowski Legal P.C.**
@c_perkowski
···

---

🔍 Search Twitter

**Relevant people**

 **Taverna Marvel | Fan-...**
@TavernaMarvel    **Follow**

Portal focado no universo da Marvel. Todas as notícias e informações você encontra aqui. Ative as notificações 🔔
📩Contato: tavernamarvel@gmail.com

**What's happening**

FIFA World Cup · 2 hours ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
40.9K Tweets    ···

Only on Twitter · Trending
**Jason David Frank**
144K Tweets    ···

Entertainment · Trending
**Morgan Freeman**
174K Tweets    ···

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

← **Tweet**

**Linda Ikeji**
@lindaikeji

Draya Michelle turns heads as she attends event in skimpy chain skirt that covered nothing (photo)
lindaikejisblog.com/2021/10/draya-...



6:05 AM · Oct 25, 2021 · LIB App

**11** Likes

---

Tweet your reply                                    Reply

**Comr.Tonukarin Ofeoritse Gift** @Ofenoni · Oct 25, 2021
Replying to @lindaikeji
Watch out for Naija release soonest

---

## Navigation (sidebar)

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

Lists

👤 Profile

⚙️ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

**Linda Ikeji**
@lindaikeji
Blogger. CEO, LindaIkejiTV



**What's happening**

FIFA World Cup · 🔴 LIVE
**Argentina vs Saudi Arabia**



**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in United States
**Argentina**
Trending with Messi, #ARGKSA

Entertainment · Trending
**Died Suddenly**
84.2K Tweets

Trending in California
**Mexico City**
24.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/AndyVermaut/status/1323387678478401538 __ at __ 2022-11-19 18:28:44 -08:00 __

← **Tweet**



**Andy Vermaut**
@AndyVermaut                                     ...

Nicki Minaj Reveals Au Naturel Baby Bump In Crop Top & Biker Shorts: See Throwback Pregnancy Pic
hollywoodlife.com/2020/11/02/nic...



2:13 PM · Nov 2, 2020 · dlvr.it

       

    Tweet your reply                    Reply

---

## Relevant people

    **Andy Vermaut**          Follow
@AndyVermaut

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

Television · Starts at 9:00 PM
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States                    ...
**HE'S BACK**
106K Tweets

Sports · Trending                             ...
**#AEWFullGear**
Trending with The Elite, Death Triangle

Sports · Trending                             ...
**Chip Kelly**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

---

## Navigation sidebar

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

**Tweet**

Search Twitter

**Perkowski Legal P.C.**          ...
@c_perkowski

— https://twitter.com/yucatanalminuto/status/1392207846050040321 __ et __ 2022-11-22 10:43:52 -08:00 —

← **Tweet**

**YUCATAN AL MINUTO**
@YUCATANALMINUTO

···

JLo y Ben Affleck, ¿juntos otra vez tras 17 años?
ow.ly/movC50EKix0
Translate Tweet



12:59 PM · May 11, 2021 · Hootsuite Inc.

**1** Retweet    **6** Likes

💬          ⇄          ♡          ⬆

 Tweet your reply          Reply

**LUISON OFICIAL** @luisdemonte · May 11, 2021
Replying to @YUCATANALMINUTO
Pues es Batman

💬          ⇄          ♡          ⬆

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

**YUCATAN AL MINUTO**    Follow
@YUCATANALMINUTO
Yucatán al Minuto es un medio de comunicación que produce contenido informativo y material audiovisual con formatos propios en Mérida, Yucatán.

**What's happening**

FIFA World Cup · 46 minutes ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🧑
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
**#coinology**
4,207 Tweets

Sports · Trending
**Cristiano Ronaldo**
Trending with #ManchesterUnited

Trending in United States
**Ochoa**
Trending with #MEXPOL, Lewandowski

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**


**Miley Cyrus Updates** ⬜
@MileyCyrusBz                                    ...

Note the Hannah Montana top Miley was wearing. This photo is a whole mood! 😂



3:03 PM · Mar 26, 2021 · Twitter for iPhone

**14** Retweets   **77** Likes

💬          🔁          ♡          ⬆️

 Tweet your reply                    Reply

Search Twitter

**Relevant people**

 **Miley Cyrus Updates** ⬜     Follow
@MileyCyrusBz
Fan account | Copyright belongs to the respective owners | @MileyCyrus follows 💕

**What's happening**

FIFA World Cup · 1 hour ago
**Mexico vs Poland**


🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
🗒️ Lists
👤 Profile
⊙ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/ClickySound/status/1243231657018212352 __ at __ 2022-11-19 21:08:40 -08:00 __

← **Tweet**

 **Clicky Sound**
@ClickySound   •••

clickysound.com/demi-lovato-st... Demi Lovato emerges with her new boyfriend, Julia Louis-Dreyfus and Ellen DeGeneres go on a hike and more...



10:41 AM · Mar 26, 2020 · Clicky Sound

   

 Tweet your reply   **Reply**

## Relevant people

 **Clicky Sound**
@ClickySound   **Follow**
Photography at its Best!

## What's happening

Television · 1 hour ago
**Saturday Night Live airing on NBC**   

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States   •••
**HE'S BACK**
143K Tweets

Sports · Trending   •••
**Gus Johnson**

Sports · Trending   •••
**Jamie Hayter**
Trending with Saraya, Toni

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**   •••
@c_perkowski



← Tweet

**ANDRÉS NAVY** ✓
@AndrésN4VY

yo solo veo a Batman con Poison Ivy:

Translate Tweet



11:26 AM · Mar 21, 2020 · Twitter for iPhone

**15** Retweets   **2** Quote Tweets   **457** Likes

---

🅿  Tweet your reply                                    Reply

**Javier Tinoco** ✓ @JavierTino28 · Mar 21, 2020
Replying to @AndrésN4VY
Batman con Zatanna••

○ 1          ↻          ♡ 7          ⬆

**Juan Pedro** @DrakeWayne2248 · Mar 21, 2020
Replying to @JavierTino28 and @AndrésN4VY
Sinceramente podría interpretar a cualquiera

○ 1          ↻          ♡ 1          ⬆

Show replies

**Sebastián Galaviz** ✓ @RenSebasGalv · Mar 21, 2020
Replying to @AndrésN4VY
Y el batiperro jajaja okno

○          ↻          ♡ 1          ⬆

**Paulo Honores** @Impauuloo · Mar 21, 2020
Replying to @AndrésN4VY
Batman y poison ivy y el cheñcito

○          ↻          ♡          ⬆

**JOSÉ D. ROJAS** 🏴‍☠️👒 🔥 @jodaroqui995 · Mar 23, 2020
Replying to @AndrésN4VY
Batman con Catwoman!!!

○          ↻          ♡          ⬆

**Luis Cruz** ✓ @LuisCruz13 · Mar 21, 2020
Replying to @AndrésN4VY
Yo solo veo a Ana de Armas y Amol love ❤️

○          ↻          ♡ 1          ⬆

**luis medina** ✓ @VaniroxLuis · Mar 21, 2020
Replying to @AndrésN4VY
O zatanna también le quedaría

○          ↻          ♡          ⬆

This Tweet was deleted by the Tweet author. Learn more

**Juan Pedro** @DrakeWayne2248 · Mar 21, 2020
Tampoco hubiera sido un mal casting para catwoman, Sólo espero que le
den algún rol en alguna película de Marvel o DC

○          ↻          ♡ 2          ⬆

---

*Left sidebar:*

🐦
Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C. ...
@c_perkowski

---

*Right sidebar:*

🔍 Search Twitter

**ANDRÉS NAVY** ✓
@AndrésN4VY                    Follow

⭐ THE FANBOY PRINCE ⚡
YOUTUBER · COSPLAYER · REY FUNKO 🤴

**What's happening**

Television · LIVE
Bachelor in Paradise airing on
ABC

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
📢 Promoted by Avatar

Trending in United States
**RIP Harold**

Sports · Trending
**Ryan Leaf**
1,521 Tweets

Bachelor in Paradise · Trending
**#bachelorinparadiseabc** 🌹
Trending with Victoria

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

https://twitter.com/harrymoonchild/status/1260524838540355072__al__2020-11-23 18:43:50 -08:00
Document 23-18    Filed 03/13/23    Page 29 of 101    Page ID
#911



2,444 Retweets    80 Quote Tweets    14.6K Likes



← **Tweet**

 **Nicholas Galitzine Brasil** 👑 **Fã-clube**
@NGBRSite

📸 MAIS FOTOS de Nicholas Galitzine e Anne Hathaway filmando #TheIdeaofYou na quarta-feira, 19 de outubro, em Atlanta, Geórgia.

Translate Tweet



5:15 AM · Oct 21, 2022 · Twitter Web App

**3** Retweets   **33** Likes



 Tweet your reply                    Reply

🔍 Search Twitter

## Relevant people

 **Nicholas Galitzine Br...**   Follow
@NGBRSite

Fã-site brasileiro dedicado ao ator e cantor inglês Nicholas Galitzine. Fan account - contact us before taking any legal action! Follow Nicholas: @nickgalitzine

## What's happening

FIFA World Cup · This morning
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California
**Costco**
5,754 Tweets

Trending in United States
**Erection**
16.8K Tweets

Sports · Trending
**Pat Bev**
Trending with Ayton, Lakers

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/SeriesUpdateFR/status/1431144884895952898 __at__ 2022-11-29 21:52:03 -0800
22-cv-09462-DMG-ADS    Document 23-19    Filed 03/13/23    Page 32 of 101    Page ID
#:4914

← **Tweet**

**Infos Séries**
@SeriesUpdateFR

Martin Freeman sur le tournage du film "Black Panther: Wakanda Forever" 🎬



11:41 PM · Aug 26, 2021 · Twitter for Android

**104** Retweets   **44** Quote Tweets   **884** Likes

💬   🔁   ♡   ⬆️

🅿️   Tweet your reply                          **Reply**

**PAPA SOLUTION** @papa_connecte · Aug 27, 2021
Replying to @KayKouine n'est pas dans les parages
Bizarre @KayKouine n'est pas dans les parages
💬   🔁   ♡   ⬆️

👤 **Laureen Crossing** @mikasbluebear · Aug 27, 2021
Replying to @SeriesUpdateFR
Je l'ai pas reconnu au coup 😂
💬 1   🔁   ♡   ⬆️

**Jeremy** @Jeremy__Mlt · Aug 26, 2021
Replying to @SeriesUpdateFR
Il a blanchi d'un coup
💬 3   🔁   ♡   ⬆️

**wanda** 🔺 @Est383_ · Aug 27, 2021
Replying to @Jeremy__Mlt and @SeriesUpdateFR
Pourquoi blanchi ? Il avait deja les cheveux gris avant mdrr
💬 1   🔁   ♡   ⬆️

Show replies

**Dee Berzerker** @DylanMaloneBZK · Aug 27, 2021
Replying to @SeriesUpdateFR
Beau gosse 😍
💬   🔁   ♡   ⬆️

**Лутбон** 🅱️ @Jymboh · Aug 26, 2021
Replying to @SeriesUpdateFR
Où la jeunesse de Robert Hue 😂



💬   🔁   ♡   ⬆️

**Amaya** 🦋 @amayapeonyy · Aug 27, 2021
Replying to @SeriesUpdateFR
Oh je l'aurais pas reconnu !
💬   🔁   ♡ 1   ⬆️

**DupreQuentin** ⭐⭐ @DupreQuentin1 · Aug 26, 2021
Replying to @SeriesUpdateFR
J'espère mieux que le premier
💬   🔁   ♡   ⬆️



← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

Search



**Perkowski Legal P.C.**
@c_perkowski
···

https://twitter.com/kimkardashian9/status/1514116440095351812 __ at __ 2022-11-21 23:59:29 -08:00



**Tweet**

Q Search Twitter



🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

**Relevant people**

Kim Kardashian Fan
@KimK_Community

**Follow**

Now a grown up man. Living in a small city but still a very big fan of the Kardashians/Jenners Klan. Followed by Kris and Kylie Jenner 🤍

**What's happening**

NFL · 3 hours ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
6,915 Tweets

Trending in United States
**Dreamers MV**
172K Tweets

Entertainment · Trending
**BLEACH**
174K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

← **Tweet**

Kim Kardashian Fan
@KimK_Community

Beautiful couple 💙




10:41 PM · Apr 12, 2022 · Twitter for iPhone

**1** Retweet    **17** Likes

💬    🔁    ♡    ⬆️



P    Tweet your reply    **Reply**

Sharon Hayes @SharonH71889110 · Apr 15
Replying to @KimK_Community and @KimKardashian6
Beautiful Kim You Deserve too Be Happy Pete

💬    🔁    ♡    ⬆️

Perkowski Legal P.C.
@c_perkowski    ···

← **Tweet**

**g3 san diego**
@g3cafe                                          ...

How do you feel about Angelina Jolie and the Weeknd?
They were spotted again at dinner.

