# EXHIBIT B Continued

https://twitter.com/CinematizandoOf/status/1351335145308088275 __ at __ 2022-11-20 20:40:04 -08:00 __



— https://twitter.com/filmnewsPL/status/1516522880766464004 — at — 2022-11-19 18:19:54 -08:00

← **Tweet**

 **Film News**
@filmnewsPL

⋯

## Aktualizacja: Jessica Chastain i Peter Sarsgaard na planie niezatytułowanego jeszcze filmu w reżyserii Michela Franco

Translate Tweet



 **Film News** @filmnewsPL · Apr 18

Jessica Chastain na planie nowego filmu, o którym nic na razie nie wiadomo



2:03 PM · Apr 19, 2022 · Twitter for Android

**19** Likes

💬            ⟲            ♡            ⬆

 Tweet your reply                    Reply

🏠 Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

◯ More

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski  ⋯

### Right sidebar

🔍 Search Twitter

## Relevant people

 **Film News**
@filmnewsPL                    Follow

💹 najnowsze wiadomości filmowe - kino polskie i zagraniczne, popularne i niezależne 🍿 kontakt: filmnewspl@gmail.com

## What's happening

Formula 1 · Starts at 9:00 PM
**Abu Dhabi Grand Prix 2022**


**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber

__ https://twitter.com/rihannaindo/status/1439038359213465602 __ at __ 2022-11-21 21:35:02 -08:00 __

← **Tweet**

**Rihanna Indonesia**
@RihannaIndo                                                    •••

## Day and night in New York #rihanna #rihanaNavy



6:27 PM · Sep 17, 2021 · Twitter for iPhone

**2** Retweets  **8** Likes

  Tweet your reply                                  Reply

---

## Relevant people

**Rihanna Indonesia**                          Follow
@RihannaIndo
Rihanna biggest fanbase in Asia.
Followed by @Rihanna.
#IndonesiaWantsRihanna

## What's happening

NFL · 1 hour ago
**49ers at Cardinals**



Entertainment · Trending                       •••
**Died Suddenly**
64.7K Tweets

Only on Twitter · Trending                      •••
**Pablo Milanés**
Trending with Auburn

Trending in United States                        •••
**Jada**
8,504 Tweets

Trending in United States                        •••
**Murder House**
1,694 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

## Search Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

**Perkowski Legal P.C.**                         •••
@c_perkowski

https://twitter.com/zaynroquedbrasil/status/141995985202036789894___all___2022-11-22 11:36:34 -08:00
22-cv-09462-DMG-ADS    Document 23-20    Filed 03/13/23    Page 5 of 101    Page ID #:4988

← Tweet

Search Twitter

**ZSBR · #FireInside** 🔥
@ZaynSquadBrasil

O SORRISO! Há 4 anos, Zayn foi fotografado com amigos em West Hollywood.

Translate Tweet



7:03 AM · Jul 26, 2021 · Twitter for Android

146 Retweets    105 Quote Tweets    1,781 Likes

**Relevant people**

**ZSBR · #FireInside** 🔥
@ZaynSquadBrasil                    Follow

ZSBR - A melhor fonte de informações sobre o cantor, compositor e papai Zayn na América Latina. | 📩 Reserva: @zaynsquadbrasil | 📧 @mediazsbr | fan account

**What's happening**

FIFA World Cup · 1 hour ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in United States
**#SeleccionMexicana** 🇲🇽
29.6K Tweets

Trending in United States
**Ochoa**
Trending with Australia, Poland

Trending in United States
**#BoycottTampax**
5,715 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply                    Reply

**BEATS** ✔ @BeatsOficial · ···
● Oficial
Replying to @ZaynSquadBrasil
o sorriso lindo
*BebaComModeração
♡ 16

**ZSBR · #FireInside** 🔥 @ZaynSquadBrasil · Jul 26, 2021
Replying to @BeatsOficial
Gostou? 🥺
Show replies

**moved** @icarusfs · Jul 26, 2021
Replying to @ZaynSquadBrasil
há quatro anos ...

**moved** @icarusfs · Jul 26, 2021
Replying to @ZaynSquadBrasil
zsbr acho q esse homem morreu

**hanna** @icarusffas · Jul 26, 2021
Replying to @ZaynSquadBrasil
lindo ele sendo protegido por uma muie braba

**ZSBR · #FireInside** 🔥 @ZaynSquadBrasil · Jul 26, 2021
Replying to @icarusffas and @calamitt
Pra que seguranças quando se tem ela?
♡ 1

**paxla 9¾** @iwtznbhd · Jul 26, 2021
Replying to @ZaynSquadBrasil
eu amo tanto ele :(

**MEGAN** @crocsdanicki · Jul 26, 2021
Replying to @ZaynSquadBrasil
O drama do zquad vivendo de foto antiga

**mel :)** @iwtloveletters · Jul 26, 2021
Replying to @ZaynSquadBrasil
todo dia com coisas de anos atrás porque o zayn n posta nada

**isa** @tightzyn · Jul 26, 2021
Replying to @ZaynSquadBrasil
zsbr não fale cmg o brasil está perdendo pra Argentina
♡ 1               ♡ 2

**ZSBR · #FireInside** 🔥 @ZaynSquadBrasil · Jul 26, 2021
Replying to @tightzyn and @zjnwiltable

GIF   ALT
♡ 2
Show replies

**out of pam's system** @alwaysurdi1 · Jul 26, 2021
Replying to @ZaynSquadBrasil
Eu amo essas fotos

**bela | 23 dias!** @backtosm · Jul 26, 2021
Replying to @ZaynSquadBrasil
o sorriso dele é tão lindo :(

**MIDNIGHTS (fan account)** @lehzinha1203 · Jul 26, 2021
Replying to @ZaynSquadBrasil
É tão bom ver esse lindo sorriso ❤
♡ 1

**♥** @walistyle · Jul 26, 2021
Replying to @ZaynSquadBrasil
tão pitico aff

@ifalilsmj · Jul 26, 2021
Replying to @ZaynSquadBrasil
lindo minha vida que sdds dele mds n aguento mais

**faith in ven's future ❤ (fan account)** @icaruswalliz1 · Jul 26, 2021
Replying to @ZaynSquadBrasil
a gnt só vive de tbt, nn aguento mais, portal faz alguma coisa eu tô com sdds dele 😭😭😭😭

**faith in ven's future ❤ (fan account)** @icaruswalliz1 · Jul 26, 2021
Replying to @ZaynSquadBrasil
Zayn a Itália já esqueceu da lacrada vc já pode aparecer amor 🥺

**lety 🤍** @affecttomlinson · Jul 26, 2021
Replying to @ZaynSquadBrasil

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/forumpandr/status/1282324169094426560 ... 2022-11-31 15:23:10 -08:00    Document 23-20    Filed 03/13/23    Page 6 of 101    Page ID #4989    22-cv-09463-DMG-AGS

**PAN** @forumpandr

As buscas por Naya Rivera continuam, familiares visitaram o Lago Piru junto com o ex-marido da atriz e pai de seu filho, Ryan Dorsey. Fotos de partir o coração mostram todos muito emocionados. #FindNayaRivera
bit.ly/3gVuCyn

Translate Tweet



7:43 AM · Jul 12, 2020 · TweetDeck

**297** Retweets    **172** Quote Tweets    **3,796** Likes

---

Tweet your reply                                          Reply

**celo** @marceloxurumelo · Jul 12, 2020
Ai nem consigo imaginar o sentimento de ter alguém desaparecido, é pior que saber que morreu :(
♡ 2                                                        ♡ 196

**Hold My Hand** @mkichael16 · Jul 12, 2020
Replying to @marceloxurumelo and @forumpandr
Deve ser confuso demais, ao mesmo tempo que você tem o sentimento de perca, ainda tem aquele de esperança.

**pedrin.** @barbnitto · Jul 12, 2020
Replying to @forumpandr
Ai isa eu acho insensível compartilhar fts deles q estão muito sensíveis e tristes com a situação...

**Will da casa Dukaraleon** 🦁 @callmebywill · Jul 12, 2020
Replying to @forumpandr
😢😢😢😢

**iago with an i** @starboyago · Jul 12, 2020
Replying to @forumpandr
não aguento mais, imagina eles lá 😢💔

**star** @nastyfobic_ · Jul 12, 2020
Replying to @forumpandr
Por Deus, eu só torço pra ela estar em algum lugar viva...

**ye** @Gabequenoz999 · Jul 12, 2020
Replying to @forumpandr
Mano parece que ngm desse elenco vai ter paz 😕

**lucas** @lkaylucas · Jul 12, 2020
Replying to @forumpandr
Alguém me conta o que aconteceu? Eu tô tentando entender desde cedo

**DJ AFRO** @afropoca · Jul 12, 2020
Replying to @forumpandr
A mão dela de braço abertos na frente do rio é de partir o coração, mds do céu

**bolsonaro é o carai** 🤡 @Dan_cingQueen · Jul 12, 2020
Replying to @forumpandr
Q poxinha

**Lucas de Siqueira** @siqueiraNlucas · Jul 12, 2020
Replying to @forumpandr
pior coisa do mundo é não achar o corpo...
parece que a busca é eterna pela pessoa

**Dan** @bdanild · Jul 12, 2020
Replying to @forumpandr
Bateu uma tristeza sem tamanho vendo essas fotos :(

**le** 🏹 @letlceu · Jul 12, 2020
Replying to @forumpandr
ai pam como é triste ver essas fotos, todos devem estar completamente arrasados imagina alguem que ama sumir e não saber nem onde ta ou se vão achar o corpo 😢

**albert. 13** ☀ @albmateus · Jul 12, 2020
Replying to @forumpandr
aaaain posso nem pensar no pior =( estou sofrendo como se fosse um familiar meu desde o dia do sumiço, eu amo a naya e imagino como os amigos/familiares estão. :(

**Anderso** @andersobriton · Jul 12, 2020
Replying to @forumpandr
Triste

**soufia** @fitiannds · Jul 12, 2020
Replying to @forumpandr
que sofrimento pan 💔

**midnightsbaby** @midnightsbabyy · Jul 12, 2020
Replying to @forumpandr
GENTE fora ligaram pra polícia e uma policial disse que eles tem grandes infos porém não podem espalhar pq tem chance da Naya estar sim viva !
♡ 1

**levs** 🧸 @bouncinghh · Jul 12, 2020
Replying to @midnightsbabyy and @forumpandr
fonte: fbs

**Goddess Anitta** @goddess_anitter · Jul 12, 2020
Replying to @forumpandr
Ai pan, tão triste. Ela tem que ser achada logo e viva)) meu coração tá partido
♡ 1

**f1 maximoff** 🏎 @dualovefn · Jul 12, 2020
Replying to @forumpandr
Eu estou despedaçada eu ainda não acredito que isso está acontecendo e ela continua desaparecida

**well** 🔥 @laurentindheart · Jul 12, 2020
Replying to @forumpandr
💔💔💔

**m.** @elis7ven · Jul 12, 2020
Replying to @forumpandr
Mano... :(

**Gabriela Furtado** @gabii_furtado · Jul 12, 2020
Replying to @forumpandr
Aiii meu muito muito triste isso de Naya

**Rachel Wilson** @RachofTheGalaxy · Jul 12, 2020
Replying to @forumpandr
💔💔💔

**kauane** @kkauzinhaw · Jul 12, 2020
Replying to @forumpandr
a heather morris tbm tava lá

**Paldis** 🐣🎀 @pahhb · Jul 12, 2020
Replying to @forumpandr
Deve ser um sentimento horrível de impotência, de não saber oq aconteceu, de esperança com mix de medo... Gente que tristeza 😢

**simon heffley** @thrheartsimon · Jul 12, 2020
hmmm kkk

https://twitter.com/peru21noticias/status/1494597724289073554 ... ef ... 2022-11-22 12:44:34 -08:00 Document 23-20 Filed 03/11/23 Page 7 of 101 Page ID #:4990

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

**Diario Perú21**
@peru21noticias

🔴 Jennifer Lopez y Ben Affleck son captados en un apasionado beso en plena vía pública bit.ly/3zrwZ6k

Translate Tweet



3:33 PM · Jun 14, 2021 · Twitter Web App

5 Retweets    9 Quote Tweets    155 Likes

Tweet your reply

Reply

---

**walt3r** @walthaii2 · Jun 15, 2021
Replying to @peru21noticias
Bien ahí Batman !!

**Andrea Egoavil** @AndreaEgoavil · Jun 14, 2021
Replying to @peru21noticias
@LucreciaSoy
2

**Lucero Pi** @LucreciaSoy · Jun 14, 2021
Replying to @AndreaEgoavil and @peru21noticias
Y el anillo pa cuando?
1

**martinspink** @Cristal85670784 · Jun 14, 2021
Replying to @peru21noticias
Ella sabrá controlarle sus problemas de adicción xd

**Dadafilia** @katrb40 · Jun 14, 2021
Replying to @peru21noticias
@CaroResilience @gatowaton05 esa mujer idola 😂
1

**Caro** 😸 @CaroResilience · Jun 14, 2021
Replying to @katrb40 and @peru21noticias
Así se debe besar mana, con pasión  jajaja
1

**Luis Padilla mALca** @noel475 · Jun 14, 2021
Replying to @peru21noticias
Y dónde quieres que se besen

**Marcela** @Marcela721961 · Jun 14, 2021
Replying to @peru21noticias



**Roberto Vargas** @Roberto03574140 · Jun 15, 2021
Replying to @peru21noticias
Ya de arrechos

**kenito throkovsi** @Kenito007 · Jun 15, 2021
Replying to @peru21noticias
Ya y.

**Edgar Rivadeneyra** @Rivadeneyra30 · Jun 14, 2021
Replying to @peru21noticias
Ya es hora que se dediquen a los espectáculos, porque para otra cosa no sirven. 🙄

**Aprilzc** 🌈🌟 @Aprilzc9 · Jun 14, 2021
Replying to @peru21noticias
Yyy????

**Emanuelinho Rock and Roll Yo** 🤘🎸🎸... @jokerccel... · Jun 14, 2021
Replying to @peru21noticias
Un buen remember, siempre es la vieja confiable cuando estas soltero 😏 😂😂

**Orange** @orangearmur · Jun 15, 2021
Replying to @peru21noticias
Dos tóxicos

---

Search Twitter

Relevant people

**Diario Perú21**      Follow
@peru21noticias
La redacción web de peru21.pe te mantendrá informado de lo último del acontecer nacional y mundial.

What's happening

FIFA World Cup · 2 hours ago
Mexico vs Poland

#AvatarTheWayOfWater
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in California
Mexicans
17.4K Tweets

Trending in California
LAPD
11.6K Tweets

Trending in United States
Giroud
Trending with Australia, Mbappe

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads Info   More —
© 2022 Twitter, Inc.

https://twitter.com/foochia/status/1192369686085039104 __ el __ 2022-11-21 04:59:47 -0800
Case 2:22-cv-09462-DMG-ADS    Document 23-20    Filed 03/13/23    Page 8 of 101    Page ID
#:4991

· · ·

 **Foochia - فوشيا** ✓
@foochia

صور حديثة لنجل الفنان الراحل #مايكل_جاكسون #بلاكيت..
هل تلاحظين الشبه بينهما؟

#مشاهير #أبناء_المشاهير #michaeljackson

Translate Tweet



1:15 AM · Nov 7, 2019 · Hootsuite Inc.

**1** Retweet    **4** Likes

💬    🔁    🤍    📤

---

P    Tweet your reply                                          Reply

---

Rama @Rama42140800 · Nov 8, 2019                          · · ·
Replying to @foochia
فيه شبه من الفيس بريسلي

💬    🔁    🤍

---

📷 SOlaF & KhaLeD FM #فلفل_شطة @khaled_solaf · Nov 7, 2019    · · ·
Replying to @foochia

> 📷 SOlaF & KhaLeD FM #فلفل_شطة @khaled_solaf · Oct 26, 2019
> #رحلنا للأرض الخضرا والبيوت الزرقا الى #تونس مع #حالد_وسولاف في
> برنامج #فلفل_شطه
> youtu.be/8wuGOq1PXuI لو عاوزين تشوفوها كامله اضغط على اللينك ده
> Show this thread

This Tweet was deleted by the Tweet author. Learn more

---

📷 سلام @mj_rg1 · Nov 11, 2019                              · · ·
Replying to @rbc111111 and @foochia
مواليد ٢٠٠٢، بالنسبة لأمه مايكل ما فصح عن هويتها برغبة منه للحفاظ على
خصوصيتها وأمنها عكس ما صار مع زوجته الأولى والثانيه قبلها.

💬    🔁    🤍

← **Tweet**

**Celeb Pics**
@FameBabes

## Stassie and Kourtney Kardashian 💦



1:23 AM · Aug 26, 2021 · Twitter for iPhone

**20** Retweets    **136** Likes

Tweet your reply                    Reply

**Ray heaven** @Umesh_kaku · Aug 26, 2021
Replying to @FameBabes
Source please...

**Relevant people**

**Celeb Pics**              Follow
@FameBabes
NSFW - Sharing Content of Famous
Babes 😜 - Professional Horn Dog -
Started 8/27/19 - BACKUP
@FameBabesBACKUP ❗

**What's happening**

NCAA Men's Basketball · Yesterday
**Cavaliers at Fighting Illini**

Music · Trending
**Kelly Rowland**
Trending with Chris Brown

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States
**Hive**
50.3K Tweets

Trending in California
**#BLACKPINK_WORLDTOUR**
60.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

— https://twitter.com/ImexlIG/status/1389749570679279621 __ el __ 2022-11-21 11:56:45 -08:00

← Tweet

 الاحداث حول العالم | 🎗️
@ImexlIG

···

جاستن بيبر وهو يتسوق مع زوجته هايلي في ميامي اليوم.

