# EXHIBIT B Continued

https://twitter.com/stranwberryes/status/1515902045848454732 ___ at ___ 2022-11-21 23:03:54 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-21   Filed 03/13/23   Page 2 of 101   Page ID #:5086





**aly**
@stranwberryes

eu acho que nenhum show esse ano vai superar o anichella culturalmente

Translate Tweet



8:56 PM · Apr 17, 2022 · Twitter for Android

**3** Retweets   **44** Likes

---



Perkowski Legal P.C.
@c_perkowski

Tweet your reply          **Reply**

**λ0** @Theweeknitta · Apr 17
Replying to @stranwberryes
tbm acho
💬 1              ♡ 1

**aly** @stranwberryes · Apr 17
Replying to @Theweeknitta
vai ser difícil superar
💬 1              ♡ 1

Show replies

---

**Relevant people**



**aly**
@stranwberryes          **Follow**
comento sobre a vida dos outros

**What's happening**

NFL · 2 hours ago
**49ers at Cardinals**



Entertainment · Trending
**Died Suddenly**
70.5K Tweets

Trending in United States
**Roanoke**

Trending in California
**Dodger Stadium**
8,257 Tweets

Trending in United States
**Maher**
8,087 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/bieberinfobr/status/1486548268226170884 __ at __ 2022-11-21 23:08:05 -08:00



← **Tweet**

🔍 Search Twitter

- ⌂ Home
- # Explore
- 🔔 Notifications
- ✉ Messages
- 🔖 Bookmarks
- ☰ Lists
- 👤 Profile
- ⋯ More

**Tweet**



**Bieber Info Brasil**
@bieberinfobr ⋯

Justin Bieber foi visto ontem, 26 de janeiro, em Beverly Hills, na California.



7:55 PM · Jan 26, 2022 · Twitter for iPhone

1 Retweet    1 Quote Tweet    12 Likes

💬          ↺          ♡          ⬆

P    Tweet your reply                    Reply

**Relevant people**



**Bieber Info Brasil**    Follow
@bieberinfobr
Fan account @justinbieber

**What's happening**

NFL · 2 hours ago
**49ers at Cardinals**

Entertainment · Trending    ⋯
**Died Suddenly**
70.8K Tweets

Sports · Trending    ⋯
**Trey Lance**
1,345 Tweets

Trending in California    ⋯

P    **Perkowski Legal P.C.**    ⋯
@c_perkowski

__ https://twitter.com/bangtidyhq/status/1384936221988762754 __ at __ 2022-11-20 17:39:33 -08:00 __

← **Tweet**



**Bang Tidy Celebs**
@BangTidyHQ                                    ···

## Hailey Bieber



11:25 AM · Apr 21, 2021 · Twitter Web App

**2** Retweets  **32** Likes




Tweet your reply                              Reply

Search Twitter

### Relevant people


**Bang Tidy Celebs**                     Follow
@BangTidyHQ

Bringing you Bang Tidy Celebs from
the UK and around the world. From TV
& Film to Music & Models. Any
requests feel free to tweet.

### What's happening

NBA · LIVE
**Grizzlies at Nets**



**#Disenchanted** 🧚
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                    ···
**Machine Gun Kelly**
1,648 Tweets

Trending in United States                    ···
**#AMAs** 🔥
Trending with soobin, yeonjun

Sports · Trending                            ···
**#KCvsLAC**
1,562 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**    ···
@c_perkowski



__ https://twitter.com/bso/status/1395419105281421314 __ at __ 2022-11-22 06:40:20 -08:00



← **Tweet**



 **Robert Littal BSO** ✓
@BSO                                    ...

Lamar Odom on The Hallucinogenic Drug He Takes to Keep Him Sober (Video) bit.ly/3wlO1R4 via @NathanAddison24



9:40 AM · May 20, 2021 · BSO Alert

**1** Retweet    **3** Quote Tweets    **4** Likes

💬            ⟲            ♡            ⬆

 Tweet your reply                    Reply

## Relevant people

 **Robert Littal BSO** ✓    **Follow**
@BSO

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

## What's happening

FIFA World Cup · 2 hours ago
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater**🗣️
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States                    ...

---

**Home**

**Explore**

🔔 **Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski    ...



https://twitter.com/naosomarvel/status/1388549490329595504__et__2022-11-21 22:55:02-08:00
Document 23-21   Filed 03/13/23  Page 8 of 101   Page ID
#3062

NAÇÃO MARVEL | fan club
@nacaomarvel

A #MSMARVEL DE IMAN VELLANI TÁ TÃO PERFEITA.
ESSE TRAJE LINDO. É A PATROA. É UMA DAS
MELHORES HEROÍNAS DA MARVEL. NÓS VENCEMOS
MAIS UMA VEZ.

Translate Tweet



10:42 AM · May 1, 2021 · Twitter for Android

116 Retweets   32 Quote Tweets   1,104 Likes

Tweet your reply                                    Reply

Luan de Oliveira @Luan_Strange · May 1, 2021
Replying to @nacaomarvel
Quero muito ver ela e a capitã marvel lutando juntas 👏👏



Mark | THIS IS WHY @aimenespark · May 1, 2021
Replying to @nacaomarvel
Como que ela conheceu a capitã marvel?sendo que ela não ta pra muito pra terra

Jaun @JesusTeAbomina · May 1, 2021
Replying to @aimenespark
Como deu pra ver em WandaVision, alguém gravou a batalha final de
Ultimato e todo mundo sabe, se pá ele fizeram um documentário ou algo
do tipo

Carlos @Carlos92156899 · May 1, 2021
Replying to @nacaomarvel
Espero que não façam ela tão chata quando no jogo do ano passado.

Denner Pereira @AZ0vof · May 1, 2021
Replying to @nacaomarvel
@Isabel88851528

Leandro Pereira de Jesus @leopijpa4 · May 1, 2021
Replying to @nacaomarvel
Cara tô muito ansioso por essa série, essa personagem é de mais.

NandinhoBu @NANDINHOBU · May 1, 2021
Replying to @nacaomarvel
Tá tendo no discussão por causa das heroínas da Marvel kkkm

Young Bi Sissy @AkiatiroIBR2021 · May 1, 2021
Replying to @nacaomarvel
Adm tem gente falando do corpo da iman, adora o modo proteção al pfv,
precisamos proteger ela

gabxavi_m @GabxaviM · May 1, 2021
Replying to @GabxaviM
tô curioso pra ver os poderes delaaaaaa 🤩🤩

🍀→👽 marina 🩸🌈 @maribalator · May 1, 2021
Replying to @nacaomarvel
Amei a máscara dela 😍

Gui PRETO @Guilherme977 · May 1, 2021
Replying to @nacaomarvel
Tá parecendo uma heroína brasileira, a Kapinha!

Vinícius @WadeVinny99 · May 1, 2021
Replying to @Guilherme977
A melhor Heroína vem da Europa.

Rodrigo bananinha 🍌 @rodrigovskpy · May 1, 2021
Replying to @nacaomarvel
Não conheço muito a personagem, mas vou ver. Esse traje bonito dela me
chamou a atenção

This Tweet was deleted by the Tweet author. Learn more

cand🖤 @JadeGen746454897 · May 1, 2021
Replying to @TheloWePaulf05
Não

L0reL0re3 #LSDV @WolfPedro1121 · May 1, 2021
Replying to @nacaomarvel
eu confesso que não sei de Nada sobre a MsMarvel , nada , mas vamos lá
Marvel toca esse trem ai que parece estar bom

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more

Show replies

Show more replies

← →

Perkowski Legal P.C. ···
@_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Search Twitter

Relevant people

NAÇÃO MARVEL | fa...    Follow
@nacaomarvel
🇧🇷 O maior fã clube da Marvel no
Brasil e #2 do mundo | por @kanyoll
& @thurstoppin | @PodcastNM |
✉️ nacaomarvelofc@gmail.com

What's happening

NFL · 1 hours ago
49ers at Cardinals

Entertainment · Trending
Died Suddenly
69K Tweets

Trending in United States
August Alsina
Trending with Jada, #TheSusakLife

Trending in California
Dodger Stadium
8,718 Tweets

Entertainment · Trending
Sinbad
8,227 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.



Tweet

← 

Home

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from a suspended account. Learn more



**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/aldobnet/status/1494876951037143040 ... — ... 2022-11-21 09:38:12, 08:00 Document 23-21 Filed 03/13/23 Page 11 of 101 Page ID #:3095



← **Tweet**

**TRAVIS SCOTT FANS** ✓ ⚙
@LaflameScott

Us looking for UTOPIA 🤣



3:18 PM · Mar 16, 2022 · Twitter for iPhone

**208** Retweets   **11** Quote Tweets   **4,175** Likes

💬       🔁       ♡       ⬆

---

Perkowski Legal P.C.
@c_perkowski

---

🖼  Tweet your reply                                    **Reply**

Joe Higgins @JosephH63146942 · Mar 16
Replying to @LaflameScott
Me looking for who tf asked. 😭
💬 1      🔁      ♡      ⬆
Show replies

Flame°// utopia soon @tm_flame · Mar 17
Replying to @LaflameScott
💬      🔁      ♡      ⬆

EdrockX 💀 @EdrockGaming · Mar 16
Replying to @LaflameScott
Fr bro
💬      🔁      ♡ 2    ⬆

leonardo @leonard73002776 · Mar 16
Replying to @LaflameScott
Travis will never drop Utopia, we probably would be grandparents when that shit drops 😭
💬      🔁      ♡ 2    ⬆

Egebro @EgebroFrederik · Mar 17
Replying to @LaflameScott
Us drowning in cum
💬      🔁      ♡      ⬆

Tenarious @Tenarious2 · Mar 16
Replying to @LaflameScott
💯💯💯
💬      🔁      ♡      ⬆

fw.YTXX °/ @Ernesto18167805 · Mar 17
Replying to @LaflameScott
Lmao Fr
💬      🔁      ♡ 2    ⬆

Utopia Soon @kanyewthegoat · Mar 16
Replying to @LaflameScott
is this pic recent
💬      🔁      ♡ 2    ⬆

Blvck'Bee 🐝😎 @blvckbee_018 · Mar 18
Replying to @LaflameScott

youtube.com
Blvck'Bee - Rules In My City ft MacDee & Blakka
Rules in the hood of Ikageng in 018, it is all about crime,drugs and unhealthy lifestyle

💬      🔁      ♡      ⬆

SEE/KNOW @SEE_KNOW_NY · Mar 16
Replying to @LaflameScott
That shacket tho 😭
💬      🔁      ♡      ⬆

This Tweet is from a suspended account. Learn more

ZOE @thevampanthem · Mar 16
Replying to @wornpops and @LaflameScott
i hope
💬      🔁      ♡      ⬆

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

Judgemental Kanye 🕊 · ꭅ๑ @YeezusTheSaint · Mar 22
Replying to @girlyglos and @LaflameScott
تاعبني. بعد ما نزل Mafia تحسابه قريب الألبوم 😭
💬 1      🔁      ♡ 1    ⬆

Show additional replies, including those that may contain offensive content    Show

---

🔍 Search Twitter

**Relevant people**

**TRAVIS SCOTT FA...** ✓    Follow
@LaflameScott
Official Fan Page Of: @travisXX • La Flame Follows

**What's happening**

Music · LIVE
Fans celebrate Kihyun's birthday 🎉

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
📣 Promoted by Avatar

Entertainment · Trending
Died Suddenly
Trending with World Premiere

Trending in California
Mexicans
7,207 Tweets

Trending in United States
Ole Miss
Trending with Auburn

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

https://twitter.com/bieberinfobr/status/1486548082372680033 __ et __ 2022-11-22 00:14:45 -08:00



# Tweet

**Bieber Info Brasil**
@bieberinfobr

Justin Bieber foi visto ontem, 26 de janeiro, em Beverly Hills, na California.



7:54 PM · Jan 26, 2022 · Twitter for iPhone

**2** Retweets   **1** Quote Tweet   **23** Likes

Tweet your reply

Reply

@camiswife · Jan 26
Replying to @bieberinfobr
justin terror da oms

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

Tweet

Perkowski Legal P.C.
@c_perkowski

Search Twitter

### Relevant people

**Bieber Info Brasil**
@bieberinfobr
Fan account @justinbieber

Follow

### What's happening

NFL · 3 hours ago
49ers at Cardinals



#AvatarTheWayOfWater
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in United States
**james cameron**

Trending in California
**Mexicans**
6,889 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.





https://twitter.com/proxcinemente/status/1529561555360169988 — at — 2022-11-20 18:13:10 -0800



**Próxcinemente** @proxcinemente · May 25

Primer vistazo de Xolo Maridueña ("Cobra Kai") en el rodaje de "BLUE BEETLE", la nueva película de DC Films. 💙🪲 #BlueBeetle

📸 Vía: @JustJared

1     1     2

**Próxcinemente**
@proxcinemente

1:34 PM · May 25, 2022 · Twitter for Android

**1** Like

Tweet your reply

Reply

Perkowski Legal P.C.
@c_perkowski

### Relevant people

**Próxcinemente**
@proxcinemente

Follow

Todas las novedades en el mundo del séptimo arte. 🎬 | Creador: @chuyRM_93 | Contacto: proxcinemente@gmail.com

### What's happening

NFL · 1 hour ago
**Bengals at Steelers**

#Disenchanted 👹
Original movie now streaming
📺 Promoted by Disney+

Sports · Trending
**Fortson**

Trending in United States
**#AMAs** 🔥
Trending with soobin, bebe rexha

__ https://twitter.com/Starfucks93/status/1334144895280427015 __ at __ 2022-11-21 11:19:18 -08:00 __

Tweet

**Starfucks 57K**
@Starfucks93

Alexandra Daddario and Hayley Atwell



6:38 AM · Dec 2, 2020 · Twitter for Android

8 Retweets    73 Likes

## Relevant people

**Starfucks 57K**
@Starfucks93    Follow

M 29 (Paid cumtributes/cocktributes requests)

## What's happening

FIFA World Cup · LIVE
**USA vs Wales**

Entertainment · Trending
**Julia Fox**
4,673 Tweets

Trending in California
**Dodger Stadium**
13.9K Tweets

Trending in United States
**Vamos USA**

Trending in United States
**Neco Williams**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/ImexlIG/status/1412133655183500706 __ el __ 2022-11-22 09:27:20 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-21   Filed 03/13/23   Page 18 of 101   Page ID
#:5102

← Tweet

الاحداث حول العالم | 🎭 👑
@ImexlIG

هاري ستايلز مع أوليفيا وايلد في إيطاليا اليوم.

