# EXHIBIT B Continued

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

**Perkowski Legal P.C.** ...
@c_perkowski

___ https://twitter.com/RihannaNoBrasil/status/1505974199801819143 ___ et ___ 2022-11-22 01:41:01 -08:00
Case 2:22-cv-09462-DMG-ADS  Document 23-22  Filed 03/13/23  Page 3 of 101  Page ID #:5188

← **Tweet**

**Rihanna.com.br** ⚓
@RihannaNoBrasil                                    · · ·

MAMÃE! Rihanna fez compras para seu bebê na Kitson em Los Angeles. (20/03) 👛

Translate Tweet



11:26 AM · Mar 21, 2022 · Twitter for Android

**40** Retweets   **8** Quote Tweets   **584** Likes



Tweet your reply                                    Reply

**Skyler Thompson** @SkylerT98607994 · Mar 21   · · ·
Replying to @RihannaNoBrasil
Love



**Perkowski Legal P.C.**
@c_perkowski                                    · · ·

---

Search Twitter

**Relevant people**

**Rihanna.com.br** ⚓                    Follow
@RihannaNoBrasil

Rihanna.com.br is a genuine and registered fansite, made by fans. Fã-clube e portal de notícias brasileiro sobre a cantora Rihanna. Online desde 2008. 💎

**What's happening**

FIFA World Cup · **LIVE**
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Entertainment · Trending                    · · ·
**Died Suddenly**
Trending with World Premiere

Trending in California                    · · ·
**Mexicans**
7,201 Tweets

Trending in United States                    · · ·
**#GMMTV2023**
231K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

← **Tweet**



**Marvel Fans India**
@MarvelFansIN                                                  ···

New #MadameWeb set photos show Dakota Johnson sporting the hero's white hair from the comics..

#MarvelFansIndia



1:28 AM · Oct 11, 2022 · Twitter for Android

**5** Retweets   **23** Likes

🔲 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

🔍 Search Twitter

**Relevant people**

 **Marvel Fans India**   Follow
@MarvelFansIN

Biggest Fan Club in India for a Comic Book Brand, Providing Everything you need to know about @marvel | Mail us : marvelfansindiaofficial@gmail.com

**What's happening**

Television · Last night
**Saturday Night Live airing on NBC**



**#Disenchanted** 😵
Original movie now streaming
▶ Promoted by Disney+



Only on Twitter · Trending
**RIP JDF**                                        ···
7,401 Tweets

Trending in California
**Shakira**                                        ···
97.7K Tweets

Only on Twitter · Trending
**#RIPLEGEND**                                      ···
2,948 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**   ···
@c_perkowski

← **Tweet**



**Margvel** 🦋
@_Margvel
···

Amo el hecho de que Kamala sea fangirl de Captain Marvel y que lo vayan a mostrar en la serie ❤️

#MsMarvel⚡

10:11 AM · May 1, 2021 · Twitter for iPhone

**48** Retweets   **6** Quote Tweets   **620** Likes

Tweet your reply                                    Reply

**AboutAGeekGirl** 🦋 💛 🏳️‍🌈 @aboutageekgirl · May 1, 2021   ···
Replying to @_Margvel
Ojalá lo muestren y que escribe fanfics de los Avengers
♡ 1              ♡ 5

**Margvel** 🦋 @_Margvel · May 1, 2021   ···
Replying to @aboutageekgirl
Síííí
♡              ♡

**Sebas Craig** @SebasCraig · May 1, 2021   ···
Replying to @_Margvel
Hola, la verdad no tengo idea del personaje. Los poderes son como los de Capitana Marvel? O que poder tiene?
♡ 2              ♡ 3

**Darío Alejandro** @peralta_1998 · May 1, 2021   ···
Replying to @SebasCraig and @_Margvel
Ella tiene elasticidad y cambiar el tamaño a voluntad si queres conocer más el videojuego te explica de donde vienen sus poderes
♡ 1              ♡ 6
Show replies

**Fozy** 🇲🇽 @Fozyeon · May 2, 2021   ···
Replying to @_Margvel
No me imagino a Khamala platicando con la Karol del UCM, ósea, hicieron muy mam@na a Karol, y tener que convivir con alguien con mucha energía como lo es Khamala, se me hace que no van a tener la química que espero
♡              ♡

**Coca** @CacuinaX · May 1, 2021   ···
Replying to @_Margvel
lo único que no entiendo es como va a ser fan si tipo se la conoció recién en endgame mundialmente
♡ 1              ♡ 8

**Arian Olivera** @_ariannjj · May 1, 2021   ···
Replying to @CacuinaX and @_Margvel
Tal vez en estos 5 años capitana Marvel se convirtió en una heroína más conocida
♡ 1              ♡ 4
Show replies

**Drake Quill** @TheReedRaptor · May 1, 2021   ···
Replying to @_Margvel
Espero que la fan sea mejor que Su Idolo
♡              ♡ 1              ♡ 3

**isaac_olivares17🇲🇽** @YzMaxx2 · May 1, 2021   ···
Replying to @_Margvel
Sera serie? Pense que era pelicula XD
♡              ♡

**Haruko** @Haruko86320186 · May 1, 2021   ···
Replying to @_Margvel
De hecho en el comic es asi por eso toma el nombre de ms. marvel por eso lo van a representar tal cual esta en las viñetas.
♡              ♡

This Tweet is from a suspended account. Learn more

**Jova** @_Joelzz · May 1, 2021   ···
Replying to @addler1234 and @_Margvel
Ese es un traje que se acerca bastante a la realidad y sí, su propósito es no verse bien jajajaja
♡              ♡ 1
Show more replies

---

**Perkowski Legal P.C.** ···
@c_perkowski

---

**Sidebar:**

Search Twitter

**Relevant people**

**Margvel** 🦋
@_Margvel                     Follow
Humor, información y updates del Universo Marvel | 🎬 |
contactzmargvel@gmail.com |
#SheHulk #IAmGroot

**What's happening**

Formula 1 · Starts tomorrow
**Abu Dhabi Grand Prix 2022**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**HE'S BACK**
104K Tweets              ···

Music · Trending
**Adele**
54.2K Tweets              ···

Trending in California
**HELL NO**
44.8K Tweets              ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Left navigation:**
Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

← **Tweet**

🐦
🏠 Home
# Explore
🔔 Notifications ①
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

**Tweet**

**Chris Evans Army**
@Cevans_Army ⋯

⭐ Chris e The Rock no set de "Red One".

#chrisevans #ghosted #ghostedmovie #thegrayman #lloydhansen #captainamerica #steverogers #defendingjacob #andybarber #avengers #beforewego #cevans #chrisevansarmy #cevansarmy #lightyear #painhustlers #redone #therock #redonemovie



8:57 AM · Nov 4, 2022 · Twitter for iPhone

34 Retweets   3 Quote Tweets   161 Likes

💬            ⟲            ♡            ⬆️

Ⓟ   Tweet your reply                    **Reply**

**Luciana** @Luciana91898267 · Nov 4   ⋯
Replying to @Cevans_Army and @ItalyChrisEvans
Non pensavo fossero alti uguale

💬            ⟲            ♡ 1          ⬆️

**Joan** @joans3627 · Nov 4   ⋯
Replying to @Cevans_Army
😍😍😍

💬            ⟲            ♡            ⬆️

Ⓟ **Perkowski Legal P.C.**   ⋯
@c_perkowski

🔍 Search Twitter

### Relevant people

**Chris Evans Army**   **Follow**
@Cevans_Army
Chris Evans Fan Page

### What's happening

NBA · 1 hour ago
**Lakers at Suns**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States   ⋯
**Erection**
19K Tweets

Trending in California   ⋯
**Costco**
5,936 Tweets

Chain restaurants · Trending   ⋯
**Hooters**
8,775 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.



← **Tweet**

**Hot Celebs**
@HotCelebsPicss                                    ...

## Alexandra Daddario 😍

12:11 PM · Oct 11, 2021 · Twitter for Android

**82** Retweets   **580** Likes

💬          ⟳          ♡          ⬆

Tweet your reply                          Reply

---

**Search Twitter**

### Relevant people



**Hot Celebs**                    Follow
@HotCelebsPicss

Hot Celebs Pics - DMs are open (no
wankchat) - IM A GUY - #NSFW
[EN/FR]

### What's happening

FIFA World Cup · LIVE
**England vs Iran**

Music · Trending                      ...
**Elton John**
Trending with  Dodger Stadium

Trending in United States              ...
**Ian Darke**

Politics · Trending                    ...
**Tragically**
15.8K Tweets

Science · Trending                     ...
**#Orion**
2,038 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

**Perkowski Legal P.C.**      ...
@c_perkowski

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from a suspended account. Learn more



**Perkowski Legal P.C.** ...
@c_perkowski

https://twitter.com/WellBuiltStyle/status/1582459494105509888 __ at __ 2022-11-20 07:34:15 -08:00

← **Tweet**

🔍 Search Twitter

- 📷 Home
- # Explore
- 🔔 Notifications
- ✉️ Messages
- 🔖 Bookmarks
- 🗒️ Lists
- 👤 Profile
- ⋯ More

**Tweet**

**Relevant people**



**WellBuiltStyle** ✓
@WellBuiltStyle

Overall this is a great fit from Stephen Amell - fine knit v-neck sweater + selvedge dark denim jeans + desert boots.

One tweak I'd make: opting for a deep v-neck undershirt. Something that doesn't peek out at the top like you see here.



12:51 PM · Oct 18, 2022 · Twitter Web App

**11** Likes

💬    🔁    ♡    ↑

Ⓟ    Tweet your reply                      **Reply**

**WellBuiltStyle** ✓
@WellBuiltStyle                          **Follow**

A website dedicated to helping men around the world improve their style and fitness. Products shared may contain affiliate links.

**What's happening**

FIFA World Cup · LIVE
**World Cup Qatar 2022: Opening Ceremony**



#Disenchanted 🧙
Original movie now streaming
▶️ Promoted by Disney+

Trending in United States
RIP Tommy

Ⓟ  Perkowski Legal P.C.    ⋯
@c_perkowski

_ https://twitter.com/postsjustin/status/1350073955751759875 _ et _ 2022-11-22 14:39:31 -08:00

Case 2:22-cv-09462-DMG-ADS   Document 23-22   Filed 03/13/23   Page 10 of 101   Page ID
#:5195

← **Tweet**

**best justin pics**
@postsjustin                                                          ···

big hair, don't care



👤 Justin Bieber

5:34 AM · Jan 15, 2021 · Twitter for iPhone

**129** Retweets   **11** Quote Tweets   **808** Likes

💬              ↻              ♡              ⬆

Ⓟ   Tweet your reply                              Reply

**Tracey Stone#Ratski** 🐾 @TraceyS67687746 · Jan 19, 2021   ···
Replying to @postsjustin and @justinbieber
Nether here nor their,,, still fab 😁

💬              ↻              ♡              ⬆

**DANIEL** @buzztinbieberr · Jan 15, 2021                        ···
Replying to @postsjustin and @justinbieber
😐

💬              ↻              ♡              ⬆

**shumaila** @_shumaila_M · Jan 15, 2021                        ···
Replying to @postsjustin and @justinbieber
I'm first

💬              ↻              ♡              ⬆

## Relevant people

**best justin pics**           Follow
@postsjustin
The best of @justinbieber content.
(fan account) Ownered by
starringevelyn, brzzle and biebersnt.

**Justin Bieber** ✓           Follow
@justinbieber
JUSTICE the album out now

## What's happening

FIFA World Cup · Last night
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater** 🧑
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Celebrities · Trending
**Chris Evans**
Trending with  Blueface                        ···

Trending in California
**Chicharito**
6,740 Tweets                                    ···

Trending in California
**Lucas**
154K Tweets                                     ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/demetriaaalove/status/1286189378704941059 _ei _ 2022-11-21 07:25:15 -08:00 _Case 22-cv-09462-DMG-ADS Document 23-22 Filed 03/13/23 Page 11 of 101 Page ID #5196

**Tweet** ←

**Demi Lovato News**
@demetriaaalove

Demi Lovato leaving Nobu after her engagement with Max Ehrich



11:40 PM · Jul 22, 2020 · Twitter Web App

**90** Retweets  **31** Quote Tweets  **557** Likes

Tweet your reply                                    Reply

**bia** @lovatosabotage · Jul 22, 2020
Replying to @demetriaaalove and @Loxnely_
the smile

**gabby** @blacknsleepy · Jul 22, 2020
Replying to @demetriaaalove
she looked so happy 😊

♡ 27

**pirata** @httpstonecold · Jul 23, 2020
Replying to @demetriaaalove
que gracinha afffffff

**ethan torchio's wifie** 🧸 @gluedheartz · Jul 22, 2020
Replying to @demetriaaalove
the way she is just laughing... i mean- i just can't believe it ❤️

**claraalovatic** @claragmllt · Jul 22, 2020
Replying to @demetriaaalove
she just looks so happy 🥺🥺

**s u r v i v o r** 🧸✨ @SurvivorsLiveOn · Jul 23, 2020
Replying to @demetriaaalove and @jesymetria
@stepintoURpower

♡ 1

**jen vibes** @OpenANewFuture · Jul 23, 2020
Replying to @SurvivorsLiveOn
🥺🥺🥺 her happiness

♡ 1

Show replies

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

**Relevant people**

**Demi Lovato News**    Follow
@demetriaaalove
The "HOLY FVCK" album ft. "29", "Substance" & "Skin Of My Teeth" is out NOW 🖤🔥 🚀 The "HOLY FVCK TOUR" is on the road now.

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Sports · Trending
**Michael Irvin**

Korean music · Trending
**#CHASE**
6,914 Tweets

Gaming · Trending
**3DS RAINBOW ROAD**
Trending with Maple Treeway

Trending in California
**Dodger Stadium**
14K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

__ https://twitter.com/KimKimuntu/status/1562905281787800832 __ at __ 2022-11-20 18:11:48 -08:00

← **Tweet**

**Paulette Kimuntu Kim**
@KimKimuntu                                    ⋯

Ce couple,trop stylé

#people

Translate Tweet



1:50 PM · Aug 25, 2022 · Twitter for Android

**1** Retweet   **2** Quote Tweets   **26** Likes

💬   🔁   ♡   ⬆️

[P]  Tweet your reply                          Reply

**3B ~ BENTO BINSA** @safaren95 · Aug 25    ⋯
Replying to @KimKimuntu
Taille Moko ya bien " RIRI "

💬   🔁   ♡   ⬆️

---

🔍 Search Twitter

**Relevant people**

**Paulette Kimuntu Kim**        Follow
@KimKimuntu

**What's happening**

NFL · 1 hour ago
**Cowboys at Vikings**

#Disenchanted 🧹
Original movie now streaming
▶ Promoted by Disney+

Trending in United States          ⋯
**#AMAs** 🔥
Trending with soobin, bebe rexha

Trending in California             ⋯
**Dodger Stadium**
8,959 Tweets

The Real Housewives of Potomac · Trending   ⋯
**John Hopkins**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

---

🐦

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒 Lists

👤 Profile

⊙ More

**Tweet**

Case 2:22-cv-09462-DMG-ADS   Document 23-22   Filed 03/13/23   Page 13 of 101   Page ID #:5198



← **Tweet**



**Ryan 'All Day News' Anderson**
@Ryans_Ramblings                          ···

Ben Affleck on the set of the George Clooney directed film 'The Tender Bar'. #BenAffleck #TheTenderBar



3:41 PM · Mar 13, 2021 · Twitter for Android

**8** Retweets   **10** Likes

◯        ⇄        ♡        ⬆

P    Tweet your reply                    Reply

---

◎ Home

# Explore

🔔 Notifications (1)

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

---

**Relevant people**

**Ryan 'All Day News' ...**          Follow
@Ryans_Ramblings

Founder, Host, and EIC of @TheNerdRagePod. As seen on @CBSThisMorning! Instagram: @RadRyGuy TikTok: @Ryans_Ramblings Casting Inquiries: NerdRagePod@gmail.com

**What's happening**

NFL · 2 hours ago
**Browns at Bills**



**#Disenchanted** 🧚
Original movie now streaming
🄿 Promoted by Disney+

Sports · Trending                    ···
**Trenton Irwin**

Sports · Trending                    ···
**Webb**
33.8K Tweets

Trending in California               ···
**#AMAs** 🎤
1.73M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🔍 Search Twitter

---

P   **Perkowski Legal P.C.**    ···
    @c_perkowski

https://twitter.com/SeriesUpdateFR/status/1318929796102033408 __sr__ 2022-11-23 15:11:23 -08:00 Case 2:22-cv-09462-DMG-ADS Document 23-22 Filed 03/13/23 Page 15 of 101 Page ID #:5200

**Infos Séries**
@SeriesUpdateFR

Le casting de 'Stranger Things' sur le tournage de la saison 4.



