# EXHIBIT B Continued

__ https://twitter.com/BookingFreetime/status/1556941678019313664 __ at __ 2022-11-20 23:48:24 -08:00 __

← **Tweet**



**Freetime**
@BookingFreetime

⋯

Aperçus de Dominique Thorne, en armure, dans son rôle de Riri Williams sur le tournage de la série #ironheart disponible à l'automne 2023 sur Disney+ !

Translate Tweet

2:53 AM · Aug 9, 2022 · Twitter Web App

💬  ⟲  ♡  ⬆

P | Tweet your reply | **Reply**

🔍 Search Twitter

**Relevant people**

 **Freetime**
@BookingFreetime | **Follow**

Freetime est une page d'information du cinéma, du divertissement, des séries et plateformes de streaming du moment et à venir.

**What's happening**

NFL · 3 hours ago
**Chiefs at Chargers**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
⏵ Promoted by Disney+

Music · Trending   ⋯
**#DavidoAt30**
57.5K Tweets

Trending in United States   ⋯
**#AMAs** 🔥
4.71M Tweets

Trending in United States   ⋯
**Maher**
22K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

← **Thread**

🎬🎬
@filmsbydelrey                                    ...

## Emma en Francia hoy con Justin Theroux



9:49 AM · May 30, 2018 · Twitter for Android

💬            ⟲            ♡            ⬆

Ⓟ   Tweet your reply                          **Reply**

🎬🎬 @filmsbydelrey · May 30, 2018                ...
Replying to @filmsbydelrey
No creo que estén saliendo, a Justin desde que se separo de Jennifer
Aniston lo han relacionado con cualquier chica que lo ven
💬  1        ⟲            ♡            ⬆

## What's happening

FIFA World Cup · 1 hour ago
USA vs Wales

Trending in United States                         ...
**Richard Fierro**
1,491 Tweets

Trending in United States                         ...
**Mr. Fierro**

Trending in United States                         ...
**HOW IS THAT NOT A YELLOW**
1,151 Tweets

Entertainment · Trending                          ...
**Julia Fox**
7,995 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

🔍 Search Twitter

## Relevant people

🎬🎬
@filmsbydelrey        **Follow**
multifandom ✧*。

← **Tweet**

**TJF**
@tujalefav

···

JAJAJA este wey se la rifo 😂👏

Translate Tweet



0:02 | 4,990 views

3:56 PM · Mar 7, 2018 · Twitter for Android

**57** Retweets   **1** Quote Tweet   **118** Likes

🔍 Search Twitter

**Relevant people**

**TJF**
@tujalefav
**Follow**
Dream Team del norte ✨@ageramtz

**What's happening**

🏠 Home

\# Explore

🔔 Notifications

✉ Messages

Tweet your reply

Reply

__ https://twitter.com/alexromval/status/1350607576380092420 __ at __ 2022-11-21 12:39:44 -08:00 __

← **Tweet**



**Alex Salvatore** 🧑‍🎤
@Alexromval                                                    ⋯

## No sabes cuánto te extrañé.

Translate Tweet



4:55 PM · Jan 16, 2021 · Twitter Web App

**1** Retweet   **3** Quote Tweets   **8** Likes

  Tweet your reply                                    Reply

---

Search Twitter

### Relevant people

 **Alex Salvatore** 🧑‍🎤
@Alexromval                          Follow
'Nadie puede juzgar desde fuera el amor'

### What's happening

FIFA World Cup · LIVE
**USA vs Wales**                        

Trending in United States          ⋯
**WHAT A SAVE**
8,153 Tweets

Trending in California              ⋯
**Telemundo**
7,636 Tweets

Trending in United States          ⋯
**Haji Wright**

Trending in United States          ⋯
**Medford Messi**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

 **Perkowski Legal P.C.** ⋯
@c_perkowski

← **Tweet**



**TheGuidance**
@guidance_the

···

#Kingpin está de regreso en #Echo , la próxima serie de #MarvelStudios que ya se encuentra en grabaciones.

Translate Tweet




10:41 AM · Aug 9, 2022 · Twitter Web App

   

 Tweet your reply

Reply

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒 Lists

👤 Profile

⊙ More

**Tweet**

🔍 Search Twitter

**Relevant people**

 **TheGuidance**
@guidance_the

Follow

Todo el contenido geek al alcance de tu mano. Noticias, análisis, cómics narrados, curiosidades, etc.

**What's happening**

FIFA World Cup · 1 minute ago
**World Cup Qatar 2022: Opening Ceremony**



**#Disenchanted** 👸
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending
**RIP JDF**
2,367 Tweets

···

Jungkook · Trending
**Jungkook**
Trending with Morgan Freeman, hobi

···

Trending in California
**#DonaldTrump**
38.4K Tweets

···

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski



Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Perkowski Legal P.C.
@c_perkowski

## Tweet

**Screen Mix** @ScreenMix

الرشيقة كيندال جينر من آخر ظهور لها في لوس انجلوس ❤️

Translate Tweet

7:53 AM · Aug 14, 2020 · Twitter for Android

**14** Retweets **12** Quote Tweets **861** Likes

Tweet your reply
Reply

**حازم اللازم** @iii7vv · Aug 14, 2020
Replying to @ScreenMix
عز الله انو طويل يعيال

**Ali** @1k71_ · Aug 14, 2020
Replying to @ScreenMix
صاااروخه
1

**SARA** @6l88l · Aug 14, 2020
Replying to @ScreenMix

🐢 @M12Awaad · Aug 14, 2020
Replying to @ScreenMix
البت دى فاكرها من ماتش قديم لباريس

**صديقه بيريرا** @vcz04 · Aug 14, 2020
Replying to @ScreenMix
جمالها 😩💔
1

**JYTJ** @namjiu1 · Aug 14, 2020
Replying to @ScreenMix
هنا في سته رشيقات

**صديقه بيريرا** @vcz04 · Aug 14, 2020
Replying to @ScreenMix
جمالها 😩💔
1

**JYTJ** @namjiu1 · Aug 14, 2020
Replying to @ScreenMix
هنا في سته رشيقات

From 드림캐쳐 Dreamcatcher

***Hawraa*** 🇮🇶 @Hawraa1992_ · Aug 14, 2020
Replying to @ScreenMix
I love her

**sooka** @Sooka_19 · Aug 14, 2020
Replying to @ScreenMix
في شي غلط ولا انا ما طبيعية
1 1

**abdul malik** @incwn7 · Aug 14, 2020
Replying to @ScreenMix
دنا احلى منها
1

**Shady** @Shady9K · Aug 14, 2020
Replying to @ScreenMix
فيه شيء غلط

**عزيز** @18_N0OR · Aug 14, 2020
Replying to @ScreenMix
طولها مو طبيعي 🥶🥶😭

**Mazen** @MaZenhbk · Aug 14, 2020
Replying to @ScreenMix
يالله وش ذا المنظر الحلو

**.** @i_skoro · Aug 14, 2020
Replying to @ScreenMix
منوره بزود والله

**عـلـيٌ** @bUae7PTDi9Ew27e · Aug 14, 2020
Replying to @ScreenMix
ام صرم

**mohd** 🇧🇷 @cfc187 · Aug 14, 2020
Replying to @ScreenMix
اااخخخ يا قلبي

**Carlos** @CR7sx · Aug 14, 2020
Replying to @ScreenMix
محد مهتم

**الشيخ هايزنبيرق** @zkjnh · Aug 14, 2020
Replying to @ScreenMix
مستعجلة تدور لاعب سله

**ديم** 😕 @YumkinDid · Aug 14, 2020
Replying to @ScreenMix
والله جوي

**فارس** @faa2o · Aug 14, 2020
Replying to @ScreenMix
تتوقعون انها اطول مني؟
2

**Yasser** @chooqi19 · Aug 14, 2020
Replying to @faa2o @FaOq_ and @ScreenMix
طولها ١٧٩ اتوقع مو متأكد 🙂

**وهيمه ♦️ 🇮🇶 ㉟** @Xina1_ · Aug 14, 2020
Replying to @ScreenMix
هاي رشيقه ليكول شطبه 🤣😂

**stevie 23.** @stevie_486 · Aug 14, 2020
Replying to @ScreenMix
عظام

@imort2l · Aug 14, 2020
Replying to @ScreenMix
على قلبي الحلوين 💃

**نُوره** @1etro1 · Aug 14, 2020
Replying to @ScreenMix
لازم تزيت شعرها وش المودل الي بشعر خفيف

This Tweet is from a suspended account. Learn more

Show replies

This Tweet was deleted by the Tweet author. Learn more

❤️ @LaghTale · Aug 14, 2020
Replying to @mona68_i and @ScreenMix
ثانويتي ^

This Tweet was deleted by the Tweet author. Learn more

Search Twitter

## Relevant people

**Screen Mix** @ScreenMix
Follow
حساب يهتم بنقل كل ما يحدث حول العالم من أمور تهم المتابع العربي. للإعلان، تواصل معنا عبر الخاص أو على ScreenMix@PandorasBoxeg.com

## What's happening

NCAA Men's Basketball · Last night
**Lancers at Golden Gophers**

**#AvatarTheWayOfWater**
Get tickets now - In theaters December 16
Promoted by Avatar

Entertainment · Trending
**James Woods**
1,624 Tweets

Entertainment · Trending
**Marvel**
84.5K Tweets

Food · Trending
**Reddi Whip**
Trending with Cool Whip

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS    Document 23-23    Filed 03/13/23    Page 8 of 101    Page ID #:5294



← **Tweet**

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**SuperConfirmado**
@superconfirmado

¿Son pareja Kim Kardashian y Pete Davidson?
bit.ly/3FJ4QtT



3:25 PM · Nov 22, 2021 · TweetDeck

 Tweet your reply

**Reply**

**Relevant people**

**SuperConfirmado**
@superconfirmado    **Follow**

Portal venezolano de noticias, con información de Venezuela y el mundo al momento que ocurran

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater**
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in United States
**El VAR**
87.5K Tweets

Entertainment · Trending
**Died Suddenly**
80.4K Tweets

Trending in United States
**Argentina**
Trending with  Messi, #ARGKSA

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Search Twitter**

https://twitter.com/soygerardcortez/status/1377784974296895493 __si __ 2022-11-22 13:52:25 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-23   Filed 03/13/23   Page 9 of 101   Page ID
#:5295



🔍 Search Twitter

**Gerard Cortez**
@SoyGerardCortez

Que emoción sentir inspiración gracias a Diane Keaton el día de hoy 🔥🔥🔥 75 años y luciendo como quiere lucir. La amo.

Translate Tweet



5:48 PM · Apr 1, 2021 · Twitter for iPhone

**132** Retweets  **24** Quote Tweets  **1,591** Likes

Tweet your reply                                    **Reply**

**what did you just call me?** @laletranegra_ · Apr 1, 2021
Replying to @SoyGerardCortez
75 años y con esos tacones? Quiero la salud de esa señora a usted edad.
💬   ♻   ♡ 4   📤

**Lesly** @LeslyAguileraR · Apr 1, 2021
Replying to @SoyGerardCortez
Después de ver AllenVsFarrow nada fan de la señora que defiende a Woody. :(
💬 1   ♻   ♡   📤

**Gerard Cortez** @SoyGerardCortez · Apr 1, 2021
Replying to @LeslyAguileraR
Maldita sea 🙆
💬   ♻   ♡ 2   📤

**Cósmico** ⭐⭐⭐ @cosmico36 · Apr 1, 2021
Replying to @SoyGerardCortez
Diosaaaa
💬   ♻   ♡ 1   📤

**ROBERTOLEONE** @itsROBERTOLEONE · Apr 2, 2021
Replying to @SoyGerardCortez
Amo!!! Tacones de impacto!
💬   ♻   ♡   📤

**Rogelio Mornol** @MornolRogelio · Apr 1, 2021
Replying to @SoyGerardCortez
COOL 😎
💬   ♻   ♡   📤

**Poluxo** @Poluxo_ · Apr 1, 2021
Replying to @SoyGerardCortez
Amo que le encanta andar descalza hasta en la calle, pero cuando se sube a sus tacones se pone bien perra!!! jajaj
💬   ♻   ♡ 10   📤

Show additional replies, including those that may contain offensive content        Show

---

🏠 **Home**

# **Explore**

🔔 **Notifications**

✉ **Messages**

🔖 **Bookmarks**

📋 **Lists**

👤 **Profile**

⊙ **More**

**Tweet**


Perkowski Legal P.C.
@c_perkowski

---

**Relevant people**



**Gerard Cortez**
@SoyGerardCortez                   **Follow**
Periodista de moda y cultura pop. TV Host y guionista. Amarás mi YouTube. No binarie. Inmigrante. Contacto Gerardcortez@gmail.com (El-he, ella-she, elle-they)

**What's happening**

FIFA World Cup · 3 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🧿
Get tickets now · In theaters December 16
📢 Promoted by Avatar

Trending in California
**Mexicans**
19.5K Tweets

Trending in United States
**Ochoa**
Trending with Poland, Lewandowski

Trending in California
**LAPD**
12.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

This Tweet from @Alexromval has been withheld in response to a report from the copyright holder. Learn more.

**Relevant people**



**Alex Salvatore** 👨‍🦲
@Alexromval

Follow

'Nadie puede juzgar desde fuera el amor'

**What's happening**

NBA · LIVE
**Warriors at Rockets**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Wayne Brady**
···

Trending in United States
**#AMAs** 🔥
Trending with TOMORROW X TOGETHER, Favorite K-Pop Artist
···

Only on Twitter · Trending
**Tommy**
168K Tweets
···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

⊙ More

**Tweet**

Q Search Twitter

Perkowski Legal P.C.
@c_perkowski
···

Case 2:22-cv-09462-DMG-ADS   Document 23-23   Filed 03/13/23   Page 11 of 101   Page ID #:5297

← **Tweet**



**The First Cowboy**
@TheFirstCowboy                                      ...

Dakota Johnson got into the lens of the paparazzi during the filming of the movie "Madame Web" in Boston.

Premiere - October 6, 2023!



5:09 AM · Jul 27, 2022 · Twitter for iPhone

**1** Retweet    **9** Likes

P    Tweet your reply                                Reply

## Home

## Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

🔍 Search Twitter

### Relevant people



**The First Cowboy**          Follow
@TheFirstCowboy

Space Cowboy || Movie Lover || Content Creator. Insider news movie games and TV shows all this you will find on this channel & social media 🎙 | @StarWars_JC

### What's happening

FIFA World Cup · LIVE
**England vs Iran**



Trending in California          ...
**Dodger Stadium**
Trending with Elton John, #EltonFarewellTour

Trending in United States       ...
**England**
Trending with #ENGIRN, Saka

Trending in United States       ...
**#cowboysnation**
11K Tweets

Sports · Trending             ...
**Israelites**
Trending with Ques

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**          ...
@c_perkowski

← **Thread**



**Spider-Man News**
@SpiderMan3news

Another Madame Web set photo of Dakota Johnson and Adam Scott as paramedics



3:14 AM · Aug 7, 2022 · Twitter for Android

**40** Retweets   **6** Quote Tweets   **679** Likes


Perkowski Legal P.C.  ...
@c_perkowski

💬   ⟳   ♡   ⬆

Ⓟ   Tweet your reply                              **Reply**

**Spider-Man News** @SpiderMan3news · Aug 7
Replying to @SpiderMan3news
Credit
twitter.com/silverxsable/s...

> This Tweet is from an account that no longer exists. Learn more

💬   ⟳ 2   ♡ 18   ⬆

**nfk** @NightmareFredK · Aug 7
Replying to @SpiderMan3news
I wonder if it is like Loki or something where we revisit past spider-man movies but from madam web's perspective

💬 1   ⟳ 1   ♡ 9   ⬆

Show replies

**SAM_YeeT_24** @SamarjeetB23 · Aug 7
Replying to @SpiderMan3news
I'm telling y'all, they're definitely baiting us and this film might be something completely different...

💬   ⟳   ♡ 5   ⬆

**Harry Monroe** @HarryG1998_ · Aug 7
Replying to @SpiderMan3news
This could be their side hustle job similar to how Photography/Scientist/Professor is a side job for Peter in his personal but is Spider-Man in his superhero life. This could be that kind of thing.

