# EXHIBIT B Continued



🔍 Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

← Tweet

**Black Panther 2 News**
@bpanthernews

Here is an updated look at Dominique Throne (Riri Williams) filming scenes on the set of BLACK PANTHER: WAKANDA FOREVER.

(via: @CreamOrScream)



2:56 PM · Aug 26, 2021 · Twitter for iPhone

205 Retweets    10 Quote Tweets    1,427 Likes

Tweet your reply                    Reply

**the walking dev** @DevWtf · Aug 26, 2021
Replying to @bpanthernews and @CreamOrScream
wit the yzys sheesh

**rodjggos** @Rodigo_6461 · Aug 26, 2021
Replying to @bpanthernews and @CreamOrScream
what happen to the face render wtf

**Milton Tyrell Hall** @th_djr · Aug 27, 2021
Replying to @bpanthernews and @CreamOrScream
I see you RiRi with the Waverunners on    ♡ 2

**frank** @kemobosumsock · Aug 27, 2021
Replying to @bpanthernews and @CreamOrScream
I love her already

**Blue Marvel directed by Steve McQueen** @XdInitial · Aug 26, 2021
Replying to @bpanthernews and @CreamOrScream
She in that


SECURE THE BAG

**Flo** @TheFloacism · Aug 26, 2021
Replying to @bpanthernews and @CreamOrScream
I was hoping for the afro 😒

**JimmyJam** @Jimmyham · Aug 26, 2021
Replying to @TheFloacism @bpanthernews and @CreamOrScream
Maybe in the show...we can hope    ♡ 8

Show replies

**Jollof Rice Dipo** @JustFLoWing · Aug 28, 2021
Replying to @bpanthernews and @CreamOrScream
@MausAnoni

**Anoni MAUS** @MausAnoni · Aug 28, 2021
Replying to @JustFLoWing @bpanthernews and @CreamOrScream
😂😂😂

**Andrés from (Earth-8096)** @artmachine6096 · Aug 26, 2021
Replying to @bpanthernews and @CreamOrScream
@Protagonistlvy You seen this yet?••

**tyler** @wiccavision · Aug 26, 2021
Replying to @bpanthernews and @CreamOrScream
the queen

**The-Autistic-Artist** @TheAutisticArt · Aug 26, 2021
Replying to @bpanthernews and @CreamOrScream
Awesome!

**Michael Wells** @TheLastSane1 · Aug 29, 2021
Replying to @bpanthernews and @CreamOrScream
Could they be doing a story where Riri is T'Challa's daughter? Since he went to school in America (at least in the comics) maybe he had a child with a college girl and this is why she gets brought in?

**Relevant people**

**Black Panther 2 News** @bpanthernews   Follow
The best fan-run source for news on Ryan Coogler's #BlackPanther: Wakanda Forever.

**Cora Ventura** @CreamOrScream   Follow
Venting account for all things great and small such as #Marvel and #DCComics, #Netflix, #Gaming #Films, and also a Media Account. Supporter of #AmberHeard 🐟

**What's happening**
FIFA World Cup · 17 minutes ago
Mexico vs Poland

#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in United States
Ochoa
Trending with Poland, #MEXPOL

Sports · Trending
Cristiano Ronaldo
Trending with #ManchesterUnited

Celebrities · Trending
Tom Hanks
4,366 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Perkowski Legal P.C.
@c_perkowski

Tweet

@nanfixus Retweeted

**daenerys**
@viszenya

The category is street style and Dakota Johnson always wins

9:28 PM · Mar 26, 2021 · Twitter for Android

**50** Retweets **4** Quote Tweets **312** Likes

Tweet your reply
Reply

Search Twitter

## Relevant people

**@nanfixus**
@nanfixus
Follow

DJ Fan 🕸️ Sports,animals y Boca Juniors Dakota's movies 2022 #ChaChaRealSmooth 💃 #AmIOk #Persuasion Fan account 🇦🇷

## What's happening

NFL · 2 hours ago
**Browns at Bills**

**#Disenchanted**
Original movie now streaming
Promoted by Disney+

Korean music · Trending
**taehyun**
32.5K Tweets

Trending in United States
**UCLA**
30.2K Tweets

Trending in California
**Elton John**
12.5K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

← **Tweet**



Robert Littal BSO ✓
@BSO

···

**Odell Beckham Jr. And GF Lolo Wood Have A Date Night During The Rona as States Start to Close Up Again (Pics-Video)** bit.ly/2NDARdT



10:07 PM · Jun 29, 2020 · BSO Alert

**4** Likes

💬          ⇄          ♡          ⬆️

 Tweet your reply                    Reply

🔍 Search Twitter

### Relevant people





Robert Littal BSO ✓          Follow
@BSO

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

### What's happening

FIFA World Cup · Starts at 8:00 AM
**Mexico vs Poland**

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
🗒️ Lists
👤 Profile
⊙ More

**Tweet**

Perkowski Legal P.C.          ···
@c_perkowski

← **Tweet**



**Respaldo HSA**
@HarrySArgentina

...

(2) Fotos de Harry grabando el video de "Watermelon Sugar"

© a quien corresponda



11:34 AM · Jan 29, 2020 · Twitter for Android

**14** Retweets    **1** Quote Tweet    **48** Likes


Tweet your reply

Reply

Q Search Twitter

**Relevant people**



**Respaldo HSA**
@HarrySArgentina

Follow

Fan Page | Updates del actor y cantante ganador de un Grammy @Harry_Styles en Argentina. • Fan Account. ¡Cuenta de respaldo de @HarryArgentina!

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**

Trending in California
**Dodger Stadium**
14.1K Tweets

...

The Real Housewives of Potomac · Trending
**Robyn**
48.3K Tweets

...

Trending in United States
**Colorado Springs**
482K Tweets

...

Entertainment · Trending
**Julia Fox**
5,040 Tweets

...

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ...
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski    ...

# Home
# Explore
# Notifications
# Messages
# Bookmarks
# Lists
# Profile
# More

**Tweet**

← **Tweet**

**Affinity Magazine** ✓
@TheAffinityMag

Lily James was recently spotted on the set of Hulu series #PamAndTommy



2:30 PM · Jul 29, 2021 · TweetDeck

**2** Retweets    **27** Likes

Tweet your reply

🔍 Search Twitter

**Relevant people**

**Affinity Magazine** ✓
@TheAffinityMag
NEXT GEN OF MEDIA

Follow

**What's happening**

NCAA Men's Basketball · This morning
**Hornets at Panthers**



Trending in United States
**maher**
22.1K Tweets

Trending in United States
**#AMAs** 🔥
Trending with sabrina

Music · Trending
**#DavidoAt30**
67.3K Tweets

Trending in California
**#BLACKPINK_WORLDTOUR**
58.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

https://twitter.com/harrymoonchild/status/1560491497157324800 _ at _ 2022-11-19 22:16:10 -08:00

← **Thread**



🔍 Search Twitter

## Relevant people

 Follow

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

---

dee.
@harrymoonchild       ···

## THE SHIRT PLS HE LOOKS SO GOOD



9:59 PM · Aug 18, 2022 · Twitter for Android

**25** Retweets   **4** Quote Tweets   **248** Likes

💬   🔁   ♡   ⬆️

---

 Tweet your reply       **Reply**

---

dee. @harrymoonchild · Aug 18       ···
Replying to @harrymoonchild
LIKE HE'S CONTINUOUSLY SERVING LOOKS



💬   🔁 1   ♡ 16   ⬆️

---

dee.
@harrymoonchild



@harrymoonchild
#harry: starry haze crystal ball 🔮🎒 |
backup:@goldenfineline | ig:dishaxrai

## What's happening

Television · 2 hours ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
📢 Promoted by Uber

Music · Trending       ···
**Elton John**
5,139 Tweets

Trending in California       ···
**Andrew Tate**
27.7K Tweets

Politics · Trending       ···
**Mr. President**
46.2K Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

 **Perkowski Legal P.C.**
@c_perkowski       ···

Case 2:22-cv-09462-DMG-ADS    Document 23-24    Filed 03/13/23    Page 10 of 101    Page ID #:5397

← **Tweet**

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Affinity Magazine** ✓
@TheAffinityMag

Obsessed with Donald Glover's summer fit 🔥



4:30 AM · Jul 27, 2022 · Buffer

**1** Retweet  **2** Quote Tweets  **17** Likes

Tweet your reply

Reply

Q Search Twitter

**Relevant people**


**Affinity Magazine** ✓
@TheAffinityMag
NEXT GEN OF MEDIA

Follow

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Trending in United States
**England**
Trending with #ENGIRN, Saka

Trending in United States
**Schiff**
62.7K Tweets

Trending in California
**#BLACKPINK_WORLDTOUR**
57.4K Tweets

The Walking Dead · Trending
**#TheWalkingDead**
104K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.


**Perkowski Legal P.C.** ⋯
@c_perkowski

# Tweet

## Home
## Explore
## Notifications 1
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

---

**DAKOTA** 💜💙
@tender_DMJ

Protect her at all costs 🙄



7:20 AM · Oct 7, 2022 · Twitter for iPhone

**3** Retweets   **96** Likes

Tweet your reply      Reply

**Cathy** 💜💙 @BrwrCthy · Oct 7
Replying to @tender_DMJ
Also, her boyfriend.
7

**Kathy phillips** @Kathyph24093993 · Oct 7
Replying to @tender_DMJ
Beautiful

---

## Relevant people

**DAKOTA** 💜💙   Follow
@tender_DMJ
Dakota Johnson is the meaning of
perfection and of course the love of
my life ❤️

## What's happening

Television · Starts at 7:00 PM
**Saturday Night Live airing on
NBC**


**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
Promoted by Uber

Trending in United States   ···
**HE'S BACK**
111K Tweets

Music · Trending   ···
**jisoo**
Trending with #BLACKPINK 🏆, Camila

Trending in California   ···
**HELL NO**
45.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/StiviDeTivi/status/1349146722921013249 __ at __ 2022-11-21 00:02:15 -08:00 __

← **Tweet**

 **Stivi De Tivi** ✔
@StiviDeTivi

···

Cuando tú héroe deja de ser un héroe: Al actor #BruceWillis lo corrieron de una farmacia en LA por no llevar cubrebocas y negarse a ponerse uno.

Cole Sear : I see dead people.

Translate Tweet



4:10 PM · Jan 12, 2021 from Zapopan, Jalisco · Twitter for iPhone

**3** Retweets  **1** Quote Tweet  **28** Likes

💬               ↻               ♡               ⬆

 Tweet your reply               Reply

## Relevant people

 **Stivi De Tivi** ✔      Follow
@StiviDeTivi

Stivi De TiVi (Enrique Solorzano). AMO las series y el cine. Me encuentras en radio, TV, podcast, revistas, medios digitales y fiestas. Pronombres: Él/Su/Suyo

## What's happening





NFL · 3 hours ago
**Chiefs at Chargers**

Music · Trending      ···
**Lionel Richie**
3,330 Tweets

Trending in United States      ···
**Bob Iger**
Trending with Disney, Chapek

Trending in United States      ···
**UCLA**
11.7K Tweets

The Real Housewives of Potomac · Trending      ···
**#RHOP**
Trending with Wendy, Robyn

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Search Twitter

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

**Tweet**

Perkowski Legal P.C.  ···
@c_perkowski

https://twitter.com/RNavyBrasil/status/1503163617264427009 .. of ... 2022-11-22 00:28:41 -08:00 Document 23-24 Filed 03/13/23 Page 13 of 101 Page ID #:5400

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Search Twitter

**Rihanna Navy Brasil | Fan Account**
@RNavyBrazil

Kim Kardashian compartilhou o último look de Rihanna
em seu stories no Instagram: "Melhor estilo de gravidez
de todos os tempos".
Translate Tweet



5:18 PM · Mar 13, 2022 · Twitter for iPhone

**104** Retweets   **55** Quote Tweets   **1,471** Likes

Tweet your reply                                    Reply

Daniel @DanielCoimbra · Mar 14
Replying to @RNavyBrazil
Gente elas não  tem treta nenhuma , Kim sempre admirou a Riri
                                                 5

Jenii 🥀 @papiliopenna · Mar 13
Replying to @RNavyBrazil
Achei q elas fossem tretadas

davi @sweretgayperson · Mar 13
Replying to @RNavyBrazil
Amo

bb da riri e ludnitter🏴 Lula 13❤ @nandosousasf · Mar 13
Replying to @RNavyBrazil
O sonho dela ser assim



                                                 39

eduardo @iameduzinhoh · Mar 13
Replying to @nandosousasf and @RNavyBrazil
aí zzz
                                                 2

Fellps @felliperas · Mar 13
Replying to @RNavyBrazil
ela não mentiu
                                                 11

Leeh @leehtuita · Mar 13
Replying to @RNavyBrazil
Kardashians/Jeannette são muito cadelinhas da Rih e ela simplesmente caga
pra elas. Amo
                                                 16

🌙 @estefanisilva01 · Mar 13
Replying to @RNavyBrazil
Achei que a Kim não gostasse dela kkkkk

cris @crijustmight · Mar 13
Replying to @estefanisilva01 and @RNavyBrazil
mas a kim sempre se inspirou nos looks da rih, tem até print dela vendo
                                                 11

Show replies

CAMILA CORREA @camisscorrea · Mar 16
Replying to @RNavyBrazil
E o da Kim o mais brega

t, sim 🎀 @thalleslits · Mar 13
Replying to @RNavyBrazil
A mami @rihanna nem deve conhecer essa tal de Kim ... rainha demais
senhor como podeeeeee

Biancaz @toctoutlesjours · Mar 13
Replying to @thalleslits @RNavyBrazil and @rihanna
rihanna definitely likes kim and her sisters



Show replies

cris @crijustmight · Mar 13
Replying to @RNavyBrazil
a @jessicakayane se mordendo agora
                                                 1

Relevant people

Rihanna Navy Brasil |...     Follow
@RNavyBrazil
RN🏴 | Estamos online desde 2010,
somos o maior e mais completo fã-
clube sobre a cantora Rihanna no
Brasil e em toda a América Latina.
Apoio: @amusicbrasil

What's happening

NFL · 4 hours ago
49ers at Cardinals

#AvatarTheWayOfWater💧
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
Died Suddenly
Trending with World Premiere

Trending in California
Mexicans
6,984 Tweets

Only on Twitter · Trending
Pablo Milanés
Trending with Auburn

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



# Twitter

← **Tweet**

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

**Chris Evans Italian fans**
@ItalyChrisEvans

NEW
@chrisevans and @therock filming #Red1 in Atlanta
Source
dailymail.co.uk/tvshowbiz/arti...

#ChrisEvans #dwaynejohnson #makingof
instagram.com/p/CkjVxuzIvNg/...

1:21 PM · Nov 4, 2022 from Brescello, Emilia Romagna · Twitter for Android

5 Retweets    25 Likes

💬    ↻    ♡    ⬆

**Tweet your reply**    Reply

**Valentina Russo** @Valentina_2189 · Nov 5
Replying to @ItalyChrisEvans @ChrisEvans and @TheRock
What a pair of legends! 👊💪🔝👏

GIF  ALT

**Perkowski Legal P.C.**
@c_perkowski

🔍 Search Twitter

**Relevant people**

**Chris Evans Italian fans** ✓    Follow
@ItalyChrisEvans
Per tutti i fan italiani e non di
@ChrisEvans

**Chris Evans** ✓    Follow
@ChrisEvans
A Starting Point: @ASP

**Dwayne Johnson** ✓    Follow
@TheRock
Founder

**What's happening**

NBA · 1 hour ago
**Lakers at Suns**

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
🎬 Promoted by Avatar

Trending in United States
**Erection**
19.5K Tweets

Trending in California
**Costco**
5,996 Tweets

Celebrities · Trending
**Denzel Washington**
2,135 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

https://twitter.com/ScreenMix/status/1358192054190490640 _id _... _al _... 2023-11-22 14:39:50 -08:00
Document 23-24    Filed 03/13/23    Page ID #3402

Q Search Twitter

🐦

- Home
- # Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C. ⋯
@c_perkowski

MX  Screen Mix ✅
@ScreenMix

مرحم روبي بالشعر الأسود من كواليس تصوير فيلمها الجديد من إخراج ديفيد أو راسل.

Translate Tweet



3:15 PM · Feb 6, 2021 · Twitter Web App

3 Retweets    13 Quote Tweets    427 Likes

♡          ⟲          ♡          ⬆

[PL] Tweet your reply                    Reply

shaden @_shad_om · Feb 6, 2021
Replying to @ScreenMix
تحسبتني هذي الممثلة

♡          1          ♡          ⬆

وليد @WateenTq · Feb 6, 2021
Replying to @ScreenMix
تشبه مايكل جاكسون وذا فيني شي؟

♡          ⟲          ♡  1       ⬆

4oo4e.eth @4oo4e_eth · Feb 7, 2021
Replying to @ScreenMix
🔥🔥😍😍

♡          ⟲          ♡          ⬆

هارون @jiss092 · Feb 6, 2021
Replying to @ScreenMix
ياشلوخة

♡          ⟲          ♡          ⬆

علي الخالدي @ali_alkhalid33 · Feb 6, 2021
Replying to @ScreenMix
من زمان احبت عن اسمها 😷
همرين دكرياية انك 😷
خو اقلعها شلاليبة

♡          ⟲          ♡          ⬆

مصطفى @_4jfz · Feb 6, 2021
Replying to @ScreenMix
عالجا الجوهد طيب لحلها خرباته خرباته

♡          1          ♡          ⬆

تايف الثغبان @J_9Yr · Feb 6, 2021
Replying to @_4jfz and @ScreenMix
ابو سلمى تخال واني امتاح مواساتك 😷

♡          1          ♡          ⬆

Show replies

خالد @isatagoaat · Feb 6, 2021
Replying to @ScreenMix
جميلة

♡          ⟲          ♡          ⬆

@vmltn · Feb 6, 2021
Replying to @ScreenMix
هاربي كوين 😷

♡          ⟲          ♡          ⬆

محمد @hhhdh_ · Feb 6, 2021
Replying to @ScreenMix
ما تاخذ دقيقة من وقتك :
- سبحان الله ♥️
- الحمدلله ♥️
- لا اله الا الله ♥️
- الله أكبر ♥️
- سبحان الله و بحمده 💚
- سبحان الله العظيم 💚
- استغفر الله و أتوب إليه 💚
- لا حول و لا قوة إلا بالله 💚
- اللهم صلى وسلم علي نبينا محمد
- لا إله الا الله محمد رسول الله

♡          ⟲          ♡  2       ⬆

Ali Pirlo #noitalynoWorldCup✅ @aa21pirlo · Feb 6, 2021
Replying to @ScreenMix
ضارت مو شلوح شلوشوانيا غبرها نخيل طليها

♡          ⟲          ♡          ⬆

monther @privet12345487 · Feb 6, 2021
Replying to @ScreenMix
شو هاشوة بلى ما برسم

♡          ⟲          ♡          ⬆

A L I @al_9mar · Feb 6, 2021
Replying to @ScreenMix
ما تليق عليها

♡          ⟲          ♡          ⬆

هاشم @flowearb · Feb 6, 2021
Replying to @ScreenMix
ليكون هذ طلعها عك كرستيان ياليه نووووووووووو سبيت اسم طلعهم هذاك مدن هو
نفسه برس وش ذا الجومة

♡          ⟲          ♡          ⬆

Yousif @yousifQjassim · Feb 7, 2021
Replying to @ScreenMix
كريه

♡          ⟲          ♡          ⬆

This Tweet was deleted by the Tweet author. Learn more

[Darkness] @cjqbkm · Feb 6, 2021
Replying to @MrtAziz and @ScreenMix
طيب والعكس ↗️

♡          ⟲          ♡          ⬆

This Tweet is from a suspended account. Learn more

This Tweet is from a suspended account. Learn more

Show replies

Show more replies

Relevant people

MX  Screen Mix ✅          Follow
@ScreenMix
حساب يهتم بنقل كل ما يحدث حول العالم
من أهم نجوم السينما العربية للإعلان :
تواصل معنا عبر الخاص او على
ScreenMix@PandoraBoxeg.com

What's happening

FIFA World Cup · 4 hours ago
Mexico vs Poland

#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
☑ Promoted by Avatar

Trending in California
Chicharito
6,691 Tweets

Betty White · Trending
Betty White
2,672 Tweets

Trending in California
Lucas
152K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

# Tweet

**Chrystal** 🇧🇷
@N_GalitzineBr

📸 Fotos de Nicholas Galitzine e Anne Hathaway nos bastidores de gravação do filme #theideaofyou #nickgalitzine
02
MEU NENEM TA LINDOOOOO

Translate Tweet



Nicholas Galitzine and 8 others

3:52 AM · Oct 21, 2022 · Twitter for Android

**1** Retweet  **1** Quote Tweet  **42** Likes

Tweet your reply

Reply

**Janara Chaves** @ChavesJanara · Oct 21
Replying to @N_GalitzineBr @nickgalitzine and 6 others
😍😍

2

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

Search Twitter

## Relevant people

**Chrystal** 🇧🇷
@N_GalitzineBr
Follow
#nicholasGalitzine #nicolasgalitzine #purplehearts #continenciaaoamor @nickgalitzine

**Nicholas Galitzine** ✔
@nicholasgalitzine
Follow

**Nicholas Galitzine Up...**
@galitzineupdate
Follow
A sua melhor fonte de informações do ator e cantor Britânico Nicholas Galitzine no Brasil. @nickgalitzine

## What's happening

Formula 1 · Starts tomorrow
Abu Dhabi Grand Prix 2022

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
HE'S BACK
133K Tweets

Trending in California
#AMAsFanFavorite 🔥
1.66M Tweets

Sports · Trending
Ole Miss
Trending with Arkansas, Lane

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

_ https://twitter.com/harrymoonchild/status/1313898693870019200 _ at _ 2022-11-21 13:07:28 -08:00 _



← **Tweet**

**dee.**
@harrymoonchild

Harry's iconic green jacket 🥹, the baby blue purse 🥹, his sneakers🥹, him bringing back his rings 🥹 and his curls 🥹

10:47 AM · Oct 7, 2020 · Twitter for Android

**14** Retweets   **3** Quote Tweets   **154** Likes

Tweet your reply

Reply

---

Search Twitter

**Relevant people**



**dee.**
@harrymoonchild

Follow

#harry: starry haze crystal ball 🔮🛍️ | backup:@goldenfineline | ig:dishaxrai

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**



Trending in United States
**Jordan Morris**
Trending with Acosta, Reyna

Trending in United States
**1-0 USA**
20.2K Tweets

Music · Trending
**Ciara**
14.8K Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/jaymalecelebs/status/1304155217123049482 __at __ 2022-11-22 15:33:30 -08:00

← **Tweet**

**Male Celeb Hotties**
@jaymalecelebs      ...

😉



1:30 PM · Sep 10, 2020 · Twitter for Android

**90** Retweets    **1** Quote Tweet    **828** Likes

---

Tweet your reply                    Reply

**Life Of A Belieber 101** 🤍 🇺🇦 🏳️ @gayboylieber97 · Sep 12, 2020    ...
Replying to @jaymalecelebs and @gayyforbieber
decisions decisions 😍😍🔥
💬 1      🔁      ♡ 1      📤

**fagforbieber** @gayyforbieber · Sep 12, 2020    ...
Replying to @gayboylieber97 and @jaymalecelebs
Oh definitely😳😔😏
💬      🔁      ♡ 1      📤

**Mr. Yeah** 🍑 @cmhgaydude · Sep 10, 2020    ...
Replying to @jaymalecelebs
Jaden is soo little it always looks like he sucking in
💬      🔁      ♡ 1      📤

**Jack (3am Edition)** 💀🏴‍☠️🏳️‍🌈 (he/him) @JCokell · Sep 10, 2020    ...
Replying to @jaymalecelebs
Damn Jayden
💬      🔁      ♡      📤

This Tweet was deleted by the Tweet author. Learn more

**Celeb Lookalike (23K)** @ZelebLooczAlike · Sep 10, 2020    ...
Jaden
💬      🔁      ♡ 4      📤

## Sidebar

**Relevant people**



**Male Celeb Hotties**
@jaymalecelebs                    Follow
Just a bi guy bringing you hot male
celeb content to lust over! DM's are
always open! Have fun! 😜 18+

**What's happening**

FIFA World Cup · 5 hours ago
**Mexico vs Poland**

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Celebrities · Trending                    ...
**Chris Evans**
6,361 Tweets

Trending in United States                ...
**Edgar Martinez**

Trending in California                    ...
**Mexico City**
17.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Perkowski Legal P.C.**                    ...
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 23-24    Filed 03/13/23    Page 19 of 101    Page ID #:5406



← **Tweet**

**Gerard Cortez**
@SoyGerardCortez     ...

Quiero caminar con mi manito agarrada en su bolsillo 🔥😍🔥 En el de Tom o en el de alguien 🤣

Translate Tweet



7:27 AM · Apr 28, 2022 · Twitter for iPhone

**13** Retweets   **3** Quote Tweets   **396** Likes



**Perkowski Legal P.C.**
@c_perkowski     ...

Tweet your reply                              Reply

**RYVDW** @LopezYamari · Apr 28     ...
Replying to @SoyGerardCortez
Awwww lucen tan tiernos!!! Un poco molesto Tom pero lindos! 😊

---

🐦  Home

#  Explore

🔔  Notifications

✉️  Messages

🔖  Bookmarks

📋  Lists

👤  Profile

⊙  More

**Tweet**

---

## Relevant people

**Gerard Cortez**     Follow
@SoyGerardCortez
Periodista de moda y cultura pop. TV Host y guionista. Amarás mi YouTube. No binarie. Inmigrante. Contacto Gerardcortez@gmail.com (Él-he, ella-she, elle-they)

## What's happening

Sports · LIVE
**2022 FIFA World Cup**

Entertainment · Trending     ...
**Died Suddenly**
73.4K Tweets

Trending in California     ...
**Mexicans**
6,853 Tweets

Entertainment · Trending     ...
**BLEACH**
173K Tweets

Trending in United States     ...
**#MessUpThanksgiving**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/RihannaNoBrasil/status/1564003476740390913 __ st __ 2022-11-20 14:54:28 -08:00 __



← **Tweet**

Rihanna.com.br ⚓
@RihannaNoBrasil

Bora falar do #VMAs? Rihanna já foi muitas vezes à premiação e o resto é lenda!

💬 chat.whatsapp.com/LopVQWKl0lJ4iw...

Translate Tweet



2:34 PM · Aug 28, 2022 · Twitter for Android

37 Likes

Tweet your reply                                    **Reply**

AriAntoniazziJr. @AntoniazziAri · Aug 28
Replying to @RihannaNoBrasil
😍😘

---

🔍 Search Twitter

**Relevant people**

Rihanna.com.br ⚓          **Follow**
@RihannaNoBrasil
Rihanna.com.br is a genuine and
registered fansite, made by fans. 🇧🇷
Fã-clube e portal de notícias brasileiro
sobre a cantora Rihanna. Online desde
2008. 💎

**What's happening**

NFL · 1 hour ago
**Browns at Bills**



#Disenchanted 💃
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
59K Tweets

Trending in United States
**#FIFAWorldCup** 🏆
Trending with #AMAs 💰

Trending in United States
**UCLA**
30.8K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

— https://twitter.com/creamorscream/status/1363306783549378560 __ at __ 2022-11-20 18:03:25 -08:00 —

← Tweet

**Bishop**
@BlindWanda

She's our dork and we love her ❤️

#Hawkeye #Marvel



👤 Hailee Steinfeld and 2 others

5:57 PM · Feb 20, 2021 · Twitter Web App

**22** Retweets  **2** Quote Tweets  **134** Likes

Tweet your reply                                    Reply

## Relevant people

**Bishop** 
@BlindWanda                                          Follow

Lover of Marvel, DC, Star Wars, Comics, Hailee Steinfeld, BLACKPINK, and many other things ✌️

**Hailee Steinfeld** ✓
@HaileeSteinfeld                                     Follow

haileesteinfeld.lnk.to/coast

**Disney+** ✓
@DisneyPlus                                          Follow

#DisneyPlus is your home for the holidays. 💙❄️ #SeasonsStreamings

## What's happening

NBA · LIVE
**Warriors at Rockets**

**#Disenchanted** 🧑‍🦰
Original movie now streaming
▶️ Promoted by Disney+

Trending in United States
**Machine Gun Kelly**
2,021 Tweets

Music · Trending
**Kelly Rowland**
2,471 Tweets

Music · Trending
**LIGHTS UP**
11.2K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet



**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/bso/status/1378212598903111680 __sl __ 2022-11-22 08:47:17 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-24   Filed 03/13/23   Page 22 of 101   Page ID #:5409

# Tweet

**Robert Littal BSO** ✓
@BSO

Photos of Draya and Tyrod Taylor Out in Malibu; Why It's Looking Like Taylor Will Be Starting QB of Texans This Season (Pics-IG) bit.ly/3cLzSFP



10:07 PM · Apr 2, 2021 · BSO Alert

**1** Retweet   **2** Quote Tweets   **14** Likes

---

**Perkowski Legal P.C.**
@c_perkowski

Tweet your reply                          Reply

**aaron munoz** @aaronmunozz · Apr 2, 2021
Replying to @BSO
Alex Smith gonna step right in a week before the opener

**Tyler Ellis™** @Tyler991732 · Apr 2, 2021
Replying to @BSO
@ThunnnnnnnderC awee shit I always knew tyrod was a real one 👀😎
♡ 1

**Drizzy** @drethundercat · Apr 2, 2021
Replying to @Tyler991732 and @BSO
Lol
♡ 1

**PopPop Hotep**🚩 @IronApache · Apr 2, 2021
Replying to @BSO
Hes really lookin like he wants all the smoke from Draya

---

## Relevant people

**Robert Littal BSO** ✓   Follow
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

## What's happening

Music · LIVE
**Fans celebrate Kihyun's birthday** 🥳

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States
**Died Suddenly**
103K Tweets

Trending in United States
#السعودية_الأرجنتين
1.21M Tweets

Trending in United States
**Argentina**
Trending with #FIFAWorldCup 🏆 Herve Renard

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

**VISH Midia** 🇧🇷
@vishmidia

Ye (Kanye West) estava na companhia do rapper A$AP
Rocky na última noite 🙏🏽💸



6:54 AM · Nov 9, 2021 · Twitter for iPhone

**117** Retweets   **76** Quote Tweets   **2,139** Likes

Tweet your reply                                    Reply

**Bruno** 🇧🇷 @brunoo_1914 · Nov 9, 2021
Replying to @vishmidia
Trajando bota de açougueiro
         1                      ♡ 9

**ATK** @camelque · Nov 9, 2021
Replying to @brunoo_1914 and @vishmidia
foda que é o crocs da balenciaga
                               ♡ 8

**DROGA, É O SHOCKER** @Shocker_2001 · Nov 10, 2021
Replying to @vishmidia
Ye no estilo entregador de quentinha

**ferg** @filipeferg · Nov 9, 2021
Replying to @vishmidia
Projetinho

**BAKTERYA** @FETULHX · Nov 9, 2021
Replying to @vishmidia
Keyne ôdrip

**master mau**🇧🇷 @mauricio_rizzo · Nov 9, 2021
Replying to @vishmidia
Kanye gaúcho
                               ♡ 1

**Mike** @Afro_Mikee · Nov 10, 2021
Replying to @vishmidia
Inimigo da moda, pqp

**Gotrim** @ttkct7 · Nov 9, 2021
Replying to @vishmidia
Cadê a rihanna com o kanye 😂😂😂

**melodrama girl** @ylbananabread · Nov 9, 2021
Replying to @vishmidia
amo amo

**R4RE 🔺 140 24/11 TRASH B.** 🔺 @R4REOG · Nov 9, 2021
Replying to @vishmidia
Me falaram que o A$ap vai desfilar na próxima coleção de YE

**OÉL** 🎵 @vulgooel · Nov 9, 2021
Replying to @vishmidia
Música nova rapaziada, quem quiser conferir vou deixar o link aqui, muito
obrigado pela atenção, se cuidem. ❤️

youtube.com
Dalaz Ft. OÉL - Flow Kage Bushin  (REMIX QTZ fi...
Letra : (Dalaz)Sinto saudade meu mano o tempo tá
voandoMinha arma se pa ta ate disparandoDa sua ...
                               ♡ 1

Show additional replies, including those that may contain offensive        Show
content

**Perkowski Legal P.C.**
@c_perkowski

**Relevant people**

**VISH Midia** 🇧🇷          Follow
@vishmidia
Site de conteúdo subversivo | +
@vishsports Contato:
contato@vishmidia.com.br

**What's happening**

FIFA World Cup  LIVE
England vs Iran

Trending in California
**#BLACKPINK_WORLDTOUR**
58.2K Tweets

Trending in United States
**Callum Wilson**
2,755 Tweets

Sports · Trending
**Michael Irvin**

The Real Housewives of Potomac · Trending
**Wendy**
112K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

🔍 Search Twitter

🏠 Home

# Explore

🔔¹ Notifications

✉ Messages

🔖 Bookmarks

🗐 Lists

👤 Profile

⋯ More

**Tweet**

 **Bang Tidy Celebs**
@BangTidyHQ                                      ⋯

## Megan Fox 🔥🔥



11:06 AM · Jun 14, 2021 · Twitter Web App

**8** Retweets    **100** Likes

💬          ⇄          ♡          ⬆

 P   Tweet your reply                    **Reply**

## Relevant people

 **Bang Tidy Celebs**    **Follow**
@BangTidyHQ
Bringing you Bang Tidy Celebs from
the UK and around the world. From TV
& Film to Music & Models. Any
requests feel free to tweet.

## What's happening

NFL · 2 hours ago
**Browns at Bills**

**#Disenchanted** 🧑‍🦰
Original movie now streaming
🎞 Promoted by Disney+

Trending in California                    ⋯
**Elton John**
12.5K Tweets

Trending in United States              ⋯
**UCLA**
30.2K Tweets

Trending in United States              ⋯
**#AMAs** 🏆
Trending with TOMORROW X TOGETHER, Favorite K-
Pop Artist

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

P   **Perkowski Legal P.C.**    ⋯
@c_perkowski



__ https://twitter.com/fentystats/status/1394586742976622592 __ at __ 2022-11-22 03:53:19 -08:00 __

← **Tweet**

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗐 Lists

👤 Profile

⊙ More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**


**Perkowski Legal P.C.**
@c_perkowski   ...

← **Tweet**

**Ludenoid** 
@ludenoid

Margot Robbie, Barbie filminin setinde.



3:49 AM · Jun 23, 2022 · Twitter Web App

**1** Quote Tweet   **47** Likes

Tweet your reply

Reply

## Relevant people

**Ludenoid** 
@ludenoid

Follow

Oyun, dizi ve film evrenlerinden haber ve yorumlar 🥐 #EpicPartner - Creator Code: LUDENOID 💗 İş Birliği & İletişim: info@ludenoid.com

## What's happening

NBA · LIVE
**Warriors at Pelicans**



Entertainment · Trending
**Died Suddenly**
53.1K Tweets

Sports · Trending
**#WWERaw**
Trending with Rebel Heart, Omos

Trending in United States
**NCAA 14**

Sports · Trending
**Grupo Firme**
Trending with #NFLMexicoGame

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Search Twitter


Perkowski Legal P.C.
@c_perkowski



← **Tweet**

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**



**Türkçe**
@turkce

···

Sokak ortasında kavga dlvr.it/RKPqxF #Türkçe #MagazinHaberleri #Magazin

Translate Tweet



2:50 AM · Nov 30, 2019 · dlvr.it

💬          🔁          ❤          📤

 Tweet your reply                    **Reply**

🔍 Search Twitter

**Relevant people**

 **Türkçe**      **Follow**
@turkce

Gazete ve dergilerden Türkçe Haberler, Son Dakika, Spor, Magazin, Teknoloji, Sinema Haberleri. İletişim ve iş birliği için: turkcemag@gmail.com

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**



#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
📢 Promoted by Avatar

Trending in United States          ···
**RIP Harold**

Sports · Trending          ···
**Claxton**
1,339 Tweets

Politics · Trending          ···
**AIDS**
20.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.          ···
@c_perkowski

← **Tweet**

🔍 Search Twitter

## Home
## Explore
## Notifications 1
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**inMARVEL** ❄️ #MarvelStudios #Marvel #WakandaForever
@inMARVEL_                                                    ⋯

Más imágenes de #MadameWeb 🔥

#SpiderMan #Spiderverse #Sony
#Marvel #MarvelStudios #Disney
Translate Tweet



10:10 AM · Oct 6, 2022 · Twitter for Android

**9** Retweets  **2** Quote Tweets  **32** Likes

Tweet your reply                                    Reply

### Relevant people

**inMARVEL** ❄️ #Marv...    Follow
@inMARVEL_

Aquel que disfrute del contenido de
Marvel Studios, si es digno, poseerá el
poder de saber todo acerca del MCU.
¡Sígueme y sé un Nuevo Vengador!
👊🦸

### What's happening

NCAA Football · LIVE
**Illinois at Michigan**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
📷 Promoted by Uber

Only on Twitter · Trending            ⋯
**#万博体育**
2,637 Tweets

Entertainment · Trending            ⋯
**Tommyinnit**
9,556 Tweets

Sports · Trending            ⋯
**Ricky Turcios**
Trending with #UFCVegas65

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**    ⋯
@c_perkowski

← **Tweet**

**aly**
@stranwberryes                                                      ...

os paparazzi perseguindo a anitta nos usa eu sempre sonhei com isso a relevância meus amores

Translate Tweet



.@JustJared

.@Anitta was spotted on Monday evening during a night out with friends in L.A. Check out every photo here!

justjared.com
Anitta Spotted on Night Out with Friends in L.A. - See Every Photo!

4:53 PM · Jun 1, 2021 · Twitter for Android

**3** Retweets   **32** Likes

💬          🔁          🤍          ⬆️

**P**   Tweet your reply                              Reply

---

**Relevant people**

**aly**                                          Follow
@stranwberryes
comento sobre a vida dos outros

**What's happening**

FIFA World Cup · 🔴LIVE
**France vs Australia**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Trending in United States                         ...
**Giroud**
Trending with Australia, Mbappe

Trending in California                            ...
**LAPD**
11.8K Tweets

Trending in United States                        ...
**#MEXPOL**
70.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



**P**   Perkowski Legal P.C.              ...
@c_perkowski

__ https://twitter.com/ELPAJANAVARRO/status/956617319895224321___ at __ 2022-11-21 17:45:57 -08:00 ___



← Tweet



**Robert Littal BSO** ✓
@BSO

Jennifer Lopez And Ben Affleck Confirm They're Back Together After Being Caught Making Out At Birthday Dinner (Pics-Vid) bit.ly/3cCZ0hx via @BasketballguruD



10:42 PM · Jun 14, 2021 · BSO Alert

**1** Retweet   **1** Quote Tweet   **5** Likes

         


Tweet your reply                                    Reply


**Perkowski Legal P.C.** ...
@c_perkowski

🔍 Search Twitter

**Relevant people**


**Robert Littal BSO** ✓            Follow
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**The Daniel Bell©**              Follow
@BasketballGuruD
Thunder Beat Reporter For @BSO | Contributor for the @FranchiseOK | A lot of sports tweets | dbell3220@icloud.com

**What's happening**

FIFA World Cup · 2 hours ago
**Argentina vs Saudi Arabia**



#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States          ...
**Died Suddenly**
101K Tweets

Trending in United States          ...
**#السعوديه_الارجنتين**
1.2M Tweets

Trending in United States          ...
**Argentina**
Trending with #FIFAWorldCup 🏆 , Herve Renard

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

← **Tweet**



**Cʜʀɪs Evaɴs ꜰaɴ** 💙 🇧🇷 | Fã site
@cevansnation41                                    •••

Mais fotos de Chris Evans durante o Set de #RedOne

11:13 AM · Nov 4, 2022 · Twitter for iPhone

**1** Like

## Relevant people

**Cʜʀɪs Evaɴs ꜰaɴ** 💙 ...        **Follow**
@cevansnation41
Página dedicada ao ator @chrisevans
Twitter criado em Janeiro/2022. I'm
not Chris Evans. Fan Account.

## What's happening

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🫂
Get tickets now - In theaters December 16
☐ Promoted by Avatar

Business and finance · Trending
**#massshooting**
1,590 Tweets

Trending in United States
**Erection**
21.6K Tweets

Trending in California
**Costco**
6,185 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.



https://twitter.com/BRMarvelNews/status/1430334520625188889 __at __ 2022-11-20 17:08:03 -08:00
2:2-cv-09462-DMG-ADS    Document 23-24    Filed 03/13/23    Page 35 of 101    Page ID
#5422

← **Tweet**    Search Twitter

## Relevant people



Marvel News
@BRMarvelNews    •••

**Well...**

Depois de noticias de que a Ruth E. Carter, figurinista ganhadora do Oscar por #BlackPanther 🐾, não voltaria para a sequência do filme, ela foi fotografada nesse fim de semana nos bastidores do filme.

Translate Tweet



Marvel News @BRMarvelNews · Jun 2, 2021
O figurinista Mobolaji Dawodu (Queen of Katwe) fará parte da produção de "Black Panther: Wakanda Forever"

Ele substitui a Ruth E. Carter, ganhadora do Oscar de Melhor Figurino pelo primeiro filme. (via. @maverickmovies)

#WakandaForever 🐾

6:01 PM · Aug 24, 2021 · Twitter for Android

**12** Retweets  **4** Quote Tweets  **336** Likes

💬              🔁              ♡              ↰

🅿  **Tweet your reply**                    Reply

Steve Jobss @stevejobss0 · Aug 24, 2021
Replying to @BRMarvelNews
bom, era só um rumor, não? então segue o jogo.. o figurino do 1 é foda
dms

💬              🔁              ♡  2            ↰

The Big Marvel Theory @thebigmarvelth · Aug 24, 2021
Replying to @BRMarvelNews
Venha conspirar conosco ❤️

The Big Marvel Theory @thebigmarvelth · Aug 24, 2021
E se nessa cena ele falou "Olá Peter" para o Tobey? pq ele não conhece o Peter dessa realidade...

Olá, Peter.

💬              🔁              ♡              ↰

@coreyhwkns · Aug 24, 2021
Replying to @BRMarvelNews
os figurinos do primeiro filme são um show pros olhos espero a ela tenha voltado mesmo então

💬              🔁              ♡  10           ↰

Show more replies

## Navigation sidebar

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
••• More

**Tweet**

🅿  Perkowski Legal P.C.
@c_perkowski    •••

## Relevant people

Marvel News                Follow
@BRMarvelNews
Conta de fã dedicada ao Universo Marvel 🇧🇷 Contato:
marvelnewsbr@outlook.com

Will Mavity                Follow
@maverickmovies
Attorney. Film/awards season updates/below the line news for @nextbestpicture, sometimes @skynews, @BBC. Member @HCAcritics. Irish-Colombian, He/Him

## What's happening

NFL · 3 hours ago
Browns at Bills

#Disenchanted ✨
Original movie now streaming
💫 Promoted by Disney+

Trending in United States
#TheWalkingDead            •••
Trending with #TWDFinale

Trending in United States
**Iowa**                  •••
16.2K Tweets

Politics · Trending
**Colorado Springs**       •••
Trending with #ClubQ

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

__ https://twitter.com/FictionFeedback/status/1529674970688658208 __ at __ 2022-11-21 13:46:10 -08:00 __

← **Tweet**



**Multiverse Analysis**
@TheAnalystOne                                    ···

Gotta admit the suit looks super amazing, can't wait to watch the #BlueBeetle in action!




9:05 PM · May 25, 2022 · Twitter for Android

**1** Retweet   **2** Likes



P   Tweet your reply                                  Reply

## Search Twitter

### Relevant people



**Multiverse Analysis**
@TheAnalystOne                     Follow
Fiction Addict

### What's happening

FIFA World Cup · 14 minutes ago
**USA vs Wales**

TV stars · Trending                    ···
**#MyFamilyIsWeird**

Trending in United States              ···
**Mendy**
88.6K Tweets

Lovecraft Country · Trending          ···
**Lovecraft Country**

Music · Trending                       ···
**Meek**
8,562 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

P  **Perkowski Legal P.C.** ···
@c_perkowski

— https://twitter.com/cmurphyfans/status/1514350365273206790 __ st __ 2022-11-21 04:46:15 -08:00

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← Tweet

**Cillian Murphy Fans**
@CMurphyFans

Cillian Murphy on the set of Christopher Nolan's #Oppenheimer

dailymail.co.uk/tvshowbiz/arti...



2:10 PM · Apr 13, 2022 · Twitter for iPhone

20 Retweets    144 Likes

Tweet your reply

Reply

**Bella Swan's Collarbones** @macaroni_chintz · Apr 13
Replying to @CMurphyFans
Those PANTS 💀

**Haroon Shaw** @haroonshaww · Apr 13
Replying to @CMurphyFans
That Tommy walk😂



**Perkowski Legal P.C.**
@c_perkowski

**Relevant people**

**Cillian Murphy Fans**
@CMurphyFans

Follow

Fan account. Not Cillian Murphy ( obviously) Views are my own. #PeakyBlinders S6 is now streaming on @netflix.

**What's happening**

Television · Last night
The Walking Dead airing on AMC

Music · Trending
**Lionel Richie**
4,135 Tweets

Trending in California
**#Qatar2022** 🏆
1.23M Tweets

Only on Twitter · Trending
**#MotivationMonday**
1,440 Tweets

The Walking Dead · Trending
**#TheWalkingDead**
Trending with #TWDFinale, Daryl

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/filmfare/status/1033913263195992044 ... el ... 2022-11-21 18:15:01 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-24    Filed 03/33/23    Page 38 of 101    Page ID
#:5425

← **Tweet**

**Filmfare** ✔
@filmfare
· Official

Spotted!

@priyankachopra and @nickjonas clicked in LA.
pic.twitter.com/Nsg0ZiUx3N

8:05 PM · Aug 26, 2018 · Twitter for iPhone

**129** Retweets   **4** Quote Tweets   **2,246** Likes

**Relevant people**

**Filmfare** ✔    [Follow]
@filmfare
· Official
India's no.1 lifestyle and
entertainment magazine and your
daily dose of films and fashion.

**PRIYANKA** ✔    [Follow]
@priyankachopra
Dreamer. Achiever...

**Nick Jonas** ✔    [Follow]
@nickjonas

**What's happening**

NFL · LIVE
**49ers at Cardinals**

Trending in United States
**Died Suddenly**
44.4K Tweets

Trending in United States
**Tampax**
29.6K Tweets

Sports · Trending
**Cale Makar**
1,259 Tweets

Trending in California
**Dodger Stadium**
11.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply    [Reply]

**Nimesh Gajra** @Nimrocks88 · Aug 26, 2018
Replying to @filmfare @priyankachopra and @nickjonas
We want love story directed by @karanjohar

**Shilajit** @iamsg421997 · Aug 26, 2018
Replying to @filmfare @priyankachopra and @nickjonas
Happy raksha bandhan 😂😂😘
♡ 1       ♡ 2

**avinah** @AvinahAvinash · Aug 26, 2018
Replying to @iamsg421997 @filmfare and 2 others
I think u can't see a difference between couple and brother sister. so for u
both relation are same
♡ 2

**Kshitij |PCmaniac** ❤ @KshitijTambe · Aug 27, 2018
Replying to @filmfare @priyankachopra and @nickjonas
Let PeeCee Nick breath and focus on Bitter Truth



**Kshitij |PCmaniac** ❤ @KshitijTambe · Aug 27, 2018
Replying to @filmfare @priyankachopra and @nickjonas
😍😍👌🙌

**Nahid Hassan** @NahidHassan_ · Aug 27, 2018
Replying to @filmfare @priyankachopra and @nickjonas
😂😂😂😀

**waqas Baloch** @wikas20504979 · Aug 26, 2018
Replying to @filmfare @priyankachopra and @nickjonas
Nick is lucky
♡ 2

**avinah** @AvinahAvinash · Aug 26, 2018
Replying to @filmfare @priyankachopra and @nickjonas
priyanka look👌🙌🔥❤
♡ 3

**जैन साब** 😎 @jainatishayec · Aug 26, 2018
Replying to @filmfare @priyankachopra and @nickjonas
माँ बेटे साथ साथ 😂😂😂
♡ 2

**Soumyadeep Das** @SoumyadeepDas20 · Aug 26, 2018
Replying to @filmfare @priyankachopra and @nickjonas
Bolna anty aau kya..ghanti main bajau kya😂😂😂
♡ 2                 ♡ 1

**Ned** @Ned61930214 · Aug 27, 2018
Replying to @SoumyadeepDas20 @filmfare and 2 others



⭐**ZuRama the Gintama** ⭐ @KunFayaKunFaya · Aug 27, 2018
Replying to @filmfare
Are they siblings? 😂 He looks like Priyanka's younger brother!

❤️**RESHAM GURUNG**❤️❤ @ReshmaArthur · Aug 26, 2018
Replying to @filmfare @priyankachopra and @nickjonas
Such an beautiful pair u guys make 🙈🙈👌

**VIKASH DUBEY** @VIKASHD90919132 · Aug 26, 2018
Replying to @filmfare @priyankachopra and @nickjonas
Supper

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

Q Search Twitter

☐ Home

# Explore

🔔 Notifications (1)

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**



**Movie Crazy Planet** 🎬 🎦 🎟
@MovieCrazyP

···

¡El Team Sonic presente en #SonicTheHedgehog2!

Figuras de #Sonic🦔, #Tails y #Knuckles durante la filmación de #SonicMovie2.



👤 Sonic the Hedgehog

5:46 PM · Apr 20, 2021 · Twitter for Android

**4** Likes

💬          🔁          ♡          ⬆

 🄿   Tweet your reply                    **Reply**

## Relevant people

 **Movie Crazy Planet ...** **Follow**
@MovieCrazyP

💥Noticias, tráilers, pósters, los estrenos más recientes de cine, series y televisión.💥 Síguenos y activa la 🔔 moviecrazyplanet@gmail.com ✉

 **Sonic the Hedgehog** ✓ **Follow**
@SonicMovie

Watch #SonicMovie2 at home 2DAY! Now on 4K UHD & Blu-ray, Digital, and streaming on Paramount+.

## What's happening

Television · Last night
**Saturday Night Live airing on NBC**



**#Disenchanted** 🧝
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**#MassShooting**                                     ···

Jungkook · Trending
**Jungkook**                                          ···
Trending with Morgan Freeman, hobi

Trending in California
**#DonaldTrump**                                      ···
38.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🄿 **Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**

**Raúl Brindis** ✓
@raulbrindis

Jennifer Lopez y Ben Affleck continúan su romance.
Nuevas fotografías tomadas el domingo los muestran
juntos en Miami.
Affleck fue visto en el aeropuerto de Miami el domingo
y luego en la casa que J.Lo alquiló.

Translate Tweet



7:20 AM · May 24, 2021 · Twitter for iPhone

30 Likes

Tweet your reply                                    Reply

**Eduardo suarez** @Chompis90 · May 24, 2021
Replying to @raulbrindis
Esos famosos se enamoran y desenamoran muy rápido 😊

**Jeanneth Ordonez** @JeannethOrdone6 · May 24, 2021
Replying to @raulbrindis
A jlo le falta un turky en su vida para ya no buscar mas . por eso anda como
Chaplin brico a brinco es la Marilyn Monroy que lamentable pero mientra
pueda que le den gasolina .

**Claudia Gomez** @ClaudGMez · May 24, 2021
Replying to @raulbrindis
Déjenla que goce.

**juan m lara** @juanmlara · May 24, 2021
Replying to @raulbrindis
Esa mujer es de lo más corriente que hay y promiscua.

**Luis Ponce** @LuisPon10977543 · May 24, 2021
Replying to @raulbrindis
Como no van a estar contento si van saliendo de tener coito

**Fucho** @Fuchodellano · May 24, 2021
Replying to @raulbrindis
Esa Jlo esta mas picoteada que un brazo de adicto...

**benjamin** @benava78 · May 24, 2021
Replying to @raulbrindis
Más Puuuutttttt!!!!!!!! Ai!!!!!

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

Search Twitter

**Relevant people**

Raúl Brindis ✓
@raulbrindis
Radio Host for El Show de Raúl Brindis                Follow

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**


Trending in United States
USA USA USA
408K Tweets

Trending in United States
**National Anthem**
63.4K Tweets

Sports · Trending
**Charles Barkley**
4,897 Tweets

Trending in United States
I BELIEVE THAT WE WILL WIN

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS    Document 23-24    Filed 03/13/23    Page 41 of 101    Page ID #:5428

← **Tweet**



**Rock, Cine y Cómics**
@RockCineyComics

...

Algunas fotografías del set de grabación de #SonicMovie2 donde se pueden apreciar las estatuas de Sonic, Tails y Knuckless; además podemos ver a James Marsden y Sumpter grabando sus respectivas escenas.



6:08 PM · Apr 20, 2021 · Twitter for Android

**1** Like

Tweet your reply

Reply

🔍 Search Twitter

## Relevant people



**Rock, Cine y Cómics**
@RockCineyComics

Follow

Aquí encontrarás noticias, entrevista y alguna locura relacionado con los temas de tu interés

## What's happening

NFL · Yesterday
**Commanders at Texans**



Trending in United States
**Maher**
22K Tweets

...

Trending in United States
**#AMAs** 🔥
4.61M Tweets

...

Trending in United States
**Bob Iger**
Trending with Disney, Chapek

...

The Real Housewives of Potomac · Trending
**Candiace**
5,099 Tweets

...

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Home

### Explore

### Notifications

### Messages

### Bookmarks

### Lists

### Profile

### More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski
...

__ https://twitter.com/guidance_the/status/1431274695882575876 __ at __ 2022-11-20 10:02:07 -0800 __



← Tweet



**TheGuidance**
@guidance_the

Tenemos nuevas imágenes desde el set de la secuela de #blackpanther , #wakandaforever 🐾, centradas en Riri Williams (quién se protagonizará la serie de #marvel, #ironheart) y Everett Ross, a quien conocimos en Civil War. #mcu

Translate Tweet



8:17 AM · Aug 27, 2021 · Twitter Web App

2 Likes

♡ ↻ ♡ ⬆

 Tweet your reply          Reply

- 🏠 Home
- # Explore
- 🔔 Notifications ❶
- ✉ Messages
- 🔖 Bookmarks
- ☰ Lists
- 👤 Profile
- ⋯ More

**Tweet**

🔍 Search Twitter

**Relevant people**



**TheGuidance**
@guidance_the        Follow

Todo el contenido geek al alcance de tu mano. Noticias, análisis, cómics narrados, curiosidades, etc.

**What's happening**

Television · Last night
**Saturday Night Live airing on NBC**



**#Disenchanted** 🧙
Original movie now streaming
Promoted by Disney+

Only on Twitter · Trending    ⋯
**Rest in Power**
11K Tweets

Entertainment · Trending    ⋯
**Morgan Freeman**
161K Tweets

Trending in California    ⋯
**Shakira**
102K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.



**Perkowski Legal P.C.** ⋯
@c_perkowski

https://twitter.com/BookingFreetime/status/1552236200538275840 __ at __ 2022-11-21 08:26:06 -08:00 __

← **Tweet**



**Freetime**
@BookingFreetime                                                              ...

Dakota Johnson sur le tournage du film Madame Web.



3:15 AM · Jul 27, 2022 · Twitter Web App

**1** Like

💬            ⟲            ♡            ⬆️

 Tweet your reply                                         Reply

Q Search Twitter

**Relevant people**

 **Freetime**                                           Follow
@BookingFreetime

Freetime est une page d'information du cinéma, du divertissement, des séries et plateformes de streaming du moment et à venir.

**What's happening**

NFL · Yesterday
**Cowboys at Vikings**

Trending in United States                                                    ...
**Maher**
22.9K Tweets

Entertainment · Trending                                                     ...
**#AntManandTheWaspQuantumania**
Trending with Kang

Trending in California                                                       ...
**Dodger Stadium**
14K Tweets

Sports talk · Trending                                                       ...
**Skip and Shannon**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

← Tweet

**Miley Cyrus Updates** ✓
@MileyCyrusBz

Miley just posted the pic of her and Maxx on her instagram 🖤 seems like they're officially dating ✨



🖼 mileycyrus

4:26 PM · Nov 3, 2021 · Twitter for iPhone

31 Retweets   6 Quote Tweets   273 Likes

Tweet your reply                                    Reply

**sheree comiska** @ComiskaSheree · Nov 4, 2021
Replying to @MileyCyrusBz
What a great picture!! Awesome!

**manion burtt** @manion_burtt · Nov 4, 2021
Replying to @MileyCyrusBz
right on the photo said maxx

**unholyvigilante🩸1🖤 MIDNIGHTS** 🎤 @spaceaur0ras · Nov 3, 2021
Replying to @MileyCyrusBz

1        1        2

**Heikki Kiesi** @KiesiHeikki · Nov 4, 2021
Replying to @spaceaur0ras and @MileyCyrusBz
🤣🤣

Perkowski Legal P.C.
@c_perkowski

🔍 Search Twitter

**Relevant people**

**Miley Cyrus Updates** ✓      Follow
@MileyCyrusBz
Fan account | Copyright belongs to the respective owners | @MileyCyrus follows 💕

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
⊕ Promoted by Avatar

Trending in United States
**El VAR**
78.9K Tweets

Entertainment · Trending
**Died Suddenly**
80.1K Tweets

Trending in California
**Mexicans**
7,240 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

This Tweet is from a suspended account. Learn more

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@r_perkowski

**Rajeev Kumar shah** @MEOWOIOOOJI · Feb 14, 2021
Replying to @MEOWOIOUSS
Useless 😒
♡    ⟳    ♡    ⬆️

**SARA** @sarehmoer · Feb 14, 2021
Replying to @MEOWOIOUSS
That thing looks like a halloween costume 😂😂😂😂
♡    ⟳    ⬆️

**Nic St. Vincent** @nicstvincent · Feb 14, 2021
Replying to @MEOWOIOUSS
Rihanna is fashion personified
♡    ⟳ 1    ♡    ⬆️

**Stillin94+** @stillill_sh · Feb 14, 2021
Replying to @MEOWOIOUSS
feels like a day vibe❤️



**🦋Boo'🦋** @BooNDyNarkz · Feb 14, 2021
That's not a cape
♡    ⟳    ♡    ⬆️

**Gem** @_jembrosio_ · Feb 14, 2021
Replying to @MEOWOIOUSS
I wudnt wear that even if u give me 15k x0
♡    ⟳    ♡    ⬆️

**Genny Random** @GennyRandom · Feb 14, 2021
Replying to @MEOWOIOUSS
Already seen on @JamaieKhouse years ago.
imgsn.ssa.gov.pics/GctFQFWKZV2_...
♡    ⟳    ♡    ⬆️

**@xxxxxxxxxxllxxx** · Feb 14, 2021
Replying to @GennyRandom @MEOWOIOUSS and @JamaieKhouse
Ok did we eat!!



**Gem** @_jembrosio_ · Feb 14, 2021
Replying to @MEOWOIOUSS
I wudnt wear that even if u give me 15k x0
♡    ⟳    ♡    ⬆️

**Genny Random** @GennyRandom · Feb 14, 2021
Replying to @MEOWOIOUSS
Already seen on @JamaieKhouse years ago.
imgsn.ssa.gov.pics/GctFQFWKZV2_...
♡    ⟳    ♡    ⬆️

**@xxxxxxxxxxllxxx** · Feb 14, 2021
Replying to @GennyRandom @MEOWOIOUSS and @JamaieKhouse
Ok did we eat!!



♡ 2    ⟳ 1    ♡    ⬆️

Show replies

**Mason R. Powers** @MasonRPowers1 · Feb 15, 2021
Replying to @MEOWOIOUSS
i thought she was wearing a heart costume



♡    ⟳    ♡    ⬆️

**madi** @Mdmadi · Feb 15, 2021
Replying to @MEOWOIOUSS
Okay but wait the guy in the background 😭
♡    ⟳ 1    ♡    ⬆️

**Kaelyn (the lyn is optional)** @TweenTweenMeow · Feb 15, 2021
Replying to @MEOWOIOUSS
Rihanna wearing a $15,000 cape while the rest of us struggle to figure out
how to pay our electric and grocery bill so we don't freeze or go hungry
*smh* How many people could $15,000 feed? Sorry RiRi, but this truly
disgusts me.
♡    ⟳ 1    ♡ 145    ⬆️

Show replies

**lil ceasar** @DaelU_Lee_Uoth · Feb 14, 2021
Replying to @MEOWOIOUSS



♡ 1    ⟳ 1    ♡ 2    ⬆️

**jamiek marie** @jamiekmarie · Feb 15, 2021
Replying to @DaelU_Lee_Uoth and @MEOWOIOUSS
my literal first thought 😂
♡    ⟳    ♡    ⬆️

**Madison (Taylor's Version)** @MAkgrlMadison28 · Feb 15, 2021
Replying to @MEOWOIOUSS and @flores_komaihan
It's cute but should be $50
♡    ⟳    ♡    ⬆️

**Vampire Queen** @AmiVoguRrobro · Feb 15, 2021
Replying to @MEOWOIOUSS
Whats the point in spending so much money on something so ugly?
♡    ⟳    ♡    ⬆️

**PreKrynMakeupr** @caryadifeenoob · Feb 15, 2021
Replying to @MEOWOIOUSS
She will always be a mood
♡    ⟳    ♡    ⬆️

**Saskia Abroll** @Saskia_abroll · Feb 15, 2021
Replying to @MEOWOIOUSS
Oh RiRi No we in art?
♡    ⟳    ♡    ⬆️

**Kambill** @kberogene · Feb 14, 2021
Replying to @MEOWOIOUSS
from here❤️
♡    ⟳    ♡    ⬆️

**Hina** @hinafhamsey · Feb 15, 2021
Replying to @MEOWOIOUSS
From where this money comes
♡    ⟳    ♡    ⬆️

**shh** @keersurleenan · Feb 14, 2021
Replying to @MEOWOIOUSS and @bigsnapplaw



♡    ⟳    ♡ 1    ⬆️

**glenda** @glenddda362 · Feb 14, 2021
Replying to @MEOWOIOUSS



Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@r_perkowski

__ https://twitter.com/filmnewsPL/status/1367790799879106561 __ at __ 2022-11-19 21:04:16 -08:00 __

← **Tweet**

 **Film News**
@filmnewsPL ···

Brad Pitt, Aaron Taylor-Johnson i Brian Tyree Henry na planie filmu #BulletTrain



2:55 AM · Mar 5, 2021 · Twitter for Android

**1** Retweet **22** Likes

 Tweet your reply
Reply

## Relevant people

 **Film News**
@filmnewsPL  Follow

🎬 najnowsze wiadomości filmowe - kino polskie i zagraniczne, popularne i niezależne 🎬 kontakt: filmnewspl@gmail.com

## What's happening

Television · 1 hour ago
**Saturday Night Live airing on NBC**


**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States ···
**HE'S BACK**
142K Tweets

Politics · Trending ···
**Mr. President**
42.5K Tweets

Sports · Trending ···
**#AEWFullGear**
Trending with Regal, Moxley

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski



← Tweet

**Robert Littal BSO** ✓
@BSO                                    ···

How Olivia Culpo is Showing Support For Her Boyfriend Christian McCaffrey (IG-Pics-Vids) bit.ly/2BJ7jFK



8:35 AM · Oct 25, 2019 · BSO Alert

**1** Quote Tweet   **3** Likes

💬                    ⟳                    ♡                    ⬆

 Tweet your reply                              Reply

🔍 Search Twitter

**Relevant people**

 **Robert Littal BSO** ✓        Follow
@BSO

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**


🏠 Home
# Explore
🔔 Notifications  1
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
··· More

**Tweet**

 **Perkowski Legal P.C.**  ···
@c_perkowski

— https://twitter.com/chrisevansparty/status/1580662109259505664 __ et __ 2022-11-20 13:32:48 -08:00 __

← **Tweet**

 **Chris Evans Celebrations** 💙 **(fan account)** 💙
@chrisevansparty                                               ···

## New shots of Chris Evans on the set of Red One. 🧡



1:49 PM · Oct 13, 2022 · Twitter for iPhone

**39** Retweets   **4** Quote Tweets   **269** Likes

💬          🔁          ♡          ⬆

  Tweet your reply                    **Reply**

**Joan** @joans3627 · Oct 13                              ···
Replying to @chrisevansparty
💙 🧡

💬          🔁          ♡          ⬆

---

**Home**
**Explore**
**Notifications** ①
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**           ···
@c_perkowski

🔍 Search Twitter

### Relevant people

 **Chris Evans Celebrati...**       **Follow**
@chrisevansparty
Welcome to the party where we all
celebrate the masterpiece that is Chris
Evans ⊙ Fan account ⊙ Not
associated with any celebrity ⊙

### What's happening

Formula 1 · This morning
**Abu Dhabi Grand Prix 2022**            

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in California                    ···
**Rest In Peace**
54.5K Tweets

Sports · Trending                         ···
**Fields**
Trending with  Falcons, Bears

Sports · Trending                         ···
**Parsons**
4,617 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← Tweet



Isa ✨💜
@QuinteroI05

Omg i'm freaking out
I'M FREAKING OUTTT

Nick and Anne filming The Idea Of You!
#NicholasGalitzine #AnneHathaway #TheIdeaOfYou



👤 Nicholas Galitzine

7:32 PM · Oct 20, 2022 · Twitter for Android

4 Retweets   2 Quote Tweets   42 Likes

 Tweet your reply                                    Reply

Perkowski Legal P.C.
@c_perkowski


Search Twitter

### Relevant people

Isa ✨💜
@QuinteroI05                                    Follow
Quien no arriesga no gana 🏙 Fangirl Deportivo Cali 💚 Coldplay ✨ Carson 💜 Galitzine 💚

Nicholas Galitzine ✔
@nickgalitzine                                  Follow


### What's happening

NBA · 2 hours ago
Lakers at Suns


#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
📽 Promoted by Avatar

Business and finance · Trending
#massshooting
1,666 Tweets

Trending in United States
Erection
21.7K Tweets

Trending in California
Costco
6,196 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/Tengu_musashi/status/1552087959196913664 __ 2022-11-21 19:09:02 -08:00 __

← **Tweet**



**TENGU MUSASHI**
@Tengu_musashi                                        •••

Voici à quoi ressemble Dakota Johnson sur le tournage de Madame Web.

Translate Tweet




5:26 PM · Jul 26, 2022 · Twitter for iPhone

**2** Retweets   **8** Likes

   

 Tweet your reply                    Reply

## Relevant people

 **TENGU MUSASHI**
@Tengu_musashi                    Follow 

## What's happening

NBA · Starts at 8:30 PM
**Jazz at Clippers**



Entertainment · Trending
**Died Suddenly**
50.4K Tweets

Sports · Trending
**Grupo Firme**
Trending with #NFLMexicoGame 🏈

Sports · Trending
**Mexico City**
17.8K Tweets

Crime drama · Trending
**#NCIS**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

🔍 Search Twitter

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
••• More

**Tweet**

 **Perkowski Legal P.C.** •••
@c_perkowski

← **Tweet**

**NO! BACKSTAGE**
@nobkstage

···

Leonardo Dicaprio quebrou a regra dos 25! Uma fonte revelou à ET que: "Gigi e Leo estão namorando". Os dois estavam juntos na Casa Cipriani, em Nova York, no sábado à noite e "pareciam muito próximos".O que acham desse novo "casal"?

(📷| Getty / Backgrid)
Translate Tweet



6:36 AM · Sep 17, 2022 · Twitter Web App

**4** Likes

💬            🔁            ♡            ⬆

 Tweet your reply          Reply

**Relevant people**

**NO! BACKSTAGE**
@nobkstage                    Follow

Novidades, shows, música, séries e tudo sobre o mundo do #entretenimento e #culturapop! 📩: backstageno@gmail.com

**What's happening**

Television · 29 minutes ago
**Saturday Night Live airing on NBC**


**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States        ···
**HE'S BACK**
Trending with Welcome Back

Sports · Trending            ···
**#AEWFullGear**
Trending with Jamie Hayter, Toni

Trending in United States        ···
**Best of 7**
6,948 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

🐦

Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

Lists

👤 Profile

··· More

**Tweet**

🔍 Search Twitter


**Perkowski Legal P.C.**    ···
@c_perkowski

__ https://twitter.com/SeriesUpdateFR/status/1235279603293401089 __ at __ 2022-11-21 10:03:05 -08:00 __

← **Tweet**

 **Infos Séries**
@SeriesUpdateFR

···

Tom Hiddleston et Owen Wilson sur le tournage de la série #Loki.

Translate Tweet



11:03 AM · Mar 4, 2020 · Twitter for Android

**45** Retweets   **6** Quote Tweets   **181** Likes

 Tweet your reply

Reply

## Home
## Explore
## Notifications 1
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Perkowski Legal P.C.
@c_perkowski  ···

Search Twitter

**Relevant people**

 **Infos Séries**
@SeriesUpdateFR   Follow

Bienvenue sur votre premier compte source français sur toutes vos séries, films et plateformes de streaming préférées. 📧: seriesupdatefr@gmail.com

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**



Trending in United States
**Mendy**
40.5K Tweets

···

Entertainment · Trending
**#AvatarTheWayOfWater**
2,967 Tweets

···

Trending in California
**Dodger Stadium**
13.8K Tweets

···

Sports · Trending
**Charles Barkley**
4,021 Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**



**Türkçe**
@turkce

· · ·

Jennifer Lawrence'ın düğününden ilk fotoğraflar yayınlandı: Sanat galerisi yöneticisi Cooke Maroney ile evlenen Oscar'lı oyuncu Jennifer Lawrence'ın, pek çok ünlünün katıldığı görkemli düğününden ilk kareler yayınlandı. dlvr.it/RGczm4 #Türkçe #MagazinHaberleri #Magazin

Translate Tweet



12:53 AM · Oct 21, 2019 · dlvr.it

💬          ⟲          ♡          ⬆



Tweet your reply

**Reply**

Q Search Twitter

## Relevant people



**Türkçe**
@turkce                                    **Follow**

Gazete ve dergilerden Türkçe Haberler, Son Dakika, Spor, Magazin, Teknoloji, Sinema Haberleri. İletişim ve iş birliği için: turkcemag@gmail.com

## What's happening

FIFA World Cup · Earlier today
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
📽 Promoted by Avatar

Trending in United States
**RIP Harold**                              · · ·

Trending in United States
**#StayWoke**                               · · ·

Trending in United States
**NitroRad**                                · · ·

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

Home

# Explore

Notifications ①

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Perkowski Legal P.C.** · · ·
@c_perkowski



__ https://twitter.com/AndyVermaut/status/1374484747653541897 __ at __ 2022-11-20 23:31:49 -08:00 __

← **Tweet**



**Andy Vermaut**
@AndyVermaut

···

Hailey and Justin Bieber's "Very Affectionate" Trip to Turks and Caicos Will Give Anyone Vacation Envy
eonline.com/news/1251614/h...



3:14 PM · Mar 23, 2021 · dlvr.it

💬   ⇄   ♡   ⬆

   Tweet your reply   **Reply**

🔍 Search Twitter

**Relevant people**

   **Andy Vermaut**
@AndyVermaut   **Follow**

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights, Whatsapp +32499357495

   **Perkowski Legal P.C.**
@c_perkowski   ···

https://twitter.com/mileyupdates/status/1227649808170672128 __el__ 2022-11-21 02:37:19 -08:00



Case 2:22-cv-09462-DMG-ADS    Document 23-24    Filed 03/13/23    Page 57 of 101    Page ID #:5444

← **Tweet**

🚨 ‼️ Now HipHop News ‼️ 🚨
@NowHipHopNews_

Blue Ivy spotted at Olivia Rodrigo's Sour Tour in Los Angeles!.

Who else thought it was Rihanna 😳 😂




8:49 PM · May 26, 2022 · Twitter for iPhone

**6** Retweets   **49** Likes

Tweet your reply                                              Reply

**Johnny Flores** @johnnyfm8 · May 26
Replying to @NowHipHopNews_ and @BenjaminEnfield
No shit Asap Rocky Hov hit it first🤣
💬 1        ↺        ♡ 1        ⬆

**matsy strongy** @MatsyStrongy · May 27
Replying to @johnnyfm8 and @BenjaminEnfield
Any proof

---

🔍 Search Twitter

### Relevant people

🚨 ‼️ Now HipHop N...          **Follow**
@NowHipHopNews_
We bring you the latest music from independent artists. Reaching 40million people monthly. SUBMIT YOUR MUSIC for unlimited yearly promotion 👇

### What's happening

NFL · 1 hour ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
64.3K Tweets

Only on Twitter · Trending
**Pablo Milanés**
Trending with Auburn

Entertainment · Trending
**Sinbad**
7,621 Tweets

Trending in United States
**Murder House**
1,681 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

← Tweet



**Foochia - فوشيا** ✓
@foochia

‏#بن_آفلك وحبيبته الجديدة #آنا_دي_أرماس خلال تواجدهما على أحد شواطىء كوستاريكا لقضاء عطلة رومانسية!

‏#مشاهير #أخبار_المشاهير #علاقات_عاطفية #BenAffleck

Translate Tweet



11:54 PM · Mar 15, 2020 · Twitter Web App

**1** Retweet   **7** Likes

Tweet your reply   [ Reply ]

---

**Relevant people**



**Foochia - فوشيا** ✓   [ Follow ]
@foochia

‏موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.

**What's happening**

NFL · 3 hours ago
**Cowboys at Vikings**

#Disenchanted 🔮
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, #Disney

Sports · Trending
**Russell Wilson**
Trending with Broncos, Raiders

Music · Trending
**Kelly Rowland**
Trending with Chris Brown

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🐦 Twitter

⌕ Search Twitter

⌂ Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

[ Tweet ]

← **Tweet**



**Dakota Johnson Argentina**
@DakoholicsArg

···

Nuevas fotos de Dakota durante las grabaciones de #MadameWeb hoy (6/8) en Boston, Massachusetts. #DakotaJohnson

Translate Tweet



3:35 PM · Aug 6, 2022 · Twitter for iPhone

**11** Retweets  **2** Quote Tweets  **47** Likes

💬          🔁          ♡          ⬆️

 Tweet your reply                    Reply

Search Twitter

## Relevant people

  **Dakota Johnson Arge...**    Follow
@DakoholicsArg
Tu mejor y más actualizada fuente de noticias e informacion sobre la actriz, modelo, activista, productora y directora Dakota Johnson en Argentina.

## What's happening

NBA · 19 minutes ago
**Lakers at Suns**



**#AvatarTheWayOfWater**🤖
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Trending in California                ···
**Costco**
5,699 Tweets

Trending in United States            ···
**Erection**
16.2K Tweets

Entertainment · Trending           ···
**Marvel**
93.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**  ···
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 23-24   Filed 03/13/23   Page 60 of 101   Page ID #:5447

← **Thread** 



**Relevant people**

Dakota Johnson Arge...   [ Follow ]
@DakoholicsArg
Tu mejor y más actualizada fuente de
noticias e información sobre la actriz,
modelo, activista, productora y
directora Dakota Johnson en
Argentina.

**What's happening**

Television · 28 minutes ago
**The Walking Dead airing on AMC**

**#Disenchanted** 🧹
Original movie now streaming
◇ Promoted by Disney+

Sports · Trending
**Patrick Mahomes**
3,669 Tweets

Trending in United States
**#AMAs** 🔥
Trending with soobin, Anitta

Trending in California
**Dodger Stadium**
9,212 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

🐦 Home
☷ Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊕ More

**Tweet**

Perkowski Legal P.C.
@_perkowski

← Tweet

Tae12
@tylerc2006

Alexis Ren is a ten



7:01 PM · Aug 2, 2022 · Twitter for iPhone

**40** Retweets  **490** Likes

💬          ⟳          ♡          ⬆

Tweet your reply                                    Reply

Hottest Celebs @HottestCelebs19 · Aug 2
Replying to @tylerc2006
A 13 OH God 🥰🥰😍



DAMNNNNN

♡          ⟳          ♡  1          ⬆

Tae12 @tylerc2006 · Aug 2
Replying to @HottestCelebs19



Show replies

josep josep @joezegaliarros · Aug 1
Replying to @tylerc2006
For sure😅

♡          ⟳          ♡  1          ⬆

Danilo Façanha CSC @FacanhaDanilo · Aug 2
Replying to @tylerc2006

♡          ⟳          ♡          ⬆

Show additional replies, including those that may contain offensive
content                                                             Show

🔍 Search Twitter

**Relevant people**

Tae12                    Follow
@tylerc2006
Just a guy tweeting pics of beautiful
women

**What's happening**

NBA · 3 hour ago
Warriors at Pelicans

Entertainment · Trending
Died Suddenly
58.3K Tweets

Sports · Trending
Jason Robertson

Trending in United States
#ItOughtToBeACrimeTo

Sports · Trending
John Wall
5,521 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

← **Tweet**

 **Marvel Geral**
@MarvelGeral                                                    ...

🎇 | Dakota Johnson em novas imagens das gravações de #MadameWeb!

Translate Tweet



1:48 PM · Jul 26, 2022 · Twitter Web App

**10** Likes

💬              🔁              ♡              ⬆

P     Tweet your reply                              Reply

## Relevant people

 **Marvel Geral**          Follow
@MarvelGeral

Página de Notícias e Rumores do Universo Marvel!

## What's happening

NFL · 3 hours ago
**Cowboys at Vikings**


**#Disenchanted** 🧟
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                    ...
**Wayne Brady**
3,285 Tweets

Trending in United States                    ...
**Bob Iger**
Trending with Chapek, #Disney

Sports · Trending                             ...
**Chargers**
Trending with #BoltUp ⚡, Kelce

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Twitter navigation

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

Search Twitter

 **Perkowski Legal P.C.**   ...
@c_perkowski

https://twitter.com/harryargentina/status/1424959763164476sd... 2021-11-22 12:03:47 -08:00    Document 23-24   Filed 01/13/23   Page 63 of 101   Page ID #5450



**Harry Argentina** 🇦🇷 -11
@HarryArgentina

RUMOR: Parece que el sticker que esta en el celular de
Harry, es uno de los que te dan cuando te pones la
vacuna del covid 😭💀

Translate Tweet

3:31 PM · Aug 5, 2021 · Twitter for Android

**347** Retweets  **426** Quote Tweets  **4,762** Likes

Tweet your reply                                    Reply

**bernyᥫ** 🇦🇷 -11 · -12 @93CLMTY · Aug 3, 2021
Replying to @HarryArgentina
Yo pensando que era el del trece 🙄

> **bernyᥫ** 🇦🇷 -11 · -12 @93CLMTY · Aug 3, 2021
> Parece que tiene el logo de El Trece en la funda

**Harry Argentina** 🇦🇷 @HarryArgentina · Aug 3, 2021
Replying to @93CLMTY
Harry fan del canal 13 me meo

**ueoline '•••' ••••** -45// -46 @grisagezruzh · Aug 9, 2021
Replying to @HarryArgentina
ojalá porque si estoy pasando mal pensando en el reto cinco comudos ya
se vacunaron o no tején necesito paz mental

**Alondra** @Alondra63056029 · Aug 9, 2021
Replying to @grisagezruzh and @HarryArgentina
Naól y Lou ya se vacunaron y creo que Liam también 😭

la mas **harrie** @k_yardet_s · Aug 9, 2021
Replying to @HarryArgentina
Yo me ha a vacunar hoy y ni me dieron ni un chicle

**naskitazzzz** @_haro024_ · Aug 9, 2021
Replying to @HarryArgentina
tiene teléfono?

**Adicción literaria** 🇦🇷 @TPWkpL... · Aug 10, 2021
Replying to @HarryArgentina
No se vosotros pero yo veo un XD JAJAJAJAJA o un XD JAJAJAJAJA

**Joaquin Ezequiel** @Joaquin_010121 · Aug 10, 2021
Replying to @HarryArgentina
EU A MI NO ME DIERON STICKER.
Latinoamerica 😭

**evi dunkera* VUELVO A MI ANTERIOR CU...** @dunkc... · Aug 5, 2021
Replying to @HarryArgentina

**gio🌀** @canichetrucho · Aug 5, 2021
Replying to @HarryArgentina
Me voy a ir a vacunar, para que me den un sticker

**Felicitas** 💜 @MadeInFeli · Aug 5, 2021
Replying to @canichetrucho @lacaramelon and @HarryArgentina
Creo que en latinoamerica no nos dan sticker jajajaj 😔

@charlot_05 · Aug 5, 2021
Replying to @HarryArgentina
#freeHarry

**Sere ¡All this time!👑💎** @6UI36J028 · Aug 9, 2021
Replying to @HarryArgentina
Le pone sticker a la funda 😭😭😭😭😭

**anabela|** -12 @OnlyBreanaAna · Aug 9, 2021
Replying to @HarryArgentina
Mi gordo 🥺

**macchVI A LOUIS CSMB** 🇦🇷📷 @macak91 · Aug 9, 2021
Replying to @HarryArgentina
se lo ponia a la funda💙

**Relevant people**

**Harry Argentina** 🇦🇷    Follow
@HarryArgentina
Fan Page | Updates del actor y
cantante ganador de la Grammy,
Harry Styles en Argentina.
#HarryAtGrammys Out Now.
#HarryAtGrammys Out Now.
#HarryAtGrammys • Fan Account.

**What's happening**

FIFA World Cup · 2 hours ago
Mexico vs Poland

**#AvatarTheWayOfWater**🎬
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in California
**Mexicans**
16.5K Tweets

Trending in United States
**Ochoa**
Trending with Poland, Lewandowski

Trending in United States
**#WhatsBeyondTheYellowBrickRoad**

See more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/cravemedia_/status/1583584018712252418 _ el_ 2022-11-19 21:54:11 -08:00

← **Tweet**

. @cravemedia_ ···



3:20 PM · Oct 21, 2022 · Twitter for iPhone

**122** Retweets **372** Quote Tweets **2,561** Likes

💬    🔁    ♡    ⬆️

📷 Tweet your reply                    **Reply**

pasiem kone na betône @Sabrina45X · Oct 22 ···
Replying to @cravemedia_

ddlovato
GET A JOB

ddlovato
STAY AWAY FROM HER

💬    🔁    ♡ 19    ⬆️

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

Jay @JayMikeHoops · Oct 21 ···
Replying to @J0HNST0NES and @cravemedia_
Didn't even last 24 hours

💬    🔁    ♡ 1    ⬆️

This Tweet was deleted by the Tweet author. Learn more

nonameyet @nobeteus · Oct 21 ···
Replying to @MOVIEGOER282828 and @cravemedia_
ratio

💬    🔁    ♡ 1    ⬆️

---

🐦 Home
# Explore
🔔 Notifications ①
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
○ More

**Tweet**

Perkowski Legal P.C. ···
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

. @cravemedia_    **Follow**
Media account for @FilmUpdates

**What's happening**

Television · 1 hour ago
**Saturday Night Live airing on NBC**


**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
📷 Promoted by Uber

Trending in United States ···
**Trump's Twitter**
Trending with Vox Populi

Trending in United States ···
**Jason David Frank**

Trending in United States ···
**#DreamersbyJungkook**
Trending with #FIFAWorldCup 🏆

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

https://twitter.com/dstellamaxwell/status/1261620208357257217 _at_ 2022-11-21 10:52:59 -08:00
Case 2:22-cv-09462-DMG-ADS Document 23-24 Filed 03/13/23 Page 65 of 101 Page ID #:5452

**Thread**

Stella Maxwell @dstellamaxwell · May 16, 2020
May 15: Stella Maxwell celebrated her 30th birthday while in quarantine in Los Angeles.



💬 4          🔁 14          ♡ 96          ↥

Stella Maxwell
@dstellamaxwell

May 15: Stella Maxwell celebrated her 30th birthday while in quarantine in Los Angeles.

4:31 AM · May 16, 2020 · Twitter for Android

**11** Retweets  **1** Quote Tweet  **55** Likes

💬          🔁          ♡          ↥

Tweet your reply                              Reply

Tim S Ou @TimSouTienOu · May 16, 2020
Replying to @dstellamaxwell
A lot of ppl love you, Stella!!

💬          🔁          ♡          ↥

---

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

Stella Maxwell
@dstellamaxwell                    Follow
This account, dedicated to beautiful Stella Maxwell. #Stellars 🦋

**What's happening**

FIFA World Cup  LIVE
USA vs Wales



Entertainment · Trending
#AvatarTheWayOfWater
4,498 Tweets

Trending in California
Dodger Stadium
14.3K Tweets

Trending in United States
Senegal
Trending with Mendy, #SENNED

Sports · Trending
Charles Barkley
4,768 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/ElAragueno/status/1436789141405007879 — at — 2022-11-22 02:57:38 -08:00

← **Tweet**



El Aragüeño
@ElAragueno

···

Jennifer Lawrence está embarazada de su primer hijo -
is.gd/1tPe8n #Farándula

Translate Tweet



1:30 PM · Sep 11, 2021 · TweetDeck

  

 Tweet your reply                    Reply

 Perkowski Legal P.C.   ···
@c_perkowski

🔍 Search Twitter

**Relevant people**

El Aragüeño    Follow
@ElAragueno

EL PRIMER DIARIO DE ARAGUA. ¡50
años contando tu historia!

**What's happening**

FIFA World Cup · LIVE
Argentina vs Saudi Arabia



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



**Relevant people**

The Real Housewives ... @TheRHOfficial
Follow
Daily picks for The Real Housewives franchise on @bravotv! #RHOC #RHOBH #RHONJ #RHOA #RHOD #RHONY #RHOSLC #RHOD #RHODubai #RHOP #RHUGT #RHOSalt

Camille Meyer @TheRealCamilleG
Follow
Mother. Cancer survivor. ❤️ Bringing awareness to GYN cancers. instagram: therealcamille

Denise Richards @DENISE_RICHARDS
Follow
live in the moment......

**What's happening**

NBA · Live
Lakers at Suns

#AvatarTheWayOfWater🔵
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
RIP Harold

Entertainment · Trending
Marvel
91.4K Tweets

Sports · Trending
Renfroe
Trending with Astros, Junson Junk

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More
© 2022 Twitter, Inc.

__ https://twitter.com/beliebinteam/status/1316918889104723971 __ at __ 2022-11-20 21:31:17 -08:00 __

← **Tweet**



**s**
@beliebinteam                                                                    ···

there's no reason for him to look this good



6:48 PM · Oct 15, 2020 · Twitter for iPhone

**9** Retweets    **1** Quote Tweet    **72** Likes

💬              🔁              ♡              ⬆

P   Tweet your reply                                          **Reply**

---

🔍 Search Twitter

**Relevant people**

    **s**
@beliebinteam                    **Follow**
swap swap swap it out 🥛 | fan
account

**What's happening**

NFL · 1 hour ago
**Chiefs at Chargers**                        

**#Disenchanted** 👹
Original movie now streaming
▶ Promoted by Disney+

Music · Trending                                    ···
**Kelly Rowland**
12.1K Tweets

Trending in United States                         ···
**Bob Iger**
Trending with  Chapek, Disney

Trending in United States                         ···
**#TheWalkingDead**
Trending with  #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**


**Perkowski Legal P.C.**   ···
@c_perkowski

← **Tweet**



**Marvel Universe Argentina**
@marveluniversar

···

También se filtraron fotos de Anthony Ramos que confirman su papel como The Hood en 'IRON HEART'.

Translate Tweet



3:11 PM · Aug 8, 2022 · Twitter for iPhone

**2** Likes

💬          ⟲          ♡          ⬆

  Tweet your reply                    Reply

Q Search Twitter

## Relevant people

  **Marvel Universe Arg...**    Follow
@marveluniversar

Información, novedades y teorías sobre el universo Marvel en un solo lugar. Contacto: marveluniverse.arg@gmail.com
#SheHulk #IAmGroot 🇦🇷

## What's happening

FIFA World Cup · LIVE
**England vs Iran**



Music · Trending              ···
**Elton John**
Trending with Dodger Stadium

Trending in United States       ···
**Landon Donovan**

Politics · Trending            ···
**Tragically**
15.9K Tweets

Trending in United States       ···
**Hive**
57.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**   ···
@c_perkowski

https://twitter.com/Ryans_Ramblings/status/1379952586818757634__ill__2022-11-20 15:09:42 -08:00__

← **Tweet**

🐦

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

◯ More

**Tweet**

👤 **Ryan 'All Day News' Anderson**
@Ryans_Ramblings

Anyone else find these grown women dressed up like children to be an odd choice? #PowerPuffGirls



5:21 PM · Apr 7, 2021 · Twitter for Android

**1** Retweet   **1** Like

💬   🔁   ♡   📤

Ⓟ  Tweet your reply                      **Reply**

👤 **Jonty Quinn** 😷 🔞 @Jonty_Quinn · Apr 7, 2021
Replying to @Ryans_Ramblings
ii mean there's grown ass men with underwear over their pants..

That said i can do without the whole premise of this show. Would prefer them stick with the cartoon version things. Get child actors and leave "remaining" out of it.

💬 1    🔁    ♡    📤

👤 **Ryan 'All Day News' Anderson** @Ryans_Ramblings · Apr 7, 2021
Replying to @Jonty_Quinn
Yeah, that or have younger kids kicking butt, like stranger things/goonies with a superhero vibe to it.

💬    🔁    ♡ 1    📤

👤 **Jake the Dork** @FeartheJake · Apr 7, 2021
Replying to @Ryans_Ramblings
This whole show is an "Odd choice"

💬 1    🔁    ♡ 1    📤

👤 **Ryan 'All Day News' Anderson** @Ryans_Ramblings · Apr 7, 2021
Replying to @FeartheJake
No argument there.
Companies nowadays just want to reinvent already established IPs.

💬    🔁    ♡    📤

**Perkowski Legal P.C.** ···
@c_perkowski

🔍 Search Twitter

## Relevant people

👤 **Ryan 'All Day News' ...**         Follow
@Ryans_Ramblings
Founder, Host, and EIC of @TheNerdRagePod. As seen on @CBSThisMorning! Instagram: @RadRyGuy TikTok: @Ryans_Ramblings Casting Inquiries: NerdRagePod@gmail.com

## What's happening

NFL · 2 hours ago
**Commanders at Texans**


#Disenchanted 🧙
Original movie now streaming
📣 Promoted by Disney+

Trending in California        ···
**Rest In Peace**
59.2K Tweets

Trending in United States        ···
**#FIFAWorldCup** 🏆
Trending with #AMAs🎤

Only on Twitter · Trending        ···
**Jason David Frank**
Trending with Power Rangers, Tommy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

 **Nos Trends BRASIL** 
@nostrendsbrasil

···

Watermelon Sugar - Segundo o site TMZ, Harry Styles está gravando o Music Video de 'Watermelon Sugar' nas praias de Malibu. #NosTrendsBrasil

 

11:25 AM · Jan 29, 2020 · Twitter for Android

**2** Quote Tweets    **14** Likes

💬    🔁    ♡    ⬆

 Tweet your reply    **Reply**

## Relevant people

 **Nos Trends BRASIL** 🇧🇷    **Follow**
@nostrendsbrasil

Siga-nos e saiba o que está acontecendo #nostrendsbrasil. Não temos nenhum envolvimento com a rede social, nem somos remunerados. Postamos para informar!

## What's happening

FIFA World Cup · This morning
**England vs Iran**

Entertainment · Trending
**Died Suddenly**
37K Tweets

···

Family drama · Trending
**#GTMcontest10**
Trending with #GilMOREtheMerrier

···

Trending in United States
**Vasy**
1,247 Tweets

···

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,634 Tweets

···

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
··· More

**Tweet**

🔍 Search Twitter

**P** Perkowski Legal P.C.    ···
@c_perkowski

https://twitter.com/kinopoiskru/status/1183539401541988352 __ at __ 2022-11-21 13:57:15 -08:00

← **Tweet**

🔍 Search Twitter

🏠 Home

\# Explore

🔔 Notifications

**Кинопоиск**
@kinopoiskru

···

«Отряд самоубийц», который мы заслужили.

Натан Филлион, Шон Ганн, Джай Кортни и все-все-все на слитых фото со съемок фильма Джеймса Ганна.

Самые оперативные новости — в нашем Telegram-канале «Всё подряд»: amp.gs/AQkm

Translate Tweet



5:25 PM · Oct 13, 2019 · Amplifr

**4** Retweets   **2** Quote Tweets   **31** Likes

💬        🔁        ♡        ⬆️

[P]  Tweet your reply                    Reply

**Relevant people**

**Кинопоиск**
@kinopoiskru                      Follow

🔥У нас можно смотреть кино (и сериалы); 🔥 У нас можно купить

← **Tweet**

**Sarinha**
@Proposito5h__

Fotos da Camila andando na rua, eu sou muito apaixonadinha nessa menina

Translate Tweet





camila

5:11 PM · Nov 18, 2019 · Twitter for Android

18 Retweets    1 Quote Tweet    92 Likes

Tweet your reply                                            Reply

**Search Twitter**

## Relevant people

**Sarinha**
@Proposito5h__                    Follow
~Nunca se sinta sozinha,eu estarei
aqui quando precisar de mim~ Dinah
Jane para mim 🦋 •fan account•
(ela/dela)

**camila** ✓
@Camila_Cabello                    Follow
Sigue bailando. FAMILIA out now

## What's happening

NFL · Starts at 5:15 PM
**49ers at Cardinals**



Entertainment · Trending
**Died Suddenly**
37.8K Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,651 Tweets

Sports · Trending
**Mexico City**
14.6K Tweets

Trending in California
**Dodger Stadium**
12.3K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**
@c_perkowski





\_\_\_ https://twitter.com/MundoGeekOF1/status/1529560656983041927 \_\_\_ at \_\_\_ 2022-11-20 21:42:22 -0800 \_\_\_



← Tweet



Search Twitter

**Relevant people**

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More







🔁 Mundo Geek Retweeted



The Moonlight Warrior 🌙
@BlackMajikMan90

⋯

It's like Blue Beetle literally jumped off the comic book pages. This suit is so damn good!!



1:12 PM · May 25, 2022 · Twitter for iPhone

**309** Retweets  **45** Quote Tweets  **3,933** Likes

   

 Tweet your reply

Reply

---

Mundo Geek
@MundoGeekOF1

Follow

Página com todas as últimas novidades do cinema, quadrinhos, games, animes, mangás, livros e algumas opiniões e textões. Gamertag: batnathan999

The Moonlight Warri...
@BlackMajikMan90

Follow

Giant Horror, Gaming and Movie Fan. Former Freelance Contributor to @The_GWW

**What's happening**

Television · 3 hours ago
The Walking Dead airing on AMC

\#Disenchanted 🧟
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
\#TheWalkingDead
Trending with #TWDFinale, Michonne

⋯

Sports · Trending
Herbert
55.9K Tweets

⋯

Trending in United States
Bob Iger
Trending with Chapek, Disney

⋯

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

https://twitter.com/teamkanyedaily/status/1219718897500928000 ... al ... 2022-11-22 18:02:05 -08:00
22-cv-09462-DMG-ADS    Document 23-24    Filed 03/13/23    Page 76 of 101    Page ID
#5463



← **Tweet**

🔍 Search Twitter

🏠 Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

● More

**Tweet**

**TeamKanyeDaily**
@TeamKanyeDaily

Kanye and Don C leaving Kanye's office in Calabasas yesterday. 📸 IG/gc.zap

12:30 PM · Jan 21, 2020 · Twitter for iPhone

**71** Retweets   **7** Quote Tweets   **1,002** Likes

💬                    🔁                    ♡                    ⬆

📘 Tweet your reply                    **Reply**

**Relevant people**

**TeamKanyeDaily**            **Follow**
@TeamKanyeDaily
Updates on all things Kanye West.
teamkanyedaily@gmail.com

**What's happening**

Television · LIVE
Bachelor in Paradise airing on ABC

#AvatarTheWayOfWater 🌊
Get tickets now - in theaters December 16
Promoted by Avatar

Trending in United States
RIP Harold

Family drama · Trending
B. Jess
Trending with #GTMcontest35

Entertainment · Trending
Marvel
85.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@_perkowski

**G** @aftergeniusends · Jan 21, 2020
Replying to @TeamKanyeDaily
important

💬          🔁          ♡          ⬆

**T O P B U N 🍔** @TopFuckingBun · Jan 21, 2020
Replying to @TeamKanyeDaily
Jesus was a Crip

💬          🔁          ♡          ⬆

**💥 Snap Crikey Pop 💥** @thecrikes · Jan 21, 2020
Replying to @TeamKanyeDaily
Hes definitely wearing Yeezy Boots and the other guy wearing Nike

💬  1          🔁          ♡          ⬆

**Oluwafela** @thejoades · Jan 21, 2020
Replying to @thecrikes and @TeamKanyeDaily
don c referred to as 'the other guy' ???
how old are you son? when did you start stanning ye or you got here by mistake?

▶

GIF

💬          🔁          ♡  2          ⬆

**Ricky Smalls.eth** @RickySmalls5 · Jan 21, 2020
Replying to @TeamKanyeDaily
Post outfit please

💬          🔁          ♡          ⬆

**Ramon Reyes** @RamonRe26396252 · Jan 21, 2020
Replying to @TeamKanyeDaily
Hope Ye ain't going completely bald

💬          🔁          ♡          ⬆

**Wegner** @Rod_Mur · Jan 21, 2020
Replying to @TeamKanyeDaily
Is that a @MaXhosaAfrica jacket that Don is rocking?

💬          🔁          ♡          ⬆

**Latia Cannaday** @latia_cannaday · Jan 22, 2020
Replying to @TeamKanyeDaily
Lol. Kkk.

💬          🔁          ♡  1          ⬆

**Matt** @Kids_SeeGhosts · Jan 21, 2020
Replying to @TeamKanyeDaily
please find out what hoodie that is

💬  1          🔁          ♡          ⬆

This Tweet was deleted by the Tweet author. Learn more

Show replies

… https://twitter.com/filmdaze/status/15397320006353684*2 … at … 2022-11-20 20:22:04 -08:00

← **Tweet**

**Film Daze**
@filmdaze
···

## Margot Robbie as Barbie and Ryan Gosling as Ken on the set of Greta Gerwig's 'Barbie'



3:10 PM · Jun 22, 2022 · Twitter for iPhone

63 Retweets    42 Quote Tweets    475 Likes

🗨    ↻    ♡    ⬆

Tweet your reply                                    Reply

**Amani 🇵🇸 (failed my exams era)** @AmyNilar · Jun 23    ···
Replying to @filmdaze
Yeehaw

🗨    ↻    ♡    ⬆

**Mank** @parodi1990 · Jun 23    ···
Replying to @filmdaze
God, they are so gorgeus

🗨    ↻    ♡    ⬆

**Perkowski Legal P.C.**
@c_perkowski    ···



Search Twitter

**Relevant people**

**Film Daze**        Follow
@filmdaze
Substack, monthly cinema club and
new reads here:
filmdaze.substack.com/p/film-daze-ci
… letterbox: boxd.it/26Kih

**What's happening**



NBA · LIVE
**Spurs at Lakers**

**#Disenchanted** 🧜‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in United States        ···
**Bob Iger**
Trending with Chapek, Disney

Trending in United States        ···
**Oregon**
Trending with Utah

Trending in United States        ···
**Gonzaga**
6,193 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

https://twitter.com/NYCEMSwatch/status/1170502688943067138 __at__2022-11-21 20:14:20 -0800
Case 2:22-cv-09462-DMG-ADS   Document 23-24   Filed 03/13/23   Page 78 of 101   Page ID #:5465

← **Thread**



**NYC EMS Watch** @NYCEMSwatch · Sep 7, 2019
What not to do:
'Kevin's security removed him from the scene of the accident prior to the Paramedics arriving, taking him to his house before calling Paramedics for treatment. The actor suffered serious back injury & Doctors fused 3 sections of his spine.'

wonderwall.com
Kevin Hart's classic car from accident lacked safety ...
Kevin Hart's classic car from accident lacked safety features

💬 6    🔁 10    ♡ 25    ↥

**NYC EMS Watch**
@NYCEMSwatch

You might wonder what the car looked like when his team pulled him out of it and took him home. Here you go. Celebrities surround themselves with yes men and idiots. tmz.com/2019/09/01/kev...



6:02 PM · Sep 7, 2019 · Twitter Web App

**1** Retweet   **11** Likes

💬         🔁         ♡         ↥


Tweet your reply                                    Reply

**Tony Ringtail** @TonyRingtail · Sep 7, 2019
Replying to @NYCEMSwatch
such a shame... it was a nice car

💬 1    🔁    ♡ 1    ↥

**NYC EMS Watch** @NYCEMSwatch · Sep 7, 2019
Replying to @TonyRingtail
...was.

💬    🔁    ♡    ↥

**David Dalrymple** @CarSlayer · Sep 8, 2019
Replying to @NYCEMSwatch
Just remember Selective Spine clearance in the field lol

💬    🔁    ♡ 1    ↥

---

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

**NYC EMS Watch**    **Follow**
@NYCEMSwatch
A unique look at FDNY EMS EMTs & Paramedics, NYC EMS life in general, First Responder life everywhere & NYC politics. As always, unofficial, satirical and wry.

**What's happening**

Television · 13 minutes ago
**WWE Monday Night RAW airing on USA**

Entertainment · Trending
**Died Suddenly**
57K Tweets

Sports · Trending
**Jason Robertson**

Sports · Trending
**Brock Purdy**

Entertainment · Trending
**Sinbad**
6,632 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/MovieCrazyP/status/1428539863171731465 __ at __ 2022-11-19 19:39:09 -08:00 __

← Tweet

🔍 Search Twitter



🏠 Home

# Explore

🔔 Notifications (1)

✉️ Messages

🔖 Bookmarks

🗒️ Lists

👤 Profile

⊙ More

**Tweet**

M C P  **Movie Crazy Planet** 🎬 🍿 🥤 
@MovieCrazyP

···

📸 💥 PAPARAZZI 💥 📸

La encantadora Eiza Gonzalez en Los Ángeles, California.



👤 Eiza Gonzalez Reyna

7:10 PM · Aug 19, 2021 · Twitter for Android

**5** Retweets  **1** Quote Tweet  **21** Likes

💬     ↻     ♡     ⬆️

P  Tweet your reply                    **Reply**

## Relevant people

M C P  **Movie Crazy Planet ...**  **Follow**
@MovieCrazyP

💥Noticias, tráilers, pósters, los estrenos más recientes de cine, series y televisión.💥 Síguenos y activa la 🔔 moviecrazyplanet@gmail.com ✉️




**Eiza Gonzalez Reyna** ✓  **Follow**
@eizamusica

Actor




## What's happening

Television · LIVE
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
↗ Promoted by Uber

Trending in California
**HELL NO**
45.7K Tweets
···

Music · Trending
**#BLACKPINK**
Trending with jisoo, Camila
···

Trending in California
**Andrew Tate**
28.8K Tweets
···

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.



P  **Perkowski Legal P.C.**  ···
@c_perkowski

https://twitter.com/crewmorscream/status/1388518561413582865__s... 2022-11-22 02:13:21 -08:00
22-cv-09462-DMG-ADS    Document 23-24    Filed 03/13/23    Page 80 of 101    Page ID
#5467

← **Tweet**



🔍 Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

**Bishop**
@BlindWanda

Much cleaner shots of the Iman Vellani in the Ms. Marvel suit.

#Marvel #MsMarvel #MarvelStuidos



🏞 Marvel Studios and Disney+

8:39 AM · May 1, 2021 · Twitter Web App

**68** Retweets    **20** Quote Tweets    **302** Likes

💬          🔁          ♡          🔗

🖼 Tweet your reply                                        Reply

**Relevant people**

**Bishop** 
@BlindWanda                    Follow
Lover of Marvel, DC, Star Wars,
Comics, Hailee Steinfeld, BLACKPINK,
and many other things 🙃

**Marvel Studios** ✓ 
@MarvelStudios                 Follow
⊘ Official
Marvel Studios' Black Panther:
Wakanda Forever, now playing only in
theaters. Get tickets now 🎟

**Disney+** ✓ 
@DisneyPlus                    Follow
⊘ Official
#DisneyPlus is your home for the
holidays. 💙 ❄️ #SeasonsStreamings

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland** 

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
📣 Promoted by Avatar

Trending in United States          ⋯
**#TheMarvels**
2,167 Tweets

Politics · Trending             ⋯
**Dr. Fauci**
5,022 Tweets

Trending in United States          ⋯
**#SeleccionMexicana** 🇲🇽
12.2K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ⋯
@_perkowski

---

iz 🐙 @mvaizka · May 1, 2021          ⋯
Replying to @BlindWanda @CreamOrScream and 2 others
@Bosslogic

💬          🔁          ♡          🔗

andy #savepunisher @andrexsdwalker · May 1, 2021          ⋯
Replying to @BlindWanda @CreamOrScream and 2 others
@Datafon0  AAAAAAAAAA

💬          🔁          ♡ 1          🔗

Kaué @stileswolfx · May 1, 2021          ⋯
Replying to @BlindWanda @CreamOrScream and 2 others
iconic

💬          🔁          ♡          🔗

iz 🐙 @mvaizka · May 1, 2021          ⋯
Replying to @BlindWanda @CreamOrScream and 2 others
@adamhlavac

💬          🔁          ♡          🔗

**Adam Hlavač** @adamhlavac · May 1, 2021          ⋯
Replying to @mvaizka @CreamOrScream and 2 others
Nice! Looks awesome

💬          🔁          ♡          🔗

**Wesly124X** @Wesly1241 · May 6, 2021          ⋯
Replying to @BlindWanda @CreamOrScream and 2 others
WHAT ARE THOSE?!?!?!?!?



💬          🔁          ♡          🔗

**Tom SU** @DrawsTom · May 1, 2021          ⋯
Replying to @BlindWanda @CreamOrScream and 2 others
Where did you find these in 4K ? May I get a link perhaps ?

💬 1          🔁          ♡          🔗

**Tom SU** @DrawsTom · May 1, 2021          ⋯
Replying to @DrawsTom @CreamOrScream and 2 others
Pretty please ?

💬          🔁          ♡          🔗

Show more replies



__ https://twitter.com/marveluniversar/status/1556772995246333953 __ at __ 2022-11-19 22:00:02 -08:00 __

← **Tweet**



Q  Search Twitter

 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

⋯ More

**Tweet**



Marvel Universe Argentina
@marveluniversar ⋯

¡Que hermosa Dakota Johnson en el set de 'MADAME WEB'! 😍

3:43 PM · Aug 8, 2022 · Twitter for iPhone

**17** Retweets  **1** Quote Tweet  **55** Likes

💬  🔁  ♡  📤

 Tweet your reply                    Reply

## Relevant people

 Marvel Universe Arge...    Follow
@marveluniversar

Información, novedades y teorías sobre el universo Marvel en un solo lugar. Contacto: marveluniverse.arg@gmail.com
#SheHulk #IAmGroot 🇦🇷

## What's happening

Television · 1 hour ago
**Saturday Night Live airing on NBC**


**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
📍 Promoted by Uber

Trending in United States        ⋯
**Waka Waka**
37.6K Tweets

Trending in United States        ⋯
**HE'S BACK**
150K Tweets

Politics · Trending        ⋯
**Mr. President**
45.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

 Perkowski Legal P.C. ⋯
@c_perkowski

← **Tweet**



**Movie Crazy Planet** 🎬🍿🎥
@MovieCrazyP

📷 🎆 DESDE EL SET 🎆 📷

Danai Gurira y Letitia Wright durante la filmación de
#BlackPanther 🐾: #WakandaForever 🐾.

8:35 AM · Aug 26, 2021 · Twitter for Android

**3** Likes

Tweet your reply                    Reply

### Relevant people

**Movie Crazy Planet ...**     Follow
@MovieCrazyP
💥Noticias, tráilers, pósters, los
estrenos más recientes de cine, series
y televisión.💥 Síguenos y activa la 🔔
moviecrazyplanet@gmail.com 📩

### What's happening

Television · Starts at 7:00 PM
**Saturday Night Live airing on
NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
▶ Promoted by Uber

Trending in United States
**HE'S BACK**
106K Tweets

Trending in California
**HELL NO**
45K Tweets

Trending in United States
**#Misfits003**
1,008 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

**Perkowski Legal P.C.**  ···
@c_perkowski

— https://twitter.com/filmsbymerche/status/888168299162423296 — at — 2022-11-20 21:45:07 -08:00 —

← **Tweet**



🐶🐶
@filmsbydelrey

···

Que lindo y relajado se ve 😍



3:46 PM · Jul 20, 2017 · Twitter for Android



Tweet your reply

Reply

---

## Left sidebar

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

··· More

**Tweet**



Perkowski Legal P.C.
@c_perkowski   ···

---

## Right sidebar

🔍 Search Twitter

### Relevant people



🐶🐶
@filmsbydelrey
multifandom ✧⁺.

Follow

### What's happening

NFL · 1 hour ago
**Chiefs at Chargers**



**#Disenchanted** 🧙
Original movie now streaming
Promoted by Disney+

Trending in United States

← **Tweet**

**Hot Celebs**
@HotCelebsPicss

···

# Alexandra Daddario 😍



11:21 AM · Dec 23, 2021 · Twitter for Android

**35** Retweets  **252** Likes

💬  🔁  ♡  ⬆️

Tweet your reply          **Reply**

## Relevant people

**Hot Celebs**
@HotCelebsPicss          **Follow**

Hot Celebs Pics - DMs are open (no wankchat) - IM A GUY - #NSFW [EN/FR]

## What's happening

Television · Yesterday
**The Walking Dead airing on AMC**

Trending in United States
**Tragically**
15.2K Tweets

Trending in United States
**victory monday**
1,451 Tweets

Entertainment · Trending
**Disney**
Trending with Bob Iger, Chapek

Trending in United States
**Schiff**
53.8K Tweets

**Show more**

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

— https://twitter.com/halseyinsiders/status/1286070264342642690 __ et __ 2022-11-21 13:37:53 -08:00

← **Tweet**

## Relevant people



**Halsey Updates**
@HalseyInsiders    **Follow**

Daphne and Melanie here updating you on everything Halsey related! Old account was @halseyinsider. FAN ACCOUNT.

## What's happening

FIFA World Cup · 6 minutes ago
**USA vs Wales**



Trending in California
**Dodger Stadium**
14.1K Tweets                          ···

Trending in United States
**Hive**
129K Tweets                           ···

TV stars · Trending
**#MyFamilyIsWeird**                  ···

Trending in United States
**HOW IS THAT NOT A YELLOW**          ···

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

**Halsey Updates**
@HalseyInsiders                       ···

Halsey spent the day with friends in Marina del Rey earlier this week ✨



3:46 PM · Jul 22, 2020 · Twitter for iPhone

**55** Retweets   **18** Quote Tweets   **1,118** Likes

---

Tweet your reply                      **Reply**

**m man** @whyamisomatt · Jul 22, 2020    ···
Replying to @HalseyInsiders
Nice @sepulturacombr shirt @halsey!

**Ishimwe Yusufu** @yusufu_ishimwe · Jul 22, 2020    ···
Replying to @HalseyInsiders
Hy
                              ♡ 1

**Stephanie Meyer** @Stephan69616109 · Jul 23, 2020    ···
Replying to @HalseyInsiders
So wish I could spend time with her. But I know that will never happen!!

---

## Sidebar (left)

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski                          ···

https://twitter.com/MovieCrazyP/status/1431032642414252034 __ et __ 2022-11-22 20:44:48 -08:00 __

← **Tweet**

**Movie Crazy Planet** 🎬🍿🎥
@MovieCrazyP

···

📸 💥 DESDE EL SET 💥 📸

Martin Freeman como Everett K. Ross en el rodaje de #BlackPanther 🐈‍⬛: #WakandaForever 🐈‍⬛.



4:15 PM · Aug 26, 2021 · Twitter for Android

**3** Likes

💬          ⇄          ♡          ⬆

Tweet your reply                    Reply

## Relevant people

**Movie Crazy Planet ...**    **Follow**
@MovieCrazyP
💥Noticias, tráilers, pósters, los estrenos más recientes de cine, series y televisión.💥 Síguenos y activa la 🔔 moviecrazyplanet@gmail.com 📩

## What's happening

NBA · LIVE
**Lakers at Suns**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
📹 Promoted by Avatar

Business and finance · Trending    ···
**Chesapeake**
4,063 Tweets

Trending in United States    ···
**#GenshinSpecialProgram**
12.8K Tweets

Trending in California    ···
**Epstein**
35.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet
Search Twitter


Perkowski Legal P.C.    ···
@c_perkowski

https://twitter.com/loving50shades/status/1578395614617997312 __el__ 2022-11-19 21:40:58 -08:00

# Tweet

❤️❤️ **LOVING 50 SHADES** ❤️❤️
@loving50shades

New photos of Dakota on set of Madame Web in Boston, Massachusetts. Looks like they are trying to hide her costume ❄️ #DakotaJohnson #MadameWeb



7:43 AM · Oct 7, 2022 · Twitter for Android

**9** Retweets   **39** Likes

---

**John Henry Irons** @Henry58979558 · Oct 7
Replying to @loving50shades
That person has blonde hair not Dakota. Glasses in the mail.

**John Henry Irons** @Henry58979558 · Oct 7
Replying to @loving50shades
#SydneySweeney stunt double.

---

## Relevant people

❤️❤️ **LOVING 50 SH...**   **Follow**
@loving50shades
Love everything to do with Fifty Shades ❤️ Here only for #JamieDornan #DakotaJohnson & the fifty shades family & for a laugh (FAN ACCOUNT) ❤️❤️

## What's happening

Television · 1 hour ago
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**#DreamersbyJungkook**
Trending with #FIFAWorldCup 🏆

Trending in United States
**Blocked**
129K Tweets

Music · Trending
**JISOO**
Trending with #BLACKPINK 💕, Camila

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/dakotaj_updates/status/1578053156390461440 _st _ 2022-11-20 10:57:45 -08:00

← **Thread**

**Dakota Johnson Updates**
@dakotaj_updates                                                   ···

NEW: Dakota was seen recently on the set of "Madame Web" in Boston. #DakotaJohnson



9:02 AM · Oct 6, 2022 · Twitter for iPhone

**104** Retweets   **25** Quote Tweets   **545** Likes

  Tweet your reply                          Reply

**Dakota Johnson Updates** @dakotaj_updates · Oct 6    ···
Replying to @dakotaj_updates
🙏 thank you @candidevent

💬          ⟲          ♡ 3          ⬆

**Darlene** @Darlene57660321 · Oct 6                     ···
Replying to @dakotaj_updates
Love her

💬          ⟲          ♡          ⬆

Show additional replies, including those that may contain offensive content                                              Show

---

**Twitter** 🐦

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

Perkowski Legal P.C.    ···
@c_perkowski

---

🔍 Search Twitter

### Relevant people

**Dakota Johnson Upd...**          Follow
@dakotaj_updates
Your best source about the actress, activist, producer and director #DakotaJohnson — Not affiliated with Dakota or her team.

### What's happening

Television · Last night
**Saturday Night Live airing on NBC**

#Disenchanted 🍎
Original movie now streaming
▶ Promoted by Disney+

Trending in California                          ···
**Rest In Peace**
41.5K Tweets

Trending in California                          ···
**Blocked**
156K Tweets

Trending in United States                       ···
**Morgan Freeman**
175K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.




← Tweet

Search Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

Tweet

Perkowski Legal P.C.
@c_perkowski



amanda 💜 here but not here
@_antmanda

where's everyone who thinks chris evans is playing a villain cause idk what you're seeing, i see a puppy

12:42 PM · Oct 13, 2022 · Twitter for iPhone

56 Retweets   4 Quote Tweets   397 Likes

Tweet your reply

Reply

**Skarsgård Shark Shards** @friendof_thedog · Oct 13
Replying to @_antmanda
That's too many layers of clothing lol
1                    1

**amanda 💜 here but not here** @_antmanda · Oct 13
Replying to @friendof_thedog
i'll let the wardrobe department know
1
Show replies

**redbirdgurl**🐦 @redbirdgurl · Oct 13
Replying to @_antmanda and @sharebear817
He's got on all those layers. Is he a homeless guy?
1                    1

**amanda 💜 here but not here** @_antmanda · Oct 13
Replying to @redbirdgurl and @sharebear817
be serious
4                    1
Show replies

**ReneeAshb** @AshbRenee · Oct 14
Replying to @_antmanda
Seeing that he climbed out of the window & slid down a pipe, maybe he's a thief? A thief with a heart of gold hopefully.

**Dani Blaire** @BlaireDani · Oct 13
Replying to @_antmanda
He looks so warm

This Tweet is from an account that no longer exists. Learn more

**amanda 💜 here but not here** @_antmanda · Oct 14
Replying to @skeepeterson
it's a christmas movie skeepeterson, were you expecting a bathing suit?
1
Show replies

**Briana Honack** @BrianaHonack5 · Oct 14
Replying to @_antmanda
I want him

**Rachel Ward** @RachelWard · Oct 13
Replying to @_antmanda
You know you are ridiculously good-looking when you can wear three shirts and two coats and not look like a potato
Show replies

**Linda Tom** @Thalassatx · Oct 14
Replying to @_antmanda
Same!

**purrfectly_imperfect** 🐾🐈 @Just_overit · Oct 13
Replying to @_antmanda
Please be the villain @ChrisEvans

**purrfectly_imperfect** 🐾🐈 @Just_overit · Oct 13
Replying to @_antmanda
But if it's a holiday movie do they even have villains?🤔🤔🤔

**Bianca** @bianca57435087 · Oct 13
Replying to @_antmanda
It looks like a bad guy at first but then decides to join the good guys typa thing

Relevant people

amanda 💜 here but ...
@_antmanda
80s baby. "thinks for thanking of me."

Follow

What's happening

NFL · LIVE
Eagles at Colts

#Disenchanted 🏰
Original movie now streaming
Promoted by Disney+

Trending in California
Rest In Peace
53K Tweets

Sports · Trending
Fields
Trending with Falcons, Bears

Sports · Trending
Parsons
Trending with #BroncosCountry 🐴, #DALvsMIN

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More
© 2022 Twitter, Inc.

← **Thread**

🔍 Search Twitter

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

**Central Dakota Johnson & Jamie Dornan**
@Info_DJJD ···

Dakota foi fotografada na última quarta-feira (20/07), no set de 'Madame Web' em Boston. #DakotaJohnson #MadameWeb



3:23 AM · Jul 26, 2022 · Twitter for Android

**2** Retweets   **2** Likes

💬     🔁     ♡     ⬆

P   Tweet your reply                    **Reply**

**Central Dakota Johnson & Jamie Dornan** @Info_DJJD · Jul 26 ···
Replying to @Info_DJJD
Mais fotos de Dakota na última quarta-feira (20/07), no set de 'Madame Web' em Boston. (2) #DakotaJohnson #MadameWeb

💬 1     🔁 2     ♡ 2     ⬆

**Central Dakota Johnson & Jamie Dornan** @Info_DJJD · Jul 26 ···
Maos fotos de Dakota na última quarta-feira (20/07), no set de 'Madame Web' em Boston. (3) #DakotaJohnson #MadameWeb

💬 1     🔁 1     ♡ 2     ⬆

**Central Dakota Johnson & Jamie Dornan** @Info_DJJD · Jul 26 ···
Mais fotos de Dakota na última quarta-feira (20/07), no set de 'Madame Web' em Boston. (4) #DakotaJohnson #MadameWeb

💬 1     🔁 2     ♡ 6     ⬆

**Central Dakota Johnson & Jamie Dornan** @Info_DJJD · Jul 26 ···
📷: @dakotajohnsonpt

💬     🔁     ♡     ⬆

**Relevant people**

Central Dakota Johns... @Info_DJJD    **Follow**
I Love Dakota Johnson and Jamie Dornan. ❤ (Fan Account)

**What's happening**

Television · 2 hours ago

Saturday Night Live airing on NBC

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**HE'S BACK**
150K Tweets

Sports · Trending
**Pasadena**
1,597 Tweets

Trending in United States
**Blocked**
130K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/foochia/status/1401554740236914695 __ at __ 2022-11-19 18:27:16 -08:00 __

← **Tweet**



 **Foochia - فوشيا** ✓
@foochia

احتفلت أنجلينا جولي، بعيد ميلادها الـ 46 وظهرت في الصور
التي التُقطت لها بتلك المناسبة أثناء مغادرتها أحد المطاعم
في لوس أنجلوس برفقة أبنائها.  وجاء احتفال أنجلينا  بعد
أسابيع قليلة على شعورها بخيبة أمل مريرة جراء صدور حكم
يمنح طليقها، براد بيت،الحق في الحضانة المشتركة لأطفالهما

Translate Tweet



8:01 AM · Jun 6, 2021 · Hootsuite Inc.

**2** Retweets  **9** Likes



Tweet your reply                                        Reply

---

 Search Twitter

## Relevant people

 **Foochia - فوشيا** ✓          Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

## What's happening

NCAA Football · LIVE
**USC at UCLA**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
▶ Promoted by Uber

Trending in United States                    ···
**HE'S BACK**
108K Tweets

Music · Trending                             ···
**#AMAsFanFavorite** 🔥
1.6M Tweets

Trending in California                       ···
**#FIFAWorldCup** 🏆
898K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

## Left navigation

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@_perkowski



**BossLogic** ✓
@BossLogic

Big happy birthday to Guile, he turns 60 today
@StreetFighter @ChrisEvans

6:30 AM · Dec 23, 2020 · Twitter for Android

349 Retweets  46 Quote Tweets  6,145 Likes

**Tweet your reply**   Reply

RYMD · ヤマンダ @YamandaD1 · Dec 23, 2020
Replying to @BossLogic @StreetFighter and @ChrisEvans

☆TigerClaw☆ @TigerClaw305 · Dec 23, 2020
Replying to @BossLogic @StreetFighter and @ChrisEvans
If they were to make a new Street Fighter movie I would totally be on board with Chris Evans as Guile. He looks perfect.

Ryan @thallyanUnicomb · Dec 23, 2020
Replying to @BossLogic @StreetFighter and @ChrisEvans
Fuck 😂😂😂😂😂😂😂

Stitch Man @OtWichman · Dec 23, 2020
Replying to @BossLogic @StreetFighter and @ChrisEvans
Why was my first thought "Duke Nukem"?

🔥#SaveTimeless🔥 @renacios · Dec 23, 2020
Replying to @BossLogic @StreetFighter and @ChrisEvans

羅ㅅ(アア) @ChaOsPanneP · Dec 23, 2020
Replying to @BossLogic @StreetFighter and @ChrisEvans

lordimggypepile @TPasco6i · Dec 23, 2020
Replying to @ChaOsPanneP @BossLogic and 2 others
German engineering is the world's finest!

🔥💧 Ñoo 🐝🌎 @LeVieDeNik · Dec 23, 2020
Replying to @BossLogic @StreetFighter and @ChrisEvans
WHYYYYYY ....

Addy Carter @Kierel_Carter · Dec 23, 2020
Replying to @BossLogic @StreetFighter and @ChrisEvans
I had to Google Chris Evans but I thought today really was his birthday

Jonathan (Leo) @Church614 · Dec 23, 2020
Replying to @BossLogic @StreetFighter and @ChrisEvans
This looks hilarious

illegal elbow MMA @illegalElbowMMA · Dec 23, 2020
Replying to @BossLogic @StreetFighter and @ChrisEvans
What movie is this?

CharlesGIFExchangeProgram.EXE @comtar · Dec 23, 2020
Replying to @BossLogic @StreetFighter and @ChrisEvans
Pretty sure 60 year old Guile is just Stephen Lang.

Omega LionAlpha @AlphafionOmega · Dec 23, 2020
Replying to @BossLogic @StreetFighter and @ChrisEvans
Ohhh shit

Relevant people

BossLogic ✓
@BossLogic
Follow

Street Fighter ✓
@StreetFighter
Follow
Official
Your Moment. Your Fight.
#StreetFighterV hits the scene in 2023 on PS5, PS4, Xbox Series X|S, and PC. Pending ESRB Rating.

Chris Evans ✓
@ChrisEvans
Follow
A Starting Point: @ASP

What's happening

FIFA World Cup · This morning
England vs Iran

Sports · Trending
Mexico City
13.7K Tweets

Trending in United States
HOW IS THAT NOT A YELLOW
1,519 Tweets

Trending in United States
Trent Reznor
11.6K Tweets

Trending in United States
Colorado Springs
Trending with Richard Fierro

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ...
© 2022 Twitter, Inc.



← **Tweet**

Search Twitter

**Bang Tidy Celebs**
@BangTidyHQ

...

Hailey Bieber at the #LACMA_2021ArtFilmGala



11:47 AM · Nov 8, 2021 · Twitter Web App

**7 Likes**



Tweet your reply

Reply

**Relevant people**



**Bang Tidy Celebs**
@BangTidyHQ

Follow

Bringing you Bang Tidy Celebs from the UK and around the world. From TV & Film to Music & Models. Any requests feel free to tweet.

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Korean music · Trending
**#CHASE**
5,011 Tweets

...

Sports · Trending
**Michael Irvin**

...

Trending in United States
**Callum Wilson**
2,869 Tweets

...

Trending in California
**#BLACKPINK_WORLDTOUR**
58.3K Tweets

...

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**
@c_perkowski

...

_ https://twitter.com/aassemblebr/status/1578367428324921345 __el __2022-11-22 22:12:24 -08:00
Case 2:22-cv-09462-DMG-ADS Document 23-24 Filed 03/13/23 Page 95 of 101 Page ID #5482

**Avengers Assemble BR**
@AAssembleBR
···

🎥 Nova imagem do set de #MadameWeb.

Translate Tweet



5:51 AM · Oct 7, 2022 · Twitter for Android

**1** Quote Tweet  **59** Likes

💬        🔁        ❤️        📤

Ⓟ  Tweet your reply                          Reply

**Avengers Assemble BR** @AAssembleBR · Oct 7    ···
Replying to @AAssembleBR

> Ⓟ **Avengers Assemble BR** @AAssembleBR · Oct 6
> Novas imagens foram reveladas do set de #MadameWeb onde vemos
> os dublês de Dakota Johnson, Celeste O'Connor e Tahar Rahim. 👀 ⚙️
> Show this thread

💬        🔁        ❤️ 5        📤

**Diogo** @video_seu · Oct 7    ···
Replying to @AAssembleBR
É engraçado pq o filme ta sendo produzido e agnt ja sabe q vai ser um lixo
kkkkkmkkkkkkkkkk

💬 1        🔁        ❤️        📤

**Richard** @Rich15The · Oct 7    ···
Replying to @video_seu and @AAssembleBR
Confia

💬        🔁        ❤️ 1        📤

🐦

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**  ···
@c_perkowski

🔍 Search Twitter

**Relevant people**

**Avengers Assemble BR**    Follow
@AAssembleBR
🇧🇷 Fan Account | Sua mais completa
fonte de informações sobre o universo
Marvel no Brasil. Ativem as
notificações!

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**



#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
📢 Promoted by Avatar

Trending in California    ···
**Costco**
5,755 Tweets

Trending in United States    ···
**Erection**
17.5K Tweets

News · Trending    ···
**Tucker Carlson**
41.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/filmsbymbcho/status/1455852102497050633 _ at _ 2022-11-20 14:43:23 -08:00

← **Thread**

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

⊙ More

**Tweet**

🅿️ Perkowski Legal P.C.
@c_perkowski

🔲🔲
@filmsbydelrey

···

## Look at her ⭐⭐⭐⭐⭐



3:59 AM · Nov 3, 2021 · Twitter for Android

**2** Retweets   **3** Likes

💬        🔁        ♡        ⬆

🅿️  Tweet your reply                    **Reply**

🔲🔲 @filmsbydelrey · Nov 3, 2021    ···
Replying to @filmsbydelrey
Dakota Johnson luciendo espectacular como siempre ✨



💬        🔁 4        ♡ 11        ⬆

🔍 Search Twitter

**Relevant people**

🔲🔲                          **Follow**
@filmsbydelrey
multifandom ⬧⁺.

**What's happening**

NFL · 1 hour ago
**Browns at Bills**


#Disenchanted 😝
Original movie now streaming
▶️ Promoted by Disney+

Trending in California
**Rest In Peace**
58.4K Tweets                    ···

Sports · Trending
**Melvin Gordon**
Trending with #DallasCowboys ⭐, Broncos   ···

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Tommy    ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

🙍 **Sweta**
@carpediemm_18

⋯

## Chris Evans has got that dreamy vibe going on



12:55 PM · Oct 13, 2022 · Twitter for iPhone

**3** Retweets    **12** Likes

💬    🔁    ♡    ⬆️

📒  Tweet your reply    **Reply**

🔍 Search Twitter

### Relevant people

🙍 **Sweta**    **Follow**
@carpediemm_18
Dosa connoisseur & overall foodie. Sleep is love. Last but not least, I love all things content! She/Her

### What's happening

Sports · LIVE
**Happy birthday, Navdeep Saini** 🎂



**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
⬛ Promoted by Avatar

Trending in United States    ⋯
**Erection**
20.7K Tweets

Trending in California    ⋯
**Costco**
6,048 Tweets

Business and finance · Trending    ⋯
**Chesapeake**
41.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

📒 **Perkowski Legal P.C.** ⋯
@c_perkowski



__ https://twitter.com/Cevans_Army/status/1580645103315533824 __ at __ 2022-11-22 22:43:01 -08:00 __

← **Tweet**


**Chris Evans Army**
@Cevans_Army

⭐Chris no set de "Red One".

#chrisevans #ghostedmovie #thegrayman #lloydhansen #captainamerica #steverogers #defendingjacob #andybarber #beforewego #cevans #chrisevansarmy #cevansarmy #theavengers #ransomdrysdale #lightyear #painhustlers #redone #therock #redonemovie




12:42 PM · Oct 13, 2022 · Twitter for iPhone

**2** Retweets  **3** Quote Tweets  **24** Likes


Tweet your reply                              Reply

**Perkowski Legal P.C.** ···
@c_perkowski

---

Q Search Twitter

**Relevant people**


**Chris Evans Army**          Follow
@Cevans_Army
Chris Evans Fan Page

**What's happening**


NBA · 1 hour ago
**Lakers at Suns**

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
Promoted by Avatar


Trending in United States          ···
**Erection**
18.9K Tweets

Trending in California             ···
**Costco**
5,927 Tweets

Chain restaurants · Trending       ···
**Hooters**
8,773 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
··· More

**Tweet**

https://twitter.com/davi_lagi/status/1329330845449293793 ... at ... 2022-11-21 13:25:37. 08:00
...02-cv-08402-DMG-ADS   Document 23-24   Filed 03/13/23   Page 100 of 101   Page ID
#5487

← **Tweet**

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊕ More

**Tweet**

**Dani Lagi**
@Dani_Lagi

💥BOOM💥 Se confirma que el rodaje de #MsMarvel
ya ha empezado y vemos a Iman Vellani como Kamala.
El casco tiene una referencia a Capitana Marvel y
debajo de la manta vemos el traje. 😍

Translate Tweet



11:13 AM · Nov 19, 2020 · Twitter for iPhone

**33** Retweets  **1** Quote Tweet  **445** Likes

**Relevant people**

**Dani Lagi**        Follow
@Dani_Lagi
Actor de Stand-Up Comedy y creador
del canal de Youtube @StripMarvel
youtube.com/stripmarvelfx. Autor del
libro 'Cómo Conocí a Vuestra
Marvel'...

**What's happening**

FIFA World Cup · 🔴 LIVE
USA vs Wales

Trending in California
Dodger Stadium
14K Tweets

Trending in United States
Sin Kloke
1,840 Tweets

Trending in United States
Bale
99.6K Tweets

Trending in United States
Tampax
6,905 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ...
© 2022 Twitter, Inc.

💬  ↻  ♡  ↥

**Tweet your reply**        Reply

👤 @HawkeyeFan145 · Nov 19, 2020
Replying to @Dani_Lagi and @StripMarvel
También lleva una blusa de Avengers, y en su casco están las iniciales KK:
Kamala Khan 😍👌



💬      ↻      ♡ 4      ↥

**Perkowski Legal P.C.**    ···
@_perkowski

👤 **jordi_pu** @JN1TR0099 · Nov 19, 2020
Replying to @JN1TR0099 and @Dani_Lagi
Por qué compartes la noticia con esta cuenta?

💬 1      ↻      ♡      ↥

**Dani Lagi ⚡ Strip Marvel** @StripMarvel · Nov 19, 2020
Replying to @JN1TR0099 and @Dani_Lagi
Por si baneanlas cuentas por filtrar imágenes

💬 1      ↻      ♡ 3      ↥

Show replies

👤 **Juliancho** @_Juliancho · Nov 19, 2020
Replying to @Dani_Lagi and @StripMarvel
Por un momento me ilusioné y pensé que eran imágenes filtradas del
Spider-Verse :(

💬 1      ↻      ♡ 3      ↥

👤 **que ladilla** @cirotloko3845 · Nov 19, 2020
Replying to @Dani_Lagi and @StripMarvel
De aquí salió la referencia

💬 1      ↻      ♡ 3      ↥

👤 **Gloria Isa ᴴᵒˡᵃ ᵎᵎ⁷** @iglorilaisa · Nov 19, 2020
Replying to @Dani_Lagi and @StripMarvel
¿será que sale "chica ardilla"?

💬 1      ↻      ♡ 3      ↥

👤 **WTF!** @chocolate_cn_ch · Nov 19, 2020
Replying to @Dani_Lagi and @StripMarvel
pero va a ser serie o peli?

💬 1      ↻      ♡      ↥

👤 **Victor Manuel** @victorflejada · Nov 20, 2020
Replying to @chocolate_cn_ch @Dani_Lagi and @StripMarvel
Serie

💬      ↻      ♡      ↥

👤 **J. Jonah Jameson** @David90276526401 · Nov 19, 2020
Replying to @Dani_Lagi and @StripMarvel
Pizza time xd

💬      ↻      ♡      ↥

👤 **Ghost** @Ghost_579975 · Nov 19, 2020
Replying to @Dani_Lagi and @StripMarvel
Esta serie la espero con todas las ganas del mundo, al igual que las demás
series de Marvel.

💬      ↻      ♡      ↥

👤 **Raúl Caballero** @RaajulcrisM4 · Nov 19, 2020
Replying to @Dani_Lagi and @StripMarvel
Me interesan más otros superhéroes que Mamarvel la verdad, pero bueno
habrá que comerse otra vez el feminismo de Disney metido con calzador en
todas partes...

💬 3      ↻      ♡ 4      ↥

👤 **Rubén** @_🤍 @rrau_10arroyo · Nov 19, 2020
Replying to @RaajulcrisM4 and @Dani_Lagi
Pues no la veas bro, deja disfrutar al resto

💬      ↻      ♡ 2      ↥

Show additional replies, including those that may contain offensive    Show
content

Tweet



**Chris Evans Brasil | Fã site**
@chrisevansbrcom

Estão prontos para ver Chris Evans e seu fluffy hair em um filme de natal?? 🎄

Obrigada por tudo, @PrimeVideoBR!

Translate Tweet

6:14 PM · Oct 13, 2022 · Twitter for iPhone

**57** Retweets  **18** Quote Tweets  **610** Likes

Tweet your reply — Reply

---

lia VAI VER O HARRY @manorianfire · Oct 16
Replying to @chrisevansbrcom and @PrimeVideoBR
cebr, esse filme vai sair esse ano ou ano que vem?
♡ 1

Chris Evans Brasil | Fã site @chrisevansbrcom · Oct 17
Replying to @manorianfire and @PrimeVideoBR
Ano que vem.

thalia 🍂 ☕ @Biitaaa · Oct 13
Replying to @chrisevansbrcom and @PrimeVideoBR
Será que o filme será lançado esse ano ainda?!
♡ 1    ♡ 3

Chris Evans Brasil | Fã site @chrisevansbrcom · Oct 13
Replying to @Biitaaa and @PrimeVideoBR
Dificilmente. As gravações levam alguns meses e já estamos em Outubro, fora o período de pós-produção. Vai ficar pro natal de 2023.
♡ 1    ♡ 10

Beca 💜 SPN¹³ | TVD³ | AHS² - fan account @HunterR633 · Oct 13
Replying to @chrisevansbrcom and @PrimeVideoBR
Ele tá tão lindinho 😭
♡    ♡

born again in Wakanda// fan account @diamondcevans · Oct 13
Replying to @chrisevansbrcom and @PrimeVideoBR
Eu ainda tô impactada com a beleza desse homem.
Parece q fica mais novo cada vez que sai fotos novas.
♡    ♡ 1

Marina @ninaranjes · Oct 13
Replying to @chrisevansbrcom and @PrimeVideoBR
Tudo que eu precisava
♡    ♡

Amanda @mandyvibez · Oct 13
Replying to @chrisevansbrcom and @PrimeVideoBR
Prontissima 🤧😍
♡    ♡

Dih 🍁🎃🎄 | Fan account @Dihfarcc · Oct 17
Replying to @chrisevansbrcom and @PrimeVideoBR
Lindo
Obrigada prime video por não tentar fazer o Chris ficar feio 🤣 (o que é impossível)
♡    ♡

Vana 👻 🎃 jurídico idosos🇧🇷 @chwplin · Oct 13
Replying to @chrisevansbrcom and @PrimeVideoBR
A rouquinha dele parece do Star Lord
♡    ♡

Danny Καζηακα Joзη @DannySthrong · Oct 13
Replying to @chrisevansbrcom and @PrimeVideoBR
Esse fluffy! Ai que vontade de passar a mão nesse fluffy. 🥰🥰
♡    ♡ 3

gabi 🦇 twd spoilers @acklespad · Oct 13
Replying to @chrisevansbrcom and @PrimeVideoBR
cebr eu tô tão ansiosa!!
♡    ♡

Vana 👻 🎃 jurídico idosos🇧🇷 @chwplin · Oct 13
Replying to @acklespad @chrisevansbrcom and @PrimeVideoBR
amg vamos vencer
♡ 1    ♡

Show replies

Mel @Meiry_Alves · Oct 13
Replying to @chrisevansbrcom and @PrimeVideoBR
Ai ADM, o menino Chris está um grande gostoso sempre, mas nessas fotos ele está ainda mais 🔥
♡    ♡ 1

💫 Monique 💫 @This_isTDfan · Oct 14
Replying to @chrisevansbrcom and @PrimeVideoBR
SOS, AMO FILME DE NATAL
♡    ♡

gabi @paltsdriver · Oct 13
Replying to @chrisevansbrcom and @PrimeVideoBR
prontissima adm
♡    ♡

isa. @isafvs · Oct 13
Replying to @chrisevansbrcom and @PrimeVideoBR
eie vai baforar como faz em todos 🙏
♡    ♡

---

Perkowski Legal P.C.
@_perkowski

---

Q Search Twitter

Relevant people

Chris Evans Brasil | Fã... @chrisevansbrcom    Follow
Sua principal fonte de notícias e mídia sobre o ator norte-americano @ChrisEvans. | FAN ACCOUNT, we are NOT Chris Evans· — @midiacebr

Prime Video Brasil ✔ @PrimeVideoBR    Follow
✔ Official
🔔 VAI EMOCIONAR: Tessa e Hardin tão voltando. After: Depois Da Promessa estreia dia 25/11

What's happening

Formula 1 · 3 hours ago
Abu Dhabi Grand Prix 2022

#Disenchanted 🍿
Original movie now streaming
Promoted by Disney+

Trending in United States
Rest In Peace
49.3K Tweets

Entertainment · Trending
Morgan Freeman
188K Tweets

Trending in California
Elton John
9,803 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet