# EXHIBIT B Continued

← **Tweet**

- Home
- Explore
- Notifications 1
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

This Tweet is from a suspended account. Learn more

**purpose broken #13** @just_eustaquio · May 24, 2021
Replying to @FORSAPPHICS and @bestsapphics
tessa thompson ??????¿¿¿¿ mds

💬 1    🔁    ♡ 2    ⬆️

**lua** @theodorolu_ · May 24, 2021
Replying to @just_eustaquio and @bestsapphics
sim! elas tão fazendo um trisal com otaika waititi

💬    🔁    ♡ 2    ⬆️

**Aries** @Aries1334 · May 26, 2021
Replying to @FORSAPPHICS and @bestsapphics
OMG 😮

💬    🔁    ♡    ⬆️

**abril** @apricotjamcake · May 24, 2021
Replying to @FORSAPPHICS and @bestsapphics
no :)

💬    🔁    ♡ 2    ⬆️



**Perkowski Legal P.C.** ...
@c_perkowski

Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Rihanna Navy Brasil | Fan Account**
@RNavyBrasil

Rihanna foi vista chegando á sede da Roc Nation, em Nova York na sexta-feira passada (21). ••
Translate Tweet



4:38 PM · Jan 23, 2022 · Twitter for iPhone

**81** Retweets   **94** Quote Tweets   **1,201** Likes

Tweet your reply

Reply

**bruninho** @Bsmebruninho · Jan 23
Replying to @RNavyBrasil
Ai jesus...



♡ 2   ↻ 2

**baby de barbados💅🏽** @afrokawaii · Jan 23
Replying to @RNavyBrasil
que os fenty nao seja tao iludido no amor quanto é com a carreira de cantora da vendedora de avon pq olha...

♡ 1

**lapridias** @lapridias · Jan 23
Replying to @RNavyBrasil
foi pegar os papeis pra dar entrada no fgts

**[v]ginê•** @earfelips · Jan 23
Replying to @RNavyBrasil and @rnavybrasil
Pedir demissão

**Anitta Manoban** @anittamanoban · Jan 23
Replying to @RNavyBrasil
só assinar o contra-cheque do dinheiro dos streams, nada novo sob o sol



♡ 2

**'ℛ|ℛℛ!'** @brlinibitch · Jan 23
Replying to @RNavyBrasil
Ela indo dar entrada nas parcelas do seguro desemprego



**Nada não Bé** @maduzynhah · Jan 23
Replying to @RNavyBrasil



♡ 1   ↻ 1

**baby de barbados💅🏽** @afrokawaii · Jan 23
Replying to @maduzynhah and @RNavyBrasil
como ela consegue se equilibrar nesse salto meu pai

♡ 1

**Robyn 👑** @badjunisor · Jan 23
Replying to @RNavyBrasil
foi só fechar de uma vez a gravadora por inatividade

♡ 6

**JUNI** @bjunipauleti · Jan 23
Replying to @RNavyBrasil
AGORA SIM, VEM AÍ

**ivan** @_barbznavy · Jan 23
Replying to @RNavyBrasil
nem vou botar expectativas

**mayk lov 💎** @mayconts · Jan 24
Replying to @RNavyBrasil
mais uma vez iludindo as gatas

♡ 1

**Nathan** @NathanFelix_Eu · Jan 25
Replying to @RNavyBrasil
Look'sinho bem Matrix perfeito

**Nathan** @NathanFelix_Eu · Jan 25
Replying to @RNavyBrasil
Não cito mais expectativas, se não eu infarto se minha fanfic não acontecer



**Relevant people**

**Rihanna Navy Brasil |...**
@RNavyBrasil
Follow
RNB 🇧🇷 | Estamos online desde 2010, somos o maior e mais completo fã-clube sobre a cantora Rihanna no Brasil e em toda a América Latina. Apoio @umunicbrasil

**What's happening**

FIFA World Cup · 2 hours ago
**England vs Iran**

Trending in California
**Dodger Stadium**
14.1K Tweets

Entertainment · Trending
**#AntManandTheWaspQuantumania**
1,819 Tweets

Sports · Trending
**Maguire**
Trending with #Threelions

Sports · Trending
**Charles Barkley**
3,531 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@_perkowski

Case 2-22-cv-09462-DMG-ADS    Document 23-25    Filed 03/13/23    Page 4 of 101    Page ID #:5492

Tweet

🏠 **The Female Rap Room** ✓
@girlsinrap

.@DojaCat for Winnie Harlow's #PLT launch party 🖤



5:10 AM · Jul 15, 2021 · Twitter for iPhone

**24** Retweets  **2** Quote Tweets  **294** Likes

---

P  Tweet your reply                    Reply

🔴 D🌸❗ @holythemoly · Jul 15, 2021
Replying to @girlsinrap and @DojaCat
I love you Dojaaaa
♡ 1

🔴 D🌸❗ @holythemoly · Jul 15, 2021
Replying to @girlsinrap and @DojaCat
PRINCESS OF RAP

🔴 D🌸❗ @holythemoly · Jul 15, 2021
Replying to @girlsinrap and @DojaCat
STUNNING

Show more replies

---

**Relevant people**

🏠 **The Female Rap R...** ✓          Follow
@girlsinrap
#1 Source For Women In Hip-Hop.
DM for Promo & Business Inquiry:
girlsinrap@gmail.com

**fart** ✓                            Follow
@DojaCat
you're annoying stfu

**What's happening**

FIFA World Cup · 2 hours ago
**Mexico vs Poland**

#AvatarTheWayOfWater 🔵
Get tickets now - In theaters December 16
◻ Promoted by Avatar

Music · Trending
**Dolly Parton**
4,788 Tweets

Trending in United States
**Ochoa**
Trending with Poland, Lewandowski

Trending in California
**Mexicans**
16.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

**Home**
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
••• More

**Tweet**

P **Perkowski Legal P.C.** •••
@c_perkowski

https://twitter.com/nickgstan/status/1583345206841135104 __ et __ 2022-11-19 23:17:48 -08:00

Tweet

### rita
@nickgstan    ···

## NICHOLAS AND ANNE



11:31 PM · Oct 20, 2022 · Twitter for iPhone

**3** Retweets   **2** Quote Tweets   **87** Likes

---

Tweet your reply            Reply

**Ve.** @oceanlove88 · Oct 21    ···
Replying to @nickgstan
Can't wait to see this movie 😍

### Relevant people

**rita**
@nickgstan    Follow

nicholas galitzine's favorite kiddo.

### What's happening

Television · 3 hours ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Politics · Trending
**HE'S BACK**
153K Tweets

Jungkook · Trending
**jungkook**
1.6M Tweets

Trending in United States
**Waka Waka**
49.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



Thread

__ https://twitter.com/alexromval/status/1384217236433367045 __ at __ 2022-11-20 16:18:56 -08:00 __



**Thread**

**AMERICA'S PROBLEM** ✓
@FUCCI

do i need these shoes??? cause... they look so comfy.



3:02 PM · Nov 6, 2021 · Twitter for iPhone

33 Retweets  8 Quote Tweets  426 Likes

**Perkowski Legal P.C.**  ...
@c_perkowski

Tweet your reply                    Reply

🩸💧 @beevonerd · Nov 8, 2021
Replying to @FUCCI
All he needs is a high pony/bun and the Dunkin Donuts app open on his phone. This is so New England.

❄️ @_cxenega · Nov 7, 2021
Replying to @FUCCI
Why I did I glance and think he was Jamie Lee Curtis ? 😹😹
💬 1   🔁   ❤️ 3   ⬆️

🔮🌈The Fairy Prince👑👑👑 @MannequinFairy · Nov 7, 2021
Replying to @_cxenega and @FUCCI
Completely understandable 💯
💬   🔁   ❤️ 1   ⬆️

stal @stal_style · Nov 6, 2021
Replying to @FUCCI
UGHHHH

Official Cunt @SheScamss · Nov 6, 2021
Replying to @FUCCI
Look like he walking backwards
💬   🔁   ❤️ 15   ⬆️

🔮🌈The Fairy Prince👑👑👑 @MannequinFairy · Nov 7, 2021
Replying to @FUCCI
Puffer jacket UGGs?? Cause that's what they look like😂

Brittany Leggett @BrittanyLeggett3 · Nov 6, 2021
Replying to @FUCCI
Yea, get them

Brittany Leggett @BrittanyLeggett3 · Nov 6, 2021
Replying to @FUCCI
Cause I wanna live through you. I've not come to a resolve on it yet.

Lady Gaga LGN @LadyGagaLGNN · Nov 6, 2021
Replying to @FUCCI
What company made them?
💬 1   🔁   ❤️   ⬆️

human @anelanaiara · Nov 6, 2021
Replying to @LadyGagaLGNN and @FUCCI
yzy

https://twitter.com/mileyupdates/status/1375591631159035597t... _all__ 2021-11-29 08:58:05 -08:00
2:22-cv-09462-DMG-ADS   Document 23-25   Filed 03/13/23   Page 9 of 101   Page ID
#:5497



← Tweet

**Cinema Solace**
@CINEMASOLACE                                                    ...

Dakota Johnson on the set of 'MADAME WEB' 🕷️



8:00 AM · Jul 26, 2022 · Twitter for iPhone

**39** Retweets    **7** Quote Tweets    **308** Likes

💬          🔁          ♡          ⬆️

[P]  Tweet your reply                                   Reply

---

🐦

🏠 Home

#️⃣ Explore

🔔 Notifications ①

✉️ Messages

🔖 Bookmarks

🗒️ Lists

👤 Profile

⊙ More

**Tweet**

---

🔍 Search Twitter

**Relevant people**

  **Cinema Solace**        Follow
@CINEMASOLACE
Find solace in the never-ending world
of cinema ✨

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening
Ceremony**

Music · Trending
**Lionel Richie**
4,109 Tweets

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Family & relationships · Trending
**Thanksgiving Day**
11.8K Tweets

Politics · Trending
**Tragically**
15.4K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.


**Perkowski Legal P.C.**        ...
@c_perkowski



Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/guidance_the/status/1350940044786554432 __ at __ 2022-11-20 17:28:10 -08:00 __

← **Tweet**

🔍 Search Twitter

📷 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

 **TheGuidance**
@guidance_the                                    ···

Es temporada de fiestas en el set de #Spiderman3 !!!
Tom Holland y Zendaya se reúnen una vez más.

Translate Tweet




2:56 PM · Jan 17, 2021 · Twitter for iPhone

**1** Like

      ♡   

 Tweet your reply                    Reply

**Relevant people**

 **TheGuidance**
@guidance_the                    Follow

Todo el contenido geek al alcance de
tu mano. Noticias, análisis, cómics
narrados, curiosidades, etc.

**What's happening**

NBA · LIVE
**Hornets at Wizards**



**#Disenchanted** 🧙
Original movie now streaming
▣ Promoted by Disney+

Trending in United States                    ···
**Dove Cameron**
4,291 Tweets

The Real Housewives of Potomac · Trending    ···
**#RHOP**
Trending with Jacqueline

Trending in United States                    ···
**Wayne Brady**
1,177 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**    ···
@c_perkowski

— https://twitter.com/vishmidia/status/1442669085494497285 — at — 2022-11-21 10:15:33 -08:00 —



← **Tweet**



 **VI$H Mídia** 
@vishmidia

···

Angelina Jolie & The Weeknd foram vistos juntos novamente saindo de um restaurante. 👀

 

6:54 PM · Sep 27, 2021 · Twitter for iPhone

**8** Retweets    **18** Quote Tweets    **197** Likes

    

P    Tweet your reply                    Reply

## Relevant people

 **VI$H Mídia** 🟢    Follow
@vishmidia

Site de conteúdo subversivo | +
@vishsports Contato:
contato@vishmidia.com.br

## What's happening

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Trending in California
**Dodger Stadium**
13.9K Tweets

···

Trending in United States
**#CreditCardMovies**

···

Trending in United States
**Mendy**
58.4K Tweets

···

Trending in United States
**Senegal**
Trending with #FifainuBsc, #USMNT🇺🇸

···

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ···
@c_perkowski

__ https://twitter.com/meenavoguee/status/1447305605937512448 __ et __ 2022-11-22 03:40:45 -08:00 __





# Tweet





## Relevant people

رانيا 🎀
@Fshn_19

**Follow**

Snap: | فاشن وشوية سوالف
RaniyaStylist

## What's happening

FIFA World Cup · LIVE
England vs Iran

Gaming · Trending
**3DS Rainbow Road**
Trending with    Maple Treeway

Entertainment · Trending
**Kang**
46.4K Tweets

Trending in United States
**Schiff**
68.6K Tweets

Trending in United States
**Saka**
Trending with    Rashford, Maguire

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.



Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/jaymalecelebs/status/1238622941908172802 __ at __ 2022-11-21 13:11:36 -08:00 __



← Tweet

Home

Explore

Notifications
1

Messages

Bookmarks

Lists

Profile

More

**Tweet**



**Male Celeb Hotties**
@jaymalecelebs

When your kink is on point!



5:28 PM · Mar 13, 2020 · Twitter for Android

**4** Retweets    **130** Likes



Tweet your reply

Reply

Q Search Twitter

**Relevant people**



**Male Celeb Hotties**          Follow
@jaymalecelebs

Just a bi guy bringing you hot male
celeb content to lust over! DM's are
always open! Have fun! 😜 18+

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**

Entertainment · Trending          ···
**julia fox**
6,755 Tweets

Trending in United States          ···
**1-0 USA**
20.5K Tweets

Trending in California          ···
**Telemundo**
7,548 Tweets

Trending in United States          ···
**HOW IS THAT NOT A YELLOW**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**          ···
@c_perkowski

__ https://twitter.com/thai_superhero/status/1400550518645092353 __ at __ 2022-11-22 11:24:03 -08:00 __

← **Tweet**



**สมาคม Superhero**
@Thai_SuperHero

···

เปรียบเทียบชุดภาคแรก และภาค2ของ #shazam ⚡

Translate Tweet



1:30 PM · Jun 3, 2021 · Twitter for iPhone

**128** Retweets   **8** Quote Tweets   **75** Likes

💬        🔁        ♡        ⬆

P   Tweet your reply                    Reply

---

🔍 Search Twitter

## Relevant people

  **สมาคม Superhero**        **Follow**
@Thai_SuperHero

สมาคมของกลุ่มบุคคลผู้ชื่นชอบซุปเปอร์
ฮีโร่ในประเทศไทย // Twitter อย่างเป็น
ทางการของ 'สมาคมผู้คลั่งไคล่
SuperHero' *ถามข้อมูลหนัง/Comic ต่างๆ
ใน DM ได้เลยจ้า*

---

🐦

⌂ Home

# Explore

🔔 Notifications

✉ Messages

https://twitter.com/tylere2006/status/1271228963139051520___et___2022-11-22 17:38:27 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-25   Filed 03/13/23   Page 18 of 101   Page ID
#:5506






← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Tae12**
@tylere2006                                          ···

Madison and Victoria



4:52 PM · Jun 11, 2020 · Twitter for iPhone

**10** Retweets   **68** Likes



Tweet your reply                          **Reply**

**John Smith** @slaveboy200769 · Jun 11, 2020   ···
Replying to @tylere2006
I want both!


**Perkowski Legal P.C.**                 ···
@c_perkowski

**Search Twitter**

**Relevant people**

**Tae12**                                    **Follow**
@tylere2006
Just a guy tweeting pics of beautiful
women

**What's happening**

Television · LIVE
**Bachelor in Paradise airing on
ABC**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Celebrities · Trending                       ···
**Tom Hanks**
10.3K Tweets

Entertainment · Trending                     ···
**Jane Lynch**

Trending in California                       ···
**Memo Ochoa**
98.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← Tweet                                          Q Search Twitter

⌂ Home

🔍 Explore         Tom Holland Brasil | Fã site                    Tom Holland Brasil |      Follow
                   @tomhollandbr                                   @tomhollandbr
🔔 Notifications                                                   Twitter do primeiro e melhor fã site
                   Segundo informações dos paparazzis, a cena envolve   sobre o ator Tom Holland! Your first
✉ Messages         MJ e Ned, que estão trabalhando em uma loja de    and the BEST fan account about
                   donuts, e Peter Parker entrando na loja para comprar  @TomHolland1996 🕷 from Brazil to
🔖 Bookmarks        um café.                                         the whole world!
                   Translate Tweet
☰ Lists
                                                                  What's happening
👤 Profile
                                                                  NFL · Yesterday
⋯ More                                                            Lions at Giants

      Tweet                                                        Trending in United States
                                                                  UCLA
                                                                  11.4K Tweets

                                                                  Trending in United States
                                                                  Bob Iger
                                                                  Trending with Disney, Chapek

                   8:44 AM · Jan 17, 2021 · Twitter Web App       Trending in United States
                                                                  Defundland
                   110 Retweets  39 Quote Tweets  919 Likes       4,762 Tweets

                                                                  Only on Twitter · Trending
                      ♡          ⟲          ♡          ⤴           #偶急急育
                                                                  227K Tweets
  Perkowski Legal P.C.  ⋯
  @c_perkowski          Tweet your reply                 Reply     Show more

                   raqueliasp :) @halandy · Jan 17, 2021         Terms of Service  Privacy Policy  Cookie Policy
                   Replying to @tomhollandbr                     Accessibility  Ads info  More ···
                   Aaaaaa                                        © 2022 Twitter, Inc.
                      ♡          ⟲          ♡          ⤴

                   kami @htfuwr · Jan 17, 2021
                   Replying to @tomhollandbr
                   seriooo, meu coração ta quentinho 😭
                      ♡          ⟲          ♡          ⤴

                   Emy 🕷 @jiminluvaflair · Jan 17, 2021
                   Replying to @tomhollandbr
                   Meu deus 😍💓
                      ♡          ⟲          ♡          ⤴

                   maju @selenarstyles · Jan 17, 2021
                   Replying to @tomhollandbr
                   meu coração todinho
                      😂😂😂😂😂😂😂😂😂
                      ♡          ⟲          ♡          ⤴

                   🌸roevak · Jan 17, 2021
                   Replying to @tomhollandbr
                   @Houisflower28
                      ♡          ⟲          ♡          ⤴

                   ju 🕷🕸 @redmarroyals · Jan 17, 2021
                   Replying to @tomhollandbr
                   @Houisflower28
                      ♡          ⟲          ♡          ⤴

                   Faith In Sthe's Future 🧚‍♀️🧚 @houisflowerz · Jan 17, 2021
                   Replying to @redmarroyals and @tomhollandbr
                   Aaaaaa não vejo a hora de assistir
                      ♡          ⟲          ♡          ⤴

                   Kim 🍑 @Kimsummer_ · Jan 17, 2021
                   Replying to @tomhollandbr
                   Pq tá tudo tranquilo? Confusa aqui

                   

                   É OBVIO QUE EU TINHA QUE ME
                   PRONUNCIAR
                   14.754 visualizações.

                      ♡          ⟲          ♡          ⤴

                   @gocoelinho · Jan 17, 2021
                   Replying to @tomhollandbr
                   meu deeeeeeeeus
                      ♡          ⟲          ♡          ⤴

                   Ga ✨ @forholland_ · Jan 17, 2021
                   Replying to @tomhollandbr
                   @strangeduhh
                      ♡          ⟲          ♡    1     ⤴

                   stxh 🕷 MLB 54 @dljlwonder · Jan 17, 2021
                   Replying to @tomhollandbr
                   MDS AAAHAASNSHASAA
                      ♡          ⟲          ♡          ⤴

                   @citaxka · Jan 17, 2021
                   Replying to @tomhollandbr
                   😂😂😂😂
                      ♡          ⟲          ♡          ⤴

                   @whxjamie · Jan 17, 2021
                   Replying to @tomhollandbr
                   AAAAAAAA

                   [video thumbnail]
                   0:33  5,059 views
                   From

                      ♡          ⟲          ♡          ⤴

                   mands 🕷 SUPER MAX @rainbellaa · Jan 17, 2021
                   Replying to @tomhollandbr
                   AAAAAAAAAAAAAA
                      ♡          ⟲          ♡          ⤴

                   indi @gkspixy · Jan 17, 2021
                   Replying to @tomhollandbr
                   amo um trio
                      ♡          ⟲          ♡          ⤴




← Thread

🎬 VEIO AÍ! Nicholas Galitzine e Anne Hathaway filmando #TheIdeaofYou na quarta-feira, 19 de outubro

Translate Tweet



7:52 PM · Oct 20, 2022 · Twitter Web App

58 Retweets  95 Quote Tweets  779 Likes

Tweet your reply                          Reply

Nicholas Galitzine Brasil 🇧🇷 Fã-clube · @NGBRSite · Oct 20
Via @HathawayBRA @UpdatesHathaway
♡ 5

Julia Gabriela @Juliagabriel4_8 · Oct 20
Replying to @NGBRSite
Ele é de Cabelo cortado e tudoooo😍😍😍😍
♡ 6  1

Nicholas Galitzine Brasil 🇧🇷 Fã-clube · @NGBRSite · Oct 20
Replying to @Juliagabriel4_8
A coisa mais linda, um nenêm 🥺
♡ 2  1
Show replies

Thaís Zymor 🇧🇷🇨🇦🇮🇹 @thaiszymor · Oct 21
Meu novo descanso de tela, simplesmente dois atores que sou COMPLETAMENTE apaixonada e não esperava nunca ver como um casal
♡ 2  1

Nicholas Galitzine Brasil 🇧🇷 Fã-clube · @NGBRSite · Oct 21
Replying to @thaiszymor
🥰
♡

duda 💗🤍🔥 @sicholaslovato · Oct 20
Replying to @NGBRSite
Que gostoso ele tá com esse cabelo
♡ 3  1

Nicholas Galitzine Brasil 🇧🇷 Fã-clube · @NGBRSite · Oct 20
Replying to @sicholaslovato
😳
♡ 1

Mar 🍃 @maronfire_ · Oct 21
Replying to @NGBRSite
@AadiCD
♡ 1  1

Adi? @AadiCD · Oct 21
Replying to @maronfire_ and @NGBRSite
❤️😍

fernanda @artslaurs · Oct 21
Replying to @NGBRSite
que gracinha 😍 a carinha dele deve tá mega animado. Anne tão linda mulher maravilhosa
♡

Nicholas Galitzine 🏳️ @nickgcomfort · Oct 21
Replying to @NGBRSite
o cabelo meu deus 😍

ThisIsAnna @annacharq · Oct 20
Replying to @NGBRSite
They look good together 👏

jessica @conselheirachek · Oct 21
Replying to @NGBRSite
Aiiiii me derreti!!!!! Ele está lindo demais 😍😍😍
♡ 1

isa. @labyrinth · Oct 21
Replying to @NGBRSite
ele parece tão feliz, já estou ansiosa pelo filme!!!!!
♡

Liliam Magalhães @lilinhapink · Oct 20
Replying to @NGBRSite
Meu Deus! 😍❤️
♡ 2

Nicolle @Nicolleemeyer · Oct 21
Replying to @NGBRSite
Dois perfeitos
♡

Relevant people

Nicholas Galitzine Br...    Follow
@NGBRSite
Fã-site brasileiro dedicado ao ator e cantor inglês Nicholas Galitzine. Fan account - contact us before taking any legal action! Follow Nicholas: @nickgalitzine

What's happening

Television · 3 hours ago
Saturday Night Live airing on NBC

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Jungkook · Trending
jungkook
5.61M Tweets

Trending in United States
Jason David Frank
1,333 Tweets

Trending in United States
Blocked
131K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ...
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@_c_perkowski

__ https://twitter.com/ClickySound/status/1272255890591285251 __ at __ 2022-11-22 21:43:13 -08:00 __

# Twitter

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

← Tweet

**Clicky Sound**
@ClickySound
···

clickysound.com/kylie-jenner-t... Jenner confirmed her breakup with Scott in October.



12:53 PM · Jun 14, 2020 · Clicky Sound

Tweet your reply

Reply

Search Twitter

## Relevant people

**Clicky Sound**
@ClickySound
Photography at its Best!

Follow

## What's happening

FIFA World Cup · Last night
**Mexico vs Poland**



#AvatarTheWayOfWater
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Trending in California
**Costco**
5,689 Tweets
···

Trending in United States
**Erection**
16.2K Tweets
···

Entertainment · Trending
**Marvel**
93.5K Tweets
···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski
···



**Tweet**

**dee.**
@harrymoonchild

No bc he probably made a joke and is happy over the fact it made her laugh, look at him smiling at her laughing

11:23 AM · Jan 6, 2021 · Twitter for Android

**15** Retweets   **1** Quote Tweet   **190** Likes

Tweet your reply                                    **Reply**

**ket! MIDNIGHTS** ✨ @g0ldenfolklore · Jan 6, 2021
Replying to @harrymoonchild
you're,,, not a larrie?

                                    **2**

**Andrea** @EdithAndrea20 · Jan 6, 2021
Replying to @harrymoonchild

**Relevant people**

**dee.**
@harrymoonchild
#harry: starry haze crystal ball 🔮🧿 | backup:@goldenfineline | ig:dishaxrai

**Follow**

**What's happening**

NFL · 3 hours ago
**Eagles at Colts**

**#Disenchanted** 🧙
Original movie now streaming
🎬 Promoted by Disney+

Politics · Trending
**LGBTQ**
Trending with AR-15, Colorado Springs

Korean music · Trending
**soobin**
Trending with #AMAs 🏆, TOMORROW X TOGETHER

Sports · Trending
**Pickett**
12.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/GabyMeza8/status/1016792692462246123 ... _et_ ... 2022-11-20 23:02:41 -08:00
22-cv-09462-DMG-ADS    Document 23-25    Filed 03/13/23    Page 23 of 101    Page ID #5511



Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Q Search Twitter

**Relevant people**

Gaby Meza · 📸🚀
@GabyMeza8    **Follow**
Cinéfila | #FueradeFoco YouTuber | TV
Host | Locutora #QuéPelículaVer |
Team Cinépolis | EXA FM
contacto@fueradefoco.com.mx

**What's happening**

NFL · 2 hours ago
**Chiefs at Chargers**

#Disenchanted 🎃
Original movie now streaming
☑ Promoted by Disney+

Music · Trending
**sabrina**
72K Tweets

Trending in United States
**Sandy Hook**
31.3K Tweets

Music · Trending
**Lionel Richie**
3,082 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More —
© 2022 Twitter, Inc.

https://twitter.com/tender_DMJ/status/1092974355326398465 __el __2022-11-20 15:59:34 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-25   Filed 03/13/23   Page 24 of 101   Page ID
#:5512

← **Tweet**



DAKOTA 💜💙✔
@tender_DMJ

Queen of coffee runs 🖤



6:32 PM · Feb 5, 2019 · Twitter for iPhone

**4** Retweets  **1** Quote Tweet  **14** Likes

💬        🔁        ♡        ⬆

P   Tweet your reply                          Reply

Wiex @xwiexwiex · Feb 5, 2019
Replying to @tender_DMJ
Ive seen this sweater before

Hmmm...

GIF

💬 1      🔁      ♡      ⬆

DAKOTA 💜💙 @tender_DMJ · Feb 5, 2019
Replying to @xwiexwiex
I don't remember but the shirt yes in NY last year 😔

💬        🔁        ♡        ⬆

Perkowski Legal P.C.  ⋯
@c_perkowski

🔍 Search Twitter

**Relevant people**

DAKOTA 💜💙✔               Follow
@tender_DMJ
Dakota Johnson is the meaning of
perfection and of course the love of
my life ❤

**What's happening**



NFL · 2 hours ago
Browns at Bills

#Disenchanted 🎃
Original movie now streaming
📺 Promoted by Disney+

Trending in United States
Caleb Williams
10.5K Tweets

Trending in California
#AMAs 🔥
1.87M Tweets

Yeonjun · Trending
yeonjun
57.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

← **Tweet**

**Marvel Diário**
@MarvelDiarioPT

Imagens das gravações de #MadameWeb.

(via @JustJared)

Translate Tweet

10:53 AM · Oct 6, 2022 · Twitter for Android

**6** Likes

Tweet your reply

Reply

## Relevant people

**Marvel Diário**
@MarvelDiarioPT
Follow

🇵🇹/🇧🇷 Maior página da #Marvel em Portugal, com conteúdo diário e de confiança. 🇺🇸/🇬🇧 Biggest #Marvel page in Portugal, with daily and reliable content.

**JustJared.com** ✓
@JustJared
Follow

Your #1 Entertainment Authority Also follow @jaredeng @justjaredjr

## What's happening

FIFA World Cup · 2 hours ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 👸
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**#DonaldTrump**
40.7K Tweets

Trending in United States
**#QATECU**
100K Tweets

Only on Twitter · Trending
**Rest in Power**
14.2K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Search Twitter


**Perkowski Legal P.C.**
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 23-25   Filed 03/13/23   Page 26 of 101   Page ID #:5514

**Tweet**

←

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.**
@c_perkowski
...

__ https://twitter.com/ChrisEvans_USA/status/15811000756398903905 __ gl __ 2022-11-22 22:48:35 -08:00 __

← **Tweet**

**Chris Evans USA** 💙
@ChrisEvans_USA

Just saying 🏴‍☠️



6:50 PM · Oct 14, 2022 · Twitter for iPhone

**10** Retweets    **3** Quote Tweets    **210** Likes

Tweet your reply                                        Reply

**BrooklynDorito** @BrooklynDorito · Oct 14
Replying to @ChrisEvans_USA
All he needs is the eye liner.
                                          1

**doctorfan06** @doctorfan06 · Oct 14
Replying to @ChrisEvans_USA
Chris's outfit is 100% way better.
                                          1

This Tweet is from an account that no longer exists. Learn more

Show replies

---

# Twitter

🏠 Home
# Explore
🔔 Notifications  ¹
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

Ⓟ Perkowski Legal P.C.   ···
   @c_perkowski

---

🔍 Search Twitter

**Relevant people**

Ⓒ **Chris Evans USA** 💙          Follow
   @ChrisEvans_USA

FAN ACCOUNT 💙 Dedicated to Dodger Evans' BEST FRIEND. No Gossip. No Hate. You can call me Luna 🍌 I love 🐢🌱🙌♨️🚀👅 🥤💙 🐕🍓🐧🕯🌼💛 and 🧑‍🦱

**What's happening**

NBA · 1 hour ago
**Lakers at Suns**

**#AvatarTheWayOfWater** 🌊
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Trending in United States                    ···
**Erection**
19.2K Tweets

Trending in California                       ···
**Costco**
5,966 Tweets

Business and finance · Trending            ···
**Chesapeake**
36.3K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

https://twitter.com/TheAffinityMag/status/1379920329730818062 ... Document 28-28, Filed 03/13/23 Page 28 of 101 Page ID
Thread                                                          Search Twitter



https://twitter.com/postsjustin/status/1384271572881125892 _ at _ 2022-11-22 11:30:59 -08:00

Case 2:22-cv-09462-DMG-ADS    Document 23-25    Filed 03/13/23    Page 29 of 101    Page ID
#:5517

← **Tweet**

**PJ**  **best justin pics**
@postsjustin                                                    •••

he looks good in blue



👤 Justin Bieber

3:23 PM · Apr 19, 2021 · Twitter for iPhone

**167** Retweets    **11** Quote Tweets    **1,188** Likes

💬              🔁              ♡              ⬆️

**P**   Tweet your reply                              Reply

**stefano bianchera** @StefanoStendy · Apr 20, 2021    •••
Replying to @postsjustin and @justinbieber
I'd like to know what my idol is drinking in that bottle what's inside a
medicine?🤭🙏❤️

💬              🔁              ♡ 1            ⬆️

🔍 Search Twitter

**Relevant people**

**PJ**  **best justin pics**              Follow
@postsjustin
The best of @justinbieber content.
(fan account) Ownered by
starringevelyn, brzzle and biebersnt.

**Justin Bieber** ✓            Follow
@justinbieber
JUSTICE the album out now

**What's happening**

FIFA World Cup · 1 hour ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States
**Ochoa**
Trending with  Australia, Poland              •••

Trending in California
**Mexicans**
14.7K Tweets                                  •••

Trending in California
**Mexico City**
20.6K Tweets                                  •••

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More •••
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

**Twitter**

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

**Relevant people**

Bishop
@BlindWanda
Lover of Marvel, DC, Star Wars, Comics, Inailee Steinfeld, BLACKPINK, and many other things !!

**Follow**

**What's happening**

NFL · 2 hours ago
Browns at Bills

#Disenchanted
Original movie now streaming
Promoted by Disney+

Trending in California
Rest in Peace
Trending with #TheWalkingDead

Sports · Trending
Denver
109K Tweets

Trending in United States
LGBTQ
Trending with Colorado Springs, en 11

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⌄
© 2022 Twitter, Inc.

**Bishop**
@BlindWanda

Well, here are the bad guys that Kate Bishop and Clint Barton will be shooting at in the show.

#Hawkeye #Marvel #Disneyplus



6:43 PM · Feb 20, 2021 · Twitter Web App

**70** Retweets  **158** Quote Tweets  **744** Likes

Tweet your reply

**Reply**

ross macdonald stan account @niccolee0hnson · Feb 21, 2021
@dthel7 TRACKSUIT MAFIA BRO

Derek Held @dhel7 · Feb 21, 2021
Replying to @niccolee0hnson and @CreamOrScream
FUCKING BRO
AM SO EXCITED BRO

Mr. J Movie Review Multiverse @EILMemes7W · Feb 21, 2021
Replying to @BlindWanda and @CreamOrScream and @DanielRPK
So, guns vs arrows...

the_belugaluga528 (Hawkeye Era) @Mauricl14435207 · Feb 21, 2021
Replying to @EILMemes7W @CreamOrScream and @DanielRPK
The original debate.

Red Kujō V @Redshadihaze · Feb 20, 2021
Replying to @BlindWanda and @CreamOrScream
blunt pros? IIRC the tracksuit dudes were Russian guys.

daniel @yodx0oooo · Feb 21, 2021
Replying to @redtheham and @CreamOrScream
blunt bros

Show replies

Stephen N. Parker 🎭 @PeterNStrange · Feb 20, 2021
Replying to @BlindWanda and @CreamOrScream
Money Heist crossover?

Juan Pedro @CrakeWayne2240 · Feb 20, 2021
Replying to @PeterNStrange and @CreamOrScream
What the hell is that? Sounds so dumb

Juan Pedro @CrakeWayne2240 · Feb 20, 2021
Replying to @PeterNStrange and @CreamOrScream
What the hell is that? Sounds so dumb

Show replies

Torks to Me @TorksZMo · Feb 21, 2021
Replying to @BlindWanda and @CreamOrScream and @DanielRPK
@DSJehen TRACKSUIT BROS!!

sogox @straightfool07 · Feb 21, 2021
Replying to @CreamOrScream and @BlindWanda and @DanielRPK
They look like from money heist

Joseph Burns @JoualcFilms · Feb 22, 2021
Replying to @BlindWanda and @CreamOrScream
Someone raided Steve Austin's closet.

youtube.com
Six Million Dollar Man
The intro to The Six Million Dollar Man, starring Mitch McConnell?? PS: Geeks will want to know, so...

SMAPTY @inforumationTert · Feb 21, 2021
Replying to @BlindWanda and @CreamOrScream
Bro.

Kyle Simcox @GhostlySpyd9 · Feb 21, 2021
Replying to @BlindWanda and @CreamOrScream
Beeg mistake bro.

PUNK™ @punkenamesjeff · Feb 21, 2021
Replying to @AKGhostlySpyd9 and @CreamOrScream
Bro serriooaaslllpyy bro??

Muninn @Muninn22 · Feb 22, 2021
Replying to @BlindWanda and @CreamOrScream
Bro!

Deebz @SolidEggs · Feb 21, 2021
Replying to @BlindWanda and @CreamOrScream
"BRO, SERIOUSLY BRO?" Omg I can't wait for this now 😂😂
#Hawkeye #realtraction #marvelcosta

Spedatron @Spedatron · Feb 21, 2021
Replying to @BlindWanda and @CreamOrScream
Why does the third guy look like Adam Sandler?

Neil. @RN_Bhargeva · Feb 21, 2021
Replying to @BlindWanda and @CreamOrScream
I see bros everywhere and it's glorious

PUNK™ @punkenamesjeff · Feb 21, 2021
Replying to @BlindWanda and @CreamOrScream
Letass goo the tracksuit Dracula bros

Chakkrit Castle @Thardx_Ch1gurh · Feb 20, 2021
Replying to @BlindWanda and @CreamOrScream
Wow, it's that a Tracksuit Dracula ?

Deebz @SolidEggs · Feb 21, 2021
Replying to @Thardx_Ch1gurh and @CreamOrScream
"I seriously theenk so, Bro."

Show replies

🇦🇿İspan Galoyan #StopAzerbaijaniAg... @Galoyan_... · Feb 20, 2021
Replying to @BlindWanda and @CreamOrScream
Bro? Bro!

Mindd Kidzag @MinddKidzag · Feb 20, 2021
Replying to @BlindWanda and @CreamOrScream



Mark Keijzer ➡️ @MarkKeijzerFr · Feb 21, 2021
Replying to @BlindWanda and @CreamOrScream
Is that.... Miley Cyrus

Jorge O'Neill @JorgeONeillP1 · Feb 21, 2021
Replying to @BlindWanda and @CreamOrScream
Miley Cyrus?

aravinthanchakrapani @aravinthunchakr · Feb 21, 2021
Are they 7 Russians in a tracksuit?

← **Tweet**



❋ **Captain Marvel NEWS / Fan Account**
@CaptMarvelNews                                                    ···

**Cause we love some Ms.Marvel wearing Captain Marvel** 🌟⚡




👤 Ms. Marvel Brasil ⚡ and Ms. Marvel UK⚡

3:54 PM · Apr 9, 2021 · Twitter for iPhone

45 Retweets   3 Quote Tweets   315 Likes

💬          ⟲          ♡          ⬆️


Tweet your reply                          **Reply**

**Ms. Marvel UK**⚡ @MsMarvelUK · Apr 9, 2021          ···
Replying to @CaptMarvelNews and @MsMarvelBR
Yess we love to see it 💪⚡

💬          ⟲          ♡ 3          ⬆️

P  **Perkowski Legal P.C.**          ···
   @c_perkowski

---

🔍 Search Twitter

**Relevant people**

 ❋ **Captain Marvel NE...**   **Follow**
@CaptMarvelNews
Since 2010, Twitter's #1 international
Fan Account for EVERYTHING
CAPTAIN MARVEL!! Coming up: THE
MARVELS JUL 28, 2023! @brielarson
@captainmarvel

 **Ms. Marvel Brasil ⚡**   **Follow**
@MsMarvelBR
• Bem vindas(os) ao fã-clube Ms.
Marvel Brasil|Aqui você ficará por
dentro de todas as notícias sobre
#KamalaKhan⚡•Mutante e
Orgulhosa•

 **Ms. Marvel UK**⚡   **Follow**
@MsMarvelUK
✨ #MsMarvel #KamalaKhan pics,
updates and news • Streaming NOW
on Disney+ • ANNOUNCE SEASON 2 •
#TheMarvels 2023 • Muslim (he/him)

**What's happening**

FIFA World Cup · 3 hours ago
**Mexico vs Poland**


**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California                          ···
**Mexicans**
19K Tweets

Celebrities · Trending                          ···
**Tom Hanks**
6,720 Tweets

Trending in California                          ···
**Chicharito**
Trending with Chucky

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/teleaudiencias/status/1412363193108746242 __ at __ 2022-11-22 10:18:56 -08:00 __

← **Tweet**





**Teleaudiencias**
@teleaudiencias

···

The Weeknd y Angelina Jolie, han sido vistos juntos saliendo de un restaurante de Los Ángeles. Algunos medios americanos señalan de una posible relación y otros de motivos profesionales (concretamente de la nueva serie de HBO que producirá el cantante).
wp.me/pa7I1P-5ud

Translate Tweet



3:50 AM · Jul 6, 2021 · TweetDeck

**2** Likes

Search Twitter

### Relevant people



**Teleaudiencias**                    **Follow**
@teleaudiencias

Audiencias, noticias, opinión, entrevistas, estrenos, tv, cine, música y deportes y +51.000 en instagram!
TvTeleaudiencias.wordpress.com

### What's happening

FIFA World Cup · 21 minutes ago
**Mexico vs Poland**

**Perkowski Legal P.C.**  ···
@c_perkowski





Tweet your reply                    Reply



← **Tweet**

## Relevant people



**Robert Littal BSO** ✓
@BSO

After Spending His Super Bowl Weekend With Kendall Jenner, Watch Ben Simmons Say The Sixers Are Soft After They Were Blown Out By The HEAT (Video)
bit.ly/2Sm8eDF



7:50 AM · Feb 5, 2020 · BSO Alert

**3** Retweets    **1** Quote Tweet    **5** Likes

🔍 Search Twitter

**Robert Littal BSO** ✓
@BSO

 Follow

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

## What's happening



FIFA World Cup · Starts at 8:00 AM
**Mexico vs Poland**

**#AvatarTheWayOfWater**🫧
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States
**Argentina**
Trending with #FIFAWorldCup 🏆, Herve Renard

Entertainment · Trending
**Died Suddenly**
107K Tweets

Trending in United States
#السعوديه_الأرجنتين
1.26M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Left sidebar

🐦 Twitter

🏠 Home
# Explore
🔔 Notifications ¹
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

Tweet your reply

Reply



**Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/TavernaMarvel/status/1556745184540516353 _at_ 2022-11-21 17:18:18 -08:00
Case 2:22-cv-09462-DMG-ADS Document 23-25 Filed 03/13/23 Page 34 of 101 Page ID #:5522



← **Thread**



**Taverna Marvel | Fan-Club**
@TavernaMarvel

🚨 Nova imagem do set de 'Ironheart' confirma o ator Anthony Ramos como o vilão 'The Hood'.

Translate Tweet



1:52 PM · Aug 8, 2022 · Twitter Web App

**12** Retweets **4** Quote Tweets **76** Likes

💬  🔁  ♡  📤

  Tweet your reply                                  Reply

**Taverna Marvel | Fan-Club** @TavernaMarvel · Aug 8
Replying to @TavernaMarvel
Via: Just Jared

💬  🔁  ♡ 2  📤

**Carol Ogles** @Seirocceme · Aug 10
Replying to @TavernaMarvel
LOVE IT!!!

💬  🔁  ♡  📤

**not you** @diaryunpressed · Aug 8
Replying to @TavernaMarvel
oh that costume is trash and i love it 😍

💬  🔁  ♡ 1  📤

Show more replies

---

🐦 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**



**Perkowski Legal P.C.** ···
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

**Taverna Marvel | Fan-...**                   Follow
@TavernaMarvel
Portal focado no universo da Marvel.
Todas as notícias e informações você
encontra aqui. Ative as notificações🔔
🎬Contato:
tavernamarvel@gmail.com

**What's happening**

NCAA Men's Basketball · Yesterday
Delta Devils at Tigers

Entertainment · Trending                      ···
**Died Suddenly**
38.7K Tweets

Only on Twitter · Trending                    ···
**#pcxqc**
2,605 Tweets

Trending in United States                     ···
**#ThingsIWouldTellMyYoungerSelf**

Drama TV · Trending                           ···
**#AllAmerican**
Trending with Reyna, Morris

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

← **Tweet**

Q Search Twitter

**Movie News**
@movies_popcorn                              ···

الصور الاولى من موقع تصوير مسلسل WATCHMEN القادم على شبكة HBO



Hol

12:04 AM · Jun 5, 2018 · TweetDeck

**4** Retweets   **11** Likes

💬          ⟲          ♡          ⬆

 Tweet your reply                    Reply

**Relevant people**

 **Movie News**          Follow
@movies_popcorn

اخر اخبار الفن السابع ونجوم هوليود و مشاهير العالم لحظة بلحظة

**What's happening**

FIFA World Cup · 2 hours ago
**USA vs Wales**

Trending in California                    ···
**TSLA**
23.8K Tweets

Trending in California                    ···
**LAFC**
8,730 Tweets

Trending in United States                 ···
**HOW IS THAT NOT A YELLOW**
1,580 Tweets

Trending in United States                 ···
**Chrisley**
5,878 Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home

# Explore

🔔 Notifications

Messages

🔖 Bookmarks

Lists

Profile

More

**Tweet**

**Perkowski Legal P.C.**    ···
@c_perkowski

https://twitter.com/CinematizandoOf/status/1431991214789905673___al___2022-11-19 18:21:24 -08:00





- Home
- Explore
- Notifications 1
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

← **Tweet**

Infos Séries
@SeriesUpdateFR

Premières images de Dominique Thorne sur le tournage de la série Marvel #IronHeart.

Translate Tweet



2:24 PM · Aug 8, 2022 · Twitter for Android

43 Retweets    5 Quote Tweets    402 Likes

Tweet your reply                        Reply

**Nolan** @NolanGJCL · Aug 9
Replying to @SeriesUpdateFR
@florlandac

**Florian De Almeida** @florlandac · Aug 9
Replying to @NolanGJCL and @SeriesUpdateFR
Sa sera sans moi celle la ^^

**solènn (II)** @SystemNebuleuse · Aug 8
Replying to @SeriesUpdateFR
C'est le costume deffinitif ? Jsuis mitigé
2                              1

**Nandry** @cpasDryNa · Aug 8
Replying to @SystemNebuleuse and @SeriesUpdateFR
non c'est son premier costume
1                              1

Show replies

**Tay** @taylanama_ · Aug 9
Replying to @SeriesUpdateFR
SAMUS

**S-meo D'Angoulême** @TheMrSmeo · Aug 8
Replying to @SeriesUpdateFR
ça me fait un peu penser au doom slayer ^^
2                              7

**Nizar** 🇲🇦 @Andhrimnir_NI · Aug 9
Replying to @TheMrSmeo and @SeriesUpdateFR
On dirait un mix entre la Praetor de 2016 et celle d'Eternal
1                              1

Show replies

**LoK De Nosgoth** @LNosgoth · Aug 9
Replying to @SeriesUpdateFR
Très stylé comme armure

**Raurii Gatien** @GatienRaurii · Aug 8
Replying to @SeriesUpdateFR
Bon courage à la nouvelle génération
Difficile de passer après Robert tellement de fans et un bon acteur
11

**.** @leosco6 · Aug 9
Replying to @SeriesUpdateFR
Après c'est sûrement comme la première armure de iron man c'est pas la définitive
2

**RealSlachi** 🇩🇪🇪🇸 (DGM) @RealSlachi · Aug 8
Replying to @SeriesUpdateFR
Son armure s est une dinguerieeeee

**jirenurahara** @Kaneshi14 · Aug 9
Replying to @SeriesUpdateFR
Nul à chier, faites que cette daube ne sorte jamais
1

This Tweet was deleted by the Tweet author. Learn more

**COV's Universe** @cov_universe · Aug 9
Replying to @f_jacky328 and @SeriesUpdateFR
Quels costumes son en CGI dans le MCU, j'aimerai bien voir tes 90 % là

Show replies

Show more replies

Perkowski Legal P.C.
@_c_perkowski

**Relevant people**

Infos Séries            Follow
@SeriesUpdateFR
Bienvenue sur votre premier compte source français sur toutes vos séries, films et plateformes de streaming préférées. 😶‍🌫️
seriesupdatefr@gmail.com

**What's happening**

NFL · 1 hour ago
Cowboys at Vikings

#Disenchanted
Original movie now streaming
Promoted by Disney+

Trending in United States
Wayne Brady
1,901 Tweets

Trending in California
Dodger Stadium
9,139 Tweets

The Real Housewives of Potomac · Trending
John Hopkins

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

← Tweet



**Arabic Marvel**
@ArabicMarvel

أول ظهور للممثل 'آدم سكوت' في موقع تصوير فيلم
Madame Web والذي سيقع داخل عالم سوني السينمائي 📸

Translate Tweet



6:23 AM · Jul 28, 2022 · Twitter for Android

**3** Retweets    **63** Likes

    

    Tweet your reply    Reply

---

Q Search Twitter

**Relevant people**

    **Arabic Marvel**    **Follow**
@ArabicMarvel

من نيويورك لوكاندا و من اسكارد لتايتان..كل ما يخص عالم مارفل المذهل | مكتبنا الآخر لـ ديلي بلانيت: ❤️
@ArabicDCU

**What's happening**

Television · Last night
**Saturday Night Live airing on NBC**


#Disenchanted 🧚
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending
**Jason David Frank**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/wheres1d/status/1346162122837864452 __ at __ 2022-11-21 03:52:08 -08:00 __

← **Tweet**



**cheesefries**
@Wheres1D                                    · · ·

Do you think Harry officiated the wedding?

10:30 AM · Jan 4, 2021 · Twitter for iPhone

**1** Quote Tweet    **14** Likes

🔍 Search Twitter

## Relevant people



**cheesefries**
@Wheres1D                    **Follow**

occasionally a 1D & solo update
account | secretly paul higgins

## What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening
Ceremony**

Music · Trending                        · · ·
**Kelly Rowland**
19.2K Tweets

Trending in United States              · · ·
**Schiff**
54.1K Tweets

Sports · Trending                       · · ·
**nick bolton**
3,238 Tweets

Trending in United States              · · ·
**UCLA**
11.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

Tweet your reply                    **Reply**



**Perkowski Legal P.C.**
@c_perkowski            · · ·

Thread



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**


Perkowski Legal P.C.
@c_perkowski

ATENÇÃO GEEK | Mídia
@agfotosevideos

···

Fotos dos bastidores de #FalconAndWinterSoldier
📸 @thomas_polito



2:37 PM · Dec 23, 2019 · Twitter for Android

1 Retweet  4 Likes

Tweet your reply

Reply

ATENÇÃO GEEK | Mídia @agfotosevideos · Dec 23, 2019
Replying to @agfotosevideos
+ fotos dos bastidores de #FalconAndWinterSoldier



1

2

Search Twitter

**Relevant people**



ATENÇÃO GEEK | Mídia
@agfotosevideos

Follow

Conta para fotos e vídeos dos
bastidores do mundo do
entretenimento. Conta oficial:
@atencaogeek

**What's happening**

NCAA Men's Basketball · Earlier today
**Explorers at Hoyas**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, Disney

···

Trending in United States
**#dantherizzler**

···

Trending in United States
**#AMAs** 🔥
Trending with soobin, yeonjun

···

Show more

Terms of Service  Privacy Policy  Cookie Policy·
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

__ https://twitter.com/rrno110/status/1408018512581305762 __ et __ 2022-11-21 16:04:50 -08:00 __

← **Tweet**

🔍 Search Twitter

Home

Explore

Notifications (1)

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**RRNO1**
@RRNO110    ···

Rihanna



4:05 AM · Jun 24, 2021 · Twitter for iPhone

**1** Retweet   **35** Likes

💬    🔁    ♡    ⬆

Tweet your reply    **Reply**

**DSLS** @DRKSLHTS · Jun 24, 2021    ···
Replying to @RRNO110
My future wife

💬    🔁    ♡    ⬆

## Relevant people

**RRNO1**
@RRNO110    **Follow**
I'm a guy that love celebs and beautiful amateurs. DO NOT tag me in with celebs or it's an instant block. Happy to promote amateurs with their content

## What's happening

FIFA World Cup · This morning
**England vs Iran**

Trending in United States    ···
**Trent Reznor**
11.5K Tweets

Trending in United States    ···
**HOW IS THAT NOT A YELLOW**
1,504 Tweets

Trending in United States    ···
**Tampax**
21.3K Tweets

Trending in United States    ···
**Combat Mode**
1,539 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···

← **Tweet**

**1D Updates**
@Live1DNews                                            ···

Harry out in LA last night - October 6 (Via @hsdcandids )



11:29 AM · Oct 7, 2020 · Twitter for iPad

**8** Likes

🗨       ⇄       ♡       ↑

Ⓟ    Tweet your reply                          **Reply**

---

**Home**

**Explore**

🔔 **Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Ⓟ **Perkowski Legal P.C.**    ···
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

**1D Updates**                    **Follow**
@Live1DNews
1D Updates. Paul, Andy, and more follow!

**HS Candids**                    **Follow**
@hsdcandids
Follow for HQ candids of HS. Layout by @brightblackdsgn. (Fan Account)

**What's happening**

Television · Yesterday
**The Walking Dead airing on AMC**

Politics · Trending                    ···
**Tragically**
15.2K Tweets

Trending in California                ···
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Music · Trending                      ···
**Lionel Richie**
3,991 Tweets

The Walking Dead · Trending           ···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

**Tweet**



🔍 Search Twitter

# Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Spider-Man Brasil** ✓
@SpiderManBRA

🕷️ Zendaya falou sobre o perfeccionismo do Tom Holland no set de #SpiderManNoWayHome:

"Eu apenas assisti ele fazer uma cena de luta o dia todo - exaustivo. Ele fazia um movimento, e então voltava para os monitores e assistia e dizia, 'Eu posso fazer isso melhor.'"

Translate Tweet

8:07 AM · Oct 12, 2021 · Twitter for Android

**355** Retweets  **115** Quote Tweets  **5,255** Likes

Tweet your reply                                    Reply

**RYANVBS** @ryanvbs_ · Oct 12, 2021
Replying to @SpiderManBRA
Tanto esforço pra abrir o twitter de noite em casa e ver brasileiro xingando dizendo q o Tobey é melhor. Triste.
3          2          51

**Baiano-8** @OtoDescolado · Oct 12, 2021
Replying to @ryanvbs_and @SpiderManBRA
Brasileiro não sabe nem escolher presidente, coitado...
          7

**victor** @Victor190138770 · Oct 12, 2021
Replying to @SpiderManBRA
Daí chega no filme e trocam ele por um bonecão do posto feito em cgi
          7

**Luis Henrique** @LuisHBDL · Oct 12, 2021
Replying to @SpiderManBRA
O que me surpreende nisso é saber que ele fez alguma cena de luta sem ser CGI
1          61

**Tobias** @TobiasCypriano · Oct 12, 2021
Replying to @LuisHBDL and @SpiderManBRA
O pior é que o cara faz as cenas de ação, mas a produção vai lá e mete 3 toneladas de cgi
1          7

**MUNDINHO HARRY STYLES E ALLAN JESUS ...** @al... · Oct 12, 2021
Replying to @SpiderManBRA
Tudo bem que o João Whatsapp não ajuda muito o menino tom mas a galera pega muito no pé dele por pouco motivo o cara é esforçado e adora o papel
1          88

**bRuNo** 🔻 @BRUN03DU · Oct 12, 2021
Replying to @alvxex and @SpiderManBRA
João whatsapp foi foda kkkkkkkk
1

Show replies

**George M.** @MeChameDe_G · Oct 12, 2021
Replying to @SpiderManBRA
Aí chega no filme e a Marvel mete CGI no corpo dele inteiro para piorar os movimentos que ele fez até ficar exausto
1          74

**Isaac Rodrigues** @IsaacRo36790666 · Oct 12, 2021
Replying to @MeChameDe_G and @SpiderManBRA
É falei a mesma coisa
9

**suamãde4** @frangolino6 · Oct 12, 2021
Replying to @SpiderManBRA
É um bom ator, pena q o roteiro fode cm td.

**SpiderR2** @SpiderR2d2 · Oct 12, 2021
Replying to @SpiderManBRA
Krl ele faz todas as lutas sem CGI kkkkk
1          7

**Gobbie01S** @gobbie01S · Oct 14, 2021
Replying to @SpiderR2d2 @R2d2Spider and @SpiderManBRA
Ehhh não. Não mesmo (infelizmente) kkkk
1

**estel** @lefestefs · Oct 11, 2021
Replying to @SpiderManBRA
Esse é o tipo de coisa que me faz ficar traumatizada o dia todo
1

**Fernando Colangelo** @FernandoColang1 · Oct 12, 2021
Replying to @SpiderManBRA
Por isso ele é o melhor homem aranha.
6

**yKnight I #HEXA**🏆🇧🇷 @CostaaMathiass · Oct 12, 2021
Replying to @SpiderManBRA
Se o roteiro ajudasse o Tom, ele seria o melhor Homem Aranha
2          198

**Tekaruki** @tbark3099 · Oct 12, 2021
Replying to @CostaaMathiass and @SpiderManBRA
Minha casa alagou com esse fato
7

**@luizeduardos** @luizeduardos3 · Oct 12, 2021
Replying to @SpiderManBRA
Zendaya opina sobre o Andrew e o Tobey nos set, só pra eu ver uma coisa rapido
1          4

**Relevant people**

**Spider-Man Brasil** ✓
@SpiderManBRA                        Follow
Sua maior fonte de notícias sobre o amigão da vizinhança no Brasil. Ative as notificações 🔔 · Fan Account

**What's happening**

FIFA World Cup          🔴 LIVE
Mexico vs Poland

#AvatarTheWayOfWater
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
110K Tweets

Trending in United States
**Argentina**
Trending with #WorldCup, Otamendi

Trending in California
**Mexico City**
25.6K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@_perkowski

🔍 Search Twitter

# Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

---

**Gaby Meza** · 🎬🎞️ ✓
@GabyMezali

¡BARBIE & KEN! 😍 Tenemos nueva imagen de
#MargotRobbie y #RyanGosling caracterizados como
los muñecos de #Mattel, para el live action de la
directora #GretaGerwig

Translate Tweet



3:28 PM · Jun 22, 2022 · Twitter for iPhone

**260** Retweets   **90** Quote Tweets   **4,588** Likes

Tweet your reply                                    Reply

---

**Wishiyo Targaryen, first of his name** @Oliver3Wisho19 · Jun 22
Replying to @GabyMezali
Se va horrible Ken JAJAJAJA

---

**Pily Jikook // Focus on BTS** @PilyLestrange · Jun 22
Replying to @GabyMezali
Fuaaaaa pense que era barbie y el 1 presidente Biden 😅😅😅

---

**nobot** @Mario_NoBot · Jun 22
Replying to @GabyMezali
Parece Barbie Margot y su abuelo...

---

**JOSUE RG CALDERON** @JOSUERGC16 · Jun 22
Replying to @GabyMezali
Jajajaja presiento una película de porquería

---

**Claus MS** @meningial3 · Jun 23
Replying to @GabyMezali
Jajaja el Ryan se ve bien pirata

---

**Euge** 💭 @QuantumEuge · Jun 22
Replying to @GabyMezali
Es como que me desagrada la idea de la película y a la vez la iré a ver, es
rara la sensación (?)
💬 2            ♡ 54

---

**lechuga.salvaje.eth (🐸💙🧡)** y @rafacastillo777 · Jun 22
Replying to @QuantumEuge and @GabyMezali
La directora es buena, seguro la peli tiene buena trama y mas trasfondo del
que da a primera vista
💬 2            ♡ 51

Show replies

---

**Keanuel** @soykeanuel · Jun 22
Replying to @GabyMezali
La Margot Robbie vaquera no existe no puede enamorarte
La Margot Robbie vaquera:
                          ♡ 81

---

**Laura** @Lau_Cristancho · Jun 23
Replying to @GabyMezali
Margot es demasiado perfectaaaaaa

---

**ArqCendales** @ArqAlberto_29 · Jun 22
Replying to @GabyMezali
margot luce bien pero ryan ... parece un anciano

---

**🕷️ SPIDER VERSE** @los_vere_en_sue · Jun 22
Replying to @GabyMezali
Si esta madre gana a mejor vestuario en los Oscar, ese dia moriré el cine

---

**Pero q coj0nes...** @luis41674933 · Jun 23
Replying to @GabyMezali
Ryan ta viejo Pal papel

---

**Things•••** @Thingsonly5 · Jun 22
Replying to @GabyMezali
Un poco de comedia 😂😂

---

**Relevant people**

**Gaby Meza** · 🎬🎞️ ✓                Follow
@GabyMezali
Cinéfila | #fueradefoco YouTuber | TV
Host | Locutora #QuéPelículaVer |
Team Cinépolis | EXA FM
contacto@fueradefoco.com.mx ✉️

**What's happening**

NFL · 31 minutes ago
49ers at Cardinals

Entertainment · Trending
**Died Suddenly**
62.1K Tweets

Entertainment · Trending
**August Alsina**
Trending with #TheSurrealLife

Trending in California
**Dodger Stadium**
9,229 Tweets

Sports · Trending
**Trey Lance**
1,242 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

---

**Perkowski Legal P.C.**
@c_perkowski

_ https://twitter.com/ScubaSt3219/status/1450424117765750787 __ el __ 2022-11-22 07:20:37 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-25    Filed 03/13/23    Page 45 of 101    Page ID
#:5533

← **Tweet**

Q Search Twitter

Best of C~Lovin'
@ScubaSt3219

⋯

### Selena Gomez



4:30 AM · Oct 19, 2021 · Twitter for Android

**86** Retweets  **1** Quote Tweet  **1,066** Likes

💬       🔁       ♡       ⬆️

📒  Tweet your reply            **Reply**

eric bouncci @EBouncci · Oct 19, 2021
Replying to @ScubaSt3219

💬       🔁       ♡ **2**       ⬆️

Evaristo Hernandez @evaristoh9 · Oct 19, 2021
Replying to @ScubaSt3219
I love what i see

💬       🔁       ♡ **1**       ⬆️

Alan Whitbread @AlanWhitbread2 · Oct 19, 2021
Replying to @ScubaSt3219
Very sexy

💬       🔁       ♡ **1**       ⬆️

Douglas Stone @DouglasStone12 · Oct 19, 2021
Replying to @ScubaSt3219
She's looking stunning  ❤️❤️❤️❤️❤️💋💋💋

💬       🔁       ♡ **1**       ⬆️

Zachary (Zac) Brooks @Zac_man1123 · Oct 19, 2021
Replying to @ScubaSt3219

💬       🔁       ♡ **1**       ⬆️

Show additional replies, including those that may contain offensive content            Show

### Relevant people

Best of C~Lovin'
@ScubaSt3219                     **Follow**
**MALE** Faves are Camila & Selena
NOT any of the celebs posted **DO
NOT TAG ANY CELEB** DM's open to
followers

### What's happening

FIFA World Cup · 3 hours ago
**Argentina vs Saudi Arabia**

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
▣ Promoted by Avatar

Trending in California
**Mexico City**
25.3K Tweets

Trending in United States
#السعودية_الأرجنتين
1.24M Tweets

Entertainment · Trending
**Died Suddenly**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

### Perkowski Legal P.C.
@c_perkowski

← **Tweet**

**sam**
@allinitdrews                                              ⋯

holy shit



8:43 AM · Feb 17, 2020 · Twitter for iPhone

**8** Retweets  **31** Likes

💬        ⟲        ♡        ⬆

📇   Tweet your reply                          **Reply**

**natalie** @BIEBERFTSKI · Feb 17, 2020    ⋯
Replying to @allinitdrews
So soft
💬        ⟲        ♡        ⬆

**Alondra** 🌸 @rauhlvibz · Feb 17, 2020    ⋯
Replying to @allinitdrews
Don't forget to vote! @justinbieber @DanAndShay #10000Hours #BestLyrics
#iHeartAwards
💬        ⟲ 1      ♡        ⬆

---

**Search Twitter**

**Relevant people**

**sam**                              Follow
@allinitdrews
fan account; justin followed 9.14.19

**What's happening**

FIFA World Cup · 2 hours ago
**USA vs Wales**

Trending in United States       ⋯
**Chrisley**
3,042 Tweets

Sports · Trending            ⋯
**Colt McCoy**
1,811 Tweets

Music · Trending             ⋯
**Datpiff**

Trending in United States       ⋯
**Booger**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

**Tweet**

Perkowski Legal P.C.    ⋯
@c_perkowski



← **Tweet**

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**



**@nanfixus**
@nanfixus

Dakota on the set Madame Web🕸 last nigh 👀
#DakotaJohnson



7:14 AM · Oct 7, 2022 · Twitter for Android

**8** Retweets  **1** Quote Tweet  **49** Likes

        

Tweet your reply

Reply

### Relevant people

  **@nanfixus**                    Follow
@nanfixus

DJ Fan 🌼 Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🇦🇷

### What's happening

Television · Last night
**Saturday Night Live airing on NBC**



**#Disenchanted** 🧚
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending                ...
**Rest in Power**
13.6K Tweets

Trending in California                    ...
**Shakira**
105K Tweets

Trending in United States                 ...
**#QATECU**
99.3K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ...
© 2022 Twitter, Inc.



**Perkowski Legal P.C.** ...
@c_perkowski

← **Tweet**

**Home**

**Explore**

**Notifications** 1

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

 **inMARVEL** ❄️ **#MarvelStudios #Marvel #WakandaForever**
@inMARVEL_    ···

La película no se, pero Dakota como Madame Web va a ser...  😳

#SpiderMan #Spiderverse #Sony #MadameWeb #DakotaJohnson #Marvel #MarvelStudios #Disney



3:07 PM · Oct 10, 2022 · Twitter for Android

**13** Retweets   **49** Likes

**Relevant people**

 **inMARVEL** ❄️ **#Marv...**    **Follow**
@inMARVEL_

Aquel que disfrute del contenido de Marvel Studios, si es digno, poseerá el poder de saber todo acerca del MCU. ¡Sígueme y sé un Nuevo Vengador! 👊🦸

**Perkowski Legal P.C.**    ···
@c_perkowski

Tweet your reply    **Reply**

← Tweet


**TheGuidance**
@guidance_the                                    ...

Hailee Steinfeld es la prueba viva de que ser #hawkeye no es tan fácil como parece. #katebishop #marvel #mcu



10:51 AM · Feb 21, 2021 · Twitter for iPhone

      

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Search Twitter

**Relevant people**


**TheGuidance**
@guidance_the                    **Follow**
Todo el contenido geek al alcance de tu mano. Noticias, análisis, cómics narrados, curiosidades, etc.

**What's happening**

NFL · 3 hours ago
**Browns at Bills**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
Promoted by Disney+



Trending in United States                    ...
**UCLA**
30.4K Tweets

Trending in California                        ...
**Elton John**
12.8K Tweets

Sports · Trending                            ...
**Cooper Rush**
1,423 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Tweet your reply                    Reply

    

Perkowski Legal P.C.    ...
@c_perkowski

← **Tweet**

### Robert Littal BSO ✔
@BSO

Kim Kardashian on How Happy She Is That Pete Davidson Doesn't Mind She Wears Sweats and Doesn't Have to Worry About Kanye Dressing Her Anymore; Ye Says They Need to Stop Talking Like Will and Jada About Their Relationship (Vids-Pics) bit.ly/3fZCCAd



1:39 PM · Jan 25, 2022 · BSO Alert

**1** Retweet    **4** Likes

Tweet your reply                                          Reply

### Melissa @1andonlyMelissa · Jan 25
Replying to @BSO
Isn't a glad he didn't give up after Ariana? 😂 "Pete the meat" is a whole situation..

---

## Sidebar

### Relevant people

**Robert Littal BSO** ✔
@BSO                              Follow

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

### What's happening

NFL · 4 hours ago
**49ers at Cardinals**

**#AvatarTheWayOfWater**🎬
Get tickets now - In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
7,005 Tweets

Only on Twitter · Trending
**Pablo Milanés**
Trending with Auburn

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

## Left navigation

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C. ···
@c_perkowski

← **Tweet**

 **1D Updates**
@Live1DNews                                                        •••

Harry and Olivia Wilde out and about in Santa Barbara - January 3 (via @hsdcandids)



9:52 AM · Jan 6, 2021 · Twitter for iPhone

**1** Retweet   **16** Likes

        

 Tweet your reply                                    Reply

---

**Home**
# **Explore**
🔔 **Notifications**   ①
✉ **Messages**
🔖 **Bookmarks**
**Lists**
**Profile**
••• **More**

**Tweet**

---

Q Search Twitter

**Relevant people**

 **1D Updates**        Follow
@Live1DNews
1D Updates. Paul, Andy, and more follow!

 **HS Candids**        Follow
@hsdcandids
Follow for HQ candids of HS. Layout by @brightblackdsgn. (Fan Account)

**What's happening**

FIFA World Cup · 4 hours ago
**Mexico vs Poland**                

**#AvatarTheWayOfWater** 🐋
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California          •••
**Lucas**
150K Tweets

Business and finance · Trending   •••
**#studentloans**

Trending in California          •••
**LAPD**
12.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Perkowski Legal P.C.   •••
@c_perkowski

— https://twitter.com/tvoyi_muziki/status/1350653325373542401 __ et __ 2022-11-21 12:09:14 -08:00

← **Tweet**

Твои Мужики‖ TM COMICS
@tvoyi_muziki
···

Oh my....



7:57 PM · Jan 16, 2021 · Twitter for iPhone

**6** Retweets  **534** Likes

Ki🐶 @sopi_kill_me · Jan 16, 2021
Replying to @tvoyi_muziki
Товарищ, а вы уже проснулись или ещё не ложились?

💬 1   ⟲   ♡ 3   ⬆

Твои Мужики‖ TM COMICS @tvoyi_muziki · Jan 17, 2021
Replying to @sopi_kill_me
Я была на блядках и только сейчас ложусь спать ((

💬   ⟲   ♡ 1   ⬆

---

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**



Perkowski Legal P.C.
@c_perkowski
···

---

🔍 Search Twitter

**Relevant people**

Твои Мужики‖ TM C...    **Follow**
@tvoyi_muziki
Пишем несмешные шутки по
фандомам и сценарии в стол. А
вообще, мы паблик, если чё. // My
baby @tm_comics

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**



Entertainment · Trending    ···
**Julia Fox**
5,647 Tweets

Trending in United States    ···
**1-0 USA**
17.6K Tweets

Trending in United States    ···
**#BudweiserFWC**

Entertainment · Trending    ···
**#AvatarTheWayOfWater**
5,979 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

https://twitter.com/SiteBastidores4/status/1583070232459002152?s=20 ... 2022/11/10 20:27:35 -08:00
@2-cx-09d62-OMG-ADS   Document 23:25   Filed 03/13/23   Page 53 of 101   Page ID
#5541



← **Tweet**

**Margvel** 🦋
@_Margvel                                                           ⋯

El actor Wyatt Russell, quien interpreta a U.S Agent en #TheFalconAndTheWinterSoldier, fue visto usando su uniforme militar y el traje del Cap 🧐😱



2:45 PM · Jan 21, 2020 · Twitter for iPhone

**3** Retweets    **58** Likes

💬          🔁          ♡          ⬆️

🅿️  Tweet your reply                                        Reply

**Pablo S. Kennedy** @PabloRuarte5 · Jan 22, 2020    ⋯
Replying to @_Margvel
Buenardo el traje!

💬          🔁          ♡  1          ⬆️

---

🅿️  **Perkowski Legal P.C.**                              ⋯
     @c_perkowski

---

**Relevant people**

🦋  **Margvel** 🦋                                  [ Follow ]
     @_Margvel
     Humor, información y updates del
     Universo Marvel | 🎬
     contactomargvel@gmail.com |
     #SheHulk #IAmGroot

**What's happening**

Television · 47 minutes ago
**The Walking Dead airing on AMC**

#Disenchanted 🧙‍♀️
Original movie now streaming
▶️ Promoted by Disney+

Trending in United States                          ⋯
**#twdspoilers**
1,044 Tweets

Trending in United States                          ⋯
**#TheWalkingDead**
Trending with #TWDFinale, Rosita

Trending in United States                          ⋯
**#AMAs** 🔥
Trending with soobin, Anitta

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

---

🐦
🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

[ **Tweet** ]

← Tweet

🐦

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

 El Aragüeño
@ElAragueno                                               ⋯

Fotos del rodaje de "Ms. Marvel" revelan el traje de Kamala Khan - is.gd/cPn0XF



3:08 AM · May 4, 2021 · Aragueno webs twitts

💬          🔁          ♡          ↥

 Tweet your reply                                     Reply

🔍 Search Twitter

**Relevant people**

 El Aragüeño      Follow
@ElAragueno

EL PRIMER DIARIO DE ARAGUA. ¡50 años contando tu historia!

**What's happening**

FIFA World Cup · LIVE
**France vs Australia**                

**#AvatarTheWayOfWater** 🦍
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California                 ⋯
**LAPD**
12K Tweets

Trending in California                 ⋯
**Mexicans**
18.5K Tweets

Trending in United States              ⋯
**Giroud**
Trending with Australia, Mbappe

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

🅿 Perkowski Legal P.C.   ⋯
@c_perkowski

— https://twitter.com/koredakota/status/1578407914724765697 __ at __ 2022-11-20 10:56:22 -08:00

← **Tweet**



🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

💬 Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

karla
@koredakota                                    ···

## WE ARE GETTING BLONDE DAKOTA AGAIN. LETS GOOO



8:32 AM · Oct 7, 2022 · Twitter for iPhone

2 Likes

💬        🔁        ♡        ⬆

 Perkowski Legal P.C.   ···
@c_perkowski

## Relevant people

 karla
@koredakota                           **Follow**

fan account. multi-fandom: lore olympus, fifty shades, twilight saga, sen çal kapımı, aşk mantık intikam, marvel, star wars, game of thrones, booktwt. ~ 23

## What's happening

Formula 1 · 3 hours ago
**Abu Dhabi Grand Prix 2022**



**#Disenchanted** 👹
Original movie now streaming
📀 Promoted by Disney+

Tweet your reply                    **Reply**

__ https://twitter.com/movielogtr/status/1552726945720406016 __ at __ 2022-11-20 09:22:00 -08:00 __

← **Tweet**

Q Search Twitter

 **MovieLogTR**
@movielogtr                                    ···

Adam Scott, Madame Web filminin setinde görüntülendi.



11:45 AM · Jul 28, 2022 · Twitter for iPhone

💬                ⟳                ♡                

  Tweet your reply                          Reply

Home

# Explore

🔔 Notifications

Messages

🔖 Bookmarks

Lists

Profile

··· More

**Tweet**

Perkowski Legal P.C.   ···
@c_perkowski

**Relevant people**

 **MovieLogTR**
@movielogtr                Follow

**What's happening**

FIFA World Cup · 1 hour ago
**World Cup Qatar 2022: Opening Ceremony**                

**#Disenchanted** 💀
Original movie now streaming
▶ Promoted by Disney+

__ https://twitter.com/girlfromaspen/status/1556047964539420873 __ at __ 2022-11-19 11:42:31 -08:00 __

← **Tweet**

🔁 **Kate Retweeted**

**Vanessa M.**
@dakonessa_29                                  ⋯

Por Deus, essa mulher tá muito gata com esse uniforme de paramédica! 🤞 🔥

Translate Tweet

3:37 PM · Aug 6, 2022 · Twitter for iPhone

**9** Retweets   **1** Quote Tweet   **43** Likes

---

💬        🔁        ♡        ⬆️

**P**   Tweet your reply                              **Reply**

---

**Twitter** 🐦

🏠 Home

# Explore

🔔 Notifications ①

✉️ Messages

🔖 Bookmarks

🗒️ Lists

👤 Profile

⊙ More

**Tweet**

**P** Perkowski Legal P.C. ⋯
@c_perkowski

🔍 Search Twitter

**Relevant people**

 **Kate**    **Follow**
@girlfromaspen
I dislike negativity so unless I follow you, your replies aren't welcome on my tweets.

 **Vanessa M.**    **Follow**
@dakonessa_29
"This isn't vanity. This is art"

**What's happening**

Formula 1 · Starts tomorrow
**Abu Dhabi Grand Prix 2022**


**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶️ Promoted by Uber

Trending in United States    ⋯
**tommys**

Sports · Trending    ⋯
**Andrel Anthony**

Trending in United States    ⋯
**Welcome Back Kotter**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

__ https://twitter.com/turkce/status/1352341982003628032 __ at __ 2022-11-22 14:33:59 -08:00 __

← **Tweet**

**Home**

**Explore**

**Notifications** ⓵

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

 **Türkçe**
@turkce                                                                         ···

Leonardo DiCaprio ve Jennifer Lawrence başrollü Netflix filminin setinden yeni görüntüler paylaşıldı: Netflix'in yıldızlarla dolu yeni filmi Don't Look Up filminin setinden yeni görseller yayınlandı. Başrolünde Leonardo DiCaprio ve... dlvr.it/Rr3zBX #Türkçe #Teknoloji

Translate Tweet



11:47 AM · Jan 21, 2021 · dlvr.it

**2** Likes

💬        ⇄        ♡        ⬆️

Ⓟ   Tweet your reply                                          Reply

**Search Twitter**

**Relevant people**

 **Türkçe**                                    Follow
@turkce
Gazete ve dergilerden Türkçe Haberler, Son Dakika, Spor, Magazin, Teknoloji, Sinema Haberleri. İletişim ve iş birliği için: turkcemag@gmail.com

**What's happening**

FIFA World Cup · 4 hours ago
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🔵
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Trending in California                           ···
**Lucas**
153K Tweets

Chain restaurants · Trending         ···
**Hooters**
6,500 Tweets

Entertainment · Trending             ···
**Tarantino**
Trending with  Simu Liu, Anthony Mackie

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**   ···
@c_perkowski

— https://twitter.com/tender_DMJ/status/1131324701974962178 __ at __ 2022-11-19 21:46:49 -08:00

← **Tweet**

 **DAKOTA** 💜💙
@tender_DMJ

···

## HER HAIR 😍



3:23 PM · May 22, 2019 · Twitter for iPhone

**3** Retweets   **17** Likes

💬          🔁          ♡          ⬆️

 Tweet your reply          Reply

---

**Search Twitter**

### Relevant people

 **DAKOTA** 💜💙          Follow
@tender_DMJ

Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

### What's happening

Television · 1 hour ago
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve

▶️ Promoted by Uber

---

 **Perkowski Legal P.C.** ···
@c_perkowski



https://twitter.com/aassemblebr/status/15567783478747176980 et 2022-11-21 15:35:46 -08:00
Case 2:22-cv-09462-DMG-ADS Document 23-25 Filed 03/13/23 Page 62 of 101 Page ID
#:5550

← **Thread**

Q Search Twitter

**Avengers Assemble BR**
@AAssembleBR

🗞️ | O que alguns insiders falaram sobre #Ironheart recentemente:

• "Também posso relatar exclusivamente que o novo traje #IronHeart da série é chamado de traje 'Legacy'". – @MsLizzieHill

• Daniel RPK via patreon:
- A segue terá elementos sobrenaturais malucos.

Translate Tweet



4:04 PM · Aug 8, 2022 · Twitter for Android

1 Quote Tweet    51 Likes

---

P  Tweet your reply          Reply

**Avengers Assemble BR** @AAssembleBR · Aug 8
Replying to @AAssembleBR
- A série será sobre o conceito de Magia vs Tecnologia
- Riri terá mais de 1 traje.
- Espere que vários personagens místicos/sobrenaturais apareçam.

⚠️ Até que se prove o contrário, é apenas um rumor. ⚠️

Via: @MStudiosNews
💬 1      ♡ 16

**Avengers Assemble BR** @AAssembleBR · Aug 8

📰 **Avengers Assemble BR** @AAssembleBR · Aug 8
📸 Bastidores das filmagens de #Ironheart.
Show this thread

♡ 9

**Perkowski Legal P.C.**
@c_perkowski

**Relevant people**

**Avengers Assemble BR**
@AAssembleBR                    Follow
🇧🇷 Fan Account | Sua mais completa fonte de informações sobre o universo Marvel no Brasil. Ativem as notificações!

**Lizzie Hill - EiC The C...**
@MsLizzieHill                   Follow
EiC of: @mycosmiccircus Patreon: patreon.com/cosmiccircus Discord: discord.gg/Zzjd7ZSpkM Mastodon: mastodon.online/invite/KS7kHsVE

**What's happening**

NFL · Yesterday
Cowboys at Vikings

Sports · Trending
Mexico City
13.4K Tweets

Lovecraft Country · Trending
Lovecraft Country
Trending with #Blade, Yann Demange

Entertainment · Trending
Julia Fox
8,579 Tweets

Trending in United States
Tampax
19K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Tweet



| | Search Twitter |
| --- | --- |

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@i_perkowski

---

**NAÇÃO MARVEL | fan club**
@nacaomarvel

MAGIC 🪄 Anthony Ramos como The Hood no set de
IRONHEART.



2:05 PM · Aug 6, 2022 · Twitter for Android

**86** Retweets · **48** Quote Tweets · **2,015** Likes

Tweet your reply                                **Reply**

R Marinho · @imarinho · Aug 9
Replying to @nacaomarvel
Deu a fouca na chapeuzinho

Tá com o Koo apertadinho? 🍑 @justseo_GP · Aug 8
Replying to @nacaomarvel
 Pessoal reclamando da roupa em 3,2,1...

cenoada · @imdurtada · Aug 8
Replying to @justseo_GP and @nacaomarvel
Tem que ser muito chato pra reclamar dessa roupa, é só um trapo simples
Show replies

DOUGRAS · @douglasferanee · Aug 8
Replying to @nacaomarvel
Parece o Vilão

Celso Amaral @AmaralFRGC · Aug 8
Replying to @nacaomarvel
A maquiagem rejuvenesceu ele para caramba...

Pelcspata @ICtht4 · Aug 9
Replying to @nacaomarvel
O Hood só me fez lembrar do joguinho Contest of Champions

Matt [L] Star Wars: The High Republic @matt_mj · Aug 6
Replying to @nacaomarvel
Chapeuzinho vermelho veio buscar a vovozinha

AVISE AO LOBO MAU
QUE SOBREVIVI

AlaciXka 🌌 @DM_spiln_ · Aug 8
Replying to @matt_mj and @nacaomarvel
KAKAKAKAKAKA AH CARALHO

João Coelho @JoaoCoelhoRangel · Aug 9
Replying to @nacaomarvel
Chapeuzinho vermelho pica de rey mané kkkkkk

Ed Sheeinno @EdSheeinno · Aug 8
Replying to @nacaomarvel
Não sei... Acho muito estranho a Criação de ferro em um vilão mágico,
realmente esperava alguém com armadura tbm. Talvez ele esteja ai pra
substituir o Vilanon de ferro da

Underfund ™ @GhUnderfaded · Aug 8
Replying to @nacaomarvel
Isso me pegou despreventido. Agi eles tem minha atenção total.
Personagem foda

Fernando de Paula @Twito18Fernando · Aug 8
Replying to @nacaomarvel
Contra uma menina de armadura kkkkk que fudecaj

lim 🌙 @lhnseeka · Aug 8
Replying to @PaulaJWmundo and @nacaomarvel
O capuz dele é mágico, ele consegue ficar invisível, fazer ilusões, criar
energias, etc etc
Show replies

Lester Papadopoulos @BbtYoDGdde · Aug 8
A galera reclamando do traje vendo que ele nos quadrinhos é assim

[image]

🧩 @Mison_andre · Aug 8
Replying to @nacaomarvel
Antônio Ramos

[image]

Arthur @soron_emo · Aug 8
Replying to @nacaomarvel
Pensei que fosse o @tengomaru

minho 🐰 @niuembe · Aug 8
Replying to @nacaomarvel
De que universo é esse Strange?

LORDY METAL 🤘 @Lord_Y · Aug 8
Replying to @nacaomarvel
se fixer um malaco de videotudo, fecha uma Party de Destiny

[image]

Rafa @shatonefeel · Aug 9
Replying to @Lord_Y and @nacaomarvel
Caraê nem é o tá igual mesmo a armadura dela 😂😂😂

Berg Bastos 💥 @salembarggez · Aug 9

— https://twitter.com/alexromval/status/1400823853198094338 __ at __ 2022-11-20 10:34:01 -08:00



https://twitter.com/TavernaMarvel/status/1564994098798314029 __ el __ 2022-11-21 02:41:29 -08:00



Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/FueraPlano/status/1379927306391728128 __ at __ 2022-11-20 15:11:05 -08:00

← **Tweet**

Search Twitter

## Relevant people


**Fuera de Plano**
@FueraPlano
Amantes del cine y las series. Noticias, recomendaciones, reseñas, sorteos y más! Twitch: twitch.tv/fueradeplanoli...

**Follow**


**Wonder Worlds - #H...**
@Wonderworldsok
Medio especializado en cine y series 🎬📷 @_nacshin 💚@Valeryvichiraco Noticias, reseñas, informacion, concursos...todo eso y mucho más 👇

**Follow**

⇄ Fuera de Plano Retweeted


**Wonder Worlds - #Hawkeye**
@Wonderworldsok

···

Algunas fotos más del detrás de escena 🤯

**#PowerpuffGirls**

Translate Tweet



3:39 PM · Apr 7, 2021 · Twitter for Android

**7** Retweets  **3** Quote Tweets  **34** Likes

💬          ⇄          ♡          ⬆

P  Tweet your reply                    **Reply**

## What's happening

NFL · LIVE
**Cowboys at Vikings**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
59.3K Tweets                    ···

Trending in California
**#FIFAWorldCup** 🏆
Trending with #AMAs 🎃        ···

Politics · Trending
**LGBTQ**
Trending with Colorado Springs, AR-15    ···

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

https://twitter.com/LLDNofficiel/status/955481421413584896___at___2022-11-21 14:08:59 -08:00

Case 2:22-cv-09462-DMG-AGS    Document 23-25    Filed 03/13/23    Page 67 of 101    Page ID
#:5555



**Tweet**

← 

**La Ligue Des Nakamas**
@LLDNofficiel

···

## Nick Fury et Maria Hill dans #CaptainMarvel



8:44 AM · Jan 22, 2018 · Twitter for Android

**2** Retweets  **17** Likes

💬   ↻   ♡   ⬆️

---

📷 Tweet your reply    **Reply**

---

**La Ligue Des Nakamas** @LLDNofficiel · Jan 22, 2018
Plusieurs sites disent que c'est Captain Marvel d'autres disent que c'est Avengers 4

💬   ↻   ♡ 3   ⬆️

---

**Jordan Tibi** @JordanTibi · Jan 22, 2018
Replying to @LLDNofficiel
alors pourquoi il a son bandeau le Nick ?

💬 1   ↻   ♡   ⬆️

---

**La Ligue Des Nakamas** @LLDNofficiel · Jan 22, 2018
Replying to @JordanTibi
Peut être une scène où Captain Marvel fait sont retour , la scène se passerai après le Flash-back

💬 1   ↻   ♡ 1   ⬆️

Show replies

---

**Nico** 🙂 @Le_BeauBilly · Jan 22, 2018
Replying to @LLDNofficiel
Je suis vraiment curieux pour ce film. C'est un personnage auquel j'en connais tres peu, sans trop m'y interresser avai dire. Mais j'ai hate de voir ce que sa peut donner. L'ariver du "Cosmic" dans le MCU vz faire du bien et ouvrir de nouvelles voies interressantes.

💬   ↻   ♡   ⬆️

---

**RED** @CaptainBigIdln · Jan 22, 2018
Replying to @LLDNofficiel
Ça fait plaisir de revoir Nick Fury !

💬   ↻   ♡   ⬆️

---

**TANG** @TANG_2022 · Jan 22, 2018
Replying to @LLDNofficiel



💬   ↻   ♡ 1   ⬆️

---

**RealSlachi** 🎖️ (DGM) @RealSlachi · Jan 22, 2018
Replying to @LLDNofficiel
a se qui parait ca serait pr la scene post générique de avengers 3 vy qye le tournage de cap marvel a pas commencé

💬 1   ↻   ♡ 2   ⬆️

---

**La Ligue Des Nakamas** @LLDNofficiel · Jan 22, 2018
Replying to @RealSlachi
La scène post générique peut toujours être réutiliser dans le film , comme celle d'Ant-Man dans Civil War

💬   ↻   ♡ 1   ⬆️

---

**RealSlachi** 🎖️ (DGM) @RealSlachi · Jan 22, 2018
Replying to @RealSlachi
mais je valide de ouf  vive Nick Fury et Maria Hill ahah

💬   ↻   ♡   ⬆️

---

### Sidebar

**Relevant people**

**La Ligue Des Nakamas**
@LLDNofficiel    **Follow**
Page officielle de La Ligue Des Nakamas Tipee : cpc.cx/oxe Twitch : m.twitch.tv/lldnofficiel/p...

**What's happening**

FIFA World Cup · 35 minutes ago
**USA vs Wales**

Lovecraft Country · Trending
**Lovecraft Country**
Trending with #Blade, Yann Demange

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,033 Tweets

Music · Trending
**Ciara**
16.5K Tweets

Trending in United States
**Trent Reznor**
7,446 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

### Left nav

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
Lists
👤 Profile
⊙ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski    ···

https://twitter.com/teleaudiencias/status/1410168734703050755 __ at __ 2022-11-22 11:04:41 -08:00

← **Tweet**

**Teleaudiencias**
@teleaudiencias

Jennifer López y Ben Affleck; ¡¡están juntos❤!! La cantante y el actor se han dado una nueva oportunidad 20 años después de su primer romance. Han sido fotografiados dándose un beso en Malibú, durante la fiesta del cumpleaños de la hermana de JLo.
wp.me/pa7I1P-4Z3

Translate Tweet



2:30 AM · Jun 30, 2021 · TweetDeck

**4** Likes

Tweet your reply

**Reply**

**Show more replies**

---

# Home

# Explore

# Notifications

# Messages

# Bookmarks

# Lists

# Profile

# More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

---

## Relevant people

**Teleaudiencias**
@teleaudiencias

**Follow**

Audiencias, noticias, opinión, entrevistas, estrenos, tv, cine, música y deportes y +51.000 en instagram!
TvTeleaudiencias.wordpress.com

## What's happening

FIFA World Cup · 1 hour ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🧑
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California
**Mexicans**
13.6K Tweets

Trending in United States
**Ochoa**
Trending with #MEXPOL, Lewandowski

Celebrities · Trending
**Tom Hanks**
4,852 Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 **Margvel** 🐾
@_Margvel

···

📸 Primer vistazo a Anthony Ramos como The Hood en 'IRONHEART' ❤️




2:01 PM · Aug 8, 2022 · Twitter for iPhone

**1** Retweet   **57** Likes

   

 Tweet your reply

Reply

Q Search Twitter

**Relevant people**

 **Margvel** 🐾
@_Margvel                Follow

Humor, información y updates del Universo Marvel | 💰 contactomargvel@gmail.com | #SheHulk #IAmGroot

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**


Events · Trending          ···
**LGBT**
204K Tweets

Trending in United States   ···
**Maguire**
Trending with Luke Shaw

Music · Trending           ···
**Kelly Rowland**
20.4K Tweets

Trending in United States   ···
**Schiff**
63.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/stark_fooz/status/1580062705941532672__sl__2022-11-22 23:52:34 -08:00

← **Tweet**

**STΛRK** 🌙
@stark_fooz

so fine, he's just so fine 🥵

#ChrisEvans



1:52 PM · Oct 13, 2022 · Twitter for iPhone

**2** Likes

**Perkowski Legal P.C.** ...
@c_perkowski

Tweet your reply                          Reply

**KK's_FullFledged_GF**🔥 ❤️ @diva_188 · Oct 13
Replying to @stark_fooz
Mera captain 😭😭😭❤️❤️❤️
                                    1

**STΛRK** 🌙 @stark_fooz · Oct 13
Replying to @diva_188



GIF  ALT

**KK's_FullFledged_GF**🔥 ❤️ @diva_188 · Oct 13
Replying to @stark_fooz
Kitna young lagta hai 😭😭❤️❤️❤️
                                    1

**KK's_FullFledged_GF**🔥 ❤️ @diva_188 · Oct 13
Replying to @stark_fooz
Aur sundar !❤️
                                    1

Search Twitter

**Relevant people**

**STΛRK** 🌙                          Follow
@stark_fooz
LUCK AND LOVE AIN'T MY STRONGEST SUIT
:)) ALSO, AFTER 2AM, I ONLY STAN UNHEALED
HEARTS♡

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

#AvatarTheWayOfWater🏔️
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Business and finance · Trending
**#massshooting**
1,514 Tweets

Trending in United States
**Erection**
21.6K Tweets

Trending in California
**Costco**
6,174 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

__ https://twitter.com/1dinsidereport/status/1174900611923361792 __ at __ 2022-11-21 15:50:59 -08:00 __



# Tweet



**1DIR**
@1DInsideReport

Harry out and about in LA today! (9/19)



9:18 PM · Sep 19, 2019 · Twitter for Android

**15** Retweets   **1** Quote Tweet   **54** Likes

 Tweet your reply

Reply

### Relevant people



**1DIR**
@1DInsideReport

Follow

Giving you latest news and updates everything about 1D & solos! (EST. 2012) Credits to the owners of the content we post. Inquiries: onedinside_report@yahoo.com

### What's happening

NHL · Starts tomorrow
**Oilers at Devils**



Entertainment · Trending
**Chrisley**
3,424 Tweets

Sports · Trending
**Mexico City**
13.6K Tweets

Trending in United States
**Combat Mode**
1,399 Tweets

Trending in United States
**Booger**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Search Twitter

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/filmsbymeche/status/1295202518482464768 __ at __ 2022-11-20 23:55:19 -08:00 __

# ← Tweet

🐦 Home

# Explore

🔔 Notifications ¹

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

↻ 🇰🇷 Retweeted

 **best of emma stone**
@badpostestone                               ⋯

yeah....



11:40 AM · Aug 16, 2020 · Twitter for Android

**42** Retweets   **15** Quote Tweets   **444** Likes

      

 Tweet your reply      **Reply**

**Relevant people**

 🇰🇷
@filmsbydelrey       **Follow**
multifandom ✧*｡

 **best of emma stone**
@badpostestone       **Follow**
daily pictures, gifs and videos of
academy award winner, emma stone

**What's happening**

NFL · 3 hours ago
**Chiefs at Chargers**


**#Disenchanted** 🤭
Original movie now streaming
▶ Promoted by Disney+

Music · Trending                        ⋯
**Lionel Richie**
3,294 Tweets

Trending in United States                ⋯
**Bob Iger**
Trending with Disney, Chapek

Trending in United States                ⋯
**#AMAs** 🔥
4.73M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

**Tweet**

Perkowski Legal P.C.  ⋯
@c_perkowski

—  https://twitter.com/ClickySound/status/1280905585270161408 __ at __ 2022-11-22 21:33:30 -08:00 __

← **Tweet**

 **Clicky Sound**
@ClickySound

···

clickysound.com/tiffany-haddis…   View this post on Instagram I cut all my hair off cause I want to see my Scalp . I know my whole body I know whe…



9:44 AM · Jul 8, 2020 · Clicky Sound

💬          ⇄          ♡          ⬆

 Tweet your reply                    Reply

Perkowski Legal P.C.    ···
@c_perkowski

🔍 Search Twitter

### Relevant people

  **Clicky Sound**    Follow
@ClickySound
Photography at its Best!

### What's happening

FIFA World Cup · This morning
**Mexico vs Poland**

#AvatarTheWayOfWater 🌊

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

# Twitter

- Home
- Explore
- Notifications (1)
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

## Tweet



**Reforma Moda!**
@modareforma

Y @kimmamona lista para el #desfile de @dolcegabbana en @MilanWeek @mazadavid #dgcelebs

Translate Tweet

11:56 AM · Sep 23, 2022 from Benito Juárez, Distrito Federal · Twitter for iPhone

**1** Retweet   **4** Likes

Tweet your reply

Reply

## Search Twitter

### Relevant people


**Reforma Moda!**
@modareforma                    Follow

La tía Paz Arela, en su particular estilo, comenta todas las novedades de la moda nacional e internacional.

**kimkardashian**
@kimmamona                      Follow

**Dolce & Gabbana** ✓
@dolcegabbana                   Follow

### What's happening

FIFA World Cup · This morning
**Mexico vs Poland**

#AvatarTheWayOfWater🪸
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in California
**Costco**
5,793 Tweets

Trending in United States
**Erection**
17.1K Tweets

Business and finance · Trending
**Chesapeake**
24.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/mileycyrusbz/status/1375568320007704577 __ at __ 2022-11-21 09:53:25 -08:00

← **Tweet**

**Miley Cyrus Updates** ⬜
@MileyCyrusBz

Miley was spotted last night out with friends but we couldn't help but notice how cosy it looks with Yungblud 👀



👤 Miley Cyrus

3:00 PM · Mar 26, 2021 · Twitter for iPhone

**17** Retweets   **4** Quote Tweets   **81** Likes

Tweet your reply                    Reply

@letsjumpthesun · Mar 26, 2021
Replying to @MileyCyrusBz and @MileyCyrus
How can she be sweet & sexy at the same time?

---

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**


**Perkowski Legal P.C.**
@c_perkowski

---

🔍 Search Twitter

**Relevant people**


**Miley Cyrus Updates** ⬜     Follow
@MileyCyrusBz
Fan account | Copyright belongs to the respective owners | @MileyCyrus follows 💕


**Miley Cyrus** ✓     Follow
@MileyCyrus
M-CEO of Twitter 💙🎤

**What's happening**

FIFA World Cup · 🔴 LIVE
Senegal vs Netherlands

Music · Trending
**Ciara**
5,903 Tweets

Trending in United States
**Senegal**
Trending with De Jong, #SENNED

Sports · Trending
**Billy Wagner**

YU-GI-OH! · Trending
**Mystic Mine**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



Case 2:22-cv-09462-DMG-ADS    Document 23-25    Filed 03/13/23    Page 77 of 101    Page ID #:5565

← **Tweet**

 **ATENÇÃO GEEK | Mídia**
@agfotosevideos                                    ...

Fotos dos bastidores de Sonic 2 #SonicTheHedgehog2 📷 @TailsChannel



7:26 AM · Apr 21, 2021 · Twitter for Android

**1** Retweet    **4** Likes

 Tweet your reply                                    Reply

---

**Search Twitter**

### Relevant people

 **ATENÇÃO GEEK | Mídia**    Follow
@agfotosevideos
Conta para fotos e vídeos dos bastidores do mundo do entretenimento. Conta oficial: @atencaogeek

 **Tails' Channel**    Follow
@TailsChannel
The #SonicNews Leader. The Unbreakable Run. ✨
discord.gg/tailschannel ✨
tailschannel.tumblr.com ✨
TailsChannel.com

### What's happening


NCAA Men's Basketball · Yesterday
**Cavaliers at Fighting Illini**

Trending in United States
**Hive**
50.1K Tweets                                    ...

Trending in California
**#BLACKPINK_WORLDTOUR**
59.9K Tweets                                    ...

Music · Trending
**#DavidoAt30**
68.6K Tweets                                    ...

Trending in United States
**#TheWalkingDead**
Trending with Rick Grimes, #TWDFinale                                    ...

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

 **Perkowski Legal P.C.**    ...
@c_perkowski

← **Tweet**

**MARVELVERSEGEEK**
@MARVELVERSEGEEK
···

Adam Scott on the set of Madame web
-
Via @JustJared
-
#adamscott #MadameWeb



5:17 AM · Jul 29, 2022 · Twitter for Android

**1** Like

Tweet your reply

Reply

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Perkowski Legal P.C.
@c_perkowski
···

---

Search Twitter

### Relevant people

**MARVELVERSEGEEK**
@MARVELVERSEGEEK
Follow
- EVERYTHING ABOUT MARVEL NEWS| RUMORS| UPDATES

**JustJared.com** ✓
@JustJared
Follow
Your #1 Entertainment Authority Also follow @jaredeng @justjaredjr

### What's happening

FIFA World Cup · 25 minutes ago
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 🧙
Original movie now streaming
Promoted by Disney+

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Tommy

Only on Twitter · Trending
**RIP JDF**
3,621 Tweets

Trending in United States
**Offsides**
5,534 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/ImexIIG/status/1396068159363424256 __ el __ 2022-11-22 11:20:51 -08:00
22-cv-09462-DMG-ADS    Document 23-25    Filed 03/13/23    Page 79 of 101    Page ID
#5567




https://twitter.com/JennifertUpdates/status/13587894839012939313 ... ed ... 2022-11-21 00:25:47 -08:00
22-cv-09462-DMG-ADS | Document 23-25 | Filed 03/13/23 | Page 80 of 101 | Page ID #:5568



## Search Twitter

### Relevant people

**Jennifer Lawrence Up...**
@JenniferUpdates    Follow
Your most reliable fan account for
Academy Award winner Jennifer
Lawrence since 2012. Not affiliated
with Jen or her team.

### What's happening

**NFL · Yesterday**
Commanders at Texans

**Music · Trending**
Kelly Rowland
Trending with Chris Brown

**Trending in United States**
Defunctland
4,262 Tweets

**Music · Trending**
#DavidoAt30
60.7K Tweets

**Entertainment · Trending**
#RickandMorty
1,566 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/tender_DMJ/status/1133752111307644928 __ at __ 2022-11-22 21:05:42 -08:00



← **Tweet**

 **DAKOTA** 💜💙
@tender_DMJ

⋯

Where are you lady? It's been a while since we last saw you 🤔



8:09 AM · May 29, 2019 · Twitter for iPhone

**2** Retweets   **25** Likes

💬   ⟲   ♡   ⬆

P   Tweet your reply   **Reply**

---

🔍 Search Twitter

### Relevant people

 **DAKOTA** 💜💙
@tender_DMJ   **Follow**

Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

### What's happening

NBA · LIVE
**Lakers at Suns**



**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California
**Costco**
5,410 Tweets

⋯

← **Tweet**



**Odd Future Fans**
@itsOddFuture                                                   ···

## Tyler the Creator and Justin Bieber



12:50 PM · Aug 22, 2017 · Twitter for iPhone

**39** Retweets   **3** Quote Tweets   **284** Likes

💬          🔁          ♡          ↑


Tweet your reply                          **Reply**

**Young Gutler** @YGutler · Aug 22, 2017      ···
Replying to @itsOddFuture
Cool
💬          🔁          ♡          ↑

**♥ @babychroniclez** · Aug 23, 2017      ···
Replying to @itsOddFuture
Tyler and a fan
💬          🔁          ♡          ↑

**Perkowski Legal P.C.**
@c_perkowski      ···

---

🔍 Search Twitter

**Relevant people**


**Odd Future Fans**          Follow
@itsOddFuture
@tylerthecreator fan page - let's just run away from here

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now – In theaters December 16
⬛ Promoted by Avatar

Trending in United States          ···
**#GenshinSpecialProgram**
7,155 Tweets

Entertainment · Trending          ···
**Marvel**
90.6K Tweets

Trending in California          ···
**Epstein**
34.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
**Tweet**

# Twitter

**Home**

**Explore**

**Notifications** (1)

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

← Tweet

**popgek**
@popgek · · ·

Anne Hathaway ve Nicholas Galitzine, The Idea of You filminin setinde fotoğraflandı.

Harry Styles'dan ilham alınarak yazılan romandan uyarlanacak olan film, bir annenin kızının hayran olduğu erkek müzik grubunun baş solistiyle aşk yaşamasını konu alacak.

Translate Tweet



4:58 AM · Oct 22, 2022 · Twitter for Android

**3** Retweets   **30** Quote Tweets   **253** Likes

---

Tweet your reply                          Reply

**kextra** @haksizcilik · Oct 22 · · ·
Replying to @popgek
Filmin konusu hoşmuş ama Anne Hathaway ne alaka anlamadım. CAST MI BİTTİ
💬 1       ❤️ 1

**Porkatal Porkatal** @Mmantiii · Oct 23 · · ·
Replying to @haksizcilik and @popgek
Anne rolüne Anne'yi seçmişler işte. (Mükemmel espri. Çabuk gül. Çabuk.)

---

**Perkowski Legal P.C.**
@c_perkowski · · ·

## Relevant people



**popgek**
@popgek                          Follow

Film ve dizi haberleri için 1 numaralı kaynağınız. • Instagram

instagram.com/popgek • Discord:
discord.gg/zaKsrju

## What's happening

Television · 4 minutes ago
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States                          · · ·
**HE'S BACK**
132K Tweets

Trending in California                          · · ·
**Blocked**
120K Tweets

Trending in California                          · · ·
**HELL NO**
44.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

— https://twitter.com/disneyflixfr/status/1329864961884102658 __ at __ 2022-11-21 06:20:54 -08:00 __

← **Tweet**

 **DISNEY FLIX FR**
@disneyflixfr                                                    ...

Quelques images du tournage de "Ms. Marvel" la nouvelle série Disney Plus avec l'actrice Iman Vellani qui jouera le rôle de Kamala Khan✨

Translate Tweet



11:11 AM · Nov 20, 2020 · Twitter for iPhone

**2 Likes**

### Relevant people

 **DISNEY FLIX FR**          Follow
@disneyflixfr

Toutes les dernières informations sur vos films et séries préférées ✨

### What's happening

FIFA World Cup · LIVE
**England vs Iran**

Trending in United States                    ...
**England**
Trending with #ENGIRN, Saka

Music · Trending                              ...
**Slick Rick**

Trending in California                        ...
**#boltup** ⚡
5,989 Tweets

Events · Trending                             ...
**LGBT**
206K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 **Perkowski Legal P.C.**          ...
@c_perkowski

https://twitter.com/allinitdrews/status/1182804948716785665 __ at __ 2022-11-22 19:22:44 -08:00

← **Tweet**

🐦

**Home**

**# Explore**

🔔 **Notifications** ①

✉ **Messages**

🔖 **Bookmarks**

**Lists**

👤 **Profile**

⊙ **More**

**Tweet**

🔍 Search Twitter

sam
@allinitdrews                                   ⋯

imagine witnessing justin bieber falling off of a unicycle
i don't know what i would do



4:47 PM · Oct 11, 2019 · Twitter for iPhone

**21** Retweets   **5** Quote Tweets   **115** Likes

💬        🔁        ♡        ⬆️

🅿️   Tweet your reply                        **Reply**

Atif Khan @AtifKha94655308 · Oct 15, 2019        ⋯
Replying to @allinitdrews
He did that on purpose

💬        🔁        ♡        ⬆️

thescribe212 @thescribe212 · Oct 14, 2019        ⋯
Replying to @allinitdrews
Like this Biebs...1,2,3 & 4....

💬        🔁        ♡ 1        ⬆️

@pipersayuso · Oct 12, 2019        ⋯
Replying to @allinitdrews
i would be like: omg honey are you okay? do you need something?
something hurts? should i take you to the hospital? tell me anything and i
will do it. i am your slave.

💬 1        🔁        ♡        ⬆️

let me tell you @jitendra_50 · Oct 13, 2019        ⋯
Replying to @pipersayuso @cryneedy and @allinitdrews
Go kiss him already.

💬        🔁        ♡ 1        ⬆️

Show more replies

**Relevant people**

sam
@allinitdrews                    **Follow**
fan account; justin followed 9.14.19

**What's happening**

Television · 🔴 LIVE
**Bachelor in Paradise airing on
ABC**



**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
📢 Promoted by Avatar

Trending in United States          ⋯
**RIP Harold**

Trending in United States          ⋯
**#StayWoke**

Trending in California          ⋯
**Memo Ochoa**
103K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads Info   More ⋯
© 2022 Twitter, Inc.

🅿️   Perkowski Legal P.C.          ⋯
@c_perkowski

https://twitter.com/cravemedia_/status/149514533832747929?s__=... 2020-11-20 10:23:05-08:00    Document 23-25    Filed 03/13/23    Page 86 of 101    Page ID Document 23:25    #5574





https://twitter.com/DakotaJBRA/status/1578384398456966000 ___ et ___ 2022-11-20 08:21:58 -08:00
Case 2:22-cv-09462-DMG-ADS Document 23-25 Filed 03/13/23 Page 88 of 101 Page ID #:5576

**Dakota Johnson Brasil**
@DakotaJBRA ···

Dakota Johnson foi fotografada ontem a noite, 06, no set de Madame Web em Boston.

dakotajohnsonbrasil.com/galeria/thumbn...



6:58 AM · Oct 7, 2022 · Twitter Web App

**43** Retweets **23** Quote Tweets **260** Likes

Tweet your reply                                    Reply

**Dragonball3166** @blacknightcity · Oct 11
Replying to @DakotaJBRA
Where these taken with cellphone? Look like it dslr can get closer with higher quality but pictures what I can make out looks like balck out shirt under green blanket she has on thank you for sharing

♡ 1

**ChrisHemsworth 💪 (fan account) Parody** @kipchannel · Oct 7
Replying to @DakotaJBRA
💕

♡ 4

**🏹 Blake** @bluenastiess · Oct 11
Replying to @DakotaJBRA
That's Emma Frost from the Series finale of the Flash

♡ 1

**Swaggafilliate** @swaggafilliate · Oct 13
Replying to @bluenastiess and @DakotaJBRA
Emma frost is marvel genius, flash is DC lady.

♡ 1

Show more replies

### Relevant people

**Dakota Johnson Brasil**
@DakotaJBRA                          Follow
Sua primeira, maior e melhor fonte sobre a atriz e produtora Dakota Johnson no Brasil. E-mail para contato: contato@dakotajohnsonbrasil.com

### What's happening

FIFA World Cup · 21 minutes ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🔮
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**#RIPLEGEND**                          ···

Events · Trending
**The VAR**                          ···
27.8K Tweets

Only on Twitter · Trending
**RIP JDF**                          ···
3,341 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski ···

← Thread

🔍 Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



Perkowski Legal P.C.
@c_perkowski

---

**All Things Marvel**
@things_marvel

ภาพใหม่เพิ่มเติมจากกองถ่าย The Falcon and The Winter Soldier



9:19 AM · Dec 18, 2019 · TweetDeck

261 Retweets    5 Quote Tweets    66 Likes

💬              🔁              ♡              ⬆️

---

**Tweet your reply**                    **Reply**

---

**All Things Marvel** @things_marvel · Dec 18, 2019
Replying to @things_marvel
ภาพใหม่เพิ่มเติมจากกองถ่าย The Falcon and The Winter Soldier (2)

💬    🔁 49    ♡ 12    ⬆️

---

**Relevant people**



**All Things Marvel**    Follow
@things_marvel

News update for THAI fans of
@Marvel Cinematic Universe. อัปเดต
ข่าวของจักรวาลภาพยนตร์มาร์เวลสำหรับ
แฟน ๆ ชาวไทย

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening
Ceremony**

Music · Trending
**Billy Joel**
1,281 Tweets

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Trending in United States
**#乐鱼体育**
224K Tweets

Trending in United States
**Defunctland**
4,942 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ...
© 2022 Twitter, Inc.



← **Tweet**

## Home
## Explore
## Notifications ①
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Robert Littal BSO** ✓
@BSO

Angelina Jolie and The Weekend Spotted At An Upscale LA Restaurant Driving Fans Into A Frenzy (Photos)
bit.ly/3hbnmlb via @jonesj2342



10:28 PM · Jul 1, 2021 · BSO Alert

4 Retweets    2 Quote Tweets    10 Likes

💬    🔁    ♡    ⬆️



Ⓟ  Tweet your reply                          Reply

**Perkowski Legal P.C.** ···
@c_perkowski

### Search Twitter

## Relevant people

**Robert Littal BSO** ✓          Follow
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**Jasper Jones**              Follow
@jonesj2342
Connecticut born and breed | Broadcast Asdociate @cbssports | Freelance Writer @thecomeback | @UKJAMschool grad | Long-suffering Cowboys fan | @nabj

## What's happening

FIFA World Cup · 2 hours ago
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater**🐬
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States                ···
**Died Suddenly**
101K Tweets

Trending in United States                ···
**#السعوديه_الارجنتين**
1.21M Tweets

Events · Trending                        ···
**Dibu**
40.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

 **AP** ✔
@altapeli

Dakota Johnson en imágenes desde el set de
#MadameWeb, nueva película del universo
#SpiderMan.



7:17 AM · Aug 9, 2022 · Twitter Web App

**20** Retweets   **82** Likes

Q  Search Twitter

**Relevant people**

 **AP** ✔          [Follow]
@altapeli
Cuenta oficial de AltaPeli.com - Cine /
Series / Críticas / Noticias /
Videojuegos

**What's happening**

Formula 1 · Starts tomorrow
**Abu Dhabi Grand Prix 2022**          

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
▣ Promoted by Uber

Sports · Trending                    ···
**Andrel Anthony**

Trending in California                ···
**Messi**
332K Tweets

Sports · Trending                    ···
**Leonhard**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
# Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Tweet your reply          [Reply]

 **Perkowski Legal P.C.**   ···
@c_perkowski

← **Tweet**

🐦

🏠 Home

#️⃣ Explore

🔔 Notifications ①

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

🔍 Search Twitter

**Infos Séries**
@SeriesUpdateFR · · ·

Sebastian Stan sur le tournage de 'The Falcon and the Winter Soldier'.



12:00 AM · Sep 20, 2020 · Twitter for Android

**110** Retweets  **17** Quote Tweets  **602** Likes

💬   ⇄   ♡   ⬆️

P

Tweet your reply                    Reply

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**Aya** @commeilfaut · Sep 20, 2020       · · ·
Replying to @selmabsi and @SeriesUpdateFR

GIF  ALT

💬   ⇄   ♡ 3   ⬆️

### Relevant people

**Infos Séries**
@SeriesUpdateFR                          Follow

Bienvenue sur votre premier compte source français sur toutes vos séries, films et plateformes de streaming préférées. 🎬: seriesupdatefr@gmail.com

### What's happening

NFL · Yesterday
**Cowboys at Vikings**

Lovecraft Country · Trending
**Lovecraft Country**
Trending with #Blade, Yann Demange

Trending in United States
**Tampax**
17K Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,330 Tweets

Trending in California
**Dodger Stadium**
12.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski                              · · ·

← **Tweet**



🇮🇹🇺🇸 **Trixy #TeamEvansOfficial** 🎥🇮🇹🇺🇸🇮🇹
@TheBostoniana
⚙ Automated

Chris filming Red One in Atlanta.

Credit to **@cevans_army**




9:02 AM · Nov 4, 2022 · Twitter for iPhone

**2** Retweets  **8** Likes

💬      ⇄      ♡      ⬆

  Tweet your reply          Reply

---

🔍 Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

🗒 Lists

👤 Profile

⊙ More

**Tweet**

### Relevant people

 🇮🇹🇺🇸 **Trixy #TeamEva...**     Follow
@TheBostoniana
⚙ Automated
I am a Brazilian girl 🙋 🇧🇷, (adopted by an Italian 🇮🇹 family) transplanted to the USA in Boston 🇺🇸❤ I loves dogs 🐕💙 @chrisevans @astartingpoint

 **Chris Evans Army**     Follow
@Cevans_Army
Chris Evans Fan Page

### What's happening

NBA · 1 hour ago
**Lakers at Suns**


**#AvatarTheWayOfWater** 🧑
Get tickets now - In theaters December 16
📽 Promoted by Avatar

Trending in United States          ···
**Erection**
19.7K Tweets

Trending in California          ···
**Costco**
6,015 Tweets

Business and finance · Trending          ···
**Chesapeake**
37.7K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**     ···
@c_perkowski

https://twitter.com/proxcinemente/status/1363625576221843458 ___ et ___ 2022-11-19 11:26:21 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-25    Filed 03/13/23    Page 95 of 101    Page ID #:5583



**Próxcinemente**
@proxcinemente

Hailee Steinfeld y Jeremy Renner en la grabación de la serie "HAWKEYE". 🏹💜 #Hawkeye #KateBishop

📷 Vía: @JustJared

Translate Tweet



3:04 PM · Feb 21, 2021 · Twitter for Android

**Próxcinemente** @proxcinemente · Feb 21, 2021
Replying to @proxcinemente

 
 

## Sidebar

Search Twitter

### Relevant people

**Próxcinemente** ✔
@proxcinemente    [Follow]
Todas las novedades en el mundo del séptimo arte. 🎬 | Creador: @chuyRM_93 | Contacto: proxcinemente@gmail.com

**JustJared.com** ✔
@JustJared    [Follow]
Your #1 Entertainment Authority Also follow @jaredeng @justjaredjr

### What's happening

Formula 1 · Starts tomorrow
**Abu Dhabi Grand Prix 2022**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Music · Trending
**Chris Brown**
Trending with AMAs

Karim Benzema · Trending
**Benzema**
43.2K Tweets

Trending in United States
**Welcome Back Kotter**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/AndresJovannyMa/status/1277048079422820352



## Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

← **Tweet**

 🌈**ANDY JONNY**
@AndresJovannyMa

## Falcón y Soldado del Invierno 😉

Translate Tweet

 

6:16 PM · Jun 27, 2020 · Twitter for Android

**1** Retweet  **4** Likes

Tweet your reply

Reply

### Relevant people

 🌈**ANDY JONNY**    Follow
@AndresJovannyMa

EL PENSAR Y EXPRESAR 💙🩷 Tengo un canal en YouTube ▶️ ANDY JONNY 😀

### What's happening

NBA · 30 minutes ago
**Heat at Timberwolves**



Entertainment · Trending
**Died Suddenly**
56.1K Tweets

Trending in California
**Dodger Stadium**
9,857 Tweets

Entertainment · Trending
**#DWTS** 🦢
Trending with Charli, Gleb

Music · Trending
**Latto**
33.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

**Perkowski Legal P.C.** ···
@c_perkowski

— https://twitter.com/MarvlVersse/status/1552030810903134211 __ at __ 2022-11-21 19:14:33 -08:00 —



← **Tweet**

  

🔍 Search Twitter

## Home
## Explore
## Notifications ¹
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Marvlverse.**
@MarvlVersse
···

Dakota Johnson en el set de #MadameWeb de Sony.



1:39 PM · Jul 26, 2022 · Twitter Web App

**5** Likes

💬   🔁   ♡   ⬆️

P  Tweet your reply      Reply

### Relevant people

**Marvlverse.**
@MarvlVersse    **Follow**

Hablaremos de cómics, series, películas y más cosas sobre Marvel.


Perkowski Legal P.C.
@c_perkowski  ···

— https://twitter.com/SeriesUpdateFR/status/1363794213884821504 — et — 2022-11-22 09:39:50 -08:00

← **Tweet**

🔍 Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

**Infos Séries**
@SeriesUpdateFR                                      •••

Hailee Steinfeld sur le tournage de la série 'Hawekeye'.
🏹



2:14 AM · Feb 22, 2021 · Twitter for Android

**55** Retweets   **10** Quote Tweets   **514** Likes

💬            ⟲            ♡            ⬆️

[P]  Tweet your reply                              Reply

**meyxr** @hlpzw · Feb 22, 2021                     •••
Replying to @SeriesUpdateFR
Je l'adore 🥰
💬       ⟲       ♡  1       ⬆️

**Matt G** @mat_g_54 · Feb 22, 2021                 •••
Replying to @SeriesUpdateFR
Je kiffe cette actrice !! Vivement la diffusion
💬       ⟲       ♡       ⬆️

**Jérémie** 🤭 @jrmiejak · Feb 22, 2021             •••
Replying to @SeriesUpdateFR
Tellement hâte de voir la série ; j'aime beaucoup cette actrice ❤️
💬       ⟲       ♡  2       ⬆️

**Relevant people**

**Infos Séries**                    Follow
@SeriesUpdateFR
Bienvenue sur votre premier compte
source français sur toutes vos séries,
films et plateformes de streaming
préférées. 📺:
seriesupdatefr@gmail.com

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**

#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
📷 Promoted by Avatar

Betty White · Trending            •••
**Betty White**

Trending in United States           •••
**#SeleccionMexicana** 🇲🇽
17.7K Tweets

Politics · Trending               •••
**Ginni Thomas**
21.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

[P]  **Perkowski Legal P.C.**        •••
@c_perkowski

← **Tweet**

Q Search Twitter

الاحداث حول العالم | 📰
@ImexIIG

جينيفر لوبيز مع خطيبها السابق بن أفليك في نيويورك.

Translate Tweet



4:44 AM · Jul 5, 2021 · Twitter for iPhone

2 Retweets    1 Quote Tweet    25 Likes

💬        🔁        ♡        ⬆️

Tweet your reply                          Reply

العامرية @bentalawaamer · Jul 5, 2021
Replying to @ImexIIG

الخذلان الذي دمرها تدمير 🙂

💬        🔁        ♡        ⬆️

Show additional replies, including those that may contain offensive content          Show

**Relevant people**

الاحداث حول العالم | 📰        Follow
@ImexIIG

أجمل منصة ترفيهية لأخبار و احداث النجوم والمشاهير حول العالم | الخاص للدعاية و الإعلان

**What's happening**

NFL · Yesterday
Lions at Giants

Trending in United States
Iran
Trending with Wales

Trending in California
#sacramentoproud 👑

Music · Trending
#DavidoAt30
69.3K Tweets

Trending in United States
#AMAs 🔥
Trending with soobin, sabrina

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski



← Tweet

**Daily Loud** ✓
@DailyLoud

This man tried to attack Dave Chappelle last night during his performance at the Hollywood Bowl and this was the result ••• 😭

8:06 AM · May 4, 2022 · Twitter for iPhone

448 Retweets    318 Quote Tweets    2,258 Likes

Tweet your reply                                    Reply

Perkowski Legal P.C.
@c_perkowski

**Ronnell Duncan** @AnthonyDun10 · May 4
I guess Chapelle's security was like... ••• 😭

of Chris Rock Will Smith was walking up on

**Jay** @DHhhht · May 4
Replying to @DailyLoud
The fingernails say it all. 😭

**XAION** @xaion_o · May 4
Replying to @DailyLoud
Dave's security backstage

Fight back nigga.

**BLVCK LORD** @MannyOmega_ · May 4
Replying to @DailyLoud
All he saw was

**Tim from NJ** @DHfromnj · May 4
Replying to @DailyLoud
Anyone else think that dude looks like Gloline without the tattoos?

**QSll** @deca10 · May 4
Replying to @DailyLoud
How !?

**JuanPablo** 🇵🇷 @Pablos_Home · May 4
Replying to @DailyLoud
"He was a trans man" - Dave Chappelle 😂😂😂

**Joey** @JoeyWalls · May 4
Replying to @DailyLoud

**MAYBE** @not_carlossa · May 4
Replying to @DailyLoud
Batman be like, now talk!

**Dion** @ThatGuy_Vincez · May 4
Replying to @not_carlossa and @DailyLoud
😂😂😂

**Crypto_Cruz** @Cruz_Right_Ay · May 4
Replying to @DailyLoud
Imagine getting your ass whooped and charges right afterwards 😂😂😂

**RudeIGOD** @RudeBoyHTOWN · May 4
Replying to @DailyLoud
That might fuck around nd be his long lost son 😂😂😂

**KNOW_the_LEDGE** @kace_i_3 · May 4
Replying to @DailyLoud
"Pureba jump up on get beat down"

**Landra Appleseed** @iHeartWhint · May 4
Replying to @DailyLoud
why he do that?

Show replies

**GiGi** @BlondeblondV79 · May 4
Replying to @DailyLoud
We used to call that a PHD. Pumpkin Head Deluxe

**The Dripless Lord** @DirtyCalDetkOAk · May 4
Replying to @DailyLoud
He kinda look like tll 😂😭

**Mighty** @TherealmightyIzz · May 4
Replying to @DailyLoud
He found out real quick, "I'm not Chris rock"



**Relevant people**

**Daily Loud** ✓
@DailyLoud                    Follow
#1 Source For Hip Hop/Viral News | Follow Us & Stay Updated | Email For Promo/Business TheDailyLoud@gmail.com | Listen To Our Spotify & Follow Our IG Below ⬇️

**What's happening**

NFL · 1 hour ago
49ers at Cardinals

Entertainment · Trending
Died Suddenly
67K Tweets

Trending in United States
Dreamers MV
560K Tweets

Sports · Trending
Ty Lue

Entertainment · Trending
Sinbad
7,872 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

__ https://twitter.com/TheAffinityMag/status/1479218720589287425 __ at __ 2022-11-20 19:24:00 -08:00 __

# Tweet

**Affinity Magazine** ✓
@TheAffinityMag

Kim Kardashian and Pete Davidson were recently spotted together at The Bahamas.



2:30 PM · Jan 6, 2022 · TweetDeck

**12** Likes

Tweet your reply

Reply

## Relevant people

**Affinity Magazine** ✓
@TheAffinityMag
NEXT GEN OF MEDIA

Follow

## What's happening

Television · 1 hour ago
**The Walking Dead airing on AMC**



**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+



Trending in United States
**Disney CEO**
Trending with CEO of Disney, Bob Iger

Music · Trending
**Machine Gun Kelly**
2,814 Tweets

Trending in California
**Dodger Stadium**
Trending with Elton John

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

### Sidebar Navigation

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

**Perkowski Legal P.C.**
@c_perkowski