# EXHIBIT B Continued

← **Tweet**

Q Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**



**Actus Films, Séries et TV** ⋯
@actus_films

Images du tournage du film 'Madame Web' de Sony.

Translate Tweet



12:11 PM · Oct 6, 2022 · Twitter for Android

💬          🔁          ♡          ⬆️

 Tweet your reply                    Reply

**Relevant people**

 **Actus Films, Séries et ...**    Follow
@actus_films
🎥🎬🇫🇷 Toutes les actualités audiovisuelles françaises et plus (films, séries et TV)

**What's happening**

FIFA World Cup · 3 hours ago
**World Cup Qatar 2022: Opening Ceremony**


#Disenchanted 🍿
Original movie now streaming
◼ Promoted by Disney+

Trending in United States                    ⋯
**Rest In Peace**
43.5K Tweets

Trending in California                    ⋯
**Shakira**
108K Tweets

Entertainment · Trending                    ⋯
**Morgan Freeman**
180K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy    Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ⋯
@c_perkowski

https://twitter.com/RihannaNoBrasil/status/1506701979401302016 __et__ 2022-11-21 07:52:54 -08:00 __ Case 2:22-cv-09462-DMG-ADS Document 23-26 Filed 03/13/23 Page 3 of 101 Page ID #:5592

**Rihanna.com.br** ⚓
@RihannaNoBrasil
···

Rihanna foi vista no restaurante Giorgio Baldi ontem à noite (22). 😍👣💖



11:38 AM · Mar 23, 2022 · Twitter for Android

**43** Retweets  **17** Quote Tweets  **529** Likes

Tweet your reply                                    Reply

**Dêivisson** ⚡ @_deiviss0n · Mar 23
Replying to @RihannaNoBrasil
um absurdo ela ser tão linda 😡

**new person, same old mistakes** @btrizds · Mar 23
Replying to @RihannaNoBrasil
o pé inchado, mas sempre no salto. belíssima

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**Jhonata** @jhonataolivvei1 · Mar 23
Replying to @Marii_Spears and @RihannaNoBrasil
Gente corajosa, enfim ela pode

1

---

## Sidebar

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

---

**Relevant people**

**Rihanna.com.br** ⚓
@RihannaNoBrasil        Follow

Rihanna.com.br is a genuine and registered fansite, made by fans. 🇧🇷 Fã-clube e portal de notícias brasileiro sobre a cantora Rihanna. Online desde 2008. 💎

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Music · Trending
**#askmeek**                ···

Trending in United States
**England**
Trending with #FifainuBsc, #ENGIRN    ···

Trending in United States
**USA ML**                  ···

Family drama · Trending
**#GilmoreTheMerrier**      ···

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS   Document 23-26   Filed 03/13/23   Page 4 of 101   Page ID #:5593

← **Tweet**

 **Starfucks 57K**
@Starfucks93

···

## Camila Cabello



4:45 PM · Oct 14, 2020 · Twitter for Android

**6** Retweets   **36** Likes

Q Search Twitter

### Relevant people

 **Starfucks 57K**   **Follow**
@Starfucks93
M 29 (Paid cumtributes/cocktributes requests)

### What's happening

FIFA World Cup · 5 hours ago
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🔵
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Celebrities · Trending   ···
**Chris Evans**
6,314 Tweets

Trending in California   ···
**Mexico City**
17.7K Tweets

Betty White · Trending   ···
**Betty White**
2,991 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Tweet your reply   **Reply**

 **Perkowski Legal P.C.**   ···
@c_perkowski

https://twitter.com/StiviDeTivi/status/1396597958645276677 __el__ 2022-11-20 19:39:13 -08:00

← **Tweet**

**Stivi De Tivi** ✓
@StiviDeTivi                                                    ···

Domingo de no ser #RitaOra, #TaikaWaititi y #TessaThompson...



3:44 PM · May 23, 2021 from Cuauhtémoc, Distrito Federal · Twitter for iPhone

**18** Retweets   **19** Quote Tweets   **153** Likes

💬            🔁            ♡            ⬆️

Ⓟ   Tweet your reply                                    Reply

**Isma D Luna** @isma_shocker · May 23, 2021                  ···
Replying to @StiviDeTivi
Beso de 3 😂🤣
💬        🔁

**feroska** @feroska · May 23, 2021                          ···
Replying to @StiviDeTivi
Que super envidia!!!
💬        🔁        ♡

**mareoflores** @mareoflores · May 23, 2021                  ···
Replying to @StiviDeTivi
acarai
💬        🔁        ♡ 1

**JaySquare** @viejoveneno · May 23, 2021                    ···
Replying to @StiviDeTivi



I SEE...

GIF | ALT

💬        🔁        ♡        ⬆️

Show more replies

---

🔍 Search Twitter

### Relevant people

**Stivi De Tivi** ✓               Follow
@StiviDeTivi
Stivi De TiVi (Enrique Solorzano). AMO las series y el cine. Me encuentras en radio, TV, podcast, revistas, medios digitales y fiestas. Pronombres: Él/Su/Suyo

### What's happening

NFL · 3 hours ago
**Cowboys at Vikings**



**#Disenchanted** 😡
Original movie now streaming
🎬 Promoted by Disney+

Trending in United States                 ···
**Artist of the Year**
25.9K Tweets

Trending in United States                 ···
**Bob Iger**
Trending with Chapek, #Disney

Trending in United States                 ···
**#AMAs** 🏆
Trending with soobin

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊕ More

**Tweet**

Ⓟ   **Perkowski Legal P.C.**        ···
@c_perkowski

https://twitter.com/beyhivecombr/status/1529322222223438852 ... et ... 2022-11-21 31:57:17 -08:00
22-cv-09462-DMG-ADS   Document 23-26   Filed 03/13/23   Page 6 of 101   Page ID #:5595



🐦 Tweet

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

UpdateCharts
@updatecharts

Rihanna e A$AP Rocky são barrados em clube em Nova
York por não serem reconhecidos e precisarem mostrar
a identidade.



9:14 AM · Jun 24, 2021 · TweetDeck

**196** Retweets  **210** Quote Tweets  **4,796** Likes

Tweet your reply — Reply

Beatrice @futuramimigil · Jun 24, 2021
Replying to @updatecharts
Rihanna tá fria na cotada

majo' @memyselfandjkt97 · Jun 24, 2021
Replying to @updatecharts
Era só ela abrir o google, pesquisar o nome dela e mostrar para o segurança

brilho a porra da estrela @annereyed · Jun 24, 2021
Replying to @updatecharts
isso que dá não fazer música

◯◯◯◯◯ ☄ @Lucas_LsHt_ · Jun 25, 2021
Replying to @updatecharts
Estás certos. Quem manda ela não lançar música!

C @CarolineCost · Jun 24, 2021
Replying to @updatecharts
foi só a fiti ii aqui não kkkkkokkkakak

BRASIL FELIZ DE NOVO 🔥 @facilithiancebo · Jun 24, 2021
Replying to @updatecharts
fria vendade a Rihanna é rj estava sem ID

Matheus Pires @Matheus_tHY2 · Jun 24, 2021
Replying to @updatecharts
isso tudo é pela falta de um álbum

✌️～✌️～✌️✌️ @ohlieifefaky · Jun 24, 2021
Replying to @updatecharts
Somiao deo rk

book about my life 🦋 @realCarolAki · Jun 25, 2021
Replying to @updatecharts
"Ah então eu não sou tão famosa assim?!" By Camilla de Lucas kk

gfu @wildgaluz · Jun 24, 2021
Replying to @updatecharts
vai bobona ninguém mandou não lançar álbum

josé @ysrudomallion · Jun 24, 2021
Replying to @updatecharts
e ta ludo bem!

beto @chotojoh64n · Jun 24, 2021
Replying to @updatecharts
Nisso q da virar revendedeira avon

TMfflamita @brflatfama · Jun 24, 2021
Replying to @updatecharts
Rihanna mtt fia no lance de música nova, a carreira de revendedeira da
Mary Kay não trouxe fama

SEMPRE COM ANITTA 🧋🔥 @Refadolazzsse · Jun 24, 2021
Replying to @updatecharts
Ela é mais caetroa kkk

manu 💜 @nhflerbasz · Jun 24, 2021
Replying to @updatecharts
fadinha foi barrada por largar a carreira e ter se tornado desconhecida e
namorar um wbo



SIMPLESMENTE
NÃO REAJA

Show replies

Igor @Filipe07n · Jun 25, 2021
Replying to @updatecharts
Imagina se acontece isso com a saborbbeta daqui , entla escândalo q só
Deya kkkk

ceni2Os @lephEay · Jun 24, 2021
Replying to @updatecharts
imagina não reconhecer rihanna

from ceni2Os

Louis @louispainfom · Jun 24, 2021
Replying to @updatecharts
Sem álbum, sem entrada.

gui 🧋 @gigalyga · Jun 24, 2021
Replying to @updatecharts
@auiarurce querendo impedir a lenda

Ronaldo ANITTA VERSIONS OF ME @chusicognaes · Jun 25, 2021
Replying to @updatecharts
A parente que ninguém lembra q existi 😂

Relevant people

UpdateCharts
@updatecharts
Follow

🔔 Notícias com a dose diária de
update sempre na sua timeline. 🔔
publi: updatecharts@rnyndll.com.br

What's happening

FIFA World Cup · LIVE
France vs Australia

#AvatarTheWayOfWater 🎬
Get tickets now · In theaters December 16
📣 Promoted by Avatar

Trending in United States
Ochoa
Trending with Australia, Gkook

Trending in United States
#BoycottTampax
Trending with Aiden Aroznan

Trending in United States
Saliba
10.6K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

___ https://twitter.com/wociety/status/1445740373356199936 ___ at ___ 2022-11-21 07:14:08 -08:00

← **Tweet**

**Wociety**
@wociety

Grimes'ın sokak stili.

Translate Tweet



6:19 AM · Oct 6, 2021 · Twitter Web App

**4** Quote Tweets   **61** Likes

---

**mёrkül** @mangollina · Oct 6, 2021
Replying to @wociety
Biraz kültürlü görüneyim enter

---

🔍 Search Twitter

**Relevant people**

**Wociety**
@wociety
Moda, yaşam, iç mimari ve dekorasyondan ilham alan görsel içerik platformu. 📱
:apple.co/3okBe09Y & bit.ly/3EuLgBf

**Follow**

**What's happening**

FIFA World Cup · **LIVE**
**England vs Iran**

Korean music · Trending
**#CHASE**
5,375 Tweets

Sports · Trending
**Michael Irvin**

Trending in United States
**Oregon**
17.6K Tweets

Trending in California
**Dodger Stadium**
13.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



Tweet

Marvel News
@MarvelNews

Iman Vellani com o uniforme da Ms. Marvel nas gravações da série

Twitter Trend

7:55 AM · May 1, 2021 · Twitter for iPhone

691 Retweets    702 Quote Tweets    7,098 Likes

Tweet your reply

Relevant people

Marvel News    Follow
@MarvelNews
Conta de fã dedicada ao Universo
Marvel 🦸 Contato:
marvelnewsbr@outlook.com

What's happening

NBA · LIVE
Grizzlies at Nets

#Disenchanted 🍿
Original movie now streaming
Promoted by Disney+

Trending in United States
Machine Gun Kelly
1,625 Tweets

Trending in United States
Dove Cameron
1,527 Tweets

Sports · Trending
#KCvsLAC
1,278 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

https://twitter.com/aassemblebr/status/1552096889444700160 ___ el ___ 2022-11-21 08:05:38 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-26   Filed 03/13/23   Page 10 of 101   Page ID
#:5599

← **Thread**

**Avengers Assemble BR**
@AAssembleBR                                                    ···

📸 Dakota Johnson nos bastidores de #MadameWeb.



6:01 PM · Jul 26, 2022 · Twitter for Android

**18** Retweets  **2** Quote Tweets  **91** Likes

💬            🔁            ♡            ⬆️

📷  Tweet your reply                                    Reply

**Avengers Assemble BR** @AAssembleBR · Jul 26     ···
Replying to @AAssembleBR

> **Avengers Assemble BR** @AAssembleBR · Jul 22
> 📸 Vislumbres em melhor qualidade dos trajes do Homem-Aranha em
> #SpiderManFreshmanYear. #SDCC
> Show this thread
>
> [image of Spider-Man costumes]

💬            🔁            ♡ 1            ⬆️

**Michael** @MrMadFury20 · Jul 26                        ···
Replying to @AAssembleBR and @nanfixus
Absolutely gorgeous

💬            🔁            ♡ 1            ⬆️

Show more replies

---

### Left sidebar

🐦

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⭕ More

**Tweet**

📇 **Perkowski Legal P.C.**
@c_perkowski                                    ···

---

### Right sidebar

🔍 Search Twitter

**Relevant people**

**Avengers Assemble BR**                        Follow
@AAssembleBR
🇧🇷 Fan Account | Sua mais completa
fonte de informações sobre o universo
Marvel no Brasil. Ativem as
notificações!

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**                              

Music · Trending
**Slick Rick**                                   ···

Trending in California
**Dodger Stadium**                               ···
Trending with Elton John, #EltonFarewellTour

Trending in United States
**Maher**                                        ···
22.4K Tweets

Music · Trending
**Kelly Rowland**                                ···
20.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/larrybbelive/status/1222920586703994... n___ 2020-11-02 09:41:21 -06:00     Document 23-26    Filed 03/15/21    Page 11 of 101    Page ID

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

This Tweet is from a suspended account. Learn more

karla** @alwaysthisok · Nov 1, 2020
Replying to @larrybbelive
meu deus

lis @flxwline · Nov 1, 2020
Replying to @larrybbelive
lol e do proprio harry wkw

wale @sunflower_vol24 · Nov 1, 2020
Replying to @larrybbelive
amém eu fotos que são sei dir marry de aliança, a fenfic já tá pronta

lua @onlybetter · Nov 1, 2020
Replying to @larrybbelive
ou ananalise do harry

laur VAI VER O HARRY @sweetahabit · Nov 1, 2020
Replying to @larrybbelive
/análise

ings. @leushli94 · Nov 1, 2020
Replying to @larrybbelive
sera q eh a do jack ou ele ta usando a dele aproveitando que o no papel ele
eh casado fb XkNkkkk

kaylaaay VIU O LOUIS @kaylyn · Nov 1, 2020
Replying to @leushli94 and @larrybbelive
follow KAHSDGJAHGDASGSK

Show replies

blue_🌙 | vegaspete au @StarrJg8 · Nov 1, 2020
Replying to @larrybbelive
ele aproveitou a colocar a dele já que no filme ele também eh casado

sah's + 16 dias pro harry @louisnylater · Nov 1, 2020
Replying to @larrybbelive
/análise



From sah's + 16 dias pro harry

clara @clisue · Nov 1, 2020
Replying to @larrybbelive

sempre em análise tá

leticia @ckaronxt · Nov 1, 2020
Replying to @larrybbelive
sempre em análise tá

khãlil @cyberfecho · Nov 1, 2020
Replying to @larrybbelive
e

eric😈 @babuuun4Hrs · Nov 1, 2020
Replying to @larrybbelive
Apareceu... uma foto dele... com uma aliança... pouco tempo atras... ent n
sei...

alana ☺ @sunrisewalls · Nov 1, 2020
Replying to @larrybbelive
tto seria

MaCâ @malhamxxodolrx · Nov 1, 2020
Replying to @larrybbelive
KAKAKAKAKAKAKAKAKA

SUNSET @AMXLBOUNSET · Nov 1, 2020
Replying to @larrybbelive
Provavelmente pq ele ta no figurino né

Naju🌻 fan account @hrlleelarxpuh · Nov 1, 2020
Replying to @larrybbelive
Da mesma pergunta do quem é a foto vem aí de quem é a aliança

Faith in Adriana's Future (fan account)... @adrisoop... · Nov 1, 2020
Replying to @larrybbelive
Acho que é do personagem mas....

jessie 🕷 @sunflowerxt · Nov 1, 2020
Replying to @larrybbelive
fica a pergunta é dele ou do personagem? eu chuto na primeira

arL @buttyfilolate · Nov 1, 2020
Replying to @larrybbelive
análise



🦋 @spideystarxxx · Nov 1, 2020
Replying to @larrybbelive
ele mandou um disendo que tava aproveitando a dele lol

sophiel 🌻 MLBSS SPOILERS @cfcleolide · Nov 1, 2020
Replying to @larrybbelive
SIM EKUEKMSEKMSKS

amy @louisziiswifi · Nov 1, 2020
Replying to @larrybbelive
ele acabou de me avisar que é do harry mom

← **Tweet**

🔍 Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

**Gerard Cortez**
@SoyGerardCortez

Gigi y Bella Hadid en el Prince's Trust Gala en Nueva York 💗 Vivo por el Valentino de Gigi.



7:58 PM · Apr 28, 2022 · Twitter for iPhone

**39** Retweets    **14** Quote Tweets    **760** Likes

💬          🔁          ♡          ⬆️

**Perkowski Legal P.C.**
@c_perkowski

P  Tweet your reply                          Reply

**elsacasas** @elsacasas · Apr 28
Replying to @SoyGerardCortez
A mi me fascina Bella! #FashionPress
💬 1                    ♡ 2          ⬆️

@dearlittlemouse · Apr 28
Replying to @elsacasas and @SoyGerardCortez
Totalmente!
💬                    ♡ 1          ⬆️

**Sal\/laroon5** @samarabv30 · Apr 28
Replying to @SoyGerardCortez
Mis dos personalidades conviviendo 😍😍😍😍
💬                    ♡ 2          ⬆️

**Ema Durado** @EmaDurado · Apr 28
Replying to @SoyGerardCortez
Gigi 💜



💬                    ♡ 2          ⬆️

**Yo Soy Leo** ♌🏳️‍🌈🏳️‍⚧️ @_ArtePop · Apr 28
Replying to @SoyGerardCortez
Estamos calentando motores 🔥🔥 que la fiesta ya va a comenzar #metgala2022

💬                    ♡ 1          ⬆️

**Relevant people**

**Gerard Cortez**
@SoyGerardCortez          Follow
Periodista de moda y cultura pop. TV Host y guionista. Amarás mi YouTube. No binarie. Inmigrante. Contacto Gerardcortez@gmail.com (El-he, ella-she, elle-they)

**What's happening**

NFL · 3 hours ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
73K Tweets

Trending in California
**Mexicans**
6,754 Tweets

Trending in United States
**Trent Reznor**
23.1K Tweets

Trending in United States
**August Alsina**
Trending with Jada, #TheSurrealLife

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

← **Tweet**



🔍 Search Twitter

🐦

🏠 Home

# Explore

🔔 Notifications ①

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**



**Stranger Things Brasil**
@strangertbr

···

Winona Ryder, David Harbour, Dacre Montgomery e Cary Elwes no set de gravações da 3 temporada de Stranger Things. (Via: @JustJared)



11:54 AM · Jun 12, 2018 · Twitter for iPhone

63 Retweets    11 Quote Tweets    326 Likes

💬        ⟲        ♡        ⬆

    Tweet your reply        **Reply**

This Tweet was deleted by the Tweet author. Learn more

**fish** @fishpvps · Jun 13, 2018    ···
Bob ficaria triste

💬        ⟲        ♡        ⬆

**Perkowski Legal P.C.** ···
@c_perkowski

## Relevant people


**Stranger Things Brasil** ✓    **Follow**
@strangertbr
Sua melhor fonte de notícias sobre a série #StrangerThings no Brasil e no mundo! Para parcerias, nos chame na DM | Fan Account.


**JustJared.com** ✓    **Follow**
@JustJared
Your #1 Entertainment Authority Also follow @jaredeng @justjaredjr

## What's happening

FIFA World Cup · 1 hour ago
**USA vs Wales**



Sports · Trending        ···
**Mexico City**
12.7K Tweets

Trending in United States        ···
**Tampax**
13.6K Tweets

Trending in California        ···
**Telemundo**
7,765 Tweets

Trending in United States        ···
**Mr. Fierro**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.







https://twitter.com/CinematizandoOf/status/1431199089271021569...\_st\_\_\_2022-11-20 08:15:03 -08:00\_\_\_\_
2:2-cv-09462-DMG-ADS    Document 23-26    Filed 03/13/23    Page 15 of 101    Page ID
#:5604





← **Thread**



**Cinematizando**
@CinematizandoOf

Imagens do set de Pantera Negra: Wakanda Forever mostrando as atrizes Letitia Wright e Danai Gurira

#PanterNegra #PanterNegraWakandaForever
#BlackPanther 🐆 #BlackPantherWakandaForever
#LetitiaWright #DanaiGurira #Marvel

7:43 AM · Aug 29, 2021 · Twitter Web App

7 Likes

**Cinematizando** @CinematizandoOf · Aug 29, 2021
Replying to @CinematizandoOf
#PanterNegra #PanterNegraWakandaForever #BlackPanther
#BlackPantherWakandaForever #LetitiaWright #DanaiGurira #Marvel

**Cinematizando** @CinematizandoOf · Aug 29, 2021
#PanterNegra #PanterNegraWakandaForever #BlackPanther 🐆
#BlackPantherWakandaForever #LetitiaWright #DanaiGurira #Marvel

**Cinematizando** @CinematizandoOf · Aug 29, 2021
#PanterNegra #PanterNegraWakandaForever #BlackPanther
#BlackPantherWakandaForever #LetitiaWright #DanaiGurira #Marvel

**Relevant people**

**Cinematizando**
@CinematizandoOf        Follow

**What's happening**

FIFA World Cup · 14 minutes ago
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 🧑
Original movie now streaming
Promoted by Disney+

Trending in United States
**#MassShooting**
1,193 Tweets

Trending in United States
**Offsides**
4,057 Tweets

Only on Twitter · Trending
**RIP JDF**
2,891 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/tchalametupdate/status/1358845959528398097/8___sf___2022-11-21 12:59:08 -08:00; ___ Document 23-26   Filed 03/13/23   Page 16 of 101   Page ID #:5605 2022-11-21 cv-09462-DMG-ADS   Document 23-26   Filed 03/13/23   Page 16 of 101   Page ID #:5605



_ https://twitter.com/FictionFeedback/status/1529675052295155712 __ at __ 2022-11-21 12:21:44 -08:00 __

← **Tweet**

⟲ **Multiverse Analysis** Retweeted

**Multiverse Analysis**
@TheAnalystOne                                    ⋯

Gotta admit the suit looks super amazing, can't wait to watch the #BlueBeetle in action!



9:05 PM · May 25, 2022 · Twitter for Android

**1** Retweet  **2** Likes

💬        ⟲        ♡        ⬆

[P]    Tweet your reply                          Reply

🔍 Search Twitter

### Relevant people

**Multiverse Analysis**          Follow
@TheAnalystOne
Fiction Addict

### What's happening

Sports · LIVE
**2022 FIFA World Cup**

Trending in United States                ⋯
**#YIAYrewind**

Trending in United States                ⋯
**1-0 USA**
18.4K Tweets

Trending in United States                ⋯
**#StuffingFails**

Politics · Trending                       ⋯
**AR-15**
100K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2022 Twitter, Inc.

#### Home
#### Explore
#### Notifications
#### Messages
#### Bookmarks
#### Lists
#### Profile
#### More

**Tweet**

**Perkowski Legal P.C.**  ⋯
@c_perkowski

← **Tweet**

**CONSEQUENCE** ✓
@consequence

Grimes trolls paparazzi with Karl Marx photoshoot: "I tried 2 think what I could do that would yield the most onion-ish possible headline and it worked haha"

cos.lv/CobV30rVVhv



9:03 AM · Oct 3, 2021 · Twitter Web App

8 Retweets   6 Quote Tweets   95 Likes

💬          🔁          ♡          ⬆️

🟦  Tweet your reply                                    **Reply**

**Jarrett noel** @jarrettnoel7 · Oct 3, 2021                    ···
Replying to @consequence
My disdain for grimes has reached Kardashian levels.

💬 1      🔁 1      ♡ 10      ⬆️

**Geneviève E. Hewitt** @genevieve1st · Oct 3, 2021          ···
Replying to @jarrettnoel7 and @consequence

💬        🔁        ♡ 1        ⬆️

**Space Cowboy** @spikespeigel · Oct 3, 2021                  ···
Replying to @consequence
@KurtBusiek

💬        🔁        ♡ 1        ⬆️

**#BHS™ NBA Defending World Cham...** @BlueLines... · Oct 3, 2021   ···
Replying to @consequence
#BHS

💬        🔁        ♡ 1        ⬆️

**Geneviève E. Hewitt** @genevieve1st · Oct 3, 2021          ···
Replying to @consequence

💬        🔁        ♡ 1        ⬆️

**Hugo** @huginho82 · Oct 3, 2021                             ···
Replying to @consequence
"Trolls"

💬        🔁        ♡ 1        ⬆️

Show more replies

🟦 **Perkowski Legal P.C.**  ···
@c_perkowski

---

**Relevant people**

**CONSEQUENCE** ✓          **Follow**
@consequence
Music, Movies, TV and Pop Culture News for the Mainstream and Underground. Follow us if Twitter dies 🔗 linktr.ee/consequencesoc...

**What's happening**

FIFA World Cup · 33 minutes ago
**World Cup Qatar 2022: Opening Ceremony**



#Disenchanted 🎃
Original movie now streaming
Promoted by Disney+

Only on Twitter · Trending
**RIP JDF**
4,149 Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Tommy

Trending in United States
**El VAR**
45.7K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.



Tweet

**MEFeater Magazine**
@mefeater

.@NaomiCampbell looks beautiful in @MaisonValentino at the Prince's Trust Gala in NYC 💜

8:13 AM · Apr 29, 2022 · Twitter for iPhone

**176** Retweets   **18** Quote Tweets   **1,190** Likes

Tweet your reply

**pepper** 🌶️ @userpimenta · Apr 29
Replying to @mefeater @NaomiCampbell and @MaisonValentino
@AnaluaMinaj esse lilás é lindo.

1

**Analua** @AnaluaMinaj · Apr 29
Replying to @userpimenta @mefeater and 2 others
Esse sim ... n é tão fechado

**V da vibezzz** @VanessaMbarga · Apr 29
Replying to @mefeater @NaomiCampbell and @MaisonValentino
Our real life barbie😍

**Relevant people**

**MEFeater Magazine**
@mefeater
MEF Music 🎵 Entertainment 🎬 Fashion "Where the IT GIRLS get their news" 💅🏽
Follow

**Naomi Campbell** ✓
@NaomiCampbell
Model | Actress | Cultural Innovator | Activist | Privacy Law Pioneer | Founder of Fashion 4 Relief ❤️ 🔝 ❤️ IG: @naomi | Text me: (917) 905-7005 📱
Follow

**Valentino** ✓
@MaisonValentino
● Official
Maison Valentino was founded in 1960 by Valentino Garavani & Giancarlo Giammetti. The Creative Direction as of July 7th 2016 was appointed to Pierpaolo Piccioli
Follow

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Trending in California
**Dodger Stadium**
13.9K Tweets

Music · Trending
**Kelly Rowland**
Trending with Chris Brown

Trending in United States
**Southgate**
42.7K Tweets

Technology · Trending
**Hingham**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/KanyePodcast/status/1402880591577910299_all_    2022-11-22 22:09:37 -08:00    Document 23-26    Filed 03/13/23    Page 20 of 101    Page ID
#:5609

# Home
# Explore
# Notifications
# Messages
# Bookmarks
# Lists
# Profile
# More

**Tweet**

← **Tweet**



**Robert Littal BSO** ✔
@BSO

Kendall Jenner and Devin Booker Hit The Club With Drake (Pics-Vids-IG) bit.ly/2PKfRH4



9:56 AM · Apr 10, 2021 · BSO Alert

**3** Likes

Tweet your reply

**Reply**

**Relevant people**

**Robert Littal BSO** ✔
@BSO

**Follow**

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**What's happening**



Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/AboutHerOFCL/status/1375530503227502592 __ at __ 2022-11-21 11:08:13 -08:00 __

← **Tweet**

 **About Her** ✔
@AboutHerOFCL                                                    ...

Lookbook: Sofia Richie in a chestnut coat and graphic Wolverine t-shirt.



12:30 PM · Mar 26, 2021 · Buffer



Tweet your reply                                    Reply

## Search Twitter

### Relevant people

 **About Her** ✔
@AboutHerOFCL                    Follow

Inside untapped territory: Pulling back the curtain on Arab women who are defining cultural trends now.
#AboutHer

### What's happening

FIFA World Cup · LIVE



---

- 🏠 Home
- # Explore
- 🔔 Notifications
- 💬 Messages
- 🔖 Bookmarks
- ☰ Lists
- 👤 Profile
- ⋯ More

**Tweet**

**Perkowski Legal P.C.** ...
@c_perkowski



__ https://twitter.com/foochia/status/1351515130413146114 __ at __ 2022-11-19 19:03:56 -08:00 __



← **Tweet**

## Navigation

- Home
- Explore
- Notifications 1
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

---

 **Foochia - فوشيا** ✔
@foochia                                    ···

مايلي سايرس تعتمد إطلالة شتوية بدلا من ملابس السباحة
خلال تصويرها فيديو كليب أغنيتها الجديدة على شط بحر
ماليبو في كاليفورنيا

#مشاهير #نجمات_هوليوود #مايلي_سايرس #mileycyrus
#musicvideo

Translate Tweet



5:01 AM · Jan 19, 2021 · Hootsuite Inc.

**1** Retweet   **8** Likes

💬          🔁          ♡          ⬆️

 Tweet your reply                          Reply

---

## Relevant people

 **Foochia - فوشيا** ✔          Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

## What's happening

Television · LIVE
**Saturday Night Live airing on
NBC**                              

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
▶️ Promoted by Uber

Trending in United States                    ···
**HE'S BACK**
Trending with Mr. President

Music · Trending                              ···
**Chris Brown**
45.5K Tweets

Sports · Trending                            ···
**Asdrubal Cabrera**
2,247 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Search Twitter

**Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/pannchoa/status/1574389618270961665 __ et __ 2022-11-20 19:51:38 -08:00

← **Tweet**

**pannchoa**
@pannchoa

Knets react to Kanye West' IG story updates about Kim
tinyurl.com/4ak39mrh



LONDON I KNOW HOW YOU FEEL

I LOST MY QUEEN TOO

6:25 AM · Sep 26, 2022 · Twitter Web App

**9** Retweets  **38** Quote Tweets  **109** Likes

Tweet your reply                                          Reply

**standing in a nice dress** @namjinsanity · Sep 26
Replying to @pannchoa
Bulol
                                                                              1

@foreverjnk1 · Sep 26
Replying to @pannchoa
He was talking about his mom 😭
                                                                              4

@binta_cmrr · Sep 26
Replying to @pannchoa
I need someone obsessing over me the way Kayne is obsessed with Kim
                                                                             28

## Sidebar

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Search Twitter

### Relevant people

**pannchoa**
@pannchoa                    Follow
We translate about Korean music, drama, lifestyle, and more!🐸
pannchoa.com

### What's happening

NFL · 3 hours ago
**Cowboys at Vikings**



#Disenchanted 🎃
Original movie now streaming
✦ Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, #Disney

Music · Trending
**Kelly Rowland**
Trending with Chris Brown

Entertainment · Trending
**Wayne Brady**
3,195 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Tweet**

←



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

**Perkowski Legal P.C.** ...
@c_perkowski

__ https://twitter.com/nanfixus/status/1042146075983986208 __ at __ 2022-11-20 22:33:34 -08:00 __

← **Tweet**



⟲ **@nanfixus** Retweeted

**Acta Non Verba** ❄
@liissett_

...

**Dakota ayer en West Hollywood** 💜

cred: PicturePub

1:17 PM · Sep 18, 2018 · Twitter Web Client

**8** Retweets   **34** Likes

Tweet your reply

Reply

# Relevant people

**@nanfixus**
@nanfixus

Follow

DJ Fan ❄ Sports,animals y Boca Juniors Dakota's movies 2022 #ChaChaRealSmooth 💃 #AmIOk #Persuasion Fan account 🇦🇷

**Acta Non Verba** ❄
@liissett_

Follow

'fan account' ▪▪🎀❤
#DakotaJohnson🍒 #Dakoholic💛🐒 ∞▪ Taylor Swift🧡 ChrisEvans💚 GiulioBerruti🖤 Blanca Suárez💜 All my love D💙

## What's happening

NFL · 2 hours ago
**Chiefs at Chargers**

**#Disenchanted** 🧟‍♀️
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**UCLA**
13.3K Tweets

Music · Trending
**#BLACKPINK_WORLDTOUR**
57.8K Tweets

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/raulbrindis/status/1009083052358784129 __ at __ 2022-11-21 16:25:38 -08:00 __

← **Tweet**



**Raúl Brindis** ✔
@raulbrindis

···

#Farandulazo Por primera vez, Eiza González se deja ver romántica con Josh Duhamel. Estas fotos podrían ser la confirmación del romance de la actriz mexicana con el ex de Fergie.





7:38 AM · Jun 19, 2018 · Hootsuite Inc.

**2** Retweets   **2** Quote Tweets   **19** Likes

💬              ↻              ♡              ⬆

P   Tweet your reply                    **Reply**

🔍 Search Twitter

## Relevant people



**Raúl Brindis** ✔                    **Follow**
@raulbrindis
Radio Host for El Show de Raúl Brindis

## What's happening

FIFA World Cup · This morning
**England vs Iran**



Trending in California
**TSLA**
23.8K Tweets                                    ···

Sports · Trending
**Steve Young**                                 ···

Trending in United States
**Colorado Springs**
Trending with Richard Fierro                    ···

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,577 Tweets                                    ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**



**Perkowski Legal P.C.**   ···
@c_perkowski

__ https://twitter.com/ElAragueno/status/1401982290595500038 __ at __ 2022-11-22 09:34:15 -08:00 __

← **Tweet**

 **El Aragüeño**
@ElAragueno                                                    ...

La revista People reveló fotografías de Jennifer López y el actor Ben Affleck que presuntamente fueron tomadas  en las afueras del hotel Pendry, ubicado en Los Ángeles, Estados Unidos, donde disfrutaron de una cena con amigos. #Farándula

Translate Tweet



12:20 PM · Jun 7, 2021 · TweetDeck

3 Likes

 Tweet your reply                                      Reply

## Relevant people

 **El Aragüeño**
@ElAragueno                          Follow

EL PRIMER DIARIO DE ARAGUA. ¡50 años contando tu historia!

## What's happening

FIFA World Cup · LIVE
**Mexico vs Poland**





**#AvatarTheWayOfWater**📷
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Events · Trending
**NO ERA PENAL**
3,897 Tweets                          ...

Trending in California
**Mexicans**
10.1K Tweets                          ...

Trending in United States 🇺🇸
**#SeleccionMexicana**🇲🇽
16.7K Tweets                          ...

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



https://twitter.com/thetopcomics/status/1329902802621804549 ___el ___ 2022-11-22 12:47:07 -08:00
Case 2:22-cv-05462-DMG-ADS   Document 23-26   Filed 03/13/23   Page 30 of 101   Page ID #:5619

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**The Top Comics**
@TheTopComics

#NuevoVideo
🟣 Wonder Woman a streaming
🔴 Detalles Spider-Man 3
🔴 1era imagen Ms. Marvel
🔵 youtu.be/8lowM-iYn7g



7:04 AM · Nov 20, 2020 · Twitter for iPhone

18 Retweets   1 Quote Tweet   605 Likes

**Perkowski Legal P.C.**
@c_perkowski

Tweet your reply                    Reply

**Cesar** @Cesar_rgl · Nov 20, 2020
Replying to @TheTopComics
Creo que Wonder Woman recaudará  más que Mulan en streaming

**ERICKNEO** @Erickneo · Nov 20, 2020
Replying to @TheTopComics
Salió el adelanto de la liga de la justicia y no has echo un resumen sobre ello.
1

**The Top Comics** @TheTopComics · Nov 20, 2020
Replying to @DErickneo
También se habla sobre eso. Aunque el adelanto no tiene realmente nada nuevo.
5

**Dvd** @dvd_dev · Nov 20, 2020
Replying to @TheTopComics



1

**Dickey** @marte_vitis · Nov 22, 2020
Replying to @dvd_dev and @TheTopComics
Eso es más falso... aunque puede que este bruce campbell. un proyecto de sam raimi sin bruce campbell no es nada.
1

**✨🐝 bee 🐝✨** @JuanPab58683103 · Nov 20, 2020
Replying to @TheTopComics
Como alegrar mi mañana con tan solo una notificación 😍✨😍✨

**Miguel Rodolfo Ramirez Zamu...** @MiguelZRodolf... · Nov 20, 2020
Replying to @TheTopComics
Los the top comics news me gustan mas con el nuevo fondo

**Fabricio** @InsightronIc · Nov 21, 2020
Replying to @TheTopComics
Mr. x en verdad no soporta a Zack Snyder

Search Twitter

**Relevant people**

**The Top Comics**          Follow
@TheTopComics
Canal de Youtube donde hablamos de cómics, series, películas y más !
Contacto: thetopcomics@gmail.com

**What's happening**

NCAA Men's Basketball · Yesterday
**Greyhounds at Tigers**

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Family & relationships · Trending
**For $100**
192K Tweets

Trending in California
**Chicharito**
7,035 Tweets

Entertainment · Trending
**Jane Lynch**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

← **Tweet**

Q Search Twitter

⇄ **Alex Salvatore** 🧑 **Retweeted**

**Sebi**
@SebiMultiverse

...

Nuevas 🔥 imagenes del set de 'THE FALCON AND THE WINTER SOLDIER' con Sebastian Stan como Bucky



9:38 AM · Sep 26, 2020 · Twitter Web App

**97** Retweets  **45** Quote Tweets  **739** Likes

💬   ⇄   ♡   ⬆

P   Tweet your reply                                Reply

**Relevant people**



**Alex Salvatore** 🧑
@Alexromval

Follow

'Nadie puede juzgar desde fuera el amor'

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**



Politics · Trending                              ...
**Tragically**
16.1K Tweets

Trending in United States                        ...
**Go USA**
5,813 Tweets

Music · Trending                                 ...
**Slick Rick**

Music · Trending                                 ...
**Elton John**
Trending with Dodger Stadium, #EltonFarewellTour

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

P   **Perkowski Legal P.C.**   ···
    @c_perkowski

__ https://twitter.com/baddiesturkey1/status/1328050222149341192 ___ at ___ 2022-11-21 14:54:09 -0800 ___

← **Tweet**

## Baddies Turkey 🇹🇷
@baddiesturkey1                                              ···

BEER ❤️🔥



11:00 AM · Nov 15, 2020 · Twitter for iPhone

**11** Retweets   **4** Quote Tweets   **587** Likes

Tweet your reply                                            Reply

**Bartuhan** @Bartucolaks · Nov 15, 2020                    ···
Replying to @baddiesturkey1
@hamzzaylmazz @ridethepuppetsf toplan toplan akşam şekeri geldi
💬            🔁            ♡ 1            ⬆️

**HAŞİM AĞA** @hasimagaa · Nov 15, 2020                     ···
Replying to @baddiesturkey1
Üffffffff @abdulhey100
💬            🔁            ♡ 1            ⬆️

**MR.Jani** 👑 @janimersin · Nov 15, 2020                   ···
Replying to @baddiesturkey1
Zenci fena bakıyor yalnız
💬            🔁            ♡ 1            ⬆️

---

### Relevant people

**Baddies Turkey** 🇹🇷                          Follow
@baddiesturkey1
Reklam,ve işbirliği için 📩 İNSTA
HESABIMIZ BULUNMAMAKTA !

### What's happening

FIFA World Cup · This morning
**England vs Iran**

Trending in United States                       ···
**#TheFive**

Lovecraft Country · Trending                    ···
**Lovecraft Country**
Trending with Yann Demange, #Blade

Sports · Trending                               ···
**Anthony Black**

Trending in United States                       ···
**Trent Reznor**
9,152 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

### Twitter navigation

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

Tweet

**Perkowski Legal P.C.**                         ···
@c_perkowski

https://twitter.com/MyloBrizuela/status/1529559684297986050 …al …el … 2022-11-21 04:38:32 -08:00
22-cv-09462-DMG-AGR   Document 23-26   Filed 03/13/23   Page 33 of 101   Page ID #5622



https://twitter.com/filmsbyrmeche/status/882444780958545921 __ at __ 2022-11-21 03:03:38 -08:00 __

← **Tweet**

🔍 Search Twitter

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

🔲🔲
@filmsbydelrey

**Amándolo cada día más**

Translate Tweet



8:43 PM · Jul 4, 2017 · Twitter for Android

Tweet your reply

Reply

**Relevant people**

🔲🔲
@filmsbydelrey
multifandom ✦*。

Follow

**What's happening**

Television · Yesterday
**Yellowstone**

Music · Trending
**Kelly Rowland**
Trending with Chris Brown

Trending in United States
**Schiff**
52.1K Tweets

Trending in United States
**Iran**
Trending with England, Wales

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski



https://twitter.com/weloveharry_1dx/status/1332125384440213505 __ at __ 2022-11-22 14:09:03 -08:00

← **Tweet**



katie 
@weloveharry_1Dx                    ...

## HOW AM I SUPPOSED TO SURVIVE AN ENTIRE FILM OF THIS



4:53 PM · Nov 26, 2020 · Twitter for iPhone

**1** Retweet   **6** Likes



🔍 Search Twitter

## Relevant people

katie 
@weloveharry_1Dx          **Follow**
jack's housewife

## What's happening

FIFA World Cup · 4 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Celebrities · Trending                ...
**Tom Hanks**
7,207 Tweets

Sports · Trending

Perkowski Legal P.C.
@c_perkowski  ...

Tweet your reply          **Reply**

__ https://twitter.com/NGBRSite/status/1583344167752634388 __ at __ 2022-11-19 19:12:46 -08:00 __

Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Nicholas Galitzine Brasil 👑 Fã-clube**
@NGBRSite

📸 MAIS FOTOS de Nicholas Galitzine e Anne Hathaway filmando #TheIdeaofYou na quarta-feira, 19 de outubro, em Atlanta



Anne Hathaway Brasil • FANSITE

11:27 PM · Oct 20, 2022 · Twitter Web App

**7** Retweets    **1** Quote Tweet    **94** Likes

Tweet your reply

Reply

## Relevant people

**Nicholas Galitzine Br...**    Follow
@NGBRSite

Fã-site brasileiro dedicado ao ator e cantor inglês Nicholas Galitzine. Fan account - contact us before taking any legal action! Follow Nicholas: @nickgalitzine

**Anne Hathaway Brasi...**    Follow
@HathawayBRA

Sua mais atualizada fonte de informações sobre a atriz Anne Hathaway. WE'RE NOT ANNE HATHAWAY! — 📸: @midiasahbr

## What's happening

Television · LIVE
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Music · Trending
**Chris Brown**
45.8K Tweets

Sports · Trending
**#AEWFullGear**
Trending with Saraya, Britt

Trending in United States
**Truth Social**
5,634 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.** ···
@c_perkowski



https://twitter.com/FUCCI/status/1457864588904742014___at___2020-11-21 10:06:43 -06:00
20-cv-06482-DMD-ACS    Filed 03/13/23    Page 39 of 101    Page ID #:5628

🔍 Search Twitter

🏠 Home
🔍 Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

**Tweet**

Perkowski Legal P.C. ...
@c_perkowski

**AMERICA'S PROBLEM** ✓
@FUCCI



3:36 PM · Nov 6, 2021 · Twitter for iPhone

**1,272** Retweets   **104** Quote Tweets   **7,564** Likes

💬   🔁   ♡   ⬆️

Tweet your reply                                    Reply

it me @blueptooo · Nov 9, 2021
Replying to @FUCCI
How is it she can pull off any silhouette?
💬   🔁   ♡ 1   ⬆️

uzeon @iamKickz · Nov 8, 2021
Replying to @FUCCI
Yes! A new lockscreen 😍
💬   🔁   ♡   ⬆️

kiddo 👑 @kiddi0_Fresh · Nov 9, 2021
Replying to @iamKickz and @FUCCI
Love 2 see it
💬   🔁   ♡   ⬆️

Lil Daddy BJJ @bill_branson · Nov 8, 2021
Replying to @FUCCI
The girls are about to eat this hairstyle up!
💬 1   🔁   ♡ 6   ⬆️

kiddo 👑 @kiddi0_Fresh · Nov 9, 2021
Replying to @bill_branson and @FUCCI
They been lol
💬   🔁   ♡   ⬆️

angelina @manzanacaramel · Nov 10, 2021
Replying to @FUCCI
she is an icon, she is an legend and she is the moment
💬   🔁   ♡   ⬆️

Ariel Harllow @ArielHarllow_ · Nov 9, 2021
Replying to @FUCCI

▶️ Gif

Legendary Lade! @LegendaryLade · Nov 8, 2021
Replying to @FUCCI
the texture of the bag and the shirt.. I just... who can do it like her? 👏
💬   🔁   ♡ 6   ⬆️

KOTA @GOLD_Summers · Nov 8, 2021
Replying to @FUCCI
That bag 😂
💬   🔁   ♡ 1   ⬆️

mello SANTOS @MelloSkyHigh · Nov 8, 2021
Replying to @FUCCI
Sheesh 🔥💯
💬   🔁   ♡   ⬆️

kelly @yflek_25 · Nov 8, 2021
Replying to @FUCCI
Beautiful feet 😍
💬   🔁   ♡   ⬆️

BUG @anabuggiebug · Nov 8, 2021
Replying to @FUCCI
Honestly all I see



💬   🔁   ♡ 2   ⬆️

This Tweet was deleted by the Tweet author. Learn more

inkabiyasebhayi #LIFTMEUPRIH @zeekay1te1_only · Nov 10, 2021
Replying to @bbosa_6 and @FUCCI
That's a perfect fit 🤌

💬   🔁   ♡   ⬆️

Show additional replies, including those that may contain offensive content    Show

---

**Relevant people**

**AMERICA'S PROBL...** ✓    Follow
@FUCCI
tastemaker | ancient god | served in the navy since 2005 pronouns: (he/want/me) (Naija Basquiat)

**What's happening**

FIFA World Cup · LIVE
Senegal vs Netherlands

Trending in California
**Dodger Stadium**
13.8K Tweets

Trending in United States
**Senegal**
Trending with Pedro Bajos, #Fifacalbo

Sports · Trending
**Charles Barkley**
4,687 Tweets

Trending in United States
**Mendy**
15.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/ddlovatoSpain/status/1080806577161019392 — at — 2022-11-21 12:43:52 -08:00 —

← **Tweet**





**Home**

**#** Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

**Demi Lovato Spain**
@ddlovatoSpain

Demi pasó el día de Año Nuevo en Aspen, Colorado, junto a su novio, Henri Alenxander Levy.

Translate Tweet



4:42 AM · Jan 3, 2019 · Twitter for Android

**15** Retweets  **1** Quote Tweet  **105** Likes

💬          ⟲          ♡          ↑

  Tweet your reply          **Reply**

## Relevant people

**Demi Lovato Spain**          **Follow**
@ddlovatoSpain

Club de fans oficial y primera fuente de información de la artista Demi Lovato en España desde 2007 | Con apoyo de @UniversalSpain. - demilovatospain@gmail.com

## What's happening

FIFA World Cup · LIVE
**USA vs Wales**



Trending in United States
**WHAT A SAVE**
8,223 Tweets

Entertainment · Trending
**julia fox**
6,390 Tweets

Trending in United States
**1-0 USA**
19.4K Tweets

Trending in United States
**Medford Messi**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2022 Twitter, Inc.


Perkowski Legal P.C. ⋯
@c_perkowski

← **Tweet**



**Stivi De Tivi** ✔
@StiviDeTivi                                              ···

Aquí la actriz #ImanVellani interpretando a Kamala
Khan en el set de la serie #MsMarvel.



12:13 PM · Nov 19, 2020 from Benito Juárez, Distrito Federal · Twitter for iPhone

**1** Retweet    **10** Likes

💬              ⇄              ♡              ⬆

  Tweet your reply                                    Reply

🔍 Search Twitter

**Relevant people**



**Stivi De Tivi** ✔                    Follow
@StiviDeTivi

Stivi De TiVi (Enrique Solorzano). AMO
las series y el cine. Me encuentras en
radio, TV, podcast, revistas, medios
digitales y fiestas. Pronombres:
Él/Su/Suyo

**What's happening**

FIFA World Cup · 5 hours ago
**Mexico vs Poland**

🐦
🏠 Home
\# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
🗐 Lists
👤 Profile
⊙ More

**Tweet**

Perkowski Legal P.C.                    ···
@c_perkowski

https://twitter.com/jaymalecelebs/status/1374143175665782787 __ at __ 2022-11-20 17:29:34 -0800

## Twitter

← **Tweet**

**Male Celeb Hotties**
@jaymalecelebs                                              ⋯

## More fun at the beach



4:37 PM · Mar 22, 2021 · Twitter for Android

**32** Retweets   **290** Likes

💬            🔁            ♡            ⬆️

**P**  Tweet your reply                              **Reply**

**ShirtlessStars** @ShirtlessStars · Mar 22, 2021            ⋯
Replying to @jaymalecelebs
He really needs to ditch the suit 😈 🔻🔻🔻🔻

💬            🔁            ♡ **2**            ⬆️

---

🔍 Search Twitter

### Relevant people



**Male Celeb Hotties**                              **Follow**
@jaymalecelebs
Just a bi guy bringing you hot male
celeb content to lust over! DM's are
always open! Have fun! 😜 18+

### What's happening

NBA · LIVE
**Warriors at Rockets**

Trending in United States                              ⋯
**Dove Cameron**
4,424 Tweets

Trending in United States                              ⋯
**Wayne Brady**
1,202 Tweets

The Real Housewives of Potomac · Trending            ⋯
**#RHOP**
Trending with Jacqueline

Trending in United States                              ⋯
**#AMAs**🔥
Trending with soobin, yeonjun

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.



← Tweet

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

Tweet

Perkowski Legal P.C.
@c_perkowski

Bad.news
@lvv2com

马斯克前女友Grimes碰到俩狗仔，她就想如何能整出最洋葱的新闻标题，然后就拿了本《共产主义宣言》。最后，花边新闻的标题是：《和世界最富的人分手以后，Grimes被人看到在读马克思 lvv2.com/t/3304640/

Translate Tweet





6:26 AM · Oct 3, 2021 · Lvv2.com

**5** Retweets   **21** Likes

Tweet your reply          Reply

萧逸愚 @funtttt · Oct 3, 2021
Replying to @lvv2com
马克思比马斯克有趣多了。。。
♡ 1

**Relevant people**

Bad.news          Follow
@lvv2com
集 新闻资讯、热点推文、AV、❶动
漫、❶漫画、最新电影会，❶磁力
搜索 等资源于一体的综合
性 t.me/lvv2com_chatF7... tg频道

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**

#AvatarTheWayOfWater🧜
Get tickets now - In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
110K Tweets

Trending in United States
**Argentina**
Trending with Vamos México, #WorldCup

Trending in California
**Mexico City**
25.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/liissett_/status/1580657700576583681 __ at __ 2022-11-20 09:38:35 -08:00

← **Tweet**



Acta Non Verba ❀
@liissett_

···

🖤



1:32 PM · Oct 13, 2022 · Twitter for Android

**2** Retweets   **8** Likes

💬   🔁   ♡   ↥

Ⓟ   Tweet your reply                    Reply

---

**Relevant people**

Acta Non Verba ❀                         **Follow**
@liissett_

'fan account' ⸱🍒♡
#DakotaJohnson👰#Dakoholic💛🫧
∞·• Taylor Swift🧡 ChrisEvans 💚
GiulioBerruti🖤 Blanca Suárez💜 All
my love D💙

**What's happening**

FIFA World Cup · 1 hour ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted**🧟
Original movie now streaming

__ https://twitter.com/filmsbymeche/status/912698387128037376 __ at __ 2022-11-20 15:36:02 -08:00 __

← **Tweet**



Home

**Search Twitter**

**Relevant people**

◻◻
@filmsbydelrey
multifandom ✧✶₀

**Follow**

**What's happening**

NFL · 2 hours ago
**Browns at Bills**



**#Disenchanted** 👸
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Tommy

Trending in California
**#AMAs**🔥
Trending with Favorite K-Pop Artist

Trending in California
**Qatar**
1.76M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

# Relevant people

 **About Her** 
@AboutHerOFCL

Anne Hathaway went all out in this Christopher John Rogers ensemble ⭐



12:30 PM · Mar 16, 2022 · Buffer

**1** Retweet   **1** Quote Tweet   **1** Like

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
Lists
Profile
More

**Tweet**

 Tweet your reply

Reply

🔍 Search Twitter

## Relevant people

**About Her** ✓
@AboutHerOFCL

Follow

Inside untapped territory: Pulling back the curtain on Arab women who are defining cultural trends now.

#AboutHer

## What's happening

NBA · LIVE
**Warriors at Rockets**



**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Wayne Brady**
1,132 Tweets

Trending in United States
**Dove Cameron**
4,217 Tweets

Trending in United States
**#AMAs** 💄
Trending with TOMORROW X TOGETHER, Favorite K-Pop Artist

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ···
@c_perkowski

← Tweet

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

🌈ANDY JONNY
@AndresJovannyMa

Solo quería ver #BlackWidow 😭😭😭😭 y ....

Translate Tweet



5:59 PM · Nov 12, 2020 · Twitter for Android

1 Like



 Tweet your reply

Reply

**Relevant people**



🌈ANDY JONNY
@AndresJovannyMa
Follow

EL PENSAR Y EXPRESAR 💙🩷 Tengo un canal en YouTube ▶️ ANDY JONNY 😄

**What's happening**

NFL · Yesterday
Bengals at Steelers

The Walking Dead · Trending
#TheWalkingDead
Trending with #TWDFinale, Michonne

Family & relationships · Trending
Thanksgiving Day
11.8K Tweets

Music · Trending
Lionel Richie
4,099 Tweets

Trending in United States
Schiff
56.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

_ https://twitter.com/HarryMexOficial/status/1222959670991577090 __ et __ 2022-11-21 16:51:56 -08:00 __

← **Tweet**

🔍 Search Twitter

**Home**

**# Explore**

**Notifications** ①

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Relevant people**



**Harry Styles México**
@HarryMexOficial   **Follow**

🇲🇽 Fan Club del ganador al Grammy
@Harry_Styles 📸@HSHQ 🙌🏼
@HarryStylesMex2 TREAT PEOPLE
WITH KINDNESS #FMO ||
harrystylesmex@gmail.com

**What's happening**

NCAA Men's Basketball · Last night
**Cougars at Ducks**



Entertainment · Trending
**Died Suddenly**
36.8K Tweets          ...

Trending in United States
**Chrisley**
7,720 Tweets          ...

Family drama · Trending
**#GTMcontest10**
Trending with #GilMOREtheMerrier          ...

Trending in California
**TSLA**
24.3K Tweets          ...

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

**Harry Styles México**
@HarryMexOficial          ...

Las harries  /  Harry bien sacado
sacando su  /  de pedo por que
sandía para /  miles de sandias
aventarla al /  van hacia el
escenario   /  ⭐💫
durante WS /

Translate Tweet



11:08 AM · Jan 30, 2020 · Twitter for Android

**126** Retweets   **7** Quote Tweets   **417** Likes

💬          🔁          ♡          ⬆️

Ⓟ   Tweet your reply          **Reply**

**Joel Rivera** @joulesis · Jan 30, 2020          ...
Replying to @HarryMexOficial
JSJSJSJSJS really bro desde watermelon sugar no he podido dejar de comer
sandía 😂🍉

💬          🔁          ♡ 1          ⬆️

@vhourlybts · Jan 30, 2020          ...
Replying to @HarryMexOficial
JAJAJJS

💬          🔁          ♡ 1          ⬆️

Ⓟ Perkowski Legal P.C.   ...
@c_perkowski

__ https://twitter.com/FueraPlano/status/1529605788418727936 __ at __ 2022-11-20 09:05:24 -08:00 __

← **Tweet**



**Fuera de Plano**
@FueraPlano

···

Boom! Primer vistazo desde el set de cómo lucirá Xolo Maridueña como 'Blue Beetle'. #BlueBeetle

Translate Tweet




4:30 PM · May 25, 2022 · Twitter for iPhone

**2** Likes

        ♡    ⬆

    Tweet your reply    Reply

🔍 Search Twitter

## Relevant people

    **Fuera de Plano**
@FueraPlano    **Follow**

Amantes del cine y las series. Noticias, recomendaciones, reseñas, sorteos y más! Twitch: twitch.tv/fueradeplanoli...

## What's happening

FIFA World Cup · 1 hour ago
**World Cup Qatar 2022: Opening Ceremony**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
📺 Promoted by Disney+

Only on Twitter · Trending
**#RIPLEGEND**
2,484 Tweets    ···

Trending in California
**Shakira**
96.3K Tweets    ···

Entertainment · Trending
**Morgan Freeman**
143K Tweets    ···

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

🅿 **Perkowski Legal P.C.** ···
@c_perkowski

← 

🏠 Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

🗐 Lists

👤 Profile

☺ More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.**
@c_perkowski    ...

https://twitter.com/_Margvel/status/1389271202783353410 __ al __ 2022-11-19 12:03:08 -09:00

← **Thread**

Search Twitter

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Margvel** 🐑
@_Margvel

⚠️ ¡OJO!

🚨 Está dando vueltas esta foto FALSA del "set de Spider-Man: No Way Home"

La primera foto es del set de Daredevil y está editada. La pose de Spidey es la de la segunda foto 📸

Translate Tweet



10:38 AM · May 3, 2021 · Twitter for iPhone

**12** Retweets  **3** Quote Tweets  **196** Likes

Tweet your reply                    **Reply**

**Margvel** 🐑 @_Margvel · May 3, 2021
Replying to @_Margvel
IT'S A FAKE!

**mate** 🏳️ @mateenmie · May 3, 2021
Replying to @_Margvel
Que atrevido matt que le esta fichando al spidey

**mate** 🏳️ @mateenmie · May 3, 2021
Replying to @mateenmie and @_Margvel
Ah cierto que era ciego ups

**David** 🔷 @dfb1997_ · May 3, 2021
Replying to @_Margvel
Se viene el crossover entre Daredevil, Spiderman y Peacemaker

**TITROX #KotZmovie** 🔒 @armandoalmazar13 · May 3, 2021
Replying to @_Margvel
Jajajaja Tom Holland lo pusieron súper pequeño. Ahí mide como 1 metro 50cm 😂😂😂😂😂 spiderman chiquito

GIF   ALT

**Jonathan** @jonathan48340156 · May 3, 2021
Replying to @_Margvel
y la proxima vez verifique su fuente

**Josue Gomez Labori** @franklinjosue19 · May 3, 2021
Replying to @_Margvel

GIF

**Perkowski Legal P.C.** ⋯
@c_perkowski

### Relevant people

**Margvel** 🐑
@_Margvel
**Follow**
Humor, información y updates del Universo Marvel | 🦝
contactomargvel@gmail.com |
#SheHulk #IAmGroot

### What's happening

NCAA Football · LIVE
**Illinois at Michigan**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Only on Twitter · Trending
**#万博体育**
3,015 Tweets

Entertainment · Trending
**Tommyinnit**
10.1K Tweets

Trending in United States
**Geraldo**
23.3K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS    Document 23-26    Filed 03/13/23    Page 53 of 101    Page ID #:5642

← **Tweet**

 **Meryl Streep Page ©**
@MerylStreepPage

⋯

Meryl on set of the prom makes me so happy. She looks perfect as DeeDee #theprom #MerylStreep #deedee #perfection #loveher




9:31 PM · Dec 10, 2019 · Twitter for Android

**14** Retweets  **2** Quote Tweets  **84** Likes

💬          ⟲          ♡          ↑

 Tweet your reply                 Reply

---

🏠 Home

# Explore

🔔 Notifications ¹

✉ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

⋯ More

**Tweet**

---

🔍 Search Twitter

**Relevant people**

 **Meryl Streep Page ©**     Follow
@MerylStreepPage

This is a FANPAGE dedicated to the best (NOT overrated) actress on this planet. Join us if you love her as we do and make sure that you don't miss anything! 💕

**What's happening**

FIFA World Cup · 1 hour ago
**USA vs Wales**


Trending in United States     ⋯
**HOW IS THAT NOT A YELLOW**
1,313 Tweets

Sports · Trending     ⋯
**Mexico City**
13K Tweets

Trending in United States     ⋯
**Tampax**
16.6K Tweets

Trending in California     ⋯
**Dodger Stadium**
12.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

---

**Perkowski Legal P.C.**  ⋯
@c_perkowski

__ https://twitter.com/ReasonsSmile/status/1544150009750355988 __ at __ 2022-11-20 23:13:47 -08:00 __

← **Tweet**

**reasons to smile** ☺
@ReasonsSmile                          ···

margot robbie and zendaya on the set of barbie



👤 Zendaya and Barbie

7:43 PM · Jul 4, 2022 · Twitter for iPhone

**5** Retweets   **1** Quote Tweet   **48** Likes

💬        ⟲        ♡        ⬆

 Tweet your reply                    Reply

---

**Relevant people**

 **reasons to smile** ☺        **Follow**
@ReasonsSmile

spreading some happiness and smiles!
no hate please, all tweets make
someone smile! send a request by
#reasonssmiie or a dm. ツ 2nd acct:
@zencalmserenity

 **Zendaya** ✓                       **Follow**
@Zendaya

 **Barbie** ✓                        **Follow**
@Barbie
☑ Official
barbie.com

**What's happening**

NFL · 2 hours ago
**Chiefs at Chargers**


**#Disenchanted** 🧙
Original movie now streaming
◱ Promoted by Disney+

Trending in United States          ···
**#AMAs** 🥀
Trending with soobin, yeonjun

Trending in United States          ···
**Bob Iger**
Trending with Disney, Chapek

Music · Trending                    ···
**sabrina**
72.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home
\# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

 **Perkowski Legal P.C.**        ···
@c_perkowski

Search Twitter

🔍 Search Twitter

← Tweet

**Stranger Things 4** 🔒
@StrangerNews11

SADIE SINK HAS SO MANY UPCOMING PROJECTS... ❤️
😭🎬



10:15 AM · May 25, 2021 · Buffer

**109** Retweets   **8** Quote Tweets   **2,455** Likes

💬    🔁    ♡    ⬆️

💬 Tweet your reply                                    **Reply**

**Rebeka** 😊 @ohoneyLou · May 25, 2021
she is such a good actress!! I was so impressed the way she was so different
in real life from her character!
💬 1        🔁        ♡ 18        ⬆️

**Daniel WILD (gatito de Sadie Sink (^-•-...** @daniellp... · May 25, 2021
Replying to @ohoneyLou and @StrangerNews11
I totally agree, Sadie has a knack for playing any kind of role, she deserves
more credit.
💬 1        🔁        ♡ 6        ⬆️

**Daniel WILD (gatito de Sadie Sink (^-•-...** @daniellp... · May 25, 2021
Replying to @ohoneyLou and @StrangerNews11
La cuarta foto es de Eli y ya salio, pero Sadie Sink esta en conversaciones
para en la pelicula The Whale.
Es tan hermosa y majestuosa 😍😍
💬 1        🔁        ♡ 26        ⬆️

**Dyxan** @DYXAN_ · May 27, 2021
Replying to @danieljoseo and @StrangerNews11
La verdad me quedé pensando, que puede que sea una secuela de "ELI"
💬 1        🔁 1        ♡ 1        ⬆️

Show replies

**atara brooke** @AtaraBrooke · May 26, 2021
Replying to @StrangerNews11
Good for her!
💬        🔁        ♡        ⬆️

**Bintang_Trk** @BintangTrk3 · May 26, 2021
Replying to @StrangerNews11
Season 4?
💬        🔁        ♡        ⬆️

**Kayla Rotan** @krotan100 · May 25, 2021
Replying to @StrangerNews11
When
💬        🔁        ♡        ⬆️

**Finn Wolfhard** @FinnWol15180536 · May 26, 2021
Replying to @StrangerNews11
She's beautiful ❤️
💬        🔁        ♡        ⬆️

**Prateek Ray** @PrateekRay18 · May 25, 2021
Replying to @StrangerNews11
Too much fun coming soon!! 🎬🎬
💬        🔁        ♡ 4        ⬆️

**_MooN_** @NethmiPerera19 · May 25, 2021
Replying to @StrangerNews11
cant waittt
💬        🔁        ♡ 2        ⬆️

**SHAYMAA HUSSAIN (STRANGER THING...** @thes... · May 26, 2021
Replying to @StrangerNews11
and that's freaking me out
💬        🔁        ♡ 1        ⬆️

**olivia** @hhvekns · May 26, 2021
Replying to @StrangerNews11
eli came out.
💬        🔁        ♡        ⬆️

♡ @byleshug · May 26, 2021
Replying to @StrangerNews11
GOD IS A WOMAN.
💬        🔁        ♡        ⬆️

**seh³** @OK8YERSS · May 25, 2021
Replying to @StrangerNews11
CANT WAITTT
💬        🔁        ♡ 5        ⬆️

**Kayla Rotan** @krotan100 · May 25, 2021
Replying to @StrangerNews11
I can't believe her brother billy is dead

This Tweet was deleted by the Tweet author. Learn more

Show replies

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

**Relevant people**

**Stranger Things 4**        **Follow**
@StrangerNews11
News and Filming Updates about
Stranger Things... 📺 Photos, Videos
and information about the Cast... 🎬
❤️ Fan Community. Netflix Shows &
Movies. 04/04

**What's happening**

FIFA World Cup · 1 hour ago
Mexico vs Poland

**#AvatarTheWayOfWater** 🎬
Get tickets now · In theaters December 16
📣 Promoted by Avatar

Betty White · Trending
Betty White
1,683 Tweets

Trending in United States
Ochoa
Trending with Australia, Poland

Politics · Trending
Fauci
61.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads Info      More ...
© 2022 Twitter, Inc.

__ https://twitter.com/ThePopTingz/status/1265363899706224642 __ at __ 2022-11-21 14:41:40 -08:00 __

← **Tweet**



**Moe from Pop Tingz**
@MoeFromPopTingz

⋯

'Game of Thrones' star Sophie Turner was spotted out and about while pregnant in California.



12:27 PM · May 26, 2020 · Twitter for Android

**10** Retweets  **4** Quote Tweets  **29** Likes

  Tweet your reply                    Reply

## Relevant people





**Moe from Pop Tingz**        Follow
@MoeFromPopTingz

Founder of @ThePopTingz. Pop Culture Expert. Entertainment Journalist.

## What's happening

FIFA World Cup · 1 hour ago
**USA vs Wales**

Trending in United States   ⋯
**Tampax**
14.4K Tweets

Trending in United States   ⋯
**HOW IS THAT NOT A YELLOW**
1,203 Tweets

Sports · Trending   ⋯
**Anthony Black**

Trending in California   ⋯
**Dodger Stadium**
13K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

### Search Twitter

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

  **Perkowski Legal P.C.**  ⋯
@c_perkowski

← Tweet

 Foochia - فوشيا ✔
@foochia                                    ···

رصدت الكاميرات لقاء مغني الراب الأمريكي كانيه ويست بزوجته نجمة كيم كارداشيان في وايومنغ بعد سلسلة من الاضطرابات. رصدت عدسات الكاميرات لم شمل الزوجين يوم الإثنين داخل سيارة خلال محادثة جدية لكارداشيان مع مغني الراب المضطرب. وبدت كيم حزينة، حيث كانت تبكي بشدة وهي تتحدث إليه.

Translate Tweet



12:02 PM · Jul 28, 2020 · Hootsuite Inc.

**1** Retweet   **4** Likes

💬           ⟲           ♡           ⬆

 P   Tweet your reply                        Reply

🔍 Search Twitter

## Relevant people

 Foochia - فوشيا ✔   Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.

## What's happening

FIFA World Cup · 4 hours ago
**World Cup Qatar 2022: Opening Ceremony**


**#Disenchanted** 🧹
Original movie now streaming
💠 Promoted by Disney+

Trending in United States              ···
**Rest In Peace**
51.9K Tweets

Sports · Trending                        ···
**Perkins**
3,621 Tweets

Only on Twitter · Trending              ···
**Rest in Power**
23.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



__ https://twitter.com/turkce/status/1378202619726860301 __ at __ 2022-11-22 12:19:34 -08:00 __

← **Tweet**

**Home**

**Explore**

**Notifications** 1

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

 **Türkçe**
@turkce

Hangi ünlü nerede görüldü (29 Mart-3 Nisan 2021): Corona virüs pandemisi sanat ve eğlence dünyasının önde gelen isimlerini de etkiledi. Daha önce sık sık kırmızı halıda; bakımlı halleri ve modaya yön veren elbiseleriyle... dlvr.it/Rww0JB #Türkçe #MagazinHaberleri #Magazin

Translate Tweet



9:28 PM · Apr 2, 2021 · dlvr.it

Tweet your reply

**Reply**

## Relevant people

 **Türkçe**
@turkce            **Follow**

Gazete ve dergilerden Türkçe Haberler, Son Dakika, Spor, Magazin, Teknoloji, Sinema Haberleri. İletişim ve iş birliği için: turkcemag@gmail.com

## What's happening

FIFA World Cup · 2 hours ago
**Mexico vs Poland**


**#AvatarTheWayOfWater** 🌊
Get tickets now – In theaters December 16
☑ Promoted by Avatar

Entertainment · Trending
**Tarantino**
Trending with Scorsese, Anthony Mackie

Trending in California
**Mexicans**
16.3K Tweets

Trending in California
**LAPD**
11.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

Search Twitter

 **Perkowski Legal P.C.** ⋯
@c_perkowski

https://twitter.com/Prambors/status/1427774743939707143 __at __ 2022-11-21 17:51:30 -08:00
22-cv-09462-DMG-ADS    Document 23-26    Filed 03/13/23    Page 59 of 101    Page ID
#5648



Twitter

Tweet

prambors ✔
@Prambors

Travis Barker berhasil ngalahin phobia & traumanya
buat terbang atau biasa yang dikenal dengan
Aerophobia/Aviophobia berkat Kourtney!

Muda Moody, takut banget sama apa sih atau punya
phobia apa??

Ceritain dong ke Ilham & Hanny!

@JOOX_ID #JOOXMORNINGSHOW

4:30 PM · Aug 17, 2021 · TweetDeck

5 Retweets    2 Quote Tweets    24 Likes

Tweet your reply        Reply

**iksansan** @hiksan_ · Aug 17, 2021
Replying to @Prambors and @JOOX_ID
garagara cewe nih 😭

**PCD is reall🎲** @noneknowsbutme · Aug 17, 2021
Replying to @Prambors and @JOOX_ID
aku trypophobia :(
geli banget sampe merinding mual kalo liat yg lubang2 beraturan kek
sarang lebah atau babat😫

**MissTanpaSpasi** @m3lamelamela11 · Aug 17, 2021
Replying to @Prambors and @JOOX_ID
Poblakketinggian, 🤢 kadangKaloNaikPESAWATampePanasDinginDulu.

**Achmad Ardi Frmnsyh** @achmadardif · Aug 17, 2021
Replying to @Prambors and @JOOX_ID
Kalau gw sih dari kecil sampe sekarang phobia sama Charlie Chaplin yah
ntah itu nama nya apa, pokoknya setiap lihat dia badan gw adem panas
pucet trus pingin nangis takut gitu.

**Ryana.gebi** @RyanaGebi · Aug 17, 2021
Replying to @Prambors and @JOOX_ID
Aku phobia liat kedaleman laut bayanginnya aja udah merinding 😣😣😣

**DuwiPangga** @irwantodwi_17 · Aug 17, 2021
Replying to @Prambors and @JOOX_ID
Phobia sama cicak, dulu pernah saat motoran di tengah perjalanan tiba2
ada yg gerak dikepala. Jebul pas saya lepas helm ada cicaknya. Merinding
setengah mati 😵

**percy van gough** @BaldDucky · Aug 17, 2021
Replying to @irwantodwi_17 @Prambors and @JOOX_ID
Sama euy, aku bayangin yg ken bilang aja langsung merinding anjir

@glubiglabi · Aug 17, 2021
Replying to @Prambors and @JOOX_ID
Kayaknya ruang sempit deh kayak Squidward

**सोध गुप्त 🐍** @MocSamba · Aug 17, 2021
Replying to @Prambors and @JOOX_ID
Paling takut sama pengamen warna, karena waktu kecil dulu pernah dikejar-
kejar gara-gara temen yg ngeledekin, dan sampe sekarang kalau ketemu
dijalan badan suka menggigil, terakhir kali pas lagi makan sama temen kerja
dia yg digodain gue yg langsung demam 😂

**Bang Samin ID** @bangsaminID · Aug 17, 2021
Replying to @Prambors and @JOOX_ID
Klo aq phobia Ulat tanaman, mau ulat kecil apa besar, semua bikin degap
jantung mengisk2 .Jadi klo liat tanaman itu dibawahnya ada kotoran ulat
apa ga, klo ada kotoran di bwhnya, pikiran dah kemana mana, ini pasti
ulatnya besaaar, ijo, hitam bercorak dan menakutkan😂😂

**m1 abrams** @abrhps458 · Aug 17, 2021
Replying to @Prambors and @JOOX_ID
masih kena thalasophobia. kalo berenang di air yg warnanya agak butek,
kek... kek... netthink aja gitu

**Ahmad 1** @Sufryansyah · Aug 17, 2021
Replying to @Prambors and @JOOX_ID
dulu punya phobia ketinggian tapi karena gue lawan akhirnya sekarang
udah ga terlalu takut

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

---

**Relevant people**

prambors ✔        Follow
@Prambors
For youngsters on the move,
Prambors is Indonesia No.1 Hit Music
Station.

JOOX Indonesia ✔        Follow
@JOOX_ID
JOOX Indonesia official Twitter page |
Halo sobat-sobat yang rajin liatin
timeline sambil nyender... masuk yuk,
pinturya gak dikunci.

**What's happening**

Television · LIVE
Bachelor in Paradise airing on
ABC

Trending in United States
Died Suddenly
42.7K Tweets

Trending in California
Dodger Stadium
12K Tweets

Trending in California
Acosta
14.3K Tweets

Entertainment · Trending
Selma
4,329 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

https://twitter.com/miucciamuse/status/1539739062759989248 _el_ __ 2022-11-21 04:51:50 -08:00
Case 2:22-cv-09462-DMG-ADS Document 23-26 Filed 03/13/23 Page 60 of 101 Page ID #:5649

← **Tweet**



taylor russell's whore
@MIUCCIAMUSE ···

i love the material

3:36 PM · Jun 22, 2022 · Twitter for iPhone

**679** Retweets  **266** Quote Tweets  **7,776** Likes

💬   🔁   ♡   ⬆️

Ⓟ  Tweet your reply                                    Reply

Busty the Vampire Slayer @CapriottiCarmen · Jun 22 ···
Replying to @MIUCCIAMUSE
How did they get Ken so wrong and her so right 😩
💬 1   🔁 5   ♡ 167   ⬆️

alece 🍼✧⋆。❀ @alecexox · Jun 24 ···
Replying to @CapriottiCarmen and @MIUCCIAMUSE
That can't be ken 😭 please
💬   🔁   ♡ 3   ⬆️

Maribel Cabrera @maribelencs · Jun 23 ···
Replying to @MIUCCIAMUSE
😍🥵
💬   🔁   ♡   ⬆️

mono @knksmyjhpjktjk1 · Jun 23 ···
Replying to @MIUCCIAMUSE
For a split second I thought he was Michael from The Good Place
💬   🔁 1   ♡ 9   ⬆️

🔞Welcome to my dirty mind 💦🔞 @ChuuOnMe · Jun 23 ···
Replying to @MIUCCIAMUSE
His chin makes me uncomfortable from this angle
💬   🔁   ♡ 4   ⬆️

mar🥀 @mjsrealpyt · Jun 23 ···
Replying to @MIUCCIAMUSE
I had always thought ryan looks like woody and they fr have him in a cowboy outfit now imagine him with brown hair in this
💬   🔁   ♡ 3   ⬆️

ana @carolpessoax · Jun 22 ···
Replying to @MIUCCIAMUSE
@algumabianca
💬   🔁   ♡ 1   ⬆️

---

**Twitter** (left sidebar)

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

Perkowski Legal P.C. ···
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

taylor russell's whore
@MIUCCIAMUSE                    Follow
it girl in training • hf twt • she/her • fan account

**What's happening**

Television · Last night
**The Walking Dead airing on AMC**

Music · Trending
**Elton John**
Trending with Dodger Stadium, Dodger Stadium ···

Only on Twitter · Trending
**#MotivationMonday**
1,457 Tweets ···

Music · Trending
**Kelly Rowland**
20.7K Tweets ···

Trending in United States
**#ENGIRN**
Trending with #SayTheirNames, Foden ···

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.



← Tweet

 **TheMCUtimes**
@themcutimes

···

[#MadameWeb](#) Set Photo:



10:55 AM · Oct 6, 2022 · Twitter Web App

**1** Retweet   **17** Likes

## Relevant people

 **TheMCUtimes**
@themcutimes    Follow

Building a community of Marvel
Cinematic Universe fans! 🌍 Get MCU
News, Behind the Scenes, and Updates
here.

## What's happening

NBA · 1 hour ago



 **Perkowski Legal P.C.** ···
@c_perkowski

Tweet your reply    Reply

__ https://twitter.com/InfosseriesfrStatus/1521564691947995136 __ at __ 2022-11-21 23:12:15 -0800 __

← **Tweet**

 **Infos Séries**
@InfosSeriesFR                                    ···

**#PHOTOS** Zendaya sur le tournage du film
« challengers »

Translate Tweet



11:57 AM · May 3, 2022 · Twitter for iPhone

**11** Retweets   **183** Likes

Tweet your reply                                    Reply

## Relevant people

 **Infos Séries**          Follow
@InfosSeriesFR

Bienvenue sur votre source française
sur toutes vos séries, films et stars
préférées
contact:Lnfosseriesfrpro@gmail.com
@dianemarchetti1 &
@jeannepchll

## What's happening



NFL · 2 hours ago
**49ers at Cardinals**

Entertainment · Trending                    ···
**Died Suddenly**
71.1K Tweets

Trending in California                        ···
**Mexicans**
6,369 Tweets

Entertainment · Trending                    ···
**Sinbad**
8,505 Tweets

Trending in United States                    ···
**Trent Reznor**
22.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Left sidebar

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

 **Perkowski Legal P.C.**          ···
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 23-26   Filed 03/13/23   Page 63 of 101   Page ID #:5652

**Tweet**

This Tweet is from a suspended account. Learn more

 **j** @j65722922 · Mar 25, 2021
Replying to @yourfavesnude
He's trying to hide a hard #jerry

**M Brooks** @MBrooks97832280 · Feb 19
Replying to @yourfavesnude
we've all seen him naked, its not big enough to be heavy.

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/Sodakotabella2/status/1578049800389494069 __el__ 2022-11-20 14:25:24 -08:00

← Tweet

**Bella 🌸 💃 aka The Cha Cha Real Smooth stan 🇫🇷**
@Sodakotabella2

SEE WE CAN HAVE NEW PHOTOS OF DAKOTA ON #MadameWeb SET WITHOUT SPOILERS THAT'S LITERALLY WHAT WE ASKED FOR, FOR 2 MONTHS 😭 #DakotaJohnson



8:49 AM · Oct 6, 2022 · Twitter Web App

**3** Retweets   **2** Quote Tweets   **59** Likes

Tweet your reply                                    Reply

Show more replies

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

**Relevant people**



**Bella 🌸 💃 aka The C...**
@Sodakotabella2                Follow
Fan account ⚕️// Dakota Johnson ☀️,
Jenifer 🎤, Coldplay🎶🎹, Eurovision fan
🎇, Papadakis Cizeron 🛼 💙// Series,
movies, music, television, sport
interests 💌

**What's happening**



NFL · 1 hour ago
**Browns at Bills**

#Disenchanted 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest in Peace**
57.3K Tweets

Trending in California
**Ecuador**
797K Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/ClickySound/status/1243681238164156424 __ at __ 2022-11-19 20:18:46 -08:00 __



← **Tweet**

 **Clicky Sound**
@ClickySound

•••

[clickysound.com/tom-hanks-and-...](clickysound.com/tom-hanks-and-...) The couple spent weeks recovering in Australia.



4:28 PM · Mar 27, 2020 · Clicky Sound

   

 Tweet your reply

Reply

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski •••

Search Twitter

## Relevant people

 **Clicky Sound**
@ClickySound
Photography at its Best!

Follow

## What's happening

Television · 17 minutes ago
**Saturday Night Live airing on NBC**


**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States
**HE'S BACK**
136K Tweets

Trending in California
**Blocked**
121K Tweets

Sports · Trending
**#SpursUp**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

https://twitter.com/gothspiderbitch/status/1444589950225688577 __ at __ 2022-11-22 08:03:41 -08:00

← **Tweet**

 

**Sarah McGonagall**
@gothspiderbitch



2:07 AM · Oct 3, 2021 · Twitter for Android

**90** Retweets   **1,230** Likes

---

💬   🔁   ♡   ⬆️

---

🅿️  Tweet your reply                    **Reply**

**Cosmic Dancer** 🏳️‍🌈 @PequenoPete · Oct 3, 2021
Replying to @gothspiderbitch
So she looked in her tote bag library and picked out something from the politics section, thought about Das Kapital for a moment but settled on The Communist Manifesto. "This will work perfectly" she thought to herself.



GIF  ALT

💬 1        🔁        ♡ 24        ⬆️

**BranSolo** @SoloBran · Oct 4, 2021
Replying to @gothspiderbitch
Because Grimes, who has a child with the 'richest man in the world' walks to her own photo shoots?

💬        🔁        ♡ 1        ⬆️

---

**Search Twitter**

### Relevant people

**Sarah McGonagall**    **Follow**
@gothspiderbitch
Maybe she's born with it, maybe it's Really Good Lighting™. The kids call me Goth Spider Bitch. Enemy of Joanne. she/her. Business 📩: sarahmcgonagall@gmail.com

### What's happening

FIFA World Cup · 🔴 LIVE
**Mexico vs Poland**

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
📣 Promoted by Avatar

Trending in United States
**Auburn**
Trending with Ole Miss

Entertainment · Trending
**Died Suddenly**
110K Tweets

Trending in United States
**Argentina**
Trending with Vamos Mexico, Alexis Vega

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**


**Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/GoldenFashi/status/1492893761432600578 _ el _ 2022-11-22 01:52:09 -08:00

← **Tweet**

G **Golden Fashion**
@GoldenFashi

ريانا في اخر ظهور بفستان معطف جلد احمر من علايا 🍎

Translate Tweet



8:09 AM · Feb 13, 2022 · Twitter for iPhone

**3** Retweets  **3** Quote Tweets  **75** Likes

Tweet your reply                                    **Reply**

NJOUD @njoud_alnasser0 · Feb 13
Replying to @GoldenFashi
جميلللللة بشكل 🙂

Galya @gQ5eKPpqChT7RQy · Feb 14
Replying to @GoldenFashi
لذيق عليها ❤️

J @ix7wi0 · Feb 13
Replying to @GoldenFashi
ماعجبني

هانجي @Jaiiin2 · Feb 13
Replying to @GoldenFashi
فخمه وخاطفة للاضواء كعادتها

ام عتب @a6sc_ · Feb 13
Replying to @GoldenFashi
حلو بديتا باللون الاحمر

---

**Relevant people**

G **Golden Fashion**   **Follow**
@GoldenFashi
حساب مخصص لنقل أحدث صيحات الموضة والمكياج صادر عن صحيفة مرخصة من وزارة الإعلام، للإعلانات
wa.me/message/SFOULN...

**What's happening**

NFL · 5 hours ago
**49ers at Cardinals**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
📢 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
78.7K Tweets

Trending in United States
**Ole Miss**
Trending with Auburn

Trending in United States
**Argentina**
Trending with Messi

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More …
© 2022 Twitter, Inc.

---

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/alexromval/status/1379563404394958848 __ at __ 2022-11-20 18:02:02 -08:00 __



← **Tweet**

🔁 **Alex Salvatore** 🧑 Retweeted

**best of elizabeth olsen**
@eolsenarchive

elizabeth olsen on the set of wandavision

3:35 PM · Apr 6, 2021 · Twitter for iPhone

**2,006** Retweets   **380** Quote Tweets   **28.3K** Likes

Tweet your reply

Reply

**Search Twitter**

## Relevant people

**Alex Salvatore** 🧑
@Alexromval
'Nadie puede juzgar desde fuera el amor'

Follow

**best of elizabeth olsen**
@eolsenarchive
fan account posting updates & daily content of emmy nominated actress, elizabeth olsen

Follow

## What's happening

NBA · Starts at 6:30 PM
**Spurs at Lakers**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Music · Trending
**Kelly Rowland**
2,442 Tweets

Trending in United States
**Machine Gun Kelly**
2,006 Tweets

Trending in United States
**UCLA**
25.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home

Explore

Notifications

← **Tweet**

**ununfah**🌀
@ununfah
⋯

โอ้ย จ๊ะ พ่อคุณ Sam Smith กับ Brandon หรือจัสดินใน 13 reason why นางก็อินเลิฟกันหนักมากกกกก ดูจากรูปนี้รู้เลยนะคะใครรุกใครรับ



9:59 AM · Feb 2, 2018 · Twitter for iPhone

**60** Retweets   **2** Quote Tweets   **4** Likes

💬        🔁        ♡        ⬆️

🅿️  Tweet your reply                    Reply

**Miss_JanJan** @ppakaphan · Feb 3, 2018        ⋯
Replying to @ununfah
จัสดินนนนนนนน

💬        🔁        ♡        ⬆️

---

## Navigation (left sidebar)

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
🗒️ Lists
👤 Profile
⋯ More

**Tweet**

---

## Right sidebar

🔍 Search Twitter

### Relevant people

**ununfah**🌀
@ununfah                    Follow

random things here | ติดต่องาน DM
(ไม่รับรีทวีต) | ไม่อนุญาตให้นำรูปไปใช้ค่ะ

### What's happening

NBA · LIVE
**Lakers at Suns**

**#AvatarTheWayOfWater**🧜
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Trending in United States          ⋯
**#GenshinSpecialProgram**
2,458 Tweets

Trending in United States          ⋯
**RIP Harold**

Trending in United States          ⋯
**Non-binary**
24.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

__ https://twitter.com/ludenoid/status/1552277116208676865 __ at __ 2022-11-21 17:23:49 -0800 __

← **Tweet**

Ludenoid 🎃 🥮
@ludenoid
                                                                                                        ···

Dakota Johnson, Sony'nin Madame Web filminin setinde.



5:57 AM · Jul 27, 2022 · Twitter for iPhone

**1** Retweet    **1** Quote Tweet    **36** Likes

💬            🔁            ♡            ⬆️

P    Tweet your reply                                    **Reply**

Mert Özenir 💬 @developmert · Jul 27
Replying to @ludenoid
Bu fotoğrafı paylaşmamak olmaz😍

💬            🔁            ♡ **5**            ⬆️

---

🔍 Search Twitter

**Relevant people**

Ludenoid 🎃 🥮
@ludenoid                                                **Follow**
Oyun, dizi ve film evrenlerinden haber ve yorumlar 🥮 #EpicPartner - Creator Code: LUDENOID 💌 İş Birliği & İletişim: info@ludenoid.com

**What's happening**

FIFA World Cup · This morning
**England vs Iran**

Entertainment · Trending
**Died Suddenly**
39.3K Tweets                                                        ···

Only on Twitter · Trending
**#pcxqc**
3,047 Tweets                                                        ···

Trending in United States
**#ThingsIWouldTellMyYoungerSelf**                                  ···

Sports · Trending
**#SFvsARI**                                                        ···

Show more

Terms of Service · Privacy Policy · Cookie Policy
Accessibility · Ads info · More ···
© 2022 Twitter, Inc.

← **Tweet**

🐦

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

**Breakdown Channel Universe**
@txtdariBCU

Set image terbaru dari film Madame Web yang ngereveal karakter variant Spiderman, is that you Scarlet Spider ??

#MadameWeb



1:51 AM · Oct 7, 2022 · Twitter for Android

**3** Retweets   **3** Likes

💬    🔁    ♡    ⬆

Ⓟ   Tweet your reply                    **Reply**

🔍 Search Twitter

## Relevant people

**Breakdown Channel ...**
@txtdariBCU                    **Follow**
Wadah ngebacotnya BCU pokoknya

## What's happening

Formula 1 · 5 hours ago
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 👸
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Rest In Peace**
49.7K Tweets

Trending in California
**Morgan Freeman**
190K Tweets

Trending in United States
**UCLA**
Trending with Oregon, Utah

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

Ⓟ   **Perkowski Legal P.C.** ⋯
@c_perkowski



22-cv-09462-DMG-ADS



__ https://twitter.com/filmsbyrneche/status/892568602809569280 __ at __ 2022-11-20 20:38:41 -08:00 __

← **Tweet**

 🔲🔲
@filmsbydelrey

···

## Usando la Merch del Purpose Tour



7:03 PM · Aug 1, 2017 · Twitter for Android

💬                    🔁                    ♡                    ⬆️

 Tweet your reply                    Reply

🔍 Search Twitter

**Relevant people**

 🔲🔲                    **Follow**
@filmsbydelrey
multifandom ✧*｡

**What's happening**

NCAA Men's Basketball · Earlier today
**Explorers at Hoyas**



#Disenchanted 🧟‍♀️
Original movie now streaming
▶ Promoted by Disney+

Sports · Trending                    ···
**Herbert**
52.8K Tweets

Trending in United States                    ···
#dantherizzler

Trending in United States                    ···
**Bob Iger**
Trending with Chapek, Disney

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

 Perkowski Legal P.C.    ···
@c_perkowski

__ https://twitter.com/smackgirls/status/1565731349226754050 __ at __ 2022-11-20 19:07:23 -08:00 __

← Tweet



**The Latest Celebrity News 24/7**
@smackgirls                                          ...

Cara Delevingne's erratic appearance in parking lot comes after she went to Burning Man dlvr.it/SXgTGd



9:00 AM · Sep 2, 2022 · dlvr.it

  ♡ ⬆

  Tweet your reply                     Reply

---

🔍 Search Twitter

## Relevant people



**The Latest Celebrity ...**    Follow
@smackgirls

The Latest Celebrity News | Celeb news now 24/7 - The Latest Celebrity News | Celeb news now 24/7 . Manchester Unite Fan 2022 #MUFC

## What's happening

NFL · 2 hours ago
**Cowboys at Vikings**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                ...
**Bob Iger**
Trending with  Chapek

Trending in United States                ...
**Disney CEO**
5,167 Tweets

Trending in United States                ...
**Cult of Personality**
1,098 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Perkowski Legal P.C.**    ...
@c_perkowski

__ https://twitter.com/weloveharry_1dx/status/1346877985146185728 __ at __ 2022-11-20 15:54:01 -0800 __

← **Tweet**



katie 🙌
@weloveharry_1Dx

•••

### HELLOOOOO

9:55 AM · Jan 6, 2021 · Twitter for iPhone

**1** Retweet   **1** Quote Tweet   **3** Likes

💬        🔁        ♡        ⬆️

  Tweet your reply                    **Reply**

🔍 Search Twitter

**Relevant people**

 katie 🙌
@weloveharry_1Dx          **Follow**
jack's housewife

**What's happening**

NFL · 2 hours ago
**Browns at Bills**



**#Disenchanted** 💃
Original movie now streaming
▶ Promoted by Disney+

Sports · Trending                    •••
**Trenton Irwin**

Trending in United States          •••
**Kearse**
1,199 Tweets

Sports · Trending                    •••
**Chandler Jones**
Trending with Broncos, Maxx Crosby

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Perkowski Legal P.C. •••
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 23-26   Filed 03/13/23   Page 77 of 101   Page ID #:5666

Tweet

**Dakotacandids**
@Dakotacandids

···

06.10 | Novas fotos da Dakota durante as gravações de 'Madame Web' na cidade de Boston. #DakotaJohnson

Translate Tweet



7:18 AM · Oct 7, 2022 · Twitter Web App

12 Retweets   60 Likes

Tweet your reply                                    Reply

**Detective Noir** ☀ @Syed_HumayunAz3 · Oct 10   ···
Replying to @Dakotacandids
Looks like Sweeney
Coz of blonde hair

←

**Relevant people**



**Dakotacandids**                    Follow
@Dakotacandids

Neste perfil irei postar somente candids de Dakota Johnson. Para mais info, fotos e vídeos me sigam na conta principal: @Dakotashades | Fan Account

**What's happening**

NFL · LIVE
**Browns at Bills**

**#Disenchanted** 🫧
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending        ···
**Rest in Power**
19.6K Tweets

Trending in California           ···
**Morgan Freeman**
183K Tweets

Trending in California           ···
**Shakira**
109K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.



**Tweet**

← 

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗐 Lists

👤 Profile

⋯ More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.** ⋯
@c_perkowski

# Tweet

@AhoyBieber

That's the way to spend your album release week. On the beach, unbothered sand relaxing



2:00 PM · Mar 22, 2021 · Twitter for iPhone

**4** Retweets    **32** Likes

---

P  Tweet your reply                    Reply

This Tweet is unavailable. Learn more

@AhoyBieber · Mar 22, 2021
Replying to @ghostbyjb and @justiceoutsold
Of course not. That would be 🙏

♡ 1

## Relevant people

@AhoyBieber                    Follow
I loved bieber before it was cool.
@justinbieber

## What's happening

FIFA World Cup · 4 hours ago
Mexico vs Poland

#AvatarTheWayOfWater 🧜
Get tickets now · In theaters December 16
📷 Promoted by Avatar

Trending in California                    ···
Mexicans
19.8K Tweets

Celebrities · Trending                    ···
Tom Hanks
7,108 Tweets

Trending in United States                 ···
Ochoa
Trending with Poland, Lewandowski

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info · More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

Search Twitter

https://twitter.com/SourceJohnson/status/1556230128295985153... al ... 2022-11-19 22:07:24 -08:00
2:22-cv-09462-DMG-ADS  Document 23-26  Filed 03/13/23  Page 80 of 101  Page ID
#:5669

**Dakota Johnson Source**
@SourceJohnson ・・・

August 6th, Dakota and Adam Scott on set of Madame
Web in Boston, MA! 🕷️ #DakotaJohnson (1)



🏷️ Dakota Johnson Brasil

3:45 AM ・ Aug 7, 2022 ・ Twitter for iPhone

8 Retweets   65 Likes

💬            🔁            ♡            ⬆️

🅿️  Tweet your reply                                    **Reply**

**Dakota Johnson Source** @SourceJohnson ・ Aug 7 ・・・
Replying to @SourceJohnson
August 6th, Dakota and Adam Scott on set of Madame Web in Boston, MA!
🕷️ #DakotaJohnson (2)

🏷️ Dakota Johnson Brasil

💬 1        🔁 2        ♡ 7        ⬆️

**Dakota Johnson Source** @SourceJohnson ・ Aug 7 ・・・
August 6th, Dakota and Adam Scott on set of Madame Web in Boston, MA!
🕷️ #DakotaJohnson (3)

🏷️ Dakota Johnson Brasil

💬 1        🔁 2        ♡ 9        ⬆️

**Dakota Johnson Source** @SourceJohnson ・ Aug 7 ・・・
August 6th, Dakota and Adam Scott on set of Madame Web in Boston, MA!
🕷️ #DakotaJohnson (4)

🏷️ Dakota Johnson Brasil

💬 1        🔁 2        ♡ 14        ⬆️

**Dakota Johnson Source** @SourceJohnson ・ Aug 7 ・・・
August 6th, Dakota and Adam Scott on set of Madame Web in Boston, MA!
🕷️ #DakotaJohnson (5)

🔁 2        ♡ 10        ⬆️

## Sidebar

### Relevant people

**Dakota Johnson Source** 
@SourceJohnson  **Follow**
Page for All News and Updates On
Dakota Johnson, Credits To Respectful
Owners. Currently in post production -
Madame Web

**Dakota Johnson Brasil** 
@DakotaJBRA  **Follow**
Sua primeira, maior e melhor fonte
sobre a atriz e produtora Dakota
Johnson no Brasil. E-mail para contato:
contato@dakotajohnsonbrasil.com

### What's happening

Television ・ 2 hours ago
**Saturday Night Live airing on
NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber
Reserve
📣 Promoted by Uber

Sports ・ Trending
**Pasadena**
1,576 Tweets

Trending in United States
**#DreamersbyJungkook**
609K Tweets

Trending in California
**Andrew Tate**
27.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ・・・
© 2022 Twitter, Inc.

## Left navigation

🐦

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

🅿️ Perkowski Legal P.C. ・・・
@c_perkowski

🔍 Search Twitter

https://twitter.com/PMaratonando/status/1219749482356711424 __ at __ 2022-11-20 22:28:02 -08:00



← **Tweet**

Home

Explore

Notifications ①

Messages

**Nicholas Galitzine Brasil** 👑 **Fã-clube**
@NGBRSite

⋯

Perfeitos juntos! O casal Hayes & Sophie veio aí! 💕

Translate Tweet



GIF

12:35 AM · Oct 21, 2022 · Twitter Web App

**3** Retweets   **26** Likes

💬          ⟲          ♡          ↥

[P] Tweet your reply                          Reply

🔍 Search Twitter

**Relevant people**

**Nicholas Galitzine Br...**    Follow
@NGBRSite

Fã-site brasileiro dedicado ao ator e cantor inglês Nicholas Galitzine. Fan account - contact us before taking any legal action! Follow Nicholas: @nickgalitzine

https://twitter.com/TheAviationist/status/10596737448838575073 __ef __ 2022-11-22 20:00:29 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-26    Filed 03/13/23    Page 83 of 101    Page ID #:5672



← **Tweet**

## Navigation (left sidebar)

- 🏠 Home
- # Explore
- 🔔 Notifications
- ✉️ Messages
- 🔖 Bookmarks
- ☰ Lists
- 👤 Profile
- ⊙ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

**The Aviationist** A
@TheAviationist

"Blackhawk Down" Soundtrack Composer Hans Zimmer Joins "Top Gun: Maverick" Soundtrack wp.me/p2TYIs-gmd



3:27 PM · Oct 28, 2018 · TweetDeck

**71** Retweets   **9** Quote Tweets   **165** Likes

---

**Federal Republic of Aurelia** @AureliaFederal · Oct 28, 2018
Replying to @TheAviationist and @ea_18g_growlers
Pearl Harbor
Sherlock Holmes
Mw2

Hanz Zimmer it's a master
💬 1    ↻    ♡ 1    ⬆

**Stellar (6 Days 🔥🔥)** @StellarGryphon · Oct 28, 2018
Replying to @AureliaFederal and @TheAviationist and @ea_18g_growlers
Not to mention Interstellar, Inception, and Dunkirk!
💬 1    ↻ 1    ♡ 2    ⬆
Show replies

**TheLanJam 🇺🇸🇨🇦** @thelanjampod · Oct 29, 2018
Replying to @TheAviationist
Batman Trilogy too... blackhawk down is a bit down the list
💬    ↻    ♡    ⬆

**ꞁＡꞁＢꞁＥ ＳꞁꞁＮꞁ** @tibey · Oct 28, 2018
Replying to @TheAviationist
Guess why I saw today on my Sunday morning ride? The Top Gun 2 Maverick's motorcycle.

💬    ↻ 1    ♡ 3    ⬆

**ꞁＡꞁＢꞁＥ ＳꞁꞁＮꞁ** @tibey · Oct 29, 2018
Replying to @TheAviationist
Zimmer did the Rain Man soundtrack too
💬    ↻    ♡    ⬆

**sr.D** @Sr_D83 · Oct 28, 2018
Replying to @TheAviationist
youtu.be/CPZaPGl9zcQ
💬    ↻    ♡    ⬆

ⓘ This Tweet is from a suspended account. Learn more

**saykous** @Saykouss · Oct 29, 2018
Replying to @knmd8 and @TheAviationist
F-14s were retired
💬 1    ↻    ♡    ⬆
Show replies

---

## Relevant people

**The Aviationist** A    **Follow**
@TheAviationist
Unmatched, unconventional, independent coverage of military aviation, defense, tech & everything in the middle. Edited by David Cenciotti ( @cencio4).

## What's happening

NBA · LIVE
Lakers at Suns

#AvatarTheWayOfWater 🧑
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Sports · Trending
Renfroe
Trending with Brewers, Janson Junk

Trending in United States
RIP Harold

Trending in California
Hooters
8,563 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More —
© 2022 Twitter, Inc.

Tweet your reply    **Reply**

__ https://twitter.com/Sodakotabella2/status/1578076509931200638 __ at __ 2022-11-20 13:08:31 -08:00 __

← **Tweet**

 **Bella 🎀 🧸 aka The Cha Cha Real Smooth stan** 🇫🇷
@Sodakotabella2

···

Also I assume Celeste character is here to save and fight for our Madame Web ? #MadameWeb



10:35 AM · Oct 6, 2022 · Twitter for Android

**4** Likes



**Perkowski Legal P.C.** ···
@c_perkowski

## Relevant people

 **Bella 🎀 🧸 aka The C...**  **Follow**
@Sodakotabella2

Fan account ⭐// Dakota Johnson 🕷, Jenifer 🪄, Coldplay🎶, Eurovision fan 🎉, Papadakis Cizeron ⛸, 💙// Series, movies, music, television, sport interests 💌

https://twitter.com/badpostmargots/status/1539725649887301634 __ut __2022-11-20 20:23:27 -08:00

← **Tweet**

best of margot
@badpostmargots

...

margot robbie and ryan gosling on the set of 'barbie'



2:42 PM · Jun 22, 2022 · Twitter for iPhone

**203** Retweets   **73** Quote Tweets   **1,776** Likes

---

Tweet your reply          **Reply**

leticia @maxrgot · Jun 22                        ...
Replying to @badpostmargots
her smile !!!

2    2    39

Marinafrfr 🎀🇲🇽 COAST MV OUT NOW 🌊 @MarinanuXD · Jun 22    ...
Replying to @maxrgot and @badpostmargots
She really is fucking Barbie oh my god

    10

for my fair lady @LESLEYGORES · Jun 22           ...
Replying to @badpostmargots
I CANT I CANT

    2

çiiş ⁷ L. @harflerinsihri · Jun 22               ...
Replying to @badpostmargots
herifi gördükçe moralim bozuluyor ya. ken ken olalı böyle zulüm görmedi

---

**Home**

# **Explore**

🔔 **Notifications** 1

✉ **Messages**

🔖 **Bookmarks**

**Lists**

**Profile**

⊙ **More**

**Tweet**

Perkowski Legal P.C.    ...
@c_perkowski

---

🔍 Search Twitter

### Relevant people

best of margot          **Follow**
@badpostmargots
fan account posting updates & daily
posts of the aussie goddess and
academy award nominated actress,
margot robbie

### What's happening

Television · 2 hours ago
**The Walking Dead airing on AMC**

#Disenchanted 🧙
Original movie now streaming
Promoted by Disney+

Trending in United States       ...
**Bob Iger**
Trending with Chapek, Disney

Trending in United States       ...
**#AMAs** 🔥
4.48M Tweets

Trending in United States       ...
**UCLA**
16.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/jaymalecelebs/status/1479221899887705358 __ at __ 2022-11-20 15:33:17 -08:00 __

 

← Tweet

 **Male Celeb Hotties**
@jaymalecelebs                                                                          ...

"I bet you're wet too!"



2:42 PM · Jan 6, 2022 · Twitter for Android

**55** Retweets   **1** Quote Tweet   **415** Likes



🅿 Tweet your reply                                                    Reply

---

## Search Twitter

### Relevant people

 **Male Celeb Hotties**          Follow
@jaymalecelebs

Just a bi guy bringing you hot male celeb content to lust over! DM's are always open! Have fun! 😜 18+

### What's happening

NFL · 2 hours ago
**Browns at Bills**

**#Disenchanted** 🌶
Original movie now streaming
Ⓟ Promoted by Disney+

Sports · Trending                                          ...
**Cousins**
Trending with Vikes

Trending in California                                     ...
**#AMAs** 🔥
Trending with Favorite K-Pop Artist

Only on Twitter · Trending                                 ...
**Jason David Frank**
Trending with Power Rangers, Tommy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🅿 **Perkowski Legal P.C.**                               ...
@c_perkowski

__ https://twitter.com/CinematizandoOf/status/1351335045338905377 __ el __ 2022-11-20 21:13:17 -08:00 __

Q Search Twitter

**Cinematizando**
@CinematizandoOf

···

Imagens do set de Homem Aranha 3, com as fotos do Tom Holland com o uniforme e como Peter Parker e imagens da Zendaya como MJ

#HomemAranha3 #HomemAranha #Spiderman #Spiderman3 #TomHolland #Zendaya #MCU #MarvelStudios

Translate Tweet



5:05 PM · Jan 18, 2021 · Twitter Web App

**1** Quote Tweet    **6** Likes

💬    🔁    ♡    ⬆

P  Tweet your reply                    [ Reply ]

**Cinematizando** @CinematizandoOf · Jan 18, 2021    ···
Replying to @CinematizandoOf
#HomemAranha3 #HomemAranha #Spiderman #Spiderman3 #TomHolland #Zendaya #MCU #MarvelStudios

💬 1    🔁    ♡ 4    ⬆

**Cinematizando** @CinematizandoOf · Jan 18, 2021    ···
#HomemAranha3 #HomemAranha #Spiderman #Spiderman3 #TomHolland #Zendaya #MCU #MarvelStudios

💬    🔁    ♡ 3    ⬆

Perkowski Legal P.C.    ···
@c_perkowski

**Relevant people**

**Cinematizando**    [ Follow ]
@CinematizandoOf

**What's happening**

NCAA Men's Basketball · This afternoon
**Terrapins at Hurricanes**

#Disenchanted 🦌
Original movie now streaming
📀 Promoted by Disney+

Music · Trending                    ···
**harries**
4,631 Tweets

Trending in California                    ···
**Dodger Stadium**
10.8K Tweets

Trending in United States                    ···
**Bob Iger**
Trending with Chapek, Disney

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2022 Twitter, Inc.







___ https://twitter.com/pradaxbby/status/1523737921978732544 ___ et ___ 2022-11-21 20:37:58 -08:00

← **Tweet**

 ✨ @PRADAXBBY ···

## rihanna in the crystal miu miu set



11:53 AM · May 9, 2022 · Twitter for iPhone

**133** Retweets    **30** Quote Tweets    **1,087** Likes

Tweet your reply                                    Reply

**Chloe | Detroit** 📍 @ChloeCourtesan · May 9    ···
Replying to @PRADAXBBY
Well I love Miu Miu , I love Rihanna 😍
                                            2

**Sonia Persaud** @SoniaPersaud16 · May 9    ···
Replying to @PRADAXBBY
She's definitely having a boy.
                                            1

**Samantha Assaf** 🇩🇪 @SamAssaf13 · May 9    ···
Replying to @PRADAXBBY
What can she not wear?.. let her wear a Burlap sack and she would still work
it.
                                        1       1

---

## Left sidebar

🐦

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski    ···

---

## Right sidebar

🔍 Search Twitter

### Relevant people

 ✨ @PRADAXBBY    **Follow**
enquires: pradaxbby@gmail.com not
all content is mine credits to the
owners

### What's happening

Television · 36 minutes ago
**WWE Monday Night RAW airing
on USA**

Entertainment · Trending    ···
**Died Suddenly**
59.5K Tweets

Trending in United States    ···
**Tristan Alvano**

Reality TV · Trending    ···
**August Alsina**
Trending with #TheSurrealLife

Trending in California    ···
**Dodger Stadium**
9,986 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

https://twitter.com/QuinteroI05/status/1583510330944409601__et__2022-11-22 23:56:44 -08:00
Case 2-22-cv-09462-DMG-ADS   Document 23-26   Filed 03/13/23   Page 92 of 101   Page ID #:5681

**Isa** ✨💜
@QuinteroI05

OK
Yes
I'm obsessed
With his boy band style
With his dará hair
With everythingggg
@nickgalitzine Love u ❤️



10:27 AM · Oct 21, 2022 · Twitter for Android

18 Likes

**KateFox** @KateeeeKat24 · Oct 21
Replying to @QuinteroI05 and @nickgalitzine
Fantastic man👏
1

**Relevant people**

**Isa** ✨💜
@QuinteroI05    [Follow]
Quien no arriesga no gana ⚽ Fangirl Deportivo Cali 🏐 Coldplay ➕ Carson 💜 Galitzine 💙

**Nicholas Galitzine** ✓
@nickgalitzine    [Follow]

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater**🐋
Get tickets now · In theaters December 16
📢 Promoted by Avatar

Trending in California
**Costco**
6,187 Tweets

Business and finance · Trending
**#massshooting**
1,623 Tweets

Trending in United States
**Erection**
21.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** •••
@c_perkowski



**Foochia - فوشيا** ✔
@foochia

···

ديمي لوفاتو بوزن زائد في أحدث ظهور لها بعد تعافيها من
الإدمان!

#فوشيا #مشاهير #ديمي_لوفاتو #demilovato


Translate Tweet



4:03 AM · Mar 17, 2019 · Twitter Web Client

**3** Retweets   **5** Likes


Tweet your reply

Reply

Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

**Relevant people**


**Foochia - فوشيا** ✔
@foochia

Follow

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**



**#AvatarTheWayOfWater** 💧
Get tickets now – In theaters December 16
📽 Promoted by Avatar

Trending in United States
**RIP Harold**

···

Sports · Trending
**Hunter Renfroe**
Trending with Janson Junk

···

Family drama · Trending
**#GTMcontest37**

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Case 2:22-cv-09462-DMG-ADS    Document 23-26    Filed 03/13/23    Page 94 of 101    Page ID #:5683



This Tweet is from a suspended account. Learn more

**norman** @ctrlnorman · Jun 4, 2020
Replying to @MileyUpdates
fit queen

**Bastii** @brobastii · Jun 4, 2020
Replying to @MileyUpdates
Why she waffling around like at the beach 😂

**FabyLous** @FabyLosa18 · Jun 4, 2020
Replying to @MileyUpdates
Dacing  with you it's like Heaven ❤️
1

**Miley Cyrus Cuba** 🇨🇺 @MCyrusCuba · Jun 4, 2020
Replying to @MileyUpdates
She is so hot
3

**Bill Irlbeck** @elvisfan05 · Jun 4, 2020
Replying to @MileyUpdates
Love...Miley..

**Kendall** @stellutes · Jun 5, 2020
Replying to @MileyUpdates
Her body is EVERYTHING 😩😩😩😩



**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/TheBostoniana/status/1588562344652963844 __ at __ 2022-11-22 22:59:44 -08:00 __



← **Tweet**



🇧🇷🇺🇸 **Trixy #TeamEvansOfficial**🇧🇷🇮🇹🇺🇸🇮🇹 ···
@TheBostoniana
🤖 Automated

Chris filming Red One in Atlanta.

Credit to @cevans_army



9:02 AM · Nov 4, 2022 · Twitter for iPhone

**1** Retweet   **1** Quote Tweet   **5** Likes



Tweet your reply                               Reply

---

🔍 Search Twitter

**Relevant people**

 🇮🇹🇺🇸 **Trixy #TeamEva...**  Follow
@TheBostoniana
🤖 Automated
I am a Brazilian girl 🙋‍♀️ 🇧🇷, (adopted by an Italian 🇮🇹 family) transplanted to the USA in Boston 🇺🇸❤️ I loves dogs 🐕💙 @chrisevans @astartingpoint

**Chris Evans Army**  Follow
@Cevans_Army
Chris Evans Fan Page

**What's happening**

NBA · 1 hour ago
Lakers at Suns

**#AvatarTheWayOfWater**🧊
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Trending in United States
**Erection**
19.8K Tweets

Trending in California
**Costco**
6,031 Tweets

Music · Trending
**SEOUL**
80K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

 Perkowski Legal P.C. ···
@c_perkowski



— https://twitter.com/proxcinemente/status/1557033093957042177 — et — 2022-11-21 00:48:34 -08:00 —



← Thread

**Próxcinemente**
@proxcinemente                    ...

Dominique Thorne y Anthony Ramos en la grabación de "IRONHEART". ❤️ 🤖 #IronHeart

📷 Vía: @JustJared
Translate Tweet

8:56 AM · Aug 9, 2022 · Twitter for Android

3 Likes

💬          🔁          ♡          ⬆️

📝 Tweet your reply                              Reply

**Próxcinemente** @proxcinemente · Aug 9    ...
Replying to @proxcinemente

💬          🔁          ♡ 1          ⬆️

# Search Twitter

### Relevant people

**Próxcinemente**                    Follow
@proxcinemente
Todas las novedades en el mundo del séptimo arte. 🎬 | Creador: @chuyRM_93 | Contacto: proxcinemente@gmail.com

**JustJared.com** ✓                  Follow
@JustJared
Your #1 Entertainment Authority Also follow @jaredeng @justjaredjr

### What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**

Trending in United States                    ...
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States                    ...
**UCLA**
11.8K Tweets

Trending in United States                    ...
**#AMAs** 🔥
4.63M Tweets

Music · Trending                             ...
**Chris Brown**
Trending with Kelly Rowland

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Navigation (left sidebar)

🐦

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

**Perkowski Legal P.C.**    ...
@c_perkowski

# Tweet

@cawtwomen

**Dakota Johnson on the set of Madame Web** 😍



7:17 AM · Oct 7, 2022 · Twitter for iPhone

**2** Retweets    **19** Likes

Tweet your reply

Reply

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

**Relevant people**

@cawtwomen

Follow

batman (2022) dir. matt reeves

**What's happening**

NFL · LIVE
**Browns at Bills**

#Disenchanted 👹
Original movie now streaming
Promoted by Disney+

Trending in United States
**Rest In Peace**
46.2K Tweets

Entertainment · Trending
**Morgan Freeman**
184K Tweets

Trending in California
**Shakira**
110K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/HarryMexOficial/status/1174349913477570560 __ at __ 2022-11-22 19:28:18 -08:00 —



← **Thread**

🔍 Search Twitter

**Relevant people**

dee.
@harrymoonchild          [Follow]

#harry: starry haze crystal ball 🔮 🌼 |
backup:@goldenfineline | igdishaxrai

**What's happening**

Television · 2 hours ago
**The Walking Dead airing on AMC**

**#Disenchanted** 🥳
Original movie now streaming
Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, Disney

Trending in United States
**#AMAs** 🔥
Trending with soobin, yeonjun

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

dee.
@harrymoonchild                                          ···

Not even a week into 2021 and harry styles already
OWNS the year.



7:08 AM · Jan 6, 2021 · Twitter for Android

**749** Retweets   **67** Quote Tweets   **12K** Likes

💬 Tweet your reply                                      [Reply]

dee. @harrymoonchild · Jan 6, 2021
Replying to @harrymoonchild
Yup

   💬 1        🔁 5        ♡ 271        ⬆

amelia🧸 @bluemicistrip · Jan 6, 2021
Replying to @harrymoonchild
our no mask king🥰

   💬         🔁         ♡ 3        ⬆

sarah @sarahpooperson · Jan 6, 2021
Replying to @harrymoonchild
It's really disappointing that he's not wearing masks bc my grandma died of
covid and i've been sitting at home since march while he's going around

   💬 2        🔁 2        ♡ 45        ⬆

Dachshundmom @Dachshundmom6 · Jan 6, 2021
Replying to @sarahpooperson and @harrymoonchild
Im sorry for your loss. But he has been wearing masks. He has on the
bandana and if its silk, its approved.  One layer of silk, 3 layers of t shirt
cotton.

   💬 1        🔁 2        ♡ 12        ⬆
Show replies

Avery Barkley @Avery_Styles37 · Jan 6, 2021
Replying to @harrymoonchild
he owns it but needs to own a new mask.

   💬         🔁 2        ♡ 8        ⬆

Charlotte Iline @70sGoldenChar · Jan 6, 2021
Replying to @harrymoonchild
Oh boy 3 hours later and it already didn't age well.. z

   💬 2        🔁         ♡ 65        ⬆

🌈🌈🌈🥇 @iamnot_malak · Jan 6, 2021
Replying to @70sGoldenChar and @harrymoonchild
Big yikes... 😬😩

   💬 1        🔁         ♡ 6        ⬆
Show replies

Cia @ciaistired · Jan 6, 2021
Replying to @harrymoonchild
By being irresponsible?

   💬         🔁         ♡ 1        ⬆

Leala has faith in the future @lealastadach · Jan 7, 2021
Replying to @harrymoonchild
but then don't forget zayn just dropped a new song

   💬         🔁         ♡ 2        ⬆

kenzie 🦋 @euphoriadrips · Jan 6, 2021
Replying to @harrymoonchild
harry bestie. love u so much. happy for you and that you can be seen in
public with her, but please wear a proper mask. thank you 🙏

   💬 1        🔁         ♡ 33        ⬆

kenzie 🦋 @euphoriadrips · Jan 6, 2021
Replying to @euphoriadrips and @harrymoonchild
please protect yourself and others, we know you can bestie!!!!!



   💬 1        🔁         ♡ 34        ⬆

des @dcassadyll · Jan 6, 2021
Replying to @harrymoonchild
im disappointed in him m but can we talk about how sad he looks? hr
genuinely does not look happy and it hurts

   💬 1        🔁         ♡ 4        ⬆

Alex Deontra @DeontraAlex · Jan 6, 2021
Replying to @dcassadyll and @harrymoonchild
Maybe thats because he wasn't able to make it home to his family because
of covid.

   💬         🔁         ♡         ⬆

gina vanpelt @ginaladybug2 · Jan 8, 2021
Replying to @harrymoonchild
Handsome

   💬         🔁         ♡         ⬆

madi 🁩 @stillfearless · Jan 6, 2021
Replying to @harrymoonchild
yeah but he really needs to wear a proper mask

   💬         🔁         ♡         ⬆

aimh, nella @ahnella_ · Jan 6, 2021

---

Perkowski Legal P.C.    ···
@_c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

[Tweet]

— https://twitter.com/TheAffinityMag/status/1148539794038779907 __at__ 2022-11-21 21:28:06 -08:00

← **Tweet**

**Affinity Magazine** ✓
@TheAffinityMag                                           ⋯

Nothing to see here. Just two friends... holding hands

👀



3:30 AM · Jul 9, 2019 · TweetDeck

**3** Retweets  **2** Quote Tweets  **23** Likes

💬          🔁          ♡          ⬆️

🅿 Tweet your reply                                    **Reply**

**Dog Tired** @TiredBaws · Jul 9, 2019          ⋯
Replying to @TheAffinityMag
Maybe I'm getting too old for this shit, but who are these people?

💬 3          🔁          ♡ 3          ⬆️

**Rob Nickels** @90UNLVGrad · Jul 9, 2019          ⋯
Replying to @TiredBaws and @TheAffinityMag
My exact first thought!

💬          🔁          ♡          ⬆️

---

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

Perkowski Legal P.C.          ⋯
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

**Affinity Magazine** ✓                    **Follow**
@TheAffinityMag
NEXT GEN OF MEDIA

**What's happening**

NFL · 1 hour ago
**49ers at Cardinals**

Entertainment · Trending          ⋯
**Died Suddenly**
64.1K Tweets

Trending in United States          ⋯
**Murder House**
1,675 Tweets

Trending in United States          ⋯
**August Alsina**
Trending with #TheSurrealLife

Sports · Trending          ⋯
**Troy Aikman**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2022 Twitter, Inc.