# EXHIBIT B Continued

### Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← **Tweet**


@empirekendall

Obsessed 🧡



3:51 AM · Jan 3, 2021 · Twitter for iPhone

**42** Retweets  **3** Quote Tweets  **392** Likes

Tweet your reply

Reply

Show more replies


**Perkowski Legal P.C.**
@c_perkowski

---

Search Twitter

**Relevant people**


@empirekendall
all things kendall jenner • fan page

Follow

**What's happening**

FIFA World Cup · 4 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🧑
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Celebrities · Trending
**Chris Evans**
Trending with Blueface

Trending in California
**Alexis Vega**
20.6K Tweets

Betty White · Trending
**Betty White**
2,732 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

— https://twitter.com/bso/status/1404811465001947139 __ at __ 2022-11-22 06:34:46 -08:00



© 2022 Twitter, Inc.



https://twitter.com/CelebsArabic/status/15265110320979189095_... id_... 2022-11-21 06:59:04 -08:00
Document 23-27    Filed 03/13/23    Page 5 of 101    Page ID
#5895



← **Thread**






— https://twitter.com/nikgalitzine_cl/status/1583400137002401792 __ at __ 2022-11-19 21:49:47 -08:00

← Thread

🔍 Search Twitter

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

Nicholas Galitzine Chile 🇨🇱 ···
@nikgalitzine_cl

📸|| Nicholas junto a Anne Hathaway el 19 de octubre en el set de la película "The Idea Of You"

#nicholasgalitzine #theideaofyou #annehathaway #bts #Amazon



👤 Nicholas Galitzine

3:09 AM · Oct 21, 2022 · Twitter for Android

**7** Likes

💬            🔁            ♡            ⬆

---

P   Tweet your reply                    Reply

---

Nicholas Galitzine Chile 🇨🇱 @nikgalitzine_cl · Oct 21 ···
Replying to @nikgalitzine_cl

💬            🔁            ♡ 2            ⬆

---

### Relevant people

Nicholas Galitzine Ch...   Follow
@nikgalitzine_cl

Fan club del actor, modelo y cantante inglés Nicholas Galitzine Noticias, vídeos , fotos y mucho más 📸📝

Nicholas Galitzine ✓   Follow
@nickgalitzine

### What's happening

Television · 1 hour ago
**Saturday Night Live airing on NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
📣 Promoted by Uber

Trending in United States       ···
**HE'S BACK**
149K Tweets

Trending in United States       ···
**#DreamersbyJungkook**
Trending with #FIFAWorldCup 🏆

Trending in United States       ···
**Jason David Frank**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS   Document 23-27   Filed 03/13/23   Page 8 of 101   Page ID #:5698

← **Tweet**

**Home**

**Explore**

**Notifications** 1

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

 **Bang Tidy Celebs**
@BangTidyHQ                                    ...

-@bellathorne

 

12:43 PM · Sep 30, 2020 · Twitter Web App

**2** Retweets   **13** Likes

 Tweet your reply                     **Reply**


**Q** Search Twitter

**Relevant people**

 **Bang Tidy Celebs**       **Follow**
@BangTidyHQ
Bringing you Bang Tidy Celebs from the UK and around the world. From TV & Film to Music & Models. Any requests feel free to tweet.

 **BITCHIMBELLATH...** ✓   **Follow**
@bellathorne
number one book, number one new movie:) wow. love u guys thank u 🔥

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony** 

Trending in United States        ...
**Bob Iger**
Trending with Disney, Chapek

Music · Trending        ...
**Lionel Richie**
3,730 Tweets

Trending in United States        ...
**Defunctland**
4,714 Tweets

Trending in California        ...
**#sacramentoproud** 🦁

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

https://twitter.com/RNavyBrasil/status/1512028157892029198?...s0__2022-11-21 01:01:49 -08:00
1:22-cv-09462-DMG-AGS     Document 23-27    Filed 03/13/23    Page 9 of 101    Page ID
#:5699

← Tweet

# Sidebar navigation
Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

🔍 Search Twitter

## Relevant people

Rihanna Navy Brasil |...
@RNavyBrazil
**Follow**

RNB 🇧🇷 | Estamos online desde 2010, somos o maior e mais completo fã-clube sobre a cantora Rihanna no Brasil e em toda a América Latina. Apoio: @umaiclbrazil

## What's happening
Television · 4 hours ago
**Last Week Tonight With John Oliver airing on HBO**

Trending in United States
**Defunctland**
4,419 Tweets

Trending in United States
**#AMAs 🔥**
4.57M Tweets

Music · Trending
**#DavidoAt30**
65.7K Tweets

Gaming · Trending
**#Wordle520**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

---

Rihanna Navy Brasil | Fan Account
@RNavyBrazil

Rihanna chegando ao restaurante "Nobu" em Los Angeles,  ontem a noite (06/04).
Translate Tweet



4:22 AM · Apr 7, 2022 · Twitter for iPhone

**1,205** Retweets   **655** Quote Tweets   **16.3K** Likes

---

Tweet your reply          Reply

Lana Del Rey Addiction 🪩 @LDRaddic · Apr 7
Replying to @RNavyBrazil
A chance dela parir dentro desse restaurante é de 80%
95

o amor vigora 🤍🦋 @glandebrilhante · Apr 7
Replying to @LDRaddic and @RNavyBrazil
Só tem chance dessa criança nascer em 3 lugares:
50% no Giorgio Baldi
30% no NoBu
20% na maternidade
1        4        62
Show replies

kgb komitet garotas bonitas @cpaulista · Apr 7
Replying to @RNavyBrazil and @rakinfenty
essa mulher tá no fim da gestação não tem medo de parir no meio da rua
não?

julinha. 🫶 é assim que acaba @xvzdy · Apr 7
Replying to @RNavyBrazil
A gata fez a revolução nos look de gravidez
1

marca de talheres da rihanna 🥄💿 @fenfyspoom · Apr 7
Replying to @RNavyBrazil
Abandonou o Giorgio Baldi???? Como assim ????


4

ena @badgalana_ · Apr 7
Replying to @RNavyBrazil
o nariz de gravidaaaaaa avisaaa 😍

rafael @gaezola · Apr 7
Replying to @RNavyBrazil
meu deus o tamanho dessa barriga a criança vai nascer com 5 anos

1        84

petit netô @netosoul_ · Apr 7
Replying to @gaezola and @RNavyBrazil
Eu gasto tanto com essa foto da rosalia kkkkkkkkkk
2

Kate com K de Parody Account @darkhorsae · Apr 7
Replying to @RNavyBrazil
A lenda de buchim chei
2

natã :) @natanmartins_ · Apr 7
Replying to @RNavyBrazil
MDS a mulher comendo sushi gravida
1

D'baze... @euouolsol · Apr 7
Replying to @RNavyBrazil
E eu achando que a mulher já estava parindo pq sumiu

1 9 8 8 @SN4t4f14 · Apr 7
Replying to @RNavyBrazil
E a grávida mais linda da vida sim 🤰😍

Guilherme 🏳️‍🌈🏳️‍🌈🏳️‍🌈 @GdCoradelli · Apr 7
Replying to @RNavyBrazil
Essa criança tem fome

petit netô @netosoul_ · Apr 7
Replying to @RNavyBrazil
Nenhuma gravidez será a mesma após essa mulher

P̶A̶blo ··· @Pablo_Cvg98 · Apr 7
Replying to @RNavyBrazil
@grisfoliy

Thierre @emanuelist_ · Apr 7
Replying to @RNavyBrazil
Rihanna não para o uc no lugar né kkkkk
1

ninoks @nceemips · Apr 7
Replying to @RNavyBrazil
eu só consigo prestar atenção na linha debaixo do umbigo que não é reta
como a de cima

https://twitter.com/mateusaguiarph/status/15794861177673240579 __el__ 2022-11-20 07:42:34 -08:00

Case 2:22-cv-09462-DMG-ADS    Document 23-27    Filed 03/13/23    Page 10 of 101    Page ID #:5700



← **Tweet**

🔍 Search Twitter

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Mateus Aguiar**
@mateusaguiarph

APENAS ELA. Juliana 😊



7:57 AM · Oct 10, 2022 · Twitter for iPhone

**1** Quote Tweet    **33** Likes

Tweet your reply                                    **Reply**

**Isa** @anylucee · Oct 10
Replying to @mateusaguiarph
a mais linda desse mundo
                                        ♡ 1

**n** @anygirlqueen · Oct 10
Replying to @mateusaguiarph
quando vem um um feat teu e dela mateus??
    1                                   ♡ 1

**Mateus Aguiar** @mateusaguiarph · Oct 10
Replying to @anygirlqueen
meu sonho! espero q em breve
    1                                   ♡ 2

Show replies

**mary tá no rio de janeiro** @aautoramary · Oct 10
Replying to @mateusaguiarph
to existindo pelo ensaio de vcs
                                        ♡ 1

**guto. Fan Account** @anytotally · Oct 10
Replying to @mateusaguiarph
Ela é linda

**yas** @iiasminie · Oct 10
Replying to @mateusaguiarph
UMA DEUSA MATEUS
                                        ♡ 1

**n** @anygirlqueen · Oct 10
Replying to @mateusaguiarph
ela é mt maioral caras

**Perkowski Legal P.C.**
@c_perkowski

**Relevant people**

**Mateus Aguiar**
@mateusaguiarph                    **Follow**
tiro umas fotos e falo sobre a vida

**What's happening**

Formula 1 · 41 minutes ago
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 🎭
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**#MassShooting**

Trending in United States
**Morgan Freeman**
81.7K Tweets

Trending in United States
**RIP JDF**
1,427 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More •••
© 2022 Twitter, Inc.

https://twitter.com/whomath/status/1395930608106889216 - 2022-11-21 20:33:25 | Document 23-27 Filed 03/13/23 Page 11 of 101 | Page ID #3701



https://twitter.com/nacaomarvelff/status/1380262961508409350 ... el _ 2022-11-21 22:37:32 -08:00 Case 2:22-cv-09462-DMG-ADS Document 23-27 Filed 03/13/23 Page 12 of 101 Page ID #:5702

← **Tweet**



**NAÇÃO MARVEL | fan club**
@nacaomarvel

🎬 Novas fotos de Alaqua Cox, a Echo, e Fra Fee, o Palhaço, no set de 'HAWKEYE' (via @JustJared)

1:55 PM · Apr 8, 2021 · Twitter for Android

**18** Retweets  **10** Quote Tweets  **381** Likes

Tweet your reply                                    Reply

**klaus (:( @olliver616 · Apr 8, 2021**
Replying to @nacaomarvel and @JustJared
me lembrou a Yo-yo de AOS
twitter.com/wondertroyy/st...

**Lucas @Kittennitter · Apr 8, 2021**
Replying to @Wicannokaplan and @JustJared
A divulgação pesadíssima KKKKKKKKKKK
1

**✦Louis⁷ | 🄼Wanda🄼 @cudligrillo · Apr 8, 2021**
Replying to @nacaomarvel and @JustJared
Nunca vi uma série q vaza tantas fotos como essa ksksks

**Vinny @SrLangzinho · Apr 8, 2021**
Replying to @nacaomarvel and @JustJared
Meu deus mas é a cara do Kit Harrington gente, já tava pensando, Black Knight em Hawkeye???

From: Vinny
1

**tiago sem h @mottalento · Apr 8, 2021**
Replying to @SrLangzinho @LangMoff and @JustJared
Parece msm, mas ele já tá nos Eternos

Show additional replies, including those that may contain offensive content                                   Show

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

**Relevant people**


**NAÇÃO MARVEL | fa...**                  Follow
@nacaomarvel
🇧🇷 O maior fã-clube da Marvel no Brasil e #2 do mundo | por @kainyali & @thurstopper | 🎙️: @PodcastNM |
✉️ nacaomarvelofc@gmail.com


**JustJared.com** ✓                        Follow
@JustJared
Your #1 Entertainment Authority Also follow @jaredeng @justjaredjr

**What's happening**


NHL · LIVE
**Golden Knights at Canucks**

Entertainment · Trending
**Died Suddenly**
69.3K Tweets

Trending in California
**Mexicans**
6,236 Tweets

Trending in California
**#EltonFarewellTour**
4,429 Tweets

Sports · Trending
**Troy Aikman**
1,051 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

← **Tweet**



**FilmLoverss**
@filmloverss

···

Marvel Sinematik Evreni'nin önemli karakterlerinden Loki'ye odaklanan Disney+ dizisinin setinden yeni görüntüler yayınlandı. Tom Hiddleston'ın başrolünü üstlendiği #Loki dizisi, önümüzdeki yıl izleyici ile buluşacak. flss.co/32RKBYF

Translate Tweet



7:00 AM · Mar 5, 2020 · Hootsuite Inc.

**2** Quote Tweets   **12** Likes

Q Search Twitter

**Relevant people**



**FilmLoverss**
@filmloverss

Follow

**What's happening**

FIFA World Cup · 1 hour ago
**USA vs Wales**

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,215 Tweets

···

Sports · Trending
**Mexico City**
12.8K Tweets

···

Trending in United States
**Tampax**
14.8K Tweets

···

Trending in United States
**Hive**
140K Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply

Reply



**Perkowski Legal P.C.**
@c_perkowski   ···

https://twitter.com/bieberscanada/status/138045778952505683916 ___ el ___ 2022-11-22 01:10:23 -08:00

# Tweet

**Steven**
@BieberCanada

Daddy 🥵



2:49 AM · Apr 9, 2021 · Twitter for iPhone

**1** Retweet   **5** Likes

Tweet your reply                    Reply

**moe** @moemuze · Apr 9, 2021
Replying to @BieberCanada
is that Jess from gilmore girls? 😳😳

  1

**Steven** @BieberCanada · Apr 9, 2021
Replying to @moemuze
Yes

  1            1

Show replies

**Perkowski Legal P.C.**
@c_perkowski

---

Search Twitter

**Relevant people**

**Steven**                           Follow
@BieberCanada
He/Him | canadian | traveller | belieber |

**What's happening**

Music · LIVE
**Fans celebrate Kihyun's birthday**
🥳

#AvatarTheWayOfWater🧑‍🦲
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Entertainment · Trending
**BLEACH**
174K Tweets

Trending in California
**Mexicans**
7,069 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

__ https://twitter.com/SNEAKPEEKCA/status/1065363083407777792 __ at __ 2022-11-21 00:34:06 -08:00 __

← Tweet

 SneakPeek
@SNEAKPEEKCA

···

sneakpeek.ca/2018/11/brie-l...



1:55 PM · Nov 21, 2018 · Twitter Web Client

**1** Retweet   **1** Like

🔍 Search Twitter

**Relevant people**

 **SneakPeek**
@SNEAKPEEKCA
Invite Only

**Follow**

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**



Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

···

Trending in United States
**Bob Iger**
Trending with Disney, Chapek

···

**Home**

# **Explore**

🔔 **Notifications** ①

**Messages**

🔖 **Bookmarks**

**Lists**

**Profile**

··· **More**

**Tweet**

 Perkowski Legal P.C.
@c_perkowski   ···

💬 Tweet your reply

**Reply**

___ https://twitter.com/MovieCrazyPlstatus/1531494395253604352 ___ at ___ 2022-11-21 09:00:44 -08:00 ___



← **Tweet**



**Movie Crazy Planet** 🎬🎞️🍿
@MovieCrazyP

···

📸 💥 PAPARAZZI 💥 📸

## Taika Waititi y Rita Ora en West Hollywood.



9:34 PM · May 30, 2022 · Twitter for Android

**1** Retweet    **6** Likes

💬              ⟲              ♡              ⬆️

 Tweet your reply                         Reply

---

**Relevant people**

 **Movie Crazy Planet ...**    **Follow**
@MovieCrazyP

💥Noticias, tráilers, pósters, los estrenos más recientes de cine, series y televisión.💥 Síguenos y activa la 🔔 moviecrazyplanet@gmail.com 📩

**What's happening**



FIFA World Cup · LIVE
**Senegal vs Netherlands**

Sports · Trending                          ···
**Jameson Williams**
2,305 Tweets

Sports talk · Trending                     ···
**Skip and Shannon**

---

P **Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/bso/status/1212027510822703113 __ at __ 2022-11-22 07:28:57 -08:00

← **Tweet**



**Robert Littal BSO** ✓
@BSO

...

## Details How Much Lamar Odom Pawned NBA Championship Ring Is Going For at Auction (Pics)
bit.ly/2MLxYro



© Phamous / BACKGRID

7:07 AM · Dec 31, 2019 · BSO Alert

**2** Retweets  **5** Quote Tweets  **1** Like

🗨          🔁          ♡          ⬆

  Tweet your reply                    Reply

---

### Relevant people

 **Robert Littal BSO** ✓    Follow
@BSO

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

### What's happening

FIFA World Cup · Starts at 8:00 AM
**Mexico vs Poland**

**#AvatarTheWayOfWater**🤿
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending    ...

Perkowski Legal P.C.    ...
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 23-27   Filed 03/13/23   Page 18 of 101   Page ID #:5708



— https://twitter.com/creamorscream/status/1363307552746983427 __ at __ 2022-11-20 17:18:31 -08:00 __

← **Tweet**

**Bishop**
@BlindWanda                                           ···

Jeremy Renner is seen on the set of Hawkeye stretching before shooting a scene in Atlanta, 20-02-2021

#Hawkey #Marvel #DisneyPlus



👤 Jeremy Renner Net and 2 others

6:00 PM · Feb 20, 2021 · Twitter Web App

**27** Retweets   **4** Quote Tweets   **141** Likes

💬              ↻              ♡              ⬆

Ⓟ   Tweet your reply                          Reply



**Perkowski Legal P.C.**   ···
@c_perkowski

---

## Home
## Explore
## Notifications ❶
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

---

🔍 Search Twitter

### Relevant people

**Bishop** 🔴
@BlindWanda                    Follow
Lover of Marvel, DC, Star Wars, Comics, Hailee Steinfeld, BLACKPINK, and many other things (')

**Jeremy Renner Net**
@JRennerNet                    Follow
The first and best fan account about actor and singer @JeremyRenner — I have no contact with Jeremy!

**Disney+** ✓
@DisneyPlus                    Follow
#DisneyPlus is your home for the holidays. 💙 ❄ #SeasonsStreamings

### What's happening

NFL · 47 minutes ago
**Cowboys at Vikings**


**#Disenchanted** 🧙‍♀️
Original movie now streaming
▣ Promoted by Disney+

Trending in United States          ···
**Wayne Brady**

Trending in United States          ···
**#AMAs** 🎤
Trending with TOMORROW X TOGETHER, Favorite K-Pop Artist

Politics · Trending              ···
**AR-15**
54.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/throwbackagh/status/1405997912139661340__m__2022-11-21 10:05:16 -08:00 Document 23-27 Filed 03/13/23 Page 20 of 101 Page ID #:5710



Page 20 of 101



__ https://twitter.com/ClickySound/status/1278084579589570561 __ at __ 2022-11-22 21:36:16 -08:00 __



← **Tweet**

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**



Clicky Sound
@ClickySound                                    ...

clickysound.com/ryan-seacrest-... They also allegedly
left together when the vacation came to a close.



2:54 PM · Jun 30, 2020 · Clicky Sound

 


Tweet your reply                                    Reply

**Search Twitter**

## Relevant people

Clicky Sound                                    Follow
@ClickySound
Photography at its Best!

## What's happening

FIFA World Cup · This morning
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in United States                        ...
**Erection**
15.8K Tweets

Trending in California                            ...
**Costco**
5,641 Tweets

Business and finance · Trending                   ...
**Virginia Walmart**
10.4K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.                              ...
@c_perkowski

_ https://twitter.com/ClickySound/status/1266400005188997127 __ at __ 2022-11-19 12:13:24 -08:00 __

← **Tweet**



 Search Twitter

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

 **Clicky Sound**
@ClickySound ...

clickysound.com/julia-roberts-... Leading by example!
View Entire Post ›

9:04 AM · May 29, 2020 · Clicky Sound

 Tweet your reply

Reply

### Relevant people

 **Clicky Sound**
@ClickySound
Photography at its Best!

Follow

### What's happening

NCAA Football · LIVE
**TCU at Baylor**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in California
**HELL NO**
41.8K Tweets

Entertainment · Trending
**Tommyinnit**
10.9K Tweets

Trending in United States
**Messi**
339K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C. ...
@c_perkowski

__ https://twitter.com/AndyVermaut/status/1520498759741820929 __ at __ 2022-11-21 07:51:30 -08:00 __

← **Tweet**



**Andy Vermaut**
@AndyVermaut                                                                    ...

Andy Vermaut shares:Pete Davidson Appears To Debut
Tattoo For Kim Kardashian's 4 Kids At Stand-Up Show:
Photos: Eagle eyed fans noticed a new tattoo on Pete
Davidson's neck that appeared...
hollywoodlife.com/2022/04/30/pet... Thank you.
#AndyVermautLovesHollywood
#ThankYouForTheEntertainment



1:22 PM · Apr 30, 2022 · dlvr.it

          ⟲          ♡          

  Tweet your reply                                    **Reply**

## Search Twitter

## Relevant people

  **Andy Vermaut**          **Follow**
@AndyVermaut

Linked to WCPDCD, EADM,
POSTVERSA, AIDL, EUtoday, ActNow
for C, People Forests, Fundamental
rights. Whatsapp +32499357495
denktankcarmenta@gmail.com

## What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening
Ceremony**                                      

Music · Trending                                    ...
**#askmeek**

Trending in United States                           ...
**USA ML**

Family drama · Trending                             ...
**#GilmoreTheMerrier**

Entertainment · Trending                            ...
**Kang**
47.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.   ...
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 23-27   Filed 03/13/23   Page 25 of 101   Page ID
#:5715

chloe
@biebersdepths

ladies and gentlemen, justin bieber



12:01 AM · Aug 25, 2021 · Twitter for iPhone

**317** Retweets   **21** Quote Tweets   **1,772** Likes

Tweet your reply                                    Reply

Babalwa @Babsi_100 · Aug 25, 2021
Replying to @biebersdepths
These photos making me feel like I'm about to receive a big hug from him
😩

fangirl101 @seaweed_ramen · Aug 25, 2021
Replying to @biebersdepths
Mad bc I can't have this man

Christian Schlieper @ChrisSchlieper · Aug 25, 2021
Replying to @biebersdepths
I want to marry him right now!

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more

kuwangs @sengkuwaang · Aug 25, 2021
Replying to @fafafawaa and @f4waaa
Sial baru follow

Show more replies

Perkowski Legal P.C.
@c_perkowski

Search Twitter

Relevant people

chloe                                    Follow
@biebersdepths
Justin Bieber fan account
follows, tweeted x4, rted, liked
x13 & seen x7     no copyright
infringement intended

What's happening

FIFA World Cup · LIVE
Mexico vs Poland

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
📽 Promoted by Avatar

Trending in California
Mexico City
25.3K Tweets

Entertainment · Trending
Died Suddenly
110K Tweets

Trending in United States
Argentina
Trending with Vamos Mexico, Alexis Vega

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

https://twitter.com/skinnysel/status/1494373534700875778 __ at __ 2022-11-22 02:03:19 -0800
22-cv-09462-DMG-ADS    Document 23-27    Filed 03/13/23    Page 26 of 101    Page ID #5716

## Relevant people



**emrah** 🚩 (fan account)
@skinnysel

currently thinking about these selena gomez candids

🔖 Selena Gomez

10:09 AM · Feb 17, 2022 · Twitter for Android

**136** Retweets  **8** Quote Tweets  **1,427** Likes

💬  🔁  ♡  ⬆

Tweet your reply                        Reply

---

**Blue (is the problem)** @violetyellowblu · Feb 18
Replying to @skinnysel and @selenagomez
Forever thinking of these

💬  🔁  ♡  ⬆

**Dua** ✨ @Duanolefann · Feb 17
Replying to @skinnysel and @selenagomez
She was glowing that day 😍 ✨

💬 1  🔁  ♡ 3  ⬆

**emrah** 🚩 (fan account) @skinnysel · Feb 17
Replying to @Duanolefann and @selenagomez
like always 😍

💬  🔁  ♡ 1  ⬆

**Feli** ✨ **s Mish** @felisters_mish · Feb 17
Replying to @skinnysel and @selenagomez
She rocked once again 🙌🔥

💬  🔁  ♡  ⬆

**seltonin** @pinky6244 · Feb 17
Replying to @skinnysel and @selenagomez
My hot buisness women

💬  🔁  ♡  ⬆

**hels** @MINDOFSEL · Feb 17
Replying to @skinnysel and @selenagomez
she's thinking of u too

💬 1  🔁  ♡ 1  ⬆

**emrah** 🚩 (fan account) @skinnysel · Feb 17
Replying to @MINDOFSEL and @selenagomez
HELENA

💬 1  🔁  ♡ 1  ⬆

Show replies

**rai** ♥ @ilyselg · Feb 17
Replying to @skinnysel and @selenagomez
these pics reminds me of a specific area and i already miss those vibesssss everything started with these

💬  🔁  ♡  ⬆

This Tweet is from a suspended account. Learn more

**emrah** 🚩 (fan account) @skinnysel · Feb 17
Replying to @folkeiry and @selenagomez
right? she looks so happy and beautiful

💬  🔁  ♡  ⬆

---

## Relevant people



**emrah** 🚩 (fan accou...
@skinnysel    Follow

selena, taylor, ariana, olivia - fan account - he/him. (selena follows ♡)



**Selena Gomez** ✓
@selenagomez    Follow

My Mind & Me out November 4th: apple.co/selenagomezdoc The song is out now: SelenaGomez.lnk.to/MyMindAndMe

## What's happening

Sports · LIVE
**2022 FIFA World Cup**

**#AvatarTheWayOfWater** 🎬
Get tickets now · In theaters December 16
🎬 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
78.1K Tweets

Trending in United States
**Arabia Saudita**
47.8K Tweets

Trending in United States
**#GMMTV2023**
304K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski






Tweet

AMERICA'S PROBLEM ✓
@FUCCI

the mullet is back. @rihanna

12:01 PM · Nov 18, 2020 · Twitter for iPhone

605 Retweets    248 Quote Tweets    4,080 Likes

Tweet your reply                                    Reply

kay @kzane_ · Nov 18, 2020
Replying to @kzane_ and @rihanna
she's definitely recording. ik her vibes lmao
♡ 34

merry christmas @ethereallunaaa · Nov 18, 2020
Replying to @kzane_, @FUCCI and @rihanna
RIGHT 😭😭😭

jasmine @jjazzasnowden · Nov 18, 2020
Replying to @FUCCI, @Eva_Richardss and @rihanna
@covid_mullet
♡ 1

angel FATPUSSY mommy milkers @covid_mullet · Nov 18, 2020
Replying to @jjazzasnowden @FUCCI and 2 others
Omggg

Letitia F'n Lewis @thelofluence · Nov 18, 2020
Replying to @FUCCI and @rihanna
@IIMANionhere 🥰
♡ 2

Mann @IIMANionhere · Nov 18, 2020
Replying to @thelofluence @FUCCI and @rihanna
Listtttennnnnnnn 📍
♡ 1

Show replies

🦊Fax· @rydira2 · Nov 18, 2020
Replying to @FUCCI and @rihanna
The music ain't tho

( ˘ ‿ ˘ ).｡zzZ @sasazyta · Nov 18, 2020
Replying to @FUCCI and @rihanna
@brqrz comenta
♡ 1

bruninho @ilovemybrunim · Nov 18, 2020
Replying to @sasazyta @FUCCI and @rihanna
feio

Stream #LiftMeUpByRihanna @hazel_badgal · Nov 19, 2020
Replying to @FUCCI @acoldcaselove and @rihanna
Streaaamm desperado by Rihanna

🦋xoxoryah2x · Nov 18, 2020
Replying to @FUCCI
I am losing my shit omg😖

Maya @mayastgr · Nov 18, 2020
Replying to @FUCCI, @_trashpetasse and @rihanna
@_AngieGalea

@pancakevillains · Nov 18, 2020
Replying to @FUCCI @elotepreparado and @rihanna
that shirt tho
♡ 1

RUMI @RumiOrtiz · Nov 18, 2020
Replying to @FUCCI @vandellcarter and @rihanna
😍

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

pink tears @niazone_ · Nov 18, 2020
Replying to @ffaaithhhee @FUCCI and @rihanna
We summoned this tbh
♡ 1

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Perkowski Legal P.C.
@c_perkowski

Search Twitter

Relevant people

AMERICA'S PROBL... ✓    Follow
@FUCCI
tastemaker | ancient god | served in the navy since 2005 pronouns: (he/want/me) (Naija Basquiat)

Rihanna ✓    Follow
@rihanna

What's happening

FIFA World Cup · 1 hour ago
USA vs Wales

Trending in United States
Trent Reznor
9,115 Tweets

Lovecraft Country · Trending
Lovecraft Country
Trending with #Blade, Yann Demange

Sports · Trending
Anthony Black

Trending in United States
Bengals
43.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

___ https://twitter.com/dakotaj_updates/status/1578385184432558082 ___ el___ 2022-11-19 21:17:29 -08:00 ___



https://twitter.com/ahoybieber/status/1380459905405104128 __ et __ 2022-11-22 11:35:10 -08:00

← **Thread**




**Search Twitter**

... @AhoyBieber

I need to see a full shot of Justin's outfit because it's looking kinda fire 🔥



2:57 AM · Apr 9, 2021 · Twitter for iPhone

9 Retweets    108 Likes

---

Tweet your reply

**Reply**

... @AhoyBieber · Apr 9, 2021
Replying to @AhoyBieber
But more of a glimpse, I can tell that Justin's fit was next level



2    3

... @AhoyBieber · Apr 9, 2021
*bit

---

**Relevant people**

... @AhoyBieber    **Follow**

I loved bieber before it was cool. @justinbieber

**What's happening**

FIFA World Cup · 1 hour ago
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🧑
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Trending in California
**Mexico City**
20.6K Tweets

Trending in United States
**Ochoa**
Trending with Australia, Poland

Trending in United States
**#BoycottTampax**
5,662 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

🐦 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

Lists

👤 Profile

⊙ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/belxauron/status/1346899423188701186 __ at __ 2022-11-21 18:01:10 -08:00 __

← **Tweet**

 Home

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 •BELEN• 🇦🇷
@belxauron

···

si harry te entiendo, yo también miraría embobado si tuviera a Olivia Wilde en frente

Translate Tweet



11:20 AM · Jan 6, 2021 · Twitter for Android

**1** Retweet  **6** Likes



P  Tweet your reply

Reply

## Search Twitter

### Relevant people

 •BELEN• 🇦🇷  Follow
@belxauron

🇦🇷 booktw | auron/biyín | marvel | dc | star wars | house of the dragon | dakota johnson | fan account - @biyingifs | @_aurongifs

### What's happening

FIFA World Cup · This morning
**England vs Iran**



Trending in United States  ···
**Died Suddenly**
43.9K Tweets

Sports · Trending  ···
**Cale Makar**
Trending with #AvsTwitterPsychic

Trending in United States  ···
**Tampax**
28.4K Tweets

Bachelor in Paradise · Trending  ···
**#BachelorInParadise** 🌹
Trending with Shanae

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

P  Perkowski Legal P.C.  ···
@c_perkowski

https://twitter.com/nacaomarvel/status/1551800749969272832    2022-11-09 07:18 (GMT-4)    Document 23-27    Filed 03/13/23    Page 31 of 101    Page ID #3721



__ https://twitter.com/alpiedeldeporte/status/1352669380736409606 __ at __ 2022-11-22 14:13:12 -08:00 __

← **Tweet**



**Everardo Herrera**
@alpiedeldeporte

···

Jennifer Lawrence y Leonardo DiCaprio irreconocibles para su nueva película: ow.ly/PzGT50DfN6a

Translate Tweet



9:28 AM · Jan 22, 2021 · Hootsuite Inc.

**2** Retweets    **5** Likes

💬            🔁            ♡            ⬆️

 Tweet your reply                    Reply

 **Perkowski Legal P.C.** ···
@c_perkowski

## Relevant people

 **Everardo Herrera**    Follow
@alpiedeldeporte

Lo mejor del fútbol de Costa Rica y mundial. Además notas entretenidas.
facebook.com/AlPieDelDeporte
instagram.com/evergolcr

## What's happening

FIFA World Cup · 4 hours ago
**Mexico vs Poland**                    

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Trending in California            ···
**Lucas**
150K Tweets

Celebrities · Trending            ···
**Tom Hanks**
7,276 Tweets

Trending in United States            ···
**#BoycottTampax**
8,628 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

https://twitter.com/RihnnyBrasil/status/1523590117470466048... d2c0aadf4f3615c7   Document 33-37   Filed 03/13/23   Page 33 of 101   Page ID #4316



**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@r_perkowski

Rihanna Navy Brasil | Fan Account
@RihanyBrasil

PERFEITA!

Rihanna, na noite passada (08), indo janta no restaurante Giorgio Baldi, em Santa Monica.

8:07 AM · May 9, 2022 · Twitter for iPhone

**306** Retweets   **683** Quote Tweets   **5,137** Likes

Tweet your reply                                    **Reply**

Oblivison · @_deloluwin · May 9
Replying to @RihanyBrasil
e eu achei que ela não tio pro MET pq tava de resguardo...

Princesa Tsunade @jeyonny_y · May 9
Replying to @RihanyBrasil
Essa criança vai nascer no Giorgio Baldi

t-ji · @whitestargirl · May 9
Replying to @RihanyBrasil
Essa mulher não vai parir não é?

| jurídico targaryens @tarcio · May 9
Replying to @RihanyBrasil
Kkkks aqui lembrando da rihanna parindo no sus

Jenil @papillonsms · May 9
Replying to @RihanyBrasil
Ela ta quase explodindo mils, a criança nasce nunca

t-ji · @whitestargirl · May 9
Replying to @RihanyBrasil
Essa mulher não vai parir não é?

| jurídico targaryens @tarcio · May 9
Replying to @RihanyBrasil
Kkkks aqui lembrando da rihanna parindo no sus

Jenil @papillonsms · May 9
Replying to @RihanyBrasil
Ela ta quase explodindo mils, a criança nasce nunca

Tiaguinho do 085 @TiagoCamellini · May 9
Replying to @RihanyBrasil
Não vai parir nunca!

R9 não existe @Renbyeonsight · May 9
Replying to @thrtcix_ufha que linda ela que grandía de 79 meses 😍
@Lucalissi @thrtcix_ufha
Bó vai nascer com 2 aninhos ja

Show replies

⊕ Metralhadora cheia de magoas @ThGGoG · May 9
Replying to @RihanyBrasil @IdealBrasil and @Lucalissi
Bó vai nascer com 2 aninhos Ja

Show replies

Aquela Daniela @jjormeriadani and @RihanyBrasil · May 9
Replying to @RihanyBrasil
Vcs nunca viram uma grávida termo completo aí no Brasil pq correm p faca sem cerimônia. Esse é o 1o dos dela, deve ir até os 10 meses (termo completo é de 10 meses, não 9, não 9 e meio) pq dificilmente aqui nos EUA quando vc interfere a não ser q passe mais de 1 semana disso.

Aquela Daniela @jjormeriadani and @RihanyBrasil · May 9
Replying to @RihanyBrasil
A barriga dela nem baixa está ainda. Quando desce é só o pq o bebê se posiciona e geralmente é naquela semana. Deve ser esse mês pelos rumores aqui da dat dele dela

varcefei @chmml_tyl · May 9
Replying to @RihanyBrasil
a barriga começou a abaixar, vem aí a qualquer momento

emer @emerxlaeds · May 9
Replying to @RihanyBrasil
Mulher pelo amor de Deus
O bucho quase explodindo e andando de salto

Rafaennyz of house Lula da Silva @MilvonaRafaa · May 9
Replying to @RihanyBrasil
Meu Deus, eu tenho certeza que ela quer uma criança de gêmeos por isso tá segurando tanto, né possível 🙏🙏

planscatever · May 9
Replying to @RihanyBrasil
Essa dai quer te clíques de comos a gravidez mais lendária derlfada no salto kkk

♔ Ivrütincia ᴱᴹ @blentoexlacng · May 9
Replying to @RihanyBrasil
barriga tá baixa, vert aí ••

Elza A.K.A lady caiçara @hexeotxz · May 9
Replying to @RihanyBrasil
Rihanna tirha esses pezinhos mulher

somelier de koo @dukleoot · May 9
Replying to @RihanyBrasil
Acho Q o existe bebe teimhum ela implantes essa barriga pra representtandidade do baddinho. N é possível!

Igor MIDNIGHTS @igormadiaa · May 9
Replying to @RihanyBrasil
esse bebê tem que ir ao mundo logo, está correndo o risco de ser geminiano

Brilha uma ⚡ @samapixo · May 9
Replying to @RihanyBrasil
chocada que essa criança vai rega vir ao mundo

somelier de koo @dukleoot · May 9
Replying to @RihanyBrasil
Nao joga

Show replies

_@Faddfahblff_ · May 9
Replying to @RihanyBrasil
Espero que essa criança chegue dia 16 pois esse é meu palpite no sorteio

bronze 🏆 @dudambronzes · May 9
Replying to @RihanyBrasil
@cutlicher a mulher não para quieta em casa

Bunny ⠀⠀ @Bunny_from_Mars · May 9
Replying to @RihanyBrasil
O nome da criança vai ser Giorgia

Bebé pro uno @pteorisabelltin · May 9
Replying to @RihanyBrasil
Rihanna de saudade

nue 7 @RauffnfitzSch · May 9
Replying to @RihanyBrasil
kkkk eu achando que a criança ja estava até com dentes de ouro, e não nasceu ainda&&&& !!! Então espero que nasce no dia do meu niver

talitiamo @tsalitismo · May 9
Replying to @RihanyBrasil
nasce logo, bebêêêêêêêêêêêêêêêêêêêêê

Bllu @Bllutpai · May 9
Replying to @RihanyBrasil
A barriga enorme e ainda não nasceu... só pode ser gêmeos

_@?_ · May 9
Replying to @RihanyBrasil

__ https://twitter.com/pyslrada/status/1520090741434982400 ___ at __ 2022-11-21 22:20:50 -08:00 __

← **Tweet**

 

 bezh
@pYSLrada                                    ...

she is so COOL.



10:20 AM · Apr 29, 2022 · Twitter for iPhone

**13** Retweets  **171** Likes

💬      ↻      ♡      ⬆

  Tweet your reply          **Reply**

---

🔍 Search Twitter

### Relevant people

bezh                                    **Follow**
@pYSLrada
•25 •tweeting my favorite high end
items + giving styling tips •for promo
& collaborations and working
together dm 🏷

### What's happening



NFL · 2 hours ago
**49ers at Cardinals**

Entertainment · Trending              ...
**Died Suddenly**
68.1K Tweets

Trending in California              ...
**Dodger Stadium**
8,685 Tweets

Trending in United States              ...
**Dreamers MV**
163K Tweets

Sports · Trending              ...
**Ty Lue**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.   ...
@c_perkowski

← **Tweet**

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

**Gerard Cortez**
@SoyGerardCortez

Que hermosa @ladygaga hoy 🖤

Translate Tweet



8:08 PM · Jan 24, 2022 · Twitter for iPhone

**64** Retweets  **11** Quote Tweets  **1,494** Likes

Perkowski Legal P.C.
@c_perkowski

Tweet your reply                    Reply

**Ivonne Puga** @BonaBonita · Jan 25
Replying to @SoyGerardCortez and @ladygaga
She's beaming 🤩😍😍

**Pedro Rubio** @PedroRu51020155 · Jan 25
Replying to @SoyGerardCortez and @ladygaga
Muy coqueta y chic...!!!

**HECTOR VALDIVIA** @HectorValdivia · Jan 24
Replying to @SoyGerardCortez and @ladygaga
Se viene labial nuevo de Haus.

Search Twitter

**Relevant people**

 **Gerard Cortez**  Follow
@SoyGerardCortez
Periodista de moda y cultura pop. TV
Host y guionista. Amarás mi YouTube.
No binarie. Immigrante. Contacto
Gerardcortez@gmail.com (Él-he, ella-
she, elle-they)

**Lady Gaga** ✓  Follow
@ladygaga
THE CHROMATICA BALL ⚔️❤️ | Hold
My Hand 🕊 Out Now | HAUS LABS
💄 @hauslabs | Love For Sale 💄 Out
Now TonyGaga.lnk.to/LoveForSale

**What's happening**

Sports · LIVE
2022 FIFA World Cup

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
78.3K Tweets

Trending in California
**Mexicans**
7,162 Tweets

Trending in United States
**#GMMTV2023**
317K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

https://twitter.com/MyloBrizuela/status/1275604463613540498 __el__ 2022-11-22 18:36:15 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-27    Filed 03/13/23    Page 36 of 101    Page ID
#:5726

← **Thread**



**Mylo Brizuela** 💯 ✓
@MyloBrizuela

Seguro se dieron una timotiza

6:39 PM · Jun 23, 2020 · Twitter for iPhone

**2** Retweets  **1** Quote Tweet  **90** Likes

**Mylo Brizuela** 💯 ✓ @MyloBrizuela · Jun 23, 2020
Replying to @MyloBrizuela
Disculpen la nacada
♡ 28

**Emily Rosas.**🎭 @emilyrg1312 · Jun 23, 2020
Replying to @MyloBrizuela
Neta es Eiza? Siento que no no se parece, bro yo no sabía que tenía un tatuaje en el area del bikini, brooo😢
♡ 2

**Anuar Tanus** @anuartanus20 · Jun 23, 2020
Replying to @MyloBrizuela
@annieabisad
♡ 1

**annie** @annieabisad · Jun 23, 2020
Replying to @anuartanus20 and @MyloBrizuela
😭😭😭
♡ 1

**Cinefano** @_cinefano_ · Jun 23, 2020
Replying to @MyloBrizuela
Que bien come el perro. Jajaja, ya tenía rato queriendo usar esa frase.
♡ 2

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**Mylo Brizuela** 💯 ✓ @MyloBrizuela · Jun 23, 2020
Replying to @ricky_black1
Son los actores Timothée y Eiza

---

**Perkowski Legal P.C.** ⋯
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

**Mylo Brizuela** 💯 ✓    Follow
@MyloBrizuela
Se escribe Mylo, pero se pronuncia Milo. mylo.brizuela@cflw.mx

**What's happening**

Television · LIVE
**Bachelor in Paradise airing on ABC**

#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
📣 Promoted by Avatar

Trending in United States
**RIP Harold**

Bachelor in Paradise · Trending
**#bachelorinparadiseabc** 🌹
Trending with Victoria

Sports · Trending
**Ryan Leaf**
1,470 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**
**Tweet**

https://twitter.com/FueraPlano/status/1235226819758993410 __ at __ 2022-11-20 23:59:29 -08:00



__ https://twitter.com/nanfixus/status/1061450821030830081 __ at __ 2022-11-20 17:37:08 -08:00 __

← **Tweet**



⟲ @nanfixus Retweeted

♡ DJohn 💙 DJ ❄️ 👑 ♡
@AllMyloveQueenD                          ···

My tiny baby 😍😍😍 rosy cheeks ❤️❤️❤️

6:49 PM · Nov 10, 2018 · Twitter for Android

22 Retweets    71 Likes

Tweet your reply                              Reply

**Relevant people**

@nanfixus
@nanfixus                                     Follow

DJ Fan ❄️ Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 💃 #AmIOk
#Persuasion Fan account 🇦🇷

**What's happening**

NBA · LIVE
**Nuggets at Mavericks**

#Disenchanted 💃
Original movie now streaming
☒ Promoted by Disney+

Trending in United States                    ···
**Machine Gun Kelly**
1,587 Tweets

Trending in United States                    ···
**Dove Cameron**
4,983 Tweets

Sports · Trending                            ···
**#KCvsLAC**
1,234 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

Perkowski Legal P.C.    ···
@c_perkowski



← Tweet

Home

# Explore

Notifications 1

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 **Clicky Sound**
@ClickySound ···

[clickysound.com/jennifer-lawre...](#) In photos from the 29-year-old's lavish Rhode Island wedding to art gallery director Cooke Maroney Saturday, the...



9:41 AM · Oct 20, 2019 · Clicky Sound

   

 Tweet your reply

Reply

## Relevant people

 **Clicky Sound**
@ClickySound          Follow
Photography at its Best!

## What's happening

NFL · 3 hours ago
**Cowboys at Vikings**          

**#Disenchanted** 🙆
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                ···
**Bob Iger**
Trending with Chapek, #Disney

Trending in United States                ···
**Kody**
2,767 Tweets

Trending in United States                ···
**#AMAs** 💃
Trending with soobin, Lionel Richie

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet

 **Perkowski Legal P.C.**   ···
@c_perkowski

Search Twitter





Perkowski Legal P.C.
@c_perkowski

← Tweet



← **Tweet**

🐦 Home

# Explore

🔔 Notifications

**1D Updates**
@Live1DNews

···

Harry on the set of 'Don't Worry Darling' today (December 1)

(Via @hsdcandids)



5:49 PM · Dec 1, 2020 · Twitter for iPad

**5** Likes

💬          🔁          ♡          ⬆️

Ⓟ   Tweet your reply                    Reply

🔍 Search Twitter

**Relevant people**

**1D Updates**
@Live1DNews                    Follow

1D Updates. Paul, Andy, and more follow!

**HS Candids**
@hsdcandids                    Follow

Follow for HQ candids of HS. Layout by @brightblackdsgn. (Fan Account)

**What's happening**

Television · 9 minutes ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
↗ Promoted by Uber

Trending in United States                    ···
**HE'S BACK**
134K Tweets

Trending in California                    ···
**Pasadena**
1,409 Tweets

Sports · Trending                    ···
**#AEWFullGear**
Trending with Jamie Hayter, Toni

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/Peli_Comic/status/1552006018580038656... al... 2022-11-21 19:18:45 -08:00    Document 23-27    Filed 03/13/23    Page 43 of 101    Page ID #5733

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

---

**Pelicomic** ✓
@Peli_Comic

Primera imagen de Dakota Johnson en el set de Madame Web ❤️ ☀️



12:15 PM · Jul 26, 2022 · Twitter for Android

**265** Retweets   **32** Quote Tweets   **7,658** Likes

Tweet your reply    **Reply**

**Humberto Taboada** @Elaniburut · Jul 26
Replying to @Peli_Comic

¡Pero, que femenina!

**Antonio** @_mexcalli_ · Jul 26
Replying to @Peli_Comic
Multiversos así de grandes Peter.

**Javierhunter G** @JavierhunterG · Jul 26
Replying to @_mexcalli_ and @Peli_Comic
F E 😂😂😂

**Rodrigo** @Rodrigo18263768 · Jul 26
Replying to @Peli_Comic
Veré la película no por sony solo por la trama
La trama :

**Miguel Prieto** @mikonso · Jul 26
Replying to @Peli_Comic
Que miedo da esta película en verdad... no espero nada bueno de Sony...

**Messi fan account WC version** 🏆🐐🐐 · @Alexx120008 · Jul 26
Replying to @Peli_Comic
La verdadera trama de esa película:

**killua** @yisuwop · Jul 26
Replying to @Alexx120008 and @Peli_Comic
quien es?
Show replies

**Yahi2005Hs** @yahi2005hs · Jul 27
Replying to @Peli_Comic
Está peli forma parte del UCM o de Sony ? También, porque sacarán una película de Madame Web ?

**Á1var0 1uis Andrés** @alvurigal_2304 · Jul 27
Replying to @yahi2005hs and @Peli_Comic
Sonyverse.

**k asko biejo** 🔥🔥 @noloisebuddy · Jul 26
Replying to @Peli_Comic
Ojalá ver a Sydney Sweeney y Emma Roberts❤️

**arturo** @arturocos · Jul 26
Replying to @Peli_Comic
Osea, es humana?

**Sxrph** @Sxrph17897223 · Jul 26
Replying to @arturocos and @Peli_Comic
Mandarmé web le pasa sus poderes por así decir, a la segunda mujer araña, Julia Carpenter. Es humana.

**izz_24** @895antiveaza · Jul 26
Replying to @Peli_Comic

---

**Relevant people**

**Pelicomic** ✓
@Peli_Comic    **Follow**
Youtuber. Noticias, opiniones y teorías geek. Vivo en cdmx 🇲🇽 | Contacto: pelicomic@gmail.com | Instagram: @ces_monge | TUVE FE 🙏

**What's happening**

NBA · 49 minutes ago
**Hawks at Cavaliers**

Entertainment · Trending
**Died Suddenly**
51.6K Tweets

Trending in United States
**Chrisley**
17.6K Tweets

Entertainment · Trending
**#DWTS** 🏆
Trending with Charli, Cteb

Entertainment · Trending
**Sinbad**
5.699 Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



# Tweet

**Stivi De Tivi** ✓
@StiviDeTivi

¡Me encanta los domingos!
Razón por la que me encantan los domingos:

Translate Tweet



5:22 PM · Feb 6, 2022 · Twitter for iPhone

**4** Retweets   **4** Quote Tweets   **46** Likes

Tweet your reply

Reply

**Jorge Solano** @yorchsr18 · Feb 6
Replying to @StiviDeTivi
Who is?

**Alfonso Vielma** @PonchinVielma · Feb 6
Replying to @StiviDeTivi
¿Quien es?

**Roberto Ponce M** @ICECX319 · Feb 6
Replying to @StiviDeTivi
Sydney Sweeney.

**Yiiiorch** @Adgeorgedf · Feb 6
Replying to @StiviDeTivi
A ella si la amamos

---

**Relevant people**

**Stivi De Tivi** ✓
@StiviDeTivi
Follow

Stivi De TiVi (Enrique Solorzano). AMO las series y el cine. Me encuentras en radio, TV, podcast, revistas, medios digitales y fiestas. Pronombres: Él/Su/Suyo

**What's happening**

Television · Last night
The Walking Dead airing on AMC

Trending in United States
**Maher**
22.1K Tweets

Trending in United States
**Defunctland**
4,906 Tweets

Trending in United States
**Schiff**
52.5K Tweets

Trending in United States
**Iran**
Trending with England

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski



🔍 Search Twitter

← **Tweet**

best harry pics
@hstylespics · · ·

yellow shorts harry
2013                                    2020



Harry Styles. and HSHQ

1:48 PM · Jan 29, 2020 · Twitter for iPhone

**1,078** Retweets    **73** Quote Tweets    **5,542** Likes

💬          🔁          ♡          ⬆️

P    Tweet your reply                              **Reply**

MFM's @xnorapipah · Jan 29, 2020          · · ·
Replying to @hstylespics
Zira, banu td aku tengok hang rt kata2 murni from islam&life, ni dah rt gambor seksi. Ishhh. Haahahshshshshsh

💬          🔁          ♡ 1          ⬆️

zee @zlirahassan · Jan 29, 2020          · · ·
Replying to @xnorapipah and @hstylespics
hahahaha bongok la hang pah adolii aku dok pikir gambaq apa yang seksi hahang maksudkan tu. tapiiiii tengok2 gambaq harry je pun cis hang nie pah 😂

💬          🔁          ♡          ⬆️

Show replies

][ mama ³ ⌐  I need KTH1 now 🍼 @Betoo_Shum_Jr · Jan 29, 2020     · · ·
Replying to @hstylespics @Harry_Styles and @HSHQ
شفقن @oldrealangel

💬          🔁          ♡          ⬆️

naza. 🎩 @deesenchanted · Jan 29, 2020          · · ·
Replying to @hstylespics @Harry_Styles and @HSHQ
:(

💬          🔁          ♡ 1          ⬆️

MONTSERRAT P. B. @Montserrat76pb · Jan 29, 2020     · · ·
Replying to @hstylespics @Harry_Styles and @HSHQ
El ejercicio ya está haciendo efecto 😍

💬          🔁          ♡          ⬆️

Keith Teate @TeateKeith · Jan 30, 2020          · · ·
Replying to @hstylespics @Harry_Styles and @HSHQ
SEXY Harry

💬          🔁          ♡          ⬆️

≡arrie💙💚 @harriedesocupad · Jan 30, 2020          · · ·
Replying to @hstylespics @Harry_Styles and @HSHQ
Sunflower???🌻🐝🌻

💬          🔁          ♡          ⬆️

Annavel @Annavel20981121 · Jan 30, 2020          · · ·
Replying to @hstylespics @Harry_Styles and @HSHQ
Hi nice style

💬          🔁          ♡          ⬆️

sophie (taylor's version) @WALLShappily94 · Jan 29, 2020     · · ·
Replying to @hstylespics @Harry_Styles and @HSHQ
We love harry with his yellow shorts

💬          🔁          ♡ 5          ⬆️

MoonStone3 @riverlady333 · Jan 29, 2020          · · ·
Replying to @hstylespics @Harry_Styles and @HSHQ
Harry loves yellow 💚💛

💬          🔁          ♡ 5          ⬆️

nina 🖤 @sednemanin · Jan 29, 2020          · · ·
Replying to @hstylespics @Harry_Styles and @HSHQ
@Clara_sm @monteilu certas coisas nunca mudam pelo bem da humanidade

💬          🔁          ♡ 2          ⬆️

Perkowski Legal P.C.  · · ·
@c_perkowski

**Relevant people**

best harry pics
@hstylespics                              **Follow**
Enjoy the best & latest contents of Grammy winning artist @Harry_Styles. #BLM | © rightful owners of pictures (DM us for credits)

Harry Styles. ✔                          **Follow**
@Harry_Styles

HSHQ ✔                                    **Follow**
@HSHQ
Official Twitter For @Harry_Styles info. HS IG: instagram.com/harrystyles || HSHQ IG: instagram.com/hshq

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**



#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
⬇ Promoted by Avatar

Entertainment · Trending          · · ·
**Died Suddenly**
83.9K Tweets

Trending in United States          · · ·
**Argentina**
Trending with Messi, #ARGKSA

Trending in California          · · ·
**Mexicans**
7,400 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
≣ Lists
👤 Profile
⊙ More
**Tweet**

← **Tweet**

Home

# Explore

Notifications ¹

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Dakota Johnson Argentina**
@DakoholicsArg

···

Nuevas fotos de Dakota durante las grabaciones de
#MadameWeb hoy (6/8) en Boston, Massachusetts.
#DakotaJohnson

Translate Tweet



3:35 PM · Aug 6, 2022 · Twitter for iPhone

**9** Retweets   **35** Likes

Tweet your reply

Reply

## Relevant people

**Dakota Johnson Arge...**    Follow
@DakoholicsArg

Tu mejor y más actualizada fuente de
noticias e informacion sobre la actriz,
modelo, activista, productora y
directora Dakota Johnson en
Argentina.

## What's happening

NCAA Men's Basketball · Yesterday
**Bisons at Fighting Irish**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
⬛ Promoted by Uber

Trending in United States    ···
**Welcome Back Kotter**

Sports · Trending    ···
**Andrel Anthony**

Sports · Trending    ···
**Corum**
12.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

**Perkowski Legal P.C.**    ···
@c_perkowski

— https://twitter.com/Ryans_Ramblings/status/1556750467970916352 __ at __ 2022-11-20 18:21:40 -08:00 __

← **Tweet**

**Ryan 'All Day News' Anderson**
@Ryans_Ramblings

···

While The Hood may not look very good, here's the 1st look at Riri Williams as Ironheart! #DisneyPlus #MarvelStudios #Ironheart

2:13 PM · Aug 8, 2022 · Twitter for Android

**1** Retweet  **2** Likes

Tweet your reply                                    Reply

## Relevant people

**Ryan 'All Day News' ...**          Follow
@Ryans_Ramblings

Founder, Host, and EIC of @TheNerdRagePod. As seen on @CBSThisMorning! Instagram: @RadRyGuy TikTok: @Ryans_Ramblings Casting Inquiries: NerdRagePod@gmail.com

## What's happening

NFL · 1 hour ago
**Cowboys at Vikings**

**#Disenchanted** 🎬
Original movie now streaming
Promoted by Disney+

Sports · Trending
**Patrick Mahomes**
3,575 Tweets

···

Trending in United States
**Machine Gun Kelly**
2,215 Tweets

···

Politics · Trending
**LGBTQ**
Trending with Colorado Springs

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**


**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/yucatanalminuto/status/1561843202554056704 __ at __ 2022-11-21 03:28:36 -08:00 __

← **Tweet**

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

 **YUCATAN AL MINUTO**
@YUCATANALMINUTO

...

**Segunda boda de JLo y Ben Affleck dura tres días**
ow.ly/KQsL50KpNyN

Translate Tweet




3:30 PM · Aug 22, 2022 · Hootsuite Inc.

**2** Retweets   **5** Likes

Tweet your reply

Reply

### Relevant people

 **YUCATAN AL MINUTO**   Follow
@YUCATANALMINUTO

Yucatán al Minuto es un medio de comunicación que produce contenido informativo y material audiovisual con formatos propios en Mérida, Yucatán.

### What's happening

Television · Yesterday
**The Walking Dead airing on AMC**


Music · Trending
**Lionel Richie**
3,906 Tweets

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Trending in United States
**Carr**
31.3K Tweets

Music · Trending
**#DavidoAt30**
71.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**   ···
@c_perkowski

← **Tweet**



**Robert Littal BSO** ✔
@BSO

···

## Kanye Explains Why He Bought a House Right Next to Kim Kardashian's Mansion (Video) bit.ly/3FBoDuU



2:48 PM · Jan 14, 2022 · BSO Alert

**1** Retweet

💬      ⇄      ♡      ⬆

Ⓟ    Tweet your reply                    Reply

---

🔍 Search Twitter

## Relevant people

 **Robert Littal BSO**    Follow
@BSO

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

## What's happening

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending           ···
**Died Suddenly**
78.7K Tweets

Trending in California             ···
**Mexicans**
7,185 Tweets

Trending in United States          ···
**#ArgentinU**
Trending with  Messi, #ARGKSA

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
··· More

**Tweet**

Ⓟ  **Perkowski Legal P.C.**  ···
@c_perkowski

__ https://twitter.com/portallouisbr/status/923123730318004224 __ at __ 2022-11-22 20:19:47 -08:00

← Thread

**Portal Louis Tomlinson Brasil**
@portallouisbr

🔴|25.10| Louis e Eleanor em Los Angeles ontem.
pic.twitter.com/oC11okrsQf

2:47 AM · Oct 25, 2017 · Twitter for Android

36 Retweets    12 Quote Tweets    75 Likes

Tweet your reply                    Reply

**Portal Louis Tomlinson Brasil** @portallouisbr · Oct 25, 2017
Replying to @portallouisbr
🔴|25.10| Louis, Eleanor e Oli em Los Angeles ontem.
pic.twitter.com/bp2deuy468

3        20        22

**Portal Louis Tomlinson Brasil** @portallouisbr · Oct 25, 2017
👕|| Louis usava uma calça Supreme Split Track e um tênis da Nike x
Undefietad Air Max 79.



12        18

**Relevant people**

**Portal Louis Tomlinso...**    Follow
@portallouisbr
Sua melhor fonte com atualizações
sobre o cantor Louis Tomlinson no
Brasil I E-mail:
pltbrcontato@hotmail.com I fan
account

**What's happening**

NBA · LIVE
Kings at Grizzlies

#AvatarTheWayOfWater
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in United States
#GenshinSpecialProgram
6,313 Tweets

Trending in California
Epstein
34.9K Tweets

__ https://twitter.com/dakotajohnsonpt/status/1093216597077094400 __ at __ 2022-11-20 17:43:44 -08:00 __

← **Tweet**

**Dakota Johnson Portugal** ✔
@dakotajohnsonpt

Dakota foi vista ontem, 05, a deixar o Alfred Coffee antes de ir para uma reunião nos estúdio da Sony Pictures em West Hollywood! #DakotaJohnson

Translate Tweet



👤 Picture Pub

10:35 AM · Feb 6, 2019 · Twitter for iPhone

**6** Retweets   **1** Quote Tweet   **27** Likes

Tweet your reply

Reply

---

## Search Twitter

### Relevant people

**Dakota Johnson P...** ✔
@dakotajohnsonpt
Follow

A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷: @DJPTMidias | Fã-Clube.

**Picture Pub**
@PicturePub
Follow

PicturePub.net is a forum community where people go to share their appreciation for celebrities through pictures, videos and more.

### What's happening

NBA · LIVE
**Grizzlies at Nets**

#Disenchanted 👧
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Machine Gun Kelly**
1,714 Tweets

Sports · Trending
**Justin Herbert**
2,504 Tweets

Trending in United States
**Wayne Brady**
1,460 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🐦

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
▤ Lists
👤 Profile
☺ More

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/SeriesUpdateFR/status/1305617007405076481 __ et __ 2022-11-22 16:09:31 -08:00

← **Tweet**

 **Infos Séries**
@SeriesUpdateFR

···

Emily VanCamp et Georges St-Pierre sur le tournage de "Falcon & Winter Soldier".



2:18 PM · Sep 14, 2020 · Twitter Web App

**54** Retweets    **12** Quote Tweets    **400** Likes

**Relevant people**

 **Infos Séries**
@SeriesUpdateFR    Follow

Bienvenue sur votre premier compte source français sur toutes vos séries, films et plateformes de streaming préférées. 📧: seriesupdatefr@gmail.com

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater**🫧
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending    ···
**Marvel**
82K Tweets

Politics · Trending    ···
**Catturd**
11.6K Tweets

Trending in California    ···
**Chicharito**
7,129 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

💬    ⟳    ♡    ⬆

P  Tweet your reply    Reply

 Fripouille 🪄🪄 @Ouinnie66 · Sep 14, 2020    ···
Replying to @SeriesUpdateFR
We've been waiting for her for so long 😍😍😍😘

💬    ⟳    ♡    ⬆

https://twitter.com/riverdalebrnews/status/1366522615421490000 ...al_2022-11-22 14:22:55-08:00
CD2-cv-09402-DMG-ADS   Document 23-27   Filed 03/13/23   Page 54 of 101   Page ID
#:5744



https://twitter.com/KimKimuntu/status/1562344851567419392 __ et __ 2022-11-20 21:04:59 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-27    Filed 03/13/23    Page 55 of 101    Page ID #:5745

Paulette Kimuntu Kim
@KimKimuntu

···

Jennifer Lopez et Ben Affleck se sont à nouveau dit ''oui''
Le mariage a été célébré sur la propriété de l'acteur en Géorgie. 💍 💐 ❤️

#GABBY
Translate Tweet



12:43 AM · Aug 24, 2022 · Twitter for Android

11 Likes

💬          🔁          ♡          ⬆️

ℙ     Tweet your reply                          Reply

Tigana Iyeli Habari 🇨🇩 @Aggiornamento18 · Aug 24    ···
Replying to @KimKimuntu
Elle est au quantième mariage là ? Ne serait-elle pas à démon ?

💬 1          🔁          ♡          ⬆️

Paulette Kimuntu Kim @KimKimuntu · Aug 24    ···
Replying to @Aggiornamento18
Au moins ,elle se marie

💬 1          🔁          ♡          ⬆️

Show replies

---

**Relevant people**

Paulette Kimuntu Kim          Follow
@KimKimuntu

**What's happening**

Television · 3 hours ago
**The Walking Dead airing on AMC**



**#Disenchanted** 🧚
Original movie now streaming
▶ Promoted by Disney+

Trending in United States          ···
**Bob Iger**
Trending with Chapek, Disney

Music · Trending          ···
**harries**
4,587 Tweets

Trending in United States          ···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.    ···
@c_perkowski

__ https://twitter.com/theflowmag/status/1540022340723097600 __ el __ 2022-11-21 20:33:48 -08:00

← **Tweet**





**The-Flow.ru**
@theflowmag

···

Киану Ривз, подвинься



5:30 AM · Jul 7, 2022 · Amplifr

**1** Retweet   **3** Quote Tweets   **109** Likes

Tweet your reply                    Reply

**Perkowski Legal P.C.**
@c_perkowski                    ···

**Сафонов Михаил** @limpbee · Jul 7
Replying to @theflowmag
Из разряда: кто соберёт больше лайков, сиськи Эмили или депрессующий Канье))

---

**Relevant people**

**The-Flow.ru**
@theflowmag                    Follow

паблик: vk.com/theflow инстаграм:
instagram.com/theflow.ru/ телеграм:
t.me/superslowflow

**What's happening**

Television · 32 minutes ago
**WWE Monday Night RAW airing on USA**

Entertainment · Trending                    ···
**Died Suddenly**
59K Tweets

Sports · Trending                    ···
**Grupo Firme**
Trending with #NFLMexicoGame 🏈

Trending in California                    ···
**Dodger Stadium**
9,968 Tweets

Trending in United States                    ···
**Chrisley**
21.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Search Twitter

__ https://twitter.com/alexromval/status/1379926121848930304 __ at __ 2022-11-21 11:05:27 -08:00

← **Tweet**

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

⇄ Alex Salvatore 👨‍💻 Retweeted

 **Geek Zone** 🎃
@GeekZoneGZ                    ⋯

Nueva imagen de Chloe Bennet en la serie 'THE POWERPUFF GIRLS" 😳



3:36 PM · Apr 7, 2021 · Twitter for Android

**18** Retweets  **15** Quote Tweets  **210** Likes

💬          ⇄          ♡          ⬆

  Tweet your reply          Reply

## Relevant people

 **Alex Salvatore** 👨‍💻   Follow
@Alexromval
'Nadie puede juzgar desde fuera el amor'

 **Geek Zone** 🎃   Follow
@GeekZoneGZ
🎬 Doy buenas noticias y opino sobre cosas. ✨ Todas mis redes: linktr.ee/GeekZoneGZX 📸 geekzoneoficial@gmail.com 🎙 Hago streams en @DannSoloGZ

## What's happening


FIFA World Cup · 34 minutes ago
**Senegal vs Netherlands**

Trending in United States        ⋯
**USA USA USA**
415K Tweets

Trending in United States        ⋯
**Skip**
52.6K Tweets

Trending in United States        ⋯
**National Anthem**
64.1K Tweets

Trending in United States        ⋯
**LETS GO BOYS**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

__ https://twitter.com/ClickySound/status/1196909831088628870 __ at __ 2022-11-20 17:22:40 -08:00 __

← **Tweet**



**Clicky Sound**
@ClickySound

···

Search Twitter

**Relevant people**



**Clicky Sound**
@ClickySound

**Follow**

Photography at its Best!

clickysound.com/felicity-huffm...  "Her experience is that these women are left behind," a source told us. "That broke her heart."



1:55 PM · Nov 19, 2019 · Clicky Sound

💬          ⇄          ♡          ⬆

 Tweet your reply          **Reply**

**What's happening**



NFL · 50 minutes ago
**Cowboys at Vikings**



**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States          ···
**Wayne Brady**
1,064 Tweets

Trending in United States          ···
**#AMAs** 🔥
Trending with TOMORROW X TOGETHER, Favorite K-Pop Artist

Trending in United States          ···
**Bruins**
10.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski



← **Tweet**



**Teleaudiencias**
@teleaudiencias

···

Ben Affleck y Jennifer López se apoyan en sus momentos más duros. Ambos han roto hace poco con sus parejas (Ana de Armas y Álex Rodríguez). En los últimos días se rumorea sobre una posible relación...
wp.me/pa7I1P-3OY

Translate Tweet



2:30 PM · Jun 7, 2021 · TweetDeck

**1** Like

 


Tweet your reply                    Reply

Q Search Twitter

**Relevant people**


**Teleaudiencias**          Follow
@teleaudiencias
Audiencias, noticias, opinión, entrevistas, estrenos, tv, cine, música y deportes y +51.000 en instagram!
TvTeleaudiencias.wordpress.com

**What's happening**

FIFA World Cup · 1 hour ago
**Mexico vs Poland**


Perkowski Legal P.C.  ···
@c_perkowski

__ https://twitter.com/GeekNews21/status/1578088016387637250 __ at __ 2022-11-20 11:47:38 -08:00 __

← **Tweet**

**geek 🤓 news**
@GeekNews21

Más imágenes del set de #MadameWeb

Translate Tweet



11:21 AM · Oct 6, 2022 · Twitter for Android

Tweet your reply

Reply

**Relevant people**

**geek 🤓 news**
@GeekNews21                    Follow

🇲🇽En este perfil se darán noticias al día del mundo del cine de súper héroes tanto Marvel como DC de Star wars y de Disney y cine en general🇲🇽

**What's happening**

Formula 1 · 4 hours ago
**Abu Dhabi Grand Prix 2022**

#Disenchanted 🧙
Original movie now streaming
📀 Promoted by Disney+

Trending in California
**Shakira**
110K Tweets

Entertainment · Trending
**Morgan Freeman**
184K Tweets

Trending in United States
**Hester**
8,788 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Search Twitter

**Perkowski Legal P.C.**
@c_perkowski



← **Tweet**

   Search Twitter

 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

---

 **Dakota Johnson Portugal** ✔
@dakotajohnsonpt                                    ⋯

Dakota foi vista ontem, 22, a caminho de um salão de beleza depois de deixar o EarthBar em Los Angeles! #DakotaJohnson

📷 dakotajohnsonportugal.com/galeria/thumbn...

Translate Tweet



4:48 PM · May 22, 2019 · Twitter for iPhone

**19** Retweets    **5** Quote Tweets    **68** Likes

💬        ⟲        ♡        ⬆

Ⓟ   Tweet your reply                                    Reply

---

## Relevant people

 **Dakota Johnson P...** ✔    Follow
@dakotajohnsonpt

A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷: @DJPTMidias | Fã-Clube.

## What's happening

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Sports · Trending                    ⋯
**Romo**
3,925 Tweets

Trending in United States            ⋯
**Heisman**
9,295 Tweets

Trending in United States            ⋯
**Hive**
35.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

---



__ https://twitter.com/weloveharry_1dx/status/1197302463528939521 __ at __ 2022-11-22 18:07:39 -08:00 __

← **Tweet**

Page ID

**katie** 🙌
@weloveharry_1Dx

···

HELLO PRETTY



3:55 PM · Nov 20, 2019 · Twitter for iPhone

**2** Retweets    **3** Likes

**Relevant people**

**katie** 🙌
@weloveharry_1Dx
jack's housewife

Follow

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🧑‍🦱
Get tickets now · In theaters December 16

🔍 Search Twitter

Tweet your reply

Reply



https://twitter.com/CosmicMMedia/status/1431020410573754368 …el…_2022-11-21 02:58:08 -08:00



__ https://twitter.com/SeriesUpdateFR/status/1435896803634700928 __ at __ 2022-11-22 03:24:05 -08:00 __

← **Tweet**



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

Perkowski Legal P.C.
@c_perkowski   ...

Case 2:22-cv-09462-DMG-ADS    Document 23-27    Filed 03/13/23    Page 67 of 101    Page ID #:5757



https://twitter.com/nacaomarvel/status/1363620917537030149 __et __2022-11-21 22:44:28 -08:00 __
Case 2:22-cv-09462-DMG-ADS   Document 23-27   Filed 03/13/23   Page 68 of 101   Page ID #:5758

← **Tweet**

**NAÇÃO MARVEL | fan club**
@nacaomarvel

Hailee Steinfeld numa pausa durante as gravações de #Hawkeye. (via @CreamOrScream)

Translate Tweet



2:45 PM · Feb 21, 2021 · Twitter for Android

**19** Retweets   **3** Quote Tweets   **261** Likes

Tweet your reply                                    Reply

**ana ✠ fan account** @aaloork · Feb 21, 2021
Replying to @nacaomarvel and @CreamOrScream
Queria esse emprego de segurar o casaco da Hailee

**Robin concursada de ohara 🐙** @ctrl_mar · Feb 21, 2021
Replying to @nacaomarvel and @CreamOrScream
Tá linda dms. Meu deus!

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**NAÇÃO MARVEL | fan club** @nacaomarvel · Feb 21, 2021
Replying to @blxckwdowss and @CreamOrScream
grazadeux NÃO.
♡ 1          ♡ 3



**Perkowski Legal P.C.**
@c_perkowski

**Relevant people**

**NAÇÃO MARVEL | fa...**     Follow
@nacaomarvel
🇧🇷 O maior fã-clube da Marvel no Brasil e #2 do mundo | por @kainyall & @thurstopper | 🎙: @PodcastNM | ✉️ nacaomarvelofc@gmail.com

**Cora Ventura**             Follow
@CreamOrScream
Venting account for all things great and small such as #Marvel and #DCComics, #Netflix, #Gaming #Films, and also a Media Account. Supporter of #AmberHeard 🐝

**What's happening**

NHL · LIVE
Golden Knights at Canucks

Entertainment · Trending
Died Suddenly
69.8K Tweets

Sports · Trending
Trey Lance
1,354 Tweets

Trending in California
Mexicans
6,277 Tweets

Only on Twitter · Trending
Pablo Milanés
41.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet
Search Twitter

__ https://twitter.com/AndyVermaut/status/1241033274815680512 __ at __ 2022-11-20 18:39:44 -08:00 __

← **Tweet**



**Andy Vermaut**
@AndyVermaut

Why Fans Think The Weeknd's After Hours Album Is a Tribute to Bella Hadid eonline.com/news/1132856/w...



9:06 AM · Mar 20, 2020 · dlvr.it

**1** Retweet   **1** Like

💬   ⟲   ♡   ⬆

  Tweet your reply   **Reply**

---

Q Search Twitter

**Relevant people**



**Andy Vermaut**   Follow
@AndyVermaut
Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

**What's happening**

NFL · 1 hour ago
**Bengals at Steelers**

**#Disenchanted** 🧑
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**#twdspoilers**

Trending in United States
**#AMAs** 🔥
Trending with soobin, Anitta

Trending in United States
**Wayne Brady**
2,217 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

← Tweet

Legit.ng | Leading the way ✓
@legitngnews                                                        ...

The famous couple, Cardi B and Offset finally reveal the name of their 7 months old son.

Meet 'Wave Set Cephus!'

How cute is he?
🥰🥰🥰🥰

📸: @iamcardib @OffsetYRN

#legitpost #legitng #Offset #CardiB



1:48 AM · Apr 15, 2022 · Twitter for Android

6 Retweets    40 Likes

🗨        ⟲        ♡        ⬆

P    Tweet your reply                                    Reply

## Relevant people

Legit.ng | Leading ... ✓           Follow
@legitngnews
Legit.ng (ex NAIJ.com) – leading the
way. We cover politics, business,
sports, entertainment news&more to
enrich Nigerians' lives.

Cardi B ✓                          Follow
@iamcardib
Mrs.DANGEROUS

OFFSET ✓                           Follow
@OffsetYRN
alien from another 🌍

## What's happening

NFL · 3 hours ago
49ers at Cardinals

#AvatarTheWayOfWater🧜
Get tickets now - In theaters December 16
Promoted by Avatar

Entertainment · Trending                ...
Died Suddenly
Trending with World Premiere

Trending in United States               ...
Maher
8,094 Tweets

Entertainment · Trending                ...
BLEACH
172K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

## Twitter navigation

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
🗒 Lists
👤 Profile
⊙ More

Tweet

P  Perkowski Legal P.C.    ...
@c_perkowski

Search Twitter

Case 2:22-cv-09462-DMG-ADS    Document 23-27    Filed 03/13/23    Page 71 of 101    Page ID #:5761



**Tweet**

This Tweet is from a suspended account. Learn more

**jeo ; ex fowlerstyles** ໑ ❀ @silverlouies · Dec 1, 2020
Replying to @larrydetetive
AAAAAAAAAAAA

**Layra | Louis' bday!** @houissis · Dec 1, 2020
Replying to @larrydetetive
Gente ele tá lindo mds



**Perkowski Legal P.C.**
@c_perkowski

— https://twitter.com/dakotajohnsonpt/status/1088615118261415936 — et — 2022-11-21 00:16:06 -08:00 —



## Thread

**Dakota Johnson Portugal** ✓
@dakotajohnsonpt

Dakota foi vista ontem, 24, a chegar à loja Barney's New York em Beverly Hills! #DakotaJohnson
📷: @DakotaJBRA





5:50 PM · Jan 24, 2019 · Twitter Web Client

**16** Retweets    **57** Likes

Tweet your reply                                    Reply

**Dakota Johnson Portugal** ✓ @dakotajohnsonpt · Jan 24, 2019
Replying to @dakotajohnsonpt
Mais algumas! #DakotaJohnson

**Perkowski Legal P.C.**
@c_perkowski

### Relevant people

**Dakota Johnson P...** ✓
@dakotajohnsonpt        Follow

A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷: @DJPTMidias | Fã-Clube.

**Dakota Johnson Brasil**
@DakotaJBRA        Follow

Sua primeira, maior e melhor fonte sobre a atriz e produtora Dakota Johnson no Brasil. E-mail para contato: contato@dakotajohnsonbrasil.com

### What's happening

NFL · Last night
**Commanders at Texans**

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Music · Trending
**#DavidoAt30**
58.9K Tweets

Trending in United States
**UCLA**
11.7K Tweets

Sports · Trending
**Anthony Davis**
7,381 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

___ https://twitter.com/ccamilapics/status/1322728478001737728 ___ at ___ 2022-11-21 20:00:26 -08:00

← **Tweet**

**camila pics**
@ccamilapics
···

the cutest 🧡



👤 camila

7:33 PM · Oct 31, 2020 · Twitter for iPhone

**205** Retweets  **23** Quote Tweets  **1,659** Likes

💬  ⇄  ♡  ↥

P  Tweet your reply                                    **Reply**

**Bartolo Carrion Jr** @carrion_bartolo · Nov 1, 2020    ···
Replying to @ccamilapics and @Camila_Cabello
Si chulita 💃🏻🌹💋

💬  ⇄  ♡  ↥

**Valen 🇦🇷 -100 Lauren** 🍌 @carmintina · Oct 31, 2020    ···
Replying to @ccamilapics and @Camila_Cabello
Tan hermosa ibas a ser

💬  ⇄  ♡ 1  ↥

**Perkowski Legal P.C.**
@c_perkowski    ···

Search Twitter

## Relevant people

  **camila pics**
@ccamilapics                     **Follow**
Hey, turn on our notifications for daily
pictures, gifs and videos of Camila
Cabello!

  **camila** ✓
@Camila_Cabello                  **Follow**
Sigue bailando. FAMILIA out now

## What's happening

NBA · 26 minutes ago
**Heat at Timberwolves**                  

Entertainment · Trending            ···
**Died Suddenly**
56.4K Tweets

Sports · Trending                   ···
**Trace McSorley**

Trending in United States           ···
**#maddow**
2,133 Tweets

Entertainment · Trending            ···
**#DWTS**🏆
Trending with  Charli,  Gleb

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

← **Tweet**



.
@cravemedia_

3:27 PM · Jun 21, 2021 · Twitter for iPhone

**37** Retweets   **43** Quote Tweets   **308** Likes

Tweet your reply                                    Reply

**Rollinsbenson** 👯 @caarolveigaa · Jun 21, 2021
Replying to @cravemedia_
@helenmxrren

**jesse dutlow** 🥪 @followmyparade_ · Jun 21, 2021
Replying to @cravemedia_
Costume designer is in their bag
                                            4

**Josh** ❤️ BB24,Black Panther,Andor #Bl... @superm... · Jun 21, 2021
Replying to @cravemedia_
Helen Mirren will slay as Hespera in Shazam: Fury Of The Gods!

GIF  ALT                          "Cheers."
                                            1

## Relevant people

.
@cravemedia_                          Follow
Media account for @FilmUpdates

## What's happening



NFL · 1 hour ago
**Chiefs at Chargers**

#Disenchanted 🧹
Original movie now streaming
Promoted by Disney+

Trending in California
**Dodger Stadium**
11.3K Tweets

Trending in United States
**Bob Iger**
Trending with Chapek, Disney

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🐦

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒 Lists

👤 Profile

⊙ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/cinepop/status/1579086751712567297 __ at __ 2022-11-22 22:08:13 -08:00 __

← **Tweet**



**CinePOP** ✔
@cinepop

Variante do 'Homem-Aranha'? Fotos de 'Madame Teia' mostram homem de uniforme e intrigam os fãs... - cinepop.com.br/variante-do-ho...

Translate Tweet

5:29 AM · Oct 9, 2022 · cinepop

**1** Retweet  **21** Likes

Tweet your reply

Reply

---

## Search Twitter

### Relevant people



**CinePOP** ✔
@cinepop                Follow

O seu site PREFERIDO de CINEMA!

### What's happening

FIFA World Cup · Earlier today
**Mexico vs Poland**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in United States
**Erection**
17.3K Tweets

Trending in California
**Costco**
5,744 Tweets

Sports · Trending
**Pat Bev**
Trending with  Ayton, Lakers

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/bso/status/1187601737210830849 _ at _ 2022-11-22 08:14:50 -08:00



← Tweet

**Robert Littal BSO** ✔
@BSO

Photos Of Draya Out Enjoying Herself After Her Longtime Fiancee Orlando Scandrick Was Cut After Cowboys Game (Pics-Vids) bit.ly/2WjQquM via @_itslocke_



10:28 PM · Oct 24, 2019 · BSO Alert

5 Retweets    8 Quote Tweets    13 Likes



Tweet your reply                                    Reply

**Roberto** @robertoslocos · Oct 25, 2019
Replying to @BSO and @_itslocke_
wow cold but some gorgeous ladies.

---

Perkowski Legal P.C.
@c_perkowski

---

Q Search Twitter

**Relevant people**


**Robert Littal BSO** ✔
@BSO                                               Follow
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML


**GREATness**
@_itslocke_                                        Follow
anchor.fm/Gameonlocke

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**



#AvatarTheWayOfWater🌊
Get tickets now - In theaters December 16
▣ Promoted by Avatar

Trending in California
**Mexico City**
25.4K Tweets

Trending in United States
**Argentina**
2.12M Tweets

Entertainment · Trending
**Died Suddenly**
112K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet



— https://twitter.com/DakotaJBRA/status/15780763590235360896 — el — 2022-11-20 13:07:54 -08:00





← **Tweet**

🔍 Search Twitter

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

**Dakota Johnson Brasil**
@DakotaJBRA

Dakota Johnson foi fotografada hoje (6) deixando seu trailer em direção ao set de filmagens de Madame Web em Boston. #DakotaJohnson

dakotajohnsonbrasil.com/galeria/thumbn...

Translate Tweet




10:34 AM · Oct 6, 2022 · TweetDeck

**14** Retweets  **4** Quote Tweets  **114** Likes

💬  ⟲  ♡  ⬆

Ⓟ  Tweet your reply  **Reply**



**Vinícius Alves** @Vincius28935117 · Oct 6
Replying to @DakotaJBRA
@Luis_sellari
💬  ⟲  ♡ 1  ⬆

Ⓟ **Perkowski Legal P.C.**
@c_perkowski  ...

## Relevant people

**Dakota Johnson Brasil**
@DakotaJBRA  **Follow**

Sua primeira, maior e melhor fonte sobre a atriz e produtora Dakota Johnson no Brasil. E-mail para contato: contato@dakotajohnsonbrasil.com

## What's happening

FIFA World Cup · 5 hours ago
**World Cup Qatar 2022: Opening Ceremony**



**#Disenchanted** 🥀
Original movie now streaming
📣 Promoted by Disney+

Trending in California  ...
**Rest In Peace**
52.5K Tweets

Only on Twitter · Trending  ...
**Jason David Frank**
Trending with Power Rangers, Tommy

Only on Twitter · Trending  ...
**Rest in Power**
24.1K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

___ https://twitter.com/SUMCDirect/status/1556325015875768320 ___ at ___ 2022-11-19 23:36:52 -08:00

← **Tweet**



**SUMC Direct**
@SUMCDirect

• • •

## New set photos of Dakota Johnson in Madame Web!




10:02 AM · Aug 7, 2022 · Twitter for iPad

**3** Retweets  **53** Likes



 Tweet your reply

**Reply**

**Search Twitter**

### Relevant people



**SUMC Direct**
@SUMCDirect

**Follow**

SUMC Direct, the home of Sony's Marvel characters news. Reliable news and one of a kind content for everything Sony's Universe of Marvel Characters.

### What's happening

Television · 3 hours ago
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Music · Trending
**Elton John**
5,446 Tweets

• • •

Trending in United States
**Blocked**
133K Tweets

• • •

Trending in California
**Ecuador**
91K Tweets

• • •

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**All Things Marvel**
@things_marvel                                                          ···

ภาพแรกของคริสเตียน เบล ในบท Gorr The God Butcher
วายร้ายในภาพยนตร์ Thor: Love and Thunder ซึ่งกำลังถ่าย
ทำที่ Malibu ภาพยนตร์มีกำหนดฉายวันที่ 6 พฤษภาคม 2022



2:49 AM · Aug 4, 2021 · Twitter for iPad

**65** Retweets    **3** Quote Tweets    **19** Likes

Tweet your reply

Reply

**Relevant people**

**All Things Marvel**                                 Follow
@things_marvel
News update for THAI fans of
@Marvel Cinematic Universe. อัปเดต
ข่าวของจักรวาลภาพยนตร์มาร์เวลสำหรับ
แฟน ๆ ชาวไทย

**What's happening**

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening
Ceremony**

**#Disenchanted** 🤩
Original movie now streaming
▶ Promoted by Disney+

Music · Trending                                      ···
**#DavidoAt30**
53.6K Tweets

Music · Trending                                      ···
**sabrina**
73.4K Tweets

Trending in United States                             ···
**Maher**
21.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**                              ···
@c_perkowski

__ https://twitter.com/framestan/status/1404505531570610180 __ at __ 2022-11-21 11:41:27 -08:00 __

← **Tweet**

 **Frame Stan**
@framestan

Bennifer is BACK!. Ben Affleck & Jennifer Lopez spotted kissing in public after their romance went public.



11:26 AM · Jun 14, 2021 · Twitter Web App

## Relevant people

 **Frame Stan**
@framestan          [ Follow ]

Covering entertainment, pop culture, music & everything internet.

## What's happening

FIFA World Cup · LIVE
**USA vs Wales**



Trending in United States
**1-0 USA**
10K Tweets

Trending in United States
**WHAT A GOAL**
17.6K Tweets

Trending in California
**LETS GOOOOOO**
3,209 Tweets

Family drama · Trending
**#GTMcontest5**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

[ Tweet ]

Tweet your reply          [ Reply ]

 **Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/solacecinema/status/1562458790445087328 __ at __ 2022-11-21 17:47:19 -08:00 __



← **Tweet**

 Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

---

 **Cinema Solace**
@CINEMASOLACE                                                ···

Olivia Wilde discusses her relationship with Harry Styles:

"We both go out of our way to protect our relationship; I think it's out of experience, but also just out of deep love."

variety.com/2022/film/feat...



8:16 AM · Aug 24, 2022 · Twitter for iPhone

**2** Retweets    **3** Quote Tweets    **40** Likes


Tweet your reply                                    **Reply**

---

**Relevant people**

 **Cinema Solace**    **Follow**
@CINEMASOLACE

Find solace in the never-ending world of cinema ✨

**What's happening**


Television · LIVE
**Bachelor in Paradise airing on ABC**

Trending in United States                     ···
**Died Suddenly**
42.3K Tweets

Sports · Trending                             ···
**Rebel Heart**
1,042 Tweets

Trending in United States                     ···
**Tampax**
27.4K Tweets

Entertainment · Trending                      ···
**#DWTSFinale** 🪩
Trending with Charli, Shangela

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Search Twitter

 **Perkowski Legal P.C.**    ···
@c_perkowski

https://twitter.com/nicholasgbrasil/status/1583396813972729850 __at__2022-11-19 23:16:20 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-27    Filed 03/13/23    Page 83 of 101    Page ID #:5773

← **Tweet**

Nicholas Galitzine Brasil
@nicholasgbrasil

📸 Nicholas Galitzine e Anne Hataway no set do filme "The Idea Of You"(19/10)

A beleza desses dois!! 🍎



2:56 AM · Oct 21, 2022 · Twitter for Android

**31** Retweets   **85** Quote Tweets   **650** Likes

---

eJeu @RafaEstrabao · Oct 21
Replying to @nicholasgbrasil @Suzarttchu
esse bofe venceu TANTO
💬 1        ♥ 2

Tchu @Suzarttchu · Oct 21
Replying to @RafaEstrabao and @nicholasgbrasil
Meu deusz, CASALZÃOOO!!! Já quero ver esse filme.
💬

this is a glow @olithamy · Oct 21
Replying to @nicholasgbrasil
Socorrrrooo
♥ 1

bibian @nunisvi · Oct 21
Replying to @nicholasgbrasil
@oixbea
💬 1        ♥ 1

beaxit 🧸 @oixbea · Oct 21
Replying to @nunisvi and @nicholasgbrasil
ELA EH TÃO LINDA
💬 1        ♥ 1
Show replies

rachel @pqoliveira9 · Oct 21
Replying to @nicholasgbrasil
@ViSwartele
💬 1        ♥ 2

gabi. 📖 @stargrlwho · Oct 21
Replying to @nicholasgbrasil
não sei lidar aaaaaa 😵😵😵
♥ 2

---

**Relevant people**

Nicholas Galitzine Br...
@nicholasgbrasil
Sua principal fonte de informações sobre o ator e cantor Nicholas Galitzine no Brasil. Fan Account
**Follow**

**What's happening**

Television · 3 hours ago
**Saturday Night Live airing on NBC**


#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**HE'S BACK**
153K Tweets

Jungkook · Trending
**jungkook**
1.55M Tweets

Trending in United States
**Jason David Frank**
1,297 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

← Tweet



**Andy Vermaut**
@AndyVermaut

···

Cody Simpson & Miley Cyrus Work Up A Sweat Together While Hiking With Their Dog In LA
hollywoodlife.com/2020/06/05/cod...



6:16 AM · Jun 5, 2020 · dlvr.it

        ♡    ↥

 Tweet your reply                    Reply

## Search Twitter

### Relevant people



**Andy Vermaut**    Follow
@AndyVermaut

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

### What's happening

NFL · 2 hours ago
**Browns at Bills**

**#Disenchanted** 🧑‍🦰
Original movie now streaming
▶ Promoted by Disney+

Trending in California    ···
**Rest In Peace**
Trending with #TheWalkingDead

Trending in California    ···
**#AMAs** 💄
Trending with Favorite K-Pop Artist

Sports · Trending    ···
**Cousins**
21.8K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Perkowski Legal P.C.**    ···
@c_perkowski

__ https://twitter.com/MundoGossip13/status/1552036866113609729 __ at __ 2022-11-21 19:13:10 -08:00 __

← **Tweet**



**Mundo Gossip**
@MundoGossip13                                      · · ·

Nuevas imágenes de Dakota Johnson en el set de
'Madame Web' donde podemos ver a la actriz con un
look muy parecido al de Julia Carpenter en los comics.
La película se estrena el 6 de octubre de 2023 y estará
ambientada en el principio de la década de los 2000.

#Sony #MadameWeb

Translate Tweet





2:02 PM · Jul 26, 2022 · Twitter for Android

**2** Likes

♡        ⟲        ♡        ⬆

P    Tweet your reply                          Reply

---

**Home**

# **Explore**

🔔 **Notifications** ①

✉ **Messages**

🔖 **Bookmarks**

☰ **Lists**

👤 **Profile**

⊙ **More**

**Tweet**

---

🔍 Search Twitter

## Relevant people

 **Mundo Gossip**       **Follow**
@MundoGossip13
Cuenta de Twitter que informa las
últimas noticias del mundo de
Hollywood y del universo Geek

## What's happening

NBA · Starts at 7:30 PM
**Jazz at Clippers**



Entertainment · Trending                    · · ·
**Died Suddenly**
50.9K Tweets

Trending in United States                   · · ·
**Tampax**
33.8K Tweets

Trending in California                      · · ·
**Dodger Stadium**
10.8K Tweets

Trending in United States                   · · ·
**Trent Reznor**
16.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

---

P   **Perkowski Legal P.C.**   · · ·
@c_perkowski

https://twitter.com/quidvacuo_/status/1558351940893771776 _ sit ... 16:37 27/03/2023 22:04:37 -06:00    Document 23-27    Filed 03/13/23    Page 86 of 101    Page ID #:5776

← Tweet

**🗿 QuidVacuo 🗿 #WakandaForever**

¡Nuevas fotos del set de 'MADAME WEB'!

Translate Tweet



5:11 AM · Jul 7, 2022 · Twitter for Android

**64** Retweets    **8** Quote Tweets    **1,453** Likes

Tweet your reply                                             Reply

**Prado8989** @prado8989 · Aug 7
Replying to @QuidVacuo_
Se ve idéntica a Madame Web 😂😂😂

**Dini** @Gotham_Spectre · Aug 7
Replying to @QuidVacuo_
Se viene otro fracaso, me daría gracia que le gane en taquilla Sonic 3

**Yuusha Prower ✪** @Yuusha_Prower · Aug 7
Replying to @Gotham_Spectre and @QuidVacuo_
Ya no sería coincidencia si lo hace, ya van dos veces que superan a peliculas
basadas en comics

**majocrick** @majocrick15 · Aug 7
Replying to @QuidVacuo_
Está pelicula va a ser un desastre y es un hecho

**Iessandro** @IessandroAled9 · Aug 7
Replying to @majocrick15 and @QuidVacuo_
Sisi ya te vimos

**kha_2021** @kha20213 · Aug 7
Replying to @QuidVacuo_
Mi reacción a la mamada que se va a hacer Sony

**pieero | #Blur2023** @noodle_192000 · Aug 7
Replying to @QuidVacuo_
Ojalá esta y Kraven fracasen

**XS** @your_b1tch_fav · Aug 8
Replying to @noodle_192000 and @QuidVacuo_
Que funcione solo kraven

**El Pul Guz** @poollig18 · Aug 7
Replying to @QuidVacuo_
Quizá Madam Web se estar inspirada en Everything Everywhere All at Once,
me refiero a que se presentarán distintas versiones de ella y colapsara todo
en descubrir que ella es un ente que esta presente en el multiverso

**Roger Diaz** @RogerDUTP · Aug 7
Replying to @QuidVacuo_
Tom hardy salvo a venom

**Banished Emperor** @Emperor2916 · Aug 7
Replying to @RogerDUTP and @QuidVacuo_

**Paymon0709** @Salvato809005991 · Aug 7
Replying to @QuidVacuo_
Ese es Andrés Parra (Escobar: el patrón del mal) en la cuarta foto?????

**DE LO QUE ME DE LA GANA** @coronelsucdoloto · Aug 7
Replying to @QuidVacuo_
de momento todo lo que veo de esta película o me llama la atención, a ver
como termina siendo.

**K-14** @k14_art · Aug 7
Replying to @coronelsucdoloto and @QuidVacuo_
Spoiler: terminara siendo un desastre.

**Pánfilo ●** @maodtloe · Aug 7
Replying to @QuidVacuo_
OTRA CAGADA

**Samuel R.** @Gumbaesito · Aug 7
Replying to @QuidVacuo_
Increible q tenga 0 hype e esta peli, sony devuelve spiderman a marvel deja
de estar cagandola

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more

**valeramook** @valeeramook07 · Aug 7
Replying to @afedecharlie_ and @QuidVacuo_
Las peliculas no se piden. Ninguna.

**Relevant people**

**🗿 QuidVacuo 🗿 #Wak...**
@QuidVacuo_                  Follow
Noticias de cine, series, eventos e hilos
de Marvel, Disney y Star Wars. |
Stream cada día en Twitch | Art:
@Carpaa2019 |
#AntManQuantumania
#WakandaForever 🐾

**What's happening**

Television · 2 hours ago
**Saturday Night Live airing on
NBC**

#GetYourRideRight
**Book your ride up to 30 days ahead on Uber
Reserve**
Promoted by Uber

Trending in United States
**HE'S BACK**
148K Tweets

Trending in United States
**Waka Waka**
07.4K Tweets

Trending in United States
**#DreamersbyJungkook**
598K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ...
@_perkowski

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

Perkowski Legal P.C.  ...
@c_perkowski



← Tweet

Central Dakota Johnson & Jamie Dornan
@Info_DJD

Dakota foi fotografada fazendo as unhas hoje (22/05) em Los Angeles! #DakotaJohnson

Sansan Tweet



4:48 PM · May 22, 2019 · Twitter for Android

Retweets    Likes

Tweet your reply    Reply

Central Dakota Johnson & Jamie Dorn...  @Info_DJ...  · May 22, 2019
Replying to @Info_DJD
Mais fotos de Dakota fazendo as unhas hoje (22/05) em Los Angeles! (2) #DakotaJohnson

Central Dakota Johnson & Jamie Dorn...  @Info_DJ...  · May 22, 2019
Mais fotos de Dakota hoje (22/05) em Los Angeles! #DakotaJohnson

Central Dakota Johnson & Jamie Dorn...  @Info_DJ...  · May 22, 2019
Mais fotos de Dakota hoje (22/05) em Los Angeles! (4) #DakotaJohnson

Central Dakota Johnson & Jamie Dorn...  @Info_DJ...  · May 22, 2019
Mais fotos de Dakota hoje (22/05) em Los Angeles! (5) #DakotaJohnson

Central Dakota Johnson & Jamie Dorn...  @Info_DJ...  · May 22, 2019
Mais fotos de Dakota hoje (22/05) em Los Angeles! (7) #DakotaJohnson

Central Dakota Johnson & Jamie Dorn...  @Info_DJ...  · May 22, 2019
Mais fotos de Dakota hoje (22/05) em Los Angeles! (8) #DakotaJohnson

Central Dakota Johnson & Jamie Dorn...  @Info_DJ...  · May 22, 2019
Mais fotos de Dakota hoje (22/05) em Los Angeles! (10) #DakotaJohnson

Central Dakota Johnson & Jamie Dorn...  @Info_DJ...  · May 22, 2019
Mais fotos de Dakota hoje (22/05) em Los Angeles! (11) #DakotaJohnson

Central Dakota Johnson & Jamie Dorn...  @Info_DJ...  · May 22, 2019
Picture Pub

Search Twitter

Relevant people

Central Dakota Johns...
@Info_DJD                    Follow
I Love Dakota Johnson and Jamie
Dornan. 💕 (fan Account)

What's happening

NFL · 7 hours ago
Browns at Bills

#Disenchanted 🌙
Original movie now streaming
💜 Promoted by Disney+

Trending in California
#TWDFinale
Trending with #TheWalkingDead

Sports · Trending
Hackett
1362 Tweets

Trending in United States
Hlínic
10.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads Info   More...
© 2022 Twitter, Inc.

Perkoviič Legal P.C.  ...
@o_perkoviič



__ https://twitter.com/tender_DMJ/status/1578048901302583298 __ at __ 2022-11-19 23:11:56 -08:00

← **Tweet**

**DAKOTA** 💜💙
@tender_DMJ                                              ···

My Madame Web 🖤



8:45 AM · Oct 6, 2022 · Twitter for iPhone

**11** Retweets   **105** Likes

🔍 Search Twitter

**Relevant people**

 **DAKOTA** 💜💙   **Follow**
@tender_DMJ

Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

**Home**

**# Explore**

🔔 **Notifications**

📷 Tweet your reply                          **Reply**



← **Thread**

Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**



**Avengers Assemble BR**
@AAssembleBR                                        •••

🏷️ Novas fotos do set #MadameWeb mostram Dakota Johnson com um cabelo branco, assim como cabelo da personagem nos quadrinhos.

Translate Tweet



8:18 PM · Oct 10, 2022 · Twitter for Android

**7** Retweets    **2** Quote Tweets    **81** Likes

💬          ⟲          ♡          ⬆️

P  Tweet your reply                          **Reply**



**Avengers Assemble BR** @AAssembleBR · Oct 11
Replying to @AAssembleBR                            •••

  📀 **Avengers Assemble BR** @AAssembleBR · Oct 7
  📷 Dakota Johnson nos bastidores de #MadameWeb.
  Show this thread

💬          ⟲          ♡ 5          ⬆️


**Perkowski Legal P.C.**
@c_perkowski                          •••

🔍 Search Twitter

**Relevant people**



**Avengers Assemble BR**          **Follow**
@AAssembleBR
🇧🇷 Fan Account | Sua mais completa fonte de informações sobre o universo Marvel no Brasil. Ativem as notificações!

**What's happening**

Television · 1 minute ago
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States          •••
**HE'S BACK**
132K Tweets

Trending in California          •••
**Blocked**
119K Tweets

Sports · Trending          •••
**#mnwild** 🏒
1,309 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS   Document 23-27   Filed 03/13/23   Page 92 of 101   Page ID #:5782



**Tweet**

←

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

Perkowski Legal P.C.
@c_perkowski
...

← **Tweet**



**sam**
@allinitdrews

worlds hottest couple

5:50 PM · Nov 9, 2019 · Twitter for iPhone

**6** Retweets  **2** Quote Tweets  **48** Likes

Tweet your reply

Reply

### Relevant people

**sam**
@allinitdrews                    Follow

fan account; justin followed 9.14.19

### What's happening

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater**
Get tickets now – In theaters December 16
Promoted by Avatar

Trending in United States
**#thankskillingwithart**
1,736 Tweets

Trending in United States
**RIP Harold**

Trending in United States
**Nembhard**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

#### Twitter
- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

Tweet

Search Twitter

**Perkowski Legal P.C.**
@c_perkowski



← **Tweet**

**Andy Vermaut**
@AndyVermaut

···

Cardi B's Daughter Kulture, 2, Hilariously Tries To Wear Mom's High Heels & Gets Scolded In New Video
hollywoodlife.com/2020/08/27/car...



5:23 AM · Aug 27, 2020 · dlvr.it

1 Like

Tweet your reply

Reply

## Relevant people

**Andy Vermaut**
@AndyVermaut

Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

Television · 2 hours ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**Blocked**
130K Tweets

Trending in United States
**Jason David Frank**

Sports · Trending
**Pasadena**
1,595 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

**Perkowski Legal P.C.**
@c_perkowski
···

← **Tweet**



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from a suspended account. Learn more

**Perkowski Legal P.C.**
@c_perkowski   ...

__ https://twitter.com/XAYLOK1/status/1552375753110700035 __ at __ 2022-11-21 19:00:43 -08:00 __

← Tweet



**XAYLOK**
@XAYLOK1                                    ...

Dakota Johnson dans #MadameWeb



12:29 PM · Jul 27, 2022 · Twitter for Android

Q Search Twitter

## Relevant people

  **XAYLOK**        **Follow**
@XAYLOK1

Compte en lien avec ce que j'essayerai
de proposer sur Youtube sur la chaîne
du même nom : de l'actualité cinéma
#marvel

## What's happening

NBA · Starts at 7:30 PM
**Jazz at Clippers**                       

Entertainment · Trending                   ...
**Died Suddenly**
50.4K Tweets

Sports · Trending                          ...
**Lane**
Trending with Auburn

Sports · Trending                          ...
**Grupo Firme**
3,505 Tweets

Trending in United States                  ...
**Chrisley**
16.4K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

Tweet your reply                           **Reply**

 **Perkowski Legal P.C.**   ...
@c_perkowski

← Tweet

 

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

Just girls★
@farangsuoy                                    ...

#GigiHadid #LeonardoDiCaprio ภาพรวมจากข่าวล่าสุดก็ดูเหมือนว่าทั้งคู่น่าจะเดทกันอยู่จริง ตอนนี้สถานะไม่ได้ in relationship แต่อย่างใด อยู่ในขั้นทำความรู้จักกันไปเรื่อยๆ อย่างไม่เร่งรีบ แถมในข่าวยังพูดถึงว่าเป็นครั้งแรกที่ลีโอเดทผญ.อายุเกิน 25 และจีคือผญ.คนแรกที่เป็นคุณแม่ที่เขาเดท



12:18 AM · Sep 16, 2022 · Twitter Web App

**601** Retweets   **22** Quote Tweets   **115** Likes

💬   🔁   ♡   ⬆

P   Tweet your reply                          Reply

**Relevant people**



Just girls★                Follow
@farangsuoy

If you can't be kind, just be quiet.
Thank you :)

**What's happening**

NFL · 3 hours ago
Cowboys at Vikings

#Disenchanted 😍
Original movie now streaming
▶ Promoted by Disney+

Trending in United States        ...
Bob Iger
Trending with Chapek, #Disney

Music · Trending                 ...
Lionel Richie
1,489 Tweets

Music · Trending                 ...
Kelly Rowland
Trending with Chris Brown

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

P   Perkowski Legal P.C.            ...
@c_perkowski





— https://twitter.com/nickgstan/status/1583531012503412737 __ at __ 2022-11-23 00:00:52 -08:00

← **Tweet**



rita
@nickgstan

...

sorry but my boy looks good good



11:49 AM · Oct 21, 2022 · Twitter for iPhone

**1** Retweet   **37** Likes

## Sidebar

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

Lists

👤 Profile

⊙ More

**Tweet**

**Relevant people**



rita
@nickgstan    **Follow**

nicholas galitzine's favorite kiddo.

**What's happening**

FIFA World Cup · Last night
**Mexico vs Poland**


Perkowski Legal P.C.
@c_perkowski

P Tweet your reply    Reply