# EXHIBIT B Continued

__ https://twitter.com/tender_DMJ/status/1092972048517754880 __ at __ 2022-11-20 16:25:54 -08:00 __

← **Tweet**



**DAKOTA** 💜💙
@tender_DMJ

···

**THAT'S MY GIRL** ❤️



6:23 PM · Feb 5, 2019 · Twitter for iPhone

**8** Retweets   **30** Likes

💬          ⇄          ♡          ⬆️

 Tweet your reply          Reply

---

🐦

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒️ Lists

👤 Profile

⊙ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski          ···

---

🔍 Search Twitter

**Relevant people**

 **DAKOTA** 💜💙          Follow
@tender_DMJ
Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

**What's happening**

NFL · 3 hours ago
**Browns at Bills**          

#Disenchanted 🧙
Original movie now streaming
▶️ Promoted by Disney+          

Trending in United States          ···



← **Tweet**

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**



الاحداث حول العالم | 🎬
@ImexIIG

···

أنجلينا جولي تحتفل بعيد ميلادها الـ46 مع أبنائها الستة في لوس أنجليس،
وكانت قد أصيبت بخيبة أمل من قرار المحكمة التي منحت حضانة مشتركة لأبنائها مع براد بيت بعد معركة قضائية طويلة بينهما إثر طلاقهما

Translate Tweet



5:35 AM · Jun 8, 2021 · Twitter for iPhone

**1** Retweet    **14** Likes

  Tweet your reply    **Reply**

### Relevant people

  الاحداث حول العالم | 🎬    **Follow**
@ImexIIG
أجمل منصة ترفيهية لأخبار و احداث النجوم والمشاهير حول العالم | الخاص للدعاية و الإعلان

### What's happening

NFL · Last night
**Chiefs at Chargers**



Entertainment · Trending    ···
**Disney**
Trending with  Bob Iger, Chapek

Trending in United States    ···
**Schiff**
53.7K Tweets

Music · Trending    ···
**Lionel Richie**
3,975 Tweets

Trending in California    ···
**Dodger Stadium**
Trending with  #EltonFarewellTour, Dodger Stadium

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

← **Tweet**



**Blink Station TV**
@BlinkStationTV

···

ELES NÃO LARGAM O OSSO 🦴

A CW afirmou que ainda está desenvolvendo o live-action de 'Meninas Super Poderosas'.

Translate Tweet



6:58 PM · Jul 18, 2022 · Twitter Web App



  Tweet your reply

Reply

🔍 Search Twitter

**Relevant people**



**Blink Station TV**
@BlinkStationTV

Follow

📢 Nos sigam para notícias, fofocas, rumores, fanfics, fanarts e umas coisitas mais! 📫| blinkcontato@gmail.com

**What's happening**



FIFA World Cup · 16 minutes ago
**USA vs Wales**

Trending in California
**Dodger Stadium**
14.2K Tweets

···

Trending in United States
**Hive**
130K Tweets

···

Trending in United States
**HOW IS THAT NOT A YELLOW**

···

Family drama · Trending
**#GTMcontest7**

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**

**Explore**

🔔 **Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

  **Perkowski Legal P.C.**
@c_perkowski   ···



← **Tweet**




Perkowski Legal P.C. ...
@c_perkowski



https://twitter.com/AndyVermaut/status/1304049248141365249 __ at __ 2022-11-21 12:20:20 -08:00 __

← **Tweet**



**Andy Vermaut**
@AndyVermaut

⋯

Kris Jenner Frowns While Driving Through Calabasas In 1st Photos Since Breaking News Of 'KUWTK' Ending
hollywoodlife.com/2020/09/10/kri...



6:29 AM · Sep 10, 2020 · dlvr.it


Tweet your reply

Reply

Search Twitter

## Relevant people



**Andy Vermaut**
@AndyVermaut

Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening



Sports · LIVE
**2022 FIFA World Cup**

Trending in United States
**#StuffingFails**
⋯

Trending in California
**Telemundo**
7,463 Tweets
⋯

Trending in United States
**1-0 USA**
18.3K Tweets
⋯

Trending in California
**Mane**
Trending with Senegal
⋯

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski   ⋯

https://twitter.com/ajhsvqloaqbwgh/status/925756043269718069__at...2023-11-23 01:08:13·ADDS   Documents 23-28   Filed 09/13/21   Page 8 of 101   Page-ID
#6400



Case 2:22-cv-09462-DMG-ADS   Document 23-28   Filed 03/13/23   Page 10 of 101   Page ID #:5801



# Tweet

← Tweet



**Film Devotion**
@FilmDevotion

Blue Beetle has wrapped filming.



3:49 AM · Jul 18, 2022 · Twitter for iPhone



Perkowski Legal P.C.
@c_perkowski

🔍 Search Twitter

## Relevant people



**Film Devotion**
@FilmDevotion

Follow

Devoted to delivering quick and reliable news on all things media related.

## What's happening

NBA · LIVE
**Hawks at Cavaliers**

Trending in United States
**Died Suddenly**
39.6K Tweets

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

Tweet your reply

Reply

← **Tweet**

Robert Littal BSO ✓
@BSO

Angelina Jolie and The Weekend Spotted At An Upscale LA Restaurant Driving Fans Into A Frenzy (Photos)
bit.ly/3hbnmlb



8:28 AM · Jul 2, 2021 · BSO Alert

**2** Retweets    **4** Quote Tweets    **5** Likes

💬          🔁          ♡          ⬆


Tweet your reply                                    Reply

dominique @dclaire26 · Jul 2, 2021
Replying to @BSO
@TheRealBRas Bruh.....

💬 1          🔁          ♡ 1          ⬆

br @TheRealBRas · Jul 2, 2021
Replying to @dclaire26 and @BSO
Unexpected and yet expected lol. They both wild spirits

💬          🔁          ♡          ⬆

🔍 Search Twitter

**Relevant people**

Robert Littal BSO ✓          Follow
@BSO
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

**What's happening**

FIFA World Cup · 2 hours ago
Argentina vs Saudi Arabia

#AvatarTheWayOfWater🙊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States                  ···
#السعودية_الأرجنتين
1.22M Tweets

Trending in United States                  ···
Died Suddenly
100K Tweets

Trending in United States                  ···
Argentina
Trending with #FIFAWorldCup 🏆; Herve Renard

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/AndresJovannyMa/status/1463758079019088165 __ at __ 2022-11-20 12:41:39 -08:00 __

← Tweet

🌈**ANDY JONNY**
@AndresJovannyMa

#Hawkeye lamento decirte que #AntMan si estuvo ahí 😄

Translate Tweet



10:34 PM · Nov 24, 2021 · Twitter for Android

**4** Likes

Tweet your reply

Reply

## Relevant people

🌈**ANDY JONNY**    Follow
@AndresJovannyMa
EL PENSAR Y EXPRESAR 💙🧠 Tengo un canal en YouTube ▶️ ANDY JONNY 😄

## What's happening

FIFA World Cup · 4 hours ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧚
Original movie now streaming
Ⓟ Promoted by Disney+

Trending in United States
**Rest In Peace**
50.9K Tweets

Entertainment · Trending
**Morgan Freeman**
192K Tweets

Entertainment · Trending
**Telemundo**
9,964 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
≡ Lists
👤 Profile
⋯ More

**Tweet**


**Perkowski Legal P.C.** ···
@c_perkowski

Search Twitter

← **Thread**



**Madame Web Info** 🕸️ ⋯
@MadameWebInfo

📷 Dakota Johnson foi vista recentemente no set de 'Madame Web' em Boston.



2:04 PM · Oct 6, 2022 · Twitter for Android

**16** Retweets   **1** Quote Tweet   **101** Likes

💬          ⇄          ♡          ⬆️

🅿️  Tweet your reply                                    **Reply**

**Madame Web Info** 🕸️ @MadameWebInfo · Oct 6
Replying to @MadameWebInfo
©: @dakotajohnsonpt <3

💬          ⇄          ♡          ⬆️

 **Perkowski Legal P.C.** ⋯
@c_perkowski

---

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

---

🔍 Search Twitter

### Relevant people

 **Madame Web Info** 🕸️    **Follow**
@MadameWebInfo
Sua primeira e maior fonte de informações sobre o filme Madame Web no Brasil (fan accout).

### What's happening

FIFA World Cup · 1 hour ago
**World Cup Qatar 2022: Opening Ceremony**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
📽️ Promoted by Disney+

Only on Twitter · Trending     ⋯
**Jason David Frank**
98.8K Tweets

Trending in California     ⋯
**Shakira**
103K Tweets

Trending in United States     ⋯
**Offside**
122K Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy.
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.





HLDHQs
@HLDHQs

🎬 Harry on set for Don't Worry Darling!

4:45 PM · Nov 26, 2020 · Twitter for iPhone

3,209 Retweets    6,988 Quote Tweets    30.4K Likes

Tweet your reply    Reply

maya ♥ @kujofighter · Nov 26, 2020
HOLY FHUCKIGN SHIT
♡ 122

alexis 💙 @alexloroxoxo · Nov 26, 2020
Replying to @kujofighter and @HLDHQs
EXACTLY WHAT I SAID AS SOON AS I SAW IT
♡ 8

.Lyn. ♥ @stalefrogbread · Nov 26, 2020
Replying to @HLDHQs
HARRY LOOKS LIKE HE JUST GOT RAILED HHUHDHEHID
♡ 29

GOATKU🐐 @florbloom · Nov 26, 2020
Replying to @stalefrogbread and @HLDHQs
WHATDIDHESAYYYY😭
♡ 1

jan 🍃 @iheartqwf · Nov 26, 2020
Replying to @HLDHQs
@HIEFENDI LAW AYAN BAKA SABIHIN MO WALA NAGSABI SAYO
♡ 1

lew @swffilms · Nov 26, 2020
Replying to @iheartqwf, @_riallabae and @HLDHQs
WTFFFF
♡ 1

Show replies

zuls @xantelovesfh · Nov 26, 2020
Replying to @HLDHQs
@DomenicaCt
♡ 1

dome @fuckhx1lt · Nov 26, 2020
Replying to @xantelovesfh and @HLDHQs
Suejdkejamjdjd
♡ 1

abigail 💗💛 ❛*³))) ⸝⸝´³ ❜ @dinosauranimatexo · Nov 26, 2020
Replying to @HLDHQs and @UpdateHLD
@Emmawebsten  NEW PICTURES
♡ 1

Emma ✧ ♫ has post concert depres... @Emmawebs... · Nov 26, 2020
Replying to @dinosauranimatexo @HLDHQs and @UpdateHLD
AHHHH THANK YOU SO MUCH
♡ 1

mlr @louisinterlude · Nov 26, 2020
Replying to @HLDHQs
@iCARL0LVVER LOOOOOOKKKK
♡ 1

alen IS SEEING LOUIS @ekzouis · Nov 27, 2020
Replying to @louisinterlude and @HLDHQs
BYEEE THATS SO HOT I CANT OMFG
♡ 1

bre. @azwings91 · Nov 26, 2020
Replying to @HLDHQs
@sweetstylinson4
♡ 1

steph. @fwtstark_ · Nov 26, 2020
Replying to @azwings91 and @HLDHQs
olhaa essa roupinha dele vei 😭😭😭 tão lindooo
♡ 1

Show replies

anaaaaa @anacarolinaam · Nov 26, 2020
Replying to @HLDHQs and @UpdateHLD
@SeanKaroline @hellenal901 SOCORRO
♡ 2

Lena ꩜ @hellenal901 · Nov 27, 2020
Replying to @anacarolinaam @HLDHQs and 2 others
😭😭😭
♡ 1

montse @copyyofmv · Nov 26, 2020
Replying to @alwaysfxalenel 😭😭😭😭😭
♡ 1

su 🍁 FITF @heyyourhrt · Nov 26, 2020
Replying to @copyyofmv and @HLDHQs
NOBOOBOC EL TRAJE
♡ 1

Sebastián @Sebas_2831 · Nov 26, 2020
Replying to @HLDHQs
Que man tan lindo parce
♡ 1

Bigger than Fer🏳️‍🌈 @H_29_L · Nov 27, 2020
Replying to @Sebas_2831 and @HLDHQs
Y si es hermoso, es perfecto.
♡ 1

Holly Dunford @hrollylyn99 · Nov 26, 2020
Replying to @HLDHQs
@hannahml6500
♡ 1

hannah🍒 @phoenixxap_ · Nov 26, 2020
Replying to @hrollylyn99 and @HLDHQs
AHHH
♡ 1

barbara @barbararaujo · Nov 26, 2020
Replying to @HLDHQs and @UpdateHLD
@tudoemamarelo corre aqui
♡ 1

MAR E ANA @tudoemamarelo · Nov 26, 2020
Replying to @barbararaujo @HLDHQs and @UpdateHLD
Pffoo
♡ 1

Sav loves Louis @flightsaphours · Nov 27, 2020
Replying to @HLDHQs
@endlesslovwv shit 😩
♡ 1

cass thv JUNGKOOK @endlesslovwv · Nov 27, 2020
Replying to @flightsaphours @TheOneWatcher and @HLDHQs
mourir
♡ 1

san 🇲🇽 @hsvintagecurls · Nov 26, 2020
Replying to @HLDHQs
why were these taken on a microwave 💀

← Twitter1-11-21 03:54:55 -08:00
tv-09462-DMG-ADS    Document 25-28    Filed 03/13/23    Page 14 of 101    Page 55
# 5805

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Perkowski Legal P.C.
@_perkowski

Relevant people
HLDHQs @HLDHQs    Follow
We do not claim ownership of anything posted. Content owners, please DM for content removal.

What's happening
FIFA World Cup · Yesterday
World Cup Qatar 2022: Opening Ceremony

Music · Trending
Lionel Richie
3,992 Tweets

Trending in California
Dodger Stadium
Trending with #UltraviolenceTour, Dodger Stadium

Trending in United States
Friendsgiving
13.6K Tweets

Trending in United States
Heisman
4,347 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS    Document 23-28    Filed 03/13/23    Page 15 of 101    Page ID #:5806

← Tweet

Planeta Geek | 
@PlanetaGeek_OFC                                          ...

🚨Novas imagens das filmagens de #MadameWeb e revelam a existência de alguma versão do Homem-Aranha no filme.

(Via @BRMarvelNews)

Translate Tweet





11:52 AM · Oct 6, 2022 · Twitter for Android

**1** Retweet  **3** Likes

💬            🔁            ♡            ↥

P   Tweet your reply                              Reply

Q   Search Twitter

**Relevant people**

 Planeta Geek |         Follow
@PlanetaGeek_OFC
Sua melhor fonte sobre Marvel, DC e a
cultura geek! Siga-nos e não perca
nenhuma notícia | 📧 email para
contato: planetageekc@gmail.com

MN  Marvel News                      Follow
@BRMarvelNews
Conta de fã dedicada ao Universo
Marvel 🏳️‍🌈 Contato:
marvelnewsbr@outlook.com

**What's happening**

FIFA World Cup · 1 hour ago
**World Cup Qatar 2022: Opening
Ceremony**

#Disenchanted 🤪
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending          ...
**Jason David Frank**
Trending with First Kevin Conroy

Entertainment · Trending             ...
**Morgan Freeman**
160K Tweets

Trending in California              ...
**Shakira**
104K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ...
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**        ...
@c_perkowski



__ https://twitter.com/MovieCrazyP/status/1435793940788260864 __ at __ 2022-11-22 20:50:22 -08:00 __

← **Tweet**

**Movie Crazy Planet** 🎬🍿🎞️
@MovieCrazyP

💥 ¡¡¡ Primeras imágenes de Jennifer Lawrence embarazada !!! 💥



7:35 PM · Sep 8, 2021 · Twitter for Android

2 Retweets   18 Likes

Tweet your reply

**Reply**

## Relevant people

**Movie Crazy Planet ...**
@MovieCrazyP

**Follow**

💥Noticias, tráilers, pósters, los estrenos más recientes de cine, series y televisión.💥 Síguenos y activa la 🔔 moviecrazyplanet@gmail.com ✉️

## What's happening

NBA · LIVE
**Lakers at Suns**

**#AvatarTheWayOfWater**🌊
Get tickets now – In theaters December 16
📣 Promoted by Avatar

Business and finance · Trending
**Chesapeake**
4,825 Tweets

Trending in United States
**#GenshinSpecialProgram**
13.9K Tweets

Politics · Trending
**Prediction**
49.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/tudomiley/status/1526187559457521664 __ at __ 2022-11-21 22:00:03 -0800

← **Tweet**

Tudo Miley | Fan Account
@TudoMiley

...

Miley Cyrus deslumbrante em NY na noite de ontem (15).

Translate Tweet



6:07 AM · May 16, 2022 · Twitter for iPhone

**41** Retweets   **20** Quote Tweets   **534** Likes

      

---

🔍 Search Twitter

## Relevant people

Tudo Miley | Fan Acc...
@TudoMiley          **Follow**

Sua fonte da Miley Cyrus no Brasil | Your Miley's source in Brazil. Fan Account. @MediaTudoMiley @TudoMileyBrasil | equipetudomiley@gmail.com

## What's happening

NFL · 1 hour ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
66.9K Tweets

Trending in United States
**Dreamers MV**

---

## Twitter sidebar (left)

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski   ...

Tweet your reply   **Reply**

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from a suspended account. Learn more



Perkowski Legal P.C.  ...
@c_perkowski

← **Tweet**

SÉRIES **Infos Séries**
@SeriesUpdateFR                                    ···

## Tom Holland et Zendaya sur le tournage de 'Spider-Man 3'. ❄️



8:55 AM · Jan 17, 2021 · Twitter Web App

**210** Retweets   **31** Quote Tweets   **1,743** Likes

💬            🔁            ♡            📤

P   Tweet your reply                           Reply

**Maxime** @MaximeJRY · Jan 17, 2021           ···
Replying to @SeriesUpdateFR
Ohhhhh Nice !

💬            🔁            ♡            📤

**Thomas** @IThomasm_ · Jan 17, 2021           ···
Replying to @SeriesUpdateFR
Je crois que c'est mort pour voir Tobey...

💬            🔁 2          ♡            📤

@Shanoo_Love · Jan 17, 2021                    ···
Replying to @IThomasm_and @SeriesUpdateFR
Pourquoi ?

💬            🔁            ♡            📤

**˙Anna˳ ❀** @4nnaTRNL · Jan 17, 2021         ···
Replying to @SeriesUpdateFR
Je suis : joie

💬            🔁            ♡ 2          📤

🏴 @emmouah · Jan 17, 2021                      ···
Replying to @SeriesUpdateFR
woah woah woah woah y'a trop de trucs qui se bousculent dans ma tête

💬            🔁            ♡ 4          📤

This Tweet is from a suspended account. Learn more

**No Last Name** 🇫🇷 @NoLastNameUs · Jan 18, 2021   ···
Replying to @Foufou25774965 and @SeriesUpdateFR
Tu as pas regarder disney Channel

💬            🔁            ♡            📤

This Tweet was deleted by the Tweet author. Learn more

**Moha** @moha_j2a · Jan 17, 2021              ···
C'est le spider man qui se rapproche le plus des comics qu'est ce que tu raconte

💬            🔁            ♡ 11         📤

**Perkowski Legal P.C.**
@c_perkowski                    ···

---

Home
# Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

---

🔍 Search Twitter

### Relevant people

SÉRIES **Infos Séries**
@SeriesUpdateFR                    Follow
Bienvenue sur votre premier compte source français sur toutes vos séries, films et plateformes de streaming préférées. 🎬
seriesupdatefr@gmail.com

### What's happening

FIFA World Cup · 10 minutes ago
**Mexico vs Poland**                       

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
⬛ Promoted by Avatar

Trending in United States                  ···
**Ochoa**
Trending with Poland, Lewandowski

Sports · Trending                          ···
**#ManchesterUnited**
Trending with Cristiano Ronaldo

Celebrities · Trending                     ···
**Tom Hanks**
4,298 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/lun/status/1461016408725372932 __ at __ 2022-11-22 03:10:10 -08:00 __

← **Tweet**

Q Search Twitter



**Las Últimas Noticias**
@lun

···

Surgieron indicios de reconciliación entre Irina Shayk y
Bradley Cooper 
Los fotografiaron caminando mientras él sonríe y la
modelo le toma el brazo 👀
bit.ly/3qJzRJV

Translate Tweet

 dailycelebrity3 · Seguir

⋮

[Photo of Bradley Cooper and Irina Shayk walking]

9:00 AM · Nov 17, 2021 · Hootsuite Inc.

**5** Likes

💬          ⇄          ♡          ⬆

P   Tweet your reply          Reply

**Perkowski Legal P.C.**   ···
@c_perkowski

**Relevant people**

 **Las Últimas Noticias**          Follow
@lun
Cuenta oficial del Diario Las Últimas
Noticias en Twitter.

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater** 👤
Get tickets now - In theaters December 16

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Case 2:22-cv-09462-DMG-ADS Document 23-28 Filed 03/13/23 Page 22 of 101 Page ID #:5813



https://twitter.com/bicaraboxoffice/status/1388522655065169537 __el____2022-11-22 13:28:53 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-28   Filed 03/13/23   Page 23 of 101   Page ID #:5814

Search Twitter

**Bicara Box Office**
@bicaraboxoffice

Persis komik
Translate Tweet



8:56 AM · May 1, 2021 · Twitter for Android

**15** Retweets   **9** Quote Tweets   **92** Likes

Tweet your reply                    Reply

**Bpras** @bayusalembay · May 1, 2021
Replying to @bicaraboxoffice
Paling di nanti sih ini.. 😍😍

**Suburban Dreams** @Fathurpotter · May 1, 2021
Replying to @bicaraboxoffice
Min ati ati berurusan ama disney

**Negroni Sbagliato** ✪ @fizhionary · May 1, 2021
Replying to @bicaraboxoffice

**Contem** @dropurdarkness · May 1, 2021
Replying to @bicaraboxoffice
Kamala Khan ternyata mirip sama Thunder Force ya seragamnya
1

**WAKANDA FOREVER** @moonchildren555 · May 1, 2021
Replying to @bicaraboxoffice
Mirip saras 008 😂

---

**Relevant people**

**Bicara Box Office**
@bicaraboxoffice                    Follow
Box office data and analysis, nerd and geek stuff, occasional random stuff. Proud founder of @cinepoint_ app. Please don't ask for a rate card, there's none.

**What's happening**

FIFA World Cup · 3 hours ago
**Mexico vs Poland**

#AvatarTheWayOfWater🐋
Get tickets now · In theaters December 16
📣 Promoted by Avatar

Trending in California
**LAPD**
12.1K Tweets

Trending in California
**Mexicans**
18.7K Tweets

Trending in California
**Lucas**
148K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/altapeli/status/1400611800382721283 __ et __ 2022-11-19 20:34:55 -0800

← **Tweet**

 **AP** ✔
@altapeli

Más contento que Zachary Levi con traje nuevo.
Imágenes desde el set de #Shazam2 ⚡
#ShazamFuryOfTheGods que arrancó su rodaje.

Translate Tweet



5:34 PM · Jun 3, 2021 · Twitter Web App

**2** Retweets   **1** Quote Tweet   **17** Likes

 Tweet your reply                               Reply

**Lucía** ✨ @LuciaMansilla · Jun 3, 2021
Replying to @altapeli
@Juuciro

♡ 1

**JULIETA** @Juuciro · Jun 3, 2021
Replying to @LuciaMansilla and @altapeli
Ni la vi esa ajajaj

♡ 1

Show replies

---

**Relevant people**

 **AP** ✔                    Follow
@altapeli
Cuenta oficial de AltaPeli.com - Cine /
Series / Críticas / Noticias /
Videojuegos

**What's happening**

Television · 33 minutes ago
**Saturday Night Live airing on
NBC**

#GetYourRideRight
Book your ride up to 30 days ahead with Uber
Reserve
Promoted by Uber

Trending in United States
**HE'S BACK**
Trending with Welcome Back

Trending in California
**HELL NO**
45.4K Tweets

Trending in United States
**Best of 7**
7,109 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/damieforever48/status/1578056062887151206S __ at __ 2022-11-20 08:52:55 -08:00 __

← **Tweet**

🔍 Search Twitter

---

**Daki_Jamie** ❤️
@damieforever48                                      ...

New pics of Dakota was seen on the set of "Madame Web" in Boston (Via @dakotajohnsonpt) ❤️
#DakotaJohnson #MadameWeb

9:16 AM · Oct 6, 2022 · Twitter for Android

**9** Retweets   **36** Likes

💬            🔁            ♡            ⬆️

Ⓟ  Tweet your reply                    **Reply**

---

## Relevant people

**Daki_Jamie** ❤️              **Follow**
@damieforever48
Fan Account Jamie Dornan e Dakota Johnson ❤️

**Dakota Johnson P...** ✔️     **Follow**
@dakotajohnsonpt
A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷: @DJPTMidias | Fã-Clube.

## What's happening

FIFA World Cup · LIVE
**Qatar vs Ecuador**

#Disenchanted 🧙‍♀️
Original movie now streaming
▶️ Promoted by Disney+

Only on Twitter · Trending
**RIP JDF**
5,671 Tweets

Trending in United States
**Jason Frank**
46.8K Tweets

Trending in United States
**#QATECU**
64.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More
**Tweet**


**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/Sodakotabella2/status/1578421170587566084 __ at __ 2022-11-20 11:51:40 -08:00
22-cv-09462-DMG-ADS Document 23-28 Filed 03/13/23 Page 26 of 101 Page ID #:5817

← **Tweet**

🔍 Search Twitter



Bella 🌸🧛 aka The Cha Cha Real Smooth stan 🇫🇷
@Sodakotabella2                                    •••

She probably wear her costume with silver/grey hair .. I am so confused right now about who she is playing 🤔
#MadameWeb #DakotaJohnson



9:25 AM · Oct 7, 2022 · Twitter for Android

**1** Quote Tweet    **27** Likes

💬              🔁              🤍              ↗



P  Tweet your reply                              Reply

Sabru @sacisarkj9t1320 · Oct 7                    •••
Replying to @Sodakotabella2
I really like she play Julia Carpenter

💬              🔁              🤍              ↗

John Henry Irons @Henry58979558 · Oct 7          •••
Replying to @Sodakotabella2
You can barely see the actress face but you still teying to understand why Dakota is wearing a grey wig instead of thinking this may not be her or her stunt double but a different character



GIF  ALT

💬        🔁 2        🤍              ↗

## Relevant people


Bella 🌸🧛 aka The C...
@Sodakotabella2                    Follow
Fan account 👩‍🎤// Dakota Johnson 🕷,
Jenifer 🎤, Coldplay🎶, Eurovision fan
💃, Papadakis Cizeron 🛼 💙// Series,
movies, music, television, sport
interests 💘

## What's happening

NFL · LIVE
**Browns at Bills**

**#Disenchanted** 🎬
Original movie now streaming
⬛ Promoted by Disney+

Only on Twitter · Trending          •••
**Rest In Peace**
46.9K Tweets

Trending in California             •••
**Morgan Freeman**
184K Tweets

Trending in California             •••
**Shakira**
110K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

Perkowski Legal P.C.          •••
@c_perkowski

← **Tweet**

🏳️🇺🇸 **Trixy #TeamEvansOfficial**🏳️🇮🇹🇺🇸🇮🇹 ···
@TheBostoniana
⚙ Automated

Chris filming Red One in Atlanta.

Credit to @cevans_army



9:02 AM · Nov 4, 2022 · Twitter for iPhone

**2** Retweets   **8** Likes

💬            ⟲            ♡            ↥

P  Tweet your reply                    Reply

Joan @joans3627 · Nov 4            ···
Replying to @TheBostoniana and @Cevans_Army
Thanks

💬            ⟲            ♡            ↥

🔍 Search Twitter

### Relevant people

🏳️🇺🇸 **Trixy #TeamEva...**    Follow
@TheBostoniana
⚙ Automated
I am a Brazilian girl 👧 🇧🇷, (adopted by an Italian 🇮🇹 family) transplanted to the USA in Boston 🇺🇸❤️ I loves dogs 🐕💙 @chrisevans @astartingpoint

Chris Evans Army    Follow
@Cevans_Army
Chris Evans Fan Page

### What's happening

NBA · 1 hour ago
**Lakers at Suns**

**#AvatarTheWayOfWater**🧜
Get tickets now - In theaters December 16
📢 Promoted by Avatar

Trending in United States        ···
**Erection**
19.7K Tweets

Trending in California          ···
**Costco**
6,015 Tweets

Music · Trending            ···
**SEOUL**
79.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

P  **Perkowski Legal P.C.**  ···
@c_perkowski

https://twitter.com/crewemedia_/status/1442299201933320 | 2025-11-05 03:41:36 UTC | Document 23-29 Filed 03/13/23 Page 28 of 101 Page ID #3819

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

### Relevant people

@crewemedia_  **Follow**
Media account for @FilmUpdates

### What's happening

NFL · 2 hours ago
Browns at Bills

#DIsenchanted 🪄
Original movie now streaming
Promoted by Disney+

Sports · Trending
**Trenton Irwin**

Sports · Trending
**Noah Brown**

Trending in California
#4AMAs 🥇
1.7M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

@crewemedia_



4:13 PM · Sep 26, 2021 · Twitter for iPhone

**125** Retweets   **610** Quotes Tweets   **1,210** Likes

**Tweet your reply**   **Reply**

**zena** @zena02277127 · Sep 27, 2021
Replying to @crewemedia_
The weekend is really gay

**Javan Bass** @JavanBass · Sep 27, 2021
Replying to @zena02277127 and @crewemedia_
I 100% guarantee you are a black woman with that take.

**Paola** @paolodfojozz · Sep 26, 2021
Replying to @crewemedia_

**Darryl Dyer** @DoubleD7073 · Sep 26, 2021
Replying to @crewemedia_
Looks more like they are leaving at the same time rather than together! What is that a Handmaid walking behind him?

**Seven** @cosplayed7 · Sep 27, 2021
Replying to @crewemedia_
My king and his obsession for white women continue
• • • • hmmm

**Valdez Williams** @ValdezWilliams_ · Sep 26, 2021
Replying to @crewemedia_
She's just trying to adopt him... yall need to stop lmao 😂😂😂

**Dream Queen** 👑👑 @DreamQu63975134 · Sep 27, 2021
Replying to @originalwiend2 and @crewemedia_
😂😂😂

**Jez Johnson** @jezeniajohnson · Sep 27, 2021
Replying to @crewemedia_
Definitely doesn't look romantic!

**CRUEL AZUL** @its_apfc3 · Sep 26, 2021
Replying to @crewemedia_
@tiredheadass

**saruh** @tiredheadass · Sep 26, 2021
Replying to @its_apfc3 and @crewemedia_
OH SHIT

**盗江原亚历川 #2116富由山大脑卵...** @Emperor_off... · Sep 26, 2021
Replying to @crewemedia_
"Lips like Angelina"

**zd** @gardnesh_ed · Sep 26, 2021
Replying to @crewemedia_
whatttt

**Monica RN** @Greenthaxmonm · Sep 27, 2021
Replying to @crewemedia_
I thought I was the only older white mom with a secret crush on The Weekend 😂

**Lupita** @thecadejulizo · Sep 26, 2021
Replying to @crewemedia_ and @marinamorena_
Pelo amor de deus eu não dou conta

**mm** @marinamorena_ · Sep 26, 2021
Replying to @thecadejulizo and @crewemedia_
miga, o poder deste casal 💗💗💗💗

**yuri** 🦋 @yuruohh · Sep 26, 2021
Replying to @crewemedia_
@janoa amigari!

**Davlies** @daviesofficial · Sep 26, 2021
Replying to @crewemedia_
Maybe they working on something together

**ErikOchoa** @ErikOchoa · Sep 26, 2021
Replying to @crewemedia_
"Acquainted"

**AlvinMonte** @AlvinMonte1 · Sep 26, 2021
Replying to @crewemedia_
Maybe there just close friends and having dinner

**Ava Banton** @AvaBanton · Sep 26, 2021
Replying to @crewemedia_
LIVE AND LET PEOPLE LIVE

Show more replies



← **Tweet**

# Navigation

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

⇄ SneakPeek Retweeted

 **SneakPeek**
@SNEAKPEEKCA  ···

sneakpeek.ca/2018/06/wonder...



1:20 PM · Jun 22, 2018 · Twitter Web Client

**1** Retweet   **1** Like

💬            ⇄            ♡            ⬆️

 Tweet your reply            Reply

Perkowski Legal P.C.
@c_perkowski  ···

🔍 Search Twitter

**Relevant people**

 **SneakPeek**
@SNEAKPEEKCA   Follow
Invite Only

**What's happening**

NFL · This morning
**Chiefs at Chargers**

Music · Trending
**Billy Joel**
1,303 Tweets   ···

Entertainment · Trending
**Disney**
Trending with Bob Iger, Chapek   ···

Sports · Trending
**nick bolton**
3,237 Tweets   ···

Trending in United States
**Schiff**
54.3K Tweets   ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from a suspended account. Learn more



**Perkowski Legal P.C.**  ...
@c_perkowski

— https://twitter.com/BenjaminEnfield/status/1288972770223837184 __ at __ 2022-11-21 21:39:12 -08:00

← **Tweet**

 ‼️ Now HipHop News ‼️ 
@NowHipHopNews_

You started the series without me Kim..... WITHOUT
ME.....



4:00 PM · Jul 30, 2020 · Twitter for iPhone

**6** Retweets   **2** Quote Tweets   **20** Likes

---

P
Tweet your reply                    **Reply**

G 🐾 @ginarozayy · Jul 30, 2020
Replying to @NowHipHopNews_ and @BenjaminEnfield
LOL

💬        ⟲        ♡ 1        ↥

---

## Left sidebar

🐦

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**


Perkowski Legal P.C.
@c_perkowski

## Right sidebar

🔍 Search Twitter

**Relevant people**

 ‼️ Now HipHop N...
@NowHipHopNews_          **Follow**

We bring you the latest music from
independent artists. Reaching
40million people monthly. SUBMIT
YOUR MUSIC for unlimited yearly
promotion 👇

**What's happening**

NFL · 1 hour ago
49ers at Cardinals

Entertainment · Trending
**Died Suddenly**
65.1K Tweets

Trending in United States
**Murder House**
1,724 Tweets

Trending in United States
**August Alsina**
Trending with #TheSurrealLife

Trending in California
**Dodger Stadium**
9,318 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/Infosseriesfr/status/1539732765381464089 __ at __ 2022-11-21 08:37:35 -0800 __

← **Tweet**

 **Infos Séries**
@InfosSeriesFR

...

**#PHOTOS** Margot Robbie et Ryan Gosling sur le tournage de Barbie

 

3:11 PM · Jun 22, 2022 · Twitter for iPhone

**12** Retweets   **3** Quote Tweets   **163** Likes



P   Tweet your reply                                    Reply

## Relevant people

 **Infos Séries**   **Follow**
@InfosSeriesFR

Bienvenue sur votre source française sur toutes vos séries, films et stars préférées
contact:Lnfosseriesfrpro@gmail.com
@dianemarchetti1 &
@jeannepchll

## What's happening

FIFA World Cup · LIVE
**England vs Iran**


Trending in United States
**Maguire**
Trending with #ThreeLions 🏴󠁧󠁢󠁥󠁮󠁧󠁿, Luke Shaw    ...

Music · Trending
**Kelly Rowland**
Trending with Chris Brown    ...

Gaming · Trending
**Maple Treeway**
Trending with 3DS RAINBOW ROAD    ...

Trending in United States
**Hive**
62.3K Tweets    ...

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

 **Perkowski Legal P.C.**   ...
@c_perkowski

← **Thread**



**Cinematizando** ···
@CinematizandoOf

Imagens dos bastidores de Besouro Azul com o Xolo Maridueña com o uniforme do herói

#BesouroAzul #BlueBeetle #XoloMaridueña #DC



12:48 PM · May 26, 2022 · Twitter Web App

**3** Likes

💬          🔁          ♡          ⬆️

 Tweet your reply          Reply

**Cinematizando** @CinematizandoOf · May 26 ···
Replying to @CinematizandoOf
#BesouroAzul #BlueBeetle #XoloMaridueña #DC



💬          🔁 1          ♡ 3          ⬆️

🔍 Search Twitter

**Relevant people**

 **Cinematizando**   Follow
@CinematizandoOf

**What's happening**

NCAA Men's Basketball · Last night
**Dukes at Tar Heels**

Family & relationships · Trending ···
**Thanksgiving Day**
11.8K Tweets

The Walking Dead · Trending ···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in California ···
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Family & relationships · Trending ···
**Thanksgiving Week**
19K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Black Panther 2 News
@BlackPantherNews

Martin Freeman (Agent Ross) on the set of BLACK
PANTHER: WAKANDA FOREVER.



3:35 PM · Aug 20, 2021 · Twitter for iPhone

227 Retweets    236 Quote Tweets    2,286 Likes

Tweet your reply                                          **Reply**

Relevant people

Black Panther 2 News
@BlackPantherNews
Follow
The best fan source for news on
Ryan Coogler's #BlackPanther
Wakanda Forever.

What's happening

FIFA World Cup · LIVE
Mexico vs Brazil

#AvatarTheWayOfWater
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
Ochoa
Trending with #MX99% QUALIFIER

Trending in United States
Argentina

Sports · Trending
#GTMcontest27

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/luciferagb/status/1379277682215641089 __ at __ 2022-11-22 06:23:39 -08:00 __

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.**
@c_perkowski

← **Thread**

**Taverna Marvel | Fan-Club**
@TavernaMarvel

🥁Dominique Thorne como Riri Williams e com o traje da Ironheart no set da série.



2:02 PM · Aug 8, 2022 · Twitter Web App

**8** Retweets   **35** Likes

**Taverna Marvel | Fan-Club** @TavernaMarvel · Aug 8
Replying to @TavernaMarvel
Via: Just Jared
♡ 1

---

**Relevant people**



**Taverna Marvel | Fan-...** **Follow**
@TavernaMarvel
Portal focado no universo da Marvel. Todas as notícias e informações você encontra aqui. Ative as notificações 🔔
📧Contato: tavernamarvel@gmail.com

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Trending in California
**Dodger Stadium**
14K Tweets

Trending in United States
**Mendy**
Trending with  Robyn

Music · Trending
**#askmeek**
3,237 Tweets

Trending in United States
**#TeamUSA🇺🇸**
1,169 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/ElAragueno/status/1451521214921334790 __ at __ 2022-11-22 07:16:27 -08:00 __

← **Tweet**

## Home
## Explore
1
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

 **El Aragüeño**
@ElAragueno
···

Willow Smith y Avril Lavigne estrenan video -
elaragueno.com.ve/willow-smith-y... #Farándula



5:10 AM · Oct 22, 2021 · TweetDeck

💬          🔁          ♡          ⬆️

 Tweet your reply          Reply

## Relevant people

 **El Aragüeño**
@ElAragueno          Follow

EL PRIMER DIARIO DE ARAGUA. ¡50
años contando tu historia!

## What's happening

FIFA World Cup · 3 hours ago
**Argentina vs Saudi Arabia**



**#AvatarTheWayOfWater**🗿
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
105K Tweets          ···

Trending in United States          ···
**#السعوديه_الارجنتين**
1.27M Tweets

Trending in United States          ···
**Argentina**
Trending with  #FIFAWorldCup 🏆 · Herve Renard

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

Perkowski Legal P.C.   ···
@c_perkowski



← **Thread**



🔍 Search Twitter



🐦

🏠 Home

\# Explore

🔔 Notifications **1**

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**



(M) **inMARVEL** ❄️ **#MarvelStudios #Marvel #Waka...** @inMA... · Aug 8  ···
Y un primer vistazo también al actor Anthony Ramos como The Hood 🔥
#IronHeart #AnthonyRamos
#Marvel #MCU #DisneyPlus
#MarvelStudios #MultiverseSaga

💬 1          ⟲          ♡ 6          ⤴

(M) **inMARVEL** ❄️ **#MarvelStudios #Marvel #WakandaForever**
@inMARVEL_          ···

Un par más 👍🏻
#IronHeart #AnthonyRamos
#Marvel #MCU #DisneyPlus
#MarvelStudios #MultiverseSaga
Translate Tweet

1:57 PM · Aug 8, 2022 · Twitter for Android

5 Likes

💬          ⟲          ♡          ⤴

(P)          Tweet your reply                    **Reply**

**Relevant people**



(M) **inMARVEL** ❄️ **#Marv...**          **Follow**
@inMARVEL_

Aquel que disfrute del contenido de Marvel Studios, si es digno, poseerá el poder de saber todo acerca del MCU. ¡Sígueme y sé un Nuevo Vengador! 👏🤳

**What's happening**

NFL · Yesterday
**Lions at Giants**

Adult animation · Trending          ···
**#rickandmorty** 🎙️
1,628 Tweets

Trending in United States          ···
**Bob Iger**
Trending with Disney, Chapek

Trending in United States          ···
**UCLA**
11.5K Tweets

Music · Trending          ···
**Lionel Richie**
3,839 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···

__ https://twitter.com/hoodville_/status/1418846194323890180 __ at __ 2022-11-22 12:29:33 -06:00

22-cv-09462-DMG-ADS   Document 23-28   Filed 03/13/23   Page 41 of 101   Page ID
#5832



# Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Hoodville ✔
@Hoodville_

"On gawd I don't even know who 'Throatzilla' is, my phone trippin"



@Hoodville

1:11 AM · Jul 24, 2021 · Twitter for iPhone

**236** Retweets   **23** Quote Tweets   **2,555** Likes

Tweet your reply                                    Reply

violence +98 others @WameShole · Jul 24, 2021
Replying to @Hoodville_
"This ain't even my phone"
♡ 27

HypeSide @ilhyper · Jul 24, 2021
Replying to @Hoodville_
Just name that hoe Blocked Number 😭😭😭

Mastodon: @scottbeamer@social.linux.pi... @Scott_Bea... · Jan 29
Replying to @Hoodville_

PLEASE LET ME EXPLAIN
GIF  ALT                                            NETFLIX

🧧 @vpa_trading · Jul 24, 2021
Replying to @Hoodville_
that my old spanish teacher mrs. atzilla
♡ 1

Jayne Yee | 余美巳 @ilien_yee · Jul 24, 2021
Replying to @Hoodville_ and @AsperinRobby
HAHAHAHAHAHAH YANNANAMAN HOODVILLE
♡ 1

robby @AsperinRobby · Jul 24, 2021
Replying to @ilien_yee and @Hoodville_
Tb4l 🤣🤣
♡ 2

Moses Bilva🇿🇲 @Bilvalr · Jul 24, 2021
Replying to @Hoodville_
😂😂😂😂😂😂
♡ 1

... 🖤😂😂 @Moe48141064 · Jul 24, 2021
Replying to @Hoodville_
🤣🤣😂😂 Dead asf!!

Official.Griff @AlmightyGriff · Jul 24, 2021
Replying to @Hoodville_
it b like that

This Tweet is from a suspended account. Learn more

tan man @tsims773 · Jul 24, 2021
Replying to @realrthanDmoney and @Hoodville_
🤣🤣🤣😂

Perkowski Legal P.C.
@c_perkowski

**Relevant people**

Hoodville ✔
@Hoodville_              Follow
Home of the hood | 8.2 Million on IG |
#TB4L | MY NFT @angrypitbullclb

**What's happening**

FIFA World Cup · 2 hours ago
**Mexico vs Poland**



#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
✦ Promoted by Avatar

Trending in California
**Mexicans**
16.6K Tweets

Trending in United States
**Ochoa**
Trending with Poland, Lewandowski

Trending in California
**LAPD**
11.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

https://twitter.com/dc_da_depressao/status/1326995077654061056 ... 2022-11-21 23:28:56 -08:00
Document-23-28    Filed 08/13/23    Page 42 of 101    Page ID
#5433



🔍 Search Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

**DC da Depressão**
@Dc_da_depressao

Mais fotos do Besouro Azul de Xolo Maridueña nos
bastidores do filme.



2:48 PM · May 25, 2022 · Twitter for Android

**33** Retweets  **10** Quote Tweets  **624** Likes

Tweet your reply                                    Reply

**Sociedade dos leitores de HQS** @LordoHQ · May 25
Replying to @Dc_da_depressao
Vou esperar chegar o trailer mas tô confiante que esse vai competir com
The Flash pra melhor filme de 2023 em gênero de herói
♡                            ↻                            ♡ 13

**RUMO AO HEXA SIMBORA** 🏆 @jamodilamba · May 25
Replying to @LordoHQ and @Dc_da_depressao
acho que The Flash n chega nt perto de competir n sinceramente
♡                            ↻ 2                         ♡

**volta sense8** @pedrohw_ · May 27
Replying to @Dc_da_depressao
Confiante!. lá tá lindo, espero que fique melhor depois da pós.
♡                            ↻                            ♡

**Mariana** 🇧🇷 @marygoliveir · May 25
Replying to @Dc_da_depressao
Gente o capacete idêntico ao do homem de ferro

**Thay • 0.29%** @M1swin · May 25
Replying to @marygoliveir and @Dc_da_depressao
Você tá falando de ser da forma de uma cabeça?! Ou ter dois olhos?! Kkkkk
♡                            ↻                            ♡ 4

@elsqu3staci · May 25
Replying to @Dc_da_depressao
Mano tá foda pol
♡                            ↻                            ♡ 1

**joabe** @jojobett · May 25
Replying to @Dc_da_depressao
ficou lindão
♡                            ↻                            ♡

**Hater Brasileiro** 🇧🇷 @CentralHaterBRA · May 25
Replying to @Dc_da_depressao
Não gostei
♡ 3                          ↻                            ♡ 3

**Mr** @Memusz · May 25
Replying to @CentralHaterBRA and @Dc_da_depressao

## perguntei?

♡                            ↻                            ♡

Show replies

**erickkkk** @erick_kirutrif · May 25
Replying to @Dc_da_depressao
@Luh_Sanayotto tá um charme em
♡                            ↻                            ♡

**ㄖ卄𝗢ㄥ 丅凹⅃ᕯ⅃** @Cravino95 · May 25
Replying to @Dc_da_depressao
Tá muito parecido com Injustice mano, até confundi aqui kkkkk
♡                            ↻                            ♡

**Plastic💥 Fetter** @petteragain · May 25
Replying to @Dc_da_depressao
MANO TA IMPEGÁVEL PELO AMOR DE DEUS QUE TROÇO LINDO AAAAAAA

**duarte com d de delícia** 😂😂 @duarteez1 · May 25
Replying to @Dc_da_depressao
@TCastle76

---

## Relevant people

**DC da Depressão**
@Dc_da_depressao                    Follow
Me diz, você nos segue? Vai seguir!😱
|| Uma das maiores fan-pages da DC
no Instagram e no Twitter! 💙

## What's happening

NFL · 3 hours ago
49ers at Cardinals

Trending in California
**Mexicans**
6,587 Tweets

Entertainment · Trending
**Died Suddenly**
72.2K Tweets

Only on Twitter · Trending
**Pablo Milanés**
Trending with Auburn

Entertainment · Trending
**Sinbad**
8,612 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

__ https://twitter.com/AndyVermaut/status/1302320720921261570 __ at __ 2022-11-21 13:43:24 -08:00 __

← **Tweet**



**Andy Vermaut**
@AndyVermaut

•••

Sophie Turner Stuns In 1st Photos Since Giving Birth To Daughter Willia, 1 Month, Along With Joe Jonas
hollywoodlife.com/2020/09/05/sop...



12:00 PM · Sep 5, 2020 · dlvr.it

    

 Tweet your reply                    Reply

---

🔍 Search Twitter

## Relevant people



**Andy Vermaut**    Follow
@AndyVermaut

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

FIFA World Cup · 11 minutes ago
**USA vs Wales**

Entertainment · Trending    •••
**julia fox**
7,335 Tweets

Trending in United States    •••
**HOW IS THAT NOT A YELLOW**

TV stars · Trending    •••
**#MyFamilyIsWeird**

Family drama · Trending    •••
**#GTMcontest7**

Show more

Terms of Service    Privacy Policy    Cookie Policy    Accessibility    Ads info    More •••
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski    •••

https://twitter.com/FUCCI/status/1501839031700639746 _ ...rel ... 2020-11-21 22:22:12 -08:00...
22-cv-09462-DMG-ADS   Document 23-28   Filed 03/13/23   Page 44 of 101   Page ID
#5835

**AMERICA'S PROBLEM** ✔
@FUCCI



12:35 AM · Mar 10, 2022 · Twitter for iPhone

**1,104** Retweets  **65** Quote Tweets  **13.2K** Likes

Tweet your reply                    **Reply**

**Amiaya E. Jones** @Sparkle1Nonly · Mar 10
Replying to @FUCCI
Aww, I love the baby bump! 🤰

**Dapper** @Dapper_Cadaver_ · Mar 11
Replying to @FUCCI

**I'M COMING BACK FOR YOU BAYBEE!** 🥰 @JayBaybee94 · Mar 10
Replying to @FUCCI and @IvyKungu
Big mommy milkers! 🥛😍
    1                    2

**healing in progress...** @richelllllll · Mar 10
Replying to @JayBaybee94 @FUCCI and @IvyKungu
dont even do miss fenty like that ._. have some decorum
                                 17

**Tra 26** @TrendBlazzer224 · Mar 10
Replying to @FUCCI
a

**Alien superstar** @Crissie_crisss · Mar 10
Replying to @FUCCI
@LexiShantell

**Daawaaf** @Donuvak · Mar 10
Replying to @FUCCI and @cookieekawaii
Hair 7 Natural. IKDR
                                 1

Show more replies

Perkowski Legal P.C.
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Search Twitter

**Relevant people**

**AMERICA'S PROBL...** ✔    Follow
@FUCCI
tastemaker | ancient god | served in
the navy since 2005 pronouns:
(he/want/me) (Naija Basqiat)

**What's happening**

NFL · 2 hours ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
69.6K Tweets

Trending in California
**Dodger Stadium**
8,710 Tweets

Sports · Trending
**Troy Aikman**
1,047 Tweets

Sports · Trending
**Trey Lance**
1,342 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/tvoyi_muziki/status/1208522624670052992 __ at __ 2022-11-22 19:07:27 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-28   Filed 03/13/23   Page 45 of 101   Page ID
#:5836

← **Tweet**

**Твои Мужики|| TM COMICS**
@tvoyi_muziki

···

Я: /читаю посты с тамблера про нОчЬ эТо воЛШебНоЕ вРеМя дЛя пОхоДа в кИно иЛи прОгулОк с дРузьяМи/

Я ночью:

Translate Tweet



3:00 PM · Dec 21, 2019 · Twitter for Android

**19** Retweets   **436** Likes

💬        🔁        🤍        📤

Ⓟ  Tweet your reply                **Reply**

🇺🇦Марні🐸лягуха мандрівниця🌵(на р... @Miro... · Dec 21, 2019
Replying to @tvoyi_muziki
Я ночью что-то сыкую выходить на улицу... Там темно. И стремно и вообще на улице есть люди. Вот и причина некуда не идти.
💬        🔁        🤍 3        📤

хаотик хорни лиз @l_listik_l · Dec 21, 2019
Replying to @tvoyi_muziki
Я ночью: Фанфики мои фанфики
💬        🔁        🤍 3        📤

---

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊕ More

**Tweet**

Ⓟ Perkowski Legal P.C.   ···
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

**Твои Мужики|| TM C...**     **Follow**
@tvoyi_muziki
Пишем несмешные шутки по фандомам и сценарии в стол. А вообще, мы паблик, если чё. // My baby @tm__comics

**What's happening**

Television · 5 minutes ago
**Bachelor in Paradise airing on ABC**

#AvatarTheWayOfWater🧑‍🦱
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States     ···
**RIP Harold**

Trending in California     ···
**Hooters**
8,221 Tweets

Politics · Trending     ···
**Epstein**
33.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

**Артём Дерягин** ✓
@DerArto

Это дом Энтони Хопкинса и он совершенно не пострадал от пожаров в Калифорнии. Потому что даже огонь не хочет связываться со стариной Энтони!

Translate Tweet



9:22 AM · Nov 16, 2018 · Twitter for iPhone

**34** Retweets    **1** Quote Tweet    **287** Likes

🖋 **Tweet your reply**    **Reply**

**who_do_you_think_you_are** @valerie__wtf · Nov 16, 2018
Replying to @DerArto
Огонь просто не хочет, чтобы его печень съел Хопкинс с бобами и хорошим кьянти.

♡ 5

This Tweet was deleted by the Tweet author. Learn more

**Alex Belan** @alex_belan_2000 · Nov 16, 2018
Replying to @elenunki @DerArto and @YuriyLoza
Мне кажется там потом снова всё пастрят, и приедут новые или старые жильцы.

♡ 1

---

**Search Twitter**

**Relevant people**



**Артём Дерягин** ✓    **Follow**
@DerArto
Сын маминой подруги. Человек года - 2006 по версии журнала TIME. С детства за Ливерпуль. Иногда шучу. Иногда не шучу. #YNWA

**What's happening**

NFL · LIVE
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
43.9K Tweets

Sports · Trending
**Cale Makar**
1,150 Tweets

Trending in United States
**Tampax**
29.1K Tweets

Bachelor in Paradise · Trending
**#BachelorInParadise** 🌹
Trending with Genevieve, Shanae

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/guidance_the/status/1329585840935276545 __ at __ 2022-11-21 00:41:01 -08:00 __

← **Tweet**

**TheGuidance**
@guidance_the

···

Por fin tenemos un primer vistazo de Iman Vellani como Kamala Khan para #MsMarvel, serie de #Marvel y #DisneyPlus. Vemos a la actriz vestida de #CapitanaMarvel.

Translate Tweet



4:42 PM · Nov 19, 2020 · Twitter for iPhone

1 Like

Tweet your reply

Reply

## Relevant people

**TheGuidance**
@guidance_the

Follow

Todo el contenido geek al alcance de tu mano. Noticias, análisis, cómics narrados, curiosidades, etc.

## What's happening

NCAA Men's Basketball · Yesterday
**Bears at Bruins**

Trending in United States
**Bob Iger**
Trending with Disney, Chapek

···

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

···

Trending in United States
**UCLA**
11.8K Tweets

···

Trending in United States
**#AMAs**🔥
4.71M Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

···

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

← **Thread**

**SUMC Direct**
@SUMCDirect    ···

New leaked photos of Madame Web!



10:52 AM · Oct 6, 2022 · Twitter Web App

**2** Retweets    **2** Quote Tweets    **27** Likes

Tweet your reply    **Reply**

**SUMC Direct** @SUMCDirect · Oct 6    ···
Replying to @SUMCDirect
Here is some more photos!



1                1                11

**357** @lamwilk · Oct 6    ···
Replying to @SUMCDirect
Looks like a bluescreen stage so I'm actually surprised these photos got
taken as well

1

Search Twitter

**Relevant people**

**SUMC Direct**
@SUMCDirect    **Follow**
SUMC Direct, the home of Sony's
Marvel characters news. Reliable news
and one of a kind content for
everything Sony's Universe of Marvel
Characters.

**What's happening**

FIFA World Cup · 5 hours ago
**World Cup Qatar 2022: Opening
Ceremony**

**#Disenchanted** 🧹
Original movie now streaming
▶ Promoted by Disney+

Trending in California    ···
**Rest In Peace**
52.3K Tweets

Trending in California    ···
**Elton John**
10.3K Tweets

Only on Twitter · Trending    ···
**Rest in Power**
24K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

← **Tweet**

**Dakota_chris**❤️
@Dakotachris1

...

Chris with the Rock 🔥

#chrisevans



9:34 AM · Nov 4, 2022 · Twitter for Android

**1** Retweet    **14** Likes

🔍 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**



Tweet your reply

**Reply**

🔍 Search Twitter

**Relevant people**

**Dakota_chris**❤️    Follow
@Dakotachris1
Dakota johnson Chris evans

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater**👽
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Trending in United States    ...
**Erection**
19.1K Tweets

Trending in California    ...
**Costco**
5,946 Tweets

Entertainment · Trending    ...
**Bruce Lee**
7,040 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.


**Perkowski Legal P.C.**    ...
@c_perkowski

__ https://twitter.com/SNEAKPEEKCA/status/980650246270214146 __ at __ 2022-11-21 18:00:40 -08:00 __

← **Tweet**



Q Search Twitter



**SneakPeek**
@SNEAKPEEKCA

...

**sneakpeek.ca/2018/03/captai...**



8:36 PM · Apr 1, 2018 · Twitter Web Client

**4** Retweets   **5** Likes

---

P   Tweet your reply                    Reply

---

**Relevant people**

**SneakPeek**          Follow
@SNEAKPEEKCA
Invite Only

**What's happening**

NFL · Last night
**Cowboys at Vikings**



Sports · Trending
**Mexico City**
13.8K Tweets

Trending in United States
**Trent Reznor**
11.4K Tweets

Trending in United States
**Combat Mode**
1,504 Tweets

Entertainment · Trending
**Julia Fox**
8,861 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

P   **Perkowski Legal P.C.**   ...
@c_perkowski



**ju | see pinned** 📌
@harleivy

## DANAI GURIRA AS OKOYE



6:50 PM · Aug 24, 2021 · Twitter for iPhone

**1** Retweet  **16** Likes

← Tweet

Search Twitter

### Relevant people



**ju | see pinned** 📌
@harleivy

**Follow**

#DRUIG: my beautiful, beautiful makkari | @editsdrukkari

### What's happening

FIFA World Cup · 1 hour ago
**Mexico vs Poland**

 

**#AvatarTheWayOfWater** 🌊
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Trending in California
**Mexicans**
13.6K Tweets

Betty White · Trending
**Betty White**
1,514 Tweets

Trending in United States
**#BoycottTampax**
4,766 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply

**Reply**

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

**DAKOTA** 💜 💙
@tender_DMJ



THAT'S MY WIFE!

3:25 PM · May 22, 2019 · Twitter for iPhone

**1** Retweet   **9** Likes

Tweet your reply

**Reply**

## Relevant people

**DAKOTA** 💜 💙
@tender_DMJ

**Follow**

Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

## What's happening

Television · 1 hour ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in California
**Ecuador**
82.9K Tweets

Sports · Trending
**Pasadena**
1,531 Tweets

Sports · Trending
**Heupel**
2,096 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

## Home
## Explore
🔔 Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

🔍 Search Twitter

**Perkowski Legal P.C.**
@c_perkowski

← Tweet

SwiftOnSecurity
@SwiftOnSecurity

Subtweeting all of you analyzing trolling



10:45 AM · May 4, 2022 · Twitter for iPhone

10 Retweets    2 Quote Tweets    191 Likes

Tweet your reply                                        Reply

Mitchell J. Skurnik @mskurnik · May 4
Replying to @SwiftOnSecurity

THAT'S WHAT SHE SAID

Bryson @brysonbort · May 4
Replying to @SwiftOnSecurity and @ComradeEevee
Maybe it comes back 'round? 🤔

Sometimes your shallowness is so
thorough, it's almost like depth.

Mmk @ez_mmk · May 4
Replying to @SwiftOnSecurity

GIF   ALT

Gopikumar @thegopikumar · May 4
Replying to @SwiftOnSecurity
Hey guys where do I start from?I would like to make my career in
cybersecurity what's your opinion?

1                                            1

Abyssinian | #DropKiwifarms @HatingHatred · May 5
Replying to @thegopikumar and @SwiftOnSecurity
Dude. You liked your own tweet.

Carmen Crincoli - @carmencr@mastodon... @CarmenCri... · May 4
Replying to @SwiftOnSecurity

GIF   ALT      This is how deep people dress.

PicOo PLuS @PicOo · May 5
Replying to @SwiftOnSecurity
F in the chat for our fallen players out there

Relevant people

SwiftOnSecurity
@SwiftOnSecurity                Follow
computer security person at a place.
former helpdesk. they/them/tay.
Microsoft MVP, Client Security

What's happening



Sports · LIVE
2022 FIFA World Cup

Entertainment · Trending
Died Suddenly
73.4K Tweets

Trending in California
Mexicans
6,843 Tweets

Trending in United States
#MessUpThanksgiving

Trending in California
Dodger Stadium
8,357 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

Perkowski Legal P.C.    ···
@_perkowski



← **Tweet**

🔍 Search Twitter

**Mundo Vengador | #Andor | #WakandaForever**
@IniciativaV    ···

Imágenes exclusivas, desde el rodaje, de lo que se viene
en #TheFalconAndTheWinterSoldier

Translate Tweet



1:20 AM · Dec 24, 2019 · Twitter for Android

**92** Retweets    **8** Quote Tweets    **693** Likes

---

Tweet your reply                    Reply

**Mitcsh** @mitcsh · Dec 24, 2019
Replying to @IniciativaV
Por qué la mano del Buki se ve así??? es una nueva tecnología de simulación
de piel???
💬 1

**Lina ꓘꙨꙨ** @khalyrian · Dec 24, 2019
Replying to @mitcsh and @IniciativaV
Supongo que simplemente no tiene puesto el guante/la prótesis 🤷

**mon** @theJoker010101 · Dec 24, 2019
Replying to @IniciativaV
Porque falcón está vestido así?
💬 1

**neal sefernz** @alekovia · Dec 24, 2019
Replying to @theJoker010101 and @IniciativaV
para otro duelo de rap contra Eminem 🎤
♡ 7

**tamalitoVerde** 🥑 @human_yazz · Dec 24, 2019
Replying to @IniciativaV
😱😱 Zemo

**Isaac Albornoz** @IsaacAlbornoz2 · Dec 24, 2019
Replying to @IniciativaV
Emilyyyyyy 😍😍
♡ 3

---

**Relevant people**

**Mundo Vengador | #...**
@IniciativaV                    Follow
Te mantengo informado sobre las
novedades de las películas y series del
momento 🎬 Contacto:
mundovengador@gmail.com
#WakandaForever 🐾

**What's happening**

FIFA World Cup · 1 hour ago
**USA vs Wales**

Trending in United States
**#TheFive**

Sports · Trending
**Anthony Black**

Sports · Trending
**Mexico City**
13K Tweets

Trending in United States
**Iran**
1.36M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Perkowski Legal P.C.**  ···
@c_perkowski

← **Tweet**



**geek 🤓 news** ···
@GeekNews21

# Nueva imagen del rodaje de #MadameWeb

Translate Tweet



11:10 AM · Oct 6, 2022 · Twitter for Android

**1** Like

💬        🔁        ♡        ⬆️

 Tweet your reply                    Reply

🔍 Search Twitter

## Relevant people

 **geek 🤓 news**                    Follow
@GeekNews21

🇲🇽 En este perfil se darán noticias al día del mundo del cine de súper héroes tanto Marvel como DC de Star wars y de Disney y cine en general 🇲🇽

## What's happening

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 🧙
Original movie now streaming

**Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

Perkowski Legal P.C.
@c_perkowski

— https://twitter.com/movielogtr/status/1556917991945773058 __ at __ 2022-11-21 17:16:53 -08:00



← **Tweet**

 MovieLogTR
@movielogtr                                    ...

Marvel'ın Ironheart dizisinin setinden, Anthony
Ramos'un hayat verdiği The Hood'a ilk bakış.

Translate Tweet



1:19 AM · Aug 9, 2022 · Twitter for iPhone

 Tweet your reply                                    Reply

Perkowski Legal P.C.
@c_perkowski

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Search Twitter

**Relevant people**

 MovieLogTR          Follow
@movielogtr

**What's happening**

NCAA Men's Basketball · Yesterday
**Delta Devils at Tigers**



Entertainment · Trending          ...
**Died Suddenly**
38.6K Tweets

Only on Twitter · Trending          ...
#ᴅᴄхԛᴄ

https://twitter.com/SeriesUpdateFR/status/1552010866522032272 _ _ al _ _ 2022-11-20 19:40:36 -08:00

Case 2:22-cv-09462-DMG-ADS    Document 23-28    Filed 03/13/23    Page 59 of 101    Page ID #:5850

**Infos Séries**
@SeriesUpdateFR ···

Dakota Johnson sur le tournage du film Madame Web.



12:20 PM · Jul 26, 2022 · Twitter for Android

**92** Retweets    **30** Quote Tweets    **1,334** Likes

---

**estelle** @J0HNMURVEN · Jul 26
Replying to @SeriesUpdateFR
On dirait grave @avlkepner

♡ 1

**kty C** @avlkepner · Jul 26
Replying to @J0HNMURVEN and @SeriesUpdateFR
Best compliment

**I'm Daredevil** @DD_Marvel14 · Jul 26
Replying to @SeriesUpdateFR
il me fais peur un peu 😂😂

♡ 8

Show more replies

---

**Search Twitter**

### Relevant people

**Infos Séries**
@SeriesUpdateFR    **Follow**
Bienvenue sur votre premier compte source français sur toutes vos séries, films et plateformes de streaming préférées. 🎬
seriesupdatefr@gmail.com

### What's happening

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧝
Original movie now streaming
⚡ Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, #Disney

Trending in United States
**#AMAs** 🔥
Trending with soobin, Artist of the Year

Trending in California
**#BLACKPINK** 🖤💗
225K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Perkowski Legal P.C.**
@c_perkowski ···

Case 2:22-cv-09462-DMG-ADS    Document 23-28    Filed 03/13/23    Page 60 of 101    Page ID #:5851

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.**
@c_perkowski

_ https://twitter.com/bangtidyhq/status/1323366404368801792 _ at _ 2022-11-21 00:13:20 -08:00 _

← **Tweet**

**Bang Tidy Celebs**
@BangTidyHQ

···

-@madisonbeer



12:48 PM · Nov 2, 2020 · Twitter Web App

**2** Retweets  **31** Likes

Tweet your reply    **Reply**

## Relevant people

**Bang Tidy Celebs**  **Follow**
@BangTidyHQ
Bringing you Bang Tidy Celebs from
the UK and around the world. From TV
& Film to Music & Models. Any
requests feel free to tweet.

**madison beer** ✓  **Follow**
@madisonbeer

## What's happening

NFL · Yesterday
**Commanders at Texans**

Music · Trending                                          ···
**Kelly Rowland**
Trending with Chris Brown

Trending in United States                               ···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Sports · Trending                                         ···
**Toney**
14.8K Tweets

Music · Trending                                          ···
**#DavidoAt30**
58.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/SeriesUpdateFR/status/1195261921018155008 _ et _ 2022-11-21 17:01:38 -0800 _

← **Tweet**

**Infos Séries**
@SeriesUpdateFR ···

Sebastian Stan sur le tournage de la série The Falcon and the Winter Soldier.



12:47 AM · Nov 15, 2019 · Twitter for Android

**130** Retweets   **33** Quote Tweets   **512** Likes

💬   🔁   ♡   📤

P  Tweet your reply   **Reply**

Bé 🍷 Corbin's bestie @helninhook · Nov 15, 2019
Replying to @SeriesUpdateFR
@alead_ 👏👏
💬   🔁   ♡ 1   📤

Viryyo. @RomainGosc · Nov 15, 2019
Replying to @SeriesUpdateFR
@sadaouda
💬 1   🔁   ♡ 1   📤

This Tweet is unavailable. Learn more

Show replies

マスター 🇫🇷 @Alex_kv08 · Nov 15, 2019
Replying to @SeriesUpdateFR
Série ? Ou film 👀
💬 1   🔁   ♡   📤

Lucie ❄️ @PumpkinLucie · Nov 15, 2019
Replying to @Alex_kv08 and @SeriesUpdateFR
Série.
The Falcon and The Winter Soldier. Qui sera diffusée à l'automne 2020 sur Disney+.
💬   🔁   ♡ 1   📤

---

### Navigation (sidebar)

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski ···

---

### Search Twitter

**Relevant people**



**Infos Séries**
@SeriesUpdateFR   Follow

Bienvenue sur votre premier compte source français sur toutes vos séries, films et plateformes de streaming préférées. 📺
seriesupdatefr@gmail.com

**What's happening**

NCAA Men's Basketball · Last night
**Delta Devils at Tigers**

Entertainment · Trending
**Died Suddenly**
36.9K Tweets ···

Trending in United States
**House of the Rising Sun** ···

Game show · Trending
**#JeopardyTOC** 🎵 ···

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,653 Tweets ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

🔍 Search Twitter

**DC da Depressão**
@Dc_da_depressao

O diretor David F.Sandberg diz que tem planos para uma cena pós-créditos em Shazam! Fury of The Gods.



10:20 AM · Jun 6, 2021 · Twitter for Android

13 Retweets   2 Quote Tweets   278 Likes

---

Tweet your reply                    Reply

**Thales** @somenteumcara · Jun 6, 2021
Replying to @Dc_da_depressao
É aí que entra o Adão Negro

💬   🔁   ♡ 4   ↥

**Caio of Steel** @KayoJovovich15 · Jun 6, 2021
Replying to @Dc_da_depressao
Avisa que vai ser o S******** convidando o Capitão M****** pra entrar pra liga

**BLACK KNIGHT** @_zrodrigo · Jun 6, 2021
Replying to @Dc_da_depressao
Por favor que seja com o super Cavill ou Adão negro

💬   🔁   ♡   ↥

**Tah Mori** 📍/ titans · tw @kiaraftbanks · Jun 6, 2021
Replying to @Dc_da_depressao
Opaaa

💬   🔁   ♡   ↥

Show more replies

**Relevant people**

**DC da Depressão**            Follow
@Dc_da_depressao
Me diz, você nos segue? Vai seguir!🚨 || Uma das maiores fan-pages da DC no Instagram e no Twitter! 💙

**What's happening**

FIFA World Cup · 1 hour ago
**Mexico vs Poland**

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
⬡ Promoted by Avatar

Celebrities · Trending
**Tom Hanks**
4,987 Tweets

Only on Twitter · Trending
**#MHASpoilers**
Trending with #MHA374

Trending in California
**Mexicans**
14.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.   ···
@c_perkowski

https://twitter.com/celebsexycelebs/status/1448435421566967812 _et_ 2022-11-22 07:22:01 -08:00

← **Tweet**



**sexycelebs**
@CelebSexycelebs

Selena Gomez



4:48 PM · Oct 13, 2021 · Twitter for iPhone

29 Retweets  256 Likes

Tweet your reply    **Reply**

**Juan Antonio M** @djxupon · Oct 13, 2021
Replying to @CelebSexycelebs
Miau 😍 como me gustaría follarmela

🔍 Search Twitter

**Relevant people**

**sexycelebs**    **Follow**
@CelebSexycelebs
Love hot celebs (I'm a guy)

**What's happening**

Television · Last night
**Bachelor in Paradise airing on ABC**



#AvatarTheWayOfWater 🧑
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in California
**Mexico City**
25.4K Tweets

Politics · Trending
**#JFKassassination**
Trending with President Kennedy

Entertainment · Trending
**Died Suddenly**
106K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**

**Relevant people**



**Red One Updates**
@RedOneUpdates

**Chris Evans on the set of 'Red One' (via thetrashstache on Tumblr)**



8:53 AM · Nov 4, 2022 · Twitter for iPhone

**96** Retweets   **16** Quote Tweets   **840** Likes

Tweet your reply                                    Reply

**Justin** @JM_Danford · Nov 4
Replying to @RedOneUpdates
They made him look like Starlord.
♡ 1

**maria gabriela fernandez** @mariaga99537204 · Nov 4
Replying to @RedOneUpdates
Thank you for sharing these!!🤗🤗🙌🙌🙌🙌🙌🙌🙌❤️

**maria gabriela fernandez** @mariaga99537204 · Nov 4
Replying to @RedOneUpdates
Also, Thetrashstache!!! Thanks!!!🤗🤗😉

**Joan** @joans3627 · Nov 4
Replying to @RedOneUpdates
❤️💙

**aloe** @witi854 · Nov 4
Replying to @RedOneUpdates
omg ❤️

Show additional replies, including those that may contain offensive content        Show

**Red One Updates**
@RedOneUpdates                  Follow

Update Account for @AmazonStudios'
Red One, an action-adventure holiday
film starring Dwayne Johnson, Chris
Evans, Kiernan Shipka, and Lucy Liu.

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**



**#AvatarTheWayOfWater**🫐
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in United States
**Erection**
20.5K Tweets

Trending in California
**Costco**
6,028 Tweets

Celebrities · Trending
**Denzel Washington**
2,387 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

— https://twitter.com/KimKimuntu/status/1484908723902496773 __ at __ 2022-11-22 14:11:07 -08:00

← Tweet

**Paulette Kimuntu Kim**
@KimKimuntu

···

Rihanna de sortie avec son chéri Asap Rocky à New-York ❤️



7:20 AM · Jan 22, 2022 · Twitter for Android

**15** Likes

Tweet your reply

Reply

**Zedinex23** @SirZT23 · Jan 22
Replying to @KimKimuntu
Ils se séparent quand? Il y'a des gens qui attendent leur tour

···

**Harvey KalKas Yav (Le Mwant)** @harvey_kasongo · Jan 22
Replying to @KimKimuntu
Elle tombe toujours mal amoureuse celle-là, façon elle le regarde sur la deuxième photo😍

···

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

Search Twitter

**Relevant people**

**Paulette Kimuntu Kim**
@KimKimuntu

Follow

**What's happening**

FIFA World Cup · 39 minutes ago
**USA vs Wales**

Trending in United States
**Trent Reznor**
7,619 Tweets

···

Trending in United States
**Tampax**
11.3K Tweets

···

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,059 Tweets

···

Entertainment · Trending
**julia fox**
7,619 Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/parisandior/status/1490383746700357838 __ et __ 2022-11-21 09:34:03 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-28   Filed 03/13/23   Page 67 of 101   Page ID #:5858

← **Tweet**

**a**
@parisandior

···

she never misses



9:55 AM · Feb 6, 2022 · Twitter for iPhone

**333** Retweets   **51** Quote Tweets   **5,293** Likes

💬   🔁   ♡   ↥

 Tweet your reply                    Reply

**mel🦋** @cmgo__ · Feb 7
Replying to @parisandior
Tra ga da

💬   🔁   ♡   ↥

**Дружелюбный мститель** @DEADTWIT0 · Feb 7
Replying to @parisandior
Это та ради которой стоит смотреть эйфорию?

💬   🔁   ♡ 1   ↥

**Perkowski Legal P.C.** ···
@c_perkowski

---

Search Twitter

**Relevant people**

**a**                    Follow
@parisandior
warning: aries energy | pictures not
mine unless i state otherwise

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Trending in California
**Dodger Stadium**                    ···
14K Tweets

Sports · Trending                    ···
**Maguire**
124K Tweets

Entertainment · Trending             ···
**#BLEACH_anime**
33.4K Tweets

Entertainment · Trending             ···
**#AntManandTheWaspQuantumania**
1,791 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

__ https://twitter.com/mileyupdates/status/1189987667926704135 __ at __ 2022-11-21 10:34:56 -08:00 __

← **Tweet**

This Tweet is from a suspended account. Learn more

**A.Deckman** @DeckmanAngela · Oct 29, 2019

Replying to @MileyUpdates

Big surprise since she lives there most of the time, 🙋

♡ 1

---

🏠 Home

# Explore

🔔 Notifications

✉ Messages

https://twitter.com/info_DJiD/status/1556140573532667936__at__2022-11-02 12:14:08.000-0400    Document 23-28    Filed 03/13/23    Page 69 of 101    Page ID    #5860    EXH-0460-0940-0400



__ https://twitter.com/AndyVermaut/status/1305259734085246208 __ at __ 2022-11-21 02:22:08 -08:00 __

← **Tweet**



**Andy Vermaut**
@AndyVermaut

⋯

Katie Holmes Steps Out In Sweats After Major PDA Moments With New BF Emilio Vitolo Jr. — Pic
hollywoodlife.com/2020/09/13/kat...



2:39 PM · Sep 13, 2020 · dlvr.it

 


Tweet your reply

Reply

## Left sidebar

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⋯ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

## Right sidebar

🔍 Search Twitter

**Relevant people**



**Andy Vermaut**
@AndyVermaut

Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

**What's happening**

NFL · 5 hours ago
**Chiefs at Chargers**



Trending in California
#sacramentoproud                          ⋯

Trending in United States
#AMAs 🎤                                      ⋯
Trending with soobin, sabrina

Music · Trending                              ⋯
#DavidoAt30
69K Tweets

Trending in United States                     ⋯
Defunctland
4,741 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

← **Tweet**

**Tudo Miley | Fan Account** ···
@TudoMiley

Miley Cyrus em Cabo de San Lucas, no México, aproveitando uma folga antes da agenda de shows em março.

Translate Tweet



4:04 AM · Feb 26, 2022 · Twitter for iPhone

**108** Retweets   **78** Quote Tweets   **1,810** Likes

🔍 Search Twitter

**Tudo Miley | Fan Acc...**    Follow
@TudoMiley
Sua fonte da Miley Cyrus no Brasil I Your Miley's source in Brazil. Fan Account. @MediaTudoMiley @TudoMileyBrasil |
equipetudomiley@gmail.com

**What's happening**

NFL · 3 hours ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
71.7K Tweets

Trending in California
**Mexicans**
6,490 Tweets

Entertainment · Trending
**#TheVowHBO**

Entertainment · Trending in United States
**August Alsina**
Trending with lada, #TheSuns4Life

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



Tweet your reply                     Reply

**Lucas** @Lucas37796256 · Feb 26
Replying to @TudoMiley
Me lembrou a Gaga essa fotos. Ansioso demais. Vem lollapalooza
💬        🔁        ♡ 1

**lucas** @tu8tuc · Feb 26
Replying to @TudoMiley
a mulher tá muito GOSTOSA
💬        🔁        ♡

**biatch** @cynsabaao · Feb 26
Replying to @TudoMiley
uma grande gostosa
💬        🔁        ♡

**Grego!** @gregoquintero · Feb 26
Replying to @TudoMiley
Es bellisima pero no pude evitar ver sus rodillas y pensar que lucen como la cara de un bebé en un ecosonograma 3d

💬        🔁        ♡ 4

**pedro** @portalpbbr · Feb 26
Replying to @TudoMiley
espero que esteja pensando em adicionar nblah de volta na setlist 🙏
💬        🔁        ♡

**Marcelo Teixeira** @marcelotmi92 · Feb 26
Replying to @TudoMiley
Amo que o joelho dela parece dois bebês se formando hahahaha
💬        🔁        ♡ 5

**Pedr🅾** @Pedro_HCerveira · Feb 26
Replying to @TudoMiley
o joelho no formato do rostinho dela criança tm

💬        🔁        ♡ 27

**ATTENTION 🚨** @mentedistantee · Feb 26
Replying to @TudoMiley
Perfeita
💬        🔁        ♡

Show more replies

**Perkowski Legal P.C.** ···
@_perkowski



**Relevant people**

BossLogic ✔
@Bosslogic                              Follow

(Man's not bot - Kode aka @Rastajik
Team - @LineageNYC The BLU 🔵
@TheBLUniverse

**What's happening**

Sports · LIVE
**2022 FIFA World Cup**

Trending in United States
**Died Suddenly**
43.5K Tweets

Bachelor in Paradise · Trending
**#BacheloriInParadise 🌹**
Trending with Shanae

Sports · Trending
**Cale Makar**
Trending with #AvsTwitterPsychic

Entertainment · Trending
**Selma**
Trending with #OWTS 🏈 _ Jordin

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.



https://twitter.com/MarvelCineVerse/status/1558003754594097216 __ et __ 2022-11-21 04:11:32 -08:00 __

← **Tweet**

🔍 Search Twitter

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

**Marvel CinéVerse**
@MarvelCineVerse

···

#Echo [Rumeur] : Des scènes flashbacks impliquant le Caïd (Vincent D'Onofrio) et une petite fille seraient tournées pour la série ECHO, indiquant de potentiels flashbacks, qui pourraient peut-être même être liés aux scènes coupées de HAWKEYE.
(@MyCosmicCircus) — Probable 🟡 ❗

Translate Tweet




1:13 AM · Aug 12, 2022 · Twitter Web App

**11** Retweets   **37** Likes

💬   🔁   ♡   ⬆️

Ⓟ  **Tweet your reply**                    **Reply**

🎃 **Jacky328** 🎃  @f_jacky328 · Aug 12            ···
Replying to @MarvelCineVerse and @MyCosmicCircus
Si la série suit le même schéma que les autres on aura forcément un épisode 5 en quasi full flashback. C'est généralement le retour aux sources avant l'affrontement final

💬 1            🔁            ♡            ⬆️

**Tatiana** @cleopatra_foxxy · Aug 12            ···
Replying to @f_jacky328 @MarvelCineVerse and @MyCosmicCircus
Mais la série daredevil est canon ou pas ?

💬 2            🔁            ♡            ⬆️

Show replies

**Tatiana** @cleopatra_foxxy · Aug 12            ···
Replying to @MarvelCineVerse and @MyCosmicCircus
C'est clairement un variant de la série Netflix, il est plus gros la mdr

💬            🔁            ♡            ⬆️

**Relevant people**



**Marvel CinéVerse**              Follow
@MarvelCineVerse
Actualités et encyclopédie sur le MCU
Instagram 📷 : marvelcineverse_

**Cosmic Circus: Nerdy ...**      Follow
@MyCosmicCircus
Woman-owned. EiC: @mslizziehill
Mastodon: c.im/invite/YRqi6AP8 IG: instagram.com/mycosmiccircus
Discord: discord.gg/Zzjd7ZSpkM

**What's happening**

Television · Yesterday
**The Walking Dead airing on AMC**

Music · Trending            ···
**Billy Joel**
1,323 Tweets

Music · Trending            ···
**Lionel Richie**
4,009 Tweets

Trending in United States      ···
**#SisterWives**
3,606 Tweets

Trending in United States      ···
**Schiff**
54.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Tweet**

Ⓟ  **Perkowski Legal P.C.**      ···
@c_perkowski

https://twitter.com/chrisevansbrcom/status/1588599050412447744___sl___ 2022-11-22 22:02:40 -08:00 ___
Case 2:22-cv-09462-DMG-ADS   Document 23-28   Filed 03/13/23   Page 75 of 101   Page ID #:5866

**Chris Evans Brasil | Fã site**
@chrisevansbrcom

📷: Mais imagens de Chris Evans gravando cenas de Red One ontem, 03/11, em Atlanta, GA.



11:20 AM · Nov 4, 2022 · Twitter Web App

**91** Retweets   **36** Quote Tweets   **941** Likes

### Relevant people

**Chris Evans Brasil | Fã...**   **Follow**
@chrisevansbrcom
Sua principal fonte de notícias e mídia sobre o ator norte-americano @ChrisEvans. | FAN ACCOUNT, we are NOT Chris Evans! — 📧 @midiascebr

### What's happening

FIFA World Cup · This morning
**Mexico vs Poland**



#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
**Erection**
16.9K Tweets                                    ···

Trending in California
**Costco**
5,700 Tweets                                    ···

Business and finance · Trending
**Chesapeake**
25.3K Tweets                                    ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

Tweet your reply                **Reply**

**Juliana Da Cunha** @eu_ju_cunha · Nov 4
Replying to @chrisevansbrcom
Ele está me dando muito Nick Vaughan vibes e foi há 8 anos atrás.
                                    ♡ 4

**Dani** @danizaoo · Nov 4
Replying to @chrisevansbrcom
como o homem está gostoso 😍

**regina silva lima** @SilvaLima010 · Nov 4
Replying to @chrisevansbrcom
Nem fica velho ,rssss

**Luh Christofoli** @dom_christofoli · Nov 6
Replying to @chrisevansbrcom
Lindoo como sempre ❤️❤️❤️

**marcella** @mwrilliacevans · Nov 4
Replying to @chrisevansbrcom
Esse é o filme de natal? to ansiosa

**Daine Leite** @LeiteDaine · Nov 4
Replying to @chrisevansbrcom
#RedOne!! 😃

**asevera** @severo_a · Nov 4
Replying to @chrisevansbrcom
❤️❤️❤️
                                    ♡ 1

**jheny | wakanda forever** @Jhenycriss_ · Nov 7
Replying to @chrisevansbrcom
lindoooo

**lena²; lula lá** @inamulips · Nov 4
Replying to @chrisevansbrcom
aí que diç mais mimos

**aloe** @witi854 · Nov 4
Replying to @chrisevansbrcom
😍

Show additional replies, including those that may contain offensive content                **Show**

**Perkowski Legal P.C.**   ···
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
**Tweet**

Search Twitter

# Twitter

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

## Tweet

**Raúl Brindis** ✓
@raulbrindis

#Farandulazo Aseguran que Eiza González y Josh Duhamel han consolidado su romance. Fuentes cercanas a los actores aseguran que el exmarido de Fergie está cada día más enamorado de la actriz mexicana.

Translate Tweet



7:36 AM · Jun 12, 2018 · Hootsuite Inc.

**1** Retweet    **14** Likes



Tweet your reply                    **Reply**

**Claudia Gomez** @ClaudGMez · Jun 12, 2018
Replying to @raulbrindis
Pues él no se ve muy enamorado. Puro show

**Perkowski Legal P.C.**
@c_perkowski



## Relevant people

**Raúl Brindis** ✓
@raulbrindis                        **Follow**

Radio Host for El Show de Raúl Brindis

## What's happening

Sports · LIVE
**2022 FIFA World Cup**

#AvatarTheWayOfWater🙍
Get tickets now · In theaters December 16
📣 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
7,187 Tweets

Trending in United States
**August Alsina**
Trending with Jada, #TheSurrealLife

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/peruenlanoticia/status/1574728108187721729 __ at __ 2022-11-22 22:10:59 -08:00 __

← **Tweet**

**Noticias Perú 🔴🇵🇪**
@peruenlanoticia

De los extravagantes looks de Riahnna y Kim Kardashian, al casual de Dua Lipa y el traje de Irina Shayk: celebrities en un click - infobae dlvr.it/SZ4G0D



4:50 AM · Sep 27, 2022 · dlvr.it

Tweet your reply                    Reply

**Relevant people**

**Noticias Perú 🔴🇵🇪**    Follow
@peruenlanoticia

#ÚltimaHora | Fuente de noticias
#PedroCastillo #Corea #Korea
#Ucrania #Rusia #Política #China
@elcomercio_peru @larepublica_pe
#FIFAWorldCup 🏆
#QatarWorldCup2022

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater🌊**
Get tickets now - In theaters December 16
◻ Promoted by Avatar

Trending in California
**Costco**
5,752 Tweets

Trending in United States
**Erection**
17.4K Tweets

Business and finance · Trending
**Chesapeake**
27.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**

**Bishop**
@BlindWanda

Hailee Steinfeld and Jeremy Renner is seen performing stunts in a car for Hawkeye in Atlanta 20-02-2021

#Hawkey #DisneyPlus #MarvelStudios



5:48 PM · Feb 20, 2021 · Twitter Web App

**28** Retweets    **2** Quote Tweets    **127** Likes

**Relevant people**

**Bishop**     [Follow]
@BlindWanda
Lover of Marvel, DC, Star Wars, Comics, Hailee Steinfeld, BLACKPINK, and many other things ()

**What's happening**

NFL · 1 hour ago
Bengals at Steelers

#Disenchanted 🧙
Original movie now streaming
Promoted by Disney+

Trending in California
**Dodger Stadium**
9,251 Tweets

Trending in United States
**#AMAs** 🏆
Trending with soobin, Anitta

Trending in United States
**Machine Gun Kelly**
2,332 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply     [Reply]

**Appleton2** @Appleton272 · Feb 20, 2021
Replying to @BlindWanda and @CreamOrScream
how the hell is that thing Street Legal
💬 1    🔁 1    ♥ 2

**Sharth K** 🗡 @sharth_2000 · Feb 20, 2021
Replying to @Appleton272 and @CreamOrScream
Good question 😂
💬    🔁    ♥ 1

**Perkowski Legal P.C.**
@c_perkowski

← Tweet

Search Twitter

**katie** 🙌
@weloveharry_1Dx

· · ·

IS WOMEN SCREAMING AND CRYING FUNNY TO HIM



4:51 PM · Nov 26, 2020 · Twitter for iPhone

1 Like

💬   🔁   ♡   ⬆️

Tweet your reply       Reply

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski   · · ·

---

**Relevant people**

**katie** 🙌
@weloveharry_1Dx       Follow

jack's housewife

**What's happening**

FIFA World Cup · 5 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Celebrities · Trending
**Chris Evans**
Trending with Blueface

Tweet

**Respaldo HSA**
@HarrySArgentina

···

ESTAS FOTOS NO HACEN BIEN 😍🤯

Translate Tweet



8:46 PM · May 17, 2020 · Twitter for Android

**36** Retweets   **3** Quote Tweets   **390** Likes

---

This Tweet was deleted by the Tweet author. Learn more

**Respaldo HSA** @HarrySArgentina · May 17, 2020
Un poco, por dentro siguen siendo los mismos 😂😂

Tweet your reply

Reply


**Perkowski Legal P.C.**
@c_perkowski
···

## Search Twitter

**Relevant people**

**Respaldo HSA**
@HarrySArgentina
Follow

Fan Page | Updates del actor y cantante ganador de un Grammy @Harry_Styles en Argentina. • Fan Account. ¡Cuenta de respaldo de @HarryArgentina!

**What's happening**

Television · LIVE
**Bachelor in Paradise airing on ABC**

**#AvatarTheWayOfWater**🧑
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States ···
**RIP Harold**
Trending with TO BE CLEAR

Sports · Trending ···
**Ronaldo**
Trending with Glazers

Bachelor in Paradise · Trending ···
**#bachelorinparadiseabc**🌹
1,846 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/stranwberryes/status/1404923769492287488 __ at __ 2022-11-21 11:37:18 -08:00 __

← **Tweet**

**aly**
@stranwberryes

···

vivi pra ver a avril lavigne lançar um rock junto com a willow smith



3:08 PM · Jun 15, 2021 · Twitter for Android

**8** Retweets   **35** Likes

💬   🔁   ♡   ⬆️

Ⓟ   Tweet your reply   **Reply**

### Relevant people

**aly**   **Follow**
@stranwberryes
comento sobre a vida dos outros

### What's happening

FIFA World Cup · LIVE
**USA vs Wales**



Trending in California   ···
**Dodger Stadium**
14.1K Tweets

Sports · Trending   ···
**Charles Barkley**
5,383 Tweets

Trending in United States   ···
**I BELIEVE THAT WE WILL WIN**
1,273 Tweets

Trending in United States   ···
**Hive**
109K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🐦

Home

#  Explore

🔔  Notifications

✉️  Messages

🔖  Bookmarks

☰  Lists

👤  Profile

⊙  More

**Tweet**

Ⓟ  **Perkowski Legal P.C.**  ···
@c_perkowski

🔍  Search Twitter

https://twitter.com/choosezaynbr/status/1375150440002818051 __ el __ 2022-11-21 12:05:05 -08:09
2022-cv-09462-DMG-ADS    Document 23-28    Filed 03/13/23    Page 82 of 101    Page ID #5873

Perkowski Legal P.C.
@c_perkowski



# Thread

Search Twitter

**CZBR** 🧡
@choosezaynbr

Zayn e Gigi Hadid saindo com sua filha Khai em Nova York hoje (25/03).

Translate Tweet



11:19 AM · Mar 25, 2021 · Twitter for iPhone

**145** Retweets   **134** Quote Tweets   **1,112** Likes

Tweet your reply                                    Reply

**CZBR** 🧡 @choosezaynbr · Mar 25, 2021
Replying to @choosezaynbr
via. zmdaily
                                            ♡ 3

**juba. migrei** @rckrowe · Mar 25, 2021
Replying to @choosezaynbr
NAO TO RESPIRANDHDHDHDHDHDHDHDHDDH

**ray** @oasistark · Mar 25, 2021
Replying to @choosezaynbr
MUITO PAPAIS CARA

**꧁ ⋆ x⋆ 널 사랑해 7 💜 INDIGO IS CO...** @purplesev... · Mar 25, 2021
Replying to @choosezaynbr
Família perfeita af 🧡🫂💐

**carol.** @perriet91 · Mar 25, 2021
Replying to @choosezaynbr
PQ ELES PARECEM QUE ESTAO NA PORRA DE UM DESFILE??????? CUSTAVA
SEREM MENOS PERFEITOS????? PORRA, TEM GENTE QUE MORRE
                                            ♡ 2

**lune** @styleschoirs · Mar 25, 2021
Replying to @choosezaynbr
ELE TA LINDO

**bigger than tami** 💖 ♡ @TamiresFLYZEI · Mar 25, 2021
Replying to @choosezaynbr
CHOOSEEE AAAAAA😭😭😭❤️❤️❤️❤️❤️

**toria.** @tinixstyles · Mar 25, 2021
Replying to @choosezaynbr
AAAAAAAAAAAAAAA

**kessia** @DirectioNavyJP · Mar 25, 2021
Replying to @choosezaynbr
Queria ser a Khai.

**annaj** @i2tubbwo · Mar 25, 2021
Replying to @choosezaynbr
sAO ELES NSOSBKAA

**ana** @flamesonzayn · Mar 25, 2021
Replying to @choosezaynbr
EUT O APSSANDO@AMO

## Relevant people

**CZBR** 🧡
@choosezaynbr                    Follow
Sua maior e melhor fonte sobre o
cantor @zaynmalik no Brasil. 🇧🇷
midias: @choosezaynbr_ e-mail para
contato: choosezaynbr@live.com 📩 |
fan account

## What's happening

FIFA World Cup · 4 hours ago
**England vs Iran**



Trending in California
**LETS GOOOOOO**
3,142 Tweets

Trending in United States
**Oregon**
18.1K Tweets

Trending in California
**Telemundo**
7,263 Tweets

Trending in United States
**Maher**
23.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

https://twitter.com/siteptbr/status/1228127573349007168 _of ... 2022-11-21 15:40:52 -08:00
22-cv-09482-DMG-AGS    Document 23-28    Filed 03/31/23    Page 83 of 101    Page ID #:5874



https://twitter.com/KimKimuntu/status/1547630889630253056 __ el __ 2022-11-20 23:40:07 -08:00

Case 2:22-cv-09462-DMG-ADS    Document 23-28    Filed 03/13/23    Page 84 of 101    Page ID #:5875



🔍 Search Twitter

**Paulette Kimuntu Kim**
@KimKimuntu

Le froid est un grand mal.

Et le sage a dit qu'aux grands maux, les grands remèdes.

Oooh tomonaki te, la tendance actuelle est là.

Translate Tweet



10:15 AM · Jul 14, 2022 · Twitter for Android

**10** Likes

---

Tweet your reply                                                    Reply

**Paulette Kimuntu Kim** @KimKimuntu · Jul 14
Replying to @KimKimuntu
#molato

1                                                         5

**mbayo masusu** @masusu_mbayo · Jul 14
Replying to @KimKimuntu
Ce monde merveilleux

**mbayo masusu** @masusu_mbayo · Jul 14
Replying to @KimKimuntu
Les humains sont compliqués

**Stewart Kula** @stewartkula · Jul 14
Replying to @KimKimuntu
Photoshop maman

---

**Relevant people**

**Paulette Kimuntu Kim**
@KimKimuntu                                    Follow

**What's happening**

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted 🧙
Original movie now streaming
🎬 Promoted by Disney+

Music · Trending
**#DavidoAt30**
56.2K Tweets

Trending in United States
**Bob Iger**
Trending with Disney, Chapek

Trending in United States
**UCLA**
Trending with Caleb Williams, Oregon

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

___ https://twitter.com/khloedaily/status/1512488046939172888 ___ at ___ 2022-11-21 23:17:48 -08:00

← **Tweet**

🔍 Search Twitter

**Khloé Kardashian Daily**
@KhloeDaily

···

True Thompson and Khloé Kardashian at the Los Angeles premiere of Hulu's #TheKardashians 



10:50 AM · Apr 8, 2022 · Twitter for iPhone

**3** Retweets   **2** Quote Tweets   **19** Likes

💬          🔁          ♡          ⬆️

 Tweet your reply                    Reply

**Perkowski Legal P.C.**
@c_perkowski
···

**Relevant people**

 Khloé Kardashian Daily    Follow
@KhloeDaily
the very first and original fansite dedicated to Khloé Kardashian (original account deleted at 79k)

**What's happening**

NFL · 3 hours ago
**49ers at Cardinals** 

Entertainment · Trending                    ···

← **Tweet**

**best of alexa demie**
@alexafiles

···

### Alexa Demie with JMSN in Miami



7:00 AM · Oct 6, 2020 · Twitter for iPhone

42 Retweets    92 Quote Tweets    911 Likes

💬          ⇄          ♡          ⬆️

---

Ⓟ    Tweet your reply                    Reply

👤 **🦅Lauren🦅** @AnakinsDarkDeed · Oct 7, 2020    ···
Replying to @alexafiles
Wondering why she's with him tbh lol

💬          ⇄          ♡ 3          ⬆️

👤 **bells** @jortsftw · Jan 9                    ···
Replying to @alexafiles
@bshellx she's just like you in all ways!!

💬 1          ⇄          ♡ 1          ⬆️

> You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

Show replies

---

**Search Twitter**

### Relevant people

 **best of alexa demie**    **Follow**
@alexafiles
First and most reliable source about Alexa Demie. Posting updates, videos, pictures, gifs, and more. Euphoria season 2 out now on HBO. Fan account.

### What's happening

FIFA World Cup · **LIVE**
**Mexico vs Poland**    

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
📣 Promoted by Avatar

Entertainment · Trending                    ···
**Died Suddenly**
110K Tweets

Trending in United States                    ···
**Argentina**
Trending with Saudi Arabia, #WorldCup

Trending in California                    ···
**Mexico City**
25.6K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

Ⓟ **Perkowski Legal P.C.**    ···
@c_perkowski

← **Tweet**

**Rihanna.com.br** ⚓
@RihannaNoBrasil                               ···

Rihanna saindo do restaurante Wally em Beverly Hills
ontem à noite. (08/04) 😍 🤍



4:22 AM · Apr 9, 2022 · Twitter for Android

39 Retweets   15 Quote Tweets   626 Likes

💬      ⟲      ♡      ⬆

P    Tweet your reply                          Reply

**Manu** @ManuelaBrasil · Apr 9      ···
Replying to @RihannaNoBrasil
Esse neném precisa ser taurinooooo! Faltam 10 dias guenta aí baby ri

💬      ⟲      ♡      ⬆

**the.o** @Theocnha · Apr 9      ···
Replying to @RihannaNoBrasil
Vai fazer uma janta mulher

💬      ⟲      ♡      ⬆

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

P  **Perkowski Legal P.C.**      ···
@c_perkowski

🔍 Search Twitter

### Relevant people

**Rihanna.com.br** ⚓        **Follow**
@RihannaNoBrasil
Rihanna.com.br is a genuine and
registered fansite, made by fans.
Fã-clube e portal de notícias brasileiro
sobre a cantora Rihanna. Online desde
2008. 🇧🇷

### What's happening

NFL · 2 hours ago
**Cowboys at Vikings**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States        ···
**Bob Iger**
Trending with Chapek

Trending in United States        ···
**Disney CEO**
7,290 Tweets

Trending in United States        ···
**#AMAs** 🔥
Trending with soobin, Favorite K-Pop Artist

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

_ https://twitter.com/harrymoonchild/status/1424890286442909696 __ et __ 2022-11-20 10:11:52 -08:00 __
Case 2:22-cv-09462-DMG-ADS   Document 23-28   Filed 03/13/23   Page 88 of 101   Page ID #:5879

← Thread



Search Twitter

**dee.**
@harrymoonchild

I literally can't stop looking at these pictures, this look is just too good



5:28 PM · Aug 9, 2021 · Twitter for Android

**37** Retweets   **6** Quote Tweets   **237** Likes

Tweet your reply — Reply

**dee.** @harrymoonchild · Aug 9, 2021
Replying to @harrymoonchild
He's just living his best life

1        7        48

**dee.** @harrymoonchild · Aug 10, 2021
He's sooo

2        11

---

**Relevant people**

**dee.**  Follow
@harrymoonchild
#harry: starry haze crystal ball 🔮🧿 |
backup:@goldenfineline | ig:dishaxrai

**What's happening**

Television · Last night
**Saturday Night Live airing on NBC**

**#Disenchanted** 🧚
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**#MassShooting**
3,931 Tweets

Trending in United States
**Morgan Freeman**
164K Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with First Kevin Conroy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C. ···
@c_perkowski

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

🔍 Search Twitter



## Relevant people

**Moe from Pop Tingz**
@MoeFromPopTingz    **Follow**
Founder of @ThePopTingz. Pop
Culture Expert. Entertainment
Journalist.

## What's happening

Television · Yesterday
**The Walking Dead airing on AMC**

Music · Trending
**#DavidoAt30**
72.5K Tweets

Music · Trending
**Lionel Richie**
3,993 Tweets

Politics · Trending
**Tragically**
15.2K Tweets

**Show more**

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2022 Twitter, Inc.

## Navigation (left sidebar)

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

https://twitter.com/altapeli/status/1345186195861610496 __ et __ 2022-11-20 17:01:53 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-28   Filed 03/13/23   Page 90 of 101   Page ID
#:5881

← **Tweet**

**AP** ✔
@altapeli

Ben Affleck y Dunkin', una historia de amor. Terminó el 2020 luchando con su pedido y empezó el 2021 hartándose de los paparazzis en la puerta de su casa. Lo bancamos fuerte.

Translate Tweet



5:52 PM · Jan 1, 2021 · Twitter Web App

**24** Retweets   **2** Quote Tweets   **200** Likes

Tweet your reply                                          Reply

**Lau** @LAURALOPEZ2010 · Jan 2, 2021
Replying to @altapeli
Lo tienen cansado y se nota...🙋

💬        🔁        ♡ 3        ⬆

**YorTorres** @YorTorresPy · Jan 2, 2021
Replying to @altapeli
Ya lo hicieron enojar al bueno de  Benjamin.. en venganza seguro que hace otra película de Batman..

💬        🔁        ♡        ⬆

**Sebastian M. (El Dianas)** @SvendBjornsson · Jan 2, 2021
Replying to @altapeli
@Bermu98 @elinfiernodmajo

💬        🔁        ♡ 1        ⬆

**Robertinho¹²** @robdenza · Jan 2, 2021
Replying to @altapeli
Le quemaron tanto el paty que se convirtió en el Paul Rudd en la ultima foto?

💬        🔁        ♡        ⬆

**Perkowski Legal P.C.**
@c_perkowski

Search Twitter

**Relevant people**

**AP** ✔                                          Follow
@altapeli
Cuenta oficial de AltaPeli.com - Cine / Series / Críticas / Noticias / Videojuegos

**What's happening**

NFL · 4 hours ago
**Eagles at Colts**

#Disenchanted 🧙
Original movie now streaming
Promoted by Disney+

Sports · Trending
**Pickens**
Trending with  Tyler Boyd

Trending in United States
**Iowa**
17.9K Tweets

Trending in United States
**Hive**
34.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**
Tweet

← **Tweet**



**Hadid News Media**
@HadidNewsMedia

···

January 22: Gigi at Nobu in Soho.
📷: Backgrid




10:54 PM · Jan 22, 2018 · Twitter for iPhone

**23** Retweets   **2** Quote Tweets   **55** Likes

   

Tweet your reply

Reply

---

**Search Twitter**

### Relevant people

   **Hadid News Media**
@HadidNewsMedia    Follow

Your 1st & most reliable source on
everything Gigi & Bella Hadid; since
2013. [@HadidNews]

### What's happening

NCAA Men's Basketball · Yesterday
**Wildcats at Bulldogs**   

Trending in California   ···
**TSLA**
23.8K Tweets

Trending in United States   ···
**HOW IS THAT NOT A YELLOW**
1,586 Tweets

Sports · Trending   ···
**Mexico City**
14K Tweets

Trending in United States   ···
**Cava**
2,853 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**
**Explore**
🔔 Notifications
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

Tweet

Perkowski Legal P.C.
@c_perkowski   ···

__ https://twitter.com/GroundBreaker49/status/1578511021702275072 __ at __ 2022-11-22 23:05:17 -08:00 __

← Tweet

**Ground Breaker** 
@GroundBreaker49

Well Guys Technically by the Look Of this #MadameWeb set Photo It seems like this version of Spider Veriant is Non Other Then Kaine Also Known As Spiderman Clone Wich Is Kinda Wierd Knowing Sony might be attempting A Clone Saga!?!?!?👀🤔🧐🔥🕷️🕸️



3:22 PM · Oct 7, 2022 · Twitter for Android

**1** Retweet   **3** Likes

Tweet your reply

Reply

---

## Relevant people

**Ground Breaker** 
@GroundBreaker49                    Follow

🔥 Die harder into Celebrate Movies 🎬 | Gaming /Mobile Games 🎮 & Breakdowns🧐 including Ground breaking News Hoping for you to enjoy the Ride of my account😉

## What's happening



NBA · 1 hour ago
**Lakers at Suns**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States
**Erection**
19.8K Tweets

Trending in California
**Costco**
5,948 Tweets

News · Trending
**Tucker Carlson**
43.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.


**Perkowski Legal P.C.** ···
@c_perkowski



← **Tweet**

Home

Explore

Notifications

Q Search Twitter

⇄ Entertainment News Retweeted

 **Page Six** ✔
@PageSix · · ·

Ben Affleck and Jennifer Lopez spotted strolling in the Hamptons trib.al/nbfNAAd



9:36 PM · Jul 3, 2021 · SocialFlow

**17** Retweets   **13** Quote Tweets   **183** Likes

💬        ⇄        ♡        ⬆

P   Tweet your reply          Reply

**Relevant people**

 **Entertainment News**    Follow
@15MinuteNewsEnt
#Entertainment #News covering #Movies, #Music, #Celebrities, #Gossip, #Gaming, #Television and Series News from @15MinuteNews

 **Page Six** ✔    Follow
@PageSix
If you don't want it on Page Six, don't do it.

**What's happening**

Television · LIVE
**Bachelor in Paradise airing on ABC**

Trending in United States
**Died Suddenly**
43.1K Tweets

Entertainment · Trending
**Selma**
4,421 Tweets

Trending in United States
**Tampax**
27.8K Tweets

Trending in California
**Dodger Stadium**
12K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

__ https://twitter.com/nanfixus/status/1072335695891587072 __ at __ 2022-11-20 15:42:56 -08:00 __

← Tweet



**@nanfixus**
@nanfixus                                                                    •••

Her outfit 

 

7:42 PM · Dec 10, 2018 · Twitter for Android

**13** Retweets    **1** Quote Tweet    **41** Likes

Tweet your reply                                    Reply

---

🔍 Search Twitter

**Relevant people**



**@nanfixus**                                    Follow
@nanfixus
DJ Fan 🎛️ Sports,animals y Boca
Juniors Dakota's movies 2022
#ChaChaRealSmooth 🌟 #AmIOk
#Persuasion Fan account 🏳️‍🌈

**What's happening**

NFL · 2 hours ago                            
**Browns at Bills**

**#Disenchanted** 👩
Original movie now streaming
▶ Promoted by Disney+

Sports · Trending                                    •••
**Hackett**
4,029 Tweets

Trending in California                              •••
**#AMAs**🔥
1.75M Tweets

Sports · Trending                                    •••
**Trenton Irwin**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More •••
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**    •••
@c_perkowski

__ https://twitter.com/nanarude/status/1455885931093843973 __ at __ 2022-11-22 03:35:13 -08:00

← **Tweet**

**Nana Rude**
@nanarude

···

DONA DA BELEZA: #DakotaJohnson brilhou no desfile #LoveParadeGucci em Los Angeles, nos Estados Unidos. O look, obviamente da grife italiana, foi um dress de penas, ostentando tiras de diamante, com uma fivela no peito, deixando o tronco... Saiba mais: instagram.com/p/CV0C2R8LMNC/...

Translate Tweet



6:13 AM · Nov 3, 2021 · Twitter for iPhone

**12** Retweets    **32** Likes

💬          ⇄          ♡          ⬆

 Tweet your reply                    Reply

---

**Home**

# **Explore**

🔔 **Notifications**

**Messages**

🔖 **Bookmarks**

**Lists**

**Profile**

··· **More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski ···

**Search Twitter**

**Relevant people**

**Nana Rude**          Follow
@nanarude

💣Aqui o BAFO é garantido, mana! Apresentador e há 9 anos sua fonte sobre celebridades e notícias do dia. 📧: nana@mynd8.com.br

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

#AvatarTheWayOfWater🧑‍🦲
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending          ···

__ https://twitter.com/rrno110/status/1455844902420553729 __ at __ 2022-11-21 10:43:16 -08:00 __

← **Tweet**



RRNO1
@RRNO110                                                     ...

## Dakota Johnson



3:30 AM · Nov 3, 2021 · Twitter for iPhone

**1** Retweet   **28** Likes

 Tweet your reply                    Reply

---

**Home**

**#  Explore**

**🔔 Notifications** 1

**✉ Messages**

**🔖 Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**


Perkowski Legal P.C.
@c_perkowski

---

🔍 Search Twitter

### Relevant people

 RRNO1                              **Follow**
@RRNO110

I'm a guy that love celebs and beautiful amateurs. DO NOT tag me in with celebs or it's an instant block. Happy to promote amateurs with their content

### What's happening

FIFA World Cup · 11 minutes ago
**Senegal vs Netherlands**                       

Sports · Trending                                      ...
**Charles Barkley**
4,628 Tweets

Trending in United States                            ...
**Senegal**
Trending with  Mendy,  #SENNED

— https://twitter.com/foochia/status/1309206358038806529 __ et __ 2022-11-19 22:19:06 -08:00

← **Tweet**



Foochia · فوشيا ✔
@foochia

جاستن بيبر وهايلي بالدوين يتجهان لتناول العشاء غرب هوليوود قبل أيام من الذكرى السنوية الثانية لزواجهما

#جستن_بيبر #hailybaldwen #justinbeiber #هايلي_بالدوين

Translate Tweet



12:01 PM · Sep 24, 2020 · Hootsuite Inc.

**1** Retweet   **2** Likes

💬   🔁   ♡   ⬆


Tweet your reply    Reply

يوم آخر @kan_le1 · Sep 24, 2020
Replying to @foochia

طيب ش المهم بالموضوع !!

💬   🔁   ♡   ⬆

Q Search Twitter

**Relevant people**


Foochia · فوشيا ✔
@foochia                          Follow

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، وتتابع أخبار المشاهير والفن والثقافة.

**What's happening**

Television · 2 hours ago
Saturday Night Live airing on NBC

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
◙ Promoted by Uber

Trending in United States
Jason David Frank

Sports · Trending
Pasadena
1,593 Tweets

Trending in United States
Blocked
130K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**
**Tweet**

Perkowski Legal P.C.
@c_perkowski

**Tweet**

Search Twitter

🏠 Home
🔍 Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

**Tweet**

FRENCHRAPUS 🇺🇸
@FrenchRapUS

Kanye West était en compagnie du rappeur ASAP Rocky cette nuit, un feat arrive.. 🤔

Translate Tweet



5:23 AM · Nov 9, 2021 · Twitter for iPhone

215 Retweets    44 Quote Tweets    2,294 Likes

Perkowski Legal P.C.
@c_perkowski

Tweet your reply                                    Reply

Matzy @Malzyy77777 · Nov 9, 2021
Replying to @FrenchRapUS
Mdrr a chaque fois y'a une photo de deux rappeurs y'a un feat? Ils peuvent aller au restau ensemble tkl aussi
💬 1        🔁 7        ❤️ 99

Show replies

Marsh' 🎈💙 @cariou_mathys · Nov 9, 2021
Replying to @FrenchRapUS
Mais c'est pas parce que deux rappeurs sont vus ensemble dans la rue qu'ils font un feat par contre
💬          🔁 7        ❤️ 7

Kodie.wicked @babygirl_wicked · Nov 10, 2021
Replying to @FrenchRapUS
Laisser les respirer non
💬          🔁          ❤️

👀 @lyia555 · Nov 9, 2021
Replying to @FrenchRapUS
Aucune source
💬          🔁          ❤️ 1

XAD ✈️ @XAD_34 · Nov 9, 2021
Replying to @FrenchRapUS
C'est pas parce qu'ils trainent ensemble qu'ils vont feat mais bien sur ce serait chaud
💬          🔁          ❤️ 4

Nas Sensei @nas_sensei · Nov 9, 2021
Replying to @FrenchRapUS
Non mon cousin y était ci juste pour un tournage porno, vous attendez à rien les gars
💬          🔁          ❤️

A•T•A•N•G•A @AkollWilson · Nov 9, 2021
Replying to @FrenchRapUS
Ils sont toujours ensemble depuis pas de feat 😂😂
💬          🔁          ❤️

Lauryn West @damsolitaire · Nov 9, 2021
Replying to @FrenchRapUS
J'espère que c'est pour conseiller Rocky sur son prochain l'album.
💬          🔁          ❤️ 5

WARRIORS 2022 CHAMP💯 @TimeoDubois56 · Nov 9, 2021
Replying to @FrenchRapUS
Meilleur que Drake
💬 2        🔁          ❤️ 13

This Tweet was deleted by the Tweet author. Learn more

🇮🇹 @gabomafang · Nov 9, 2021
Replying to @0xferdinand and @FrenchRapUS
ohhhhhhh
💬          🔁          ❤️

This Tweet was deleted by the Tweet author. Learn more

mathis @arobasemathis · Nov 9, 2021
Replying to @FrenchRapUS
bh fais toi ton propre avis
💬          🔁          ❤️ 22

This Tweet is from a suspended account. Learn more

Paul ✈️ @lil_laup · Nov 9, 2021
Replying to @lilfheee and @FrenchRapUS
Un morceau Bordelais ??
💬          🔁          ❤️ 1

Show more replies

**Relevant people**

FRENCHRAPUS 🇺🇸          Follow
@FrenchRapUS
Toute l'actualité du RAP 🇺🇸 - Promo — en DM 📥

**What's happening**

FIFA World Cup · LIVE
Argentina vs Saudi Arabia

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
📽️ Promoted by Avatar

Entertainment · Trending
Died Suddenly
80.9K Tweets

Trending in United States
Argentina
Trending with Messi, #ARGKSA

Trending in United States
El VAR
95.1K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More …
© 2022 Twitter, Inc.

— https://twitter.com/dakotajarg/status/1551805238541225992 — at — 2022-11-21 01:05:56 -08:00 —



← **Tweet**

## Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**



**Dakota Johnson Argentina**
@DakotaJArg

⋯

Dakota Johnson fue vista el miercoles en el set de Madame Web en Boston, Massachusetts. - 20/07. Más fotos: dakotajohnsonarg.sosugary.com/galeria/thumbn ...



10:42 PM · Jul 25, 2022 · Twitter Web App

**8** Retweets  **1** Quote Tweet  **33** Likes

💬   🔁   ♡   ⬆️

 Tweet your reply   **Reply**

## Relevant people



**Dakota Johnson Arge...**
@DakotaJArg   **Follow**

Tu mejor y más actualizada fuente de información sobre la actriz, productora, directora y activista #DakotaJohnson en Español.

## What's happening

NFL · Yesterday
**Commanders at Texans**



Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium   ⋯

Trending in United States
**#AMAs** 🏆
4.65M Tweets   ⋯

Music · Trending
**#DavidoAt30**
63.6K Tweets   ⋯

Trending in United States
**Hive**
47.7K Tweets   ⋯

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**   ⋯
@c_perkowski

Search Twitter

__ https://twitter.com/foochia/status/1359427158767259049 __ at __ 2022-11-19 12:09:00 -08:00 __



← **Tweet**

Q Search Twitter



 **Foochia - فوشيا** ✔
@foochia

...

جنيفر آنيستون ببدلة رسمية إلى جانب ريس ويذرسبون في
كواليس The Morning Show

#فوشيا #جنيفر_انيستون #ريس_ويذرسبون
#JenniferAniston #ReeseWitherspoon
#themorningshow

Translate Tweet



1:01 AM · Feb 10, 2021 · Hootsuite Inc.

**2** Retweets    **3** Likes

💬          ⇄          ♡          ⬆️

 Tweet your reply                    **Reply**

## Relevant people



 **Foochia - فوشيا** ✔    **Follow**
@foochia

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

## What's happening

NCAA Football · LIVE
**Illinois at Michigan**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
▶ Promoted by Uber

Entertainment · Trending                    ...
**Tommyinnit**
10.6K Tweets

Trending in United States                    ...
**Messi**
337K Tweets

Trending in United States                    ...
**3 SEC**
3,823 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

🅟 **Perkowski Legal P.C.**  ...
@c_perkowski

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**