# EXHIBIT B Continued

← Tweet

🔍 Search Twitter

🏠 Home
# Explore
🔔 Notifications 1
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

**Tweet**

Chrystal 🇧🇷
@N_GalitzineBr

⋯

📸Mas fotos Fotos de Nicholas Galitzine e Anne Hathaway nos bastidores de gravação do filme #theideaofyou #nickgalitzine
❤️❤️❤️❤️❤️
01

Translate Tweet



👤 Nicholas Galitzine and 7 others

3:48 AM · Oct 21, 2022 · Twitter for Android

1 Retweet   29 Likes

💬   🔁   ❤️   📤

Ⓟ   Tweet your reply      Reply

### Relevant people

Chrystal 🇧🇷
@N_GalitzineBr      Follow

#nicholasGalitzine #nicolasgalitzine #purplehearts #continenciaaoamor @nickgalitzine

Nicholas Galitzine ✓
@nickgalitzine      Follow

Nicholas Galitzine Up...
@galitzineupdate      Follow

A sua melhor fonte de informações do ator e cantor Britânico Nicholas Galitzine no Brasil. @nickgalitzine

### What's happening

Television · 51 minutes ago
**Saturday Night Live airing on NBC**

#GetYourRideRight
**Book your ride up to 30 days ahead with Uber Reserve**
▶ Promoted by Uber

Sports · Trending
**Pasadena**
1,511 Tweets          ⋯

Music · Trending
**Elton John**
4,867 Tweets          ⋯

Trending in California
**HELL NO**
45.9K Tweets          ⋯

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.


Perkowski Legal P.C. ⋯
@c_perkowski

https://twitter.com/UpdatesHathaway/status/1583327951209587443?...el__2022-11-20 07:16:15 -08:00__
22-cv-09462-DMG-ADS    Document 23-29    Filed 03/13/23    Page 3 of 101    Page ID
# 5895

**Anne Hathaway UPDATES**
@UpdatesHathaway    •••

🎥 Anne Hathaway spotted filming "The idea of you" in LA.

(c) dailymail



7:10 PM · Oct 20, 2022 · Twitter for Android

**79** Retweets  **20** Quote Tweets  **768** Likes

💬        🔁        ♡        ⬆️

---

**Search Twitter**

### Relevant people



**Anne Hathaway UPD...**    Follow
@UpdatesHathaway

Your best, fast and most reliable
source about the updates of award
winning actress Anne Hathaway 😍
FAN ACCOUNT

### What's happening

FIFA World Cup · LIVE
**World Cup Qatar 2022: Opening
Ceremony**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶️ Promoted by Disney+

Trending in United States
**Morgan Freeman**
49.9K Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with Green Ranger, Power Rangers

Formula 1 · 15 minutes ago
**Abu Dhabi Grand Prix 2022**



Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

---

Perkowski Legal P.C.    •••
@c_perkowski

---

📝 Tweet your reply        Reply

**MOONDUST** 🌙 @charscontrol · Oct 22
Replying to @UpdatesHathaway
Goddess!!

**Loco Miranda** @LocoMiranda72 · Oct 20
Replying to @UpdatesHathaway

GIF   ALT

💬        🔁        ♡        ⬆️

**Norbert Tasev** @CaseyTasi83 · Oct 20
Replying to @UpdatesHathaway
🌹💐🌸🌼🎄💖🥰😍😘😋😍💕❤️

💬        🔁        ♡        ⬆️

**Eileen·Taylo** @fhsdh_m · Oct 22
Replying to @UpdatesHathaway
Beautiful

💬        🔁        ♡        ⬆️

**Harlan Quinzel** @harlan_quinzel · Oct 21
Replying to @UpdatesHathaway
God she's aging so well, I can only hope to do the same

💬        🔁        ♡        ⬆️

**Mario** @Mario_1664 · Oct 20
Replying to @UpdatesHathaway
الحماس كلهن النص صفن بيك نطف

💬        🔁        ♡        ⬆️

**ALONZO CÉSAR 777 CRVG.(🐝📵)** @AlonzoMatrix · Oct 21
Replying to @UpdatesHathaway
Sexy

💬        🔁        ♡        ⬆️

Show additional replies, including those that may contain offensive
content        Show

Tweet

## Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**



**Rihanna Navy Brasil | Fan Account**
@RNavyBrazil

Rihanna indo jantar no restaurante "Giorgio Baldi", em Santa Monica, ontem à noite (22).

Translate Tweet

11:15 AM · Mar 23, 2022 · Twitter for iPhone

**229** Retweets  **124** Quote Tweets  **3,511** Likes

---

**Tweet your reply**  **Reply**

**danrley** @grandeoogod · Mar 23
Replying to @RNavyBrazil
a mulher é um luxooooo

**camilinha** @frasiperdida · Mar 23
Replying to @RNavyBrazil
ela num tava vindo pro BR?

° *EMXLLX_ · Mar 23
Replying to @RNavyBrazil
essa criança vai nascer na rua
♡ 2

**kira targaryen** @darkraaa · Mar 23
Replying to @EMXLLX_ and @RNavyBrazil
KAKAKAKAKKAKAKAKAKAKAKAK

**l ᴜ ᴘ ᴏ** @LuanMotah · Mar 23
Replying to @RNavyBrazil
Deve ter saído arrasada por não poder sair com uma taça de vinho na mão 😌
♡ 1

**lanna** @delrey752 · Mar 23
Replying to @RNavyBrazil
Giorgio baldi vai ser padrinho dessa criança
♡ 4

**R A Y S S A 🌺🤍** @badgalray · Mar 23
Replying to @delrey752 and @RNavyBrazil
Exatamente



GIF ALT
♡ 4

**BONITINHO** @guettttokid · Mar 23
Replying to @RNavyBrazil
Toda vez q a mulher sai pra um restaurante tiram foto dela da um álbum ja
♡ 11

**morre em breve** @whomurillo · Mar 23
Replying to @RNavyBrazil
o vale refeição da fenty deve ser altíssimo pq todo dia essa mulher janta num restaurante diferente
♡ 2

**lois lane ⭐** @AndreessaR · Mar 23
Replying to @RNavyBrazil
O pé da diva não incha impressionante
♡ 2  ♡ 1  ♡ 52

**Samuel** @S4mu3LeVi · Mar 23
Replying to @AndreessaR_ and @RNavyBrazil
Os produtos caríssimos que ela deve usar
♡ 9

**kira targaryen** @darkraaa · Mar 23
Replying to @RNavyBrazil
Ela só precisou liberar esse segredo da gravidez pra ser onipresente

**Fabiana** @fabianacruzss · Mar 23
Replying to @RNavyBrazil
Ela não vem mais kkk
♡ 11

**Alan Assis** @alanassis_25 · Mar 23
Replying to @RNavyBrazil
Mulher do céu . Com tumulto ou sem tumulto eu vou te ver

**Alan Assis** @alanassis_25 · Mar 23
Replying to @RNavyBrazil
Já estou em solo paulista . Só vem

**Kenaia Geoia 💫** @ainatiinhu01 · Mar 23
Replying to @RNavyBrazil
Maravilhosas ❤️✨

**Péssego** @lmjsheep · Mar 23
Replying to @RNavyBrazil
RNB é verdade que mamãe não vem mais?😭

**joão** @sennazolanski · Mar 23
Replying to @RNavyBrazil
tão perfeita

---

**Perkowski Legal P.C.**
@_perkowski

### Relevant people

**Rihanna Navy Brasil |...**
@RNavyBrazil  **Follow**
RNB 🇧🇷 Estamos online desde 2010, somos o maior e mais completo fã-clube sobre a cantora Rihanna no Brasil e em toda a América Latina. Apoio: @umusicbrasil

### What's happening

NFL · 1 hour ago
49ers at Cardinals

Entertainment · Trending
**Died Suddenly**
65.8K Tweets

Only on Twitter · Trending
**Pablo Milanés**
Trending with Auburn

Trending in California
**Dodger Stadium**
9,241 Tweets

Trending in United States
**August Alsina**
Trending with Jada, #TheSurrealLife

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

https://twitter.com/wannamovie/status/1539728107007090689 ___el___ 2022-11-21 21:14:09 -08:00

← **Tweet**

**Moviewa**
@wannamovie                                    ⋯

Margot Robbie ve Ryan Gosling, Barbie filminin setinde.



2:52 PM · Jun 22, 2022 · Twitter for Android

**12** Quote Tweets    **695** Likes

💬          🔁          ♡          ⬆️

**P**    Tweet your reply                          Reply

**Banu** @benbanuuuu · Jun 23          ⋯
Replying to @wannamovie
Ryan sarı saçlarından sen suçlusun biliosun dimi?

💬          🔁          ♡          ⬆️

**adım Nursena doğru söyle** @NursenaSeher · Jun 23          ⋯
Replying to @wannamovie
Artık yaz dizilerimizden daha beter senaryoya sahip bir sinema çekimi var

💬          🔁 1        ♡ 1        ⬆️

**Umitbocut** @umitbocut1 · Jun 22          ⋯
Replying to @wannamovie
Düşün çok yetenekli bir oyuncusun kariyeriyin yükseliş dönemi bitiyor ama
hala sinemografi ni yonetemiyirsun hem bize hem sana kötülük

💬 1        🔁          ♡          ⬆️

**🍁🦫 @GintokiMuad · Jun 22          ⋯
Replying to @wannamovie
niye böyle bi film cekiyorsunuz

💬 1        🔁          ♡ 8        ⬆️

**Elif** @mymovieworld22 · Jun 22          ⋯
Replying to @GintokiMuad and @wannamovie
Ben de gördüğüm günden beri bu soruyu soruyorum. Konu mu kalmadı
yani?😂😂 İlk reklam filmi sandım ama cidden filmmiş😂😂🙎

💬          🔁          ♡          ⬆️

---

**Relevant people**

**Moviewa**
@wannamovie                    Follow
apple.co/3okBe09n &
bit.ly/3EuLg8f

**What's happening**

NFL · 57 minutes ago
**49ers at Cardinals**                    ⋯

Entertainment · Trending
**Died Suddenly**                         ⋯
62.6K Tweets

Entertainment · Trending
**Sinbad**                                ⋯
7,434 Tweets

Trending in United States
**Trent Reznor**                          ⋯
19.8K Tweets

Sports · Trending
**Trey Lance**                            ⋯
1,248 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🐦 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

**Tweet**

**Perkowski Legal P.C.**    ⋯
@c_perkowski

🔍 Search Twitter

Case 2:22-cv-09462-DMG-ADS   Document 23-29   Filed 03/13/23   Page 6 of 101   Page ID #:5898

Tweet

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

 **Jeff Eisenband** ✓
@JeffEisenband

"HOW DO YOU LIKE THEM MUNCHKINS?" -Good Will Hunting (1997)



9:50 AM · Dec 31, 2020 · Twitter Web App

**2** Likes

Tweet your reply

Reply

**Relevant people**

 **Jeff Eisenband** ✓           Follow
@JeffEisenband

Sometimes sports, sometimes esports, sometimes other stuff; 🎙:
@PGATOURLIVE, @MSGNetworks, @NBA2KLeague; Email: jeff@jeffeisenband.com

**What's happening**

FIFA World Cup · 5 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
◻ Promoted by Avatar

Celebrities · Trending
**Chris Evans**
Trending with Blueface

Trending in California
**Alexis Vega**
20.6K Tweets

Trending in United States
**#ateezinatlanta_day2**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

 **Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**



**Film News**
@filmnewsPL

···

Margot Robbie i Greta Gerwig na planie filmu #Barbie

10:59 PM · Jun 22, 2022 · Twitter for Android

**1** Retweet    **45** Likes

💬          ⟲          ♡          ⬆️

P    Tweet your reply                                    Reply

---

**Search Twitter**

**Relevant people**

  **Film News**                    **Follow**
@filmnewsPL

🎬 najnowsze wiadomości filmowe - kino polskie i zagraniczne, popularne i niezależne 🎟️ kontakt: filmnewspl@gmail.com

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**



Gaming · Trending                    ···
**Maple Treeway**

Gaming · Trending                    ···
**3DS RAINBOW ROAD**

Trending in United States            ···
**Maguire**
Trending with Luke Shaw, #ThreeLions

Events · Trending                    ···
**LGBT**
206K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

 **Perkowski Legal P.C.**    ···
@c_perkowski

← Tweet

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

**Relevant people**

best of margot
@badpostmargots · **Follow**
fan account posting updates & daily
posts of the aussie goddess and
academy award nominated actress,
margot robbie

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Sports · Trending
**Jameson Williams**
2,209 Tweets

Sports talk · Trending
**Skip and Shannon**
1,389 Tweets

Entertainment · Trending
**#AntManandTheWaspQuantumania**
1,589 Tweets

Sports · Trending
**Maguire**
Trending with #ThreeLions

**Show more**

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2022 Twitter, Inc.

best of margot
@badpostmargots

margot robbie as barbie ❤️ 💕

2:46 PM · Jun 22, 2022 · Twitter for iPhone

**787** Retweets  **261** Quote Tweets  **6,335** Likes

💬 Tweet your reply          **Reply**

J2KO @JSPIDEY015 · Jun 22
PEAK CASTING

♡ 1    ♥ 22

hi @lordawesome46 · Jun 22
Replying to @badpostmargots
where is ryan gosling

♡ 1

Mitchell Bennett @Aussie_Legend · Jun 22
Replying to @lordawesome46 and @badpostmargots
twitter.com/PageGosling/st...

This Tweet is unavailable.

Capablanca @BruecdeMalibu · Jun 22
Replying to @badpostmargots
😍

cassie @namelesscass · Jun 22
Replying to @badpostmargots
Someone spare more Greta photos PLEASE

oh, did i stutter? @nickibutnotmin1 · Jun 22
Replying to @badpostmargots and @userctrl
Yee haw slay

.w. @selswayner13 · Jun 22
Replying to @badpostmargots
So pretty

Sergio @Sergio23195570 · Jun 23
Replying to @badpostmargots
😍

David Sim @DavidSi50785942 · Jun 22
Replying to @badpostmargots

**Malibu Barbie!**

♥ 3

brokenbomb💣 @TheBrokenBomb · Jun 22
Replying to @badpostmargots
Margot is so hot in a cowgirl hat ❤️

Hampartsoum Santouri @hampars1 · Jun 24
Replying to @badpostmargots
💃💃💃💃🥂😍💃💃💃💃

[BOW] gary cornwell @itsbownetbow · Jun 22
Replying to @badpostmargots
I can guarantee this film has something to do with a horse 🐴

♥ 4

[BOW] gary cornwell @itsbownetbow · Jun 22
Replying to @badpostmargots
Love the fact that their arms are dead straight

♥ 4

Sherlockdown Stayholmes @Orschwerpledde · Jun 22
Replying to @badpostmargots
so.. Barbo Robbie?

Hunni Bee 🐝 @ClicheFairy · Jun 22
Replying to @badpostmargots and @FRANKYESTE1N
I want to be just like her

Nerdy Senpai @Nerdy_Senpai0 · Jun 22
Replying to @badpostmargots
omg she's perfect

Lauren| Friendly NBHD Bi @FriendlyNBHDBi · Jun 22
Replying to @badpostmargots
yee haw im gay

Case 3:22-cv-09462-DMG-ADS   Document 23-29   Filed 03/13/23   Page 9 of 101   Page ID #:5901

← **Thread**

**Taverna Marvel | Fan-Club**
@TavernaMarvel · · ·

RUMOR!!

🚨Agatha Harkness supostamente aparecerá em 'Ironheart' como a conselheira Mágica do vilão da série 'The Hood'.

Translate Tweet



3:35 PM · Aug 8, 2022 · Twitter Web App

8 Retweets   1 Quote Tweet   60 Likes

💬        ♻️        ♡        ↥

P | Tweet your reply              **Reply**

**Taverna Marvel | Fan-Club** @TavernaMarvel · Aug 8
Replying to @TavernaMarvel
Via: @feiticeiraescbr

💬        ♻️ 1        ♡ 5        ↥

**Perkowski Legal P.C.**
@c_perkowski                · · ·

🔍 Search Twitter

**Relevant people**

**Taverna Marvel | Fan-...**    Follow
@TavernaMarvel
Portal focado no universo da Marvel. Todas as notícias e informações você encontra aqui. Ative as notificações🔔
🎙️Contato: tavernamarvel@gmail.com

**What's happening**

FIFA World Cup · 20 minutes ago
**USA vs Wales**

Trending in United States   · · ·
**Trent Reznor**
6,963 Tweets

Lovecraft Country · Trending   · · ·
**Lovecraft Country**

Trending in United States   · · ·
**HOW IS THAT NOT A YELLOW**

Entertainment · Trending   · · ·
**#Blade**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
🗒️ Lists
👤 Profile
⊙ More

**Tweet**

__ https://twitter.com/readsector/status/1257142729940877313 __ at __ 2022-11-22 17:56:31 -08:00

← **Tweet**



 **readsector**
@readsector

Ruby Rose and Bella Thorne attend a drive-by birthday parade for hairstylist pal Riawna Capri
readsector.com/ruby-rose-and-...



© Vasquez-Max Lopez / BACKGRID

7:59 PM · May 3, 2020 · WordPress.com

1 Like

 Tweet your reply                          Reply

---

🔍 Search Twitter

**Relevant people**

 **readsector**   Follow
@readsector
Latest News

**What's happening**

NBA · LIVE
**Kings at Grizzlies**

**#AvatarTheWayOfWater**🌊
Get tickets now – In theaters December 16
Promoted by Avatar

---

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

https://twitter.com/SavinTheBees/status/1522748077420924928 __ el __ 2022-11-21 21:43:23 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-29   Filed 03/13/23   Page 11 of 101   Page ID
#:5903

**Plathanos** 🐝🇵🇷🇺🇸 ✓
@SavinTheBees



Perkowski Legal P.C.
@c_perkowski
···

**!Reggie** 🐝🇬🇧🇨🇭 @LordReginald_ · May 6
Replying to @SavinTheBees
Awesome pic. Great size. Look thick. Solid. Tight. Keep us all posted on your continued progress with any new progress pics or vid clips. Show us what you got man. Wanna see how freakin' huge, solid, thick and tight you can get. Thanks for the motivation.

6:20 PM · May 6, 2022 · Twitter for iPhone

**3** Retweets   **1** Quote Tweet   **141** Likes

💬          🔁          ♡          ⬆️

🅿️  Tweet your reply                            Reply

**Oraion** @Oraion5 · May 6
Replying to @SavinTheBees

0:06   112 views

💬          🔁 1          ♡ 1          ⬆️

Show more replies

## Relevant people

**Plathanos** 🐝🇵🇷🇺🇸 ✓         Follow
@SavinTheBees
#HIVESZN Latino 🇵🇷 Watch The Boys|
@TheHive | #EpicPartner | Use code
HIVE on @FuelEnergy| @Elgato |
Creator Code "HIVESZN"
Contact:@SavinTheBees.com

**!Reggie** 🐝🇬🇧🇨🇭          Follow
@LordReginald_
22 | wholesome tweets only |
#HIVESZN

## What's happening

NFL · 1 hour ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
65.5K Tweets

Sports · Trending
**Norman Powell**

Trending in California
**Dodger Stadium**
9,329 Tweets

Trending in United States
**Murder House**
1,741 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.



Case 2:22-cv-09462-DMG-ADS   Document 23-29   Filed 03/13/23   Page 13 of 101   Page ID #:5905



__ https://twitter.com/coolcrushes/status/1428476873483309056 __ at __ 2022-11-22 10:25:51 -08:00 __

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.**
@c_perkowski
...

__ https://twitter.com/Marvel_Fiction/status/1552136516352229376 __ at __ 2022-11-21 19:07:39 -08:00 __

← **Tweet**

 **Marvel Fiction**
@Marvel_Fiction

•••

Primeras imágenes de Dakota Johnson en el set de #MadameWeb



8:39 PM · Jul 26, 2022 · Twitter for Android

💬    🔁    ♡    ⬆️

Ⓟ  Tweet your reply                     Reply

Ⓟ  **Perkowski Legal P.C.**  •••
    @c_perkowski

---

🔍 Search Twitter

**Relevant people**

 **Marvel Fiction**    Follow
@Marvel_Fiction
Información sobre Marvel dada por 2 fanáticos de este... opiniones también

**What's happening**

NBA · Starts at 7:30 PM
**Jazz at Clippers**



Entertainment · Trending
**Died Suddenly**
50.3K Tweets    •••

Trending in United States
**EA Sports**
1,974 Tweets    •••

Trending in United States
**Tampax**
33.4K Tweets    •••

Sports · Trending
**Grupo Firme**
Trending with  #NFLMexicoGame    •••

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

https://twitter.com/MarvelFlix/status/1553255920933197716... et_al... 2022-11-29 58:30:18-08:00
Document 23-29    Filed 03/13/23    Page 16 of 101    Page ID
#:3908

22-cv-09462-DMG-ADS

**Tweet** ←

Search Twitter

**MarvelFlix** @MarvelFlix

ADAM SCOTT en el set de 'MADAME WEB'.

SERA UN SPIDER-MAN ACASO? BEN REILLY TU ME ESCUCHAS?



6:59 AM · Jul 28, 2022 · Twitter Web App

**68** Retweets  **5** Quote Tweets  **856** Likes

Tweet your reply                                    Reply

---

**Dario de NASCAR** @dncjomer · Jul 26
Replying to @MarvelFlix
me gusta...pero no lo tenes en rubio? jaja
♡ 15

**Francopz** @Fri00728 · Jul 26
Replying to @MarvelFlix
Ojala no sea un random 😬
♡ 2

**Josué Gibran** @MyWorldvM · Jul 26
Replying to @MarvelFlix
El cuarto Spiderman 😭
El del sonyverse
♡ 1

**Quigre** @Quigre51 · Aug 2
Replying to @MyWorldyM and @MarvelFlix
Ya me imagino en algun futuro Spiderverse, seria genial
♡ 1

**Dahel Reyes** @MrSkinny03 · Jul 28
Replying to @MarvelFlix



♡ 4

**Fercho** @realfercho6 · Jul 28
Replying to @MarvelFlix

♡ 2

**Chris** @Cristia30679646 · Jul 28
Replying to @MarvelFlix

GIF  ALT

♡

**Andrés Bravo** @sordoparalelen3 · Jul 28
Replying to @MarvelFlix
Con esta pelicula va mezclarse con el ucm? Creo que con las peliculas animada de Miles Morales eran suficientes y van a pasar a segundo plano.

**El Glorioso Del Básquet / Agentes Carter ...** @EGDB_Basqu... · Jul 26
Replying to @MarvelFlix
El Spiderman de miles morales

**El Glorioso Del Básquet / Agentes Carter ...** @EGDB_Basqu... · Jul 26
Replying to @EGDB_Basqu and @MarvelFlix

**luis** @luis_11arenas · Jul 26
Replying to @MarvelFlix
@lazquez2607 ojo
♡ 2

**David** @Vazquez2607 · Jul 26
Replying to @luis_11arenas and @MarvelFlix
esta pelicula no tiene ni un teaser y cada vez me emociona más
♡ 2

**AidenDarkseid** @AidenDarkseid · Jul 28
Replying to @MarvelFlix
no pero como tio ben lo veo

Perkowski Legal P.C.
@c_perkowski

---

**Relevant people**

**MarvelFlix** @MarvelFlix                    Follow
Todas las novedades del multiverso Marvel. Contacto:
marvelflixarg@gmail.com
#WakandaForever✊🏾 Desde 🇦🇷🇲🇽
marvelflix_arg

**What's happening**

FIFA World Cup · 29 minutes ago
**World Cup Qatar 2022: Opening Ceremony**

#Disenchanted
Original movie now streaming
Promoted by Disney+

Only on Twitter · Trending
**RIP JDF**
3,871 Tweets

Trending in United States
**El VAR**
44.3K Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Tommy

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ...
© 2022 Twitter, Inc.

Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@_perkowski

← Thread

**Marvel News**
@BRMarvelNews

📷 Dakota Johnson em novas imagens das gravações de #MadameWeb

Translate Tweet



10:25 PM · Jul 25, 2022 · Twitter Web App

**101** Retweets    **86** Quote Tweets    **2,334** Likes

💬    🔁    ♡    📤

Tweet your reply                                    Reply

**Marvel News** @BRMarvelNews · Jul 25
Replying to @BRMarvelNews
(via. @DakotaBRA)
💬    🔁    ♡ 42    📤

**Jothanos** @jothanoos · Jul 25
Replying to @BRMarvelNews
Muy bela
💬    🔁    ♡    📤

**red** @redthxa · Jul 25
Replying to @BRMarvelNews
Gostei do visual
💬    🔁    ♡ 2    📤

**Pedro Jackson** @pedro_jackson · Jul 25
Replying to @BRMarvelNews
Tô com pena dela ter entrado nessa furada 😢
💬    🔁    ♡ 6    📤

**Raquel 🏳️ danke seb** @GoslingBale · Jul 26
Replying to @BRMarvelNews
lindo de uma bomba pra outra, coitada
💬    🔁    ♡ 3    📤

**senhora revoltada** @SenhoritaMinsito · Jul 26
Replying to @BRMarvelNews
50 tons de teia 😩
💬    🔁    ♡    📤

**Gabriel** @bilaureto · Jul 26
Replying to @BRMarvelNews
to vivendo um sonho
💬    🔁    ♡    📤

**Bre** @zererdaya · Jul 26
Replying to @BRMarvelNews
espero que até o fim do ano ela consiga pagar essa divida de jogo, pq olha....
💬    🔁    ♡    📤

**Jorge⚡** @DuD3teyw · Jul 26
Replying to @BRMarvelNews
O empresário da Dakota Johnson só bota ela em furada
💬 1    🔁    ♡ 26    📤

**Vic** @vic_busatto · Jul 26
Replying to @DuD3teyw and @BRMarvelNews
O Allan Jesus tbm só botava o Luva em furada
💬    🔁    ♡ 5    📤

Show replies

**lari.** @penalbagobn · Jul 26
Replying to @BRMarvelNews
linda amorrrr
💬    🔁    ♡    📤

**Spider⚡Studios** @SrMiranha20 · Jul 25
Replying to @BRMarvelNews
Lindaa demais
💬    🔁    ♡ 3    📤

**the.o** @Theocnha · Jul 26
Replying to @BRMarvelNews
A coitada só tá participando de bomba ultimamente
💬    🔁    ♡ 3    📤

**doug** @doutrlos · Jul 26
Replying to @BRMarvelNews
@hrqcamacho aaaaaa
💬    🔁    ♡ 1    📤

**Sellen Coutinho** @sellencoutinho · Jul 26
Replying to @BRMarvelNews
Pro bem delá eu espero que esse filme seja bom,ótima atriz, mas não sabe escolher os papéis.
💬    🔁    ♡    📤

**Gabes'l INDÍGO//DREAMERS 🖤** @gaboongi · Jul 26
Replying to @BRMarvelNews
O AMOR DA MINHA VIDA TÁ LINDA DEMAIS ...
COQUI TA LINDA, PERFEITA, MARAVELHOSA...
LIBRIANA 🖤🖤
💬    🔁    ♡    📤

**Nicolas Ryan Silva Macedo** @NicolasRyan05 · Jul 26
Replying to @BRMarvelNews
Ela merecia o MCU da Marvel, não a bomba feita pela Sony...
💬    🔁    ♡ 2    📤

**nat** @natcasb · Jul 26
Replying to @BRMarvelNews
@JanailFM
💬    🔁    ♡    📤

Show additional replies, including those that may contain offensive content            Show

Marvel News
@BRMarvelNews
Follow

Relevant people

Marvel News
@BRMarvelNews
Conta de fã dedicada ao Universo Marvel 💙 Contato: marvelnewsbr@outlook.com

What's happening

FIFA World Cup · Live
England vs Iran

Trending in United States
Callum Wilson
2,440 Tweets

Trending in California
#BLACKPINK_WORLDTOUR
58.1K Tweets

Trending in United States
Maguire
Trending with Luke Shaw

Music · Trending
Slick Rick

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



Thread

←

**Nicholas Galitzine Brasil 🔆 Fã-clube**
@NGBRSite

···

As filmagens de #TheIdeaofYou estão acontecendo em Atlanta, na Georgia, EUA!

Translate Tweet



8:01 PM · Oct 20, 2022 · Twitter Web App

**8** Retweets   **2** Quote Tweets   **91** Likes

💬          🔁          ♡          ⬆️

  Tweet your reply                    Reply

**Lancy The.B** ⭐Fan Account⭐ @LancyPlena · Oct 21    ···
Replying to @NGBRSite
Se a química já tá apenas numa foto imagina o filme🔥

💬          🔁          ♡ 2          ⬆️

**Perkowski Legal P.C.**  ···
@c_perkowski

---

🔍 Search Twitter

**Relevant people**



**Nicholas Galitzine Br...**    Follow
@NGBRSite
Fã-site brasileiro dedicado ao ator e cantor inglês Nicholas Galitzine. Fan account - contact us before taking any legal action! Follow Nicholas: @nickgalitzine

**What's happening**

Television · 1 hour ago
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
📣 Promoted by Uber

Trending in United States          ···
**Blocked**
131K Tweets

Trending in United States          ···
**#DreamersbyJungkook**
Trending with #FIFAWorldCup 🏆

Trending in California          ···
**#QatarWorldCup2022**
31.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

_ https://twitter.com/tylere2006/status/1254153466961895424 _ at _ 2022-11-22 18:47:58 -08:00

← **Tweet**



Twitter

## Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

---

Tae12
@tylere2006

⋯

## Madison Beer



2:01 PM · Apr 25, 2020 · Twitter for iPhone

**10** Retweets  **96** Likes

💬     ⇄     ♡     ⬆

  Tweet your reply     **Reply**

Gorgeous Girls @CelebsPretty · Apr 25, 2020     ⋯
Replying to @tylere2006
That top in the 2nd pic 😔😔

💬 1     ⇄     ♡ 1     ⬆

Tae12 @tylere2006 · Apr 25, 2020     ⋯
Replying to @CelebsPretty
Really brings out the goods

💬 1     ⇄     ♡ 1     ⬆

---

Perkowski Legal P.C.     ⋯
@c_perkowski

🔍 Search Twitter

### Relevant people

Tae12     **Follow**
@tylere2006
Just a guy tweeting pics of beautiful
women

### What's happening

Television · LIVE
Bachelor in Paradise airing on
ABC     

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
📢 Promoted by Avatar

Sports · Trending     ⋯
**Chase U**
1,379 Tweets

Trending in United States     ⋯
**RIP Harold**

Bachelor in Paradise · Trending     ⋯
**#bachelorinparadiseabc** 🌹
Trending with Victoria

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

__ https://twitter.com/ClickySound/status/1190787861148246016 __ at __ 2022-11-20 18:41:07 -08:00 __

← **Tweet**



**Clicky Sound**
@ClickySound

···

clickysound.com/lsquoim-blesse... "I'm feeling great. I'm blessed to be alive, brother."



5:28 PM · Nov 2, 2019 · Clicky Sound

 


Tweet your reply


Reply

---

Search Twitter

## Relevant people


**Clicky Sound**
@ClickySound

Follow

Photography at its Best!

## What's happening

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**



**#Disenchanted** 🧙‍♀️
Original movie now streaming
▶ Promoted by Disney+



Trending in United States
**#twdspoilers**

···

The Real Housewives of Potomac · Trending
**#RHOP**
Trending with Wendy, Robyn

···

Trending in California
**Dodger Stadium**
9,366 Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

\_\_ https://twitter.com/cravemedia_/status/1396557632085843970 \_\_ el \_\_ 2022-11-20 22:32:12 -08:00 \_\_

← **Tweet**





.
@cravemedia_

1:04 PM · May 23, 2021 · Twitter for iPhone

**12** Retweets  **69** Quote Tweets  **310** Likes

Tweet your reply

Reply

Filip Mańka | Immersja 🇺🇦 @lysy_z_marvela · May 23, 2021
Replying to @cravemedia_

♡ 9

## Relevant people



.
@cravemedia_                                    Follow

Media account for @FilmUpdates

## What's happening

NCAA Men's Basketball · This afternoon
Seahawks at Pirates



#Disenchanted 🎃
Original movie now streaming
▶ Promoted by Disney+

Music · Trending
#BLACKPINK_WORLDTOUR
57.7K Tweets

Trending in United States
UCLA
13.3K Tweets

Trending in United States
#TheWalkingDead
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/ThrowbackTaylor/status/1503177760533008384 __ at __ 2022-11-22 01:45:14 -08:00

← **Tweet**

**Taylor Throwbacks | fan page**
@ThrowbackTaylor

6 years ago, taylor swift arriving at a.o.c. restaurant in beverly hills, california.

march 12, 2016



6:14 PM · Mar 13, 2022 · Twitter for iPhone

**27** Retweets  **4** Quote Tweets  **627** Likes

Tweet your reply                                    Reply

Show additional replies, including those that may contain offensive content        Show

---

## Relevant people

**Taylor Throwbacks | f...**       Follow
@ThrowbackTaylor

daily throwbacks account to show you what dr taylor was up to on this day | fan account :| 🩵 taylortbacks@gmail.com for content removals

## What's happening

NFL · 5 hours ago
**49ers at Cardinals**

**#AvatarTheWayOfWater**🫧
Get tickets now · In theaters December 16
▷ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
Trending with World Premiere

Trending in California
**Mexicans**
7,236 Tweets

Trending in United States
**#GMMTV2023**
242K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Perkowski Legal P.C.**
@c_perkowski

← **Tweet**

**Margvel** 
@_Margvel

🚨 AHORA: Primeras fotos del set de #Loki. Vemos a Tom Hiddleston como el Dios del Engaño, la Time Variance Authority y… ¿Lady Loki? 👀😱

Translate Tweet



7:34 AM · Mar 4, 2020 · Twitter for iPhone

**24** Retweets   **3** Quote Tweets   **175** Likes

Tweet your reply                    Reply

**J u a m p y** 翼ゟ誕 @JuampxDxaz · Mar 4, 2020
Replying to @_Margvel
Loki como John Constantine (?)
                                    1

**Perkowski Legal P.C.** 
@c_perkowski

🔍 Search Twitter

**Relevant people**

**Margvel** 
@_Margvel                          Follow
Humor, información y updates del Universo Marvel | 🎭
contactomargvel@gmail.com |
#SheHulk #IAmGroot

**What's happening**

Formula 1 · 5 hours ago
Abu Dhabi Grand Prix 2022          

**#Disenchanted** 🧙‍♀️
Original movie now streaming
📀 Promoted by Disney+

Trending in United States
**Rest In Peace**
50.1K Tweets

Entertainment · Trending
**Morgan Freeman**
191K Tweets

Only on Twitter · Trending
**Rest in Power**
22.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Case 2:22-cv-09462-DMG-ADS   Document 23-29   Filed 03/13/23   Page 25 of 101   Page ID #:5917

← **Tweet**

**Portal Evansson Brasil**
@prtlevanssonBR

···

📷 | LINDO!

Chris Evans no set de gravação de 'Red One' hoje (13/10).

Translate Tweet



2:58 PM · Oct 13, 2022 · Twitter for Android

**17** Retweets   **4** Quote Tweets   **173** Likes

💬   🔁   ♡   ⬆️

Tweet your reply

Reply

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

---

Search Twitter

**Relevant people**

**Portal Evansson Brasil**
@prtlevanssonBR     Follow

Sua fonte sobre os atores Chris Evans e Scarlett Johansson no Brasil. Ative as notificações! 🔔 | Fan account about Chris Evans and Scarlett Johansson.

**What's happening**

FIFA World Cup · 4 hours ago
**World Cup Qatar 2022: Opening Ceremony**

**#Disenchanted** 🧙‍♀️
Original movie now streaming
📺 Promoted by Disney+

Trending in United States
**Rest In Peace**
48.7K Tweets

Entertainment · Trending
**Morgan Freeman**
189K Tweets

Only on Twitter · Trending
**Rest in Power**
21.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski   ···



← **Tweet**



Search Twitter



**Male Celeb Hotties**
@jaymalecelebs · · ·

I'm so horny and alone. Please hurry!



11:51 PM · Feb 26, 2020 · Twitter for Android

**7** Retweets   **1** Quote Tweet   **142** Likes

💬        🔁        ♡        ⬆️



Tweet your reply                                    **Reply**

**nicholas halsall #sexslingslut** @nickhals1982 · Feb 27, 2020
Replying to @jaymalecelebs
Justin BIEBER 🍑🍑🍑🍑🍑🍑



💬        🔁        ♡        ⬆️

---

**Relevant people**



**Male Celeb Hotties**                          **Follow**
@jaymalecelebs
Just a bi guy bringing you hot male
celeb content to lust over! DM's are
always open! Have fun! 😜 18+

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in United States                          · · ·
**RIP Harold**

Competition shows · Trending                       · · ·
**Devix**
Trending with Kique

Family drama · Trending                            · · ·
**B. Jess**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

**Perkowski Legal P.C.**   · · ·
@c_perkowski

__ https://twitter.com/MovieCrazyP/status/1363311425813426180 __ at __ 2022-11-21 01:53:01 -08:00 __



__ https://twitter.com/bestpicofshawn/status/1251515527559815185 __ et __ 2022-11-21 16:40:49 -08:00 __

← **Tweet**



🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

best shawn pics
@bestpicofshawn                          ···





👤 Shawn Mendes and camila

7:18 AM · Apr 18, 2020 · Twitter for Android

115 Retweets    11 Quote Tweets    1,533 Likes

💬            ⟲            ♡            ⬆️

P  | Tweet your reply                    Reply

Tess @Tess00454762 · Apr 20, 2020          ···
Replying to @bestpicofshawn @ShawnMendes and @Camila_Cabello
perfection💕
💬            ⟲            ♡            ⬆️

## Relevant people



best shawn pics         Follow
@bestpicofshawn
Things about Shawn Mendes I hope
you enjoyed it. Turn on notf! 🇦🇷
@niahell

Shawn Mendes ✓        Follow
@ShawnMendes

camila ✓              Follow
@Camila_Cabello
Sigue bailando. FAMILIA out now





## What's happening

FIFA World Cup · This morning
**England vs Iran**

Entertainment · Trending              ···
**Died Suddenly**
35.5K Tweets

Trending in United States             ···
**#JeopardyAmyChat**

Trending in California                ···
**TSLA**
24.1K Tweets

Trending in United States             ···
**Chrisley**
6,888 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



\_\_ https://twitter.com/_Margvel/status/1206763163112366080 \_\_ et \_\_ 2022-11-21 18:08:05 -08:00 \_\_
Case 2:22-cv-09462-DMG-ADS   Document 23-29   Filed 03/13/23   Page 30 of 101   Page ID #:5922

**← Thread**

🔍 Search Twitter

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

**Margvel** 🐾 @_Margvel · Dec 16, 2019
¡Fotos de hoy! 📸

Elizabeth Olsen como Wanda Maximoff y Teyonah Parris como una versión adulta de Monica Rambeau en el set de #Wandavision! 😱



💬 1        ⇄ 10        ♡ 95        ⬆

**Margvel** 🐾 @_Margvel

¡CONFIRMADO! La agencia de inteligencia S.W.O.R.D formará parte de la serie de Disney+ #Wandavision

[Fotos del set]

6:28 PM · Dec 16, 2019 · Twitter for iPhone

**13** Likes

💬        ⇄        ♡        ⬆

Ⓟ Tweet your reply        **Reply**

Ⓟ **Perkowski Legal P.C.** ⋯
@c_perkowski

## Relevant people

**Margvel** 🐾 @_Margvel        **Follow**

Humor, información y updates del Universo Marvel | 🎬 contactomargvel@gmail.com | #SheHulk #IAmGroot

## What's happening

NFL · LIVE
**49ers at Cardinals**


Trending in United States
**Died Suddenly**
43.6K Tweets

Bachelor in Paradise · Trending
**#BachelorInParadise** 🌹
Trending with Shanae

Sports · Trending
**Cale Makar**
1,039 Tweets

__ https://twitter.com/AboutHerOFCL/status/1453791219050500104 __ at __ 2022-11-20 21:38:11 -08:00 __

← **Tweet**

 **About Her** ✓
@AboutHerOFCL                                    ...

Rihanna in a Raf Simons parka. That's all.

 

11:30 AM · Oct 28, 2021 · Buffer

          

💬 Tweet your reply                          **Reply**

## Relevant people

 **About Her** ✓
@AboutHerOFCL                              **Follow**

Inside untapped territory: Pulling back
the curtain on Arab women who are
defining cultural trends now.
#AboutHer

## What's happening

Television · 2 hours ago
**The Walking Dead airing on AMC**                  

**#Disenchanted** 🧚
Original movie now streaming
▶ Promoted by Disney+

Trending in California                              ...
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Trending in United States                          ...
**#AMAs** 🔥
Trending with soobin, yeonjun

Trending in California                              ...
**#TWDFamily**
8,882 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**    ...
@c_perkowski

__ https://twitter.com/postamgzn/status/1401801098440595760 __ at __ 2022-11-22 12:54:17 -08:00



← Tweet

  Posta Magazin
@PostaMgzn

···

Angelina Jolie'nin intikam sarısı bit.ly/3cpiWEp



12:20 AM · Jun 7, 2021 · TweetDeck

1 Retweet   1 Like





🔍 Search Twitter

**Relevant people**

  Posta Magazin        Follow
@PostaMgzn
Aktif habercilik

**What's happening**

FIFA World Cup · 2 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🫧
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California        ···
**Mexicans**
17.9K Tweets

Perkowski Legal P.C.  ···
@c_perkowski

__ https://twitter.com/beliebinteam/status/1238102519169105920 __ at __ 2022-11-22 15:18:15 -08:00 __

← **Tweet**



Search Twitter

### Home

### Explore

### Notifications

### Messages

### Bookmarks

### Lists

### Profile

### More

**Tweet**

s
@beliebinteam

···

he looks so F I N E



7:00 AM · Mar 12, 2020 · Twitter for iPhone

**7** Retweets   **39** Likes

**Relevant people**



s
@beliebinteam

**Follow**

swap swap swap it out 🧋 | fan account

**What's happening**

FIFA World Cup · 5 hours ago
**Mexico vs Poland**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Celebrities · Trending          ···
**Chris Evans**
Trending with  Blueface

Entertainment · Trending          ···
**dan howell**

Politics · Trending          ···
**Catturd**
10.4K Tweets

Show more

Tweet your reply          **Reply**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.


Perkowski Legal P.C.          ···
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 23-29   Filed 03/13/23   Page 34 of 101   Page ID #:5926

← **Tweet**



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from a suspended account. Learn more

**Perkowski Legal P.C.** ...
@c_perkowski

__ https://twitter.com/agfotosevideos/status/1182798310220562437 __ at __ 2022-11-21 04:29:34 -08:00 __





Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/AndyVermaut/status/1428675088916697090 __ at __ 2022-11-22 21:22:22 -08:00 __



← **Tweet**



Q Search Twitter

**Andy Vermaut**
@AndyVermaut

···

Prince Harry spotted for the first time since daughter Lilibet's birth foxnews.com/entertainment/...



4:07 AM · Aug 20, 2021 · dlvr.it

        ↻        ♡        ↑

 Tweet your reply                    Reply

## Relevant people

 **Andy Vermaut**          Follow
@AndyVermaut

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

NBA · LIVE
**Lakers at Suns**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States                              ···
**Erection**
14.7K Tweets

Trending in California                                 ···
**Costco**
5,491 Tweets

Sports · Trending                                     ···
**SDSU**
1,620 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**   ···
@c_perkowski

# Tweet

**s**
@beliebinteam

···

### LOOK AT POP ROYALTY



5:11 PM · Dec 28, 2020 · Twitter for iPhone

**62** Retweets   **7** Quote Tweets   **317** Likes

This Tweet is from a suspended account. Learn more

**we fresh** @nutchelll · Dec 28, 2020
Replying to @teamxceline @teamxceline and @beliebinteam
Don't forget to drink your milk bhie

♡ 2

---

🔍 Search Twitter

### Relevant people

**s**
@beliebinteam                    Follow

swap swap swap it out 🍵 | fan account

### What's happening

FIFA World Cup · **LIVE**
**USA vs Wales**



Entertainment · Trending
**julia fox**
6,855 Tweets

Trending in United States
**#USMNT**🇺🇸
Trending with  Wales, #FIFAWorldCup 🏆

Trending in United States
**Acosta**
12.3K Tweets

Trending in United States
**Colorado Springs**
445K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Perkowski Legal P.C.**
@c_perkowski





← **Tweet**



Home

# Explore

Notifications 1

Messages

Bookmarks

Lists

Profile

More

**Tweet**



**Film News**
@filmnewsPL

···

Robert Downey Jr. i Cillian Murphy na planie filmu
#Oppenheimer Christophera Nolana



11:01 AM · Apr 13, 2022 · Twitter for Android

41 Likes

Tweet your reply                    Reply

## Relevant people

**Film News**    Follow
@filmnewsPL

🎬 najnowsze wiadomości filmowe - kino polskie i zagraniczne, popularne i niezależne 🎦 kontakt: filmnewspl@gmail.com

## What's happening

NCAA Men's Basketball · This morning
**Cavaliers at Fighting Illini**

Trending in United States    ···
**Bob Iger**
Trending with Disney, Chapek

Trending in United States    ···
**#AMAs** 🔥
Trending with sabrina

Music · Trending    ···
**Kelly Rowland**
Trending with Chris Brown

Trending in United States    ···
**#乐鱼体育**
230K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Search Twitter

**Perkowski Legal P.C.**    ···
@c_perkowski



__ https://twitter.com/beliebinteam/status/1233073300114460673 __ at __ 2022-11-22 17:39:50 -08:00 __



← **Tweet**

s
@beliebinteam

**FUCK ME UP RIGHT NOW**



8:55 AM · Feb 27, 2020 · Twitter for iPhone

**9** Retweets    **1** Quote Tweet    **30** Likes

Tweet your reply                                    Reply

## Search Twitter

### Relevant people



s
@beliebinteam                    Follow

swap swap swap it out 🍵 | fan
account

### What's happening

FIFA World Cup · This morning
**Mexico vs Poland**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States                    ···
**RIP Harold**
Trending with  TO BE CLEAR

Entertainment · Trending                    ···
**Jane Lynch**

Trending in United States                    ···
**#BlackInkCrew**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



Perkowski Legal P.C.
@c_perkowski

— https://twitter.com/_Margvel/status/1195107787241664513 _ at _ 2022-11-21 16:15:55 -08:00 _



← Tweet

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**



**Margvel** 🐾
@_Margvel

Fotos reveladas de Sebastian Stan como Bucky en el set de Falcon and The Winter Soldier!



2:34 PM · Nov 14, 2019 · Twitter for iPhone

**3** Retweets   **4** Quote Tweets   **54** Likes

Tweet your reply

Reply

  

🔍 Search Twitter

### Relevant people



**Margvel** 🐾
@_Margvel

Follow

Humor, información y updates del Universo Marvel | 🏆 contactomargvel@gmail.com | #SheHulk #IAmGroot

### What's happening

FIFA World Cup · This morning
**England vs Iran**

Trending in California
**TSLA**
23.6K Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,553 Tweets

Trending in California
**Dodger Stadium**
12.1K Tweets

Sports · Trending
**Gerrit Cole**
Trending with Alek Manoah

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/AndresJovannyMa/status/1550882009986413826 __ at __ 2022-11-19 21:26:16 -08:00 __

← **Tweet**

 **🏳️‍🌈ANDY JONNY**
@AndresJovannyMa                                      ···

💥Hoy vamos a tener el primer tráiler de #Shazam 🔦 #FuryoftheGods 🔦 en el el panel de #DC en la #SDCC

Translate Tweet



9:37 AM · Jul 23, 2022 · Twitter for Android

    💬       ↺       ♡       ↑

 Tweet your reply                           Reply

---

### Relevant people

 **🏳️‍🌈ANDY JONNY**         Follow
@AndresJovannyMa

EL PENSAR Y EXPRESAR 💙❤️ Tengo un canal en YouTube ▶️ ANDY JONNY 😁

### What's happening


Television · 1 hour ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve

---

🐦 Twitter

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

 **Perkowski Legal P.C.**  ···
@c_perkowski

🔍 Search Twitter

__ https://twitter.com/Geek509_/status/1552333621666792758 __ at __ 2022-11-21 19:02:06 -08:00 __

← **Tweet**

 **Geek509_**
@Geek509_                                    ···

Premier aperçu de Dakota Johnson sur le tournage de Madame Web du Sony's Spiderman Universe. Le film devrait sortir avant octobre 2023.
#dakotajohnson #madameweb #spiderman #sonypictures #geek509

Translate Tweet



9:42 AM · Jul 27, 2022 · Twitter for iPhone

**2** Retweets  **7** Likes

   Tweet your reply                              Reply

**Perkowski Legal P.C.** ···
@c_perkowski

---

**Relevant people**

 **Geek509_**        Follow
@Geek509_

L'actu cinéma🎥, series📺, gaming🎮, pop culture!

**What's happening**

NBA · Starts at 7:30 PM
**Jazz at Clippers**




Entertainment · Trending
**Died Suddenly**
49.7K Tweets                    ···

Sports · Trending
**Lane**
Trending with Auburn             ···

Trending in United States
**Tampax**                       ···
33.1K Tweets

Sports · Trending
**Grupo Firme**                  ···
3,877 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Search Twitter**

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

__ https://twitter.com/1dinsidereport/status/1174902639219204098 __ at __ 2022-11-21 14:00:01 -0800 __



 Home

 Explore

 Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

 **1DIR**
@1DInsideReport

Harry meeting fans in LA!

 

9:26 PM · Sep 19, 2019 · Twitter for Android

**5** Retweets  **27** Likes

  

Tweet your reply

Reply

**Relevant people**

 **1DIR**
@1DInsideReport    Follow

Giving you latest news and updates everything about 1D & solos! (EST. 2012) Credits to the owners of the content we post. Inquiries: onedinside_report@yahoo.com

**What's happening**

FIFA World Cup · 28 minutes ago
**USA vs Wales**




Entertainment · Trending
**#Blade**
Trending with Lovecraft Country, Yann Demange

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,001 Tweets

Trending in United States
**Zimmerman**
16.7K Tweets

Trending in United States
**Trent Reznor**
7,214 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

Search Twitter

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/dakotainarabic/status/1578780300090955010 __ at __ 2022-11-19 23:41:17 -08:00 __



**Dakota Johnson | داكوتا جونسون بالعربي**
@dakotainarabic

جديد: داكوتا في موقع تصوير فيلم "Madame Web" في بوسطن امس 📷

#DakotaJohnson

👤 Dakota Johnson Portugal

9:12 AM · Oct 8, 2022 · Twitter for iPhone

**2** Retweets   **9** Likes

Tweet your reply

**Reply**

## Relevant people

**داكوتا جونسون بالعربي | ...**   **Follow**
@dakotainarabic

المصدر العربي الأول لأخبار وتحديثات داكوتا جونسون | The First Arabic Source For Dakota Johnson's News & Updates انستقرام 📷@dakotainarabic

**Dakota Johnson P...** ✔   **Follow**
@dakotajohnsonpt

A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷: @DJPTMidias | Fã-Clube.

## What's happening

Television · 3 hours ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Politics · Trending
**HE'S BACK**
156K Tweets

Sports · Trending
**Chip Kelly**
1,080 Tweets

Sports · Trending
**Saraya**
25.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

Search Twitter

22-cv-09442-DMG-AGS

← **Tweet**

🔍 Search Twitter

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

---

**Dani Lagi** ⚡ **Strip Marvel**
@StripMarvel

Feliz con la vuelta de los rodajes Marvel. Espero que lo puedan grabar todo sin problemas. ❤️

Translate Tweet



11:48 AM · Sep 26, 2020 · Twitter for iPhone

**52** Retweets  **1** Quote Tweet  **795** Likes

💬   🔁   ♡   📤

---

🔲 Tweet your reply                          **Reply**

---

**Tarregot** @Tarregot · Sep 26, 2020
Replying to @StripMarvel
Pues vaya máscara que le han puesto al personaje
Le iba mejor con Hydra 😂

💬   🔁   ♡   📤

---

**Francisco Zarzoso** @FranZarzoso · Sep 26, 2020
Replying to @StripMarvel
BUCKYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYY
YYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYY
YYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYY
YYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYY
YYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYYY

💬   🔁   ♡   📤

---

**Hannibal Mora** @Hannibal_Mora · Sep 27, 2020
Replying to @StripMarvel
Espero que hagan lo mismo con Los 4 Fantásticos, en cuanto hayan elegido
al reparto adecuado y tengan el guión listo.
No hace falta que le diga que son mis favoritos jejejeje 😁

💬   🔁   ♡   📤

---

**Jesus Enrique** #BlackPantherWakan... @JesusEn32... · Sep 26, 2020
Replying to @StripMarvel
Bucky como Winter Soldier se ve bien macizo

💬   🔁   ♡  1  📤

---

**joserodriguezzvk** @JoseMREvk94 · Sep 26, 2020
Replying to @StripMarvel
Yo lo seguire diciendo este tio es el hijo secreto de mark hamill que bien
quedaría haciendo de luke de joven en la serie de obi wan

💬   🔁   ♡  4  📤

---

**Teo Tormo** @selectormusical · Sep 26, 2020
Replying to @StripMarvel
Joder como mola el brazo wakandiano con la chupa de cuero

💬   🔁   ♡   📤

---

**ELKM Comics** @Leandro99302125 · Sep 26, 2020
Replying to @StripMarvel
Esty contando los minutos para ver esa serie!!

💬   🔁   ♡   📤

---

**Pablo Arrieta** @Arrieta_007 · Sep 26, 2020
Replying to @StripMarvel
Después de tanto silencio los proyectos de Marvel Studios resurgen de las
cenizas.
#MarvelStudios #MarvelSeries

💬   🔁   ♡  2  📤

---

**Lobohombre en Madrid** @Oubeador · Sep 26, 2020
Replying to @StripMarvel
Me gusta la nueva máscara de Bucky. El hot toy va a estar interesante.

💬   🔁   ♡   📤

---

**Perkowski Legal P.C.**
@c_perkowski

---

### Relevant people

**Dani Lagi** ⚡ **Strip Ma...**   **Follow**
@StripMarvel
Soy @Dani_Lagi de Strip Marvel en
@youtube y @twitch autor de
#ComoConocíAVuestraMarvel y el
cómic #ElGuanteHaberDeInfinito
CONTACT: stripmarvelfx@gmail.com

---

### What's happening

NFL · Yesterday
Bengals or Steelers

Trending in California
#sacramentoproud

Trending in United States
**#AMAs** 🏆
Trending with sushio, sabrina

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States
**Bob Iger**
Trending with Disney, Chapek

Show more

---

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**



**YUCATAN AL MINUTO**
@YUCATANALMINUTO                                                     •••

JLo y Ben Affleck comparten romántico beso
ow.ly/3jLc50FaaFB

Translate Tweet



8:01 AM · Jun 15, 2021 · Hootsuite Inc.

**1** Quote Tweet    **3** Likes

 Tweet your reply                           **Reply**

## Relevant people

 **YUCATAN AL MINUTO**    **Follow**
@YUCATANALMINUTO
Yucatán al Minuto es un medio de
comunicación que produce contenido
informativo y material audiovisual con
formatos propios en Mérida, Yucatán.

## What's happening

FIFA World Cup · 1 hour ago
**Mexico vs Poland**



**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Betty White · Trending                    •••
**Betty White**
1,660 Tweets

Trending in California                    •••
**Mexicans**
14.4K Tweets

Trending in United States                 •••
**Chicharito**
5,043 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More •••
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.    •••
@c_perkowski

__ https://twitter.com/girlfromaspen/status/1552852348413874182 __ at __ 2022-11-20 23:28:03 -0800



## Twitter

🔍 Search Twitter

- 🏠 Home
- #️⃣ Explore
- 🔔 Notifications
- ✉️ Messages
- 🔖 Bookmarks
- ▤ Lists
- 👤 Profile
- ⋯ More

**Tweet**

### Relevant people



↩ Kate Retweeted

 **About Her** ✓
@AboutHerOFCL                    ⋯

**Dakota Johnson spotted on set of** #MadameWeb 🕷
🕸



11:30 AM · Jul 28, 2022 · Buffer

**9** Retweets   **65** Likes

💬        ↩        ♡        ↑

 Tweet your reply

**Kate**
@girlfromaspen        **Follow**

I dislike negativity so unless I follow
you, your replies aren't welcome on
my tweets.

**About Her** ✓
@AboutHerOFCL        **Follow**

Inside untapped territory: Pulling back
the curtain on Arab women who are
defining cultural trends now.

#AboutHer



### What's happening

NBA · 2 hours ago
**Spurs at Lakers**

**#Disenchanted** 🧟
Original movie now streaming
▶ Promoted by Disney+

Music · Trending
**#DavidoAt30**
54.4K Tweets                    ⋯

Trending in United States
**Maher**
22K Tweets                    ⋯

Trending in United States
**#AMAs** 🏆
Trending with soobin, yeonjun        ⋯

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

Reply

__ https://twitter.com/altapeli/status/1492244187189764099 __ at __ 2022-11-19 19:00:59 -08:00 __

← **Tweet**

 **AP** ✔
@altapeli

···

Al Pacino bailando por las calles de Beverly Hills. Ese es el tweet.




1:08 PM · Feb 11, 2022 · Twitter Web App

**38** Retweets   **11** Quote Tweets   **253** Likes

💬   ⟲   ♡   ⬆

 Tweet your reply                    Reply

---

🔍 Search Twitter

**Relevant people**

 **AP** ✔   Follow
@altapeli

Cuenta oficial de AltaPeli.com - Cine / Series / Críticas / Noticias / Videojuegos

**What's happening**

Television · Starts at 7:00 PM
**Saturday Night Live airing on NBC**


**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States   ···
**HE'S BACK**
120K Tweets

Entertainment · Trending   ···
**Die Hard**
7,486 Tweets

Sports · Trending   ···
**#AEWFullGear**
90.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

 **Perkowski Legal P.C.** ···
@c_perkowski

← Tweet

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@_perkowski

**Relevant people**

BEYHIVE.com.br ✔
@beyhivecombr
Fan account. #RENAISSANCE Em todas as plataformas de streaming | Notícias, fotos e vídeos da Beyoncé para a #BEYHIVE!

**Follow**

**What's happening**

NFL · 1 hour ago
Browns at Bills

#Disenchanted
Original movie now streaming
Promoted by Disney+

Trending in California
58K Tweets

Trending in United States
**Rest in Peace**
2.46M Tweets

Sports · Trending
**#FIFAWorldCup** 🏆
2.46M Tweets

Sports · Trending
**Melvin Gordon**
Trending with Zeke, Broncos

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.

BEYHIVE.com.br ✔
@beyhivecombr

Beyoncé deu uma festa de aniversário ontem.

Adele, Kris Jenner, Zendaya, Drake e mais estiveram presentes.

Translate Tweet

11:55 AM · Sep 11, 2022 · Twitter Web App

96 Retweets   95 Quote Tweets   2,074 Likes

Tweet your reply                    **Reply**

Gustavo @guxstavou · Sep 11
Replying to @beyhivecombr
Beyonce para a Adele

♡ 100

dias @riccdias2 · Sep 11
Replying to @beyhivecombr
pra fazer festa ela tem tempo, ne?
♡ 16

vitu. @binelllindo · Sep 12
Replying to @beyhivecombr
adele emburacada
♡

v for vendetta @gi_antisocial · Sep 11
Replying to @beyhivecombr
o Drake, meu pai 😍
♡

Edy @Edy_5Official · Sep 11
Replying to @beyhivecombr
A cara da Adele de que fez coisas que ela nunca imaginou
♡ 23

RICK @rickpraado · Sep 11
Replying to @beyhivecombr
Tava calor ne? Kkkkk
♡

NAYONCÉ @nayanedmvaz · Sep 11
Replying to @beyhivecombr
A gente malhando a veia e a veia nem ai mesmo 😂 kkkkkkk
♡ 9

Fluorescent beige @inthayane · Sep 11
Replying to @nayanedmvaz and @beyhivecombr
@thasioflw
♡ 1

Show replies

HoneyB 🐝 @YupHoneyBee · Sep 11
Replying to @beyhivecombr

HoneyB 🐝 @YupHoneyBee · Sep 11
A Beyoncé fala "apenas as garotas" e "apenas os rapazes" e o pessoal entende o q ela fala e se diverte junto com ela!

Fique antenado no inglês vc também adquirindo esse tempo digital q te faz chegar à fluência de modo eficiente. Pare de adiar! 😉
#Publi

go.hotmart.com/X7469341?K

♡ 5

JR @juin1n · Sep 11
Replying to @beyhivecombr
chocado que a kim foi
♡ 1

gab. @gautilor · Sep 12
Replying to @beyhivecombr
curiosamente a mesma não apareceu
♡

Mary Anne 🇰🇷 @pannterona · Sep 11
Replying to @beyhivecombr
que cabelo horroroso esse da z
♡

Julilo 💫 @JulioLobato25 · Sep 11
Replying to @beyhivecombr
AÍ alguns cantores do Brasil faz e convida Carlinhos Maia, GKAY ... aí não dá 😂

Da vontade nê Brasil kk
♡ 8

CAROLINDA LUCIANO @carolindaela · Sep 11
Replying to @beyhivecombr
Adele não tava legal eu acho...
♡

i drink wine @hellofrom_thtth · Sep 12
Replying to @beyhivecombr
Adele saiu transformada dessa festa
♡ 1

Nic @nic_guerra · Sep 12
Replying to @beyhivecombr
O tamanho da pupila da adele
♡ 1

GABRI11 🐝 @eu_gabrielsousa · Sep 11
Replying to @beyhivecombr

← **Tweet**



**Dakotacandids**
@Dakotacandids

··· 

20.07 | Novas fotos da Dakota no set de 'Madame Web'
em Boston, Massachusetts #DakotaJohnson (3)



3:44 AM · Jul 26, 2022 · Twitter Web App

**5** Retweets   **1** Quote Tweet   **28** Likes

♡        ⟲        ♡        ⬆

  Tweet your reply                    **Reply**

## Relevant people

 **Dakotacandids**          **Follow**
@Dakotacandids

Neste perfil irei postar somente
candids de Dakota Johnson. Para mais
info, fotos e vídeos me sigam na conta
principal: @Dakotashades | Fan
Account

## What's happening

Television · Last night
**Saturday Night Live airing on
NBC**

**#Disenchanted** 🧑
Original movie now streaming
▶ Promoted by Disney+

Only on Twitter · Trending       ···
**Rest in Power**
12.7K Tweets

Entertainment · Trending         ···
**Morgan Freeman**
167K Tweets

Trending in California           ···
**Shakira**
104K Tweets

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

🏠 Home
\# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
▤ Lists
👤 Profile
··· More

**Tweet**

 **Perkowski Legal P.C.**  ···
@c_perkowski

🔍 Search Twitter



← **Tweet**



**MAX** ✔
@ThisIsMax

···

The days ya call ahead and let the gals know black and leather tonight 😛



7:25 AM · Jun 5, 2021 · Twitter for iPhone

2 Likes



 Tweet your reply                    Reply

Search Twitter

**Relevant people**

 **MAX** ✔        Follow
@ThisIsMax

Presenter/Producer 💁 Eyes on the prize Violet! 😛 contact : Management@FlipYourWig.net

**What's happening**

FIFA World Cup · 1 hour ago
**Mexico vs Poland**



Perkowski Legal P.C.   ···
@c_perkowski

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

___ https://twitter.com/filmsbyrneche/status/1399451703703916545 ___ at ___ 2022-11-20 15:08:19 -08:00 ___

← **Tweet**

🦴🦴
@filmsbydelrey

Pensando...



12:44 PM · May 31, 2021 · Twitter for Android

**2** Retweets   **1** Quote Tweet   **19** Likes

Tweet your reply

Reply

## Relevant people

🦴🦴
@filmsbydelrey
multifandom ✧✦⁎

Follow

## What's happening

NFL · 1 hour ago
**Browns at Bills**

#Disenchanted 💁
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
59.1K Tweets

Trending in United States
**#FIFAWorldCup** 🏆
Trending with #AMAs

Trending in United States
**Oregon**
Trending with Utah

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Search Twitter



← **Thread**

🔍 Search Twitter

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

**Bishop**
@BlindWanda

Hailee Steinfeld On the Set of Hawkeye in Atlanta 20-02-2021

#Hawkeye #Marvel #DisneyPlus

1/2



5:34 PM · Feb 20, 2021 · Twitter Web App

**142** Retweets  **36** Quote Tweets  **637** Likes

Tweet your reply        **Reply**

**Bishop** @BlindWanda · Feb 20, 2021
Replying to @BlindWanda
Hailee Steinfeld On the Set of Hawkeye in Atlanta 20-02-2021

#Hawkeye #Marvel #DisneyPlus

2/2

♡ 2      ♡ 70      ♡ 213

**purevibe.belle** @PurevibeSGBelle · Feb 21, 2021
Replying to @BlindWanda and @CreamOrScream
Can't wait to see the quantum energy & super human skills on the live action series. #katebishop #MarvelAvengers #game #takingAIM

♡ 1      ♡ 1      ♡ 4

**NinjaRivs** @NinjaRivs · Feb 21, 2021
Replying to @PurevibeSGBelle and @CreamOrScream
Ooh!!! The anticipation's killing me!!

**JimmyJam** @J8mmyham · Feb 20, 2021
Replying to @BlindWanda @CreamOrScream and @EternalsTalks
There's our queen 😍

♡ 2

@adoreeflorence · Feb 21, 2021
Replying to @BlindWanda and @CreamOrScream
omg finally

**Show more replies**

**Relevant people**

**Bishop**    **Follow**
@BlindWanda
Lover of Marvel, DC, Star Wars, Comics, Hailee Steinfeld, BLACKPINK, and many other things 🖤

**What's happening**

Television · Yesterday
**The Walking Dead airing on AMC**

Trending in United States
**Bob Iger**
Trending with Disney, Chapek

Trending in United States
**Iran**
Trending with England, Wales

Trending in United States
**Defunctland**
5,036 Tweets

Trending in United States
**Schiff**
53.9K Tweets

**Show more**

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

← **Tweet**



**Relevant people**

aly
@stranwberryes

comento sobre a vida dos outros

**Follow**

aly
@stranwberryes

a mami super requisitada




anitta
III Anitta • Gata (feat. Chencho Corleone)

Vi essa foto que um paparazzi tirou de mim ontem e entendi pq q tava todo mundo tentando me pegar. Afffffeeeee

2:12 PM · Apr 17, 2022 · Twitter for Android

**4** Retweets  **1** Quote Tweet  **118** Likes

**Tweet your reply**

**Reply**

yas @gabs_massutra · Apr 17
Replying to @stranwberryes
KKKKKKKKK ela eh mt boazuda

Bruna 💔 @Bruzny · Apr 17
Replying to @stranwberryes
Aí gente eu amo essa mulher 🥰

tamires •El Que Espera // Fan account @serimatnou · Apr 17
Replying to @stranwberryes
kkkkk

**What's happening**

NFL · 2 hours ago
49ers at Cardinals



Entertainment · Trending
**Died Suddenly**
71K Tweets

Trending in California
**Mexicans**
6,358 Tweets

Sports · Trending
**NCAA 14**

Entertainment · Trending
**Sinbad**
8,502 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/BookingFreetime/status/1561303278356422857 __ at __ 2022-11-20 20:31:45 -08:00 __

← **Tweet**



**Freetime**
@BookingFreetime

Félicitations à Jennifer Lopez et Ben Affleck qui sont remariés. 

Translate Tweet

3:44 AM · Aug 21, 2022 · Twitter for Android

**2** Retweets  **1** Like

Tweet your reply

Reply

## Relevant people

**Freetime**
@BookingFreetime    Follow

Freetime est une page d'information du cinéma, du divertissement, des séries et plateformes de streaming du moment et à venir.

## What's happening

NCAA Men's Basketball · Earlier today
**Explorers at Hoyas**

**#Disenchanted** 
Original movie now streaming
Promoted by Disney+

Music · Trending
**Kelly Rowland**
10.4K Tweets

Trending in United States
**Bob Iger**
Trending with Chapek, Disney

Trending in United States
**#AMAs** 🎤
Trending with soobin, yeonjun

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.** ···
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

_ https://twitter.com/filmsbyrneche/status/1552376219546666666 _ at _ 2022-11-20 17:33:58 -08:00 _

← **Tweet**

 🐶
@filmsbydelrey                                                    ...

## will be watching madame web for dakota johnson only



12:31 PM · Jul 27, 2022 · Twitter for Android

**6** Retweets  **44** Likes

Tweet your reply                                          Reply

### Relevant people

 🐶                                       Follow
@filmsbydelrey
multifandom ✧✦

### What's happening

NFL · 48 minutes ago
**Bengals at Steelers**


**#Disenchanted** 👸
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                                    ...
**Machine Gun Kelly**
1,509 Tweets

Trending in United States                                    ...
**Dove Cameron**
4,834 Tweets

Trending in United States                                    ...
**Utah**
Trending with Oregon

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ...
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

Perkowski Legal P.C.    ...
@c_perkowski

https://twitter.com/CinematizandoOf/status/1351335097992097793__al__2022-11-21 14:18:02 -08:00__
Case 2:22-cv-09462-DMG-ADS   Document 23-29   Filed 03/13/23   Page 60 of 101   Page ID
#:5952



https://twitter.com/lindaikeji/status/1560232990130962432 __ at __ 2022-11-21 17:14:06 -08:00

# Tweet

**Linda Ikeji**
@lindaikeji

Rapper, Doja Cat flashes her underwear as she's seen in public for first time since shaving her head and eyebrows (photos)

lindaikejisblog.com/2022/8/rapper-...



4:51 AM · Aug 18, 2022 · LIB App

**1** Retweet   **6** Likes

Tweet your reply

Reply

---

**Perkowski Legal P.C.**
@c_perkowski

**tayo adelagun** @tayo_adelagun · Aug 18
Replying to @lindaikeji
Disgusting

---

Search Twitter

## Relevant people

**Linda Ikeji**
@lindaikeji

Follow

Blogger. CEO, LindaIkejiTV

## What's happening

NCAA Men's Basketball · Yesterday
**Delta Devils at Tigers**



Entertainment · Trending
**Died Suddenly**
38.3K Tweets

Only on Twitter · Trending
**#pcxqc**
2,126 Tweets

Trending in United States
**#ThingsIWouldTellMyYoungerSelf**

All American · Trending
**#AllAmerican**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

https://twitter.com/mimreynoble/status/13922251675879909536 _ef _2022-11-22 12:18:25 -08:00

← Tweet

This Tweet is from a suspended account. Learn more

**Sergio Muñoz Esquer** @ElSergioMunoz · May 12, 2021
Replying to @MimreyNoble
@luisa_ferperez

**Elizabeth Pears** @Ely_Pears · May 11, 2021
Replying to @MimreyNoble
@forzamaik es real?

**Miguel Pérez** @forzamaik · May 11, 2021
Replying to @Ely_Pears and @MimreyNoble
Es el es Batman que esperabas ? 🦇

**mimisiana** @mimisiana · May 11, 2021
Replying to @MimreyNoble
@AdleGonzalez pura gente pendeja hace eso 🙄🙄🙄
♡ 2

**Sethguin** @SethguinO · May 11, 2021
Replying to @MimreyNoble
@diegogabriel1 aprende hijitooo

🦦 @unataInani_ · May 11, 2021
Replying to @MimreyNoble
@_paolimeow

**Lilypad** @_paolimeow · May 11, 2021
Replying to @unataInani_, @AndreaSigenza1 and @MimreyNoble
Idola
♡ 2

**Guarro pelón** @DeformeFeo · May 11, 2021
Replying to @MimreyNoble and @FinalИexsperad0
¿No le gustó el clásico?

**-M.🙎** @MariaBurruel · May 11, 2021
Replying to @MimreyNoble
Bichota.
♡ 1

**Gabs** @anagaby_19 · May 11, 2021
Replying to @MimreyNoble



GIF ALT
♡ 1

**Sethguin** @SethguinO · May 12, 2021
Replying to @MimreyNoble
@DariIPezo así como iLo
♡ 1

**Anémona anónima** @DariIPezo · May 12, 2021
Replying to @SethguinO and @MimreyNoble
Expectativas

**Ximena Ruiz** @ximenenaruiz · May 12, 2021
Replying to @MimreyNoble
JAJAJA @luishugoe_
♡ 1

**aida** @aidasotoo · May 11, 2021
Replying to @MimreyNoble
@valerialfloresm_ JAJAJAJAJ KIEN

**Mocatriz** @perdonasoyrubia · May 11, 2021
Replying to @MimreyNoble
¿Y el anillo pa' cuándo?
♡ 1

**Marisol Felix** @yosoylaguerramkt · May 12, 2021
Replying to @MimreyNoble
Así debe de ser!! Sin importar el que dirán... rapidito! No que yo le sigo
llorando al mismo de hace años y él ya hasta se casó y tiene un bebé...
Vergüenza me debería de dar 😥
♡

**Clemecarmonababy** @Clemecarmonabat · May 11, 2021
Replying to @MimreyNoble and @Nacitoxica
Así debe ser! 🙌

**rousse** @roscareyes · May 11, 2021
Replying to @MimreyNoble
👑👑👑👑👑👑👑

**vivian** @VivianMarquezR_ · May 11, 2021
Replying to @MimreyNoble
@kissetsanchez jajajajajajaja igualita

This Tweet was deleted by the Tweet author. Learn more

Show replies

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more

**Jufs** @juulssssssss · May 11, 2021
Replying to @F_emandaSG and @MimreyNoble
Jajajajaja wey si me la volé, todavía el jueves le estábamos chillando al
gañán mayor 😂😂😂😂

← **Tweet**

**Bishop**
@BlindWanda                                              ···

A close look at the arrowheads that Kate bishop uses in
Hawkeye

#Hawkeye #Marvel #Disneyplus



👤 Hailee Steinfeld and 2 others

6:23 AM · Feb 21, 2021 · Twitter Web App

**44** Retweets    **4** Quote Tweets    **372** Likes

💬              🔁              ♡              ⬆️

Ⓟ    Tweet your reply                                    Reply

**purevibe.belle** @PurevibesSGBelle · Feb 21, 2021    ···
Replying to @BlindWanda @CreamOrScream and 3 others
Excited to see the complete hawkeye arsenal in live action 😍🏹 the
quantum energy too. 💥

💬 1              🔁              ♡ 14              ⬆️

**larry baker** @bakerlarry84 · Feb 21, 2021    ···
Replying to @BlindWanda @CreamOrScream and 3 others
NICE

💬              🔁 1              ♡              ⬆️

---

🔍 Search Twitter

## Relevant people

**Bishop** ✓                              Follow
@BlindWanda
Lover of Marvel, DC, Star Wars,
Comics, Hailee Steinfeld, BLACKPINK,
and many other things ♥

**Hailee Steinfeld** ✓                    Follow
@HaileeSteinfeld
haileesteinfeld.lnk.to/coast

**Marvel Studios** ✓                      Follow
@MarvelStudios
Marvel Studios' Black Panther:
Wakanda Forever, now playing only in
theaters. Get tickets now ↗️

## What's happening



NFL · 1 hour ago
**Browns at Bills**

**#Disenchanted** 🪄
Original movie now streaming
📺 Promoted by Disney+

Trending in California                     ···
**Rest In Peace**
59.2K Tweets

Trending in United States                  ···
**#FIFAWorldCup** 🏆
Trending with #AMAs

Trending in United States                  ···
**LGBTQ**
Trending with Colorado Springs, AR-15

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

Perkowski Legal P.C.    ···
@c_perkowski

— https://twitter.com/noticias24/status/1227988967699889473 __ at __ 2022-11-22 18:59:05 -08:00 —



**Tweet**



🔍 Search Twitter

 **Noticias 24**
@noticias24                                                      ···

**#13Feb** | La cantante estadounidense Miley Cyrus compartió una foto que le tomaron los paparazzi en su cuenta de Instagram en la que dejó ver su pezón sin temor a Dios.

Translate Tweet



8:12 AM · Feb 13, 2020 · TweetDeck

**1** Quote Tweet    **9** Likes

    

 Tweet your reply                          Reply

---

**Relevant people**

 **Noticias 24**                    Follow
@noticias24
Noticias de Venezuela, Latinoamerica y el mundo

**What's happening**

NBA · LIVE
**Nets at 76ers**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

---

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
··· More

**Tweet**

Ⓟ Perkowski Legal P.C.   ···
@c_perkowski

← **Tweet**

.
@cravemedia_



4:00 PM · Aug 26, 2021 · Twitter for iPhone

**11** Retweets   **13** Quote Tweets   **154** Likes

Tweet your reply                                    Reply

**Relevant people**

.
@cravemedia_                                    Follow
Media account for @FilmUpdates

**What's happening**

NFL · 3 hours ago
Jets at Patriots

#Disenchanted 🧟
Original movie now streaming
▶ Promoted by Disney+

Sports · Trending
Tomlin
2,918 Tweets

Trending in California
Elton John
12.9K Tweets

Trending in United States
Utah
25.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

Perkowski Legal P.C.
@c_perkowski

← **Thread**

**Search Twitter**

**s**
@beliebinteam

···

## i know he's married and all but



7:21 PM · Sep 18, 2020 · Twitter for iPhone

**32** Retweets   **4** Quote Tweets   **224** Likes

Tweet your reply

**Reply**

### Relevant people

**s**
@beliebinteam

**Follow**

swap swap swap it out 🥤 | fan account

### What's happening

NFL · 1 hour ago
**Chiefs at Chargers**

**#Disenchanted** 👸
Original movie now streaming
◼ Promoted by Disney+

Trending in California
**Dodger Stadium**
11.4K Tweets

···

Trending in California
**#BLACKPINK**
179K Tweets

···

Trending in United States
**#AMAs** 🎤
Trending with soobin, yeonjun

···

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski   ···

https://twitter.com/rrno110/status/1379391229817929728 _ et _ 2022-11-21 17:58:23 -08:00

← **Tweet**

RRNO1
@RRNO110                                                      ···

## Bella Thorne



4:11 AM · Apr 6, 2021 · Twitter for iPhone

**3** Retweets   **25** Likes

Tweet your reply                                    Reply



Ally Ed @AllyEdbackup1 · Apr 6, 2021          ···
Replying to @RRNO110
Looks gorgeous in tights ❤️❤️❤️

Q Search Twitter

**Relevant people**



RRNO1                                    Follow
@RRNO110
I'm a guy that love celebs and
beautiful amateurs. DO NOT tag me in
with celebs or it's an instant block.
Happy to promote amateurs with their
content

**What's happening**

Television · LIVE
**Bachelor in Paradise airing on
ABC**

Trending in United States              ···
**Died Suddenly**
43.5K Tweets

Entertainment · Trending              ···
**#DWTSFinale**🎥
Trending with Charli, Shangela

Trending in California                 ···
**Dodger Stadium**
12K Tweets

Trending in United States              ···
**Tampax**
28.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···



Case 2:22-cv-09462-DMG-ADS    Document 23-29    Filed 03/13/23    Page 69 of 101    Page ID #:5961

← **Thread**



สมาคม Superhero
@Thai_SuperHero                                    ···

ภาพแรกของ Wanda Maximoff จากกองถ่ายซีรีส์
WandaVision !



7:51 PM · Dec 16, 2019 · Twitter Web App

**1,311** Retweets  **4** Quote Tweets  **385** Likes

💬            ↻            ♡            ⬆️



Tweet your reply                              Reply

สมาคม Superhero @Thai_SuperHero · Dec 16, 2019    ···
Replying to @Thai_SuperHero

และภาพแรกของ Monica Rambeau ลูกสาวของ Maria Rambeau จาก Captain
Marvel !

ที่สำคัญคือเราได้เห็นเจ้าหน้าที่จากหน่วย S.W.O.R.D หน่วยปกป้องโลกจากภัย
คุกคามต่างดาวที่มากู้กับหน่วย S.H.I.E.L.D นั่นเอง ซึ่งหน่วยดามจะมามีบทบาทยังไง
กับวันต่างๆคงต้องรอดู !



💬            ↻ 133          ♡ 30           ⬆️

**Relevant people**

สมาคม Superhero
@Thai_SuperHero                    Follow

สมาคมของกลุ่มมุคคลผู้ชื่นชอบซุปเปอร์
ฮีโรในประเทศไทย // Twitter อย่างเป็น
ทางการของ 'สมาคมผู้คลั่งไคล้
SuperHero' *ถามข้อมูลหนัง/Comic ต่างๆ
ใน DM ได้เลยจ้า*

**What's happening**

FIFA World Cup · This morning
**England vs Iran**

Entertainment · Trending
**Died Suddenly**
37.5K Tweets                        ···

Trending in United States
**Vasy**
1,250 Tweets                        ···

Trending in United States
**House of the Rising Sun**          ···

Trending in United States
**Tampax**
24.7K Tweets                        ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.              ···
@c_perkowski



← **Tweet**

**Male Celeb Hotties**
@jaymalecelebs                                    ···

## One dick appointment you ain't gonna miss! 😌



1:31 AM · Mar 20, 2021 · Twitter for Android

**90** Retweets   **1** Quote Tweet   **851** Likes

💬              🔁              ♡              ⬆️



Tweet your reply                               Reply

Lane Hollifield @HollifieldLane · Mar 20, 2021    ···
Replying to @jaymalecelebs
Who is this???
💬 1          🔁          ♡ 1          ⬆️

🏠 Home

#️⃣ Explore

🔔 Notifications     1

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**


**Perkowski Legal P.C.**
@c_perkowski                    ···

🔍 Search Twitter

## Relevant people

**Male Celeb Hotties**          Follow
@jaymalecelebs
Just a bi guy bringing you hot male
celeb content to lust over! DM's are
always open! Have fun! 😜 18+

## What's happening

NCAA Men's Basketball · This morning
**Cavaliers at Fighting Illini**


Music · Trending                    ···
**Lionel Richie**
3,690 Tweets

Trending in United States           ···
**Maher**
22.1K Tweets

Trending in United States           ···
**Bob Iger**
Trending with Disney, Chapek

Music · Trending                    ···
**Kelly Rowland**
Trending with Chris Brown

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.





← **Tweet**

Filmsteria! 
@Filmsteria

···

Primeras fotos en el set de #SpiderMan3, o como sea que se vaya a llamar la película.

Translate Tweet



8:49 PM · Jan 16, 2021 · Twitter for Android

**4** Retweets   **21** Likes

Search Twitter

**Relevant people**

Filmsteria! 
@Filmsteria                                  **Follow**

El podcast oficial de los ponchos | Cine y TV | Noticias | Críticas | Podcast | Vive el cine junto a @pennyoliva, @alecasagui, @josue_corro y @elsalonrojo

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**

Trending in United States          ···
**USA USA USA**
428K Tweets

Entertainment · Trending           ···
**Julia Fox**
4,539 Tweets

Trending in United States          ···
**Vamos USA**

Trending in United States          ···
**Colorado Springs**
476K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply                    Reply

V. @CumberGallagher · Jan 16, 2021          ···
Replying to @Filmsteria
🤣🤣🤣🤣

David Lara 🎭 @hdma0415 · Jan 16, 2021     ···
Replying to @Filmsteria
Para seguir con lo de "Home" digo que se llame #StayHome

### Left sidebar
🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
▤ Lists
👤 Profile
◎ More

**Tweet**

Perkowski Legal P.C.    ···
@c_perkowski



**Andy Vermaut** @AndyVermaut

Andy Vermaut shares:Sharna Burgess Pregnant, Expecting First Baby With Brian Austin Green: Brian Austin Green's family is getting a little bigger. The Beverly Hills, 90210 alum is expecting a baby with his girlfriend, Dancing With the Stars... eonline.com/news/1318702/s... Thank you.



2:13 PM · Feb 4, 2022 · dlvr.it

1 Retweet   1 Like



Tweet your reply

## Relevant people

**Andy Vermaut** @AndyVermaut   Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

Television · 16 minutes ago

← **Tweet**

**Home**
**Explore**
**Notifications** 1
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

**katie** 🙌
@weloveharry_1Dx                                    ···

i'm obsessed with the fact his hair just keeps falling out of the style they've given him like it just cannot be contained



5:27 PM · Dec 1, 2020 · Twitter for iPhone

**2** Retweets  **14** Likes

💬          ⟳          ♡          ⬆

[P]  Tweet your reply                              **Reply**

**mary_m91**🖊 @you_care688 · Dec 1, 2020    ···
Replying to @weloveharry_1Dx
He is beatiful, there isn't more to say

💬          ⟳          ♡ 1          ⬆

🔍 Search Twitter

**Relevant people**

**katie** 🙌
@weloveharry_1Dx                    **Follow**
jack's housewife

**What's happening**

NFL · 3 hours ago
Eagles at Colts

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in California           ···
Elton John
12.7K Tweets

Trending in United States        ···
Trending with TOMORROW X TOGETHER, Favorite K-Pop Artist

Trending in United States        ···
Auburn
11.1K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**



**Raúl Brindis** ✔
@raulbrindis

⋯

#Farandulazo Eiza y Josh Duhamel juntos en Cancún: románticas fotos confirman su noviazgo. La pareja visitó la Laguna Muyil, donde no dudaron en intercambiar muestras de afecto.

Translate Tweet




8:21 AM · Jul 2, 2018 · Hootsuite Inc.

**1** Retweet    **1** Quote Tweet    **22** Likes

💬          🔁          ♡          ⬆

    Tweet your reply          Reply

🔍 Search Twitter

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

Lists

👤 Profile

⋯ More

**Tweet**

**Relevant people**

 **Raúl Brindis** ✔
@raulbrindis          Follow
Radio Host for El Show de Raúl Brindis

**What's happening**

NFL · 4 hours ago
**49ers at Cardinals**


**#AvatarTheWayOfWater**🐋
Get tickets now - In theaters December 16
▶ Promoted by Avatar


Entertainment · Trending          ⋯
**Died Suddenly**
Trending with World Premiere

Trending in California          ⋯
**Mexicans**
7,104 Tweets

Trending in United States          ⋯
**August Alsina**
Trending with Jada, #TheSurrealLife

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**
@c_perkowski          ⋯

https://twitter.com/where1d/status/1280061560482295808 __ et __ 2022-11-22 16:34:30 -08:00

← **Thread**

 **cheesefries**
@Wheres1D                                        ···

Media: *uses 1D for clickbait*

Us:



let's go clowns!

3:12 PM · Jul 22, 2020 · Twitter for iPhone

**17** Retweets  **73** Likes

Tweet your reply                              **Reply**

 **cheesefries** @Wheres1D · Jul 22, 2020    ···
Replying to @Wheres1D
#10YearsOfOneDirection #10YearsOf1D
💬              ⟲              ♡ 1            ⬆

 **cheesefries** @Wheres1D · Jul 22, 2020    ···
Replying to @Wheres1D
seems like this was accurate so far
💬              ⟲              ♡ 8            ⬆

---

## Sidebar

🔍 Search Twitter

### Relevant people

 **cheesefries**
@Wheres1D                          **Follow**
occasionally a 1D & solo update account | secretly paul higgins

### What's happening

FIFA World Cup · This morning
**Mexico vs Poland**          

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
📽 Promoted by Avatar

Music · Trending
**Dolly Parton**                        ···
4,740 Tweets

Trending in United States
**Francia**                              ···
112K Tweets

Trending in United States
**Whipped**                              ···
10.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

## Left navigation

🐦

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
● More

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski                          ···

__ https://twitter.com/weloveharry_1dx/status/1245293279421358080 __ at __ 2022-11-22 17:20:20 -08:00 __

← **Tweet**



**katie** 🙌
@weloveharry_1Dx

···

lots of thoughts head full



3:13 AM · Apr 1, 2020 · Twitter for iPhone

**1** Like

   Tweet your reply    Reply

🔍  Search Twitter

**Relevant people**

  **katie** 🙌
@weloveharry_1Dx    **Follow**
jack's housewife

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
📢 Promoted by Avatar

Bachelor in Paradise · Trending    ···
**#bachelorinparadiseabc** 🌹
1,656 Tweets

Sports · Trending    ···

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

_ https://twitter.com/slayedjustin/status/1531602198630653953 __ at __ 2022-11-21 08:59:21 -08:00

← Tweet



mads
@slayedjustin

···

he has no right being this fine



4:43 AM · May 31, 2022 · Twitter for iPhone

**3** Retweets    **40** Likes

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Perkowski Legal P.C.
@c_perkowski

Tweet your reply                              Reply

🔍 Search Twitter

**Relevant people**

 mads
@slayedjustin                          Follow

#1 journals stan || fan account

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**



Entertainment · Trending
**#AntManandTheWaspQuantumania**
1,604 Tweets

Sports · Trending
**Jameson Williams**
2,270 Tweets



Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

Tweet

**MarvelFlix** ✓
@MarvelFlix

¡AAAAAAAAAA! VINCENT DONOFRIO MAMADISIMO
COMO KINGPIN EN EL SET DE ECHO

9:46 AM · Aug 9, 2022 · Twitter for Android

199 Retweets   59 Quote Tweets   3,463 Likes

Tweet your reply                    Reply

**MarvelFlix** ✓ @MarvelFlix · Aug 9
Replying to @MarvelFlix
Esto tiene mucha pinta a flashback
46

**Vidal Martínez** @VidalMa25251304 · Aug 9
Replying to @MarvelFlix
Ganamos

GIF  ALT
1   32

**Luis Baez** @troncoestudio · Aug 9
Replying to @MarvelFlix
Quiere decir que no va a quedar ciego?
3              4

**Atzel** @RiveroAxeel · Aug 9
Replying to @troncoestudio and @MarvelFlix
Ciego porque?
1

Show replies

**Kuchu Vercetti** ✓ @KvchvMcEagle · Aug 9
Replying to @MarvelFlix
Por cierto ahí se ve mucho más parecido al cómic.
3

**Antonio Zunher** @FlyerFennex · Aug 9
Replying to @MarvelFlix

the Return      the King
GIF  ALT
10

**Oscar Alejandro** @The_Oscarh4 · Aug 9
Replying to @MarvelFlix
Joder esto es cine
3

**Berzzerker43 Lol** @berzzerker43 · Aug 9
Replying to @MarvelFlix
Eh???llegó borracho!?
1

**facu arce** @facu_arceglobo · Aug 9
Replying to @MarvelFlix
Fotón!!
3

**Fran** @Fran_del_Valle · Aug 9
Replying to @MarvelFlix
Ostia puta ahí se ve grande el cabrón.
Con respecto al ojo a mi me huele que si va a perder el ojo y estas escenas
son flashbacks que tienen que ver con su pasado y Echo.
1              11

**MarvelFlix** ✓ @MarvelFlix · Aug 9
Replying to @Fran_del_Valle
Claramente tienen pinta a Flashback
6

Show replies

**Fernando Jose** @Fernando2000gt · Aug 9
Replying to @MarvelFlix

GANAMOS
16

**Ben Nakamura** @bennakamura99 · Aug 9
Replying to @MarvelFlix
Se viene el cuarto round entre el diablo de Hell's Kitchen y el king ping
1              7

**Nik** @Nikk_19 · Aug 9
Replying to @bennakamura99 and @MarvelFlix
No estamos preparados

**Sir Parzival** @Banjo13925761 · Aug 10
Replying to @MarvelFlix
Quien coño es Echo?

**FR€€Z€R☢️ EL €MP€R@DOR** @FREEZZERE_imper1 · Aug 10
Replying to @MarvelFlix
Le queda espectacular ese papel 👌 de KING-PIN el mafioso de Marvel,
debería aparecer en la saga de Spiderman.

**Relevant people**

**MarvelFlix** ✓
@MarvelFlix                          Follow
Todas las novedades del multiverso
Marvel. Contacto:
marvelflixarg@gmail.com
#WakandaForever 🖤 Desde 🇦🇷 📷IG:
marvelflix_arg

**What's happening**

FIFA World Cup · 8 minutes ago
England vs Iran

Music · Trending
#askmeek

Trending in United States
#GiiMOREtheMerrier

Gaming · Trending
3DS Rainbow Road
Trending with Maple Treeway

Trending in California
Dodger Stadium
14.1K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@_perkowski

__ https://twitter.com/AndresJovannyMa/status/1350652718117327872 __ at __ 2022-11-20 19:33:40 -08:00 __





__ https://twitter.com/ImexIIG/status/1401847980057663489 __ at __ 2022-11-21 05:26:40 -08:00 __

← **Tweet**



الاحداث حول العالم | 🎬
@ImexIIG

زكاري ليفي أثناء تصوير الجزء الثاني من فيلم Shazam

Translate Tweet




3:26 AM · Jun 7, 2021 · Twitter for iPhone

**2** Retweets   **10** Likes

   

   Tweet your reply          Reply

---

## Relevant people



الاحداث حول العالم | 🎬          **Follow**
@ImexIIG

أجمل منصة ترفيهية لأخبار و احداث النجوم
والمشاهير حول العالم | الخاص للدعاية و
الإعلان

## What's happening

FIFA World Cup · LIVE
**England vs Iran**

Trending in United States
**Landon Donovan**

Music · Trending
**Elton John**
Trending with Dodger Stadium

Entertainment · Trending
**Disney**
Trending with Iger, Chapek

Trending in United States
**Ian Darke**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Search Twitter

__ https://twitter.com/AndyVermaut/status/1320695449406193865 __ at __ 2022-11-19 19:05:24 -08:00 __

← Tweet

 **Andy Vermaut**
@AndyVermaut

Cole Sprouse, 28, Hugs Model Reina Silva, 22, On Night Out & Fuels Speculation They're Dating — Pics
hollywoodlife.com/2020/10/26/col...



4:55 AM · Oct 26, 2020 · dlvr.it

                    

 Tweet your reply                    Reply

---

**Search Twitter**

## Relevant people

 **Andy Vermaut**
@AndyVermaut                    Follow

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

Television · LIVE
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Music · Trending
**Chris Brown**
45.5K Tweets

Sports · Trending
**Asdrubal Cabrera**
2,302 Tweets

Trending in California
**#FIFAWorldCup** 🏆
907K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/mileycyrusbz/status/1497726479913519619 ... el ... 2022-11-21 07:04:07:406 -08:00 Case 2:22-cv-09462-DMG-ADS Document 23-29 Filed 03/13/23 Page 84 of 101 Page ID #:5976



Tweet

← Tweet

Miley Cyrus Updates 🇦🇷
@MileyCyrusBz

···

**MILEY CYRUS in Cabo de San Lucas, Mexico.**

Translate Tweet



4:13 PM · Feb 26, 2022 · Twitter for iPhone

**105** Retweets    **35** Quote Tweets    **1,769** Likes

💬            🔁            ♡            ⬆️

🅿️  Tweet your reply                    Reply

nhk @gatonegro1985 · Feb 26
Replying to @MileyCyrusBz
Esta flacida. Carne caida
💬 4            🔁            ♡            ⬆️

MELLOW @MELLOW16165381 · Feb 26
Replying to @MileyCyrusBz
😍
💬            🔁            ♡            ⬆️

Michael billey @Michaelbilleym1 · Feb 27
Replying to @MileyCyrusBz
🍒🍒🍒🍒🍒🍒🍒🍒🍒🍒
💬            🔁            ♡ 1          ⬆️

moon walker @KevinzLevinson · Feb 28
Replying to @MileyCyrusBz
The truth is no part at her body looks attractive at all...am speaking as a man
💬 2          🔁            ♡ 1          ⬆️

kaliesta @kaliestarogers · Mar 3
Replying to @KevinzLevinson and @MileyCyrusBz
who asked? lil shrimp
💬            🔁            ♡            ⬆️

Show replies

snodgrass 7 @martin_carline · Mar 2
Replying to @MileyCyrusBz
Sooooo hot 🔥🤤😍😘🥰
💬            🔁            ♡            ⬆️

Noé Roa @SoyNoeRoa · Feb 27
Replying to @MileyCyrusBz
Please stop sharing paparazzi pictures, it only empowers the terrible harassment of celebrities.
💬 1          🔁 1          ♡ 10        ⬆️

johnrobinson @jiffuse · Feb 27
Replying to @SoyNoeRoa and @MileyCyrusBz
These aren't pap pics this was carefully staged to look like pap pics, Miley is a very smart operator
💬            🔁            ♡            ⬆️

LILIA🕊️ ≼⋅🕊️ Votserǂ @LovelsMutualTK7 · Feb 27
Replying to @MileyCyrusBz
Está en México???? 💜💜✨✨✨
💬            🔁            ♡ 1          ⬆️

kylie p @kyliep71039344 · Feb 27
Replying to @MileyCyrusBz
I'm sorry her knees look like baby faces
💬            🔁            ♡            ⬆️

This Tweet is from a suspended account. Learn more

Miley Cyrus Updates 🇦🇷 @MileyCyrusBz · Feb 27
Replying to @FLAerosmithfan
It's a pool John, grow up. You need to put a maxi paper bag around ur head.
💬 1          🔁            ♡ 8          ⬆️

Show more replies

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Search Twitter

**Relevant people**

Miley Cyrus Updates 🇦🇷
@MileyCyrusBz                    Follow
Fan account | Copyright belongs to the respective owners | @MileyCyrus follows 💕

**What's happening**

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**                    ···

Music · Trending
**Kelly Rowland**
Trending with Chris Brown              ···

Sports · Trending
**Anthony Davis**
7,316 Tweets                            ···

Music · Trending
**#DavidoAt30**
57.7K Tweets                            ···

Trending in United States
**#AMAs**🎤
4.78M Tweets                            ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

Perkowski Legal P.C. ...
@c_perkowski

← Tweet

Q Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒️ Lists

👤 Profile

⊙ More

**Tweet**

**FILM TRACK**
@filmseriefr

···

Premières photos de Xolo Maridueña sur le tournage du film #BlueBeetle. 📷



1:20 PM · May 25, 2022 · Twitter for iPhone

**1** Retweet   **1** Quote Tweet   **5** Likes

💬          ⟲          ♡          ⬆️

  Tweet your reply          Reply

## Relevant people

**FILM TRACK**                    Follow
@filmseriefr

"Il était une fois le cinéma." ✨ —
Retrouvez toutes les dernières
informations sur le monde du cinéma.

## What's happening

FIFA World Cup · 29 minutes ago
**USA vs Wales**

Lovecraft Country · Trending            ···
**Lovecraft Country**
Trending with  #Blade, Yann Demange

Trending in United States            ···
**HOW IS THAT NOT A YELLOW**
1,003 Tweets

Entertainment · Trending            ···
**julia fox**
7,648 Tweets

Trending in United States            ···
**Trent Reznor**
7,289 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.   ···
@c_perkowski

← **Tweet**

**Anne Hathaway UPDATES**
@UpdatesHathaway                                    ...

New 📸

Anne Hathaway touches down at LAX airport.

(c) dailymail



7:24 PM · Oct 15, 2022 · Twitter for Android

27 Retweets    8 Quote Tweets    286 Likes

Tweet your reply                                    Reply

**Camille** @Camy292Camille · Oct 16          ...
Replying to @UpdatesHathaway
Cool outfit along w/dark sun glasses.  She totally looks 💯% remarkably put together...Fantastic!!!

---

🔍 Search Twitter

### Relevant people

**Anne Hathaway UPD...**          Follow
@UpdatesHathaway
Your best, fast and most reliable source about the updates of award winning actress Anne Hathaway ⭐ FAN ACCOUNT

### What's happening

Television · 27 minutes ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States                    ...
Trending with Welcome Back

Trending in California                        ...
**Blocked**
123K Tweets

Trending in United States                    ...
**Best of 7**
6,881 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ...
© 2022 Twitter, Inc.

---

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski                    ...

— https://twitter.com/bso/status/1432010166602506241 __ et __ 2022-11-22 09:42:35 -08:00

🐦

**Tweet**

← 

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

 Robert Littal BSO ✓
@BSO

⋯

Watch Adele Party With Boyfriend Rich Paul and Dance to "WAP" at Savannah James' 35th Birthday Party (Video) bit.ly/3sXRTHb



9:00 AM · Aug 29, 2021 · BSO Alert

1 Retweet    5 Likes

💬          ↻          ♡          ⬆️

 P   Tweet your reply          Reply

 Squires Richmond @SquiresRichmond · Aug 29, 2021   ⋯
Replying to @BSO
🦆🦆🦆🦆🦆🦆

💬          ↻          ♡          ⬆️

Show additional replies, including those that may contain offensive content          Show

P **Perkowski Legal P.C.**   ⋯
@c_perkowski

🔍 Search Twitter

### Relevant people

 **Robert Littal BSO** ✓   Follow
@BSO

BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

### What's happening



FIFA World Cup · LIVE
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Trending in United States          ⋯
**Ochoa**
Trending with #MEXPOL, Lewandowski

Family drama · Trending          ⋯
**#GTMcontest27**

Trending in California          ⋯
**Mexicans**
10.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

__ https://twitter.com/FilmDevotion/status/1552480926972043264 __ at __ 2022-11-20 09:28:54 -08:00 __



← **Tweet**

 

**Home**

**Explore**

🔔 **Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Film Devotion**
@FilmDevotion

Adam Scott on set for #MadameWeb

 

6:08 PM · Jul 27, 2022 · Twitter for iPhone

**1** Quote Tweet    **2** Likes

 Tweet your reply

**Reply**

**Relevant people**

**Film Devotion**    **Follow**
@FilmDevotion
Devoted to delivering quick and
reliable news on all things media
related.

**What's happening**

Television · Last night
**Saturday Night Live airing on
NBC**



#Disenchanted 🌟
Original movie now streaming
▶ Promoted by Disney+



Only on Twitter · Trending
**#RIPLEGEND**
4,102 Tweets

Entertainment · Trending
**Morgan Freeman**
151K Tweets

Trending in California
**Shakira**
100K Tweets

Show more

Search Twitter

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.


Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/foochia/status/1219887570714316800 __ at __ 2022-11-20 23:22:05 -08:00 __

← **Tweet**



**Foochia - فوشيا** ✔
@foochia

···

عدسات الباباراتزي تلتقط صوراً لمايلي سايرس وكودي
سيمبسون في رحلة رومانسية إلى شاطىء ماليبو

#codysimpson #Wreckingball #Bangerz #mileycyrus
#مايلي_سايرس #celebritynews #hollywoodstars
#كودي_سيمبسون

Translate Tweet



11:40 PM · Jan 21, 2020 · Twitter Web App

**1** Retweet

💬          ♻          ♡          ⬆

  Tweet your reply                    **Reply**

## Sidebar

🔍 Search Twitter

**Relevant people**



**Foochia - فوشيا** ✔          **Follow**
@foochia

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

**What's happening**

FIFA World Cup · This morning
**World Cup Qatar 2022: Opening Ceremony**



**#Disenchanted** 🧛‍♀️
Original movie now streaming
☑ Promoted by Disney+

Trending in California
**harries**
4,940 Tweets          ···

Trending in United States
**UCLA**
12.3K Tweets          ···

Trending in United States
**Bob Iger**
Trending with Disney, Chapek          ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Left Navigation



🏠 Home
# Explore
🔔 Notifications ①
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
··· More

**Tweet**



https://twitter.com/skinnysel/status/1387217607485530112 __el__ 2022-11-22 07:05:21 -08:00

← **Tweet**



emrah 🚩 (fan account)
@skinnysel

### she knows she's THAT b!tch

Selena Gomez

6:30 PM · Apr 27, 2021 · Twitter for Android

**235** Retweets   **5** Quote Tweets   **1,905** Likes

Tweet your reply                                    Reply

**squid || fan account** @greedymotivez · Apr 27, 2021
Replying to @skinnysel and @selenagomez
she's so perfect. wow
♡ 1

**888** 🧎 @_r0myy___ · Apr 28, 2021
Replying to @skinnysel and @selenagomez
that's the thing, she doesn't know it 😫

**BORN BLINK BITCH** @BLINK6602 · Apr 28, 2021
Replying to @skinnysel and @selenagomez
Sheeee isss oozin a diff vibeer these days.. i feel like somethin is cookin

This Tweet was deleted by the Tweet author. Learn more

This Tweet is from a suspended account. Learn more

Show replies

Show more replies

**Relevant people**

emrah 🚩 (fan accou...    Follow
@skinnysel
selena, taylor, ariana, olivia - fan
account - he/him. (selena follows ♡)

Selena Gomez ✔    Follow
@selenagomez
My Mind & Me out November 4th:
apple.co/selenagomezdoc The song is
out now:
SelenaGomez.lnk.to/MyMindAndMe

**What's happening**

FIFA World Cup · 2 hours ago
**Argentina vs Saudi Arabia**

#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
🔲 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
104K Tweets

Trending in United States
#السعوديه_الأرجنتين
1.18M Tweets

Politics · Trending
**#JFKassassination**
1,120 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Perkowski Legal P.C.    •••
@c_perkowski

__ https://twitter.com/wociety/status/1434586552269684738 __ at __ 2022-11-21 10:18:20 -08:00 __

← **Tweet**

 **Wociety**
@wociety                                    ···

Emily Ratajkowski, Savage x Fenty defilesinde.

 

11:37 AM · Sep 5, 2021 · Twitter for iPhone

**3** Retweets   **1** Quote Tweet   **127** Likes

💬          🔁          ♡          ⬆️

 Tweet your reply                          **Reply**

# Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
▤ Lists
👤 Profile
⋯ More

**Tweet**

🔍 Search Twitter

**Relevant people**

 **Wociety**
@wociety                      **Follow**

Moda, yaşam, iç mimari ve dekorasyondan ilham alan görsel içerik platformu. 📱 :apple.co/3okBe09Y & bit.ly/3EuLgBf

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**


Trending in United States        ···
**Mendy**
60.2K Tweets

Trending in California          ···
**Dodger Stadium**
13.9K Tweets

Sports · Trending            ···
**Charles Barkley**
4,244 Tweets

Trending in United States        ···
**#CreditCardMovies**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.        ···
@c_perkowski

__ https://twitter.com/filmnewsPL/status/1529557872694247425 __ at __ 2022-11-20 12:37:30 -08:00 __

← **Tweet**



**Film News**
@filmnewsPL

Xolo Maridueña na planie filmu #BlueBeetle od DC!



1:19 PM · May 25, 2022 · Twitter for Android

17 Likes

## Relevant people



**Film News**
@filmnewsPL

[ Follow ]

🎬 najnowsze wiadomości filmowe - kino polskie i zagraniczne, popularne i niezależne 🎦 kontakt: filmnewspl@gmail.com

## What's happening



NFL · LIVE
**Browns at Bills**

#Disenchanted 🧙‍♀️
Original movie now streaming
🎦 Promoted by Disney+

Trending in United States
**Rest In Peace**
50.5K Tweets

Entertainment · Trending
**Morgan Freeman**
191K Tweets

Only on Twitter · Trending
**Rest in Power**
22.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

Search Twitter

Tweet your reply                [ Reply ]

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/bso/status/1187603582008381440 __ at __ 2022-11-22 08:10:39 -08:00

← **Tweet**





## Left Sidebar

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

⊙ More

**Tweet**

---

Robert Littal BSO ✔
@BSO                                        ...

How Olivia Culpo is Showing Support For Her Boyfriend
Christian McCaffrey (IG-Pics-Vids) bit.ly/2BJ7jFK via
@IAmKelvin201



10:35 PM · Oct 24, 2019 · BSO Alert

**1** Retweet   **2** Likes

💬   ⇄   ♡   ⬆️

 Tweet your reply                              Reply

---

## Search Twitter

**Relevant people**

 Robert Littal BSO ✔                **Follow**
@BSO
BSO is a Unique take on Sports & Ent;
Tweets by The Headline King Robert
Littal; IG: BSOTV; FB:
BlackSportsOnline; Keep That Same
Energy Podcast; #BLM; 💙 AML

 No Limit                            **Follow**
@IAmKelvin201
"I feel that luck is a product of hard
work."- Nipsey Hussle IG:iamkelvin201

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**



#AvatarTheWayOfWater🧜
Get tickets now · In theaters December 16
⬛ Promoted by Avatar

Trending in California                      ...
**Mexico City**
25.3K Tweets

Entertainment · Trending                    ...
**Died Suddenly**
111K Tweets

Trending in California                      ...
**Mexicans**
8,007 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.



https://twitter.com/escandalamx/status/1178851744345776128 __ el __ 2022-11-21 17:34:53 -0800
Case 2:22-cv-09462-DMG-ADS Document 23-29 Filed 03/13/23 Page 94 of 101 Page ID #:5986

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← **Tweet**

**Escándala**
@escandalamx

¡ Se acerca la #BieberWedding !

escandala.com/se-nos-casa-ju...



6:58 PM · Sep 30, 2019 · Twitter Web App

**1** Retweet **1** Quote Tweet **49** Likes

Tweet your reply

**Reply**

**Gatito Unicornio Especial** @Irving_Gattito · Sep 30, 2019
Replying to @escandalamx
Who cares!!!

Ya cancelen a ese vato meco!

GIF

**Eddie_von_P** @Eddie_von_Pi · Sep 30, 2019
Replying to @escandalamx
Y?

**Perkowski Legal P.C.**
@c_perkowski

---

**Relevant people**

**Escándala**
@escandalamx
**Follow**
Soy la señora @escandalamx, ama, dueña y máxima de la multiplataforma LGBTTTI #1 de Latinoamérica.
Contacto: escandala@pinkbox.com.mx

**What's happening**

FIFA World Cup · Last night
**England vs Iran**

Trending in United States
**Died Suddenly**
40.7K Tweets

Sports · Trending
**#WWERaw** 💔❤️
Trending with Kevin Owens

Sports · Trending
**Lane Kiffin**
5,345 Tweets

Entertainment · Trending
**#DWTSFinale** 🏆
Trending with Shangela, Gleb

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

https://twitter.com/CosmicMMedia/status/15520054231161930752




Twitter

🔍 Search Twitter

- 🐦 Twitter
- 🏠 Home
- #️⃣ Explore
- 🔔 Notifications
- ✉️ Messages
- 🔖 Bookmarks
- 🗒 Lists
- 👤 Profile
- ⊙ More

**Tweet**

Perkowski Legal P.C.
@_perkowski

← Tweet                                                                    ⋯

**Cosmic Media**
@CosmicMMedia

🎬 The first look at Dakota Johnson on the set of
Sony's 'MADAME WEB'



11:58 AM · Jul 26, 2022 · Twitter for iPhone

**73** Retweets   **17** Quote Tweets   **524** Likes

💬      🔁      🤍      📤

P  Tweet your reply                                     Reply

**Anggit Widya Permana** @anggitwp8 · Jul 28          ⋯
Replying to @CosmicMMedia and @bicaraboxoffice
favorit @safiranafarih
💬      🔁      🤍      📤

**일론머스크/일본코인매수** @RizkyD5_ · Jul 28          ⋯
Replying to @CosmicMMedia
This will be failed spectacularly, trust me
💬      🔁      🤍      📤

**NoOne** @_Yamuru_ · Jul 26                           ⋯
Replying to @CosmicMMedia and @cosmic_marvel
She looks gorgeous😂🔥
💬      🔁      🤍 3   📤

**Kevin Vinsumōku** 🔥 @Kadavers_ · Jul 27           ⋯
Replying to @CosmicMMedia
@cyrille_cyrille
💬 1    🔁      🤍 1   📤

**BlueNoctal** @cyrille_cyrille · Jul 27              ⋯
Replying to @Kadavers_ and @CosmicMMedia



💬 1    🔁      🤍 1   📤

Show replies

**the_cheesehound** 🐺 @merrit_melancon · Jul 26    ⋯
Replying to @CosmicMMedia
This early 90s jeans trend has got to fucking go.
💬 1    🔁      🤍      📤

**Miles** @BurnetteIol · Jul 27                       ⋯
Replying to @merrit_melancon and @CosmicMMedia
no she's hot
💬 1    🔁      🤍 7   📤

Show replies

**Farhan** @farhan_mehmood · Jul 27                  ⋯
Replying to @CosmicMMedia
They're defo going for the julia carter route
💬      🔁      🤍      📤

**Jimmy Ramos** @jimmylegends34 · Jul 26            ⋯
Replying to @CosmicMMedia
Dakota Johnson she looks great on the set Madame web 👏👍👏👏⚡❤️
🙌😍

💬      🔁      🤍 8   📤

**Romanysasquatch** @lowlifedosser · Jul 27         ⋯
Replying to @CosmicMMedia
I don't get this movie like why
💬      🔁      🤍      📤

Show additional replies, including those that may contain offensive content          Show

**Relevant people**

Cosmic Media
@CosmicMMedia          Follow
Your #1 source for all leaks
surrounding Marvel, Star Wars, and
Disney | Backup for @cosmic_marvel

**What's happening**

FIFA World Cup · LIVE
Senegal vs Netherlands

Sports talk · Trending                    ⋯
Skip and Shannon

Entertainment · Trending                  ⋯
#AntManandTheWaspQuantumania
1,402 Tweets

Trending in United States                 ⋯
Chocolate and Chip

Trending in California                    ⋯
Dodger Stadium
14K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/wheres1d/status/1346161310300590086 __et__ 2022-11-22 13:45:31 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-29    Filed 03/13/23    Page 96 of 101    Page ID
#:5988

 

## Search Twitter 

cheesefries
@Wheres1D                                    ···

I'm just as confused as all of you



10:27 AM · Jan 4, 2021 · Twitter for iPhone

**2** Retweets    **20** Likes

### Relevant people

cheesefries                          **Follow**
@Wheres1D
occasionally a 1D & solo update
account | secretly paul higgins

### What's happening

FIFA World Cup · Last night
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in California                   ···
**Lucas**
150K Tweets

Trending in United States                ···
**#BoycottTampax**
8,177 Tweets

Family drama · Trending                   ···
**#GTMcontest31**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.   ···
@c_perkowski



Tweet your reply                         Reply

cheesefries @Wheres1D · Jan 4, 2021     ···
Replying to @Wheres1D
but he looks so good

https://twitter.com/jaymalecelebs/status/1457386427130462214 __ et __ 2022-11-21 08:33:24 -08:00

← **Tweet**

**Male Celeb Hotties**
@jaymalecelebs

···

Justin looking chilled 😎



8:36 AM · Nov 7, 2021 · Twitter for Android

**14** Retweets  **202** Likes

💬                ⟲                ♡                ⬆

  Tweet your reply                    Reply

**Mrs. Harris** @BrideofBrayton · Nov 7, 2021  ···
Replying to @jaymalecelebs
i'm just glad you can't see the shoes he's wearing

💬        ⟲        ♡        ⬆

---

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

🗒 Lists

👤 Profile

⊙ More

**Tweet**

**Perkowski Legal P.C.**  ···
@c_perkowski

---

🔍 Search Twitter

## Relevant people

**Male Celeb Hotties**    Follow
@jaymalecelebs

Just a bi guy bringing you hot male celeb content to lust over! DM's are always open! Have fun! 😛 18+

## What's happening

FIFA World Cup · LIVE
**England vs Iran**

Events · Trending
**LGBT**
208K Tweets  ···

Trending in United States
**Maguire**
Trending with #ThreeLions🏴, Luke Shaw  ···

Gaming · Trending
**Maple Treeway**
Trending with 3DS RAINBOW ROAD  ···

Trending in United States
**Hive**
61.9K Tweets  ···

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

— https://twitter.com/FilmDevotion/status/1539731219247669248 __ at __ 2022-11-21 06:25:05 -0800

← **Thread**

**Home**

**Explore**

**Notifications** ⬤

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

 **Film Devotion**
@FilmDevotion

Ryan Gosling and Margot Robbie as Ken and Barbie on the set of #Barbie



3:05 PM · Jun 22, 2022 · Twitter for iPhone

💬        ⇄        ♡        ⬆

P    Tweet your reply                          Reply

**Film Devotion** @FilmDevotion · Jun 22
Replying to @FilmDevotion
(Source: twitter.com/dailymailceleb...)

🔴 **Daily Mail Celebrity** ✔ @DailyMailCeleb · Jun 22
⊘ Official
EXCLUSIVE: Ryan Gosling joins Margot Robbie on Barbie set playing Ken
trib.al/L99hYOH

💬        ⇄        ♡        ⬆

🔍 Search Twitter

**Relevant people**

 **Film Devotion**
@FilmDevotion                    Follow

Devoted to delivering quick and reliable news on all things media related.

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**                 

Gaming · Trending                   ···
**3DS RAINBOW ROAD**

Gaming · Trending                   ···
**Maple Treeway**

Trending in United States           ···
**Maguire**
Trending with #ThreeLions☎, Luke Shaw

Events · Trending                   ···
**LGBT**
207K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/TheAffinityMag/status/1584205583917273088 __ at __ 2022-11-19 20:04:05 -0800 __



← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



**Affinity Magazine** ✓
@TheAffinityMag

Anne Hathaway and Nicholas Galitzine were photographed on the set of "The Idea of You," a movie based on Harry Styles fan fiction written by Robinne Lee.

Hathaway plays a divorced mother, and Galitzine plays the lead singer of a popular boy band.



8:30 AM · Oct 23, 2022 · Buffer

**2** Retweets  **14** Quote Tweets  **34** Likes


Tweet your reply

Reply



Perkowski Legal P.C.
@c_perkowski

---

Search Twitter

## Relevant people



**Affinity Magazine** ✓
@TheAffinityMag

NEXT GEN OF MEDIA

Follow

## What's happening

Television · 2 minutes ago
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in California
**Blocked**
119K Tweets

Trending in California
**#FIFAWorldCup** 🏆
924K Tweets

Sports · Trending
**#mnwild** 🏒
1,331 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS   Document 23-29   Filed 03/13/23   Page 100 of 101   Page ID #:5992







— https://twitter.com/metro_fm/status/1280825232450822144 — at — 2022-11-21 14:40:16 -08:00 —

← **Tweet**

## Metro FM
@Metro_FM

Katy Perry ve nişanlısı Orlando Bloom, çocuklarının doğumu için gün sayıyor. Ünlü çift, California'daki Santa Barbara sahilinde yürüyüş yaparken görüntülendi.
#katyperry #orlondobloom #metrofm @katyperry

Translate Tweet

4:25 AM · Jul 8, 2020 · TweetDeck

1 Like

Tweet your reply                Reply

---

**Search Twitter**

### Relevant people

**Metro FM**   Follow
@Metro_FM
Limitsiz Hit Müzik

**KATY PERRY** ✔   Follow
@katyperry
LOVE is the key that unlocks every door 🗝️ ❤️

### What's happening

FIFA World Cup · 1 hour ago
**USA vs Wales**

Trending in United States
**Richard Fierro**
1,693 Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,193 Tweets

Entertainment · Trending
**Julia Fox**
8,078 Tweets

Music · Trending
**joon**
34.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski