https://twitter.com/loving50shades/status/1556151556818803201

← **Thread**

**LOVING 50 SHADES** ❤️❤️❤️
@loving50shades

Photos of Dakota on the set of Madame Web in Boston yesterday
#DakotaJohnson
#MadameWeb



10:33 PM · Aug 6, 2022 · Twitter for Android

**7** Retweets   **27** Likes

Tweet your reply                                    Reply

**LOVING 50 SHADES** ❤️❤️❤️ @loving50shades · Aug 6
Replying to @loving50shades
Photos of Dakota on the set of Madame Web in Boston yesterday
#DakotaJohnson
#MadameWeb

💬 1        ↻ 5        ♡ 8

**LOVING 50 SHADES** ❤️❤️❤️ @loving50shades · Aug 6
Photos of Dakota on the set of Madame Web in Boston yesterday
#DakotaJohnson
#MadameWeb

💬 1        ↻ 5        ♡ 13

**LOVING 50 SHADES** ❤️❤️❤️ @loving50shades · Aug 6
Photos of Dakota on the set of Madame Web in Boston yesterday
#DakotaJohnson
#MadameWeb

💬         ↻ 5        ♡ 11

🐦

Home

# Explore

🔔 Notifications 1

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

🔍 Search Twitter

**Relevant people**

**LOVING 50 SH...**        Follow
@loving50shades
Love everything to do with Fifty
Shades ❤️ Here only for
#JamieDornan #DakotaJohnson & the
fifty shades family & for a laugh (FAN
ACCOUNT) ❤️❤️

**What's happening**

Television · 2 hours ago
**Saturday Night Live airing on
NBC**



#GetYourRideRight
Book your ride up to 30 days ahead with Uber
Reserve
📱 Promoted by Uber

Trending in United States
**Blocked**
131K Tweets

Sports · Trending
**Cam Rising**

Trending in United States
**#DreamersbyJungkook**
652K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/live1dnews/status/1346187373953085441 __ at __ 2022-11-19 11:27:49 -08:00



— https://twitter.com/AboutHerOFCL/status/1472489278574137344 — at — 2022-11-20 18:46:38 -08:00 —

← **Tweet**

 **About Her** ✓
@AboutHerOFCL

...

#LookOfTheDay: Chrissy Teigen in a poppy green coat.



11:30 PM · Dec 18, 2021 · Buffer

**1** Like

🔍 Search Twitter

**Relevant people**

 **About Her** ✓
@AboutHerOFCL                    **Follow**

Inside untapped territory: Pulling back the curtain on Arab women who are defining cultural trends now.
#AboutHer

**What's happening**

NFL · 2 hours ago
**Cowboys at Vikings**



 **#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

💬          ⇄          ♡          ⬆

 Tweet your reply                    **Reply**

— https://twitter.com/KUWTKWorld/status/1530541498900955776 — at 2022-11-21 08:32:02 -08:00

← **Tweet**

**Kardashian World**
@KUWTKWorld                                      ⋯

📷 Kim Kardashian at a SKIMS shoot yesterday 🔥



6:28 AM · May 28, 2022 · Twitter for iPhone

**26** Retweets   **2** Quote Tweets   **576** Likes

💬          ⟲          ♡          ⬆️

 Tweet your reply                                    Reply

**slimy** @shawty00531471 · May 28          ⋯
Replying to @KUWTKWorld
She always gives us nothing 💀

💬          ⟲          ♡          ⬆️

**Show more replies**

---

**Perkowski Legal P.C.**          ⋯
@c_perkowski

---

**Search Twitter**

### Relevant people

**Kardashian World**          Follow
@KUWTKWorld
The largest fan source for everything
Kardashian! #TheKardashians 📺
Season 2 | Sept 22nd on Hulu! Kim &
Khloe follow ❤️❤️
admin@kardashianworld.net

### What's happening

NFL · Yesterday
**Commanders at Texans**

Events · Trending          ⋯
**LGBT**
208K Tweets

Gaming · Trending          ⋯
**Maple Treeway**
Trending with 3DS RAINBOW ROAD

Trending in United States          ⋯
**Maguire**
Trending with #ThreeLions🦁, Luke Shaw

Trending in United States          ⋯
**England**
Trending with #ENGIRN, Saka

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

__ https://twitter.com/foochia/status/1275021219327287296 __ at __ 2022-11-20 16:16:11 -0800 __

← **Tweet**

 **Foochia - فوشيا** ✔
@foochia

صوفي تيرنر في أحدث ظهور لها مع زوجها جو جوناس في يوم الأب

#صوفي_تيرنر #جو_جوناس #sophieturner #JoeJohnas

Translate Tweet



4:02 AM · Jun 22, 2020 · Hootsuite Inc.

**1** Retweet   **3** Likes

Tweet your reply

Reply

 **Perkowski Legal P.C.**
@c_perkowski

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Search Twitter

### Relevant people

 **Foochia - فوشيا** ✔
@foochia                          Follow

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.

### What's happening

NFL · 2 hours ago
**Browns at Bills**

**#Disenchanted** 🧟
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**LGBTQ**
Trending with Colorado Springs, AR-15

Yeonjun · Trending
**yeonjun**
Trending with soobin

Sports · Trending
**Tyler Boyd**
1,023 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS   Document 23-30   Filed 03/13/23   Page 6 of 100   Page ID #:5999

← **Tweet**

**Marvel CinéVerse**
@MarvelCineVerse ···

#FatWS : Nouvelles photos de tournage de la série @disneyplus 'The Falcon and the Winter Soldier' avec Sebastian Stan, Emily VanCamp et Daniel Brühl. À propos … ce dernier n'est-il resplendissant en Baron Zemo ?




10:49 AM · Jan 11, 2020 · Twitter Web App

16 Retweets   2 Quote Tweets   42 Likes

💬                    ♡                    ⬆

P    Tweet your reply                    Reply

**RealSlachi** 🇪🇸🇪🇸 (DGM) @RealSlachi · Jan 11, 2020
Replying to @MarvelCineVerse and @DisneyPlus
Le Baron 💜

💬        ⬆        ♡  1        ⬆

Perkowski Legal P.C.

---

Search Twitter

**Relevant people**

 **Marvel CinéVerse** ✓
@MarvelCineVerse                    Follow
Actualités et encyclopédie sur le MCU
Instagram 📷 : marvelcineverse_
Associé à @swcineverse ⭐

**Disney+** ✓
@DisneyPlus                    Follow
#DisneyPlus is your home for the holidays. 💙❄️ #SeasonsStreamings

**What's happening**

Television · 2 hours ago
**The Walking Dead airing on AMC**

#Disenchanted 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States ···
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Trending in United States ···
**Bob Iger**
Trending with Chapek, Disney

Music · Trending ···
**Kelly Rowland**
10.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/lavidaprada/status/1521418459145551872 __ et __ 2022-11-21 22:19:27 -08:00

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

Tweet

Perkowski Legal P.C.
@c_perkowski

← **Tweet**

**RINA.**
@LAVIDAPRADA

oh she snapped




2:16 AM · May 3, 2022 · Twitter for iPhone

**193** Retweets   **25** Quote Tweets   **1,695** Likes

Tweet your reply     Reply

**monadproxy** @monadproxy · May 3
Replying to @LAVIDAPRADA
Mother of the nation

Search Twitter

**Relevant people**

**RINA.**
@LAVIDAPRADA     Follow
journalism student and writer | she/her | roma, italia | @FRENEZIrevista | open to promos (dm)

**What's happening**

NFL · 2 hours ago
49ers at Cardinals

Entertainment · Trending
**Died Suddenly**
67.9K Tweets

Trending in United States
**Jada**
9,280 Tweets

Bachelor in Paradise · Trending
**#BachelorInParadise** 🚨
14.1K Tweets

Sports · Trending
**Kyler**
12.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/tudomiley/status/1455859711987916805 __ at __ 2022-11-22 03:39:23 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-30   Filed 03/13/23   Page 8 of 100   Page ID
#:6001

**Tudo Miley | Fan Account**
@TudoMiley

···

Miley, você não tinha esse direito 👹

Translate Tweet



4:29 AM · Nov 3, 2021 · Twitter for iPhone

**92** Retweets   **23** Quote Tweets   **709** Likes

Tweet your reply

Reply

DESATIVADO @barbie_mp4 · Nov 3, 2021
Replying to @TudoMiley
Plenitude da gata

···

mau @MauCyrusMinaj · Nov 3, 2021
Replying to @TudoMiley
Toda vintage amo

···

Show additional replies, including those that may contain offensive content

Show

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**



Perkowski Legal P.C.
@c_perkowski

···

**Relevant people**



**Tudo Miley | Fan Acc...**
@TudoMiley

Follow

Sua fonte da Miley Cyrus no Brasil |
Your Miley's source in Brazil. Fan
Account. @MediaTudoMiley
@TudoMileyBrasil |
equipetudomiley@gmail.com

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

#AvatarTheWayOfWater 🧑
Get tickets now · In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
82.9K Tweets

···

Trending in United States
**Argentina**
Trending with Messi, #ARGKSA

···

Trending in California
**Mexico City**
24.8K Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



← Tweet

**Starfucks 57K**
@Starfucks93 · · ·

Sydney Sweeney and Barbara Palvin

5:28 AM · Nov 29, 2020 · Twitter for Android

**2** Retweets  **1** Quote Tweet  **53** Likes

🔍 Search Twitter

## Relevant people

 **Starfucks 57K**  **Follow**
@Starfucks93
M 29 (Paid cumtributes/cocktributes requests)

## What's happening

FIFA World Cup · **LIVE**
**USA vs Wales**



Trending in California
**Dodger Stadium**
14K Tweets

Trending in United States
**Bale**
99K Tweets

Trending in United States
**1-0 USA**
20.9K Tweets

Trending in United States
**Sin Kiske**
1,590 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Tweet your reply   **Reply**

 **Perkowski Legal P.C.**
@c_perkowski · · ·

__ https://twitter.com/potterish/status/1049755685546301442 __ at __ 2022-11-21 16:20:03 -0800 __



← **Tweet**

This Tweet from @potterish has been withheld in response to a report from the copyright holder. Learn more.

**Vitor Eduardo** @Vitor_Eduardo3 · Oct 9, 2018

Replying to @potterish

Nossa!! Só nome de peso 💕

**Relevant people**

**Potterish**
@potterish

Follow

O maior site brasileiro de Harry Potter e Animais Fantásticos, no ar desde 2002. ÚLTIMAS NOTÍCIAS ➡️

linktr.ee/Potterish

🔍 Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

https://twitter.com/urihannafansite/status/1394563891213053952 __ et__2022-11-22 13:12:16 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-30    Filed 03/13/23    Page 11 of 100    Page ID
#:6004

**Tweet**

Ultimate Rihanna
@URihannaFansite                                             ...

## One of these is from 2021



1:01 AM · May 18, 2021 · Twitter for iPhone

**37** Retweets   **11** Quote Tweets   **236** Likes

Tweet your reply                                    Reply

Camara Penaldo  @CamaraPenaldo · May 18, 2021    ...
Replying to @URihannaFansite
Yes

Collins  @Collins10216258 · May 18, 2021    ...
Replying to @URihannaFansite
Red hot

Asma Ch  @AsmaCh49491645 · May 19, 2021    ...
Replying to @URihannaFansite
🇵🇸 While you're resting at home. Remember, there're entire families
are abandoned and forced out of their homes. They leave their land, their
memories, their future and their world at a time when the whole world is
silent, ignoring crimes against humanity.

#GazaUnderAttack

Badgal Alehandra  @solgoe · May 18, 2021    ...
Replying to @URihannaFansite
😍

Eddie Macfaiden Chalemera  @eddie_chalemera · May 18, 2021    ...
Replying to @URihannaFansite
Amazing eyes!🤗👍

Abdullah Isma2  @AbdullahIsma2 · May 24, 2021    ...
Replying to @URihannaFansite
When God blesses you, don't raise your standard of living, raise your
standard of helping others, pretty, would like to visit Uganda?

Abdullah Isma2  @AbdullahIsma2 · May 24, 2021    ...
Replying to @URihannaFansite
Forgive others, not because they deserve forgiveness, but because you
deserve peace, thank God for making you strong everyday.

Perkowski Legal P.C.    ...
@c_perkowski

Search Twitter

### Relevant people



Ultimate Rihanna             Follow
@URihannaFansite
Your Ultimate Rihanna fansite,
bringing you all the latest news and
pictures since 2005! Run by Angey and
Alex. Fan account
Instagram.com/UltimateRihanna

### What's happening

FIFA World Cup · 3 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
📢 Promoted by Avatar

Trending in United States
**Ochoa**
Trending with  Poland, Lewandowski

Trending in United States
**#BoycottTampax**
7,651 Tweets

Trending in United States
**Giroud**
Trending with  Australia, Mbappe

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

**Tweet**

This Tweet is from a suspended account. Learn more

**sksksk** @janegenest · Jan 19, 2021
Replying to @MileyUpdates



♡ 3

**Thomas 13** @thomasgsmiler · Jan 19, 2021
Replying to @MileyUpdates
ma favorites 😷

**Lemon** @imthecyrus · Jan 19, 2021
Replying to @MileyUpdates
Nope.

**rudy** @ByPlasticHearts · Jan 19, 2021
Replying to @MileyUpdates
Gucci should make miley as they brand ambassador
♡ 1

This Tweet was deleted by the Tweet author. Learn more

**kendall roy** 🎤 @sarahsgolden · Jan 19, 2021
Replying to @iisho_94 @ish_mc and @MileyUpdates
I CANNNTTTTT
♡ 1

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Case 2:22-cv-09462-DMG-ADS Document 23-30 Filed 03/13/23 Page 13 of 100 Page ID #:6006

← **Tweet**

🔍 Search Twitter

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

 **Nana Rude**
@nanarude ⋯

A gata não para! #Anitta compareceu ao segundo dia do Festival #Coachella, na Califórnia, EUA. Dessa vez, a #GirlFromRio foi prestigiar alguns shows, incluindo de suas amigas #PablloVittar e #MeganTheeStallion. Em seguida a poderosa foi... ➡️Saiba mais: instagram.com/p/Ccdvd3BP6w5/...

Translate Tweet



12:59 PM · Apr 17, 2022 · Twitter for iPhone

**1** Retweet   **42** Likes

💬      ⟲      ♡      ⬆

 Tweet your reply       Reply

**Relevant people**

 **Nana Rude**
@nanarude          **Follow**

💣 Aqui o BAFO é garantido, mana! Apresentador e há 9 anos sua fonte sobre celebridades e notícias do dia.
✉: nana@mynd8.com.br

**What's happening**

NFL · 3 hours ago
**49ers at Cardinals**


P **Perkowski Legal P.C.** ⋯
@c_perkowski

**Tweet**

https://twitter.com/GoldenFashi/status/1560053881798893568 ___ et __ 2022-11-21 04:43:27 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-30    Filed 03/13/23    Page 14 of 100    Page ID #:6007

← **Tweet**

Golden Fashion
@GoldenFashi

    

آخر إطلالة لكيندل جينر بتنورة الأوميري من The Row

Translate Tweet

    

5:00 PM · Aug 17, 2022 · Twitter for iPhone

**2** Retweets    **113** Likes

---

Tweet your reply                                    Reply

so ? @soual100 · Aug 17
Replying to @GoldenFashi
خلاقين بس القالب غالب 😌

سوسة محترمة @SooooooS2011 · Aug 17
Replying to @GoldenFashi
ما تعبت نفسها بالتنسيق 😑😂😂😂

هناء العتيبي @HANOO_T · Aug 17
Replying to @GoldenFashi
تنورة أو وزرة

messk 🖤 , @msssk_3z · Aug 17
Replying to @GoldenFashi
أطلالة ولا بهلله

مدربات قيادة @MonaAme01086426 · Aug 17
Replying to @GoldenFashi
حياااااااااااكم مدربة قيادة

Show more replies

---

**Relevant people**

Golden Fashion                    Follow
@GoldenFashi
حساب متخصص لنقل أحدث صيحات الموضة والمكياج صادر عن صحيفة مرخصة من وزارة الإعلام، للإعلانات
wa.me/message/SFOULN...

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Music · Trending
**Lionel Richie**
4,126 Tweets

Trending in California
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Only on Twitter · Trending
**#MotivationMonday**
1,434 Tweets

Entertainment · Trending
**Disney**
Trending with Iger, Chapek

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C. ···
@c_perkowski



← **Tweet**

Home

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

Search



**Perkowski Legal P.C.**
@c_perkowski

**Tweet**



## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Linda Ikeji
@lindaikeji

Scott Disick, 37, hits the beach with19-year-old Amelia Hamlin lindaikejisblog.com/2020/11/scott-...



2:05 AM · Nov 17, 2020 · LIB App

14 Quote Tweets    10 Likes

Perkowski Legal P.C.
@c_perkowski

Tweet your reply                                    **Reply**

VOTE WISELY @LisaHardySF · Nov 17, 2020
Replying to @lindaikeji
It runs in the family...

YOYO @Yollzz_D · Nov 17, 2020
Replying to @lindaikeji
@Miss___Sue



**Relevant people**

Linda Ikeji
@lindaikeji                     **Follow**
Blogger, CEO, LindaIkejiTV

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
**James Woods**
2,539 Tweets

Trending in United States
**RIP Harold**
Trending with TO BE CLEAR, Betty White

Entertainment · Trending
**Marvel**
84.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

GIF

— https://twitter.com/AboutHerOFCL/status/1561616676168339456 __ at __ 2022-11-20 20:30:22 -08:00 __

← **Tweet**



**About Her** ✔
@AboutHerOFCL

•••

<span style="color:#1d9bf0">#LookOfTheDay</span>: Hailey Rhode Bieber in a vintage Dior top and Dion Lee cotton trousers.



12:30 AM · Aug 22, 2022 · Buffer



Tweet your reply

Reply


Search Twitter

### Relevant people

**About Her** ✔
@AboutHerOFCL

Follow

Inside untapped territory: Pulling back the curtain on Arab women who are defining cultural trends now.
#AboutHer

### What's happening



NCAA Men's Basketball · Last night

← **Tweet**

 **Khloé Kardashian Daily**
@KhloeDaily

···

## Khloé Kardashian arriving to the Dolce & Gabbana show in Milan

 

3:36 PM · Sep 24, 2022 · Twitter for iPhone

**1** Retweet    **22** Likes



 Tweet your reply    **Reply**

### Search Twitter

## Relevant people

 **Khloé Kardashian Daily**    **Follow**
@KhloeDaily

the very first and original fansite dedicated to Khloé Kardashian (original account deleted at 79k)

## What's happening

NBA · 30 minutes ago
**Lakers at Suns**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
🎬 Promoted by Avatar

Trending in California    ···
**Costco**
5,772 Tweets

Sports · Trending    ···
**Pat Bev**
Trending with  Ayton, Lakers

Entertainment · Trending    ···
**Marvel**
94.2K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**    ···
@c_perkowski



__ https://twitter.com/candidevent/status/1578048070373314565 __ at __ 2022-11-20 08:54:19 -08:00 __

← **Tweet**

 **celebrity photos & updates**
@candidevent

⋯

## Dakota Johnson on the set of 'Madame Web'



8:42 AM · Oct 6, 2022 · Twitter for iPhone

**40** Retweets   **10** Quote Tweets   **191** Likes

💬          🔁          ♡          ⬆️

[P]  Tweet your reply                                    **Reply**

---

## Search Twitter

### Relevant people

 **celebrity photos & u...**           **Follow**
@candidevent

All media is posted under fair use with no © infringement intended. DM for removal.

### What's happening

Formula 1 · 1 hour ago
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 🧹
Original movie now streaming
▶️ Promoted by Disney+

Only on Twitter · Trending
**RIP JDF**
5,738 Tweets

Trending in California
**Shakira**
96.6K Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Tommy

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

---

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

 **Perkowski Legal P.C.** ⋯
@c_perkowski

https://twitter.com/soygerardcortez/status/924790584698552320 __el__ 2022-11-22 20:18:25 -0800

### Tweet

Gerard Cortez
@SoyGerardCortez

Rita Ora vs Rihanna usando el estilo old school de Burberry. Obviamente todos sabemos que Rihanna kill it 🔥



5:10 PM · Oct 29, 2017 · Twitter for iPhone

6 Retweets    4 Quote Tweets    63 Likes

P  Tweet your reply                     Reply

Jonah @JonhyAlv · Oct 29, 2017
Replying to @SoyGerardCortez
Rita se ve un poco ridícula, Rihanna slay it
♡ 2

MANCANDY pa' @MANCANDY · Oct 29, 2017
Replying to @SoyGerardCortez
Wey, Rita Ora parece mimi de Flans! Que le pasoooo?
💬 1        ♡ 9

ItzMeRingoBallr 🎸⚡🐵 @GalanteCaradura · Oct 29, 2017
Replying to @SoyGerardCortez
No veo cómo usaría otra vez Burberry, admiro la sagacidad de las casas de moda.

Ruben Tulus @rubaltore · Oct 29, 2017
Replying to @SoyGerardCortez
RhiAna se parece a mi chacha lunes cuando regresa de su pueblo

---

Search Twitter

### Relevant people

Gerard Cortez          Follow
@SoyGerardCortez
Periodista de moda y cultura pop. TV
Host y guionista. Amarás mi YouTube.
No binarie. Inmigrante. Contacto
Gerardcortez@gmail.com (Él-he, ella-she, elle-they)

### What's happening

NBA · LIVE
Kings at Grizzlies

#AvatarTheWayOfWater
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Trending in United States
#GenshinSpecialProgram
5,725 Tweets

Trending in California
Epstein
34.8K Tweets

Entertainment · Trending
Marvel
90.3K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.
@c_perkowski

__ https://twitter.com/CevansContents/status/1588591204077535232 __ at __ 2022-11-22 23:45:36 -08:00 __

← **Tweet**



**Chris Evans Content**
@CevansContents                                    ...

📸:New Chris Evans filming "Red One"



10:57 AM · Nov 4, 2022 · Twitter for Android

**30** Retweets   **142** Likes

💬            🔁            ♡            ⬆️

 Tweet your reply                    Reply

---

**Search Twitter**

### Relevant people



**Chris Evans Content**          Follow
@CevansContents
Daily Content about actor Chris Evans
/ photos / gifs / videos | fan account

### What's happening

NBA · 2 hours ago
**Lakers at Suns**

**#AvatarTheWayOfWater🌊**
Get tickets now - In theaters December 16
▶️ Promoted by Avatar



Business and finance · Trending          ...
**#massshooting**
1,327 Tweets

Trending in California          ...
**Costco**
6,140 Tweets

Trending in United States          ...
**Erection**
21.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**



— https://twitter.com/lacosacine/status/1380581406733139909 __ et __ 2022-11-22 03:06:00 -08:00

← **Tweet**

## La Cosa Cine ✔
@lacosacine

··· 

Alaqua Cox protagoniza nuevas imágenes como Maya Lopez/Echo, desde el set de #Hawkeye:

Translate Tweet



11:00 AM · Apr 9, 2021 · TweetDeck

**1** Retweet    **23** Likes

💬        ↻        ♡        ⬆

 Tweet your reply                    Reply

**Daro** @NgativCreep · Apr 9, 2021
Replying to @lacosacine
Secret Invasion comienza con Echo vigilando a Elektra, seria interesantente ver si se animan a darle un inicio similar a la serie

💬        ↻        ♡  1        ⬆

---

🔍 Search Twitter

### Relevant people

**La Cosa Cine** ✔        Follow
@lacosacine
🎟️ 🎬 📽️ Cine y Series. Tu comunidad, tu revista 📰 web@lacosacine.com | 🎙️
@guillohernandez @jessiblady @luagosta @macareynolds @cynthiaonfilms

### What's happening

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater**🧬
Get tickets now - In theaters December 16
📢 Promoted by Avatar

Entertainment · Trending        ···
**Died Suddenly**
80.1K Tweets

Trending in United States        ···
**El VAR**
80.5K Tweets

Trending in United States        ···
**Argentina**
Trending with Messi, #ARGKSA

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

← **Tweet**

 **Foochia - فوشيا** ✔
@foochia

أثارت الممثلة والمغنية الأمريكية جنيفر لوبيز و بن أفليك، فضول الجمهور حول علاقتهما منذ إحياء علاقتهما في أواخر أبريل، بعد انفصال لوبيز أليكس رودريغيز. لكن يبدو أن الاثنين قررا تأكيد علاقتهما العاطفية بشكل علني، حيث شوهدا وهما في وضع رومانسي في ضاحية ويست هوليوود مساء يوم الإثنين

Translate Tweet



7:02 AM · Jun 3, 2021 · Hootsuite Inc.

**3** Retweets    **3** Likes

    

 Tweet your reply    **Reply**

Q Search Twitter

**Relevant people**

 **Foochia - فوشيا** ✔    **Follow**
@foochia

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.

**What's happening**

FIFA World Cup · LIVE
**USA vs Wales**


Trending in United States
**1-0 USA**
13.7K Tweets

Trending in California
**LETS GOOOOOO**
3,277 Tweets

Family drama · Trending
**#GTMcontest5**

Trending in United States
**WHAT A GOAL**
18K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More •••
© 2022 Twitter, Inc.

🏠 Home
#️⃣ Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

**Perkowski Legal P.C.** •••
@c_perkowski



# Twitter

← **Tweet**

### Home
### Explore
### Notifications ①
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**



**Miley Cyrus Updates** ⬜
@MileyCyrusBz                    ⋯

More photos of Miley last night for Omer Fedi's birthday 😈

3:02 PM · Mar 26, 2021 · Twitter for iPhone

**16** Retweets   **1** Quote Tweet   **66** Likes

💬          🔁          ♡          ⬆️

Ⓟ  Tweet your reply                    **Reply**

## Search Twitter

## Relevant people



**Miley Cyrus Updates** ⬜          **Follow**
@MileyCyrusBz
Fan account | Copyright belongs to the respective owners | @MileyCyrus follows 💕

## What's happening

Television · Yesterday
**The Walking Dead airing on AMC**



Trending in United States          ⋯
**Maher**
22.1K Tweets

Trending in United States          ⋯
**#AMAs** 🔥
Trending with  soobin, Sabrina

Music · Trending          ⋯
**Lionel Richie**
3,880 Tweets

Trending in United States          ⋯
**Iran**
Trending with  England, Wales

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Ⓟ  **Perkowski Legal P.C.**   ···
@c_perkowski

← Tweet


**Foochia - فوشيا** ✔
@foochia

···

آخر ظهور لأنجلينا جولي برفقة أبنائها خلال تواجدهم بمركز
تجاري في لوس انجلوس

#أنجلينا_جولي #نجمات_هوليوود #AngelinaJolie


Translate Tweet



2:32 AM · Feb 7, 2021 · Twitter Web App

**2** Retweets    **12** Likes


Tweet your reply                    Reply

Q Search Twitter

**Relevant people**


**Foochia - فوشيا** ✔        Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية،
منه نطل على عالم الأزياء، الجمال، الرشاقة
واللياقة، ونتابع أخبار المشاهير والفن
والثقافة.

**What's happening**

Television · Starts at 8:00 PM
**Saturday Night Live airing on**
**NBC**


**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
▶ Promoted by Uber

Trending in United States        ···
**HE'S BACK**
114K Tweets

Music · Trending        ···
**#AMAsFanFavorite** 🔥
1.58M Tweets

Sports · Trending        ···
**Aaron Nesmith**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



**Twitter**

← Gerard Cortez
@SoyGerardCortez

Lo más bello que verán hoy, Anne Hathaway vistiendo
el traje multicolor de Christopher John Rogers 🧡❤️ ✨
Translate Tweet

11:02 AM · Mar 16, 2022 · Twitter for iPhone

**372** Retweets **85** Quote Tweets **4,407** Likes

💬 Tweet your reply

Reply

practicante @cancertropical · Mar 17
disculpame pero esa es Andy la asistente de Miranda Priestly

Maria Daniela 🤍 @MaDaHeSo · Mar 16
Que preciosa 🥰

Maria Elena Millán @MeleneMillan · Mar 16
Replying to @SoyGerardCortez
❤️❤️❤️

Brisa @lbrisaarp · Mar 18
Replying to @SoyGerardCortez
Gorgeí 😍

Pako Salado @pakosaladote · Mar 16
Replying to @SoyGerardCortez
Qué bella! Viste que Tinashe el vestido hace unos días?

Esperanza🌸🌸 @bimilabe · Mar 16
Replying to @SoyGerardCortez
La amo

✿ Ouí R Fac ✿ @bkauligary · Mar 16
Replying to @SoyGerardCortez
dot dot dot

N A U M_ @naumahárez · Mar 16
Replying to @SoyGerardCortez
Me regaló años de vida

Jefferson garzon @JeffersongarzJS · Mar 16
Replying to @SoyGerardCortez
💜💜💖🖤

Martin Alonzo @S1111Love · Mar 16
Replying to @SoyGerardCortez
De por si ella es hermosa, el textil es FABULOSO! y amo el diseño

Mr. Chambounty @Moises_Mcnroyd · Mar 17
Replying to @SoyGerardCortez
!! Amazing !! @anneHathaway



Nessia ✦ 🤍 @chrensia · Mar 16
Replying to @SoyGerardCortez
No sabía que necesitaba ver a Anne Hathaway en ese traje multicolor 😍😍

rosmyp 🥳 @rosmyP · Mar 17
Replying to @SoyGerardCortez
Ese print me llena de vida 🧡🧡

Gabriela María @gabbsgonzalez · Mar 16
Replying to @SoyGerardCortez
GUAUUUUUUUUU

Jrisula Brazón @Jrisulakostary · Mar 16
Replying to @SoyGerardCortez
@softip1

Pavlova @Veronpastor · Mar 16
Replying to @SoyGerardCortez
Me mató❤️ que mujer más bella y el traje top, aunque siento que a ella
todo le queda increíble.

comovinotinto @comovinotinto · Mar 16
Replying to @Lalutto · Mar 16
❤️

🫶🫶 Spencer (Metropolis-)Hastings 🎀✨🎀🦋🌈 @Luulisa · Mar 16
Replying to @SoyGerardCortez
La odiooooo! Me encanta que juegue con prints anchos y coloridos y no
luzca como payaso... Esa mujer solo necesita media sonrisa para
desarmarme 😍

Linacid ⭐ @limamapola · Mar 16
Replying to @SoyGerardCortez
@Cataniop

Miss Mickey @adiccioridaval · Mar 16
Replying to @SoyGerardCortez
Ay wow 😍

Dlegorita @Degorita · Mar 16
Replying to @SoyGerardCortez
Mon! 😍 que bellezal

Yo Soy Leo ⭐ 🌸🌈🦋🏳️‍🌈 @ArteyPop · Mar 17
Replying to @SoyGerardCortez
Con este outfit de Rogers, Hathaway me hace regresar a las salas de los 70's



Mariano (aunque más Fercho) @Choco70569277 · Mar 16
Replying to @SoyGerardCortez
Lo más bello para mi siempre eres tú, cabrón... Te veo y me acabo

https://twitter.com/TabascoHOY/status/1404523453688909825 __ el __ 2022-11-22 12:45:58 -06:00
Case 2:22-cv-09462-DMG-ADS   Document 23-30   Filed 03/13/23   Page 29 of 100   Page ID
#:6022

← **Tweet**

**Tabasco HOY**
@TabascoHOY

···

**#EsTendencia**✨| ¡El diario New York Post captó a Ben Affleck y Jennifer dándose un beso, lo que podría confirmar que sí tienen una relación!

tabascohoy.com

Translate Tweet



12:37 PM · Jun 14, 2021 · Twitter Web App

**3** Retweets  **2** Quote Tweets  **18** Likes

💬          🔁          ♡          ⬆️

P    Tweet your reply                        Reply

**Apóstol Claudio** @PeralesClaudio · Jun 14, 2021    ···
Replying to @TabascoHOY
ya se dieron beso hasta del 69

💬          🔁          ♡          ⬆️

**JC** @CarloDelVecchio · Jun 14, 2021    ···
Replying to @TabascoHOY
@IvanTB19 tu ídolo

💬          🔁          ♡ 1          ⬆️

## Left sidebar

🐦

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

P  **Perkowski Legal P.C.**  ···
@c_perkowski

## Right sidebar

🔍 Search Twitter

**Relevant people**

**Tabasco HOY**    Follow
@TabascoHOY
Información del Sureste Mexicano. Conversamos la #noticia en #RedesSociales. Info local, nacional e internacional.
facebook.com/Tabascohoymx/

**What's happening**

FIFA World Cup · 2 hours ago
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now – In theaters December 16
⬜ Promoted by Avatar

Trending in United States    ···
**Giroud**
Trending with Australia, Mbappe

Trending in United States    ···
**Chip Tayag**

Trending in United States    ···
**Ochoa**
Trending with Poland, Lewandowski

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet

Bang Tidy Celebs
@BangTidyHQ

-@madisonbeer



11:25 AM · Apr 21, 2021 · Twitter Web App

2 Retweets    48 Likes

Tweet your reply                                    Reply

**Relevant people**

Bang Tidy Celebs                    Follow
@BangTidyHQ
Bringing you Bang Tidy Celebs from
the UK and around the world. From TV
& Film to Music & Models. Any
requests feel free to tweet.

madison beer ✔                    Follow
@madisonbeer

**What's happening**

NFL · 4 hours ago
Eagles at Colts

#Disenchanted 👹
Original movie now streaming
Promoted by Disney+

Only on Twitter · Trending
Jason David Frank
Trending with Power Rangers

Trending in United States
Iowa
16.2K Tweets

Sports · Trending
Pickens
Trending with Tyler Boyd

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Search Twitter

← **Tweet**





Q Search Twitter

 🚨 ‼️ **Now HipHop News** ‼️ 🚨
@NowHipHopNews_

···

## Did he play my PS4?



8:51 AM · Jul 29, 2020 · Twitter for iPhone

**19** Retweets   **6** Quote Tweets   **53** Likes

    Tweet your reply    Reply

### Relevant people

 🚨 ‼️ **Now HipHop N...**    Follow
@NowHipHopNews_

We bring you the latest music from independent artists. Reaching 40million people monthly. SUBMIT YOUR MUSIC for unlimited yearly promotion 👇

### What's happening

NBA · 33 minutes ago
**Jazz at Clippers**



Entertainment · Trending
**Died Suddenly**
68.8K Tweets

···

Sports · Trending
**Trey Lance**
1,345 Tweets

···

Only on Twitter · Trending
**Pablo Milanés**
Trending with Auburn

···

Trending in California
**Dodger Stadium**
8,715 Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

Lists

👤 Profile

··· More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**OrackBrown**
@OrackBrown

1/ THREAD: Body Language Analysis No. #644:
Kim Kardashian, Pete Davidson, and a Dominance
Display
#BodyLanguage #BodyLanguageExpert #Dominant
#Alpha #KimKardashian #PeteDavidson



Tweet your reply

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

Tweet

**Dani Lagi 🔥 Strip Marvel**
@StripMarvel

The Marvels ⚡



7:25 AM · May 3, 2021 from Besalú, España · Twitter for iPhone

**515** Retweets  **1** Quote Tweet  **4,775** Likes

Tweet your reply                                    Reply

**Barik - The Master Mechanic** @PaladinBarik · May 3, 2021
Replying to @StripMarvel
Ahora capaz si me planteo a ver esa peli polo por que tendrá a Mónica y kamala si hubiese Sido solo con Carol de prota capaz ni la veía xdxd
♡ 1        ↻        ♡ 1        ⬆

**Celuloide PhotoFilms** @CeluloidepF · May 3, 2021
Replying to @PaladinBarik and @StripMarvel
Por esa razón lo hicieron para que a las personas que no les gustó la primera vaya a ver esta jejeje
♡        ↻        ♡ 16        ⬆

Show replies

**Adrian** @puma370881 · May 3, 2021
Replying to @StripMarvel
Esconderían las escenas de Spiderman, y nada de los Xmen o 4F.
♡        ↻        ♡        ⬆

**Jesu** @Mr_Jesuu · May 3, 2021
Replying to @StripMarvel
a ver si esta secuela ahora que tiene otra directora hacen 1. no que no sea feminista 2. a ver si pueden hacer que la capitana sea mas o menos querida xdd
♡ 2        ↻        ♡ 1        ⬆

**Helker** @HelkerHH · May 3, 2021
Replying to @Mr_Jesuu and @StripMarvel
¿Por que no tiene que ser ser feminista?
♡ 3        ↻        ♡ 1        ⬆

Show replies

**agosto bP** @agostoabbbb · May 3, 2021
Replying to @StripMarvel
Monica me cayo bien en WandaVision, y Ms Marvel se ve interesante como personaje, si la vere creo😊
♡        ↻        ♡ 2        ⬆

**Macho Man** @PisaMarve · May 3, 2021
Replying to @StripMarvel
Pero si no le ponen capitana marvel en el título no se entiende si es secuela o peli nueva.
♡        ↻        ♡        ⬆

**Macho Man** @PisaMarve · May 3, 2021
Replying to @StripMarvel
Al final las unicas sagas que van por orden numérico son Iron Man y GdlG. El resto de las sagas se titulan con subtítulo
♡        ↻        ♡ 1        ⬆

**Macho Man** @PisaMarve · May 3, 2021
Replying to @StripMarvel
La trilogía de 4F debería ser:
1. Fantastic Four Family
2. Fantastic Four First Family
3. Fantastic Four Future Foundation
3. Fantastic Four Fucking Forever
F por los FF
♡        ↻        ♡ 1        ⬆

**AverageWeon** @AverageWeon · May 3, 2021
Replying to @StripMarvel
Solo quiero que, si es que los rumores son ciertos, no arruinen a Blue Marvel
♡        ↻        ♡        ⬆

**Franklin Gallardo** @franki170966 · May 3, 2021
Replying to @StripMarvel
No que te tomarías el día libre?? 😂😂😂
♡        ↻        ♡        ⬆

**Danny Arkade 🇲🇽** @danarkade · May 3, 2021
Replying to @StripMarvel
solo así la verá el público
♡        ↻        ♡        ⬆

**Walt Castillo** @WalCas · May 3, 2021
Replying to @StripMarvel
Ese 4 al final 😍
♡        ↻        ♡        ⬆

**Víctor Poveda** @povedovsky · May 3, 2021
Replying to @StripMarvel
Me parece una mierda de título y los personajes no me interesan, pero obviamente la veré
♡        ↻        ♡ 9        ⬆

**Joseph C.** @JosephCalano · May 3, 2021
Replying to @StripMarvel
@Obooohsem
♡        ↻        ♡        ⬆

**andre** @andr3w · May 3, 2021
Replying to @StripMarvel
❤❤❤❤
♡        ↻        ♡        ⬆

**Said The Blue Sky** @yangzitong2 · May 3, 2021
Replying to @StripMarvel
I saw it. This is incredible.I'll see you the movies.
♡        ↻        ♡        ⬆

**Jair Dangelo** @dangelo_jai · May 3, 2021
Replying to @StripMarvel
De las peliculas que mas hype tengo:
♡        ↻        ♡        ⬆

**Saturn.** @Saturn_Alias · May 3, 2021
Replying to @StripMarvel
Hmm Cap esta okay, Monica esta okay pero medio meh y Khamala se ve bien, su traje está increíble y la actriz se ve simpática.
♡        ↻        ♡        ⬆

**L·L 7ª** @O_ReginaRC · May 3, 2021
Replying to @StripMarvel
Ahora solo hay que sacar a la capitana Marvel y perfecto
♡        ↻        ♡        ⬆

**The SLEIGHTSebastian🎄** @Hector52Sc · May 3, 2021
Replying to @StripMarvel
Vaaaaamooooooh #MonicaRambeau #MarvelStudios
♡        ↻        ♡        ⬆

**David** @DavidCast1989 · May 3, 2021
Replying to @StripMarvel
Ojo a Ms Marvel. Vamos a flipar con esa niña
♡        ↻        ♡        ⬆

**Pedro UwU** @PedrosUwU07 · May 3, 2021
Replying to @StripMarvel
Genial ❤❤❤❤❤
♡        ↻        ♡        ⬆

**Al3x** @Al3xLawliet · May 3, 2021
Replying to @StripMarvel
La única que no me gusta como personaje es capitana marvel, después mónica es muy buen personaje y ms marvel aun falta ver su serie
♡        ↻        ♡        ⬆

**Marce** @macedibiz · May 3, 2021
Replying to @StripMarvel
O sea que no hay Capitana Marvel 2
♡        ↻        ♡        ⬆

**Relevant people**

**Dani Lagi 🔥 Strip Ma...**
@StripMarvel        Follow
Soy @Dani_Lagi de Strip Marvel en @youtube y @twitch autor de #ComoConocíAVuestraMarvel y el cómic #ElGuanteHelatecDeInfinito
CONTACT: stripmarvelnfo@gmail.com

**What's happening**

FIFA World Cup · 2 hours ago
**Mexico vs Poland**

#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in California
**Mexicans**
59.6K Tweets

Celebrities · Trending
**Tom Hanks**
6,347 Tweets

Trending in California
**LAPD**
12K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@_perkowski

https://twitter.com/fentystats/status/1326208349393034113 ... 2022-11-22 04:03:03 -08:00 | 2022-11-09492-DWG.ADG | Document 23-30 | Filed 03/13/23 | Page 34 of 100 | Page ID #4037

← Tweet

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

FentyStats
@FentyStats

Pulling up at the #DesperadoStreamingParty 📣 like:



Rihanna Online and Rihanna Navy Brasil | Fan Account

2:11 PM · Nov 10, 2020 · Twitter for iPhone

**53** Retweets **18** Quote Tweets **508** Likes

Tweet your reply

**Reply**

**Rihanna Online** @RihannaOnlineBR · Nov 10, 2020
Replying to @FentyStats and @RNavyBrazil
I'm ready #DesperadoStreamingParty

💬 2    🔁 12    ♡ 60

**conner** 🧸 @elheaconner · Nov 10, 2020
Replying to @RihannaOnlineBR @FentyStats and @RNavyBrazil
you look amazing sweetie 😍

💬      🔁      ♡ 2

**M A T T** @UNAPPRGLETE · Nov 10, 2020
Replying to @FentyStats @RihannaOnlineBR and @RNavyBrazil
Just arrived !#DesperadoStreamingParty

💬      🔁      ♡ 1

**Ice-Princess** 👑 @fentysxudo · Nov 10, 2020
Replying to @FentyStats @RihannaOnlineBR and @RNavyBrazil
@ariannrake

💬      🔁      ♡

**Adriane** @adrihnxxy · Nov 10, 2020
Replying to @FentyStats @RihannaOnlineBR and @RNavyBrazil
I'm here!! #DesperadoStreamingParty

💬      🔁      ♡ 3

**badgalriri** @fentxyy · Nov 10, 2020
Replying to @FentyStats @RihannaOnlineBR and @RNavyBrazil
Ready! #DesperadoStreamingParty

💬      🔁 6    ♡ 8

**James Doyle** @JamesDo82774724 · Nov 10, 2020
Replying to @FentyStats @RihannaOnlineBR and @RNavyBrazil
You look well.

💬      🔁      ♡

This Tweet was deleted by the Tweet author. Learn more

**Trophy Wig // A Non Affiliated Fan ...** @babesCsg... · Nov 10, 2020
Replying to @FentyStats @FentyStats and 2 others
Coachella 201?

💬 1    🔁      ♡

Show more replies

**Relevant people**

FentyStats
@FentyStats
Daily stats and news about global music icon, fashion designer and entrepreneur, Robyn Rihanna Fenty | @rihanna 🖤 Fan account. 📩 | fentystats@gmail.com
**Follow**

Rihanna Online
@RihannaOnlineBR
Fan Account | O 1é site mais atualizado sobre a cantora @rihanna no Brasil 🇧🇷 | Contato: siterihannaonline@gmail.com
**Follow**

Rihanna Navy Brasil | ...
@RNavyBrazil
RNB 🇧🇷 | Estamos online desde 2010, somos o maior e mais completo fã-clube sobre a cantora Rihanna no Brasil e em toda a América Latina. Apoio: @anisanaiBrasil
**Follow**

**What's happening**

FIFA World Cup · LIVE
Argentina vs Saudi Arabia

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Entertainment · Trending
Died Suddenly
81.6K Tweets

Trending in United States
Argentina
Trending with Messi, #WC2034

Trending in California
Mexicans
7,262 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS    Document 23-30    Filed 03/13/23    Page 35 of 100    Page ID #:6028

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← Tweet

**Multiverso Marvel**
@MMarvelBRA

🚨 Aaron Taylor Johnson?

Novas imagens das Filmagens de 'MADAME WEB'.



11:09 AM · Oct 6, 2022 · Twitter for Android

**5** Retweets  **60** Likes

Tweet your reply | **Reply**

**D a b i #EUNABRLATWR**❤️🖤 @dabi427 · Oct 6
Replying to @MMarvelBRA
Mas não tem um universo que o kraven é o homem aranha?
♡ 1

**Niki!!** @H0MENICK · Oct 6
Replying to @MMarvelBRA
E o Ryan Gosling
♡ 1

Perkowski Legal P.C.
@c_perkowski

**Relevant people**

**Multiverso Marvel**    Follow
@MMarvelBRA
RUMO AO HEXA 🇧🇷 || Notícias,
Opiniões e Memes! | Ative as
notificações 🔔 | ✉️ contato:
multiversomarvelbr@gmail.com • Fan
Account #FIFAWorldCup 🏆

**What's happening**

FIFA World Cup · 2 hours ago
**World Cup Qatar 2022: Opening
Ceremony**

**#Disenchanted** 👸
Original movie now streaming
🅿️ Promoted by Disney+

Trending in United States
**Heisman**
10.3K Tweets

Trending in California
**Shakira**
106K Tweets

Trending in California
**Elton John**
8,494 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

**Home**

**Explore**

**Notifications** 1

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Margvel 🐾
@_Margvel

···

📸 Fotos de Martin Freeman como Everett Ross en el set de 'BLACK PANTHER: WAKANDA FOREVER' 🐾

3:47 PM · Aug 26, 2021 · Twitter for iPhone

**2** Retweets   **2** Quote Tweets   **183** Likes

Tweet your reply

**Reply**

**Alex Farias** @leflako9 · Aug 26, 2021    ···
Replying to @_Margvel
Muchachos esto es una filtración real o un fan art ?

**007** @felisuarez29 · Aug 26, 2021    ···
Replying to @_Margvel
Como amo a Martin

Perkowski Legal P.C.    ···
@c_perkowski

Search Twitter

**Relevant people**

Margvel 🐾
@_Margvel

**Follow**

Humor, información y updates del Universo Marvel | 👨‍🎤
contactomargvel@gmail.com |
#SheHulk #IAmGroot

**What's happening**

NBA · LIVE
**Lakers at Suns**

#AvatarTheWayOfWater 💧
Get tickets now · In theaters December 16
📢 Promoted by Avatar

Business and finance · Trending
**Chesapeake**
4,551 Tweets

Trending in United States
**#GenshinSpecialProgram**
13.7K Tweets

Politics · Trending
**Prediction**
49.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← Tweet

**Normani Updates**
@NormaniUpdate

Normani 💕



5:56 AM · May 3, 2022 · Twitter for iPhone

**286** Retweets **35** Quote Tweets **1,939** Likes

💬 ⟲ ♡ 📤

🅿️ Tweet your reply          **Reply**

**Ghive Moss** @Pleasurg_ · May 3
Replying to @NormaniUpdate
This could've been the carpet look too
💬 ⟲ ♡ 5 📤

**matthew** @matthewkordei · May 3
Replying to @NormaniUpdate
it's giving Selena too
💬 ⟲ ♡ 8 📤

**ruthy** @withnormanis · May 3
Replying to @NormaniUpdate
Linda 😊

0:29  1,161 views

From ruthy
💬 ⟲ ♡ 📤

**Vantony Mccutcheon** @VantonyMccutchS · May 3
Replying to @NormaniUpdate
Wow my baby NORMANI 🙌🙌 so beautiful 💜🖤
💬 ⟲ ♡ 3 📤

**Sanny** @SVeanable · May 3
Replying to @NormaniUpdate
Normani fashion is on point. I said it.
💬 ⟲ ♡ 📤

**ThisLittleLightOfMine** ✨ @Pascali20540578 · May 3
Replying to @NormaniUpdate
Vraiment superbe 👏🥰🥰😍
💬 ⟲ ♡ 📤

**D'angelo Morrison** 🤎 @DangeloMorrison · May 3
Replying to @NormaniUpdate
That's Nasty Boot 😍
💬 ⟲ ♡ 2 📤

---

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski

---

**Relevant people**

**Normani Updates**
@NormaniUpdate                **Follow**
Bringing you all the latest updates on
singer/songwriter/dancer/model,
#Normani!

**What's happening**

NFL · 3 hours ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
72.9K Tweets

Trending in California
**Mexicans**
6,704 Tweets

Trending in United States
**Trent Reznor**
23.1K Tweets

Trending in United States
**August Alsina**
Trending with Jada, #TheSurrealLife

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2022 Twitter, Inc.

_ https://twitter.com/lacosacine/status/1319783160293453826 _ el _ 2022-11-22 04:02:16 -0800
Case 3:22-cv-09462-DMG-ADS Document 23-30 Filed 03/13/23 Page 38 of 100 Page ID #:6031

← **Tweet**

**La Cosa Cine** ✓
@lacosacine

Primera imagen de #CouterneyCox en el rodaje de #Scream5.



4:30 PM · Oct 23, 2020 · TweetDeck

**16** Retweets  **13** Quote Tweets  **359** Likes

💬  🔁  ♡  ⬆

P | Tweet your reply | **Reply**

**Alex** @a_lost_diamond · Oct 23, 2020
Replying to @lacosacine
Se sabe algo de la trama?
💬   🔁   ♡   ⬆

**N i c o l a s** 🎬🎞 @OreNicolas · Oct 23, 2020
Replying to @lacosacine

Estás tan hermosa como el día en que te fuist[e]

💬   🔁   ♡ 1   ⬆

**Mauri El Bueno** @detaquito17 · Oct 23, 2020
Replying to @lacosacine
Echen al pasante que escribió mal el nombre de Monica Geller 😏
💬   🔁   ♡ 3   ⬆

**Relevant people**



**La Cosa Cine** ✓
@lacosacine                    Follow
Cine y Series. Tu comunidad, tu revista 📰
web@lacosacine.com | 🖊
@guillohernandez @jessiblady
@luagosta @macareynolds
@cynthiaonfilms

**What's happening**

FIFA World Cup · 🔴 LIVE
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater** 🧍
Get tickets now - In theaters December 16
◻ Promoted by Avatar

Trending in United States
**Argentina**
Trending with De Paul, Messi

Entertainment · Trending
**Died Suddenly**
84.7K Tweets

Trending in California
**Mexico City**
24.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski

— https://twitter.com/ahoybieber/status/1375518873219391493 __ at __ 2022-11-21 10:47:26 -08:00



← **Tweet**





☐ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**


...
@AhoyBieber

The current headline implies this did not happen, when in fact there is photographic proof




**E! News** ✔ @enews · Mar 26, 2021
⊘ Official
Justin Bieber Accuses Paparazzi of Shooting Photos Underneath Hailey's Skirt
eonli.ne/3w1Az5f

11:43 AM · Mar 26, 2021 · Twitter for iPhone

**7** Retweets   **1** Quote Tweet   **28** Likes



Tweet your reply                                    Reply


**Perkowski Legal P.C.** ...
@c_perkowski

---

🔍 Search Twitter

**Relevant people**


...
**@AhoyBieber**                    Follow
I loved bieber before it was cool.
@justinbieber


**E! News** ✔
@enews                             Follow
⊘ Official
Your source for entertainment news, celebrities and pop culture.

**What's happening**

FIFA World Cup · 15 minutes ago
**Senegal vs Netherlands**



Trending in United States
**Hive**
99.9K Tweets

Sports · Trending
**Charles Barkley**
4,694 Tweets

Trending in California
**Dodger Stadium**
14.2K Tweets

Trending in United States
**Senegal**
Trending with Mendy, #SENNED

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/KevinAnticonaa/status/1568413656043372546 __ at __ 2022-11-20 16:17:33 -08:00 __

← **Tweet**

Kevin Anticona
@KevinAnticonaa

La actriz Susan sarandon comento que Blue Beetle es fabuloso, por ser el primer heroe latino de un film

Su familia es mexicana y todos los actores eran mexicoamericanos y hablaban español por ende, hay subtitulos.

[ Via: @FallonTonight ]

#DC #DCEU #FelizViernes #HBOMax

Translate Tweet



6:38 PM · Sep 9, 2022 · Twitter for Android

**Who can reply?**
People @KevinAnticonaa follows or mentioned can reply


**Perkowski Legal P.C.**
@c_perkowski

---

Search Twitter

**Relevant people**


**Kevin Anticona**
@KevinAnticonaa    Follow
Chico carismático, manteniendo siempre la humildad y sociable, pasión por el teatro, cinefilo.


**The Tonight Show** ✓
@FallonTonight    Follow
⊘ Official
The Tonight Show Starring @JimmyFallon Weeknights 11:35/10:35c on @NBC | Tweet along with us using #FallonTonight

**What's happening**

NFL · 3 hours ago
**Panthers at Ravens**


**#Disenchanted** 🪄
Original movie now streaming
📺 Promoted by Disney+

Trending in United States          ...
**UCLA**
30.3K Tweets

Trending in United States          ...
**LGBTQ**
Trending with Colorado Springs, AR-15

Yeonjun · Trending          ...
**yeonjun**
60.5K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

# Tweet

**Dakota Johnson Daily**
@Dakoholics

May 30: #DakotaJohnson was spotted arriving at the set of her new movie #Covers in Hollywood.

Dakota Johnson Fans

2:10 PM · May 30, 2019 · Twitter for Android

**22** Retweets   **116** Likes

Tweet your reply

Reply

## Relevant people

**Dakota Johnson Daily**
@Dakoholics                                    Follow
Fan account dedicated to actress, activist, director and producer Dakota Johnson.

**Dakota Johnson Fans**
@LifeDJohnson                                  Follow
FAN ACCOUNT dedicated to actress, activist, director and producer DAKOTA JOHNSON ■ Next: TLD · Persuasion · Am I Ok? · CCRM · Rodeo Queens ✨

## What's happening

Television · 2 hours ago
**The Walking Dead airing on AMC**

**#Disenchanted** 🧑
Original movie now streaming
Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, Disney

Trending in United States
**#AMAs** 🔺
3.85M Tweets

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**


**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/johanpapz/status/1101229304800869888...ar...2022-11-22 19:46:06 -08:00
22-cv-09402-DMG-ADS    Document 23-33    Filed 03/15/22    Page 42 of 100    Page ID
#:9035



**Tweet**

Jojo
@JohanPapz

ayaaaa ariana elle s'est remis avec big sean !!

1:02 PM · Feb 28, 2019 · Twitter for iPhone

44 Retweets    29 Quote Tweets    455 Likes

Perkowski Legal P.C.
@_perkowski

Relevant people

Jojo
@JohanPapz                        Follow
youtubeur à temps partiel

**What's happening**

FIFA World Cup · Earlier today
Mexico vs Poland

#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
RIP Harold

Sports · Trending
Hunter Renfroe
Trending with Brewers, Jason Isbel

Family drama · Trending
#GTMcontest37

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.



Tweet your reply                        Reply

always💜 @shhhkblae · Mar 1, 2019
Replying to @JohanPapz
Elle a répondu en disant qu'ils étaient juste amis... Faut se renseigner avant
d'affirmer des trucs

Margaux Sauvage @mgsauvage · Feb 28, 2019
Replying to @JohanPapz
WAIT WHAT WTF HOLY SHIT

Princesse Camz @_@camzcam_ · Feb 28, 2019
Replying to @JohanPapz
Thank u next ????
                                        3

Clara🌴 @clbragrande · Feb 28, 2019
Replying to @JohanPapz
Ils sont pas ensemble, ils se revoient juste ! ;) du moins pour l'instant ••
                                1       12

R!holaIt @riholtine · Feb 28, 2019
Replying to @JohanPapz
Mais Ariana c'est un truc de fou elle aime trooop revoir ces ex mdrr 😭
                                1       6

£, 🇫🇷 @poxly3435 · Feb 28, 2019
Replying to @JohanPapz
faudra juste m'explique pk ariana est presque aussi noire que sean
                                        6

🥀 mhysa @sunblonded · Feb 28, 2019
Replying to @JohanPapz
Toulouse n'approuve pas
                                        6

🥀 mhysa @sunblonded · Feb 28, 2019
Replying to @JohanPapz
J'crois ils travaient juste ensemble mais j'le sens pas du tout la ari va older
Soit disant elle se consacrait qu'à sa musique et qu'elle a plus le temps pour
les bails comme ça donc on sait pas
                                        10

jémaz 🌚 @ashtagpvr · Mar 2, 2019
Replying to @JohanPapz
"Thought I'd end up with Sean
But he wasn't a match"

baptiste🌱 @baptiste_ftd · Mar 1, 2019
Replying to @JohanPapz
FETM

darina @cloudxneedy · Feb 28, 2019
Replying to @JohanPapz
être amis ça existe ils peuvent juste être potes hein

darina @cloudxneedy · Feb 28, 2019
Replying to @JohanPapz
ils étaient dans le studio juste avant donc c'est sûrement une collab ils sont
pas ensemble
                                        1

célia🌙 @AHISIEBER · Feb 28, 2019
Replying to @JohanPapz
rien a voir mais johan g reve qu'etais mon mec me demande pas pk

This Tweet was deleted by the Tweet author. Learn more

lmv @irmhk_ · Feb 28, 2019
Replying to @JohanPapz
" thought I end up with sean but it wasn't a match " frchmnt eli me saoule
Sean aussi il est bête
                                2       4

mel @melina_plimli · Mar 1, 2019
Replying to @JohanPapz
@OutofSpoud  ??
                                1

You're unable to view this Tweet because this account owner limits who can view
their Tweets. Learn more

Show replies

**Relevant people**

Rihanna News
@teamOfRihanna                              Follow

All the latest @Rihanna news, photos,
videos, charts and more | Contact📩
teamofrihannacontact@gmail.com no
account.

**What's happening**

Television · Last night
The Walking Dead airing on AMC

Music · Trending
Lionel Richie
4,124 Tweets

Trending in United States
Rick Grimes

Trending with Welcome

Trending in United States
Oregon

Only on Twitter · Trending
#MotivationMonday
1,824 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

Rihanna News
@teamOfRihanna

# Rihanna and ASAP Rocky were spotted at Giorgio Baldi restaurant last night in LA 🖤



8:51 AM · May 9, 2022 · Twitter for Android

226 Retweets    104 Quote Tweets    2,453 Likes

Tweet your reply                          Reply

becca 💗 @becca_happiness · May 9
Replying to @teamOfRihanna
Waiting for that baby is almost like waiting for new music realeases

Show replies

Matilda Yaweh @matilda_yaweh · May 9
Mrs thick
Replying to @teamOfRihanna
It's the belly glitter for me

nb @Nkansat_· May 9
Replying to @teamOfRihanna

Haleylyde @haleyhyde17 · May 9
so cute

My Info @ClarkbxMy · May 10
Replying to @teamOfRihanna
Absolutely beautiful Riri

My Info @ClarkbxMy · May 10
Replying to @teamOfRihanna
Absolutely beautiful Riri

The eccentric homosexual @glutritmecury · May 9
Replying to @teamOfRihanna
She's been pregnant for three years

Betty Okuonghae @BettyOkuonghae · May 9
Love her.
Replying to @teamOfRihanna

biddo 🤍🌟 @AngelcN34dd4s6b · May 10
Replying to @teamOfRihanna
CONGRATULATIONS TO YOU

MRSMZEZZ JOE C @MzenxD4d4d4dd · May 9
Replying to @teamOfRihanna
I just love this Black Queen to bits. Go Riri 🖤 May multiple blessings
chase after you. 🙏

Kaleidoscope 🌈😷 @KS_NWtango · May 9
Replying to @teamOfRihanna
mes lèsi bande kodwa

xoeazy oogood @xoeazyoogood · May 9
Replying to @teamOfRihanna
I love u RIHANNAA BABY KISS

Kisha Sharon Oglesby KSO @GemGro · May 9
Replying to @teamOfRihanna
...she's likely to rest like Whitney Houston and Bobby Brown 😂

Nicki Minaj's twerk wind ™ (fan account, paro... @Akasili... · May 9
Replying to @teamOfRihanna
She gotta own stock in that restaurant.

yoni shaked @shaked_yoni · May 9
Replying to @teamOfRihanna
She's shy about to pop the big out and she's walking around town I can't
with her 😂😂❤️❤️🔥🔥🔥

LeoTheizzler's Butler @delimccalalex · May 9
Replying to @teamOfRihanna
The baby showing my queen out 😅😅

@synthulized · May 9
Replying to @teamOfRihanna

AK ENTERTAINMENT @kellyaaron26 · May 9
Obsessed yasss
Replying to @teamOfRihanna

James Dinwemo @teamDinwemo1 · May 9
Replying to @teamOfRihanna
Baldi Belly 😍 flysh

hbbh @mckenzieleighM · May 9
Replying to @teamOfRihanna
when this baby coming its been a year

Show additional replies, including those that may contain offensive
content                                              Show

__ https://twitter.com/bangtidyhq/status/1333504602390614022 __ at __ 2022-11-20 21:58:12 -0800 __

← **Tweet**



© 2022 Twitter, Inc.

__ https://twitter.com/foochia/status/1387059554450583079 __ et __ 2022-11-21 07:01:40 -08:00

← Tweet

**Foochia · فوشيا** ✔
@foochia · · ·

سيلينا غوميز بالشعر الأشقر.. هل ناسبها؟

#فوشيا #مشاهير_هوليوود #سيلينا_غوميز #selenagomez
#arianagrande

Translate Tweet



8:02 AM · Apr 27, 2021 · Hootsuite Inc.

**2** Retweets   **7** Likes

💬   🔁   ♡   ⬆️

🅿️   Tweet your reply                                    Reply

**selena** @maryam18selena · Apr 27, 2021
Replying to @foochia
Yas 😍

💬   🔁   ♡   ⬆️

---

Q Search Twitter

**Relevant people**

**Foochia · فوشيا** ✔
@foochia                    Follow

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Events · Trending
**ITS COMING HOME**
4,423 Tweets

Trending in California
**#BLACKPINK_WORLDTOUR**
57.9K Tweets

Trending in United States
**Maguire**
Trending with Luke Shaw

Trending in California
**Dodger Stadium**
13.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

← **Thread**

**Maratonando News** 🇺🇦
@PMaratonando

CURTIRAM ?! 🔍

Fotos inéditas da produção de Coração de Ferro não só trouxeram #DominiqueThorne com a nova armadura, em uma evolução da versão que aparecerá em Pantera Negra: Wakanda Para Sempre, como Anthony Ramos no papel de Parker Robbins, ou simplesmente Capuz.

#IronHeart
Translate Tweet

3:22 PM · Aug 8, 2022 · Twitter for Android

**3** Retweets   **1** Quote Tweet   **16** Likes

**Tweet your reply**

Reply

**Maratonando News** 🇺🇦 @PMaratonando · Aug 8
Replying to @PMaratonando
Coração de Ferro estreia em 2023.

♡ 2

**Bulgro** @obulgro · Aug 9
Replying to @PMaratonando
Tem roupa de cosplay muito mais bonito que isso aí (capuz)

**Perkowski Legal P.C.**
@c_perkowski

**Relevant people**



**Maratonando News** 🇺🇦
@PMaratonando
**Follow**
Tudo sobre o mundo do cinema, séries e games 🎬📺 Sigam nossos ADMs 👍👍 @1991Philipe 🧑 @rayssajoy 🧑

**What's happening**

Television · 30 minutes ago
**Saturday Night Live airing on NBC**


#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
📣 Promoted by Uber

Trending in United States
**HE'S BACK**
Trending with  Welcome Back

Trending in California
**HELL NO**
45.3K Tweets

Trending in United States
**Best of 7**
7,009 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



← Tweet

 **1D Updates**
@Live1DNews                                                   ···

Harry on the set of 'Don't Worry Darling' today (December 1)

(Via @hsdcandids)



5:45 PM · Dec 1, 2020 · Twitter for iPad

**1** Retweet   **7** Likes



 **Perkowski Legal P.C.**   ···
@c_perkowski

---

  Search Twitter

**Relevant people**

 **1D Updates**            **Follow**
@Live1DNews
1D Updates. Paul, Andy, and more follow!

**HS Candids**                       **Follow**
@hsdcandids
Follow for HQ candids of HS. Layout by @brightblackdsgn. (Fan Account)

**What's happening**

NBA · 13 minutes ago
**Warriors at Rockets**


**#Disenchanted** 🧚
Original movie now streaming
⊞ Promoted by Disney+

Sports · Trending
**Patrick Mahomes**
3,738 Tweets

Trending in United States
**#AMAs** 🎤
Trending with soobin, Anitta

Trending in United States
**Machine Gun Kelly**
2,361 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**

**Explore**

🔔 **Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

Tweet your reply

**Reply**

__ https://twitter.com/chrisevansfanuk/status/1580646309253390338 __ at __ 2022-11-20 13:38:21 -08:00

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Chris Evans fan page UK** 
@chrisevansfanuk

···

## Chris Evans the man of my dreams 💭 😶



12:47 PM · Oct 13, 2022 · Twitter for Android

**34** Retweets    **194** Likes

Tweet your reply                                    **Reply**

**Lorraine Horton** @Rainyhort1 · Oct 13
Replying to @chrisevansfanuk



GIF  ALT

Perkowski Legal P.C.
@c_perkowski

···

🔍 Search Twitter

**Relevant people**

**Chris Evans fan page …**    **Follow**
@chrisevansfanuk

Chris Evans fan page my name Vicki
🌹 age 32 🦋

**What's happening**

NFL · **LIVE**
Eagles at Colts

#Disenchanted 🧙‍♀️
Original movie now streaming
📺 Promoted by Disney+

Trending in California
**Rest In Peace**
54.9K Tweets

Sports · Trending
**Fields**
Trending with Falcons, Bears

Sports · Trending
**Parsons**
5,105 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/safeevansstans/status/1580649872666043489 ___at___ 2022-11-22 23:47:01 -08:00

← **Tweet**

**comfort chris** ⊘
@safeevansstans

···

chris evans on the set of "Red One" ❤️



1:01 PM · Oct 13, 2022 · Twitter for iPhone

**53** Retweets  **8** Quote Tweets  **675** Likes

💬  🔁  🤍  📤

  Tweet your reply  **Reply**

---

**Perkowski Legal P.C.**
@c_perkowski

···

**Kathleen Tursi** @KathleenTursi · Oct 13   ···
Replying to @safeevansstans
so hot OMG 🔥🔥🔥

GIF  ALT

💬  🔁  🤍  📤

**Pippa Hale** @pippah76 · Oct 13   ···
Replying to @safeevansstans
I want his jacket

💬  🔁  🤍  📤

---

🔍 Search Twitter

**Relevant people**

**comfort chris** ⊘   **Follow**
@safeevansstans
🎭 a safe place for chris evans stans;
daily reminder that chris loves you ♡

**What's happening**

NBA · 2 hours ago
Lakers at Suns

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
🔲 Promoted by Avatar

Business and finance · Trending   ···
#massshooting
1,341 Tweets

Trending in United States   ···
Erection
21.4K Tweets

Trending in California   ···
Costco
6,148 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/AndyVermaut/status/1240676166860272128
at 2022-11-20 19:15:42 -08:00

← **Tweet**



**Andy Vermaut**
@AndyVermaut                                        ...

Pregnant Sophie Turner Calls Husband Joe Jonas Her Favorite Piece of "Visual Art"
eonline.com/news/1132530/s...



9:27 AM · Mar 19, 2020 · dlvr.it

 

Tweet your reply                                    Reply

🔍 Search Twitter

## Relevant people



**Andy Vermaut**                          Follow
@AndyVermaut
Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

NFL · 2 hours ago
**Cowboys at Vikings**



**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**#TheWalkingDead**                       ...
Trending with #TWDFinale, Rosita

Trending in United States
**Disney CEO**                            ...
8,347 Tweets

Sports · Trending
**Calipari**                              ...
1,371 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**



**Perkowski Legal P.C.**   ...
@c_perkowski

**Tweet**

**Male Celeb Hotties**
@jaymalecelebs  ···

I wish Justin had tighter trousers 😛

1:36 AM · Apr 19, 2021 · Twitter for Android

**23** Retweets  **331** Likes

Tweet your reply                    Reply

**Lord Of Lannister** @KingOfLannister · Apr 19, 2021  ···
Replying to @jaymalecelebs
What is he drinking
💬 1

**kelly** @fatkellyprice11 · Apr 19, 2021  ···
Replying to @KingOfLannister and @jaymalecelebs
Kombucha

**xxxyxxxx** @andrew98117914 · Apr 19, 2021  ···
Replying to @jaymalecelebs
His outfit is so oversized and looks horrible lol

This Tweet is from a suspended account. Learn more

**Male Celeb Hotties** @jaymalecelebs · Apr 22, 2021  ···
Replying to @SlootJoel
We can dream about new nudes!

**Perkowski Legal P.C.**
@c_perkowski  ···

Search Twitter

**Relevant people**


**Male Celeb Hotties**        Follow
@jaymalecelebs
Just a bi guy bringing you hot male
celeb content to lust over! DM's are
always open! Have fun! 😜 18+

**What's happening**

NFL · 2 hours ago
**Browns at Bills**

#Disenchanted 🎃
Original movie now streaming
▶ Promoted by Disney+  

Trending in California  ···
**#AMAs** 🎤
Trending with  TOMORROW X TOGETHER, Favorite K-
Pop Artist

Trending in California  ···
**Ecuador**
813K Tweets

Sports · Trending  ···
**Jeff Saturday**
5,784 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

← **Tweet**

⌂ Home

# Explore

🔔 Notifications

✉ Messages

▤ Bookmarks

▤ Lists

👤 Profile

⊙ More

**Tweet**

---

**BEYHIVE.com.br** ✓
@beyhivecombr
···

Beyoncé foi vista indo pro restaurante com Jay Z após o #GRAMMYs 🏆 ontem a noite.

Translate Tweet

7:52 AM · Mar 15, 2021 · Twitter Web App

**99** Retweets    **32** Quote Tweets    **1,157** Likes

⬜   ⟲   ♡   ↑

---

Ⓟ   Tweet your reply              **Reply**

---

**unigga** @whoisninu · Mar 15, 2021
Replying to @beyhivecombr
Ela ta linda 😍

⬜   ⟲   ♡   ↑

---

**Gabriel⁷** @beysdiamond · Mar 15, 2021
Replying to @beyhivecombr and @grandelovz

> **Gabriel⁷** @beysdiamond · Mar 15, 2021
> STREAM PARTY "BLACK PARADE"
>
> Ouça a música em todas as plataformas digitais.
>
> Tidal: bit.ly/37ORigv
> Deezer: bit.ly/2V2eLWJ
> Spotify: sptfy.com/512m
> YouTube: youtu.be/4EHbfSQUJNE
> Apple Music/iTunes: apple.co/2YNxk1E
> Show this thread
>
> **BLACK PARADE**
>
> BEYONCÉ

⬜   ⟲   ♡   ↑

---

**nay** @NataliaRenisk · Mar 15, 2021
Replying to @beyhivecombr
se foi o red lobster a gente já sabe o pq

⬜   ⟲   ♡   ↑

---

**samantha living un verano sin ti** @pumbatexana · Mar 15, 2021
Replying to @beyhivecombr
Não é pra festa da Madonna?

⬜   ⟲   ♡   ↑

---

This Tweet is from a suspended account. Learn more

Show replies

---

This Tweet was deleted by the Tweet author. Learn more

---

**Brenin** @b_nunes_b · Mar 15, 2021
Pois é, eis a questão

⬜   ⟲   ♡   ↑

---

**Perkowski Legal P.C.**
@c_perkowski
···

---

Q Search Twitter

### Relevant people

**BEYHIVE.com.br** ✓         **Follow**
@beyhivecombr
Fan account. #RENAISSANCE Em todas as plataformas de streaming | Notícias, fotos e vídeos da Beyoncé para a #BEYHIVE!

### What's happening



FIFA World Cup · **LIVE**
**Senegal vs Netherlands**

Music · Trending                     ···
**Ciara**
6,214 Tweets

Trending in United States            ···
**Senegal**
Trending with #FIFAindloc, England

Sports · Trending                    ···
**Billy Wagner**

Business and finance · Trending      ···
**OPEC**
6,266 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

← Tweet

**NYC EMS Watch**
@NYCEMSwatch

FDNY EMS in the movies.
i.dailymail.co.uk/1s/2022/08/07/...
Dakota Johnson filming Madame Web as a paramedic with a EMT patch.



8:23 AM · Aug 7, 2022 · Twitter Web App

14 Retweets    2 Quote Tweets    85 Likes

💬    🔁    ♡    ⬆️

**Relevant people**

**NYC EMS Watch**        Follow
@NYCEMSwatch
A unique look at FDNY EMS EMTs & Paramedics, NYC EMS life in general, First Responder life everywhere & NYC politics. As always, unofficial, satirical and wry.

**What's happening**

Formula 1 · 50 minutes ago
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 🏰
Original movie now streaming
🍿 Promoted by Disney+

Trending in United States
**#MassShooting**

Trending in United States
**Waka Waka**
137K Tweets

Only on Twitter · Trending
**RIP JDF**
3,865 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More···
© 2022 Twitter, Inc.

Tweet your reply                    Reply

**The Dispatcher** @mrrescueguy51 · Aug 7
Replying to @NYCEMSwatch
She's her own Mensa medic

💬        🔁        ♡ 2        ⬆️

**Anthony Almojera** 👨‍🚒👨‍🚒 @AnthonyAlmojera · Aug 7
Replying to @NYCEMSwatch
This movie would have a technical adviser. They should know better.

💬 1        🔁        ♡        ⬆️

**DMC** @NYCNightwatch · Aug 7
Replying to @AnthonyAlmojera and @NYCEMSwatch
I'm gonna wait for the scene where they shock asystole.

💬 1        🔁        ♡        ⬆️

Show replies

**ems** @EMSDinosauer · Aug 7
Replying to @NYCEMSwatch
Never mind that....... a gun belt as a belt? Who did they hire to explain what we do?

💬 4        🔁        ♡ 7        ⬆️

**Shannon Jenkins** @RookieMurphyMom · Aug 7
Replying to @EMSDinosauer and @NYCEMSwatch
If only there was a whole organization that represents us that they could contact for actual info...

💬        🔁        ♡        ⬆️

**harlem medic emeritu** @harlemedic · Aug 7
Replying to @NYCEMSwatch
Yeah, I know the uniform is wrong, but Ms. Johnson gets a pass 'cuz she's Dakota Johnson.

💬 1        🔁        ♡ 3        ⬆️

**Kmg365** @roadflare76 · Aug 7
Replying to @harlemedic and @NYCEMSwatch
That patch can be on my floor any day 😍😍❤️❤️😂😂😂😂

💬        🔁        ♡ 1        ⬆️

**Pennie Fay** @Penniefay12 · Aug 10
Replying to @Kmg365 and @NYCEMSwatch
Hahaha. Of course she did.

💬        🔁        ♡        ⬆️

**Brick EMS** @brick_ems · Aug 7
Replying to @NYCEMSwatch
I still say, we ALL need to turn our patches upside down...

💬        🔁        ♡ 2        ⬆️

**gary** @garyfdny · Aug 7
Replying to @NYCEMSwatch
Paramedic with a EMT Patch
Great work costume staff

💬 3        🔁        ♡ 11        ⬆️

**Dan Gerard, MS, RN, NRP** @DanielRGerard · Aug 7
Replying to @garyfdny and @NYCEMSwatch
That is what happens when your technical consultant doesn't know what they are talking about and your costume designer buys anything off Amazon and eBay.

💬 2        🔁 1        ♡ 8        ⬆️

Show replies

**Daniel J Steele** @DanielJSteele2 · Aug 7
Replying to @NYCEMSwatch and @nanfasus
Looking good Dakota!

💬        🔁        ♡ 1        ⬆️

**Patrick Fitzmaurice** @PatrickFitzmaus2 · Aug 7
Replying to @NYCEMSwatch
The tech advisor had to be a firefighter

💬        🔁        ♡ 6        ⬆️

← **Tweet**



**Cineplanet Perú** ···
@cineplanet

Imágenes filtradas del set de grabación de #Avengers4 🎬 #AntMan ya se unió al equipo y los vengadores aparecen con sus trajes originales.

Translate Tweet

Media not displayed
This image has been removed or reported to a report from the copyright holder.

Media not displayed
This image has been removed or reported to a report from the copyright holder.

Media not displayed
This image has been removed or reported to a report from the copyright holder.

Media not displayed
This image has been removed or reported to a report from the copyright holder.

12:35 PM · May 7, 2018 · Twitter Web Client

**42** Retweets **12** Quote Tweets **185** Likes

📝 **Tweet your reply**                                    **Reply**

**Jaime Sánchez** @JaimeMauricioSM · May 7, 2018
Replying to @cineplanet
Osea que Ant-man si importara? Habrá ver sus películas

💬 1                    ↻                ♡ 2                    ⬆

**Cineplanet Perú** @cineplanet · May 7, 2018
Replying to @JaimeMauricioSM
Nos han pasado el dato que #AntManYLaAvispa va a ser un previo a Avengers 4 👀

💬 1                    ↻                ♡                    ⬆

Show replies

**Renzo3499** @Renzo_3499 · May 7, 2018
Replying to @cineplanet
Obviamente reaparecen con sus trajes antiguos porque tony viaja en el tiempo si se dan cuenta el es e único que está más viejo, y es que el ya antes controlo el guante del infinito

💬                    ↻                ♡                    ⬆

**TeamPatito** @PatriciaRodriz · May 7, 2018
Replying to @cineplanet
Que para ahí el #capitanAmerica aparece más joven??

💬                    ↻                ♡                    ⬆

**Nico AM😎** @Nicolas0494 · May 7, 2018
Replying to @CamilaTaxa cada vez va mas fuerte la teoria😱😱😱 Iron Man regresa en el tiempo a la batalla de Avengers 1😢

💬                    ↻                ♡                    ⬆

**Camila TGM** @CamilaTaxa · May 7, 2018
Replying to @Nicolas0494 and @cineplanet
Me muero!!! Sii😢😢😢 todo comienza a tener más sentido👏

💬                    ↻                ♡                    ⬆

**Estrella Gonzales** @Estrella_gz · May 7, 2018
Replying to @cineplanet
¿Será cierto? 👀👀

💬                    ↻                ♡                    ⬆

**©laudia** @ClauAndrea22 · May 7, 2018
Replying to @cineplanet
@ShyryPaAnk 😱

💬                    ↻                ♡                    ⬆

**angelz** @cordova_angelz · May 7, 2018
Replying to @cineplanet
un spoiler...viajan al pasado xdxd

💬                    ↻                ♡                    ⬆

**Cheril Gonzales** @Cheril47039265 · May 10, 2018
Replying to @cineplanet
Me encantan, son mis actores favoritos.

💬                    ↻                ♡                    ⬆

**Víctor Joo** @NicolasJoo87 · May 7, 2018
Replying to @cineplanet
Supuestamente avisa y Antman viajarán en el tiempo haciéndose pequeños.

💬                    ↻                ♡                    ⬆

This Tweet was deleted by the Tweet author. Learn more

**Cineplanet Perú** @cineplanet · May 7, 2018
La extrañaremos 💔

💬                    ↻                ♡                    ⬆

---

**Cineplanet Perú** ···
@cineplanet

Tweet

---

**Perkowski Legal P.C.** ···
@c_perkowski

Case 2:22-cv-09462-DMG-ADS    Document 23-30    Filed 03/13/23    Page 55 of 100    Page ID #:6048

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from a suspended account. Learn more



**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/MileysCyrusNews/status/1227775828864078341 __ at __ 2022-11-22 19:00:28 -08:00 __

← **Tweet**



 **Miley Cyrus News**
@MileysCyrusNews                                    ···

Look at her now 😍 🖤



6:05 PM · Feb 12, 2020 · Twitter for iPhone

**15** Retweets  **3** Quote Tweets  **85** Likes

💬            ⟲            ♡            ⬆

 Tweet your reply                                    Reply

---

🔍 Search Twitter

**Relevant people**

 **Miley Cyrus News**          Follow
@MileysCyrusNews
FAN ACCOUNT

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**



**#AvatarTheWayOfWater**🔵
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States                        ···
**RIP Harold**

---

 **Perkowski Legal P.C.**        ···
@c_perkowski

Case 2:22-cv-09462-DMG-ADS   Document 23-30   Filed 03/13/23   Page 57 of 100   Page ID #:6050



← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



Perkowski Legal P.C.
@c_perkowski



**Tweet**

 **Clicky Sound**
@ClickySound

···

clickysound.com/for-your-fitne...  One the common barriers to working out at home is equipment. Let's see if we can address that concern. Because p...



9:17 AM · Jun 19, 2020 · Clicky Sound



Tweet your reply

Reply

---

## Sidebar



Search Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski  ···

### Relevant people

 **Clicky Sound**
@ClickySound

Follow

Photography at its Best!

### What's happening

NBA · LIVE
**Lakers at Suns**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Trending in United States
**Erection**
15.9K Tweets

__ https://twitter.com/bso/status/1404686758347333634 __ at __ 2022-11-22 08:37:33 -08:00

← **Tweet**

Robert Littal BSO ✓
@BSO

⋯

How Larsa Pippen Was Scouting Her Next Victim at The YouTuber Austin McBroom vs. TikToker Bryce Hall Boxing Match While Announcing She's Returning to The Real Housewives of Miami (IG-Pics-Vids)
bit.ly/3glMYeK via @BasketballguruD



10:07 PM · Jun 14, 2021 · BSO Alert

2 Quote Tweets    4 Likes

💬        🔁        ♡        ⬆

 Tweet your reply        Reply

---

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Perkowski Legal P.C.
@c_perkowski    ⋯

---

🔍 Search Twitter

### Relevant people

 Robert Littal BSO ✓
@BSO    **Follow**
BSO is a Unique take on Sports & Ent; Tweets by The Headline King Robert Littal; IG: BSOTV; FB: BlackSportsOnline; Keep That Same Energy Podcast; #BLM; 💙 AML

 The Daniel Bell©
@BasketballguruD    **Follow**
Thunder Beat Reporter For @BSO | Contributor for the @FranchiseOK | A lot of sports tweets | dbell3220@icloud.com

### What's happening

FIFA World Cup · 2 hours ago
**Argentina vs Saudi Arabia**

**#AvatarTheWayOfWater** 🧑
Get tickets now - In theaters December 16
Promoted by Avatar

Trending in United States
**Died Suddenly**
101K Tweets

Trending in United States
**السعودیه_الارجنتین#**
1.23M Tweets

Trending in United States
**Argentina**
Trending with #FIFAWorldCup 🏆 Herve Renard

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2022 Twitter, Inc.



← **Tweet**

**Search Twitter**



**Movie Crazy Planet** 🎬🎞️🍿🎥
@MovieCrazyP                                              ...

📸 🎆 PAPARAZZI 🎆 📸

¡Margot Robbie se encuentra vacacionando en Puerto Vallarta, México!

Translate Tweet





5:45 PM · Jun 17, 2021 · Twitter for Android

**1** Retweet   **1** Quote Tweet   **21** Likes

💬          ⟲          ♡          ⬆️

P    Tweet your reply                          Reply

### Relevant people

  **Movie Crazy Planet ...**          Follow
@MovieCrazyP
💥 Noticias, tráilers, pósters, los estrenos más recientes de cine, series y televisión.💥 Síguenos y activa la 🔔 moviecrazyplanet@gmail.com ✉️

### What's happening

Formula 1 · Starts tomorrow
**Abu Dhabi Grand Prix 2022**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶️ Promoted by Uber

Trending in United States
**tommys**                                   ...

Sports · Trending
**Turcios**                                   ...

Sports · Trending
**Andrel Anthony**                            ...

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Navigation sidebar

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

P   **Perkowski Legal P.C.**          ...
@c_perkowski

← **Tweet**

**MAX** ✔
@ThisIsMax                                                    •••

Congrats @JLo & #BenAffleck who got married with family and friends all around them this weekend! Dress code "all white" 🎉🎉🎉

Jenny looks beaut in @RalphLauren 💚

Vogue covered it so official shots coming soon 💁‍♀️



3:10 AM · Aug 21, 2022 · Twitter for iPhone

**23** Retweets   **191** Likes

💬          🔁          ♡          ↥

Ⓟ   Tweet your reply                          Reply

**MimiFan** @Mimi80238 · Aug 22                              •••
Replying to @ThisIsMax @JLo and @RalphLauren
They got married on a plantation...

💬 1          🔁          ♡ 1          ↥

**Show more replies**

---

🔍 Search Twitter

### Relevant people

**MAX** ✔                                            Follow
@ThisIsMax
Presenter/Producer 💁‍♀️ Eyes on the prize Violet! 🤪 contact : Management@FlipYourWig.net

**jlo** ✔                                            Follow
@JLo
Celebrating #20yearsofTHISISMETHEN ✨

**Ralph Lauren** ✔                                   Follow
@RalphLauren
⊘ Official
Defining timeless style since 1967

### What's happening

NFL · Last night                          
**Commanders at Texans**

Music · Trending                                      •••
**Lionel Richie**
3,656 Tweets

Trending in California                                •••
**Dodger Stadium**
Trending with #EltonFarewellTour, Dodger Stadium

Trending in United States                            •••
**Colorado Springs**
549K Tweets

Trending in United States                            •••
**#TheWalkingDead**
Trending with Rick Grimes, #twdspoilers

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

### Sidebar navigation

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

Ⓟ **Perkowski Legal P.C.**     •••
@c_perkowski

← **Tweet**

**Ryan 'All Day News' Anderson**
@Ryans_Ramblings

The Tracksuit Mafia is appearing in the upcoming Hawkeye series! Looks like they'll be working as a part of the "Trust A Bro" moving company. #Hawkeye #MarvelStudios



🔖 Mauricio RMC and 8 others

2:44 PM · Feb 22, 2021 · Twitter for Android

**6** Retweets  **1** Quote Tweet  **19** Likes

---

**Justin Jaeger** @jaeger_justin · Feb 22, 2021
Replying to @Ryans_Ramblings @TheNerdRagePod and 9 others
This series is pulling in some great parts of the Fraction run.



GIF

💬 1    🔁    ♡ 1    📤

**Ryan 'All Day News' Anderson** · @Ryans_Ramblings · Feb 22, 2021
Replying to @jaeger_justin @TheNerdRagePod and 9 others
I know, right!?
After Snyder Cut and F&TWS are over, Im absolutely doing a reread.



💬 1    🔁    ♡ 1    📤

Show replies

---

## Relevant people

**Ryan 'All Day News' ...** 
@Ryans_Ramblings    **Follow**
Founder, Host, and EIC of @TheNerdRagePod. As seen on @CBSThisMorning! Instagram: @RadRyGuy TikTok: @Ryans_Ramblings Casting Inquiries: NerdRagePod@gmail.com

**Mauricio RMC** 
@EnrealidadNoUso    **Follow**
Nerd de la vieja escuela. Me carga el MCU. Debutando en los 50s.

**Caleb Williams**
@KnightGambit    **Follow**
EiC of @KnightEdgeMedia | PPC Manager at @RankseyDigital | Film Reporter | Bylines:@OmegaUGround @The_GWW | #LGM 🇺🇸 Email: caleb.williams@knightedgemedia.com

## What's happening

NFL · 4 hours ago
Eagles at Colts 

#Disenchanted 🧚
Original movie now streaming
📺 Promoted by Disney+

Sports · Trending
**Pickens**
Trending with Tyler Boyd

Trending in California
**#TWDFinale**
Trending with #TheWalkingDead

Only on Twitter · Trending
**Tommy**
166K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

**Perkowski Legal P.C.** ···
@c_perkowski

Infos Sèries
@SeriesUpdateFR

# Olivia Wilde et Harry Styles lors d'un mariage 🥰



12:22 PM · Jan 4, 2021 · Twitter for Android

**82** Retweets    **27** Quote Tweets    **547** Likes

Tweet your reply                                        Reply

MICHALLABANDON @LilisCRM · Jan 4, 2021
Replying to @SeriesUpdateFR
WTF 2021 part sur de bonnes bases 😂😂🤚

UrbanAsh @UrbAsh76 · Jan 4, 2021
Replying to @SeriesUpdateFR

**OH NO**

Jennifer @Jennifer1382 · Jan 4, 2021
Replying to @SeriesUpdateFR
On parle bien de "numéro 13" dans Desperate Housewives ? 🤔

Obi Ewan Mc Kenobi @ObiwanShinomori · Jan 4, 2021
Replying to @Jennifer1382 and @SeriesUpdateFR
Oui !

Pêh @R3sneau · Jan 4, 2021
Replying to @SeriesUpdateFR
Ça a la tête de la robe d'Olivia plz

Jennifer @Jennifer1382 · Jan 4, 2021
Replying to @SeriesUpdateFR
On parle bien de "numéro 13" dans Desperate Housewives ? 🤔

Obi Ewan Mc Kenobi @ObiwanShinomori · Jan 4, 2021
Replying to @Jennifer1382 and @SeriesUpdateFR
Oui !

Pêh @R3sneau · Jan 4, 2021
Replying to @SeriesUpdateFR
Ça a la tête de la robe d'Olivia plz

Re Milhouse Blés @LaMaisonBlanc · Jan 4, 2021
Replying to @SeriesUpdateFR
Je ne savais pas qu'ils étaient ensemble

blochi 🦥 @LucieNdsch · Jan 4, 2021
Replying to @SeriesUpdateFR
@DECODE Euh !! Ils sont en couple ?! Non parce bla deux enfonibilités comme ça 😶

Océane @ococ_mc_ · Jan 4, 2021
Replying to @SeriesUpdateFR
Non mais faut chercher auparavant il est en couple avec plein de monde il parle du moment où il leur tient la main donc c'est pas que des rumeurs

Agathe 🦆 @AgatheAgr · Jan 4, 2021
Replying to @SeriesUpdateFR
Il y a volonté de me nuire... je refuse

Léa @leaaxxgm · Jan 4, 2021
Replying to @AgatheAgr and @SeriesUpdateFR
Il y a volonté de me nuire... je refuse

Matilda's crying account @aburnsfeelsxonx · Jan 4, 2021
Replying to @SeriesUpdateFR
IL EST PAS EN COUPLE CARI LAISSEZ LE SERRER LA MAIN DE QUI IL VEUT

drama queen @dramaCineJoy · Jan 4, 2021
Replying to @SeriesUpdateFR
Omg @AlyssaCinephily 😩

Aly @Alyssac_aly · Jan 4, 2021
Replying to @dalcespard and @SeriesUpdateFR
C'est surprenant mais je le trouve beau

chloe barthel @BarthelChlo · Jan 4, 2021
Replying to @SeriesUpdateFR
Au téléphone avec ma banquière pour cette relation

Nancy 🐘 @nip_marlow · Jan 4, 2021
Replying to @SeriesUpdateFR
Ils sont ensemble ! Mon dieu le couple goal parfait

offiliove @offiliove · Jan 4, 2021
Replying to @SeriesUpdateFR
on dirait conjuring cette merde

Lili @Pheeeeroun · Jan 4, 2021
Replying to @SeriesUpdateFR
Mais pourquoi elle fient un sac à caca ?

v_Cary @OrsoldiAbrook · Jan 4, 2021
Replying to @SeriesUpdateFR
@davide_bordi

¿P&w 3F @m.r11r1 · Jan 4, 2021
Replying to @SeriesUpdateFR
mariage de quitt

Cloé🤍 | FEFF @DCKillerfriends · Jan 4, 2021
Replying to @m.r11r1 and @SeriesUpdateFR
Le manager d'Harry

Jennie 🦋 @jennpla · Jan 4, 2021
Replying to @SeriesUpdateFR
Numéro 600 🥳

ジョーヴァ 🦋🤍 @Jordanhansell6 · Jan 4, 2021
Replying to @SeriesUpdateFR
Je en parle du parataire de Harry ?! 😳😳😳

2w 🦋 @tgm_guardian · Jan 4, 2021
Replying to @SeriesUpdateFR
avalia_fasust ??

This Tweet was deleted by the Tweet author. Learn more

Infos Sèries @Lilaha_124 · Jan 4, 2021
Une minute après c'est déjà set échec, tu parie supprimer

This Tweet was deleted by the Tweet author. Learn more

Océane @ococ_mc_ · Jan 4, 2021
Replying to @SeriesUpdateFR
Oaaai je sais ça a même pas été dit

This Tweet was deleted by the Tweet author. Learn more

Infos Sèries @SeriesUpdateFR · Jan 4, 2021
Replying to @ococ_mc_ @dalcespard @AlyssaCinephily and 2 others
on sait pas

Tweet

Search Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

Tweet

**Escándala**
@escandalamx

¡¡¡¡¿Khe?!!!! Eiza y Timothée Chalamet podrían estar romanceandaaaa. Fueron captados en playas de México muy cariñosos. ¡Adelante con la informciónaaa!
#OhMayGash bit.ly/2Z1dMHf
Translate Tweet

6:13 PM · Jun 23, 2020 · TweetDeck

**5** Retweets   **6** Quote Tweets   **112** Likes

Tweet your reply

Reply

**Esto Mero** @ernesto_rogo · Jun 23, 2020
Replying to @escandalamx
Alto, flaco y desnalgado 😜

2        3

**A B D I E L •** @abdycastro1 · Jun 24, 2020
Replying to @ernesto_rogo and @escandalamx
😂😂

**Manolo** @Manumoreno1 · Jun 23, 2020
Replying to @escandalamx
Y susana ?

**Joseph Rguez** @JRguez2355 · Jun 23, 2020
Replying to @escandalamx
El es HERMOSO!!! Nada tonrita mi Eiza

**Henry Pedro** @thetumtum · Jun 23, 2020
Replying to @escandalamx
Me gusta timothee gay 🏳️‍🌈😍❤️🏳️‍🌈

**A B D I E L •** @abdycastro1 · Jun 24, 2020
Replying to @escandalamx
Quien es el?

**LEONARDO CRUZ** @LEONARD70988466 · Jun 23, 2020
Replying to @escandalamx
Ta muy flaco.

**Cris A. Loz.** @XItanLozz · Jun 23, 2020
Replying to @escandalamx
Oiganlo bien, ella es la Lindsay Lohan 2020, #EsoMamona

9

**Garris Gonzalez** @garrisgarruze · Jun 24, 2020
Replying to @escandalamx
Pero si ese chico es un niño Jajajaja o sea la sugarmammy Jajajaja

**Keyser Söze the2nd** @SampedranoCul · Jun 23, 2020
Replying to @escandalamx
¡Cuál Eiza? ¡La hija de Glenda Reyna?

1

**Roberto** @zhutupgei · Jun 23, 2020
Replying to @SampedranoCul and @escandalamx
Si la hija de Glande Reina 😂

1

**IngridSharid ⭐** @SoiungaIito_ · Jun 21, 2020
Replying to @escandalamx
Bueenaa! le gustan las mexicanas, eso es un avance en mi insignificante vida de mortal jajaja

**Sandi Nic** @SandiMci8 · Jun 23, 2020
Replying to @escandalamx
Si es jajajajajaja lo peor es esa pedofila como se puede fijar en el con el cuerpo de niño que tiene 😔 lamentable

2        3

**rocket no.9** @venusijfv · Jun 23, 2020
Replying to @SandiMci8 and @escandalamx

---

**Perkowski Legal P.C.**
@c_perkowski

**Relevant people**

**Escándala** @escandalamx 
Soy la señora @escandalamx, ama, dueña y máxima de la multiplataforma LGBTTTI #1 de Latinoamérica.
Contacto: escandala@pinkbox.com.mx

**What's happening**

Television · LIVE
**Bachelor in Paradise airing on ABC**

#AvatarTheWayOfWater 💧
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
**Hooters**
8,197 Tweets

Trending in California
#chainsawman 🎃
144K Tweets

Bachelor in Paradise · Trending
#bachelorinparadiseabc 🌹
Trending with Victoria

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS    Document 23-30    Filed 03/13/23    Page 65 of 100    Page ID #:6058

← **Thread**

**Kevin Anticona**
@KevinAnticonaa

···

Hubo una proyeccion de prueba de #bluebeetle y la reacciones de la mayoria del publico fueron positivas, increible, destacancando la actuacion de Xolo Maridueña.

[ Via: @DCverso1 ]

#DC #dccomics #bluebeetle
Translate Tweet




5:55 PM · Oct 19, 2022 · Twitter for Android

1 Like

💬          🔁          ♡          ⬆

👤 **Who can reply?**
People @KevinAnticonaa follows or mentioned can reply

---

**Perkowski Legal P.C.**
@c_perkowski

···

**Kevin Anticona** @KevinAnticonaa · Oct 19
Replying to @KevinAnticonaa
La dinamica familia Reyes estuvo llena de comedia y agradable

El 30% del film esta en español con subtitulos.

#DC #bluebeetle #FelizViernesATodos



💬          🔁          ♡          ⬆

---

**Left sidebar:**

🐦

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
🗒 Lists
👤 Profile
⊙ More

**Tweet**

---

**Right sidebar:**

🔍 Search Twitter

## Relevant people



**Kevin Anticona**
@KevinAnticonaa
Chico carismático, manteniendo siempre la humildad y sociable, pasión por el teatro, cinefilo.

**Follow**



**DCVERSO**
@DCverso1
Uma conta centrada nos conteúdos do universo DC. Venha para o seu hábitat natural, DCNAUTA! | ✉ Email: dcverso45@gmail.com

**Follow**

## What's happening

Television · 3 hours ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
📷 Promoted by Uber

Trending in United States
**HE'S BACK**
154K Tweets
···

Trending in California
**#DonaldTrump**
19.1K Tweets
···

Trending in United States
**Blocked**
132K Tweets
···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/bangtidyhq/status/1408505473288080640 __ el __ 2022-11-20 15:18:01 -08:00

← **Tweet**

**Bang Tidy Celebs**
@BangTidyHQ

···

-@rihanna



12:20 PM · Jun 25, 2021 · Twitter Web App

**3** Retweets **35** Likes

Tweet your reply                          Reply

**Celebrity island** @celebisl · Jun 25, 2021
Replying to @BangTidyHQ and @rihanna
The sexiest pink I've seen in a long time!

---

**Relevant people**

**Bang Tidy Celebs**
@BangTidyHQ                    Follow
Bringing you Bang Tidy Celebs from the UK and around the world. From TV & Film to Music & Models. Any requests feel free to tweet.

**Rihanna** ✓
@rihanna                       Follow

**What's happening**

NFL · 1 hour ago
**Browns at Bills**

**#Disenchanted** 🧝
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
59.6K Tweets

Sports · Trending
**Denver**
105K Tweets

Trending in United States
**LGBTQ**
Trending with Colorado Springs, AR-15

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

← **Tweet**

not kendall
@envykendall                                    ···

this look >



👤 Kendall

11:11 AM · Sep 3, 2021 · Twitter for iPhone

**100** Retweets   **3** Quote Tweets   **612** Likes

💬          ⟲          ♡          ⬆

P   Tweet your reply                        Reply

balendra kumar @somvrat · Sep 3, 2021          ···
Replying to @envykendall and @KendallJenner
👑 ❤️ 🌹

💬          ⟲          ♡          ⬆

---

🔍 Search Twitter

**Relevant people**

not kendall              Follow
@envykendall
fan account

Kendall ✔              Follow
@KendallJenner
@drink818 on Instagram and Twitter

**What's happening**

FIFA World Cup · LIVE
**England vs Iran**

Trending in United States          ···
**Slick Rick**

Music · Trending                   ···
**Elton John**
Trending with Dodger Stadium, Dodger Stadium

Politics · Trending                ···
**Tragically**
15.6K Tweets

Trending in United States          ···
**Inglaterra**
64.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/KevinAnticonaa/status/1560037619030929408 __ at __ 2022-11-20 19:59:56 -08:00 __

← **Tweet**

**Kevin Anticona**
@KevinAnticonaa

Dwayne Johnson se encuentra emocionado por
#BlackAdam ⚡ y lo que se esta construyendo ene l
DCEU y Black Adam, JSA, algunos fans les encantara

3:55 PM · Aug 17, 2022 · Twitter for Android

**1** Retweet    **2** Likes

Who can reply?
People @KevinAnticonaa follows or mentioned can reply

---

**Search Twitter**

**Relevant people**

**Kevin Anticona**    Follow
@KevinAnticonaa
Chico carismático, manteniendo
siempre la humildad y sociable, pasión
por el teatro, cinefilo.

**What's happening**

NFL · 3 hours ago
**Cowboys at Vikings**

**#Disenchanted** 🧚‍♀️
Original movie now streaming
🎬 Promoted by Disney+

Trending in United States
**Bob Iger**
Trending with Chapek, #Disney

Music · Trending
**Elton John**
Trending with Dodger Stadium, #EltonFarewellTour

Trending in United States
**Kody**
2,612 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**


Perkowski Legal P.C.
@c_perkowski

← **Tweet**

**comfort chris** ⊛
@safeevansstans

•••

he's so cute i can't with this man



1:02 PM · Oct 12, 2022 · Twitter for iPhone

**65** Retweets   **4** Quote Tweets   **544** Likes

💬      🔁      ♡      ⬆️

Ⓟ   Tweet your reply      **Reply**

**Kathleen Tursi** @KathleenTursi · Oct 13    •••
Replying to @safeevansstans
so adorable like a teddy bear 🧸

GIF  ALT

💬      🔁      ♡      ⬆️

**Joanne P** @JoanneP66125199 · Oct 14    •••
Replying to @safeevansstans
Handsome 😍🥰

💬      🔁      ♡      ⬆️

**Zarih Sundberg** @Sundbergzh · Oct 14    •••
Replying to @safeevansstans
Yeah, he's fine

💬      🔁      ♡      ⬆️

---

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Ⓟ   **Perkowski Legal P.C.**   •••
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

**comfort chris** ⊛
@safeevansstans      **Follow**
🖤 a safe place for chris evans stans;
daily reminder that chris loves you ♡

**What's happening**

NFL · LIVE
**Browns at Bills**

#Disenchanted 🪄
Original movie now streaming
☑ Promoted by Disney+

Trending in United States
**Rest In Peace**
49.1K Tweets                      •••

Only on Twitter · Trending
**Jason David Frank**           •••
Trending with Power Rangers, Kevin Conroy

Trending in California
**Elton John**                  •••
9,891 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

__ https://twitter.com/wociety/status/1409441188973846530 __ at __ 2022-11-22 12:36:13 -08:00 __

← **Tweet**

**Wociety**
@wociety ⋯

Kelebek ve çıtçıtlı tokalarla yapılan saç stil önerileri.

✒️/idilkovali

wannart.com/icerik/23040-k...

Translate Tweet



2:19 AM · Jun 28, 2021 · Twitter Web App

**4** Likes

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski ⋯

---

🔍 Search Twitter

**Relevant people**

**Wociety**
@wociety   **Follow**

Moda, yaşam, iç mimari ve dekorasyondan ilham alan görsel içerik platformu. 📱
:apple.co/3okBe09Y & bit.ly/3EuLgBf

**What's happening**

FIFA World Cup · 2 hours ago
Mexico vs Poland

Tweet your reply   **Reply**

https://twitter.com/stageturdstatus/1707007273958249657...all...<br>22-cv-09462-DMC-ACS Document 23-30 Filed 03/13/23 Page 71 of 100 Page ID #:6064



**Tweet**

DRIP
@DRIPTER
···



7:10 AM · Jun 21, 2021 · Twitter for iPhone

**130** Retweets    **10** Quote Tweets    **1,895** Likes



Tweet your reply

Reply

Perkowski Legal P.C.
@c_perkowski
···

Show additional replies, including those that may contain offensive content

Show

---

**Relevant people**



DRIP
@DRIPTER
FOR THE CULTURE 🌐

Follow

**What's happening**



FIFA World Cup · LIVE
**France vs Australia**

**#AvatarTheWayOfWater**🧑
Get tickets now - In theaters December 16
📢 Promoted by Avatar

Trending in California    ···
**Mexicans**
16.1K Tweets

Trending in United States    ···
**Ochoa**
395K Tweets

Trending in California    ···
**LAPD**
11.2K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

---

🐦

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

🔍 Search Twitter

← **Thread**

**Próxcinemente**
@proxcinemente                                              ⋯

Primer vistazo de Iman Vellani con el traje de Ms.
Marvel en el rodaje de la serie "MS. MARVEL". 🌟
#MsMarvel

📷 Vía: @JustJared



10:00 AM · May 1, 2021 · Twitter for Android

**1** Retweet    **2** Likes

💬                    ⟲                    ♡                    ⬆

🅿  Tweet your reply                                   Reply

**Próxcinemente** @proxcinemente · May 1, 2021          ⋯
Replying to @proxcinemente



💬                    ⟲ 1              ♡ 2              ⬆

---

**Navigation (sidebar):**

🐦

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

🅿 Perkowski Legal P.C.    ⋯
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

**Próxcinemente**    Follow
@proxcinemente
Todas las novedades en el mundo del
séptimo arte. 🎬 | Creador:
@chuyRM_93 | Contacto:
proxcinemente@gmail.com

**JustJared.com** ✓    Follow
@JustJared
Your #1 Entertainment Authority Also
follow @jaredeng @justjaredjr

**What's happening**

FIFA World Cup · 4 hours ago
**World Cup Qatar 2022: Opening
Ceremony**

**#Disenchanted** 🙄
Original movie now streaming
▶ Promoted by Disney+

Trending in United States          ⋯
**Rest In Peace**
50.2K Tweets

Only on Twitter · Trending          ⋯
**Rest in Power**
22.6K Tweets

Trending in California          ⋯
**#QATECU**
102K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

← **Thread**

Taverna Marvel | Fan-Club
@TavernaMarvel

... 

🚨 Vincent D'Onofrio como Wilson Fisk/Rei do Crime
em novas imagens do set de 'ECHO'.

8:50 PM · Aug 9, 2022 · Twitter for Android

**21** Retweets   **18** Quote Tweets   **253** Likes

💬              ↻              ♡              ⬆️

Tweet your reply                              **Reply**

Taverna Marvel | Fan-Club @TavernaMarvel · Aug 9
Replying to @TavernaMarvel
Via: Just Jared

💬              ↻              ♡ **8**              ⬆️

Luke @skywouka · Aug 9
Replying to @TavernaMarvel
Ele tá imenso!!!

💬 **1**           ↻           ♡ **1**           ⬆️

Taverna Marvel | Fan-Club @TavernaMarvel · Aug 9
Replying to @skywouka
Isso é bom••

💬 **1**           ↻           ♡ **10**          ⬆️

Show replies

Thomaz @lucasthomaz28 · Aug 10
Replying to @TavernaMarvel
Ele tá grandão, como sempre deveria ser!

💬              ↻           ♡ **1**           ⬆️

Rômulo Cesinha @CesinhaRomulo · Aug 10
Replying to @TavernaMarvel
O homem parece um armário

💬              ↻           ♡ **1**           ⬆️

Xuxu @Xuxucomgosto · Aug 10
Replying to @TavernaMarvel
@matheusbonicast

💬              ↻           ♡ **1**           ⬆️

---

🔍 Search Twitter

**Relevant people**

Taverna Marvel | Fan-... 
@TavernaMarvel                **Follow**
Portal focado no universo da Marvel.
Todas as notícias e informações você
encontra aqui. Ative as notificações🔔
📩Contato:
tavernamarvel@gmail.com

**What's happening**

NFL · Yesterday
Cowboys at Vikings                  

Entertainment · Trending          ...
**Chrisly**
2.745 Tweets

Entertainment · Trending          ...
**Julia Fox**
8.642 Tweets

Trending in United States         ...
**HOW IS THAT NOT A YELLOW**
1.429 Tweets

Trending in United States         ...
**Booger**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⌄
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.   ...
@c_perkowski

https://twitter.com/sallymayweather/status/1464470239115198468 gl ... __2022-11-22 02:28:23 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-30    Filed 03/13/23    Page 75 of 100    Page ID
#:6068

← **Tweet**

Sal the Agorist
@SallyMayweather                                              ···



9:44 PM · Nov 26, 2021 · Twitter for iPad

**36** Retweets  **2** Quote Tweets  **559** Likes

💬          ⇄          ♡          ⬆️

[P] Tweet your reply                                     Reply

Benjamin Yebuga 😎 @Angoliga3 · Nov 26, 2021           ···
Replying to @SallyMayweather
No caps needed 😂😂😂
   💬          ⇄          ♡  3          ⬆️

Benjamin Yebuga 😎 @Angoliga3 · Nov 26, 2021           ···
Replying to @SallyMayweather
Just another night-ride with the Duke of Edinburgh's Zombie
   💬          ⇄          ♡  8          ⬆️

Birdie Mae Johnson @RaineeDayzzz · Nov 27, 2021       ···
Replying to @SallyMayweather
🤣😭
   💬          ⇄          ♡          ⬆️

John Πρειρτακις @jbeef86 · Nov 26, 2021               ···
Replying to @SallyMayweather
she sure does enjoy crazy
   💬          ⇄          ♡  4          ⬆️

coelacan @c0elacan · Nov 26, 2021                     ···
Replying to @SallyMayweather
dogg, is that prince philip?
   💬          ⇄          ♡  11         ⬆️

Theta york @Darrenh98544128 · Nov 27, 2021            ···
Replying to @SallyMayweather
Clearly trying to get to Harry and megs house!
   💬          ⇄          ♡          ⬆️

Maldo🟢 @maldo_cristo · Nov 26, 2021                  ···
Replying to @SallyMayweather
😂😂
   💬          ⇄          ♡          ⬆️

Dawson @TheSandovalien · Nov 27, 2021                 ···
Replying to @SallyMayweather
What the hell is that thing in the back!!!
   💬          ⇄          ♡          ⬆️

Show more replies

---

🐦   Home
#   Explore
🔔   Notifications ①
✉️   Messages
🔖   Bookmarks
📋   Lists
👤   Profile
•••   More

**Tweet**

Perkowski Legal P.C.      ···
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

 Sal the Agorist          Follow
@SallyMayweather
Agorist. Cypherpunk.
Disintermediator. Crypto-Anarchist.
Rothbardian. pod :: The Agora. blog ::
New Libertarian. #logic #revisionism
#countereconomics

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**          

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
⬤ Promoted by Avatar

Entertainment · Trending                ···
**Died Suddenly**
79.4K Tweets

Trending in California                  ···
**Mexicans**
7,252 Tweets

Bachelor in Paradise · Trending
#BachelorInParadise 🌹                  ···
14.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

___ https://twitter.com/marvelnews/status/1551913964627525632 ___ at ___ 2022-11-21 19:25:42 -08:00 ___

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Marvel News**
@marvelnewss                                                    ...

Dakota Johnson in new images from the set of
'MADAME WEB'.
#DakotaJohnson #MadameWeb #Marvel #SonyPictures



5:54 AM · Jul 26, 2022 · Twitter for iPhone

**12** Retweets   **1** Quote Tweet   **57** Likes

  Tweet your reply                          Reply

Perkowski Legal P.C.
@c_perkowski                                                    ...

Search Twitter

**Relevant people**



**Marvel News**
@marvelnewss                              Follow
Follow for Marvel (MCU) News!!

**What's happening**

NBA · LIVE
**Warriors at Pelicans**



Entertainment · Trending
**Died Suddenly**
52.4K Tweets

Sports · Trending
**Grupo Firme**
Trending with #NFLMexicoGame

Trending in United States
**#maddow**
1,653 Tweets

Trending in United States
**Chrisley**
17.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/nobkstage/status/1583560242478329856 __ at __ 2022-11-19 19:15:42 -08:00 __

← **Tweet**

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**NO! BACKSTAGE**
@nobkstage

···

Olha eles! Anne Hathaway e Nicholas Galitzine já estão no set de seu novo filme "The Idea of You." O ator apareceu abraçado com Anne enquanto filmavam a fanfic baseada no ex-membro da One Direction, #HarryStyles , em Savannah, Geórgia. Ansiosa!!!

(📷| Backgrid)





1:45 PM · Oct 21, 2022 · Twitter for iPhone

**7** Likes



   Tweet your reply   **Reply**

## Relevant people

**NO! BACKSTAGE**   Follow
@nobkstage
Novidades, shows, música, séries e tudo sobre o mundo do #entretenimento e #culturapop! 📩: backstageno@gmail.com

## What's happening

Television · LIVE
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States   ···
**HE'S BACK**
121K Tweets

Sports · Trending   ···
**Matt Campbell**

Trending in California   ···
**#FIFAWorldCup** 🏆
911K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

__ https://twitter.com/farangsuoy/status/1245659460829233152 __ at __ 2022-11-21 16:44:59 -08:00

← **Tweet**

**Just girls★**
@farangsuoy

#LeightonMeester อยู่เงียบๆไม่ค่อยออกสื่อซะจนโผล่มาให้เห็นอีกทีก็คือกำลังตั้งท้องที่ 2 แล้ว! ท้องโตชัดเลยจากภาพล่าสุดของเธอกับสามี #AdamBrody ที่ออกมาข้างนอกพร้อมกับน้อง Arlo ลูกสาววัย 4 ขวบ 🤱💕




3:28 AM · Apr 2, 2020 · Twitter Web App

**314** Retweets   **3** Quote Tweets   **113** Likes

Tweet your reply

Reply

**Relevant people**

**Just girls★**
@farangsuoy
Follow

If you can't be kind, just be quiet. Thank you :)

**What's happening**

NFL · Starts at 5:15 PM
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
35.9K Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,622 Tweets

Trending in United States
**#JeopardyAmyChat**

Family drama · Trending
**#GTMcontest10**
Trending with #GilMOREtheMerrier

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

https://twitter.com/KUWTKWorld/status/1576632165116330001    2021-11-25 12:07:00 PM    Document 73-30    Filed 03/13/23    Page 79 of 100    Page ID
#3316                DOJ-OGR-00035595   Document 73-30   Filed 03/13/23   Page 79 of 100   Page ID

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Kardashian World
@KUWTKWorld

Khloe Kardashian at the Balenciaga After Party in Paris



6:46 AM · Oct 1, 2022 · Twitter for iPhone

29 Retweets    5 Quote Tweets    915 Likes

**Relevant people**

Kardashian World
@KUWTKWorld                    Follow

The largest fan source for everything Kardashian #TheKardashians ♥
Season 2 | Sept 22nd on Hulu! Kim & Khloe follow ♥
admin@kardashianworld.net

**What's happening**

Formula 1 · This morning
Abu Dhabi Grand Prix 2022

#Disenchanted 🎬
Original movie now streaming
Promoted by Disney+

Trending in California
Rest in Peace

Only on Twitter · Trending
Rest in Peace
14.7K Tweets

Trending in United States
LGBTQ
Trending with Colorado Springs, #ClubQ

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet your reply                                     Reply

Lisa Campbell @RealFun910489182 · Oct 3
Replying to @KUWTKWorld
There are friends that will post your photos with smudged lipstick as long as they look good on the picture . Oh it's called self centred 😅

Keely Jane @Kign · Oct 4
Replying to @RealFun910489182 and @KUWTKWorld
Please look at Dojacats socials before you comment like this. The smudged lipstick was on purpose, it's in all of her pictures she posted.

Show replies

Melqeaxia @keenndx_H4 · Oct 3
Replying to @KUWTKWorld
Ingane za Kwa Mashu ali smudged lipstick. I say this as a girl from Kwa Mashu with smudged lipstick 😅😅

NewYorkSleezy @NewYorkSleezy · Oct 3
Replying to @KUWTKWorld
The Bronx

Israel @outfitxsx · Oct 3
Replying to @KUWTKWorld
Khloe really needs a stylist 😔😔

T-Love @disco_langila · Oct 3
Replying to @outfitxsx and @KUWTKWorld
Yesss need one bad

LONOLONO @bbaji2thai · Oct 3
Replying to @KUWTKWorld
What happened to the lipstick eh? Pray tell, before we think too much 😂😂

T-Love @disco_langila · Oct 3
Replying to @bbaji2thai and @KUWTKWorld
Yesss need one bad

LONOLONO @bbaji2thai · Oct 3
Replying to @KUWTKWorld
What happened to the lipstick eh? Pray tell, before we think too much 😂😂

tabby @mannyd01 · Oct 3
Replying to @KUWTKWorld
No she is beautiful but this picture makes her head look to big for her body. Doesn't she check them first

Bluerrya Targaryen @Bluemke · Oct 3
Replying to @mannyd01 and @KUWTKWorld
Nope it looks perfect

k h a l @seninblahal · Oct 3
Replying to @KUWTKWorld
Wtf with doja's mouth? Was she madly kiss each person there? Or she just had fight

Holly Lee Daughtry @misshollyLee97 · Oct 4
Replying to @KUWTKWorld
Khloe looks gorgeous 💚

Ceresha @denasoise · Oct 3
Replying to @KUWTKWorld
😂😂 well mine doja lkambo hein

Clarissa @ClarissaCim · Oct 3
Replying to @KUWTKWorld
Is that doja? ?

Mamabear @Mamabear70786366 · Oct 4
Replying to @KUWTKWorld
She needs help

sherlexcantbcerius @sherlexcantbe · Oct 4
Replying to @KUWTKWorld
Neither one of them looks good.

Gunner Moberg @GunnarMoberg2 · Oct 3
Replying to @KUWTKWorld
Hvorfor har du åpne og øre lite jenta bukser Khloe? 👗🍑🔥👖🙏🙏

Omar A Shakir @OmarAShakir1 · Oct 3
Replying to @KUWTKWorld
Save your soul it all you have people they are coming 🔥🔥 for your soul.

Marcus Clarkinator @martysClarky89 · Oct 3
Replying to @KUWTKWorld
What's up with bald shorties mouth?

Hobby Knows Best @itemhobbly · Oct 4
Replying to @KUWTKWorld
Is that a blunt double for the joker?

Sherry Black @sherryblack2017 · Oct 3
Replying to @KUWTKWorld
Why we care ? She is a human

Show more replies

**Tweet**

←

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**

**Perkowski Legal P.C.**
@c_perkowski
···

__ https://twitter.com/MovieCrazyP/status/1379928252383379457 __ el __ 2022-11-20 12:36:08 -08:00 __

← **Tweet**



**Movie Crazy Planet** 🎬🍿🎞️
@MovieCrazyP

📸💥 DESDE EL SET 💥📸

Imágenes de @chloebennet, @DoveCameron y @yanaperrault durante el primer día de filmación de #Powerpuff.

Translate Tweet




👤 The CW

3:45 PM · Apr 7, 2021 · Twitter for Android

**1** Quote Tweet    **3** Likes

💬          🔁          ♡          ⬆️

P    Tweet your reply                    Reply

**Relevant people**

 **Movie Crazy Planet ...**    Follow
@MovieCrazyP
💥Noticias, tráilers, pósters, los estrenos más recientes de cine, series y televisión.💥 Síguenos y activa la 🔔 moviecrazyplanet@gmail.com ✉️

 **Chloe Bennet** ✓    Follow
@chloebennet

 **Dove Cameron** ✓    Follow
@DoveCameron
i could be a better boyfriend than him

**What's happening**

FIFA World Cup · 4 hours ago
**World Cup Qatar 2022: Opening Ceremony**



#Disenchanted 🧛
Original movie now streaming
▶️ Promoted by Disney+

Trending in United States
**Rest In Peace**
50.4K Tweets

Entertainment · Trending
**Morgan Freeman**
191K Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Kevin Conroy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**   ···
@c_perkowski

← **Tweet**



🟡 **Universo Geek** 🟡
@Fantastic_geek1

···

## ¡EZEKIEL SIMS EN MADAME WEB!

Fotos filtradas del set de Madame Web nos muestran lo que parece ser una variante de Ezekiel Sims.

#Marvel #MarvelStudios #Sony #Spiderman #MadameWeb #Venom #Morbius



9:19 AM · Oct 7, 2022 · Twitter for Android

**2** Likes

💬          🔁          ♡          ⬆️



Tweet your reply                    Reply

**Fist of vengance** 🏹💜❄️ #WakandaForever @LlerenaMateo · Oct 7    ···
Replying to @Fantastic_geek1
Yo solo quiero ver Madam Web por la trama
La trama:

💬          🔁 1          ♡ 1          ⬆️

Perkowski Legal P.C.
@c_perkowski

### Relevant people

🟡 **Universo Geek** 🟡
@Fantastic_geek1                    Follow

Noticias Geek || Noticias del cine de super héroes 🎬 || Contacto al DM 📪 || 👤 Admin: @LicenciadoPou

### What's happening

FIFA World Cup · Yesterday
**Mexico vs Poland**

**#AvatarTheWayOfWater**🌊
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Trending in United States
**Erection**
20.6K Tweets

Trending in California
**Costco**
6,034 Tweets

Celebrities · Trending
**Denzel Washington**
2,430 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/ClickySound/status/1224771122262151170 __ at __ 2022-11-20 15:01:23 -08:00 __



← **Tweet**

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**



**Clicky Sound**
@ClickySound                    · · ·

clickysound.com/the-lsquosaved...  Mario Lopez and Elizabeth Berkly are spotted on set together, Katy Perry looks like a cupcake and more...



11:06 AM · Feb 4, 2020 · Clicky Sound

  Tweet your reply                    **Reply**

**Relevant people**

 **Clicky Sound**
@ClickySound                    **Follow**
Photography at its Best!

**What's happening**



NFL · 1 hour ago
**Browns at Bills**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in California                · · ·
**Rest In Peace**
59.5K Tweets

Trending in United States            · · ·
**#FIFAWorldCup** 🏆
Trending with #AMAs 🔥

Sports · Trending                    · · ·
**Romo**
2,917 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**   · · ·
@c_perkowski

__ https://twitter.com/Ryans_Ramblings/status/1529557737656810369 __ at __ 2022-11-21 00:07:40 -08:00 __



← **Tweet**

Ryan 'All Day News' Anderson
@Ryans_Ramblings                                                           ···

It's Perfect! 😲 #BlueBeetle



1:19 PM · May 25, 2022 · Twitter for Android

**2** Retweets   **12** Likes

**Relevant people**

Ryan 'All Day News' ...        **Follow**
@Ryans_Ramblings
Founder, Host, and EIC of
@TheNerdRagePod. As seen on
@CBSThisMorning! Instagram:
@RadRyGuy TikTok:
@Ryans_Ramblings Casting Inquiries:
NerdRagePod@gmail.com

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Trending in California                    ···
**Dodger Stadium**
13.8K Tweets

Trending in United States                 ···
**Senegal**
Trending with De Jong, #SENNED

Trending in United States                 ···
**Maher**
22.9K Tweets

Entertainment · Trending                  ···
**#AntManandTheWaspQuantumania**
1,640 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.            ···
@c_perkowski

Tweet your reply                              **Reply**

Tweet

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

**Relevant people**

**Ikaro**
@xx_Thanatos_xx    Follow
Antiguo Otaku, reiniciándome. 🎮🎧
Nintendo: SW-4292-6538-9115

**What's happening**

NBA · 2 hours ago
Lakers at Suns



#AvatarTheWayOfWater🌊
Get tickets now · In theaters December 16
📽 Promoted by Avatar

Business and finance · Trending
**#massshooting**
1,234 Tweets

Trending in California
**Costco**
6,093 Tweets

Trending in United States
**Erection**
21K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

---

**Ikaro**
@xx_Thanatos_xx

Chris Evans y como llevar más capas que una cebolla ...
😅😅

Translate Tweet



1:13 PM · Oct 13, 2022 · Twitter for Android

2 Quote Tweets    61 Likes

---

**Tweet your reply**    Reply

---

**Vane** @Vanellope1978 · Oct 13
Replying to @xx_Thanatos_xx

GIF   ALT

---

**Ikaro** @xx_Thanatos_xx · Oct 13
Replying to @Vanellope1978
A ver, es Chris Evans ... puede ir vestido de mendigo, que le va a quedar bien 😌

---

**Davy Tejero** 🎗 @Davy_Tejero · Oct 13
Replying to @xx_Thanatos_xx
Le he contado 5 pero seguro lleva una más 😅

---

**Ikaro** @xx_Thanatos_xx · Oct 13
Replying to @Davy_Tejero
O no ... 😏

---

**Juanjo** @JuanjoRamGon · Oct 13
Replying to @xx_Thanatos_xx
Chris Evans y cómo poder ponerse encima lo q le venga en gana q de todas maneras está para hacerle un hijo o dos o tres

---

**Ikaro** @xx_Thanatos_xx · Oct 13
Replying to @JuanjoRamGon
Jajajajaja verdá, VERDADERA 😌

---

**Luis Ulloa** @eldeloscovers · Oct 13
Replying to @xx_Thanatos_xx
Anda! No sabía que Chris Evans era de León!! Aquí vestimos así jajajajajaja

---

**Ikaro** @xx_Thanatos_xx · Oct 13
Replying to @eldeloscovers
Jajajaja como?? Poniendote toda la ropa del armario?? 😅

Show replies

---

**Angemon2** ✨🌙 @JessShameir · Oct 13
Replying to @xx_Thanatos_xx
Y que le quede como un guante 😍😍

---

**Alex ⸸** @AleBouCan · Oct 13
Replying to @xx_Thanatos_xx
Ojalá lucir como él

---

**Ikaro** @xx_Thanatos_xx · Oct 13
Replying to @AleBouCan
Desde luego 😌

---

**Javi** @demilibro · Oct 13
Replying to @xx_Thanatos_xx
Cuando podría llevar cero capas de ropa y todos estaríamos felices😍

---

**Ikaro** @xx_Thanatos_xx · Oct 13
Replying to @demilibro
Jajaja que forma de complicarlo todo 😌

---

**Alejandro Jiménez** @gatoceniza360 · Oct 14
Replying to @xx_Thanatos_xx
Viene de coger un vuelo de ryanair

---

**Ikaro** @xx_Thanatos_xx · Oct 14
Replying to @gatoceniza360
Jajajaja pero literal!!! 😌

---

**Andrea Berm** @AndreaBerm · Oct 13
Replying to @xx_Thanatos_xx
Yo en Madrid en invierno.

---

**Ikaro** @xx_Thanatos_xx · Oct 13
Replying to @AndreaBerm
Por dios, solo de pensar, en lo que tengo que tardar en vestirme y desnudarme, es que no salgo 😅

---

**Nacho Viral (PoetaDead)** @PoetaDead · Oct 13
Replying to @xx_Thanatos_xx
Jajaja

---

**Perkowski Legal P.C.** @c_perkowski

← **Tweet**

🔍 Search Twitter

## Home

## Explore

## Notifications ①

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**



**Plano Informativo**
@Planoinforma                    ⋯

J.Lo y Affleck ya no ocultan su afecto al mundo y efectivamente echaron a andar de nueva cuenta su romance.  bit.ly/3vKJIP8 #Espectáculos

Translate Tweet

11:05 PM · Jun 1, 2021 · TweetDeck

**1** Retweet   **1** Quote Tweet   **1** Like

💬        ⟲        ♡        ⬆

P   Tweet your reply                    Reply

## Relevant people

 **Plano Informativo**    Follow
@Planoinforma
Información veraz y confiable

## What's happening

FIFA World Cup · 2 hours ago
**Mexico vs Poland**


**#AvatarTheWayOfWater**🌊
Get tickets now – In theaters December 16
▶ Promoted by Avatar

Trending in United States                ⋯
**Giroud**
Trending with  Australia, Mbappe

Trending in California                   ⋯
**Mexicans**
18K Tweets

Trending in United States                ⋯
**Ochoa**
Trending with  Poland, Lewandowski

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**    ⋯
@c_perkowski

https://twitter.com/mariannezw/status/792812589587759104 ... at ... 2020-11-22 20:20:22 -08:00

**Tweet**

🔍 Search Twitter

**Marianne Zwagerman**
@mariannezw · · ·

Hou dat Halloween even lekker aan de overkant van de
ocean. Wij wonen in Europa. Waar stijl en klasse
vandaan komen #kominverzet

Translate Tweet



12:37 PM · Oct 30, 2016 · Twitter for iPhone

**19** Retweets  **4** Quote Tweets  **40** Likes

**Relevant people**

**Marianne Zwagerman**   Follow
@mariannezw
Gelukkig mens | Schrijver | Columnist
Telegraaf | Opiniërend gespreksleider,
podcast & videomaker NPO Radio 2 &
Dwarsnieuws | Boekingen:
@bulkamm

**What's happening**

NBA · LIVE
Lakers at Suns

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
#GenshinSpecialProgram
7,972 Tweets

Trending in California
Epstein
35K Tweets

Trending in United States
#staywoke
2,137 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

Tweet your reply                    Reply

**Karen de Loos** @KanendeLoos · Oct 30, 2016 · · ·
Replying to @mariannezw
die Tara lijkt wat anorexia-erig...

**Amy van der Ham** @VMBOonStage · Oct 30, 2016 · · ·
Replying to @mariannezw
Dit hing ik op de voordeur vanavond. Genoeg verzet?

**Perkowski Legal P.C.**
@c_perkowski

SORRY, WIJ DOEN NIET AAN HALLOWEEN.

SINT MAARTEN IS WELKOM OP 11 NOVEMBER.

♥ 10   ♥ 11

**Amy van der Ham** @VMBOonStage · Oct 30, 2016 · · ·
Replying to @dolbydot_live and @mariannezw
Beleefd he. Hele straat had briefje in de bus met aankondiging hoe laat Trick
or Treat zou aanbellen 😄 😄

**Marijn Frank** @MarijnFrank · Oct 30, 2016 · · ·
Replying to @mariannezw
het meisje op foto één moet vooral heel snel wat te eten krijgen.

♥ 4

**Hans de Jong** @hanslejeune · Oct 30, 2016 · · ·
Replying to @MarijnFrank
haar vleesverlangen is niet groot.

**Marcel masseur** @Marcelmasseur03 · Oct 30, 2016 · · ·
Replying to @mariannezw
gelijk heb je

**genitvrijheid** @genritvrijheid · Oct 30, 2016 · · ·
Replying to @mariannezw
liever zwarte piet.

**Scott E. Bartner** @SBartner · Oct 30, 2016 · · ·
Replying to @mariannezw
Without Halloween in Europe, I wouldn't have a valid excuse to buy 20 bags
of mini-Snickers at the AH.

♥ 1

**Hans de Jong** @hanslejeune · Oct 30, 2016 · · ·
Replying to @mariannezw
moet zeggen dat ik wel schrok van al die wanamaak.

**Arnout Mostert** @DeLaMoutarde · Oct 30, 2016 · · ·
Replying to @mariannezw
Ik vind dat je dit iets genuanceerder moet bekijken 😄

**Miss** 🐝 @MissV1989 · Oct 30, 2016 · · ·
Replying to @mariannezw
Dit zijn kostuums? 😂 😂

**H@r@ld** 🇳🇱 @haraldbluetooth · Oct 30, 2016 · · ·
Replying to @mariannezw
Dezelfde reden dat wij de traditionele Zwarte Piet hier aan deze kant van de
ocean in ons landje willen houden: blijft cultuur

**Mike** @mike092013 · Oct 30, 2016 · · ·
Replying to @mariannezw
Die magere is echt eng!

Tweet



Pellcomic @Pell_Comic

**Más filtraciones macizas de Falcon and The Winter Soldier** 👀

Translate Tweet

9:27 AM · Dec 18, 2019 · Twitter for Android

148 Retweets   12 Quote Tweets   1,628 Likes

Tweet your reply

**Roel Antonio CR** @roelantoniocr · Dec 18, 2019
Replying to @Pell_Comic
Y con esta que paso?
Estabas fotografiando orillas

**Jesus Hdz** @jezzer92 · Dec 18, 2019
Replying to @Pell_Comic
Mira ese potencial

***Insertar nombre*** @_Dan27_ · Dec 18, 2019
Replying to @Pell_Comic
¿por que me excita tanto?

**Martin Beltran** @MartinBeltran05 · Dec 18, 2019
Replying to @Pell_Comic

GIF

**Eduardo** @eduhuerfaa · Dec 18, 2019
Replying to @Pell_Comic
Que galaaaan Bucky

**JuanCENA** @JUANALMUERZO21 · Dec 18, 2019
Replying to @Pell_Comic
Huff Kbrin boky :v

Nosborn, que galán

**Macía** @Macia4215175 · Dec 18, 2019
Replying to @Pell_Comic
Es bellisimo?u?

**Leito** @leandro_rab · Dec 18, 2019
Replying to @Pell_Comic
Quiero ver algo de Sharon Carter

**Pablo Arrieta** @Arrieta_007 · Dec 18, 2019
Replying to @Pell_Comic
Señor Barnes que galan ahí algo que este joven no haga bien

GIF

**Victor** 🐝🍎 @elnervictor · Dec 18, 2019
Replying to @vanessa_afc14

**Vaneee** ~C~ @vanessa_afc14 · Dec 18, 2019
Replying to @elnervictor and @Pell_Comic
Me mueroooo cmm 😍😍😍🖤🖤🖤

**luismiguelferreira** @luismiguelfer1 · Dec 18, 2019
Replying to @Pell_Comic
El traje de bucky es un poco raro

**Ángel** @obexohigarterso · Dec 18, 2019

https://twitter.com/dc_da_depressao/status/1492455430111100...    2021-1-21 07:02:05 UTC-05    Filed 03/22/21    Page 89 of 100    Page 91

Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

Tweet

DC da Depressão
@DC_da_depressao

## Fotos do set de Shazam! Fury of The Gods mostram Zachary Levi com o novo traje.



2:51 PM · Jan 22, 2021 · Twitter for Android

**43** Retweets **56** Quote Tweets **1,148** Likes

Tweet your reply

Reply

Caesar · @jujimgnmoss · Jun 22, 2021
Replying to @DC_da_depressao
Eu queria fanfic e capuz 😩 Mas o traje tá fenomenal, melhorou muito

LGBE @caotic · Jun 22, 2021
Replying to @DC_da_depressao
O upgrade, acertaram dessa vez no molde do uniforme, parece que o material é outro

Chibert9121 #TF | Jesus te ama @Chibert9121 · Jun 22, 2021
Replying to @DC_da_depressao
tá incrivel kamoo

jujj... 🎮 VOLTOU @askrrtenada · Jun 22, 2021
Replying to @DC_da_depressao
esse traje tá incrível INCRÍVEL

del · @delsmu · Jun 22, 2021
Replying to @DC_da_depressao
Gostoso

Chibert9121 #TF | Jesus te ama @Chibert9121 · Jun 22, 2021
Replying to @DC_da_depressao
Como não explicar no filme a mudança de traje?

Ingarito ⭐⭐⭐⭐ @crifogatto · Jun 22, 2021
Replying to @Chibert9121 @chibetms e and @DC_da_depressao
time skip talvez? levando em conta que o 1 foi o primeiro ano do billy

Larissa Lima @LarissaCoy · Jun 23, 2021
Replying to @DC_da_depressao
Que tesi Shazam 😍 😍



del · @delsmu · Jun 22, 2021
Replying to @DC_da_depressao
Gostoso

Chibert9121 #TF | Jesus te ama @Chibert9121 · Jun 22, 2021
Replying to @DC_da_depressao
Como não explicar no filme a mudança de traje?

Ingarito ⭐⭐⭐⭐ @crifogatto · Jun 22, 2021
Replying to @Chibert9121 @chibetms e and @DC_da_depressao
time skip talvez? levando em conta que o 1 foi o primeiro ano do billy

Larissa Lima @LarissaCoy · Jun 23, 2021
Replying to @DC_da_depressao
Que tesi Shazam 😍 😍



hexa @johapnkayy · Jun 22, 2021
Replying to @DC_da_depressao
da corisgar no hq, time reverse, daí ber foto do set

não te interessa! @anton01957269 · Jun 22, 2021
Replying to @johapnkayy and @DC_da_depressao
Devem ter colocado os atores num quadrado azul e 100% do filme vai ser em CGI kkkkkk

Boca no fantástico mundinho. @financa200015 · Jun 22, 2021
Replying to @DC_da_depressao
Esse traje tá lindo demais, depressão



Wea I Rei Zezinho @qbcnghifybr · Jun 22, 2021
Replying to @DC_da_depressao
Nossa que bao menhada

Teh Morl 🌸 / tizzu • tix @brionifbonks · Jun 22, 2021
Replying to @DC_da_depressao
Tá tão lindo

mano, 📦 @shinemang · Jun 22, 2021
Replying to @DC_da_depressao
esse traje tá tão lindo

Luciano Andrade @cionm9 · Jun 22, 2021
Replying to @DC_da_depressao
Sem enrolamento,
Dessa vez, deu tempo de fazer os produtos certos pro papel
😂

amora @sCherhda · Jun 22, 2021
Replying to @DC_da_depressao
e caiu 😭😭

Cyclone 💥 #BlackAdam @Elsherodd3 · Jun 22, 2021
Replying to @DC_da_depressao
Parece que ele tem um ... 🍑 😭

Daniel @Danielsd3 · Jun 22, 2021
Replying to @DC_da_depressao
kkkkk

Bruno iRodds @Bruno_Rodds · Jun 22, 2021
Replying to @DC_da_depressao
Sacanagem que diante desse traje lindo eu fui inventar de pagar raço da capa pra ir ficar mais e capuz

André Ricardo @andreroth20705 · Jun 23, 2021
Replying to @DC_da_depressao
#MaismuitaSopademNeile

Perkowski Legal P.C.
@c_petkowski

Relevant people

DC da Depressão
@DC_da_depressao
Follow
Me diz, você me segue? As seguir
✨ Uma das maiores fan pages da DC
no Instagram e no Twitter 💙

What's happening

FIFA World Cup · 15 minutes ago
England vs Iran
#admnweek

Trending in California
Dodger Stadium
14 Tweets

Trending in United States
USA NIL

Gaming · Trending
Wave 3
6,437 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ...
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS    Document 23-30    Filed 03/13/23    Page 90 of 100    Page ID
#:6083

← **Tweet**



🔍 Search Twitter

**Relevant people**

# Twitter

# Tweet

**Nicholas Galitzine Brasil** 👑 **Fã-clube**
@NGBRSite

Namore alguém que te olhe como a Anne Hathaway
olha para o Nicholas Galitzine 💖

Translate Tweet



📷 Nicholas Galitzine and Prime Video Brasil

12:06 AM · Oct 21, 2022 · Twitter Web App

**5** Retweets   **1** Quote Tweet   **61** Likes

Tweet your reply                                    Reply

**Luciana** @lucianasacht · Oct 22
Replying to @NGBRSite @nickgalitzine and @PrimeVideoBR
Mas ela está de óculos, como vê se olha exatamente p ele?! Rtssrsrs já
ansiosa p ver o filme

Perkowski Legal P.C.
@c_perkowski

## Relevant people

**Nicholas Galitzine Br...**     Follow
@NGBRSite
Fã-site brasileiro dedicado ao ator e
cantor inglês Nicholas Galitzine. Fan
account - contact us before taking any
legal action! Follow Nicholas:
@nickgalitzine

**Nicholas Galitzine** ✓     Follow
@nickgalitzine

**Prime Video Brasil** ✓     Follow
@PrimeVideoBR
⊘ Official
🚨 VAI EMOCIONAR: Tessa e Hardin
tão voltando. After: Depois Da
Promessa estreia dia 25/11

## What's happening

FIFA World Cup · Yesterday
**Mexico vs Poland**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
⊡ Promoted by Avatar

Business and finance · Trending
**#massshooting**
1,691 Tweets

Trending in United States
**Erection**
21.8K Tweets

Trending in California
**Costco**
6,199 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Search Twitter

Tweet



Home

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Expo Comics News** ➤•
@ComicsExpo

¡Se confirma que The Hood será el villano principal de "Ironheart"!

Aquí se pueden ver las primeras imágenes de Anthony Ramos como el personaje en el set de rodaje

Translate Tweet



**Expo Comics News** ➤ @ComicsExpo · Jan 12

❤️OJO!! The Illuminerdi comparte una nueva descripción de personaje para "Ironheart":

"Hombre blanco encantador de 20 años, magnético y resbaladizo. Trabajando para su propio beneficio. Guapo y atlético, Tiene un equipo para él"

Especulan que podría tratarse de The Hood



5:23 PM · Aug 8, 2022 · Twitter for Android


Perkowski Legal P.C.
@c_perkowski

Tweet your reply

Reply

# Search Twitter

## Relevant people

**Expo Comics News** ➤•
@ComicsExpo

Follow

Me apasiona hablar sobre Cine, cómics y superhéroes | Noticias de Marvel, DC, Star Wars, videojuegos y más | Siempre con respeto⚖️💼

## What's happening

FIFA World Cup · LIVE
**England vs Iran**



Trending in United States
**Slick Rick**

Trending in United States
**Landon Donovan**

Politics · Trending
**Tragically**
15.6K Tweets

Music · Trending

← **Tweet**

Q Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

FILMTRACK **FILM TRACK**
@filmseriefr                                    ···

## Daniel Radcliffe sur le tournage du biopic de Weird Al Yankovic. 📸



1:32 PM · Feb 19, 2022 · Twitter for iPhone

**1** Retweet    **1** Like

Tweet your reply

Reply

**Relevant people**

FILMTRACK **FILM TRACK**          Follow
@filmseriefr

"Il était une fois le cinéma." ✨ — Retrouvez toutes les dernières informations sur le monde du cinéma.

**What's happening**

NFL · LIVE
**49ers at Cardinals**

Entertainment · Trending          ···
**Died Suddenly**
54.7K Tweets

Trending in California          ···
**Dodger Stadium**
11K Tweets

Trending in United States          ···
**Tampax**
35.7K Tweets

Family drama · Trending          ···
**#GTMcontest13**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.          ···
@c_perkowski

__ https://twitter.com/raulbrindis/status/1026460694844203008 __ at __ 2022-11-22 00:30:04 -08:00

← **Tweet**

**Raúl Brindis** ✔
@raulbrindis

···

Las curvas de Jennifer López casi hacen estallar sus 'leggings' ultraceñidos #Farandulazo

Translate Tweet



6:31 AM · Aug 6, 2018 from Miami, FL · Twitter Web Client

**5** Retweets   **56** Likes

💬          ⟲          ♡          ⬆

P | Tweet your reply                              **Reply**

Frankie lukaz ... @Francis12319229 · Aug 6, 2018    ···
Replying to @raulbrindis
Nice camel toe 😍😋🤣👌

---

🔍 Search Twitter

**Relevant people**



**Raúl Brindis** ✔        **Follow**
@raulbrindis
Radio Host for El Show de Raúl Brindis

**What's happening**

NFL · 4 hours ago
**49ers at Cardinals**

**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Entertainment · Trending        ···
**Died Suddenly**
Trending with World Premiere

Trending in California        ···
**Mexicans**
6,995 Tweets

Business and finance · Trending        ···
**Chrisley**
26.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

🐦
Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
Lists
👤 Profile
⊙ More

**Tweet**

__ https://twitter.com/AndresJovannyMa/status/1556773073059287046 __ at __ 2022-11-19 18:41:55 -08:00 __

← **Tweet**

 🌈**ANDY JONNY**
@AndresJovannyMa

···

💥Tenemos el primer vistazo de "IRON HEART" unas fotos filtradas desde el set se da a conocer como lucirá Riri Williams en la serie junto a su posible villano.

#MarvelStudios

Translate Tweet



3:43 PM · Aug 8, 2022 · Twitter for Android

**1** Retweet   **4** Likes

💬            ⇄            ♡            ⬆

 Tweet your reply            Reply

---

## Sidebar

🔍 Search Twitter

**Home**
**Explore**
**Notifications** ¹
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

### Relevant people

 🌈**ANDY JONNY**   Follow
@AndresJovannyMa
EL PENSAR Y EXPRESAR 💙🧠 Tengo un canal en YouTube ▶️ ANDY JONNY 😁

### What's happening

Television · Starts at 8:00 PM
**Saturday Night Live airing on NBC**


#GetYourRideRight
**Book your ride up to 30 days ahead with Uber Reserve**
◩ Promoted by Uber

Trending in United States   ···
**HE'S BACK**
113K Tweets

Trending in California   ···
**Messi**
429K Tweets

Sports · Trending   ···
**The Elite**
Trending with #AEWFullGear, Sammy Guevara

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



---

 **Perkowski Legal P.C.**   ···
@c_perkowski

___https://twitter.com/tvoyi_muziki/status/1206942924744459649___et___2022-11-21 13:30:58 -08:00

← **Tweet**

🔍 Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

More

**Tweet**

Твои Мужики‖ TM COMICS
@tvoyi_muziki                                   …

#wanda

-Алло, здравствуйте, это Танос? Так вот пошёл ты нахуй, Танос.

Translate Tweet



6:23 AM · Dec 17, 2019 · Twitter for iPhone

**54** Retweets   **2** Quote Tweets   **881** Likes

💬            🔁            ♡            ⬆

🅿 Tweet your reply                              Reply

SallivanInfinity @FonDoom_Himself · Dec 17, 2019   …
Replying to @tvoyi_muziki

ХУЯ ТЫ ВНАГЛЯК

💬            🔁            ♡ 4            ⬆

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

Твои Мужики‖ TM COMICS @tvoyi_muziki · Dec 17, 2019   …
Replying to @TenetInMundo
ЗА НАТАХУ

💬            🔁            ♡ 19            ⬆

Perkowski Legal P.C.
@c_perkowski

**Relevant people**

Твои Мужики‖ TM C…
@tvoyi_muziki              Follow

Пишем несмешные шутки по фандомам и сценарии в стол. А вообще, мы паблик, если чё. // My baby @tm_comics

**What's happening**

FIFA World Cup · LIVE
USA vs Wales



Trending in United States                    …
Sin Kiske
1,890 Tweets

Trending in United States                    …
Tampax
7,171 Tweets

Trending in United States                    …
1-0 USA
21K Tweets

TV stars · Trending                          …
#MyFamilyIsWeird

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

— https://twitter.com/girlfromaspen/status/1556061369048485888 — at — 2022-11-22 20:54:31 -08:00 —



**Tweet**

←



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Hmm...this page doesn't exist. Try searching for something else.

**Search**



**Perkowski Legal P.C.**
@c_perkowski
...



← **Tweet**

 **Zayn Malik News**
@ZaynJMNews                              •••

**#HQ** | Zayn out and about in NYC! (#6-7) via **@JustJared**.



6:05 PM · Jan 10, 2018 · Twitter for iPhone

**141** Retweets   **12** Quote Tweets   **290** Likes

 Tweet your reply                    Reply

---

**Home**

**#** Explore

**Notifications** ①

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

## Relevant people

 **Zayn Malik News**
@ZaynJMNews                    Follow
Keeping you up to date with the daily habits of @zaynmalik! | Contact: zaynjmnews@gmail.com

 **JustJared.com** ✔
@JustJared                     Follow
Your #1 Entertainment Authority Also follow @jaredeng @justjaredjr

## What's happening

FIFA World Cup · 1 hour ago
**USA vs Wales**


Trending in United States
**Richard Fierro**
1,526 Tweets                          •••

Trending in United States
**Mr. Fierro**                         •••

Music · Trending
**soobin**
220K Tweets                          •••

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,161 Tweets                          •••

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Search Twitter

 **Perkowski Legal P.C.**
@c_perkowski                    •••

__ https://twitter.com/weloveharry_1dx/status/1356302593814808338 __ at __ 2022-11-20 12:47:10 -08:00 __

← **Tweet**

**katie** 
@weloveharry_1Dx                    ...

just thinking about a scene where he's dancing in the kitchen looking like this 😔 very sunflower vol. 6



10:05 AM · Feb 1, 2021 · Twitter for iPhone

**1** Retweet  **8** Likes

    

  Tweet your reply                    Reply

## Relevant people

**katie** 
@weloveharry_1Dx                    Follow
jack's housewife

## What's happening

FIFA World Cup · 4 hours ago
**World Cup Qatar 2022: Opening Ceremony**


**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                    ...
**Rest In Peace**

Trending in California                    ...
**Elton John**
10.2K Tweets

Sports · Trending                    ...
**Rapp**
1,250 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.**  ...
@c_perkowski

Search Twitter