# EXHIBIT B Continued

← **Tweet**

.
@cravemedia_                                                                        ···



4:04 PM · Aug 26, 2021 · Twitter for iPhone

**24** Retweets   **73** Quote Tweets   **212** Likes

Tweet your reply                                    Reply

## Relevant people

.
@cravemedia_                                        Follow
Media account for @FilmUpdates

## What's happening

NFL · 2 hours ago
**Browns at Bills**

**#Disenchanted** 🧟
Original movie now streaming
▶ Promoted by Disney+

Korean music · Trending                              ···
**taehyun**
32.2K Tweets

Sports · Trending                                    ···
**Tyler Boyd**

Trending in California                               ···
**#AMAs** 🔥
Trending with TOMORROW X TOGETHER, Favorite K-Pop Artist

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter

Perkowski Legal P.C.
@c_perkowski                   ···

___ https://twitter.com/tender_DMJ/status/1578050124835602434 ___ at ___ 2022-11-19 20:21:42 -08:00 ___



← **Tweet**

**DAKOTA** 💜💙
@tender_DMJ
···

They gave us this pictures when the filming is over 🙂😭



8:50 AM · Oct 6, 2022 · Twitter for iPhone

**5** Retweets   **110** Likes

💬   ⟲   ♡   ⬆️

 Perkowski Legal P.C.
@c_perkowski   ···

P  Tweet your reply                          **Reply**

---

🔍 Search Twitter

**Relevant people**



**DAKOTA** 💜💙          **Follow**
@tender_DMJ

Dakota Johnson is the meaning of perfection and of course the love of my life ❤️

**What's happening**

Television · 20 minutes ago
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Sports · Trending
**#SpursUp**

---

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

https://twitter.com/SNEAKPEEKCA/status/1091841733413920768 __ at __ 2022-11-20 19:18:29 -08:00

# Tweet

Q Search Twitter

← Tweet

⟲ SneakPeek Retweeted

SneakPeek
@SNEAKPEEKCA

...

sneakpeek.ca/2019/02/birds-...



3:31 PM · Feb 2, 2019 · Twitter Web Client

**1** Retweet   **1** Like



Tweet your reply

Reply

Perkowski Legal P.C.
@c_perkowski

...

## Relevant people

SneakPeek
@SNEAKPEEKCA

Follow

Invite Only

## What's happening

Television · 1 hour ago
The Walking Dead airing on AMC

#Disenchanted 🧝
Original movie now streaming
▷ Promoted by Disney+

Trending in United States
Disney CEO
9,752 Tweets

Trending in United States
CEO of Disney
2,537 Tweets

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Case 2:22-cv-09462-DMG-ADS   Document 23-31   Filed 03/13/23   Page 5 of 75   Page ID #:6098

← **Tweet**



**kim**
@therealkimj



6:21 PM · Jul 29, 2021 · Twitter for iPhone

**302** Retweets    **13** Quote Tweets    **2,998** Likes

💬        ⇄        ♡        ⬆️

 Tweet your reply                    Reply

---

**Home**

**#** Explore

🔔 Notifications

**Messages**

🔖 Bookmarks

**Lists**

**Profile**

⊙ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

---

🔍 Search Twitter

**Relevant people**

 **kim**    Follow
@therealkimj
CEO @astrologiens
kimjproductions@gmail.com

**What's happening**

FIFA World Cup · 2 hours ago
**Mexico vs Poland**

https://twitter.com/ArabicMarvel/status/1557705181600898253 — at — 2022-11-21 20:22:40 -08:00 | Case 2:22-cv-09462-DMG-ADS Document 23-31 Filed 03/13/23 Page 6 of 75 Page ID #:6099

← **Tweet**

🔍 Search Twitter

**Arcbic Marvel**
@ArabicMarvel

صور جديدة للممثل 'فينسنت دنوفريو' من موقع تصوير
مسلسل #Echo 🎬

is.gd/urwVa8 🖼️

Translate Tweet



10:10 AM · Aug 9, 2022 · Twitter for Android

**5** Retweets  **5** Quote Tweets  **96** Likes

💬  🔁  🤍  📤

✏️ Tweet your reply                    **Reply**

**Nada.** @Nada_wiz · Aug 9
Replying to @ArabicMarvel
ضعت من كثر المسلسلات اللي بتعرض واللي انعرضت واللي انعرضت قاعده تتصور
💬 1        🔁        🤍 2        📤

**shammari** @MHSH92 · Aug 9
Replying to @Nada_wiz and @ArabicMarvel
😂😂
💬        🔁        🤍        📤

**106** @LieutenantVader · Aug 9
Replying to @ArabicMarvel
ارحب فيسك
💬        🔁        🤍 1        📤

**$¥** @dollycrv · Aug 9
Replying to @ArabicMarvel
ياجماعة دا ما مات؟؟؟؟؟
💬 6        🔁        🤍 1        📤

**ZAID** @ymzaid23 · Aug 9
Replying to @dollycrv and @ArabicMarvel
يمكن له قصة قبل ما يموت نشوف و نفهم
💬 2        🔁        🤍        📤

Show replies

**F** @faaayez · Aug 9
Replying to @ArabicMarvel
ذا دخل التمثيل عشان يمثل ذا الدور
💬        🔁        🤍 2        📤

**HairyHead** @LokiOdinson2000 · Aug 9
Replying to @ArabicMarvel
طلة ملك
💬        🔁        🤍        📤

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

**Tweet**

Perkowski Legal P.C.
@c_perkowski

**Relevant people**

**Arcbic Marvel**
@ArabicMarvel          Follow

من نيويورك لوكاندا و من اسكارد
لتايتان..كل ما يخص عالم مارفل المذهل
مكتبنا الأخر لـ ذي دي سي يو | 🧡
@ArabicDCU

**What's happening**

NBA · 57 minutes ago
Trail Blazers at Bucks

Entertainment · Trending
Died Suddenly
57.7K Tweets

Entertainment · Trending
#DWTS 💃
Trending with Charli, Gleb

Sports · Trending
Colt McCoy
Trending with Givens

Trending in United States
Trent Reznor
18.3K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More •••
© 2022 Twitter, Inc.





Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

← Tweet

💙CM and DJ💜
@__Dartin

Dakota on the set of #MadameWeb in Boston.(6th Oct) #DakotaJohnson



👤 Dakota Johnson Brasil

7:17 AM · Oct 7, 2022 · Twitter for iPhone

7 Retweets    59 Likes

Tweet your reply

Reply

John Henry Irons @Henry58979558 · Oct 7
Replying to @__Dartin and @DakotaJBRA
Not her. Look at hair. Also that is not any of the confirm actors. Possibly a stunt double.

Elizabeth Anne Walker @Elizabe59010378 · Oct 7
Replying to @__Dartin and @DakotaJBRA
Precious

Perkowski Legal P.C.
@c_perkowski

🔍 Search Twitter

Relevant people

 💙CM and DJ💜    Follow
@__Dartin
Fan account for Chris Martin And Dakota Johnson #Dartin #ChrisMartin #DakotaJohnson

 Dakota Johnson Brasil    Follow
@DakotaJBRA
Sua primeira, maior e melhor fonte sobre a atriz e produtora Dakota Johnson no Brasil. E-mail para contato: contato@dakotajohnsonbrasil.com

What's happening

Formula 1 · 4 hours ago
Abu Dhabi Grand Prix 2022



#Disenchanted 🦹
Original movie now streaming
📀 Promoted by Disney+

Entertainment · Trending
Morgan Freeman
178K Tweets

Only on Twitter · Trending
Rest in Power
17.3K Tweets

Trending in California
Shakira
107K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

← Tweet

 **Fuera de Plano** 🎬 🇦🇷
@FueraPlano                                    ...

Se filtraron las primeras fotos de Keanu Reeves y Alex Winter filmando para 'Bill & Ted 3'. #BillandTed3



7:55 AM · Jul 3, 2019 · Twitter for iPhone

💬        🔁        ♡        ⬆

 P    Tweet your reply                    Reply

## Relevant people

 **Fuera de Plano** 🎬 🇦🇷          Follow
@FueraPlano

Amantes del cine y las series. Noticias, recomendaciones, reseñas, sorteos y más! Twitch: twitch.tv/fueradeplanoli...

## What's happening

Television · 14 minutes ago
**WWE Monday Night RAW airing on USA**



Entertainment · Trending                    ...
**Died Suddenly**
57.2K Tweets

Sports · Trending                    ...
**Jason Robertson**

Sports · Trending                    ...
**Trace McSorley**

Entertainment · Trending                    ...
**August Alsina**

Show more

Terms of Service    Privacy Policy    Cookie Policy    Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

### Left sidebar navigation

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
Lists
👤 Profile
⊙ More

**Tweet**

Search Twitter

P **Perkowski Legal P.C.** ···
@c_perkowski

__ https://twitter.com/ofuxico_oficial/status/1346796089530318849 __ at __ 2022-11-22 13:44:07 -08:00 __



← **Tweet**

 **OFuxico** ✓
@ofuxico_oficial                                                    ···

Brad Pitt deixa corpo tatuado à mostra nas Bahamas
ofuxico.com.br/noticias-sobre...

Translate Tweet



4:29 AM · Jan 6, 2021 · Twitter Web App

**1** Like



 Tweet your reply                                   Reply

## Home
## Explore
## Notifications ①
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

Search Twitter

### Relevant people

 **OFuxico** ✓          Follow
@ofuxico_oficial

OFuxico é um site jornalístico sobre o
mundo dos famosos, da televisão, do
cinema e assuntos relacionados ao
entretenimento. No ar há 20 anos.

### What's happening

FIFA World Cup · 3 hours ago
**Mexico vs Poland**                

**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
📷 Promoted by Avatar

Trending in California                ···
**Mexicans**
19.2K Tweets

Trending in California                ···
**Lucas**
150K Tweets

Trending in United States             ···
**Travis Kelce**
4,133 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**     ···
@c_perkowski

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from an account that no longer exists. Learn more


**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/AndyVermaut/status/1396546001154895874 __ at __ 2022-11-21 01:22:34 -08:00 __

← **Tweet**

 **Andy Vermaut**
@AndyVermaut                                            ···

A$AP Rocky Goes For Solo Motorcycle Ride After
Saying GF Rihanna Is The 'Love' Of His Life – See Pics
hollywoodlife.com/2021/05/23/asa...



12:18 PM · May 23, 2021 · dlvr.it

        

 Tweet your reply                              **Reply**

## Relevant people

 **Andy Vermaut**            **Follow**
@AndyVermaut

Linked to WCPDCD, EADM,
POSTVERSA, AIDL, EUtoday, ActNow
for C, People Forests, Fundamental
rights. Whatsapp +32499357495
denktankcarmenta@gmail.com

## What's happening

NBA · Yesterday
**Nuggets at Mavericks**                    

Trending in United States                        ···
**maher**
22K Tweets

Trending in United States                        ···
**#AMAs** 🥀
4.23M Tweets

90 Day Fiancé · Trending                         ···
**#90DayFianceHappilyEverAfter**
4,742 Tweets

Trending in United States                        ···
**Colorado Springs**
546K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



---

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

Q Search Twitter

Perkowski Legal P.C.   ···
@c_perkowski

__ https://twitter.com/misslefroy/status/1006542708100476928 __ at __ 2022-11-21 20:42:09 -08:00 __

← **Tweet**

 **grace dante**
@misslefroy

···

## Dacre Montgomery sul set della terza stagione di Stranger Things



7:24 AM · Jun 12, 2018 · Twitter Web App

**132** Retweets   **9** Quote Tweets   **298** Likes

 Tweet your reply

**Reply**

### Relevant people

 **grace dante**
@misslefroy

**Follow**

"Il fiore che sboccia nelle avversità è il più raro e il più bello di tutti" 🌵 fan account

### What's happening

NFL · 24 minutes ago
**49ers at Cardinals**

Entertainment · Trending
**Died Suddenly**
59.9K Tweets

Trending in California
**Zimmerman**
20.9K Tweets

Reality TV · Trending
**August Alsina**
Trending with #TheSurrealLife

Trending in United States
**Chrisley**
21.5K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** ···
@c_perkowski



← **Tweet**

## Navigation

- Home
- Explore
- Notifications (1)
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**



**Geek Slam**
@SlamGeek ···

¿Un nuevo arácnido? 🕷️
Tenemos nuevas imágenes desde el set de
#MadameWeb en donde se puede ver a un personaje
misterioso

Translate Tweet



11:22 AM · Oct 6, 2022 · Twitter for Android

💬   ⟲   ♡   ⬆️

 Tweet your reply        Reply

### Relevant people

 **Geek Slam**
@SlamGeek        **Follow**

Bienvenidos a Geek Slam! 🤘🔥
Noticias acerca de Marvel, DC, Disney,
Star Wars, HBO, Videojuegos y más
🎮🎬

### What's happening

FIFA World Cup · 1 hour ago
**World Cup Qatar 2022: Opening Ceremony** 

#Disenchanted 🧙‍♀️
Original movie now streaming
🔸 Promoted by Disney+

Trending in United States ···
**#MassShooting**
3,732 Tweets

Trending in United States ···
**Morgan Freeman**
161K Tweets

Only on Twitter · Trending ···
**Jason David Frank**
Trending with First Kevin Conroy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

 **Perkowski Legal P.C.** ···
@c_perkowski

← **Tweet**

**TheGuidance**
@guidance_the                                    •••

Nuevas imágenes de la secuela de #shazam ⚡ con Zachary Levi portando el nuevo traje. #dccomics

Translate Tweet



2:56 PM · Jun 3, 2021 · Twitter Web App

**1** Like

Tweet your reply                                    Reply

**Relevant people**

**TheGuidance**          Follow
@guidance_the
Todo el contenido geek al alcance de tu mano. Noticias, análisis, cómics narrados, curiosidades, etc.

**What's happening**

NFL · 38 minutes ago
**Browns at Bills**

**#Disenchanted** 🧹
Original movie now streaming
Ⓟ Promoted by Disney+

Trending in California          •••
**Rest In Peace**
56.4K Tweets

Only on Twitter · Trending          •••
**Rest in Power**
26.1K Tweets

Trending in United States          •••
**LGBTQ**
Trending with Colorado Springs, #ClubQ

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Search Twitter


Perkowski Legal P.C.
@c_perkowski





__ https://twitter.com/ElAragueno/status/1436721200852525000 __ at __ 2022-11-22 03:21:19 -0800 __

← **Tweet**



 El Aragüeño
@ElAragueno                                    ···

Jennifer Lawrence está embarazada de su primer hijo -
is.gd/1tPe8n #Farándula

Translate Tweet



9:00 AM · Sep 11, 2021 · TweetDeck

     

 Perkowski Legal P.C.   ···
@c_perkowski

 Tweet your reply                    **Reply**

🔍  Search Twitter

**Relevant people**

 El Aragüeño          **Follow**
@ElAragueno

EL PRIMER DIARIO DE ARAGUA. ¡50
años contando tu historia!

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**



**Home**

**#  Explore**

🔔 **Notifications** ①

**Messages**

**Bookmarks**

**Lists**

**Profile**

··· **More**

**Tweet**

Case 2:22-cv-09462-DMG-ADS   Document 23-31   Filed 03/13/23   Page 19 of 75   Page ID #:6112



**Tweet**

**Kardashian Brasil #TheKardashians**
@kardashibrasil

Kylie Jenner e Khloé Kardashian na after party da Balenciaga em Paris, ontem (02).



6:55 AM · Oct 3, 2022 · Twitter for iPhone

33 Retweets    7 Quote Tweets    490 Likes



Tweet your reply

Reply

**Zahra Hassani** @ZahraHa24286860 · Oct 3
Replying to @kardashibrasil
#StopHazaraGenocide

Show more replies

---

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Perkowski Legal P.C.**
@c_perkowski



---

Search Twitter

**Relevant people**



**Kardashian Brasil #Th...**    Follow
@kardashibrasil

O primeiro e melhor portal de notícias no Brasil sobre a família Kardashian e Jenner desde 2010 | @KBRMidia @KBRBackup. — We don't have contact with them.

**What's happening**

NFL · 2 minutes ago
**Browns at Bills**

**#Disenchanted**
Original movie now streaming
Promoted by Disney+

Trending in California
**Rest In Peace**
53.6K Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers

Sports · Trending
**Jeff Saturday**
5,021 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS   Document 23-31   Filed 03/13/23   Page 20 of 75   Page ID #:6113



← Tweet

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**



**Fifty Shades World**
@50shadesworldcm                                ···

3 HQ pictures of Dakota in LA yesterday!
#DakotaJohnson



10:10 PM · Sep 3, 2019 · Twitter for iPhone

**1** Retweet   **13** Likes

  Tweet your reply                      Reply

🔍 Search Twitter

## Relevant people

 **Fifty Shades World**
@50shadesworldcm                    **Follow**

I'm back 😊 Supporting and updating on #DakotaJohnson and #JamieDornan 💕 - Laura

## What's happening

FIFA World Cup · This morning
**England vs Iran**


Trending in United States                  ···
**Died Suddenly**
41.1K Tweets

Sports · Trending                          ···
**Lane Kiffin**
5,568 Tweets

Sports · Trending                          ···
**#WWERaw** 🔴
Trending with Sheamus, Kevin Owens

Sports · Trending                          ···
**John Sutcliffe**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**
@c_perkowski                ···

← **Tweet**

**LoveHotCelebs**
@LoveHotCelebs

RT & Like if you're loving thicc Rihanna... 🔥😛



11:41 PM · Sep 19, 2022 · Twitter for iPhone

25 Retweets   1 Quote Tweet   80 Likes

Tweet your reply                                    Reply

**David R** @D1rtyDavidR · Sep 12
Replying to @LoveHotCelebs
I definitely am loving that. But also, let us not forget the amazement of
pregnant Rihanna.



💬 2        ⟲ 2        ♡ 15

**CelebShrine** 🔥 @CelebShrine2022 · Sep 12
Replying to @D1rtyDavidR and @LoveHotCelebs
Preg Rihanna was the vibe we never knew we needed 💋

💬         ⟲         ♡ 3

Show more replies

---

**Relevant people**

**LoveHotCelebs**          Follow
@LoveHotCelebs
Hot pics of hot celebs... I am a man
and not any of the celebs I post...
Always looking to have fun...

**What's happening**

NFL · 1 hour ago
**Eagles at Colts**

**#Disenchanted** 🧙
Original movie now streaming
⊡ Promoted by Disney+

Trending in California
**Rest In Peace**
57.9K Tweets

Sports · Trending
**Melvin Gordon**
Trending with Zeke, Broncos

Trending in United States
**#FIFAWorldCup** 🏆
2.46M Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

**Perkowski Legal P.C.**  •••
@c_perkowski







Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

← **Tweet**

🐦 Home
# Explore
🔔 Notifications    1
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
⊙ More

**Tweet**

**Kardashian World**
@KUWTKWorld    ···

📸 **Kendall Jenner & Caitlyn Jenner at Lucky's restaurant in Malibu yesterday**



1:43 AM · May 29, 2022 · Twitter Web App

**58** Retweets   **5** Quote Tweets   **1,872** Likes

💬        ⟲        ♡        ⬆

Ⓟ  Tweet your reply                          **Reply**

**Susan SD Pasquale** @sdpasquale6259 · May 30
Replying to @KUWTKWorld
Beautiful! Love to see you having a good time with your Dad 🌟👍🤗❤❤❤
❤❤❤
💬        ⟲        ♡        ⬆

**Kurtheckhoff@gmail.com** @kurtheckhoff · May 29
Replying to @KUWTKWorld
Oh oh. In  Natur ohne schminke??!
💬        ⟲        ♡        ⬆

**Suzanne Pluschau** @PluschauSuzann1 · May 29
Replying to @KUWTKWorld
Caitlyn Jenner was the best dad to all his kids especially Kylie and Kendall.
Glad to see he has such a good relationship with his kids today.
💬  1     ⟲        ♡  7     ⬆

**NO SUGAR PLEASE** @nofnsugarplease · May 29
Replying to @PluschauSuzann1 and @KUWTKWorld
I love her relationship with her kids as well, she was definitely meant to be a
parent. All the car pooling alone would have driven most men nuts.
#allLADY
💬        ⟲        ♡        ⬆

**Amelie Demonseau** @MsAnnThrope1 · May 29
Replying to @KUWTKWorld
Ridiculous
💬        ⟲        ♡  1     ⬆

**Mrs Gwendolyn Fair** @gwenfair04 · May 29
Replying to @KUWTKWorld
🤣😂
💬        ⟲        ♡        ⬆

Show more replies

🔍 Search Twitter

## Relevant people

**Kardashian World**    **Follow**
@KUWTKWorld
The largest fan source for everything
Kardashian! #TheKardashians 🎬
Season 2 | Sept 22nd on Hulu! Kim &
Khloe follow ❤❤
admin@kardashianworld.net

## What's happening

FIFA World Cup · Yesterday
**World Cup Qatar 2022: Opening Ceremony**


Music · Trending                    ···
**Billy Joel**
1,264 Tweets

Trending in United States           ···
**#AMAs 🔥**
Trending with soobin, Sabrina

Trending in United States           ···
**utah**
13.2K Tweets

Music · Trending                    ···
**Lionel Richie**
3,857 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**    ···
@c_perkowski



https://twitter.com/SeriesUpdateFR/status/1321046688642369025 ___ et ___ 2022-11-22 11:14:23 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-31   Filed 03/13/23   Page 26 of 75   Page ID #:6119

🔍 Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⚫ More

**Tweet**

**Infos Séries** ···
@SeriesUpdateFR

Zendaya est arrivée à Atlanta pour le tournage de
'Spider-Man 3'. ❄️

Translate Tweet



4:10 AM · Oct 27, 2020 · Twitter for Android

**216** Retweets   **54** Quote Tweets   **2,350** Likes

💬   🔁   ♡   ⬆️

[P] Tweet your reply                                    Reply

---

@naomie_dl · Oct 27, 2020 ···
Replying to @SeriesUpdateFR
Les américains ils vivent sans masque en mode le covid existe pas 😅
💬   🔁   ♡   ⬆️

**Findus.** @chomei_ · Oct 27, 2020 ···
Replying to @SeriesUpdateFR
Meilleur nouvelle du jour. Sah j'ai trop hâte
💬   🔁   ♡   ⬆️

🖤 @tbeyy_ · Oct 27, 2020 ···
Replying to @SeriesUpdateFR
@D4RKANN qd il sort on va le voir ? 😍😍
💬 1   🔁   ♡   ⬆️

**Dãrkan** @D4RKANN · Oct 27, 2020 ···
Replying to @tbeyy_ and @SeriesUpdateFR
DOFFICE
💬   🔁   ♡   ⬆️

**Rayan** 🟩·🐎 @rageto17 · Oct 27, 2020 ···
Replying to @SeriesUpdateFR
Trop belle
💬   🔁   ♡   ⬆️

.'**Anna.** 🍨 @4nnaTRNL · Oct 27, 2020 ···
Replying to @SeriesUpdateFR
Olala j'ai de plus en plus hâte
💬   🔁   ♡ 8   ⬆️

**Romain** 🇫🇷 @romavi96 · Oct 27, 2020 ···
Replying to @SeriesUpdateFR
@CFerrieu ma femme est arrivée, je vais la rejoindre
💬 1   🔁   ♡ 1   ⬆️

---

**Perkowski Legal P.C.** ···
@c_perkowski

**Relevant people**



**Infos Séries**
@SeriesUpdateFR                **Follow**
Bienvenue sur votre premier compte
source français sur toutes vos séries,
films et plateformes de streaming
préférées. 🎬🍿
seriesupdatefr@gmail.com

**What's happening**

FIFA World Cup · 1 hour ago
**Mexico vs Poland**

#AvatarTheWayOfWater 🌊
Get tickets now · In theaters December 16
⬜ Promoted by Avatar

Celebrities · Trending            ···
**Tom Hanks**
4,976 Tweets

Only on Twitter · Trending         ···
**#MHASpoilers**
2,417 Tweets

Trending in California            ···
**Mexicans**
14K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Margvel** 🐾
@_Margvel

Más fotos del set de #TheFalconandtheWinterSoldier

Translate Tweet



9:57 AM · Jan 11, 2020 · Twitter for iPhone

**2** Retweets  **1** Quote Tweet  **43** Likes

Tweet your reply

Reply

**Relevant people**

**Margvel** 🐾
@_Margvel
Follow

Humor, información y updates del
Universo Marvel | 🎬
contactomargvel@gmail.com |
#SheHulk #IAmGroot

**What's happening**

NFL · 44 minutes ago
**Chiefs at Chargers**

#Disenchanted 🧚
Original movie now streaming
▶ Promoted by Disney+

Music · Trending
**harries**
4,612 Tweets

Trending in United States
**Bob Iger**
Trending with Chapek, Disney

Trending in United States
**#TheWalkingDead**
Trending with #TWDFinale, Michonne

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C. ···
@c_perkowski



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



**Ryan 'All Day News' Anderson**
@Ryans_Ramblings

Zemo doesnt have the good, but he looks good!
#FalconAndWinterSoldier




5:35 PM · Dec 18, 2019 · Twitter for Android

         

 Tweet your reply        Reply

Search Twitter

**Relevant people**



**Ryan 'All Day News' …**        Follow
@Ryans_Ramblings

Founder, Host, and EIC of
@TheNerdRagePod. As seen on
@CBSThisMorning! Instagram:
@RadRyGuy TikTok:
@Ryans_Ramblings Casting Inquiries:
NerdRagePod@gmail.com

**What's happening**

NFL · 3 hours ago
**Cowboys at Vikings**



**#Disenchanted** 🧹
Original movie now streaming
▣ Promoted by Disney+

Trending in California
**#BLACKPINK**
225K Tweets

Trending in California
**Dodger Stadium**
Trending with Elton John, Dodger Stadium

Trending in United States
**ARTIST OF THE YEAR**
22.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Tweet

Perkowski Legal P.C.
@c_perkowski   ···

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

← Tweet

**luddriel**
@luddriell_

Nuevas imágenes desde el set de #MadameWeb

Translate Tweet

11:04 AM · Oct 6, 2022 · Twitter for iPhone

**12** Likes

Tweet your reply

Reply

### Search Twitter

**Relevant people**

**luddriel**
@luddriell_
aquí chismeamos de todo

Follow

**What's happening**

NFL · LIVE
**Browns at Bills**

**#Disenchanted** 🧙
Original movie now streaming
▶ Promoted by Disney+

Trending in California
**Rest In Peace**
52.2K Tweets

Trending in California
**Hive**
31.6K Tweets

Only on Twitter · Trending
**Rest in Power**
23.9K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.



Perkowski Legal P.C.
@c_perkowski

_ https://twitter.com/allinitdrews/status/1296245564661805057 _ at _ 2022-11-22 15:58:26 -08:00



← **Tweet**

 **sam**
@allinitdrews                                                              ···

step on my neck



5:40 PM · Aug 19, 2020 · Twitter for iPhone

**8** Likes

         

   Tweet your reply                                    Reply

---

🔍 Search Twitter

**Relevant people**

 **sam**                                    Follow
@allinitdrews
fan account; justin followed 9.14.19

**What's happening**

FIFA World Cup · This morning                    
**Mexico vs Poland**

**#AvatarTheWayOfWater**👤
Get tickets now - In theaters December 16
📢 Promoted by Avatar

Entertainment · Trending                           ···
**Marvel**
84.4K Tweets

Trending in United States                          ···
**Francia**
112K Tweets

Food · Trending                                    ···
**Reddi Whip**
Trending with  Cool Whip

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

← **Tweet**

 **Foochia - فوشيا** ✔
@foochia

تألقت جنيفر لوبيز بإطلالة زرقاء اللون إلى جانب أليكس رودريغز في موعد غرامي

#فوشيا #مشاهير_هوليوود #جنيفر_لوبيز #اليكس_رودريغز #AlexRodriguez #Jlo

Translate Tweet



6:01 AM · Oct 14, 2020 · Hootsuite Inc.

**1** Retweet   **8** Likes

Tweet your reply                                    Reply

Q Search Twitter

## Relevant people

 **Foochia - فوشيا** ✔         Follow
@foochia

موقع يهتم بشؤون وشجون المرأة العربية، منه نطل على عالم الأزياء، الجمال، الرشاقة واللياقة، ونتابع أخبار المشاهير والفن والثقافة.

## What's happening

Television · 1 hour ago
**Saturday Night Live airing on NBC**                                

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States                    ···
**#DreamersbyJungkook**
Trending with #FIFAWorldCup 🏆

Trending in United States                    ···
**Blocked**
128K Tweets

Music · Trending                              ···
**JISOO**
Trending with #BLACKPINK , Camila

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

**Perkowski Legal P.C.** ···
@c_perkowski

https://twitter.com/fentystats/status/1407464265140936898...al _ 2021-11-22 05:33:03 -0600  
...08  Document 23-31  Filed 03/13/23  Page 32 of 75  Page ID  
#4326

FentyStats
@FentyStats

Rihanna in NYC last night. ❤️



11:05 PM · Jan 23, 2021 · Twitter Web App

**4,239** Retweets  **1,076** Quote Tweets  **28.1K** Likes

---

Tweet your reply                                    Reply

**Jhóle Thee Blaccfem 👑** · Jan 24, 2021
Replying to @FentyStats
she literally NEVER MISSES !!

**tasymoneysniper 🏀** @tipofhes360 · Jan 24, 2021
Replying to @FentyStats
Rihanna is effortlessly stunning. She can't do no wrong in my eyes 😍💙

**Yinka Tosin** @I_YINKA · Jan 24, 2021
Replying to @FentyStats
But forget her ID 😂

**☆HarSäy** @FentyStats · Jan 24, 2021
Replying to @FentyStats
The dunk in black 🖤

**No One** @NoOne_Nick · Jan 24, 2021
Replying to @FentyStats

♡ 1          ❤️ 14

**Sir Sergeant Kiptoo** 🇰🇪🇰🇪🇰🇪 @MissDollar_ · Jan 24, 2021
Replying to @Crazy_Nairobian your boo looking fine fine
@Crazy_Nairobian your boo looking fine fine

**Sir Sergeant Kiptoo** 🇰🇪🇰🇪🇰🇪 @MissDollar_ · Jan 24, 2021
Replying to @Crazy_Nairobian your boo looking fine fine
@Crazy_Nairobian your boo looking fine fine

**TheRealDuchessOfTailwind** @lovelytexcodes · Jan 24, 2021
Replying to @FentyStats
I want the dress please

**Chinaze🦋** @chukwuezuoom · Jan 24, 2021
Replying to @FentyStats
Rihanna looking  thotty coupled with that side thigh slit gown and it's pink 😍😍😩😩

**JerryKacione** @JerryKacione · Jan 24, 2021
Replying to @FentyStats
She hates bras 😂😂

**SAPA OF 30BG 😩** @Oejaaecez2 · Jan 24, 2021
Replying to @FentyStats
No pants or Bra 😍😍🔥🔥⚡⚡

**Mamba24** @autoboto2020 · Jan 23, 2021
Replying to @FentyStats
She got the dunk covered

**Bushidō Brown** @slow_burn_limmi · Jan 24, 2021
Replying to @FentyStats
Wish my gf could put that fit off 😭😭

**Madi** @menocee241 · Jan 24, 2021
Replying to @Slow_burn_limmi and @FentyStats
Da bmall dick energy
Show replies

**kassy** @efaaaxxy · Jan 24, 2021
Replying to @FentyStats and @MrinetG2N
Boobs everywhere

**E_Jeffrey💲** @Jeffreeeyzz77 · Jan 24, 2021
Replying to @FentyStats and @MrinetG2N
So you saw the nipples? 🤔🤔

**Roger** @rogere4100730 · Jan 24, 2021
Replying to @FentyStats
See a video online she got denied at an entrance 🤦🤦

**ruby🧚‍♀️** @RubyGrace_Music · Jan 24, 2021
Replying to @FentyStats
Queen of only wearing 1 colour and rocking it like no one could ever

**may 🎀** @badgyfjones · Jan 23, 2021
Replying to @FentyStats
Crown ??



♡ 1          ♻️ 2          ❤️ 11

**Abdul** @abdulmonof_ · Jan 24, 2021
Replying to @FentyStats
Yeah. For Queens only!

**ARON** @rkkkk1 · Jan 24, 2021
Replying to @FentyStats
All that just to get denied entry at a club

**Oliver James Lane** @oliverjameslane · Jan 24, 2021
Replying to @FentyStats
@nannijamliner

**Rianni Useño Useños (Lsayze🇻🇪🇻🇪🇻🇪** @NannhPfimova · Jan 24, 2021
Replying to @FentyStats
So who's gonna burn that bag to the underground of hell. Cos its ruining the look

**Toptenmike** @toptenmike · Jan 24, 2021
Replying to @FentyStats
@dkndaaghri9000

**Xeni _ _** @Xleni1 · Jan 24, 2021
Replying to @FentyStats
😂😂 Let me get back to doing leg presses 😂😂

**Dante** @Kded4d · Jan 24, 2021
Replying to @FentyStats
I don't know who she is. I need her id pls.

**MO BOBA** @MOBOBBA2166 · Jan 24, 2021
Replying to @FentyStats
Literally looks like a mushroom with that hat lol🍄🍄

**Bongi Mafaku** @Bongi_Ka_Mafaku · Jan 24, 2021
Replying to @BhungOBRA2166 and @FentyStats
Why are you like this

Search Twitter

**Relevant people**

FentyStats  Follow
@FentyStats
Daily stats and news about global
music icon, fashion designer and
entrepreneur, Robyn Rihanna Fenty |
@rihanna 🌹 Fan account 🌹
fentystats@gmail.com

**What's happening**

FIFA World Cup Qatar 2022 · Yesterday
World Cup Qatar 2022: Opening
Ceremony

Trending in United States
**Ole Miss**
5,381 Tweets

Science · Trending
**#Orion**
2,096 Tweets

Music · Trending
**Elton John**
Trending with Jordan Stadium

Trending in United States
**Caleb Williams**
1,667 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Perkowski Legal P.C.  ···
@_perkowski

__ https://twitter.com/filmnewsPL/status/1358907741323071489 __ at __ 2022-11-20 11:33:47 -08:00 __



← **Tweet**

Q Search Twitter

## Home

## Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**



**Film News**
@filmnewsPL

···

### Christian Bale, Margot Robbie i John David Washington na planie nowego filmu Davida O. Russella



2:37 PM · Feb 8, 2021 · Twitter for Android

**2** Retweets   **27** Likes

   

 Tweet your reply

Reply

### Relevant people



**Film News**
@filmnewsPL

Follow

 najnowsze wiadomości filmowe - kino polskie i zagraniczne, popularne i niezależne  kontakt: filmnewspl@gmail.com

### What's happening

NFL · LIVE
**Browns at Bills**



**#Disenchanted** 👸
Original movie now streaming
🎬 Promoted by Disney+

Entertainment · Trending
**Morgan Freeman**
182K Tweets

···

Trending in United States
**Rest In Peace**
44.7K Tweets

···

Trending in California
**Shakira**
109K Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.**
@c_perkowski   ···



← **Tweet**



Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

SneakPeek
@SNEAKPEEKCA

sneakpeek.ca/2019/02/birds-...
#BirdsofPrey #MargotRobbie #LeakedSetImages #SneakPeekCa

10:14 AM · Mar 12, 2019 · Twitter Web Client

2 Retweets    2 Likes

Tweet your reply

Reply

Perkowski Legal P.C.
@c_perkowski

Search Twitter

**Relevant people**

SneakPeek
@SNEAKPEEKCA          Follow
Invite Only

**What's happening**

Television · 41 minutes ago
**The Walking Dead airing on AMC**

#Disenchanted
Original movie now streaming
Promoted by Disney+

Trending in United States
#twdspoilers

Trending in United States
#TheWalkingDead
Trending with #TWDFinale, Rosita

Trending in United States
Wayne Brady
2,266 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

— https://twitter.com/FilmDevotion/status/1557307849562284032 __ el __ 2022-11-21 13:50:20 -0800

← **Tweet**

 **Film Devotion**
@FilmDevotion                                                    ···

The Blue Beetle movie starring Xolo Maridueña is on track for its August 2023 release date.

(Source: hollywoodreporter.com/movies/movie-n...)



3:08 AM · Aug 10, 2022 · Twitter for iPhone

**1** Retweet    **3** Likes

💬          ⇄          ♡          ⬆

 Tweet your reply                                    Reply

🔍 Search Twitter

**Relevant people**

 **Film Devotion**    Follow
@FilmDevotion
Devoted to delivering quick and reliable news on all things media related.

**What's happening**

FIFA World Cup · 19 minutes ago
**USA vs Wales**

Entertainment · Trending                    ···
**#Blade**

Lovecraft Country · Trending                ···
**Lovecraft Country**

Entertainment · Trending                    ···
**Yann Demange**
1,151 Tweets

https://twitter.com/cinepop/status/1529851551543660544 __ el __ 2022-11-21 09:06:16 -08:00

← **Tweet**

**Relevant people**

**CinePOP** ✔
@cinepop
···

Foram divulgadas as primeiras imagens de Xolo Maridueña ('Cobra Kai') como o Besouro Azul. O que você achou do uniforme?

#BlueBeetle

Translate Tweet



8:46 AM · May 26, 2022 · Twitter Web App

**3** Retweets   **53** Likes

💬     🔁     ♡     ⬆

P   Tweet your reply                      Reply

Lua Stark • 🌹 @luastark4 · May 26           ···
Replying to @cinepop
Ah, o Xolo é muito lindooooo 😍

💬     🔁     ♡ **1**     ⬆

Cristiano Gemaque @CristianoGem · May 27      ···
Replying to @cinepop
Ficou top. A DC é sempre MT boa em uniforme mas tem ver como vai ser a adaptação

💬     🔁     ♡     ⬆

**Relevant people**

CinePOP ✔        Follow
@cinepop
O seu site PREFERIDO de CINEMA!

**What's happening**

FIFA World Cup · LIVE
**Senegal vs Netherlands**

Trending in United States           ···
**Maher**
22.9K Tweets

Trending in California             ···
**Dodger Stadium**
13.8K Tweets

Trending in United States           ···
**Southgate**
42.4K Tweets

Entertainment · Trending           ···
**#AntManandTheWaspQuantumania**
1,631 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Perkowski Legal P.C.       ···
@c_perkowski

**Alex Salvatore** 🎭
@Alexromval

Las imágenes filtradas del rodaje de Madame Web me tienen así 🤭

(Las pongo en oculto porque a pesar de todo lo que rodea a las pelis de Sony habrá gente que no querrá ver nada).



⊘

**Content warning: Sensitive content**

The Tweet author flagged this Tweet as showing sensitive content.

Show

4:43 AM · Oct 7, 2022 · Twitter Web App

**1** Retweet **14** Likes

Tweet your reply — Reply

**VozFriki** @VozFriki · Oct 7
Replying to @Alexromval
Que cojones...
💬 1

**Alex Salvatore** 🎭 @Alexromval · Oct 7
Replying to @VozFriki
Eso digo yo
💬 1

**🦇Bat-wittero** 🎭 @Bat_wittero · Oct 7
Replying to @Alexromval
Tengo una duda,la oculto para no spoilear

⊘

**Content warning: Sensitive content**

The Tweet author flagged this Tweet as showing sensitive content.

Show

💬 3 ♡ 2

**Alex Salvatore** 🎭 @Alexromval · Oct 7
Replying to @Bat_wittero
Lo dudo, pero yo que sé ya
💬 1 ♡ 1

Show replies

**luis medina** @VaniroxLuis · Oct 7
Replying to @Alexromval
Ese es kraven no ? O por lo menos el actor
💬 1

**Alex Salvatore** 🎭 @Alexromval · Oct 7
Replying to @VaniroxLuis
No lo es
💬 1 ♡ 1

Show replies

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

Search Twitter

**Relevant people**

**Alex Salvatore** 🎭
@Alexromval    Follow

'Nadie puede juzgar desde fuera el amor'

**What's happening**

FIFA World Cup · 5 hours ago
**World Cup Qatar 2022: Opening Ceremony**



**#Disenchanted** 🥀
Original movie now streaming
⊡ Promoted by Disney+

Only on Twitter · Trending
**Rest in Power**
23.9K Tweets

Trending in California
**Rest In Peace**
51.9K Tweets

Trending in California
**Elton John**
10.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

https://twitter.com/raulbrindis/status/1481649210810273796 __ el __ 2022-11-22 00:16:09 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-31    Filed 03/13/23    Page 38 of 75    Page ID
#:6131

← Tweet

**Raúl Brindis** ✓
@raulbrindis

Que diferente vida vive Kim Kardashian con Pete Davidson. Mientras que con West solo eran lujos y regalos caros, ahora con el comediante se le ve disfrutando una pizza de 20 dólares y de postre un helado de una farmacia. ¡Que viva el amor!

Translate Tweet



7:27 AM · Jan 13, 2022 · Twitter for iPhone

**5** Retweets   **3** Quote Tweets   **119** Likes

Perkowski Legal P.C.
@c_perkowski

Tweet your reply                              Reply

**Kasum@** @d5wna · Jan 13
Replying to @raulbrindis
Simplemente regreso a lo que era antes de ser "famosa" puedes dejar el barrio, pero el barrio jamas te dejara.
♡ 1

**Yolanda Robledo** @yolrobledo · Jan 13
Replying to @raulbrindis
Lo sencillo del Amor siempre triunfará 🤗
♡ 1

**El Show de Yiyo** @ShowYiyo · Jan 13
Replying to @raulbrindis
Le ha de hacer mejor jale el Pitón perdón el Pete
♡ 1

**Nol** @mexicotnt · Jan 13
Replying to @raulbrindis
Cuando hay química en una pareja, lo demás es lo de menos.😊

**Ismael Rdz S.** @IsmaelR14399335 · Jan 13
Replying to @raulbrindis
Se me izo gorda...Raulito , la condenadota...😍

Search Twitter

**Relevant people**

**Raúl Brindis** ✓          Follow
@raulbrindis
Radio Host for El Show de Raúl Brindis

**What's happening**

NFL · 3 hours ago
**49ers at Cardinals**



**#AvatarTheWayOfWater**🌊
Get tickets now · In theaters December 16
📢 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**

Trending with World Premiere

Trending in California
**Mexicans**
6,894 Tweets

Trending in United States
**James cameron**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

https://twitter.com/Pramboro/status/1080267980783505410 __at__ 2022-11-21 15:59:18 -08:00
Document 23-31   Filed 03/13/23   Page 39 of 75   Page ID #:6132



**prambors** ✓
@Prambors

Rayakan Tahun Baru Bareng babang Orlando Bloom, @katyperry malah Ketemu Mantan! yak ternyata si @diplo lg di tempat yg sama dengan mwereka!

btw lo pernah ketemu mantan sama gebetan sama pacar barunya!? reaksi lo gimanaa?!?

akward kah? atau buang muka?
#DGITM
Translate Tweet

5:02 PM · Jan 1, 2019 · Twitter Web Client

**2** Retweets   **1** Quote Tweet   **29** Likes

Tweet your reply   **Reply**

**Perkowski Legal P.C.**
@c_perkowski

**Aridaisy** @devisnaw · Jan 1, 2019
Replying to @Prambors @katyperry and @diplo
Pernah. Pas lagi gandengan didepan XXI. Aku salamin, selamat ya!
Hahahahah
1   2   ♡

**Lul** @ultranuy · Jan 1, 2019
Replying to @Prambors @katyperry and @diplo
Seumur-umur gak pernah, pdhl pengen bgt ketemu 😭 #DGITM
1   4   ♡ 11

**Dw** @dwdianti · Jan 1, 2019
Replying to @ultranay and @Prambors
Gue pernah kak 4x haha
1   1   ♡
Show replies

**Dreamy on Tinder** @cracklingclack · Jan 1, 2019
Replying to @Prambors @katyperry and @diplo
reaksi ya: wah untunglah dia pny pacar baru "cepat2 melipir pergi jauh"
♡

**Nana Julia** @haysenja · Jan 1, 2019
Replying to @Prambors @katyperry and @diplo
pernah di mall dia sm cewe dan aku sapa aja "loh sm siapa kamu ?" aku
kamu tuh hahaha
1   ♡

@dohhkoxoxo · Jan 1, 2019
Replying to @Prambors @katyperry and @diplo
Unjuk kebolehan wkwk #DGITM
1   1   ♡

**dessy** @dessydenis · Jan 1, 2019
Replying to @Prambors @katyperry and @diplo
Ngajak double date Kalo si mantan pas sama pacarnya, kalo dia sendiri mah
kenalin ke pacar baru😂😂
♡   1   ♡

**cuman seseorang** @rindupantai · Jan 1, 2019
Replying to @Prambors @katyperry and @diplo
Si dor keluar kantor bareng pacarnya, tapi ane diem saja melihatin dari
kejauhan min, karena cinta ga boleh ngerusak hubungan #gabisamoveon
♡

**ute** @crmilktea · Jan 1, 2019
Replying to @Prambors @katyperry and @diplo
Kalo ga punya mantan gimana kak?:( #DGITM
♡

**anton krismiono** @antikrismiono · Jan 1, 2019
Replying to @Prambors @katyperry and @diplo
Biasa aja lha sudah bukan apa apa jd mereka seperti manusia biasa seperti
org2 biasa ketemu ya cuek, dia senyum balas senyum dunk
♡   1   ♡

This Tweet is from a suspended account. Learn more

**inaa** @inawzthr · Jan 1, 2019
Replying to @goymagoy @Prambors and 2 others
Jiri 😂😂
♡   ♡

This Tweet was deleted by the Tweet author. Learn more

**THX SOF** @mbietzihtime · Jan 1, 2019
Replying to @linimd @Prambors and 2 others
Horeem donggg iyah
1   ♡   ♡

Show additional replies, including those that may contain offensive
content   Show

**Relevant people**

**prambors** ✓
@Prambors   Follow
For youngsters on the move,
Prambors is Indonesia No.1 Hit Music
Station.

**KATY PERRY** ✓
@katyperry   Follow
LOVE is the key that unlocks every
door 🔐💗

**diplo** ✓
@diplo   Follow
random white dude be everywhere,
founder of smoothie world, feeding the
streets since 1885, also in major lazer,
silk city, jack ü, and LSD

**What's happening**

FIFA World Cup · This morning
**England vs Iran**

Entertainment · Trending
**Julia Fox**
8,640 Tweets

Sports · Trending
**Mexico City**
13.8K Tweets

Trending in California
**Dodger Stadium**
12.7K Tweets

Trending in United States
**Tampax**
20.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More...
© 2022 Twitter, Inc.

— https://twitter.com/diziepisode/status/1556240864334303233 __ at __ 2022-11-20 07:54:14 -08:00

← Tweet

Search Twitter

 **diziepisode**
@diziepisode

Madame Web filminin setinden, Dakota Johnson.



4:28 AM · Aug 7, 2022 · Twitter for Android

**4** Likes

**Relevant people**

 **diziepisode**
@diziepisode
Dizi & Film ve Sanat uğruna...
@diziepisode

Follow

**What's happening**

FIFA World Cup · LIVE
**World Cup Qatar 2022: Opening Ceremony**


#Disenchanted 💀
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
#MassShooting

Perkowski Legal P.C.
@c_perkowski

Tweet your reply

Reply

← **Tweet**



**Clicky Sound**
@ClickySound
···

[clickysound.com/brian-austin-g...](clickysound.com/brian-austin-g...) They found friendship in a hopeless place.



10:30 AM · Jun 17, 2020 · Clicky Sound



Tweet your reply

Reply

---

🔍 Search Twitter

**Relevant people**

**Clicky Sound**    Follow
@ClickySound
Photography at its Best!

**What's happening**

FIFA World Cup · This morning
**Mexico vs Poland**



#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar



Trending in California    ···
**Costco**
5,681 Tweets

Trending in United States    ···
**Erection**
16.1K Tweets

Entertainment · Trending    ···
**Marvel**
93.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Home**

**#** **Explore**

🔔 **Notifications**

✉ **Messages**

🔖 **Bookmarks**

**Lists**

**Profile**

⊙ **More**

**Tweet**

**Perkowski Legal P.C.**   ···
@c_perkowski



← **Tweet**

**Bishop**
@BlindWanda

···

I'm glad Margot Robbie is using protection with this homeless man.



3:37 PM · Jun 17, 2021 · Twitter Web App

**2** Quote Tweets   **9** Likes

Tweet your reply

Reply

---

## Relevant people

**Bishop**
@BlindWanda

Follow

Lover of Marvel, DC, Star Wars, Comics, Hailee Steinfeld, BLACKPINK, and many other things ()

## What's happening

FIFA World Cup · LIVE
**Mexico vs Poland**



**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
📢 Promoted by Avatar

Trending in California
**Mexicans**
8,756 Tweets
···

Trending in United States
**#SeleccionMexicana** 🇲🇽
8,506 Tweets
···

Trending in United States
**Argentina**
Trending with Messi
···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

## Left sidebar

🐦

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

⊙ More

**Tweet**

P **Perkowski Legal P.C.** ···
@c_perkowski

🔍 Search Twitter

← **Tweet**



**s**
@beliebinteam

···

## HE JUST LOOKS SO GOOD ARE U KIDDING



10:50 AM · Jan 30, 2020 · Twitter for iPhone

**29** Retweets  **2** Quote Tweets  **66** Likes

Tweet your reply

Reply

🔍 Search Twitter

### Relevant people



**s**
@beliebinteam

Follow

swap swap swap it out 🥣 | fan account

### What's happening

FIFA World Cup · 1 hour ago
**USA vs Wales**

Trending in United States
**#TheFive**

···

Sports · Trending
**Anthony Black**

···

Entertainment · Trending
**Kareem Daniel**

···

Trending in United States
**Trent Reznor**
9,052 Tweets

···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**

@c_perkowski   ···

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

https://twitter.com/jenniferupdates/status/1396195864612376562 __ el __ 2022-11-22 08:44:09 -0800
Case 2:22-cv-09462-DMG-ADS    Document 23-31    Filed 03/13/23    Page 44 of 75    Page ID
#:6137

Home

\# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.
@c_perkowski

**Jennifer Lawrence Updates**
@JenniferUpdates

Jennifer Lawrence looking beautiful as ever with her
husband Cooke Maroney



1:06 PM · May 22, 2021 · Twitter for iPhone

**30** Retweets    **44** Quote Tweets    **563** Likes

Tweet your reply                                    **Reply**

**Jennifer Lawrence Updates** @JenniferUpdates · May 22, 2021
Replying to @JenniferUpdates
Via:

justjared.com
Jennifer Lawrence Bares Her Midriff During Weeke...
Check out the new photos...

1                    42

**Niccolo_Circhirillo** @NiccoloCirchir1 · May 22, 2021
Replying to @JenniferUpdates
Damn!

GIF  ALT

**@FINNICK** · May 22, 2021
Replying to @JenniferUpdates
SHE LOOKS SO GOOD

**durki🌻** @petradurko · May 24, 2021
Replying to @JenniferUpdates
@rzslil ez a nó napról napra szebb👌

**John Antony Dunne** @Nexxus27 · May 23, 2021
Replying to @JenniferUpdates
Husband when did that happen?

1

Search Twitter

**Relevant people**

Jennifer Lawrence Up...          **Follow**
@JenniferUpdates
Your most reliable fan account for
Academy Award winner Jennifer
Lawrence since 2012. Not affiliated
with Jen or her team.

**What's happening**

FIFA World Cup · LIVE
**Mexico vs Poland**



**#AvatarTheWayOfWater🌊**
Get tickets now · In theaters December 16
Promoted by Avatar

Trending in United States
**#SeleccionMexicana🇲🇽**
8,171 Tweets

Trending in California
**Mexicans**
8,671 Tweets

Trending in United States
**#BoycottTampax**
1,480 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

__ https://twitter.com/BlinkStationTV/status/1582186451139174403 __ at __ 2022-11-20 07:35:38 -08:00 __



← **Tweet**

**Blink Station TV**
@BlinkStationTV                                          •••

Novas imagens do Chris Evans no set de Red One.




6:47 PM · Oct 17, 2022 · Twitter Web App

                    ♡          ⬆

   Tweet your reply                          Reply

---

**Relevant people**

  **Blink Station TV**          Follow
@BlinkStationTV

📣 Nos sigam para notícias, fofocas, rumores, fanfics, fanarts e umas coisitas mais! 📧| blinkcontato@gmail.com

**What's happening**

Formula 1 · 34 minutes ago
**Abu Dhabi Grand Prix 2022**



**#Disenchanted** 👸
Original movie now streaming
▶ Promoted by Disney+

Trending in United States                •••
**Morgan Freeman**
72.6K Tweets

Trending in United States                •••
**#FIFAKOOK**
29.5K Tweets

Trending in United States                •••
**RIP JDF**
1,196 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

🔍 Search Twitter

🏠 Home

#⃣ Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

**Perkowski Legal P.C.**          •••
@c_perkowski

# Tweet



1:30 PM · May 3, 2022 · Twitter for iPhone

**15** Retweets    **8** Quote Tweets    **261** Likes

## Relevant people

**Cinema Solace**
@CINEMASOLACE
Find solace in the never-ending world of cinema ✨
Follow

**Cinema Solace Media**
@SOLACECINEMA
media account for @CINEMASOLACE 📷
Follow

## What's happening

FIFA World Cup · LIVE
**England vs Iran**

Gaming · Trending
**3DS RAINBOW ROAD**
Trending with Maple Treeway

Events · Trending
**LGBT**
209K Tweets

Trending in United States
**Maguire**
Trending with Luke Shaw

Trending in United States
**England**
Trending with #ENGIRN, Saka

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



https://twitter.com/holyxpics/status/1347200122114970000____at__2020-11-22 02:00:27 -08:00

Document 23-31    Filed 53/13/23    Page 47 of 75    Page ID
#-6240

Search Twitter

### Home
### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

← Tweets

**best harry pics**
@hslylepics



🔴 Harry. Styles and HSHQ
12:33 pm · Jan 7, 2021 · Twitter for iPhone

**1,580** Retweets   **199** Quote Tweets   **25.7K** Likes

Tweet your reply                                    **Reply**

**Relevant people**

best harry pics
@hslylepics                                          Follow
Enjoy the best & latest contents of
Grammy winning artist @Harry_Styles.
(DM us for credits) 🔴 rightful owners of pictures

Harry. Styles. ✓
@Harry_Styles                                        Follow

HSHQ ✓
@HSHQ                                                 Follow
Official Twitter for @Harry_Styles info.
HS IG: instagram.com/harrystyles ||
HSHQ IG: instagram.com/hshq

**What's happening**

FIFA World Cup · LIVE
**Argentina vs Saudi Arabia**

#AvatarTheWayOfWater 🌊
Get tickets now – in theaters December 16
🔵 Promoted by Avatar

Entertainment · Trending
**Died Suddenly**
85.6K Tweets

Trending in United States
**El VAR**
69.4K Tweets

Trending in United States
**Argentina**
Trending with Messi, ARGSESA

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads Info   More···
© 2022 Twitter, Inc.

---

wafiq @stylesfreppe_ · Jan 7, 2021
Replying to @hslylepics @Harry_Styles and @HSHQ
he's so good

Best of Armaan malik @Am_Puran_22 · Jan 7, 2021
Replying to @hslylepics @Harry_Styles and @HSHQ
Awesome

carla¹ [ INDIGO & DREAMERS @caarlamoontoya · Jan 7, 2021
Replying to @hslylepics @Harry_Styles and @HSHQ
THIS THIS IS MY FAVORITE PERSON
Show this thread



♡ 44

carla¹ [ INDIGO & DREAMERS @caarlamoontoya · Jan 7, 2021
Replying to @hslylepics @Harry_Styles and @HSHQ
TPWK😊

carla¹ [ INDIGO & DREAMERS @caarlamoontoya · Jan 1, 2021
– treat people with kindness –
✨@Harry_Styles ✨
Show this thread

This media has been disabled in response to a report by the
copyright owner.

Golden Harry @GoldenHarryIs__ · Jan 7, 2021
Replying to @hslylepics @Harry_Styles and @HSHQ
My husband is so handsome omg! 😍😍

GIF

♡ 14

Samia_nssr @GoldenharryIs__ @hslylepics and 2 others
· Jan 7, 2021
How do u comment on your husband's photos with olivia wild these days
😭😭😭😭
Show replies

kamuel @Kamuel1 · Jan 7, 2021
Replying to @hslylepics @Harry_Styles and @HSHQ
I'm obsessed with that shirt

dxartm @dxartm · Jan 8, 2021
Replying to @hslylepics @Harry_Styles and @HSHQ
holding stuff like a pro.i could never 😍😍

RAYNE g. @raynesouza · Jan 8, 2021
Replying to @hslylepics @Harry_Styles and @HSHQ
😍😍😍😍😍

Yara Arees @yaraares17 · Jan 7, 2021
Replying to @hslylepics @Harry_Styles and @HSHQ
❤️❤️❤️❤️❤️❤️

dominikakrawczyk @dominikakrawc18 · Jan 7, 2021
Replying to @hslylepics @Harry_Styles and @HSHQ


do you all wanna know a little fun fact?

The pap pictures were taken in Santa
Barbara. As you can see in all the pics, the
restaurants are still open as everyone is
eating there. Well, Santa Barbara has all
their restaurants closed since December
6th and still hasn't open them. So think
you could, for proving that these are in
fact old and were probably taken in
November just like all the other ones. But
they're still trying to convince us that
these are recent (from January) so it
makes sense with their time line. Well,
that didn't work out.

you're very welcome :)

♡ 61
Show replies

nayi hs. cigarettes after s3x @hnaylxxcs_ · Jan 7, 2021
Replying to @hslylepics @Harry_Styles and @HSHQ
Quieren ver esta sonrisa por mucho más tiempo? #LibertyForLiam

nayi hs. cigarettes after s3x @hnaylxxcs_ · Jan 7, 2021
Show this thread

Perkowski Legal P.C. ···
@c_perkowski

__ https://twitter.com/AndyVermaut/status/1316005405567328257 __ at __ 2022-11-19 19:47:57 -08:00 __

← **Tweet**



**Andy Vermaut**
@AndyVermaut

···

Joe Jonas Is The Ultimate Doting Dad On Solo Stroll With Newborn Daughter Willa — Pic
hollywoodlife.com/2020/10/13/joe...



6:18 AM · Oct 13, 2020 · dlvr.it

 

  Tweet your reply                                    **Reply**

## Relevant people



**Andy Vermaut**        **Follow**
@AndyVermaut

Linked to WCPDCD, EADM, POSTVERSA, AIDL, EUtoday, ActNow for C, People Forests, Fundamental rights. Whatsapp +32499357495 denktankcarmenta@gmail.com

## What's happening

Television · LIVE
**Saturday Night Live airing on NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
**HE'S BACK**
131K Tweets

Music · Trending
**#AMAsFanFavorite** 🍉
1.65M Tweets

Sports · Trending
**#gamecockfootball**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/filmsbymeche/status/1091715824942018560 __ at __ 2022-11-19 23:51:34 -08:00 __



https://twitter.com/CosmicMMEdia/status/15567441160982640018 ... el _ 2022-11-20 23:49:48 -08:00
2-20-cv-09462-DMG-ADS   Document 23-31   Filed 03/13/23   Page 50 of 75   Page ID
#:6143

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Tweet**

Cosmic Media
@CosmicMMedia



1:48 PM · Aug 8, 2022 · Twitter for iPhone

82 Retweets   17 Quote Tweets   627 Likes

Tweet your reply                              Reply

🤖 Michael Taylor 🤖 @Yourdead99 · Aug 8
Replying to @CosmicMMedia
But like ain't no one replacing the og iron man 😭
   1
Show replies

Ash @cutebluesocks · Aug 8
Replying to @CosmicMMedia
It's probably a prototype and like iron man, she's gonna develop it as time goes on. Really psyched to see the hood though!
                                                   4

Droups Coup @DroupsCoup · Aug 8
Replying to @CosmicMMedia
Nice a physical suit
                                                   2

T'Chalia's Apprentice @Vishawn616 · Aug 9
Replying to @CosmicMMedia
All you CGI haters happy now?

Lucas Soares @lucassmarinh0 · Aug 8
Replying to @CosmicMMedia
THAT SUIT IS AMAZING
                                                   3

Jimmy Ramos @jimmylegends34 · Aug 8
Replying to @CosmicMMedia
WOW love the iron suit I like it a lot I can dig it 😍👍🥰⚡❤️💯🙌



GIF ALT
                                                   1

Sanjiv_200ping @Sanjiv_200ping · Aug 8
Replying to @CosmicMMedia
it kinda looks like the lightyear suit
   1                                               4

peµⱭ @Chadlyco · Aug 8
Replying to @Sanjiv_200ping and @CosmicMMedia
Exactly what I was thinking

Ethan @geekinoutethan · Aug 9
Replying to @CosmicMMedia
That suit is amazing!

Show additional replies, including those that may contain offensive content                                    Show

Perkowski Legal P.C.
@c_perkowski

Search Twitter

**Relevant people**

Cosmic Media                    Follow
@CosmicMMedia
Your #1 source for all leaks surrounding Marvel, Star Wars, and Disney | Backup for @cosmic_marvel

**What's happening**

NFL · 3 hours ago
Chiefs at Chargers

#Disenchanted 🎃
Original movie now streaming
⬛ Promoted by Disney+

Music · Trending
#DavidoAt30
57.4K Tweets

Trending in United States
Maher
22K Tweets

Trending in United States
Bob Iger
Trending with   Disney, Chapek

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

__ https://twitter.com/proposito5h__/status/1316463654466211338 __ at __ 2022-11-21 14:59:41 -08:00 __

← **Tweet**

**Sarinha**
@Proposito5h__

Lauren vem aqui amarrar o cadarço pra essa criança de novo POR FAVOR??????????



12:39 PM · Oct 14, 2020 · Twitter for Android

**3** Retweets   **33** Likes

Tweet your reply

Reply

---

🔍 Search Twitter

**Relevant people**



**Sarinha**
@Proposito5h__    Follow

~Nunca se sinta sozinha,eu estarei aqui quando precisar de mim~ Dinah Jane para mim 🦋 •fan account• (ela/dela)

**What's happening**

FIFA World Cup · 1 hour ago
**USA vs Wales**



Lovecraft Country · Trending
**Lovecraft Country**
Trending with #Blade, Yann Demange

Trending in United States
**$TSLA**
18.5K Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,279 Tweets

Trending in United States
**Kareem Daniel**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



**Perkowski Legal P.C.** ···
@c_perkowski

__ https://twitter.com/ClickySound/status/1242147292284682243 __ at __ 2022-11-19 21:35:06 -08:00 __

← **Tweet**



**Clicky Sound**
@ClickySound

···

clickysound.com/camila-cabello... The couple also recently hosted a live-stream performance for their fans amid the coronavirus pandemic.




10:52 AM · Mar 23, 2020 · Clicky Sound

   

 Tweet your reply

Reply

Q Search Twitter

**Relevant people**


**Clicky Sound**
@ClickySound
Follow

Photography at its Best!

**What's happening**

Television · 1 hour ago
Saturday Night Live airing on NBC



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Trending in United States   ···
**#DreamersbyJungkook**
Trending with #FIFAWorldCup 🏆

Trending in United States   ···
**Blocked**
128K Tweets

Music · Trending   ···
**JISOO**
Trending with #BLACKPINK , Camila

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**


**Perkowski Legal P.C.**
@c_perkowski   ···

Case 2:22-cv-09462-DMG-ADS   Document 23-31   Filed 03/13/23   Page 53 of 75   Page ID #:6146

← **Tweet**

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

This Tweet is from a suspended account. Learn more



**Perkowski Legal P.C.**
@c_perkowski

__ https://twitter.com/ClickySound/status/1241843084968824833 __ at __ 2022-11-19 22:22:02 -08:00 __



**Tweet**





Q Search Twitter

**Home**

**Explore**

**Notifications** 1

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Clicky Sound**
@ClickySound                    ...

clickysound.com/ben-affleck-st... Ben Affleck walks with lady love Ana de Armas, Kristen Stewart goes for a hike and more…







2:43 PM · Mar 22, 2020 · Clicky Sound

💬          🔁          ♡          ⬆

P  Tweet your reply                    **Reply**

## Relevant people



**Clicky Sound**
@ClickySound                    **Follow**
Photography at its Best!

## What's happening

Television · 2 hours ago
**Saturday Night Live airing on NBC**



**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber Reserve
▶ Promoted by Uber

Sports · Trending                    ...
**Pasadena**
1,597 Tweets

Sports · Trending                    ...
**Addison**
16.2K Tweets

Trending in United States          ...
**Blocked**
130K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

P  **Perkowski Legal P.C.**    ...
@c_perkowski

\_\_ https://twitter.com/ChrisEvansArg/status/1580845389035502082 \_\_ at \_\_ 2022-11-20 11:08:51 -08:00 \_\_

← **Tweet**



**Chris Evans Argentina - Sitio de Fans**
@ChrisEvansArg

···

📸: Más fotos de Chris Evans en el set de Red One



12:43 PM · Oct 13, 2022 · Twitter for Android

**29** Retweets   **5** Quote Tweets   **352** Likes

---

💬   🔁   ♡   ⬆️

@ **Who can reply?**
People @ChrisEvansArg mentioned can reply

## Sidebar

🔍 Search Twitter

### Relevant people



**Chris Evans Argentin...**
@ChrisEvansArg

**Follow**

Bienvenidos al primer club de fans en Argentina del actor @ChrisEvans . Activa la 🔔 para recibir toda la info en español e Inglés. Fandom acc

### What's happening

Formula 1 · 4 hours ago
**Abu Dhabi Grand Prix 2022**

**#Disenchanted** 💃
Original movie now streaming
▶️ Promoted by Disney+

Trending in California   ···
**#DonaldTrump**
41.1K Tweets

Entertainment · Trending
**Morgan Freeman**
177K Tweets

Trending in California   ···
**Shakira**
106K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

### Navigation

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
🗐 Lists
👤 Profile
⊙ More

**Tweet**



**Perkowski Legal P.C.**
@c_perkowski   ···

__ https://twitter.com/things_marvel/status/1195180984397787136 __ at __ 2022-11-21 15:08:01 -08:00 __



← **Tweet**

🔍 Search Twitter

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

⚇ Profile

⋯ More

**Tweet**

  **All Things Marvel**
@things_marvel   ⋯

ภาพล่าสุดของ Bucky จากซีรีส์ "The Falcon And The Winter Soldier"

justjared.com/2019/11/14/seb...



7:25 PM · Nov 14, 2019 · Twitter Web App

**160** Retweets   **3** Quote Tweets   **73** Likes

💬   ⟲   ♡   ⬆

  Tweet your reply   **Reply**

## Relevant people

  **All Things Marvel**
@things_marvel   **Follow**

News update for THAI fans of @Marvel Cinematic Universe. อัปเดตข่าวของจักรวาลภาพยนตร์มาร์เวลสำหรับแฟน ๆ ชาวไทย

## What's happening

  NFL · Yesterday
**Cowboys at Vikings**

Sports · Trending
**Mexico City**
13K Tweets

Trending in United States
**HOW IS THAT NOT A YELLOW**
1,319 Tweets

Trending in United States
**$TSLA**
18.3K Tweets

Trending in California
**Dodger Stadium**
12.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

  **Perkowski Legal P.C.**
@c_perkowski   ⋯

__ https://twitter.com/MovieCrazyP/status/1367278870402969904 __ at __ 2022-11-20 17:30:57 -08:00 __

← **Tweet**

 **Movie Crazy Planet** 
@MovieCrazyP                                                    ···

 **DESDE EL SET** 

Brad Pitt filmando #BulletTrain, cinta dirigida por David Leitch.



5:00 PM · Mar 3, 2021 · Twitter for Android

    

  Tweet your reply                                **Reply**

## Relevant people

 **Movie Crazy Planet ...**    **Follow**
@MovieCrazyP
 Noticias, tráilers, pósters, los
estrenos más recientes de cine, series
y televisión. Síguenos y activa la 🔔
moviecrazyplanet@gmail.com 📩

## What's happening

NFL · 4 hours ago
**Jets at Patriots**

**#Disenchanted** 🎬
Original movie now streaming
🎬 Promoted by Disney+

Trending in United States                    ···
**Dove Cameron**
4,520 Tweets

Trending in United States                    ···
**Wayne Brady**
1,236 Tweets

Trending in United States                    ···
**#AMAs** 🎤
Trending with soobin, yeonjun

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.**    ···
@c_perkowski



Thread

https://twitter.com/zaynjmnews/status/9512729554429313153 __ml __ 2022-11-21 16:29:45 -08:00
Case 2:22-cv-09462-DMG-ADS   Document 23-31   Filed 03/13/23   Page 59 of 75   Page ID #:6152

**Zayn Malik News**
@ZaynJMNews  •••

#HQ | Zayn out and about in NYC! (#1-4) via @JustJared.



zayn and inZAYN

6:02 PM · Jan 10, 2018 · Twitter for iPhone

**502** Retweets   **162** Quote Tweets   **1,112** Likes

Tweet your reply                    Reply

**zonash** @windowsilllll · Jan 10, 2018
Replying to @ZaynJMNews @JustJared and 2 others
😂😂😂😂😂😂

**Zayngel | WeAreListening|** @riifataqiya_z · Jan 10, 2018
Replying to @ZaynJMNews @JustJared and 2 others
He doesn't know how to age!!💜💛

**Nicole🍏** @Its_You_Zayn_ · Jan 10, 2018
Replying to @ZaynJMNews @JustJared and 2 others
@Naomift1D Tan bello mi macho 😍

**Nicole🍏** @Its_You_Zayn_ · Jan 10, 2018
Replying to @ZaynJMNews @JustJared and 2 others
I can't believe that he's turn 25 on Friday!!!!! 😱😱😱

**Pia Javiera Ruiz Rios** @PiaJavieraRui10 · Jan 10, 2018
Replying to @ZaynJMNews @JustJared and 2 others
Forever fashion zayn malik super COOL

**Harykrishnan** @HARY0SIX · Jan 11, 2018
Replying to @ZaynJMNews @JustJared and 2 others
Zayn ❤️

**eb** @ot5Grande · Jan 11, 2018
Replying to @ZaynJMNews @JustJared and 2 others
I love seeing his face more recently he looks really good

**NoName** @nightking994 · Jan 11, 2018
Replying to @ZaynJMNews @KaurRajkamal and 3 others
He is so small and cute 😭😭😭            1

**Rawan🇵🇸 #FreePalestine** @RawanElemar · Jan 11, 2018
Replying to @ZaynJMNews @JustJared and 2 others
Is he getting older or younger? I MEAN COMON @zaynmalik  ur amazing
😍😍😍😍😍            2

**Robbie Del Malik** @robwest19 · Jan 10, 2018
Replying to @ZaynJMNews @JustJared and 2 others
He's aging backwards! What's his secret            5

**nayeli** @jinyoungniaz · Jan 11, 2018
Replying to @ZaynJMNews @JustJared and 2 others
mijo tan precioso como siempre

---

## Sidebar

**Relevant people**



**Zayn Malik News** ✓
@ZaynJMNews            Follow
Keeping you up to date with the daily
habits of @zaynmalik | Contact:
zaynjmnews@gmail.com

**JustJared.com** ✓
@JustJared            Follow
Your #1 Entertainment Authority Also
follow @jaredeng @justjaredjr

**zayn** ✓
@zaynmalik            Follow
bit.ly/zaynfeedingbri...

**What's happening**



FIFA World Cup · 2 hours ago
USA vs Wales

Entertainment · Trending
Died Suddenly
34.4K Tweets

Trending in California
TSLA
23.9K Tweets

Trending in California
Dodger Stadium
12.2K Tweets

TV stars · Trending
Todd and Julie
2,219 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

---

## Left nav

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

**Tweet**

Perkowski Legal P.C.
@c_perkowski   •••

← **Tweet**

 **katie** 🙌
@weloveharry_1Dx

AND WHAT????? IM SUPPOSED TO SURVIVE THIS FILM ????



5:17 PM · Dec 1, 2020 · Twitter for iPhone

**4** Likes

🔍 Search Twitter

**Relevant people**

 **katie** 🙌        **Follow**
@weloveharry_1Dx
jack's housewife

**What's happening**

FIFA World Cup · 3 minutes ago
**Mexico vs Poland**


**#AvatarTheWayOfWater** 🌊
Get tickets now - In theaters December 16
▶️ Promoted by Avatar

Trending in United States
**Ochoa**
Trending with #MEXPOL, Lewandowski


Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
**Tweet**

 **Perkowski Legal P.C.**
@c_perkowski

Tweet your reply        **Reply**

← **Tweet**



**エリック口** @SoyEriksen

Imágenes desde el set de #MadameWeb muestra el que presuntamente sería el #villano de la cinta. #SpiderMan #MarvelStudios #SonyPictures

Translate Tweet




1:25 PM · Oct 6, 2022 · Twitter Web App

P   Tweet your reply          **Reply**

### Relevant people

 **エリック口** @SoyEriksen   **Follow**

#Geek  #Entretenimiento 🎮🔥 Live Enjoy And Learn ✌️

### What's happening

**NFL · LIVE**
**Browns at Bills**


**#Disenchanted** 👹
Original movie now streaming
▶ Promoted by Disney+

Trending in United States
**Rest In Peace**
49.8K Tweets

Entertainment · Trending
**Morgan Freeman**
190K Tweets

Only on Twitter · Trending
**Jason David Frank**
Trending with Power Rangers, Kevin Conroy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

 **Perkowski Legal P.C.** @c_perkowski ···

← **Tweet**



katie 🙌
@weloveharry_1Dx

D OWBSVEMD S SKLSHSJ

pussylightlytoasted

*pussy jumps*

Me: what is it girl??????

Fuente: pussylightlytoasted

5:16 PM · Dec 1, 2020 · Twitter for iPhone

26 Likes

Tweet your reply

Reply

**Relevant people**

katie 🙌
@weloveharry_1Dx

Follow

jack's housewife

**What's happening**

FIFA World Cup · 31 minutes ago
Mexico vs Poland

#AvatarTheWayOfWater 🌊
Get tickets now - In theaters December 16
▶ Promoted by Avatar

Celebrities · Trending
Anthony Mackie

Sports · Trending
Cristiano Ronaldo
Trending with #ManchesterUnited

Sports · Trending
Viva Ronaldo
3,864 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



Perkowski Legal P.C.  ···
@c_perkowski

— https://twitter.com/FueraPlano/status/1206732552620433408 __ at __ 2022-11-21 12:42:30 -08:00 __

← **Tweet**



**Fuera de Plano** 🎭 🇦🇷
@FueraPlano

Confirmado! Gracias a las nuevas imágenes filtradas se confirma la existencia de S.W.O.R.D en el MCU y la serie 'WandaVision'. #WandaVision

Translate Tweet





4:27 PM · Dec 16, 2019 · Twitter for iPhone

1 Like

Tweet your reply

Reply

## Relevant people

**Fuera de Plano** 🎭 🇦🇷
@FueraPlano

Follow

Amantes del cine y las series. Noticias, recomendaciones, reseñas, sorteos y más! Twitch: twitch.tv/fueradeplanoli...

## What's happening

FIFA World Cup · LIVE
**USA vs Wales**

Trending in California
**LETS GOOOOOO**
3,234 Tweets

Trending in United States
**WHAT A SAVE**
8,208 Tweets

Trending in United States
**Medford Messi**

Trending in United States
**1-0 USA**
19.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.** ···
@c_perkowski



← **Tweet**

**Anne Hathaway Italy**
@HathawayItalia                                                    •••

Sono iniziate le riprese di "The Idea of You" in Atlanta.
Ecco #AnneHathaway mentre gira delle scene con
#NicholasGalitzine

Translate Tweet

11:45 PM · Oct 20, 2022 · Twitter for Android

**8** Retweets   **49** Likes

Tweet your reply                                           Reply

**Search Twitter**

## Relevant people

**Anne Hathaway Italy**          Follow
@HathawayItalia

First and biggest italian resource
about Anne Hathaway II On Fb:
goo.gl/fAuIwc

## What's happening

Television · 1 hour ago
**Saturday Night Live airing on
NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
Promoted by Uber

Trending in United States                                    •••
**HE'S BACK**
149K Tweets

Trending in United States                                    •••
**Blocked**
130K Tweets

Trending in United States                                    •••
**Trump's Twitter**
Trending with Vox Populi

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**



**Perkowski Legal P.C.**          •••
@c_perkowski

https://twitter.com/bieberinfobr/status/1486548131324043271 __ at __ 2022-11-21 23:24:45 -08:00
Case 2:22-cv-09462-DMG-ADS    Document 23-31    Filed 03/13/23    Page 66 of 75    Page ID
#:6159



← **Tweet**


Bieber Info Brasil
@bieberinfobr                                                    ...

Justin Bieber foi visto ontem, 26 de janeiro, em Beverly Hills, na California.



7:54 PM · Jan 26, 2022 · Twitter for iPhone

**3** Retweets  **17** Likes

Q          Search Twitter

**Relevant people**

   **Bieber Info Brasil**          Follow
@bieberinfobr
Fan account @justinbieber

**What's happening**

NFL · 3 hours ago
**49ers at Cardinals**



Entertainment · Trending                    ...
**Died Suddenly**
71.9K Tweets

Trending in California                       ...
**Mexicans**
6,542 Tweets

Entertainment · Trending                    ...

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

Perkowski Legal P.C.   ...
@c_perkowski

Tweet your reply                    Reply

Case 2:22-cv-09462-DMG-ADS    Document 23-31    Filed 03/13/23    Page 67 of 75    Page ID #:6160



Tweet

**Margvel** 🐾
@_Margvel

Primeras imágenes de Alaqua Cox como Maya López/Echo en el set de #Hawkeye 🏹

Translate Tweet

3:30 PM · Apr 8, 2021 · Twitter for Android

**1** Retweet    **57** Likes

Tweet your reply

Reply

**Relevant people**

**Margvel** 🐾
@_Margvel                          Follow

Humor, información y updates del
Universo Marvel | 🏆
contactomargvel@gmail.com |
#SheHulk #IAmGroot

**What's happening**

Television · Starts at 7:00 PM
**Saturday Night Live airing on
NBC**

**#GetYourRideRight**
Book your ride up to 30 days ahead with Uber
Reserve
Promoted by Uber

Trending in United States
**HE'S BACK**
113K Tweets

Music · Trending
**Chris Brown**

Trending in California
**Messi**
428K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.



Perkowski Legal P.C.
@c_perkowski



Tweet

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Margvel ✨
@_Margvel

Primer vistazo a Dominique Thorne como Riri Williams/Ironheart

MIRA LO QUE ES ESE TRAJE PAPAAAAAAA



2:03 PM · Aug 6, 2022 · Twitter for iPhone

15 Retweets    7 Quote Tweets    286 Likes

Tweet your reply                    Reply

Mate 🦇 @mate_navv · Aug 8
Replying to @_Margvel
Es el doomslayer xd

GIF  ALT

Nico @Nicovallejos_ · Aug 8
Replying to @_Margvel

YUM!

Elian @Elian4G_ · Aug 8
Replying to @_Margvel
espero y no se quejen de que el traje no sea 100 CGI, porque ya se como se paso la gente con Iron Man en Civil War

Nak @Nach_PM1 · Aug 8
Replying to @_Margvel
No se que me emociona más que sea el nuevo prototipo de un mark desde la muerte de Tony O que se parezca al doom slayer 😍😍😍😍😍 se que me voy a tatuar los trajes de Riri

El Negro 🐺 @MartinVechiatti · Aug 8
Replying to @_Margvel
La máscara me da Spaw vibes

GIF  ALT

Juampi Peralta @Peraltajuampi15 · Aug 8
Replying to @_Margvel
Parecen un personaje del Halo

GIF  ALT

Akira 🌟 @borussiasrg_ · Aug 8
Replying to @_Margvel

YEEESSS!

GIF  ALT

dorian 🐾 @thescarecrowley · Aug 8
Replying to @_Margvel
dios mío toda

0900Dyakon @0900csackX · Aug 9
Replying to @_Margvel
Malísimo pero supongo que no es el traje final

ROAN @Caucancristal · Aug 9
Replying to @0900csackX and @_Margvel
No se donde ves lo lo malo 😂😂😂

Perkowski Legal P.C. ...
@_perkowski

Search Twitter

Relevant people

Margvel ✨                    Follow
@_Margvel
Humor, información y updates del Universo Marvel | 🧍
contactomargvel@gmail.com | #SheHulk #AlmGroot

What's happening

Television · 4 hours ago
Last Week Tonight With John Oliver airing on HBO

Music · Trending
#TheWalkingDead
Trending with #TWDFinale, Michonne
76.1K Tweets

Music · Trending
sabrina

Trending in United States
Bob Iger
Trending with Disney, Chapek

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ...
© 2022 Twitter, Inc.



https://twitter.com/hsfasharchive/status/1560802412453142526___et___2022-11-21 07:36:19 -08:00  Document 23-31    Filed 03/13/23    Page 70 of 75    Page ID #:6163

**Harry Styles Fashion Archive**
@hsfasharchive

Harry wore a one-of-a-kind Bode crochet lace shirt out in New York.

The brand posted this look on the IG story so we could finally confirm it!



HARRY STYLES FASHION ARCHIVE

6:34 PM · Aug 19, 2022 · TweetDeck

**56** Retweets   **16** Quote Tweets   **1,003** Likes

### Relevant people

**Harry Styles Fashion ...**   [Follow]
@hsfasharchive
HSFA is your best resource for clothing, shoes, and accessories worn by Harry Styles.
instagram.com/hsfashionarchi...

### What's happening

FIFA World Cup · 5 minutes ago
**England vs Iran**

Gaming · Trending
**3DS Rainbow Road**
Trending with   Maple Treeway

Trending in California
**#BLACKPINK_WORLDTOUR**
59.1K Tweets

Trending in United States
**Schiff**
69K Tweets

Trending in United States
**England**
Trending with   #ENGIRN, Saka

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2022 Twitter, Inc.

Tweet your reply   [Reply]

---

**tpwk 🗽** @darlingrry · Aug 19
Replying to @hsfasharchive
next thing everyone is gonna crochet and so will i!
♡ 7

**Nicole B.** @justnicole2010 · Aug 19
Replying to @hsfasharchive
I love that whenever he's wearing something cool and unique it's always Bode!

**Ashe Thaine** @asherseaman · Aug 19
Replying to @hsfasharchive
It's beautiful

**leigh** 🏳️‍🌈 @hsleftdimple · Aug 19
Replying to Harry
I would love to watch Harry shopping or just choosing what clothes to wear from his closet
♡ 3

**Stacy.slg0201** @slg0201 · Aug 19
Replying to @hsfasharchive
Colors to match his new merch 🤔

**Emmy 🦋** @ivegotthecinema · Aug 19
Replying to @hsfasharchive
i😭need😭the😭 pattern😍
♡ 1

**Emmy 🦋** @ivegotthecinema · Aug 19
Replying to @ivegotthecinema and @hsfasharchive
youtu.be/N0uYHCA0ua4

similar stitch tut👆

▶ youtube.com
FANTASTIC Very Beautiful Flower Crochet Pattern ° ...
Hello everyone, We are back with another fantastic crochet knitting motif video. the making of new ...
♡ 5

**GreenWhisper28🍄🌈☘️⚽️😻** @GreenWhisper28 · Aug 19
Replying to @hsfasharchive
Je trouve ça très laid personnellement......😕
♡ 1

**Marie EnToilette n couple avec Pq💖🌈🙌🏼👗💃🏽** @entoilette · Aug 20
Replying to @GreenWhisper28 and @hsfasharchive
C'est fait par des mamies exploitées
♡ 1

Show replies

__ https://twitter.com/AndresJovannyMa/status/1329598446043615234 __ at __ 2022-11-21 18:03:57 -06:00 __

← **Tweet**

 **ANDY JONNY**
@AndresJovannyMa

⋯

Tenemos la primera imagen desde el set de #KamalaKhan y ya la quiero ver cómo #MisMarvel está usando un casco de Capitana Marvel ⚡

Translate Tweet



5:32 PM · Nov 19, 2020 · Twitter for Android

**2** Likes

💬          🔁          ♡          ⬆

 Tweet your reply          **Reply**

**Search Twitter**

**Relevant people**

 **ANDY JONNY**
@AndresJovannyMa          **Follow**

EL PENSAR Y EXPRESAR 💙🩷 Tengo un canal en YouTube ▶️ ANDY JONNY 😁

**What's happening**

NFL · LIVE
**49ers at Cardinals** 

Trending in United States          ⋯
**Died Suddenly**
43.2K Tweets

Bachelor in Paradise · Trending          ⋯
**Genevieve**
10.1K Tweets

Sports · Trending          ⋯

Home
# Explore
🔔 Notifications
Messages
🔖 Bookmarks
Lists
Profile
⋯ More

**Tweet**

 Perkowski Legal P.C.
@c_perkowski          ⋯

__ https://twitter.com/AndresJovannyMa/status/1350929935431565313 __ at __ 2022-11-20 18:53:34 -08:00 __

← **Tweet**

 **ANDY JONNY**
@AndresJovannyMa

···

Esta imagen de #SpiderMan3  es genial 😂🤩



2:16 PM · Jan 17, 2021 · Twitter for Android



 Tweet your reply                          Reply

🔍 Search Twitter

**Relevant people**

 **ANDY JONNY**                          Follow
@AndresJovannyMa

EL PENSAR Y EXPRESAR 💙🩷 Tengo
un canal en YouTube ▶️ ANDY
JONNY 😋

**What's happening**

NFL · LIVE
**Chiefs at Chargers**



#Disenchanted 🧛
Original movie now streaming
🔲 Promoted by Disney

← **Tweet**

**M** **MEFeater Magazine**
@mefeater

Halle Bailey looking every bit of pretty in this all black leather look 🖤



👤 Halle

2:28 PM · Oct 10, 2022 · Twitter for iPhone

**162** Retweets   **18** Quote Tweets   **1,940** Likes

💬          🔁          ♡          ⬆️

**P** Tweet your reply                    **Reply**

**Quinn Thee Mini Horse** @A_F_R_O_D_I_T_E · Oct 10
Replying to @mefeater and @HalleBailey
I want this fit so bad 🖤😈

💬          🔁          ♡          ⬆️

Show additional replies, including those that may contain offensive content          Show

---

🔍 Search Twitter

**Relevant people**

**M** **MEFeater Magazine**          **Follow**
@mefeater
MEF Music ❤️ Entertainment ❤️ Fashion "Where the IT GIRLS get their news" 📈

**Halle** ✔️          **Follow**
@HalleBailey
peek into my happy place 🥰 please know only positivity and love is allowed ❤️🧡❤️🌷🌹🥀🌸🌷🌼🥀

**What's happening**

NFL · 🔴 LIVE
**Eagles at Colts**

**#Disenchanted** 🤪
Original movie now streaming
▶️ Promoted by Disney+

Trending in California
**Rest In Peace**
55.5K Tweets

Sports · Trending
**Fields**
Trending with Bears, Falcons

Only on Twitter · Trending
**Rest in Power**
25.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**P** **Perkowski Legal P.C.**  ···
@c_perkowski

🐦 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⊙ More

**Tweet**

https://twitter.com/dakotajohnsonpt/status/1578052141591281664 __ et __ 2022-11-19 23:07:32 -08:00

Thread

**Dakota Johnson Portugal** ✔
@dakotajohnsonpt

🔞💥 SPOILERS!

Confiram novas fotos das filmagens de uma cena de #MadameWeb ontem, 06, em Boston. A cena foi filmada com a body double da Dakota.
#DakotaJohnson
Translate Tweet



8:58 AM · Oct 6, 2022 · Twitter for iPhone

33 Retweets    4 Quote Tweets    177 Likes

Tweet your reply                                        Reply

**Dakota Johnson Portugal** ✔ @dakotajohnsonpt · Oct 6
Replying to @dakotajohnsonpt
Erros em Boston, as fotos são do hoje dia 06!
                                        1            10

**Arthur** @Arthur65381575 · Oct 6
Replying to @dakotajohnsonpt
Interesting, but who is the guy she's fighting? Could he be the main villain? 🤔
                                        1

**Gokubra** @Gokubra88 · Oct 6
Replying to @dakotajohnsonpt
Trash

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Perkowski Legal P.C.**
@c_perkowski

---

Search Twitter

**Relevant people**

 **Dakota Johnson P...** ✔    Follow
@dakotajohnsonpt

A tua única e melhor fonte de informações sobre a atriz, ativista e produtora Dakota Johnson em Portugal, online desde 2018! — 📷: @DJPTMidias | Fã-Clube.

**What's happening**


Television · 3 hours ago
Saturday Night Live airing on NBC

#GetYourRideRight
Book your ride up to 30 days ahead with Uber Reserve
Promoted by Uber

Trending in United States
Jason David Frank

Trending in United States
Waka Waka
47.5K Tweets

Trending in United States
Blocked
130K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Case 2:22-cv-09462-DMG-ADS   Document 23-31   Filed 03/13/23   Page 75 of 75   Page ID #:6168

**Tweet**

**NoControlProjec**
@NoControlProjec

## HIS HAND IN MARRIAGE RIGHT FCKING NOW PLS



6:14 PM · Dec 1, 2020 · Twitter for iPhone

**20** Retweets   **3** Quote Tweets   **199** Likes

Tweet your reply                          Reply

**spencer**. @tbslindsay · Dec 1, 2020
Replying to @NoControlProjec
why i think this was sheldon cooper? 😌👊

1

**Sarah** @sarahmh0218 · Dec 2, 2020
Replying to @tbslindsay and @NoControlProjec
😂😂😂

### Relevant people

**NoControlProjec**         Follow
@NoControlProjec
Fan Account 10yearsof1d.com

### What's happening

FIFA World Cup · LIVE
**USA vs Wales**

Entertainment · Trending
**Julia Fox**
4,721 Tweets

Trending in United States
**Vamos USA**

Music · Trending
**Ciara**
10.8K Tweets

Trending in United States
**National Anthem**
65.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Perkowski Legal P.C.**
@c_perkowski