QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Daniel C. Posner (Bar No. 232009)
  danposner@quinnemanuel.com
  Justin C. Griffin (Bar No. 234675)
  justingriffin@quinnemanuel.com
  Laurenne M. Babayan (Bar No. 348075)
  laurennebabayan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Defendant, Twitter, inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>             Plaintiff,<br><br>     vs.<br><br>TWITTER, Inc., a Delaware corporation and DOES 1-10, inclusive,<br><br>             Defendants. | Case No. CV 22-9462-DMG (ADSx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>The Honorable Dolly M. Gee<br><br>Courtroom 8C |

The parties in the above-captioned action have filed a Stipulation to Extend Defendant Twitter, Inc.'s Deadline to Respond to Plaintiff BackGrid USA, Inc.'s First Amended Complaint (hereafter "FAC").  Having considered the Stipulation, and good cause appearing, it is hereby GRANTED.

Accordingly, it is hereby ORDERED that:

1. The deadline for the Parties to complete a meet and confer pursuant to Rule 7-3 on any Rule 12 motion Defendant may file in response to the FAC shall be April 21, 2023.
2. The deadline for Defendant to respond to the FAC shall be May 12, 2023.
3. The deadline for Plaintiff to oppose any Rule 12 motion filed by Defendant in response to the FAC shall be June 16, 2023.
4. the deadline for Defendant to submit reply in support of any Rule 12 motion filed by Defendant in response to the FAC shall be June 30, 2023.
5. The hearing on any Rule 12 motion filed by Defendant in response to the FAC shall be July 21, 2023.

IT IS SO ORDERED.

DATED: _____

_____
Hon. Dolly M. Gee
United States District Judge