UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TWITTER, Inc., a Delaware corporation and DOES 1-10, inclusive,<br><br>Defendant. | Case No. CV 22-9462-DMG (ADSx)<br><br>**ORDER APPROVING STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT [24]** |

The parties in the above-captioned action have filed a Stipulation to Extend Defendant Twitter, Inc.'s Deadline to Respond to Plaintiff BackGrid USA, Inc.'s First Amended Complaint (hereafter "FAC"). Having considered the Stipulation, and good cause appearing, it is APPROVED.

Accordingly, IT IS HEREBY ORDERED that:

1. The deadline for the Parties to complete a meet and confer pursuant to Rule 7-3 on any Rule 12 motion Defendant may file in response to the FAC shall be April 21, 2023.

2. The deadline for Defendant to respond to the FAC shall be May 12, 2023.

3. The deadline for Plaintiff to oppose any Rule 12 motion filed by Defendant in response to the FAC shall be June 16, 2023.

4. the deadline for Defendant to submit its reply in support of any Rule 12 motion filed by Defendant in response to the FAC shall be June 30, 2023.

5. The hearing on any Rule 12 motion filed by Defendant in response to the FAC shall be July 21, 2023 at 9:30 a.m.

IT IS SO ORDERED.

DATED: April 7, 2023

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE