QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Daniel C. Posner (Bar No. 232009)
  danposner@quinnemanuel.com
  Justin C. Griffin (Bar No. 234675)
  justingriffin@quinnemanuel.com
  Laurenne M. Babayan (Bar No. 348075)
  laurennebabayan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendant Twitter, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TWITTER, INC., a Delaware corporation and Does 1-10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-09462-DMG-ADS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TWITTER'S MOTION TO DISMISS**<br><br>Date: July 21, 2023<br>Time: 8:30 a.m.<br>Judge: The Honorable Dolly M. Gee<br>Courtroom: 8C |

**[PROPOSED] ORDER**

The Court, having considered Defendant Twitter's Motion to Dismiss, and finding good cause, HEREBY ORDERS that Defendant's motion is GRANTED.

Pursuant to Rule 12(b)(6), Plaintiff's First Amended Complaint is hereby DISMISSED with prejudice.

IT IS SO ORDERED.

DATED: _____, 2023

_____
Hon. Dolly M. Gee