QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Daniel C. Posner (Bar No. 232009)
  danposner@quinnemanuel.com
  Justin C. Griffin (Bar No. 234675)
  justingriffin@quinnemanuel.com
  Laurenne M. Babayan (Bar No. 348075)
  laurennebabayan@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

*Attorneys for Defendant Twitter, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>             Plaintiff,<br><br>       vs.<br><br>TWITTER, INC. a Delaware corporation,<br><br>             Defendant. | Case No. 2:22-cv-09462-DMG-ADS<br><br>**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT**<br><br>The Honorable Dolly M. Gee<br>Courtroom:  8C |

1    Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for
2 named Defendant Twitter, Inc. hereby states that Twitter, Inc. has been merged into
3 X Corp. and no longer exists.

4    X Corp. is a privately held corporation incorporated under the laws of the
5 State of Nevada.  Its parent corporation is X Holdings Corp.  No publicly traded
6 corporation owns 10% or more of the stock of X Corp. or X Holdings Corp.

7    Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the
8 undersigned counsel of record for Defendant X Corp. certifies that the following
9 listed persons, associations of persons, firms, partnerships, corporations (including,
10 but not limited to, parent corporations), or other entities (i) have a financial interest
11 in the subject matter in controversy or in a party to the proceeding, or (ii) have a
12 non-financial interest in that subject matter or in a party that could be substantially
13 affected by the outcome of this proceeding:

14    • X Corp.

15    • X Holdings Corp.

16
17 DATED:  May 16, 2023          QUINN EMANUEL URQUHART &
                                 SULLIVAN, LLP
18

19

20                    By  */s/ Daniel C. Posner*
                         _____
21                         Daniel C. Posner
                          Justin C. Griffin
22                        Laurenne M. Babayan

23
                          *Attorneys for X Corp., sucessor in interest*
24                        *to Twitter, Inc.*

25

26

27

28

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all counsel of record electronically or by another manner authorized under FED. R. CIV. P. 5(b) on this the 16th day of May 2023.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By _/s/ Daniel C. Posner_
      Daniel C. Posner
      Justin C. Griffin
      Laurenne M. Babayan
      *Attorneys for X Corp., a successor in*
      *interest to Twitter, Inc..*