# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., a Delaware corporation and DOES 1-10, inclusive,<br><br>Defendants. | No. CV 22-9462-DMG (ADSx)<br><br>**ORDER RE JOINT STIPULATION TO MODIFY SCHEDULING AND CASE MANAGEMENT ORDER [38]** |

Having considered the Parties' Joint Stipulation to Continue the Case Deadline Dates [Doc. # 38], and good cause appearing,

**IT IS HEREBY ORDERED** that the Scheduling and Case Management Order for Jury Trial ("CMO") [Doc. # 37] is amended as follows:

| MATTER | CURRENT DATE | NEW DATE |
|---|---|---|
| Trial | 12-9-25 | 3-31-26 @ 8:30 a.m. |
| Final Pretrial Conference | 11-11-25 | 3-3-26 @ 2:00 p.m. |
| Amended Pleadings and Addition of Parties Cut-Off (by stip or motion, and includes hearing of motions to amend) | 11-15-25 | 3-7-26 |
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | 6-6-25 | 9-26-25 |
| Motion Cut-Off (filing deadline) | 8-15-25 | 12-5-25 |
| Last hearing date for dispositive motions | 9-19-25 | 1-9-25 |
| Initial Expert Disclosure & Report Deadline | 6-17-25 | 10-7-25 |
| Rebuttal Expert Disclosure & Report Deadline | 7-15-25 | 11-4-25 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | 8-5-25 | 11-25-25 |

]

| Settlement Conference Completion Date | 10-14-25 | 3-3-26 |
|---|---|---|
| Joint Status Report re Settlement | 10-21-25 | 02-10-26 |
| Motions in Limine Filing Deadline | 10-21-25 | 02-10-26 |
| Opposition to Motion in Limine Filing Deadline | 10-28-25 | 02-17-26 |
| Proposed Pretrial Conference Order | 10-21-25 | 02-10-26 |
| Contentions of Fact/Law | 10-21-25 | 02-10-26 |
| Pretrial Exhibit Stipulation | 10-21-25 | 02-10-26 |
| Joint Exhibit List | 10-21-25 | 02-10-26 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 10-21-25 | 02-10-26 |
| Agreed Statement of the Case | 10-21-25 | 02-10-26 |
| Proposed Voir Dire Questions | 10-21-25 | 02-10-26 |
| Joint Statement of Jury Instructions & Joint Statement of Disputed Instructions | 10-21-25 | 02-10-26 |
| Verdict Forms | 10-21-25 | 02-10-26 |

]

The parties shall comply with the Court's CMO except to the extent modified herein.

**IT IS SO ORDERED.**

DATED:  February 27, 2025

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE

]