Gurl, Brad Pitt pa rin. Forgive mo na siya please.

#WhatsTheG



6:22 PM · Sep 27, 2021 · Twitter for iPhone

**1** Retweet  **4** Likes

💬          ⟲          ♡          ⬆

P  Tweet your reply                          Reply

Q Search Twitter

**Relevant people**

**g3 san diego**
@g3cafe                                  Follow

Filipina Writer, #ByG3 ✍️ Host,
#LiveWithG3 🔊 Columnist, #RatedG3
💻 Editor, Mega Entertainment 📙
Entertainment Journalist 📺
Entrepreneur, #FarmToFork

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Korean music · Trending                    ...
**#CHASE**
5,623 Tweets

Sports · Trending                          ...
**Michael Irvin**

Only on Twitter · Trending                 ...
**#Under_the_skin**
28.5K Tweets

Events · Trending                          ...
**ITS COMING HOME**
4,707 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**  ...
@c_perkowski

← **Thread**

🐦 Twitter

🏠 Home
# Explore
🔔 Notifications ●
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

Ⓟ Perkowski Legal P.C. ⋯
@c_perkowski

**Central Dakota Johnson & Jamie Dornan** @Info_DJJD · Feb 5, 2019    ⋯
Dakota foi fotografada saindo do Alfreed's Coffee ontem (05/02) em West Hollywood! #DakotaJohnson



Dakota Johnson Brasil

💬 1        🔁 3        ♡ 5        ⬆

**Central Dakota Johnson & Jamie Dornan** @Info_DJJD · Feb 5, 2019    ⋯
Mais fotos de Dakota saindo do Alfreed's Coffee ontem (05/02) em West Hollywood! (2) #DakotaJohnson

Dakota Johnson Brasil

💬 1        🔁 2        ♡ 3        ⬆

**Central Dakota Johnson & Jamie Dornan**
@Info_DJJD    ⋯

Mais fotos de Dakota saindo do Alfreed's Coffee ontem (05/02) em West Hollywood! (3) #DakotaJohnson

Dakota Johnson Brasil

8:09 PM · Feb 5, 2019 · Twitter for Android

**2** Retweets    **4** Likes

💬        🔁        ♡        ⬆

Ⓟ    Tweet your reply                    **Reply**

**Central Dakota Johnson & Jamie Dornan** @Info_DJJD · Feb 5, 2019    ⋯
Replying to @Info_DJJD
Mais fotos de Dakota saindo do Alfreed's Coffee ontem (05/02) em West Hollywood! (4) #DakotaJohnson

Dakota Johnson Brasil

💬        🔁 2        ♡ 5        ⬆

🔍 Search Twitter

**Relevant people**

Central Dakota Johns...    **Follow**
@Info_DJJD
I Love Dakota Johnson and Jamie Dornan. ❤ (Fan Account)

Dakota Johnson Brasil    **Follow**
@DakotaJBRA
Sua primeira, maior e melhor fonte sobre a atriz e produtora Dakota Johnson no Brasil. E-mail para contato: contato@dakotajohnsonbrasil.com

**What's happening**

NFL · 2 hours ago
**Cowboys at Vikings**

#Disenchanted 🧙
Original movie now streaming
⊡ Promoted by Disney+

Trending in United States    ⋯
**Disney CEO**
10.1K Tweets

Trending in United States    ⋯
**CEO of Disney**
2,635 Tweets

Trending in United States    ⋯
**Cult of Personality**
1,145 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

https://twitter.com/RihannaNoBrasil/status/1409845498329922209 __el__ 2022-11-21 05:19:43 -08:00
2:21-cv-09462-DMG-ADS Document 23-19 Filed 03/13/23 Page 37 of 101 Page ID #:4919

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Rihanna.com.br
@RihannaNoBrasil

Rihanna chegando ao The Bowery Hotel, na noite passada (29), em NY.

📷: DARIO/ THEBIGSHOTAPP/SHUTTERSTOCK



5:05 AM · Jun 29, 2021 · Twitter for Android

27 Retweets    4 Quote Tweets    279 Likes

Tweet your reply                                    Reply

Rihanna.com.br @RihannaNoBrasil · Jun 29, 2021
Replying to @RihannaNoBrasil
Rihanna atendendo fãs noite passada (29), em New York.

0:20  34.4K views

@247papsofficial

From Fenty Headlines

2          17          78

Rihanna.com.br @RihannaNoBrasil · Jul 12, 2021
29/06 - Rihanna e A$AP Rocky com o dono da pizzaria em que estavam em Nova York.

1          3          52

midnightsbaby @midnightsbabyy · Jun 29, 2021
Replying to @RihannaNoBrasil
oxe e eu jurando que era tbt de 2012

1

Search Twitter

**Relevant people**

Rihanna.com.br
@RihannaNoBrasil                    Follow

Rihanna.com.br is a genuine and registered fansite, made by fans. Fã-clube e portal de notícias brasileiro sobre a cantora Rihanna. Online desde 2008.

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Politics · Trending
**Tragically**
15.7K Tweets

Music · Trending
**Elton John**
Trending with Dodger Stadium, Dodger Stadium

Sports · Trending
**Alex Scott**
Trending with #OneLove, FIFA

Science · Trending
**#Orion**
1,966 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.


https://twitter.com/cizgikafe/status/1235243623903629313__et__2022-11-21 06:50:31 -08:00

22-cv-09462-DMG-ADS   Document 23-19   Filed 03/13/23   Page 38 of 101   Page ID
#:4920



🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski   ···

**Çizgi Kafe**
@cizgikafe   ···

🎬: Loki dizisinin ilk set fotoğraflarında Tom Hiddleston'ı yaka paça içeri alıyorlar.

Translate Tweet



8:40 AM · Mar 4, 2020 · Twitter for Android

**25** Retweets   **27** Quote Tweets   **1,205** Likes

💬   🔁   ♡   ↑

🅿️ Tweet your reply                              **Reply**

penthesilea // smtm era @hogwartsswitch · Mar 4, 2020   ···
Replying to @cizgikafe
Naptı Allah bilir
💬 1        🔁        ♡ 5        ↑

ceyda @rhaenyratarg_ · Mar 4, 2020   ···
Replying to @hogwartsswitch @bangswiftlover and @cizgikafe
Daha önce yayınlanan fragmanda gördüğümüz Time Variance Authority tarafından evrenler arasında dolaştığı için tutuklanmış olabilir.
💬        🔁 3        ♡        ↑

Güz Güzeli 🍁 @withbrokensmle · Mar 4, 2020   ···
Replying to @cizgikafe
Tom sana aşığım bebeğiiiimmm
💬        🔁        ♡        ↑

rümeysa @rineisu · Mar 4, 2020   ···
Replying to @cizgikafe
Aman yarabbiiii @ireemunalx
💬 1        🔁 1        ♡ 1        ↑

İrem @ireemunalx · Mar 5, 2020   ···
Replying to @rineisu and @cizgikafe
Geliyor yaklaşmakta olaaaan 🖤🖤🖤
💬        🔁        ♡        ↑

rana♡ zemo stan @teddybuteri · Mar 4, 2020   ···
Replying to @cizgikafe
öyle gibi görünmüyor sanki
💬        🔁        ♡        ↑

· @nayunikorn · Mar 4, 2020   ···
Replying to @cizgikafe
bırakın gezsin çocuğum
💬        🔁        ♡ 1        ↑

Kismetse Onur 🥀🥀 @kismetseonurr · Mar 4, 2020   ···
Replying to @cizgikafe
Djashd ne hatller çevirdi kim bilir, neyse ben #wandavision cıyım zaten
💬        🔁        ♡ 1        ↑

This Tweet was deleted by the Tweet author. Learn more

Bilal @Yapma_Beee · Mar 4, 2020   ···
Ana evrene bağlayabilirler herşey olabilir
💬        🔁        ♡ 3        ↑

**Q** Search Twitter

**Relevant people**

**Çizgi Kafe**
@cizgikafe                          **Follow**
Bir fincan kriptonit alabileceğiniz komşunuz!
instagram.com/cizgikafecom

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**


Music · Trending                    ···
**Slick Rick**

Trending in United States           ···
**Mount**
52.2K Tweets

Events · Trending                   ···
**LGBT**
211K Tweets

Events · Trending                   ···
**ITS COMING HOME**
4,289 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.







Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

Tweet

⏳ QuidVacuo ⏳ #WakandaForever
@QuidVacuo_

¡Primeras imágenes de Kingpin en 'ECHO'!
Translate Tweet

9:12 AM · Aug 9, 2022 · TweetDeck

514 Retweets 128 Quote Tweets 9,804 Likes

Tweet your reply
Reply

**Bryan Herrera Chanona** @BryanChanona · Aug 9
Replying to @QuidVacuo_ and @QuidVacuo_
Pero para cobrar si son buenos

1 3 101

Show replies

**QNT-TIL** @QntTil · Aug 9
Replying to @QuidVacuo_ and @QuidVacuo_
Creí que al menos estaría ciego

**Heretics Espe** @espesfc · Aug 9
Replying to @QuidVacuo_

I AM CALM!!

2 58

**Sebastian Galaz** @SebG094 · Aug 9
Replying to @QuidVacuo and @QuidVacuo_
Le falta el parche :v

1 1

**DiegoGoncas** @Diego_goncas · Aug 9
Replying to @SebG094 and @QuidVacuo_
Puede ser flashback o algo posterior a su recuperación, no siempre graban las cosas por como van saliendo

1

**yilbert** @yilbertvelasqu1 · Aug 9
Replying to @QuidVacuo_ and @QuidVacuo_
No tiene ni una cicatriz del disparo que me le metieron

7 11

**nico⚡** @billykplant · Aug 9
Replying to @yilbertvelasqu1 and @QuidVacuo_
al parecer estaban grabando flashback.

> **Lizzie Hill - EiC The Cosmic Circus** @MsLizzieHill · Aug 8
> Yes. Kingpin has been spotted on the set of #Echo recently in a scene involving a little girl and ice cream (and a fight! 😳). Seems as if we have some flashbacks being filmed for the series.
> Show this thread

1 2

Show replies

**Santiago🎬** @Santiago_funado · Aug 9
Replying to @QuidVacuo_ and @QuidVacuo_
Con el traje mamalon OG😍

3

**El Antonio** @AnToov6 · Aug 9
Replying to @QuidVacuo_ and @QuidVacuo_
Un momento, tons la bala ni siquiera la bala le pego en el ojo o q

2 1

**Attack Ivar** @AttackIvar · Aug 9
Replying to @AnToov6 and @QuidVacuo_
En el cómic el no muere realmente sólo queda cómo ciego

**Principe Atlanteca** @AnFabian323 · Aug 9
Replying to @QuidVacuo and @QuidVacuo_
me tocará seguir esperando para ver el traje clásico :(

3 1 36

**didaac_23** @Didaac23 · Aug 9
Replying to @AnFabian323 and @QuidVacuo_
En la nueva serie de daredevil SEGURO que lo lleva, o al menos eso espero 😅

1 9

**kha_2021** @kha20213 · Aug 9
Replying to @QuidVacuo_ and @QuidVacuo_
Esto contaría como un spoiler no?

Search Twitter

**Relevant people**

⏳ QuidVacuo ⏳ #Wak...
@QuidVacuo_
Follow
Noticias de cine, series, eventos e hilos de Marvel, Disney y Star Wars. | Stream cada día en Twitch | Art: @Carpaa2011 | #AntManQuantumania #WakandaForever

**What's happening**

Television · Last night
The Walking Dead airing on AMC

Music · Trending
Lionel Richie
3,930 Tweets

Dramedy series · Trending
#TheWhiteLotus
3,348 Tweets

Trending in United States
Bob Iger
Trending with Disney, Chapek

Trending in United States
Hive
52.5K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

https://twitter.com/tender_DMJ/status/1131326037392132096 __ at __ 2022-11-19 20:49:35 -08:00

← **Tweet**

**DAKOTA** 💜💙
@tender_DMJ

···

# AMO QUE SIEMPRE COMBINA 

Translate Tweet



3:32 PM · May 22, 2019 · Twitter for iPhone

**1** Retweet   **5** Likes

   Tweet your reply   Reply

🔍 Search Twitter

## Relevant people



**DAKOTA** 💜💙
@tender_DMJ                    Follow

Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

## What's happening

Television · 48 minutes ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve

📷 Promoted by Uber

Trending in United States    ···

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

__ https://twitter.com/allinitdrews/status/1223389791045259265 __ at __ 2022-11-22 17:34:16 -08:00 __

← **Tweet**

**sam**
@allinitdrews

i want to hug him so badly



3:37 PM · Jan 31, 2020 · Twitter for iPhone

**4** Retweets  **33** Likes

## Relevant people

**sam** 
@allinitdrews                        **Follow**
fan account; justin followed 9.14.19

## What's happening

FIFA World Cup · This morning
**Mexico vs Poland**



**#AvatarTheWayOfWater**
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States
**RIP Harold**
Trending with TO BE CLEAR

Entertainment · Trending
**Jane Lynch**

Celebrities · Trending
**Tom Hanks**
10.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

Search Twitter

Tweet your reply    **Reply**

← Tweet



Fuera de Plano 🎭 🇦🇷
@FueraPlano

AL FIN! Llegaron las primeras imágenes detrás de escena de 'Ms. Marvel'.
Sí! Es Kamala Khan 👀

11:25 AM · Nov 19, 2020 · Twitter for iPhone

**1** Quote Tweet   **7** Likes

Search Twitter

## Relevant people

Fuera de Plano 🎭 🇦🇷
@FueraPlano                    **Follow**

Amantes del cine y las series. Noticias, recomendaciones, reseñas, sorteos y más! Twitch: twitch.tv/fueradeplanoli...

## What's happening

Television · 2 hours ago
**The Walking Dead airing on AMC**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
🅿 Promoted by Disney+

Trending in United States
**#dantherizzler**
1,018 Tweets

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States
**Bob Iger**
Trending with Chapek, Disney

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Twitter

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
🗒 Lists
👤 Profile
⊙ More

**Tweet**


Perkowski Legal P.C.
@c_perkowski



Perkowski Legal P.C.
@c_perkowski



https://twitter.com/bso/status/1190135157690380288 __ at __ 2022-11-22 07:38:41 -08:00

← Tweet



**Robert Littal BSO** ✔
@BSO                                                      ···

Floyd Mayweather Allegedly Engaged To This New
Instagram Model; Photos of Them Shoe Shopping in
Beverly Hills (IG-Pics-Vids) bit.ly/336qYLR via
@IAmKelvin201



10:15 PM · Oct 31, 2019 · BSO Alert

**1** Retweet   **3** Likes


Tweet your reply                                    Reply

---

🔍 Search Twitter

**Relevant people**


**Robert Littal BSO** ✔
@BSO                           Follow

BSO is a Unique take on Sports & Ent;
Tweets by The Headline King Robert
Littal; IG: BSOTV; FB:
BlackSportsOnline; Keep That Same
Energy Podcast; #BLM; 💙 AML


**No Limit**
@IAmKelvin201                  Follow

"I feel that luck is a product of hard
work."- Nipsey Hussle IG:iamkelvin201

**What's happening**

FIFA World Cup · Starts at 9:00 AM
**Mexico vs Poland**                    

**#AvatarTheWayOfWater**🧑
Get tickets now - In theaters December 16
🎫 Promoted by Avatar

Entertainment · Trending                 ···
**Died Suddenly**
108K Tweets

Trending in United States                ···
**Argentina**
Trending with #FIFAWorldCup 🏆; Herve Renard

Trending in California                   ···
**Mexico City**
25.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet



**AMERICA'S PROBLEM** ✔
@FUCCI

9:34 AM · May 28, 2022 · Twitter for iPhone

**128** Retweets   **20** Quote Tweets   **1,258** Likes

Tweet your reply    Reply

**blue ivy stan account** @Believal · May 28
Replying to @FUCCI
just like her aunty
♡ 1    ♡ 2

**✨heroin chic✨** @kayyiise_n · May 28
Replying to @FUCCI
Literally!
♡ 3

**Jaime ♡** @_TaetheGemini · May 28
Replying to @FUCCI
😂😂😂
♡ 1

**Mark Sundstrom** ✔ @106th · May 28
Replying to @FUCCI
BYE
♡ 1    ♡ 1

**Mark Sundstrom** ✔ @106th · May 28
Replying to @106th and @FUCCI
(but I see it)
♡ 1

---

🐦

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

≡ Lists

👤 Profile

⊙ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

---

🔍 Search Twitter

**Relevant people**



**AMERICA'S PROBL...** ✔
@FUCCI                    Follow

tastemaker | ancient god | served in the navy since 2005 pronouns: (he/want/me) (Naija Basquiat)

**What's happening**

FIFA World Cup · Yesterday

**World Cup Qatar 2022: Opening Ceremony**

Trending in United States
**Landon Donovan**

Trending in United States
**Slick Rick**

Science · Trending
**#Orion**
1,888 Tweets

Trending in United States
**UCLA**
10.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/lacosacine/status/1514264181503139853 __ et __ 2022-11-21 06:44:32 -08:00

← **Tweet**



La Cosa Cine ✔
@lacosacine

Robert Downey Jr. y Cillian Murphy en la grabación de #Oppenheimer, la nueva película de Christopher Nolan.



8:28 AM · Apr 13, 2022 · Twitter Web App

**33** Retweets    **20** Quote Tweets    **517** Likes

Tweet your reply                    Reply

findwhy @findwhy · Apr 14
Replying to @lacosacine
Se viene peliculón

## Relevant people



La Cosa Cine ✔
@lacosacine                    Follow

🎬 📽 🎞 Cine y Series. Tu comunidad, tu revista 📰
web@lacosacine.com | 🖊
@guillohernandez @jessiblady
@luagosta @macareynolds
@cynthiaonfilms

## What's happening

FIFA World Cup · LIVE
**England vs Iran**

Trending in United States
**Rashford**
Trending with Foden, Grealish

Trending in California
**#blackpink_worldtour**
59.2K Tweets

Events · Trending
**LGBT**
210K Tweets

Trending in United States
**England**
Trending with #ENGIRN, Saka

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···

__ https://twitter.com/ClickySound/status/1228341863268089858 __ at __ 2022-11-20 12:54:05 -08:00 __

← **Tweet**

**Clicky Sound**
@ClickySound

···

clickysound.com/adele-flaunts-...  Hello, is that you?



7:34 AM · Feb 14, 2020 · Clicky Sound

Tweet your reply

Reply

**Relevant people**

**Clicky Sound**
@ClickySound

Follow

Photography at its Best!

**What's happening**

NFL · LIVE
**Eagles at Colts**

**#Disenchanted** 🧟
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Rest In Peace**
52.1K Tweets

···

Only on Twitter · Trending
**Rest in Power**
23.6K Tweets

···

Politics · Trending
**LGBTQ**
Trending with Colorado Springs, AR-15

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski   ···

Case 2:22-cv-09462-DMG-ADS    Document 23-19    Filed 03/13/23    Page 51 of 101    Page ID
#:4933



← **Tweet**



 **DAKOTA** 💜💙
@tender_DMJ

···

**YAS GIRL** 🤟🖤



5:13 PM · Oct 11, 2018 · Twitter for iPhone

**2** Likes

🗨        ⇄        ♡        ⬆

  Tweet your reply        Reply

🔍 Search Twitter

**Relevant people**

 **DAKOTA** 💜💙
@tender_DMJ        Follow

Dakota Johnson is the meaning of
perfection and of course the love of
my life ❤️

**What's happening**

FIFA World Cup · 56 minutes ago
**USA vs Wales**



Trending in California
**Dodger Stadium**
12.9K Tweets                    ···

Sports · Trending
Mexico City                     ···

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

← **Tweet**

**Johnson Dornan ES**
@JohnsonDornanES

···

Añadidas 34 Fotos HQ de Dakota hoy, 6 de agosto, en el set de #MadameWeb en Boston! johnsondornan.com/galeria/thumbn... #DakotaJohnson

Translate Tweet



👤 Dakota Johnson Portugal

3:46 PM · Aug 6, 2022 · Twitter for iPhone

**5** Retweets   **1** Quote Tweet   **29** Likes

💬   🔁   ♡   ⬆️

 Tweet your reply                    Reply

**Perkowski Legal P.C.**
@c_perkowski
···


## Relevant people

**Johnson Dornan ES**
@JohnsonDornanES                    Follow

Tu primera y mejor fuente sobre los actores #DakotaJohnson y #JamieDornan desde 2015. [Fan Account]

**Dakota Johnson P...** ✔️
@dakotajohnsonpt                    Follow

A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷: @DJPTMidias | Fã-Clube.

## What's happening

Television · 2 hours ago
**Saturday Night Live airing on NBC**


**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶️ Promoted by Uber

Trending in United States
**HE'S BACK**
149K Tweets
···

Trending in California
**Ecuador**
86K Tweets
···

Sports · Trending
**Cam Rising**
···

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

🔍 Search Twitter

\_\_ https://twitter.com/bso/status/1473715905326200847 \_\_ at \_\_ 2022-11-22 01:14:32 -08:00 \_\_

← **Tweet**

 **Robert Littal BSO** ✓
@BSO                                    ···

## Watch Cardi B Gift Offset a $2 Million Check For His Birthday; Videos of Mr. Set Dancing and Cardi B Twerking at His Birthday Party bit.ly/3H6imZ7



10:04 AM · Dec 22, 2021 · BSO Alert

**3** Retweets  **5** Quote Tweets  **10** Likes



 **Perkowski Legal P.C.** ···
@c_perkowski

 Tweet your reply                    Reply

### Search Twitter

### Relevant people

 **Robert Littal BSO** ✓    Follow
@BSO

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

# Tweet

**aly**
@stranwberryes

a anitta hahaha bem que ela sabe

Translate Tweet



ta ✓ Gente que gata que eu
da essas foto aí miglo

in    444 curtidas    Responder

Ver 9 respostas anteriores

**nanarude** ✓ @anitta haha
vou mandar!

20 min    23 curtidas    Resp

1:37 PM · Apr 17, 2022 · Twitter for Android

**3** Retweets    **56** Likes

Tweet your reply

Reply

**Relevant people**

**aly**
@stranwberryes
comento sobre a vida dos outros

Follow

**What's happening**

NFL · 3 hours ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Dodger Stadium**
8,369 Tweets

Trending in California
**Mexicans**
6,898 Tweets

Trending in United States
**August Alsina**
Trending with Jada, #TheSurrealLife

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/thatssohaute/status/1482772709964537862 __ el __ 2022-11-21 09:40:58 -08:00

← **Tweet**

**that's so haute**
@thatssohaute ···

## ALEXA AND BELLA!!??? EVERYBODY MOVED!!!



9:52 AM · Jan 16, 2022 · Twitter for iPhone

**200** Retweets   **65** Quote Tweets   **1,822** Likes

💬   🔁   ♡   📤

**P**   Tweet your reply                    **Reply**

**Gio**✨ @port_gio · Jan 16
Replying to @thatssohaute
@amand_alouise ···

💬 1        🔁        ♡ 1        📤

**Olay O Değil Ayça** @yescanimaycaben · Jan 16
Replying to @thatssohaute
Bayılıyorum bu çorafanlıklarına❤️ ···

💬        🔁        ♡        📤

**Sandia con tajín** @eidnascontreras · Jan 16
Replying to @thatssohaute
@loymicl serán las nuevas it girl? ···

💬        🔁        ♡        📤

**Iranian lives matter!** @Slufi3 · Jan 16
Replying to @thatssohaute
Alexa's fit reminded me of this ···

💬        🔁        ♡ 9        📤

---

🐦 Home

🔍 Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

**P** Perkowski Legal P.C. ···
@c_perkowski

---

🔍 Search Twitter

### Relevant people

**that's so haute**        **Follow**
@thatssohaute
photos aren't mine unless stated.
#blm

### What's happening

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Sports · Trending
**Rolen** ···

Sports · Trending
**Maguire** ···
Trending with #ThreeLions🏴󠁧󠁢󠁥󠁮󠁧󠁿

Sports · Trending
**AP Poll** ···
11.7K Tweets

Trending in United States
**Senegal** ···
Trending with De Jong, #SENNED

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

← Tweet



Q Search Twitter

**Comic Years**
@ComicYears

...

#BlueBeetle , the upcoming #DCmovie starring #XoloMariduena has had its first set photos released, and fans are loving it!
comicyears.com/movies/blue-be...



5:30 AM · May 26, 2022 · Buffer

         

P   Tweet your reply                    Reply

**Perkowski Legal P.C.**
@c_perkowski                ...

**Relevant people**



**Comic Years**                 Follow
@ComicYears

Comic Years is the go-to source on news, discussion, and community for comics, movies, and TV. Come & Check us Out!

**What's happening**

NBA · LIVE
**Celtics at Bulls**

Entertainment · Trending            ...
**Died Suddenly**
53.6K Tweets

Trending in United States            ...
**Caleb Williams**

← Tweet




**AP** ✓
@altapeli

···

Las #Mujercitas de Greta Gerwig. Imágenes desde el set #LittleWomen



1:29 PM · Nov 6, 2018 · Twitter Web Client

**19** Retweets   **5** Quote Tweets   **58** Likes

    

  Tweet your reply                              Reply

### Home
### Explore
### Notifications (1)
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

Q Search Twitter

**Relevant people**


**AP** ✓
@altapeli                           Follow

Cuenta oficial de AltaPeli.com - Cine / Series / Críticas / Noticias / Videojuegos

**What's happening**

NFL · 2 hours ago
**Chiefs at Chargers**



**#Disenchanted** 🎃
Original movie now streaming
⊞ Promoted by Disney+

Music · Trending                    ···
**#BLACKPINK_WORLDTOUR**
57.6K Tweets

Trending in United States           ···
**UCLA**
13.2K Tweets

Trending in United States           ···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski   ···

https://twitter.com/tomhollandbr/status/1350744069489049 __ id __ 22-cv-09402-DMG-ADS   Document 23-19   Filed 03/13/23   Page 59 of 101   Page ID #:4841



Perkowski Legal P.C.  ...
@r_perkowski

https://twitter.com/ScreenMix/status/1410738756902084608_d... 2021-11-20 10:44:22 (00:00)
CONFIDENTIAL DMG-ADS    Document 03:18    Filed 03/19/21    Page 60 of 101    Page ID
#4482



— https://twitter.com/RockCineyComics/status/1556768078549770241 __ at __ 2022-11-19 22:01:30 -08:00 __







← **Tweet**

Home

# Explore

Notifications ①

Messages

Bookmarks

Lists

Profile

More

**Tweet**

⟲ **Alex Salvatore** 👨 **Retweeted**

**Cosmic Media**
@CosmicMMedia                                    ...

Dominique Thorne as Riri Williams on set of 'BLACK PANTHER: WAKANDA FOREVER'



2:55 PM · Aug 26, 2021 · Twitter for iPhone

**614** Retweets   **234** Quote Tweets   **6,089** Likes



Tweet your reply                                    Reply

## Relevant people



**Alex Salvatore** 👨            Follow
@Alexromval
'Nadie puede juzgar desde fuera el amor'

## What's happening

Television · 3 hours ago
**Saturday Night Live airing on NBC**                

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
⏹ Promoted by Uber

Politics · Trending                              ...
**HE'S BACK**
153K Tweets

Trending in United States                          ...
**Jason David Frank**
1,232 Tweets

Jungkook · Trending                               ...
**jungkook**
1.56M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

**Perkowski Legal P.C.**   ...
@c_perkowski

__ https://twitter.com/AndyVermaut/status/1359589993782517761 __ at __ 2022-11-21 00:24:24 -08:00 __

← **Tweet**



**Andy Vermaut**
@AndyVermaut

···

## Kourtney Kardashian and Travis Barker Have a Playful Thumb War on Date Night

eonline.com/news/1236834/k...



11:48 AM · Feb 10, 2021 · dlvr.it

 



Tweet your reply

Reply

Q Search Twitter

## Relevant people



**Andy Vermaut**  Follow
@AndyVermaut

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights, Whatsapp +32499357495


Perkowski Legal P.C. ···
@c_perkowski



🍃 Home
🔍 Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

Tweet

Perkowski Legal P.C. ...
@_perkowski

🔍 Search Twitter

Relevant people

🍃 QuidVacuo 🍃 #Wak...
@QuidVacuo
Follow
Noticias de cine, series, eventos e hilos
de Marvel, Disney y Star Wars. |
Stream cada día en Twitch | Art:
@Carpaa2011 |
#AntManQuantumania
#WakandaForever 🍃

What's happening

FIFA World Cup · LIVE
England vs Iran

Trending in United States
Slick Rick
···

Music · Trending
Kelly Rowland
21.3K Tweets

Trending in United States
Landon Donovan
58.5K Tweets

Trending in United States
Schiff
···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Notifications
Messages
Bookmarks
Lists
Profile

__ https://twitter.com/damieforever48/status/1578056480544227332 __ at __ 2022-11-20 12:09:50 -08:00 __

← **Tweet**

🔍 Search Twitter

**Daki_Jamie** ❤️
@damieforever48                    ⋯

New pics of Dakota was seen on the set of "Madame Web" in Boston (Via @dakotajohnsonpt) ❤️
#DakotaJohnson #MadameWeb



9:15 AM · Oct 6, 2022 · Twitter for Android

**11** Retweets   **43** Likes

💬          ⟲          ♡          ⬆️

Tweet your reply                    **Reply**

## Relevant people

**Daki_Jamie** ❤️          **Follow**
@damieforever48
Fan Account Jamie Dornan e Dakota Johnson ❤️

**Dakota Johnson P...** ✓          **Follow**
@dakotajohnsonpt
A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷: @DJPTMidias | Fã-Clube.

## What's happening

Formula 1 · 5 hours ago
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 🧚
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                    ⋯
**Rest In Peace**
47.7K Tweets

Sports · Trending                    ⋯
**Lamar Jackson**
2,705 Tweets

Trending in California                    ⋯
**Elton John**
9,707 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

## Navigation (sidebar)
🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

**Tweet**



**Perkowski Legal P.C.**          ⋯
@c_perkowski

← **Tweet**

 **Robert Littal BSO** ✓ ···
@BSO

Photos of Seahawks DK Metcalf At Dinner With R&B Singer Normani After Skipping Out on Mandatory OTAs (Pics-IG) bit.ly/3QoDsHQ via @BasketballguruD



5:35 PM · Jun 13, 2022 · BSO Alert

**2** Retweets   **6** Quote Tweets   **19** Likes

💬        🔁        ♡        ⬆

 🅿 Tweet your reply                    Reply

 **Michael** @COLDESTMIKE87 · Jun 13 ···
Replying to @BSO and @BasketballGuruD
I know he tearing them cheeks up lol

💬        🔁        ♡ 1        ⬆

**Mr.Clean Face** @flyjetwayne · Jun 13 ···
Replying to @BSO and @BasketballGuruD
One of his best catches so early in this young season lol.

💬        🔁        ♡ 1        ⬆

 **Perkowski Legal P.C.** ···
@c_perkowski

---

Search Twitter

**Relevant people**

 **Robert Littal BSO** ✓   Follow
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

 **The Daniel Bell©**   Follow
@BasketballGuruD
Thunder Beat Reporter For @BSO | Contributor for the @FranchiseOK | A lot of sports tweets | dbell3220@icloud.com

**What's happening**

NHL · LIVE
Rangers at Kings

#AvatarTheWayOfWater🧑‍🦰
Get tickets now – In theaters December 16
Promoted by Avatar

Trending in California
**Hooters**
8,565 Tweets

Trending in United States
**#GenshinSpecialProgram**
9,970 Tweets

Fashion & beauty · Trending
**Balenciaga**
70.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

_ https://twitter.com/bpanthernews/status/1431910409935409154___el___2022-11-21 07:10:41 -08:00_
Case 2:22-cv-09462-DMG-ADS   Document 23-19   Filed 03/13/23   Page 68 of 101   Page ID #:4950

← **Thread**

🔍 Search Twitter

**Black Panther 2 News**
@bpanthernews

Here is a close look at Letitia Wright (Shuri) and Danai
Gurira (Okoye) filming scenes for BLACK
PANTHER:WAKANDA FOREVER.

(Source:@JustJared)



2:47 PM · Aug 26, 2021 · Twitter for iPhone

**76** Retweets   **14** Quote Tweets   **578** Likes

💬   🔁   ♡   ⬆️

P  Tweet your reply                                **Reply**

**Black Panther 2 News** @bpanthernews · Aug 26, 2021
Replying to @bpanthernews
Another set photo:

💬 1      🔁 10      ♡ 95      ⬆️

**Eugene The Gamer** @AthleticGam3r13 · Aug 26, 2021
Replying to @bpanthernews and @JustJared
great photo, wonder how RiRi works in and will Shuri hold the mantle?

💬        🔁        ♡ 1      ⬆️

**Ryan Leslie** @RyanLes21403848 · Aug 26, 2021
Replying to @bpanthernews and @JustJared
@GraceRandolph this scene is definitely gonna be awesome!

💬        🔁        ♡ 1      ⬆️

**DarkerSkinnedWarrior** @MueraZebra · Aug 26, 2021
Replying to @bpanthernews and @JustJared
Black Panther:Fast and the furious

💬        🔁        ♡        ⬆️

**Rex ANDOR ERA** @CaptainRex_7567 · Aug 26, 2021
Replying to @bpanthernews and @JustJared
Looks like fast and furious

💬        🔁        ♡        ⬆️

This Tweet is from a suspended account. Learn more

**Hassnain Ali** @knivez1993 · Aug 26, 2021
Replying to @eve4daya and @bpanthernews
From what it looks like they're chasing Riri Williams (a.k.a) Iron Heart who i
think is the one driving or they're teaming up as a trio and heading to take
someone down

Maybe Namor is in the city

💬        🔁        ♡        ⬆️

**Relevant people**

**Black Panther 2 News**         **Follow**
@bpanthernews
The best fan-run source for news on
Ryan Coogler's #BlackPanther 🐾
Wakanda Forever.

**JustJared.com** ✓            **Follow**
@JustJared
Your #1 Entertainment Authority Also
follow @jaredeng @justjaredjr

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Korean music · Trending
**#CHASE**
6,123 Tweets

Sports · Trending
**Michael Irvin**

Trending in California
**#BLACKPINK_WORLDTOUR**
58.6K Tweets

Trending in California
**Dodger Stadium**
13.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

**Perkowski Legal P.C.**  •••
@c_perkowski

_ https://twitter.com/TheAffinityMag/status/1482963395582246912 __ at __ 2022-11-20 18:45:16 -08:00 __

← Tweet

**Affinity Magazine** ✓
@TheAffinityMag

#Euphoria's Hunter Schafer and Dominic Fike were spotted together!



10:30 PM · Jan 16, 2022 · TweetDeck

**2** Retweets   **1** Quote Tweet   **40** Likes

---

Tweet your reply

Reply

## Relevant people

**Affinity Magazine** ✓
@TheAffinityMag
NEXT GEN OF MEDIA

Follow

## What's happening

NBA · 23 minutes ago
**Warriors at Rockets**

**#Disenchanted** 🧚
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**#twdspoilers**
1,004 Tweets

90 Day Fiancé · Trending
**#90DayFiance**
3,797 Tweets

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Rosita

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski

 Tweet

 Search Twitter

 Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 **Dakota Johnson Source**
@SourceJohnson

October 6th, Dakota was seen on set of Madame Web in Boston, Massachusetts! Looks like they're hiding her costume 👀 #DakotaJohnson



👤 Dakota Johnson Portugal

7:09 AM · Oct 7, 2022 · Twitter for iPhone

**8** Retweets   **1** Quote Tweet   **54** Likes

  💬        ↻        ♡        ⬆

Tweet your reply                    Reply

Charles @Charles94507181 · Oct 8
Replying to @SourceJohnson and @dakotajohnsonpt
She has the silver hair so maybe she the older Madame web!!

💬        ↻        ♡        ⬆

Perkowski Legal P.C.
@c_perkowski

**Relevant people**

 **Dakota Johnson Source**    Follow
@SourceJohnson
Page for All News and Updates On Dakota Johnson, Credits To Respectful Owners. Currently in post production - Madame Web

**Dakota Johnson P...** ✔    Follow
@dakotajohnsonpt
A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷 @DJPTMidias | Fã-Clube.

**What's happening**

FIFA World Cup · 4 hours ago
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 😠
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Rest In Peace**
49.6K Tweets

Trending in California
**Morgan Freeman**
190K Tweets

Politics · Trending
**LGBTQ**
Trending with  Colorado Springs, #ClubQ

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

**Affinity Magazine** ✓
@TheAffinityMag

The CW's 'Powerpuff Girls' live-action series will be
reworked with a brand new pilot after pictures on set
were heavily criticized on social media.

"Somethings things miss, and this was just a miss," said
CEO Mark Pedowitz. "We didn't want to go forward
with what we had."



11:10 AM · May 25, 2021 · Twitter for iPhone

**10** Retweets    **23** Quote Tweets    **55** Likes

Tweet your reply                                    Reply

**Allison the disney diva** @Daviesallison1A · May 25, 2021
Replying to @TheAffinityMag
They look like their backup dancers for School Girls

**7**

**Liz Bay**🦋 @RealLizBay · May 25, 2021
Replying to @TheAffinityMag
Are y'all for real 😳

**(K_0)mods** @mbbreviews · May 25, 2021
Replying to @TheAffinityMag
#cancelcwpowerpuffgirls

**3**

Show more replies

**Relevant people**

**Affinity Magazine** ✓
@TheAffinityMag
NEXT GEN OF MEDIA

Follow

**What's happening**

NFL · Last night
**Chiefs at Chargers**



Trending in United States
**Friendsgiving**
12.5K Tweets

Trending in United States
**Ole Miss**
5,300 Tweets

Politics · Trending
**Tragically**
15.1K Tweets

Trending in United States
**#AMAs** 🏆
Trending with soobin

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/proxcinemente/status/1552043853808533507 __ et __ 2022-11-21 08:30:16 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-19   Filed 03/13/23   Page 72 of 101   Page ID #:4954



← **Thread**

**Próxcinemente**
@proxcinemente

Dakota Johnson en el set de filmación de "MADAME WEB". 🕷 ❄ **#MadameWeb #SpiderMan**

📷 Vía: **@dakotajohnsonpt**



2:31 PM · Jul 26, 2022 · Twitter for Android

**1** Retweet   **4** Likes

💬        ↺        ♡        ↑

🅿 Tweet your reply                    **Reply**

**Próxcinemente** @proxcinemente · Jul 26
Replying to @proxcinemente



💬        ↺        ♡ **1**        ↑


**Perkowski Legal P.C.**
@c_perkowski         ···

---

🔍 Search Twitter

### Relevant people


**Próxcinemente** ✓         **Follow**
@proxcinemente
Todas las novedades en el mundo del séptimo arte. 🎬 | Creador: **@chuyRM_93** | Contacto: proxcinemente@gmail.com


**Dakota Johnson P...** ✓    **Follow**
@dakotajohnsonpt
A tua única e melhor fonte de informações sobre a atriz, activista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷: **@DJPTMidias** | Fã-Clube.

### What's happening


FIFA World Cup · LIVE
**Senegal vs Netherlands**

Sports talk · Trending                ···
**Skip and Shannon**

Entertainment · Trending              ···
**#AntManandTheWaspQuantumania**
Trending with **Kang**

Trending in United States             ···
**Maguire**
120K Tweets

Music · Trending                      ···
**#askmeek**
1,175 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**



__ https://twitter.com/fans101tobby/status/1583355015875264513 __ at __ 2022-11-20 07:25:57 -08:00 __

← **Tweet**

**fans101nickg**
@fans101tobby                                                                ...

Nicolas and Anne during the filming of The Idea Of You this Wednesday, October 19 in Georgia. ❤️Can't wait to see another one😍. @nickgalitzine #nicholasgalitzine #nicholasgalitzineedit #theideaofyou #purplehearts #lukemorrow #annehathaway #cinderella



12:10 AM · Oct 21, 2022 · Twitter for iPhone

**1** Retweet   **1** Quote Tweet   **18** Likes

Tweet your reply                                            Reply

## Relevant people



**fans101nickg**
@fans101tobby                                            Follow
#NicholasGalitzine #PurpleHearts



**Nicholas Galitzine** ✓
@nickgalitzine                                            Follow

## What's happening

Formula 1 · 24 minutes ago
**Abu Dhabi Grand Prix 2022**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
Promoted by Disney+

Trending in United States                                 ...
**RIP JDF**

Trending in United States                                 ...
**Morgan Freeman**
60.6K Tweets

Only on Twitter · Trending                                ...
**Jason David Frank**
Trending with Green Ranger, Power Rangers

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

### Twitter sidebar

🐦

Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
▤ Lists
⊗ Profile
⋯ More

**Tweet**

Search Twitter



**Perkowski Legal P.C.**   ...
@c_perkowski



← Thread

**Moe from Pop Tingz**
@MoeFromPopTingz

Doja Cat looks absolutely STUNNING on the set of what seems to be a music video.

11:11 AM · Sep 24, 2020 · Twitter for Android

25 Retweets    8 Quote Tweets    249 Likes

Tweet your reply                          Reply

**Moe from Pop Tingz** @MoeFromPopTingz · Sep 24, 2020
.@BebeRexha has also been spotted on the same set.

They seem to be shooting the music video for their upcoming collab, "Baby I'm Jealous."

♡ 24

**clo** @Cloveee · Sep 24, 2020
Replying to @MoeFromPopTingz and @ThePopTingz
flop camila outsold

**Тамбэ🍂 - Fan account/parody** @anittdigi · Sep 24, 2020
Replying to @MoeFromPopTingz and @ThePopTingz

**FAZ** @iddometooo · Sep 24, 2020
Replying to @MoeFromPopTingz and @ThePopTingz
BUY LYTLM ON ITUNES
♡ 1

**FAZ** @iddometooo · Sep 24, 2020
Replying to @MoeFromPopTingz and @ThePopTingz
BUY LYTLM ON ITUNES now

**FAZ** @iddometooo · Sep 24, 2020
Replying to @MoeFromPopTingz and @ThePopTingz
BUY LYTLM ON ITUNES lol

**FAZ** @iddometooo · Sep 24, 2020
Replying to @MoeFromPopTingz and @ThePopTingz
BUY LYTLM ON ITUNES 1

**FAZ** @iddometooo · Sep 24, 2020
Replying to @MoeFromPopTingz and @ThePopTingz
BUY LYTLM ON ITUNES 4

**FAZ** @iddometooo · Sep 24, 2020
Replying to @MoeFromPopTingz and @ThePopTingz
BUY LYTLM ON ITUNES. 6

**la bruja 🇲🇽** @IMSUPERPSYCHO · Sep 24, 2020
Replying to @MoeFromPopTingz and @ThePopTingz
ended beyonce

**Cinderella Barbie👸🏽** @NICKIIYIKES · Sep 24, 2020
Replying to @MoeFromPopTingz and @ThePopTingz
She's thick thick 😍😍😍

Show more replies

---

**Twitter** 🐦
Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Perkowski Legal P.C.**
@c_perkowski

Search Twitter

**Relevant people**

**Moe from Pop Tingz**          Follow
@MoeFromPopTingz
Founder of @ThePopTingz. Pop Culture Expert. Entertainment Journalist.

**What's happening**

FIFA World Cup · LIVE
England vs Iran

Music · Trending
**Slick Rick**

Trending in United States
**Go USA**
5,818 Tweets

Reality TV · Trending
**Wendy**
Trending with #BHOP, Robyn

Music · Trending
**Elton John**
Trending with Dodger Stadium, #EltonFarewellTour

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

🔍 Search Twitter

**Anne Hathaway UPDATES**
@UpdatesHathaway · · ·

🎥 more photos of anne hathaway and nicholas galitzine filming "the idea of you" in atlanta.



11:34 PM · Oct 20, 2022 · Twitter for Android

**18** Retweets  **2** Quote Tweets  **117** Likes

💬   🔁   ♡   ⬆️

🅿️  Tweet your reply                    Reply

olie⁷ 🐰 @emotozeextremo · Oct 21   · · ·
Replying to @UpdatesHathaway
are they in atlanta or LA?? cause you said both 😭

💬   🔁   ♡ 1   ⬆️

Show additional replies, including those that may contain offensive content      Show

**Perkowski Legal P.C.**
@c_perkowski   · · ·

### Relevant people

**Anne Hathaway UPD...**    Follow
@UpdatesHathaway
Your best, fast and most reliable source about the updates of award winning actress Anne Hathaway ⭐ FAN ACCOUNT

### What's happening

Television · 1 hour ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
📣 Promoted by Uber

Trending in United States   · · ·
**HE'S BACK**
143K Tweets

Sports · Trending   · · ·
**PAC 12**
5,408 Tweets

Music · Trending   · · ·
**#DreamersbyJungkook**
Trending with #Dreamers2022, #DreamersOutNow

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More · · ·
© 2022 Twitter, Inc.

### (left navigation)
Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Case 2:22-cv-09462-DMG-ADS   Document 23-19   Filed 03/13/23   Page 77 of 101   Page ID #:4959

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from a suspended account. Learn more



**Perkowski Legal P.C.**
@c_perkowski ...

← **Thread**



**Relevant people**



Alex Salvatore 🧑 @Alexromval

'Nadie puede juzgar desde fuera el amor'

**What's happening**

NFL · LIVE
**Cowboys at Vikings**

#Disenchanted 🔔
Original movie now streaming
📽 Promoted by Disney+

Trending in California
Trending with #TheWalkingDead

Trending in United States
#HowToUpsetABillionaire

Politics · Trending
**LGBTQ**
Trending with Colorado Springs, AR-15

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

https://twitter.com/live1dnews/status/1313909005442703648 _ at _ 2022-11-21 13:28:11 -08:00

← **Tweet**



**1D Updates**
@Live1DNews

⋯

Harry out in LA last night - October 6 (Via @hsdcandids )



11:28 AM · Oct 7, 2020 · Twitter for iPad

**1** Retweet    **7** Likes

💬          🔁          ♡          ⬆️

    Tweet your reply          **Reply**

 **Isabella** @bellabattistoni · Oct 7, 2020    ⋯
Replying to @Live1DNews and @hsdcandids
meu deus, a calça da menina igual da @vicqueen

destino é uma coisa louca

💬          🔁          ♡  1          ⬆️

**Relevant people**



 **1D Updates**
@Live1DNews          **Follow**
1D Updates. Paul, Andy, and more follow!

🔴 **HS Candids**
@hsdcandids          **Follow**
Follow for HQ candids of HS. Layout by @brightblackdsgn. (Fan Account)

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**

Trending in United States    ⋯
**Sin Kiske**
1,764 Tweets

Trending in United States    ⋯
**1-0 USA**
21K Tweets

Trending in California    ⋯
**Telemundo**
7,752 Tweets

Trending in California    ⋯
**LETS GOOOOOO**
3,077 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**
**Tweet**

🔍 Search Twitter

https://twitter.com/jharry_meghan/status/1228840320835072001 __id__ 2022-11-22 18:50:18 -08:00



Search Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

**The Duke and Duchess of Sussex. (Parody)**
@PHarry_Meghan ···

Prince Harry and Meghan since getting of a plane in Canada. 💕



4:38 PM · Feb 15, 2020 · Twitter for iPhone

**119** Retweets   **32** Quote Tweets   **2,289** Likes

Perkowski Legal P.C.
@c_perkowski

**Relevant people**

The Duke and Duchess...   **Follow**
@PHarry_Meghan
Updates on The Duke and Duchess of Sussex.



**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in United States
**RIP Harold**

Trending in California
**Hooters**
8,272 Tweets

Trending in California
**#chainsawman 🏴‍☠️**
144K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply   **Reply**

**Julie** @julie198176 · Feb 15, 2020
Replying to @PHarry_Meghan
💕
♡ 11

**Carolyn Fountain** @CarolFountain08 · Feb 16, 2020
Replying to @PHarry_Meghan
I think it is a temporary happiness. Eventually the novelty will wear off and I believe Harry will resent Meghan's forceful influence. Time will tell.
15   51

**Evelyn Moran** @EvelynM28064062 · Feb 18, 2020
Replying to @CarolFountain08 and @PHarry_Meghan
Did you not hear Harry's speech? Harry has hard a hard time for a long time. He and Meghan are free spirits. They've already made half to a million $ speaking to billionaires on mental health Harry's therapy. They have a rigit to their life .
1   5

**chris vazquez** @chrisva63340082 · Feb 15, 2020
Replying to @PHarry_Meghan
They look relaxed
♡ 10

**Lisa Baranovic** @lisabaranovic21 · Feb 15, 2020
Replying to @PHarry_Meghan
I hope they have the best life ever ❤️❤️❤️
1   23

**Lumka Mfobo** @lumka_mfobo · Feb 15, 2020
Replying to @lisabaranovic21 and @PHarry_Meghan
I wish them peaceful life
♡ 11

**Itimú wa Njúrúri** @ItimuNjururi · Feb 15, 2020
Replying to @PHarry_Meghan
They look lonely,Lost&without direction.I could be wrong but my own opinion is their Canadian move was an attempt to SPITE Wills&Kate&Royals due to the feud!Harry should accept William will be KING and stop being Jealous.They should come back to Royal Family their Natural HABITAT
20   13

**Marty Johnstone** @mgj54ss · Feb 15, 2020
Replying to @ItimuNjururi and @PHarry_Meghan
I believe you are wrong! I 100% believe due to attacks in media against Meghan he thought it was headed in path his mother endured and he wanted no parts of that! He chose his family first!!
♡ 14

**Evelyn Moran** @EvelynM28064062 · Feb 18, 2020
Replying to @PHarry_Meghan
Mark Cuban predicts Meghan & Harry will be Billionaires...
1

**JaneyinMadtown** @JaneyinMadTown · Feb 15, 2020
Replying to @PHarry_Meghan
Happiness !!!
1   30

**Lumka Mfobo** @lumka_mfobo · Feb 15, 2020
Replying to @JaneyinMadTown and @PHarry_Meghan
I too happy to see them happy,money and materialistic things doesn't matter
1   16

**Maria Isabel Cadima** @cadimamartins · Feb 16, 2020
Replying to @PHarry_Meghan
harry looks like an old man if he notes unhappy .Just tell him MM you're an egoist you wanted everything and run away.
4   4

**Philip McCann BA (Hons)** @philip_mccann · Feb 15, 2020
Replying to @PHarry_Meghan
Nice happy picture
♡

**Heather Harvey** @05Heather67 · Feb 16, 2020
Replying to @PHarry_Meghan
Where is Archie ??? Scruffy lost on they must of had a%$#@ thought it was extra cold there also they don't even look cold or dress appropriately for the cold
1   3

**fikeraya** @ayefikr · Feb 16, 2020
Replying to @05Heather67 and @PHarry_Meghan
They went to work appointments in California and Seattle(not cold) and were pictures returning to Canada.
Why would they be dressed for snow when they were in CA and would it make sense to take their baby to a work appointment?
6   6

**Liz Blanchett** @BlanchetteLise · Feb 15, 2020
Replying to @PHarry_Meghan
Just let them. live their lives
1   1

**Abdul Latif** @alatif7934 · Feb 17, 2020
Replying to @PHarry_Meghan
Hope you are having a great time in Canada and in US. Wish you all the best!



https://twitter.com/MARSStore/status/1209000082537123456 — 2020-01-01 18:58 EST
Document 03-18, AAA-00D Filed 02/13/21 Page 82 of 101 Page ID

**Relevant people**

THE MARS STORE
@MARSStore
The official @GREGCOWGIRLEMARS store | IG: TheMarsStore | IG: Support
support@threpeconsolidmarsstore.co
m

**What's happening**

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

THE MARS STORE
@MARSStore

Merry Mars-mas!!!! 🎅🏽🎄 What did Santa leave you
under the tree? #backgridusa



5:57 AM · Dec 25, 2019 · TweetDeck

Perkowski Legal P.C.
@i_perkowski

38 Retweets   13 Quote Tweet   88 Likes

**Tweet your reply**   Reply

VivWolf @IW_Fi · Dec 25, 2019
Replying to @MARSStore
Got my @GREGCOWGIRLEMARS buffalo triad Pj pants! And I love them so
much Very comfy! Going to sleep in them tonight!🖤🧡🔥🙏

Kez Cubbine @Kaz57090 · Dec 25, 2019

Kez Cubbine @Kaz57090 · Dec 25, 2019
Santa came early to my house and he was very generous this year 🎁 Merry
X-Mars to the team at the Mars Store @GREGCOWGIRLEMARS @LennGodez
@bananamars 🖤❤🔥🎄🖤🎁
#marsmj

Sharel Barnes @pricelessgirl0222 · Dec 25, 2019
Replying to @MARSStore
Nothing... not even coal.😔

CrippleXpilyMomph6 @Love_ModernMyth · Dec 25, 2019
Replying to @MARSStore
I got my pink angel in time for Christmas. Thank you 💜🙏 #marsstore

Stacy @AnnetteYu71 · Dec 25, 2019
Replying to @MARSStore
Merry Christmas!🎄🎄🎄 I wish Mars merchandise lol

mars_mission_36 @Eissam-ik6M457T · Dec 25, 2019
Replying to @MARSStore
My sweeeett husband was soooo nice to get me one of @GregCowgirlEMARS personal
shirts 🎁🖤❤🎄

J_stinnett.lj ✨ @princefall_12 · Dec 25, 2019
Replying to @MARSStore
My Mars presents on on their way to me 🙏🖤 Thank you for that and for
everything you do 🖤 Wishing a very Merry Christmas to you all 🎄🎁

L MONDRAGON @s3zsqwtt006 · Dec 25, 2019
Replying to @MARSStore
There's gifts for children under my tree. But I did get myself one of shirts
from @GregCowgirlEMARS personal closet so exciting 🖤❤🎄🔥💫🙏🖤🎁

@Jaines_ · Dec 25, 2019
Replying to @MARSStore
🎁❓❓

@Jaines_ · Dec 25, 2019
Replying to @MARSStore
Thank you so much 🙏 love you forever Jared❗🖤🖤

Rob @robyn65 · Dec 25, 2019
Replying to @MARSStore
I am waiting to receive my Mars gift 🎁

GIF

Alex moore 👽 @Alex_Moore_1919 · Dec 25, 2019
Replying to @MARSStore
My minerdy sweater and I LOVE IT!

Hayble Ibraica @Ribraica · Dec 25, 2019
Replying to @MARSStore
A wallet.

🖤❤ Hell 💀❤ @GlampyLMirb5t · Dec 25, 2019
Replying to @MARSStore
Thank you!

https://hoofkar.com/ScreenMix/status/1878937890000/2000    AC_2    2021-11-23  03:25:06  -05:00
Document 03-16   Filed 02/13/23   Page 83 of 101   Page ID  #2002
Twitter    0 of 0    0 0





**Chris Evans Brasil | Fã site** 🌿
@chrisevansbrcom

O sorrisinho 🥰

Chris Evans hoje no set de 'Red One' em Atlanta.

Translate Tweet

1:47 PM · Oct 13, 2022 · Twitter Web App

**123** Retweets   **65** Quote Tweets   **1,197** Likes

Tweet your reply                                    **Reply**

**Dani** @danizaoo · Oct 13
Replying to @chrisevansbrcom
O cabelo adm 😍

**Lay - Fan Account** @Laycfbr · Oct 13
Replying to @chrisevansbrcom
Ele já terminou de gravar aquele filme com a Emily Blunt?

**Chris Evans Brasil | Fã site** @chrisevansbrcom · Oct 13
Replying to @Laycfbr
Tudo indica que sim.

**bri** @annalightwoodt · Oct 13
Replying to @chrisevansbrcom
eu respirando por aparelhos @pamelancias

**Пампэм** @pamelancias · Oct 13
Replying to @annalightwoodt and @chrisevansbrcom
Nao tem um pingo de piedade

**Denise Rodrigues** @DeniseR32005041 · Oct 13
Replying to @chrisevansbrcom
41 anos com cara de 20
Que isso 😍

**kahgravolli** 🇮🇹@kgravolli · Oct 13
Replying to @chrisevansbrcom
Ele é tão neném

**Vanessa Luiza** @Vanessa_gama_ · Oct 13
Replying to @chrisevansbrcom
❤️❤️❤️

**Amanda** @Nanddyhhah · Oct 13
Replying to @chrisevansbrcom
Como ele é lindo ❤️

**bia** @avengerslini · Oct 13
Replying to @chrisevansbrcom
MEU DEUS TÃO LINDOOOO 😭😭😭😭😭😭😭😭😭

**bia** @avengerslini · Oct 13
Replying to @chrisevansbrcom
O CABELO

**HuntingQ** 🍿@HuntingQ_ · Oct 13
Replying to @chrisevansbrcom
Isn't that Tyler Durden's jacket?

**Sim, sou do ABC** 🍷 @Putona46182037 · Oct 14
Replying to @chrisevansbrcom
#perfection



**beatriz** @acervojiaoo · Oct 13
Replying to @chrisevansbrcom
@purpleceyans

Perkowski Legal P.C.
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Relevant people

**Chris Evans Brasil | Fã...**
@chrisevansbrcom                    Follow
Sua principal fonte de notícias e mídia
sobre o ator norte-americano
@ChrisEvans. | FAN ACCOUNT, we are
NOT Chris Evans! — 🇧🇷@misclasscefr

What's happening

FIFA World Cup · Earlier today
Mexico vs Poland

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
🎬 Promoted by Avatar

Trending in California
**Costco**
5,808 Tweets

Trending in United States
**Erection**
16.9K Tweets

Entertainment · Trending
**Marvel**
92.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

← Tweet

🔍 Search Twitter

### Relevant people

**Bieber Novidade**
@biebernovidade    Follow

Fan Account | Há 7 anos a ser sua
melhor e mais completa fonte de
informações acerca do cantor Justin
Bieber. jbiebernovidade@gmail.com

**Bieber Novidade**
@biebernovidade · · ·

**LINDOS! Justin Bieber e Hailey Bieber juntos ontem em
Los Angeles.**



4:11 AM · Aug 26, 2021 · Twitter for iPhone

**178** Retweets   **74** Quote Tweets   **1,354** Likes

💬   🔁   ♡   ⬆️

🅿️  Tweet your reply                                    Reply

**btba** 🔥 @abeltesfie · Aug 26, 2021
Replying to @biebernovidade
Esse foi o justin que eu pedir sim
💬     🔁     ♡ 1     ⬆️

**mah** @natalixchancee · Aug 26, 2021
Replying to @biebernovidade
@stylesgangstar
💬 1     🔁     ♡ 1     ⬆️

**Nanda** @stylesgangstar · Aug 26, 2021
Replying to @natalixchancee and @biebernovidade
lindossss
💬     🔁     ♡ 1     ⬆️

Show replies

**karolayne** @purxposey · Aug 26, 2021
Replying to @biebernovidade
Lindos e estilosos
💬     🔁     ♡     ⬆️

**manu.** @manu_souzh · Aug 26, 2021
Replying to @biebernovidade
O All Star AZUL
💬     🔁     ♡     ⬆️

**bbbbbbbbbbb**❤️ @JustinLeti02 · Sep 19
Replying to @biebernovidade
Pq essas fotos estão tão escondida e quase ninguém postou??
💬     🔁     ♡     ⬆️

**gabby** @opssboredd · Aug 26, 2021
Replying to @biebernovidade
EU AMEI ESSE ESTILO DO JUSTIN MDS
💬     🔁     ♡ 2     ⬆️

**bia** @artzaym · Aug 26, 2021
Replying to @biebernovidade
a roupa impecável bn
💬     🔁     ♡     ⬆️

**samara** @sccpsams · Aug 26, 2021
Replying to @biebernovidade
Os looks 😍
💬     🔁     ♡     ⬆️

**gab** 🇧🇷 @biebrstian · Aug 26, 2021
Replying to @biebernovidade
que lindos mds
💬     🔁     ♡     ⬆️

**coquinha¹⁴** @littlefreakys · Aug 26, 2021
Replying to @biebernovidade
O ALL-STAR QUE LINDO
💬     🔁     ♡     ⬆️

**Mii …** @michha8 · Aug 26, 2021
Replying to @biebernovidade
O Justin 😍😍
💬     🔁     ♡ 1     ⬆️

**exercito_bieber**✝️ @bieber_exercito · Aug 26, 2021
Replying to @biebernovidade
O all star azul aaaaaa
💬     🔁     ♡     ⬆️

### What's happening

FIFA World Cup · 18 minutes ago
**Mexico vs Poland**

#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Sports · Trending
**Cristiano Ronaldo**
Trending with #ManchesterUnited

Trending in United States
**Ochoa**
Trending with Poland, #MEXPOL

Music · Trending
**Dolly Parton**
4,943 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More · · ·
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski  · · ·

https://twitter.com/teamdreamville/status/1173739667191704994 __et__ 2022-11-22 19:29:41 -08:00
Case 2:22-cv-09462-DMG-ADS  Document 23-19  Filed 03/13/23  Page 86 of 101  Page ID #:4968



**Team DREAMVILLE**
@TeamDreamville

J. Cole riding a bike shouldn't be as cool as it is lol but make sure to follow our IG page jcolebikes 🚲
instagram.com/p/B2e932aJtxv/...



4:25 PM · Sep 16, 2019 · TweetDeck

9 Retweets   86 Likes


**Perkowski Legal P.C.**
@c_perkowski

Tweet your reply                                    Reply

**BlukuByeBye** @BlukuByeBye · Sep 16, 2019
Replying to @TeamDreamville
What shoes is he wearing?

**Search Twitter**

**Relevant people**


**Team DREAMVILLE**          Follow
@TeamDreamville
The #1 fan page for @Dreamville 💵
💬 J. Cole • Bas • Omen • Cozz • Ari Lennox • Lute • EarthGang • J.I.D • ⚡
#BLM

**What's happening**

Television  LIVE
Bachelor in Paradise airing on ABC


#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
◻ Promoted by Avatar

Trending in United States
RIP Harold                          ...

Trending in United States
#StayWoke                          ...

Trending in United States
NitroRad                            ...

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

https://twitter.com/_Margvel/status/1557039887353774081__el__2022-11-20 22:18:21.08.tif      22-cv-09462-DMG-ADS      Document 23-19      Filed 03/13/23      Page 87 of 101      Page ID #:4969

← **Tweet**

Margvel 🇦🇷
@_Margvel                                                          ⋯

🎬 Primer vistazo a Vincent D'onofrio como Kingpin en el set de 'ECHO'



9:23 AM · Aug 9, 2022 · Twitter for Android

**16** Retweets   **5** Quote Tweets   **450** Likes

💬                    🔁                    ♡                    ⬆️

**Relevant people**

Margvel 🇦🇷        **Follow**
@_Margvel
Humor, información y updates del Universo Marvel | 🎬 |
contactomarvel@gmail.com |
#SheHulk #IAmGroot

**What's happening**

NFL · 1 hour ago
Chiefs at Chargers

#Disenchanted
Original movie now streaming
📺 Promoted by Disney+

Trending in California
Dodger Stadium
Trending with #EltonFarewellTour, Dodger Stadium

Music · Trending
#BLACKPINK_WORLDTOUR
57K Tweets

Trending in United States
#AMAs 🏆
Trending with soobin, yeonjun

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

📝 Tweet your reply                                    **Reply**

AleStuffsII @AleStuffs · Aug 9                          ⋯
Replying to @_Margvel
un hombre es mas grande que el otro jiji tiene el mismo error que en hawkeye

💬                    🔁                    ♡                    ⬆️

tomasisto @HeavyylT · Aug 9                            ⋯
Replying to @_Margvel
Pensé que iba a estar ciego, cómo en los cómics

💬                    🔁 1                  ♡                    ⬆️

Nak @Nach_PM1 · Aug 9                                  ⋯
Replying to @_Margvel

▶

GIF   ALT

💬                    🔁                    ♡ 1                  ⬆️

#FraancoN.~ @FraancoNahuel_ · Aug 9                    ⋯
Replying to @_Margvel
con el traje blanco, SEEEEEXOOOO

💬                    🔁                    ♡ 3                  ⬆️

Lautli 🇦🇷 @LautliRoldan_ · Aug 9                        ⋯
Replying to @_Margvel
Che pero donofrio no estaba mas viejo?

💬                    🔁                    ♡ 2                  ⬆️

Show more replies

**Perkowski Legal P.C.**   ⋯
@c_perkowski

■ Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
≣ Lists
👤 Profile
··· More

**Tweet**

https://twitter.com/legitngnews/status/1491848386789658829 __el__2022-11-21 09:32:39 -08:00

**Legit.ng | Leading the way** ✓
@legitngnews

Pregnant and hot!

Rihanna flaunts baby bump in style 🔥🔥

📸: diggzy /badgalriri (Instagram)

#legitng #legitpost #rihanna #badgalriri



10:55 AM · Feb 10, 2022 · Twitter for Android

**2** Retweets  **2** Quote Tweets  **27** Likes

Tweet your reply                                    Reply

**Zaddy Fateezy**👺🤐 @adefateezy99 · Feb 10
Replying to @legitngnews
Moi Wrld Best👺🤐

**Sir Eysir Odadi** @SirOdadi · Feb 10
Replying to @legitngnews
Fornicator with a beast.

**Woke Boy** @wokeboyinc · Feb 10
Replying to @legitngnews
she go make big belle dey trend now...
                                                           1

Show more replies

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

Tweet

**Perkowski Legal P.C.**
@c_perkowski

Search Twitter

**Relevant people**

**Legit.ng | Leading ...** ✓          Follow
@legitngnews
Legit.ng (ex NAIJ.com) – leading the way. We cover politics, business, sports, entertainment news&more to enrich Nigerians' lives.

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Trending in California
**Dodger Stadium**
14K Tweets

Entertainment · Trending
**#AntManandTheWaspQuantumania**
1,788 Tweets

Trending in United States
**Janssen**
7,540 Tweets

Music · Trending
**Kelly Rowland**
26.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

# Tweet



**that's so haute**
@thatssohaute

···

babe wake up we got new anya taylor joy smoking pics



10:38 AM · Oct 7, 2021 · Twitter for iPhone

**184** Retweets   **12** Quote Tweets   **1,397** Likes

Tweet your reply                              Reply

**beybey** @zombienstiletto · Oct 7, 2021   ···
Replying to @thatssohaute
wake up daw @angIcapati

♡ 1

**Relevant people**

**that's so haute**                          Follow
@thatssohaute
photos aren't mine unless stated.
#blm

**What's happening**

Sports · LIVE
**2022 FIFA World Cup**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in United States                    ···
#السعوديه_الارجنتين#
1.22M Tweets

Trending in United States                    ···
**Died Suddenly**
99.7K Tweets

Trending in United States                    ···
**Argentina**
Trending with #FIFAWorldCup 🏆, Herve Renard

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/MarvelTops/status/1578081179680012352 __ at __ 2022-11-20 11:54:33 -08:00 __

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 **Marvel Top⁵** TOP
@MarvelTops

Imágenes del set de #MadameWeb #Marvel #Sony

Translate Tweet




10:54 AM · Oct 6, 2022 · Twitter for Android

**9** Likes



 Tweet your reply

Reply

**Relevant people**

 **Marvel Top⁵** TOP
@MarvelTops

Follow

Soy @argdscr y aquí hay 🗞️ información,📷 posters,📑noticias del Universo Cinematográfico de #Marvel. 📅 #WakandaForever 👥 11/Nov

**What's happening**


NFL · LIVE
**Browns at Bills**

**#Disenchanted** 🧝‍♀️
Original movie now streaming
▶️ Promoted by Disney+

Trending in United States
**Rest In Peace**
47.1K Tweets

Trending in California
**Shakira**
110K Tweets

Only on Twitter · Trending
**Rest in Power**
20.2K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Search Twitter

Tweet

Perkowski Legal P.C. ···
@c_perkowski

← **Tweet**

Q Search Twitter



**Teleaudiencias**
@teleaudiencias

···

The Weeknd y Angelina Jolie; pillados juntos de nuevo. La actriz y el cantante habían sido relacionados sentimentalmente hace unos meses. ¿Posible pareja o nuevo proyecto? wp.me/pa7l1P-7Nf

Translate Tweet

## Relevant people



**Teleaudiencias**
@teleaudiencias     [ Follow ]

Audiencias, noticias, opinión, entrevistas, estrenos, tv, cine, música y deportes y +51.000 en instagram!
TvTeleaudiencias.wordpress.com

## What's happening

FIFA World Cup · Starts at 2:00 AM
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
☒ Promoted by Avatar

Entertainment · Trending    ···
**Died Suddenly**
Trending with World Premiere

Trending in California    ···



11:30 AM · Oct 11, 2021 · TweetDeck

**1** Like

💬        ⟲        ♡        ⬆


Perkowski Legal P.C.    ···
@c_perkowski

Tweet your reply        [ Reply ]

← **Tweet**

**La Ruta del Geek**
@larutadelgeek                                    · · ·

Parece que veremos una variante de #SpiderMan en la película de #MadameWeb

Translate Tweet

 

11:18 AM · Oct 6, 2022 · Twitter for iPhone

**1** Like

 Tweet your reply                          Reply

**Relevant people**

**La Ruta del Geek**        Follow
@larutadelgeek
Podcast improvisado en el tráfico sobre cómics, películas, series y juegos. Hosts: @jorgerutageek y @sakura__002

**What's happening**

Formula 1 · This morning
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 
Original movie now streaming
▶ Promoted by Disney+

Trending in California                    · · ·
**Rest In Peace**
56.7K Tweets

Trending in United States                 · · ·
**UCLA**
Trending with Oregon, Utah

Sports · Trending                         · · ·
**McVay**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

🔍 Search Twitter

Perkowski Legal P.C.   · · ·
@c_perkowski

← **Tweet**

- Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
● More

**Tweet**

DomisLive NEWS ✔
@domislivenews
⋯

#KanyeWest Says He Needs to Be Back Home With #KimKardashian & His Family



4:32 PM · Nov 24, 2021 · Twitter for iPhone

**15** Retweets  **5** Quote Tweets  **221** Likes

💬   ↻   ♡   ⬆

P  Tweet your reply                                    Reply

ZXCK ⭐ @zxck_vro · Nov 24, 2021
Replying to @domislivenews
oh jesus this gonna be the next will smith
💬   ↻   ♡ 22   ⬆

6hinq @6hinq · Nov 24, 2021
Replying to @domislivenews
🗑
💬 1   ↻   ♡   ⬆

6hinq @6hinq · Nov 24, 2021
Replying to @6hinq and @domislivenews
My man ye got on the dress while Kim got on the pants
💬   ↻   ♡ 1   ⬆

black spiderman @bullymaguireee · Nov 24, 2021
Replying to @domislivenews
Pete to ye:

0:04  296 views

💬   ↻   ♡ 2   ⬆

idontwannadothisanymore @JettKrut · Nov 24, 2021
Replying to @domislivenews
Pete living rent free
💬   ↻   ♡   ⬆

Emmanuel @Emmanuelkamia · Nov 24, 2021
Replying to @domislivenews
Imagine getting cucked by Pete Davidson
💬   ↻   ♡ 9   ⬆

Perkowski Legal P.C.
@c_perkowski  ⋯

🔍 Search Twitter

**Relevant people**

DomisLive NEWS ✔          Follow
@domislivenews
Hip Hop Commentator 🎙 1 Million
Subscribers on Youtube

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**



#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
📽 Promoted by Avatar

Entertainment · Trending          ⋯
**Died Suddenly**
79.9K Tweets

Trending in United States          ⋯
**#GMMTV2023**
410K Tweets

Only on Twitter · Trending          ⋯
**Pablo Milanés**
62.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

https://twitter.com/HdukolakinVstatus/1392587972356970803... _ ___ 2022-11-22 13:17:48-08:00 Document 23-16 Filed 03/13/23 Page 94 of 101 Page ID
22-cv-09462-DMG-ADS #976

**Tweet**

Molusco
@MoluskeIm

FOTOS publicadas por
DailyMail.com confirman "escapada romántica"
de @jlo y @benaffleck a Montana. Al final nuestra
fuente confirma lo de Jennifer y Affleck 😂

#ElMoluscoDePuertoRico 🎙️

(* Si comentas algo relacionado a Batman, de seguro
tienes 18 años o menos 😂)

Translate Tweet



0:07 · 3,683 views

5:03 AM · May 11, 2021 · Twitter for Android

**10** Retweets   **2** Quote Tweets   **39** Likes

Tweet your reply                                    Reply

Elegance Music PR🅰️ @eleganceptr · May 11, 2021
Replying to @MoluskeIm @JLo and @BenAffleck
🎵 Sigan viendo el Lyric Video de #Pami ✨️🙏🏻

youtube.com
Elegance Music__ Pa Mi __ "Lyric Video"
Hola soy #Elegance #Music aqui les dejo el Lyric
Video de mi cuarto sencillo musical titulado #Pa Mi...

Camilo Jose Acevedo @CamiloJoseAcevV · May 11, 2021
Replying to @MoluskeIm @JLo and @BenAffleck
Qué bueno...que se lo disfruten..yess..!

Vaso De Anibal @VasoDeAnibal · May 11, 2021
Replying to @MoluskeIm @JLo and @BenAffleck

**SHE'LL BE BACK!**
**YOU'LL SEE!!**

El Hijo de Doña TERE @marcanthonyr · May 11, 2021
Replying to @MoluskeIm @JLo and @BenAffleck
Deja que llegue a las mano de Puff Daddy que necesitará una silla de ruedas
jajajaja

PAPOLYN SANTY @PapolynS · May 11, 2021
Replying to @MoluskeIm @JLo and @BenAffleck
Esa mujer se operó de Vagin...💀

Pedro Escalera🇵🇷 @pedrito_ph · May 11, 2021
Replying to @MoluskeIm @JLo and @BenAffleck
✊🏽🔥💀😂😂😂😂😂😂

GIF  ALT         I'm gonna start layin' pipe. 🔧

This Tweet is from a suspended account. Learn more

Junior @junior71358016 · May 11, 2021
Replying to @NHcanito and @MoluskeIm
Explicate

---

Perkowski Legal P.C.
@c_perkowski

---

## Relevant people

Molusco
@MoluskeIm                                       Follow
Vivo en La Mega, La Musica App,
Twitter, Instagram, Facebook, TikTok y
YouTube #MoluscoTV. Mi contenido
este en el link de abajo

Jlo ✓
@JLo                                             Follow
Celebrating #ThisIsMeNow
✨️

Ben Affleck ✓
@BenAffleck                                      Follow
Actor, Writer, Director & Producer
@PearlStreet Films @EasternCongo
Initiative

## What's happening

FIFA World Cup · 3 hours ago
Mexico vs Poland

#AvatarTheWayOfWater🌊
Get tickets now — In theaters December 16

Trending in California
**Mexicans**
18.3K Tweets

Trending in California
**LAPD**
52K Tweets

Trending in California
**Lucas**
147K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More...
© 2022 Twitter, Inc.

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

Tweet

Search Twitter

Case 2:22-cv-09462-DMG-ADS    Document 23-19    Filed 03/13/23    Page 95 of 101    Page ID #:4977

← **Tweet**





**YUCATAN AL MINUTO**
@YUCATANALMINUTO                                              ...

Captan a Kanye en aeropuerto de Oaxaca
ow.ly/cd8m50Fn7wB
Translate Tweet




3:30 PM · Jul 1, 2021 · Hootsuite Inc.

**1** Retweet    **1** Like

💬          🔁          ♡          ⬆️



Tweet your reply                              **Reply**

**Alberto García** @albertogfm · Jul 1, 2021      ...
Replying to @YUCATANALMINUTO
@feres_s

💬          🔁          ♡ **1**          ⬆️

**Perkowski Legal P.C.**                          ...

@c_perkowski

**Relevant people**



**YUCATAN AL MINUTO**          **Follow**
@YUCATANALMINUTO

Yucatán al Minuto es un medio de
comunicación que produce contenido
informativo y material audiovisual con
formatos propios en Mérida, Yucatán.

**What's happening**

FIFA World Cup · 33 minutes ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
📺 Promoted by Avatar

Sports · Trending                              ...
**Cristiano Ronaldo**
Trending with #ManchesterUnited

Sports · Trending                              ...
**Viva Ronaldo**
3,923 Tweets

Celebrities · Trending                         ...
**Anthony Mackie**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

https://twitter.com/SeriesUpdateFR/status/1539970156879127340.png    23-cv-04462-DMG-JDE    Document 23-14    Filed 03/13/23    Page 96 of 101    Page ID #:978



Tweet

### Infos Séries
@SeriesUpdateFR

**Margot Robbie et Ryan Gosling sur le tournage du film Barbie** 🎬💕

12:20 AM · Jun 23, 2022 · Twitter for Android

**114** Retweets   **71** Quote Tweets   **1,513** Likes

---

Tweet your reply    **Reply**

**Nella** @Nerilaaa · Jun 23
Replying to @SeriesUpdateFR
Franchement j'aime bien Ryan mais en ken c'est difficile à voir le résultat finale

**Scar** @nicschleart · Jun 23
Replying to @SeriesUpdateFR et @TCSLGG
La première photo on dirait le tlou vert après spiderman

**Carlos** @Car_Iris_954 · Jun 23
Replying to @nicschleart @SeriesUpdateFR and @TCSLGG
Qui bouffure vert?
2) y a aucune espèce de ressemblance ptdr !!!
3) hqp celui

**We Love You Roman** @SeriesUpdateFR · Jun 23
Replying to @MARMAROMAN_ · Jun 23
4 place pour barbie le film.

**ϑ** @jackiepirat · Jun 23
Replying to @SeriesUpdateFR @Candidelngenue
Il semblerait que tes rêves ne soient pas réalisés @Candidelngenue

**Candide L'ingénue** @Candidelngenue · Jun 23
Replying to @jackiepirat and @SeriesUpdateFR
Je sais bien... Malheureusement, mon petit coeur est brisé.

Show replies

**Soso #Div2021Winner** @SuperSo1292754 · Jun 23
Replying to @SeriesUpdateFR
Les pauvres ils ont été rendu ridicule

**toitoitoi** @Toitcontenue · Jun 23
Replying to @Soso #Div2021Winner and @SeriesUpdateFR
c'est le but c'est un film Barbie "pour adultes" pas un film Barbie live action quelconque

**Eliza** @EjjyB6 · Jun 23
Replying to @SeriesUpdateFR
Vraiment peur de l'état du film

**Blue** @BlueSar___ · Jun 23
Replying to @EjjyB6 and @SeriesUpdateFR
tout pareil mdrr

**Adam** @HaHu0100 · Jun 23
Replying to @SeriesUpdateFR
Tout le film sa leak en photo de tournage mdr

**pat17♧** @pat17bis · Jun 23
Replying to @SeriesUpdateFR
Peak cinema

**晦神嗎嗎** @adjimato · Jun 23
Replying to @SeriesUpdateFR
Mon dieu qu'il est horrible en Ken
Qui a vu l'idée de le prendre sérieux ! Fallait prendre un gars qui fasse plus jeune 😭

**CAROLINA ANDALUCÍA** 🇪🇸🇮🇹🇲🇽 @SeriesUpdateFR · Jun 23
Replying to @adjimato and @SeriesUpdateFR
Je suis d'accord

**phenom** @Lamine142Phenom · Jun 23
Replying to @SeriesUpdateFR
Mais pourquoi bordel pourquoi 😭😂😂

**Flo Exotic** @EDUSVK · Jun 23
Replying to @SeriesUpdateFR
@NLK_VEW Li this could be sa

**Imane Boujenan** @ImaneMmmRack · Jun 23
Replying to @SeriesUpdateFR
Sérieux fais vaire mon film parce vu un blage

**DupreQuentin** ⭐⭐ @DupreQuentin1 · Jun 23
Replying to @ImaneMmmRack and @SeriesUpdateFR
D'accord

Show replies

**Laziulia** @chipeiung · Jun 23
Replying to @SeriesUpdateFR
Oh la la, donc c'est pas une plaisanterie? Ce film est en tournage! Mais pourquoi s'acharner avec les films cons Helm Margot, POURQUOI

GIF  GIF

**Robyne de Villeröa** @A_de_Villeros_ · Jun 23
Replying to @SeriesUpdateFR
@RyanGosling en ken j'adore 🖤🖤🖤🖤 #BarbieMovie

**N.salvatore** @NablihSaxo · Jun 23
Replying to @SeriesUpdateFR
C'est un canular ?

**Кирилл || ؟؟؟؟؟** @MrEbriewe_ · Jun 26
Replying to @SeriesUpdateFR
Barbie à une histoire à elle! mdr

**Max Damage** @mobby_maxdamage · Jun 23
Replying to @SeriesUpdateFR
S'ils n'appellent pas dupor la boi j'y vais pas.

GIF  🎵 a Barbie girl in the Barbie world.

**Max Damage** @mobby_maxdamage · Jun 23
Replying to @SeriesUpdateFR
C'est pour être un remake de from Dusk till Down, en plein milieu du film BAM ça devient un slasher !! 😂😂😂

**C L E M 'S** @_clembuu · Jun 23



← **Tweet**

 **Robert Littal BSO** ✔
@BSO

···

## Jordyn Woods Sends Everyone A Message While Out On A Date Night With Karl Anthony-Towns (Pics-Vid)
bit.ly/3kVBw9j via @BasketballguruD



10:28 PM · Nov 3, 2020 · BSO Alert

**1** Retweet   **5** Likes



P  Tweet your reply

Reply

🔍 Search Twitter

### Relevant people

 **Robert Littal BSO** ✔       Follow
@BSO
BSO is a Unique take on Sports & Ent;
Tweets by The Headline King Robert
Littal; IG: BSOTV; FB:
BlackSportsOnline; Keep That Same
Energy Podcast; #BLM; 💙 AML

**The Daniel Bell©**       Follow
@BasketballguruD
Thunder Beat Reporter For @BSO |
Contributor for the @FranchiseOK | A
lot of sports tweets |
dbell3220@icloud.com

### What's happening

FIFA World Cup · 2 hours ago
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in United States
**Died Suddenly**
104K Tweets

Trending in United States
**Argentina**
Trending with #FIFAWorldCup 🏆, Herve Renard

Trending in United States
**#السعوديه_الارجنتين**
1.19M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

 **Perkowski Legal P.C.**   ···
@c_perkowski

__ https://twitter.com/tender_DMJ/status/1096103319515381761 __ at __ 2022-11-20 07:20:25 -08:00 __



← **Tweet**



**DAKOTA** 💜💙
@tender_DMJ                                    ···

She always knows 🙎‍♀️

9:46 AM · Feb 14, 2019 · Twitter for iPhone

**1** Retweet    **6** Likes

💬          🔁          ♡          ⬆

Ⓟ   Tweet your reply                        Reply

---

**Relevant people**

**DAKOTA** 💜💙          **Follow**
@tender_DMJ

Dakota Johnson is the meaning of
perfection and of course the love of
my life ❤️

**What's happening**

Formula 1 · 19 minutes ago
**Abu Dhabi Grand Prix 2022**

 

**#Disenchanted** 🧛‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in United States          ···
**Morgan Freeman**

---

🐦 Twitter

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

Ⓟ   Perkowski Legal P.C.          ···
@c_perkowski

🔍 Search Twitter

_ https://twitter.com/bso/status/1187767834593693697 __el __2022-11-22 07:42:51 -08:00



← **Tweet**



Home

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**


Perkowski Legal P.C.
@c_perkowski

Robert Littal BSO ✓
@BSO

Photos Of Draya Out Enjoying Herself After Her
Longtime Fiancee Orlando Scandrick Was Cut After
Cowboys Game (Pics-Vids) bit.ly/2WjQquM



© NGRE / BACKGRID

9:28 AM · Oct 25, 2019 · BSO Alert

**1** Quote Tweet   **6** Likes

Tweet your reply                                    Reply

T-Y @Tyrand_dquan · Oct 25, 2019
Replying to @BSO
Long time fiance 😂😂

Lonewolf @Dmoney0115 · Oct 25, 2019
Replying to @BSO
Contract was guaranteed right lol?

Search Twitter

### Relevant people

Robert Littal BSO ✓        Follow
@BSO
BSO is a Unique take on Sports & Ent;
Tweets by The Headline King Robert
Littal; IG: BSOTV; FB:
BlackSportsOnline; Keep That Same
Energy Podcast; #BLM; 💙 AML

### What's happening

FIFA World Cup · 
Mexico vs Poland


#AvatarTheWayOfWater🪦
Get tickets now · In theaters December 16
📷 Promoted by Avatar

Entertainment · Trending
Died Suddenly
109K Tweets

Trending in United States
Argentina
Trending with #WorldCup, #Qatar2022 🏆

Trending in California
Mexico City
25.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



— https://twitter.com/beliebinteam/status/1233073999669874689 __ el __ 2022-11-21 05:40:37 -08:00



HE LOOKS SO GOOD IM GOING CRAZY

← **Thread**

Q  Search Twitter

## Home

## Explore

## Notifications ●

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

**Mundo Geek** @MundoGeekOF1 · May 25
VAZOU

SAIU AS FOTOS DO TRAJE DO BESOURO AZUL E TÁ BONITO PRA KRLHO



○ 1    ↻ 1    ♡ 4    ⬆

**Mundo Geek**
@MundoGeekOF1

Olhem isso, tá muito foda pqp, esse traje tá literalmente impecável, tá cedo pra hypar o filme? Já tô prevendo bloquearem minha conta temporariamente dnv kkkkj

#bluebeetle

Translate Tweet

1:12 PM · May 25, 2022 · Twitter for Android

**2** Likes

○    ↻    ♡    ⬆

Perkowski Legal P.C.  ...
@c_perkowski

P   Tweet your reply                    Reply

### Relevant people

Mundo Geek                    **Follow**
@MundoGeekOF1
Página com todas as últimas
novidades do cinema, quadrinhos,
games, animes, mangás, livros e
algumas opiniões e textões. Gamertag:
batnathan999

### What's happening

NFL · 1 hour ago
**Chiefs at Chargers**


#Disenchanted 🧹
Original movie now streaming
▶ Promoted by Disney+

Trending in California    ···
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Music · Trending    ···