Translate Tweet



6:11 PM · May 4, 2021 · Twitter for iPhone

2 Retweets    20 Likes

💬    🔁    ♡    ⬆️

[P] Tweet your reply                    Reply

فايز علي @faiz552266 · May 4, 2021        ···
Replying to @ImexlIG and @aiwjaee
مافيه صبر لين يوصل البيت هههههه
♡    🔁    ⬆️

بلبالي عبدالعزيز بن عبدالله 🌸... @AbdeBelb... · May 4, 2021    ···
Replying to @ImexlIG and @aiwjaee
هدي في أمس يا حبيبي انت متأخر
♡    🔁    ⬆️

ميلاف | لايك للمئتينة @melaf_70 · May 4, 2021    ···
Replying to @ImexlIG
تكففون لا تتجاهلون رسالتي الله يحبجبيبر خاططططركم بذي الأيام الفضيلة احتاج بس
لايك للمئتينة وربي ماري شي غييره لايك بس راح تنتهي 🙆🙆🙆
💔💔💔💔💔💔💔💔💔💔💔💔💔💔💔💔
♡    🔁    ⬆️

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

[P] Perkowski Legal P.C.    ···
@c_perkowski

---

Relevant people

 الاحداث حول العالم | 🎗️    Follow
@ImexlIG
أجمل منصة ترفيهية لأخبار و احداث النجوم
والمشاهير حول العالم | الخاص للدعاية و
الإعلان

What's happening

FIFA World Cup · LIVE
USA vs Wales

Trending in United States        ···
1-0 USA
16K Tweets

Music · Trending        ···
Ciara
12.2K Tweets

Trending in United States        ···
WHAT A GOAL
18.1K Tweets

Trending in California        ···
LETS GOOOOOO
3,300 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Search Twitter

\_\_ https://twitter.com/tender\_DMJ/status/1088609823464267776 \_\_ at \_\_ 2022-11-20 20:28:14 -08:00 \_\_

← **Tweet**

**DAKOTA** 💜💙
@tender_DMJ

···

Tomémonos unos minutos para apreciar ese hermoso perfil 😌❤️



5:29 PM · Jan 24, 2019 · Twitter for iPhone

**3** Retweets   **22** Likes

 

 Tweet your reply          Reply

---

Twitter

🔍 Search Twitter

**Relevant people**

 **DAKOTA** 💜💙          Follow
@tender_DMJ

Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

**What's happening**

Television · 2 hours ago
**The Walking Dead airing on AMC**



#Disenchanted 🧚
Original movie now streaming
▣ Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Disney

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

 **Perkowski Legal P.C.**  ···
@c_perkowski

__ https://twitter.com/allinitdrews/status/1186084248658528208 __ at __ 2022-11-21 17:32:07 -08:00 __

← **Tweet**

 **sam**
@allinitdrews

## A POWER COUPLE



4:38 PM · Oct 20, 2019 · Twitter Web App

**35** Retweets   **3** Quote Tweets   **170** Likes

P   Tweet your reply   Reply

### Relevant people

 **sam**   Follow
@allinitdrews
fan account; justin followed 9.14.19

### What's happening

Television · LIVE
**Bachelor in Paradise airing on ABC**


Trending in United States
**Died Suddenly**
40.4K Tweets

Sports · Trending
**#WWERaw**
Trending with Kevin Owens

Sports · Trending
**Lane Kiffin**
5,035 Tweets

Sports · Trending
**John Sutcliffe**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ···
@c_perkowski

__ https://twitter.com/foochia/status/1365995375073591302 __ at __ 2022-11-22 09:14:45 -08:00__

← **Tweet**



Foochia فوشيا ✔
@foochia

التقطت عدسات الباباراتزي صوراً لهيلاري داف  بأشهر حملها الأخيرة، مرتدية فستانا ضيقًا وومعتمدة الشعر الأزرق خلال زيارة  أحد أصدقائها  بلوس أنجلوس

#LA #hollywoodstars #hilaryDuff #هيلاري_داف #فوشيا

Translate Tweet



4:00 AM · Feb 28, 2021 · Hootsuite Inc.

**3** Retweets   **4** Likes

💬   🔁   ♡   ⬆

🔍 Search Twitter

**Relevant people**



Foochia - فوشيا ✔
@foochia                                    Follow

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.

**What's happening**

FIFA World Cup · LIVE
Mexico vs Poland


Perkowski Legal P.C. ...
@c_perkowski


Tweet your reply                    Reply



← **Tweet**

## Left Sidebar Navigation

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

## Main Tweet

**DCU Argentina** 🇦🇷 
@DCComicsARG

¡INTERESANTE!

Anoche se llevó a cabo la primera proyección de prueba de #BlueBeetle y @bigscreenleaks aseguró que el corte mostrado tuvo una duración de 165 minutos.

Esperemos tener algunas impresiones pronto. 🎥🐛
Translate Tweet



📷 Xolo Mariduena and DC

3:05 PM · Sep 28, 2022 · Twitter for iPhone

**6** Retweets   **109** Likes

Tweet your reply                                    Reply

## Replies

**dark_camus** @darkcamus3 · Sep 28
Replying to @DCComicsARG @bigscreenleaks and 2 others
Posiblemente esas 165 minutos de peliculas sea cortadas para que dure menos y no tenga ecenas inesesaria pero quin sabe
💬 1                    ♡ 2

**DCU Argentina** 🇦🇷 @DCComicsARG · Sep 28
Replying to @darkcamus3 @bigscreenleaks and 2 others
Así es, no terminan durando lo mismo que las proyecciones.
                                        ♡ 1

**Cris Geek** ⚡ @Cristogeek · Sep 29
Replying to @DCComicsARG @bigscreenleaks and 2 others
El traje es ORO
                                        ♡ 1

**Cine Fecto** @FectoCine · Sep 28
Replying to @DCComicsARG @bigscreenleaks and 2 others
Ese traje es puro comic
                    ♡ 1                    ♡ 4

## Right Sidebar

Search Twitter

**Relevant people**

**DCU Argentina** 🇦🇷    **Follow**
@DCComicsARG
De la casa más importante de superhéroes. Noticias e información las 24 horas sobre el universo DC. 🦇 Contacto: detectivecomicsarg@gmail.com 📩🦸

**BSL** 🇨🇦✔    **Follow**
@bigscreenleaks
Gaming, Star Wars and Comics Historian | Unapologetic Ms. Marvel stan | Founder & EIC of @OneTakeNews | #LeafsForever 🍁 #WeTheNorth 🇨🇦| 📷: theonetakenews@gmail.com

**Xolo Mariduena** ✔    **Follow**
@Xolo_Mariduena
Off-key singer. IG: Xolo_Mariduena

**What's happening**

NFL · 3 hours ago
**Cowboys at Vikings**

#Disenchanted 🍎
Original movie now streaming
📷 Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, #Disney

Trending in United States
**#SisterWives**
1,818 Tweets

Trending in United States
**#AMAs** 🏆
Trending with coobin, yeonjun

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

_ https://twitter.com/NtrslyNerdyPod/status/1578080670567567363 _ at _ 2022-11-20 10:36:48 -08:00 _



Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/silverxsable/status/1556136203631874048 __ at __ 2022-11-20 09:04:01 -08:00 __



← **Tweet**

This Tweet is from an account that no longer exists. Learn more



**Furlow7** @Furlow71 · Aug 7
Replying to @silverxsable
Sony's fictional cousin "Fony".

♡ 1

This Tweet was deleted by the Tweet author. Learn more

This Tweet was deleted by the Tweet author. Learn more

Show replies

**Home**

# **Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**

 **🚨 ‼️ Now HipHop News ‼️ 🚨**
@NowHipHopNews_

Rihanna Engaged? nowhiphopnews.com/rihanna-engage...



2:40 PM · Mar 22, 2022 · Twitter for iPhone

**3** Retweets   **15** Likes

---

 Tweet your reply                                    **Reply**

🔍 Search Twitter

**Relevant people**

 **🚨 ‼️ Now HipHop N...**    **Follow**
@NowHipHopNews_
We bring you the latest music from independent artists. Reaching 40million people monthly. SUBMIT YOUR MUSIC for unlimited yearly promotion 👇

**What's happening**

NFL · 1 hour ago
**49ers at Cardinals**


Entertainment · Trending
**Died Suddenly**
66.2K Tweets

Trending in United States
**Chrisley**
23.6K Tweets

Trending in United States
**Trent Reznor**
20.9K Tweets

Trending in United States
**#MessUpThanksgiving**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

 **Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/americanamemes/status/1509338974333984771 __ et __ 2022-11-21 09:24:19 -08:00 __

← **Tweet**

**Americana at Brand Memes**
@americanamemes ···

"Y'all gotta get over! Din Tai Fung won't seat us until we're all here! ...yeah I tried to tell that you were parking, they didn't buy it!"



6:17 PM · Mar 30, 2022 · Twitter for iPhone

**9** Retweets  **2** Quote Tweets  **332** Likes

Tweet your reply                                    Reply

**TheGoodGroupPodcast** @GoodGroupPod · Mar 31
Replying to @americanamemes
"Hoo Whaaa!" You sure love lettin' Din Tai Fung have it.

Not that they don't deserve it, though.

**Kenny "The Answer" Cardoza** 🇲🇽🇺🇸 @Bearranza · Mar 30
Replying to @americanamemes
My mans out here lookin like Richard Lewis circa season 5 of Curb!

2

**Perkowski Legal P.C.**
@c_perkowski ···

---

🔍 Search Twitter

**Relevant people**

**Americana at Brand ...**    Follow
@americanamemes
Memes about America's favorite outdoor experience! Not affiliated with The Americana or Caruso

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**



Trending in United States
**Janssen**
7,128 Tweets

Sports talk · Trending
**Skip and Shannon**

Entertainment · Trending
**#AntManandTheWaspQuantumania**
1,755 Tweets

Music · Trending
**#askmeek**
2,378 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

🐦

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒️ Lists

👤 Profile

⊙ More

**Tweet**

__ https://twitter.com/doctorfan06/status/1581599974226614274 __ et __ 2022-11-22 22:51:23 -08:00




**Tweet**

**doctorfan06**
@doctorfan06

Last post for the night, so here's my favourite photo (so far) of Chris filming Red One.
Happy Sunday. Goodnight everyone 🌙
#ChrisEvans
#RedOne



3:56 AM · Oct 16, 2022 · Twitter Web App

1 Retweet   16 Likes

Tweet your reply                                    Reply



V @V64086568 · Oct 17
Replying to @doctorfan06
I am loving this look. perfect choice. 👍😍😍😍

---

**Relevant people**

**doctorfan06**                                  Follow
@doctorfan06

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
▣ Promoted by Avatar

Trending in United States
**Erection**
19.4K Tweets

Trending in California
**Costco**
5,978 Tweets

Celebrities · Trending
**Denzel Washington**
2,110 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Perkowski Legal P.C.**
@c_perkowski

___ https://twitter.com/CinematizandoOf/status/1380210942772920322 ___ at ___ 2022-11-20 18:52:11 -08:00 ___

← **Thread**



## Relevant people



**Cinematizando**
@CinematizandoOf

**Follow**

**Cinematizando**
@CinematizandoOf

···

Imagens dos bastidores da nova série live action de As Meninas Superpoderosas

#AsMeninasSuperpoderosas #ThePowerpuffGirls #Powerpuff #TheCW #ChloeBennet #DoveCameron #YanaPerrault #DonaldFaison



10:28 AM · Apr 8, 2021 · Twitter Web App

**1** Retweet   **6** Likes





**Tweet your reply**

**Reply**

**Cinematizando** @CinematizandoOf · Apr 8, 2021
Replying to @CinematizandoOf
#AsMeninasSuperpoderosas #ThePowerpuffGirls #Powerpuff #TheCW #MaggieKiley



♡ 1

## What's happening

NFL · 2 hours ago
**Cowboys at Vikings**

**#Disenchanted** 🧚
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**#twdspoilers**
1,150 Tweets
···

The Real Housewives of Potomac · Trending
**#RHOP**
Trending with Wendy, Robyn
···

Music · Trending
**Machine Gun Kelly**
2,559 Tweets
···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

Lists

👤 Profile

⊙ More

**Tweet**


**Perkowski Legal P.C.**
@c_perkowski
···

— https://twitter.com/foochia/status/1239099980875043328 _ at _ 2022-11-20 20:51:10 -08:00 _

← Tweet

 **Foochia - فوشيا** ✔
@foochia

ظهرت انجلينا جولي مع ابنتها فيفيان  في إحدى متاجر البقالة بلوس أنجلوس وهما تشتريان مونة المنزل رغم المخاوف التي تسيطر على المدينة من فيروس كورونا

#celebritynews #hollywoodstars #LA #angelinajolie #CoronaOutbreak #Corona #انجلينا_جولي

Translate Tweet



1:03 AM · Mar 15, 2020 · Twitter Web App

**1** Retweet   **8** Likes

 Tweet your reply                                Reply

---

## Relevant people

 **Foochia - فوشيا** ✔   Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.

## What's happening

Television · 2 hours ago
**The Walking Dead airing on AMC**

#Disenchanted 🎃
Original movie now streaming
🅿 Promoted by Disney+

Trending in United States
**#dantherizzler**
1,353 Tweets

Trending in United States
**#AMAs** 🔥
Trending with soobin, yeonjun

Trending in United States
**Bob Iger**
Trending with Chapek, Disney

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

---

 **Perkowski Legal P.C.** •••
@c_perkowski

Q Search Twitter

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

← **Tweet**

**Nanda Tambasco** 💙
@Nandatambasco

I'm so proud of you @nickgalitzine you are an amazing actor, give yourself to the real character.  I can only imagine what an honor you are having acting with Anne Hathaway. ❤️

👤 Nicholas Galitzine and 3 others

5:06 AM · Oct 21, 2022 · Twitter for Android

**3** Retweets   **2** Quote Tweets   **57** Likes

💬   🔁   ♡   ↥

Ⓟ   Tweet your reply                          Reply

---

## Search Twitter

### Relevant people

**Nanda Tambasco** 💙          Follow
@Nandatambasco
@leonytambasco 💙 / Libriana ♎ / Mãe ❤️ / @nickgalitzine 💙 @galitzineupdate @sicholas4ever 💜

**Nicholas Galitzine** ✔️      Follow
@nickgalitzine

**Chrystal** 🇧🇷                  Follow
@N_GalitzineBr
#nicholasGalitzine #nicolasgalitzine #purplehearts #continenciaaoamor @nickgalitzine

### What's happening

Television · 3 hours ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Jungkook · Trending
**jungkook**
1.65M Tweets

Trending in United States
**Jason David Frank**
1,272 Tweets

Trending in California
**Ecuador**
89.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**


Perkowski Legal P.C.
@c_perkowski



Tweet 

🔍 Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

**Spider-Man Brasil** @SpiderManBRA

📢 É O QUE????

Novas imagens do set de Madame Web mostra uma espécie de Homem-Aranha alternativo ou algum vilão que ninguém faz idéia que seja.

Translate Tweet

10:17 AM · Oct 6, 2022 · Twitter for Android

69 Retweets   41 Quote Tweets   1,531 Likes

Tweet your reply    Reply

**bex** @galgaligoths · Oct 6
Replying to @SpiderManBRA
Homem aranha aranha

**DC - Universo Dcnauta** @UniversoDCnauta · Oct 6
Replying to @SpiderManBRA
Homem teia

**Spider-Ham** @SpiderHam97 · Oct 6
Replying to @SpiderManBRA
Não sei, mas me lembrou a tarântula.

**Romero Medeiros** @_romeroneto · Oct 6
Replying to @SpiderManBRA
Parece o Aaron Johnson.

**andres vaz** @andres89156496 · Oct 6
Replying to @SpiderManBRA
Alguém pela amor de Deus faz a Sony parar fazer filme de personagens secundário do homem aranha.

Não queremos o filme do homem foca ou outro Zé Mané que faz parte da história do homem aranha, nós só queremos o filme do homem aranha e não de secundário.

**Sei Lá É TRI DA AMÉRICA** @PregadorDCasada · Oct 6
Replying to @SpiderManBRA
Me lembrou o Kaine

**George M.** @MeChameDe_G · Oct 6
Replying to @PregadorDCasada and @SpiderManBRA
NOSSA, SERIA FODA
Passar o filme todo achando que o Peter Parker que matar ele mesmo, e descobrem que é um clone no final

Show replies

**Caio Serpa** @cserpa7 · Oct 7
Replying to @SpiderManBRA
Já tá melhor que as outras duas bombas

**v i t o z** 🏳️‍🌈🇮🇹🇧🇷🇵🇹 @iamvitorcruz · Oct 6
Replying to @SpiderManBRA
Mas quem diabos seria "Madame Web"?

**ELIOS DE NÚMENOR🐂** @EliosOndo · Oct 6
Replying to @SpiderManBRA
Claramente, Kane Parker.

**Giovanni Scrocco** @GiovanniScroco · Oct 6
Replying to @SpiderManBRA
Seria legal se fosse uma versão alternativa do Miranha

**George M.** @MeChameDe_G · Oct 6
Replying to @SpiderManBRA
O tal do vilão que quer matar o Peter Parker criança vai ser um homem aranha pelo jeito.
Já pensou se é outro Parker? Igual naquele jogo?

**Vegas Dinâmico** @DinamicoLas · Oct 6
Replying to @MeChameDe_G and @SpiderManBRA
Ou que nem na série ultimate spider man onde tem o tal do spider wolf

Show replies

**manoel vitor** @sitorhorxoroo0 · Oct 6
Replying to @SpiderManBRA
Aracnoida 😳

**Pedro** @Pedrooofx · Oct 6
Replying to @SpiderManBRA
💀

👏👏 @B8vkk01 · Oct 6
Replying to @SpiderManBRA
Eu n vou nem me empolgar para esse filme, depois de venon 2 e Morbius n sei se a Sony vai fazer algo bom com os demais personagens das histórias do aranha ...........

**Relevant people**



**Spider-Man Brasil** @SpiderManBRA   Follow
Sua maior fonte de noticias sobre o amigão da vizinhança no brasil. Ative as notificações📲 • Fan Account

**What's happening**

Formula 1 · 3 hours ago
**Abu Dhabi Grand Prix 2022**

**#Disenchanted**
Original movie now streaming
Promoted by Disney+

Trending in California
**Shakira**
107K Tweets

Trending in California
**Rest In Peace**
40.5K Tweets

Only on Twitter · Trending
**Rest In Power**
15.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

Perkowski Legal P.C. @_perkowski

— https://twitter.com/pradaxbby/status/1518281484364304390 __ at __ 2022-11-21 23:46:33 -08:00

← **Tweet**

✨
**@PRADAXBBY**
@PRADAXBBY

···

## Gigi Hadid wearing Dion Lee is everything



10:31 AM · Apr 24, 2022 · Twitter for iPhone

**164** Retweets   **9** Quote Tweets   **1,367** Likes

💬          ⟲          ♡          ⬆

 **Tweet your reply**          Reply

Isa-Doraaaa🖤 @Isadoraaa14 · Apr 25
Replying to @PRADAXBBY
@mariavieirazz  igualzinho uma toalha de mesa aqui de casa

💬 1       ⟲       ♡       ⬆

Kiko @El_Styx · Apr 25
Replying to @PRADAXBBY
👎

💬       ⟲       ♡       ⬆

Perkowski Legal P.C.
@c_perkowski          ···

---

**Home**
**Explore**
**Notifications** ①
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

---

🔍 Search Twitter

**Relevant people**

✨
@PRADAXBBY          Follow
@PRADAXBBY
enquires: pradaxbby@gmail.com not
all content is mine credits to the
owners

**What's happening**

NFL · 3 hours ago
**49ers at Cardinals**

Entertainment · Trending          ···
**Died Suddenly**
73.2K Tweets

Trending in California          ···
**Mexicans**
6,799 Tweets

Entertainment · Trending          ···
**Shangela**
13.5K Tweets

Trending in United States          ···
**Coven**
Trending with  Murder House

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/rafatos/status/1556046269648502789 — at — 2022-11-19 23:32:29 -08:00

← **Tweet**

**Rafatos**
@rafatos

Dakota Johnson desde el rodaje de Madame Web.



7:19 AM · Aug 8, 2022 · Twitter Web App

23 Retweets    3 Quote Tweets    288 Likes

Tweet your reply

Reply

**John Cleaver** @issacMoncada7 · Aug 9
Replying to @rafatos
Me da tanta tristeza los talentosos que tiene esa peli

1

**Detective Morbo** @MMorbiusTP · Aug 8
Replying to @rafatos
Después de esa película habrá teaser de una nueva de spiderverse
Me la juego

3

**Relevant people**

**Rafatos**
@rafatos                    Follow
Apasionado de Spider-Man.

**What's happening**

Television · 3 hours ago
**Saturday Night Live airing on NBC**

#GetYourRideRight
**Book your ride up to 30 days ahead with Uber Reserve**
Promoted by Uber

Trending in United States
**Jason David Frank**
1,394 Tweets

Music · Trending
**Adele**
53.7K Tweets

Trending in California
**Ecuador**
90.6K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/thai_superhero/status/1388512286001309190 __ at __ 2022-11-21 00:09:11 -08:00 __

Case 2:22-cv-09462-DMG-ADS    Document 23-20    Filed 03/13/23    Page 27 of 101    Page ID
#:5010

 สมาคม Superhero
@Thai_SuperHero

มาแล้ว First Look ของ Ms. Marvel ที่จะทำเป็นซีรีส์ฉายลง Disney+ ซึ่งตอนนี้กองถ่ายได้ย้ายไปที่ Atlanta แล้วนะ



8:14 AM · May 1, 2021 · Twitter Web App

171 Retweets    6 Quote Tweets    107 Likes

Tweet your reply                                    Reply

SHOKUNZ ｜高伟雄 @shokunz_ · May 1, 2021
Replying to @Thai_SuperHero
น้อน

1                 1

## Relevant people

 สมาคม Superhero
@Thai_SuperHero                    Follow

สมาคมของกลุ่มบุคคลผู้ชื่นชอบซุปเปอร์
ฮีโร่ในประเทศไทย // Twitter อย่างเป็น
ทางการของ 'สมาคมผู้คลั่งไคล้
SuperHero' *ถามข้อมูลหนัง/Comic ต่างๆ
ใน DM ได้เลยจ้า*

## What's happening

Television · 4 hours ago
The Walking Dead airing on AMC

Music · Trending
Kelly Rowland
Trending with Chris Brown

Sports · Trending
Toney
14.8K Tweets

Trending in United States
Heisman
4,676 Tweets

Trending in United States
#TheWalkingDead
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🔍 Search Twitter
Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

← **Tweet**

MB ✔
@babyitsmb

···

## Damn we almost lost Kevin Hart



3:25 PM · Sep 1, 2019 · Twitter for iPhone

**42** Retweets   **8** Quote Tweets   **130** Likes

Tweet your reply                                    Reply

🇭🇹 **Louie Thee Kabrit** @305ALLtheWAY · Sep 1, 2019   ···
Replying to @babyitsmb
Gawdamn

**remnants of the past** @arhocolline · Sep 1, 2019   ···
Replying to @babyitsmb
This ain't true manhhhh

**Glenn Gallagher** @glenng123 · Sep 1, 2019   ···
Replying to @babyitsmb
@anthonybogle_

𝓐𝓷𝓰𝓲𝓮𝓵 🎀🐾✔ @angiel2381 · Sep 1, 2019   ···
Replying to @babyitsmb
😒😔🇭🇹

Show more replies

## Relevant people

MB ✔                              Follow
@babyitsmb

## What's happening

NBA · 44 minutes ago
**Nets at 76ers**

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
⬛ Promoted by Avatar

Trending in United States              ···
**RIP Harold**

Family drama · Trending               ···
**#GTMcontest37**

Trending in United States              ···
**James Games**
1,106 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski



← Tweet

 **Holly Bolly Tolly Updates**
@HBTUpdates

···

Dakota Johnson on the set of 'Madame Web
#DakotaJohnson #MadameWeb



8:33 PM · Aug 8, 2022 · Twitter Web App

**6** Retweets   **40** Likes

   

 Tweet your reply      Reply

## Search Twitter

### Relevant people

 **Holly Bolly Tolly Upd...**    Follow
@HBTUpdates
Welcome to Holly Bolly Tolly Updates ⭐A News Media About Movies, Series, Gaming, OTT & Much More Updates Are Here Also Follow me🙏

### What's happening

Television · 3 hours ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Music · Trending
**Adele**
53.6K Tweets

Trending in United States
**Blocked**
132K Tweets

Sports · Trending
**Pasadena**
1,606 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Left navigation

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
··· More

**Tweet**

 **Perkowski Legal P.C.** ···
@c_perkowski

__ https://twitter.com/zaynsdetails/status/1506306358265712640 __ at __ 2022-11-21 09:25:42 -08:00



← **Tweet**



**zayn pics**
@zaynsdetails

···

👤 zayn

9:26 AM · Mar 22, 2022 · Twitter for iPhone

**113** Retweets   **9** Quote Tweets   **766** Likes

💬        ⟲        ♡        ⬆

Ⓟ  Tweet your reply                        Reply

Show more replies

## Relevant people



**zayn pics**          Follow
@zaynsdetails
fan account for zayn javadd malik.

**zayn** ✓          Follow
@zaynmalik
payntbyzayn.com

## What's happening

FIFA World Cup · LIVE
**Senegal vs Netherlands**



Trending in California
**Dodger Stadium**
14K Tweets                                ···

Trending in United States
**Janssen**
7,235 Tweets                              ···

Music · Trending
**#askmeek**
2,387 Tweets                             ···

Trending in United States
**England**
Trending with  Grealish, Callum Wilson   ···

Show more

Terms of Service   Privacy Policy   Cookie Policy

## Left navigation

🏠 Home
#️⃣ Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

🔍 Search Twitter

← **Tweet**

**Johnson Dornan ES**
@JohnsonDornanES

···

Añadidas 14 Fotos HQ de Dakota el 20 de julio en el set de **#MadameWeb** en Boston:
**johnsondornan.com/galeria/thumbn...** **#DakotaJohnson**
Translate Tweet

👤 Dakota Johnson Portugal

10:47 PM · Jul 25, 2022 · Twitter for iPhone

**3** Retweets   **8** Likes

💬          ⟲          ♡          ⬆

Ⓟ   Tweet your reply                              **Reply**

## Search Twitter

## Relevant people

**Johnson Dornan ES**                **Follow**
@JohnsonDornanES
Tu primera y mejor fuente sobre los actores **#DakotaJohnson** y **#JamieDornan** desde 2015. [Fan Account]

**Dakota Johnson P...** ✓        **Follow**
@dakotajohnsnpt
A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📸: @DJPTMidias | Fã-Clube.

## What's happening

NFL · 1 hour ago
**Bengals at Steelers**

**#Disenchanted** 👹
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**#AMAs** 🎤
Trending with soobin, bebe rexha        ···

Sports · Trending
**De'Aaron Fox**                        ···

Politics · Trending
**AR-15**
58.2K Tweets                            ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🐦

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

🗒 Lists

👤 Profile

⊙ More

**Tweet**



**Perkowski Legal P.C.**   ···
@c_perkowski

Tweet

@nanfixus
@nanfixus

Dakota Johnson on the set Madame Web 🕸️🕸️



5:46 AM · Oct 7, 2022 · Twitter for Android

**10** Retweets   **1** Quote Tweet   **108** Likes

Tweet your reply

Reply

## Relevant people

**@nanfixus**
@nanfixus                    Follow

DJ Fan 🕸️ Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🇦🇷

## What's happening

FIFA World Cup · 4 hours ago
**World Cup Qatar 2022: Opening
Ceremony**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
52.5K Tweets

Only on Twitter · Trending
**Rest in Power**
23.9K Tweets

Trending in United States
**Qatar**
Trending with Ecuador, Jungkook

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet



Perkowski Legal P.C.
@c_perkowski

— https://twitter.com/misslefroy/status/1539733404509474819 — at — 2022-11-21 04:24:01 -08:00 —

Case 2:22-cv-09462-DMG-ADS   Document 23-20   Filed 03/13/23   Page 33 of 101   Page ID #:5016

← **Tweet**

⟲ grace dante Retweeted



**best of margot**
@bestofmargot

···

margot robbie and director greta gerwig on the set of 'barbie'



2:49 PM · Jun 22, 2022 · Twitter for iPhone

**749** Retweets   **334** Quote Tweets   **5,914** Likes

🏠 Home

\# Explore

🔔 Notifications

💬        ⟲        ♡        ⬆

P  Tweet your reply                    Reply

🔍 Search Twitter

### Relevant people



**grace dante**              Follow
@misslefroy

"Il fiore che sboccia nelle avversità è il più raro e il più bello di tutti" 🩰 fan account



**best of margot**           Follow
@bestofmargot

fan account sharing updates & the best of oscar nominated actress and producer, margot robbie

### What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**



Politics · Trending
**Tragically**
15.3K Tweets

···

Music · Trending
**Lionel Richie**
4,052 Tweets

···

The Walking Dead · Trending
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

···

Trending in United States
**Bob Iger**
Trending with Disney, Chapek

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



Perkowski Legal P.C.   ...
@c_perkowski





← **Tweet**

 **YUCATAN AL MINUTO**
@YUCATANALMINUTO                                             ···

Tras rompimiento amoroso, captan a JLo con Ben Affleck ow.ly/nkZb50EEOch



2:06 PM · May 4, 2021 · Hootsuite Inc.

**1** Quote Tweet

                    ♡          

 Tweet your reply                    Reply

## Navigation

 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

## Relevant people

 **YUCATAN AL MINUTO**                Follow
@YUCATANALMINUTO

Yucatán al Minuto es un medio de comunicación que produce contenido informativo y material audiovisual con formatos propios en Mérida, Yucatán.

## What's happening

FIFA World Cup · LIVE
**France vs Australia**



**#AvatarTheWayOfWater** 💧
Get tickets now - In theaters December 16
📷 Promoted by Avatar

Trending in California                              ···
**LAPD**
12K Tweets

Trending in United States                          ···
**Giroud**
Trending with Australia, Mbappe

Trending in California                              ···
**Mexicans**
18.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🔍 Search Twitter

 **Perkowski Legal P.C.** ···
@c_perkowski



https://twitter.com/soygerardcortez/status/1133873693258653696 __ et __ 2022-11-22 17:09:14 -08:00

← **Thread**

🔍 Search Twitter

**Gerard Cortez**
@SoyGerardCortez                                    ···

Soy taciturna, vegetariana... animalista.



4:12 PM · May 29, 2019 · Twitter for iPhone

**20** Retweets   **1** Quote Tweet   **219** Likes

💬        ⟲        ♡        ⬆️

P   Tweet your reply                           Reply

**Gerard Cortez** @SoyGerardCortez · May 29, 2019    ···
Replying to @SoyGerardCortez
twitter.com/mvstafawavy_/s...

💬 1        ⟲ 5        ♡ 86        ⬆️

**sergio andres caro** @chechocaro · May 30, 2019    ···
Replying to @SoyGerardCortez
Je je je muero

💬        ⟲        ♡ 1        ⬆️

**Topply Default: Where the Fairy Flies** @Devian_M · May 29, 2019    ···
Replying to @SoyGerardCortez

GIF

💬        ⟲        ♡        ⬆️

**Relevant people**

**Gerard Cortez**            Follow
@SoyGerardCortez
Periodista de moda y cultura pop. TV
Host y guionista. Amarás mi YouTube.
No binarie. Inmigrante. Contacto
Gerardcortez@gmail.com (Él-he, ella-
she, elle-they).

**What's happening**

Television · LIVE
**Bachelor in Paradise airing on
ABC**                              

**#AvatarTheWayOfWater**🧜
Get tickets now - In theaters December 16
▣ Promoted by Avatar

Celebrities · Trending            ···
**Tom Hanks**
9,891 Tweets

S&P 500 · Trending            ···
**Pfizer**
65.6K Tweets

Trending in United States        ···
**Hooters**
7,350 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🐦

🏠 Home
＃ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
▤ Lists
👤 Profile
⊙ More

**Tweet**

P   **Perkowski Legal P.C.**    ···
@c_perkowski

← **Tweet**

This Tweet is from an account that no longer exists. Learn more

---

**Home**

# **Explore**

🔔 **Notifications**

✉ **Messages**

🔖 **Bookmarks**

**Lists**

**Profile**

⊙ **More**

**Tweet**

**Perkowski Legal P.C.** •••
@c_perkowski

← **Tweet**

**ОКО АГАМОТТО** 🇺🇦 | Marvel | Star Wars
@eyeofagamottoua

···

Нові фото зі зйомок фільму «Мадам Павутиння» демонструють Дакоту Джонсон з сивою перукою 🕸️

Також, Atlanta Filming повідомляє, що ми побачимо героїню у класичному костюмі з коміксів і на інвалідному візку.

#Marvel #MarvelStudios #MadameWeb #SpiderMan #Марвел #УкрТві

Translate Tweet



12:40 PM · Oct 11, 2022 · Twitter for Android

**1** Retweet    **5** Likes

💬              ⟲              ♡              ⬆️

   Tweet your reply                    Reply

🔍 Search Twitter

**Relevant people**

**ОКО АГАМОТТО** 🇺🇦 |...    Follow
@eyeofagamottoua

Україномовний акаунт з новинами про фільми, серіали, комікси та інші проєкти Marvel та Star Wars

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**    ···
@c_perkowski

← Tweet

**MAX** ✓
@ThisIsMax
···

Mornin 👋

Too much pink ? 🌸 💕 ❤️ #MargotRobbie x

#ryangosling #BarbieNKen ❤️❤️❤️❤️❤️❤️❤️❤️ 🛼
🛼



10:38 PM · Jun 27, 2022 · Twitter for iPhone

**2** Retweets   **16** Likes

💬   🔁   ♡   ⬆️

P   Tweet your reply          Reply

**Wendy Stott-Chupin** @Wendichka · Jun 27   ···
Replying to @ThisIsMax
Lol! This made me chuckle. I had to do a double take to realise it was Ryan Gosling::

💬 1   🔁   ♡   ⬆️

**MAX** ✓ @ThisIsMax · Jun 28   ···
Replying to @Wendichka
I know .. looks like they are havin fun ❤️❤️❤️❤️❤️❤️

💬   🔁   ♡   ⬆️

**Perkowski Legal P.C.** ···
@c_perkowski

---

🔍 Search Twitter

**Relevant people**



**MAX** ✓
@ThisIsMax          Follow
Presenter/Producer 👩 Eyes on the
prize Violet! 😋 contact :
Management@FlipYourWig.net

**What's happening**



FIFA World Cup · LIVE
**Senegal vs Netherlands**

Trending in United States          ···
**Chocolate and Chip**

Trending in California          ···
**Dodger Stadium**
14.2K Tweets

Gaming · Trending          ···
**#ExploreBlackreef**

Music · Trending          ···
**#askmeek**
1,492 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Case 2:21-cv-09462-DMG-ADS



← **Tweet**

Home

Explore

Notifications 1

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**PJ** **best justin pics**
@postsjustin                    ...

✨




👤 Justin Bieber

3:16 PM · Mar 27, 2021 · Twitter for iPhone

**85** Retweets   **578** Likes

Tweet your reply

**Reply**

## Search Twitter

### Relevant people

**PJ** **best justin pics**    **Follow**
@postsjustin
The best of @justinbieber content.
(fan account) Ownered by
starringevelyn, brzzle and biebersnt.

**Justin Bieber** ✔    **Follow**
@justinbieber
JUSTICE the album out now

### What's happening

FIFA World Cup · 2 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🐋
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Celebrities · Trending    ...
**Tom Hanks**
5,617 Tweets

Trending in California    ...
**Mexicans**
15.9K Tweets

Trending in United States    ...
**Francia**
78.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

**P** **Perkowski Legal P.C.**   ...
@c_perkowski

← Tweet

**Türkçe**
@turkce

Çekim arasında deniz molası: Yeni dizisinin çekimi için Hawaii'de bulunan ABD'li oyuncu Alexandra Daddario, önceki gün plajda objektiflere yansıdı. Daddario, dizinin set arasında kendini serin sulara bırakırken...

dlvr.it/RmbLvk #Türkçe #MagazinHaberleri #Magazin

Translate Tweet



5:32 AM · Nov 28, 2020 · dlvr.it

1 Like

Tweet your reply

Reply

Search Twitter

**Relevant people**

**Türkçe**
@turkce                    Follow

Gazete ve dergilerden Türkçe Haberler, Son Dakika, Spor, Magazin, Teknoloji, Sinema Haberleri. İletişim ve iş birliği için: turkcemag@gmail.com

**What's happening**

FIFA World Cup · 5 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**
Get tickets now – In theaters December 16
Promoted by Avatar

Celebrities · Trending
**Chris Evans**
Trending with Blueface

Trending in California
**Mexico City**
17.7K Tweets

Trending in California
**Chicharito**
6,974 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/updatecharts/status/1410695195211677696 ___sf___ 2022-11-22 03:23:57 -08:00 -22-cv-09462-DMG-ADS Document 23-20 Filed 03/13/23 Page 45 of 101 Page ID #:5028



_ https://twitter.com/mileyupdates/status/1351318029582401537 __ at __ 2022-11-20 15:52:38 -08:00

← **Tweet**

This Tweet is from a suspended account. Learn more



**SmilerGirl** ✨💜 @TheSmilergirl23 · Jan 18, 2021
Replying to @MileyUpdates
I THINK SHE IS ALSO DIRECTING

**PLASTIC HEARTS OUT NOW** 🖤 @fentymiles · Jan 18, 2021
Replying to @MileyUpdates
A fragrance??

**(S)** @shadiestofmc · Jan 18, 2021
Replying to @MileyUpdates
Omg what if it's a fragrance

**miley is my destiny** @mileyxdestiny · Jan 18, 2021
Replying to @MileyUpdates
Is she dropping a perfume whats that omg ???
                                                        4

**Lola** @IAmSmiler · Jan 18, 2021
Replying to @MileyUpdates
MIDNIGHT SKY FRAGRANCE IS COMING Y'ALL
                                                        9

← **Tweet**

 **grace dante**
@misslefroy    · · ·

## a moment for dakota johnson filming madame web



2:39 AM · Jul 26, 2022 · Twitter for Android

**17** Retweets  **6** Quote Tweets  **106** Likes

  Tweet your reply    **Reply**

**Relevant people**

 **grace dante**
@misslefroy    **Follow**

"Il fiore che sboccia nelle avversità è il più raro e il più bello di tutti" 🌱 fan account

**What's happening**

FIFA World Cup · 1 hour ago
**England vs Iran**

Sports talk · Trending
**skip and shannon**

Trending in United States
**Chocolate and Chip**

Entertainment · Trending
**#AntManandTheWaspQuantumania**
Trending with Kang

Trending in California
**Dodger Stadium**
14.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

 **Perkowski Legal P.C.**
@c_perkowski    · · ·

https://twitter.com/SiteBastidores4/status/1508039015062364165 _ _at_ _2022-11-21 19:43:47 -08:00

← **Tweet**

**Bastidores 🎬**
@SiteBastidores4

David Sandberg afirma que está feliz com a data de estreia de #Shazam 🧙 2: Fury Of The Gods

"Estou muito feliz que está sendo lançado este ano. Teria sido uma chatice terminar o filme e esperar até o próximo verão. Mas não esperava abrir em 1° lugar contra o Avatar, mas tudo bem"

Translate Tweet



7:55 PM · Mar 28, 2022 · Twitter for Android

**6** Retweets  **106** Likes

Tweet your reply                                    **Reply**

**Pedro 🇧🇷** @PedroPessoa01 · Mar 28
Replying to @SiteBastidores4
Para de mentir David, todo mundo sabe que colocar o filme um dia depois de Avatar 2 foi um tiro no pé. A Warner literalmente destruiu a bilheteria de Shazam 2.
💬 1       🔁       ♡ 1

**Escote Productions** @EscoteProducti1 · Mar 28
Replying to @PedroPessoa01
destruiu nada, Warner tá ligada que esse filme deve estar transcedental de bom, ainda mais com o black adam aí, 2022 mulher, acorda, ninguém sabe mais o que é Avatar, tô fechadão com o Billy
💬       🔁       ♡ 8

**Ryan 👑** @ryannzitoo · Mar 28
Replying to @SiteBastidores4
"feliz" mas nem tanto
💬       🔁       ♡ 1

**vini³ᵏⁱ** @wththejudge · Mar 29
Replying to @SiteBastidores4
provavelmente a warner tem alguma carta na manga, ou simplesmente tacou o fodase pra bilheteria
💬 1       🔁       ♡

**Evangelico** @bagriel1234 · Apr 1
Replying to @wththejudge
Carta na manga= the rock saindo na porrada com o shazam=bilheteria
💬       🔁       ♡ 2

**ray** @rayssa__dantas · Mar 29
Replying to @SiteBastidores4
nunca será avatar
💬       🔁       ♡

**Perkowski Legal P.C.**
@c_perkowski

**Relevant people**

**Bastidores 🎬**
@SiteBastidores4                    Follow
Conta oficial do site Bastidores: Cinema, Games, Televisão, Livros e Cultura Pop em um só lugar | ✉ email: matheus@nosbastidores.com.br

**What's happening**

NBA · 26 minutes ago
**Celtics at Bulls**

Entertainment · Trending
**Died Suddenly**
54.5K Tweets

Trending in California
**Dodger Stadium**
10.9K Tweets

Entertainment · Trending
**#DWTS💫**
Trending with Charli, Gleb

Sports · Trending
**Elijah Mitchell**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



← **Tweet**

Kevin Anticona
@KevinAnticonaa

···

Se afirma que las reacciones a la proyeccion de prueba de #BlueBeetle de la semana pasada fueron muy positivas. Zaslav no esta jugando con este film.

[ Via: @bigscreenleaks ]

#BlueBeetle #DC #DCEU #HBOMax #FelizMartesAТоdos

Translate Tweet

11:52 AM · Oct 4, 2022 · Twitter for Android

**5** Likes

**Who can reply?**
People @KevinAnticonaa follows or mentioned can reply

---

**Relevant people**

Kevin Anticona
@KevinAnticonaa                      **Follow**

Chico carismático, manteniendo
siempre la humildad y sociable, pasión
por el teatro, cinefilo.

BSL 🎄 ✓
@bigscreenleaks                      **Follow**

Gaming, Star Wars and Comics
Historian | Unapologetic Ms. Marvel
stan | Founder & EIC of
@OneTakeNews | #LeafsForever 🍁
#WeTheNorth 🦖 | 📧:
theonetakenews@gmail.com

---

**What's happening**

Formula 1 · This morning
**Abu Dhabi Grand Prix 2022**

#Disenchanted 💔
Original movie now streaming
▶ Promoted by Disney+

Trending in California          ···
**Rest In Peace**
56.1K Tweets

Sports · Trending          ···
**Davante Adams**
1,581 Tweets

Only on Twitter · Trending          ···
**Rest in Power**
26.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---



Perkowski Legal P.C.     ···
@c_perkowski

← **Tweet**

**Dakotacandids**
@Dakotacandids

06.08 | Novas fotos da Dakota durante as gravações de 'Madame Web' em Boston, Massachusetts.
#DakotaJohnson (6)

4:01 PM · Aug 6, 2022 · Twitter Web App

**7** Retweets    **30** Likes

Tweet your reply

**Reply**

## Relevant people

**Dakotacandids**
@Dakotacandids

**Follow**

Neste perfil irei postar somente candids de Dakota Johnson. Para mais info, fotos e vídeos me sigam na conta principal: @Dakotashades | Fan Account

## What's happening

NBA · 22 minutes ago
**Lakers at Suns**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in California
**Costco**
5,733 Tweets

Trending in United States
**Erection**
16.5K Tweets

Sports · Trending
**Pat Bev**
Trending with Ayton, Lakers

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**
@c_perkowski

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

Search Twitter

https://twitter.com/agfotosevideos/status/1209245249547014144 __ at __ 2022-11-20 16:08:29 -08:00

Case 2:22-cv-09462-DMG-ADS   Document 23-20   Filed 03/13/23   Page 52 of 101   Page ID #:5035

← **Thread**

Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

ATENÇÃO GEEK | Mídia
@agfotosevideos                                                    ···

Fotos dos bastidores de #FalconAndWinterSoldier com Anthony Mackie, Sebastian Stan, Emily VanCamp e Daniel Bruhl.



2:51 PM · Dec 23, 2019 · Twitter for Android

**2** Retweets   **8** Likes

---

ATENÇÃO GEEK | Mídia @agfotosevideos · Dec 23, 2019    ···
Replying to @agfotosevideos
Mais fotos do set #FalconAndWinterSoldier



2   4

---

**Search Twitter**

### Relevant people

ATENÇÃO GEEK | Mídia
@agfotosevideos                    **Follow**
Conta para fotos e vídeos dos bastidores do mundo do entretenimento. Conta oficial: @atencaogeek

### What's happening

NFL · 2 hours ago
Browns at Bills



#Disenchanted 🤩
Original movie now streaming
▶ Promoted by Disney+

Sports · Trending                    ···
George Pickens
Trending with Eli Apple

Trending in California                ···
#AMAs 🔥
Trending with Favorite K-Pop Artist

Trending in California                ···
Ecuador
813K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/dakotajohnsonpt/status/1088743719208136707 __ el __ 2022-11-20 19:47:31 -08:00 __



← **Thread**

**Dakota Johnson Portugal** ✔ @dakotajohnsonpt

Dakota foi vista ontem, 24, a deixar a loja Barney's New York em Beverly Hills! #DakotaJohnson

📷 Picture Pub

2:21 AM · Jan 25, 2019 · Twitter for iPhone

**20** Retweets  **1** Quote Tweet  **83** Likes

**Dakota Johnson Portugal** ✔ @dakotajohnsonpt · Jan 25, 2019
Replying to @dakotajohnsonpt
Mais algumas! #DakotaJohnson

💬 1    ↻ 13    ♡ 42    ⬆

**Dakota Johnson Portugal** ✔ @dakotajohnsonpt · Jan 25, 2019
Mais algumas! #DakotaJohnson

💬    ↻ 12    ♡ 40    ⬆

**Perkowski Legal P.C.** @c_perkowski

**Relevant people**

**Dakota Johnson P...** ✔ @dakotajohnsonpt    Follow

A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷: @DJPTMidias | Fã-Clube.

**Picture Pub** @PicturePub    Follow

PicturePub.net is a forum community where people go to share their appreciation for celebrities through pictures, videos and more.

**What's happening**

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 🎬
Original movie now streaming
📺 Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, #Disney

Trending in United States
**#AMAs** 🎤
Trending with soobin, yeonjun

Trending in United States
**#SisterWives**
1,774 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

https://twitter.com/joliefans/status/1215051064160000033 __el __ 2022-11-22 17:28:43 -08:00

← **Tweet**

 **Angelina Jolie Fans**
@joliefans

···

Angelina Jolie, 44, Is All Smiles With Twins Knox & Vivienne, 11, During Fun Shopping Trip In LA - Hollywood Life dlvr.it/RMhFkp



3:22 PM · Jan 8, 2020 · dlvr.it

**5** Retweets   **1** Quote Tweet   **117** Likes

Tweet your reply                                    Reply

**Spieser Jérôme** @SpieserJerome · Jan 8, 2020   ···
Replying to @joliefans
Jérôme spieser,47ans ...

♡ 1

**Natiii** @natashka_ms · Jan 9, 2020   ···
Replying to @joliefans
❤❤❤

♡ 1

**David woods** @David71080694 · May 26, 2020   ···
Replying to @joliefans
Nice picture

Show more replies

---

**Relevant people**

 **Angelina Jolie Fans**    Follow
@joliefans
Unofficial and awesome news, blogs and videos about Angelina Jolie!

**What's happening**

Television · LIVE
**Bachelor in Paradise airing on ABC**

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
⊡ Promoted by Avatar

Trending in United States   ···
**RIP Harold**
Trending with TO BE CLEAR

Entertainment · Trending   ···
**Jane Lynch**

Betty White · Trending   ···
**Betty White**
3,504 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

 **Perkowski Legal P.C.**   ···
@c_perkowski

https://twitter.com/thesolesupplier/status/1481942432602378245 __ at __ 2022-11-22 02:13:04 -08:00 __

← **Tweet**



**The Sole Supplier** ✓
@thesolesupplier

···

The Kanye hype continues with this latest "DONDA STREET MARKET" capsule 😮

thesolesupplier.co.uk/news/the-kanye...



2:53 AM · Jan 14, 2022 · Buffer

**1** Quote Tweet   **10** Likes

💬              ⇄              ♡              ⬆

 Tweet your reply                    Reply

---

## Relevant people

 **The Sole Supplier** ✓    **Follow**
@thesolesupplier

An online news outlet for the latest and most exclusive UK & European sneaker releases

## What's happening

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**



**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
📷 Promoted by Avatar

Entertainment · Trending         ···
**Died Suddenly**
78.8K Tweets

Trending in United States           ···
**Arabia Saudita**
51.4K Tweets

Trending in United States           ···
**#ArgentinU**
Trending with Messi, #ARGKSA

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

### Twitter sidebar

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

**Tweet**

🔍 Search Twitter

**Perkowski Legal P.C.**   ···
@c_perkowski

https://twitter.com/WordOnRd/status/14008519203894722227_at___at__23-cv-09462-DMG-ADS    Document 23-20    Filed 03/13/23    Page 56 of 101    Page ID
#:3039



__ https://twitter.com/filmsbymeche/status/1455852130888298497 __ at __ 2022-11-19 20:15:50 -08:00 __
Case 2:22-cv-09462-DMG-ADS   Document 23-20   Filed 03/13/23   Page 57 of 101   Page ID
#:5040

🇺🇸 @filmsbydelrey · Nov 3, 2021
Look at her ⭐⭐⭐⭐⭐



💬 1     🔁 2     ♡ 3     ⬆️

🇺🇸
@filmsbydelrey

Dakota Johnson luciendo espectacular como siempre
✨
Translate Tweet

3:59 AM · Nov 3, 2021 · Twitter for Android

**4** Retweets  **11** Likes

💬     🔁     ♡     ⬆️

Ⓟ     Tweet your reply          Reply

Search Twitter

### Relevant people

🇺🇸
@filmsbydelrey
multifandom ✧•.              Follow

### What's happening

Television · 14 minutes ago
**Saturday Night Live airing on NBC**

#GetYourRideRight
**Book your ride up to 30 days ahead with Uber Reserve**
Promoted by Uber

Trending in United States
**HE'S BACK**
135K Tweets

Trending in California
**Pasadena**
1,421 Tweets

NCAA Football · LIVE
**USC at UCLA**

Show more

Terms of Service   Privacy Policy   Cookie Policy

https://twitter.com/spiderman3news/status/15582156... et_...2022-11-20 07:58:25 -08:00 DCcurrent 23-20 Filed 03/13/23 Page 58 of 101 Page ID
COV-09462-DMG-ADS #5041



## Relevant people

**Spider-Man News**
@SpiderMan3news

news on all things spider-man
Business email:
adamwade9107@gmail.com
Admin/owner: @adamwade_1996
Backup admins: @lymeoo
@masonnnnnidk

## What's happening

**Television · Last night**
Saturday Night Live airing on
NBC

**#Disenchanted**
Original movie now streaming
Promoted by Disney+

**Jungkook · Trending**
Jungkook
Trending with: Morgan Freeman, Ecuador

**Trending in United States**
Waka Waka
141K Tweets

**Only on Twitter · Trending**
RIP JDF
2,186 Tweets

Show more

https://twitter.com/Vendor_DMG/status/1092978351455987898 _ all _ _ 2022-11-20 12:15:25-08:00

Search Twitter

**Marvel CinéVerse** @MarvelCineVerse · Dec 1, 2020 ···
#Hawkeye / #MsMarvel : Marvel prévoirait toujours une sortie en 2021 pour
les deux séries 'Hawkeye' et 'Ms. Marvel' malgré des retards de productions
liés au Covid-19. (via @TheRoninNews)

Le tournage de ces deux séries pour Disney+ est actuellement en cours.



♡ 2    ⟳    ♡ 17    ⬆

**Marvel CinéVerse** @MarvelCineVerse · Dec 1, 2020 ···
Concernant 'Hawkeye', la série était à l'origine annoncée pour l'automne
2021 par Marvel Studios. @DiscussingFilm avait récemment mentionné une
sortie "fin 2021 / début 2022". Et même pour "2022" pour le Disney+ français.



♡ 1    ⟳ 2    ♡ 7    ⬆

**Marvel CinéVerse** @MarvelCineVerse ···
@MarvelCineVerse

Pour 'Ms. Marvel', la date de "2022" avait également été
avancée par le Disney+ français.
@DiscussingFilm avait récemment parlé d'une sortie
pour "fin 2021".

Translate Tweet



6:03 AM · Dec 1, 2020 · Twitter Web App

2 Retweets    1 Likes

♡    ⟳    ♡    ⬆

🧊 Tweet your reply                                     Reply

**Marvel Story** @MarvelStory_ · Dec 1, 2020 ···
Replying to @MarvelCineVerse and @DiscussingFilm
Pour Disney+ France ça a été confirmé après qu'il s'agissait d'une erreur il
me semble.

♡ 1    ⟳ 2    ♡ 5    ⬆

**Marvel CinéVerse** @MarvelCineVerse · Dec 1, 2020 ···
Replying to @MarvelStory_ and @DiscussingFilm
Oui je l'avais interprété comme tel également, même si je n'avais pas vu
d'indication comme quoi il s'agissait d'une erreur. De toute façon, les dates
'officielles' ont évoluées depuis 😅

♡    ⟳ 1    ♡ 2    ⬆

---

## Left sidebar

🏠 Home
#⃣ Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
🗒 Lists
👤 Profile
⊕ More

**Tweet**

📘 Perkowski Legal P.C.
@_c_perkowski

## Right sidebar

**Relevant people**

 **Marvel CinéVerse**   Follow
@MarvelCineVerse
Actualités et encyclopédie sur le MCU
Instagram 📷 : marvelcineverse_
Associé à @swcineverse ⭐

 **DiscussingFilm**   Follow
@DiscussingFilm
Your leading source for quick reliable
news and one of a kind content.
Home for healthy and liberating
discussion on all things pop culture.

**What's happening**

FIFA World Cup · 4 hours ago
**World Cup Qatar 2022: Opening
Ceremony**

**#Disenchanted** 🦹
📺 Original movie now streaming
Promoted by Disney+

Trending in United States
**Rest In Peace**
48.2K Tweets                                      ···

Entertainment · Trending
**Morgan Freeman**
188K Tweets                                       ···

Sports · Trending
**Hutch**
2,991 Tweets                                      ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/agfotosevideos/status/1539741377902305281 __ at __ 2022-11-21 08:56:35 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-20   Filed 03/13/23   Page 60 of 101   Page ID #:5043

← **Tweet**

**ATENÇÃO GEEK | Mídia**
@agfotosevideos

Ryan Gosling e Margot Robbie caracterizados como Barbie e Ken nos bastidores do filme da Barbie



3:45 PM · Jun 22, 2022 · Twitter for Android

**10** Retweets    **5** Quote Tweets    **95** Likes

This Tweet was deleted by the Tweet author. Learn more

**Patito modosito** @Labikinnna · Jun 23
Replying to @Palitodeazucar and @agfotosevideos
No 😊 igual y cuando vea la peli voy a cambiar de opinión idk 🤔

---

**Relevant people**

**ATENÇÃO GEEK | Mídia**    Follow
@agfotosevideos
Conta para fotos e vídeos dos bastidores do mundo do entretenimento. Conta oficial: @atencaogeek

**What's happening**

FIFA World Cup · LIVE
Senegal vs Netherlands

Sports · Trending
**Jameson Williams**
2,157 Tweets

Trending in United States
**Maher**
23.1K Tweets

Music · Trending
**#askmeek**
1,715 Tweets

Trending in United States
**#PublicHealthHeroes**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

Tweet your reply

**Reply**

← Tweet

 DISNEY FLIX FR
@disneyflixfr

Dominic Fike et Hunter Schafer ensemble hier soir  🥰 !

 

3:16 AM · Jan 17, 2022 · Twitter for iPhone

**2** Retweets    **4** Quote Tweets    **13** Likes

🗨    🔁    ♡    ⬆

Tweet your reply                    Reply

### Home
### Explore
🔔 Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

**Relevant people**

 **DISNEY FLIX FR**    Follow
@disneyflixfr
Toutes les dernières informations sur vos films et séries préférées ✨

**What's happening**

Sports · LIVE
**2022 FIFA World Cup**

Trending in United States
**Bob Iger**
Trending with Disney, Chapek

Trending in United States
**Oregon**
18.8K Tweets

Trending in United States
**Negan**
9,613 Tweets

Music · Trending
**Billy Joel**
1,338 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

 Perkowski Legal P.C. ···
@c_perkowski

Search Twitter

https://twitter.com/lacosacine/status/1172646564000274946 ___ el ___ 2022-11-22 06:22:14 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-20    Filed 03/13/23    Page 62 of 101    Page ID
#:5045

← **Tweet**

Q Search Twitter

**La Cosa Cine** ✓
@lacosacine

···

Durante la semana / el finde. #HarleyQuinn



4:01 PM · Sep 13, 2019 · Twitter for iPhone

**70** Retweets  **4** Quote Tweets  **575** Likes

💬   ⟲   ♡   ⬆️

Ⓟ  Tweet your reply                          Reply

Yam💚 @SailorLapin · Sep 13, 2019        ···
Replying to @lacosacine
Se ve como algo que podríamos filmar con unos amigues en un cotillón de
once

💬   ⟲   ♡   ⬆️

Oscar Mora @oscarmorax · Sep 13, 2019      ···
Replying to @lacosacine

▶️

GIF

💬   ⟲   ♡ 1   ⬆️

Las crónicas de Deckard @cronicasdeckard · Sep 13, 2019    ···
Replying to @lacosacine
@HarleyQ_Esp 😜

💬   ⟲   ♡   ⬆️

This Tweet was deleted by the Tweet author. Learn more

Show replies

---

**Relevant people**



**La Cosa Cine** ✓
@lacosacine                    Follow
🎬 🍿 Cine y Series. Tu
comunidad, tu revista ✉️
web@lacosacine.com | 🎥
@guillohernandez @jessibIady
@luagosta @macareynolds
@cynthiaonfilms

**What's happening**

FIFA World Cup · 2 hours ago
**Argentina vs Saudi Arabia**



#AvatarTheWayOfWater🧑‍🦳
Get tickets now - In theaters December 16
📢 Promoted by Avatar

Trending in United States             ···
#السعودیه_الارجنتس
1.22M Tweets

Trending in United States             ···
**Died Suddenly**
100K Tweets

Trending in United States             ···
**Argentina**
Trending with #FIFAWorldCup 🏆 Herve Renard

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Ⓟ Perkowski Legal P.C.    ···
@c_perkowski

— https://twitter.com/GeekNews21/status/1557942386319400081 __ at __ 2022-11-20 17:14:22 -08:00 __

← **Tweet**

geek 🤓 news
@GeekNews21

**#Kingpim** de **@vincentdonofrio** en el set de **#Echo**
Esperamos que finalmente se enfrente a
**#SpiderManAcrossTheSpiderVerse**



9:09 PM · Aug 11, 2022 · Twitter for Android

**1** Like

P
Tweet your reply

**Reply**

🔍 Search Twitter

## Relevant people

geek 🤓 news
@GeekNews21

**Follow**

🇲🇽 En este perfil se darán noticias al día del mundo del cine de súper héroes tanto Marvel como DC de Star wars y de Disney y cine en general 🇲🇽

Vincent D'Onofrio ✔
@vincentdonofrio

**Follow**

Official Account of Actor, Producer, Director and Writer, Vincent D'Onofrio

## What's happening

Television · Starts at 5:30 PM
**The Walking Dead airing on AMC**

**#Disenchanted** 👸
Original movie now streaming
◻ Promoted by Disney+

Trending in United States
**Bruins**
10.2K Tweets

Trending in United States
**#AMAs** 🎄
Trending with TOMORROW X TOGETHER, Favorite K-Pop Artist

Sports · Trending
**Carlson**
9,675 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.



← **Tweet**

**Kevin Anticona**
@KevinAnticonaa

Reaccion a la proyección de prueba de #BlueBeetle:

Todos con los que hablé dijeron que las escenas que involucran a la familia Reyes eran algunas de sus partes favoritas y que George López es él más destacado.

[ Via: @bigscreenleaks ]

#DC #BlueBeetle #FelizSabado
Translate Tweet

6:45 PM · Oct 8, 2022 · Twitter for Android

**3** Likes

**Who can reply?**
People @KevinAnticonaa follows or mentioned can reply


**Perkowski Legal P.C.**
@c_perkowski

Q Search Twitter

**Relevant people**

**Kevin Anticona**
@KevinAnticonaa                    Follow
Chico carismático, manteniendo siempre la humildad y sociable, pasión por el teatro, cinefilo.

**BSL** 🎄 ✓
@bigscreenleaks                    Follow
Gaming, Star Wars and Comics Historian | Unapologetic Ms. Marvel stan | Founder & EIC of @OneTakeNews | #LeafsForever #WeTheNorth | 📩: theonetakenews@gmail.com

**What's happening**

NFL · LIVE
**Browns at Bills**

#Disenchanted 👺
Original movie now streaming
▶ Promoted by Disney+

Trending in California                    ...
**Rest In Peace**
52.5K Tweets

Only on Twitter · Trending                ...
**Rest in Power**
23.8K Tweets

Trending in United States                 ...
**LGBTQ**
Trending with Colorado Springs, #ClubQ

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



← **Tweet**    🔍 Search Twitter

🐦

- 🏠 Home
- #️⃣ Explore
- 🔔 Notifications
- ✉️ Messages
- 🔖 Bookmarks
- ☰ Lists
- 👤 Profile
- ⊙ More

**Tweet**

Perkowski Legal P.C.
@_perkowski

**Relevant people**

Cinema Solace    **Follow**
@CINEMASOLACE
Find solace in the never-ending world
of cinema ✨

**What's happening**

FIFA World Cup · 31 minutes ago
USA vs Wales

Trending in United States
Zimmerman
16.5K Tweets

Family drama · Trending
#GTMcontest7
Trending with #GMOREtheMerrier

Trending in United States
HOW IS THAT NOT A YELLOW
1,000 Tweets

Trending in California
Telemundo
7,554 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More···
© 2022 Twitter, Inc.

Cinema Solace
@CINEMASOLACE

Luca Guadagnino's 'Challengers' is set to wrap filming
in Boston on June 24. bit.ly/3kFUCSo

Zendaya will then fly to Budapest to film 'Dune: Part
Two' in July.



10:23 AM · May 4, 2022 · Twitter for iPhone

**147** Retweets    **135** Quote Tweets    **1,756** Likes

⟲    ↺    ♡    ⬆

💬 Tweet your reply    **Reply**

Imported from Haiti @iamcamendy · May 4    ···
Replying to @CINEMASOLACE and @SOLACECINEMA
Booked and busy

▶

♡    3    ⬆

alex 🤍 @alexprince1800 · May 4    ···
Replying to @solacecinema and @SOLACECINEMA
booked and busy!

⟲    ♡    4    ⬆

🎀 @demlegod_ · May 4    ···
Replying to @CINEMASOLACE and @SOLACECINEMA
she's booked and busy 💅🏾

♡    2    ⬆

andi @lumaadaya · May 4    ···
Replying to @CINEMASOLACE and @SOLACECINEMA
Home girl will never rest I fear

⟲    1    ♡    91    ⬆

eshekell 💭 @tomsandzendayas · May 4    ···
Replying to @CINEMASOLACE and @SOLACECINEMA
After dune 2 then she will have a break with tom

♡    1    ⬆

eshekell 💭 @tomsandzendayas · May 4    ···
Replying to @tomsandzendayas and @SOLACECINEMA
Not break up, she will rest with tom

♡    3    ⬆

ann 💫 @daya_dreamin · May 4    ···
Replying to @CINEMASOLACE and @SOLACECINEMA
how long do you think dune will take to film?

⟲    ♡    3    ⬆

Pam waiting for Dune Part II 🍿 @fanmiej85 · May 4    ···
Replying to @daya_dreamin and @SOLACECINEMA
It took 5 months last time. And Z is now the second-billed after Timmy
Chalamet so she's going to be there for most of it.

⟲    1    ♡    23    ⬆

Show replies

Dipa @dipagavanch · May 4    ···
Replying to @CINEMASOLACE and @dumas1000
Yes yes yes yes!

⟲    1    ♡    ⬆

ebonee (taylor's version) @dayalightsuplou · May 4    ···
Replying to @CINEMASOLACE and @SOLACECINEMA
neeeeewwww

♡    ⬆

hazytang🍊 @hazytangg · May 6    ···
Replying to @CINEMASOLACE and @SOLACECINEMA
Omg I still have time to meet her then thank god

♡    ⬆

Miora @mikira_ · May 4    ···
Replying to @CINEMASOLACE and @SOLACECINEMA
This woman is so busy and unstoppable

⟲    ♡    47    ⬆

moved to @filmdayas @petrememes · May 4    ···
Replying to @CINEMASOLACE and @SOLACECINEMA
we will be seated for both



And I'll watch

__ https://twitter.com/lindaikeji/status/1473670994649042945 __ at __ 2022-11-22 01:03:25 -08:00 __

← **Tweet**

 **Linda Ikeji**
@lindaikeji

Cardi B gifts husband Offset $2 million as a birthday gift (video) lindaikejisblog.com/2021/12/cardi-...



7:05 AM · Dec 22, 2021 · LIB App

**2** Retweets   **2** Quote Tweets   **10** Likes

Tweet your reply                    Reply

 **Perkowski Legal P.C.**
@c_perkowski

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Search Twitter

**Relevant people**

 **Linda Ikeji**
@lindaikeji
Blogger. CEO, LindaIkejiTV

Follow

**What's happening**

__ https://twitter.com/foochia/status/1404733002949828608 __ at __ 2022-11-22 07:40:04 -0800 __

← **Tweet**



**Foochia - فوشيا** ✔
@foochia

أشار موقع Page six المختص بالنجوم، إلى أن جنيفر لوبيز
(51 عامًا) و بن أفليك (48 عامًا) شوهدا وهما يتعانقان ويتبادلا
القبل خلال العشاء في مطعم "نوبو" مساء أول أمس الأحد.
وكشف الموقع، أن بعض أفراد عائلة لوبيز انضموا للزوجين،
للاحتفال بعيد ميلاد شقيقة لوبيز الخمسين

Translate Tweet



2:30 AM · Jun 15, 2021 · Hootsuite Inc.

**2** Retweets   **2** Quote Tweets   **4** Likes

## Relevant people



**Foochia - فوشيا** ✔
@foochia

[ Follow ]

موقع يهتم بشؤون وشجون المرأة العربية.
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

## What's happening

FIFA World Cup · Starts at 8:00 AM
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🔵
Get tickets now - In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
109K Tweets

Trending in United States
**Argentina**
Trending with #FIFAWorldCup 🏆 , Herve Renard

Trending in California
**Mexico City**
25.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski

_ https://twitter.com/sexyceleb69/status/1332744590517035009 __ at __ 2022-11-22_15:37:40 -08:00

← **Tweet**

 **SexyCelebs69**
@sexyceleb69                                                    ···

## Alexandra Daddario



9:54 AM · Nov 28, 2020 · Twitter for iPhone

**6** Retweets   **1** Quote Tweet   **92** Likes

💬        ⟲        ♡        ⬆

 Tweet your reply                          Reply

---

🐦

⌂ Home

# Explore

🔔 Notifications ①

💬 Messages

🔖 Bookmarks

🗒 Lists

👤 Profile

⊙ More

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski                ···

---

🔍 Search Twitter

### Relevant people

 **SexyCelebs69**      Follow
@sexyceleb69

22 M | Showcasing celebrities/models,
trying to show female beauty in all its
forms!| Backup: @sexyceleb69_2
|OnlyFans PROMOTER!| (DM ME)

### What's happening

NCAA Men's Basketball · Yesterday
**Mavericks at Hawkeyes**                  

**#AvatarTheWayOfWater**👻
Get tickets now - In theaters December 16
▶ Promoted by Avatar



— https://twitter.com/foochia/status/1244936574992727217 __ et __ 2022-11-22 17:07:51 -08:00

← **Tweet**

 **Foochia · فوشيا** ✔
@foochia

صور التقطها الباباراتزي لـ #بيلا_حديد وهي عائدة من التسوق دون مكياج!

#QuarantineLife #quarantine #BellaHadid #مشاهير

Translate Tweet



3:36 AM · Mar 31, 2020 · Twitter Web App

**1** Retweet    **2** Likes

💬          🔁          ♡          ↑

 Tweet your reply          Reply

Show more replies

---

## Relevant people



 **Foochia · فوشيا** ✔
@foochia          Follow

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.

## What's happening

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🔵
Get tickets now · In theaters December 16
Promoted by Avatar

Bachelor in Paradise · Trending
**#bachelorinparadiseabc** 🌹
1,436 Tweets

Entertainment · Trending
**Marvel**
84K Tweets

Trending in United States
**RIP Harold**
Trending with Carson Steele, TO BE CLEAR

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2022 Twitter, Inc.

__ https://twitter.com/AndyVermaut/status/1266916198128079746 __ at __ 2022-11-20 15:55:24 -08:00 __

← **Tweet**

🔍 Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒 Lists

👤 Profile

⋯ More

**Tweet**

 **Andy Vermaut**
@AndyVermaut                               ⋯

Halsey Reunites With Ex Yungblud At L.A. Protest After Death Of George Floyd — Pics
hollywoodlife.com/2020/05/30/hal...



7:15 PM · May 30, 2020 · dlvr.it

💬        🔁        ♡        ⬆️

 Tweet your reply                              **Reply**

## Relevant people

 **Andy Vermaut**              **Follow**
@AndyVermaut

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

NFL · 2 hours ago
**Browns at Bills**

**#Disenchanted** 🪄
Original movie now streaming
▶️ Promoted by Disney+

Sports · Trending                    ⋯
**Trenton Irwin**

Trending in United States            ⋯
**Kearse**
1,238 Tweets

Trending in California               ⋯
**#AMAs** 💄
1.84M Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

Ⓟ **Perkowski Legal P.C.**    ⋯
@c_perkowski

https://twitter.com/jaymalecelebs/status/1323186794200997888 at 2022-11-20 22:21:07 -0800



# Tweet

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Male Celeb Hotties**
@jaymalecelebs

Justin's hot ass is the best ass and needs to be seen more again!
Thanks to @jbtmediia



12:54 AM · Nov 2, 2020 · Twitter for Android

**100** Retweets  **3** Quote Tweets  **681** Likes

Tweet your reply                                    **Reply**

**Monwolf69** @monwolf69 · Nov 2, 2020
Replying to @jaymalecelebs

GIF  ALT

**Ítalo Henrique De Araújo** @taloHenriqueDe2 · Nov 2, 2020
Replying to @jaymalecelebs
❤️

**Perkowski Legal P.C.**
@c_perkowski

**Search Twitter**

**Relevant people**

**Male Celeb Hotties**
@jaymalecelebs                    **Follow**
Just a bi guy bringing you hot male celeb content to lust over! DM's are always open! Have fun! 😜 18+

**What's happening**

NFL · 1 hour ago
**Chiefs at Chargers**

**#Disenchanted** 🧹
Original movie now streaming
▶ Promoted by Disney+

Music · Trending
**#BLACKPINK_WORLDTOUR**
57.2K Tweets

Sports · Trending
**Sean Payton**

Music · Trending
**sabrina**
70.1K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.



← Tweet

🌟 **Captain Marvel NEWS / Fan Account**
@CaptMarvelNews

Inspire! The colors, the shoulders and knee pads! The Marvels! Captain Marvel and Ms.Marvel interactions will be the BEEEST!



10:18 AM · May 1, 2021 · Twitter for iPhone

**70** Retweets  **2** Quote Tweets  **398** Likes

💬          🔁          ♡          📤

🅟 **Perkowski Legal P.C.** ...
@c_perkowski

Tweet your reply                              **Reply**

**Cosmic Marvel** @cosmic_marvel · May 1, 2021
Replying to @CaptMarvelNews
🙌🙌🙌
💬          🔁          ♡ **4**          📤

**alfie** @iamalfieee · May 1, 2021
Replying to @CaptMarvelNews
I just died insideee 😭👏
💬          🔁          ♡ **1**          📤

**Ms. Marvel Brasil** @MsMarvelBR · May 1, 2021
Replying to @CaptMarvelNews
So excited 😍
💬          🔁          ♡ **1**          📤

**Kamose Mills** @KamoseMills · May 1, 2021
Replying to @CaptMarvelNews



💬          🔁          ♡ **3**          📤

**CyclingVsDepression**🇺🇦 @CyclingDepri · May 1, 2021
Replying to @CaptMarvelNews
I created a comic book like costume years ago. This one looks much more complex 🤭 IT LOOKS GOOD. Can't wait to see her fangirling around :D
💬          🔁          ♡          📤

**CtrlZ** @KirstenStephens · May 1, 2021
Replying to @CaptMarvelNews
That costume is 🔥 They nailed it
💬          🔁          ♡          📤

**Conor #WorldsCollideTour!** 🏴󠁧󠁢󠁳󠁣󠁴󠁿🙌 @conormcl2022 · May 1, 2021
Replying to @CaptMarvelNews
Fantastic
💬          🔁          ♡          📤

**Reika Sky** 🎮🎬🎮😷🎮🎸 BLINK CT... @kabukibutter... · May 1, 2021
Replying to @CaptMarvelNews
The new MCU context would be interesting.
💬          🔁          ♡          📤

**Nerdisms – Rises** @nerdisms85 · May 1, 2021
Replying to @CaptMarvelNews
cant wait for ms marvel and captain marvel 2
💬          🔁          ♡ **1**          📤

Show more replies

---

**Relevant people**

🌟 **Captain Marvel NE...**     **Follow**
@CaptMarvelNews
Since 2010, Twitter's #1 international Fan Account for EVERYTHING CAPTAIN MARVEL!! Coming up: THE MARVELS JUL 28, 2023!! @brielarson @captainmarvel

**What's happening**

FIFA World Cup · 3 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in California
**Mexicans**
17.9K Tweets

Trending in United States
**Ochoa**
Trending with Poland, Lewandowski

Family drama · Trending
**#GTMcontest30**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

← **Tweet**

**Dakotacandids**
@Dakotacandids

···

06.08 | Novas fotos da Dakota durante as gravações de 'Madame Web' em Boston, Massachusetts.
#DakotaJohnson (2)



4:00 PM · Aug 6, 2022 · Twitter Web App

**6** Retweets   **21** Likes

Tweet your reply

Reply

## Relevant people

**Dakotacandids**
@Dakotacandids          Follow

Neste perfil irei postar somente candids de Dakota Johnson. Para mais info, fotos e vídeos me sigam na conta principal: @Dakotashades | Fan Account

## What's happening

NCAA Football · LIVE
**USC at UCLA**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States                ···
**HE'S BACK**
Trending with  Mr. President

Sports · Trending                        ···
**Lane**
40.4K Tweets

Trending in California                   ···
**HELL NO**
45K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/Ryans_Ramblings/status/1578516450090291200 __ el __ 2022-11-22 22:41:38 -08:00 __

← Tweet

**Ryan 'All Day News' Anderson**
@Ryans_Ramblings

···

A new Spider-Man can be seen in this new image from #MadameWeb. Who could it be???



3:43 PM · Oct 7, 2022 · Twitter for Android

**1** Quote Tweet    **2** Likes



Tweet your reply                    Reply

**RCDC** @FallenLantern92 · Oct 7    ···
Replying to @Ryans_Ramblings
Kaine?

♡ 1

---

# Search Twitter

### Relevant people

**Ryan 'All Day News' ...**
@Ryans_Ramblings                    Follow

Founder, Host, and EIC of @TheNerdRagePod. As seen on @CBSThisMorning! Instagram: @RadRyGuy TikTok: @Ryans_Ramblings Casting Inquiries: NerdRagePod@gmail.com

### What's happening

NBA · 3 hours ago
**Kings at Grizzlies**

**#AvatarTheWayOfWater**🌊
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Trending in California
**Costco**
5,918 Tweets                    ···

Trending in United States
**Erection**
18.9K Tweets                    ···

Celebrities · Trending
**Denzel Washington**
1,977 Tweets                    ···

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 23-20    Filed 03/13/23    Page 78 of 101    Page ID
#:5061

← **Tweet**

**DC Brasil**
@_DCCBRASIL                                                   ···

Que perfeição a Margot Robbie no set de #Barbie 😍

Translate Tweet



3:02 PM · Jun 22, 2022 · Twitter for Android

46 Retweets    26 Quote Tweets    625 Likes

○        ⟲        ♡        ⬆

  Tweet your reply                          Reply

**Jéssica Lopes** @jessiccls · Jun 23          ···
Replying to @_DCCBRASIL
Ela é linda demais gente, sem condições

○        ⟲        ♡ 2      ⬆

**mila Ξ☆** @snxrivera · Jun 23               ···
Replying to @_DCCBRASIL
mds ela ta tão linda 😭🫠 @laurelteamo

○ 1      ⟲        ♡        ⬆

**abadeer†** @jbszns · Jun 22                 ···
Replying to @_DCCBRASIL
ELA TÁ MUITO LINDA

○        ⟲        ♡ 1      ⬆

**roni** @whatsnewroni · Jun 22              ···
Replying to @_DCCBRASIL
Linda, toda barbiezinha

○        ⟲        ♡ 1      ⬆

---

🔍 Search Twitter

**Relevant people**

 **DC Brasil**         Follow
@_DCCBRASIL
Todas as notícias relacionadas ao
mundo da #DCComics em um só
lugar! ✉️Parcerias e Mídia Kit:
contatodcbrasil@gmail.com • Siga-
nos no Instagram:

**What's happening**

NFL · 53 minutes ago
**49ers at Cardinals**

Entertainment · Trending          ···
**Died Suddenly**
62.4K Tweets

Entertainment · Trending          ···
**Sinbad**
7,406 Tweets

Entertainment · Trending          ···
**August Alsina**
Trending with #TheSurrealLife

Sports · Trending                ···
**Hard Knocks**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

Tweet

Perkowski Legal P.C.    ···
@c_perkowski

_ https://twitter.com/bso/status/1177968292562194432 __eil __ 2022-11-22 08:32:57 -08:00





← **Tweet**

- **Home**
- **#** Explore
- 🔔 Notifications
- ✉ Messages
- 🔖 Bookmarks
- Lists
- Profile
- ⋯ More

**Tweet**


Perkowski Legal P.C.
@c_perkowski

Robert Littal BSO ✓
@BSO                                                                              ⋯

## Lamar Odom On How Porn Can Ruin Relationships (Video) bit.ly/2muEybL




© Phamous / BACKGRID

8:28 AM · Sep 28, 2019 · BSO Alert

**2** Retweets   **7** Quote Tweets   **2** Likes

💬    ⟲    ♡    ⬆


P   Tweet your reply                                              **Reply**

Chiddy @nchiddick79 · Sep 28, 2019                              ⋯
Replying to @BSO
So can brothels and cocaine Lamar

💬    ⟲    ♡    ⬆

Marcus Tormoehlen @MarcusTormoehl1 · Sep 28, 2019             ⋯
Replying to @BSO
Nah, it was probably the crack!

💬    ⟲    ♡ 4   ⬆

🔍 Search Twitter

### Relevant people


Robert Littal BSO ✓                        **Follow**
@BSO
BSO is a Unique take on Sports & Ent;
Tweets by the Headline King Robert
Littal; IG: BSOTV; FB:
BlackSportsOnline; Keep That Same
Energy Podcast; #BLM; 💙 AML

### What's happening

FIFA World Cup · LIVE
**Mexico vs Poland**

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in United States                      ⋯
**#BoycottTampax**
1,315 Tweets

Entertainment · Trending                       ⋯
**Died Suddenly**
114K Tweets

Trending in United States                      ⋯
**Argentina**
Trending with Messi

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

https://twitter.com/badpostmargots/status/1405289499171880483 — at __ 2022-11-22 12:41:47 -08:00

**Tweet**



**Search Twitter**

**best of margot**
@badpostmargots

**margot robbie in puerto vallarta**



2:02 PM · Jun 16, 2021 · Twitter for iPhone

**110** Retweets   **45** Quote Tweets   **1,709** Likes

---

**Tweet your reply**    Reply

**Anne Doherty** @AnneDoh85118839 · Jun 16, 2021
Replying to @badpostmargots
I hope you are having a lovely time iiam so jealous I can't travel anywhere this summer again I miss my holidays so much stay safe and God bless you you

**Milind Ovhal** @MilindOvhal2 · Jun 17, 2021
Replying to @badpostmargots
You are so beautiful and sweet  dear I like you body figures. I wanna friendships to you
↻ 1

**César Mulley** @CesarMulley · Jun 19, 2021
Replying to @badpostmargots
Siempre Bella 🤗🤗😍🤗

**Lisa Quaranta** @quaranta_lisa · Jun 16, 2021
Replying to @badpostmargots
Not a fan of that bathing suit.  Doesn't do her justice at all.
💬 1                                                    ♡ 2

**Roshan Ali** @RoshanA21349780 · Jun 17, 2021
Replying to @quaranta_lisa and @badpostmargots
I agreed with you

**Roshan Ali** @RoshanA21349780 · Jun 17, 2021
Replying to @badpostmargots
Charming Lady

**Emiliano Zúñiga** 🇲🇽 ⭐⭐⭐⭐⭐ ... @Emi_Auriaz... · Jun 17, 2021
Replying to @badpostmargots and @FamosasMundial2
what year are those photos?

**zidane** 🇩🇿 @sutorortasaha · Jun 16, 2021
Replying to @badpostmargots
Close this music muhittin brother..

This Tweet was deleted by the Tweet author. Learn more

Show replies

Show additional replies, including those that may contain offensive content       Show

---

**Relevant people**

**best of margot**
@badpostmargots    Follow
fan account posting updates & daily posts of the aussie goddess and academy award nominated actress, margot robbie

**What's happening**

Sports · LIVE
**2022 FIFA World Cup**



**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
📢 Promoted by Avatar

Trending in United States
**Giroud**
Trending with  Australia, Mbappe

Trending in United States
**Chip Tayag**

Trending in United States
**Pogba**
14.6K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**

**DC - Universo Dcnauta**
@UniversoDCnauta

···

DEUS está de volta... @violadavis

Translate Tweet



8:26 AM · Oct 16, 2019 · Twitter for Android

**76** Retweets  **24** Quote Tweets  **495** Likes

Tweet your reply                    **Reply**

**#AdaoNegro · #Superman · fan club** @dcc_brasil · Oct 16, 2019
Replying to @UniversoDCnauta and @violadavis
Amém.



GIF

♡ 9

**Matt vai ver o Paramore** @matt_mts_ · Oct 16, 2019
Replying to @UniversoDCnauta and @violadavis
Amém Amanda Waller

♡ 1

**Leon** @Leon_Romeu · Oct 16, 2019
Replying to @UniversoDCnauta and @violadavis
Amém, carelho

**Vitor...** @VKalt00s · Oct 16, 2019
Replying to @UniversoDCnauta and @violadavis
Amém

**Mari** @Sealsland_ · Oct 16, 2019
Replying to @UniversoDCnauta and @violadavis
AAAAAAAAAAAAA

**Matheus Vinícius** 👤 @Inhado · Oct 16, 2019
Replying to @UniversoDCnauta and @violadavis
Viola Davis é simplesmente TUDO PRA MIM 💟💟💟

**Relevant people**

**DC - Universo Dcnauta** @UniversoDCnauta  **Follow**
DC COMICS ✅ De fã pra Fã• We are not @DCComics • Opinião, Notícias e Humor sobre a @DCComics • Parceria: UniversoDCnauta@gmail.com • #DCU #DCFandome

**Viola Davis** ✓ @violadavis  **Follow**
Academy-Award winning actress, philanthropist, and CEO/Co-Founder of @JuVeeProds

**What's happening**

NBA · 30 minutes ago
Nets at 76ers

#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in United States
RIP Harold                    ···

Trending in United States
#StayWoke                    ···

Trending in United States
NitroRad                    ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski    ···

https://twitter.com/SNEAKPEEKCA/status/1004445983193743360 __ at __ 2022-11-21 08:10:55 -08:00 __

🔁 SneakPeek Retweeted



**SneakPeek**
@SNEAKPEEKCA

⋯

sneakpeek.ca/2018/06/the-jo...



12:32 PM · Jun 6, 2018 · Twitter Web Client

**2** Retweets  **2** Likes

💬          🔁          ♡          ⬆️

  Tweet your reply          Reply

🔍 Search Twitter

### Relevant people

  **SneakPeek**
@SNEAKPEEKCA          Follow
Invite Only

### What's happening

NFL · Yesterday
**Cowboys at Vikings**



Trending in California
**Dodger Stadium**          ⋯
13.8K Tweets

Music · Trending
**Slick Rick**          ⋯

Trending in United States
**Schiff**          ⋯
69.1K Tweets

Trending in United States
**Maher**          ⋯
22.7K Tweets

Show more

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

https://twitter.com/KollegeKidd/status/1288015662886525184 ... af ... 2022-11-21 07:04:37 -08:00

Document 23-20    Document 23-20    Filed 03/13/23    Page 83 of 101    Page ID #:5066



__ https://twitter.com/sexytvboys/status/1020855386047891456 __ at __ 2022-11-22 20:04:29 -08:00 __



← Tweet

**Mis Famosos Favoritos** 🔥
@Sexytvboys

⋯

Justin Bieber 😍😍😍😍😍😍😍😍😍😍
😍😍😍😍😍😘😘

7:17 PM · Jul 21, 2018 · Twitter for Android

**15** Retweets **78** Likes

💬  🔁  🤍  ⬆️

  Tweet your reply                    Reply

**Q** Search Twitter

### Relevant people

 **Mis Famosos Favorito...**    Follow
@Sexytvboys
Instagram:
instagram.com/igsexytvboys?i...

### What's happening

NBA · **LIVE**
**Kings at Grizzlies**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Trending in United States    ⋯
**RIP Harold**

Trending in California    ⋯
**Hooters**
8,446 Tweets

Sports · Trending    ⋯
**Anthony Davis**
2,676 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**   ⋯
@c_perkowski

← **Tweet**

 Franklin David
@fdm702 · · ·

Dakota Johnson on set of #MadameWeb. Her attire almost confirms she'll be playing the Julia Carpenter version of the character. #movies #AMC @SonyPictures



7:51 PM · Jul 29, 2022 · Twitter for iPhone

**4** Likes

💬          🔁          ♡          ⬆️

 Perkowski Legal P.C.    · · ·
@c_perkowski

Tweet your reply                                    Reply

---

**Search Twitter**

### Relevant people

 **Franklin David**          **Follow**
@fdm702
• Geek Pundit • Vlogging • AMC Shareholder 🎟️• APE Shareholder 🦍 •
LOVE THE MOVIES 🎥 •

 **Sony Pictures** ✓          **Follow**
@SonyPictures
⊘ Official
#DevotionMovie is exclusively in movie theaters November 23. Get tickets now!

### What's happening

FIFA World Cup · This morning
**England vs Iran**          

Entertainment · Trending
**Died Suddenly**
39.1K Tweets

Only on Twitter · Trending
**#pcxqc**
2,870 Tweets

Trending in California
**Dodger Stadium**
11.9K Tweets

Trending in United States
**#ThingsIWouldTellMyYoungerSelf**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
Lists
Profile
More

**Tweet**

https://twitter.com/NewsWeeknd/status/1456374360/NSWWK4DS    2022-11-21 10:10:02-06:00    Document 23-20    Filed 03/15/21    Page 86 of 101    Page ID #3069

Q Search Twitter

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

**Tweet**

The Weeknd News
@NewsWeeknd

The Weeknd and BLACKPINK's Jennie in Los Angeles last night.



2:34 PM · Nov 4, 2021 · Twitter Web App

**2,003** Retweets    **368** Quote Tweets    **16.7K** Likes

💬    🔁    ♡    ⬆️

Perkowski Legal P.C.
@_perkowski

Tweet your reply                    Reply

erikaa @theliltexworld4 · Nov 3, 2021
Replying to @NewsWeeknd
AAAAAAAA paro cardiaco
💬    🔁    ♡    ⬆️

N @NajeebZakariya · Nov 5, 2021
Replying to @NewsWeeknd
"L6 girls all look the same..." my mans okay. I know it
💬    🔁    ♡    ⬆️

pixie @Grace_pixie2 · Nov 4, 2021
Replying to @NewsWeeknd
My dream collab. That song would be my anthem for life ❤️❤️ please make it happen!!! @theweeknd Abel please
💬    🔁 2    ♡ 16    ⬆️

pixie @Grace_pixie2 · Nov 4, 2021
Replying to @NewsWeeknd
I will never move on from this. @theweeknd) make it happen! We need a collab with jennie
💬    🔁 2    ♡ 43    ⬆️

u=t=e=g·✿ @shandukkeez38 · Nov 4, 2021
Replying to @NewsWeeknd
The weeknd and Jennie plea collab 😩😩😩
💬    🔁    ♡ 2    ⬆️

ipek 🐨 @NewwWealey_ · Nov 4, 2021
Replying to @NewsWeeknd
sy ne isin var bunla ya
💬    🔁    ♡ 1    ⬆️

al @fabiossd · Nov 4, 2021
Replying to @NewsWeeknd
@sofia14 nuestros favs eh
💬    🔁    ♡ 1    ⬆️

alphabet -jk's wife˚ @scifibr34 · Nov 4, 2021
Replying to @fabiossd and @NewsWeeknd
Omggg Blackpink x The Weeknd for dicho
💬    🔁    ♡    ⬆️
Show replies

Gabriel Legume @SlimyLeglessDog · Nov 4, 2021
Replying to @NewsWeeknd
💬    🔁    ♡ 1    ⬆️
Show replies

Gabriel Legume @SlimyLeglessDog · Nov 4, 2021
Replying to @NewsWeeknd
Collabs are good, but I'd rather an actual comeback, at this point that's worth like 5 collabs
💬    🔁    ♡ 1    ⬆️

Thanksgiving #0 🦃 @justseejoXKO · Nov 4, 2021
Replying to @NewsWeeknd
abel gathering stars for the dawn i hope
💬    🔁    ♡ 14    ⬆️

🖤🖤🖤🖤🖤🖤🖤 @ @srororde · Nov 4, 2021
Replying to @NewsWeeknd
Jennie collecting celebrities like yugioh cards. the weeknd's a holo ultra ghost rare.
💬    🔁    ♡ 11    ⬆️

Sylwia.Z.0 @Sylwia22100 · Nov 5, 2021
Replying to @NewsWeeknd



💬    🔁    ♡    ⬆️

angela @angelak_ · Nov 4, 2021
Replying to @NewsWeeknd
@Gorryoz2Wkalean
💬    🔁    ♡    ⬆️

majo aguirre @_majoaguirrel · Nov 4, 2021
Replying to @NewsWeeknd
@veejaeldhampson
💬    🔁 2    ♡    ⬆️

Nati F0 @Nati_SnowcNili · Nov 4, 2021
Replying to @NewsWeeknd
hell yeah!!
💬    🔁    ♡    ⬆️

Blackflower 🥀 @Black826513606 · Nov 5, 2021
Replying to @NewsWeeknd
Legendary artists 🥀❤️🥀
💬    🔁    ♡    ⬆️

Blackflower 🥀 @Black826513606 · Nov 5, 2021
Replying to @NewsWeeknd
Like I just imagine the weeknd's vocals & Jennie's rap like 😩omg😩😩🥀🥀 🥀🥀🥀 +JENNIE @theweeknd1 #yennekim #TheWeeknd
💬    🔁    ♡ 6    ⬆️

pedroatma) ✿ @chaddealemne · Nov 4, 2021
Replying to @NewsWeeknd
Inta beberes + + + + + +
😭
💬    🔁    ♡ 1    ⬆️

⠀ @XORoss016 · Nov 4, 2021
Replying to @NewsWeeknd
😭
💬    🔁    ♡    ⬆️

🄻₄y @xxxxsem · Nov 4, 2021
Replying to @NewsWeeknd
⁉️
💬    🔁    ♡    ⬆️

alex #0 @snowchildelish · Nov 4, 2021
Replying to @NewsWeeknd
oh ?
💬    🔁    ♡    ⬆️

stainer @hrttyvBeez · Nov 4, 2021
Replying to @NewsWeeknd
Inch rezing
💬    🔁    ♡ 1    ⬆️

kle ** @BEJEWELEDSWRFT · Nov 4, 2021
Replying to @NewsWeeknd
OMG
💬    🔁    ♡ 1    ⬆️

@Jrydidxrch · Nov 4, 2021
Replying to @NewsWeeknd
Omg, Jennie finally meeting one of her idols ❤️❤️
💬    🔁    ♡ 15    ⬆️

Milahtejia27 @MilahKrjad · Nov 4, 2021
Replying to @NewsWeeknd
I love it 😭😭
💬    🔁    ♡    ⬆️

keira🌻 @crosswaves · Nov 4, 2021
Replying to @NewsWeeknd
jennie collecting her faves like infinity stones
💬    🔁    ♡ 132    ⬆️

yogi @YogiBlogit · Nov 4, 2021
Replying to @NewsWeeknd
WHAT DOES THIS MEAN
💬    🔁    ♡ 2    ⬆️

**Relevant people**

The Weeknd News
@NewsWeeknd                    Follow
Your best source for charts, new music, pictures, videos, daily news and more! | fan account

**What's happening**

FIFA World Cup · LIVE
Senegal vs Netherlands

Trending in United States
Mendy
53.9K Tweets

Entertainment · Trending
#AvatarTheWayOfWater
3,321 Tweets

Trending in California
Dodger Stadium
13.8K Tweets

Trending in United States
Senegal
Trending with #Tilandes, England

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.



← Thread

Search Twitter

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**avrilmidia**
@avrilmidia

SOCORRO! Na tarde de ontem (14/05), Avril Lavigne e Willow Smoth gravaram um vídeo juntas em L.A. Tudo indica que essa foi a gravação do videoclipe "Grow", nova música de Willow Smith que terá a participação da Avril Lavigne.

Translate Tweet

12:06 PM · Jun 15, 2021 · Twitter for Android

150 Retweets   201 Quote Tweets   1,075 Likes

Tweet your reply                                    Reply

**avrilmidia** @avrilmidia · Jun 15, 2021
Replying to @avrilmidia

> **avrilmidia** @avrilmidia · Jun 15, 2021
> Bastidores da gravação que Avril Lavigne e Willow fizeram na tarde de ontem, 14 de junho, em Los Angeles. As cantoras conversam, tiram fotos e ensaiam para cenas do videoclipe da parceria intitulada "Grow".

2:19   6,534 views

♡ 7        ⟲        ♡ 8        ⬆

**gio VAI VER O PARAMORE** @myhappyending · Jun 15, 2021
Replying to @complicwtd VENCEMOS

♡ 2        ⟲        ♡        ⬆

**gislayne** @deathrockroll · Aug 14, 2021
Replying to @myhappyending and @avrilmidia and @complicwtd
@complicwtd não

♡ 2        ⟲        ♡        ⬆

Show replies

**carlos** @garotararaa · Jun 15, 2021
Replying to @avrilmidia
Mdsssss vem aí @1sskr3am

♡        ⟲        ♡        ⬆

**anafelix out** @anyblinding · Jun 15, 2021
Replying to @avrilmidia

MARE BARROW
from Kah 📖

♡        ⟲        ♡        ⬆

**Leo** @leodeeabreu · Jun 15, 2021
Replying to @avrilmidia
@myna_

♡        ⟲        ♡ 1        ⬆

**Wess** @HenriqueWess · Jun 17, 2021
Replying to @avrilmidia
Olha quem tá trabalhando.

♡        ⟲        ♡        ⬆

**igor john lupin** @IgorJohnLupin_ · Jun 15, 2021
Replying to @avrilmidia
@mansonbebe 💛🔥😍😍

♡        ⟲        ♡ 1        ⬆

**natasha from paramore** @mansonbebe · Jun 15, 2021
Replying to @IgorJohnLupin_ and @avrilmidia
AAAAAAAAAAAAAAAAAAAAAAH

♡        ⟲        ♡        ⬆

**Jéxca** @lccbello · Jun 15, 2021
Replying to @avrilmidia
Mdss, agora sim 2021 melhorou

♡        ⟲        ♡        ⬆

**Jess** @jessferreira · Jun 15, 2021
Replying to @avrilmidia
AAAAAAAAAAAAAA

♡        ⟲        ♡        ⬆

**tall** @bxtfall · Jun 15, 2021
Replying to @avrilmidia
Socorro parece elas no remix de tbdt 😍❤️

♡        ⟲        ♡        ⬆

**dan** @danbr4zz · Jun 15, 2021
Replying to @avrilmidia
MDSSSSAS

♡        ⟲        ♡        ⬆

**Ken absurdo🏳️‍🌈** @KenAbsurdo · Jun 15, 2021
Replying to @avrilmidia
Deusa da minha vidaaaaaaa💙💙💙💙

♡        ⟲        ♡        ⬆

**serial lover** @thiagofreitz · Jun 15, 2021
Replying to @avrilmidia
@cecililiars @californiana_ me ajudaaa

♡        ⟲        ♡ 2        ⬆

**maria fulana ★** @cecililiars · Jun 15, 2021
Replying to @thiagofreitz and @avrilmidia and @californiana_
meu deusssss?! Tomara que ela apareça de verdade né...não igual no clipe da rihanna

♡ 1        ⟲        ♡        ⬆

This Tweet is from an account that no longer exists. Learn more

**julia** @missonyblues · Jun 15, 2021

**Perkowski Legal P.C.**
@_perkowski

**avrilmidia**
@avrilmidia

**Follow**

No ar desde 2002, sempre te trazendo tudo sobre Avril Lavigne!
instagram.com/avrilmidia |
youtube.com/avrilmidia

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**

Sports · Trending
**Charles Barkley**
3,406 Tweets

Entertainment · Trending
**#AvatarTheWayOfWater**
5,565 Tweets

Trending in California
**Dodger Stadium**
14.1K Tweets

Trending in United States
**#USMNT** 🇺🇸
14.1K Tweets
Trending with Wales, #FIFAWorldCup 🇺🇸

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS  Document 23-20  Filed 03/13/23  Page 88 of 101  Page ID #:5071

Search Twitter

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**



**Anne Hathaway Brasil • FANSITE**
@HathawayBRA

···

Novas fotos de Anne Hathaway e Nicholas Galitzine filmando The Idea of You na quarta-feira (19).



8:04 AM · Oct 21, 2022 · Twitter for Android

7 Retweets   51 Likes

💬   🔁   ♡   ⬆️

P   Tweet your reply                    Reply

**Anne Hathaway Brasil • FANSITE** @HathawayBRA · Oct 21
Replying to @HathawayBRA
Obrigado, @NGBRSite! 💕

💬   🔁 1   ♡ 2   ⬆️


**Perkowski Legal P.C.**       ···
@c_perkowski

### Relevant people



**Anne Hathaway Brasi...**      Follow
@HathawayBRA

Sua mais atualizada fonte de informações sobre a atriz Anne Hathaway. WE'RE NOT ANNE HATHAWAY — 🎬: @midiasahbr

### What's happening

Television · 53 minutes ago
**Saturday Night Live airing on NBC**


#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
📣 Promoted by Uber

Trending in United States        ···
**HE'S BACK**
140K Tweets

Sports · Trending               ···
**#AEWFullGear**
Trending with Keith Lee

Sports · Trending               ···
**Dorian Thompson-Robinson**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/HathawayBRA/status/1583474291966111746 — at __ 2022-11-19 20:54:01 -08:00

Search Twitter

← **Tweet**

**Relevant people**

⇄ Kate Retweeted

**Madame Web News**
@MultiversalWeb    •••

**Kate**
@girlfromaspen                          **Follow**

I dislike negativity so unless I follow you, your replies aren't welcome on my tweets.

**Madame Web News**
@MultiversalWeb                         **Follow**

All the latest news and updates for 'Madame Web' starring Dakota Johnson and directed by S.J Clarkson, set to release in July 2023

7:59 AM · Aug 7, 2022 · Twitter for Android

**What's happening**

8 Retweets    51 Likes

Television · 2 hours ago
**Saturday Night Live airing on NBC**

🗨        ⇄        ♡        ⬆

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
📷 Promoted by Uber

Tweet your reply                        **Reply**

Music · Trending
**Elton John**
5,292 Tweets

Trending in United States
**Blocked**
132K Tweets

Trending in United States
**Clark Phillips**

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski    •••

— https://twitter.com/PMaratonando/status/1235293102539264000 __ et __ 2022-11-20 21:47:52 -08:00

← **Thread**

**Maratonando News** 🇺🇦
@PMaratonando                            •••

LOKI ESTÁ CHEGANDO ! 😊

A série do Loki atualmente está sendo filmada em Atlanta e agora temos novas fotos das gravações da série, que mostram o personagem interpretado por Tom Hiddleston com um visual diferente do qual estamos acostumados a vê-lo.

#Loki
Translate Tweet



11:56 AM · Mar 4, 2020 · Twitter for Android

2 Likes

💬            🔁            ♡            ⬆

**Perkowski Legal P.C.**            •••
@c_perkowski

Tweet your reply                          Reply

**Maratonando News** 🇺🇦 @PMaratonando · Mar 4, 2020
Replying to @PMaratonando
Nas fotos vemos pela primeira vez a personagem de Sophie Di Martino, que muitos acreditam ser uma versão feminina do Loki ou a Encantor. E o ator Owen Wilson também esteve presente no set . Confira :

💬            🔁            ♡  1            ⬆

---

**Relevant people**

**Maratonando News** 🇺🇦            Follow
@PMaratonando

Tudo sobre o mundo do cinema, séries e games 🎬📽 Sigam nossos ADMs 👍👍 @1991Philipe 🙂 @rayssajoy 🙂

**What's happening**

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 🧒
Original movie now streaming
📽 Promoted by Disney+

Trending in United States            •••
**Bob Iger**
Trending with Chapek, Disney

Music · Trending            •••
**Kelly Rowland**
Trending with Chris Brown

Trending in California            •••
**Dodger Stadium**
11.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Search Twitter

https://twitter.com/TheAffinityMag/status/1379917239304277510 ... air ... 2022-11-21 10:44:40 -08:00 Document 23-20 Filed 03/13/23 Page 91 of 101 Page ID #:9274

**Affinity Magazine** ✓
@TheAffinityMag

TMZ has posted new pictures of filming at The CW's 'Powerpuff Girls' live-action series.



3:01 PM · Apr 7, 2021 · Twitter for iPhone

**1,439** Retweets   **25.6K** Quote Tweets   **11K** Likes

♡        ⟳        ♡        ⬆

🧊  Tweet your reply                          Reply

**Affinity Magazine** ✓ @TheAffinityMag · Apr 7, 2021
Replying to @TheAffinityMag
Here's a closer look at the concerning outfits for The CW's 'Powerpuff Girls' live-action series, provided by TMZ.

♡ 110      ⟳ 1,230      ♡ 2,248      ⬆

This Tweet is from an account that no longer exists. Learn more

**Jose Matamoros #PrayForMikufan30...** @UserMat29... · Apr 7, 2021
Replying to @TOthe1st and @TheAffinityMag
I'm blaming CW for even coming up with this.

♡ 1      ⟳      ♡ 22      ⬆

**Plum** @janislove? · Apr 7, 2021
Replying to @TheAffinityMag
Just like Winx Club



♡ 4      ⟳ 15      ♡ 670      ⬆

**Catch these Washed Hands** @GSmartb9 · Apr 17, 2021
Replying to @janislove7 and @TheAffinityMag
At least Winx made an attempt to have the outfits work in a live action. These look like dollar store costumes.

♡        ⟳        ♡        ⬆

**Candice** @CandiceAmberL · Apr 8, 2021
Replying to @TheAffinityMag
I'm holding out that this is for scene were they wear their old look to fight crime again then realise the look doesn't work anymore so they change to new outfits.
I know it's a reach but I planned on watching at least two episodes of this so I'm still clinging onto hope 😂

♡ 2      ⟳      ♡ 10      ⬆

**Libran Receipt Queen** @receipt_queen · Apr 8, 2021
Replying to @CandiceAmberL and @TheAffinityMag
Still ridiculous because they're not specific crime fighting clothes, just little girl dresses. No one thinks "I'm going to a family reunion, time to put on a diaper and onesie"

♡        ⟳      ♡ 5      ⬆

**Nora** 🧊 @NoEja21VIP · Apr 8, 2021
Replying to @TheAffinityMag
If they don't have a story to tell, then they should stay silent. Ruining cartoons is not necessary. The cartoon worked, bc they knew how cartoons work, most live action reboot doesn't know how a live action movie works, and what's the difference between a cartoon and a movie.

♡ 3      ⟳ 46      ♡ 2,034      ⬆

**Demarco** @demarco_82 · Apr 8, 2021
Replying to @NoEja21VIP and @TheAffinityMag
And these are grown ass women playing characters that were were in kindergarten lol

♡ 4      ⟳ 32      ♡ 2,409      ⬆

**Bevv** @grr8ligfikeilev · Apr 8, 2021
Replying to @TheAffinityMag
Was the budget a piece of bubble gum and a shoestring ?



♡ 3      ⟳ 57      ♡ 3,369      ⬆

**periwinkle** @perikeisz · Apr 8, 2021
Replying to @grr8ligfikeilev and @TheAffinityMag
WHY WOULD YOU MAKE ME LAUGH SO HARD AT WORK!?😭

**I Am Sad, So Very, Sad** @otherjennalpert · Apr 8, 2021
Replying to @TheAffinityMag
I know Buttercup is a fictional character and in fact all of them could've been black or all of them could've been white but why did they make the aggressive character black.

♡ 1      ⟳ 21      ♡ 321      ⬆

**Italiana laboriosa** 🍕🍝 @Sc80Thelma · Apr 7, 2021
Replying to @TheAffinityMag
How about you drop this and do power rangers instead

♡ 1      ⟳      ♡ 6      ⬆

**Lorem Ipsum** 🐧 @whoislsBello · Apr 7, 2021
Replying to @TheAffinityMag
Looks like a power rangers movie

♡ 1      ⟳ 1      ♡ 65      ⬆

**phoenix** @phoenix_omega · Apr 7, 2021
Replying to @whoislsBello and @TheAffinityMag
They need another power rangers movie instead of this

♡ 1      ⟳ 1      ♡ 65      ⬆

Show replies

**Willson** @cmdosliharyllayo · Apr 7, 2021
Replying to @TheAffinityMag

**Relevant people**

**Affinity Magazine** ✓
@TheAffinityMag                    Follow
NEXT GEN OF MEDIA

**What's happening**

FIFA World Cup · 13 minutes ago
Senegal vs Netherlands



Family drama · Trending
#GTMcontest4

Trending in United States
Senegal
Trending with #Italy, #SENNED

Sports · Trending
Charles Barkley
4,657 Tweets

Trending in United States
Colorado Springs
506K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.




___ https://twitter.com/Dakoholic_dj/status/1551812442229907456 ___ at ___ 2022-11-20 17:50:40 -08:00 ___

← **Tweet**

 **Dakoholic Official** ✨
@Dakoholic_dj

NEW: Dakota on the set of #MadameWeb , in Boston. July 20th,2022 [ via DakotaJohnsonPortugal]

#DakotaJohnson




11:51 PM · Jul 25, 2022 · Twitter for iPhone

**7** Retweets    **26** Likes

## Relevant people

 **Dakoholic Official** ✨
@Dakoholic_dj                              **Follow**

♡ *"You guys have completely rocked my world and changed my life."* ♡

## What's happening

NFL · 1 hour ago
**Bengals at Steelers**



**#Disenchanted** 🧙
Original movie now streaming
▣ Promoted by Disney+

Trending in United States
**Wayne Brady**
1,568 Tweets

The Real Housewives of Potomac · Trending
**Peter Thomas**
1,824 Tweets

Sports · Trending
**De'Aaron Fox**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Tweet your reply                          Reply

Perkowski Legal P.C. ···
@c_perkowski

__ https://twitter.com/solacecinema/status/1521587918593582083 __ at __ 2022-11-21 09:13:12 -08:00

← **Tweet**

🔍 Search Twitter

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

◉ More

**Tweet**

**Cinema Solace**
@CINEMASOLACE ···

Zendaya debuts new hairdo for Luca Guadagnino's 'Challengers', which is now filming in Boston.



1:30 PM · May 3, 2022 · Twitter for iPhone

**15** Retweets  **8** Quote Tweets  **261** Likes

💬    ⟲    ♡    ⤒

Ⓟ  Tweet your reply                    **Reply**

**you're\* (and other typos)** @waitingunstably · May 3  ···
Replying to @CINEMASOLACE and @SOLACECINEMA
her face says it. "great you found me now leave me alone."

💬    ⟲    ♡ 1    ⤒

**Relevant people**

**Cinema Solace**
@CINEMASOLACE  **Follow**
Find solace in the never-ending world of cinema ✨

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**


Trending in California  ···
**Dodger Stadium**
13.9K Tweets

Entertainment · Trending  ···
**#AntManandTheWaspQuantumania**
1,678 Tweets

Sports · Trending  ···
**Charles Barkley**
3,151 Tweets

Events · Trending  ···
**Black Friday**
169K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

https://twitter.com/miucciamuse/status/1568832950778134528 __ el ___ 2022-11-20 19:06:01 -08:00
Case 22-cv-09462-DMG-ADS    Document 23-20    Filed 03/13/23    Page 95 of 101    Page ID
#:5078

**Tweet**

taylor russell's whore
@MIUCCIAMUSE

bella going to the fendi after party last night



9:10 AM · Sep 10, 2022 · Twitter for iPhone

**111** Retweets    **25** Quote Tweets    **1,545** Likes

Tweet your reply                                    Reply

M🐻 @tsdefault · Sep 10
Replying to @MIUCCIAMUSE
the shoes are so-

💬  1                🔁                ♡  14

M🐻 @tsdefault · Sep 10
Replying to @tsdefault and @MIUCCIAMUSE
like i truly have no words what am i even looking at

💬                🔁                ♡  5

The OG 🔟 @RealityNoTvShow · Sep 10
Replying to @MIUCCIAMUSE
I will never understand fashion because those shoes......



GIF  ALT

💬                🔁                ♡  5

jules hat kein zwitscher @juleszwitscher · Sep 10
Replying to @MIUCCIAMUSE
i'm gonna shit myself looking at those shoes

💬                🔁                ♡  9

Show more replies

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

**Relevant people**

taylor russell's whore          Follow
@MIUCCIAMUSE
it girl in training • hf twt • she/her •
fan account

**What's happening**

NFL · 2 hours ago
Cowboys at Vikings

#Disenchanted 🧙
Original movie now streaming
📺 Promoted by Disney+

Trending in United States
Bob Iger
Trending with Chapek

Trending in United States
#AMAs 🔥
Trending with soobin, Favorite K-Pop Artist

Sports · Trending
Toney
10.3K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/MarvelAddicted0/status/1578095102920263203 ... et ... 2022-11-20 13:55:00 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-20   Filed 03/13/23   Page 96 of 101   Page ID
#:5079

← Tweet

**Marvel Addicted**
@MarvelAddicted0

Tahir Rahim as Ezekiel Sims and Dakota Johnson's stunt double as Cassandra Webb ❄️
She's hit by Sims 👀

#MadameWeb #DakotaJohnson



11:49 AM · Oct 6, 2022 · Twitter for Android

**10** Retweets   **2** Quote Tweets   **33** Likes

Tweet your reply                                          Reply

**Alexandre Matias** @matiasalexandre · Oct 6
Replying to @MarvelAddicted0
Or is the stunt double for Oscar Isaac playing a live action #MiguelOhara aka #SpiderMan2099?
1                                                    1

**Marvel Addicted** @MarvelAddicted0 · Oct 6
Replying to @matiasalexandre
That's too high for now, I guess. Ofc Madame Web have some time travel stuffs, still 2099 being in is not kinda possible, I believe 👀
I also doubted this, though. Anyway who knows what twist lies here.
1                                                    1

**GMG 🇮🇹 #BlackPanther #WakandaForever** @GabiMG_News · Oct 6
Replying to @MarvelAddicted0
True, I think the same.
1                                                    2

**Hotty_Venom** 🇲🇫🇮🇹 @Lorenzo74209291 · Oct 6
Replying to @GabiMG_News and @MarvelAddicted0
Ezekiel to Madame Webb: I'm not trying to kill that boy, I'm trying to save him
1                                                    3

Show replies

**Alexandre Matias** @matiasalexandre · Oct 6
Replying to @MarvelAddicted0
Is Miguel Ohara aka #SpiderMan2099?

---

Search Twitter

**Relevant people**

**Marvel Addicted**                          Follow
@MarvelAddicted0
✨ JUST MARVEL | ALL ABOUT MARVEL
✨ | EDITS, FACTS, LEAKS, MEMES, NEWS,
RUMORS, UPDATES, ETC ✨ | FOLLOW fOR
MARVEL #MarvelAddicted ©

**What's happening**

NFL · 38 minutes ago
**Panthers at Ravens**

#Disenchanted 😍
Original movie now streaming
Promoted by Disney+

Trending in California
**Rest In Peace**
562K Tweets

Only on Twitter · Trending
**Rest in Power**
26K Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/misslefroy/status/1556045203475238912 — at — 2022-11-20 08:09:29 -08:00

**Home**

**Explore**

**Notifications** 1

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

🔍 Search Twitter

grace dante
@misslefroy

...

dakota johnson spotted on the set of madame web



3:31 PM · Aug 6, 2022 · Twitter for Android

**30** Retweets   **6** Quote Tweets   **219** Likes

💬   🔁   ♡   ⬆️

P   Tweet your reply                           **Reply**

Stephen Ball @Stephen69330887 · Aug 6   ...
Replying to @misslefroy
That's lucky since she's in the film playing a big role 😂

💬   🔁   ♡   ⬆️

## Relevant people

grace dante
@misslefroy                                **Follow**

"Il fiore che sboccia nelle avversità è il
più raro e il più bello di tutti" 🌸 fan
account

## What's happening

Television · Last night
**Saturday Night Live airing on NBC**

**#Disenchanted** 🧙
Original movie now streaming
📺 Promoted by Disney+

Trending in United States   ...
**#RIPLEGEND**

Only on Twitter · Trending   ...
**RIP JDF**
2,574 Tweets

Only on Twitter · Trending   ...
**Jason David Frank**
Trending with Power Rangers, Tommy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

←    Tweet

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@_perkowski

Search Twitter

**Relevant people**

NAÇÃO MARVEL | fa...    Follow
@nacaomarvel
65.4K Tweets

🔵 O maior fã-clube da Marvel no
Brasil e #2 do mundo | por @kairqu6
& @thiandopper | 📧 @PodcastNM |
📧 nacaomarvelof@gmail.com

**What's happening**

NFL · 40 minutes ago
49ers at Cardinals

Entertainment · Trending
Died Suddenly

Trending in California
Dodger Stadium
70.1K Tweets

Reality TV · Trending
August Alsina
#TheSurrealLife

Trending in United States
Chrisley
22.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More v
© 2022 Twitter, Inc.



NAÇÃO MARVEL | fan club
@nacaomarvel

Saudades dos meus vingadores 🥺

Translate Tweet

3:37 AM · Jul 4, 2022 · Twitter for Android

**788** Retweets   **75** Quote Tweets   **5,649** Likes

Tweet your reply      **Reply**

**23** @sandroalmeidaa · Jul 4
Replying to @nacaomarvel
os maiores! não tem jeito
♡ 2

**Wesley** @iiarnws · Jul 4
Replying to @nacaomarvel
😭

**Thiago Castro** @Thiagocastro977 · Jul 4
Replying to @nacaomarvel
A primeira foto vazada, e várias teorias em cima dela.
♡

**🐍 🍷** @santonickson_ · Jul 4
Replying to @nacaomarvel
Nunca vi tanto defunto junto
♡ 3

**J0reyzZ** @J0rey_jr · Jul 4
Replying to @santonickson_ and @nacaomarvel
Se controle homi
♡ 2

**Giselly Souza** @gsouza1995 · Jul 4
Replying to @nacaomarvel
Saudades da minha Natasha 🥺❤️
♡ 1

**Andrei Paiva** @D_Dreei · Jul 4
Replying to @nacaomarvel
Nunca tanko ele fazendo o Rocky, imagina ao cenas que ele tem que lutar e
correr kkkkkkkkk ele deveria ser o que tem o maior caché

♡ 44

**Mr Rabbit** 🤍🤍 @prondalorian · Jul 4
Replying to @nacaomarvel
Até hoje eu fico impressionado que os trajes brancos eram CG, pqp muito
foda
♡ 4

**~matt~** 🕷️ @Sp1derM4tt · Jul 4
Replying to @nacaomarvel
vai num cemitério e cê encontra a maioria nm
♡ 3   14

**NAÇÃO MARVEL | fan club** @Sp1derM4tt · Jul 4
Replying to @nacaomarvel
mano???? 😂😂😂
♡ 12

Show replies

**emy** @emyyyxay · Jul 4
Replying to @_xlvibunny
♡ 1

**@_viviizz** @_viviizz · Jul 4
Replying to @emyyyxay and @nacaomarvel
saudade da mh segunda casa
♡

**Defautão** @_Padrao_ · Jul 4
Replying to @nacaomarvel
Saudades
♡ 1

**juvibr** @prinorianoaipo · Jul 4
Replying to @nacaomarvel
nosso~
♡ 1

**Rafa** @Rafa063br · Jul 4
Replying to @nacaomarvel
Pô bateu aquela sdds deles mm 😂😂😂😂😂😂😂
♡ 1

**Tah Mori 🍃/ titans** @kizrafbanks · Jul 4
Replying to @nacaomarvel
Nossa nação que saudade deles
♡

**Diogo Tróia** @DIOGOYOUTUBERD · Jul 4
Replying to @nacaomarvel
Podes ver em DVD
♡

**duh** @diborda_version · Jul 4
Replying to @nacaomarvel
Chris rindo com a mão no coração
♡ 1

**Paulo** @PauloRot4022253 · Jul 4
Replying to @nacaomarvel
Show 🥲
♡ 1





← **Tweet**

**Relevant people**

🐤 **Bicara Box Office**
@bicaraboxoffice                                    ⋯

Kostum baru Shazam dalam SHAZAM: FURY OF THE GODS (2 Juni 2023).

Dari justjared.com



5:19 PM · Jun 3, 2021 · Twitter Web App

**4** Retweets  **33** Likes

💬          🔁          ♡          ⬆️

🅿️  Tweet your reply                          Reply

👤 **Fufu** @desutoroia666 · Jun 3, 2021          ⋯
Replying to @bicaraboxoffice
Cape-nya cgi nih ya

💬          🔁          ♡          ⬆️

👤 **CEO Bukalawak** @humoreez · Jun 3, 2021          ⋯
Replying to @bicaraboxoffice
Petinya kurang gede

💬          🔁          ♡          ⬆️

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⚫ More

**Tweet**

🅿️ **Perkowski Legal P.C.**
@c_perkowski                    ⋯

🔍 Search Twitter

**Relevant people**

🐤 **Bicara Box Office**
@bicaraboxoffice          Follow

Box office data and analysis, nerd and geek stuff, occasional random stuff. Proud founder of @cinepoint_ app. Please don't ask for a rate card, there's none.

**What's happening**

FIFA World Cup · 2 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🗿
Get tickets now - In theaters December 16
⬛ Promoted by Avatar

Celebrities · Trending                          ⋯
**Tom Hanks**
5,548 Tweets

Trending in United States                          ⋯
**Ochoa**
Trending with Lewandowski, #MexVsPol

Trending in California                          ⋯
**Mexicans**
15.6K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2022 Twitter, Inc.

__ https://twitter.com/ClickySound/status/1239029009704521728 __ at __ 2022-11-20 08:19:10 -08:00 __

← **Tweet**

 **Clicky Sound**
@ClickySound

...

clickysound.com/soon-to-be-fre...  Still a hunk at 42, Tom Brady is making waves days before his big career decision. This past week, the legendary...



8:21 PM · Mar 14, 2020 · Clicky Sound

 Tweet your reply

Reply

---

**Relevant people**

 **Clicky Sound**
@ClickySound      Follow
Photography at its Best!

**What's happening**

FIFA World Cup · LIVE
**Qatar vs Ecuador**



**#Disenchanted** 🧑
Original movie now streaming
▶ Promoted by Disney+

Trending in United States     ...
**Offsides**
4,861 Tweets

Only on Twitter · Trending     ...
**RIP JDF**
3,163 Tweets

Events · Trending     ...
**The VAR**
24.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski     ...

Search Twitter

__ https://twitter.com/liissett_/status/1578388436804943880 __ at __ 2022-11-20 11:14:25 -08:00 __

# Tweet

**Acta Non Verba** ❄️
@liissett_

Dakota en el set de Madame Web ayer en Boston 🖤



7:15 AM · Oct 7, 2022 · Twitter for Android

**13** Retweets    **99** Likes

Tweet your reply

Reply

## Relevant people

**Acta Non Verba** ❄️
@liissett_

Follow

'fan account' 🏹🍡🤎
#DakotaJohnson🎉#Dakoholic💛🦙
∞•• Taylor Swift🧡ChrisEvans💚
GiulioBerruti🖤 Blanca Suárez💜 All
my love D💙

## What's happening

FIFA World Cup · 3 hours ago
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 🧖
Original movie now streaming
▶️ Promoted by Disney+

Entertainment · Trending
**Morgan Freeman**
178K Tweets

Trending in United States
**Rest in Peace**
42.4K Tweets

Trending in California
**Shakira**
107K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Perkowski Legal P.C.**
@c_perkowski