Translate Tweet




© BackGrid

12:37 PM · Jul 5, 2021 · Twitter for iPhone

15 Likes

Tweet your reply                                              Reply

حنان 🍂 @7e__n · Jul 5, 2021
Replying to @ImexlIG
@kookionm 😄
  1

k @kookionm · Jul 5, 2021
Replying to @7e__n and @ImexlIG
The legend 🤎😍

Perkowski Legal P.C.
@c_perkowski

Search Twitter

Relevant people

الاحداث حول العالم | 🎭 👑
@ImexlIG                    Follow
أجمل منصة ترفيهية لأخبار و احداث النجوم
والمشاهير حول العالم | الخاص للدعاية و
الإعلان

What's happening

FIFA World Cup · LIVE
Mexico vs Poland

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
#TheMarvels
2,294 Tweets

Trending in California
Mexicans
9,839 Tweets

Trending in United States
#BoycottTampax
2,484 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

__ https://twitter.com/ofuxico_oficial/status/1346293235132620800 __ at __ 2022-11-21 00:17:29 -08:00 __



← **Tweet**

 **OFuxico** ✔
@ofuxico_oficial                                                                    ···

**#DuaLipa** curte dia de descanso
ofuxico.com.br/.../dua.../202...



7:11 PM · Jan 4, 2021 · Twitter Web App

**3** Likes

💬                    🔁                    ♡                    ⬆️

 Tweet your reply                                          Reply

🔍 Search Twitter

### Relevant people

 **OFuxico** ✔                                    Follow
@ofuxico_oficial

OFuxico é um site jornalístico sobre o mundo dos famosos, da televisão, do cinema e assuntos relacionados ao entretenimento. No ar há 20 anos.

### What's happening

NFL · Yesterday
**Commanders at Texans**



Music · Trending
**Lionel Richie**
3,370 Tweets                                          ···

Trending in United States
**UCLA**
11.7K Tweets                                          ···

Music · Trending
**#DavidoAt30**
59.1K Tweets                                          ···

Trending in United States
**Bob Iger**
Trending with Disney, Chapek                          ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Home
### Explore
### 🔔 Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

 **Perkowski Legal P.C.**   ···
@c_perkowski

← Thread

🔍 Search Twitter



▽ *DIZ* ▽
@DIZfilms

マーゴット・ロビーがバービーを演じて、ライアン・ゴズリングがケンを演じる実写映画『Barbie』の撮影がスタート！どんな映画になるのか全く想像できない…！グレタ・ガーウィグ監督も全身ピンクで撮影に挑んでるのも可愛い❤️楽しみすぎる💋

Translate Tweet



8:10 PM · Jun 22, 2022 · Twitter for iPhone

739 Retweets   95 Quote Tweets   7,076 Likes

💬    🔁    ♡    ⬆️

 Who can reply?
People @DIZfilms follows or mentioned can reply

 ▽ *DIZ* ▽ @DIZfilms · Jun 28
Replying to @DIZfilms
今日も「Barbie」撮影中のマーゴット・ロビーとライアン・ゴズリング❤️衣装が凄すぎて発光してる！！！



💬    🔁 124    ♡ 966    ⬆️

Perkowski Legal P.C.
@c_perkowski

**Relevant people**

▽ *DIZ* ▽
@DIZfilms          Follow

人生が豊かになる映画•ドラマの最新ニュースや作品紹介を自分軸で厳選してお届け🎁 1人でも多くの映画好きを増やすため、色々な映画の楽しみ方を発信中。フリーランス2年目📝
instagram.com/diz2049/ 📷

**What's happening**

FIFA World Cup · LIVE
Senegal vs Netherlands



Music · Trending
Kelly Rowland
Trending with Chris Brown

Trending in California
Dodger Stadium
14.3K Tweets

Sports · Trending
Maguire
Trending with #ThreeLions🏴󠁧󠁢󠁥󠁮󠁧󠁿

Trending in United States
#PublicHealthHeroes

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

__ https://twitter.com/AndresJovannyMa/status/1329599275244941314 __ at __ 2022-11-20 23:58:05 -08:00 __



_ https://twitter.com/MovieCrazyP/status/1444820899002257411 _ at _ 2022-11-22 20:39:14 -08:00 _

← **Tweet**

**Movie Crazy Planet** 🎬🍿🎥
@MovieCrazyP                              •••

📸 🎆 PAPARAZZI 🎆 📸

Jennifer Lawrence embarazada caminando en Nueva York.



5:25 PM · Oct 3, 2021 · Twitter for Android

**8** Likes

💬          🔁          ♡          ⬆️

Tweet your reply                    Reply

## Relevant people

**Movie Crazy Planet ...**          Follow
@MovieCrazyP
💥Noticias, tráilers, pósters, los estrenos más recientes de cine, series y televisión.💥 Síguenos y activa la 🔔 moviecrazyplanet@gmail.com 📩

## What's happening

NBA · LIVE
**Lakers at Suns**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
📹 Promoted by Avatar

Business and finance · Trending
**Chesapeake**                        •••
3,204 Tweets

Trending in United States
**#GenshinSpecialProgram**            •••
11.5K Tweets

Celebrities · Trending
**Denzel Washington**                 •••
1,319 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



**Perkowski Legal P.C.**          •••
@c_perkowski

— https://twitter.com/things_marvel/status/1235557170113998850 — at — 2022-11-21 00:14:44 -08:00

← Thread

# Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

**All Things Marvel**
@things_marvel

ภาพเซ็ดใหม่จากกองถ่ายซีรีส์ Loki



5:25 AM · Mar 5, 2020 · Twitter Web App

231 Retweets   72 Likes

Tweet your reply          **Reply**

**All Things Marvel** @things_marvel · Mar 5, 2020
Replying to @things_marvel
ภาพเซ็ดใหม่จากกองถ่ายซีรีส์ Loki



43     19

---

Search Twitter

## Relevant people

**All Things Marvel**   **Follow**
@things_marvel
News update for THAI fans of
@Marvel Cinematic Universe. อัปเดต
ข่าวของจักรวาลภาพยนตร์มาร์เวลสำหรับ
แฟน ๆ ชาวไทย

## What's happening

NFL · Yesterday
**Commanders at Texans**



Music · Trending
**Lionel Richie**
3,359 Tweets

Music · Trending
**#DavidoAt30**
58.8K Tweets

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States
**Heisman**
4,677 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/AndyVermaut/status/1312030720735420417 __ at __ 2022-11-20 22:04:30 -08:00 __

← **Tweet**

**Andy Vermaut**
@AndyVermaut

Jordyn Woods Poses For Sexy Shower Pic Taken By NBA Boyfriend Karl-Anthony Towns: 'His View'
hollywoodlife.com/2020/10/02/jor...



7:04 AM · Oct 2, 2020 · dlvr.it

Tweet your reply

Reply

## Relevant people

**Andy Vermaut**
@AndyVermaut

Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

NFL · 1 hour ago
**Chiefs at Chargers**

**#Disenchanted** 🧟
Original movie now streaming
Promoted by Disney+

Trending in California
**Dodger Stadium**
11.4K Tweets

Trending in United States
**#AMAs** 🎤
Trending with soobin, yeonjun

Sports · Trending
**Carr**
30.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Search Twitter

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/zornitsaxx/status/1356986413622255620 — at — 2022-11-21 08:01:13 -08:00

Case 2:22-cv-09462-DMG-ADS   Document 23-21   Filed 03/13/23   Page 25 of 101   Page ID #:5109

Search Twitter

— MY DJARIN — ✨🌈
@zornitsaxx

หลวงพ่อวัดนี้ค่อนข้างจะรักสุขภาพ เห็นมาออกกำลังกายก่อน
ไปบิณฑบาตทุกวัน

Translate Tweet



6:02 AM · Feb 3, 2021 · Twitter for Android

20 Retweets    1 Quote Tweet    10 Likes

Tweet your reply                                    Reply

🌈สวัสดีวันจันทร์⚡ @gudezine · Feb 3, 2021
Replying to @zornitsaxx
โฮมาป. ดาไม่ได้มองหัวหลวงพ่อเลยค่ะ
♡ 1

Son @Son73844977 · Feb 3, 2021
Replying to @zornitsaxx
หลวงพ่อเป็นเจ้าอาจารย์วัดไหนค่ะ จะไปกรายเพลทุกมื้อ

royalelephant @cacaoandcream · Feb 3, 2021
Replying to @zornitsaxx
คุณพระ❤️❤️❤️❤️❤️
♡ 1

— MY DJARIN — ✨🌈 @zornitsaxx · Feb 3, 2021
Replying to @cacaoandcream
หลวงพ่อสุขภาพดีมาก ๆ
♡ 1

Relevant people



— MY DJARIN — ✨...    Follow
@zornitsaxx
🌲 ❄️ READ LOVE DANCE LIVE | Backup
@nannerine | ☼·˚ ⚔️ | Colin Farrell |
Kyungsoo 🫧 | SJ | ติดต่องาน
contact my DM 📨 ✨🙏

What's happening

FIFA World Cup · 29 minutes ago
England vs Iran

Korean music · Trending
#chase
9,857 Tweets

Music · Trending
Kelly Rowland
Trending with Chris Brown

Trending in United States
Hive
71.6K Tweets

Trending in United States
Bellingham
130K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More …
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski



— https://twitter.com/FUCCI/status/1195858130715979777 __ et __ 2022-11-22 19:15:47 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-21   Filed 03/13/23   Page 27 of 101   Page ID
#:5111

Search Twitter



AMERICA'S PROBLEM ✔
@FUCCI





👤 Dior

4:16 PM · Nov 16, 2019 · Twitter for iPhone

**1,043** Retweets   **76** Quote Tweets   **4,031** Likes

💬        🔁        ♡        ⬆️

P  Tweet your reply                                    Reply

destiney bleu ✔ @destineybleu · Nov 16, 2019
Replying to @FUCCI and @Dior
all bleu everything 💙
💬        🔁        ♡  2        ⬆️

steven bloop @ArtsNChills · Nov 16, 2019
Replying to @FUCCI and @Dior
This fire
💬        🔁        ♡        ⬆️

stone @hardt0kill · Nov 16, 2019
Replying to @FUCCI and @Dior
Dior Queen. also me with 2 bags
💬        🔁        ♡        ⬆️

💎RHINESTONE COWGIRL💎 @V1xenChronicles · Nov 16, 2019
Replying to @FUCCI @DEVandtheCITY and @Dior
Dior Doll
💬        🔁        ♡        ⬆️

Yanni D. Luffy 🧜🏽‍♀️ @yummi_yanni · Nov 16, 2019
Replying to @FUCCI and @Dior
Rihannaaaaa 🧿💙
💬        🔁        ♡        ⬆️

**Relevant people**

AMERICA'S PROBL... ✔            Follow
@FUCCI
tastemaker | ancient god | served in
the navy since 2005 pronouns:
(he/want/me) (Naija Basquiat)

Dior ✔                          Follow
@Dior
⊘ Official
"Women, with their intuitive instinct,
understood that I dreamed not only of
making them more beautiful, but
happier too." Christian Dior

**What's happening**

NBA · 24 minutes ago
Nets at 76ers

#AvatarTheWayOfWater🧜🏽‍♀️
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States
RIP Harold                      ···

Trending in United States
#StayWoke                       ···

Trending in California
Hooters                         ···
8,269 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.    ···
@c_perkowski



__ https://twitter.com/rebahandotid/status/1556812088869535744 __ at __ 2022-11-21 04:12:54 -08:00 __



### Home

### Explore

### Notifications

### Messages

### Bookmarks

### Lists

### Profile

### More

**Tweet**

← **Tweet**



**Si Paling**
@rebahandotid

First look Riri Williams armor, buset Gege banget dah 😳😨😱

Via: marvel_updates

#Ironheart #ririwilliams  #Marvel #series #rebahandotid



6:18 PM · Aug 8, 2022 · Twitter for Android

 Tweet your reply            **Reply**



**Q** Search Twitter

**Relevant people**

 **Si Paling**    **Follow**
@rebahandotid

(Bukan) sebuah media bahas film dan popculture dengan santai sotoy. Kerjasama :  kamarkudotid@gmail.com

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Music · Trending
**Lionel Richie**
4,011 Tweets

Entertainment · Trending
**Disney**
Trending with Bob Iger, Chapek

Trending in United States
**South Carolina**
20.9K Tweets

Trending in United States
**#SisterWives**
3,606 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**



**Miley Cyrus News**
@MileysCyrusNews
···

Miley looks so good in New York City this morning. 😍 ❤️

10:02 AM · Feb 12, 2020 · Twitter for iPhone

**25** Retweets   **7** Quote Tweets   **101** Likes

Tweet your reply

**Reply**

### Relevant people

**Miley Cyrus News**
@MileysCyrusNews
FAN ACCOUNT

**Follow**

### What's happening

FIFA World Cup · 1 hour ago
**USA vs Wales**

Trending in United States
**Kareem Daniel**
···

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,238 Tweets
···

Sports · Trending
**Anthony Black**
···

Trending in United States
**Hive**
141K Tweets
···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/wheres1d/status/1346159490589200387 __ at __ 2022-11-21 05:33:39 -08:00 __

← **Tweet**

**cheesefries**
@Wheres1D

More of Harry at Jeff's wedding



10:20 AM · Jan 4, 2021 · Twitter for iPhone

**7** Retweets   **2** Quote Tweets   **59** Likes

Tweet your reply

Reply

## Search Twitter

### Relevant people

**cheesefries**
@Wheres1D

Follow

occasionally a 1D & solo update account | secretly paul higgins

### What's happening

FIFA World Cup · LIVE
**England vs Iran**

Trending in United States
**Ian Darke**

Trending in California
**Dodger Stadium**
Trending with Elton John, #EltonFarewellTour

Music · Trending
**Slick Rick**

Trending in United States
**#ENGIRN**
Trending with England, #SayTheirNames

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/jaymalecelebs/status/1290214318626099204 __ at __ 2022-11-21 04:33:44 -08:00 __

← Tweet



**Male Celeb Hotties**
@jaymalecelebs

...

When you forget your bag but show off your strong arms!



2:13 AM · Aug 3, 2020 · Twitter for Android

**78** Retweets   **5** Quote Tweets   **736** Likes

Tweet your reply

Reply

## Relevant people



**Male Celeb Hotties**
@jaymalecelebs

Follow

Just a bi guy bringing you hot male celeb content to lust over! DM's are always open! Have fun! 😜 18+

## What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**



Music · Trending
**Kelly Rowland**
20.1K Tweets

Family & relationships · Trending
**Thanksgiving Day**
11.8K Tweets

Family & relationships · Trending
**Thanksgiving Week**
18.9K Tweets

The Walking Dead · Trending
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Search Twitter

**Perkowski Legal P.C.**
@c_perkowski   ···

https://twitter.com/jenniferupdates/status/1351972590416379905 __ el__ 2022-11-21 02:30:24 -08:00

# Tweet



### Jennifer Lawrence Updates
@JenniferUpdates

Jennifer Lawrence and Leonardo DiCaprio sharing a sweet moment on the set of 'Don't Look Up'



11:19 AM · Jan 20, 2021 · Twitter for iPhone

**91** Retweets   **28** Quote Tweets   **977** Likes

---

**Relevant people**

### Jennifer Lawrence Up...
@JenniferUpdates    **Follow**

Your most reliable fan account for Academy Award winner Jennifer Lawrence since 2012. Not affiliated with Jen or her team.

**What's happening**

NFL · Yesterday
**Lions at Giants**

Music · Trending
**Lionel Richie**
3,767 Tweets

Trending in United States
**South Carolina**
22.1K Tweets

Music · Trending
**#DavidoAt30**
69.5K Tweets

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Ahmad Zahir Khan** @ziki36 · Jan 21, 2021
Replying to @JenniferUpdates
Jennifer I need your genius to be more helpful for nation ,if you focus on political issues which you have started ,actually I
USA need a third party consisting of the real people from grass roots ,all colors and faiths ,working class ,Ask Barnie sanders to Join you .
1

**Jose** @pito197 · Jan 21, 2021
Replying to @ziki36 and @JenniferUpdates
I'm all for the independent party we need a third party

**Tati** @Hemswobrien · Jan 20, 2021
Replying to @JenniferUpdates
My oscar winner parents
3

**alexa hugged louis** @itsalexaloz · Jan 20, 2021
Replying to @JenniferUpdates
omgg ahhhh

**HE** @phoenix_z1 · Jan 21, 2021
Replying to @JenniferUpdates
I hate leo
1

**Jose** @pito197 · Jan 21, 2021
Replying to @phoenix_z1 and @JenniferUpdates
Why?

Show more replies

https://twitter.com/hematocritico/status/1445009537921163265 __ et __ 2022-11-22 07:55:20 -08:00

← Tweet

El Hematocritico
@hematocritico

Ojo el generador de libros de Grimes
Translate Tweet



5:54 AM · Oct 4, 2021 · Twitter for Android

1 Retweet   27 Likes

luismipr @luismi_pr · Oct 4, 2021
Replying to @hematocritico
OMG, has hecho que haga zoom...y vea esas horrorosas uñas! Ahora me tendré que sacar los ojos!!!

Search Twitter

Relevant people

El Hematocritico
@hematocritico
Follow
AKA Miguel López 🦑 Demasiado gallego

What's happening

FIFA World Cup · LIVE
Mexico vs Poland

#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in California
Mexico City
25.6K Tweets

Entertainment · Trending
Died Suddenly
111K Tweets

Trending in United States
#السعوديه_الارجنتين
1.31M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**



Pelicomic ✓
@Peli_Comic

Wasp es hermosa 💪



12:04 PM · Sep 21, 2017 · Twitter for Android

**3** Retweets   **21** Likes



Tweet your reply    Reply

**FABIAN LOPEZ** @mc_ricko · Sep 21, 2017
Replying to @Peli_Comic
Se veía mejor con algo de amarillo

**Victor F Aguilar** @VictorFAguilar2 · Sep 21, 2017
Replying to @Peli_Comic
Hermosa!

---

Search Twitter

**Relevant people**

Pelicomic ✓    Follow
@Peli_Comic
Youtuber. Noticias, opiniones y teorías
geek. Vivo en cdmx 🇲🇽 | Contacto:
pelicomic@gmail.com | Instagram: @
ces_monge | TUVE FE ☀️

**What's happening**

NBA · LIVE
Lakers at Suns

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in United States    ⋯
#GenshinSpecialProgram
6,615 Tweets

Entertainment · Trending    ⋯
Marvel
90.5K Tweets

Trending in United States    ⋯
#staywoke
2,074 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.



Gerard Cortez
@GerardCortez

**¡Dua Lipa está en Tuluuuuuuuum!!**

9:05 AM · Jan 2, 2021 · Twitter for iPhone

86 Retweets    14 Quote Tweets    1,613 Likes

Tweet your reply                                Reply

Mario Belmont @Hispoto_XX · Jan 2, 2021
Replying to @GerardCortez and @RETU_bA
te hubiera llevado también 😭😭 a Tulum!
♡ 1        ⟲        ♡ 5        △

XAVNY BARB @XAVNY 3 · Jan 2, 2021
Replying to @Hispoto_bá @GerardCortez and @RETU_bA
NO me acordaba que no te ibas en dualage
♡         ⟲         ♡ 8        △

Hernán Rafael @HernanH27 · Jan 2, 2021
Replying to @GerardCortez
Ese es el novio ardisssaraaa 😍
♡         ⟲         ♡        △

ba me @joaomerdi · Jan 2, 2021
Replying to @HernanH27 and @GerardCortez
no sé 'kaso raja' k llund aaaaaaaa se hablando contenido
que verán con el nombre' con el mundo emocionado conteniendo el
sentimiento qué verán con el que' con el fumando aaaaa se
preocupado aaaaa con el que verán que verán que 'confume
que verán con el que verán que 'conteniendo mundoon aaaaa
que verán con el que verán que 'confume aaaaa con el verán
preocupado con el que 'confume que verán emocionado aaaaa se
hablando contenido con el que 'confume aaaaa con el que
verán con el que verán que 'conteniendo aaaaa con el que
verán que verán que 'confume aaaaa con el que verán aaaaa
que verán con el que 'confume aaaa con el que verán aaaaa
confume aaaaa con el verán con el que verán aaaaa aaaaa

Sierra @_cl4k_ · Jan 2, 2021
Replying to @GerardCortez
Ándá idrrobddd oboooosssooooo... rejeaaaa
♡         ⟲         ♡        △

ʳ ʲáʲ 'ᵔ @jgigytrey · Jan 2, 2021
Replying to @AyyblaSaG3 dale un beso de mi parte
♡         ⟲         ♡ 1        △

Reot Rua @iEophyoRoa · Jan 2, 2021
Replying to @GerardCortez
Que horror ni miel de azcar con el que tiene que totar la gente famosa, me
parece súper tristr que no puedan vacaionar en paz como cualquier común
otraa
♡ 1        ⟲        ♡        △

Jackie Moon @DwiggyMannn07 · Jan 2, 2021
Replying to @GerardCortez
@CatatantAing
♡         ⟲         ♡        △

Fernanda 🧿 @fernandaaa · Jan 2, 2021
Replying to @GerardCortez
@megaleem_el_trai
♡         ⟲         ♡        △

Penuchito @PzntMlar · Jan 2, 2021
Replying to @GerardCortez
En qué hotel andará?
♡         ⟲         ♡        △

Nina @CigemOrkMel · Jan 2, 2021
Replying to @CigemOrkMel and @GerardCortez
@niaaB
omg va por ella
♡         ⟲         ♡        △

Shane88 @AndhorIYWShN · Jan 2, 2021
Replying to @GerardCortez
que pelo mi pitga de los @EopheoliASA que andas engañendo a la admin
con lo dua lipa wua babypapi
♡         ⟲         ♡        △

Herman the monster @Herman · Jan 2, 2021
Replying to @GerardCortez
Por? Hay una perra parándeaa
♡         ⟲         ♡        △

paulina rubia estándose un mojón en la pl... @Rosw... · Jan 2, 2021
Replying to @GerardCortez
♡         ⟲         ♡        △

askarin @csmigerriezka · Jan 2, 2021
Replying to @GerardCortez
@Erikzkai si la are lk piske un saludo para mi, es re brixtia 😄😄😄
♡         ⟲         ♡ 2        △

Mónica @mbimmeaa · Jan 2, 2021
Replying to @GerardCortez
@leronaitilS
VENGO DE ALLÁ
Show replies

nomo geth @Mormas072 · Jan 2, 2021
Replying to @mormasaa and @GerardCortez
VENGO DE ALLÁ
♡         ⟲         ♡        △

JopVzánmino 🌵 @michil · Jan 2, 2021
Replying to @GerardCortez
Bien lo dijo @aubohUzg eBSdisoGS4'Salum
♡         ⟲         ♡        △

a̶b̶E̶! CHISMES ADTY @chinhyyelte · Jan 2, 2021
Replying to @GerardCortez
CON SU HERMAAAAAAA
♡         ⟲         ♡        △

lihel @7LoshMaaz · Jan 2, 2021
Replying to @GerardCortez
El ejemplo de que el talento no quita lo cavidisia.
♡         ⟲         ♡        △

miguel elizondo @nigaroit · Jan 2, 2021
Replying to @GerardCortez
Ni esa vena, ni me vendió hueso
♡         ⟲         ♡        △

Juan 'T' @lamhlingRuan · Jan 2, 2021
Replying to @danayarde and @GerardCortez
Mi que te lo hueso a la hery
♡         ⟲         ♡        △

María ELBA Salazar @MariaELBASalazrt · Jan 2, 2021
Replying to @GerardCortez
Muy bí y descargado
♡         ⟲         ♡        △

Ulises Montero @alitea_montieo · Jan 2, 2021
Replying to @GerardCortez
@linkacz
♡         ⟲         ♡        △

Antonio Carrillo @itonio_c · Jan 2, 2021
Replying to @burrosto_montero and @GerardCortez
Está buscando que le cae
♡         ⟲         ♡        △

Lejandosoy @zacheph · Jan 2, 2021
Replying to @GerardCortez
Cordándo Lipa
♡         ⟲         ♡        △

Silvia lora ⭐ @mmbalaaaq · Jan 2, 2021
Replying to @GerardCortez
Veeeeeen que se me detantm!

Relevant people

Gerard Cortez
@GerardCortez                          Follow
Periodista de moda y cultura pop. TV
Host y guionista. Amada mi YouTube.
No binarie. Inmigrante. Contacto:
Gerardcortez@gmail.com (El me, ella,
elle, they)

What's happening

FIFA World Cup · in quarantine
Mexico in Poland

#StudosTheWayOfWinter ☃️
Get tickets now · In theaters December 16
📣 Promoted by Avane

Trending in California
Alexis Vega
2.04k Tweets

Politics · Trending
SCOTUS
12.8k Tweets

Trending in California
Curze
7.7% Tweets

Show more

Terms of Service · Privacy Policy · Cookie Policy
Accessibility · Ads Info · More ···
© 2022 Twitter, Inc.

__ https://twitter.com/empirekendall/status/1329534120070950914 __ at __ 2022-11-21 09:58:59 -08:00

← **Tweet**

  @empirekendall

# kenny and bells reunite 👯



1:16 PM · Nov 19, 2020 · Twitter for iPhone

**35** Retweets    **5** Quote Tweets    **328** Likes

Tweet your reply                                    **Reply**

📧 **Jen'** 🌤 @ChillingBook · Nov 19, 2020
Replying to @empirekendall
@clarad_ 😂😂😂

♡ 1

## Relevant people

  @empirekendall    **Follow**
all things kendall jenner • fan page

## What's happening

FIFA World Cup · **LIVE**
**Senegal vs Netherlands**

Music · Trending
**Ciara**
6,282 Tweets

YU-GI-OH! · Trending
**Mystic Mine**

Trending in California
**Dodger Stadium**
14.3K Tweets

Trending in United States
**Senegal**
Trending with #FifainuBsc, Enqland

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More •••
© 2022 Twitter, Inc.

## Navigation

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

  **Perkowski Legal P.C.**
@c_perkowski

← Tweet

**Screen Talk**
@ScreenTalk                                    ···

Another Spider-Man? Yes.

Recent set photos from #MadameWeb seem to reveal some version of Spider-Man.



10:14 AM · Oct 6, 2022 · Twitter for iPhone

**9** Retweets    **1** Quote Tweet    **9** Likes

Tweet your reply                              Reply

---

**Home**

**Explore**

**Notifications** (1)

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Q** Search Twitter

**Relevant people**

**Screen Talk**
@ScreenTalk                              Follow

Bringing you content on all the media you can get via a screen. These Topics include Film, TV, Gaming, Anime, Comics & More! Backup account: @stbackupp

**What's happening**

Formula 1 · 3 hours ago
**Abu Dhabi Grand Prix 2022**



**#Disenchanted** 🧹
Original movie now streaming
▶ Promoted by Disney+

Trending in California                    ···
**Rest In Peace**
40.8K Tweets

Trending in California                    ···
**Shakira**
107K Tweets

Only on Twitter · Trending              ···
**Jason David Frank**
142K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski                              ···

https://twitter.com/jay_z_daily/status/1522004449560689889 __ at __ 2022-11-21 06:56:07 -0800

Case 1:22-cv-09462-DMG-ADS    Document 23-21    Filed 03/13/23    Page 39 of 101    Page ID #:5123

← **Tweet**

🔍 Search Twitter

**Relevant people**

🐦 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

JAY-Z Daily
@JAY_Z_Daily

⋯

JAY-Z and Beyoncé were seen leaving the Hollywood Bowl on Tuesday night after attending Dave Chappelle's comedy show where he was tackled on stage



4:49 PM · May 4, 2022 · Twitter Web App

**38** Retweets  **18** Quote Tweets  **483** Likes

💬          🔁          ♡          ⬆

🅿 Tweet your reply                    Reply

JUSTICE for BABITA 🐯 DEOKARAN @camagumayirha · May 4
Replying to @JAY_Z_Daily
I'm sure HOV chuckled at that Dave Chappelle come back joke 🤣

⋯

💬          🔁          ♡          ⬆

reezy @cayriane33 · May 4
Replying to @JAY_Z_Daily
I know they tired of folks 😭😭😭😭😭😭

⋯

💬          🔁          ♡  5          ⬆

Rukundo Niyomugabo @RukundoNiyomug1 · May 23
Replying to @JAY_Z_Daily
Nc

⋯

💬          🔁          ♡          ⬆

rizeyunggawd @rizeyunggawd · May 4
Replying to @JAY_Z_Daily
They always at the crime scene lol

⋯

💬          🔁          ♡  11          ⬆

Earthlynn Renae @EARTHLYNN1 · May 6
Replying to @JAY_Z_Daily
So what??!!!!

⋯

💬          🔁          ♡  1          ⬆

RIH HAS A PROBLEM 😡 @tayehive · May 4
Replying to @JAY_Z_Daily
Always seeing the most ghetto shit

⋯

💬          🔁  2          ♡          ⬆

Hovi Wilkins @hovi_wilkins · May 4
Replying to @JAY_Z_Daily
812-647-7667

⋯

💬          🔁  1          ♡  1          ⬆

Show more replies

JAY-Z Daily
@JAY_Z_Daily

Follow

JAY-Z fan account || Follow and turn on post notifications || Backup 👉 @JAY_Z_Daily2

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Events · Trending
**LGBT**
212K Tweets

Trending in California
**#BLACKPINK_WORLDTOUR**
59.8K Tweets

Trending in United States
**Maguire**
Trending with Luke Shaw

Trending in United States
**England**
Trending with #ENGIRN, Saka

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

⋯

— https://twitter.com/raulbrindis/status/999661954024333312 __ at __ 2022-11-22 01:11:46 -08:00

← **Tweet**

 Raúl Brindis ✓
@raulbrindis                              ...

**#Farandulazo** Hay fans de hueso colorado y Sofía
Vergara así lo demostró, quien sorprendió a más de
uno al personalizar una de sus bolsas con el logo de un
equipo de fútbol americano.

Translate Tweet



7:42 AM · May 24, 2018 · Hootsuite

**1** Retweet   **20** Likes

Tweet your reply                                    Reply

---

🔍 Search Twitter

**Relevant people**

 Raúl Brindis ✓      Follow
@raulbrindis
Radio Host for El Show de Raúl Brindis

**What's happening**

NFL · 4 hours ago
**49ers at Cardinals**          

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending                  ...
**Died Suddenly**
Trending with World Premiere

Trending in California                     ...
**Mexicans**
7,077 Tweets

Only on Twitter · Trending                ...
**Pablo Milanés**
53.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.      ...
@c_perkowski

https://twitter.com/bso/status/1314581639288748032 __ et __ 2022-11-22 07:09:31 -08:00

← **Tweet**

**Robert Littal BSO** 
@BSO

Larsa Pippen on If She is Dating 22-Year-Old Harry Jowsey After Cheating on Scottie Twice With Future and Being Kicked Out of The Kardashian Clan Over Tristan Thompson (Vids-Pics-IG) bit.ly/30N4kZO



8:00 AM · Oct 9, 2020 · BSO Alert

**2** Retweets  **2** Quote Tweets  **2** Likes

**Relevant people**

**Robert Littal BSO** 
@BSO

Follow

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**What's happening**

FIFA World Cup · 3 hours ago
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
104K Tweets

Trending in United States
#السعوديه_الأرجنتين
1.21M Tweets

Trending in United States
**Argentina**
Trending with #FIFAWorldCup 🏆, Herve Renard

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

Tweet your reply

Reply

**Mark Gastin** @mtgastin · Oct 9, 2020
Replying to @BSO
I am going to assume that due to the character limit you couldn't add "and made him apologize".

1



← **Tweet**

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**



**Robert Littal BSO** ✔
@BSO

Christian McCaffrey Is Using The Bye Week to Spend Time With Girlfriend Olivia Culpo Who is Making Him Egg Sandwiches (Pics-Vids) bit.ly/33KdmWk



9:21 AM · Oct 19, 2019 · BSO Alert

1 Retweet  11 Quote Tweets  14 Likes



Perkowski Legal P.C.
@c_perkowski

Tweet your reply                    Reply

**DNASportsTalk** @DNASportsTalk · Oct 19, 2019
Replying to @BSO
If she take his legs during this break she's a #Saints 🏈 fan is disguise

## Relevant people



**Robert Littal BSO** ✔                    Follow
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

## What's happening

FIFA World Cup · LIVE
**Mexico vs Poland**

#AvatarTheWayOfWater🧑
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Events · Trending
**Mexicans**
8,127 Tweets

Entertainment · Trending
**Died Suddenly**
112K Tweets

Trending in United States
**Jinkx**
1,188 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



___ https://twitter.com/nanfixus/status/1092974482864187392 ___ at ___ 2022-11-19 19:55:18 -0800 ___

Case 2:22-cv-09462-DMG-ADS   Document 23-21   Filed 03/13/23   Page 44 of 101   Page ID #:5128

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

 **@nanfixus**
@nanfixus

···

Her outfit always on point 🌙⭐



6:33 PM · Feb 5, 2019 · Twitter for Android

**3** Retweets   **18** Likes

Tweet your reply                                           Reply

🔍 Search Twitter

### Relevant people

 **@nanfixus**     Follow
@nanfixus
DJ Fan ❄ Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🏳️

### What's happening

Television · LIVE                    
**Saturday Night Live airing on
NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
▶ Promoted by Uber

← **Tweet**

**Nicholas Galitzine Updates**
@galitzineupdate                                                      ...

Muito casalsinho!!!

Nicholas Galitzine e Anne Hathaway durante as gravações da adaptação 'The Idea of You" pela Prime Vídeo.

Translate Tweet



👤 Nicholas Galitzine and Chrystal 🇧🇷

7:54 PM · Oct 20, 2022 · Twitter for Android

**10** Retweets    **11** Quote Tweets    **138** Likes

---

🅿  Tweet your reply                                          Reply

**Rê** 😴 @limare_ · Oct 20                                      ...
Replying to @galitzineupdate @nickgalitzine and @N_GalitzineBr
Q susto kkkkk
💬 1          ↻          ♡ 5          ⬆

**Maria Gonzalez** 🦆 @mledogonzalez · Oct 21               ...
Replying to @limare_ @galitzineupdate and 2 others
Que susto. Isso é filme?
💬 1          ↻          ♡ 2          ⬆
Show replies

**W**  **Wendy Wright** @WendyWr71834470 · Nov 11             ...
Replying to @galitzineupdate @nickgalitzine and @N_GalitzineBr
Lovely photo
💬          ↻          ♡          ⬆

---

Q Search Twitter

**Relevant people**

**Nicholas Galitzine Up...**                          Follow
@galitzineupdate
A sua melhor fonte de informações do ator e cantor Britânico Nicholas Galitzine no Brasil. @nickgalitzine

**Nicholas Galitzine** ✓                              Follow
@nickgalitzine

**Chrystal** 🇧🇷                                       Follow
@N_GalitzineBr
#nicholasGalitzine #nicolasgalitzine #purplehearts #continenciaaoamor @nickgalitzine

**What's happening**

Television · 3 hours ago
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Politics · Trending                                      ...
**HE'S BACK**
154K Tweets

Jungkook · Trending                                      ...
**jungkook**
1.67M Tweets

Trending in United States                                 ...
**Blocked**
131K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

Tweet

**Perkowski Legal P.C.**                                   ...
@c_perkowski

#916



__ https://twitter.com/nanfixus/status/1042722462553788416 __ at __ 2022-11-20 21:50:39 -08:00 __

← Tweet

🔍 Search Twitter

🏠 Home

\# Explore

🔔 Notifications

💬 Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

**Relevant people**

 @nanfixus
@nanfixus — **Follow**

DJ Fan ❄️ Sports,animals y Boca Juniors Dakota's movies 2022 #ChaChaRealSmooth 💃 #AmIOk #Persuasion Fan account 🏳️‍🌈

 Celebskart
@celebskart — **Follow**

Celebskart is an entertainment website and Promote Models, Fitness Model, Artist etc. @celebskart

⇄ @nanfixus Retweeted

 Celebskart
@celebskart ⋯

Dakota Johnson Out Shopping in West Hollywood 2018/09/17 celebskart.com/dakota-johnson ...



8:13 PM · Sep 19, 2018 · WordPress.com

**8** Retweets    **33** Likes

💬          ⇄          ♡          ⬆️

 P    Tweet your reply    **Reply**

**What's happening**

NFL · 1 hour ago
**Chiefs at Chargers**   

#Disenchanted 🧚
Original movie now streaming
📺 Promoted by Disney+

Trending in United States ⋯
**Bob Iger**
Trending with Chapek, Disney

Sports · Trending ⋯
**Sean Payton**

Trending in United States ⋯
**#AMAs** 🏆
Trending with soobin, yeonjun

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

 Perkowski Legal P.C.
@c_perkowski ⋯

**Tweet**

__ https://twitter.com/demetriaaalove/status/1286188719356157957 __ at __ 2022-11-21 15:20:32 -08:00 __



← **Tweet**



## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**



**Demi Lovato News**
@demetriaaalove

Demi Lovato and Max Ehrich celebrate their engagement at Nobu.



11:37 PM · Jul 22, 2020 · Twitter Web App

**75** Retweets   **12** Quote Tweets   **362** Likes

      ♡   ↑

 Tweet your reply

**Reply**

### Relevant people

**Demi Lovato News**   **Follow**
@demetriaaalove

The "HOLY FVCK" album ft. "29", "Substance" & "Skin Of My Teeth" is out NOW 🍎 🧴 🍭 The "HOLY FVCK TOUR" is on the road now.



### What's happening

NFL · Yesterday
**Cowboys at Vikings**



Trending in United States
**#JusticeForQuinton**
...

Sports · Trending
**Mexico City**
13.2K Tweets
...

Trending in California
**Dodger Stadium**
12.5K Tweets
...

Trending in United States
**Trent Reznor**
10.1K Tweets
...

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

**Perkowski Legal P.C.** ...
@c_perkowski

___ https://twitter.com/ClickySound/status/1238142333755052033 ___ at ___ 2022-11-20 09:12:18 -08:00 ___

← **Tweet**



**Clicky Sound**
@ClickySound

···

[clickysound.com/pregnant-sophi...](clickysound.com/pregnant-sophi...)  The couple was photographed showing lots of PDA, dancing together, looking at each other lovingly and even shari...



9:38 AM · Mar 12, 2020 · Clicky Sound

💬          ⇄          ♡          ⬆

  Tweet your reply                              **Reply**

## Relevant people

  **Clicky Sound**        **Follow**
@ClickySound
Photography at its Best!

## What's happening

Television · Last night
**Saturday Night Live airing on NBC**



**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+



Entertainment · Trending                    ···
**Morgan Freeman**
146K Tweets

Only on Twitter · Trending                  ···
**Jason David Frank**
Trending with Power Rangers, Tommy

Trending in California                       ···
**Rigged**
39.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**   ···
@c_perkowski

## Search Twitter

Home
Explore
Notifications ①
Messages
Bookmarks
Lists
Profile
More

**Tweet**



# Twitter



**Home**



**Explore**

**Notifications** ①

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

← **Tweet**


**Fuera de Plano** 🎪 🇦🇷
@FueraPlano                                    ···

## Primera imagen de Wyatt Russell como US Agent en
## #FalconandtheWinterSoldier



1:34 PM · Jan 21, 2020 · Twitter for iPhone

               ♡          ⬆

  Tweet your reply                          **Reply**

## Search Twitter

### Relevant people

 **Fuera de Plano** 🎪 🇦🇷   **Follow**
@FueraPlano

Amantes del cine y las series. Noticias, recomendaciones, reseñas, sorteos y más! Twitch: twitch.tv/fueradeplanoli...

### What's happening

FIFA World Cup · LIVE
**England vs Iran**



Trending in United States
**Maguire**
Trending with Luke Shaw

Gaming · Trending
**Maple Treeway**
Trending with 3DS RAINBOW ROAD

Trending in United States
**England**
Trending with #ENGIRN, Saka

Trending in United States
**I BELIEVE THAT WE WILL WIN**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**

**Ryan 'All Day News' Anderson**
@Ryans_Ramblings                               ...

New looks at Falcon & The Winter Soldier!
#FalconAndWinterSoldier



5:34 PM · Dec 18, 2019 · Twitter for Android

**3** Retweets    **8** Likes

Tweet your reply                                Reply

---

**Search Twitter**

## Relevant people

**Ryan 'All Day News' ...**          **Follow**
@Ryans_Ramblings
Founder, Host, and EIC of
@TheNerdRagePod. As seen on
@CBSThisMorning! Instagram:
@RadRyGuy TikTok:
@Ryans_Ramblings Casting Inquiries:
NerdRagePod@gmail.com

## What's happening

Television · 2 hours ago
**The Walking Dead airing on AMC**

**#Disenchanted** 🦹‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                    ...
**#dantherizzler**
1,054 Tweets

Trending in United States                    ...
**Bob Iger**
Trending with Chapek, Disney

Music · Trending                             ...
**Kelly Rowland**
10.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**          ...
@c_perkowski

___ https://twitter.com/kicksonfire/status/1345747417518526464 ___ at ___ 2022-11-22 14:50:35 -08:00 ___

← Tweet

**KicksOnFire**
@kicksonfire                                                    ...

Travis Scott Stunts in an Exclusive Air Jordan 1 Low -
bit.ly/354Ykhg



7:02 AM · Jan 3, 2021 · IFTTT

**3** Retweets   **90** Likes

Tweet your reply                                    Reply

# Home

# Explore

# Notifications

# Messages

# Bookmarks

# Lists

# Profile

# More

**Tweet**

Search Twitter

**Relevant people**

**KicksOnFire**      Follow
@kicksonfire
Download the KOF app ⬇️ For
Sneakerheads by Sneakerheads:
kickson.fr/apptw

**What's happening**

FIFA World Cup · 4 hours ago
**Mexico vs Poland**

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Celebrities · Trending
**Chris Evans**
Trending with Blueface

Trending in United States
**Ryan Leaf**

Trending in United States
**#ateezinatlanta_day2**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski    ···

https://twitter.com/DailyMendesLife/status/132082187299027411)3____st____2022-11-21 11:26:16 -08:00
2-21-cv-09462-DMG-ADS   Document 23-21   Filed 03/13/23   Page 53 of 101   Page ID
#:5137

← Thread

Search Twitter

**Shawn Mendes Updates**
@DailyMendesLife



1:17 PM · Oct 26, 2020 · Twitter for iPhone

**561** Retweets   **297** Quote Tweets   **5,488** Likes

Tweet your reply                                    Reply

**Shawn Mendes Updates** @DailyMendesLife · Oct 26, 2020
Replying to @DailyMendesLife
The way's breathing or laughing so hard at the end that his mask is
collapsing inward 😂
                                              254

**mamma mía** @miAlip3 · Oct 26, 2020
Replying to @DailyMendesLife
@madalensarti look at this 🥵🥵
                                              1

**ices nih** @jsuhbatak · Oct 26, 2020
Replying to @DailyMendesLife
ganteng bgt••
                                              1

**juju** @juliacamgo · Oct 26, 2020
Replying to @DailyMendesLife
cutie
                                              1

**juju** @juliacamgo · Oct 26, 2020
Replying to @DailyMendesLife
i mean cutie af

**eqnɛmb ɒp sɒļuɛnɔ** @Anit46n · Oct 26, 2020
Replying to @Tabrani_365
                                              1

**monse in wonderland** @idlemila · Oct 26, 2020
Replying to @DailyMendesLife
he's with his family in Toronto right?

**$1ʍɒ$ʍᴴᴰ** 🇲🇽 @Ephesh92 · Oct 27, 2020
Replying to @idlemila and @DailyMendesLife
No he's in LA with Camila
                                              1

**Jeni** @Jeni68855540 · Oct 26, 2020
Replying to @DailyMendesLife
Porque estará tan sonriente?, No sé pero se lo agradezco ❤️❤️❤️

**$1ʍɒ$ʍᴴᴰ** 🇲🇽 @Ephesh92 · Oct 26, 2020
Replying to @DailyMendesLife
Alexa play Flex by Fifth Harmony
                                              3

**gabby💙** @makesublush · Oct 26, 2020
Replying to @DailyMendesLife
he's so cute

**nicole** @nicolelizabeth · Oct 26, 2020
Replying to @DailyMendesLife
😍😍😍

**Ꞃiᴇɾᴇꞁꞁᴇ Ꞃɛꞁᴄᴇɒ** @Ospreysmoon · Oct 26, 2020
Replying to @DailyMendesLife
I just discovered my new favorite sequence of the day

**Gabi 🍁** @Gabriella_97_ · Oct 26, 2020
Replying to @DailyMendesLife
This bit* h is doing it on purpose. Look at him laughing 😂😂
                                              16

**wonder✨** @arellbeso · Oct 26, 2020
Replying to @Gabriella_97_ and @DailyMendesLife
JAJAJAJAJAJAJAJAJA fr

**SMC Logan Adams (Taylor's Version)** @1Logan... · Oct 26, 2020
Replying to @DailyMendesLife
One of the only people to always look good, even when wearing a mask.

**ana** @booksnsunsets · Oct 26, 2020
Replying to @DailyMendesLife
Yes i wanna run my fingers through that hair
                                              12

**dra fabi** @hfckgrande · Oct 26, 2020
Replying to @DailyMendesLife
a máscara combinando com o moletom 😖
                                              1

**RIYU** @CRIYBABYRIPUH · Oct 26, 2020
Replying to @DailyMendesLife
Ok he's gorgeous yall have changed my mind 😌
                                              4

Show more replies

Perkowski Legal P.C. ···
@_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

**Relevant people**

**Shawn Mendes Upda...**   Follow
@DailyMendesLife
Daily updates on the life of 3x
Grammy nominated singer and
songwriter Shawn Mendes! Non-profit
fan account. Media account:
@DIMLMedia

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**

Entertainment · Trending
**Julia Fox**
4,445 Tweets

Trending in United States
**Colorado Springs**
4806 Tweets

Trending in United States
**Hive**
107K Tweets

Trending in United States
**Netherlands**
Trending with Ze.nina, #SENNED

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.



https://twitter.com/doctorfan06/status/1580908079989764096 __ et __ 2022-11-20 12:16:47 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-21    Filed 03/13/23    Page 55 of 101    Page ID
#:5139

← **Tweet**

**doctorfan06**
@doctorfan06                                                                ...

2 of my favourite pics of Chris filming Red One.
Hopefully we'll get more new pics soon. 🤞
#ChrisEvans
#RedOne



6:07 AM · Oct 14, 2022 · Twitter Web App

**1** Retweet   **13** Likes

💬              🔁              ♡              ⬆

P   Tweet your reply                              Reply

**Joan** @joans3627 · Oct 14                            ...
Replying to @doctorfan06
🧡 💙
💬        🔁        ♡        ⬆

**Christa Pellicci** @ChristaPellic18 · Oct 14        ...
Replying to @doctorfan06
Terrific
💬        🔁        ♡        ⬆

**Search Twitter**

### Relevant people



**doctorfan06**          Follow
@doctorfan06

### What's happening

Formula 1 · 5 hours ago
**Abu Dhabi Grand Prix 2022**



**#Disenchanted** 🪄
Original movie now streaming
📺 Promoted by Disney+

Trending in United States                        ...
**Rest In Peace**
48.4K Tweets

Entertainment · Trending                          ...
**Morgan Freeman**
188K Tweets

Trending in California                            ...
**Wales**
43.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🐦 **Home**

# **Explore**

🔔 **Notifications**

✉ **Messages**

🔖 **Bookmarks**

▤ **Lists**

👤 **Profile**

⊙ **More**

**Tweet**

P   **Perkowski Legal P.C.**   ...
@c_perkowski

← **Tweet**

 **grace dante**
@misslefroy                                          ···

## dakota johnson wearing gucci tights is on point



1:45 AM · Nov 3, 2021 · Twitter for Android

**32** Retweets   **3** Quote Tweets   **178** Likes

💬          🔁          ♡          ⬆️

 Tweet your reply                          **Reply**

---

🔍 Search Twitter

### Relevant people

 **grace dante**          **Follow**
@misslefroy
"Il fiore che sboccia nelle avversità è il
più raro e il più bello di tutti" 🦢 fan
account

### What's happening

FIFA World Cup · LIVE
**England vs Iran**

Trending in United States
**#IBELIEVE**

Trending in California
**#BLACKPINK_WORLDTOUR**
58K Tweets

Trending in United States
**Schiff**
63.8K Tweets

Trending in United States
**England**
Trending with #ENGIRN, Saka

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**#** Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

 **Perkowski Legal P.C.**   ···
@c_perkowski

— https://twitter.com/miucciamuse/status/1490161829900955600 — at — 2022-11-21 03:16:06 -0800 —

← Tweet

**taylor russell's whore**
@MIUCCIAMUSE
⋯

she's just so pretty



7:14 PM · Feb 5, 2022 · Twitter for iPhone

**408** Retweets   **61** Quote Tweets   **5,367** Likes

💬    🔁    ♡    ⬆️

🅿️  Tweet your reply                    Reply

**best of sydney sweeney** @sweeneyfiles · Feb 7    ⋯
Replying to @MIUCCIAMUSE
the prettiest

💬    🔁    ♡    ⬆️

**thatgirlneedsaxanax** @thatgirlneedsx · Feb 5    ⋯
Replying to @MIUCCIAMUSE
Omg i love the color of that mini Jodie, I need that bag

💬    🔁    ♡ 1    ⬆️

**Adamas Nemesis** @AdamasNemesis · Feb 6    ⋯
Replying to @MIUCCIAMUSE
I adore that expression in the first one! There's nothing else as
heartwarming as a cute petite girl who's happy.

💬    🔁    ♡    ⬆️

---

🅿️  **Perkowski Legal P.C.**    ⋯
@c_perkowski

---

## Search Twitter

### Relevant people

**taylor russell's whore**    Follow
@MIUCCIAMUSE
it girl in training • hf twt • she/her •
fan account

### What's happening

Television · Last night
**The Walking Dead airing on AMC**

Trending in United States    ⋯
**Maher**
22.1K Tweets

Trending in California    ⋯
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Dramedy series · Trending    ⋯
**#TheWhiteLotus** 🏝️
3,308 Tweets

Music · Trending    ⋯
**Billy Joel**
1,275 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

**Tweet**



← Tweet

**DRIP**
@DRIPTER

· · ·

11:00 PM · Jan 24, 2022 · TweetDeck

**40** Retweets   **3** Quote Tweets   **476** Likes

---

Tweet your reply

Reply

Search Twitter

**Relevant people**

**DRIP**
@DRIPTER
FOR THE CULTURE 🌐

Follow

**What's happening**

Entertainment · LIVE
**Happy birthday, Mark Ruffalo** 🎂

**#AvatarTheWayOfWater** 🧑‍🚀
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
7,077 Tweets

Trending in United States
**#GMMTV2023**
171K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/lacosacine/status/1557004813468160001 __ el __ 2022-11-21 03:11:57 -08:00



**Tweet**

La Cosa Cine ✓
@lacosacine

❤️ ¡Primer vistazo a #Ironheart! Las imágenes filtradas nos muestran el diseño de la armadura que lucirá Riri Williams y a Anthony Ramos como The Hood. ¿Qué les parece?

Translate Tweet

7:04 AM · Aug 9, 2022 · Twitter Web App

5 Retweets    51 Likes

Tweet your reply                    Reply

Juls purge the poison @Joef505 · Aug 9
Replying to @lacosacine
Si si si muy lindo pero necesito ver a SHEA COULEÉ en personaje🔥😍🔥

Macarena I. Moyano @Maquirupemoyano · Aug 9
Replying to @lacosacine
@AmpiiBicondoa !!!!!!!!!!
   1              1

Amps ∞ @AmpiiBicondoa · Aug 18
Replying to @Maquirupemoyano and @lacosacine
ASDFLCKEMXLXIEJELFODEJJE LPM!!!!!!!!!!

walter salas @salas_walter87 · Aug 9
Replying to @lacosacine
No va a funcionar...

De Ella @Platondebarrio · Aug 9
Replying to @lacosacine
Me parece enorme y muy incómodo

Perkowski Legal P.C.
@c_perkowski

**Relevant people**

La Cosa Cine ✓
@lacosacine
Cine y Series. Tu comunidad, tu revista 📧
web@lacosacine.com | 🖊️
@guillohernandez @jessiblady
@luagosta @macareynolds
@cynthiaonfilms                    Follow

**What's happening**

Television · Yesterday
The Walking Dead airing on AMC

Trending in United States
Bob Iger
Trending with Disney, Chapek

Trending in United States
#AMAs 🏆
Trending with soobin, Sabrina

Trending in United States
Maher
22.1K Tweets

Dramedy series · Trending
#TheWhiteLotus 🌺
3,297 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

**Male Celeb Hotties**
@jaymalecelebs
···

Justin visiting the beach 🤩😋



4:36 PM · Mar 22, 2021 · Twitter for Android

**46** Retweets  **1** Quote Tweet  **252** Likes

💬  🔁  ♡  ⬆️

[P] Tweet your reply                          Reply

## Relevant people

**Male Celeb Hotties**  Follow
@jaymalecelebs

Just a bi guy bringing you hot male celeb content to lust over! DM's are always open! Have fun! 😜 18+

## What's happening

Television · 1 hour ago
**The Walking Dead airing on AMC**

**#Disenchanted** 🥰
Original movie now streaming
📷 Promoted by Disney+

Trending in California ···
**#BLACKPINK**
224K Tweets

Music · Trending ···
**Machine Gun Kelly**
2,848 Tweets

Trending in United States ···
**Bob Iger**
Trending with Chapek, Disney CEO

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Q Search Twitter

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
Lists
👤 Profile
··· More

**Tweet**



**Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/ID6ix/status/1484901771139031044 __ at __ 2022-11-21 09:36:49 -08:00

# Tweet

← Tweet

**Blessed**
@ID6ix                                                                ···

## A$AP Rocky & Rihanna



6:52 AM · Jan 22, 2022 · Twitter Web App

**912** Retweets   **113** Quote Tweets   **10.3K** Likes

---

P  Tweet your reply                                          Reply

**Patrick Verona** @francimonzon8 · Jan 22                           ···
Replying to @ID6ix
I can only see Rihanna, where is A$AP?

💬        ⟲ 1        ♡ 16        ⬆️

**Savage⚡️** @MmonaRrosa · Jan 22                                   ···
Replying to @ID6ix
Ririm aşık olmuş 🔥

💬        ⟲         ♡ 4        ⬆️

**rennncho** @renubasiglioo · Jan 22                                 ···
Replying to @ID6ix
😍

💬        ⟲         ♡          ⬆️

**🌿Sevda** @sevdasavasciii · Jan 22                                 ···
Replying to @ID6ix
Aşk Rihannadir 🖤

💬        ⟲         ♡ 2        ⬆️

**Hiten shah** @DJHDOG · Jan 22                                      ···
Replying to @ID6ix and @nvyrdie
I am so proud of asap making @RobynFenty198 happy they mean so much
to me

💬        ⟲         ♡ 1        ⬆️

**Mr_Perfect** 🇮🇪 @brg2511 · Jan 22                                 ···
Replying to @ID6ix
Il a tout gagné le boug  téma comment la meuf lui regarde

💬        ⟲         ♡ 1        ⬆️

**زن زندگی آزادی** @sab_fard · Jan 22                                ···
Replying to @ID6ix
@melshiasea to

💬        ⟲         ♡          ⬆️

Show additional replies, including those that may contain offensive
content                                                        Show

Tweet

Search Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Pelicomic ✓ @Pxli_Comic

Primera filtración de rodaje de Ms Marvel 🎇



12:38 PM · Nov 19, 2020 · Twitter for Android

**54** Retweets **1** Quote Tweet **2,037** Likes

Tweet your reply

Reply

Dannylyz @dannylpzz · Nov 19, 2020
Replying to @Pxli_Comic
No es tu hermana?

Joaquin Linares Ore @Joaquin_2014 · Nov 19, 2020
Replying to @dannylpzz and @Pxli_Comic
XD

Kimi 🌸 @CloyNicolino · Nov 19, 2020
Replying to @Pxli_Comic
Mismo color de casco
Spiderverse confirmado.

Bryan Herrera Chanona @BryanChanona · Nov 19, 2020
Replying to @CloyNicolino and @Pxli_Comic
Hahahaha C mamñ

Nik Rdz @RodriNRolas · Nov 19, 2020
Replying to @Pxli_Comic
Dos letras en el casco "K y K"
Por supuesto que eso no quiere decir kamala khan, claro que no
Eso es el spider-verse mas confirmado que nunca !!

Jesus Enrique #BlackPantherWakan... @JesusEn3Z... · Nov 19, 2020
Replying to @Pxli_Comic

Jesus Enrique #BlackPantherWakan... @JesusEn3Z... · Nov 19, 2020
Replying to @Pxli_Comic
Se parece a la hermana de Pelicomic 😬

Insert Name Here @Namoredo · Nov 19, 2020
Replying to @Pxli_Comic
Esperando video... eres holgazan!

FernandET1 @FernandET10 · Nov 19, 2020
Replying to @Pxli_Comic
Ya está en grabación?? Spiderverse confirmado??

Jordi jo @R4T780099 · Nov 19, 2020
Replying to @Pxli_Comic
Y daale con eso.jpg

Alvaro Bonilla Murillo (ITRYII) @AlvaroBonillaM · Nov 19, 2020
Replying to @Pxli_Comic
-Pero es una niña!
-Dejame en paz!!!

Alex Musk @A_SALKSDAG · Nov 19, 2020
Replying to @Pxli_Comic
Spider mese confirmado

Usiel Jasso @UsielJasso · Nov 19, 2020

Perkowski Legal P.C. ... @c_perkowski

**Relevant people**

Pelicomic ✓ @Pxli_Comic
Follow
Youtuber. Noticias, opiniones y teorías geek. Vivo en cómix 🇲🇽 | Contacto: pelicomic@gmail.com | Instagram: @es_monje | TUVE FE

**What's happening**

FIFA World Cup · 5 hours ago
Mexico vs Poland

Entertainment · Trending
Jane Lynch

Family & relationships · Trending
For $100
193K Tweets

Trending in United States · Trending
Wuhan
7,956 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2022 Twitter, Inc.

__ https://twitter.com/GeekNews21/status/1556747108669181953 __ at __ 2022-11-20 -08:00 __

← **Tweet**

 **geek 🤓 news**
@GeekNews21

**PRIMER VISTAZO.** 👀

Han salido las primeras imágenes del set de #IronHeart con un primer vistazo al traje inicial que portará #riri en la serie. Y se confirma que efectivamente, #AnthonyRamos estaría interpretando a #TheHood.

Translate Tweet



2:00 PM · Aug 8, 2022 · Twitter for Android

 Tweet your reply                                    Reply

## Relevant people

 **geek 🤓 news**
@GeekNews21                          **Follow**

🇲🇽En este perfil se darán noticias al día del mundo del cine de súper héroes tanto Marvel como DC de Star wars y de Disney y cine en general 🇲🇽

## What's happening

NFL · 1 hour ago
**Cowboys at Vikings**


**#Disenchanted** 👸
Original movie now streaming
🅿 Promoted by Disney+

Trending in United States                ···
**Machine Gun Kelly**
1,788 Tweets

Sports · Trending                        ···
**Justin Herbert**
2,580 Tweets

Politics · Trending                      ···
**AR-15**
57.6K Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter





Perkowski Legal P.C.   ···
@c_perkowski

# Tweet

**Raúl Brindis** ✓
@raulbrindis

#Farandulazo Captan a Eiza González y Josh Duhamel de paseo en bici por Tulum. La pareja parece consolidar su relación en México.

Translate Tweet



7:37 AM · Jul 5, 2018 · Hootsuite Inc.

14 Likes

---

**Yesy M** @Yesymd · Jul 5, 2018
Replying to @raulbrindis
Y trae las "pantuflas" de peluche como las de Lilian 😝😝

2

---

🔍 Search Twitter

## Relevant people



**Raúl Brindis** ✓
@raulbrindis
Radio Host for El Show de Raúl Brindis

**Follow**

## What's happening

FIFA World Cup · 58 minutes ago
**USA vs Wales**

Trending in United States
**Tampax**
13.4K Tweets

Sports · Trending
**Mexico City**
12.6K Tweets

Music · Trending
**Joon**
34K Tweets

Trending in United States
**Richard Fierro**
1,405 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Navigation menu

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Case 2:22-cv-09462-DMG-ADS    Document 23-21    Filed 03/13/23    Page 65 of 101    Page ID
#:5149

← **Tweet**



**Ryan 'All Day News' Anderson**
@Ryans_Ramblings                                    ···

Loki and Lady Loki? #MarvelStudios #Loki #DisneyPlus

10:20 AM · Mar 4, 2020 · Twitter for Android

**1** Like

🔍 Search Twitter

**Relevant people**



**Ryan 'All Day News' ...**    **Follow**
@Ryans_Ramblings

Founder, Host, and EIC of
@TheNerdRagePod. As seen on
@CBSThisMorning! Instagram:
@RadRyGuy TikTok:
@Ryans_Ramblings Casting Inquiries:
NerdRagePod@gmail.com

**What's happening**

NFL · 3 hours ago
**Browns at Bills**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
📽 Promoted by Disney+

Sports · Trending                    ···
**Tomlin**
2,895 Tweets

Trending in California              ···
**#TWDFinale**
Trending with #TheWalkingDead

Politics · Trending                 ···
**LGBTQ**
Trending with Colorado Springs, AR-15

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Tweet your reply                    **Reply**

**Home**

**#** Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

Lists

👤 Profile

··· More

**Tweet**



**Perkowski Legal P.C.**    ···
@c_perkowski

← **Tweet**



**Relevant people**

BLURAYANGEL
@blurayangel    Follow
I M VENGEANCE Matt Reeves shared my reaction to The Batman • Movie Lover • Dog Dad • Tik Tok: blurayangel11 • 
thegoatpodcast@gmail.com

**What's happening**

NFL · 37 minutes ago
Browns at Bills

#Disenchanted
Original movie now streaming
Promoted by Disney+

Trending in California
Rest in Peace
56.3K Tweets

Only on Twitter · Trending
Rest in Power
26K Tweets

Trending in California
Elton John
11K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



— https://twitter.com/jontaoht/status/1192475955492573184 __ at __ 2022-11-21 20:10:10 -08:00 __

← **Tweet**











https://twitter.com/inMARVEL_/status/1556174815587093506 __ et __ 2022-11-19 12:17:50 -08:00



11:52 PM · Aug 6, 2022 · Twitter for Android

6 Likes

https://twitter.com/RNavyBrazil/status/1576229687428517888____el____2022-11-20 13:24:30 -08:00
Case 1:22-cv-09462-DMG-ADS    Document 23-21    Filed 03/13/23    Page 70 of 101    Page ID #:5154

← **Tweet**

**Rihanna Navy Brasil | Fan Account**
@RNavyBrazil

Rihanna estava acompanhada do seu empresário, Jay Brown, na noite passada (30).

Translate Tweet



8:16 AM · Oct 1, 2022 · Twitter for iPhone

**32** Retweets    **7** Quote Tweets    **625** Likes

Tweet your reply                    Reply

⚡ @ahperala · Oct 1
Replying to @RNavyBrazil
Say Jay Brown, Jay Brown... put the camera on Jay Brown man, this guys hates being on camera
♡ 1

**Yuri Ornellas** 🏳️‍🌈 @yuriornellas · Oct 2
Replying to @ahperala and @RNavyBrazil
Rioooo... Rio.... 😍😍😍
♡ 1

**RAVÉRA** 🇧🇷 @euravera · Oct 1
Replying to @RNavyBrazil
agora a gente pode sonhar

😭🎉🍾 @Rafaiscrazy · Oct 1
Replying to @RNavyBrazil
agora o R9 tá próximo
♡ 1

**Larissa** @navygxrl · Oct 1
Replying to @RNavyBrazil
O R9 vivíssimo
♡ 2

**karen** @aguiarkb · Oct 1
Replying to @RNavyBrazil
O R9 vem aí mores
♡ 1

**Mary D. ( Christmas Tree by V )**🎄 @sassytaehy · Oct 1
Replying to @RNavyBrazil
Discutindo a divulgação do R9
♡ 3

**flávia** @pieceofbey · Oct 1
Replying to @RNavyBrazil
agora tá vindo mesmo
♡ 1

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Perkowski Legal P.C.
@c_perkowski

Search Twitter

**Relevant people**

**Rihanna Navy Brasil |...**    Follow
@RNavyBrazil
RNB 🇧🇷 | Estamos online desde 2010, somos o maior e mais completo fã-clube sobre a cantora Rihanna no Brasil e em toda a América Latina. Apoio: @umusic.brasil

**What's happening**

Formula 1 · This morning
**Abu Dhabi Grand Prix 2022**

#Disenchanted 🪄
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
53.7K Tweets

Only on Twitter · Trending
**Rest in Power**
24.7K Tweets

Politics · Trending
**LGBTQ**
Trending with Colorado Springs, #ClubQ

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

https://twitter.com/Dakoholics/status/1198898562895138817 __ at __ 2022-11-22 20:36:28 -08:00 __

← **Tweet**

**Dakota Johnson Daily**
@Dakoholics

···

# Dakota & Ezer 👼

Translate Tweet



1:37 AM · Nov 25, 2019 · Twitter for Android

**9** Retweets    **68** Likes

💬          ⟲          ♡          ⬆️

  Tweet your reply          Reply

---

## Relevant people

 **Dakota Johnson Daily**          Follow
@Dakoholics

Fan account dedicated to actress, activist, director and producer Dakota Johnson.

## What's happening

FIFA World Cup · This morning
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🤿
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in California          ···
**Hooters**
8,587 Tweets

Trending in United States          ···
**#GenshinSpecialProgram**
11.1K Tweets

Trending in California          ···
**Epstein**
35.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home

Explore

🔔 Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Search Twitter

**Perkowski Legal P.C.**          ···
@c_perkowski

__ https://twitter.com/lavidaprada/status/1521798748485074944 __ at __ 2022-11-21 23:34:28 -08:00

← **Tweet**

**RINA.**
@LAVIDAPRADA

···

the hairrrrr shut upppl



3:27 AM · May 4, 2022 · Twitter for iPhone

**19** Retweets   **2** Quote Tweets   **330** Likes

💬        🔁        ♡        ⬆️

 Tweet your reply          Reply

**ara** @araliveslife · May 4                    ···
Replying to @LAVIDAPRADA
zendaya can pull off anything <33

💬        🔁        ♡        ⬆️

---

🔍 Search Twitter

**Relevant people**

 **RINA.**          Follow
@LAVIDAPRADA
journalism student and writer | she/her
| roma, italia | @FRENEZIrevista | open
to promos (dm)

**What's happening**

NBA · 1 hour ago
Jazz at Clippers



Entertainment · Trending          ···
**Died Suddenly**
72.5K Tweets

Trending in California          ···
**Mexicans**
6,657 Tweets

Trending in United States          ···
**Trent Reznor**
23K Tweets

Sports · Trending          ···
**Trey Lance**
1,362 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**   ···
@c_perkowski

https://twitter.com/ccamilapics/status/1579634220607352832 __ at __ 2022-11-20 13:43:56 -0800



← **Tweet**

This Tweet is from a suspended account. Learn more

**Dua** 🇧🇷 @bodypaint_ · Nov 3, 2020
Replying to @larrydetetive
@B0haplren

💬   ♡   ⬆

**Iana** @B0haplren · Nov 3, 2020
Replying to @bodypaint_ @fallendear and @larrydetetive
ele usa o look preto dele

💬   ♡ 1   ⬆

**MaCla** 👋 @mahamaosidolos · Nov 3, 2020
Replying to @larrydetetive
PERFEITOS

💬   ♡   ⬆

**any** @louiszswift · Nov 3, 2020
Replying to @larrydetetive
tem tantas fotos eu não tô acostumada pane no sistema

💬   ♡ 3   ⬆

**nanny** @hsfrce · Nov 3, 2020
Replying to @larrydetetive
A ALIANÇA SÉRIO 😭😭😭😭😭😭😭😭😭😭

💬   ♡ 1   ⬆

**alessa** 🇧🇷⚽ | fan account @onlybrav91 · Nov 4, 2020
Replying to @larrydetetive
Harry cobre o nariz

💬   ♡   ⬆

**gabi has faith in the future** @lt91fine · Nov 3, 2020
Replying to @larrydetetive
Mano o elenco desse filme é mto UoU, Jesus cristinho eu fico bobinha 😌😍

💬   ♡   ⬆

**Faith in the Kirah's²⁸ Future LT2** 💙 @kithebrave · Nov 3, 2020
Replying to @larrydetetive
Aaaahhhh ela é tão linda 🥰 ele é só um neném 💕

💬   ♡   ⬆

This Tweet was deleted by the Tweet author. Learn more

**anna at midnights** 🌙 @fineline010 · Nov 3, 2020
PQP N ME FALA ISSO, será q é pro filme ou é real msm

💬   ♡   ⬆

__ https://twitter.com/AndyVermaut/status/1431683016837926912 __ at __ 2022-11-22 21:19:38 -08:00 __

← **Tweet**



**Andy Vermaut**
@AndyVermaut

···

LeBron James' Wife Savannah Stuns In High Slit Dress As She Celebrates 35th Birthday — Photos
hollywoodlife.com/2021/08/28/leb...



11:20 AM · Aug 28, 2021 · dlvr.it

  

 Tweet your reply

Reply

## Relevant people



**Andy Vermaut**
@AndyVermaut

Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

NBA · LIVE
**Lakers at Suns**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States
**Erection**
14.4K Tweets

···

Trending in California
**Costco**
5,476 Tweets

···

Sports · Trending
**#LALvsPHX**

···

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

🔍 Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski
···

https://twitter.com/Cevans_Army/status/15806758076595600000 __ et __ 2022-11-20 11:04:43 -08:00

← **Thread**

**Chris Evans Army** @Cevans_Army · ···

⭐Chris no set de "Red One".

#chrisevans #ghostedmovie
#thegrayman   #lloydhansen
#captainamerica #steverogers #defendingjacob
#andybarber #beforewego #cevans #chrisevansarmy
#cevansarmy #theavengers #ransomdrysdale #lightyear
#painhustlers #redone #therock #redonemovie



2:44 PM · Oct 13, 2022 · Twitter for iPhone

**1** Retweet   **1** Quote Tweet   **14** Likes

💬   🔁   ♡   📤

Tweet your reply                              Reply

---

**Chris Evans Army** @Cevans_Army · Oct 13
Replying to @Cevans_Army
⭐Chris no set de "Red One".

#chrisevans #ghostedmovie
#thegrayman   #lloydhansen
#captainamerica #steverogers #defendingjacob #andybarber #beforewego
#cevans #chrisevansarmy #cevansarmy #theavengers #ransomdrysdale
#lightyear #painhustlers #redone #therock #redonemovie

💬   🔁 1   ♡ 7   📤

---

**Joan** @joans3627 · Oct 13
Replying to @Cevans_Army
Love seeing him happy 😊🤎💙

💬   🔁   ♡   📤

---

**Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/FUCCI/status/1491959717806756353 _ el _ 2022-11-22 02 10 56 -08 00    22-cv-09462-DMG-ADS    Document 23-21    Filed 03/13/23    Page 77 of 101    Page ID #5161

# Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

**AMERICA'S PROBLEM** ✓
@FUCCI

when Maddy said "ima be me... just pregnant..." this is what she meant.



6:57 PM · Feb 10, 2022 · Twitter for iPhone

**1,089** Retweets  **67** Quote Tweets  **9,683** Likes

---

**Trad_fashion** @wes_nunes · Feb 10
Replying to @FUCCI
That's true
♡ 5

**Tazz One** @VirgilPWillia10 · Feb 12
Replying to @FUCCI
What are you having A girl or boy?
♡ 1

**@buckwildsb** · Feb 11
Replying to @FUCCI
@MaddyMarieNash when u say this???
♡ 1

**Maddy Marie Nash** @MaddyMarieNash · Feb 11
Replying to @buckwildsb and @FUCCI
HAHAH I'm more like this recently

GIF ALT
♡ 1

Show replies

**3rd3ye Kink** @tinyikopink · Feb 11
Replying to @FUCCI
Same 😢

**Adyrah • كبرى••** @syreenpanther · Feb 11
Replying to @FUCCI

iva @ivadeali · Jul 26, 2021
Please I need your help with support to reach my @gofundme goal.I have dacryostinosis which is the blockage of the tear duct in my left eye. I need to carry out a dacryocystorhinostomy surgery.Please help me if and share. I'll be very grateful. Thank you gofund.me/7e787747
Show this thread

**Trey Bae** @Mercury_black_ · Feb 11
Replying to @FUCCI

▶ GIF ALT  **THAT'S SOME FUNNY S#!T**

**DAMITA'S CHILD** @lyricalmar · Feb 11
Replying to @FUCCI
a moment 🔥

Show more replies

---

**Search Twitter**

## Relevant people

**AMERICA'S PROBL...** ✓  **Follow**
@FUCCI
tastemaker | ancient god | served in the navy since 2005 pronouns: (he/want/me) (Naija Basquiat)

## What's happening

NFL · 3 hours ago
**49ers at Cardinals**

**#AvatarTheWayOfWater** 🌊
Get tickets now – In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
6,834 Tweets

Trending in United States
**James cameron**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.





— https://twitter.com/TavernaMarvel/status/1557121111984453... — at — 2022-11-19 21:42:26 -08:00

← **Thread**

**TM** Taverna Marvel | Fan-Club
@TavernaMarvel ···

📸Dakota Johnson no set de 'Madame Web' da Sony em Boston.



2:46 PM · Aug 9, 2022 · Twitter Web App

**11** Retweets   **1** Quote Tweet   **54** Likes

💬          ⟲          ♡          ⬆️

**P** | Tweet your reply          Reply

**TM** Taverna Marvel | Fan-Club @TavernaMarvel · Aug 9  ···
Replying to @TavernaMarvel
Via: @DakotaJArg

💬          ⟲          ♡ **2**          ⬆️

**P** Perkowski Legal P.C. ···
@c_perkowski

---

### Relevant people

**TM** Taverna Marvel | Fan-...   Follow
@TavernaMarvel

Portal focado no universo da Marvel. Todas as notícias e informações você encontra aqui. Ative as notificações🔔
📩Contato:
tavernamarvel@gmail.com

### What's happening

Television · 1 hour ago
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
📷 Promoted by Uber

Music · Trending
**JISOO**
Trending with #BLACKPINK , Camila

Trending in United States
**Jason David Frank**

Trending in United States
**#DreamersbyJungkook**
Trending with #FIFAWorldCup 🏆

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

#### Navigation sidebar

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

https://twitter.com/nanfixus/status/1042018005499170823 __ et __ 2022-11-21 06:43:08 -08:00

← **Tweet**



@nanfixus
@nanfixus

···

# Always naturak beauty 😍😍😍



4:50 AM · Sep 18, 2018 · Twitter for Android

**3** Retweets   **13** Likes

💬          🔁          ♡          ⬆️

 Tweet your reply          Reply


Perkowski Legal P.C.
@c_perkowski
···

🔍 Search Twitter

## Relevant people



@nanfixus
@nanfixus                    **Follow**

DJ Fan 🌼 Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🇦🇷

## What's happening

FIFA World Cup · LIVE
**England vs Iran**

Trending in United States          ···
**Maguire**
Trending with Luke Shaw

Trending in California          ···
**dodger stadium**
14.2K Tweets

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

___ https://twitter.com/hstylespics/status/1262396556709449728 ___ at ___ 2022-11-21 11:29:00 -08:00

← **Tweet**

**best harry pics**
@hstylespics                                    ···

### #WatermelonSugar



🏷 Harry Styles. and HSHQ

7:56 AM · May 18, 2020 · Twitter for iPhone

**236** Retweets   **13** Quote Tweets   **1,886** Likes

---

Tweet your reply                              Reply

**maddie** 🤍 @arislunchdate · May 18, 2020
Replying to @hstylespics @monacommish and 2 others
i m not ready

**Rollercoaster19** @PhillySoul03 · May 18, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
I never did like the color yellow much.... until now! #WatermelonSugar

**may** @lumosonstyles · May 18, 2020
Replying to @hstylespics @Harry_Styles and @HSHQ
GOAT

---

## Relevant people

**best harry pics**           Follow
@hstylespics
Enjoy the best & latest contents of
Grammy winning artist @Harry_Styles.
#BLM | © rightful owners of pictures
(DM us for credits)

**Harry Styles.** ✓         Follow
@Harry_Styles

**HSHQ** ✓                  Follow
@HSHQ
Official Twitter For @Harry_Styles info.
HS IG: instagram.com/harrystyles ||
HSHQ IG: instagram.com/hshq

## What's happening

FIFA World Cup · LIVE
**USA vs Wales**

Sports · Trending                    ···
**Charles Barkley**
5,255 Tweets

Trending in United States            ···
**I BELIEVE THAT WE WILL WIN**
1,225 Tweets

Trending in California               ···
**Bob Chapek**
64.9K Tweets

Events · Trending                    ···
**Black Friday**
185K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

**Perkowski Legal P.C.**   ···
@c_perkowski

— https://twitter.com/tender_DMJ/status/892143093549584388 __ at __ 2022-11-21 20:18:29 -08:00 __



← **Tweet**

Search Twitter

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

**Tweet**

**DAKOTA** 💜💙
@tender_DMJ

⋯

I can't wait to see this movie 😍

3:01 PM · Jul 31, 2017 · Twitter for iPhone

💬          🔁          ♡          ⬆️

P    Tweet your reply          Reply

**Relevant people**



**DAKOTA** 💜💙
@tender_DMJ

Follow

Dakota Johnson is the meaning of
perfection and of course the love of
my life ❤️

**What's happening**

Television · 17 minutes ago
**WWE Monday Night RAW airing
on USA**

Entertainment · Trending          ⋯
**Died Suddenly**
57.4K Tweets

Sports · Trending          ⋯
**Jason Robertson**

Trending in United States          ⋯
**August Alsina**

Trending in United States          ⋯
**#ItOughtToBeACrimeTo**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

**Tweet**



Perkowski Legal P.C.   ⋯
@c_perkowski

__ https://twitter.com/bedroomflicker/status/1375154289773924353 __ at __ 2022-11-22 13:56:33 -08:00 __

← **Tweet**

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**With The Band** @withthebandvip · Mar 25, 2021
Replying to @bedroomflicker
OMG 😍😍

♡ 1

https://twitter.com/_Margvel/status/1422884691721613314 __ et __ 2022-11-19 11:43:59 -08:00

← Tweet

Margvel 
@_Margvel

¡BUENOS DÍAS! ☀️

📸 Finalmente tenemos un primer vistazo de Christian Bale como Gorr The God Butcher para 'THOR: LOVE AND THUNDER' ⚡



4:39 AM · Aug 4, 2021 · Twitter for iPhone

4 Retweets   4 Quote Tweets   212 Likes

Tweet your reply                          Reply

Babel Infinito @babelinfinito · Aug 4, 2021
Replying to @_Margvel
Marche un CGI por ahí!??
                          1

## Relevant people

Margvel 
@_Margvel                    Follow
Humor, información y updates del Universo Marvel | 🦸
contactomargvel@gmail.com |
#SheHulk #IAmGroot

## What's happening

Formula 1 · Starts tomorrow
Abu Dhabi Grand Prix 2022

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
🔷 Promoted by Uber

Trending in California
Messi
331K Tweets

Sports · Trending
Nick Herbig

Sports · Trending
Andrel Anthony

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/foochia/status/1168402506415484576 __ at __ 2022-11-22 18:13:11 -08:00 __

← **Tweet**



**Foochia - فوشيا** ✓
@foochia

تعرّض الممثل الكوميدي الأمريكي يوم أمس الأحد لحادث سير
مروع  في ولاية كاليفورنيا الأمريكية، وأصيب هارت بجروح
خطيرة في الظهر، حيث تم نقله والسائق الخاص به إلى
المستشفى. وأظهرت التقارير أن السائق فقد السيطرة على
المركبة ما أدّى إلى انحرافها.

#فوشيا #KevinHart

Translate Tweet



10:57 PM · Sep 1, 2019 · Twitter Web App

**2** Retweets   **1** Like

💬          ⟲          ♡          ⬆️

  Tweet your reply                    Reply

🔍 Search Twitter

### Relevant people

 **Foochia - فوشيا** ✓        **Follow**
@foochia

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

### What's happening

NCAA Men's Basketball · LIVE
**Wolf Pack at Wildcats**



**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
🎬 Promoted by Avatar

Chain restaurants · Trending          ...
**Hooters**
7,781 Tweets

Trending in United States          ...
**RIP Harold**

Sports · Trending          ...
**Claxton**
1,348 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.          ...
@c_perkowski

← Tweet

**Gaby Meza ▪** 🦊 ✔
@GabyMeza9

¡PRIMERAS IMÁGENES DE MADAME WEB! 🕸 Desde el set de filmación, tenemos el primer vistazo de #DakotaJohnson caracterizada como #MadameWeb. La nueva película de #Sony sobre el universo de #SpiderMan que llegará a cines próximamente.

Translate Tweet



9:36 AM · Jul 26, 2022 · Twitter for iPhone

**233** Retweets   **49** Quote Tweets   **4,690** Likes

Gaby Meza ▪ 🦊 ✔
@GabyMeza9                          Follow
CineRita | #FueradeFoco YouTuber | TV
Host | Locutora #QuéPelículaVer |
Team Cinépolis | EXA FM
contacto@fueradefoco.com.mx 🎬

**What's happening**

NFL · LIVE
49ers at Cardinals

Entertainment · Trending
**Died Suddenly**
40K Tweets

Sports · Trending
**Bosa**
38K Tweets

Entertainment · Trending
**#DWTS** 🏆
Trending with Charli, Gabby

Family drama · Trending
**#GTMcontest12**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

---

Tweet your reply                          Reply

**Alex** @spacecrooner · Jul 26
Replying to @GabyMeza9
despues de Morbius y Venom solo espero mas fracasos

**Zeek Hyman** 🦊🌚 @hyman_zeek · Jul 26
Replying to @GabyMeza9
¿Será? ¿O solo un look para la escena que estén rodando? 🤔

**andy #savepunisher** @andreswdwalker · Jul 26
Replying to @hyman_zeek and @GabyMeza9
Pensé lo mismo

**Miguel Olvera** @MOlvera1993 · Jul 26
Replying to @GabyMeza9
Las 50 sombras de Web 🤣🤣

**Webstoryboard Studios** @webstoryboard · Jul 26
Replying to @GabyMeza9
Bueno ahora sabemos que le harán la de tía May también jajaja

**Fabian** 🖤 @Nico_B89 · Jul 26
Replying to @GabyMeza9
❤️😍

**Ana Galaviz** @agalavizt · Jul 26
Replying to @agalavizt and @GabyMeza9
@CaraD509

**Ü3azmín Ü** @CaraD509 · Jul 26
Replying to @agalavizt and @GabyMeza9
Casi parecido al outfit a del comic

**Flor** @lilDN_55 · Jul 26
Replying to @GabyMeza9
Dakota en un día cualquiera jaja

**cafeholico** @richramc · Jul 26
Replying to @GabyMeza9
La verdad no esperaba está cinta.. Los spin off no han funcionado muy bien que digamos.. #venom la primera fue agradable la segunda..un mmm , morbius ..manita abajo y pues.. Dakota deja mucho que desear en su actuación ( trilogía 50 sombras )

**El Kojimista comunista** @ImpMotion · Jul 26
Replying to @richramc and @GabyMeza9
Estamos en 2022

Show replies

**Smalljump** @miNickEsMote · Jul 26
Replying to @GabyMeza9
Pinche disfraz chingón 👍

**leonardo iannuse** @lagranchila · Jul 27
Replying to @GabyMeza9
Todo lo de sony

**Raul González** @rayos92 · Jul 26
Replying to @GabyMeza9
A lo mejor solo fue por un cafecito ehh

**thorsten140** @140thorsten · Jul 26
Replying to @GabyMeza9

__ https://twitter.com/coolcrushes/status/1484585780465132588 __ at __ 2022-11-22 03:15:43 -08:00 __



← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.**   ...
@c_perkowski

__ https://twitter.com/bangtidyhq/status/1376619077444251656 __ at __ 2022-11-20 19:41:58 -08:00 __

← **Tweet**



**Bang Tidy Celebs**
@BangTidyHQ

···

-@PrincessPiaMia



12:35 PM · Mar 29, 2021 · Twitter Web App

**9** Likes

  


Tweet your reply

Reply

🔍 Search Twitter

## Relevant people



**Bang Tidy Celebs**
@BangTidyHQ          Follow

Bringing you Bang Tidy Celebs from
the UK and around the world. From TV
& Film to Music & Models. Any
requests feel free to tweet.

## What's happening

NFL · 3 hours ago
**Cowboys at Vikings**

**#Disenchanted** 🧚
Original movie now streaming
▶ Promoted by Disney+

Trending in United States          ···
**Bob Iger**
Trending with Chapek, #Disney

Trending in United States          ···
**#AMAs** 🔥
Trending with yeonjun, soobin

Trending in California          ···
**#BLACKPINK**
225K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Left Navigation

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
··· More

**Tweet**


**Perkowski Legal P.C.**
@c_perkowski          ···

← Tweet

 **Foochia - فوشيا** ✔
@foochia

#كاميليا_كابلو وحبيبها #شون_مانديس بجولة في الحي السكني الذي يقطنان به بعيدا عن المناطق المزدحمة!

#مشاهير #مشاهير_هوليوود #CamilaCabello #ShawnMendes

Translate Tweet



12:05 AM · Mar 24, 2020 · Twitter Web App

**2** Retweets   **8** Likes

 Tweet your reply                    Reply

Q Search Twitter

**Relevant people**

 **Foochia - فوشيا** ✔     Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.

**What's happening**

NFL · 56 minutes ago
**Bengals at Steelers**      

**#Disenchanted** 🧹
Original movie now streaming
Promoted by Disney+      

Trending in United States               ···
**Machine Gun Kelly**
1,688 Tweets

Sports · Trending                       ···
**Justin Herbert**
2,431 Tweets

Sports · Trending                       ···
**Drew Timme**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/hstylespics/status/1222602078138380288 __ at __ 2022-11-22 03:57:29 -08:00 __

← **Tweet**

**best harry pics**
@hstylespics



👤 Harry Styles. and HSHQ

11:27 AM · Jan 29, 2020 · Twitter for iPhone

**161** Retweets    **34** Quote Tweets    **1,345** Likes

💬    🔁    ♡    ⬆️


Tweet your reply

Reply

## Relevant people

**best harry pics**
@hstylespics                              Follow
Enjoy the best & latest contents of
Grammy winning artist @Harry_Styles.
#BLM | © rightful owners of pictures
(DM us for credits)

**Harry Styles.** ✔
@Harry_Styles                            Follow

**HSHQ** ✔
@HSHQ                                    Follow
Official Twitter For @Harry_Styles info.
HS IG: instagram.com/harrystyles ||
HSHQ IG: instagram.com/hshq

## What's happening

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
84.5K Tweets

Trending in United States
**Argentina**
Trending with  Messi, #ARGKSA

Trending in California
**Mexicans**
7,422 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More …
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/koredakota/status/1359538355592065025 __el___ 2022-11-21 17:59:48 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-21    Filed 03/13/23    Page 92 of 101    Page ID #:5176

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

🔍 Search Twitter

**karla** @koredakota · Feb 10, 2021 · · ·
dakota johnson and her gucci boots. a thread : part one



💬 4    🔁 77    ♡ 413    ⬆️

**karla** @koredakota · · ·

dakota johnson and her gucci boots. a thread : part two

bonus: zoë kravitz in them.

8:22 AM · Feb 10, 2021 · Twitter for iPad

**7** Retweets    **1** Quote Tweet    **44** Likes

💬    🔁    ♡    ⬆️

**P** Tweet your reply    **Reply**

**karla** @koredakota · Feb 10, 2021 · · ·
Replying to @koredakota
dakota johnson and her gucci boots. a thread : part three

💬 1    🔁 6    ♡ 35    ⬆️

**karla** @koredakota · Feb 10, 2021 · · ·
dakota johnson and her gucci boots. a thread : part four

in her closet #DakotaJohnson

💬 1    🔁 5    ♡ 31    ⬆️

**karla** @koredakota · Feb 10, 2021 · · ·
thread dedicated to @ConnorCobalt1 ❤️

💬 1    🔁    ♡    ⬆️

**P** Perkowski Legal P.C. · · ·
@i_perkowski

**Relevant people**



**karla** @koredakota    **Follow**
fan account. multi-fandom: lore olympus, fifty shades, twilight saga, sen çal kapımı, aşk mantık intikam, marvel, star wars, game of thrones, booktwt. ~ 23

**What's happening**

FIFA World Cup · Last night
**England vs Iran**

Trending in United States
**Died Suddenly**
43.6K Tweets

Trending in United States
**Tampax**
28.2K Tweets

Entertainment · Trending
**#DWTSFinale** 😭
Trending with Charli, Shangela

Trending in California
**Dodger Stadium**
12K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/FLWTXWorld/status/1576932124657977180... al... 2022-11-20 14:50:00 —00:00  Document 25-23  Filed 03/13/23  Page 93 of 101  Page ID  #3277



___ https://twitter.com/chalamarius/status/1334108056280391680 ___ at ___ 2022-11-21 13:19:53 -08:00 ___

← **Tweet**

 **Marius**
@chalamarius

this is literally what every father in a vintage movie looks like who goes to bars and hooks up with random women...

can I be a random woman



4:12 AM · Dec 2, 2020 · Twitter for iPhone

**5** Retweets   **76** Likes

---

P   Tweet your reply                    Reply

### Relevant people

 **Marius**   Follow
@chalamarius

satellite by harry styles 🎶

### What's happening

FIFA World Cup · **LIVE**
**USA vs Wales**


Trending in United States
**Sin Kiske**
1,448 Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**

Entertainment · Trending
**julia fox**
6,903 Tweets

Trending in California
**Telemundo**
7,664 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Twitter sidebar navigation

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

 **Perkowski Legal P.C.** ···
@c_perkowski

Search Twitter





https://twitter.com/dakotaj_updates/status/1556043384350990338 __ at __ 2022-11-19 22:33:47 -08:00

← **Tweet**

**Dakota Johnson Updates**
@dakotaj_updates

···

NEW: Dakota on the set of "Madame Web" today in Boston. #DakotaJohnson



3:23 PM · Aug 6, 2022 · Twitter for iPhone

**129** Retweets  **39** Quote Tweets  **641** Likes

Tweet your reply                                    Reply

**vickiel2r** @Alive_USTx · Aug 7
Replying to @dakotaj_updates
Dakota is so fit and looks even younger now.

**i🦋iso** 🦋 @isolettechaves · Aug 8
Replying to @dakotaj_updates
Wow

**Cicera Maria** @CiceraM87681352 · Aug 6
Replying to @dakotaj_updates
❤️❤️❤️❤️❤️❤️🌹🌹🌹🌹❤️❤️❤️🇧🇷🇧🇷

---

## Relevant people

**Dakota Johnson Upd...**
@dakotaj_updates                    Follow
Your best source about the actress, activist, producer and director #DakotaJohnson — Not affiliated with Dakota or her team.

## What's happening

Television · 2 hours ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
⚡ Promoted by Uber

Music · Trending
**Elton John**
5,229 Tweets                        ···

Trending in California
**Ecuador**
86.1K Tweets                        ···

Sports · Trending
**Cam Rising**                      ···

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

**Perkowski Legal P.C.**  ···
@c_perkowski

__ https://twitter.com/AndyVermaut/status/1288883573007974400 __ at __ 2022-11-20 11:42:07 -08:00 __

← **Tweet**

 **Andy Vermaut**
@AndyVermaut

···

### Nicki Minaj Shows Off Bare Baby Bump In Bed To Promote New Music Video — Watch
hollywoodlife.com/2020/07/30/nic...



8:46 AM · Jul 30, 2020 · dlvr.it

        ♡    ⬆

    Tweet your reply    **Reply**

## Relevant people

 **Andy Vermaut**    **Follow**
@AndyVermaut

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

FIFA World Cup · 3 hours ago
**World Cup Qatar 2022: Opening Ceremony**



**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States    ···
**Rest In Peace**
45.6K Tweets

Entertainment · Trending    ···
**Morgan Freeman**
183K Tweets

Trending in California    ···
**Shakira**
109K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**    ···
@c_perkowski

← **Tweet**



AP ✔
@altapeli                                                                                    ···

Imágenes desde el set. Emma Watson ya es una de las
#Mujercitas de Greta Gerwig. #LittleWomen



3:42 PM · Oct 8, 2018 · Twitter Web Client

**11** Retweets    **4** Quote Tweets    **71** Likes

💬          🔁          ♡          ⬆



Tweet your reply                                    Reply

❤ **IStandWithEmmaWatson**🇵🇪 @stefyxamara · Oct 8, 2018          ···
Replying to @altapeli
Meryl Streep, Saoirse Ronan y Timothée Chalamet.

💬          🔁          ♡          ⬆

**Carolina Carbajo** @carocarbajo · Oct 8, 2018                    ···
Replying to @altapeli
Quien más completa el elenco?

💬          🔁          ♡          ⬆

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

AP ✔                    Follow
@altapeli
Cuenta oficial de AltaPeli.com - Cine /
Series / Críticas / Noticias /
Videojuegos

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**

Trending in California          ···
**Telemundo**
7,703 Tweets

Entertainment · Trending          ···
**julia fox**
6,488 Tweets

Trending in United States          ···
**Medford Messi**

Trending in California          ···
**National Anthem**
72.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



__ https://twitter.com/souljaian/status/1378468388239642627 __ e! __ 2022-11-22 13:51:03 -08:00



**Tweet**

Ian Connor
@souljaian

This It.





2:56 PM · Apr 3, 2021 · Twitter for iPhone

**293** Retweets   **45** Quote Tweets   **3,238** Likes

Tweet your reply                              Reply

@DIGITALNAS · Apr 3, 2021
Replying to @souljaian
This fit is crazyyyyy

8

808s&BranFlakes @VloneBFrank · Apr 3, 2021
Replying to @souljaian
That's it**

tksdead @tksnitemare · Apr 3, 2021
Replying to @souljaian
Kk min

Koky @fuckkoky · Apr 3, 2021
Replying to @souljaian
Ian whats your relationship like with carti

1

+ @dookmoto · Apr 3, 2021
Replying to @souljaian
Fit ain't nothing

3

**Relevant people**

Ian Connor          Follow
@souljaian
BFP1993

**What's happening**

FIFA World Cup · 3 hours ago
**Mexico vs Poland**


**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in United States
**Ochoa**
Trending with Poland, Lewandowski

Trending in United States
**#BoycottTampax**
8,274 Tweets

Trending in California
**Mexicans**
19.5K Tweets

Show more

Terms of Service · Privacy Policy · Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.


Perkowski Legal P.C.
@c_perkowski