7:59 AM · Oct 21, 2020 · Twitter for Android

**409** Retweets   **77** Quote Tweets   **2,390** Likes

---

P  Tweet your reply                                    Reply

**Pln** @PaulineShv · Oct 21, 2020
Replying to @SeriesUpdateFR
@Steeveen_L !!

**Gaëlle SIMON** @GagaBlumen · Oct 21, 2020
Replying to @SeriesUpdateFR
J'en ai les larmes aux yeux! Si vous saviez à quel point j'aime cette série! 😭
❤️💧💧
                        1            7

**Mathieu** 🐻 @TaKaFut51 · Oct 21, 2020
Replying to @GagaBlumen and @SeriesUpdateFR
On est 2 best série ever 😍

**Nynon //** @Suprematie__ · Oct 21, 2020
Replying to @SeriesUpdateFR and @AntheaKhaleesi
@tenjoong3107 @70Gha LES VEUCHES DE ROBIN
                        3

**Draculi** 🐍 @tenjoong3107 · Oct 21, 2020
Replying to @Suprematie__ @Kiwi0615 and 3 others
Mais ouiii ! Regardez ! ELLE EST TROP COOL PUNAISE



                        3            ♡ 5            ♡ 16

Show replies

**N** @fkgpseudo · Oct 21, 2020
Replying to @SeriesUpdateFR
J'ai tellement hâte ! 😍

**Cindy**🦋 @CindyCqln · Oct 22, 2020
Replying to @SeriesUpdateFR and @4nnaTRNL
Alors je suis rendu à l'épisode 6 de la saison 1 🎉
                                    ♡ 1

**Shego** 🌸 @Noble_sentiment · Oct 21, 2020
Replying to @SeriesUpdateFR
Dustin a chaque saison c'est une nouvelle casquette 😂

---

**Relevant people**

**Infos Séries**
@SeriesUpdateFR                    Follow
Bienvenue sur votre premier compte source français sur toutes vos séries, films et plateformes de streaming préférées. 🎥
seriesupdatefr@gmail.com

**What's happening**

FIFA World Cup · 5 hours ago
Mexico vs Poland

#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Celebrities · Trending
**Chris Evans**
Trending with Blueface

Trending in California
**Alexis Vega**
20.7K Tweets

Politics · Trending
**Catturd**
10.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Perkowski Legal P.C.
@c_perkowski

Tweet

Search Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

**Dani Lagi ⚡ Strip Marvel**
@StripMarvel

Imágenes del set de 'LOKI'. ¿La rubia será Lady Loki o La Encantadora? O ninguna de ellas jaja 🤣

Translate Tweet



8:09 AM · Mar 4, 2020 · Twitter for iPhone

**85** Retweets   **4** Quote Tweets   **795** Likes

Tweet your reply    Reply

**Joni Deniz Campos** @jonee_dc · Mar 4, 2020
Replying to @StripMarvel
Yo creo que Lady Loki sería morena, para mantener el personaje lo más parecido, salvo las tetas 🙂

**Blog de Superhéroes #SpiderManNoWay...** @blogsu... · Mar 4, 2020
Replying to @StripMarvel
Yo que creo que al final va a ser una simple agente de la TVA...
💬 1   🔁   ♡ 12

**(◡‿◡) L❂KI** @SlytherinKvothe · Mar 4, 2020
Replying to @StripMarvel
Tiene pinta de Lady Loki 💗🐍

**Oscar Tovias** @oscar_tovias · Mar 4, 2020
Replying to @StripMarvel
Morbius chsm
♡ 1

**Polen López** @FloryMariaforev · Mar 5, 2020
Replying to @StripMarvel
Desde cuando Loki es Arthur Fleck?

**cfernanh** @cfernanhermida · Mar 4, 2020
Replying to @StripMarvel
Tiene como una armadura pectoral un poco al estilo asgard
♡ 5

**luis medina** @VaniroxLuis · Mar 4, 2020
Replying to @StripMarvel
Y Ella es lady loki y lo incrimina y es la villana de la serie algo como robar algún artefacto cósmico de otra realidad
💬 1

**cristian camilo** @cristiancami278 · Mar 4, 2020
Replying to @VaniroxLuis and @StripMarvel
Me imagino cual sería la reacción de Loki si ella resultara ser la mala.
Loki: Es increíble que vivamos en un multiverso en el que uno nisiquiera puede confiar en sí mismo.
♡ 1

**Joseba** @Joseball98 · Mar 4, 2020
Replying to @StripMarvel
Serán agentes de la TVA los q se lo están llevando??

**YikaroCK** @Yikaro_CK · Mar 5, 2020
Replying to @StripMarvel
Quién es Lady Loki?

**luis medina** @VaniroxLuis · Mar 4, 2020
Replying to @StripMarvel
Una pregunta será que Loki será al principio parte de la organización del tiempo lo digo porque es raro que no se disfrace de alguien si está infiltrado y si es parte de ellos comete un error y lo envían a prisión ni idea

**Oscar Jair Angarita** @oscar_lord · Mar 4, 2020
Replying to @StripMarvel
la encantadora sería la leche

**Ariel Lobato | #TheBatman** @ArielLobato8 · Mar 4, 2020
Replying to @StripMarvel
También se ve a Owen Wilson.

**Leicester** @Leicester1989 · Mar 4, 2020
Replying to @StripMarvel
Tío... Eso pinta a Loki agente de SHIELD

Perkowski Legal P.C.
@c_perkowski

**Relevant people**

**Dani Lagi ⚡ Strip Ma...**
@StripMarvel    Follow

Soy @Dani_Lagi de Strip Marvel en @youtube y @twitch autor de #ComoConocíAVuestraMarvel y el comic #ElGuantletHaterDelInfinito
CONTACT: stripmarveltv@gmail.com

**What's happening**

FIFA World Cup · 2 hours ago
England vs Iran

Trending in United States
Senegal
Trending with #FifaisuKic, England

YU-GI-OH! · Trending
Mystic Mine

Sports · Trending
Charles Barkley
4,000 Tweets

Trending in United States
Mendy
43.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

← Tweet

This Tweet is from a suspended account. Learn more

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@_perkowski

---

**John Henry Irons** @HenrySt975558 · Aug 10
Replying to @MarvelNews4u
I know Manny Montana is probably playing JogFin King, Parker Robbins cousin, but he would of been a better Hood in my opinion.

---

**Seyed Aalay Rasool** @AalaySeyed · Aug 9
Replying to @MarvelNews4u
Why does he looks like Doctor stranges ripped off version

---

**Max Power** @DaGreatMaxPower · Aug 8
Replying to @MarvelNews4u
Bruh. Him with those tiny pistols next to that armor looks like child's play.

---

**Greg Anderson** @Greg_An · Aug 25
Replying to @DaGreatMaxPower
The guns are only a focus for his magical power blasts. The cloak also allows him invisibility for a limited time.

---

**Elon Musk** @RealRentJay · Aug 8
Replying to @MarvelNews4u
Armor looks cool, if it was in iron man 1 or 2, idk man i really Wanna hype myself up but I thought the suit was gonna look more advanced and modern than Pepper Potts armor or at least to Starks Level of nanobot tech, she's appears in wakanda surely she got some advanced tech

---

**Kara Sallow** @KaraSallow · Aug 8
Replying to @RealRentJay
This is (probably) her Mark-I or II armor. She'll get the sleeker Ironheart suit later, can pretty much guarantee it.

---

**Nitro** @KyleGowling · Aug 11
Replying to @MarvelNews4u
Little Red Riding Hood vs Ironheat. Coming to theatres near you.

---

**Cinema Jacket** @CinemaJacket · Aug 8
Replying to @MarvelNews4u
Nice suit, but there's no way they'd ever not cover it 100% with CG instead of use CG to enhance the practical. Those days are over.

---

**Blank** @Mister_Jay_Tee3 · Aug 8
Replying to @CinemaJacket
Idk what to tell you buddy. It looks the same to me practically wise



❤ 16

Show replies

---

**Ed Bondurant** @EdBondurant · Aug 9
Replying to @MarvelNews4u
@adammoore95

♡ 1

---

**Dale Moore** @adammoore95 · Aug 9
Replying to @EdBondurant
Iron heart looks sick !!!

Show replies

---

**Arthur Denorfia Jr.** @ArthurDenorfia · Aug 10
Replying to @MarvelNews4u
If Hood appearing in the IronHeart TV series is true, who knows how long it will be before we see his infamous crime syndicate of supervilians that he had established after the Civil War storyline?

---

**Matze Ahrens** @TheElectroBoy · Aug 9
Replying to @MarvelNews4u
awesome +3 +3 +3

---

**─|— I■** @timishigh · Aug 9
Replying to @MarvelNews4u
That's that girl from that Capcom gamerr

---

**thehoopafella** @thehoopafella1 · Aug 9
Replying to @MarvelNews4u
the hood is good but him being in this show is a big mistake

---

**Wynning** @WynnFabrizio · Aug 9
Replying to @MarvelNews4u
Bringing my lead favorite villain into live action this shows not winning any points for me

♡ 1

---

**MC Liked Wakanda Forever** @PTSD_barnum · Aug 9
Replying to @WynnFabrizio
Remember how the Guardians were basically unknown until Gunn popularised them?

Show replies

---

**Dominxx** @Dominxx23 · Aug 9
Replying to @MarvelNews4u
Finnaly, THE HOOD

---

**Vlad St. Howler** @HowlerSt · Aug 10
Replying to @MarvelNews4u
She's young and just starting, therefore she's learning as she goes, same as Stark did. Not even Ford came out with today's tech for his first car creation. It evolved over time.

---

**Jean Kalyx** @Kalyx_tra0 · Aug 9
Replying to @MarvelNews4u
Okay that armor looks wild.

♡ 3

---

**Thomas J. Noyola** @thoyola83 · Aug 8
Replying to @MarvelNews4u
Was not excited for this but the suit is pretty sick, gonna have to check it out now.

♥ 11

---

**Yetibacca PEREZ** @aljudanakez · Aug 9
Replying to @MarvelNews4u
Oh heck yeah

___ https://twitter.com/Ryans_Ramblings/status/1183134251148951553 ___ at ___ 2022-11-21 03:10:33 -08:00 ___

← **Tweet**



**Ryan 'All Day News' Anderson**
@Ryans_Ramblings

···

The 1st Look at the cast of The Suicide Squad!
#TheSuicideSquad #DCFilms #DCComics



2:36 PM · Oct 12, 2019 · Twitter for Android

**7** Retweets    **12** Likes



P    Tweet your reply    Reply

## Search Twitter

### Relevant people



**Ryan 'All Day News' ...**    Follow
@Ryans_Ramblings

Founder, Host, and EIC of
@TheNerdRagePod. As seen on
@CBSThisMorning! Instagram:
@RadRyGuy TikTok:
@Ryans_Ramblings Casting Inquiries:
NerdRagePod@gmail.com

### What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening
Ceremony**



Music · Trending
**Billy Joel**
1,269 Tweets    ···

Trending in United States
**Iran**    ···
Trending with England, Wales

Trending in United States
**Schiff**    ···
52.4K Tweets

Trending in United States
**#AMAs** 🌹    ···
Trending with soobin, Sabrina

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**    ···
@c_perkowski

__ https://twitter.com/ClickySound/status/1457190653478244356 __ at __ 2022-11-22 21:32:06 -08:00 __

← **Tweet**

**Clicky Sound**
@ClickySound

 · · ·



#latestnews Justin Bieber Rocks New Khaki Yeezy NSTLD Boots Day After Debut - clickysound.com/justin-bieber-... (POST_EXCERPT}



8:38 PM · Nov 6, 2021 · Clicky Sound

 ○        ⟲        ♡        ⬆

 Tweet your reply

Reply

## Relevant people

**Clicky Sound**
@ClickySound
Photography at its Best!

Follow

## What's happening

NBA · LIVE
**Lakers at Suns**



**#AvatarTheWayOfWater** 💧
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California
**Costco**
5,615 Tweets

 · · ·

Business and finance · Trending
**Virginia Walmart**
9,098 Tweets

 · · ·

Trending in United States
**Erection**
15.5K Tweets

 · · ·

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

🔍 Search Twitter

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/soygerardcortez/status/944363265529995266 __ el __ 2022-11-22 18:17:23 -0800

← **Tweet**

**Gerard Cortez**
@SoyGerardCortez

···

Rihanna se une a la tendencia Scifi con este look a lo Matrix de Dior para ir al concierto de Jay-Z. So hot 🔥



4:25 PM · Dec 22, 2017 · Twitter for iPhone

**8** Retweets  **2** Quote Tweets  **48** Likes

💬                 🔁                 ♡                 ⬆️

**P**  Tweet your reply                          **Reply**

**Panuchito** @FurtiStar · Dec 22, 2017
Replying to @SoyGerardCortez
Se ve tan rihanna del 2004. 🤔

💬        🔁        ♡ **1**        ⬆️

This Tweet is from a suspended account. Learn more

**Gerard Cortez** @SoyGerardCortez · Dec 22, 2017
Replying to @MoisesA51332590
A mi me encanta. Sexy.

💬 **1**        🔁        ♡        ⬆️

---

🔍 Search Twitter

### Relevant people

**Gerard Cortez**                    Follow
@SoyGerardCortez
Periodista de moda y cultura pop. TV Host y guionista. Amarás mi YouTube. No binarie. Inmigrante. Contacto Gerardcortez@gmail.com (Él-he, ella-she, elle-they)

### What's happening

Television · LIVE
**Bachelor in Paradise airing on ABC**

#AvatarTheWayOfWater 🧑
Get tickets now · In theaters December 16
▶️ Promoted by Avatar

Trending in United States                ···
**RIP Harold**

Trending in United States                ···
**Hooters**
7,848 Tweets

Sports · Trending                        ···
**Stan Van Gundy**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**     ···
@c_perkowski



← Tweet

**Clicky Sound** 
@ClickySound                                      ...

[clickysound.com/paris-jackson-...](clickysound.com/paris-jackson-...) Paris Jackson protests, Ludacris celebrates his daughter's graduation and more...



10:55 AM · Jun 2, 2020 · Clicky Sound

   

   Tweet your reply                    **Reply**

---

Q Search Twitter

**Relevant people**

 **Clicky Sound**          **Follow**
@ClickySound
Photography at its Best!

**What's happening**

NCAA Football · LIVE
**Illinois at Michigan**                

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Only on Twitter · Trending              ...
**#万博体育**
1,993 Tweets

Trending in United States              ...
**Harbaugh**
1,439 Tweets

NFL · Trending                          ...
**Peter Burns**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**   ···
@c_perkowski






— https://twitter.com/bso/status/1300010649913425925 __ et __ 2022-11-22 08:51:28 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-22    Filed 03/13/23    Page 24 of 101    Page ID #:5209

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Tweet

Robert Littal BSO ✓
@BSO

Details on Dr. Dre Dating "Love and Hip-Hop: Hollywood" Star and Omarion's Baby Mama, Apryl Jones; Dre's Wife Nicole Young is Trying to Interview His Alleged Mistresses to Help Break Her Prenup Because She Can't Live Off $300k a Month (Pics-IG)
bit.ly/2LKovTS



3:39 PM · Feb 11, 2021 · BSO Alert

1 Retweet    5 Likes

Tweet your reply                                    Reply

Perkowski Legal P.C.
@c_perkowski

Lone Lee© @G2thAdon · Feb 11, 2021
Replying to @BSO
Lol wasn't on my 2021 bingo card

Relevant people

Robert Littal BSO ✓    Follow
@BSO
BSO is a Unique take on Sports & Ent;
Tweets by The Headline King Robert
Littal; IG: BSOTV; FB:
BlackSportsOnline; Keep That Same
Energy Podcast; #BLM; 💙 AML

What's happening

FIFA World Cup · 2 hours ago
Argentina vs Saudi Arabia

#AvatarTheWayOfWater
Get tickets now - In theaters December 16
📽 Promoted by Avatar

Trending in United States
Died Suddenly
103K Tweets

Trending in United States
#السعودية_الأرجنتين
1.21M Tweets

Trending in United States
Argentina
Trending with #FIFAWorldCup 🏆 , Herve Renard

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More …
© 2022 Twitter, Inc.

← Tweet

**BEYONCÉ LEGION**
@Bey_Legion

Beyoncé leaving the 2021 #GRAMMYs 🏆 and heading to a restaurant in Beverly Hills — Mar. 14th.



2:34 AM · Mar 15, 2021 · TweetDeck

**1,806** Retweets  **454** Quote Tweets  **15.2K** Likes

Tweet your reply                                    Reply

**M² ⚓** @Beyous81 · Mar 15, 2021
Replying to @Bey_Legion and @Bey_Legion
WOW

**shereelee21** @LennardIbbkohuf · Mar 15, 2021
Replying to @Bey_Legion
Congrats and to her daughter too xxx

**YOLANDA PARODY** ❌ @yolanda_parody · Mar 15, 2021
Replying to @Bey_Legion

**Keli** @ClassActKelz · Mar 15, 2021
Replying to @yolanda_parody and @Bey_Legion
They laughed

**Joel4Realll** @Joel4Realll · Mar 15, 2021
Replying to @Bey_Legion
A whole wig change 😭😂

**Davalyn** @borahae_carter5 · Mar 15, 2021
Replying to @Bey_Legion
How did she have time to change!?!

**Schrödinger's Timeline** @Grawild.iptome · Mar 15, 2021
Replying to @borahae_carter5 and @Bey_Legion
The clothes and the hair 😭

**riri the pfizered merman** @prlincejava · Mar 15, 2021
Replying to @Bey_Legion and @Bey_Legion
cmon wig.

**delusional af.** @lookshe_ · Mar 15, 2021
Replying to @Bey_Legion

**N.didikiwe.** @AsemahleMak · Mar 15, 2021
Replying to @Bey_Legion
That outfit is a NO

**fried shrimp** @a_fasaad · Mar 15, 2021
Replying to @Bey_Legion
I need to know the name of the person responsible for those shoes.

**Dead fresh to the tee eatin chicken wa...** @krystan_ · Mar 15, 2021
Replying to @a_fasaad and @Bey_Legion
Right because they sold those at Journeys back in 1998.

**fueledbyonce** @FUELEDBYYONCE · Mar 15, 2021
Replying to @Bey_Legion
Woman wear a mask

**tlido** @Elid0 · Mar 15, 2021
Replying to @FUELEDBYYONCE @kimchiwn and @Bey_Legion
Ain't that a face shield on her?

**🃏🃏KYOUNGKINGE9** @BROOKLYNSTAR211 · Mar 15, 2021
Replying to @Bey_Legion and @GeniGEN0
Who cares about these people who sold their souls to be famous

**David** @Stat_David2020 · Mar 16, 2021
Replying to @Bey_Legion
Congratulations Beyonce

**Wonderland** @aweeeersomeer_ · Mar 15, 2021
Replying to @Bey_Legion
YAS MAM. SHE GOIN OUT FOR CELEBRATE HER SUCCESS

← **Tweet**



**Mundo Geek**
@MundoGeekOF1                                          ···

# VAZOU O UNIFORME DO SHAZAM

#Shazam ⚡
#Shazam2 ⚡




2:10 PM · Jun 3, 2021 · Twitter for Android

**1** Retweet   **1** Like

○         ⇄         ♡         ⬆

  Tweet your reply                    **Reply**

---

## Search Twitter

### Relevant people

  **Mundo Geek**            **Follow**
@MundoGeekOF1

Página com todas as últimas
novidades do cinema, quadrinhos,
games, animes, mangás, livros e
algumas opiniões e textões. Gamertag:
batnathan999

### What's happening

NFL · Yesterday
**Lions at Giants**

Trending in United States
**UCLA**
11.5K Tweets                        ···

Trending in United States
**Bob Iger**
Trending with  Disney, Chapek        ···

Music · Trending
**Lionel Richie**
3,857 Tweets                        ···

Adult animation · Trending
**#RickAndMorty** 🧠
1,643 Tweets                        ···

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

  **Perkowski Legal P.C.**  ···
@c_perkowski

https://twitter.com/teamkanyedaily/status/1218943232211889448 __el__ 2022-11-22 19:03:17 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-22   Filed 03/13/23   Page 27 of 101   Page ID
#:5212

← **Tweet**

**TeamKanyeDaily**
@TeamKanyeDaily                                          ···

👕: Haider Ackermann Floral Embroidered Sweatshirt
👖: Prada Nylon Gabardine Trousers
👟: Unreleased Yeezy Foam Runner



9:08 AM · Jan 19, 2020 · Twitter for iPhone

**37** Retweets   **10** Quote Tweets   **601** Likes

💬     🔁     ♡     ⬆️

**P**    Tweet your reply                              Reply

**ltfogs** 🇩🇰 @ltfogs · Jan 19, 2020          ···
Replying to @TeamKanyeDaily
Loving his haider ackermann lately

💬 1     🔁     ♡ 4     ⬆️

**TeamKanyeDaily** @TeamKanyeDaily · Jan 19, 2020     ···
Replying to @ltfogs
Yup

💬     🔁     ♡ 2     ⬆️

**Christopher Kotrucz** @Chris_Kotrucz · Jan 19, 2020    ···
Replying to @TeamKanyeDaily
Looking decent lately

💬     🔁     ♡     ⬆️

**jacob** 💚 @jacobification · Jan 19, 2020          ···
Replying to @TeamKanyeDaily
why he look 4 inches tall

💬     🔁     ♡     ⬆️

This Tweet was deleted by the Tweet author. Learn more

**im chris** @feelinglikeoil · Jan 19, 2020          ···
Replying to @antseeghost and @TeamKanyeDaily
He's always worn other stuff

💬     🔁     ♡ 4     ⬆️

---

**Perkowski Legal P.C.**    ···
@c_perkowski

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Search Twitter

**Relevant people**

**TeamKanyeDaily**
@TeamKanyeDaily          Follow
Updates on all things Kanye West.
teamkanyedaily@gmail.com

**What's happening**

Television · 2 minutes ago
**Bachelor in Paradise airing on
ABC**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
**RIP Harold**

Sports · Trending
**Manchester United**
345K Tweets

Politics · Trending
**Epstein**
33.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/ClickySound/status/1265997293469216768 __ at __ 2022-11-19 18:30:12 -08:00

← **Tweet**

 Search Twitter



- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

 **Clicky Sound**
@ClickySound
···

clickysound.com/megan-fox-spot... Megan Fox was just spotted out in public for the first time since news of her split from Brian Austin Green brok...



6:24 AM · May 28, 2020 · Clicky Sound



Perkowski Legal P.C.
@c_perkowski ···

 Tweet your reply    Reply

**Relevant people**

 **Clicky Sound**
@ClickySound    Follow
Photography at its Best!

**What's happening**

Formula 1 · Starts tomorrow
Abu Dhabi Grand Prix 2022

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States ···
HE'S BACK
109K Tweets

Music · Trending ···
Ikon

___ https://twitter.com/tvoyi_muziki/status/1235291627381493774 ___ et ___ 2022-11-22 18:03:28 -08:00





Case 2:22-cv-09462-DMG-ADS    Document 23-22    Filed 03/13/23    Page 30 of 101    Page ID #:5215



Case 2:22-cv-09462-DMG-ADS    Document 23-22    Filed 03/13/23    Page 31 of 101    Page ID #:5216



Tweet

### Foochia - فوشيا ✔
@foochia

إطلالة "خارجة عن المألوف" للمغني الكندي جاستن بيبر في لوس أنجلوس برفقة زوجته هايلي بالدوين.. ما رأيك؟

#فوشيا #جاستن_بيبر #مشاهير_هوليوود #Justinbeiber #hollywoodstars

Translate Tweet



5:00 AM · Apr 19, 2021 · Twitter Media Studio

**2** Retweets    **2** Likes

### Relevant people



**Foochia - فوشيا** ✔
@foochia    **Follow**

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.

### What's happening

FIFA World Cup · 3 hours ago
Mexico vs Poland



**Perkowski Legal P.C.** ...
@c_perkowski

Tweet your reply    Reply

__ https://twitter.com/soygerardcortez/status/1071232561605722118 __ at __ 2022-11-22 17:35:41 -08:00 __

← **Tweet**



**Gerard Cortez**
@SoyGerardCortez                                              ···

Blake Lively saliendo del show #metiersdart @CHANEL 🖤 Sueño que es un episodio en el que le quita la silla en el front row a Blair 🤣



6:38 PM · Dec 7, 2018 · Twitter for iPhone

**9** Retweets  **63** Likes

💬          ⟲          ♡          ⬆

  Tweet your reply                              Reply

---

🔍 Search Twitter

## Relevant people

 **Gerard Cortez**                        Follow
@SoyGerardCortez
Periodista de moda y cultura pop. TV Host y guionista. Amarás mi YouTube. No binarie. Inmigrante. Contacto Gerardcortez@gmail.com (Él-he, ella-she, elle-they)

 **CHANEL** ✔                              Follow
@CHANEL
⊘ Official
'CHANEL is above all a style. Fashion passes, style remains.' Gabrielle Chanel

## What's happening

Television · LIVE
**Bachelor in Paradise airing on ABC**

**#AvatarTheWayOfWater**🧑
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Celebrities · Trending                                    ···
**Tom Hanks**
10.2K Tweets

Sports · Trending                                         ···
**Ronaldo**
Trending with Glazers

Entertainment · Trending                                  ···
**Jane Lynch**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🐦

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

https://twitter.com/RedOneUpdates/status/1588584509439500290 __gt__2022-11-22 23:37:16 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-22    Filed 03/13/23    Page 33 of 101    Page ID #:5218

← **Thread**




### Relevant people

🔴 **Red One Updates** **Follow**
@RedOneUpdates
Update Account for @AmazonStudios'
Red One, an action-adventure holiday
film starring Dwayne Johnson, Chris
Evans, Kiernan Shipka, and Lucy Liu.

### What's happening

FIFA World Cup · This morning
**Mexico vs Poland**

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
⊞ Promoted by Avatar

Trending in California
**Costco**
6,103 Tweets

Trending in United States
**Erection**
21.1K Tweets

News · Trending
**Tucker Carlson**
44.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.



🔴 **Red One Updates** @RedOneUpdates
Chris Evans on the set of 'Red One' yesterday! (via thetrashstache on Tumblr)

10:30 AM · Nov 4, 2022 · Twitter for iPhone

**78** Retweets   **13** Quote Tweets   **754** Likes

Tweet your reply                    **Reply**

🔴 **Red One Updates** @RedOneUpdates · Nov 4
Replying to @RedOneUpdates
(via luvinchris on Tumblr)

💬 1   🔁 19   ♡ 107

👤 **John Onnembo** @JohnOnnembo · Nov 4
Replying to @RedOneUpdates
He looks like Star-Lord in this pic.

**Cláudia Sousa** @CludiaS98694322 · Nov 5
Replying to @RedOneUpdates
Good morning my beautiful success always

**CelenaB** @CelenaB14 · Nov 6
Replying to @RedOneUpdates
Just keeps looking so sad in these picks. I'm hoping that's only in line with the character he's playing.

**Joan** @joans3627 · Nov 4
Replying to @RedOneUpdates
Thanks 🤗😍

**Perkowski Legal P.C.**
@c_perkowski



— https://twitter.com/AndyVermaut/status/1402313254064443394 — at — 2022-11-22 21:23:45 -08:00 —

← **Tweet**

**Andy Vermaut**
@AndyVermaut

···

## Kourtney Kardashian Raises Eyebrows With Photo of Travis Barker's Blood eonline.com/news/1277712/k...



10:15 AM · Jun 8, 2021 · dlvr.it

## Relevant people

**Andy Vermaut** 
@AndyVermaut

Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow

Tweet your reply

Reply



**Perkowski Legal P.C.**
@c_perkowski
···

_ https://twitter.com/Elena09766/status/1580842004522508288 __ et _ 2022-11-22 22:52:48 -08:00

← **Tweet**

**Elena** 🥳
@Elena09766                                                  ···

#RedOne
#DwayneJohnson #ChrisEvans

Red One              Hot One



1:44 AM · Oct 14, 2022 · Twitter for Android

**14** Retweets   **115** Likes

💬          🔁          ♡          ⬆️

**P**   Tweet your reply                              **Reply**

**V** @V64086568 · Oct 14          ···
Replying to @Elena09766
I prefer how Chris is dressed.  Dwayne can have all the red suits he wants!
😂😂

💬          🔁          ♡ 1          ⬆️

**María Insaurralde** @MaraInsaurrald7 · Oct 17          ···
Replying to @Elena09766 and @AFansMind
❤️❤️❤️

💬          🔁          ♡          ⬆️

---

## Navigation (sidebar)

🐦

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

**P**  Perkowski Legal P.C.          ···
@c_perkowski

---

## Right sidebar

🔍 Search Twitter

### Relevant people

**Elena** 🥳          **Follow**
@Elena09766
Part-time worker, full-time mom and
wife💕 May the force../ I love cinema
🎬 / #TeamEvans

### What's happening

FIFA World Cup · Earlier today
**Mexico vs Poland**

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Trending in United States          ···
**Erection**
19.4K Tweets

Trending in California          ···
**Costco**
5,991 Tweets

Celebrities · Trending          ···
**Denzel Washington**
2,125 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/AboutHerOFCL/status/1230409332912721920 __ at __ 2022-11-21 18:05:19 -08:00 __



← **Tweet**

           Search Twitter

🏠 **Home**

\# **Explore**

🔔 **Notifications**

✉️ **Messages**

🔖 **Bookmarks**

▤ **Lists**

👤 **Profile**

⊙ **More**

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski  ...



About Her ✓
@AboutHerOFCL                    ...

**#LookOfTheDay**: Hailey Rhode Bieber in Beverley Hills.

12:30 AM · Feb 20, 2020 · Buffer

**1** Like

         

Tweet your reply                          **Reply**

**Relevant people**

 About Her ✓        **Follow**
@AboutHerOFCL
Inside untapped territory: Pulling back
the curtain on Arab women who are
defining cultural trends now.
**#AboutHer**

**What's happening**

NFL · LIVE
**49ers at Cardinals**



Trending in United States                    ...
**Died Suddenly**
43.3K Tweets

Bachelor in Paradise · Trending



Perkowski Legal P.C.
@c_perkowski

← **Thread**

🔍 Search Twitter

- 🏠 Home
- #️⃣ Explore
- 🔔 Notifications ¹
- ✉️ Messages
- 🔖 Bookmarks
- 📋 Lists
- 👤 Profile
- ⋯ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski ⋯



**Tom Holland Brasil | Fã site**
@tomhollandbr

Tom Holland gravando cenas para "Homem-Aranha 3" hoje em Atlanta! #1

Translate Tweet

8:34 AM · Jan 17, 2021 · Twitter Web App

479 Retweets    243 Quote Tweets    4,381 Likes

💬            🔁            ❤️            📤

Tweet your reply                    Reply

**Tom Holland Brasil** @tomhollandbr · Jan 17, 2021
Replying to @tomhollandbr
Tom Holland gravando cenas para "Homem-Aranha 3" hoje em Atlanta! #2

💬 2        🔁 55        ❤️ 365        📤

**Lu** 🕷 @luizatonson · Jan 17, 2021
Replying to @mjspiderslights and @tomhollandbr
@mjspiderslights VEM AÍ AMIGA

💬 1        🔁        ❤️ 1        📤

**relampapa** 1️⃣3️⃣ @mjspiderslights · Jan 17, 2021
Replying to @luizatonson and @tomhollandbr

💬        🔁        ❤️        📤

**bárbara** @unfcckwitbble · Jan 17, 2021
Replying to @tomhollandbr
@kccwmaximoff p melhorar seu humor pós prova

💬        🔁        ❤️        📤

**Daniele** 🍓 @Danielestar · Jan 17, 2021
Replying to @tomhollandbr
Eu tenho um crush nesse cara! Vocês não tem noção

💬        🔁        ❤️        📤

**priya** @jeronspitelzin · Jan 17, 2021
Replying to @tomhollandbr
OSKEUSJ ele todo nhonho😭😭😭😭🥺

💬        🔁        ❤️        📤

**alice** @tomshigher · Jan 17, 2021
Replying to @tomhollandbr
AAAAAAAAA

💬        🔁        ❤️        📤

**maria** @mendozpyt · Jan 17, 2021
Replying to @tomhollandbr
Meu crush por ele só aumenta socorro

💬        🔁        ❤️        📤

**LucasHitoshi** @LucasHitoshii · Jan 17, 2021
Replying to @tomhollandbr
É sou hetero mas tenho que confirmar o cara é top estiloso e taus kkk

💬        🔁        ❤️ 2        📤

**Mia** 🦋 @physiicwalls · Jan 17, 2021
Replying to @tomhollandbr
Que lindinho todo empacotado

💬        🔁        ❤️ 3        📤

**🧃, may** @mapdd_s · Jan 17, 2021
Replying to @tomhollandbr
to vendo q esse filme vai ser sensacional

💬        🔁        ❤️        📤

**vick** @spideysunshine · Jan 17, 2021
Replying to @tomhollandbr
eu nasci pra ver o tom usando vans

💬        🔁        ❤️ 1        📤

**thais** @sthaholland · Jan 17, 2021
Replying to @tomhollandbr
tão lindo 😍

💬        🔁        ❤️        📤

**Bia.** @hescurlyzz · Jan 17, 2021
Replying to @tomhollandbr
Aí tchau n tô bem

💬        🔁        ❤️        📤

**lara?** 🖤 @iaraajsg · Jan 18, 2021
Replying to @tomhollandbr
Meu Deus como meu neném É FOFOOOO

💬        🔁        ❤️        📤

**evie** @tomsvante · Jan 17, 2021
Replying to @tomhollandbr
É ELEEEE

💬        🔁        ❤️ 😭😭        📤

**Thais** ❤️🕷 @Tha_Uckermann · Jan 17, 2021
Replying to @tomhollandbr
E os haters falando que ele nao e o protagonista, aiii o piso nesses haters , e patrão

---

**Relevant people**

**Tom Holland Brasil | ...**
@tomhollandbr        Follow

Twitter do primeiro e melhor fã site sobre o ator Tom Holland! Your first and the BEST fan account about @TomHolland1996 🇧🇷 from Brazil to the whole world!

**What's happening**

FIFA World Cup · Yesterday
World Cup Qatar 2022: Opening Ceremony

Trending in United States
**Bob Iger**
Trending with Disney, Chapek

Music · Trending
**Billy Joel**
1,317 Tweets

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Dramedy series · Trending
**#TheWhiteLotus** 🌺
3,382 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ...
© 2022 Twitter, Inc.

← **Tweet**

**Miley Cyrus Updates** 🌙
@MileyCyrusBz

## Miley Cyrus on holiday in Mexico 👄 🖤



📍 Miley Cyrus and mileyworld

3:50 AM · Feb 26, 2022 · Twitter for Android

**80** Retweets    **16** Quote Tweets    **1,076** Likes

---

Tweet your reply                                      **Reply**

**Joey Gman** @Joeygman61Joe · Feb 26
Replying to @MileyCyrusBz @MileyCyrus and @mileyworld
🔥🔥🔥🔥🔥

**MELLOW** @MELLOW16165381 · Feb 26
Replying to @MileyCyrusBz @MileyCyrus and @mileyworld
Mmm yummy looks 👌

**MELLOW** @MELLOW16165381 · Feb 26
Replying to @MileyCyrusBz @MileyCyrus and @mileyworld
Hello

**Sofia** 🦋 @sofia_9811 · Feb 26
Replying to @MileyCyrusBz @MileyCyrus and @mileyworld
Lo tuyo @ithrowupswag
💬 1        2

**Darkwolfberlin** @darkwolfberlin · Feb 27
Replying to @MileyCyrusBz @MileyCyrus and @mileyworld
Sad Thing is for Miley that she must wear this much clothes in her holiday because the media would cry scandal when she make that what she love… FKK…

---

**Relevant people**

**Miley Cyrus Updates** 🌙        **Follow**
@MileyCyrusBz
Fan account | Copyright belongs to the respective owners | @MileyCyrus follows 💕

**Miley Cyrus** ✓        **Follow**
@MileyCyrus
M-CEO of Twitter 🔵 💃

**mileyworld** ✓        **Follow**
@mileyworld
The official @MileyCyrus fan club.

**What's happening**

FIFA World Cup · **LIVE**
England vs Iran



The Real Housewives of Potomac · Trending
**Wendy**
109K Tweets

Trending in United States
**Callum Wilson**
2,638 Tweets

Music · Trending
**Slick Rick**

Trending in California
**#BLACKPINK_WORLDTOUR**
58.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**

**VISH Mídia** 🇧🇷
@vishmidia

Frank Ocean dando aquele rolê de bike em Nova York
🚴 📸

Translate Tweet



9:45 AM · Jul 28, 2022 · Twitter for iPhone

**Perkowski Legal P.C.**
@c_perkowski

29 Retweets    31 Quote Tweets    755 Likes

P  Tweet your reply                                    Reply

**ATK** @camelque · Jul 28
Replying to @vishmidia
a bike de 5k de dolares 😭

1

**manu do sus** ⭐ @manucw_ · Jul 28
Replying to @vishmidia
@gilvill4r ele eh como nos!!!!!

1

**REALSLIME** 🏴 @ogteteuzz · Jul 28
Replying to @vishmidia
soltar álbum que é bom 🔴

**tiago** ☸ @tiago2000__ · Jul 28
Replying to @vishmidia
biking

Show more replies

**Relevant people**

**VISH Mídia** 🇧🇷
@vishmidia                                    Follow
Site de conteúdo subversivo | +
@vishsports Contato:
contato@vishmidia.com.br

**What's happening**

Television · 26 minutes ago
**WWE Monday Night RAW airing
on USA**

Entertainment · Trending
**Died Suddenly**
58.4K Tweets

Sports · Trending
**Jason Robertson**

Sports · Trending
**John Wall**
1,541 Tweets

Trending in United States
**Chrisley**
20.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Search Twitter



← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



**Daki_Jamie** ❤️
@damieforever48

New pics of Dakota on the set of Madame Web in Boston, Massachusetts (Via @dakotajohnsonpt) ❤️
#DakotaJohnson





10:51 PM · Aug 6, 2022 · Twitter for Android

8 Retweets   28 Likes



Tweet your reply

**Reply**

**Dumas Françoise** @DumasFranoise5 · Aug 6
Replying to @damieforever48 and @dakotajohnsonpt
Madame DoRNAN est très heureuse sur ce tournage

Perkowski Legal P.C.
@c_perkowski

**Relevant people**

**Daki_Jamie** ❤️ 
@damieforever48                    **Follow**
Fan Account Jamie Dornan e Dakota Johnson ❤️

**Dakota Johnson P...** ✔️
@dakotajohnsonpt                   **Follow**
A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷:
@DJPTMidias | Fã-Clube.

**What's happening**

NCAA Football · LIVE
**TCU at Baylor**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Sports · Trending
**Dave Aranda**

Sports · Trending
**Wow TCU**
1,420 Tweets

Sports · Trending
**Sonny Dykes**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

🔍 Search Twitter

🐦

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

**Hot Celebs**
@HotCelebsPicss  ···

## Alexandra Daddario 😍



9:45 AM · Jul 30, 2021 · Twitter for Android

**55** Retweets  **2** Quote Tweets  **441** Likes

💬   ⟳   ♡   ⬆️

🅿️  Tweet your reply                    **Reply**

**Carlos** @rizmydiz · Jul 30, 2021  ···
Replying to @HotCelebsPicss
They said the golf ball was right here?

💬   ⟳   ♡   ⬆️


**Perkowski Legal P.C.**
@c_perkowski  ···

## Relevant people


**Hot Celebs**            **Follow**
@HotCelebsPicss
Hot Celebs Pics - DMs are open (no wankchat) - IM A GUY - #NSFW [EN/FR]

## What's happening

FIFA World Cup · 1 hour ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
📢 Promoted by Avatar

Trending in United States            ···
**Ochoa**
Trending with Australia, Rabiot

Trending in United States            ···
**WBTV**
1,263 Tweets

Trending in California            ···
**Mexico City**
20.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/creamorscream/status/13885158846466949307_....w_...2022-11-22 21:12:40 -08:00  02-cv-09462-DMG-ADS  Document 23-22  Filed 03/13/23  Page 44 of 101  Page ID #:5229

← **Tweet**

Page ID #:5229

🐦

- 🏠 Home
- # Explore
- 🔔 Notifications
- ✉ Messages
- 🔖 Bookmarks
- 📋 Lists
- 👤 Profile
- ⚫ More

**Tweet**

Perkowski Legal P.C. ...
@c_perkowski

🔍 Search Twitter

**Bishop**
@BlindWanda

The way Marvel's delivering on the comic suits for
Hawkeye, Ms. Marvel, and Spider-Man 😍



8:20 AM · May 1, 2021 · Twitter Web App

**82** Retweets  **5** Quote Tweets  **740** Likes

↩        ⇄        ♡        📤

Tweet your reply                                    Reply

**MARVEL IS BACK!!!** 🔥👊🏿💥 @BlueBoy8000 · May 1, 2021
Replying to @BlindWanda and @CreamOrScream
That's an extremely comics accurate variety and as a #MARVEL fan i couldn't
be happier!! But you know: Grace R "all MCU suits look the same"😩

↩        ⇄        ♡        📤

**Fabiola-ja-ja** ● @Desenfrenarmie · May 1, 2021
Replying to @BlindWanda and @CreamOrScream
Hawkeye

Clint & Kate

↩ 1      ⇄ 1      ♡ 1      📤

**2 Dogs And A Dingo** @DennisJayThomp1 · May 1, 2021
Replying to @Desenfrenarmie and @CreamOrScream
I KNOW RIGHT

↩ 1      ⇄        ♡        📤

Show replies

**Hydronic (4-3)** @Guilhet38630781 · May 1, 2021
Replying to @BlindWanda and @CreamOrScream

↩ 1      ⇄        ♡ 6      📤

**Lil Talent** @IsaacGrah13 · May 1, 2021
Replying to @Guilhet38630781 and @CreamOrScream
Is this teasing Yelena becoming Ronin? 😬

↩        ⇄        ♡ 1      📤

**Danny Humes** @DannyHumesS · May 1, 2021
Replying to @BlindWanda and @CreamOrScream
Thay are brilliant at bringing comic books heroes to life like: Wonder
Vision and Falcon/CAPTAIN AMERICA

↩        ⇄ 1      ♡        📤

**TuChelsea** @tbt1905 · May 1, 2021
Replying to @BlindWanda and @CreamOrScream
That Spider-Man suit is hideous

↩ 2      ⇄        ♡ 2      📤

**average freedom enjoyer** @playboidart29 · May 1, 2021
Replying to @tbt1905 and @CreamOrScream
Yeah not even comic accurate. Needs to go back to the blue and red. Black
and red sucks

↩ 2      ⇄        ♡ 1      📤

Show replies

This Tweet was deleted by the Tweet author. Learn more

**Terrell Thaddies** @Terrell Thaddie1 · May 1, 2021
And the CGI applied to the suit isn't bad especially when the suits are more
tech savvy

### Relevant people

**Bishop**
@BlindWanda                              Follow
Lover of Marvel, DC, Star Wars,
Comics, Hailee Steinfeld, BLACKPINK,
and many other things 🏳

### What's happening

NBA · LIVE
**Lakers at Suns**

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
📽 Promoted by Avatar

Trending in United States
**Erection**
13.9K Tweets

Trending in California
**Costco**
5,437 Tweets

Sports · Trending
**#LALvsPHX**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More...
© 2022 Twitter, Inc.

https://twitter.com/filmsbymeche/status/1199089114710183938 __ et __ 2022-11-19 21:21:52 -08:00     Case 2:22-cv-09462-DMG-ADS    Document 23-22    Filed 03/13/23    Page 45 of 101    Page ID #:5230

← **Thread**

**Home**

**Explore**

**Notifications** 1

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

🐻🐻
@filmsbydelrey

Dakota with her best friend Addison Timlin and her goddaughter Ezer in Los Angeles yesterday 💝



2:14 PM · Nov 25, 2019 · Twitter Web App

2 Likes

Perkowski Legal P.C.
@c_perkowski


🐻🐻 @filmsbydelrey · Nov 25, 2019
Replying to @filmsbydelrey
Dakota & Ezer 😍😍😍😍😍 So cuteee



Search Twitter

**Relevant people**

🐻🐻
@filmsbydelrey
multifandom ✧•.

**Follow**

**What's happening**

Television · 1 hour ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**Blocked**
127K Tweets

Sports · Trending
**#AEWFullGear**
Trending with Regal, Moxley

Sports · Trending
**Pasadena**
1,534 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS   Document 23-22   Filed 03/13/23   Page 46 of 101   Page ID #:5231

← **Tweet**



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

**Perkowski Legal P.C.**
@c_perkowski
···

__ https://twitter.com/filmnewsPL/status/1556047912580308993 __ at __ 2022-11-22 20:40:37 -08:00 __

← **Tweet**

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**



**Film News** ❄
@filmnewsPL                                    ···

Dakota Johnson na planie filmu #MadameWeb



3:41 PM · Aug 6, 2022 · Twitter for Android

22 Retweets   1 Quote Tweet   112 Likes

**Search Twitter**

### Relevant people

**Film News** ❄                     **Follow**
@filmnewsPL

🎬 najnowsze wiadomości filmowe - kino polskie i zagraniczne, popularne i niezależne 🎪 kontakt: filmnewspl@gmail.com

### What's happening

Sports · LIVE
**2022 FIFA World Cup**

#AvatarTheWayOfWater 📘
Get tickets now - In theaters December 16
📷 Promoted by Avatar

Business and finance · Trending          ···
**Chesapeake**
3,579 Tweets

Entertainment · Trending                 ···
**Marvel**
91.8K Tweets

Trending in United States                 ···
**#GenshinSpecialProgram**
11.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply                          **Reply**

**Perkowski Legal P.C.**            ···
@c_perkowski

https://twitter.com/Ryans_Ramblings/status/1400551783093571592 __ at __ 2022-11-20 14:01:55 -08:00 __

← **Tweet**



**Ryan 'All Day News' Anderson**
@Ryans_Ramblings
···

The new Shazam suit is ⚡
#Shazam2 ⚡ #DCFilms #DCComics



1:35 PM · Jun 3, 2021 · Twitter for Android

**5** Retweets  **25** Likes

💬          ⟲          ♡          ⬆️

 Tweet your reply          Reply

---

🔍 Search Twitter

## Relevant people

 **Ryan 'All Day News' ...**    Follow
@Ryans_Ramblings

Founder, Host, and EIC of
@TheNerdRagePod. As seen on
@CBSThisMorning! Instagram:
@RadRyGuy TikTok:
@Ryans_Ramblings Casting Inquiries:
NerdRagePod@gmail.com

## What's happening

NFL · LIVE
**Cowboys at Vikings**



#Disenchanted 👰

---

**Home**

# **Explore**

🔔 **Notifications**

**Messages**

🔖 **Bookmarks**

**Lists**

**Profile**

··· **More**

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/Info_DJJD/status/1092998472469483521__et__2022-11-20 22:07:17 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-22   Filed 03/13/23   Page 49 of 101   Page ID #:5234

**Central Dakota Johnson & Jamie Dornan** @Info_DJJD · Feb 5, 2019
Dakota foi fotografada saindo do Alfreed's Coffee ontem (05/02) em West Hollywood! #DakotaJohnson



Dakota Johnson Brasil

🗨 1        ♻ 3        ♡ 5

**Central Dakota Johnson & Jamie Dornan**
@Info_DJJD

Mais fotos de Dakota saindo do Alfreed's Coffee ontem (05/02) em West Hollywood! (2) #DakotaJohnson

Dakota Johnson Brasil

8:08 PM · Feb 5, 2019 · Twitter for Android

**2** Retweets   **3** Likes

💬        ♻        ♡        📤

Tweet your reply                                        Reply

**Central Dakota Johnson & Jamie Dornan** @Info_DJJD · Feb 5, 2019
Replying to @Info_DJJD
Mais fotos de Dakota saindo do Alfreed's Coffee ontem (05/02) em West Hollywood! (3) #DakotaJohnson

Dakota Johnson Brasil

🗨 1        ♻ 2        ♡ 4

**Central Dakota Johnson & Jamie Dornan** @Info_DJJD · Feb 5, 2019
Mais fotos de Dakota saindo do Alfreed's Coffee ontem (05/02) em West Hollywood! (4) #DakotaJohnson

Dakota Johnson Brasil

🗨        ♻ 2        ♡ 5

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

Search Twitter

**Relevant people**



**Central Dakota Johns...** @Info_DJJD          Follow
I Love Dakota Johnson and Jamie Dornan. ❤️ (Fan Account)

**Dakota Johnson Brasil** @DakotaJBRA          Follow
Sua primeira, maior e melhor fonte sobre a atriz e produtora Dakota Johnson no Brasil. E-mail para contato: contato@dakotajohnsonbrasil.com

**What's happening**

NFL · 1 hour ago
**Chiefs at Chargers**

#Disenchanted 🍿
Original movie now streaming
Promoted by Disney+

Trending in United States
**#AMAs** 🏆
Trending with soobin, yeonjun

Trending in California
**Dodger Stadium**
11.4K Tweets

Trending in United States
**UCLA**
13.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← Tweet

## Relevant people


AP ✓
@altapeli

Follow

Cuenta oficial de AltaPeli.com - Cine / Series / Críticas / Noticias / Videojuegos

## What's happening

NCAA Men's Basketball · Earlier today
**Explorers at Hoyas**



**#Disenchanted** 🎬
Original movie now streaming
Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, Disney

Trending in United States
**#dantherizzler**
1,093 Tweets

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.


**AP** ✓
@altapeli

Sebastian Stan vuelve a ser Bucky. Imágenes desde el set de la serie #TheFalconAndTheWinterSoldier



1:19 PM · Nov 15, 2019 · Twitter for Android

**5** Retweets  **24** Likes

Tweet your reply

Reply

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

Tweet

Search Twitter

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/weloveharry_1dx/status/13237912062160590656 __ at __ 2022-11-22 15:19:30 -08:00 __

← **Tweet**

**katie** 
@weloveharry_1Dx

···



**katie**  @weloveharry_1Dx · Nov 3, 2020
that one strand of harry's hair: i refuse to be contained

4:56 PM · Nov 3, 2020 · Twitter for iPhone

**7** Likes

💬          ⇄          ♡          ⬆

**P**   Tweet your reply                    Reply

---

🔍 Search Twitter

**Relevant people**

 **katie** 🧡
@weloveharry_1Dx          Follow
jack's housewife

**What's happening**

FIFA World Cup · 5 hours ago
Mexico vs Poland

**Perkowski Legal P.C.**  ···
@c_perkowski

Home
Explore
Notifications  ①
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Case 2:22-cv-09462-DMG-ADS   Document 23-22   Filed 03/13/23   Page 52 of 101   Page ID #:5237





https://twitter.com/SNEAKPEEKCA/status/1064956574408396801

at 2022-11-21 02:38:43 -08:00

# Tweet



**SneakPeek**
@SNEAKPEEKCA

sneakpeek.ca/2018/11/georgi...



11:00 AM · Nov 20, 2018 · Twitter Web Client

**1** Retweet

---

Tweet your reply

Reply

### Relevant people

**SneakPeek**
@SNEAKPEEKCA    Follow
Invite Only

### What's happening

NFL · Yesterday
**Lions at Giants**

Music · Trending
**Chris Brown**
Trending with  Kelly Rowland

Music · Trending
**Billy Joel**
1,250 Tweets

Sports · Trending
**#DaParty**

Music · Trending

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Search Twitter

__ https://twitter.com/Dakoholics/status/1041920205482541056 __ at __ 2022-11-21 17:44:34 -08:00 __

← **Tweet**



**Dakota Johnson Daily**
@Dakoholics

Dakota was spotted picking up some items at Earthbar in West Hollywood (September 17) #DakotaJohnson

via: JustJared



10:21 PM · Sep 17, 2018 · Twitter for Android

**47** Retweets    **1** Quote Tweet    **214** Likes

    Tweet your reply    Reply

---

## Home

## Explore

## Notifications ①

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

---

Search Twitter

**Relevant people**



**Dakota Johnson Daily**    Follow
@Dakoholics

Fan account dedicated to actress, activist, director and producer Dakota Johnson.

**What's happening**



NFL · LIVE
**49ers at Cardinals**

Trending in United States
**Died Suddenly**
42K Tweets

Sports · Trending
**Lane Kiffin**
6,064 Tweets

Entertainment · Trending
**#DWTSFinale** 🏆
Trending with Shangela, Gleb

Sports · Trending
**Rebel Heart**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

**Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/RihanyBrasilNavbar/1491783192995267468_st_... 2023.11.22 00.12.00 08.00
Case 2:22-cv-09462-DMG-AGR Document 23-22 Filed 03/13/23 Page 55 of 101 Page ID
#:5240



___ https://twitter.com/ClickySound/status/1225851317987528704 ___ at ___ 2022-11-20 14:14:20 -08:00 ___

Case 2:22-cv-09462-DMG-ADS  Document 23-22  Filed 03/13/23  Page 56 of 101  Page ID #:5241




**Home**

**# Explore**

🔔 **Notifications**

✉️ **Messages**

🔖 **Bookmarks**

**Lists**

**Profile**

⋯ **More**

**Tweet**


**Clicky Sound**
@ClickySound

⋯

clickysound.com/jennifer-anist...  Aniston keeps having run-ins with her exes.



10:38 AM · Feb 7, 2020 · Clicky Sound

        ♡    ⬆️

 Tweet your reply    **Reply**

🔍 Search Twitter

**Relevant people**

**Clicky Sound**
@ClickySound   **Follow**
Photography at its Best!

**What's happening**

Formula 1 · This morning
**Abu Dhabi Grand Prix 2022** 

**#Disenchanted** 🧙
Original movie now streaming
▶️ Promoted by Disney+

Trending in California   ⋯
**Rest In Peace**
56.6K Tweets

Only on Twitter · Trending   ⋯
**Rest in Power**
26.5K Tweets

Trending in United States   ⋯
**LGBTQ**
Trending with Colorado Springs, #ClubQ

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**   ⋯
@c_perkowski



Perkowski Legal P.C. ...
@c_perkowski

← **Tweet**

**inMARVEL** ✸ #MarvelStudios #Marvel #WakandaForever
@inMARVEL_

Imágenes del set de #MadameWeb
¿Este traje es...? 🤔

#SpiderMan #Spiderverse #Sony
#Marvel #MarvelStudios #Disney
Translate Tweet

10:05 AM · Oct 6, 2022 · Twitter for Android

**10** Retweets   **42** Likes

Tweet your reply                                   Reply

**Danonino** @Maxwell_284 · Oct 6
Replying to @inMARVEL_
SPIDERMAN?!
QUIEN ES?!?!??
                                            1

**inMARVEL** ✸ #MarvelStudios #Marvel #Waka... @inMA... · Oct 6
Replying to @Maxwell_284
Creo que el villano, pero podría ser una variante de Spider-Man.
                                            1

**vega07/11** @ve48844353 · Oct 6
Replying to @inMARVEL_
Creí que era Tom Holland
                                            1

**inMARVEL** ✸ #MarvelStudios #Marvel #Waka... @inMA... · Oct 6
Replying to @ve48844353
Lamentablemente no 😔
      1

Show replies

**CHARLESVANDAMME** @Charles_CDZ83 · Oct 6
Replying to @inMARVEL_
¿Kaine?
      1                                     1

**inMARVEL** ✸ #MarvelStudios #Marvel #Waka... @inMA... · Oct 6
Replying to @Charles_CDZ83
🤙👀

**Donovin Espinoza** @DonovinEspinoza · Oct 7
Replying to @inMARVEL_
Kraven

---

Search Twitter

**Relevant people**

**inMARVEL** ✸ #Marv...
@inMARVEL_                    Follow
Aquel que disfrute del contenido de
Marvel Studios, si es digno, poseerá el
poder de saber todo acerca del MCU.
👊🦸 y sé un Nuevo Vengador!

**What's happening**

NFL · LIVE
**Browns at Bills**

#Disenchanted 🧙‍♀️
Original movie now streaming
🔸 Promoted by Disney+

Trending in California
**Rest In Peace**
52.9K Tweets

Only on Twitter · Trending
**Rest in Power**
24.3K Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Tommy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Perkowski Legal P.C.
@_c_perkowski

← Thread

**Marvel CinéVerse** @MarvelCineVerse · Dec 1, 2020 · · ·
#Hawkeye / #MsMarvel : Marvel prévoirait toujours une sortie en 2021 pour
les deux séries 'Hawkeye' et 'Ms. Marvel' malgré des retards de productions
liés au Covid-19. (via @TheRoninNews)

Le tournage de ces deux séries pour Disney+ est actuellement en cours.



💬 2    🔁 2    ♡ 17    📤

**Marvel CinéVerse** @MarvelCineVerse · Dec 1, 2020 · · ·
Concernant 'Hawkeye', la série avait été à l'origine annoncée pour l'automne
2021 par Marvel Studios. @DiscussingFilm avait récemment mentionné une
sortie "fin 2021 / début 2022". Et même pour "2022" en Disney+ français.



💬 1    🔁 2    ♡ 7    📤

**Marvel CinéVerse**
@MarvelCineVerse

Pour 'Ms. Marvel', la date de "2022" avait également été
avancée par le Disney+ français.
@DiscussingFilm avait récemment parlé d'une sortie
pour "fin 2021".

Translate Tweet



6:03 AM · Dec 1, 2020 · Twitter Web App

**2** Retweets    **1** Likes

💬    🔁    ♡    📤

🧊 Tweet your reply    [ Reply ]

**Marvel Story** @MarvelStory_ · Dec 1, 2020 · · ·
Replying to @MarvelCineVerse and @DiscussingFilm
Pour Disney+ France ça a été confirmé après qu'il s'agissait d'une erreur il
me semble.

💬 1    🔁 2    ♡ 5    📤

**Marvel CinéVerse** @MarvelCineVerse · Dec 1, 2020 · · ·
Replying to @MarvelStory_ and @DiscussingFilm
Oui je l'avais interprété comme tel également, même si je n'avais pas vu
d'indication comme quoi il s'agissait d'une erreur. De toute façon, les dates
'officielles' ont évoluées depuis 😅

💬    🔁 1    ♡ 2    📤

**Relevant people**

 **Marvel CinéVerse**
@MarvelCineVerse    [ Follow ]
Actualités et encyclopédie sur le MCU
Instagram 📸 : marvelcineverse_
Associé à @swcineverse ⭐

 **DiscussingFilm**
@DiscussingFilm    [ Follow ]
Your leading source for quick reliable
news and one of a kind content.
Home for healthy and liberating
discussion on all things pop culture.

**What's happening**

FIFA World Cup · 4 hours ago
**World Cup Qatar 2022: Opening
Ceremony**

#Disenchanted 😣
Original movie now streaming
☑ Promoted by Disney+

Trending in United States
**Rest In Peace**
48.2K Tweets

Entertainment · Trending
**Morgan Freeman**
188K Tweets

Sports · Trending
**Hutch**
2,991 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More · · ·
© 2022 Twitter, Inc.

__ https://twitter.com/AndyVermaut/status/1424430221504106497 __ at __ 2022-11-21 05:18:18 -08:00 __

← **Tweet**



**Andy Vermaut**
@AndyVermaut

···

Barack Obama's 60th birthday party sees celebrities come out to celebrate the former president
foxnews.com/entertainment/...



11:00 AM · Aug 8, 2021 · dlvr.it

   


Tweet your reply

Reply

🔍 Search Twitter

## Relevant people



**Andy Vermaut**
@AndyVermaut

Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

FIFA World Cup · LIVE
**England vs Iran**



Sports · Trending
**Alex Scott**
Trending with #OneLove, FIFA

···

Trending in United States
**Landon Donovan**

···

Trending in United States
**Slick Rick**

···

Music · Trending
**Elton John**
Trending with Dodger Stadium, Dodger Stadium

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski   ···

← **Tweet**

**famousmales**
@famousmales

···

### Timothée Chalamet



6:16 AM · Jun 25, 2020 · TweetDeck

**27** Retweets  **1** Quote Tweet  **182** Likes

Tweet your reply

Reply

**Sexxxual_Fantasies** @SexxxualF · Jul 7, 2020
Replying to @famousmales
I no longer find him attractive

**Topher S.** @ShitteTopher · Jun 25, 2020
Replying to @famousmales

---

Q Search Twitter

**Relevant people**


**famousmales**
@famousmales
drooling over male celebs for over 20 years

Follow

**What's happening**

Television · LIVE
**Bachelor in Paradise airing on ABC**


#AvatarTheWayOfWater 🌊
Get tickets now – In theaters December 16
Promoted by Avatar

Trending in United States
**RIP Harold**
···

Trending in United States
**Greg Grippo**
···

Entertainment · Trending
**James Woods**
3,352 Tweets
···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski   ···

— https://twitter.com/SNEAKPEEKCA/status/1072981480173854721 __ at __ 2022-11-20 21:34:03 -08:00 __

# Tweet

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**


Perkowski Legal P.C.
@c_perkowski


SneakPeek
@SNEAKPEEKCA

sneakpeek.ca/2018/12/wonder...



2:28 PM · Dec 12, 2018 · Twitter Web Client

**1** Retweet




Search Twitter

## Relevant people


SneakPeek
@SNEAKPEEKCA
Invite Only

Follow

## What's happening

NFL · 1 hour ago
Chiefs at Chargers

#Disenchanted 🥴
Original movie now streaming
▶ Promoted by Disney+

Tweet your reply

Reply

**Tweet**

This Tweet is from a suspended account. Learn more

**ILOVEMILEYCYRUS** ❤️ @SmilerDiary · Feb 13, 2020
Replying to @MileyUpdates
lly miley

**claudie** @claaaudieeee · Feb 12, 2020
Replying to @MileyUpdates
She looks so good

**michelle scott** @mileycyruscott · Feb 12, 2020
Replying to @MileyUpdates
boobs lol
♡ 2

**^ ^** @28g11p · Feb 12, 2020
Replying to @MileyUpdates
@lizvelocci
1

**Edsole Woodard** @EdsoleWoodard · Feb 14, 2020
Replying to @MileyUpdates
When I was stationed in Germany women all the time go topless, no big deal, because just like anything once you get use to something, then it's no big deal anymore. America is so up tight and start passing bills allowing women to free the nipple. Miley's brave and good example.

**Just me** @PotterMCyrus · Feb 12, 2020
Replying to @MileyUpdates
HAHAHAHA 😜

**Robert Queret** @bobeq1592 · Feb 13, 2020
Replying to @MileyUpdates
Love the nip slip ❤️

**bluequest** @bluequest8 · Feb 13, 2020
Replying to @MileyUpdates
stating the obvious but @MileyCyrus' nipples should always be free @freethenipple #freethenipple #foreverfree

**🐐 PAN with a PLASTICHEART 🐐** @badbitchpan · Feb 12, 2020
Replying to @MileyUpdates
Lil nippy is sneaking out 😂

**Datztweets** @datztweets · Feb 13, 2020
Replying to @MileyUpdates
😂😂😂😂😂
1

**Kendall** @stellutes · Feb 12, 2020
Replying to @MileyUpdates
We love a casual nip slip moment 😘

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

← Tweet

**best of margot**
@badpostmargots

margot robbie on the set of david o' russell's upcoming movie

5:48 AM · Feb 6, 2021 · Twitter for iPhone

168 Retweets  113 Quote Tweets  1,601 Likes

Tweet your reply    **Reply**

**Relevant people**

**best of margot**    Follow
@badpostmargots
fan account posting updates & daily
posts of the aussie goddess and
academy award nominated actress,
margot robbie

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**
USA USA USA
423K Tweets

Trending in United States
USA USA USA
423K Tweets

Entertainment · Trending
**Julia Fox**
4,474 Tweets

Music · Trending
**Ciara**
10.3K Tweets

Trending in United States
**National Anthem**
64.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

മലയാളി 🌶 പയ്യൻ @malayali_payyan · Feb 6, 2021
Replying to @badpostmargots and @margotrobbie
Not Blonde 🥲



mina @MILFSW · Feb 6, 2021
Replying to @badpostmargots and @margotrobbie

Bryan Vinicius @Bry_vini · Feb 6, 2021
Replying to @badpostmargots and @margotrobbie

Matteo Teo5Astor Negri @Teo5Astor · Feb 7, 2021
Replying to @badpostmargots and @margotrobbie
@Vale_Juve7 o tenevo a farti vedere le primissime immagini dal set
del nuovo (e misterioso...) film che sta girando Margot, bellissima anche in
versione mora secondo me 😍

V a l e ● @Vale_Juve7 · Feb 7, 2021
Replying to @Teo5Astor @badpostmargots and @margotrobbie
Oddio ma quanto è bella anche mora? 😍 Illegale Teo 🤤

Show replies

Big Mouth @SlytherinShank · Feb 6, 2021
Replying to @badpostmargots and @margotrobbie
OMG she looks so good!

skairipa Ω @blackbeltufc · Feb 6, 2021
Replying to @badpostmargots and @margotrobbie
Such a classy woman

Had Better Days @Wanderfuss · Feb 6, 2021
Replying to @badpostmargots and @margotrobbie
@NextBestPicture

← **Tweet**

⟲ **@nanfixus Retweeted**

**THEQUEENDAKOTA**
@THEQUEEN_DAKota                                    ···

She already started filming "Covers" ! Our busy girl doing her new movie! #DakotaJohnson



11:22 AM · May 30, 2019 · Twitter for Android

**60** Retweets   **1** Quote Tweet   **259** Likes

💬          ⟲          ♡          ⤒

Ⓟ   Tweet your reply                              **Reply**

Q  Search Twitter

**Relevant people**

Ⓐ  **@nanfixus**          **Follow**
    @nanfixus
    DJ Fan 🏵 Sports,animals y Boca
    Juniors Dakota's movies 2022
    #ChaChaRealSmooth 💃 #AmIOk
    #Persuasion Fan account 🇦🇷

Ⓐ  **THEQUEENDAKOTA**      **Follow**
    @THEQUEEN_DAKota
    Hello there :) If you are fans of
    gorgeous DAKOTA JOHNSON you are
    in right place. Enjoy ❤❤❤ FAN
    ACCOUNT OF DAKOTA JOHNSON 😍

**What's happening**

NBA · LIVE
**Lakers at Suns**

**#AvatarTheWayOfWater**🔵
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California            ···
**Costco**
5,412 Tweets

Trending in United States         ···
**Erection**
13.4K Tweets

Trending in California            ···
**Epstein**
35K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**


**Perkowski Legal P.C.**
@c_perkowski                ···

— https://twitter.com/aassemblebr/status/1556775692246859778 __ at __ 2022-11-21 20:24:04 -08:00

← Home

# Thread



Perkowski Legal P.C.
@c_perkowski

https://twitter.com/electedbieber/status/1323180737915314176 _ at _ 2022-11-22 15:27:59 -08:00



← **Tweet**

 Search Twitter



🏠 Home

#️⃣ Explore

🔔 Notifications

💬 Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⚫ More

**Tweet**

taraneh
@electedbieber

···

I would suck the vitamin d out of him



12:30 AM · Nov 2, 2020 · Twitter for iPhone

2 Likes

💬    🔁    ♡    ⬆️

    Tweet your reply    Reply

**Relevant people**

taraneh
@electedbieber    **Follow**

who needs a bra when Justin Bieber has two hands

**What's happening**

FIFA World Cup · 5 hours ago
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Celebrities · Trending    ···

__ https://twitter.com/AboutHerOFCL/status/1265183469128351744 __ at __ 2022-11-21 01:37:48 -08:00

← **Tweet**

  Search Twitter

 **About Her** ✔
@AboutHerOFCL                          ...

#LookOfTheDay: Ana De Armas on a stroll in a white Zimmermann mini-dress.



12:30 AM · May 26, 2020 · Buffer

**11** Retweets   **3** Quote Tweets   **62** Likes

💬          🔁          ♡          ⬆

 Tweet your reply                          Reply

**Relevant people**

 **About Her** ✔          Follow
@AboutHerOFCL

Inside untapped territory: Pulling back the curtain on Arab women who are defining cultural trends now.
#AboutHer

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

__ https://twitter.com/live1dnews/status/1323793293977784320 __ at __ 2022-11-21 00:28:33 -0800 __

← **Tweet**


**1D Updates**
@Live1DNews                                                ...

📷| Harry with Olivia Wilde on the set of Don't Worry Darling today (November 3)

(Via @HLDHQs)



5:04 PM · Nov 3, 2020 · Twitter for iPad

**14** Likes

 Tweet your reply                                    Reply

**Search Twitter**

### Relevant people

 **1D Updates**                          Follow
@Live1DNews
1D Updates. Paul, Andy, and more follow!

 **HLDHQs**                              Follow
@HLDHQs
We do not claim ownership of anything posted. Content owners, please DM for content removal.

### What's happening

NFL · Yesterday
**Commanders at Texans**                    

Entertainment · Trending
**Defunctland**
4,275 Tweets

Trending in United States
**#AMAs** 🎤
4.7M Tweets

Trending in United States
**Maher**
22K Tweets

Trending in United States
**Bob Iger**
Trending with Disney, Chapek

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

 **Perkowski Legal P.C.**   ...
@c_perkowski

← **Tweet**



Search Twitter

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Kevin Anticona**
@KevinAnticonaa                                    ...

La actriz Bruna Marquezine comenta que el film Blue Beetle esta hecha para la comunidad latina, hecho por latinos y por eso; desde un inicio me senti como en casa.

[ Via: Revista Quem ]

#BlueBeetle #DC #dccomics #JaimeReyes #BrunaMarquezine #FelizMiercoles



12:21 PM · Aug 31, 2022 · Twitter for Android

**2** Likes

**Who can reply?**
People @KevinAnticonaa follows or mentioned can reply

### Relevant people

**Kevin Anticona**   Follow
@KevinAnticonaa

Chico carismático, manteniendo siempre la humildad y sociable, pasión por el teatro. cinefilo.



**Perkowski Legal P.C.**   ...
@c_perkowski

__ https://twitter.com/ofuxico_oficial/status/1346217012436070400 __ at __ 2022-11-21 01:17:02 -0800 __



← **Tweet**

# Navigation



🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

---

 **OFuxico** ✔️
@ofuxico_oficial                                    ···

#DuaLipa curte dia de descanso
ofuxico.com.br/noticias-sobre...



2:08 PM · Jan 4, 2021 · Twitter Web App

**1 Like**

💬          🔁          ♡          ⬆️

  Tweet your reply                    Reply

---

🔍 Search Twitter

**Relevant people**

 **OFuxico** ✔️
@ofuxico_oficial                    **Follow**

OFuxico é um site jornalístico sobre o
mundo dos famosos, da televisão, do
cinema e assuntos relacionados ao
entretenimento. No ar há 20 anos.

**What's happening**

Television · 4 hours ago
**Last Week Tonight With John
Oliver airing on HBO**

Trending in United States                    ···
**Defunctland**
4,467 Tweets

Trending in United States                    ···
**Heisman**
4,605 Tweets

Trending in United States                    ···
**#AMAs** 🎀
4.57M Tweets

Trending in California                    ···
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

**Show more**

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

**Perkowski Legal P.C.**                    ···
@c_perkowski

https://twitter.com/KUWTKWorld/status/1573787152248359888___id___2022-11-22 22:15:11 -08:00

22-cv-09462-DMG-ADS   Document 23-22   Filed 03/13/23   Page 71 of 101   Page ID #3256



Tweet

**Kardashian World**
@KUWTKWorld

🎬 Kim Kardashian at the Dolce and Gabbana After Party in Milan



2:31 PM · Sep 24, 2022 · Twitter for iPhone

**171** Retweets   **23** Quote Tweets   **2,423** Likes

Tweet your reply                              Reply

**Lolly5481** @157cbb69eac741c · Sep 25
Replying to @KUWTKWorld
Love the loo. You're on a roll.👍

**Busaunlimited** @busaunlimited1 · Sep 25
Replying to @KUWTKWorld
💛💚 🧡🧡

**Kelvin Klein** @Kelvink95843756 · Sep 24
Replying to @KUWTKWorld
She looks beautiful on that dress and I love it's ✨👏

**Ronald Owens Jr** @RonaldOwensjr4 · Sep 25
Replying to @KUWTKWorld and @kimkimperio
Love you too wife for ever

**Raeda Tashman** @RaedaNTashman · Sep 25
Replying to @KUWTKWorld
Beautiful dress

**Tatevik Muradyan** @TatevikMuradya4 · Sep 24
Replying to @KUWTKWorld
❤️❤️❤️

**Sara** @SaraNY07 · Sep 25
Replying to @KUWTKWorld
Wonderful 😍

**Ali Fernandes** @AliFernandes14 · Sep 26
Replying to @KUWTKWorld and @katrlina_jo_xxx
Fabulous Beauty ❤️💋🙋

**Carolyn Hoag** @CarolynHoag13 · Sep 24
Replying to @KUWTKWorld
Wow arent you a hot ticket!

**Shelley** @Shelleybelly666 · Sep 24
Replying to @KUWTKWorld
You should be with Pete
   1

Show replies

**Anonymous** @AnonymousDeep72 · Sep 25
Replying to @KUWTKWorld
Beautiful mama.

**alannafrancis90** @alannafrancis91 · Sep 24
Replying to @KUWTKWorld
I'm the worst one.

Show more replies





__ https://twitter.com/CevansContents/status/1588587064316264448 __ el __ 2022-11-22 22:05:26 -08:00 __

← **Tweet**

 Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Chris Evans Content**
@CevansContents

···

📷:New Chris Evans and The Rock filming "Red One"



10:40 AM · Nov 4, 2022 · Twitter for Android

**35** Retweets   **7** Quote Tweets   **241** Likes

Tweet your reply                                    **Reply**

**Joan** @joans3627 · Nov 4
Replying to @CevansContents
💕

Perkowski Legal P.C.
@c_perkowski

···

## Relevant people

**Chris Evans Content**   **Follow**
@CevansContents

Daily Content about actor Chris Evans
/ photos / gifs / videos | fan account

## What's happening

NBA · 39 minutes ago
**Lakers at Suns**



**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
◼ Promoted by Avatar

Trending in California
**Costco**
5,722 Tweets

···

Trending in United States
**Erection**
17.1K Tweets

···

Entertainment · Trending
**Marvel**
92.8K Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

___ https://twitter.com/raulbrindis/status/1022125006577430528 ___ el ___ 2022-11-22 00:36:38 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-22   Filed 03/13/23   Page 74 of 101   Page ID #:5259



← **Tweet**

Raúl Brindis ✔
@raulbrindis

Eiza González y Josh Duhamel han puesto fin a su noviazgo, aseguró el actor al ser captado por paparazzi cuando salía de un gimnasio en LA, California. Según informó el fotógrafo que capturó la imagen,que al verlo declaro: "Si estás buscando a Eiza, hemos terminado".
#Farandulazo

Translate Tweet



7:22 AM · Jul 25, 2018 · Hootsuite Inc.

**12** Likes

💬          🔁          ♡          ⬆️

 Tweet your reply                    Reply



Fabiola @fabiwwoman82 · Jul 25, 2018
Replying to @raulbrindis
Hay que feos modos de hombre

💬          🔁          ♡          ⬆️

## Relevant people

Raúl Brindis ✔
@raulbrindis                     Follow
Radio Host for El Show de Raúl Brindis

## What's happening

Sports · LIVE
2022 FIFA World Cup

#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
📱 Promoted by Avatar

Entertainment · Trending
Died Suddenly
Trending with World Premiere

Trending in California
Mexicans
7,034 Tweets

Entertainment · Trending
BLEACH
174K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Perkowski Legal P.C.
@c_perkowski



Perkowski Legal P.C.
@c_perkowski



https://twitter.com/barbaramayi/status/1578391179263184898 __ at __ 2022-11-20 13:52:14 -08:00

← **Tweet**



**Bárbara**
@barbaramayi

Eu não quero esperar NADA desse  filme mas estou ficando ansiosa SIM! #DakotaJohnson #MadameWeb

Translate Tweet



7:25 AM · Oct 7, 2022 from Virginia, USA · Twitter for iPhone

**1** Retweet   **15** Likes



Tweet your reply

Reply

---

**Search Twitter**

### Relevant people

**Bárbara**
@barbaramayi    Follow

Trabalho para Dakota Johnson, ela só não sabe disso. | VH • DJ |
@dakotajbra

### What's happening

Formula 1 · This morning
**Abu Dhabi Grand Prix 2022**



#Disenchanted 

__ https://twitter.com/rrfbrazil/status/1322311857768865089 __ at __ 2022-11-21 11:23:27 -08:00 __

← **Tweet**



**RRFBR** 👑
@RRFBrazil

**Modo Alice ATIVADO!**

Rihanna foi vista na noite de ontem ontem deixando um set de filmagens no Hotel "NoMad", em Los Angeles,  após 11 horas de permanência no Local.

Translate Tweet



3:58 PM · Oct 30, 2020 · Twitter for iPhone

**4** Retweets   **1** Quote Tweet   **35** Likes



Tweet your reply

Reply

---

**Search Twitter**

### Relevant people



**RRFBR** 👑
@RRFBrazil

Follow

RRFBrazil é um portal de notícias brasileiro sobre Rihanna. Siga-nos para, em primeira mão, obter as últimas notícias a respeito de Rihanna! 👑

### What's happening

Sports · LIVE
**2022 FIFA World Cup**

Entertainment · Trending
**Julia Fox**
4,785 Tweets

Trending in California
**Dodger Stadium**
14K Tweets

Trending in United States
**Matt Turner**
1,021 Tweets

Events · Trending
**Islamic**
346K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski



← **Tweet**

**El Misterio del Cómic**
@ElMisterioComic

Nuevas imágenes del set de filmación de
**#MadameWeb**

Translate Tweet

11:53 AM · Oct 6, 2022 · Twitter for iPhone

**1** Like

Tweet your reply

Reply

🐦 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

Lists

👤 Profile

More

**Tweet**

🔍 Search Twitter

**Relevant people**

**El Misterio del Cómic**
@ElMisterioComic   Follow

perfil para twittear | trato de hablar sobre cómics y de dar noticias geeks | elmisteriodecomic@gmail.com

**What's happening**

FIFA World Cup · 1 hour ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧚
Original movie now streaming
🅿 Promoted by Disney+

Politics · Trending
**#MassShooting**
3,641 Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with First Kevin Conroy

Trending in California
**Shakira**
104K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



Perkowski Legal P.C.
@c_perkowski

https://twitter.com/BRMarvelNews/status/1556056438031753217 _ el__2022-11-19 22:13:14 -08:00

Case 2:22-cv-09462-DMG-ADS    Document 23-22    Filed 03/13/23    Page 79 of 101    Page ID
#5264

**Marvel News**
@BRMarvelNews

Novas fotos de Madame Web mostram Dakota Johnson e Adam Scott no set.

(via @DakotaJArg)



4:15 PM · Aug 6, 2022 · TweetDeck

**31** Retweets   **6** Quote Tweets   **450** Likes

Tweet your reply                                    Reply

**Pedro Jackson** @pedro_jackson · Aug 6
Replying to @BRMarvelNews and @DakotaJArg
A dúvida que fica é se vai ser ruim ou horrível!
                                            ♡ 6

**CANELA** ⚡ @CANELAislive · Aug 6
Replying to @BRMarvelNews and @DakotaJArg
Qual vai ser a moral desse filme afinal 😂
                                            ♡ 1

**ferna.ndo.** @IFernando932 · Aug 6
Replying to @CANELAislive @BRMarvelNews and @DakotaJArg
Vai ser como os outros, apresentar a personagem pro grande público, a
história q ele vai contar aí é só quando lançar né
                                            ♡ 2

Show replies

**Bob** @descancelado_ · Aug 6
Replying to @BRMarvelNews and @DakotaJArg
Madame testa
                                            ♡ 1

**starboy** @thelifeofborges · Aug 6
Replying to @BRMarvelNews and @DakotaJArg
ou vai ser muito bom ou muito ruim
                                            ♡ 1

Show additional replies, including those that may contain offensive
content                                                        Show

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

---

Search Twitter

**Relevant people**

**Marvel News**
@BRMarvelNews                    Follow
Conta de fã dedicada ao Universo
Marvel 🇧🇷 Contato:
marvelnewsbr@outlook.com

**Dakota Johnson Arge...**
@DakotaJArg                      Follow
Tu mejor y más actualizada fuente de
información sobre la actriz,
productora, directora y activista
@DakotaJohnson en Español.

**What's happening**

Television · 2 hours ago
**Saturday Night Live airing on
NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
Promoted by Uber

Trending in United States
**HE'S BACK**
149K Tweets

Trending in United States
**Jason David Frank**

Trending in United States
**#DreamersbyJungkook**
615K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



← **Tweet**

                                    

**Relevant people**

Q Search Twitter

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

▤ Lists

⚇ Profile

⊙ More

**Tweet**

**Robert Littal BSO** ✓
@BSO                                    ···

Photos From Lakers Family NBA Title Celebration
Dinner at NOBU (Pics) bit.ly/3dtkw7w via
@NathanAddisonAU



11:50 AM · Oct 15, 2020 · BSO Alert

**2** Retweets   **13** Likes

💬        ⇄        ♡        ⬆

  Tweet your reply                    **Reply**

**Relevant people**

  **Robert Littal BSO** ✓        **Follow**
@BSO

BSO is a Unique take on Sports & Ent;
Tweets by The Headline King Robert
Littal; IG: BSOTV; FB:
BlackSportsOnline; Keep That Same
Energy Podcast; #BLM; 💙 AML

**What's happening**

FIFA World Cup · 2 hours ago
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater**🦾
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States        ···
**Died Suddenly**
104K Tweets

Trending in United States        ···
**Argentina**
Trending with #FIFAWorldCup 🏆, Herve Renard

Trending in United States        ···
**#السعوديه_الارجنتين**

1.22M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Tweet**

**Perkowski Legal P.C.**  ···
@c_perkowski

🔍 Search Twitter

**Relevant people**

**Rihanna.com.br** ⬇️
@RihannaNoBrasil          Follow
Rihanna.com.br is a genuine and
registered fansite, made by fans. 🇧🇷
Fã-clube e portal de notícias brasileiro
sobre a cantora Rihanna. Online desde
2008. 💙

**What's happening**

NFL · Last night
**Bengals at Steelers**

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Music · Trending
**Lionel Richie**
3,960 Tweets

Trending in United States
**Clemson**
7,608 Tweets

Trending in United States
**Bob Iger**
Trending with Disney, Chapek

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

---

**Rihanna.com.br** ⬇️
@RihannaNoBrasil

Rihanna compareceu a festa de Scooter Braun no
restaurante Carbone ontem (14) em Nova York.
Também estavam na festa A$AP Rocky, Madonna,
Hailey Baldwin Bieber, Justin Bieber, Offset, Quavo e Ed
Sheeran.



4:16 AM · Sep 15, 2021 · Twitter for iPhone

114 Retweets   113 Quote Tweets   994 Likes

💬          🔁          ♡          ⬆️

💬 Tweet your reply                          Reply

---

wai | mymindd5me @yngmzz · Sep 15, 2021     ···
Replying to @RihannaNoBrasil
hmm

▶️

💬          🔁          ♡          ⬆️

---

@ifavidanna · Sep 15, 2021     ···
Replying to @RihannaNoBrasil
@ifsciccone

💬  1       🔁          ♡          ⬆️

レナ〜 @ifsciccone · Sep 15, 2021     ···
Replying to @ifavidanna and @RihannaNoBrasil
QUE DLC

💬          🔁          ♡          ⬆️

Arthur Guedes @Arthur26737278 · Sep 15, 2021     ···
Replying to @RihannaNoBrasil
Jajá vem fã da Taylor falar mal do Ed.

💬          🔁          ♡          ⬆️

D. @book_lifee · Sep 15, 2021     ···
Replying to @Arthur26737278 and @RihannaNoBrasil
Ou do Justin. Eles não conseguem viver sem falar desses dois.

💬  1       🔁          ♡  17       ⬆️

Show replies

o amor vigora 🙏🇵🇸 @glandebrilhante · Sep 15, 2021     ···
Replying to @RihannaNoBrasil
Madonna desfilando no show da Savage ano que vem, eu acredito!

💬          🔁          ♡  2       ⬆️

CarX 🌟 @SweetBieberr · Sep 15, 2021     ···
Replying to @RihannaNoBrasil
@OmarRuxberg viste esto???

💬          🔁          ♡          ⬆️

mc lara @badgalenda · Sep 15, 2021     ···
Replying to @RihannaNoBrasil
@juliametacritic já tá na hora de sair foto da rih c os bieber's

💬          🔁          ♡          ⬆️

This Tweet was deleted by the Tweet author. Learn more

Show replies

Clarona @diefonzjb · Sep 15, 2021     ···
Replying to @RihannaNoBrasil
Rihanna pode vestir qualquer trapo que fica absolutamente perfeita ne?
Nao que essa roupa seja um trapo, mas vcs entederam ne? OH MULHER
BONITA

💬          🔁          ♡  13       ⬆️

This Tweet was deleted by the Tweet author. Learn more

Show replies

---

Perkowski Legal P.C.
@c_perkowski     ···

← **Thread**

**Cinematizando** @CinematizandoOf · Apr 10, 2021 · · ·

Imagens dos bastidores da série Gavião Arqueiro e podemos ver a atriz Alaqua Cox como Maya Lopez, a
Eco

#AlaquaCox #MayaLopez #Eco #GaviãoArqueiro #Hawkeye



💬 1    🔁    ♡ 5    ⬆️

**Cinematizando** @CinematizandoOf · · ·

#AlaquaCox #MayaLopez #Eco #GaviãoArqueiro #Hawkeye

9:47 AM · Apr 10, 2021 · Twitter Web App

**2** Likes

💬    🔁    ♡    ⬆️

[P] Tweet your reply    **Reply**

---

**Home**
**Explore**
**Notifications** 1
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**
**Tweet**

Perkowski Legal P.C. · · ·
@c_perkowski

🔍 Search Twitter

**Relevant people**

Cinematizando
@CinematizandoOf    **Follow**

**What's happening**

Formula 1 · 4 hours ago
Abu Dhabi Grand Prix 2022


#Disenchanted 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States    · · ·
**Rest In Peace**
45.2K Tweets

Entertainment · Trending    · · ·
**Morgan Freeman**
182K Tweets

Trending in California    · · ·
**Shakira**
109K Tweets



← **Tweet**

**Tae12**
@tylere2006 ···

Perfection



7:14 PM · Aug 16, 2020 · Twitter for iPhone

31 Retweets  284 Likes

Perkowski Legal P.C.
@c_perkowski ···



Tweet your reply  Reply

**Kinky Tease** @KinkyKatDD · Aug 18, 2020 ···
Replying to @tylere2006
Heyyyyyy wait a second. You said I was perfect!!! Explain mister

💬 1      ⟲      ♡ 1      ⬆

**Tae12** @tylere2006 · Aug 18, 2020 ···
Replying to @KinkyKatDD
You know you are my perfect girl

💬      ⟲      ♡      ⬆

**Merc with a Mouth** @DemonDeadPoo1 · Aug 16, 2020 ···
Replying to @tylere2006
Yes she is 😍



💬      ⟲      ♡ 5      ⬆

**Relevant people**

**Tae12**
@tylere2006    Follow
Just a guy tweeting pics of beautiful women

**What's happening**

FIFA World Cup · Earlier today
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
**#chainsawman**🥳
134K Tweets

Trending in United States
**Auburn**
Trending with Ole Miss

Celebrities · Trending
**Tom Hanks**
9,293 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

https://twitter.com/my234Radio/status/1578134441335005184___at___2022-11-20 13:53:37 -08:00



Twitter

## Navigation

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

## Tweet

← Tweet

**234Radio** 🌍
@my234Radio

•••

Dakota Johnson shows off trim figure in tight top arriving at set of Spider-Man spinoff Madame Web - 234radio.com/dakota-johnson…

#News



© Patriot Pics / BACKGRID

2:25 PM · Oct 6, 2022 · 234Radio2

**4** Likes

💬    🔁    ♡    ⬆

P    Tweet your reply    Reply

Perkowski Legal P.C.
@c_perkowski    •••

### Search Twitter

## Relevant people



**234Radio** 🌍
@my234Radio

Follow

Africa's premium internet radio. Your one-stop-shop for #Music #News #Sport #Entertainment & #Lifestyle. ...exporting Africa to the world.

## What's happening

NFL · 34 minutes ago
**Browns at Bills**



#Disenchanted 🧙‍♀️
Original movie now streaming
Promoted by Disney+

Trending in California
**Rest In Peace**
56K Tweets

•••

__ https://twitter.com/foochia/status/1371400721778810880 __ at __ 2022-11-19 11:24:52 -08:00 __

← **Tweet**

**Foochia - فوشيا** ✔
@foochia

بيونسيه ترتدي فستانا فضياً وتوربان مطابق بعد حفل توزيع غرامي مع زوجها جاي زي، احتفالا بانجازاتها

#بيونسيه #غرامي #GRAMMYs 🏆 #JayZ

Translate Tweet




2:59 AM · Mar 15, 2021 · Twitter Web App

**2** Retweets  **1** Like

Tweet your reply                    Reply

## Relevant people

**Foochia - فوشيا** ✔
@foochia                    Follow

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.

## What's happening

Formula 1 · Starts tomorrow
**Abu Dhabi Grand Prix 2022**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States
**Welcome Back Kotter**

Music · Trending
**Chris Brown**
Trending with AMAs

Sports · Trending
**Gus Malzahn**

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/CinematizandoOf/status/1540303212414132225 __ el __ 2022-11-22 21:11:16 -08:00 __



https://twitter.com/Loqiemean/status/1253996810063851521 ___ el___ 2022-11-22 16:40:05 -08:00
22-cv-09462-DMG-ADS    Document 23-22    Filed 03/13/23    Page 87 of 101    Page ID #:5272

🔍 Search Twitter

Локимин
@Loqiemean
•••

**Relevant people**

Локимин
@Loqiemean                    **Follow**
#loqieseason

Ты — Бэтмен, которого заслуживает человечество

Translate Tweet



3:38 AM · Apr 25, 2020 · Twitter for iPhone

137 Retweets    7 Quote Tweets    2,146 Likes

💬          🔁          ♡          ⬆️

🟣  Tweet your reply                           Reply

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending          •••
**Marvel**
84.4K Tweets

Trending in United States          •••
**RIP Harold**

Music · Trending          •••
**Nicki**
65.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Рейнмейкер @EvgenyRainmaker · Apr 25, 2020
Replying to @Loqiemean
Фотка, словно со съёмок перезапуска Каратэля, где Фрэнку нос ломом переебали.

💬          🔁          ♡  13          ⬆️

Alina @cursed_earths · Apr 25, 2020
Replying to @Loqiemean

Nebezdar @aziz_akh · Apr 25, 2020
Replying to @cursed_earths and @Loqiemean
А я уже подумал, что один его увидел

💬          🔁          ♡  1          ⬆️

Bilalov @pashabilalov · Apr 25, 2020
Replying to @Loqiemean
Даже не знаю, кто лучше в роли Брюса Уэйна, Бэйл или Афлек. Тот случай когда не хочется выбирать

💬          🔁          ♡          ⬆️

Илья Эль @ilia_l · Apr 25, 2020
Replying to @Loqiemean
А я не куру!

💬          🔁          ♡          ⬆️

Вадим @iqsilver_a · Apr 25, 2020
Replying to @Loqiemean
😎

💬          🔁          ♡          ⬆️

паша @scrckin · Apr 25, 2020
Replying to @Loqiemean
Бороду бэтарангом стриг видимо

💬          🔁          ♡          ⬆️

Данила Дубонос @DanilDooB · Apr 25, 2020
Replying to @Loqiemean
А ваш Супермен так может ?

💬          🔁          ♡          ⬆️

SMOOZIE @smoozieofficial · Apr 25, 2020
Replying to @Loqiemean
Нда, все мы подписаны на эти паблики...

💬          🔁          ♡          ⬆️

Таник 💛 за мир во всём мире @Nek_sBenzopiloj · Apr 25, 2020
Replying to @Loqiemean and @AdeptusArfy
Мрачный герой в чёрной маске. Всёсходится!!

💬          🔁          ♡          ⬆️

никита лохов @lohovv · Apr 25, 2020
Replying to @Loqiemean
Блять за Аффлека душа радуется, каждый раз когда фотки с Армас вижу сразу так хорошо становится. Походу Бэтмен наконец остепенился

💬          🔁          ♡  23          ⬆️

Perkowski Legal P.C.          •••
@c_perkowski

← Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
••• More

**Tweet**

Case 2:22-cv-09462-DMG-ADS    Document 23-22    Filed 03/13/23    Page 88 of 101    Page ID #:5273

← **Tweet**



### rita
@nickgstan

···

good morning to this photo only, two legends



2:23 AM · Oct 21, 2022 · Twitter for iPhone

**46** Likes

Q Search Twitter

## Relevant people



**rita**
@nickgstan    **Follow**

nicholas galitzine's favorite kiddo.

## What's happening

Television · 2 hours ago
**Saturday Night Live airing on NBC**

Tweet your reply    **Reply**



__ https://twitter.com/envykendall/status/1560083380687065091 __ et __ 2022-11-21 07:39:04 -08:00 __

← **Tweet**



**not kendall**
@envykendall

···

this look >



6:57 PM · Aug 17, 2022 · Twitter for iPhone

**205** Retweets  **10** Quote Tweets  **2,243** Likes

Tweet your reply    Reply

**Carlos** @CarlosS65454101 · Aug 18
Replying to @envykendall
So beautiful kendall

**Hasna Nizar** @HasnaNiizzzzzaar · Aug 18
Replying to @envykendall
She looks stunning...

**محمد عبد المعطي** @mhmdbda37998785 · Aug 18
Replying to @envykendall
أمر

**Ryan Kirk** @RyanKir83896177 · Aug 18
Replying to @envykendall
Great look babydoll

**ولد دبر** @3zL7lf4VE29F9U2 · Aug 18
Replying to @envykendall
❤️❤️❤️❤️❤️

**Adil El ghaffouli** @GhaffouliAdil · Aug 18
Replying to @envykendall
2/20

**Donald McKerry** @MckerryDonald · Aug 18
Replying to @envykendall
When

**Search Twitter**

### Relevant people

**not kendall**
@envykendall    Follow
fan account

### What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Gaming · Trending
**3DS Rainbow Road**
Trending with Maple Treeway

Trending in California
**Dodger Stadium**
14.1K Tweets

Trending in California
**#BLACKPINK_WORLDTOUR**
59.2K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Perkowski Legal P.C.    ···
@c_perkowski

← **Tweet**

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

This Tweet is from a suspended account. Learn more

This Tweet is from an account that no longer exists. Learn more

**dream boy🌙** @modelsxhaute · May 23, 2020
Replying to @MILANMOISELLE and @MEENAVOGUEE
bye

♡ 1

**CHURCH GIRL** @sichoazdwn · May 27, 2020
Replying to @MEENAVOGUEE
Anything with @rihanna is ICONIC ❤

**Veshy** @veshydarman · May 25, 2020
Replying to @MEENAVOGUEE
Roger Sanchez - Another Chance (The Rihanna Mix ) call it a Rih-mix

**•••••** @Lucidd666 · May 23, 2020
Replying to @MEENAVOGUEE
Iconic😍😍



♡ 1    ♡ 8

🇺🇸 @Beyfan1981 · May 24, 2020
Replying to @Lucidd666 and @MEENAVOGUEE
I came here for this

❄ @Redexxy · May 23, 2020
Replying to @MEENAVOGUEE and @Breonuh_
thought that was james charles at first

**2015 misser** @unrealtothecore · May 23, 2020
Replying to @MEENAVOGUEE
omg i love this tata cosplay

**The Freckle In Her Eye** @beautymechanic_ · May 23, 2020
Replying to @MEENAVOGUEE
Does anyone know what shoes these are??

♡ 1

**311 / ELL** @CarelessReno · May 23, 2020
Replying to @beautymechanic_ and @MEENAVOGUEE
Dsquared2

♡ 1

**울었36년개** @vetemetns · May 23, 2020
Replying to @MEENAVOGUEE
Follow me for more about fashion!❤

**JOHN** @IAM_Johnathan · May 23, 2020
Replying to @MEENAVOGUEE
Forever iconic

This Tweet is from a suspended account. Learn more

**Mia** 🦋 @TamiaLashae__ · May 23, 2020
Replying to @jduhbabii and @MEENAVOGUEE
That's law! 😂

**Perkowski Legal P.C.**
@c_perkowski

← Tweet



**Maratonando News** 🇺🇦
@PMaratonando

...

Quero ver !

O ESQUADRÃO SUICIDA - PRIMEIRAS FOTOS DOS
BASTIDORES MOSTRAM ATORES CARACTERIZADOS!

O elenco do próximo filme da DC, O Esquadrão Suicida,
está atualmente filmando a produção, e pela primeira
vez, fotos direto do set foram reveladas.
#OEsquadrãoSuicida #SuicideSquad

Translate Tweet



4:19 PM · Oct 11, 2019 · Twitter for Android

**2 Likes**

💬          ↻          ♡          ↑

ⓟ   Tweet your reply                          Reply

**Relevant people**

**Maratonando News** 🇺🇦          Follow
@PMaratonando

Tudo sobre o mundo do cinema,
séries e games 🎥📺 Sigam nossos
ADMs 👍🏽👍🏽 @1991Philipe 🧑🏻

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Search Twitter

ⓟ   **Perkowski Legal P.C.** ...
@c_perkowski

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

**Infos Séries**
@InfosSeriesFR

**#PHOTOS** Blake Lively allant à l'anniversaire de Gigi Hadid



Blake Lively Updates

1:07 AM · Apr 24, 2022 · Twitter for iPhone

**78** Retweets    **47** Quote Tweets    **989** Likes

P    Tweet your reply                                    Reply

**Supportrice🏆🇫🇷KylianMbappe⚽** @Hayden_MyChosen · Apr 24
Replying to @InfosSeriesFR and @blakelively1
Magnificent

**Pauline** @lunaya32 · Apr 24
Replying to @InfosSeriesFR and @blakelively1
Elle est incroyable 😍

**B** @BattyWR · Apr 24
Replying to @InfosSeriesFR and @blakelively1
Its giving Serena @AudeEchelon                    1

**Aude** @AudeEchelon · Apr 24
Replying to @BattyWR @InfosSeriesFR and @blakelively1
SVDW era is back 😍                                 3

**Dalya** @sluteramiamigos · Apr 24
Replying to @InfosSeriesFR and @blakelively1
Ohhh

**1oeildanslasalle••** @1_oeil · Apr 24
Replying to @InfosSeriesFR and @blakelively1
Moi attendant mon invitation à l'anniversaire de Gigi Hadid

GIF ALT                                            7

**Vulcanus** @Vulcanus14 · Apr 24
Replying to @InfosSeriesFR and @blakelively1
Plusieurs enfants et parfaite ❤️                   4

**Rio The Black Cat 🐈‍⬛** @RioTheBlackCat · Apr 24
Replying to @InfosSeriesFR and @blakelively1
😵

Show more replies

**Relevant people**



**Infos Séries**
@InfosSeriesFR    Follow
Bienvenue sur votre source française sur toutes vos séries, films et stars préférées
contact.infosseriesfrpro@gmail.com
@dianemarchetti1 & @jeannepchll

**Blake Lively Updates**
@blakelivelyf    Follow
Fan account about everything related to Blake Lively! | owner: @abbscowen ♡

**What's happening**

Music · LIVE
Fans celebrate Kihyun's birthday 🥰

Entertainment · Trending
**Died Suddenly**
68.2K Tweets

Trending in United States
**Jada**
9,338 Tweets

Entertainment · Trending
**Sinbad**
8,146 Tweets

Trending in California
**Dodger Stadium**
8,688 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



— https://twitter.com/TheAffinityMag/status/1519465999804822016 __ at __ 2022-11-20 16:27:16 -08:00 __

← **Tweet**

**Affinity Magazine** ✓
@TheAffinityMag

Olivia Wilde was served custody papers from Jason Sudeikis during a "Don't Worry Darling" preview at CinemaCon.

Wilde and Sudeikis have two kids from their nine-year relationship, which ended in late 2020.

The film stars Harry Styles, Wilde's public partner since January 2021.



4:58 PM · Apr 27, 2022 · Twitter Web App

**4** Retweets    **2** Quote Tweets    **13** Likes

Tweet your reply

Reply

## Relevant people

**Affinity Magazine** ✓
@TheAffinityMag
NEXT GEN OF MEDIA

Follow

**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**

.
@cravemedia_



4:55 AM · Nov 14, 2021 · Twitter for Android

268 Retweets   194 Quote Tweets   4,069 Likes

Tweet your reply    Reply

**Christine Tartaglia** @ChristineTartag · Nov 14, 2021
Replying to @cravemedia_
Peep Blake Lively wearing the ring from the new music video.
💬 1    🤍 19

**LocalDrowsyGal**🍂 @GlitteringKunai · Nov 14, 2021
Replying to @cravemedia_
The werther's original candy in the car door is so funny to me afsgsgsg
💬    4

**🦋C🐈 (Taylor's Version)** @d0bismybae · Nov 14, 2021
Replying to @cravemedia_
DO I SEE ANYA TAYLOR JOY?
💬

**gabrielle** @venusveritas_ · Nov 14, 2021
Replying to @cravemedia_
OH MY IF ANYA IS IN ONE OF THE VIDEOS IM GONNA CRY
💬 1    🤍 22

**gabrielle** @venusveritas_ · Nov 14, 2021
Replying to @venusveritas_ and @cravemedia_
OH AND WITH HER GF CARA
💬    🤍 2

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

.
@cravemedia_     Follow
Media account for @FilmUpdates

**What's happening**

NFL · 5 hours ago
49ers at Cardinals

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
⊡ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
7,122 Tweets

Trending in United States
**#GMMTV2023**
190K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/TheAffinityMag/status/1458351220489420034 __ at __ 2022-11-20 20:27:35 -08:00 __



__ https://twitter.com/proxcinemente/status/1146248092468928512 __ at __ 2022-11-20 23:52:33 -08:00 __

← **Tweet**

🔍 Search Twitter

**Próxcinemente**
@proxcinemente                                    ···

## IMÁGENES DESDE EL RODAJE DE "BILL & TED 3" 🎸 ⚡

Protagonizada por Keanu Reeves y Alex Winter.

Se estrenará en agosto de 2020. #BillAndTed3

Vía: @JustJared

Translate Tweet



7:43 PM · Jul 2, 2019 · Twitter for Android

💬          🔁          ♡          ⬆️

Tweet your reply                                   Reply

### Relevant people

**Próxcinemente**              Follow
@proxcinemente
Todas las novedades en el mundo del
séptimo arte. 🎬 | Creador:
@chuyRM_93 | Contacto:
proxcinemente@gmail.com

**JustJared.com** ✔            Follow
@JustJared
Your #1 Entertainment Authority Also
follow @jaredeng @justjaredjr

### What's happening

NFL · 3 hours ago
**Chiefs at Chargers**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
📽 Promoted by Disney+

Trending in United States                ···
**Bob Iger**
Trending with Disney, Chapek

Trending in United States                ···
**#AMAs** 🔥
4.79M Tweets

Trending in United States                ···
**Maher**
22K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
··· More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/ThePopTingz/status/1321072158580314119 __ at __ 2022-11-21 02:34:33 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-22    Filed 03/13/23    Page 99 of 101    Page ID
#:5284

← **Tweet**

Moe from Pop Tingz
@MoeFromPopTingz

Zendaya was spotted arriving in Atlanta yesterday, where she will be filming Spider-Man 3.

(via JustJared)



5:52 AM · Oct 27, 2020 · Twitter for Android

**10** Retweets  **1** Quote Tweet  **183** Likes

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

Perkowski Legal P.C.  ...
@c_perkowski

Tweet your reply                    **Reply**

rg (fan account) 🎫 **ERAS TOUR TA...** @NightOwlSw...· Oct 27, 2020
Replying to @MoeFromPopTingz and @ThePopTingz
OMG MY CITY!

Pop Crave @stildontknowher · Oct 27, 2020
Replying to @MoeFromPopTingz and @ThePopTingz
Ended seltuna
💬 2                      ♡ 1

selegendgodmez @Sumi_Xtina · Oct 27, 2020
Replying to @stildontknowher and @ThePopTingz
ended positions aka the most boring album of the year
💬 1                      ♡ 1
**Show replies**

c @conanscosmos · Oct 27, 2020
Replying to @MoeFromPopTingz and @ThePopTingz
batman outsold

Pop Crave @stildontknowher · Oct 27, 2020
Replying to @MoeFromPopTingz and @ThePopTingz
i am voting Nicki Minaj for favorite female artist - Rap/ Hip-Hop at the #AMAs 🔥

Im voting for Tusa for favorite song - Latin at the #AMAs 🔥

🔍 Search Twitter

**Relevant people**

Moe from Pop Tingz    **Follow**
@MoeFromPopTingz
Founder of @ThePopTingz. Pop
Culture Expert. Entertainment
Journalist.

**What's happening**

NFL · Yesterday
**Lions at Giants**



Music · Trending
**Billy Joel**
1,244 Tweets

Trending in United States
**UCLA**
11.4K Tweets

Music · Trending
**Chris Brown**
Trending with Kelly Rowland

Trending in United States
**#AMAs** 🔥
Trending with soobin, sabrina

**Show more**

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

← **Tweet**



## Home

# Explore

Notifications

✉ Messages

🔖 Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.**   ...
@c_perkowski

— https://twitter.com/things_marvel/status/1329513841995120640 — at — 2022-11-22 15:44:35 -08:00 —

← Tweet





Home

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**


**All Things Marvel**
@things_marvel                    ···

## ภาพจากกองถ่าย Ms. Marvel จะเห็นว่าน้อง Kamala Khan เป็นแฟนเกิร์ล Captain Marvel ด้วย



11:56 AM · Nov 19, 2020 · TweetDeck

**52** Retweets    **26** Likes

        ♡    ↑

 Tweet your reply    **Reply**

Search Twitter

## Relevant people

 **All Things Marvel**    **Follow**
@things_marvel
News update for THAI fans of
@Marvel Cinematic Universe. อัปเดต
ข่าวของจักรวาลภาพยนตร์มาร์เวลสำหรับ
แฟน ๆ ชาวไทย

## What's happening

NCAA Men's Basketball · Yesterday
**Cowboys at Eagles**


**#AvatarTheWayOfWater**
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California                    ···
**Chicharito**
7,054 Tweets

Family & relationships · Trending          ···
**For $100**
192K Tweets

Entertainment · Trending                  ···
**Jane Lynch**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.