💬   ⟳   ♡   ⬆

**snake gyllenhaal** @scottspades · Aug 7
Replying to @SpiderMan3news
I'm gonna hate this movie for immense wasted potential, I just know it

💬   ⟳   ♡ 4   ⬆

**Relevant people**


**Spider-Man News**     Follow
@SpiderMan3news
news on all things spider-man
Business email:
adamwade9807@gmail.com
Admin/owner: @adamwade_1998
Backup admins: @lymeoo
@masonnnnidk

**What's happening**

Television · 3 hours ago
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Sports · Trending
**Pasadena**
1,622 Tweets

Music · Trending
**Elton John**
5,505 Tweets

Sports · Trending
**Chip Kelly**
1,081 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
≡ Lists
👤 Profile
○ More

**Tweet**

🔍 Search Twitter

← **Tweet**

**Dakotacandids**
@Dakotacandids                                    ...

06.08 l Novas fotos da Dakota durante as gravações de 'Madame Web' em Boston, Massachusetts.
#DakotaJohnson (5)

4:01 PM · Aug 6, 2022 · Twitter Web App

**6** Retweets   **21** Likes

Tweet your reply                          **Reply**

## Relevant people

**Dakotacandids**                          **Follow**
@Dakotacandids

Neste perfil irei postar somente candids de Dakota Johnson. Para mais info, fotos e vídeos me sigam na conta principal: @Dakotashades l Fan Account

## What's happening

NBA · 24 minutes ago
**Lakers at Suns**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California                      ...
**Costco**
5,740 Tweets

Trending in United States                   ...
**Erection**
16.6K Tweets

Sports · Trending                           ...
**Pat Bev**
Trending with Ayton, Lakers

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**


Perkowski Legal P.C.
@c_perkowski                                ...

Case 3:22-cv-09462-DMG-ADS    Document 23-23    Filed 03/13/23    Page 14 of 101    Page ID #:5300

← **Tweet**

**Infos Séries**
@InfosSeriesFR

#PHOTOS Blake Lively allant à l'after party du #MetGala



3:26 AM · May 3, 2022 · Twitter for iPhone

**50** Retweets  **6** Quote Tweets  **626** Likes

Tweet your reply                    Reply

**John Doggett** @nimour30 · May 3
Replying to @InfosSeriesFR
Une vraie déesse

💬      🔁      ♡ 1      ⬆️

**La Rôdeuse Pâle** @LaRodeusePale · May 3
Replying to @InfosSeriesFR
Ouhla ça va pas du tout ma cheriiiiie. Court en haut et court en bas c'est le fashion faux pas ! 🌿

💬 1      🔁      ♡ 2      ⬆️

**Benjyskahn** @Benjyskahn · May 3
Replying to @LaRodeusePale and @InfosSeriesFR
Oui mais non mais si quand même 🏗🔥🔥
Fashion faux pas …
Bah si finalement faut 🏗🔥🔥
Pis c'est plus rapide pour éplucher a la maison 🍌zip

💬 1      🔁      ♡      ⬆️

Show replies

**Amélie ( âɱę-lis )** @Aercat_ · May 3
Replying to @InfosSeriesFR
Rien que elle respire elle est incroyable en fait

💬      🔁      ♡ 6      ⬆️

**gessy destinée** @GBatela · May 3
Replying to @InfosSeriesFR
Cette femme a du style

💬      🔁      ♡      ⬆️

**Flo_Redy** @floogobert · May 4
Replying to @InfosSeriesFR
Direction bois de boulogne.

💬      🔁      ♡      ⬆️

---

**Relevant people**

**Infos Séries**
@InfosSeriesFR                    Follow

Bienvenue sur votre source française sur toutes vos séries, films et stars préférées
contact:Lnfosseriesfrpro@gmail.com
@dianemarchetti1 &
@jeannepchll

**What's happening**

NFL · 1 hour ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
66.1K Tweets

Entertainment · Trending
**#DWTS**😈
Trending with Charli, Shangela

Sports · Trending
**Troy Aikman**
1,016 Tweets

Sports · Trending
**Trey Lance**
1,306 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

https://twitter.com/oppozandar/status/14444063130913904... ⌗ ⌗ 2022-11-21 10:16:11 -08:00

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
•••  More

**Tweet**

Perkowski Legal P.C. •••
@c_perkowski

This Tweet is from a suspended account. Learn more

**Lover 💜** @lovercConfused · Oct 3, 2021
Replying to @PopZonebr
Só esta folheando. Lee que é bom,nada

**Clarinho 🧃** @taylenvcobbie · Oct 3, 2021
Replying to @PopZonebr
A única coisa que eu realmente me questiono e se ela de fato sai com essa roupa como se fosse um dia normal
♡ 64

**The Problem** @Lakeferri · Oct 3, 2021
Replying to @PopZonebr
@aqueleidiotixla
♡ 1

**Zaúxesa 💗** @luísmadrovale · Oct 3, 2021
Replying to @PopZonebr
Em fim, a hipocrisia

**La Pupula** @LaPupulaSGT · Oct 3, 2021
Replying to @lulusmadrovale and @PopZonebr
Necesito ser el 0,01% de hipocrita jajaja

**vilanizado por ser swiftie 🧃** @Yteeloo2 · Oct 2, 2021
Replying to @PopZonebr
O cérebro dela em desconfiguração

**alicia** @aliciatonne · Oct 2, 2021
Replying to @PopZonebr
@chloryforming

**GRAVE:** @chloroforming · Oct 2, 2021
Replying to @aliciatonne and @PopZonebr
🕺🕺🕺🕺🕺🕺🕺🕺

**Memo May Cry 🏳️‍🌈** @alechydenell08 · Oct 3, 2021
Replying to @PopZonebr
Até porque ela não usufrui do capitalismo até agora

**rezzwox ⁷** @rezendo666kkk · Oct 3, 2021
Replying to @PopZonebr
@luisbrasil eon fez certo?

**Jhen Veloso** @JvoNeto10oo · Oct 2, 2021
Replying to @PopZonebr
@JvoNeto

**gramscinho** @JvoNeto1949 · Oct 2, 2021
Replying to @JvoVeloso and @PopZonebr
😂😂😂

**Ronie Souza 🏴‍☠️🇧🇷** @RonieCleber · Oct 3, 2021
Replying to @PopZonebr
Agora vai...

**vilarino** @carlosfarino1 · Oct 3, 2021
Replying to @PopZonebr
Enfim a hipocrisia

**MAK3_LOV3_** @Kaio_luckax · Oct 2, 2021
Replying to @PopZonebr
Uma nova mulher ...#socomeço #aprendizado 🙇
♡ 4

**Flamengo** @F1IAMJINGi · Oct 3, 2021
Replying to @PopZonebr
Nesse manifesto deve ter uma regra que obriga ela a dividir o que tem com os mais pobres. Alguém sabe onde mando minha chave pix pra ela?

**pedro sound+** @MyAimSound · Oct 2, 2021
Replying to @PopZonebr
Ela eh pobre

**Santos ⚽** @irisdrums · Oct 2, 2021
Replying to @PopZonebr
Meme pronto kkkk

**ryyn** @yeoltons · Oct 2, 2021
Replying to @PopZonebr
KKKKKKK linda

**QuadraACasa14** @quadraACasa14 · Oct 2, 2021
Replying to @PopZonebr
Bem normalzinha...
♡ 1

**bel. ⁷** @abynalema · Oct 2, 2021
Replying to @PopZonebr
skkkkkkkkkkkkkkkkkkkkk

**NEW CONTA NO FIX** @refagesophigix_ · Oct 2, 2021
Replying to @PopZonebr
😂😂😂😂😂😂

▶

from **NEW CONTA NO FIX**

**web divo** @web_divo · Oct 2, 2021
Replying to @PopZonebr
A surrá na h0r0r0o4 da seleva pz
♡ 3

Show replies

This Tweet is from a suspended account. Learn more

Show replies

**[[JJ」]」]」」 ᵗʰᵉ ᴀᴊᴊ]** @ExpensiveGirl27 · Oct 2, 2021
Replying to @PopZonebr
Só nn saquei qual foi a da roupa de futuro distopico

This Tweet is from a suspended account. Learn more

Show replies

This Tweet was deleted by the Tweet author. Learn more

**Lynclo comentarista da copa** @olyncool · Oct 3, 2021
Replying to @outrxvkms3s and @PopZonebr
Agora não consigo ver outra coisakkkkkkkkkkkkk
♡ 60

This Tweet was deleted by the Tweet author. Learn more

**vitor (parody acc)** @swiftbejewel · Oct 3, 2021
Space x

**Gabr i.e i** @oliwefteno · Oct 2, 2021
Replying to @PopZonebr
Ela só pousou pra foto Pz

#SWIFTWITTERO

0:27  143.8K views

Case 2:22-cv-09462-DMG-ADS   Document 23-23   Filed 03/13/23   Page 16 of 101   Page ID #:5302

← **Tweet**



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



Perkowski Legal P.C.   ...
@c_perkowski

— https://twitter.com/proxcinemente/status/1430347230824587788 — at — 2022-11-19 18:25:47 -08:00 —

← **Tweet**

**Próxcinemente**
@proxcinemente

Letitia Wright y Danai Gurira grabando algunas escenas para "BLACK PANTHER: WAKANDA FOREVER". 💜 #BlackPantherWakandaForever

Vía: @TMZ

6:52 PM · Aug 24, 2021 · Twitter for Android

1 Retweet    6 Likes

Tweet your reply    **Reply**

## Relevant people

**Próxcinemente**
@proxcinemente    **Follow**

Todas las novedades en el mundo del séptimo arte. 🎬 | Creador: @chuyRM_93 | Contacto: proxcinemente@gmail.com

**TMZ** ✓
@TMZ    **Follow**

⊘ Official

Breaking entertainment news as it happens.

## What's happening

Formula 1 · Starts tomorrow
**Abu Dhabi Grand Prix 2022**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
⊡ Promoted by Uber

Trending in United States
**HE'S BACK**
107K Tweets

Trending in California
**#PokemonScarletViolet**
135K Tweets

Trending in California
**Sac State**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/ScreenMix/status/1346159190553858048    2022-11-22-cv-09462-DMG-ADS    Document 23-23    Filed 03/13/23    Page 18 of 101    Page ID #5304



https://twitter.com/zvanheda/status/1319040174848868353 ... al __ 2022-11-22 01:00:58 -08:00
└── 2v-09462-DMG-ADS    Document 23-23    Filed 03/13/23    Page 19 of 101    Page ID
                                                            #:5305

bea / warrior nun
@zvanheda

The sapphics are coming to stranger things



3:17 PM · Oct 21, 2020 · Twitter for Android

379 Retweets    231 Quote Tweets    3,178 Likes

Tweet your reply                                    Reply

Lukas 🍑 @PK_Useless · Oct 22, 2020
Replying to @zvanheda
@namielves
    1

Gui ↗ @blvckheart_ · Oct 22, 2020
Replying to @zvanheda
@nalicecm aaaaaaaa
    1                    1

ray @wallowsft · Oct 22, 2020
Replying to @zvanheda



From ray
                    2

dickinsonSS @andiaxi · Oct 22, 2020
Replying to @zvanheda
Hdhdadjcjhjf cmggggg

eve @minhahaseul · Oct 21, 2020
Replying to @zvanheda
@seulglslox se liga

Bea 💙💙 @thasm1n · Oct 21, 2020
Replying to @zvanheda
Ok but I want that whole aesthetic to me my aesthetic!! 🔥
                    3

Glca @Gi_can_Glca · Oct 22, 2020
Replying to @zvanheda
socorro, que gata!!! Amo demais tomboys 🥰🥰🥰

D. @prairiesty · Oct 21, 2020
Replying to @zvanheda
SHE LOOKS SO GAY OML I'M HERE FOR IT
                    39

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more

marcella @ewwanpeters · Oct 23, 2020
Replying to @slc_x_o and @zvanheda
OOOOOOHHHHHHHHHHHHH
    1                    1

giovana romanoff @gimic · Oct 22, 2020
Replying to @zvanheda
@carbonelucas1 TA SENDO FILMADA SIM
    1                    1

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more

Show replies

Relevant people

bea / warrior nun
@zvanheda                          Follow
"beatrice is a badass"

What's happening

FIRA World Cup · LIVE
Argentina vs Saudi Arabia

#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Entertainment · Trending
Died Suddenly
79.1K Tweets

Trending in United States
Trent Reznor
Trending with  Jack White

Trending in United States
#ArgentinU
Trending with  Messi

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ...
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

← Tweet

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Planeta Geek |** 🌎
@PlanetaGeek_OFC

🚨Fotos do Xolo como Besouro Azul! #bluebeetle




1:24 PM · May 25, 2022 · Twitter for Android

**2** Retweets    **6** Likes

 Tweet your reply

Reply

Search Twitter

**Relevant people**

**Planeta Geek |** 🌎
@PlanetaGeek_OFC

Follow

Sua melhor fonte sobre Marvel, DC e a cultura geek! Siga-nos e não perca nenhuma notícia | ✉️ email para contato: planetageekc@gmail.com

**What's happening**

NBA · LIVE
**Spurs at Lakers**

#Disenchanted 🧚
Original movie now streaming
🎬 Promoted by Disney+

Trending in United States
**Wayne Brady**
3,294 Tweets

Trending in United States
**Bob Iger**
Trending with Chapek, #Disney

Trending in United States
**Heisman**
5,824 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski

— https://twitter.com/agfotosevideos/status/1388512688718444552 __ at __ 2022-11-19 19:21:34 -08:00 __

← **Tweet**

**ATENÇÃO GEEK | Mídia**
@agfotosevideos

\+ fotos da Iman Vellani como #MsMarvel



8:16 AM · May 1, 2021 · Twitter for Android

**4** Retweets  **15** Likes

Tweet your reply

Reply

## Relevant people

**ATENÇÃO GEEK | Mídia**
@agfotosevideos

Follow

Conta para fotos e vídeos dos bastidores do mundo do entretenimento. Conta oficial:
@atencaogeek

## What's happening

Television · LIVE
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**HE'S BACK**
Trending with Mr. President

Sports · Trending
**Kiffin**
3,217 Tweets

Sports · Trending
**Hendon Hooker**
1,210 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/joliefans/status/1214598204425003008 __ et __ 2022-11-22 17:44:01 -08:00

← **Tweet**

**Angelina Jolie Fans**
@joliefans

Angelina Jolie Makes Old Céline Feel Brand New - British Vogue dlvr.it/RMbpl2



9:22 AM · Jan 7, 2020 · dlvr.it

**6** Retweets  **80** Likes

Tweet your reply

**Reply**

**Spieser Jérôme** @SpieserJerome · Jan 8, 2020
Replying to @joliefans
Je dit : nous sommes sortir bien dans la Ville !? Tres bien et bravo ...tres youpi youpi

**David woods** @David71080694 · May 26, 2020
Replying to @joliefans
What a look 👀 👀 😄

**Maggie Orzano** @OrzanoMaggie · Jan 7, 2020
Replying to @joliefans
Hi miss Angelina, my plan for homeless services in LA is refugee camp outside the city. Where people are made to go under these circumstances. And services are brought directly Dailey. And you see where the resources go

**Maggie Orzano** @OrzanoMaggie · Jan 7, 2020
Replying to @joliefans
Did you get my email

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

Q Search Twitter

**Relevant people**

**Angelina Jolie Fans**
@joliefans    Follow
Unofficial and awesome news, blogs and videos about Angelina Jolie!

**What's happening**

Television · LIVE
Bachelor in Paradise airing on ABC

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
**Nembhard**

Trending in United States
**#thankskillingwithart**
1,602 Tweets

Chain restaurants · Trending
**Hooters**
7,587 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/filmsbymeche/status/912650333964423173 __ at __ 2022-11-20 18:15:55 -08:00 __

← Tweet

 🔲🔲
@filmsbydelrey

Justin 😘



5:09 AM · Sep 26, 2017 · Twitter for Android

💬     🔁     ♡     ⬆

 Tweet your reply     Reply

Q Search Twitter

**Relevant people**

 🔲🔲
@filmsbydelrey     Follow
multifandom ✦*₀

**What's happening**

NFL · LIVE
**Chiefs at Chargers**     

**#Disenchanted** 👸
Original movie now streaming
▶ Promoted by Disney+

Trending in California     ···
**Dodger Stadium**
9,039 Tweets

Trending in United States     ···
**#AMAs**🔥
Trending with soobin, bebe rexha

Sports · Trending     ···
**Fortson**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

**Tweet**

Perkowski Legal P.C.   ···
@c_perkowski



https://twitter.com/InfosseriesFr/status/1518700044802185792

← Infos Séries
Infos Séries
@InfosSeriesFR

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Infos Séries
@InfosSeriesFR

Follow

Bienvenue sur votre source française
sur toutes vos séries, films et stars
préférées
contact1.infosseriesfrpr@gmail.com
@duiaremacchef01 &
@jeanespc98

**What's happening**

NFL · 3 hours ago
49ers at Cardinals

#PHOTOS Tom Holland et Zendaya à Boston



Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
6,894 Tweets

Trending in United States
**Trent Reznor**
23.3K Tweets

Entertainment · Trending
**BLEACH**
173K Tweets

Show more

2:14 PM · Apr 25, 2022 · Twitter for iPhone

166 Retweets   95 Quote Tweets   3,202 Likes

Terms of Service  Privacy Policy  Cookie Policy
Ads info  More  ·
© 2022 Twitter, Inc.

Tweet your reply                              Reply

Sabrina サブリナ @sabrinaheard · Apr 26
Replying to @InfosSeriesFR
Ils sont fait l'un pour l'autre car je trouve que physiquement ils se
ressemblent moi

Raoula @RaoulaBh · Apr 26
Replying to @InfosSeriesFR
Ils sont trop mignons 😍. Décontracté au quotidien et ultra glamour sur les
tapis rouges.

khai @khai_zm · Apr 26
Replying to @InfosSeriesFR
PARENTS
1

Andreas @Andreas70550898 · Apr 26
Replying to @InfosSeriesFR
Qu à la réf de la paix ?
1

Chaxi✨ @CaroffChaxi · Apr 26
Replying to @Andreas70550898 and @InfosSeriesFR
Je crois que c'est des Air Max 97
2

JaWaas 🍭 @JaWaas3 · Apr 26
Replying to @InfosSeriesFR
Ouais fin des humains quoi

J.R.F.B. @Numod_Root · Apr 26
Replying to @InfosSeriesFR
Les commentaires:
Elle ne sait pas s'habiller.
Elle est trop belle pour lui.
C'est quoi son look à lui?
Ses cheveux ça va pas.
C'est insupportable.
1                    40

Lyrena Tony @dEgrey0666 · Apr 26
Replying to @Numod_Root and @InfosSeriesFR
La jalousie quand ça tient les rigeux.
Moi, je dis "il est blanc comme un cul",
D'ailleurs, je fais partie de celle qui ne le trouve pas super beau. Hors, il est
tellement simple et gentil que ça le rend attendrissant. 😊
1                    2

C h a o s @Sintaglia · Apr 25
Replying to @InfosSeriesFR
elle est trop belle pour lui
2                    1

aurélie @aur_dgz · Apr 26
Replying to @Sintaglia and @InfosSeriesFR
hein? 😭
1

Valouu Uฅ♡ @Valouu_U35 · Apr 26
Replying to @InfosSeriesFR
Ils sont trop beau ensemble 👍
1                    3

Emilie @ellime_emilie15 · Apr 26
Replying to @Valouu_U35 and @InfosSeriesFR
Ouiii
1

cherche pas!! @NutLevie · Apr 26
Replying to @InfosSeriesFR
Trop beau

moivince06 @moisaah75 · Apr 25
Replying to @moisaah75 and @InfosSeriesFR
ses cheveux ça va vraiment plus là 🤣🤣🤣
2

Fox @iFox11195440 · Apr 25
Replying to @moisaah75 and @InfosSeriesFR
C'est pour un film
Après ça 🙃🙃
1                    2

Béa Bwd @BeaBwd · Apr 26
Replying to @InfosSeriesFR
Il tourne une série jusqu'en septembre dans laquelle il joue un homme
dérangé. Le look va avec. Après il sera plus soigné
1

Won @WONSAN · Apr 26
Replying to @BeaBwd and @InfosSeriesFR
Fin sinon là il est pas en tournage donc le "look pas soigné", d'autant plus
qu'il est bien habillé

fria_luz @frialuz1 · Apr 26
Replying to @InfosSeriesFR
🔥

@linton · Apr 26
Replying to @InfosSeriesFR
Ils sont vraiment ensemble dans la vrai vie ?

This Tweet is from a suspended account. Learn more

Totally stranger. @Alisbxnub · Apr 26
Replying to @LunatioPlayerR and @InfosSeriesFR
Mais elle s'habille pas comme les autres**
1                    9

Show replies

Perkowski Legal P.C.
@_perkowski

https://twitter.com/MarvelCineVerse/status/1556743326522556418 __ et __ 2022-11-21 01:39:10 -0800 __



← **Tweet**

**Marvel CinéVerse**
@MarvelCineVerse

#Ironheart : Aperçus de Dominique Thorne, en armure, dans son rôle de Riri Williams sur le tournage de la série IRONHEART, disponible à l'automne 2023 sur Disney+ !
(@JustJared)

Translate Tweet

1:45 PM · Aug 8, 2022 · Twitter Web App

18 Retweets   6 Quote Tweets   113 Likes

Tweet your reply                                    Reply

**Dr.Stephen Strange** @DrStrangeFR · Aug 8
Replying to @MarvelCineVerse and @JustJared
On dirait Doom le truc
                                              1

**🇫🇷 chris 🇫🇷 Monaco 🇫🇷** 🏳 @hollybynight11 · Aug 9
Replying to @MarvelCineVerse and @JustJared
Catastrophique comparé aux armures d'Iron Man 😩

**PochoSkywalker** @PochoSkywalker_ · Aug 8
Replying to @MarvelCineVerse and @JustJared
@GarleyQuinn

Show more replies

---

Q Search Twitter

**Relevant people**


**Marvel CinéVerse**        Follow
@MarvelCineVerse
Actualités et encyclopédie sur le MCU
Instagram 📷 : marvelcineverse_
Associé à @swcineverse ⭐


**JustJared.com** ✔        Follow
@JustJared
Your #1 Entertainment Authority Also
follow @jaredeng @justjaredjr

**What's happening**

NCAA Men's Basketball · Yesterday
**Hornets at Panthers**                  

Sports · Trending
**palmer**
26.3K Tweets

Trending in California
**#BLACKPINK_WORLDTOUR**
59.2K Tweets

Trending in United States
**#AMAs** 🎤
Trending with sabrina

Sports · Trending
**Israelites**
10.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/nanfixus/status/1092973491278807041 __ at __ 2022-11-19 20:20:13 -08:00 __



← **Tweet**

## Home
## Explore
## Notifications (1)
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**



**@nanfixus**
@nanfixus                                    ...

Hello babe! 😍😍😍
#DakotaJohnson



6:29 PM · Feb 5, 2019 · Twitter for Android

**6** Retweets   **1** Quote Tweet   **35** Likes

    Tweet your reply                    Reply

**Perkowski Legal P.C.**
@c_perkowski    ...

🔍 Search Twitter

### Relevant people



**@nanfixus**                    Follow
@nanfixus

DJ Fan 🐾 Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🇺🇸

### What's happening

Television · 19 minutes ago
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States                    ...
**HE'S BACK**
136K Tweets

Sports · Trending                    ...
**#SpursUp**

Trending in California                    ...
**Pasadena**
1,432 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

___ https://twitter.com/lindaikeji/status/1521947218550263809 ___ at ___ 2022-11-21 21:44:46 -08:00 ___



← Tweet



Linda Ikeji
@lindaikeji

•••

Dave Chappelle's attacker wrote a rap song named after the comedian lindaikejisblog.com/2022/5/dave-ch ...





1:17 PM · May 4, 2022 · LIB App

**1** Retweet    **4** Likes

💬                   ⇄                   ♡                   ⬆

Ⓟ    Tweet your reply                              **Reply**

---

🔍 Search Twitter

### Relevant people



**Linda Ikeji**    **Follow**
@lindaikeji
Blogger. CEO, LindaIkejiTV

### What's happening

NFL · 1 hour ago
**49ers at Cardinals**

Entertainment · Trending                    •••
**Died Suddenly**
65.6K Tweets

Only on Twitter · Trending                    •••
**Pablo Milanés**
Trending with  Auburn

Trending in California                    •••
**Dodger Stadium**
9,332 Tweets

Trending in United States                    •••
**August Alsina**
Trending with  Jada, #TheSurrealLife

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More •••
© 2022 Twitter, Inc.

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Ⓟ  **Perkowski Legal P.C.**  •••
@c_perkowski

https://twitter.com/ThrowbackTaylor/status/1511058725339079859 _ et _ 2022-11-21 09:22:56 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-23   Filed 03/13/23   Page 29 of 101   Page ID
#:5315

← **Tweet**

**Taylor Throwbacks | fan page**
@ThrowbackTaylor

6 years ago today, taylor swift out for lunch wokcano in west hollywood, CA.

april 4, 2016



12:10 PM · Apr 4, 2022 · Twitter for iPhone

**64** Retweets   **23** Quote Tweets   **1,268** Likes

Tweet your reply                                    Reply

**katie** @plutxluv · Apr 5
Replying to @ThrowbackTaylor
my tall queen!!
💬        🔁        ♡ **3**        📤

**jimeo⁷ 💙 indigo ~ 12.02** 🚩 @vmeojimeo · Apr 5
Replying to @ThrowbackTaylor
love how she never hesitates to wear heels when she wants to despite her height
💬        🔁        ♡ **4**        📤

**max** @Z3R0_B0N3S · Apr 5
Replying to @ThrowbackTaylor
WAIT TAYLOR SWIFT IS TALL?!?!
💬 **1**        🔁        ♡ **2**        📤

**Maria** @mariaxlau · Apr 5
Replying to @Z3R0_B0N3S @Z3R0_SIX and @ThrowbackTaylor
Dude Taylor is really tall, she's 1.8m
💬        🔁        ♡ **4**        📤

**John Mazzo** @maztweed · Apr 5
Replying to @ThrowbackTaylor
Rarified air at about 6'4" with those spike heels, Tall,Slim ,Beautiful,
💬        🔁        ♡ **7**        📤

**ViShaL KaNnaN** @ViShaLKaNnaN16 · Apr 5
Replying to @ThrowbackTaylor
Tall Butt 😂😋
💬        🔁        ♡        📤

**MAXWELL MBAVARIRE** @05MAX · Apr 4
Replying to @ThrowbackTaylor
GOOD  LUCK  AND  I   LOVE YOU  QUEEN

LOVE  HUSBAND  MAX
💬        🔁        ♡        📤

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**●** @plateada · Apr 5
Replying to @luzceveckova and @ThrowbackTaylor
jdjdjdj
💬        🔁        ♡        📤

Show additional replies, including those that may contain offensive content                                    Show

---

**Perkowski Legal P.C.**
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

 **Taylor Throwbacks | f...**  Follow
@ThrowbackTaylor
daily throwbacks account to show you what dr taylor was up to on this day | fan account :)|♡| taylortbacks@gmail.com for content removals

**What's happening**

FIFA World Cup · 1 hour ago
**England vs Iran**


Music · Trending
**Kelly Rowland**
Trending with Chris Brown

Trending in United States
**Países Bajos**
29.7K Tweets

Entertainment · Trending
**#AntManandTheWaspQuantumania**
1,748 Tweets

Trending in United States
**Hive**
83.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

← **Tweet**

Q Search Twitter

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**


**Perkowski Legal P.C.** ⋯
@c_perkowski


**Türkçe**
@turkce ⋯

Travis Barker uçak korkusunu aşkla yendi: Uçak
kazasında ölümden dönen ABD'li rockçı Travis Barker
(45) 13 yıl sonra fobisini Kourtney Kardashian (42)
sayesinde yendi.Ailesiyle birlikte kamera karşısına
geçtiği Keeping... dlvr.it/S5klBX #Türkçe
#MagazinHaberleri #Magazin
Translate Tweet



4:35 AM · Aug 16, 2021 · dlvr.it

💬          ⟲          ♡          ⬆

P   Tweet your reply                          **Reply**

### Relevant people


**Türkçe**    **Follow**
@turkce
Gazete ve dergilerden Türkçe
Haberler, Son Dakika, Spor, Magazin,
Teknoloji, Sinema Haberleri. İletişim ve
iş birliği için: turkcemag@gmail.com

### What's happening

FIFA World Cup · 30 minutes ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Sports · Trending          ⋯
**Viva Ronaldo**
3,812 Tweets

Sports · Trending          ⋯
**Cristiano Ronaldo**
Trending with #ManchesterUnited

Trending in United States          ⋯
**Ochoa**
Trending with Poland, #MEXPOL

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

__ https://twitter.com/MarvelGeral/status/1578111666104868865 __ at __ 2022-11-20 09:53:48 -08:00 __



← **Tweet** 

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

 **Marvel Geral**
@MarvelGeral                                          ...

💥 | Novas imagens das gravações de #MadameWeb
mostram o dublê do ator Tahar Rahim, o vilão ainda
desconhecido do filme!

Segundo rumores, o personagem faria parte do
Multiverso e está tentando impedir o nascimento do
Peter Parker...

Translate Tweet



12:55 PM · Oct 6, 2022 · Twitter Web App

9 Likes



 Tweet your reply                                     Reply

Q Search Twitter

## Relevant people

 **Marvel Geral**          Follow
@MarvelGeral

Página de Notícias e Rumores do
Universo Marvel!

## What's happening

Television · Last night
**Saturday Night Live airing on
NBC**                                  

**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+

Politics · Trending                            ...
**#MassShooting**
3,581 Tweets

Only on Twitter · Trending                    ...
**Jason David Frank**
101K Tweets

Trending in California                        ...
**Shakira**
104K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**    ...
@c_perkowski

Search Twitter

Relevant people

rachel🦋
@caryxmoconblu
*lesbian flag emoji*

What's happening

FIFA World Cup · LIVE
USA vs Wales

Trending in United States
1-0 USA
16.2K Tweets

Trending in California
LETS GOOOOOO
3.39k Tweets

Trending in California
Dodger Stadium
14.1K Tweets

Music · Trending
Clara
12.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.



__ https://twitter.com/LifeDJohnson/status/1552696007296786434 __ at __ 2022-11-21 04:05:59 -08:00 __

← **Tweet**

**Dakota Johnson Fans**
@LifeDJohnson

···

Last week, on July 20th and 23rd, we got our first look at Dakota Johnson on the set of #MadameWeb in Boston!!! 🌟



 Dakota Johnson Brasil

9:42 AM · Jul 28, 2022 · Twitter for Android

**21** Retweets  **2** Quote Tweets  **116** Likes

💬   🔁   ♡   ⬆️

  Tweet your reply   Reply

---

🔍 Search Twitter

**Relevant people**

 **Dakota Johnson Fans**   Follow
@LifeDJohnson

FAN ACCOUNT dedicated to actress, activist, director and #TeaTimePictures founder DAKOTA JOHNSON ◼ Next: TLD - Persuasion - Am I Ok? - CCRM - Rodeo Queens ✨

 **Dakota Johnson Brasil**   Follow
@DakotaJBRA

Sua primeira, maior e melhor fonte sobre a atriz e produtora Dakota Johnson no Brasil. E-mail para contato: contato@dakotajohnsonbrasil.com

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony** 

The Walking Dead · Trending   ···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States   ···
**#AMAs** 🌹
Trending with soobin, sabrina

Trending in United States   ···
**Heisman**
4,458 Tweets

Trending in California   ···
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**   ···
@c_perkowski

— https://twitter.com/AboutHerOFCL/status/1238381808208707584 __ at __ 2022-11-21 02:48:24 -08:00

← **Tweet**

 **About Her** ✓
@AboutHerOFCL

···

#LookOfTheDay: Emma Roberts in an AllSaints Helei Sera Blazer.



1:30 AM · Mar 13, 2020 · Buffer

 Tweet your reply

Reply

Q Search Twitter

**Relevant people**



**About Her** ✓    Follow
@AboutHerOFCL

Inside untapped territory: Pulling back the curtain on Arab women who are defining cultural trends now.
#AboutHer

**What's happening**

NFL · Yesterday
**Lions at Giants**



Trending in United States
UCLA    ···

___ https://twitter.com/tender_DMJ/status/1578053462696333317 ___ at ___ 2022-11-22 22:31:52 -08:00

← **Tweet**

🔍 Search Twitter

🐦

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

DAKOTA 
@tender_DMJ

⋯

I'm in love with Dakota as madame web ❤️



9:03 AM · Oct 6, 2022 · Twitter for iPhone

**76** Likes

💬            🔁            ♡            ⬆️

Ⓟ    Tweet your reply                    **Reply**

Kathy phillips @Kathyph24093993 · Oct 8    ⋯
Replying to @tender_DMJ
Can't wait for it

💬            🔁            ♡            ⬆️


Perkowski Legal P.C.    ⋯
@c_perkowski

## Relevant people

DAKOTA     **Follow**
@tender_DMJ
Dakota Johnson is the meaning of
perfection and of course the love of
my life ❤️

## What's happening

FIFA World Cup · This morning
**Mexico vs Poland**


**#AvatarTheWayOfWater**🧜
Get tickets now - In theaters December 16
🔲 Promoted by Avatar

Trending in California                    ⋯
**Costco**
5,870 Tweets

Trending in United States                    ⋯
**Erection**
18.4K Tweets

Business and finance · Trending            ⋯
**Chesapeake**
32.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

**Tweet**

← **Tweet**

**FILM TRACK**
@filmseriefr  ···

Premières images d'Anthony Ramos dans le rôle de The Hood sur le  tournage de la série Marvel #Ironheart. 📷

Translate Tweet



2:44 PM · Aug 8, 2022 · Twitter for iPhone

**1** Retweet   **4** Likes

Tweet your reply

Reply

**Search Twitter**

**Relevant people**

**FILM TRACK**
@filmseriefr   Follow

"Il était une fois le cinéma." ✨ — Retrouvez toutes les dernières informations sur le monde du cinéma.

**What's happening**

NFL · Yesterday
Cowboys at Vikings

Trending in United States
Maher
22.8K Tweets

Trending in California
Dodger Stadium
13.8K Tweets

Entertainment · Trending
Kang
Trending with #AntManandTheWaspQuantumania

Sports · Trending
Charles Barkley
2,530 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski  ···

__ https://twitter.com/altapeli/status/1430352057568014343 __ at __ 2022-11-19 19:20:05 -08:00 __

← **Tweet**

 AP ✔
@altapeli                                                          ...

Letitia Wright y Danai Gurira en imágenes desde el set de la secuela de #BlackPanther , #WakandaForever .



7:11 PM · Aug 24, 2021 · Twitter Web App

**3** Retweets   **1** Quote Tweet   **62** Likes

💬                    ⇄                    ♡                    ⬆

 Tweet your reply                         Reply

## Relevant people

 AP ✔                                    Follow
@altapeli
Cuenta oficial de AltaPeli.com - Cine / Series / Críticas / Noticias / Videojuegos

## What's happening

Television · LIVE
**Saturday Night Live airing on NBC**                         

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
⊡ Promoted by Uber

Trending in United States                                    ...
**HE'S BACK**
Trending with  Mr. President

Sports · Trending                                            ...
**Matt Campbell**

Sports · Trending                                            ...
**Lane**
40.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

 Perkowski Legal P.C.                    ...
@c_perkowski

🔍 Search Twitter

— https://twitter.com/DakotaJBRA/status/1551798820894016000 — et — 2022-11-21 04:25:24 -0800 —

← **Thread**



**Dakota Johnson Brasil**
@DakotaJBRA

···

Dakota Johnson foi fotografada no set de Madame Web em Boston na última quarta-feira, 20.

dakotajohnsonbrasil.com/galeria/thumbn...



10:17 PM · Jul 25, 2022 · Twitter Web App

**37** Retweets  **4** Quote Tweets  **152** Likes

💬  ⟳  ♡  ↥

 Tweet your reply    Reply

**soraya** @s_soraya061595 · Jul 26    ···
Replying to @DakotaJBRA
😭 she always looks good ❤️

💬  ⟳  ♡  ↥

---

🐦 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski    ···

---

🔍 Search Twitter

### Relevant people

 **Dakota Johnson Brasil**    Follow
@DakotaJBRA

Sua primeira, maior e melhor fonte sobre a atriz e produtora Dakota Johnson no Brasil. E-mail para contato: contato@dakotajohnsonbrasil.com

### What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Music · Trending    ···
**Billy Joel**
1,338 Tweets

The Walking Dead · Trending    ···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Music · Trending    ···
**Kelly Rowland**
19.9K Tweets

Trending in United States    ···
**Bob Iger**
Trending with Disney, Chapek

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Tweet**    🔍 Search Twitter

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

Lists

👤 Profile

⊙ More

**Tweet**

Perkowski Legal P.C.
@_perkowski

**Relevant people**

Тихе Мужики] TM COMICS
@tinyi_muzhiki    **Follow**

Пишем несмешные шутки по
фандомам от сценарии в спол. А
вообще, мы пацаны, если чё. // My
baby @tin_comics

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Trending in United States
**Maguire**
Trending with Luke Shaw

Events · Trending
**ITS COMING HOME**
4,049 Tweets

LGBT
2198 Tweets

Events in California
**dodger stadium**
14.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More...
© 2022 Twitter, Inc.

---

Тихе Мужики] TM COMICS
@tinyi_muzhiki

Какие ж они комфортные 🧡 ❤️

Translate Tweet



1:56 AM · Apr 27, 2022 · Twitter for iPhone

**143** Retweets   **30** Quote Tweets   **6,066** Likes

💬        🔁        ❤️        ⬆️

Tweet your reply                    **Reply**

**Ass_of_Peace** @minionsrly · Apr 27
Replying to @tinyi_muzhiki
Шапчен какой то не твой
💬 1        ⬆️

**🧊кофейная🧊** @theplayoffles · Apr 27
Replying to @tinyi_muzhiki
мне нравится чо,это у них одежда сочетается,фиолетовый и зелёный это
прекрасное сочетание 😌💜
💬 1        ♡ 86        ⬆️

**Anastasia** @midderhi · Apr 27
Replying to @tinyi_muzhiki
Только вери и нет, Цент у них all business
💬 1        ⬆️

**воробушек социофобушек** @buzzboiler · Apr 27
Replying to @tinyi_muzhiki
И никто не спятил что они по-феминистки несёт две сумки 😳
💬 1        ♡ 42        ⬆️

**Миллион поклонников Яго 🗡️🏴** @RaZowMemy · Apr 26
Replying to @tinyi_muzhiki
У неё одна сумка. Смотри внимательней
💬 1        ♡        ⬆️

**🌸💜 Least but not last** @sxrehb · Apr 27
Replying to @tinyi_muzhiki
Пусть теперь кто-что-нибудь скажет, что футболка и брюки плохо
сочетаются
💬 1        ♡ 9        ⬆️

**Вадим Котов** @kotovvs · Apr 28
Replying to @sxrehb and @tinyi_muzhiki
Гораздо хуже сочетаются брюки и кроссовки, по моему скромному
мнению
💬        ♡        ⬆️

Show replies

**snaka☑️** @flagistock_ · Apr 27
Replying to @tinyi_muzhiki
минус розевая осанка Зендея
💬 1        ♡ 6        ⬆️

**snaka☑️** @flagistock_ · Apr 27
Replying to @flagistock_ and @tinyi_muzhiki
минус розевая осанка Зендея
💬        ♡        ⬆️

**snaka☑️** @flagistock_ · Apr 27
Replying to @tinyi_muzhiki
а её карманах будет удобно держаться за оружия
💬        ♡        ⬆️

**вешалка для одежды** @tixetclova_ · Apr 27
Replying to @tinyi_muzhiki
Я думала, хотя бы в твиттере их не будет
💬        ♡ 4        ⬆️

**Gorbunovsky** @A_Gorbunovsky · Apr 27
Replying to @tinyi_muzhiki
Есть более кайфовая пара



💬        ♡ 108        ⬆️

**Disappointed but not surprised 🏳️‍🌈🇺🇦** @shaneidaneda · Apr 27
Replying to @A_Gorbunovsky and @tinyi_muzhiki
Была
💬        ♡ 25        ⬆️

**Mr.Frustration** @CcalianacnStorn · Apr 27
Replying to @tinyi_muzhiki
Таки замутят возрыаты?
💬 1        ♡        ⬆️

**⚰️ Живой ниёнмо** @bru_wno · Apr 27
Replying to @CcalianacnStorn and @tinyi_muzhiki
Вроде бы уже
💬        ♡        ⬆️

Show replies

**Киресста** @edle_kingeta · Apr 27
Replying to @tinyi_muzhiki
Это чисто я и моя бейба
💬        ♡        ⬆️

**Лёсжий ака Доктор Петушок ака Ебака Бас...** @nonbina... · Apr 27
Replying to @tinyi_muzhiki
Мне спичалку здалось, это Гта Шалаев, а не Холанд 😭
💬 1        ♡ 6        ⬆️

**Энклая гемоадренальнальша** @thundred_and_1 · Apr 27
Replying to @nonbinary_fox and @tinyi_muzhiki
Юдалстан на неимальшко
💬        ♡        ⬆️

**Дэвид Данкоинш (Сестра Ланти)💚** @IoHiMidShadow · Apr 27
Replying to @tinyi_muzhiki
Они выглядят как два забавных зецен, хочу такое меню
💬 1        ♡ 161        ⬆️

**Чевгиз** @DmihySamtaz · Apr 27
Replying to @IoHiMidShadow and @tinyi_muzhiki
алмик катаеви и хойло. в прекщете можно и эканомиарогать
💬 1        ♡ 2        ⬆️

**Рупор Крипопы** @gnikreledub · Apr 27
Replying to @tinyi_muzhiki
Масочивай какой пауук, усгный
💬        ♡ 5        ⬆️

**Anna** ]^ @samkova_am · Apr 27
Replying to @tinyi_muzhiki and @ororody_content
А где Шаланя ? что это за бледная козли ?
💬 1        ♡        ⬆️

**скучный космоком** @tsformynjul · Apr 27
Replying to @samkova_am and @tinyi_muzhiki and @ororody_content
так это Зендея же
💬        ♡ 16        ⬆️

**MissTata** @_miss_tata_ · Apr 27
Replying to @tinyi_muzhiki
я в прямо сейчас смотрю последнюю часть
💬        ♡        ⬆️

**Лиски по знаку зодиака** @ofkoarsabut · Apr 27
Replying to @tinyi_muzhiki
Жаль фильм гавно
💬 1        ♡ 2        ⬆️

Show more replies

https://twitter.com/StiviDeTivi/status/1187390817690210944 __ et __ 2022-11-22 19:18:34 -08:00

# Tweet

**Stivi De Tivi** ✓
@StiviDeTivi

Poderosas, #OctaviaSpencer y #MelissaMcCarthy se convierten en superhéroes para la película #ThunderForce.

Translate Tweet



8:30 AM · Oct 24, 2019 from Morelia, Michoacán de Ocampo · Twitter for iPhone

**6** Retweets   **1** Quote Tweet   **47** Likes

Tweet your reply                                      Reply

**Caro Amlaz** 🇲🇽 @CaroAmlaz · Oct 24, 2019
Replying to @StiviDeTivi

GIF

**Perkowski Legal P.C.** ···
@c_perkowski

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

## Relevant people



**Stivi De Tivi** ✓          Follow
@StiviDeTivi

Stivi De TiVi (Enrique Solorzano). AMO las series y el cine. Me encuentras en radio, TV, podcast, revistas, medios digitales y fiestas. Pronombres: El/Su/Suyo

## What's happening

NBA · 27 minutes ago
Nets at 76ers

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States          ···
**RIP Harold**

Trending in United States          ···
**#StayWoke**

Politics · Trending          ···
**Epstein**
33.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/AndyVermaut/status/1300672254950693824 __ at __ 2022-11-19 21:07:12 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-23    Filed 03/13/23    Page 41 of 101    Page ID #:5327

**Andy Vermaut**
@AndyVermaut

Cardi B & Daughter Kulture, 2, Twin With Matching Pink Outfits & $43K Hermès Birkin Bags
hollywoodlife.com/2020/09/01/car...

10:50 PM · Aug 31, 2020 · dlvr.it

Tweet your reply

Reply

## Relevant people

**Andy Vermaut**
@AndyVermaut

Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening



Television · 1 hour ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**HE'S BACK**
140K Tweets

Sports · Trending
**PAC 12**
3,944 Tweets

Trending in California
**#FIFAWorldCup** 🏆
Trending with #DreamersbyJungkook, #DreamersOutNow

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/ScreenMix/status/141182764 ... 2021-11-20 15:18:58 -08:00
Document 23-23   Filed 03/13/13   Page 42 of 101   Page ID #5328



https://twitter.com/AboutHerOFCL/status/1292382543252615171 _ et _ 2022-11-21 00:39:39 -08:00

← Tweet

 **About Her** ✔
@AboutHerOFCL                                    ···

**#LookOfTheDay**: **@EizaMusica** in a cool white summer look.



12:30 AM · Aug 9, 2020 · Buffer

**1** Retweet

    

 Perkowski Legal P.C.
@c_perkowski                    ···

Tweet your reply                              Reply

---

🔍 Search Twitter 

### Relevant people

**About Her** ✔                              Follow
@AboutHerOFCL

Inside untapped territory: Pulling back the curtain on Arab women who are defining cultural trends now.
**#AboutHer**

 **Eiza Gonzalez Reyna** ✔        Follow
@eizamusica

Actor

### What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**          

Trending in United States                    ···
**#TheWalkingDead**
Trending with **#TWDFinale, Michonne**

Music · Trending                             ···
**#DavidoAt30**
62.9K Tweets

Trending in United States                    ···
**#AMAs** 🔺
4.32M Tweets

Music · Trending                             ···
**blackpink**
630K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⚫ More

**Tweet**

← **Tweet**

← Search Twitter

**Dakotacandids**
@Dakotacandids
···

06.08 l Novas fotos da Dakota durante as gravações de 'Madame Web' em Boston, Massachusetts.
#DakotaJohnson (4)

![Photos from Madame Web filming]

4:00 PM · Aug 6, 2022 · Twitter Web App

**6** Retweets   **22** Likes

♡   ⟲   ♡   ↑

 Tweet your reply   Reply

## Relevant people

**Dakotacandids**   Follow
@Dakotacandids
Neste perfil irei postar somente candids de Dakota Johnson. Para mais info, fotos e vídeos me sigam na conta principal: @Dakotashades l Fan Account

## What's happening

Entertainment · 45 minutes ago
It's Sushmita Sen's birthday 🎂



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▣ Promoted by Uber

Trending in United States   ···
**Welcome Back Kotter**

Fashion & beauty · Trending   ···
**Nike**
179K Tweets

Fashion & beauty · Trending   ···
**Louis Vuitton**
31.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**   ···
@c_perkowski

— https://twitter.com/dakotajohnsonpt/status/1072417530524901376 — gf — 2022-11-21 03:27:13 -08:00 —



← Thread

**Dakota Johnson Portugal** ✔ @dakotajohnsonpt · Dec 11, 2018    ⋯
Dakota ontem, 10, a desembarcar no aeroporto LAX em Los Angeles!
#DakotaJohnson

💬 1      ↻ 16      ♡ 63      ⬆

**Dakota Johnson Portugal** ✔ @dakotajohnsonpt · Dec 11, 2018    ⋯
Mais algumas! #DakotaJohnson

💬 1      ↻ 4      ♡ 20      ⬆

**Dakota Johnson Portugal** ✔    ⋯
@dakotajohnsonpt

Mais algumas! #DakotaJohnson

1:07 AM · Dec 11, 2018 · Twitter for iPhone

**5** Retweets  **22** Likes

💬      ↻      ♡      ⬆

Ⓟ   Tweet your reply                    Reply

## Sidebar

🔍 Search Twitter

### Relevant people

**Dakota Johnson P...** ✔    Follow
@dakotajohnsonpt
A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📸
@DJPTMidias | Fã-Clube.

### What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Entertainment · Trending    ⋯
**Disney**
Trending with  Bob Iger, Chapek

Music · Trending    ⋯
**#DavidoAt30**
71K Tweets

Music · Trending    ⋯
**Lionel Richie**
3,904 Tweets

Trending in California    ⋯
**Dodger Stadium**
Trending with  #EltonFarewellTour, Dodger Stadium

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

## Left navigation

🐦

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
◎ More

**Tweet**

Ⓟ  Perkowski Legal P.C.    ⋯
@c_perkowski

← **Tweet**

Home

# Explore

Notifications

✉ Messages

🔖 Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**


**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/DAK_KOTTA/status/1578074535051640835 __ at __ 2022-11-20 13:10:39 -08:00 __

← **Tweet**

**DAKOTA**💯💯💯💯💯💯💯💯💯
@DAK_KOTTA                                    ⋯

💌 New/ Old pica ❤️



10:27 AM · Oct 6, 2022 · Twitter for Android

**5** Retweets   **32** Likes

## Search Twitter

### Relevant people



**DAKOTA**💯💯💯💯 ...
@DAK_KOTTA                    **Follow**

Dakota Johnson💕💕 Fä Forever 💕
💕

### What's happening

FIFA World Cup · 5 hours ago
**World Cup Qatar 2022: Opening Ceremony**



#Disenchanted 🧙
Original movie now streaming
▶️ Promoted by Disney+

Trending in California                    ⋯
**Rest In Peace**
52.7K Tweets

Only on Twitter · Trending            ⋯
**Rest in Power**
24.2K Tweets

Only on Twitter · Trending            ⋯
**Jason David Frank**
Trending with Power Rangers, Tommy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

Ⓟ **Perkowski Legal P.C.** ⋯
@c_perkowski





https://twitter.com/saint/status/1203831602293424128 ... st ...

__ https://twitter.com/bso/status/1395479508757716999 __ at __ 2022-11-22 08:38:57 -08:00 __



← Tweet

Robert Littal BSO ✔
@BSO

•••

## Lamar Odom on The Hallucinogenic Drug He Takes to Keep Him Sober (Video) bit.ly/3wlO1R4



© Phamous / BACKGRID

1:40 PM · May 20, 2021 · BSO Alert

**3** Likes

  ♡ 

 Tweet your reply                    Reply

---

🔍 Search Twitter

## Relevant people

Robert Littal BSO ✔
@BSO                              Follow

BSO is a Unique take on Sports & Ent;
Tweets by The Headline King Robert
Littal; IG: BSOTV; FB:
BlackSportsOnline; Keep That Same
Energy Podcast; #BLM; 💙 AML

## What's happening

FIFA World Cup · 2 hours ago
**Argentina vs Saudi Arabia**

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
📣 Promoted by Avatar

---

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

Lists

Profile

••• More

**Tweet**


Perkowski Legal P.C. •••
@c_perkowski

https://twitter.com/popculture2000s/status/1468688123592859854
Case 2:22-cv-09462-DMG-ADS    Document 23-23    Filed 03/13/23    Page 51 of 101    Page ID
#:5337

**2000s**
@PopCulture2000s  ···

madison beer



1:05 PM · Dec 8, 2021 · Twitter for iPhone

**161** Retweets  **25** Quote Tweets  **1,921** Likes

💬   🔁   ♡   ⬆️

  Tweet your reply                    Reply

euCelso · Dec 8, 2021  ···
Replying to @PopCulture2000s
yeah... I prefer vodka
💬        🔁        ♡ 2        ⬆️

norma jeane°˙₊·ˍ. @kaeldrasun · Dec 8, 2021  ···
Replying to @PopCulture2000s
pop princess rising
💬        🔁        ♡ 6        ⬆️

**Xay.** @xavierjaron · Dec 8, 2021  ···
Replying to @PopCulture2000s
She's such a baddie.
💬        🔁        ♡ 1        ⬆️

This Tweet is from a suspended account. Learn more

**b** @bellamaral · Dec 8, 2021  ···
Replying to @LeonardofromMG and @PopCulture2000s
she looks like a secret spy to me
💬        🔁        ♡ 2        ⬆️

Show more replies

---

## Relevant people



**2000s**
@PopCulture2000s    Follow
i don't think 2000s pop culture can
ever be topped.

## What's happening

FIFA World Cup · 2 hours ago
**England vs Iran**

Sports · Trending
**Rolen**

Sports · Trending
**Charles Barkley**
3,672 Tweets

Trending in United States
**Senegal**
Trending with #SENNED, De Jong

Sports · Trending
**Maguire**
125K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

### Twitter sidebar navigation
🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
··· More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski  ···



## Tweet

**XAYLOK**
@XAYLOK1

BREAKING NEWS : selon des sources à prendre avec des pincettes, Adam Scott serait Spider-Man dans #MadameWeb

Translate Tweet



6:25 PM · Aug 6, 2022 · Twitter for Android

**1** Retweet   **1** Like

Tweet your reply

Reply

**ton papa** @user1912222 · Aug 13
Replying to @XAYLOK1
Questu raconte freroi il joue oncle ben

1

**XAYLOK** @XAYLOK1 · Aug 13
Replying to @user1912222
Et Dakota Johnson c'est Tanta May 🤣🤣

1

Show replies


**Perkowski Legal P.C.**
@c_perkowski

Search Twitter

**Relevant people**

**XAYLOK**
@XAYLOK1                    Follow

Compte en lien avec ce que j'essayerai de proposer sur Youtube sur la chaîne du même nom : de l'actualité cinéma #marvel

**What's happening**

FIFA World Cup · 4 minutes ago
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 🧙
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending
**RIP JDF**
2,316 Tweets

Trending in United States
**#FIFAWorldCup** 🏆
Trending with Morgan Freeman, hobi

Trending in United States
**#RIPLEGEND**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.



**Relevant people**

ZSBR - #FireInside 🔥
@ZaynSquadBrasil

ZSBR - A melhor fonte de informações
sobre o cantor, compositor e papai
Zayn na América Latina. | 🌟 Reserva
@zaynsquadbra | 📩 @mcbaotr | I
fan account

**What's happening**

FIFA World Cup · 2 hours ago
Mexico vs Poland

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
🔹 Promoted by Avatar

Sports · Trending
The NHL
18.1K Tweets

Trending in United States
Ochoa
Trending with Poland, Lewandowski

Trending in California
LAPD
11.4K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More
© 2022 Twitter, Inc.

__ https://twitter.com/SiteBastidores4/status/1556749625205428229 __ at __ 2022-11-21 17:48:43 -08:00 __

← **Tweet**

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**



**Bastidores** 🎬
@SiteBastidores4

...

O upgrade do traje da Riri Williams em #IronHeart



2:10 PM · Aug 8, 2022 · Twitter for Android

**1** Retweet    **22** Likes

### Relevant people



**Bastidores** 🎬
@SiteBastidores4

**Follow**

Conta oficial do site Bastidores: Cinema, Games, Televisão, Livros e Cultura Pop em um só lugar | ✉️ email: matheus@nosbastidores.com.br

### What's happening

**Television · LIVE**
Bachelor in Paradise airing on ABC



**Trending in United States**
Died Suddenly
42.4K Tweets

**Trending in California**
Dodger Stadium
12K Tweets

**Sports · Trending**
Rebel Heart
1,126 Tweets

**Trending in United States**
Tampax
27.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply

**Reply**

**Perkowski Legal P.C.**
@c_perkowski

...





Case 2:22-cv-09462-DMG-ADS    Document 23-23    Filed 03/13/23    Page 58 of 101    Page ID #:5344

← **Tweet**

Twitter

**Home**

**Explore**

**Notifications** 1

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Alex Salvatore** 🧑‍🦱
@Alexromval                                    ...

I really miss the old times.



5:30 AM · Oct 4, 2022 · Twitter for Android

**1** Retweet    **5** Likes

Tweet your reply                              **Reply**

**Search Twitter**

**Relevant people**

**Alex Salvatore** 🧑‍🦱          **Follow**
@Alexromval
'Nadie puede juzgar desde fuera el amor'

**What's happening**

Television · Last night
**Saturday Night Live airing on NBC**


**#Disenchanted** 👸
Original movie now streaming
Promoted by Disney+

Only on Twitter · Trending          ...
**Jason David Frank**
Trending with Power Rangers, Tommy

Only on Twitter · Trending          ...
**RIP JDF**
7,496 Tweets

Trending in California          ...
**Rigged**
39.6K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**    ...
@c_perkowski



https://twitter.com/FilmstoFilms_/status/1399524159728165408 _at_ 2021-11-21 11:51:15-09:00
Case 1:21-cv-05402-GMG-ADG   Document 23-23   Filed 03/13/23   Page 60 of 101   Page ID
#:5346



← **Tweet**



La Cosa Cine ✓
@lacosacine

···

Primeras imágenes de #ImanVellani como #KamalaKhan en el set de #MsMarvel.

Translate Tweet



3:30 PM · Nov 19, 2020 · TweetDeck

**2** Retweets   **34** Likes

💬          🔁          ♡          ⬆

🅿  Tweet your reply                    Reply

---

🔍 Search Twitter

**Relevant people**

La Cosa Cine ✓          Follow
@lacosacine

🎟 📖 🎬 Cine y Series. Tu comunidad, tu revista 📰 web@lacosacine.com | 🖊 @guillohernandez @jessiblady @luagosta @macareynolds @cynthiaonfilms

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

__ https://twitter.com/marvlsmedia/status/1430915557988078722 __ at __ 2022-11-22 09:55:15 -08:00 __

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

Perkowski Legal P.C.
@c_perkowski



https://twitter.com/creemorscream/status/1380277375355577028 __ at __ 2022-11-22 09:38:26 -06:00 __



__ https://twitter.com/AndyVermaut/status/1410654197465288708 __ at __ 2022-11-21 10:22:31 -08:00 __

← **Tweet**

**Andy Vermaut** 
@AndyVermaut

···

## Kanye West Takes Kids On Mexico Trip While Kim Kardashian Travels Through Rome: Photos
hollywoodlife.com/2021/07/01/kan...



10:39 AM · Jul 1, 2021 · dlvr.it

Tweet your reply

Reply

### Relevant people


**Andy Vermaut**          **Follow**
@AndyVermaut
Linked to WCPDCD, EADM,
POSTVERSA, AIDL, EUtoday, ActNow
for C, People Forests, Fundamental
rights. Whatsapp +32499357495
denktankcarmenta@gmail.com

### What's happening

FIFA World Cup · LIVE
**Senegal vs Netherlands**



Trending in United States
**Mendy**
Trending with Robyn

Trending in California
**Dodger Stadium**
13.9K Tweets

Trending in United States
**#CreditCardMovies**

Trending in United States
**#TeamUSA**🇺🇸
1,107 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

Search Twitter

__ https://twitter.com/Dakotacandids/status/1551881123420147717 __ at __ 2022-11-19 23:53:01 -08:00 __

← **Tweet**



**Dakotacandids**
@Dakotacandids

···

20.07 l Novas fotos da Dakota no set de 'Madame Web' em Boston, Massachusetts #DakotaJohnson (4)



3:44 AM · Jul 26, 2022 · Twitter Web App

**6** Retweets  **26** Likes

  Tweet your reply   Reply

## Relevant people



**Dakotacandids**
@Dakotacandids    Follow

Neste perfil irei postar somente candids de Dakota Johnson. Para mais info, fotos e vídeos me sigam na conta principal: @Dakotashades l Fan Account

## What's happening

Television · 3 hours ago
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Sports · Trending
**KYLE FORD**

Trending in United States
**Blocked**
134K Tweets

Sports · Trending
**Pasadena**
1,625 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**

**Home**

**Explore**

**Notifications** 1

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

 **Türkçe**
@turkce

···

Kendall Jenner, NBA yıldızı Devin Booker ile görüntülendi: Ünlü model Kendall Jenner, adının aşk dedikodularına karıştığı basketbolcu Devin Booker ile Malibu'da görüntülendi. Jenner, patlayan flaşlar sonrasında yüzünü gizlemeye… dlvr.it/Rdrlw7 #Türkçe #SonDakika #Gündem

Translate Tweet



11:18 PM · Aug 17, 2020 · dlvr.it

💬        ⇄        ♡        ⬆

P   Tweet your reply                    Reply

🔍 Search Twitter

**Relevant people**

 **Türkçe**      Follow
@turkce

Gazete ve dergilerden Türkçe Haberler, Son Dakika, Spor, Magazin, Teknoloji, Sinema Haberleri. İletişim ve iş birliği için: turkcemag@gmail.com

**What's happening**

FIFA World Cup · Earlier today
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🧑
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Celebrities · Trending                    ···
**Tom Hanks**
9,502 Tweets

Trending in United States              ···
**Whipped**
10.6K Tweets

Politics · Trending                        ···
**Jim Justice**
3,509 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ···
@c_perkowski






Tweet

**best of margot**
@badpostmargots

margot robbie on set as harley quinn in 'suicide squad' (2016), 'birds of prey' (2020) and 'the suicide squad' (2021).

9:02 AM · Feb 13, 2020 · Twitter for iPhone

**2,148** Retweets  **231** Quote Tweets  **10.3K** Likes

Tweet your reply                                    Reply

**cupid has Jacks & lithue** 🤡 @rot 🥀 tu... @mammo... · Feb 13, 2020
Replying to @badpostmargots
Someone get rid of the waiter in the third pic

**kat** @userisnothappy · Feb 13, 2020
Replying to @badpostmargots and @margotrobbie
can't wait for 2021 😍 ✨

**vanessa** 🖤 @todaywasanmare · Feb 16, 2020
Replying to @badpostmargots and @margotrobbie
@ptalnocy look

**Leo** @smallbrainleo · Feb 13, 2020
Replying to @badpostmargots and @margotrobbie
can someone edit the extra out of that last pic for me 😂

**Tanner LaFond** @tannerlafond · Feb 13, 2020
Replying to @smallbrainleo @badpostmargots and @margotrobbie
That's James Gunn, the director and screenwriter of the movie

Show replies

**izzie.** @lizzygranty · Feb 13, 2020
Replying to @badpostmargots and @margotrobbie
@lokiasgard al amiga, vai fer a continuação de ss

**marina** 🦋 @lokiasgard · Feb 14, 2020
Replying to @izzygranty @badpostmargots and @margotrobbie
o que será que eles vão fazer em relação ao joker

Show replies

**D Michele💜** 🖐️ 🔥 @CheleDaDon · Feb 13, 2020
Replying to @badpostmargots and @margotrobbie
Ooooh I'm so excited for THE suicide squad😂😂😂😂

**liam litman** @liam_litman · Feb 13, 2020
Replying to @badpostmargots and @margotrobbie
The way Gunn is gonna ruin Harley's wardrobe😭😭

**shvetank Sharma** @shvetant7937816 · Feb 13, 2020
Replying to @badpostmargots and @margotrobbie
My love @MargotRobbie you are fabulous female actor I am such big fan of yours

**Tamy** 🦋 @winkabledolan · Feb 14, 2020
Replying to @badpostmargots and @margotrobbie
She's a queen i fucking love her

**Matheus** @whoviamblunt · Feb 13, 2020
Replying to @badpostmargots and @margotrobbie
Perfect, Goddess, Beyond Goddess

**cry-nana** @arenhamantrix · Feb 13, 2020
Replying to @badpostmargots and @margotrobbie
@shelvsostacinf 😭😍

**#LetsDoADrill** @Deja_VuVuVu · Feb 16, 2020
Replying to @badpostmargots and @margotrobbie
Omg I love her

**sam** ᚥ 🌙 @QuacksHollans2 · Feb 13, 2020
Replying to @badpostmargots and @margotrobbie
so stunning

**Vintwetrol** @vintwetrol · Feb 13, 2020
Replying to @badpostmargots and @margotrobbie
Bring back leto

**ARTBLOCK MODE** @Fargoioaquin · Feb 13, 2020
Replying to @badpostmargots and @margotrobbie
Finally the iconic red and black hair

**Chris** 🔴 @XoXo__Ivy · Apr 22, 2020
Replying to @Fargoioaquin @badpostmargots and @margotrobbie
My thoughts EXACTLY!

**Marcos** @Marcos82688848 · Feb 22, 2020
Replying to @badpostmargots and @margotrobbie
My love

**SLS | Midnights** 🌙 @sonevoveoveohi · Feb 14, 2020
Replying to @badpostmargots and @margotrobbie
Suicide Squad 2 is confirmed ?

**lady blanca** @laladyblanca · Feb 13, 2020
Replying to @badpostmargots and @margotrobbie
YEEES

**Garry McGorm** @GarryMcGorm · Feb 14, 2020
Replying to @badpostmargots and @margotrobbie
Just back from my second viewing of BOP.

**Mark** @markaamee · Feb 14, 2020
Replying to @badpostmargots and @margotrobbie
Wait they're making a new one?

**🌞** @secretapocutro · Feb 13, 2020
Replying to @badpostmargots and @margotrobbie
margot is really out here lookin like THAT and playing THAT character at the same time. what an actress

**Sebastian** 💀 @SneakyMonster · Feb 13, 2020
Replying to @badpostmargots and @margotrobbie
goddess

**Matt McGloin Ruler Of The Uni...** @cosmicbook... · Feb 13, 2020
Replying to @badpostmargots @davidoff10785 and @margotrobbie
Wow. What a transition, lol.

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**best of margot**
@badpostmargots                                          Follow

fan account posting updates & daily posts of the aussie goddess and academy award nominated actress, margot robbie

**What's happening**

FIFA World Cup · This morning
Mexico vs Poland

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
RIP Harold

Trending in California
Memo Ochoa
102K Tweets

Trending in California
**#chainsawman**🔥
146K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ...
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@_perkowski





← **Tweet**

🏠 Home

\# Explore

🔔 Notifications ①

**Bang Tidy Celebs**
@BangTidyHQ

···

-@AADdario



12:13 PM · Nov 30, 2020 · Twitter Web App

**24** Retweets    **1** Quote Tweet    **369** Likes

💬          🔁          ♡          ⬆️

[P]  Tweet your reply          Reply

🔍 Search Twitter

**Relevant people**

 **Bang Tidy Celebs**    Follow
@BangTidyHQ
Bringing you Bang Tidy Celebs from
the UK and around the world. From TV
& Film to Music & Models. Any
requests feel free to tweet.

 Alexandra Daddario ✓    Follow
@AADdario
hi, I'm Alex.

**What's happening**

FIFA World Cup · 5 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Celebrities · Trending          ···
**Chris Evans**
Trending with Blueface

Trending in United States          ···
**Ochoa**
Trending with Poland

Celebrities · Trending          ···
**Tom Hanks**
8,387 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/thehsupdate/status/1246271693678393029

# Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

**Tweet**

**Harry Styles Updates.**
@TheHSUpdate

Harry out in LA recently.



8:33 PM · Apr 3, 2020 · Twitter for iPhone

**246** Retweets   **330** Quote Tweets   **2,750** Likes

Tweet your reply    Reply

**angelina** @milf_harry · Apr 3, 2020
Replying to @TheHSUpdate
if we get an update of him and a tow truck i will scream
16

**daisy (she/her)** @d_aisy_w · Apr 3, 2020
Replying to @milf_harry and @TheHSUpdate
Lmaooo

**sophia** @fficooawhodream · Apr 3, 2020
Replying to @TheHSUpdate
what the FUCK
1

**Irene** @ohokirene · Apr 3, 2020
Replying to @TheHSUpdate
i know he picking up his bread
61

**Sarah's House** @the_era2 · Apr 3, 2020
Replying to @TheHSUpdate
I can feel his annoyance
27

**Janna** @harryposstedit · Apr 4, 2020
Replying to @TheHSUpdate
Why is he constantly outside!?

**aless | AARIEL DAY** @500yearsofafi · Apr 3, 2020
Replying to @TheHSUpdate
he do be looking thicc tho

**MossworthNIGHTMARE** @poochiereal · Apr 3, 2020
Replying to @TheHSUpdate
How do you know it's him ? He's chubby and we can't see his face..
someone's Michael Jacksoning here
2

**Izzbeth.** @Temporary_Iz_ · Apr 3, 2020
Replying to @poochiereal and @TheHSUpdate
If it is his, leave him ALONE we're in quarantine, he loves bread, the gym is
closed
Show replies

**The Vijay Devarakonda** @zaynharrygirl · Apr 3, 2020
Replying to @TheHSUpdate
Baby

**krenn³** @78neline · Apr 3, 2020
Replying to @TheHSUpdate

**ashley⁷** @hesdelicate · Apr 3, 2020
Replying to @TheHSUpdate
THE MOTORCYCLE
1

**feb la** @louisfineline26 · Apr 3, 2020
Replying to @TheHSUpdate
l:

**‹‹** @GalbraithLeigh · Apr 4, 2020
Replying to @TheHSUpdate
love the vans
1

**Vanna** @finesunflwer · Apr 3, 2020
Replying to @TheHSUpdate
His socks do be over his pants doe
10

**Caroline Lawler** @carolinerezner · Apr 3, 2020
Replying to @finesunflwer and @TheHSUpdate
ikr
1

**Karin** @cherryXpkxxx · Apr 3, 2020
Replying to @TheHSUpdate
How does he always kno
2

**emily** @emily_hllnz · Apr 3, 2020
Replying to @cherryXpkxxx and @TheHSUpdate
i guess they grow this kind of instinct

**olivia ⁷⁶** @dayingmy · Apr 3, 2020
Replying to @TheHSUpdate



**sarah** @hsfineline · Apr 3, 2020
Replying to @TheHSUpdate
that's so hot omg

**sky** @phoebelore · Apr 3, 2020
Replying to @TheHSUpdate
this is HOT

**u can unfollow** @in4kook · Apr 3, 2020
Replying to @TheHSUpdate
HOLYBHSHSDGSHURT

## Relevant people

**Harry Styles Updates.**
@TheHSUpdate    Follow
Daily updates on the singer,
songwriter, and actor Harry Styles. —
Fan account | photos & videos posted
are not ours unless stated otherwise;
credit to owners.

## What's happening

FIFA World Cup · This morning
**England vs Iran**

Entertainment · Trending
**Died Suddenly**
35.8K Tweets

Trending in United States
**#JeopardyAmyChat**

Trending in California
**Dodger Stadium**
12.3K Tweets

Trending in United States
**Tampax**
23.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

__ https://twitter.com/teleaudiencias/status/1545048675247726598 __ at __ 2022-11-21 20:54:41 -08:00 __

← **Tweet**

 **Teleaudiencias**
@teleaudiencias

···

**#CINE** : Primeras imágenes del rodaje de la película 'Oppenheimer' de Christopher Nolan. Cillian Murphy, Emily Blunt, Matt Damon, Florence Pugh, Rami Malek y Robert Downey Jr formarán parte del reparto del film. Estreno en verano del 2023. wp.me/pa7l1P-d2M



© BlayzenPhotos / BACKGRID

7:14 AM · Jul 7, 2022 · Twitter Web App

**2** Retweets  **3** Likes

💬   🔁   ♡   ↑

 Tweet your reply   **Reply**

## Relevant people

 **Teleaudiencias**   **Follow**
@teleaudiencias

Audiencias, noticias, opinión, entrevistas, estrenos, tv, cine, música y deportes y +51.000 en instagram!

TvTeleaudiencias.wordpress.com

## What's happening

NFL · 37 minutes ago
**49ers at Cardinals**


Entertainment · Trending   ···
**Died Suddenly**
61.1K Tweets

Sports · Trending   ···
**Mexico City**
Trending with #SFvsAZ 🏈

Trending in United States   ···
**Jada**
7,440 Tweets

Entertainment · Trending   ···
**Sinbad**
7,223 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🔍 Search Twitter

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

**Tweet**

 **Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/kardashinbrasil/status/1505702732091234305 ... 2022-11-22 01:39:38.08:50
Document 23-23   Filed 03/13/23   Page 73 of 101
Document ID
#5359

**Kardashian Brasil #TheKardashians**
@kardashinbrasil

A mãe de Pete Davidson, sogra de Kim Kardashian, respondeu a um comentário de um fã em uma publicação, onde dizia que Kim estaria grávida de Pete até o final do ano.

Amy Marie (mãe de Pete) respondeu o usuário com um tom comemorativo, concordando com o que havia sido dito.

Translate Tweet



11:41 AM · Mar 23, 2022 · Twitter for Android

9 Retweets    65 Quote Tweets    483 Likes

Tweet your reply                                    Reply

---

**naomi ☁** @_naominiac · Mar 24
Replying to @kardashinbrasil
o bullying que a pobre da criança vai sofrer dos irmãos sério, todos filhos do GIGANTE kanye west e esse desezinho 😭😭😭
💬        ♡ 4

**Athrieto** @jiantos455 · Mar 24
Replying to @kardashinbrasil
Até quando isso deus 🙏😭

**MIRENA** @tributomilena · Mar 23
Replying to @kardashinbrasil
Ela nem pode mais engravidar sem correr risco por causa de pre eclampsia
💬        ♡ 15

**Érie · || Fan Account** @smugpoory_ · Mar 24
Replying to @kardashinbrasil
Sangue de Jesus Cristo tem poder, vamos fazer uma roda de oração pra reprender isso!!

**clara Jenner || (●)** @arinharzleke · Mar 23
Replying to @kardashinbrasil
Deus livre Kim
💬        ♡ 26

**مكتوب** @iiasrf · Mar 23
Replying to @kardashinbrasil
É cada uma q esse povo inventa

**Laura** @lauraolivienk · Mar 24
Replying to @kardashinbrasil
A veia querendo aposentadoria kakakakkaj
💬        ♡ 1

**maria paddock** @fh_1503 · Mar 23
Replying to @kardashinbrasil
@hldemederos030 amiga...
💬        ♡ 1

**anny 🧃✨divergente** @eeysenrt · Mar 23
Replying to @kardashinbrasil
pelo amor de deus não
💬        ♡ 14

**lay** @laura_geyse · Mar 23
Replying to @kardashinbrasil
Mana,não 😭

**Demarcus Kinsley** @DemarcusKinsley · Mar 28
Replying to @kardashinbrasil
I love you so much Kimmi. 💙💙❤️❤️

**Marcos Rodrigues** @marcorodrigueo · Mar 23
Replying to @kardashinbrasil
Ela pode ?
Da onde a kim vai ter mais um herdeiro
💬        ♡ 2

**mari°•°•°** @marij0kk20 · Mar 26
Replying to @kardashinbrasil
Credo sangue de Jesus tem poder deus me livre😂😂😂😂

**cami** @camisfrat · Mar 23
Replying to @kardashinbrasil
que fanfic e essa, ela nem pode mais
💬        ♡ 14

**angel** @clementelariz · Mar 23
Replying to @kardashinbrasil
meu Deus NÃO

**PoR-Tia** @l_amPortta · Mar 23
Replying to @kardashinbrasil
Rubbish
💬        ♡ 1

@kndalldrews · Mar 23
Replying to @kardashinbrasil
Senhor 😭😭

**Jus Santana (ela/dela)** @angelvffnight · Mar 23
Replying to @kardashinbrasil
Emocionadíssima, que Deus livre a Kim! Kkkkk
💬        ♡ 1

**Работорросонов_fcrr** @gameehC · Mar 24
Replying to @kardashinbrasil
Solo para asegurarse su futuro 😂 quien es pete alado de kim? Por favor! Es ahora que se habla de el, antes donde estaba?
💬        ♡ 1

**AUBREY ^ ♕** @Nocta_Drake_OVO · Mar 23
Replying to @kardashinbrasil
Coragem

Show more replies

---

**Perkowski Legal P.C.** ...
@c_perkowski

## Relevant people

Kardashian Brasil #Th...        Follow
@kardashinbrasil
O primeiro e melhor portal de notícias no Brasil sobre a família Kardashian e Jenner desde 2010 | @KBRMidia @KBRBackup. — We don't have contact with them.

## What's happening

FIFA World Cup · Starts at 2:00 AM
Argentina vs Saudi Arabia

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Trending with #Avatar
🎬 Promoted by Avatar

Entertainment · Trending        •••
Died Suddenly
Trending with World Premiere

Trending in California        •••
Mexicans
7,197 Tweets

Trending in United States        •••
Gabby
9,044 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

← Thread

**Próxcinemente**
@proxcinemente

🎬IMÁGENES DESDE EL SET DE "THE SUICIDE SQUAD"
🎬

Se estrena en 2021. #TheSuicideSquad #SuicideSquad

(1/2)

Vía: @JustJared

Translate Tweet



6:32 PM · Oct 11, 2019 · Twitter for Android

**3** Retweets   **8** Likes

Tweet your reply                    Reply

---

**Perkowski Legal P.C.**
@c_perkowski

**Próxcinemente** @proxcinemente · Oct 11, 2019
Replying to @proxcinemente
(2/2)



1      2

**Relevant people**




**Próxcinemente** ✕    Follow
@proxcinemente
Todas las novedades en el mundo del séptimo arte. 🎬 | Creador: @chuyRM_93 | Contacto: proxcinemente@gmail.com

**JustJared.com** ✓    Follow
@JustJared
Your #1 Entertainment Authority Also follow @jaredeng @justjaredjr

**What's happening**



NFL · 2 hours ago
**Cowboys at Vikings**

**#Disenchanted** 🧝
Original movie now streaming
⬦ Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, Disney CEO

Music · Trending
**Machine Gun Kelly**
2,837 Tweets

Sports · Trending
**Staley**
2,643 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

https://twitter.com/TavernaMarvel/status/1556744803909722885__st__2022-11-21 08:21:59 -08:00

← **Thread**

 

Search Twitter

**Taverna Marvel | Fan-Club**
@TavernaMarvel ···

🚨 Primeira imagem do traje da Riri Williams como coração de Ferro na série da personagem.

Translate Tweet




1:50 PM · Aug 8, 2022 · Twitter Web App

**10** Retweets  **2** Quote Tweets  **87** Likes

💬        🔁        ♡        ⬆️

 Tweet your reply              Reply

**Taverna Marvel | Fan-Club** @TavernaMarvel · Aug 8
Replying to @TavernaMarvel
Via: Just Jared
💬        🔁        ♡ 5        ⬆️

**Pedro Camarão** 🦐 @camarao_pedro · Aug 9
Replying to @TavernaMarvel
Podem me julgar a vontade. Achei iradíssimo!
💬 1        🔁        ♡        ⬆️

**Taverna Marvel | Fan-Club** @TavernaMarvel · Aug 9
Replying to @camarao_pedro
Não julgo, vc está correto.
💬        🔁        ♡        ⬆️

**Relevant people**

**Taverna Marvel | Fan-...**
@TavernaMarvel                    Follow
Portal focado no universo da Marvel. Todas as notícias e informações você encontra aqui. Ative as notificações🔔
📧Contato:
tavernamarvel@gmail.com

**What's happening**

NFL · Last night
**Cowboys at Vikings**

Sports · Trending
**Charles Barkley**
2,595 Tweets

Trending in California
**Dodger Stadium**
13.9K Tweets

Trending in United States
**Maguire**
Trending with #ThreeLions🏴󠁧󠁢󠁥󠁮󠁧󠁿

Trending in United States
**#AntManandTheWaspQuantumania**
Trending with Kang

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/TheNews_Lab/status/1578095692199133184 __ at __ 2022-11-20 11:26:53 -08:00 __

← **Tweet**



🦉 📱 **The News Lab** 📱🦉 🐻 **WAKANDAFOREVER** 🐻
@TheNews_Lab

**APARENTE VILLANO** 🔴
**#OFICIAL**

Se siguen filtrando imágenes de **#MadameWeb** , en este caso se especula que él sería el villano final, y esto es parte del ultimo arco de la cinta.

**#Sony**  **#SpiderMan**
Translate Tweet



11:51 AM · Oct 6, 2022 · Twitter Web App

**1** Like

Q Search Twitter

**Relevant people**

🦉 📱 **The News Lab...**
@TheNews_Lab

**Follow**

¿Te gusta el cine, los comics y demás contenido de la cultura pop? Si es así, bienvenid@ a tu nueva casa. Noticias - Hechas en Colombia Youtube | 🇨🇴

**What's happening**

NFL · LIVE
**Browns at Bills**

**#Disenchanted** 🦸
Original movie now streaming
Promoted by Disney+

Trending in California
**Morgan Freeman**
181K Tweets

Trending in United States
**Rest In Peace**
43.8K Tweets

Trending in California
**Shakira**
108K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Tweet your reply

**Reply**

Perkowski Legal P.C. •••
@c_perkowski

https://twitter.com/Rainbowkisses32/status/1580652337550741504 __el__2022-11-22 22:55:33 -08:00__
Case 2:22-cv-09462-DMG-ADS   Document 23-23   Filed 03/13/23   Page 77 of 101   Page ID
#:5363

← **Thread**

**Rainbowkisses**
@Rainbowkisses32                                  ···

### Chris Evans - on set of Red One



1:10 PM · Oct 13, 2022 · Twitter for iPhone

**118** Retweets   **28** Quote Tweets   **985** Likes

💬        ⇄        ♡        ⬆

🅿  Tweet your reply                              **Reply**

**Rainbowkisses** @Rainbowkisses32 · Oct 13    ···
Replying to @Rainbowkisses32

💬        ⇄ 7      ♡ 60      ⬆

**NoMad** @DrAruru20 · Oct 16              ···
Replying to @Rainbowkisses32
My word 🏆

💬        ⇄        ♡        ⬆

**Joan** @joans3627 · Oct 13              ···
Replying to @Rainbowkisses32
Adorable 💙🧡

💬        ⇄        ♡        ⬆

**Cornucopia Tardigrade** @lazyfelter · Oct 13   ···
Replying to @Rainbowkisses32
He's wearing five layers

💬        ⇄        ♡        ⬆

---

🔍 Search Twitter

### Relevant people

**Rainbowkisses**                    **Follow**
@Rainbowkisses32
Sebastian Stan & Chris Evans fan
account. Female // UK // 30's
rainbowkisses31 on instagram &
tumblr

### What's happening

Sports · LIVE
**Happy birthday, Navdeep Saini**
🎂                                    

**#AvatarTheWayOfWater**🎬
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in United States              ···
**Erection**
19.6K Tweets

Trending in California                 ···
**Costco**
6,007 Tweets

Business and finance · Trending        ···
**Chesapeake**
37.3K Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**              ···
@c_perkowski

__ https://twitter.com/foochia/status/1402929340845891585 __ at __ 2022-11-22 07:44:13 -0800 __

← Tweet

 Foochia - فوشيا ✔
@foochia

عدسات الباباراتزي تلتقط صورا لكانيه ويست برفقة عارضة
الأزياء ايرينا شايك، بعد تداول اخبار عن ارتباطهما عاطفيا في
وقت سابق

#كانيه_ويست #ايرينا_شايك #عارضة_أزياء #علاقات

Translate Tweet



3:03 AM · Jun 10, 2021 · Hootsuite Inc.

2 Retweets    1 Quote Tweet    6 Likes

Tweet your reply    [ Reply ]

---

Q Search Twitter

## Relevant people

 Foochia - فوشيا ✔    [ Follow ]
@foochia

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

## What's happening

FIFA World Cup · 🔴 LIVE
**Mexico vs Poland**

#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
📢 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
109K Tweets

Trending in California
**Mexico City**
25.5K Tweets

Trending in United States
**Argentina**
Trending with #WorldCup, Hervé Renard

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

## Twitter navigation

🏠 Home
\# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

[ Tweet ]

 Perkowski Legal P.C. ···
@c_perkowski



__ https://twitter.com/liamsgalaxy/status/1148369701870944257 __ at __ 2022-11-21 15:52:21 -08:00 __



← Tweet

☼
@hesogxlden
•••

they're the cutest

📷 Media not displayed
s image has been removed in response
report from the copyright holder.

📷 Media not displayed
s image has been removed in response
report from the copyright holder.

4:14 PM · Jul 8, 2019 · Twitter for Android

9 Retweets   82 Likes

Tweet your reply

Reply

**Home**
**Explore**
**Notifications** 1
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Search Twitter

**Relevant people**

☼
@hesogxlden   Follow
i'm still thinking about a cool bio. ||
multi fan account ⟩⟩⟩⟩

**What's happening**

NHL · Starts at 4:00 PM
**Oilers at Devils**

Trending in United States
**Chrisley**
3,494 Tweets
•••

Sports · Trending
**Mexico City**
13.7K Tweets
•••

Trending in United States
**Combat Mode**
1,414 Tweets
•••

Music · Trending
**Datpiff**
•••

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Perkowski Legal P.C. •••
@c_perkowski

← **Tweet**

**Wociety**
@wociety    ···

Jennifer Lawrence'ın hamile olduğu ortaya çıktı. Jennifer Lawrence ve Cooke Maroney çifti ilk çocuklarını bekliyor!

Translate Tweet



7:18 AM · Sep 9, 2021 · Twitter for iPhone

**3** Retweets   **5** Quote Tweets   **524** Likes

---

Tweet your reply    [Reply]

**rabia sama** @neyse2005 · Sep 9, 2021
Replying to @wociety
Abla dikkat et çocuğu yemesinler bu sefer
   ♡ 3

**NIlüüüüü** @NilosBaki · Sep 9, 2021
Replying to @wociety
Salopetin güzelliği 😍🤎
   ♡ 2

🌿 **pilar** @iampilaar · Sep 9, 2021
Replying to @wociety
Lawrence genleri çoğalıyor. Harika 💙

**siieell** @siieell · Sep 9, 2021
Replying to @wociety
Allah analı babalı büyütsün kuzum
   ♡ 2

---

**Perkowski Legal P.C.**
@c_perkowski    ···

**Relevant people**

**Wociety**    [Follow]
@wociety

Moda, yaşam, iç mimari ve dekorasyondan ilham alan görsel içerik platformu. 📱
apple.co/3okBe09Y & bit.ly/3EuLgBf

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States
**El VAR**
67.2K Tweets    ···

Entertainment · Trending
**Died Suddenly**
81.5K Tweets    ···

Trending in United States
**Argentina**
Trending with Messi, #ARGKSA    ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

This Tweet is from a suspended account. Learn more



**Juliana ⇒** @Juliah7171 · Dec 1, 2020
Replying to @larrydetetive
Qual a necessidade

naclara @onlyforlouwt · Dec 1, 2020
Replying to @larrydetetive
pra que isso LD

Priscilaa @midnightbangt · Dec 1, 2020
Replying to @larrydetetive
LD eu vou me jogar

rafa🐝 @housinostalgia · Dec 1, 2020
Replying to @larrydetetive
apaga por favor to pedindo para você apagar tem gente passando mal tem gente chorando vendo isso tem gente desmaiando falando que ta dando gatilho tem gente que morre vendo isso ta dando gatilho muito forte em muitas pessoas apaga por favor to implorando apaga ta dando gatilho

marina. @streamwalls___ · Dec 1, 2020
Replying to @larrydetetive
GATILHO A ESSA HORA MEU DEUS

ana. migrou @loutisbrave · Dec 1, 2020
Replying to @larrydetetive

> Anderson Castro
> É nesses momentos que eu gos
> que a Terra fosse plana para eu
> pular pela borda.
> 1 h    Curtir    Responder    😂😭

eric💭 @hstmoonl91s · Dec 1, 2020
Replying to @larrydetetive
Sério qual era a necessidade

dani @wallswoir · Dec 1, 2020
Replying to @larrydetetive

como pula

MaCla 🦋 @mahamaosidolos · Dec 2, 2020
Replying to @larrydetetive
apaga

gabi 🏳️‍🌈 fan account @habitfuana · Dec 1, 2020
Replying to @larrydetetive

keh | 💿 @tobemyhabit · Dec 1, 2020
Replying to @larrydetetive
quem foi

Nay. @htykitten · Dec 1, 2020
Replying to @larrydetetive
PRA QUE MACHUCAR MEU CORAÇÃO ASSIM LD?



Case 2:22-cv-09462-DMG-ADS   Document 23-23   Filed 03/13/23   Page 84 of 101   Page ID #:5370



← **Tweet**

This Tweet is from a suspended account. Learn more

**Letícia Precisa de terapia** @Its_Lela_28 · Jan 4, 2021
Replying to @larrydetetive
O que será que tem dentro dos saquinhos? 🤔

💬   ⇄   ♡ 2   ⬆️

**DESATIVADO** @barbie_mp4 · Jan 4, 2021
Replying to @larrydetetive
Que lindos 😭

💬   ⇄   ♡ 1   ⬆️

**Toty vai ver o Harry** 🐵 **\ Fan account** @Willixrdhabitz · Jan 4, 2021
Replying to @larrydetetive
Tentando entender até agora como ele segurou o copo

💬   ⇄   ♡   ⬆️

**Young Royals s2** 💜 **/Tay** 🦁 💭 💻 @TayZquad1D · Jan 4, 2021
Replying to @larrydetetive
Lindíssimos 😍 💙

💬   ⇄   ♡   ⬆️

*bigger than carol* 💿 *fan acc* @onlyxmitch28 · Jan 4, 2021
Replying to @larrydetetive
eu amo os cachinhos do Haz mas esse cabelo 💁🏻‍♀️

💬   ⇄   ♡ ❤️   ⬆️

__ https://twitter.com/its_onsite/status/1235385792498726017 __ at __ 2022-11-22 10:53:34 -08:00 __

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from a suspended account. Learn more


**Perkowski Legal P.C.**
@c_perkowski  ...

https://twitter.com/RedOneUpdates/status/1580735415501213697 __sf__ 2022-11-20 12:22:19 -06:00
Case 2:22-cv-09462-DMG-ADS    Document 23-23    Filed 03/13/23    Page 86 of 101    Page ID
#:5372

← **Thread**

🔍 Search Twitter

🔴 **Red One Updates**
@RedOneUpdates                                        ⋯

Allegedly, actress Mary Elizabeth Ellis will be playing the wife of Chris Evans' character in 'Red One.'



6:41 PM · Oct 13, 2022 · Twitter for iPhone

**29** Retweets   **14** Quote Tweets   **365** Likes

💬          🔁          ♡          ⬆

🅿 Tweet your reply                              Reply

🔴 **Red One Updates** @RedOneUpdates · Oct 13   ⋯
Replying to @RedOneUpdates
via thetrashstache on Tumblr!
💬     🔁 3     ♡ 11     ⬆

**aylee** @madnecss · Oct 13                         ⋯
Replying to @RedOneUpdates
i thought it was scarjo
💬          🔁          ♡ 4          ⬆

**Fast Wolf** @LanasMonster1 · Oct 14              ⋯
Replying to @RedOneUpdates
You know the gang is gonna give Charlie shit for this, the jokes in It's Always Sunny next season! 🙄
💬     🔁 1     ♡ 6     ⬆

**Claudia Souza** @Claudia36000569 · Oct 14      ⋯
Replying to @RedOneUpdates
success friend much success Chris
💬          🔁          ♡          ⬆

**Vito** @roco71816523 · Oct 13                       ⋯
Replying to @RedOneUpdates
Lucky lady!
💬          🔁          ♡ 4          ⬆

**Relevant people**

🔴 **Red One Updates**        Follow
@RedOneUpdates
Update Account for @AmazonStudios'
Red One, an action-adventure holiday
film starring Dwayne Johnson, Chris
Evans, Kiernan Shipka, and Lucy Liu.

**What's happening**

Formula 1 · 5 hours ago
**Abu Dhabi Grand Prix 2022**

#Disenchanted 👸
Original movie now streaming
▶ Promoted by Disney+

Trending in United States        ⋯
**Rest In Peace**
48.9K Tweets

Trending in United States        ⋯
**Qatar**
Trending with Valencia

Trending in California            ⋯
**Elton John**
9,852 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

🐦 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

**Tweet**

🏛 **Perkowski Legal P.C.** ⋯
@c_perkowski

__ https://twitter.com/DakoholicsArg/status/1556046224293257218 __ at __ 2022-11-19 18:33:08 -08:00 __

← **Tweet**



Dakota Johnson Argentina
@DakoholicsArg                                    •••

Nuevas fotos de Dakota durante las grabaciones de
#MadameWeb hoy (6/8) en Boston, Massachusetts.
#DakotaJohnson

Translate Tweet



3:35 PM · Aug 6, 2022 · Twitter for iPhone

**8** Retweets   **31** Likes

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

## Relevant people

 Dakota Johnson Arge...    Follow
@DakoholicsArg
Tu mejor y más actualizada fuente de
noticias e informacion sobre la actriz,
modelo, activista, productora y
directora Dakota Johnson en
Argentina.

## What's happening

Television · Starts at 8:00 PM
**Saturday Night Live airing on
NBC**                                            

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
🔲 Promoted by Uber

Trending in United States                        •••
**HE'S BACK**
110K Tweets

Politics · Trending                              •••
**Mr. President**
29.3K Tweets

Trending in California                           •••
**Messi**
427K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply                    Reply



Perkowski Legal P.C.    ···
@c_perkowski

__ https://twitter.com/wheres1d/status/1346884882753060864 __ at __ 2022-11-21 01:25:20 -08:00 __



← **Tweet**



**cheesefries**
@Wheres1D

···

Harry & Olivia out in Santa Barbara - 03.01.2020



10:22 AM · Jan 6, 2021 · Twitter for iPhone

**1** Retweet   **19** Likes





Tweet your reply                                    Reply

## Relevant people



**cheesefries**    Follow
@Wheres1D

occasionally a 1D & solo update
account | secretly paul higgins

## What's happening



NBA · Yesterday
**Grizzlies at Nets**

Trending in United States    ···
**Ole Miss**
Trending with Auburn

Trending in United States    ···
**#AMAs** 🎤
4.58M Tweets

Only on Twitter · Trending    ···
**#乐鱼体育**
227K Tweets

Trending in United States    ···
**Oregon**
Trending with Utah

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🔍 Search Twitter

## Twitter sidebar

🐦

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**



**Perkowski Legal P.C.**    ···
@c_perkowski

— https://twitter.com/LicensetoCh1LL/status/1578083560252217920 — et — 2022-11-22 23:08:05 -08:00 —

← **Tweet**

🔍 Search Twitter

**Home**

**Explore**

**Notifications** ●

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

🔴 **garrett**
@LicensetoCh1LL                                                ···

I hope Morlun eats this dude #MadameWeb



11:03 AM · Oct 6, 2022 · Twitter for iPhone

**1** Like

💬        🔁        ♡        ⬆️

P  Tweet your reply                                    **Reply**

**Relevant people**

🔴 **garrett**                                          **Follow**
@LicensetoCh1LL

rest at the end, not in the middle |
#DubNation 🦀 #FTTB 🦆 #GoDucks |
Comics | Gaming | Foodie

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
📺 Promoted by Avatar

Trending in United States                        ···
**Erection**
20K Tweets

Trending in California                           ···
**Costco**
5,977 Tweets

P **Perkowski Legal P.C.**                          ···
@c_perkowski

https://twitter.com/cizgikafe/status/1514210641760260078 ___ et ___ 2022-11-21 09:20:08 -08:00

← **Tweet**

**Çizgi Kafe**
@cizgikafe    · · ·

📸: Cillian Murphy ve Robert Downey Jr, Oppenheimer setinde.



5:27 AM · Apr 13, 2022 · Twitter for iPhone

**11** Retweets   **15** Quote Tweets   **960** Likes

**Relevant people**



**Çizgi Kafe**
@cizgikafe    **Follow**
Bir fincan kriptonit alabileceğiniz komşunuz!
instagram.com/cizgikafecom

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**



Entertainment · Trending
**#AntManandTheWaspQuantumania**
1,726 Tweets

Sports · Trending
**Charles Barkley**
3,247 Tweets

Trending in United States
**Hive**
82.8K Tweets

Music · Trending
**Kelly Rowland**
Trending with Chris Brown

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply    **Reply**

**b** @Buvsee · Apr 13
Replying to @cizgikafe
Rdj içinde yaşayan Stark'la Cillian'ın ceketinin kendisinde daha iyi duracağını düşünüyor.
1

**blabla** @blabla78993607 · Apr 13
Replying to @cizgikafe
Allam çok heyecanlı daha film çıkmadan sinemaya gidicem

**Dr. Victor Ugo** @victorugooooooo · Apr 14
Replying to @cizgikafe
@fatihaltayli Fatih Bey filmde oynuyorsunuz haber vermiyorsunuz?

**•─Taerasus─•** @mylittlejhope · Apr 13
Replying to @cizgikafe
Rdj zayıglamış mı bana mı öyle geliyor

**Mahmut** @bettercallmahmt · Apr 13
Replying to @cizgikafe
@fatihaltayli abi bu sen misin
1                    1

**Mirxan⅄** @mirhanaydnl · Apr 13
Replying to @bettercallmahmt and @cizgikafe and @fatihaltayli
rdj den çok @fatihaltayli
1

**Perkowski Legal P.C.** · · ·
@c_perkowski



https://twitter.com/1dafamily/status/1307330684915195904 __at __ 2022-11-22 15:57:03 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-23    Filed 03/13/23    Page 92 of 101    Page ID #:5378

← **Tweet**

**Respaldo HSA**
@HarrySArgentina  ···

Un día como hoy pero hace un año teníamos estas
fotos de Harry por Los Angeles ❤️🙌🏻

Translate Tweet



7:48 AM · Sep 19, 2020 · Twitter for Android

**120** Retweets  **9** Quote Tweets  **1,777** Likes

## Relevant people

**Respaldo HSA**  **Follow**
@HarrySArgentina
Fan Page | Updates del actor y
cantante ganador de un Grammy
@Harry_Styles en Argentina. • Fan
Account. ¡Cuenta de respaldo de
@HarryArgentina!

## What's happening

FIFA World Cup · 5 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Betty White · Trending   ···
**Betty White**
3,133 Tweets

Trending in United States   ···
**Mbappe**
Trending with Dembele

Entertainment · Trending   ···
**James Woods**
1,574 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Tweet your reply   **Reply**

**Ant aguante gi** @godisultimo · Sep 19, 2020  ···
Replying to @HarrySArgentina and @1DAFamily
flashe de una manera terrible que en la segunda foto estaba con bella

**Biancus 91** 🕊️💖🚉 @homelover4HL · Sep 19, 2020  ···
Replying to @godisultimo and @1DAFamily
Y quien es? Una fan?

🦋 @linoflorecita · Sep 19, 2020  ···
Replying to @HarrySArgentina and @1DAFamily
cOMO QUE UN AÑO????AUÉ

**lara** 🏳️‍🌈🧃 @gerwigfilms · Sep 19, 2020  ···
Replying to @HarrySArgentina and @1DAFamily
UN AÑO QUR

**Nati** 🧈🥞🍫 **Hs!!!** @Natalia57173189 · Sep 19, 2020  ···
Replying to @HarrySArgentina and @1DAFamily
Ese look... 😍

**cuenta de votos** @lights_up2 · Sep 19, 2020  ···
Replying to @HarrySArgentina and @1DAFamily
Estaba re fachaa

Show more replies



Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Jimin Global
@JiminGlobal

Spotted! Famous actor Ryan Gosling is seen wearing the same iconic outfit as Jimin in the music video of Permission To Dance! ✨ 🙌 🥰

The actor is playing Ken in the Greta Gerwig-directed film, Barbie starring Margot Robbie (title role) to be released in 2023.

2:17 AM · Jun 21, 2022 · Twitter for iPhone

860 Retweets   116 Quote Tweets   3,988 Likes

Tweet your reply

---

Jimin Global @JiminGlobal · Jun 21
A little side note and fun fact: Ryan Gosling is the lead actor in one of Jimin's most favorite films: The Notebook.

> Jimin Global @JiminGlobal · Feb 8
> [JIMIN WEVERSE]
> He is watching the notebook for the 7th time 😆

노트북 7번째 ..ㅎ

---

Jimin Global @JiminGlobal · Jun 21
"It's just so touching. I don't know. The atmosphere is so good and I think all the emotional lines and small details shown are beautiful. I want to have that kind of beautiful love with #BTS."

> Jimin Global @JiminGlobal · Feb 8
> Interview with Jimin for BTS 4th ARMY.ZIP (2018)
> Q: What's your favorite movie of all time?
> 🎬 It's "The Notebook". I really like it so I think I've watched it around 5 times. It's just so touching. I don't know. The atmosphere is so good and I think all the emotional lines >
> Show this thread

@JiminGlobal

---

SiriArmy💜 BTS OT7 @SiriAArmiii · Jun 21
Replying to @JiminGlobal and @che_banglove
Who wore it better?

---

Areum.him @AreumGlee · Jun 21
Replying to @JiminGlobal
I miss u jimin

The best OST song is #WithYou by #SHIN #RETURN of #EP.5 (@BTS_twt)
and Sungkeon

---

ParkYoongi_13 @NoonooIImyyyk · Jun 21
Replying to @JiminGlobal
Park Jimin really looks great in that outfit! 😭

Want to have a peaceful sleep at night? Then listen to Jimins' serene, warm voice in the heartfelt OST #WithYou by #SHIN #RETURN of #EP.5 (@BTS_twt) and Sungkeon

---

SevenHearts 💜 PJM1 IS COMING @Moonsonsweet3 · Jun 21
Replying to @JiminGlobal and @arrlmmbbnoodo
Jimin wears it better 😭

PARK JIMIN
JIMIN JIMIN
PJM1 IS COMING

Start and end my day with #WithYou by #SHIN #RETURN of #EP.5 (@BTS_twt) and SungKeon

---

Santino.nasssteemia @Santino3187571 · Jun 21
Replying to @JiminGlobal
Jimin a pm principe 😭 😭 😭

---

Prince Jimin With You @chmmmithmochtua · Jun 21
Replying to @JiminGlobal
The world revolves around Jimin.
I love listening to #WithYou by #SHIN #RETURN of #EP.5 (@BTS_twt) and Sungkeon

---

Cwfla22 @cwafa22 · Jun 21
Replying to @JiminGlobal
I am listening to the trending song #WithYou by #SHIN #RETURN of #EP.5 (@BTS_twt) and sungkeon

---

emily² AK DREAMERS 💜 @hearteyesjm · Jun 21
Replying to @JiminGlobal
He look so cute in this outfit 😭

Keep up the good vibes by streaming and listening to the most interesting OST #WithYou by #SHIN #RETURN of #EP.5 (@BTS_twt) and Sungkeon

---

💜 Jimin Lover 💜 PJM1 coming @keiypoopminseul · Jun 21
Replying to @JiminGlobal
K2 With You 😭

My favorite Billboard trending song is #WithYou by #SHIN #RETURN of #EP.5 (@BTS_twt) and Sungkeon

---

InquisitiveMuse @InquisitAsun · Jun 21
Replying to @JiminGlobal
Omg! My youth prince is going to lose this!!

---

S. Davis😷 @C4Snewngem · Jun 20
Replying to @JiminGlobal
Nice 💜 Army 💙

---

Chimmie Cricket @chhmmie_cricket · Jun 21
Replying to @JiminGlobal
Ei

---

Soulja Boy Icchi Portuguese @SouljAjs · Jun 20
Replying to @JiminGlobal
Ryan wore it better

---

BTS_Jimin @bhgf1007575788 · Jun 27
Replying to @JiminGlobal
💜 💜

---

Rajonmonmou Damon @Rajonmondash3 · Jun 21
Replying to @JiminGlobal
Our Jimin looks better in that outfit 😭

---

🐯 Asani's 🐯 @wubuy · Jun 21
Replying to @JiminGlobal

Relevant people
Jimin Global @JiminGlobal   Follow
Union fanbase for Park #Jimin #BTS of
#BTS #BTS's OT3. #BTSismyhero
News. Features. Records. Stats.
Projects.

What's happening
NFL · 46 minutes ago
49ers at Cardinals

Entertainment · Trending
Died Suddenly
61.6K Tweets

Trending in California
Argentina
163K Tweets

Trending in California
Dodger Stadium
6,312 Tweets

Trending in United States
Chrisley
30.8K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ...
© 2022 Twitter, Inc.



https://twitter.com/tvoyi_muziki/status/1309934660160495620 __ el __ 2022-11-21 15:02:28 -08:00

22-cv-09462-DMG-ADS   Document 23-23   Filed 03/13/23   Page 95 of 101   Page ID #:5381





← **Thread**

Chatter Box Film
@Chatterboxfilm

Need to settle a debate.. do you think this is Aaron Taylor Johnson on set of Madame Web?

11:22 AM · Oct 6, 2022 · Twitter for Android

**2** Retweets    **28** Likes



Tweet your reply                                           Reply

Chatter Box Film @Chatterboxfilm · Oct 6
Replying to @Chatterboxfilm

🦸 **Marvel Addicted** @MarvelAddicted0 · Oct 6
Tahir Rahim as Ezekiel Sims and Dakota Johnson's stunt double as Cassandra Webb 👀
She's hit by Sims 👀

#MadameWeb #DakotaJohnson

💬 1            ↻            ♡ 5            ⬆

Chatter Box Film @Chatterboxfilm · Oct 6
The actor is apparently Tahir Rahim

💬            ↻            ♡ 2            ⬆

scuba @scubajotaro · Oct 6
Replying to @Chatterboxfilm
it looks like him i'll admit but in other pictures it's clearly not

💬 1            ↻            ♡ 2            ⬆

Chatter Box Film @Chatterboxfilm · Oct 6
Replying to @scubajotaro
To me the nose looks different, I think he could be a stunt double for ATJ or another actor in the movie.

💬            ↻            ♡            ⬆

keithlovesmovies.com @keithlovesmovies · Oct 6
Replying to @Chatterboxfilm

**TED LASSO**
Yes!
GIF   ALT

💬            ↻            ♡            ⬆

Harold L. Stokes #HLSBets @Harold.Stokes · Oct 6
Replying to @Chatterboxfilm
Nose is wrong lol

💬            ↻            ♡ 1            ⬆

ブライアン @BrianCalderonL1 · Oct 6
Replying to @Chatterboxfilm
I was just thinking about that

💬            ↻            ♡ 1            ⬆

**Relevant people**

Chatter Box Film                    Follow
@Chatterboxfilm
Pop culture & entertainment news | discussions | reviews for Movie & TV. @ChatterBoxDC @ChatterMarvel
Business email: chatterboxfilm(at)hotmail(dot)com

**What's happening**

NBA · 1 hour ago
Lakers at Suns

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
**Erection**
18.6K Tweets

Trending in California
**Costco**
5,886 Tweets

Chain restaurants · Trending
**Hooters**
8,748 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/pradaxbby/status/1447247700034994180 __ et __ 2022-11-22 03:42:10 -08:00

**Tweet**

✨
@PRADAXBBY

it girl



10:08 AM · Oct 10, 2021 · Twitter for iPhone

559 Retweets    30 Quote Tweets    5,127 Likes

Tweet your reply                                    Reply

**Black Queen** 🇨🇩 @SAINTAS1E · Oct 11, 2021
Replying to @PRADAXBBY
In that vintage Tom Ford Gucci 😍

**uBhuti ka Dior!** @CharlesMdaza · Oct 11, 2021
Replying to @PRADAXBBY
so me, i be bad👹

**Virginia Perez-Baez** @villy67 · Oct 10, 2021
Replying to @PRADAXBBY
Like her butterfly tattoo in neck                    1

**Allison Smith** @Allison47358460 · Oct 10, 2021
Replying to @PRADAXBBY
Wow.  She is so lucky.

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**Nathalya braga** @bragaaa__ · Oct 11, 2021
Replying to @julhac_ and @PRADAXBBY
uau

**Perkowski Legal P.C.**
@c_perkowski

**Relevant people**

✨
@PRADAXBBY                          Follow
enquires: pradaxbby@gmail.com not
all content is mine credits to the
owners

**What's happening**

FIFA World Cup · LIVE
Argentina vs Saudi Arabia

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
📽 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
83.1K Tweets

Trending in United States
**Argentina**
Trending with Messi, #ARGKSA

Trending in California
**Mexicans**
7,371 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/RedOneUpdates/status/1588594417988169730 __ at __ 2022-11-22 23:35:52 -08:00 __

← **Tweet**

 **Red One Updates**
@RedOneUpdates ···

Dwayne Johnson on the set of 'Red One'.

 

11:09 AM · Nov 4, 2022 · Twitter for iPhone

**27** Retweets   **7** Quote Tweets   **236** Likes

 Tweet your reply                    Reply

---

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

---

Search Twitter

### Relevant people

 **Red One Updates**    Follow
@RedOneUpdates

Update Account for @AmazonStudios'
Red One, an action-adventure holiday
film starring Dwayne Johnson, Chris
Evans, Kiernan Shipka, and Lucy Liu.

### What's happening

FIFA World Cup · Last night
**Mexico vs Poland**

**#AvatarTheWayOfWater** 
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California ···
**Costco**
6,098 Tweets

Trending in United States ···
**Erection**
21.1K Tweets

Celebrities · Trending ···
**Denzel Washington**
2,533 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C. ···
@c_perkowski

← **Tweet**

🔍 Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

**Johnson Dornan ES**
@JohnsonDornanES    ···

¡Añadidas 6 Fotos HQ de Dakota hoy en el set de #MadameWeb en Boston! (Vía @dakotajohnsonpt) johnsondornan.com/galeria/thumbn... #DakotaJohnson

Translate Tweet







9:57 AM · Oct 6, 2022 · Twitter for iPhone

**6** Retweets    **30** Likes

💬          🔁          ♡          ⬆️

🅿️    Tweet your reply          **Reply**

## Relevant people

**Johnson Dornan ES**
@JohnsonDornanES          **Follow**

Tu primera y mejor fuente sobre los actores #DakotaJohnson y #JamieDornan desde 2015. [Fan Account]

**Dakota Johnson P...** ✓
@dakotajohnsonpt          **Follow**

A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷: @DJPTMidias | Fã-Clube.

## What's happening

NFL · LIVE
**Lions at Giants**

#Disenchanted 🧛‍♀️
Original movie now streaming
▶️ Promoted by Disney+

Trending in United States
**Rest In Peace**
47.4K Tweets          ···

Sports · Trending
**Lamar Jackson**
2,662 Tweets          ···

Trending in California
**Morgan Freeman**
187K Tweets          ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**
@c_perkowski    ···

← Tweet

This Tweet is from a suspended account. Learn more

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

Lists

👤 Profile

⊕ More

**Tweet**

Perkowski Legal P.C.
@_perkowski

---

**sel 🎀 15 DAYS!!** @homefearless · Nov 26, 2020
Replying to @larrydrtelive
PUTA EMBSABDUEEHEHSHSHEHSSGSSGSS

---

**Manu 🌙 🐝** @walls_roses · Nov 26, 2020
Replying to @larrydrtelive
é isso que a gente vê quando entra no céu????
♡ 1

---

**muliro** @jijiwalls · Nov 26, 2020
Replying to @larrydrtelive
MEU DEUS ELE TA LINDO

---

**muliro** @jijiwalls · Nov 26, 2020
Replying to @larrydrtelive
PERFEITO

---

**shine!.♪** @hsziwilliard · Nov 26, 2020
Replying to @larrydrtelive
sinto cheiro de assassinato
♡ 1

---

**abacate.exe #SDOL** @cmvpxro · Nov 26, 2020
Replying to @hsziwilliard and @larrydrtelive
assim

---

**suario❤** @Carrotss_Lou · Nov 26, 2020
Replying to @larrydrtelive
Causa da minha morte: Harry Styles de suspensórios

---

**lauris.** @chantpwk · Nov 26, 2020
Replying to @larrydrtelive
OS SURPESNDLWOSUDKWISKAJEHWKDCWJSWZHSBXV SE SHS SEKRION

---

**Faith In Tom's Future** @tomdoLouis · Nov 26, 2020
Replying to @larrydrtelive
Harry

---

**rai.** @sunloutmd · Nov 26, 2020
Replying to @larrydrtelive
LINDO DMS, DE SUSPENSÓRIOS AINDA É DE FUDERRRR



LEVA A MINHA ALMAAAA

---

**candy.** @aquilephoenix · Nov 26, 2020
Replying to @larrydrtelive
MDS ELE TÁ DE SUSPENSÓRIO QUE PERFÇIÃO

---

**nicole** @loustmalik · Nov 26, 2020
Replying to @larrydrtelive
AAAAA LINDO DEMASSS

---

**DESATIVADO** @barbie_mp4 · Nov 26, 2020
Replying to @larrydrtelive
Toda vez que vejo esse homem tenho um treco aqui dentro



how to NOT cry

♡ 12

---

**zayzi índigo** @zayrhline_ · Nov 26, 2020
Replying to @larrydrtelive
EU TO PASSANDO MAL

---

**mi. FAITH IN THE FUTURE / Maria's Bd...** @sweetse... · Nov 26, 2020
Replying to @larrydrtelive
PORTAL AVISA QUE SE OUVIRBEM LATIDOS NN É PRA SE ASSUSTAR PQ SOU EU

---

**bella** @louieralfies · Nov 26, 2020
Replying to @larrydrtelive
AHWYSJAHAHAHWHAHA
SHWIYYSHWUWRAÍQOWUAHGWUWTWUHSUWYwiwhwue LD Q COISA MAIS LINDA

---

**mah** @4thiddles · Nov 26, 2020
Replying to @larrydrtelive
BWBEIKWSKNSM MUITO MIMO NUM DIA SÓ HEHDIWK

---

**gaby MUDOU DE CONTA** @enrycoll · Nov 26, 2020
Replying to @larrydrtelive
GENT3

---

**gi** @hxslwtg · Nov 26, 2020
Replying to @larrydrtelive
Ain minha presua

---

**sofi** @hsmorgn · Nov 26, 2020
Replying to @larrydrtelive
LD VEI ELE É TAAAO LINDO
♡ 1

---

**Maddie 🎀 | mei·o·off** @JayneCakes · Nov 27, 2020
Replying to @larrydrtelive
tá em foto embaxada esse homem e gato pa porra mds

---

**maria🦋** @mariahstyles_ · Nov 26, 2020
Replying to @larrydrtelive
COISA MAIS LINDA
♡ 1

---

**maria🦋** @mariahstyles_ · Nov 26, 2020
Replying to @larrydrtelive
PERFEITO
♡ 1

---

**maria🦋** @mariahstyles_ · Nov 26, 2020
Replying to @larrydrtelive
O cabelo,roupa...ele tá tão lindo mds
♡ 1

---

**maria🦋** @mariahstyles_ · Nov 26, 2020
Replying to @larrydrtelive
Sou cadelinha demais por esse homem senhor ☹

---

**lara.** @wallspic · Nov 26, 2020
Replying to @larrydrtelive
MEU DES SETIO DJWIWI

— https://twitter.com/NGBRSite/status/1583343931705954304 __ at __ 2022-11-19 19:59:41 -08:00

← **Tweet**

🔍 Search Twitter

Nicholas Galitzine Brasil 👑 Fã-clube
@NGBRSite ···

📸 MAIS FOTOS de Nicholas Galitzine e Anne Hathaway filmando #TheIdeaofYou na quarta-feira, 19 de outubro, em Atlanta



🔲 Anne Hathaway Brasil • FANSITE

11:26 PM · Oct 20, 2022 · Twitter Web App

**7** Retweets   **1** Quote Tweet   **64** Likes

💬            🔁            ♡            📤

 Tweet your reply     Reply

Lancy The.B ⭐Fan Account⭐ @LancyPlena · Oct 21
Replying to @NGBRSite and @HathawayBRA
Anne quero dizer que não é o Diabo Veste Prada mas amei esse look. Já tô pronta pra esse filme com esse casalzão😎

💬        🔁        ♡        📤

### Relevant people

 Nicholas Galitzine Br...   **Follow**
@NGBRSite
Fã-site brasileiro dedicado ao ator e cantor inglês Nicholas Galitzine. Fan account - contact us before taking any legal action! Follow Nicholas: @nickgalitzine

Anne Hathaway Brasi...   **Follow**
@HathawayBRA
Sua mais atualizada fonte de informações sobre a atriz Anne Hathaway. WE'RE NOT ANNE HATHAWAY — 📷 @midiasahbr

### What's happening

Television · LIVE
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
📢 Promoted by Uber

Trending in California       ···
**Andrew Tate**
29.1K Tweets

Sports · Trending       ···
**#AEWFullGear**
Trending with Jamie Hayter, Jeff Jarrett

Politics · Trending       ···
**Mr. President**
38.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski ···